# PX1

## Ostrum Attachment Q

## Credit Card Statement


**citi**

| Account Number | Statement Date | Total Amount Due |
|---|---|---|
| ███████ | 02/15/2017 | Not an Invoice. For your records. |

For telephone or address change on travel cards, please place an X in the parentheses and make the desired changes on the reverse side.(   )

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## CITIBANK CARD
**CARD STATEMENT**

| Previous Balance | Credits | New Charges | Total Activity |
|---|---|---|---|
| $0.00 | | $128.67 | $128.67 |

Invoice Date
02/15/2017

FOR CUSTOMER SERVICE CALL 1-800-248-4553 OR WRITE Citibank P.O. Box 6125 Sioux Falls, SD 57117

OUTS DE THE U.S. AND CANADA CALL COLLECT 904-954-7314

| Agency Name: | | Account Number | | ███████ |
|---|---|---|---|---|

Accounting Code/Cost Center
Billing Office Id:
Discretionary Code:     Agency/Org Id:
Tax Exempt#:
Single Purchase Limit:     $0.00     Cycle Purchase Limit:     $0.00

| Sale Date | Post Date | MCC Code | Reference Number | | Description | | | Total Amount |
|---|---|---|---|---|---|---|---|---|
| **************************************************NOTICE MEMO ITEM(S) LISTED BELOW************************************************** | | | | | | | | |
| | | | | | 134417567 | | | |
| 02/01/2017 | 02/03/2017 | 5968 | 2427504703370128791266 4 | 2 | PROWHITE8772818914 | 877-281-8914 | CO | $1.03 |
| 02/01/2017 | 02/03/2017 | 5968 | 2455930703390001039269 0 | 3 | SPB SMILEPROBRANDS | 866-4415234 | CO | $1.03 |
| 02/03/2017 | 02/06/2017 | 5968 | 2427504703670128791997 1 | 4 | PROWHITE8772818914 | 877-281-8914 | CO | $3.87 |
| 02/03/2017 | 02/07/2017 | 5968 | 2455930703790001059422 6 | 5 | SPB SMILEPROBRANDS | 866-4415234 | CO | $3.87 |
| | | | | | 214781006 | | | |
| **************************************************TOTAL AMOUNT OF MEMO ITEM(S): | | | | | | | | $128.67 |

Memo Section

Approval Section

CARDHOLDERS SIGNATURE                    APPROVING OFFICIAL SIGNATURE (Except Travel)

Ostrum Attachment Q-1



| Account Number |
|---|
| ▬▬▬▬▬ |

Invoice Date
02/15/2017

| Sale Date | Post Date | MCC Code | Reference Number | Description | Total Amount |
|---|---|---|---|---|---|

Citi is committed to the reduction of paper. Within the Commercial Cards business, you can switch to online statements now by registering your card on CitiManager at https://home.cards.citidirect.com/CommercialCard/Cards.html. Thanks to those who already access statements online, together we are saving 2,170 trees each year through this initiative alone.

Your total finance charge paid for 2016 was $0.00.

Account management made easier:  Online statements & CitiManager Mobile offer 24/7 access, security, and mobility.  Log in at www.ci imanager.com/login and click Go Paperless under the Statement tab.

Sign-up for email or text message alerts to know when your statement is ready to view.  When on the go, access your account and recent activity through your mobile device at www.citimanager.com/mobile

Continued on next page

Ostrum Attachment Q-2

# PX1

## Ostrum Attachment R

## Photographs









US POSTAGE AND FEES PAID
FIRST-CLASS
Feb 01 2017
Mailed from ZIP 89011
7oz First-Class Pkg Svc

CommercialBasePrice                071V00884586

endicia.com

# USPS FIRST-CLASS PKG

Web Fulfillment Center
Web Fulfillment Center
7565 Commercial Way Ste E
Henderson NV 89011

R061

SHIP TO:

USPS TRACKING #



*In your package, you should have received either our whitening pen or our whitening tray/syringe system.*

... and click back until gel extrudes though brush tip. Apply thin layer to visible teeth and keep ... 15 minutes. Rinse. Apply in the morning and evening, twice daily.

... use if pregnant or nursing. If tissue irritation occurs, wait two days and use less gel.

## Syringes

**Forming Your Sure-Fit Mouth Trays:**

**Prep:** Practice placing the trays over your teeth prior to placing the trays in the hot water. Bite upper and lower teeth together and press tongue against the roof of your mouth. Practice sucking excess air and water away from the tray. When heated, this will form the trays to the contours of your teeth.

**Heat:** Heat water on conventional stove or in microwave until boiling. Remove from heat. Let water stand until it is no longer boiling, then immerse entire tray, except tab, in hot water (not boiling) for 3 – 5 seconds or until tray begins to lose shape.

**Form:** Lift tray vertically from the water and allow excess water to run off. Use finger to test temperature of the tray. DO NOT PLACE EXTREMELY HOT TRAYS IN MOUTH.

**Fit:** While warm, place Sure-Fit trays one at a time, starting with the upper teeth. Carefully fit tray over teeth and follow procedures practiced earlier. Gently bite upper and lower teeth together, place tongue on roof of mouth and suck excess air and water away from tray. If desired, use finger pressure to secure tray around teeth to ensure a good fit. After set, leave in mouth for an additional 15 seconds or until material has sufficiently cooled enough to retain its shape.

**Evaluate:** Evaluate fit for comfort. If under-heated, the tray can be reheated for 2 – 3 seconds and refitted.

**Trim:** Once you are satisfied with the fit, use scissors to trim the tab flush with the front surface of the tray. You may also trim the upper portion of the tray even with the margin where teeth and gums meet. If doing so, be careful not to cut where the tooth has left an impression in the tray. Doing so may cause uneven whitening results.

**Storage:** Excessive heat or sunlight may destroy the Sure-Fit trays. Store in a dry place at room temperature.

CAUTION: ONCE HEATED, TRAYS ARE EXTREMELY FLEXIBLE. BE CAREFUL NOT TO FOLD THE "U" SHAPED EDGES OF THE TRAYS TOGETHER WHEN PLACING OVER TEETH.

After you form your custom whitening trays, repeat the following process once a day for five days:

**Step 1.** Brush teeth lightly and rinse your mouth thoroughly with water.

**Step 2.** Run a small amount of flavored gel along the lower-frontal portion of each Sure-Fit mouth tray. Avoid overfilling trays with gel, as a small amount will deliver maximum whitening power.

**Step 3.** Carefully place gel-filled upper and lower trays over teeth and bite down gently while closing mouth. Remove trays after 30 – 60 minutes. Thoroughly brush or rinse all remaining gel from teeth, gums and mouth.

## Precautions

Keep out of reach of children. Not recommended for use by children under the age of 14. Avoid contact with eyes. If gel comes in contact with eyes, wash with a significant amount of water. You should not use this product if you are pregnant or nursing, have health problems, periodontal disease or gums that are in poor condition, wear braces, had recent oral surgery, decayed teeth, have roots that are exposed, have colitis, or have jar problems. Bleaching materials contain peroxides and will not change the appearance of fillings, crowns or veneers. Patients allergic to peroxides should not use this product. Avoid getting gel on clothing, peroxides may bleach material. Discontinue use if pain or severe sensitivity develops in the teeth or gums and contact a dentist.

## Ingredients

Active Ingredient: 35% Carbamide Peroxide (pen) 22% Carbamide Peroxide (syringe) Other Ingredients: Glycerin, Propylene Glycol, Carbomer, Triethanolamine (TEA), Natural Flavor, Xylitol, Stevia Rebaudiana (stevia).

# PX1

## Ostrum Attachment S

## Web Capture(s)





Ostrum Attachment S-2