PX1

Ostrum Attachment T

Emails

Gmail - Action Pro White Cancellation Notice

 Gmail

## Action Pro White Cancellation Notice

1 message

**Action Pro White** <donotreply@actionprowhite.com>                    Thu, Feb 2, 2017 at 4:05 PM
Reply-To: "donotreply@actionprowhite.com" <donotreply@actionprowhite.com>
To: ▮

Dear ▮

This email is being sent to confirm that your account is cancelled. You will no longer receive charges or shipments.

The Trial portion of the product is yours to keep. If you do not wish to be charged for the included Complete Program portion of the shipment, then that portion of the shipment must be returned to us unopened and undamaged by the due date below. Returns will not be recognized without an RMA number.

Your RMA number is ▮

This is valid for only one package. Your package must be received back to our warehouse before 2017-02-17 to avoid being charged $92.13 for the Complete Program.

Please write the RMA number prominently on the outside of the shipping package. You will not receive credit if you do not use this RMA number.

Our return shipping address is:
Web Fulfillment Center
7565 Commercial Way
Unit E
Henderson, NV 89011

Please note that we process returns within 72 hours of it arriving to our warehouse.

If you should need further assistance, please contact our Customer Service Center. We're happy to assist you in any way we can.

Thank you,

Action Pro White Customer Service Team
24 hours a day, 7 days a week
1-877-230-5694 (US Only)

Ostrum Attachment T-1

 Gmail

## Smile Pro Direct Cancellation Notice

1 message

**Smile Pro Direct** <donotreply@smileprodirect.com>.                    Thu, Feb 2, 2017 at 4:08 PM
Reply-To: "donotreply@smileprodirect.com" <donotreply@smileprodirect.com>
To:

Dear

This email is being sent to confirm that your account is cancelled. You will no longer receive charges or shipments.

The Trial portion of the product is yours to keep. If you do not wish to be charged for the included Complete Program portion of the shipment, then that portion of the shipment must be returned to us unopened and undamaged by the due date below. Returns will not be recognized without an RMA number.

Your RMA number is

This is valid for only one package. Your package must be received back to our warehouse before 2017-02-17 to avoid being charged $94.31 for the Complete Program.

Please write the RMA number prominently on the outside of the shipping package. You will not receive credit if you do not use this RMA number.

Our return shipping address is:
Web Fulfillment Center
7565 Commercial Way
Unit E
Henderson, NV 89011

Please note that we process returns within 72 hours of it arriving to our warehouse.

If you should need further assistance, please contact our Customer Service Center. We're happy to assist you in any way we can.

Thank you,

Smile Pro Direct Customer Service Team
24 hours a day, 7 days a week
1-866-221-1656 (US Only)

Ostrum Attachment T-2

# PX1

## Ostrum Attachment U

## Web Capture(s)













Ostrum Attachment U-6





# PX1

## Ostrum Attachment V

## Web Capture(s)



Ostrum Attachment V-1





# PX1

## Ostrum Attachment W

## Web Capture(s)

















Ostrum Attachment W-8

PX1

Ostrum Attachment X

Web Capture(s)







Ostrum Attachment X-3









Ostrum Attachment X-7



Ostrum Attachment X-8

# PX1

## Ostrum Attachment Y

## Corporate Records

Colorado Secretary of State - Summary



About Wayne | Español

**For this Record...**
Filing history and
documents
File a form
Subscribe to email
notification
Unsubscribe from email
notification

Business Home
Business Information
Business Search

FAQs, Glossary and
Information

# Summary

| Details | |
|---|---|
| **Name** | Autumn Leaf, LLC |

| | | | |
|---|---|---|---|
| **Status** | Delinquent | **Formation date** | 01/03/2012 |
| **ID number** | 20121005819 | **Form** | Limited Liability Company |
| **Periodic report month** | September | **Jurisdiction** | Colorado |
| **Principal office street address** | 14285 Inca St, Westminster, CO 80023, United States | | |
| **Principal office mailing address** | n/a | | |

| Registered Agent | |
|---|---|
| **Name** | Walter Michael Long Jr. |
| **Street address** | 14285 Inca St., Westminster, CO 80023, United States |
| **Mailing address** | n/a |

Filing history and documents
Get certified copies of documents
File a form
Set up secure business filing
Subscribe to email notification
Unsubscribe from email notification

Back

Colorado Secretary of State - Summary

Terms & conditions | Browser compatibility

Ostrum Attachment Y-2

Colorado Secretary of State - History and Documents



About Wayne | Español

Colorado
Secretary of State
Wayne W. Williams

Search

**For this Record...**
File a form
Subscribe to email
notification
Unsubscribe from email
notification
Return to Summary

Business Home
Business Information
Business Search

FAQs, Glossary and
Information

# History and Documents

Name:   Autumn Leaf, LLC                          Print-friendly version
ID number: 20121005819

### Found 13 matching record(s).  Viewing page 1 of 1.

| # | Event | Date Filed | Date Posted | EffectiveDate | Document # (click to view) | Comment |
|---|-------|-----------|-------------|---------------|---------------------------|---------|
| 1 | Articles of Organization | 01/03/2012 | 01/03/2012 | 01/03/2012 03:36 PM | 20121005819 | |
| 2 | Periodic Report due | 12/23/2012 | 12/23/2012 | 12/23/2012 02:34 AM | | Periodic report due by: 03/31/2013 |
| 3 | Periodic Report due in one week | 03/24/2013 | 03/24/2013 | 03/24/2013 02:09 AM | | Periodic report due by: 03/31/2013 |
| 4 | Change in Status: Noncompliant for failure to file Periodic Report | 04/01/2013 | 04/01/2013 | 04/01/2013 01:51 AM | | Entity noncompliant and will become delinquent on: 05/31/2013 |
| 5 | Change in status in one week: Delinquent for failure to file Periodic Report | 05/24/2013 | 05/24/2013 | 05/24/2013 02:24 AM | | One week until delinquent: 05/31/2013 |
| 6 | Change in Status: Delinquent for failure to file Periodic Report | 06/01/2013 | 06/01/2013 | 06/01/2013 01:59 AM | | Entity has become delinquent for failure to file Periodic Report |
| 7 | Change in Name | 07/06/2014 | 07/06/2014 | 07/06/2014 12:50 AM | | Entity name and any active trade names changed due to Failure to file periodic report |
| 8 | Statement Curing Delinquency | 09/14/2015 | 09/14/2015 | 09/14/2015 01:27 PM | 20151591246 | |
| 9 | Periodic Report due | 08/23/2016 | 08/23/2016 | 08/23/2016 10:46 AM | | Periodic report due by: 11/30/2016 |
| 10 | Periodic Report due in one week | 11/24/2016 | 11/24/2016 | 11/24/2016 01:43 AM | | Periodic report due by: |

Ostrum Attachment Y-3

Colorado Secretary of State - History and Documents

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 11/30/2016 |
| 11 | Change in Status: Noncompliant for failure to file Periodic Report | 12/01/2016 | 12/01/2016 | 12/01/2016 01:33 AM | | Entity noncompliant and will become delinquent on: 01/31/2017 |
| 12 | Change in status in one week: Delinquent for failure to file Periodic Report | 01/24/2017 | 01/24/2017 | 01/24/2017 01:57 AM | | One week until delinquent: 01/31/2017 |
| 13 | Change in Status: Delinquent for failure to file Periodic Report | 02/01/2017 | 02/01/2017 | 02/01/2017 01:38 AM | | Entity has become delinquent for failure to file Periodic Report |

Return to Document

Terms & conditions | Browser compatibility

Ostrum Attachment Y-4

Document must be filed electronically.
Paper documents will not be accepted.
Document processing fee
Fees & forms/cover sheets
  are subject to change.
To access other information or print
  copies of filed documents,
  visit www.sos.state.co.us and
  select Business Center.



**Colorado Secretary of State**
Date and Time: 01/03/2012 03:36 PM
ID Number: 20121005819

$50.00

Document number: 20121005819
Amount Paid: $50.00

ABOVE SPACE FOR OFFICE USE ONLY

### Articles of Organization
filed pursuant to § 7-80-203 and § 7-80-204 of the Colorado Revised Statutes (C.R.S.)

1. The domestic entity name of the limited liability company is

   **Autumn Leaf, LLC**

   *(The name of a limited liability company must contain the term or abbreviation
   "limited liability company", "ltd. liability company", "limited liability co.", "ltd.
   liability co.", "limited", "l.l.c.", "llc", or "ltd.". See §7-90-601, C.R.S.)*

   ***(Caution:** The use of certain terms or abbreviations are restricted by law.  Read instructions for more information.)*

2. The principal office address of the limited liability company's initial principal office is

   <u>Street</u> address  **14285 Inca St**

   _____
   *(Street number and name)*

   **Westminster**          **CO**    **80023**
   _____
   *(City)*          *(State)*    *(ZIP/Postal Code)*
                        **United States**
   _____
   *(Province – if applicable)*   *(Country)*

   <u>Mailing</u> address
   **(leave blank** if same as street address)
   _____
   *(Street number and name or Post Office Box information)*

   _____
   *(City)*          *(State)*    *(ZIP/Postal Code)*

   _____
   *(Province – if applicable)*   *(Country)*

3. The registered agent name and registered agent address of the limited liability company's initial registered
   agent are

   Name
   (if an individual)   **Long**          **Walter**      **Michael**    **Jr.**
                       _____
                       *(Last)*          *(First)*      *(Middle)*    *(Suffix)*

   **OR**

   (if an entity)
   _____
   ***(Caution:**  Do not provide both an individual and an entity name.)*

   <u>Street</u> address  **14285 Inca St.**
   _____
   *(Street number and name)*

   **Westminster**          **CO**    **80023**
   _____
   *(City)*          *(State)*    *(ZIP Code)*

<u>Mailing</u> address
**(leave blank** if same as street address)

_____
*(Street number and name or Post Office Box information)*

_____

_____  CO  _____  .
         *(City)*              *(State)*        *(ZIP Code)*

*(The following statement is adopted by marking the box.)*
☑ The person appointed as registered agent has consented to being so appointed.

4. The true name and mailing address of the person forming the limited liability company are

Name
   (if an individual)

| Long | Walter | Michael | Jr. |
|------|--------|---------|-----|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

**OR**

   (if an entity)        _____
   **(Caution:** Do not provide both an individual and an entity name.)

Mailing address        **14285 Inca St.**
                       _____
                       *(Street number and name or Post Office Box information)*

| Westminster | CO | 80023 |
|-------------|-----|-------|
| *(City)* | *(State)* | *(ZIP/Postal Code)* |

_____  **United States**
*(Province – if applicable)*        *(Country)*

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*
☑ The limited liability company has one or more additional persons forming the limited liability
   company and the name and mailing address of each such person are stated in an attachment.

5. The management of the limited liability company is vested in
   *(Mark the applicable box.)*
   ☑ one or more managers.
   **OR**
   ☐ the members.

6. *(The following statement is adopted by marking the box.)*
   ☑ There is at least one member of the limited liability company.

7. *(If the following statement applies, adopt the statement by marking the box and include an attachment.)*
   ☐ This document contains additional information as provided by law.

8. *(Caution:* <u>Leave blank</u> *if the document does not have a delayed effective date. Stating a delayed effective date has
   significant legal consequences. Read instructions before entering a date.)*

   *(If the following statement applies, adopt the statement by entering a date and, if applicable, time using the required format.)*
   The delayed effective date and, if applicable, time of this document is/are _____  .
                                                                    *(mm/dd/yyyy hour:minute am/pm)*

**Notice:**

Causing this document to be delivered to the Secretary of State for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the Secretary of State, whether or not such individual is named in the document as one who has caused it to be delivered.

9. The true name and mailing address of the individual causing the document to be delivered for filing are

| Long | Walter | Michael | Jr. |
|------|--------|---------|-----|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

14285 Inca St.

*(Street number and name or Post Office Box information)*

| Westminster | CO | 80023 |
|-------------|-----|-------|
| *(City)* | *(State)* | *(ZIP/Postal Code)* |

United States.

| | |
|---|---|
| *(Province – if applicable)* | *(Country)* |

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

☐ This document contains the true name and mailing address of one or more additional individuals causing the document to be delivered for filing.

**Disclaimer:**

This form/cover sheet, and any related instructions, are not intended to provide legal, business or tax advice, and are furnished without representation or warranty. While this form/cover sheet is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form/cover sheet. Questions should be addressed to the user's legal, business or tax advisor(s).

Emily Jane Long
14285 Inca St.
Westminster, CO 80023

# PX1

## Ostrum Attachment Z

## Corporate Records



## Summary

**For this Record...**
Filing history and
documents
Trade names
File a form
Subscribe to email
notification
Unsubscribe from email
notification

**Business Home**
**Business Information**
**Business Search**

**FAQs, Glossary and**
**Information**

| Details | | | |
|---|---|---|---|
| **Name** | BellaClear LLC, Delinquent April 1, 2014 | | |
| **Status** | Delinquent | **Formation date** | 11/12/2007 |
| **ID number** | 20071520032 | **Form** | Limited Liability Company |
| **Periodic report month** | November | **Jurisdiction** | Colorado |
| **Principal office street address** | 6260 Lookout Road, Boulder, CO 80301, United States | | |
| **Principal office mailing address** | n/a | | |

| Registered Agent | |
|---|---|
| **Name** | The Evergreen Registration Company, LLC |
| **Street address** | 10955 Westmoor Drive, Westminster, CO 80021, United States |
| **Mailing address** | n/a |

Filing history and documents
Trade names
Get certified copies of documents
File a form
Set up secure business filing
Subscribe to email notification
Unsubscribe from email notification

Ostrum Attachment Z-1

Colorado Secretary of State - Summary

Back

Terms & conditions | Browser compatibility

Ostrum Attachment Z-2

Colorado Secretary of State - History and Documents



About Wayne | Español

**For this Record...**
File a form
Subscribe to email notification
Unsubscribe from email notification
Return to Summary

**Business Home**
**Business Information**
**Business Search**

**FAQs, Glossary and Information**

# History and Documents

🖨 Print-friendly version

Name: BellaClear LLC, Delinquent April 1, 2014
ID number: 20071520032

## Found 19 matching record(s). Viewing page 1 of 1.

| # | Event | Date Filed | Date Posted | Effective Date ⊙ | Document # (click to view) | Comment |
|---|---|---|---|---|---|---|
| 1 | Articles of Organization | 11/12/2007 | 11/12/2007 | 11/12/2007 03:37 PM | 20071520032 | |
| 2 | postcard notification printed 10/23/2008 to be mailed 11/01/2008 | 10/23/2008 | 10/23/2008 | 10/23/2008 02:06 PM | | annual report due: 01/31/2009 |
| 3 | Report | 01/07/2009 | 01/07/2009 | 01/07/2009 04:13 PM | 20091016244 | Change of Entity Address |
| 4 | postcard notification printed 10/26/2009 to be mailed 11/01/2009 | 10/26/2009 | 10/26/2009 | 10/26/2009 04:03 PM | | annual report due: 01/31/2010 |
| 5 | Report | 01/14/2010 | 01/14/2010 | 01/14/2010 09:43 AM | 20101025277 | |
| 6 | postcard notification printed 10/23/2010 to be mailed 11/01/2010 | 10/23/2010 | 10/23/2010 | 10/23/2010 04:18 AM | | periodic report due: 01/31/2011 |
| 7 | Report | 01/26/2011 | 01/26/2011 | 01/26/2011 03:59 PM | 20111054077 | Change of Registered Agent / Change of Registered Agent Address |
| 8 | postcard notification printed 10/23/2011 to be mailed 11/01/2011 | 10/23/2011 | 10/23/2011 | 10/23/2011 02:48 AM | | periodic report due: 01/31/2012 |
| 9 | Report | 10/27/2011 | 10/27/2011 | 10/27/2011 03:02 PM | 20111600957 | |
| 10 | Statement of Change | 12/09/2011 | 12/09/2011 | 12/09/2011 04:32 PM | 20111681147 | Registered agent information changed; |
| 11 | Periodic Report due | 10/23/2012 | 10/23/2012 | 10/23/2012 02:16 AM | | Periodic report due by: 01/31/2013 |

Ostrum Attachment Z-3

Colorado Secretary of State - History and Documents

| | | | | | |
|---|---|---|---|---|---|
| 12 | Periodic Report due in one week | 01/24/2013 | 01/24/2013 | 01/24/2013 01:53 AM | Periodic report due by: 01/31/2013 |
| 13 | Report | 01/28/2013 | 01/28/2013 | 01/28/2013 11:42 AM | 20131063634 |
| 14 | Periodic Report due | 10/23/2013 | 10/23/2013 | 10/23/2013 02:15 AM | Periodic report due by: 01/31/2014 |
| 15 | Periodic Report due in one week | 01/24/2014 | 01/24/2014 | 01/24/2014 02:01 AM | Periodic report due by: 01/31/2014 |
| 16 | Change in Status: Noncompliant for failure to file Periodic Report | 02/01/2014 | 02/01/2014 | 02/01/2014 01:34 AM | Entity noncompliant and will become delinquent on: 03/31/2014 |
| 17 | Change in status in one week: Delinquent for failure to file Periodic Report | 03/24/2014 | 03/24/2014 | 03/24/2014 02:51 AM | One week until delinquent: 03/31/2014 |
| 18 | Change in Status: Delinquent for failure to file Periodic Report | 04/01/2014 | 04/01/2014 | 04/01/2014 02:00 AM | Entity has become delinquent for failure to file Periodic Report |
| 19 | Change in Name | 05/06/2015 | 05/06/2015 | 05/06/2015 12:33 AM | Entity name and any active trade names changed due to Failure to file periodic report |

Notes to Summary

Terms & conditions | Browser compatibility

Ostrum Attachment Z-4

Colorado Secretary of State - Search Results



**Business Home**
**Business Information**
**Business Search**

**FAQs, Glossary and Information**

# Search Results

### Found 1 matching record(s). Viewing page 1 of 1.

| # | ID Number ⬆ | Document Number | Name | Status | Form | Effective Date | Comment |
|---|---|---|---|---|---|---|---|
| 1 | 20111691729 | 20111691729 | Bella's Beauty Products | Expired | DLLC | 12/16/2011 03:36 PM | |

Back

Terms & conditions | Browser compatibility

Ostrum Attachment Z-5

Document processing fee
  If document is filed on paper       $125.00
  If document is filed electronically    **$ 25.00**
Fees & forms/cover sheets
  are subject to change.
To file electronically, access instructions
  for this form/cover sheet and other
  information or print copies of filed
  documents, visit www.sos.state.co.us
  and select Business Center.
Paper documents must be typewritten or machine printed.

**E-Filed**

Colorado Secretary of State
Date and Time: 11/12/2007 03:37 PM
Id Number: 20071520032
Document number: 20071520032

ABOVE SPACE FOR OFFICE USE ONLY

## Articles of Organization
filed pursuant to §7-90-301, et seq. and §7-80-204 of the Colorado Revised Statutes (C.R.S)

1. Entity name:

**BellaClear LLC**
*(The name of a limited liability company must contain the term or abbreviation "limited liability company", "ltd. liability company", "limited liability co.", "ltd. liability co.", "limited", "llc", "l.l.c.", or "ltd." §7-90-601, C.R.S.)*

2. Use of Restricted Words *(if any of these terms are contained in an entity name, true name of an entity, trade name or trademark stated in this document, mark the applicable box):*

☐ "bank" or "trust" or any derivative thereof
☐ "credit union"    ☐ "savings and loan"
☐ "insurance", "casualty", "mutual", or "surety"

3. Principal office street address:

**6260 Lookout Road**
*(Street name and number)*

**Unit D**

**Boulder**      **CO**   **80301**
*(City)*      *(State)*    *(Postal/Zip Code)*

**United States**
*(Province – if applicable)*    *(Country – if not US)*

4. Principal office mailing address
  (if different from above):

*(Street name and number or Post Office Box information)*

*(City)*      *(State)*    *(Postal/Zip Code)*

*(Province – if applicable)*    *(Country – if not US)*

5. Registered agent name (if an individual):   **Ruscitti**     **Giovanni**
                                  *(Last)*       *(First)*      *(Middle)*    *(Suffix)*

       **OR** (if a business organization):

6. The person identified above as registered agent has consented to being so appointed.

7. Registered agent street address:   **Berg Hill Greenleaf & Ruscitti LLP**
*(Street name and number)*

**1712 Pearl Street**

**Boulder**      **CO**   **80302**
*(City)*      *(State)*    *(Postal/Zip Code)*

8. Registered agent mailing address
   (if different from above):

_____
*(Street name and number or Post Office Box information)*

_____

_____   _____   _____
*(City)*           *(State)*  *(Postal/Zip Code)*

_____   _____
*(Province – if applicable)*  *(Country – if not US)*

9. Name(s) and mailing address(es)
   of person(s) forming the limited
   liability company:

(if an individual)    _____   _____   _____   _____
                      *(Last)*          *(First)*  *(Middle)*  *(Suffix)*

**OR** (if a business organization)   **Convertis, LLC**
_____

**6260 Lookout Road**
_____
*(Street name and number or Post Office Box information)*

**Unit D**
_____

**Boulder**            **CO**    **80301**
_____
*(City)*               *(State)*  *(Postal/Zip Code)*
                       **United States**

_____   _____
*(Province – if applicable)*  *(Country – if not US)*

(if an individual)    _____   _____   _____   _____
                      *(Last)*          *(First)*  *(Middle)*  *(Suffix)*

**OR** (if a business organization)   _____

_____
*(Street name and number or Post Office Box information)*

_____

_____   _____   _____
*(City)*           *(State)*  *(Postal/Zip Code)*
                   **United States**

_____   _____
*(Province – if applicable)*  *(Country – if not US)*

(if an individual)    _____   _____   _____   _____
                      *(Last)*          *(First)*  *(Middle)*  *(Suffix)*

**OR** (if a business organization)   _____

_____
*(Street name and number or Post Office Box information)*

_____

_____   _____   _____
*(City)*           *(State)*  *(Postal/Zip Code)*
                   **United States**

_____   _____
*(Province – if applicable)*  *(Country – if not US)*

*(If more than three persons are forming the limited liability company, mark this box ☐ and include an attachment stating the true names and mailing addresses of all additional persons forming the limited liability company)*

10. The management of the limited liability company is vested in managers ☑
    **OR** is vested in the members ☐

11. There is at least one member of the limited liability company.

12. *(Optional)* Delayed effective date: _____.
*(mm/dd/yyyy)*

13. Additional information may be included pursuant to other organic statutes such as title 12, C.R.S. If applicable, mark this box ☐ and include an attachment stating the additional information.

Notice:

Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

14. Name(s) and address(es) of the individual(s) causing the document to be delivered for filing:

| | | | |
|---|---|---|---|
| Quintana | Jackie | | |
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |
| Berg Hill Greenleaf & Ruscitti LLP | | | |
| *(Street name and number or Post Office Box information)* | | | |
| 1712 Pearl Street | | | |
| Boulder | CO | 80302 | |
| *(City)* | *(State)* | *(Postal/Zip Code)* | |
| | United States | | |
| *(Province – if applicable)* | *(Country – if not US)* | | |

*(The document need not state the true name and address of more than one individual. However, if you wish to state the name and address of any additional individuals causing the document to be delivered for filing, mark this box ☐ and include an attachment stating the name and address of such individuals.)*

**Disclaimer:**

This form, and any related instructions, are not intended to provide legal, business or tax advice, and are offered as a public service without representation or warranty. While this form is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form. Questions should be addressed to the user's attorney.

Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.sos.state.co.us.

 **E-Filed**

Colorado Secretary of State
Date and Time: 01/28/2013 11:42 AM
ID Number: 20071520032

Document number: 20131063634
Amount Paid: $1.00

ABOVE SPACE FOR OFFICE USE ONLY

## Periodic Report
filed pursuant to §7-90-301, et seq. and §7-90-501 of the Colorado Revised Statutes (C.R.S)

ID number: **20071520032**

Entity name: **BellaClear LLC**

Jurisdiction under the law of which the
entity was formed or registered: **Colorado**

1. Principal office street address: **6260 Lookout Road**
*(Street name and number)*

**Boulder**  **CO**  **80301**
*(City)*  *(State)*  *(Postal/Zip Code)*
**United States**
*(Province – if applicable)*  *(Country – if not US)*

2. Principal office mailing address:
(if different from above)
*(Street name and number or Post Office Box information)*

*(City)*  *(State)*  *(Postal/Zip Code)*

*(Province – if applicable)*  *(Country – if not US)*

3. Registered agent name:  (if an individual)
*(Last)*  *(First)*  *(Middle)*  *(Suffix)*

or   (if a business organization)  **The Evergreen Registration Company, LLC**

4. The person identified above as registered agent has consented to being so appointed.

5. Registered agent street address: **10955 Westmoor Drive**
*(Street name and number)*

**Westminster**  **CO**  **80021**
*(City)*  *(State)*  *(Postal/Zip Code)*

6. Registered agent mailing address:
(if different from above)
*(Street name and number or Post Office Box information)*

*(City)*  *(State)*  *(Postal/Zip Code)*

*(Province – if applicable)*  *(Country – if not US)*

Ostrum Attachment Z-9

Notice:
Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

7. Name(s) and address(es) of the individual(s) causing the document to be delivered for filing:

| Biesendorfer | Suzanne | | |
|---|---|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

Berg Hill Greenleaf & Ruscitti LLP
*(Street name and number or Post Office Box information)*
1712 Pearl Street

| Boulder | CO  80302 | |
|---|---|---|
| *(City)* | *(State)* | *(Postal/Zip Code)* |
| | United States | |
| *(Province – if applicable)* | *(Country – if not US)* | |

*(The document need not state the true name and address of more than one individual. However, if you wish to state the name and address of any additional individuals causing the document to be delivered for filing, mark this box ☐ and include an attachment stating the name and address of such individuals.)*

Disclaimer:
This form, and any related instructions, are not intended to provide legal, business or tax advice, and are offered as a public service without representation or warranty. While this form is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form. Questions should be addressed to the user's attorney.

Ostrum Attachment Z-10