# PX1

## Ostrum Attachment AA

## Corporate Records

Colorado Secretary of State - Summary



# Summary

## Details

| | | | |
|---|---|---|---|
| **Name** | Boulder Creek Internet Solutions, Inc. | | |
| **Status** | Good Standing | **Formation date** | 11/12/2007 |
| **ID number** | 20071520067 | **Form** | Corporation |
| **Periodic report month** | December | **Jurisdiction** | Colorado |
| **Principal office street address** | 390 Interlocken Crescent 3rd Floor, Broomfield, CO 80021, United States | | |
| **Principal office mailing address** | n/a | | |

## Registered Agent

| | |
|---|---|
| **Name** | COGENCY GLOBAL INC. |
| **Street address** | 12649 W Warren Ave, Lakewood, CO 80228, United States |
| **Mailing address** | n/a |

**For this Record...**
Filing history and documents
Trade names
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification

**Business Home**
**Business Information**
**Business Search**

**FAQs, Glossary and Information**

Filing history and documents
Trade names
Get a certificate of good standing
Get certified copies of documents
File a form
Set up secure business filing
Subscribe to email notification
Unsubscribe from email notification

Colorado Secretary of State - Summary

Terms & conditions | Browser compatibility

Ostrum Attachment AA-2

Colorado Secretary of State - History and Documents



# History and Documents

**Name:** Boulder Creek Internet Solutions, Inc.
**ID number:** 20071520067

Print-friendly version

1 2

[Next 5>]

**Found 25 matching record(s).  Viewing page 1 of 2.**

For this Record...
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification
Return to Summary

Business Home
Business Information
Business Search

FAQs, Glossary and Information

| # | Event | Date Filed | Date Posted | EffectiveDate | Document # (click to view) | Comment |
|---|-------|-----------|-------------|---------------|----------------------------|---------|
| 1 | Articles of Incorporation | 11/12/2007 | 11/12/2007 | 11/12/2007 03:53 PM | 20071520067 | |
| 2 | postcard notification printed 10/23/2008 to be mailed 11/01/2008 | 10/23/2008 | 10/23/2008 | 10/23/2008 02:06 PM | | annual report due: 01/31/2009 |
| 3 | Report | 01/07/2009 | 01/07/2009 | 01/07/2009 04:16 PM | 20091016251 | |
| 4 | postcard notification printed 10/26/2009 to be mailed 11/01/2009 | 10/26/2009 | 10/26/2009 | 10/26/2009 04:02 PM | | annual report due: 01/31/2010 |
| 5 | Report | 01/14/2010 | 01/14/2010 | 01/14/2010 09:48 AM | 20101025309 | |
| 6 | postcard notification printed 10/23/2010 to be mailed 11/01/2010 | 10/23/2010 | 10/23/2010 | 10/23/2010 04:18 AM | | periodic report due: 01/31/2011 |
| 7 | Report | 01/26/2011 | 01/26/2011 | 01/26/2011 04:20 PM | 20111054148 | |
| 8 | postcard notification printed 10/23/2011 to be mailed 11/01/2011 | 10/23/2011 | 10/23/2011 | 10/23/2011 02:48 AM | | periodic report due: 01/31/2012 |
| 9 | Report | 10/27/2011 | 10/27/2011 | 10/27/2011 03:17 PM | 20111601008 | Change of Registered Agent / Change of Registered Agent Address |
| 10 | Statement of Change | 12/16/2011 | 12/16/2011 | 12/16/2011 03:18 PM | 20111691685 | Registered agent information changed; |
| 11 | Periodic Report due | 10/23/2012 | 10/23/2012 | 10/23/2012 02:16 AM | | Periodic report due by: 01/31/2013 |

Colorado Secretary of State - History and Documents

| | | | | | |
|---|---|---|---|---|---|
| 12 | Periodic Report due in one week | 01/24/2013 | 01/24/2013 | 01/24/2013 01:53 AM | Periodic report due by: 01/31/2013 |
| 13 | Report | 01/28/2013 | 01/28/2013 | 01/28/2013 11:49 AM | 20131063691 |
| 14 | Periodic Report due | 10/23/2013 | 10/23/2013 | 10/23/2013 02:15 AM | Periodic report due by: 01/31/2014 |
| 15 | Periodic Report due in one week | 01/24/2014 | 01/24/2014 | 01/24/2014 02:01 AM | Periodic report due by: 01/31/2014 |
| 16 | Change in Status: Noncompliant for failure to file Periodic Report | 02/01/2014 | 02/01/2014 | 02/01/2014 01:34 AM | Entity noncompliant and will become delinquent on: 03/31/2014 |
| 17 | Change in status in one week: Delinquent for failure to file Periodic Report | 03/24/2014 | 03/24/2014 | 03/24/2014 02:51 AM | One week until delinquent: 03/31/2014 |
| 18 | Change in Status: Delinquent for failure to file Periodic Report | 04/01/2014 | 04/01/2014 | 04/01/2014 02:00 AM | Entity has become delinquent for failure to file Periodic Report |
| 19 | Statement Curing Delinquency | 12/15/2014 | 12/15/2014 | 12/15/2014 04:04 PM | 20141758465 |
| 20 | Periodic Report due | 11/23/2015 | 11/23/2015 | 11/23/2015 02:18 AM | Periodic report due by: 02/29/2016 |

Return to Summary

Ostrum Attachment AA-4

Colorado Secretary of State - History and Documents



# History and Documents

**Name:** Boulder Creek Internet Solutions, Inc.
**ID number:** 20071520067

Print-friendly version

**For this Record...**
Get a certificate of good
standing
File a form
Subscribe to email
notification
Unsubscribe from email
notification
Return to Summary

Business Home
Business Information
Business Search

[<Prev 20]

FAQs, Glossary and
Information

1  2

**Found 25 matching record(s).  Viewing page 2 of 2.**

| # | Event | Date Filed | Date Posted | EffectiveDate | Document # (click to view) | Comment |
|---|-------|-----------|-------------|---------------|----------------------------|---------|
| 21 | Report | 02/19/2016 | 02/19/2016 | 02/19/2016 12:03 PM | 20161116411 | |
| 22 | Statement of Change | 06/20/2016 | 06/20/2016 | 06/20/2016 03:38 PM | 20161415448 | Principal address changed; |
| 23 | Periodic Report due | 11/23/2017 | 11/23/2017 | 11/23/2017 02:20 AM | | Periodic report due by: 02/28/2017 |
| 24 | Report | 02/16/2017 | 02/16/2017 | 02/16/2017 09:35 AM | 20171124057 | |
| 25 | Statement of Change | 06/20/2017 | 06/22/2017 | 06/20/2017 01:48 PM | 20171470119 | Registered agent name changed; Document lists all affected entities. |

Return to Summary

Terms & conditions | Browser compatibility

Ostrum Attachment AA-5

**E-Filed**

Colorado Secretary of State
Date and Time: 11/12/2007 03:53 PM
Id Number: 20071520067
Document number: 20071520067

Document processing fee
  If document is filed on paper                    $125.00
  If document is filed electronically             **$ 25.00**
Fees & forms/cover sheets
  are subject to change.
To file electronically, access instructions
  for this form/cover sheet and other
  information or print copies of filed
  documents, visit www.sos.state.co.us
  and select Business Center.
Paper documents must be typewritten or machine printed.            ABOVE SPACE FOR OFFICE USE ONLY

## Articles of Incorporation
filed pursuant to §7-90-301, et seq. and §7-102-102 of the Colorado Revised Statutes (C.R.S)

1. Entity name:                **Boulder Creek Internet Solutions, Inc.**

*(The name of a corporation must contain the term or abbreviation "corporation", "incorporated", "company", "limited", "corp.", inc.", "co." or "ltd"; If the corporation is a professional corporation, it must contain the term or abbreviation "professional corporation", "p.c.", or "pc" §7-90-601, C.R.S.)*

2. Use of Restricted Words *(if any of these terms are contained in an entity name, true name of an entity, trade name or trademark stated in this document, mark the applicable box):*

   ☐ "bank" or "trust" or any derivative thereof
   ☐ "credit union"    ☐ "savings and loan"
   ☐ "insurance", "casualty", "mutual", or "surety"

3. Principal office street address:     <u>10955 Westmoor Dr.</u>
   *(Street name and number)*
   <u>4th Floor</u>
   <u>Westminster</u>          <u>CO</u>     <u>80021</u>
   *(City)*               *(State)*      *(Postal/Zip Code)*
                           United States
   _____     _____
   *(Province – if applicable)*   *(Country – if not US)*

4. Principal office mailing address:
   (if different from above):
   _____
   *(Street name and number or Post Office Box information)*
   _____
   *(City)*          *(State)*      *(Postal/Zip Code)*
   _____     _____
   *(Province – if applicable)*   *(Country – if not US)*

5. Registered agent:    (if an individual):    <u>Ruscitti</u>     <u>Giovanni</u>
                                              *(Last)*      *(First)*      *(Middle)*   *(Suffix)*
   **OR** (if a business organization):
   _____

6. The person appointed as registered agent in the document has consented to being so appointed.

7. Registered agent street address:    <u>Berg Hill Greenleaf & Ruscitti LLP</u>
                                        *(Street name and number)*
   <u>1712 Pearl Street</u>
   <u>Boulder</u>              <u>CO</u>     <u>80302</u>
   *(City)*               *(State)*      *(Postal/Zip Code)*

Ostrum Attachment AA-6

8. Registered agent mailing address:
   (LEAVE BLANK if same as above)

_____
*(Street name and number or Post Office Box information)*

_____

_____ _____ _____
*(City)* *(State)* *(Postal/Zip Code)*

_____ _____
*(Province – if applicable)* *(Country – if not US)*

9. If the corporation's period of duration
   is less than perpetual, state the date on
   which the period of duration expires:

_____
*(mm/dd/yyyy)*

10. *(OPTIONAL)*  Delayed effective date:

_____
*(mm/dd/yyyy)*

11. Name(s) and address(es) of
    incorporator(s):      (if an individual)

Steven _____ Vanderburg _____ _____ _____
*(Last)* *(First)* *(Middle)* *(Suffix)*

**OR** (if a business organization) _____

10955 Westmoor Dr. _____
*(Street name and number or Post Office Box information)*

4th Floor _____

Westminster _____ CO 80021 _____
*(City)* *(State)* *(Postal/Zip Code)*

United States
*(Province – if applicable)* *(Country – if not US)*

(if an individual) _____ _____ _____ _____
*(Last)* *(First)* *(Middle)* *(Suffix)*

**OR** (if a business organization) _____

_____
*(Street name and number or Post Office Box information)*

_____ _____ _____
*(City)* *(State)* *(Postal/Zip Code)*

United States
*(Province – if applicable)* *(Country – if not US)*

(if an individual) _____ _____ _____ _____
*(Last)* *(First)* *(Middle)* *(Suffix)*

**OR** (if a business organization) _____

_____
*(Street name and number or Post Office Box information)*

_____ _____ _____
*(City)* *(State)* *(Postal/Zip Code)*

United States
*(Province – if applicable)* *(Country – if not US)*

Ostrum Attachment AA-7

*(If there are more than three incorporators, mark this box ☐ and include an attachment stating the true names and mailing addresses of all additional incorporators.)*

12. The corporation is authorized to issue ___100___ shares of common stock.

                                           *(number)*

      *(Additional classes of capital stock may be authorized and additional information regarding the corporation's stock may be stated, mark this box ☐ and include an attachment stating pertinent information.)*

13. Additional information may be included pursuant to §7-102-102, C.R.S. and other organic statutes such as title 12, C.R.S. If applicable, mark this box ☐ and include an attachment stating the additional information.

Notice:

Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

14. Name(s) and address(es) of the individual(s) causing the document to be delivered for filing:

| Quintana | Jackie | | |
|---|---|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

Berg Hill Greenleaf & Ruscitti LLP

*(Street name and number or Post Office Box information)*

1712 Pearl Street

| Boulder | CO | 80302 | |
|---|---|---|---|
| *(City)* | *(State)* | *(Postal/Zip Code)* | |

United States

| | |
|---|---|
| *(Province – if applicable)* | *(Country – if not US)* |

*(The document need not state the true name and address of more than one individual. However, if you wish to state the name and address of any additional individuals causing the document to be delivered for filing, mark this box ☐ and include an attachment stating the name and address of such individuals.)*

**Disclaimer:**

This form, and any related instructions, are not intended to provide legal, business or tax advice, and are offered as a public service without representation or warranty. While this form is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form. Questions should be addressed to the user's attorney.

Ostrum Attachment AA-8

# PX1

## Ostrum Attachment AB

## Corporate Records

Colorado Secretary of State - Summary



For this Record...
**Filing history and documents**
**File a form**
**Subscribe to email notification**
**Unsubscribe from email notification**

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# Summary

| Details | |
|---|---|
| **Name** | Black Diamond Industries LLC, Delinquent October 1, 2011 |

| | | | |
|---|---|---|---|
| **Status** | Delinquent | **Formation date** | 04/14/2010 |
| **ID number** | 20101212457 | **Form** | Limited Liability Company |
| **Periodic report month** | April | **Jurisdiction** | Colorado |
| **Principal office street address** | 58 Canyon Court, Placerville, CO 81430, United States | | |
| **Principal office mailing address** | PO Box 3246, Telluride, CO 81435, United States | | |

| Registered Agent | |
|---|---|
| **Name** | Karl R Engstrom |
| **Street address** | 58 Canyon Court, Placerville, CO 81430, United States |
| **Mailing address** | PO Box 3246, Telluride, CO 81435, United States |

Filing history and documents
Get certified copies of documents
File a form
Set up secure business filing
Subscribe to email notification
Unsubscribe from email notification

Back

Ostrum Attachment AB-1

Colorado Secretary of State - Summary

Terms & conditions | Browser compatibility

Ostrum Attachment AB-2

Colorado Secretary of State - History and Documents



About Wayne | Español

**For this Record...**
File a form
Subscribe to email notification
Unsubscribe from email notification
Return to Summary

**Business Home**
**Business Information**
**Business Search**

**FAQs, Glossary and Information**

# History and Documents

Name: Black Diamond Industries LLC, Delinquent October 1, 2011

ID number: 20101212457

Print-friendly version

### Found 6 matching record(s).  Viewing page 1 of 1.

| # Event | Date Filed | Date Posted | EffectiveDate ⊙ | Document # (click to view) | Comment |
|---|---|---|---|---|---|
| 1 Articles of Organization | 04/14/2010 | 04/14/2010 | 04/14/2010 10:47 AM | 20101212457 | |
| 2 postcard notification printed 03/23/2011 to be mailed 04/01/2011 | 03/23/2011 | 03/23/2011 | 03/23/2011 04:31 AM | | periodic report due: 06/30/2011 |
| 3 Change in Status | 07/01/2011 | 07/01/2011 | 07/01/2011 01:53 AM | | Failure to file periodic report |
| 4 postcard notification printed 07/21/2011 to be mailed 08/01/2011 | 07/21/2011 | 07/21/2011 | 07/21/2011 02:23 AM | | periodic report due: 2011-09-30 |
| 5 Change in Status | 10/01/2011 | 10/01/2011 | 10/01/2011 02:03 AM | | Failure to file periodic report |
| 6 Change in Name | 11/04/2012 | 11/04/2012 | 11/04/2012 12:50 AM | | Entity name and any active trade names changed due to Failure to file periodic report |

Return to Summary

Terms & conditions | Browser compatibility

https://www.sos.state.co.us/...inessEntityHistory.do?quitButtonDestination=BusinessEntityDetail&pi1=1&nameTyp=ENT&entityId2=20101212457&srchTyp=ENTITY&masterFileId=20101212457[3/6/2017 9:48:56 AM]

Ostrum Attachment AB-3

Document must be filed electronically.
Paper documents will not be accepted.
  Document processing fee
Fees & forms/cover sheets
  are subject to change.
To access other information or print
  copies of filed documents,
  visit www.sos.state.co.us and
  select Business Center.



$50.00

Colorado Secretary of State
Date and Time: 04/14/2010 10:47 AM
ID Number: 20101212457

Document number: 20101212457
Amount Paid: $50.00

ABOVE SPACE FOR OFFICE USE ONLY

## Articles of Organization

filed pursuant to § 7-80-203 and § 7-80-204 of the Colorado Revised Statutes (C.R.S.)

1. The domestic entity name of the limited liability company is

**Black Diamond Industries LLC**

*(The name of a limited liability company must contain the term or abbreviation "limited liability company", "ltd. liability company", "limited liability co.", "ltd. liability co.", "limited", "l.l.c.", "llc", or "ltd". See §7-90-601, C.R.S.)*

*(Caution: The use of certain terms or abbreviations are restricted by law. Read instructions for more information.)*

2. The principal office address of the limited liability company's initial principal office is

Street address

**58 Canyon Court**
*(Street number and name)*

**Placerville**          **CO**   **81430**
*(City)*          *(State)*   *(ZIP/Postal Code)*
**United States**
*(Province – if applicable)*          *(Country)*

Mailing address
(**leave blank** if same as street address)

**PO Box 3246**
*(Street number and name or Post Office Box information)*

**Telluride**          **CO**   **81435**
*(City)*          *(State)*   *(ZIP/Postal Code)*
**United States**
*(Province – if applicable)*          *(Country)*

3. The registered agent name and registered agent address of the limited liability company's initial registered agent are

Name
(if an individual)

**Engstrom**          **Karl**          **R**
*(Last)*          *(First)*          *(Middle)*          *(Suffix)*

**OR**

(if an entity)
*(Caution: Do not provide both an individual and an entity name.)*

Street address

**58 Canyon Court**
*(Street number and name)*

**Placerville**          **CO**   **81430**
*(City)*          *(State)*   *(ZIP Code)*

Ostrum Attachment AB-4

Mailing address
(**leave blank** if same as street address)

PO Box 3246
_____
_(Street number and name or Post Office Box information)_
_____

Telluride _____ CO ____ 81435 ____ .
_(City)_          _(State)_   _(ZIP Code)_

_(The following statement is adopted by marking the box.)_
☑ The person appointed as registered agent has consented to being so appointed.

4. The true name and mailing address of the person forming the limited liability company are

Name
(if an individual)

Engstrom _____ Karl _____ R _____ _____
_(Last)_          _(First)_      _(Middle)_   _(Suffix)_

**OR**

(if an entity)
_____
_(**Caution:** Do not provide both an individual and an entity name.)_

Mailing address

58 Canyon Court
_____
_(Street number and name or Post Office Box information)_
_____

Placerville _____ CO ____ 81430 ____
_(City)_          _(State)_   _(ZIP/Postal Code)_
United States
_____
_(Province – if applicable)_      _(Country)_

_(If the following statement applies, adopt the statement by marking the box and include an attachment.)_
☐ The limited liability company has one or more additional persons forming the limited liability company and the name and mailing address of each such person are stated in an attachment.

5. The management of the limited liability company is vested in
_(Mark the applicable box.)_
☑ one or more managers.

**OR**

☐ the members.

6. _(The following statement is adopted by marking the box.)_
☑ There is at least one member of the limited liability company.

7. _(If the following statement applies, adopt the statement by marking the box and include an attachment.)_
☑ This document contains additional information as provided by law.

8. _(**Caution:** <u>Leave blank</u> if the document does not have a delayed effective date. Stating a delayed effective date has significant legal consequences. Read instructions before entering a date.)_

_(If the following statement applies, adopt the statement by entering a date and, if applicable, time using the required format.)_
The delayed effective date and, if applicable, time of this document is/are   04/01/2010 08:00 AM _____ .
_(mm/dd/yyyy hour:minute am/pm)_

Ostrum Attachment AB-5

**Notice:**

Causing this document to be delivered to the Secretary of State for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the Secretary of State, whether or not such individual is named in the document as one who has caused it to be delivered.

9. The true name and mailing address of the individual causing the document to be delivered for filing are

| Engstrom | Karl | R | |
|---|---|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

PO Box 3246

*(Street number and name or Post Office Box information)*

| Telluride | CO | 81430 |
|---|---|---|
| *(City)* | *(State)* | *(ZIP/Postal Code)* |

United States.

| | |
|---|---|
| *(Province – if applicable)* | *(Country)* |

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

☑ This document contains the true name and mailing address of one or more additional individuals causing the document to be delivered for filing.

**Disclaimer:**

This form/cover sheet, and any related instructions, are not intended to provide legal, business or tax advice, and are furnished without representation or warranty. While this form/cover sheet is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form/cover sheet. Questions should be addressed to the user's legal, business or tax advisor(s).

# LIMITED LIABILITY COMPANY OPERATING AGREEMENT

**Black Diamond Industries, LLC**  - A Limited Liability Company.

THIS LIMITED LIABILITY COMPANY AGREEMENT (the Agreement) is made and entered into this 1 day of April, 2010 by: Karl Engstrom, 58 Canyon Court, Placerville, CO, 81430

These Members shall be known as and referred to as "Managers" and individually as a "Manager."

As of this date, **Karl Engstrom, Dennis Kavanagh** and **Chris Kirsch** have formed the **Black Diamond Industries, LLC** named above under the laws of the State of Colorado. Accordingly, in consideration of the conditions contained herein, they agree as follows:

## ARTICLE I

### Company Formation and Registered Agent

1.1 **FORMATION**. The Managers hereby form a Limited Liability Company ("Company") subject to the provisions of the Limited Liability Company Act as currently in effect as of this date. A Certificate of Formation shall be filed with the Secretary of State.

1.2 **NAME**. The name of the Company shall be: **Black Diamond Industries, LLC**

1.3 **REGISTERED OFFICE AND AGENT**. The location of the registered office of the Company shall be:

1.4 **TERM**. The Company shall continue for a period of 10 years unless dissolved by:

(a) Managers whose capital interest as defined in Article 2.2 exceeds 50 percent vote for dissolution; or (b) Any event which makes it unlawful for the business of the Company to be carried on by the Managers; or

(c) The death, resignation, expulsion, bankruptcy, retirement of a Manager or the occurrence of any other event that terminates the continued membership of a Manager of the Company; or

(d) Any other event causing a dissolution of a Limited Liability Company under the laws of the State of California.

1.5 **CONTINUANCE OF COMPANY**. Notwithstanding the provisions of ARTICLE 1.4, in the event of an occurrence described in ARTICLE 1.4(c), if there are at least two remaining Managers, said remaining Manager shall have the right to continue the business of the Company. Such right can be exercised only by the unanimous vote of the remaining Members within ninety (90) days after the occurrence of an event described in ARTICLE 1.4(c). If not so exercised, the right of the Managers to continue the business of the Company shall expire.

1.6 **BUSINESS PURPOSE.** The purpose of the Company is to engage in any lawful act or activity for which a Limited Liability Company may be formed under the Limited Liability statutes of the State of Colorado.

1.7 **PRINCIPAL PLACE OF BUSINESS.** The location of the principal place of business of the Company shall be: 58 Canyon Court, Placerville, CO, 81430

or at such other place as the Managers from time to time select.

1.8 **ADMISSION OF ADDITIONAL MANAGERS.** Except as otherwise expressly provided in the Agreement, no additional managers may be admitted to the Company through issuance by the company of a new interest in the Company without the prior unanimous written consent of the Managers.

**ARTICLE 2**

**Profits, Losses and Distributions**

2.1 **PROFITS/LOSSES.** For financial accounting and tax purposes the Company's net profits or net losses shall be determined on an annual basis and shall be allocated to the Managers in proportion to each Manager's relative capital interest in the Company as set forth in Exhibit 2 as amended from time to time in accordance with Treasury Regulation 1.704-1.

2.2 **DISTRIBUTIONS.** The Managers shall determine and distribute available funds annually or at more frequent intervals as they see fit. Available funds, as referred to herein, shall mean the net cash of the Company available after appropriate provision for expenses and liabilities, as determined by the Managers. Distributions in liquidation of the Company or in liquidation of a Manager's interest shall be made in accordance with the positive capital account balances pursuant to Treasury Regulation 1.704-l(b)(2)(ii)(b)(2). To the extent a Manager shall have a negative capital account balance, there shall be a qualified income offset, as set forth in Treasury

Regulation 1.704-l(b)(2)(ii)(d).

**ARTICLE 3**

**Management**

3.1 **MANAGEMENT OF THE BUSINESS.** The name and place of residence of each Manager is attached as Exhibit 1 of this Agreement. By a vote of the Managers holding a majority of the capital interests in the Company, as set forth in Exhibit 2 as amended from time to time, shall elect so many Managers as determined, but no fewer than one.

3.2 **POWERS OF MANAGERS.** The Managers are authorized on the Company's behalf to make all decisions as to (a) the sale, development lease or other disposition of the Company's assets; (b) the purchase or other acquisition of other assets of all kinds; (c) the management of all or any part of the Company's assets; (d) the borrowing of money and the granting of security

interests in the Company's assets; (e) the pre-payment, refinancing or extension of any loan affecting the Company's assets; (f) the compromise or release of any of the Company's claims or debts; and, (g) the employment of persons, firms or corporations for the operation and management of the company's business. In the exercise of their management powers, the Managers are authorized to execute and deliver (a) all contracts, conveyances, assignments leases, sub-leases, franchise agreements, licensing agreements, management contracts and maintenance contracts covering or affecting the Company's assets; (b) all checks, drafts and other orders for the payment of the Company's funds; (c) all promissory notes, loans, security agreements and other similar documents; and, (d) all other instruments of any other kind relating to the Company's affairs, whether like or unlike the foregoing.

3.4 **NOMINEE.** Title to the Company's assets shall be held in the Company's name or in the name of any nominee that the Managers may designate. The Managers shall have power to enter into a nominee agreement with any such person, and such agreement may contain provisions indemnifying the nominee, except for his willful misconduct.

3.5 **COMPANY INFORMATION.** Upon request, the Managers shall supply to any member information regarding the Company or its activities. Each Manager or his authorized representative shall have access to and may inspect and copy all books, records and materials in the Manager's possession regarding the Company or its activities.

3.6 **INDEMNIFICATION.** The Company shall indemnify any person who was or is a party defendant or is threatened to be made a party defendant, pending or completed action, suit or proceeding, whether civil, criminal, administrative, or investigative (other than an action by or in the right of the Company) by reason of the fact that he is or was a Manager of the Company, Manager, employee or agent of the Company, or is or was serving at the request of the Company, for instant expenses (including attorney's fees), judgments, fines, and amounts paid in settlement actually and reasonably incurred in connection with such action, suit or proceeding if the Managers determine that he acted in good faith and in a manner he reasonably believed to be in or not opposed to the best interest of the Company, and with respect to any criminal action proceeding, has no reasonable cause to believe his/her conduct was unlawful. The termination of any action, suit, or proceeding by judgment, order, settlement, conviction, or upon a plea of "no lo Contendere" or its equivalent, shall not in itself create a presumption that the person did or did not act in good faith and in a manner which he reasonably believed to be in the best interest of the Company, and, with respect to any criminal action or proceeding, had reasonable cause to believe that his/her conduct was lawful.

3.8 **RECORDS.** The Managers shall cause the Company to keep at its principal place of business the following:

(a) a current list in alphabetical order of the full name and the last known street address of each Manager;

(b) a copy of the Certificate of Formation and the Company Operating Agreement and all amendments;

(c) copies of the Company's federal, state and local income tax returns and reports, if any, for the three most recent years;

(d) copies of any financial statements of the limited liability company for the three most recent years.

## ARTICLE 4

### Compensation

4.1 **MANAGEMENT FEE.** Any Manager rendering services to the Company shall be entitled to compensation commensurate with the value of such services.

4.2 **REIMBURSEMENT.** The Company shall reimburse the Managers for all direct out-of-pocket expenses incurred by them in managing the Company.

## ARTICLE 5

### Bookkeeping

5.1 **BOOKS.** The Managers shall maintain complete and accurate books of account of the Company's affairs at the Company's principal place of business. Such books shall be kept on such method of accounting as the Managers shall select. The company's accounting period shall be the calendar year.

5.2 **MANAGER'S ACCOUNTS.** The Managers shall maintain separate capital and distribution accounts for each manager. Each manager's capital account shall be determined and maintained in the manner set forth in Treasury Regulation 1.704-l(b)(2)(iv) and shall consist of his initial capital contribution increased by:

(a) any additional capital contribution made by him/her;

(b) credit balances transferred from his distribution account to his capital account;
and decreased by:

(a) distributions to him/her in reduction of Company capital;

(b) the Manager's share of Company losses if charged to his/her capital account.

5.3 **REPORTS.** The Managers shall close the books of account after the close of each calendar year, and shall prepare and send to each manager a statement of such Manager's distributive share of income and expense for income tax reporting purposes.

**ARTICLE 6**

**Transfers**

6.1  **ASSIGNMENT.** If at any time a Manager proposes to sell, assign or otherwise dispose of all or any part of his interest in the Company, such Manager shall first make a written offer to sell such interest to the other Managers at a price determined by mutual agreement. If such other Managers decline or fail to elect such interest within thirty (30) days, and if the sale or assignment is made and the Managers fail to approve this sale or assignment unanimously then, pursuant to the Colorado Limited Liability statutes, the purchaser or assignee shall have no right to participate in the management of the business and affairs of the Company. The purchaser or assignee shall only be entitled to receive the share of the profits or other compensation by way of income and the return of contributions to which that Manager would otherwise be entitled.

**<u>LISTING OF MANAGERS</u>**

As of April 1st, 2010, the following is a list of Managers of the Company:

| NAME: | ADDRESS: |
|---|---|
| Karl Engstrom – Manager | 58 Canyon Court, Placerville, CO, 81430 |
| Dennis Kavanagh – Manager | 58 Canyon Court, Placerville, CO, 81430 |
| Chris Kirsch – Manager | 58 Canyon Court, Placerville, CO, 81430 |

# PX1

## Ostrum Attachment AC

## Corporate Records

Colorado Secretary of State - Summary



# Summary

| Details | |
|---|---|
| **Name** | Blue Rocket Brands, LLC |

| | | | |
|---|---|---|---|
| **Status** | Good Standing | **Formation date** | 06/13/2013 |
| **ID number** | 20131348172 | **Form** | Limited Liability Company |
| **Periodic report month** | June | **Jurisdiction** | Colorado |
| **Principal office street address** | 2011 Cherry St, Suite 202, Louisville, CO 80027, United States | | |
| **Principal office mailing address** | n/a | | |

| Registered Agent | |
|---|---|
| **Name** | National Corporate Research, Ltd. |
| **Street address** | 12649 West Warren Avenue, Lakewood, CO 80228, United States |
| **Mailing address** | n/a |

Filing history and documents
Get a certificate of good standing
Get certified copies of documents
File a form
Set up secure business filing
Subscribe to email notification
Unsubscribe from email notification

Ostrum Attachment AC-1

Colorado Secretary of State - Summary

Back

Terms & conditions | Browser compatibility

Colorado Secretary of State - History and Documents



# History and Documents

**Name:** Blue Rocket Brands, LLC
**ID number:** 20131348172

🖨 Print-friendly version

**For this Record...**
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification
Return to Summary

Business Home
Business Information
Business Search

FAQs, Glossary and Information

### Found 10 matching record(s).  Viewing page 1 of 1.

| # | Event | Date Filed | Date Posted | Effective Date | Document # (click to view) | Comment |
|---|-------|-----------|-------------|----------------|---------------------------|---------|
| 1 | Articles of Organization | 06/13/2013 | 06/13/2013 | 06/13/2013 02:29 PM | 20131348172 | |
| 2 | Periodic Report due | 05/23/2014 | 05/23/2014 | 05/23/2014 03:32 AM | | Periodic report due by: 08/31/2014 |
| 3 | Report | 06/24/2014 | 06/24/2014 | 08/24/2014 11:38 AM | 20141384986 | Change of Registered Agent / Change of Registered Agent Address |
| 4 | Statement of Change | 03/17/2015 | 03/17/2015 | 03/17/2015 12:11 PM | 20151183081 | Principal address changed: |
| 5 | Periodic Report due | 05/23/2015 | 05/23/2015 | 05/23/2015 02:40 AM | | Periodic report due by: 08/31/2015 |
| 6 | Periodic Report due in one week | 08/24/2015 | 08/24/2015 | 08/24/2015 01:54 AM | | Periodic report due by: 08/31/2015 |
| 7 | Report | 08/24/2015 | 08/24/2015 | 08/24/2015 09:40 AM | 20151541025 | |
| 8 | Periodic Report due | 05/23/2016 | 05/23/2016 | 05/23/2016 02:25 AM | | Periodic report due by: 08/31/2016 |
| 9 | Periodic Report due in one week | 08/24/2016 | 08/24/2016 | 08/24/2016 01:54 AM | | Periodic report due by: 08/31/2016 |
| 10 | Report | 08/26/2016 | 08/26/2016 | 08/26/2016 11:01 AM | 20161582007 | |

Return to Summary

Ostrum Attachment AC-3

Colorado Secretary of State - History and Documents

Terms & conditions | Browser compatibility

Ostrum Attachment AC-4

Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.sos.state.co.us.



Colorado Secretary of State
Date and Time: 06/13/2013 02:29 PM
ID Number: 20131348172

Document number: 20131348172
Amount Paid: $50.00

ABOVE SPACE FOR OFFICE USE ONLY

# Articles of Organization
filed pursuant to § 7-80-203 and § 7-80-204 of the Colorado Revised Statutes (C.R.S.)

1. The domestic entity name of the limited liability company is

   **Blue Rocket Brands, LLC**

   *(The name of a limited liability company must contain the term or abbreviation "limited liability company", "ltd. liability company", "limited liability co.", "ltd. liability co.", "limited", "l.l.c.", "llc", or "ltd.". See §7-90-601, C.R.S.)*

   *(Caution: The use of certain terms or abbreviations are restricted by law. Read instructions for more information.)*

2. The principal office address of the limited liability company's initial principal office is

   Street address        **6260 Lookout Road**
                                    *(Street number and name)*

                                     **Boulder**       **CO**  **80301**
                                     *(City)*       *(State)*   *(ZIP/Postal Code)*
                                     **United States**
                               *(Province – if applicable)*     *(Country)*

   Mailing address
   (leave blank if same as street address)
                                     *(Street number and name or Post Office Box information)*

                                     *(City)*       *(State)*   *(ZIP/Postal Code)*

                               *(Province – if applicable)*     *(Country)*

3. The registered agent name and registered agent address of the limited liability company's initial registered agent are

   Name
   (if an individual)
                                   *(Last)*     *(First)*    *(Middle)*   *(Suffix)*

   or

   (if an entity)        **Turtle Mountains, LLC**
   *(Caution: Do not provide both an individual and an entity name.)*

   Street address        **4743 Kincross Court**
                                      *(Street number and name)*

                                     **BOULDER**    **CO**  **80301**
                                     *(City)*       *(State)*    *(ZIP Code)*

   Mailing address
   (leave blank if same as street address)
                                     *(Street number and name or Post Office Box information)*

Ostrum Attachment AC-5

|  | CO |  |
|---|---|---|
| (City) | (State) | (ZIP Code) |

*(The following statement is adopted by marking the box.)*

☑ The person appointed as registered agent has consented to being so appointed.

4. The true name and mailing address of the person forming the limited liability company are

Name
(if an individual)

|  |  |  |  |
|---|---|---|---|
| (Last) | (First) | (Middle) | (Suffix) |

or

(if an entity)          **Turtle Mountains, LLC**

*(Caution: Do not provide both an individual and an entity name.)*

Mailing address          **4743 Kincross Court**

*(Street number and name or Post Office Box information)*

| **BOULDER** | **CO** | **80301** |
|---|---|---|
| (City) | (State) | (ZIP/Postal Code) |

| | **United States** |
|---|---|
| (Province – if applicable) | (Country) |

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

☐ The limited liability company has one or more additional persons forming the limited liability company and the name and mailing address of each such person are stated in an attachment.

5. The management of the limited liability company is vested in
*(Mark the applicable box.)*

☑ one or more managers.

or

☐ the members.

6. *(The following statement is adopted by marking the box.)*

☑ There is at least one member of the limited liability company.

7. *(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

☐ This document contains additional information as provided by law.

8. *(Caution: Leave blank if the document does not have a delayed effective date. Stating a delayed effective date has significant legal consequences. Read instructions before entering a date.)*

*(If the following statement applies, adopt the statement by entering a date and, if applicable, time using the required format.)*

The delayed effective date and, if applicable, time of this document is/are _____

*(mm/dd/yyyy hour:minute am/pm)*

Notice:
Causing this document to be delivered to the Secretary of State for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

Ostrum Attachment AC-6

This perjury notice applies to each individual who causes this document to be delivered to the Secretary of State, whether or not such individual is named in the document as one who has caused it to be delivered.

9. The true name and mailing address of the individual causing the document to be delivered for filing are

| McNea | Blair | | |
|---|---|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

4743 Kincross Court

*(Street number and name or Post Office Box information)*

| BOULDER | CO | 80301 |
|---|---|---|
| *(City)* | *(State)* | *(ZIP/Postal Code)* |

United States .

| | *(Country)* |
|---|---|
| *(Province – if applicable)* | |

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

☐ This document contains the true name and mailing address of one or more additional individuals causing the document to be delivered for filing.

Disclaimer:
This form/cover sheet, and any related instructions, are not intended to provide legal, business or tax advice, and are furnished without representation or warranty. While this form/cover sheet is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form/cover sheet. Questions should be addressed to the user's legal, business or tax advisor(s).

Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.sos.state.co.us.

 **E-Filed**

**Colorado Secretary of State**
Date and Time: 08/26/2016 11:01 AM
ID Number: 20131348172

Document number: 20161582007
Amount Paid: $10.00

ABOVE SPACE FOR OFFICE USE ONLY

## Periodic Report
filed pursuant to §7-90-301, et seq. and §7-90-501 of the Colorado Revised Statutes (C.R.S)

ID number: __20131348172__

Entity name: __Blue Rocket Brands, LLC__

Jurisdiction under the law of which the
entity was formed or registered: __Colorado__

1. Principal office street address: __2011 Cherry St, Suite 202__
   *(Street name and number)*

   | __Louisville__ | __CO__ | __80027__ |
   | *(City)* | *(State)* | *(Postal/Zip Code)* |
   | | __United States__ | |
   | *(Province – if applicable)* | *(Country – if not US)* | |

2. Principal office mailing address:
   (if different from above)
   *(Street name and number or Post Office Box information)*

   | *(City)* | *(State)* | *(Postal/Zip Code)* |
   | *(Province – if applicable)* | *(Country – if not US)* | |

3. Registered agent name: (if an individual)
   *(Last)*          *(First)*          *(Middle)*          *(Suffix)*

   or    (if a business organization)  __National Corporate Research, Ltd.__

4. The person identified above as registered agent has consented to being so appointed.

5. Registered agent street address: __12649 West Warren Avenue__
   *(Street name and number)*

   | __Lakewood__ | __CO__ | __80228__ |
   | *(City)* | *(State)* | *(Postal/Zip Code)* |

6. Registered agent mailing address:
   (if different from above)
   *(Street name and number or Post Office Box information)*

   | *(City)* | *(State)* | *(Postal/Zip Code)* |
   | *(Province – if applicable)* | *(Country – if not US)* | |

Notice:
Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or
acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the
individual's act and deed, or that the individual in good faith believes the document is the act and deed of the
person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity
with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic
statutes, and that the individual in good faith believes the facts stated in the document are true and the
document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of
state, whether or not such individual is named in the document as one who has caused it to be delivered.

7. Name(s) and address(es) of the
   individual(s) causing the document
   to be delivered for filing:

| Harrington-Schreiber | Elin | P | |
|---|---|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

Berg Hill Greenleaf Ruscitti LLP
*(Street name and number or Post Office Box information)*
1712 Pearl Street

| Boulder | CO | 80302 | |
|---|---|---|---|
| *(City)* | *(State)* | *(Postal/Zip Code)* | |
| | United States | | |
| *(Province – if applicable)* | *(Country – if not US)* | | |

*(The document need not state the true name and address of more than one individual. However, if you wish to state the name and address
of any additional individuals causing the document to be delivered for filing, mark this box* ☐ *and include an attachment stating the
name and address of such individuals.)*

Disclaimer:
This form, and any related instructions, are not intended to provide legal, business or tax advice, and are
offered as a public service without representation or warranty. While this form is believed to satisfy minimum
legal requirements as of its revision date, compliance with applicable law, as the same may be amended from
time to time, remains the responsibility of the user of this form. Questions should be addressed to the user's
attorney.

# PX1

## Ostrum Attachment AD

## Corporate Records

Colorado Secretary of State - Summary



Colorado
Secretary of State
Wayne W. Williams

About Wayne | Español

Search

**For this Record...**
Filing history and
documents
Get a certificate of good
standing
File a form
Subscribe to email
notification
Unsubscribe from email
notification

Business Home
Business Information
Business Search

FAQs, Glossary and
Information

# Summary

## Details

| | | | |
|---|---|---|---|
| Name | Boulder Black Diamond, LLC | | |
| Status | Good Standing | Formation date | 08/16/2004 |
| ID number | 20041284935 | Form | Limited Liability Company |
| Periodic report month | July | Jurisdiction | Colorado |
| Principal office street address | 6331 Snowberry Lane, Niwot, CO 80503-7146, United States | | |
| Principal office mailing address | n/a | | |

## Registered Agent

| | |
|---|---|
| Name | National Corporate Research, Ltd. |
| Street address | 12649 West Warren Avenue, Lakewood, CO 80228, United States |
| Mailing address | n/a |

Filing history and documents
Get a certificate of good standing
Get certified copies of documents
File a form
Set up secure business filing
Subscribe to email notification
Unsubscribe from email notification

Ostrum Attachment AD-1

Colorado Secretary of State - Summary

Back

Terms & conditions | Browser compatibility

Ostrum Attachment AD-2

Colorado Secretary of State - History and Documents



About Wayne | Español

# History and Documents

For this Record...
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification
Return to Summary

Business Home
Business Information
Business Search

FAQs, Glossary and Information

**Name:**   Boulder Black Diamond, LLC
**ID number:** 20041284935

🖨 Print-friendly version

[Next 16>]

1  2

### Found 36 matching record(s).  Viewing page 1 of 2.

| # | Event | Date Filed | Date Posted | Effective Date | Document # (click to view) | Comment |
|---|-------|-----------|-------------|----------------|---------------|---------|
| 1 | Articles of Organization | 08/16/2004 | 08/16/2004 | 08/16/2004 12:38 PM | 20041284935 | |
| 2 | postcard notification printed 07/21/2005 to be mailed 08/01/2005 | 07/21/2005 | 07/21/2005 | 07/21/2005 01:42 AM | | annual report due: 10/30/2005 |
| 3 | Change in Status | 11/01/2005 | 11/01/2005 | 11/01/2005 01:33 AM | | Failure to file annual report |
| 4 | postcard notification printed 11/23/2005 to be mailed 12/01/2005 | 11/23/2005 | 11/23/2005 | 11/23/2005 01:57 AM | | annual report due: 2005-10-31 |
| 5 | Change in Status | 02/01/2006 | 02/01/2006 | 02/01/2006 01:47 AM | | Failure to file annual report |
| 6 | postcard notification printed 02/01/2006 to be mailed 03/01/2006 | 02/01/2006 | 02/01/2006 | 02/01/2006 02:06 AM | | annual report due: 2005-10-31 |
| 7 | Statement Curing Delinquency | 08/20/2006 | 08/20/2006 | 08/20/2006 06:09 PM | 20061341611 | |
| 8 | postcard notification printed 07/23/2007 to be mailed 08/01/2007 | 07/23/2007 | 07/23/2007 | 07/23/2007 05:33 AM | | annual report due: 10/31/2007 |
| 9 | Change in Status | 11/01/2007 | 11/01/2007 | 11/01/2007 02:03 AM | | Failure to file annual report |
| 10 | postcard notification printed 11/22/2007 to be mailed 12/01/2007 | 11/22/2007 | 11/22/2007 | 11/22/2007 02:23 AM | | annual report due: 2008-01-31 |
| 11 | Report | 12/05/2007 | 12/05/2007 | 12/05/2007 02:19 PM | 20071552856 | |
| 12 | postcard notification printed 07/25/2008 to be mailed 08/01/2008 | 07/25/2008 | 07/25/2008 | 07/25/2008 06:43 PM | | annual report due: 10/31/2008 |

Ostrum Attachment AD-3

Colorado Secretary of State - History and Documents

| | | | | | |
|---|---|---|---|---|---|
| **13** Change in Status | 11/01/2008 | 11/01/2008 | 11/01/2008 01:44 AM | | Failure to file annual report |
| **14** postcard notification printed 11/18/2008 to be mailed 12/01/2008 | 11/18/2008 | 11/18/2008 | 11/18/2008 12:17 PM | | annual report due: 2009-01-31 |
| **15** Report | 12/02/2008 | 12/02/2008 | 12/02/2008 09:11 PM | 20081627679 | Change of Registered Agent |
| **16** postcard notification printed 07/23/2009 to be mailed 08/01/2009 | 07/23/2009 | 07/23/2009 | 07/23/2009 04:46 AM | | annual report due: 10/31/2009 |
| **17** Change in Status | 11/01/2009 | 11/01/2009 | 11/01/2009 01:42 AM | | Failure to file annual report |
| **18** postcard notification printed 11/21/2009 to be mailed 12/01/2009 | 11/21/2009 | 11/21/2009 | 11/21/2009 02:49 AM | | annual report due: 2010-01-31 |
| **19** Change in Status | 02/01/2010 | 02/01/2010 | 02/01/2010 02:10 AM | | Failure to file annual report |
| **20** postcard notification printed 02/01/2010 to be mailed this month | 02/01/2010 | 02/01/2010 | 02/01/2010 04:14 AM | | failure to file annual report |

Return to Summary

Terms & conditions | Browser compatibility

Ostrum Attachment AD-4

Colorado Secretary of State - History and Documents



About Wayne | Español

Colorado
Secretary of State
Wayne W. Williams

# History and Documents

**Name:**   Boulder Black Diamond, LLC
**ID number:** 20041284935

Print-friendly version

For this Record...
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification
Return to Summary

Business Home
Business Information
Business Search

FAQs, Glossary and Information

[<Prev 20]

1 2

### Found 36 matching record(s).  Viewing page 2 of 2.

| # | Event | Date Filed | Date Posted | EffectiveDate ⊙ | Document # (click to view) | Comment |
|---|-------|-----------|-------------|-----------------|-----------------------------|---------|
| 21 | Statement Curing Delinquency | 04/07/2010 | 04/07/2010 | 04/07/2010 03:44 PM | 20101203430 | |
| 22 | postcard notification printed 03/23/2011 to be mailed 04/01/2011 | 03/23/2011 | 03/23/2011 | 03/23/2011 03:46 AM | | periodic report due: 06/30/2011 |
| 23 | Change in Status | 07/01/2011 | 07/01/2011 | 07/01/2011 01:40 AM | | Failure to file periodic report |
| 24 | postcard notification printed 07/21/2011 to be mailed 08/01/2011 | 07/21/2011 | 07/21/2011 | 07/21/2011 02:04 AM | | periodic report due: 2011-09-30 |
| 25 | Change in Status | 10/01/2011 | 10/01/2011 | 10/01/2011 01:57 AM | | Failure to file periodic report |
| 26 | Change in Name | 11/04/2012 | 11/04/2012 | 11/04/2012 12:37 AM | | Entity name and any active trade names changed due to Failure to file periodic report |
| 27 | Statement Curing Delinquency | 01/03/2013 | 01/03/2013 | 01/03/2013 02:44 PM | 20131007677 | |
| 28 | Periodic Report due | 12/23/2013 | 12/23/2013 | 12/23/2013 03:30 AM | | Periodic report due by: 03/31/2014 |
| 29 | Periodic Report due in one week | 03/24/2014 | 03/24/2014 | 03/24/2014 02:16 AM | | Periodic report due by: 03/31/2014 |
| 30 | Change in Status: Noncompliant for | 04/01/2014 | 04/01/2014 | 04/01/2014 01:36 AM | | Entity noncompliant under AD-5 |

Colorado Secretary of State - History and Documents

| | | | | | |
|---|---|---|---|---|---|
| | failure to file Periodic Report | | | | will become delinquent on: 05/31/2014 |
| 31 | Change in status in one week: Delinquent for failure to file Periodic Report | 05/24/2014 | 05/24/2014 | 05/24/2014 03:05 AM | One week until delinquent: 05/31/2014 |
| 32 | Change in Status: Delinquent for failure to file Periodic Report | 06/01/2014 | 06/01/2014 | 06/01/2014 01:52 AM | Entity has become delinquent for failure to file Periodic Report |
| 33 | Statement Curing Delinquency | 07/01/2015 | 07/01/2015 | 07/01/2015 11:46 AM | 20151433709 |
| 34 | Periodic Report due | 06/23/2016 | 06/23/2016 | 06/23/2016 02:21 AM | Periodic report due by: 09/30/2016 |
| 35 | Periodic Report due in one week | 09/24/2016 | 09/24/2016 | 09/24/2016 01:47 AM | Periodic report due by: 09/30/2016 |
| 36 | Report | 09/26/2016 | 09/26/2016 | 09/26/2016 01:10 PM | 20161651215   Change of Entity Address |

Return to Summary

Terms & conditions | Browser compatibility

Ostrum Attachment AD-6



Colorado Secretary of State
Date and Time: 08/16/2004 12:38 PM
Entity Id: 20041284935

Document number: 20041284935

Document Processing Fee
  If document is on paper:         $50.00
  If document is filed electronically:  $  .99
Fees are subject to change.
For electronic filing and to obtain
  copies of filed documents visit
  www.sos.state.co.us
Deliver paper documents to:
Colorado Secretary of State
Business Division
1560 Broadway, Suite 200
Denver, CO  80202-5169
Paper documents must be typed or machine printed.

ABOVE SPACE FOR OFFICE USE ONLY

## Articles of Organization
filed pursuant to 7-90-301, et seq. and §7-80-204 of the Colorado Revised Statutes (C.R.S)

1. Entity name:

**Boulder Black Diamond, LLC**

*(The name of a limited liability company must contain the term or abbreviation "limited liability company", "ltd. liability company", "limited liability co.", "ltd. liability co.", "limited", "llc", "l.l.c.", or "ltd." §7-90-601, C.R.S.)*

2. Use of Restricted Words *(if any of these terms are contained in an entity name, true name of an entity, trade name or trademark stated in this document, make the applicable selection):*

"bank" or "trust" or any derivative thereof
"credit union"        "savings and loan"
"insurance", "casualty", "mutual", or "surety"

3. Principal office street address:

**4743 Kincross Court**
*(Street name and number)*

**Boulder**        **CO**  **80301**
*(City)*      *(State)*  *(Postal/Zip Code)*
**United States**
*(Province – if applicable)*  *(Country – if not US)*

4. Principal office mailing address
  (if different from above):

*(Street name and number or Post Office Box information)*

*(City)*    *(State)*    *(Postal/Zip Code)*

*(Province – if applicable)*  *(Country – if not US)*

5. Registered agent name  (if an individual):

**McNea**    **Blair**    **W**    **Mr.**
*(Last)*    *(First)*    *(Middle)*    *(Suffix)*

        **OR** (if a business organization):

6. The person identified above as registered agent has consented to being so appointed.

7. Registered agent street address:

**4743 Kincross Court**
*(Street name and number)*

**Boulder**        **CO**  **80301**

Rev. 6/14/2004
1 of 3
Ostrum Attachment AD-7

8. Registered agent mailing address
   (if different from above):

*(City)*          *(State)*          *(Postal/Zip Code)*

*(Street name and number or Post Office Box information)*

*(City)*          *(State)*          *(Postal/Zip Code)*

*(Province – if applicable)*          *(Country – if not US)*

9. Name(s) and mailing address(es)
   of person(s) forming the limited
   liability company:

   (if an individual):   **McNea**          **Blair**          **W**

   *(Last)*          *(First)*          *(Middle)*          *(Suffix)*

   **OR** (if a business organization):

   **4743 Kincross Court**

   *(Street name and number or Post Office Box information)*

   **Boulder**          **CO**          **80301**

   *(City)*          *(State)*          *(Postal/Zip Code)*

   **United States**

   *(Province – if applicable)*          *(Country – if not US)*

   (if an individual)

   *(Last)*          *(First)*          *(Middle)*          *(Suffix)*

   **OR** (if a business organization)

   *(Street name and number or Post Office Box information)*

   *(City)*          *(State)*          *(Postal/Zip Code)*

   *(Province – if applicable)*          *(Country – if not US)*

   (if an individual)

   *(Last)*          *(First)*          *(Middle)*          *(Suffix)*

   **OR** (if a business organization)

   *(Street name and number or Post Office Box information)*

   *(City)*          *(State)*          *(Postal/Zip Code)*

   *(Province – if applicable)*          *(Country – if not US)*

*(If more than three persons are forming the limited liability company, mark this box ☐ and include an attachment stating the true names and mailing addresses of all additional persons forming the limited liability company)*

10. The management of the limited liability company is vested in managers ☑
    **OR** is vested in the members ☐.

11. There is at least one member of the limited liability company.

12. *(Optional)*  Delayed effective date:   _____.
                                                    *(mm/dd/yyyy)*

13. Additional information may be included pursuant to other organic statutes such as title 12, C.R.S.  If
    applicable, mark this box ☐ and include an attachment stating the additional information.

Notice:

Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or
acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the
individual's act and deed, or that the individual in good faith believes the document is the act and deed of the
person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity
with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic
statutes, and that the individual in good faith believes the facts stated in the document are true and the
document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of
state, whether or not such individual is named in the document as one who has caused it to be delivered.

14. Name(s) and address(es) of the
    individual(s) causing the document
    to be delivered for filing:

| McNea | Blair | W | |
|---|---|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

4743 Kincross Court

*(Street name and number or Post Office Box information)*

| Boulder | CO | 80301 | |
|---|---|---|---|
| *(City)* | *(State)* | *(Postal/Zip Code)* | |

United States

| *(Province – if applicable)* | *(Country – if not US)* |
|---|---|

*(The document need not state the true name and address of more than one individual.  However, if you wish to state the name and address
of any additional individuals causing the document to be delivered for filing, mark this box ☐ and include an attachment stating the name
and address of such individuals.)*

**Disclaimer:**

This form, and any related instructions, are not intended to provide legal, business or tax advice, and are
offered as a public service without representation or warranty.  While this form is believed to satisfy minimum
legal requirements as of its revision date, compliance with applicable law, as the same may be amended from
time to time, remains the responsibility of the user of this form.  Questions should be addressed to the user's
attorney.



Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.sos.state.co.us.

**Colorado Secretary of State**
Date and Time: 09/26/2016 01:10 PM
ID Number: 20041284935

Document number: 20161651215
Amount Paid: $10.00

ABOVE SPACE FOR OFFICE USE ONLY

## Periodic Report
filed pursuant to §7-90-301, et seq. and §7-90-501 of the Colorado Revised Statutes (C.R.S)

ID number: **20041284935**

Entity name: **Boulder Black Diamond, LLC**

Jurisdiction under the law of which the
entity was formed or registered: **Colorado**

1. Principal office street address: **6331 Snowberry Lane**
   *(Street name and number)*

   **Niwot**                **CO**    **80503-7146**
   *(City)*                  *(State)*  *(Postal/Zip Code)*
                            **United States**
   *(Province – if applicable)*   *(Country – if not US)*

2. Principal office mailing address:
   (if different from above)
   *(Street name and number or Post Office Box information)*

   *(City)*                  *(State)*   *(Postal/Zip Code)*

   *(Province – if applicable)*   *(Country – if not US)*

3. Registered agent name: (if an individual)
   *(Last)*          *(First)*          *(Middle)*     *(Suffix)*

   or   (if a business organization) **National Corporate Research, Ltd.**

4. The person identified above as registered agent has consented to being so appointed.

5. Registered agent street address: **12649 West Warren Avenue**
   *(Street name and number)*

   **Lakewood**             **CO**    **80228**
   *(City)*                  *(State)*  *(Postal/Zip Code)*

6. Registered agent mailing address:
   (if different from above)
   *(Street name and number or Post Office Box information)*

   *(City)*                  *(State)*   *(Postal/Zip Code)*

   *(Province – if applicable)*   *(Country – if not US)*

Notice:

Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

7. Name(s) and address(es) of the
   individual(s) causing the document
   to be delivered for filing:

| Harrington-Schreiber | Elin | P. | |
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

Berg Hill Greenleaf Ruscitti LLP

*(Street name and number or Post Office Box information)*

1712 Pearl Street

| Boulder | CO | 80302 | |
| *(City)* | *(State)* | *(Postal/Zip Code)* | |
| | United States | | |
| *(Province – if applicable)* | *(Country – if not US)* | | |

*(The document need not state the true name and address of more than one individual.  However, if you wish to state the name and address of any additional individuals causing the document to be delivered for filing, mark this box ☐ and include an attachment stating the name and address of such individuals.)*

Disclaimer:

This form, and any related instructions, are not intended to provide legal, business or tax advice, and are offered as a public service without representation or warranty.  While this form is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form.  Questions should be addressed to the user's attorney.