PX1

Ostrum Attachment AE

Corporate Records

Colorado Secretary of State - Summary



# Summary

**For this Record...**
Filing history and documents
Trade names
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

## Details

| | | | |
|---|---|---|---|
| **Name** | Brand Force, LLC | | |
| **Status** | Good Standing | **Formation date** | 01/21/2010 |
| **ID number** | 20101043606 | **Form** | Limited Liability Company |
| **Periodic report month** | December | **Jurisdiction** | Colorado |
| **Principal office street address** | 357 S. McCaslin Blvd., Suite 200, Louisville, CO 80027, United States | | |
| **Principal office mailing address** | n/a | | |

## Registered Agent

| | |
|---|---|
| **Name** | National Corporate Research, Ltd. |
| **Street address** | 12649 West Warren Avenue, Lakewood, CO 80228, United States |
| **Mailing address** | n/a |

Filing history and documents
Trade names
Get a certificate of good standing
Get certified copies of documents
File a form
Set up secure business filing
Subscribe to email notification
Unsubscribe from email notification

Ostrum Attachment AE-1

Colorado Secretary of State - Summary

Terms & conditions | Browser compatibility

Ostrum Attachment AE-2

Colorado Secretary of State - History and Documents



About Wayne | Español

**For this Record...**
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification
Return to Summary

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# History and Documents

Name:    Brand Force, LLC
ID number: 20101043606

📄 Print-friendly version

1  2

[Next 2>]

**Found 22 matching record(s).  Viewing page 1 of 2.**

| # | Event | Date Filed | Date Posted | EffectiveDate (▲) | Document # (click to view) | Comment |
|---|-------|-----------|-------------|-------------------|---------------------------|---------|
| 1 | Articles of Organization | 01/21/2010 | 01/21/2010 | 01/21/2010 05:14 PM | 20101043606 | |
| 2 | postcard notification printed 12/23/2010 to be mailed 01/01/2011 | 12/23/2010 | 12/23/2010 | 12/23/2010 04:08 AM | | periodic report due: 03/31/2011 |
| 3 | Report | 03/31/2011 | 03/31/2011 | 03/31/2011 02:20 PM | 20111192815 | |
| 4 | Statement of Change | 12/16/2011 | 12/16/2011 | 12/16/2011 03:10 PM | 20111691661 | Registered agent information changed; |
| 5 | postcard notification printed 12/23/2011 to be mailed 01/01/2012 | 12/23/2011 | 12/23/2011 | 12/23/2011 03:04 AM | | periodic report due: 03/31/2012 |
| 6 | Change in Status: Noncompliant for failure to file Periodic Report | 04/01/2012 | 04/01/2012 | 04/01/2012 01:44 AM | | Periodic Report due by: 06/30/2012 |
| 7 | Change in Status: Delinquent for failure to file Periodic Report | 07/01/2012 | 07/01/2012 | 07/01/2012 02:12 AM | | Failure to file periodic report |
| 8 | Statement Curing Delinquency | 07/05/2012 | 07/05/2012 | 07/05/2012 02:23 PM | 20121369408 | |
| 9 | Periodic Report due | 06/23/2013 | 06/23/2013 | 06/23/2013 02:48 AM | | Periodic report due by: 09/30/2013 |
| 10 | Periodic Report due in one week | 09/24/2013 | 09/24/2013 | 09/24/2013 02:11 AM | | Periodic report due by: 09/30/2013 |
| 11 | Change in Status: Noncompliant for failure to file Periodic Report | 10/01/2013 | 10/01/2013 | 10/01/2013 01:43 AM | | Entity noncompliant and will become delinquent on: |

Ostrum Attachment AE-3

Colorado Secretary of State - History and Documents

| | | | | | |
|---|---|---|---|---|---|
| | | | | | 11/30/2013 |
| 12 | Change in status in one week: Delinquent for failure to file Periodic Report | 11/26/2013 | 11/26/2013 | 11/26/2013 09:54 AM | One week until delinquent: 11/30/2013 |
| 13 | Change in status in one week: Delinquent for failure to file Periodic Report | 11/26/2013 | 11/26/2013 | 11/26/2013 11:39 AM | One week until delinquent: 11/30/2013 |
| 14 | Change in Status: Delinquent for failure to file Periodic Report | 12/01/2013 | 12/01/2013 | 12/01/2013 02:00 AM | Entity has become delinquent for failure to file Periodic Report |
| 15 | Statement Curing Delinquency | 12/20/2013 | 12/20/2013 | 12/20/2013 11:44 AM | 20131723593 |
| 16 | Periodic Report due | 11/23/2014 | 11/23/2014 | 11/23/2014 03:22 AM | Periodic report due by: 02/28/2015 |
| 17 | Periodic Report due in one week | 02/24/2015 | 02/24/2015 | 02/24/2015 01:54 AM | Periodic report due by: 02/28/2015 |
| 18 | Report | 02/24/2015 | 02/24/2015 | 02/24/2015 09:31 AM | 20151130781   Change of Registered Agent / Change of Registered Agent Address |
| 19 | Periodic Report due | 11/23/2015 | 11/23/2015 | 11/23/2015 02:18 AM | Periodic report due by: 02/29/2016 |
| 20 | Report | 02/19/2016 | 02/19/2016 | 02/19/2016 12:09 PM | 20161116429 |

Return to Summary

Terms & conditions | Browser compatibility

Ostrum Attachment AE-4



Document must be filed electronically.
Paper documents will not be accepted.
  Document processing fee
Fees & forms/cover sheets
  are subject to change.
To access other information or print
  copies of filed documents,
  visit www.sos.state.co.us and
  select Business Center.

$50.00

**Colorado Secretary of State**
Date and Time: 01/21/2010 05:14 PM
ID Number: 20101043606

Document number: 20101043606
Amount Paid: $50.00

ABOVE SPACE FOR OFFICE USE ONLY

# Articles of Organization
### filed pursuant to § 7-80-203 and § 7-80-204 of the Colorado Revised Statutes (C.R.S.)

1. The domestic entity name of the limited liability company is

   **Brand Force, LLC**

   *(The name of a limited liability company  must contain the term or abbreviation*
   *"limited liability company",  "ltd. liability company", "limited liability co.", "ltd.*
   *liability co.", "limited", "l.l.c.", "llc", or "ltd.". See §7-90-601, C.R.S.)*

   **(Caution:** *The use of certain terms or abbreviations are restricted by law.  Read instructions for more information.)*

2. The principal office address of the limited liability company's initial principal office is

   Street address

   **357 S. McCaslin Blvd.**
   *(Street number and name)*

   **Suite 200**

   **Louisville**                 **CO**    **80027**
   *(City)*                    *(State)*   *(ZIP/Postal Code)*

                              **United States**
   *(Province – if applicable)*        *(Country)*

   Mailing address
   **(leave blank** if same as street address**)**

   *(Street number and name or Post Office Box information)*

   *(City)*             *(State)*       *(ZIP/Postal Code)*

   *(Province – if applicable)*        *(Country)*

3. The registered agent name and registered agent address of the limited liability company's initial registered agent are

   Name
     (if an individual)

   *(Last)*          *(First)*        *(Middle)*      *(Suffix)*

   **OR**

     (if an entity)    **Berg Hill Greenleaf & Ruscitti LLP**

   **(Caution:** *Do not provide both an individual and an entity name.)*

   Street address   **1712 Pearl Street**
   *(Street number and name)*

   **Boulder**                    **CO**    **80302**
   *(City)*                    *(State)*   *(ZIP Code)*

Ostrum Attachment AE-5

<u>Mailing address</u>
(**leave blank** if same as street address)

_____
*(Street number and name or Post Office Box information)*

_____

_____  CO  _____ .
*(City)*                        *(State)*      *(ZIP Code)*

*(The following statement is adopted by marking the box.)*

☑ The person appointed as registered agent has consented to being so appointed.

4. The true name and mailing address of the person forming the limited liability company are

Name
(if an individual)

_____
*(Last)*            *(First)*       *(Middle)*    *(Suffix)*

**OR**

(if an entity)   Bright Fast, LLC
_____

*(**Caution:** Do not provide both an individual and an entity name.)*

Mailing address   6260 Lookout Road
_____
*(Street number and name or Post Office Box information)*

Boulder                    CO   80301
_____
*(City)*                        *(State)*   *(ZIP/Postal Code)*

                    United States
_____
*(Province – if applicable)*        *(Country)*

*(If the following statement applies. adopt the statement by marking the box and include an attachment.)*

☐ The limited liability company has one or more additional persons forming the limited liability company and the name and mailing address of each such person are stated in an attachment.

5. The management of the limited liability company is vested in
*(Mark the applicable box.)*

☑ one or more managers.

**OR**

☐ the members.

6. *(The following statement is adopted by marking the box.)*

☑ There is at least one member of the limited liability company.

7. *(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

☐ This document contains additional information as provided by law.

8. *(**Caution:** <u>Leave blank</u> if the document does not have a delayed effective date. Stating a delayed effective date has significant legal consequences. Read instructions before entering a date.)*

*(If the following statement applies, adopt the statement by entering a date and, if applicable, time using the required format.)*

The delayed effective date and, if applicable, time of this document is/are _____ .
*(mm/dd/yyyy hour:minute am/pm)*

**Notice:**

Causing this document to be delivered to the Secretary of State for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the Secretary of State, whether or not such individual is named in the document as one who has caused it to be delivered.

9. The true name and mailing address of the individual causing the document to be delivered for filing are

| Johnson | Preston | | |
|---------|---------|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

Berg Hill Greenleaf & Ruscitti LLP

*(Street number and name or Post Office Box information)*

1712 Pearl Street

| Boulder | CO | 80302 |
|---------|-----|-------|
| *(City)* | *(State)* | *(ZIP/Postal Code)* |
| | United States | |
| *(Province – if applicable)* | *(Country)* | |

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

☐  This document contains the true name and mailing address of one or more additional individuals causing the document to be delivered for filing.

**Disclaimer:**

This form/cover sheet, and any related instructions, are not intended to provide legal, business or tax advice, and are furnished without representation or warranty.  While this form/cover sheet is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form/cover sheet.  Questions should be addressed to the user's legal, business or tax advisor(s).

 **E-Filed**

Colorado Secretary of State
Date and Time: 02/19/2016 12:09 PM
ID Number: 20101043606

Document number: 20161116429
Amount Paid: $10.00

Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.sos.state.co.us.

ABOVE SPACE FOR OFFICE USE ONLY

## Periodic Report
filed pursuant to §7-90-301, et seq. and §7-90-501 of the Colorado Revised Statutes (C.R.S)

ID number: 20101043606

Entity name: Brand Force, LLC

Jurisdiction under the law of which the
entity was formed or registered: Colorado

1. Principal office street address: 357 S. McCaslin Blvd.
*(Street name and number)*

Suite 200

Louisville ____ CO ____ 80027
*(City)* ____ *(State)* ____ *(Postal/Zip Code)*

United States
*(Province – if applicable)* ____ *(Country – if not US)*

2. Principal office mailing address:
(if different from above)
*(Street name and number or Post Office Box information)*

*(City)* ____ *(State)* ____ *(Postal/Zip Code)*

*(Province – if applicable)* ____ *(Country – if not US)*

3. Registered agent name: (if an individual)
*(Last)* ____ *(First)* ____ *(Middle)* ____ *(Suffix)*

or (if a business organization) National Corporate Research, Ltd.

4. The person identified above as registered agent has consented to being so appointed.

5. Registered agent street address: 12649 West Warren Avenue
*(Street name and number)*

Lakewood ____ CO ____ 80228
*(City)* ____ *(State)* ____ *(Postal/Zip Code)*

6. Registered agent mailing address:
(if different from above)
*(Street name and number or Post Office Box information)*

*(City)* ____ *(State)* ____ *(Postal/Zip Code)*

*(Province – if applicable)* ____ *(Country – if not US)*

Ostrum Attachment AE-8

Notice:

Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

7. Name(s) and address(es) of the
   individual(s) causing the document
   to be delivered for filing:

| Harrington-Schreiber | Elin | P. | |
|---|---|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

Berg Hill Greenleaf Ruscitti LLP

*(Street name and number or Post Office Box information)*

1712 Pearl Street

| Boulder | CO | 80302 |
|---|---|---|
| *(City)* | *(State)* | *(Postal/Zip Code)* |
| | United States | |
| *(Province – if applicable)* | *(Country – if not US)* | |

*(The document need not state the true name and address of more than one individual. However, if you wish to state the name and address*

*of any additional individuals causing the document to be delivered for filing, mark this box ☐ and include an attachment stating the*

*name and address of such individuals.)*

Disclaimer:

This form, and any related instructions, are not intended to provide legal, business or tax advice, and are offered as a public service without representation or warranty. While this form is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form. Questions should be addressed to the user's attorney.

Colorado Secretary of State - Search Results



**Business Home**
**Business Information**
**Business Search**

**FAQs, Glossary and**
**Information**

# Search Results

1 2

[Next 1>]

### Found 11 matching record(s). Viewing page 1 of 2.

| # | ID Number | Document Number | Name | Status | Form | Effective Date | Comment |
|---|-----------|-----------------|------|--------|------|----------------|---------|
| 1 | 20101434839 | 20101434839 | IvoryWhite at Home | Effective | DLLC | 08/04/2010 10:35 AM | |
| 2 | 20101478904 | 20101478904 | Eyepothesis at Home | Effective | DLLC | 08/27/2010 10:24 AM | |
| 3 | 20101478921 | 20101478921 | Minoxigen at Home | Effective | DLLC | 08/27/2010 10:28 AM | |
| 4 | 20101504919 | 20101504919 | IvoryWhite at Home | Effective | DLLC | 09/10/2010 04:26 PM | |
| 5 | 20101578142 | 20101578142 | Prana at Home | Effective | DLLC | 10/20/2010 12:03 PM | |
| 6 | 20111024074 | 20111024074 | BellaBrite at Home | Effective | DLLC | 01/13/2011 02:34 PM | |
| 7 | 20111132457 | 20111132457 | OrthoWhite at Home | Effective | DLLC | 03/03/2011 02:38 PM | |
| 8 | 20111132474 | 20111132474 | Ultimate Facial at Home | Effective | DLLC | 03/03/2011 02:41 PM | |
| 9 | 20121445767 | 20121445767 | BlizzardWhite at Home | Effective | DLLC | 08/17/2012 10:01 AM | |
| 10 | 20121576656 | 20121576656 | Whitening Fast at Home | Effective | DLLC | 10/19/2012 10:10 AM | |

Back

Terms & conditions | Browser compatibility

Ostrum Attachment AE-10

Colorado Secretary of State - Search Results



**Business Home**
**Business Information**
**Business Search**

**FAQs, Glossary and Information**

# Search Results

[<Prev 10]

1 2

**Found 11 matching record(s).  Viewing page 2 of 2.**

| # | ID Number ▲ | Document Number | Name | Status | Form | Effective Date | Comment |
|---|---|---|---|---|---|---|---|
| 11 | 20131097869 | 20131097869 | Beauty by Provence at Home | Effective | DLLC | 02/13/2013 01:27 PM | |

Back

Terms & conditions | Browser compatibility

https://www.sos.state.co.us/biz/TradenameOwnerResults.do?&cmd=passgo&pi1=2[3/3/2017 11:05:06 AM]

Ostrum Attachment AE-11

# PX1

## Ostrum Attachment AF

## Corporate Records



For this Record...
Filing history and
documents
File a form
Subscribe to email
notification
Unsubscribe from email
notification

Business Home
Business Information
Business Search

FAQs, Glossary and
Information

# Summary

| Details | | | |
|---|---|---|---|
| Name | Bright Forever, LLC, Dissolved December 15, 2011 | | |
| Status | Voluntarily Dissolved | Formation date | 01/21/2010 |
| ID number | 20101043578 | Form | Limited Liability Company |
| Periodic report month | May | Jurisdiction | Colorado |
| Principal office street address | 6260 Lookout Road, Boulder, CO 80301, United States | | |
| Principal office mailing address | 6260 Lookout Road, Boulder, CO 80301, United States | | |

| Registered Agent | |
|---|---|
| Name | Berg Hill Greenleaf & Ruscitti LLP |
| Street address | 1712 Pearl Street, Boulder, CO 80302, United States |
| Mailing address | n/a |

Filing history and documents
Get certified copies of documents
File a form
Set up secure business filing
Subscribe to email notification
Unsubscribe from email notification

Ostrum Attachment AF-1

Terms & conditions | Browser compatibility

Ostrum Attachment AF-2



For this Record...
File a form
Subscribe to email notification
Unsubscribe from email notification
Return to Summary

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# History and Documents

**Name:** Bright Forever, LLC, Dissolved December 15, 2011

🖨 Print-friendly version

**ID number:** 20101043578

**Found 6 matching record(s). Viewing page 1 of 1.**

| # | Event | Date Filed | Date Posted | EffectiveDate ⌃ | Document # (click to view) | Comment |
|---|-------|-----------|-------------|------------------|----------------------------|---------|
| 1 | Articles of Organization | 01/21/2010 | 01/21/2010 | 01/21/2010 05:03 PM | 20101043578 | |
| 2 | postcard notification printed 12/23/2010 to be mailed 01/01/2011 | 12/23/2010 | 12/23/2010 | 12/23/2010 04:08 AM | | periodic report due: 03/31/2011 |
| 3 | Articles of Dissolution | 03/31/2011 | 03/31/2011 | 03/31/2011 02:25 PM | 20111192841 | |
| 4 | Articles of Reinstatement | 05/06/2011 | 05/06/2011 | 05/06/2011 02:07 PM | 20111269927 | |
| 5 | Articles of Amendment | 05/06/2011 | 05/06/2011 | 05/06/2011 02:10 PM | 20111269940 | Change of Entity Name |
| 6 | Articles of Dissolution | 12/15/2011 | 12/15/2011 | 12/15/2011 04:42 PM | 20111690281 | |

Return to Summary

Terms & conditions | Browser compatibility

Ostrum Attachment AF-3



Document must be filed electronically.
Paper documents will not be accepted.
   Document processing fee
Fees & forms/cover sheets
   are subject to change.
To access other information or print
   copies of filed documents,
   visit www.sos.state.co.us and
   select Business Center.

$50.00

Colorado Secretary of State
Date and Time: 01/21/2010 05:03 PM
ID Number: 20101043578

Document number: 20101043578
Amount Paid: $50.00

ABOVE SPACE FOR OFFICE USE ONLY

## Articles of Organization

filed pursuant to § 7-80-203 and § 7-80-204 of the Colorado Revised Statutes (C.R.S.)

1. The domestic entity name of the limited liability company is

   **Bright Fast, LLC**

   *(The name of a limited liability company must contain the term or abbreviation
   "limited liability company", "ltd. liability company", "limited liability co.", "ltd.
   liability co.", "limited", "l.l.c.", "llc", or "ltd.". See §7-90-601, C.R.S.)*

   *(Caution: The use of certain terms or abbreviations are restricted by law. Read instructions for more information.)*

2. The principal office address of the limited liability company's initial principal office is

   Street address       **6260 Lookout Road**
                         *(Street number and name)*

                         **Boulder**              **CO**     **80301**
                         *(City)*                 *(State)*  *(ZIP/Postal Code)*
                                                  **United States**
                         *(Province – if applicable)*       *(Country)*

   Mailing address
   (**leave blank** if same as street address)   *(Street number and name or Post Office Box information)*

                         *(City)*              *(State)*    *(ZIP/Postal Code)*

                         *(Province – if applicable)*       *(Country)*

3. The registered agent name and registered agent address of the limited liability company's initial registered
   agent are

   Name
   (if an individual)
                         *(Last)*           *(First)*     *(Middle)*    *(Suffix)*

   **OR**

   (if an entity)        **Berg Hill Greenleaf & Ruscitti LLP**
   *(Caution: Do not provide both an individual and an entity name.)*

   Street address        **1712 Pearl Street**
                         *(Street number and name)*

                         **Boulder**              **CO**     **80302**
                         *(City)*                 *(State)*  *(ZIP Code)*

ARTORG_LLC                  Page 1 of 3                  Rev. 02/28/2008

Ostrum Attachment AF-4

<u>Mailing address</u>
**(leave blank** if same as street address)

_____
*(Street number and name or Post Office Box information)*

_____

_____ CO _____ .
*(City)*            *(State)*        *(ZIP Code)*

*(The following statement is adopted by marking the box.)*
☑ The person appointed as registered agent has consented to being so appointed.

4. The true name and mailing address of the person forming the limited liability company are

Name
   (if an individual)

_____
*(Last)*          *(First)*      *(Middle)*   *(Suffix)*

**OR**

   (if an entity)        Convertis, LLC

*(Caution: Do not provide both an individual and an entity name.)*

Mailing address     6260 Lookout Road
_____
*(Street number and name or Post Office Box information)*

Boulder              CO    80301
_____
*(City)*            *(State)*   *(ZIP/Postal Code)*

                     United States
_____
*(Province – if applicable)*   *(Country)*

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*
☐ The limited liability company has one or more additional persons forming the limited liability company and the name and mailing address of each such person are stated in an attachment.

5. The management of the limited liability company is vested in
*(Mark the applicable box.)*
☑ one or more managers.

**OR**

☐ the members.

6. *(The following statement is adopted by marking the box.)*
☑ There is at least one member of the limited liability company.

7. *(If the following statement applies, adopt the statement by marking the box and include an attachment.)*
☐ This document contains additional information as provided by law.

8. *(Caution:* <u>Leave blank</u> *if the document does not have a delayed effective date. Stating a delayed effective date has significant legal consequences. Read instructions before entering a date.)*

*(If the following statement applies, adopt the statement by entering a date and, if applicable, time using the required format.)*
The delayed effective date and, if applicable, time of this document is/are _____ .
                                                            *(mm/dd/yyyy hour:minute am/pm)*

Ostrum Attachment AF-5

**Notice:**

Causing this document to be delivered to the Secretary of State for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the Secretary of State, whether or not such individual is named in the document as one who has caused it to be delivered.

9. The true name and mailing address of the individual causing the document to be delivered for filing are

| Johnson | Preston | | |
|---|---|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

Berg Hill Greenleaf & Ruscitti LLP
*(Street number and name or Post Office Box information)*
1712 Pearl Street

| Boulder | CO | 80302 |
|---|---|---|
| *(City)* | *(State)* | *(ZIP/Postal Code)* |

United States.

| | |
|---|---|
| *(Province – if applicable)* | *(Country)* |

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

☐ This document contains the true name and mailing address of one or more additional individuals causing the document to be delivered for filing.

**Disclaimer:**

This form/cover sheet, and any related instructions, are not intended to provide legal, business or tax advice, and are furnished without representation or warranty.  While this form/cover sheet is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form/cover sheet.  Questions should be addressed to the user's legal, business or tax advisor(s).

Document must be filed electronically.
Paper documents will not be accepted.
  Document processing fee
Fees & forms/cover sheets
  are subject to change.
To access other information or print
  copies of filed documents,
  visit www.sos.state.co.us and
  select Business.

 **E-Filed**

$25.00

Colorado Secretary of State
Date and Time: 05/06/2011 02:10 PM
ID Number: 20101043578

Document number: 20111269940
Amount Paid: $25.00

ABOVE SPACE FOR OFFICE USE ONLY

## Articles of Amendment
filed pursuant to §7-90-301, et seq. and §7-80-209 of the Colorado Revised Statutes (C.R.S.)

ID number:  **20101043578**

1. Entity name:  **Bright Fast, LLC**

*(if changing the name of the limited liability company, indicate name BEFORE the name change)*

2. New Entity name:  **Bright Forever, LLC**
   (if applicable)

3. Use of Restricted Words *(if any of these terms are contained in an entity name, true name of an entity, trade name or trademark stated in this document, mark the applicable box):*

☐ "bank" or "trust" or any derivative thereof
☐ "credit union"     ☐ "savings and loan"
☐ "insurance", "casualty", "mutual", or "surety"

4. Other amendments, if any, are attached.

5. If the limited liability company's period of duration as amended is less than perpetual, state the date on which the period of duration expires:

_____
*(mm/dd/yyyy)*

   **OR**

If the limited liability company's period of duration as amended is perpetual, mark this box:  ☑

6. *(Optional)* Delayed effective date: _____
*(mm/dd/yyyy)*

Notice:

Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

7. Name(s) and address(es) of the
   individual(s) causing the document
   to be delivered for filing:

| Quintana | Jackie | | |
|---|---|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

**Berg Hill Greenleaf & Ruscitti LLP**
*(Street name and number or Post Office Box information)*

1712 Pearl Street

| Boulder | CO | 80302 |
|---|---|---|
| *(City)* | *(State)* | *(Postal/Zip Code)* |

United States

| *(Province – if applicable)* | *(Country – if not US)* |
|---|---|

*(The document need not state the true name and address of more than one individual.  However, if you wish to state the name and address*

*of any additional individuals causing the document to be delivered for filing, mark this box* ☐ *and include an attachment stating the*

*name and address of such individuals.)*

**Disclaimer:**

This form, and any related instructions, are not intended to provide legal, business or tax advice, and are offered as a public service without representation or warranty.  While this form is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form.  Questions should be addressed to the user's attorney.

Ostrum Attachment AF-8

Document must be filed electronically.
Paper documents will not be accepted.
   Document processing fee
Fees & forms/cover sheets
   are subject to change.
To access other information or print
   copies of filed documents,
   visit www.sos.state.co.us and
   select Business.



$100.00

**Colorado Secretary of State**
Date and Time: 05/06/2011 02:07 PM
ID Number: 20101043578

Document number: 20111269927
Amount Paid: $100.00

ABOVE SPACE FOR OFFICE USE

## Articles of Reinstatement
filed pursuant to §7-90-301, et seq. and §7-90-1003 of the Colorado Revised Statutes (C.R.S)

ID Number                                   20101043578

1. Domestic entity name of the entity       Bright Fast, LLC

2. Following reinstatement the domestic entity name of the domestic entity shall comply with section 7-90-1004.

3. Registered agent
   (if an individual)
   _____ _____ _____ _____
                   *(Last)*           *(First)*        *(Middle)*       *(Suffix)*

   **OR**

   (if an entity)                           Berg Hill Greenleaf & Ruscitti LLP

4. The person appointed as registered agent in the document has consented to being so appointed.

5. Registered agent street address          1712 Pearl Street
                                             *(Street name and number)*

                                             Boulder                    CO      80302
                                             *(City)*                  *(State)*  *(Postal/Zip Code)*

6. Registered agent mailing address
   (if different from above)                 _____
                                             *(Street name and number or Post Office Box information)*

                                             _____    _____   _____
                                             *(City)*           *(State)*  *(Postal/Zip Code)*
                                                                United States
                                             *(Province – if applicable)*  *(Country – if not US)*

7. Principal office street address           6260 Lookout Road
                                             *(Street name and number)*

                                             Boulder                    CO      80301
                                             *(City)*                  *(State)*  *(Postal/Zip Code)*
                                                                United States
                                             *(Province – if applicable)*  *(Country – if not US)*

Ostrum Attachment AF-9

8. Principal office mailing address
   (if different from above)

_____
*(Street name and number or Post Office Box information)*

_____

_____          United States
*(City)*                    *(State)*        *(Postal/Zip Code)*

_____          _____
*(Province – if applicable)*        *(Country – if not US)*

9. Date of formation of the entity    01/21/2010
                                      *(mm/dd/yyyy)*

10. Date of dissolution               03/31/2011
    (if known)                        *(mm/dd/yyyy)*

11. If the entity's period of duration
    as amended is less than perpetual,
    state the date on which the period
    of duration expires:              _____
                                      *(mm/dd/yyyy)*

   **OR**

   If the entity's period of duration as amended is perpetual, mark this box    ☑.

12. *(Optional)* Delayed effective date   _____
                                          *(mm/dd/yyyy)*

13. Colorado statute under which the
    entity existed immediately prior
    to dissolution                    7-80-101, et seq (2011)

14. All applicable conditions of CRS §7-90-1002 have been satisfied.

Notice:

Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

15. Name(s) and address(es) of the
    individual(s) causing the document
    to be delivered for filing        Quintana          Jackie
                                      *(Last)*          *(First)*        *(Middle)*    *(Suffix)*
                                      Berg Hill Greenleaf & Ruscitti LLP
                                      *(Street name and number or Post Office Box information)*
                                      1712 Pearl Street

Ostrum Attachment AF-10

| Boulder | CO | 80302 |
|---------|-----|-------|
| *(City)* | *(State)* | *(Postal/Zip Code)* |
| | United States | |
| *(Province – if applicable)* | *(Country – if not US)* | |

*(The document need not state the true name and address of more than one individual.  However, if you wish to state the name and address of any additional individuals causing the document to be delivered for filing, mark this box ☐ and include an attachment stating the name and address of such individuals.)*

**Disclaimer:**

This form, and any related instructions, are not intended to provide legal, business or tax advice, and are offered as a public service without representation or warranty.  While this form is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form.  Questions should be addressed to the user's attorney.

Ostrum Attachment AF-11

Document must be filed electronically.
Paper documents will not be accepted.
    Document processing fee
Fees & forms/cover sheets
    are subject to change.
To access other information or print
    copies of filed documents,
    visit www.sos.state.co.us and
    select Business.

 **E-Filed**

$25.00

Colorado Secretary of State
Date and Time: 03/31/2011 02:25 PM
ID Number: 20101043578

Document number: 20111192841
Amount Paid: $25.00

ABOVE SPACE FOR OFFICE USE ONLY

## Statement of Dissolution
filed pursuant to §7-90-301, et seq. and §7-80-802 of the Colorado Revised Statutes (C.R.S)

ID number: 20101043578

1. Entity name: Bright Fast, LLC

2. Principal office mailing address: 6260 Lookout Road
*(Street name and number or Post Office Box information)*

Boulder      CO   80301
*(City)*      *(State)*     *(Postal/Zip Code)*
United States
*(Province – if applicable)*    *(Country – if not US)*

3. The limited liability company is dissolved.

4. *(Optional)* Delayed effective date: _____
*(mm/dd/yyyy)*

Notice:

Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

5. Name(s) and address(es) of the individual(s) causing the document to be delivered for filing:

Quintana      Jackie
*(Last)*      *(First)*     *(Middle)*    *(Suffix)*
Berg Hill Greenleaf & Ruscitti LLP
*(Street name and number or Post Office Box information)*
1712 Pearl Street

Boulder      CO   80302
*(City)*      *(State)*     *(Postal/Zip Code)*
United States
*(Province – if applicable)*    *(Country – if not US)*

Ostrum Attachment AF-12

*(The document need not state the true name and address of more than one individual. However, if you wish to state the name and address of any additional individuals causing the document to be delivered for filing, mark this box* ☐ *and include an attachment stating the name and address of such individuals.)*

**Disclaimer:**

This form, and any related instructions, are not intended to provide legal, business or tax advice, and are offered as a public service without representation or warranty. While this form is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form. Questions should be addressed to the user's attorney.

Ostrum Attachment AF-13

Document must be filed electronically.
Paper documents will not be accepted.
   Document processing fee
Fees & forms/cover sheets
   are subject to change.
To access other information or print
   copies of filed documents,
   visit www.sos.state.co.us and
   select Business.

**E-Filed**

$25.00

Colorado Secretary of State
Date and Time: 12/15/2011 04:42 PM
ID Number: 20101043578

Document number: 20111690281
Amount Paid: $25.00

ABOVE SPACE FOR OFFICE USE ONLY

## Statement of Dissolution
filed pursuant to §7-90-301, et seq. and §7-80-802 of the Colorado Revised Statutes (C.R.S)

ID number: **20101043578**

1. Entity name: **Bright Forever, LLC**

2. Principal office mailing address: **6260 Lookout Road**
*(Street name and number or Post Office Box information)*

**Boulder**                                    **CO**   **80301**
*(City)*                                          *(State)*   *(Postal/Zip Code)*
                                              **United States**
*(Province – if applicable)*          *(Country – if not US)*

3. The limited liability company is dissolved.

4. *(Optional)* Delayed effective date: _____
*(mm/dd/yyyy)*

Notice:

Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

5. Name(s) and address(es) of the
   individual(s) causing the document
   to be delivered for filing:

**Biesendorfer**          **Suzanne**
*(Last)*                        *(First)*              *(Middle)*        *(Suffix)*

**1712 Pearl Street**
*(Street name and number or Post Office Box information)*

**Boulder**                                    **CO**   **80302**
*(City)*                                          *(State)*   *(Postal/Zip Code)*
                                              **United States**
*(Province – if applicable)*          *(Country – if not US)*

Ostrum Attachment AF-14

*(The document need not state the true name and address of more than one individual. However, if you wish to state the name and address of any additional individuals causing the document to be delivered for filing, mark this box ☐ and include an attachment stating the name and address of such individuals.)*

**Disclaimer:**

This form, and any related instructions, are not intended to provide legal, business or tax advice, and are offered as a public service without representation or warranty. While this form is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form. Questions should be addressed to the user's attorney.

Ostrum Attachment AF-15

# PX1

## Ostrum Attachment AG

## Corporate Records

Colorado Secretary of State - Summary



# Summary

| Details | | | |
|---|---|---|---|
| **Name** | Convertis Marketing , LLC | | |
| **Status** | Good Standing | **Formation date** | 05/29/2009 |
| **ID number** | 20091294430 | **Form** | Limited Liability Company |
| **Periodic report month** | June | **Jurisdiction** | Colorado |
| **Principal office street address** | 6260 Lookout Road, Boulder, CO 80301, United States | | |
| **Principal office mailing address** | n/a | | |

| Registered Agent | |
|---|---|
| **Name** | National Corporate Research, Ltd. |
| **Street address** | 12649 West Warren Avenue, Lakewood, CO 80228, United States |
| **Mailing address** | n/a |

For this Record...
Filing history and documents
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

Filing history and documents
Get a certificate of good standing
Get certified copies of documents
File a form
Set up secure business filing
Subscribe to email notification
Unsubscribe from email notification

https://www.sos.state.co.us/...il.do?quitButtonDestination=BusinessEntityResults&nameTyp=ENT&entityId2=20091294430&srchTyp=ENTITY&fileId=20091294430&masterFileId=20091294430[3/3/2017 11:23:48 AM]

Ostrum Attachment AG-1

Colorado Secretary of State - Summary

Terms & conditions | Browser compatibility

Ostrum Attachment AG-2

Colorado Secretary of State - History and Documents



About Wayne | Español

**For this Record...**
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification
Return to Summary

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# History and Documents

**Name:** Convertis Marketing , LLC
**ID number:** 20091294430

Print-friendly version

### Found 20 matching record(s).  Viewing page 1 of 1.

| # | Event | Date Filed | Date Posted | EffectiveDate | Document # (click to view) | Comment |
|---|-------|-----------|-------------|---------------|----------------------------|---------|
| 1 | Articles of Organization | 05/29/2009 | 05/29/2009 | 05/29/2009 10:47 AM | 20091294430 | |
| 2 | postcard notification printed 04/23/2010 to be mailed 05/01/2010 | 04/23/2010 | 04/23/2010 | 04/23/2010 03:23 AM | | annual report due: 07/31/2010 |
| 3 | Report | 05/12/2010 | 05/12/2010 | 05/12/2010 11:57 AM | 20101274981 | |
| 4 | postcard notification printed 04/23/2011 to be mailed 05/01/2011 | 04/23/2011 | 04/23/2011 | 04/23/2011 03:33 AM | | periodic report due: 07/31/2011 |
| 5 | Report | 07/19/2011 | 07/19/2011 | 07/19/2011 04:04 PM | 20111408961 | |
| 6 | Statement of Change | 12/14/2011 | 12/14/2011 | 12/14/2011 10:48 AM | 20111687119 | Registered agent information changed; |
| 7 | Periodic Report due | 04/23/2012 | 04/23/2012 | 04/23/2012 02:21 AM | | Periodic Report due by: 07/31/2012 |
| 8 | Report | 07/16/2012 | 07/16/2012 | 07/16/2012 04:15 PM | 20121384445 | |
| 9 | Periodic Report due | 04/23/2013 | 04/23/2013 | 04/23/2013 02:28 AM | | Periodic report due by: 07/31/2013 |
| 10 | Periodic Report due in one week | 07/24/2013 | 07/24/2013 | 07/24/2013 01:54 AM | | Periodic report due by: 07/31/2013 |
| 11 | Change in Status: Noncompliant for failure to file Periodic Report | 08/01/2013 | 08/01/2013 | 08/01/2013 01:40 AM | | Entity noncompliant and will become delinquent on: 09/30/2013 |
| 12 | Change in status in one week: Delinquent for failure to file | 09/24/2013 | 09/24/2013 | 09/24/2013 02:58 AM | | One week until delinquent: 09/30/2013 |

Ostrum Attachment AG-3

Colorado Secretary of State - History and Documents

| | | Periodic Report | | | | |
|---|---|---|---|---|---|---|
| 13 | Change in Status: Delinquent for failure to file Periodic Report | 10/01/2013 | 10/01/2013 | 10/01/2013 01:59 AM | | Entity has become delinquent for failure to file Periodic Report |
| 14 | Statement Curing Delinquency | 06/24/2014 | 06/24/2014 | 06/24/2014 11:26 AM | 20141384922 | |
| 15 | Periodic Report due | 05/23/2015 | 05/23/2015 | 05/23/2015 02:40 AM | | Periodic report due by: 08/31/2015 |
| 16 | Periodic Report due in one week | 08/24/2015 | 08/24/2015 | 08/24/2015 01:54 AM | | Periodic report due by: 08/31/2015 |
| 17 | Report | 08/24/2015 | 08/24/2015 | 08/24/2015 09:43 AM | 20151541098 | |
| 18 | Periodic Report due | 05/23/2016 | 05/23/2016 | 05/23/2016 02:24 AM | | Periodic report due by: 08/31/2016 |
| 19 | Periodic Report due in one week | 08/24/2016 | 08/24/2016 | 08/24/2016 01:54 AM | | Periodic report due by: 08/31/2016 |
| 20 | Report | 08/26/2016 | 08/26/2016 | 08/26/2016 10:58 AM | 20161581985 | |

Return to Summary

Terms & conditions | Browser compatibility

Ostrum Attachment AG-4



**Colorado Secretary of State**
Date and Time: 05/29/2009 10:47 AM
ID Number: 20091294430

Document number: 20091294430
Amount Paid: $50.00

Document must be filed electronically.
Paper documents will not be accepted.
  Document processing fee
Fees & forms/cover sheets
  are subject to change.
To access other information or print
  copies of filed documents,
  visit www.sos.state.co.us and
  select Business Center.

$50.00

ABOVE SPACE FOR OFFICE USE ONLY

# Articles of Organization
filed pursuant to § 7-80-203 and § 7-80-204 of the Colorado Revised Statutes (C.R.S.)

1. The domestic entity name of the limited liability company is

**Convertis Marketing , LLC**

*(The name of a limited liability company must contain the term or abbreviation
"limited liability company", "ltd. liability company", "limited liability co.", "ltd.
liability co.", "limited", "l.l.c.", "llc", or "ltd.". See §7-90-601, C.R.S.)*

*(Caution: The use of certain terms or abbreviations are restricted by law. Read instructions for more information.)*

2. The principal office address of the limited liability company's initial principal office is

Street address

**6260 Lookout Road**
*(Street number and name)*

**Boulder**          **CO**  **80301**
*(City)*            *(State)*  *(ZIP/Postal Code)*
               **United States**
*(Province – if applicable)*    *(Country)*

Mailing address
**(leave blank if same as street address)**
*(Street number and name or Post Office Box information)*

*(City)*          *(State)*      *(ZIP/Postal Code)*

*(Province – if applicable)*     *(Country)*

3. The registered agent name and registered agent address of the limited liability company's initial registered
   agent are

Name
  (if an individual)
*(Last)*          *(First)*        *(Middle)*     *(Suffix)*

**OR**

  (if an entity)   **Berg Hill Greenleaf & Ruscitti LLP**

*(Caution: Do not provide both an individual and an entity name.)*

Street address   **1712 Pearl Street**
*(Street number and name)*

**Boulder**          **CO**   **80302**
*(City)*            *(State)*   *(ZIP Code)*

Mailing address
**(leave blank** if same as street address)

_____
*(Street number and name or Post Office Box information)*

_____

_____ __CO__ _____ .
*(City)*          *(State)*        *(ZIP Code)*

*(The following statement is adopted by marking the box.)*
☑ The person appointed as registered agent has consented to being so appointed.

4. The true name and mailing address of the person forming the limited liability company are

Name
   (if an individual)

Hallett            Elizabeth
_____   _____   _____   _____
*(Last)*            *(First)*          *(Middle)*       *(Suffix)*

**OR**

(if an entity)
_____
**(Caution:** Do not provide both an individual and an entity name.)

Mailing address

**213 Market Street**
_____
3rd Floor       *(Street number and name or Post Office Box information)*
_____
Harrisburg          PA    17101
_____   _____   _____
*(City)*           *(State)*       *(ZIP/Postal Code)*

                United States
_____   _____
*(Province – if applicable)*    *(Country)*

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*
☐ The limited liability company has one or more additional persons forming the limited liability
company and the name and mailing address of each such person are stated in an attachment.

5. The management of the limited liability company is vested in
*(Mark the applicable box.)*
☐ one or more managers.
**OR**
☑ the members.

6. *(The following statement is adopted by marking the box.)*
☑ There is at least one member of the limited liability company.

7. *(If the following statement applies, adopt the statement by marking the box and include an attachment.)*
☐ This document contains additional information as provided by law.

8. *(Caution:* Leave blank *if the document does not have a delayed effective date. Stating a delayed effective date has
significant legal consequences. Read instructions before entering a date.)*

*(If the following statement applies, adopt the statement by entering a date and, if applicable, time using the required format.)*
The delayed effective date and, if applicable, time of this document is/are _____ .
                                                         *(mm/dd/yyyy hour:minute am/pm)*

Ostrum Attachment AG-6

**Notice:**

Causing this document to be delivered to the Secretary of State for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the Secretary of State, whether or not such individual is named in the document as one who has caused it to be delivered.

9. The true name and mailing address of the individual causing the document to be delivered for filing are

| Hallett | Elizabeth | | |
|---|---|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |
| 213 Market Street | | | |
| *(Street number and name or Post Office Box information)* | | | |
| 3rd Floor | | | |
| Harrisburg | PA | 17101 | |
| *(City)* | *(State)* | *(ZIP/Postal Code)* | |
| | United States | | |
| *(Province – if applicable)* | *(Country)* | | |

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

☐ This document contains the true name and mailing address of one or more additional individuals causing the document to be delivered for filing.

**Disclaimer:**

This form/cover sheet, and any related instructions, are not intended to provide legal, business or tax advice, and are furnished without representation or warranty. While this form/cover sheet is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form/cover sheet. Questions should be addressed to the user's legal, business or tax advisor(s).



Colorado Secretary of State
Date and Time: 08/26/2016 10:58 AM
ID Number: 20091294430

Document number: 20161581985
Amount Paid: $10.00

Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.sos.state.co.us.

ABOVE SPACE FOR OFFICE USE ONLY

## Periodic Report
filed pursuant to §7-90-301, et seq. and §7-90-501 of the Colorado Revised Statutes (C.R.S)

ID number: **20091294430**

Entity name: **Convertis Marketing , LLC**

Jurisdiction under the law of which the
entity was formed or registered: **Colorado**

1. Principal office street address: **6260 Lookout Road**

   *(Street name and number)*

   **Boulder**        **CO**   **80301**

   *(City)*          *(State)*      *(Postal/Zip Code)*

   **United States**

   *(Province – if applicable)*   *(Country – if not US)*

2. Principal office mailing address:
   (if different from above)

   *(Street name and number or Post Office Box information)*

   *(City)*          *(State)*      *(Postal/Zip Code)*

   *(Province – if applicable)*   *(Country – if not US)*

3. Registered agent name:  (if an individual)

   *(Last)*         *(First)*      *(Middle)*   *(Suffix)*

   or     (if a business organization)  **National Corporate Research, Ltd.**

4. The person identified above as registered agent has consented to being so appointed.

5. Registered agent street address: **12649 West Warren Avenue**

   *(Street name and number)*

   **Lakewood**        **CO**   **80228**

   *(City)*          *(State)*      *(Postal/Zip Code)*

6. Registered agent mailing address:
   (if different from above)

   *(Street name and number or Post Office Box information)*

   *(City)*          *(State)*      *(Postal/Zip Code)*

   *(Province – if applicable)*   *(Country – if not US)*

Ostrum Attachment AG-8

Notice:
Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

7. Name(s) and address(es) of the
   individual(s) causing the document
   to be delivered for filing:

| Harrington-Schreiber | Elin | P. | |
|---|---|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

Berg Hill Greenleaf Ruscitti LLP
*(Street name and number or Post Office Box information)*
1712 Pearl Street

| Boulder | CO  80302 | |
|---|---|---|
| *(City)* | *(State)* | *(Postal/Zip Code)* |

United States
| *(Province – if applicable)* | *(Country – if not US)* |

*(The document need not state the true name and address of more than one individual.  However, if you wish to state the name and address of any additional individuals causing the document to be delivered for filing, mark this box* ☐ *and include an attachment stating the name and address of such individuals.)*

Disclaimer:
This form, and any related instructions, are not intended to provide legal, business or tax advice, and are offered as a public service without representation or warranty.  While this form is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form.  Questions should be addressed to the user's attorney.

# PX1

## Ostrum Attachment AH

## Corporate Records

Colorado Secretary of State - Summary



# Summary

**For this Record...**
Filing history and documents
Trade names
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification

**Business Home**
**Business Information**
**Business Search**

**FAQs, Glossary and Information**

### Details

| | | | |
|---|---|---|---|
| **Name** | Convertis, LLC | | |
| **Status** | Good Standing | **Formation date** | 04/06/2006 |
| **ID number** | 20061148787 | **Form** | Limited Liability Company |
| **Periodic report month** | April | **Jurisdiction** | Colorado |
| **Principal office street address** | 6260 Lookout Road, Boulder, CO 80301, United States | | |
| **Principal office mailing address** | n/a | | |

### Registered Agent

| | |
|---|---|
| **Name** | National Corporate Research, Ltd. |
| **Street address** | 12649 West Warren Avenue, Lakewood, CO 80228, United States |
| **Mailing address** | n/a |

Filing history and documents
Trade names
Get a certificate of good standing
Get certified copies of documents
File a form
Set up secure business filing
Subscribe to email notification
Unsubscribe from email notification

Ostrum Attachment AH-1

Colorado Secretary of State - Summary

Back

Terms & conditions | Browser compatibility

Ostrum Attachment AH-2

Colorado Secretary of State - History and Documents



About Wayne | Español

Colorado
Secretary of State
Wayne W. Williams

**For this Record...**
Get a certificate of good
standing
File a form
Subscribe to email
notification
Unsubscribe from email
notification
Return to Summary

Business Home
Business Information
Business Search

FAQs, Glossary and
Information

# History and Documents

Name:       Convertis, LLC
ID number: 20061148787

🖨 Print-friendly version

1 2

[Next 6>]

### Found 26 matching record(s).  Viewing page 1 of 2.

| # | Event | Date Filed | Date Posted | EffectiveDate ⊙ | Document # (click to view) | Comment |
|---|-------|-----------|-------------|-----------------|----------------------------|---------|
| 1 | Articles of Organization | 04/06/2006 | 04/06/2006 | 04/06/2006 08:41 AM | 20061148787 | |
| 2 | postcard notification printed 03/23/2007 to be mailed 04/01/2007 | 03/23/2007 | 03/23/2007 | 03/23/2007 02:33 AM | | annual report due: 06/30/2007 |
| 3 | Statement of Change | 05/16/2007 | 05/18/2007 | 05/16/2007 12:21 PM | 20071235037 | Changed entity physical address;Changed entity mail address;Changed registered agent;Changed agent physical address;Changed agent mail address; |
| 4 | Change in Status | 07/01/2007 | 07/01/2007 | 07/01/2007 01:33 AM | | Failure to file annual report |
| 5 | Report | 07/17/2007 | 07/17/2007 | 07/17/2007 08:21 AM | 20071326986 | Change of Registered Agent / Change of Registered Agent Address |
| 6 | Statement of Correction | 12/28/2007 | 01/03/2008 | 12/28/2007 12:13 PM | 20071597304 | |
| 7 | postcard notification printed 03/23/2008 to be mailed 04/01/2008 | 03/23/2008 | 03/23/2008 | 03/23/2008 05:30 AM | | annual report due: 06/30/2008 |
| 8 | Report | 03/24/2008 | 03/24/2008 | 03/24/2008 10:47 AM | 20081157100 | Removed entity mailing address;Change of Registered Agent / Change |

Ostrum Attachment AH-3

Colorado Secretary of State - History and Documents

| | | | | | |
|---|---|---|---|---|---|
| | | | | | of Registered Agent Address / Change of Entity Address |
| 9 | postcard notification printed 03/23/2009 to be mailed 04/01/2009 | 03/23/2009 | 03/23/2009 | 03/23/2009 04:05 AM | | annual report due: 06/30/2009 |
| 10 | Report | 06/11/2009 | 06/11/2009 | 06/11/2009 04:21 PM | 20091322253 | Change of Entity Address |
| 11 | postcard notification printed 03/23/2010 to be mailed 04/01/2010 | 03/23/2010 | 03/23/2010 | 03/23/2010 04:30 AM | | annual report due: 06/30/2010 |
| 12 | Report | 05/12/2010 | 05/12/2010 | 05/12/2010 11:47 AM | 20101274908 | |
| 13 | Statement of Change | 09/15/2010 | 09/15/2010 | 09/15/2010 10:13 AM | 20101513036 | Registered agent information changed; |
| 14 | postcard notification printed 03/23/2011 to be mailed 04/01/2011 | 03/23/2011 | 03/23/2011 | 03/23/2011 03:25 AM | | periodic report due: 06/30/2011 |
| 15 | Report | 04/14/2011 | 04/14/2011 | 04/14/2011 09:00 AM | 20111225553 | |
| 16 | Statement of Change | 12/16/2011 | 12/16/2011 | 12/16/2011 03:45 PM | 20111691753 | Registered agent information changed; |
| 17 | Periodic Report due | | 03/23/2012 | 03/23/2012 | 03/23/2012 02:26 AM | Periodic Report due by: 06/30/2012 |
| 18 | Report | 06/26/2012 | 06/26/2012 | 06/26/2012 03:09 PM | 20121349191 | |
| 19 | Periodic Report due | | 03/23/2013 | 03/23/2013 | 03/23/2013 02:40 AM | Periodic report due by: 06/30/2013 |
| 20 | Report | | 03/25/2013 | 03/25/2013 | 03/25/2013 09:48 AM | 20131188072 | |

Return to Summary

Terms & conditions | Browser compatibility

Ostrum Attachment AH-4

Colorado Secretary of State - History and Documents



About Wayne | Español

# History and Documents

For this Record....
Get a certificate of good
standing
File a form
Subscribe to email
notification
Unsubscribe from email
notification
Return to Summary

Business Home
Business Information
Business Search

FAQs, Glossary and
Information

**Name:** Convertis, LLC
**ID number:** 20061148787

Print-friendly version

1 2

[<Prev 20]

**Found 26 matching record(s). Viewing page 2 of 2.**

| # | Event | Date Filed | Date Posted | Effective Date | Document # (click to view) | Comment |
|---|-------|-----------|-------------|----------------|---------------------------|---------|
| 21 | Periodic Report due | 03/24/2014 | 03/24/2014 | 03/24/2014 06:23 PM | | Periodic report due by: 06/30/2014 |
| 22 | Report | 06/24/2014 | 06/24/2014 | 06/24/2014 11:30 AM | 20141384946 | Change of Registered Agent / Change of Registered Agent Address |
| 23 | Periodic Report due | 03/23/2015 | 03/23/2015 | 03/23/2015 02:57 AM | | Periodic report due by: 06/30/2015 |
| 24 | Report | 04/17/2015 | 04/17/2015 | 04/17/2015 02:45 PM | 20151259785 | |
| 25 | Periodic Report due | 03/23/2016 | 03/23/2016 | 03/23/2016 02:23 AM | | Periodic report due by: 06/30/2016 |
| 26 | Report | 05/18/2016 | 05/18/2016 | 05/18/2016 03:05 PM | 20161342849 | |

Return to Summary

Terms & conditions | Browser compatibility

Ostrum Attachment AH-5

**E-Filed**

Colorado Secretary of State
Date and Time: 04/06/2006 08:41 AM
Entity Id: 20061148787
Document number: 20061148787

Document processing fee
   If document is filed on paper        $125.00
   If document is filed electronically    **$ 25.00**
Fees & forms/cover sheets
   are subject to change.
To file electronically, access instructions
   for this form/cover sheet and other
   information or print copies of filed
   documents, visit www.sos.state.co.us
   and select Business Center.
Paper documents must be typewritten or machine printed.

ABOVE SPACE FOR OFFICE USE ONLY

## Articles of Organization

filed pursuant to §7-90-301, et seq. and §7-80-204 of the Colorado Revised Statutes (C.R.S)

1. Entity name:

   **Convertis, LLC**

   *(The name of a limited liability company must contain the term or abbreviation "limited liability company", "ltd. liability company", "limited liability co.", "ltd. liability co.", "limited", "llc", "l.l.c.", or "ltd." §7-90-601, C.R.S.)*

2. Use of Restricted Words *(if any of these terms are contained in an entity name, true name of an entity, trade name or trademark stated in this document, mark the applicable box):*

   ☐ "bank" or "trust" or any derivative thereof
   ☐ "credit union"    ☐ "savings and loan"
   ☐ "insurance", "casualty", "mutual", or "surety"

3. Principal office street address:

   **2560 W. Main Street**
   *(Street name and number)*
   **Suite 200**

   **Littleton**       **CO**   **80120**
   *(City)*       *(State)*   *(Postal/Zip Code)*

               **United States**
   *(Province – if applicable)*   *(Country – if not US)*

4. Principal office mailing address
   (if different from above):

   *(Street name and number or Post Office Box information)*

   *(City)*       *(State)*   *(Postal/Zip Code)*

   *(Province – if applicable)*   *(Country – if not US)*

5. Registered agent name *(if an individual):*  **Lazzeri**     **Robert**
                      *(Last)*     *(First)*   *(Middle)*  *(Suffix)*

   **OR** (if a business organization):

6. The person identified above as registered agent has consented to being so appointed.

7. Registered agent street address:

   **2560 W. Main Street**
   *(Street name and number)*
   **Suite 200**

   **Littleton**       **CO**   **80123**
   *(City)*       *(State)*   *(Postal/Zip Code)*

8. Registered agent mailing address
   (if different from above):

_____
*(Street name and number or Post Office Box information)*

_____

_____     _____     _____
*(City)*                          *(State)*        *(Postal/Zip Code)*

_____     _____
*(Province – if applicable)*       *(Country – if not US)*

9. Name(s) and mailing address(es)
   of person(s) forming the limited
   liability company:

(if an individual)   **Lazzeri**          **Robert**
_____     _____     _____     _____
*(Last)*              *(First)*        *(Middle)*           *(Suffix)*

**OR** (if a business organization) _____

**2560 W. Main Street**
_____
**Suite 200** *(Street name and number or Post Office Box information)*

**Littleton**                    **CO    80120**
_____     _____     _____
*(City)*                          *(State)*        *(Postal/Zip Code)*
                              **United States**
_____     _____
*(Province – if applicable)*       *(Country – if not US)*

(if an individual)   _____
_____     _____     _____     _____
*(Last)*              *(First)*        *(Middle)*           *(Suffix)*

**OR** (if a business organization) _____

_____
*(Street name and number or Post Office Box information)*

_____     _____     _____
*(City)*                          *(State)*        *(Postal/Zip Code)*
                              **United States**
_____     _____
*(Province – if applicable)*       *(Country – if not US)*

(if an individual)   _____
_____     _____     _____     _____
*(Last)*              *(First)*        *(Middle)*           *(Suffix)*

**OR** (if a business organization) _____

_____
*(Street name and number or Post Office Box information)*

_____     _____     _____
*(City)*                          *(State)*        *(Postal/Zip Code)*
                              **United States**
_____     _____
*(Province – if applicable)*       *(Country – if not US)*

*(If more than three persons are forming the limited liability company, mark this box* ☐ *and include an attachment stating the true names and mailing addresses of all additional persons forming the limited liability company)*

10. The management of the limited liability company is vested in managers ☐
    **OR** is vested in the members ☑

11. There is at least one member of the limited liability company.

ARTORG_LLC                    Page 2 of 3                    Rev. 11/16/2005

Ostrum Attachment AH-7

12. *(Optional)* Delayed effective date: _____ .
    *(mm/dd/yyyy)*

13. Additional information may be included pursuant to other organic statutes such as title 12, C.R.S. If applicable, mark this box ☐ and include an attachment stating the additional information.

Notice:

Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

14. Name(s) and address(es) of the individual(s) causing the document to be delivered for filing:

| Lazzeri | Robert | | |
|---|---|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |
| 2560 W. Main Street | | | |
| Suite 200 *(Street name and number or Post Office Box information)* | | | |
| Littleton | CO | 80120 | |
| *(City)* | *(State)* | *(Postal/Zip Code)* | |
| United States | | | |
| *(Province – if applicable)* | *(Country – if not US)* | | |

*(The document need not state the true name and address of more than one individual. However, if you wish to state the name and address of any additional individuals causing the document to be delivered for filing, mark this box* ☐ *and include an attachment stating the name and address of such individuals.)*

**Disclaimer:**

This form, and any related instructions, are not intended to provide legal, business or tax advice, and are offered as a public service without representation or warranty. While this form is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form. Questions should be addressed to the user's attorney.

Ostrum Attachment AH-8



Colorado Secretary of State
Date and Time: 05/18/2016 03:05 PM
ID Number: 20061148787

Document number: 20161342849
Amount Paid: $10.00

Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.sos.state.co.us.

ABOVE SPACE FOR OFFICE USE ONLY

## Periodic Report
### filed pursuant to §7-90-301, et seq. and §7-90-501 of the Colorado Revised Statutes (C.R.S)

ID number: **20061148787**

Entity name: **Convertis, LLC**

Jurisdiction under the law of which the
entity was formed or registered: **Colorado**

1. Principal office street address: **6260 Lookout Road**
   *(Street name and number)*

   **Boulder**                    **CO**     **80301**
   *(City)*          *(State)*   *(Postal/Zip Code)*
                    **United States**
   *(Province – if applicable)*   *(Country – if not US)*

2. Principal office mailing address:
   (if different from above)
   *(Street name and number or Post Office Box information)*

   *(City)*          *(State)*   *(Postal/Zip Code)*

   *(Province – if applicable)*   *(Country – if not US)*

3. Registered agent name:  (if an individual)
   *(Last)*          *(First)*   *(Middle)*   *(Suffix)*

   or   (if a business organization) **National Corporate Research, Ltd.**

4. The person identified above as registered agent has consented to being so appointed.

5. Registered agent street address: **12649 West Warren Avenue**
   *(Street name and number)*

   **Lakewood**                    **CO**     **80228**
   *(City)*          *(State)*   *(Postal/Zip Code)*

6. Registered agent mailing address:
   (if different from above)
   *(Street name and number or Post Office Box information)*

   *(City)*          *(State)*   *(Postal/Zip Code)*

   *(Province – if applicable)*   *(Country – if not US)*

Notice:
Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

7. Name(s) and address(es) of the
   individual(s) causing the document
   to be delivered for filing:

| Harrington-Schreiber | Elin | P. | |
|---|---|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

Berg Hill Greenleaf Ruscitti LLP

*(Street name and number or Post Office Box information)*

1712 Pearl Street

| Boulder | CO | 80302 |
|---|---|---|
| *(City)* | *(State)* | *(Postal/Zip Code)* |

United States

| *(Province – if applicable)* | *(Country – if not US)* |
|---|---|

*(The document need not state the true name and address of more than one individual. However, if you wish to state the name and address of any additional individuals causing the document to be delivered for filing, mark this box ☐ and include an attachment stating the name and address of such individuals.)*

Disclaimer:
This form, and any related instructions, are not intended to provide legal, business or tax advice, and are offered as a public service without representation or warranty. While this form is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form. Questions should be addressed to the user's attorney.

Colorado Secretary of State - Search Results



About Wayne | Español

Business Home
Business Information
Business Search

FAQs, Glossary and
Information

# Search Results

**Found 5 matching record(s). Viewing page 1 of 1.**

| # | ID Number | Document Number | Name | Status | Form | Effective Date | Comment |
|---|-----------|-----------------|------|--------|------|----------------|---------|
| 1 | 20101006476 | 20101006476 | identified cosmetics | Effective | DLLC | 01/05/2010 03:10 PM | |
| 2 | 20101006490 | 20101006490 | Ivory White | Effective | DLLC | 01/05/2010 03:13 PM | |
| 3 | 20101006502 | 20101006502 | 411 Info Beauty | Effective | DLLC | 01/05/2010 03:15 PM | |
| 4 | 20101006516 | 20101006516 | 123 Pretty You | Effective | DLLC | 01/05/2010 03:17 PM | |
| 5 | 20101006528 | 20101006528 | A1A Glamour Systems | Effective | DLLC | 01/05/2010 03:19 PM | |

Back

Terms & conditions | Browser compatibility

Ostrum Attachment AH-11

# PX1

## Ostrum Attachment AI

## Corporate Records

Colorado Secretary of State - Summary



For this Record...
Filing history and documents
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# Summary

| Details | |
|---|---|
| **Name** | Eyepothesis LLC, Delinquent April 1, 2014 |

| | | | |
|---|---|---|---|
| **Status** | Delinquent | **Formation date** | 11/12/2007 |
| **ID number** | 20071520024 | **Form** | Limited Liability Company |
| **Periodic report month** | November | **Jurisdiction** | Colorado |
| **Principal office street address** | 6260 Lookout Road, Boulder, CO 80301, United States | | |
| **Principal office mailing address** | n/a | | |

| Registered Agent | |
|---|---|
| **Name** | The Evergreen Registration Company, LLC |
| **Street address** | 10955 Westmoor Drive, 4th Floor, Westminster, CO 80021, United States |
| **Mailing address** | n/a |

Filing history and documents
Get certified copies of documents
File a form
Set up secure business filing
Subscribe to email notification
Unsubscribe from email notification

Colorado Secretary of State - Summary

Terms & conditions | Browser compatibility

Ostrum Attachment AI-2

Colorado Secretary of State - History and Documents



About Wayne | Español

Colorado
Secretary of State
Wayne W. Williams

Search

**For this Record...**
File a form
Subscribe to email
notification
Unsubscribe from email
notification
Return to Summary

**Business Home**
**Business Information**
**Business Search**

**FAQs, Glossary and**
**Information**

# History and Documents

**Name:** Eyepothesis LLC, Delinquent April 1, 2014

🖨 Print-friendly version

**ID number:** 20071520024

**1 2**

[Next 1>]

### Found 21 matching record(s).  Viewing page 1 of 2.

| # | Event | Date Filed | Date Posted | Effective Date ⊕ | Document # (click to view) | Comment |
|---|-------|-----------|-------------|------------------|----------------------------|---------|
| 1 | Articles of Organization | 11/12/2007 | 11/12/2007 | 11/12/2007 03:32 PM | 20071520024 | |
| 2 | Articles of Amendment | 03/25/2008 | 03/25/2008 | 03/25/2008 02:52 PM | 20081160530 | Change of Entity Name |
| 3 | postcard notification printed 10/23/2008 to be mailed 11/01/2008 | 10/23/2008 | 10/23/2008 | 10/23/2008 02:06 PM | | annual report due: 01/31/2009 |
| 4 | Report | 01/07/2009 | 01/07/2009 | 01/07/2009 04:11 PM | 20091016235 | Change of Entity Address |
| 5 | postcard notification printed 10/26/2009 to be mailed 11/01/2009 | 10/26/2009 | 10/26/2009 | 10/26/2009 04:03 PM | | annual report due: 01/31/2010 |
| 6 | Report | 01/14/2010 | 01/14/2010 | 01/14/2010 09:50 AM | 20101025319 | |
| 7 | Statement of Change | 09/15/2010 | 09/15/2010 | 09/15/2010 10:10 AM | 20101513011 | Registered agent information changed; |
| 8 | postcard notification printed 10/23/2010 to be mailed 11/01/2010 | 10/23/2010 | 10/23/2010 | 10/23/2010 03:36 AM | | periodic report due: 01/31/2011 |
| 9 | Report | 01/26/2011 | 01/26/2011 | 01/26/2011 04:12 PM | 20111054109 | |
| 10 | postcard notification printed 10/23/2011 to be mailed 11/01/2011 | 10/23/2011 | 10/23/2011 | 10/23/2011 02:35 AM | | periodic report due: 01/31/2012 |
| 11 | Report | 10/27/2011 | 10/27/2011 | 10/27/2011 03:10 PM | 20111600989 | Change of Registered Agent / Change of |

Ostrum Attachment AI-3

Colorado Secretary of State - History and Documents

| | | | | | Registered Agent Address |
|---|---|---|---|---|---|
| 12 | Statement of Change | 12/16/2011 | 12/16/2011 | 12/16/2011 02:19 PM 20111691514 | Registered agent information changed; |
| 13 | Periodic Report due | 10/23/2012 | 10/23/2012 | 10/23/2012 02:16 AM | Periodic report due by: 01/31/2013 |
| 14 | Periodic Report due in one week | 01/24/2013 | 01/24/2013 | 01/24/2013 01:53 AM | Periodic report due by: 01/31/2013 |
| 15 | Report | 01/28/2013 | 01/28/2013 | 01/28/2013 11:43 AM 20131063649 | |
| 16 | Periodic Report due | 10/23/2013 | 10/23/2013 | 10/23/2013 02:15 AM | Periodic report due by: 01/31/2014 |
| 17 | Periodic Report due in one week | 01/24/2014 | 01/24/2014 | 01/24/2014 02:01 AM | Periodic report due by: 01/31/2014 |
| 18 | Change in Status: Noncompliant for failure to file Periodic Report | 02/01/2014 | 02/01/2014 | 02/01/2014 01:34 AM | Entity noncompliant and will become delinquent on: 03/31/2014 |
| 19 | Change in status in one week: Delinquent for failure to file Periodic Report | 03/24/2014 | 03/24/2014 | 03/24/2014 02:51 AM | One week until delinquent: 03/31/2014 |
| 20 | Change in Status: Delinquent for failure to file Periodic Report | 04/01/2014 | 04/01/2014 | 04/01/2014 02:00 AM | Entity has become delinquent for failure to file Periodic Report |

Return to Summary

Terms & conditions | Browser compatibility

Ostrum Attachment AI-4

Colorado Secretary of State - History and Documents



# History and Documents

**For this Record...**
File a form
Subscribe to email notification
Unsubscribe from email notification
Return to Summary

**Business Home**
**Business Information**
**Business Search**

**FAQs, Glossary and Information**

| Name: | Eyepothesis LLC, Delinquent April 1, 2014 |
| ID number: | 20071520024 |

🖨 Print-friendly version

[<Prev 20]

1  2

### Found 21 matching record(s).  Viewing page 2 of 2.

| # | Event | Date Filed | Date Posted | EffectiveDate ⊙ | Document # (click to view) | Comment |
|---|-------|-----------|-------------|------------------|------------------------------|---------|
| 21 | Change in Name | 05/06/2015 | 05/06/2015 | 05/06/2015 12:33 AM | | Entity name and any active trade names changed due to Failure to file periodic report |

Return to Summary

Terms & conditions | Browser compatibility

Ostrum Attachment AI-5

**E-Filed**

Colorado Secretary of State
Date and Time: 11/12/2007 03:32 PM
Id Number: 20071520024
Document number: 20071520024

Document processing fee
  If document is filed on paper          $125.00
  If document is filed electronically    **$ 25.00**
Fees & forms/cover sheets
  are subject to change.
To file electronically, access instructions
  for this form/cover sheet and other
  information or print copies of filed
  documents, visit www.sos.state.co.us
  and select Business Center.
Paper documents must be typewritten or machine printed.      ABOVE SPACE FOR OFFICE USE ONLY

## Articles of Organization
filed pursuant to §7-90-301, et seq. and §7-80-204 of the Colorado Revised Statutes (C.R.S)

1. Entity name:

**IvoryWhite LLC**

*(The name of a limited liability company must contain the term or abbreviation "limited liability company", "ltd. liability company", "limited liability co.", "ltd. liability co.", "limited", "llc", "l.l.c.", or "ltd." §7-90-601, C.R.S.)*

2. Use of Restricted Words *(if any of these terms are contained in an entity name, true name of an entity, trade name or trademark stated in this document, mark the applicable box)*:

☐ "bank" or "trust" or any derivative thereof
☐ "credit union"     ☐ "savings and loan"
☐ "insurance", "casualty", "mutual", or "surety"

3. Principal office street address:

**6260 Lookout Road**
*(Street name and number)*
**Unit D**
**Boulder**       **CO**  **80301**
*(City)*          *(State)*     *(Postal/Zip Code)*
**United States**
*(Province – if applicable)*     *(Country – if not US)*

4. Principal office mailing address
  (if different from above):

*(Street name and number or Post Office Box information)*

*(City)*         *(State)*     *(Postal/Zip Code)*

*(Province – if applicable)*     *(Country – if not US)*

5. Registered agent name (if an individual):   **Ruscitti**      **Giovanni**
                                    *(Last)*         *(First)*       *(Middle)*     *(Suffix)*

       **OR** (if a business organization):

6. The person identified above as registered agent has consented to being so appointed.

7. Registered agent street address:   **Berg Hill Greenleaf & Ruscitti LLP**
*(Street name and number)*
**1712 Pearl Street**
**Boulder**          **CO**    **80302**
*(City)*            *(State)*     *(Postal/Zip Code)*

Ostrum Attachment AI-6

8. Registered agent mailing address
   (if different from above):

_____
*(Street name and number or Post Office Box information)*

_____

_____   _____   _____
*(City)*                  *(State)*     *(Postal/Zip Code)*

_____   _____
*(Province – if applicable)*   *(Country – if not US)*

9. Name(s) and mailing address(es)
   of person(s) forming the limited
   liability company:

(if an individual)  _____   _____   _____   _____
                    *(Last)*        *(First)*     *(Middle)*    *(Suffix)*

**OR** (if a business organization)  **Convertis, LLC**
_____

**6260 Lookout Road**
_____
*(Street name and number or Post Office Box information)*

**Unit D**
_____

**Boulder**                  **CO**      **80301**
_____   _____   _____
*(City)*                  *(State)*     *(Postal/Zip Code)*

                          **United States**
_____   _____
*(Province – if applicable)*   *(Country – if not US)*

(if an individual)  _____   _____   _____   _____
                    *(Last)*        *(First)*     *(Middle)*    *(Suffix)*

**OR** (if a business organization)  _____

_____
*(Street name and number or Post Office Box information)*

_____   _____   _____
*(City)*                  *(State)*     *(Postal/Zip Code)*

                          **United States**
_____   _____
*(Province – if applicable)*   *(Country – if not US)*

(if an individual)  _____   _____   _____   _____
                    *(Last)*        *(First)*     *(Middle)*    *(Suffix)*

**OR** (if a business organization)  _____

_____
*(Street name and number or Post Office Box information)*

_____   _____   _____
*(City)*                  *(State)*     *(Postal/Zip Code)*

                          **United States**
_____   _____
*(Province – if applicable)*   *(Country – if not US)*

*(If more than three persons are forming the limited liability company, mark this box* ☐ *and include an attachment stating the true names and mailing addresses of all additional persons forming the limited liability company)*

10. The management of the limited liability company is vested in managers ☑
    **OR** is vested in the members ☐

11. There is at least one member of the limited liability company.

12. *(Optional)*  Delayed effective date: _____ .

*(mm/dd/yyyy)*

13. Additional information may be included pursuant to other organic statutes such as title 12, C.R.S.  If applicable, mark this box ☐  and include an attachment stating the additional information.

Notice:

Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

14. Name(s) and address(es) of the individual(s) causing the document to be delivered for filing:

| Quintana | Jackie | | |
|---|---|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

**Berg Hill Greenleaf & Ruscitti LLP**

*(Street name and number or Post Office Box information)*

**1712 Pearl Street**

| Boulder | CO | 80302 |
|---|---|---|
| *(City)* | *(State)* | *(Postal/Zip Code)* |

**United States**

| *(Province – if applicable)* | *(Country – if not US)* |
|---|---|

*(The document need not state the true name and address of more than one individual.  However, if you wish to state the name and address of any additional individuals causing the document to be delivered for filing, mark this box ☐  and include an attachment stating the name and address of such individuals.)*

**Disclaimer:**

This form, and any related instructions, are not intended to provide legal, business or tax advice, and are offered as a public service without representation or warranty.  While this form is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form.  Questions should be addressed to the user's attorney.

Ostrum Attachment AI-8

**E-Filed**

Colorado Secretary of State
Date and Time: 03/25/2008 02:52 PM
Id Number: 20071520024
Document number: 20081160530

Document processing fee
  If document is filed on paper        $125.00
  If document is filed electronically    **$ 25.00**
Fees & forms/cover sheets
  are subject to change.
To file electronically, access instructions
  for this form/cover sheet and other
  information or print copies of filed
  documents, visit www.sos.state.co.us
  and select Business Center.
Paper documents must be typewritten or machine printed.

ABOVE SPACE FOR OFFICE USE ONLY

## Articles of Amendment
filed pursuant to §7-90-301, et seq. and §7-80-209 of the Colorado Revised Statutes (C.R.S.)

ID number:           20071520024

1. Entity name:       IvoryWhite LLC

                  *(if changing the name of the limited liability company, indicate*
                  *name BEFORE the name change)*

2. New Entity name:    Eyepothesis LLC
   (if applicable)

3. Use of Restricted Words *(if any of these*
  *terms are contained in an entity name, true*  ☐ "bank" or "trust" or any derivative thereof
  *name of an entity, trade name or trademark*  ☐ "credit union"  ☐ "savings and loan"
  *stated in this document, mark the applicable*  ☐ "insurance", "casualty", "mutual", or "surety"
  *box)*:

4. Other amendments, if any, are attached.

5. If the limited liability company's
  period of duration as amended is
  less than perpetual, state the date
  on which the period of duration
  expires:                                    *(mm/dd/yyyy)*

      **OR**

If the limited liability company's period of duration as amended is perpetual, mark this box:   ☑

6. *(Optional)* Delayed effective date:                
                                   *(mm/dd/yyyy)*

Notice:

Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or
acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the
individual's act and deed, or that the individual in good faith believes the document is the act and deed of the
person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity
with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic
statutes, and that the individual in good faith believes the facts stated in the document are true and the
document complies with the requirements of that Part, the constituent documents, and the organic statutes.

Ostrum Attachment AI-9

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

7. Name(s) and address(es) of the individual(s) causing the document to be delivered for filing:

| Quintana | Jackie | M | |
|---|---|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

Berg Hill Greenleaf & Ruscitti LLP
*(Street name and number or Post Office Box information)*
1712 Pearl Street

| Boulder | CO | 80302 |
|---|---|---|
| *(City)* | *(State)* | *(Postal/Zip Code)* |

United States

| | |
|---|---|
| *(Province – if applicable)* | *(Country – if not US)* |

*(The document need not state the true name and address of more than one individual. However, if you wish to state the name and address of any additional individuals causing the document to be delivered for filing, mark this box ☐ and include an attachment stating the name and address of such individuals.)*

**Disclaimer:**

This form, and any related instructions, are not intended to provide legal, business or tax advice, and are offered as a public service without representation or warranty. While this form is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form. Questions should be addressed to the user's attorney.



Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.sos.state.co.us.

Colorado Secretary of State
Date and Time: 01/28/2013 11:43 AM
ID Number: 20071520024

Document number: 20131063649
Amount Paid: $1.00

ABOVE SPACE FOR OFFICE USE ONLY

## Periodic Report
filed pursuant to §7-90-301, et seq. and §7-90-501 of the Colorado Revised Statutes (C.R.S)

ID number: **20071520024**

Entity name: **Eyepothesis LLC**

Jurisdiction under the law of which the
entity was formed or registered: **Colorado**

1. Principal office street address: **6260 Lookout Road**
   *(Street name and number)*

   **Boulder**        **CO     80301**
   *(City)*           *(State)   (Postal/Zip Code)*
                      **United States**
   *(Province – if applicable)*   *(Country – if not US)*

2. Principal office mailing address:
   (if different from above)
   *(Street name and number or Post Office Box information)*

   *(City)*           *(State)   (Postal/Zip Code)*

   *(Province – if applicable)*   *(Country – if not US)*

3. Registered agent name: (if an individual)
   *(Last)*           *(First)*        *(Middle)*      *(Suffix)*

   or   (if a business organization) **The Evergreen Registration Company, LLC**

4. The person identified above as registered agent has consented to being so appointed.

5. Registered agent street address: **10955 Westmoor Drive**
   *(Street name and number)*
   **4th Floor**

   **Westminster**        **CO**     **80021**
   *(City)*               *(State)   (Postal/Zip Code)*

6. Registered agent mailing address:
   (if different from above)
   *(Street name and number or Post Office Box information)*

   *(City)*           *(State)   (Postal/Zip Code)*

   *(Province – if applicable)*   *(Country – if not US)*

Notice:
Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

7. Name(s) and address(es) of the
   individual(s) causing the document
   to be delivered for filing:

| Biesendorfer | Suzanne | | |
|---|---|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

Berg Hill Greenleaf & Ruscitti LLP
*(Street name and number or Post Office Box information)*
1712 Pearl Street

| Boulder | CO  80302 | |
|---|---|---|
| *(City)* | *(State)* | *(Postal/Zip Code)* |

United States

| *(Province – if applicable)* | *(Country – if not US)* |
|---|---|

*(The document need not state the true name and address of more than one individual. However, if you wish to state the name and address of any additional individuals causing the document to be delivered for filing, mark this box ☐ and include an attachment stating the name and address of such individuals.)*

Disclaimer:
This form, and any related instructions, are not intended to provide legal, business or tax advice, and are offered as a public service without representation or warranty. While this form is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form. Questions should be addressed to the user's attorney.

Ostrum Attachment AI-12

Colorado Secretary of State - Summary



About Wayne | Español

# Summary

**For this Record...**
Filing history and documents
Show entity
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

| Details | | | |
|---|---|---|---|
| Trade name | Eyepothesis at Home | | |
| Registrant name | Brand Force, LLC | | |
| Status | Effective | Formation Date | 08/27/2010 |
| ID number | 20101478904 | Form | Limited Liability Company |
| Renewal month | n/a | Expiration Date | n/a |
| Primary residence or usual place of business street address | n/a | | |
| Primary residence or usual place of business mailing address | n/a | | |

Filing history and documents
Show entity
Get a certificate of fact of trade name (PDF)
Get certified copies of documents
File a form
Set up secure business filing
Subscribe to email notification
Unsubscribe from email notification

Back

Terms & conditions | Browser compatibility

Colorado Secretary of State - Business Search Results



**Business Home**
**Business Information**
**Business Search**

**FAQs, Glossary and Information**

# Business Search Results

Click on the ID Number to select your record.

**Found 8 matching record(s).  Viewing page 1 of 1.**

| # | ID Number | Document Number | Name ⊙ | Event | Status | Form | Formation Date |
|---|-----------|-----------------|--------|-------|--------|------|----------------|
| 1 | 20101478904 | 20101478904 | Eyepothesis at Home | Trade Name | Effective | DLLC | 08/27/2010 |
| 2 | 20071520024 | 20081160530 | Eyepothesis LLC | Articles of Amendment | Name Changed | DLLC | 11/12/2007 |
| 3 | 20071520024 | | Eyepothesis LLC, Delinquent April 1, 2014 | Batch Event | Delinquent | DLLC | 11/12/2007 |
| 4 | 20101479013 | 20101479013 | Eyepothesis Marketing | Trade Name | Effective | DLLC | 08/27/2010 |
| 5 | 20111053467 | 20111053467 | Eyepothesis Products | Trade Name | Effective | DLLC | 01/26/2011 |
| 6 | 20101479159 | 20101479159 | Eyepothesis Solutions | Trade Name | Effective | DLLC | 08/27/2010 |
| 7 | 20121677009 | 20121677009 | EyepothesisTools | Trade Name | Effective | DLLC | 12/06/2012 |
| 8 | 20111117680 | 20111117680 | Ticket to Eyepothesis | Trade Name | Effective | DLLC | 02/25/2011 |

Terms & conditions | Browser compatibility

https://www.sos.state.co.us/biz/BusinessEntityCriteriaExt.do[3/7/2017 9:35:07 AM]

Ostrum Attachment AI-14

# PX1

## Ostrum Attachment AJ

## Corporate Records

Colorado Secretary of State - Summary



**For this Record...**
Filing history and documents
Trade names
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification

**Business Home**
**Business Information**
**Business Search**

**FAQs, Glossary and Information**

# Summary

| Details | |
|---|---|
| Name | Mint House, LLC |
| Status | Good Standing |
| ID number | 20101475442 |
| Periodic report month | August |
| Principal office street address | 9233 Park Meadows Drive, Lone Tree, CO 80124, United States |
| Principal office mailing address | n/a |

| | |
|---|---|
| Formation date | 08/25/2010 |
| Form | Limited Liability Company |
| Jurisdiction | Colorado |

| Registered Agent | |
|---|---|
| Name | National Corporate Research, Ltd. |
| Street address | 12649 West Warren Avenue, Lakewood, CO 80228, United States |
| Mailing address | n/a |

Filing history and documents
Trade names
Get a certificate of good standing
Get certified copies of documents
File a form
Set up secure business filing
Subscribe to email notification
Unsubscribe from email notification

https://www.sos.state.co.us/...il.do?quitButtonDestination=BusinessEntityResults&nameTyp=ENT&entityId2=20101475442&srchTyp=ENTITY&fileId=20101475442&masterFileId=20101475442[3/3/2017 11:17:06 AM]

Ostrum Attachment AJ-1

**Colorado Secretary of State - Summary**

Terms & conditions | Browser compatibility

Ostrum Attachment AJ-2

Colorado Secretary of State - History and Documents



# History and Documents

About Wayne | Español

**For this Record...**
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification
Return to Summary

**Business Home**
**Business Information**
**Business Search**

**FAQs, Glossary and Information**

Name:   Mint House, LLC
ID number: 20101475442

Print-friendly version

**Found 16 matching record(s).  Viewing page 1 of 1.**

| # | Event | Date Filed | Date Posted | EffectiveDate | Document # (click to view) | Comment |
|---|-------|-----------|-------------|---------------|----------------------------|---------|
| 1 | Articles of Organization | 08/25/2010 | 08/25/2010 | 08/25/2010 04:06 PM | 20101475442 | |
| 2 | postcard notification printed 07/23/2011 to be mailed 08/01/2011 | 07/23/2011 | 07/23/2011 | 07/23/2011 03:08 AM | | periodic report due: 10/31/2011 |
| 3 | Report | 08/19/2011 | 08/19/2011 | 08/19/2011 12:31 PM | 20111470057 | |
| 4 | Statement of Change | 12/16/2011 | 12/16/2011 | 12/16/2011 02:34 PM | 20111691553 | Registered agent information changed; |
| 5 | Periodic Report due | 07/23/2012 | 07/23/2012 | 07/23/2012 02:37 AM | | Periodic Report due by: 10/31/2012 |
| 6 | Report | 10/12/2012 | 10/12/2012 | 10/12/2012 04:13 PM | 20121568178 | |
| 7 | Periodic Report due | 07/23/2013 | 07/23/2013 | 07/23/2013 02:37 AM | | Periodic report due by: 10/31/2013 |
| 8 | Periodic Report due in one week | 10/24/2013 | 10/24/2013 | 10/24/2013 02:12 AM | | Periodic report due by: 10/31/2013 |
| 9 | Change in Status: Noncompliant for failure to file Periodic Report | 11/01/2013 | 11/01/2013 | 11/01/2013 01:45 AM | | Entity noncompliant and will become deliquent on: 12/31/2013 |
| 10 | Report | 11/05/2013 | 11/05/2013 | 11/05/2013 03:35 PM | 20131643395 | |
| 11 | Periodic Report due | 07/23/2014 | 07/23/2014 | 07/23/2014 02:34 AM | | Periodic report due by: 10/31/2014 |
| 12 | Report | 10/08/2014 | 10/08/2014 | 10/08/2014 04:40 PM | 20141617731 | Change of Registered Agent / Change of |

Ostrum Attachment AJ-3

Colorado Secretary of State - History and Documents

| | | | | Registered Agent Address |
|---|---|---|---|---|
| **13** Periodic Report due | 07/23/2015 | 07/23/2015 | 07/23/2015 02:27 AM | Periodic report due by: 10/31/2015 |
| **14** Report | 10/06/2015 | 10/06/2015 | 10/06/2015 05:34 PM 20151651658 | |
| **15** Periodic Report due | 07/23/2016 | 07/23/2016 | 07/23/2016 02:24 AM | Periodic report due by: 10/31/2016 |
| **16** Report | 10/10/2016 | 10/10/2016 | 10/10/2016 11:10 AM 20161685653 | |

Return to Summary

Terms & conditions | Browser compatibility

Ostrum Attachment AJ-4

Document must be filed electronically.
Paper documents will not be accepted.
   Document processing fee
Fees & forms/cover sheets
  are subject to change.
To access other information or print
  copies of filed documents,
  visit www.sos.state.co.us and
  select Business Center.



$50.00

Colorado Secretary of State
Date and Time: 08/25/2010 04:06 PM
ID Number: 20101475442

Document number: 20101475442
Amount Paid: $50.00

ABOVE SPACE FOR OFFICE USE ONLY

# Articles of Organization
### filed pursuant to § 7-80-203 and § 7-80-204 of the Colorado Revised Statutes (C.R.S.)

1. The domestic entity name of the limited liability company is

**Mint House, LLC**

*(The name of a limited liability company must contain the term or abbreviation
"limited liability company", "ltd. liability company", "limited liability co.", "ltd.
liability co.", "limited", "l.l.c.", "llc", or "ltd.". See §7-90-601, C.R.S.)*

**(Caution:** *The use of certain terms or abbreviations are restricted by law. Read instructions for more information.)*

2. The principal office address of the limited liability company's initial principal office is

<u>Street</u> address         **9233 Park Meadows Drive**

*(Street number and name)*

**Lone Tree**       **CO**   **80124**

*(City)*       *(State)*   *(ZIP/Postal Code)*

**United States**

*(Province – if applicable)*   *(Country)*

<u>Mailing</u> address
**(leave blank** if same as street address)   *(Street number and name or Post Office Box information)*

*(City)*       *(State)*   *(ZIP/Postal Code)*

*(Province – if applicable)*   *(Country)*

3. The registered agent name and registered agent address of the limited liability company's initial registered
   agent are

Name
  (if an individual)

         *(Last)*      *(First)*    *(Middle)*   *(Suffix)*

**OR**

  (if an entity)    **Berg Hill Greenleaf & Ruscitti LLP**

**(Caution:** *Do not provide both an individual and an entity name.)*

<u>Street</u> address         **1712 Pearl Street**

*(Street number and name)*

**Boulder**       **CO**   **80302**

*(City)*       *(State)*   *(ZIP Code)*

Ostrum Attachment AJ-5

Mailing address
(**leave blank** if same as street address)

_____
*(Street number and name or Post Office Box information)*

_____

_____ CO _____ .
        *(City)*              *(State)*        *(ZIP Code)*

*(The following statement is adopted by marking the box.)*

☑ The person appointed as registered agent has consented to being so appointed.

4. The true name and mailing address of the person forming the limited liability company are

Name
(if an individual)

_____ _____ _____ _____
        *(Last)*           *(First)*          *(Middle)*       *(Suffix)*

**OR**

(if an entity)    **Berg Hill Greenleaf & Ruscitti LLP**
                  _____
(**Caution:** *Do not provide both an individual and an entity name.*)

Mailing address   **1712 Pearl Street**
                  _____
                  *(Street number and name or Post Office Box information)*

                  **Boulder**           **CO    80302**
                  _____
                        *(City)*           *(State)*   *(ZIP/Postal Code)*

                  _____ **United States** .
                  *(Province – if applicable)*    *(Country)*

*(If the following statement applies. adopt the statement by marking the box and include an attachment.)*

☐ The limited liability company has one or more additional persons forming the limited liability
company and the name and mailing address of each such person are stated in an attachment.

5. The management of the limited liability company is vested in
*(Mark the applicable box.)*

☑ one or more managers.

**OR**

☐ the members.

6. *(The following statement is adopted by marking the box.)*

☑ There is at least one member of the limited liability company.

7. *(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

☐ This document contains additional information as provided by law.

8. (**Caution:** <u>Leave blank</u> *if the document does not have a delayed effective date. Stating a delayed effective date has
significant legal consequences. Read instructions before entering a date.*)

*(If the following statement applies, adopt the statement by entering a date and, if applicable, time using the required format.)*

The delayed effective date and, if applicable, time of this document is/are _____ .
                                                                    *(mm/dd/yyyy hour:minute am/pm)*

Ostrum Attachment AJ-6

**Notice:**

Causing this document to be delivered to the Secretary of State for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the Secretary of State, whether or not such individual is named in the document as one who has caused it to be delivered.

9. The true name and mailing address of the individual causing the document to be delivered for filing are

| Johnson | Angela | | |
|---|---|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

Berg Hill Greenleaf & Ruscitti LLP
*(Street number and name or Post Office Box information)*

1712 Pearl Street

| Boulder | CO | 80302 |
|---|---|---|
| *(City)* | *(State)* | *(ZIP/Postal Code)* |

United States
*(Province – if applicable)*          *(Country)*

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

☐ This document contains the true name and mailing address of one or more additional individuals causing the document to be delivered for filing.

**Disclaimer:**

This form/cover sheet, and any related instructions, are not intended to provide legal, business or tax advice, and are furnished without representation or warranty. While this form/cover sheet is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form/cover sheet. Questions should be addressed to the user's legal, business or tax advisor(s).



Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.sos.state.co.us.

Colorado Secretary of State
Date and Time: 10/10/2016 11:10 AM
ID Number: 20101475442

Document number: 20161685653
Amount Paid: $10.00

ABOVE SPACE FOR OFFICE USE ONLY

## Periodic Report
filed pursuant to §7-90-301, et seq. and §7-90-501 of the Colorado Revised Statutes (C.R.S)

ID number: **20101475442**

Entity name: **Mint House, LLC**

Jurisdiction under the law of which the
entity was formed or registered: **Colorado**

1. Principal office street address: **9233 Park Meadows Drive**
*(Street name and number)*

**Lone Tree**            **CO**   **80124**
*(City)*                 *(State)*   *(Postal/Zip Code)*
                         **United States**
*(Province – if applicable)*   *(Country – if not US)*

2. Principal office mailing address:
(if different from above)
*(Street name and number or Post Office Box information)*

*(City)*                 *(State)*   *(Postal/Zip Code)*

*(Province – if applicable)*   *(Country – if not US)*

3. Registered agent name: (if an individual)
*(Last)*        *(First)*      *(Middle)*    *(Suffix)*

    or    (if a business organization) **National Corporate Research, Ltd.**

4. The person identified above as registered agent has consented to being so appointed.

5. Registered agent street address: **12649 West Warren Avenue**
*(Street name and number)*

**Lakewood**             **CO**   **80228**
*(City)*                 *(State)*   *(Postal/Zip Code)*

6. Registered agent mailing address:
(if different from above)
*(Street name and number or Post Office Box information)*

*(City)*                 *(State)*   *(Postal/Zip Code)*

*(Province – if applicable)*   *(Country – if not US)*

Ostrum Attachment AJ-8

Notice:

Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

7. Name(s) and address(es) of the
   individual(s) causing the document
   to be delivered for filing:

| Harrington-Schreiber | Elin | P. | |
|---|---|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

Berg Hill Greenleaf Ruscitti LLP

*(Street name and number or Post Office Box information)*

1712 Pearl Street

| Boulder | CO | 80302 |
|---|---|---|
| *(City)* | *(State)* | *(Postal/Zip Code)* |

United States

| *(Province – if applicable)* | *(Country – if not US)* |
|---|---|

*(The document need not state the true name and address of more than one individual. However, if you wish to state the name and address of any additional individuals causing the document to be delivered for filing, mark this box ☐ and include an attachment stating the name and address of such individuals.)*

Disclaimer:

This form, and any related instructions, are not intended to provide legal, business or tax advice, and are offered as a public service without representation or warranty. While this form is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form. Questions should be addressed to the user's attorney.

Ostrum Attachment AJ-9

Colorado Secretary of State - Search Results



Abort Wayne | Español

Business Home
Business Information
Business Search

FAQs, Glossary and
Information

# Search Results

**Found 9 matching record(s).  Viewing page 1 of 1.**

| # | ID Number ⊕ | Document Number | Name | Status | Form | Effective Date | Comment |
|---|---|---|---|---|---|---|---|
| 1 | 20101578176 | 20101578176 | Cobalt Products | Effective | DLLC | 10/20/2010 12:13 PM | |
| 2 | 20111015493 | 20111015493 | OrthoWhite Products | Effective | DLLC | 01/10/2011 01:12 PM | |
| 3 | 20111053448 | 20111053448 | Ultimate Facial Products | Effective | DLLC | 01/26/2011 01:40 PM | |
| 4 | 20111053467 | 20111053467 | Eyepothesis Products | Effective | DLLC | 01/26/2011 01:44 PM | |
| 5 | 20111084464 | 20111084464 | BellaBrite Products | Effective | DLLC | 02/10/2011 10:58 AM | |
| 6 | 20111683443 | 20111683443 | Face Enhancing Solutions | Effective | DLLC | 12/12/2011 12:35 PM | |
| 7 | 20121568208 | 20121568208 | HydraWhite Products | Effective | DLLC | 10/12/2012 04:25 PM | |
| 8 | 20121599264 | 20121599264 | TrimXT Technologies | Effective | DLLC | 10/26/2012 03:08 PM | |
| 9 | 20121694862 | 20121694862 | TitanWhite Products | Effective | DLLC | 12/19/2012 11:44 AM | |

Back

Terms & conditions | Browser compatibility

Ostrum Attachment AJ-10

# PX1

## Ostrum Attachment AK

## Corporate Records

Colorado Secretary of State - Summary



# Summary

| Details | | | |
|---|---|---|---|
| **Name** | Open Waters LLC, Dissolved December 15, 2011 | | |
| **Status** | Voluntarily Dissolved | **Formation date** | 02/03/2009 |
| **ID number** | 20091072883 | **Form** | Limited Liability Company |
| **Periodic report month** | February | **Jurisdiction** | Colorado |
| **Principal office street address** | 999 18th Street, Suite 3000, Denver, CO 80202, United States | | |
| **Principal office mailing address** | 999 18th Street, Suite 3000, Denver, CO 80202, United States | | |

| Registered Agent | |
|---|---|
| **Name** | Walter Long |
| **Street address** | 999 18th Street, Suite 3000, Denver, CO 80202, United States |
| **Mailing address** | n/a |

**For this Record...**
Filing history and documents
Trade names
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

Filing history and documents
Trade names
Get certified copies of documents
File a form
Set up secure business filing
Subscribe to email notification
Unsubscribe from email notification

Ostrum Attachment AK-1

Colorado Secretary of State - Summary

Terms & conditions | Browser compatibility

Colorado Secretary of State - History and Documents



# History and Documents

For this Record...
File a form
Subscribe to email notification
Unsubscribe from email notification
Return to Summary

Business Home
Business Information
Business Search

FAQs, Glossary and Information

**Name:** Open Waters LLC, Dissolved December 15, 2011

**ID number:** 20091072883

Print-friendly version

### Found 7 matching record(s). Viewing page 1 of 1.

| # Event | Date Filed | Date Posted | Effective Date | Document # (click to view) | Comment |
|---------|-----------|-------------|----------------|----------------------------|---------|
| 1 Articles of Organization | 02/03/2009 | 02/03/2009 | 02/03/2009 10:13 AM | 20091072883 | |
| 2 postcard notification printed 01/26/2010 to be mailed 02/01/2010 | 01/26/2010 | 01/26/2010 | 01/26/2010 04:16 AM | | annual report due: 04/30/2010 |
| 3 Change in Status | 05/01/2010 | 05/01/2010 | 05/01/2010 01:53 AM | | Failure to file annual report |
| 4 Report | 05/12/2010 | 05/12/2010 | 05/12/2010 12:10 PM | 20101275036 | |
| 5 postcard notification printed 01/23/2011 to be mailed 02/01/2011 | 01/23/2011 | 01/23/2011 | 01/23/2011 02:54 AM | | periodic report due: 04/30/2011 |
| 6 Report | 04/08/2011 | 04/08/2011 | 04/08/2011 10:50 AM | 20111211338 | |
| 7 Articles of Dissolution | 12/15/2011 | 12/15/2011 | 12/15/2011 04:47 PM | 20111690294 | |

Return to Summary

Terms & conditions | Browser compatibility

Ostrum Attachment AK-3

 **-Filed**

Colorado Secretary of State
Date and Time: 02/03/2009 10:13 AM
ID Number: 20091072883

Document must be filed electronically.
Paper documents will not be accepted.
   Document processing fee

$50.00

Document number: 20091072883
Amount Paid: $50.00

Fees & forms/cover sheets
   are subject to change.
To access other information or print
   copies of filed documents,
   visit www.sos.state.co.us and
   select Business Center.

ABOVE SPACE FOR OFFICE USE ONLY

## Articles of Organization
filed pursuant to § 7-80-203 and § 7-80-204 of the Colorado Revised Statutes (C.R.S.)

1. The domestic entity name of the limited liability company is

### Open Waters LLC

*(The name of a limited liability company must contain the term or abbreviation
"limited liability company", "ltd. liability company", "limited liability co.", "ltd.
liability co.", "limited", "l.l.c.", "llc", or "ltd.". See §7-90-601, C.R.S.)*

**(Caution:** *The use of certain terms or abbreviations are restricted by law.  Read instructions for more information.)*

2. The principal office address of the limited liability company's initial principal office is

Street address

999 18th Street
_____
        *(Street number and name)*
Suite 3000
_____

Denver                          CO      80202
_____    _____  _____
        *(City)*              *(State)*    *(ZIP/Postal Code)*
                         United States
_____    _____
  *(Province – if applicable)*     *(Country)*

Mailing address
**(leave blank if same as street address)**
_____
      *(Street number and name or Post Office Box information)*
_____

_____    _____  _____
        *(City)*              *(State)*    *(ZIP/Postal Code)*
_____    _____
  *(Province – if applicable)*     *(Country)*

3. The registered agent name and registered agent address of the limited liability company's initial registered
   agent are

Name
   (if an individual)

Long                 Walter
_____  _____  _____  _____
      *(Last)*          *(First)*        *(Middle)*   *(Suffix)*

**OR**

   (if an entity)
_____
**(Caution:** Do not provide both an individual and an entity name.)

Street address

999 18th Street
_____
        *(Street number and name)*
Suite 3000
_____

Denver                          CO      80202
_____    _____  _____
        *(City)*              *(State)*      *(ZIP Code)*

Ostrum Attachment AK-4

Mailing address
**(leave blank** if same as street address)

_____
*(Street number and name or Post Office Box information)*

_____

_____  CO  _____.
      *(City)*           *(State)*        *(ZIP Code)*

*(The following statement is adopted by marking the box.)*

☑ The person appointed as registered agent has consented to being so appointed.

4. The true name and mailing address of the person forming the limited liability company are

Name
   (if an individual)

_____
      *(Last)*        *(First)*      *(Middle)*    *(Suffix)*

**OR**

   (if an entity)          **Berg Hill Greenleaf & Ruscitti, LLP**
*(Caution:* Do not provide both an individual and an entity name.)

Mailing address           **1712 Pearl Street**
                   _____
                   *(Street number and name or Post Office Box information)*

**Boulder**                **CO**    **80302**
_____
      *(City)*              *(State)*   *(ZIP/Postal Code)*

                          **United States**
_____
   *(Province – if applicable)*       *(Country)*

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

☐ The limited liability company has one or more additional persons forming the limited liability company and the name and mailing address of each such person are stated in an attachment.

5. The management of the limited liability company is vested in
*(Mark the applicable box.)*

☑ one or more managers.

**OR**

☐ the members.

6. *(The following statement is adopted by marking the box.)*

☑ There is at least one member of the limited liability company.

7. *(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

☐ This document contains additional information as provided by law.

8. *(Caution:* <u>Leave blank</u> *if the document does not have a delayed effective date. Stating a delayed effective date has significant legal consequences. Read instructions before entering a date.)*

*(If the following statement applies, adopt the statement by entering a date and, if applicable, time using the required format.)*

The delayed effective date and, if applicable, time of this document is/are _____.
                                              *(mm/dd/yyyy hour:minute am/pm)*

Ostrum Attachment AK-5

**Notice:**

Causing this document to be delivered to the Secretary of State for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the Secretary of State, whether or not such individual is named in the document as one who has caused it to be delivered.

9. The true name and mailing address of the individual causing the document to be delivered for filing are

| Johnson | Angela | | |
|---|---|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

Berg Hill Greenleaf & Ruscitti

*(Street number and name or Post Office Box information)*

1712 Pearl Street

| Boulder | CO | 80302 |
|---|---|---|
| *(City)* | *(State)* | *(ZIP/Postal Code)* |
| | United States | |
| *(Province – if applicable)* | *(Country)* | |

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

☐ This document contains the true name and mailing address of one or more additional individuals causing the document to be delivered for filing.

**Disclaimer:**

This form/cover sheet, and any related instructions, are not intended to provide legal, business or tax advice, and are furnished without representation or warranty. While this form/cover sheet is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form/cover sheet. Questions should be addressed to the user's legal, business or tax advisor(s).

Document must be filed electronically.
Paper documents will not be accepted.
    Document processing fee
Fees & forms/cover sheets
    are subject to change.
To access other information or print
    copies of filed documents,
    visit www.sos.state.co.us and
    select Business.

**E-Filed**

$25.00

Colorado Secretary of State
Date and Time: 12/15/2011 04:47 PM
ID Number: 20091072883

Document number: 20111690294
Amount Paid: $25.00

ABOVE SPACE FOR OFFICE USE ONLY

## Statement of Dissolution
filed pursuant to §7-90-301, et seq. and §7-80-802 of the Colorado Revised Statutes (C.R.S)

ID number: 20091072883

1. Entity name: Open Waters LLC

2. Principal office mailing address: 999 18th Street

Suite 3000
*(Street name and number or Post Office Box information)*

Denver      CO   80202
*(City)*              *(State)*     *(Postal/Zip Code)*

United States
*(Province – if applicable)*     *(Country – if not US)*

3. The limited liability company is dissolved.

4. *(Optional)* Delayed effective date: _____
*(mm/dd/yyyy)*

Notice:

Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

5. Name(s) and address(es) of the
   individual(s) causing the document
   to be delivered for filing:

Biesendorfer      Suzanne
*(Last)*              *(First)*              *(Middle)*        *(Suffix)*

1712 Pearl Street
*(Street name and number or Post Office Box information)*

Boulder      CO   80302
*(City)*              *(State)*     *(Postal/Zip Code)*

United States
*(Province – if applicable)*     *(Country – if not US)*

*(The document need not state the true name and address of more than one individual. However, if you wish to state the name and address of any additional individuals causing the document to be delivered for filing, mark this box ☐ and include an attachment stating the name and address of such individuals.)*

**Disclaimer:**

This form, and any related instructions, are not intended to provide legal, business or tax advice, and are offered as a public service without representation or warranty. While this form is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form. Questions should be addressed to the user's attorney.

Ostrum Attachment AK-8

**E-Filed**

Document must be filed electronically.
Paper documents will not be accepted.
   Document processing fee          $10.00
   Late fee if entity is in noncompliant status  $40.00
Fees & forms/cover sheets
   are subject to change.
To access other information or print
   copies of filed documents,
   visit www.sos.state.co.us and
   select Business.
   and select Business Center.

Colorado Secretary of State
Date and Time: 04/08/2011 10:50 AM
ID Number: 20091072883

Document number: 20111211338
Amount Paid: $10.00

ABOVE SPACE FOR OFFICE USE ONLY

## Periodic Report
filed pursuant to §7-90-301, et seq. and §7-90-501 of the Colorado Revised Statutes (C.R.S)

ID number:                20091072883

Entity name:           Open Waters LLC

Jurisdiction under the law of which the
entity was formed or registered:    Colorado

1. Principal office street address:    **999 18th Street**
                                    *(Street name and number)*
                                 **Suite 3000**

       **Denver**                 **CO**  **80202**
           *(City)*             *(State)*    *(Postal/Zip Code)*
                                     **United States**
       *(Province – if applicable)*     *(Country – if not US)*

2. Principal office mailing address:
    (if different from above)
                               *(Street name and number or Post Office Box information)*

           *(City)*             *(State)*    *(Postal/Zip Code)*

       *(Province – if applicable)*     *(Country – if not US)*

3. Registered agent name: (if an individual)   **Long**        **Walter**
                                  *(Last)*        *(First)*      *(Middle)*    *(Suffix)*

         **OR** (if a business organization)

4. The person identified above as registered agent has consented to being so appointed.

5. Registered agent street address:    **999 18th Street**
                                      *(Street name and number)*
                                 **Suite 3000**

       **Denver**                **CO**  **80202**
           *(City)*             *(State)*    *(Postal/Zip Code)*

Ostrum Attachment AK-9

6. Registered agent mailing address:
   (if different from above)

_____

*(Street name and number or Post Office Box information)*

_____

| *(City)* | *(State)* | *(Postal/Zip Code)* |

_____

| *(Province – if applicable)* | *(Country – if not US)* |

Notice:

Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

7. Name(s) and address(es) of the
   individual(s) causing the document
   to be delivered for filing:

| Quintana | Jackie | | |
|---|---|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

Berg Hill Greenleaf & Ruscitti LLP

*(Street name and number or Post Office Box information)*
1712 Pearl Street

| Boulder | CO  80302 |
|---|---|
| *(City)* | *(State)*   *(Postal/Zip Code)* |

United States

| *(Province – if applicable)* | *(Country – if not US)* |

*(The document need not state the true name and address of more than one individual.  However, if you wish to state the name and address of any additional individuals causing the document to be delivered for filing, mark this box ☐ and include an attachment stating the name and address of such individuals.)*

**Disclaimer:**

This form, and any related instructions, are not intended to provide legal, business or tax advice, and are offered as a public service without representation or warranty.  While this form is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form.  Questions should be addressed to the user's attorney.

Ostrum Attachment AK-10

Colorado Secretary of State - Search Results



**Business Home**
**Business Information**
**Business Search**

**FAQs, Glossary and Information**

# Search Results

### Found 3 matching record(s).  Viewing page 1 of 1.

| # | ID Number | Document Number | Name | Status | Form | Effective Date | Comment |
|---|-----------|-----------------|------|--------|------|----------------|---------|
| 1 | 20101006573 | 20101006573 | Quality Image Care | Expired | DLLC | 01/05/2010 03:30 PM | |
| 2 | 20101006579 | 20101006579 | OWT | Expired | DLLC | 01/05/2010 03:32 PM | |
| 3 | 20101006592 | 20101006592 | OrthoWhite | Expired | DLLC | 01/05/2010 03:34 PM | |

Back

Terms & conditions | Browser compatibility

https://www.sos.state.co.us/biz/TradenameOwnerResults.do?quitButtonDestination=BusinessEntityDetail&nameTyp=ENT&masterFileId=20091072883[3/7/2017 9:23:33 AM]

Ostrum Attachment AK-11

# PX1

## Ostrum Attachment AL

## Corporate Records

Colorado Secretary of State - Summary



For this Record...
Filing history and documents
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# Summary

| Details | |
|---|---|
| **Name** | RevGuard, LLC |

| | | | |
|---|---|---|---|
| **Status** | Good Standing | **Formation date** | 02/17/2010 |
| **ID number** | 20101097555 | **Form** | Limited Liability Company |
| **Periodic report month** | February | **Jurisdiction** | Colorado |
| **Principal office street address** | 6260 Lookout Road, Boulder, CO 80301, United States | | |
| **Principal office mailing address** | n/a | | |

| Registered Agent | |
|---|---|
| **Name** | National Corporate Research, Ltd. |
| **Street address** | 12649 West Warren Avenue, Lakewood, CO 80228, United States |
| **Mailing address** | n/a |

Filing history and documents
Get a certificate of good standing
Get certified copies of documents
File a form
Set up secure business filing
Subscribe to email notification
Unsubscribe from email notification

Colorado Secretary of State - Summary

Back

Terms & conditions | Browser compatibility

Colorado Secretary of State - History and Documents



About Wayne | Español

# History and Documents

**For this Record...**
Get a certificate of good
standing
File a form
Subscribe to email
notification
Unsubscribe from email
notification
Return to Summary

**Business Home
Business Information
Business Search**

**FAQs, Glossary and
Information**

**Name:** RevGuard, LLC
**ID number:** 20101097555

🖶 Print-friendly version

## Found 17 matching record(s).  Viewing page 1 of 1.

| # | Event | Date Filed | Date Posted | Effective Date ⊙ | Document # (click to view) | Comment |
|---|-------|-----------|-------------|------------------|---------------------------|---------|
| 1 | Articles of Organization | 02/17/2010 | 02/17/2010 | 02/17/2010 02:11 PM | 20101097555 | |
| 2 | postcard notification printed 01/23/2011 to be mailed 02/01/2011 | 01/23/2011 | 01/23/2011 | 01/23/2011 03:17 AM | | periodic report due: 04/30/2011 |
| 3 | Report | 04/12/2011 | 04/12/2011 | 04/12/2011 02:37 PM | 20111221561 | |
| 4 | Statement of Change | 12/14/2011 | 12/14/2011 | 12/14/2011 10:44 AM | 20111687105 | Registered agent information changed; |
| 5 | Periodic Report due | 01/23/2012 | 01/23/2012 | 01/23/2012 02:33 AM | | Periodic Report due by: 04/30/2012 |
| 6 | Report | 02/17/2012 | 02/17/2012 | 02/17/2012 10:48 AM | 20121101064 | |
| 7 | Periodic Report due | 01/23/2013 | 01/23/2013 | 01/23/2013 02:33 AM | | Periodic report due by: 04/30/2013 |
| 8 | Report | 02/12/2013 | 02/12/2013 | 02/12/2013 02:39 PM | 20131096107 | |
| 9 | Periodic Report due | 01/23/2014 | 01/23/2014 | 01/23/2014 02:39 AM | | Periodic report due by: 04/30/2014 |
| 10 | Periodic Report due in one week | 04/24/2014 | 04/24/2014 | 04/24/2014 01:56 AM | | Periodic report due by: 04/30/2014 |
| 11 | Report | 04/24/2014 | 04/24/2014 | 04/24/2014 12:38 PM | 20141262890 | |
| 12 | Periodic Report due | 01/23/2015 | 01/23/2015 | 01/23/2015 02:45 AM | | Periodic report due by: 04/30/2015 |
| 13 | Report | 04/17/2015 | 04/17/2015 | 04/17/2015 03:30 PM | 20151259910 | Change of Registered Agent / Change of |

Ostrum Attachment AL-3

Colorado Secretary of State - History and Documents

| | | | | | | Registered Agent Address |
|---|---|---|---|---|---|---|
| 14 | Periodic Report due | 01/23/2016 | 01/23/2016 | 01/23/2016 02:22 AM | | Periodic report due by: 04/30/2016 |
| 15 | Report | 04/07/2016 | 04/07/2016 | 04/07/2016 02:45 PM | 20161251402 | |
| 16 | Statement of Correction | 04/07/2016 | 04/07/2016 | 04/07/2016 02:57 PM | 20161251438 | Removed agent mailing address; |
| 17 | Periodic Report due | 01/23/2017 | 01/23/2017 | 01/23/2017 02:25 AM | | Periodic report due by: 04/30/2017 |

Return to Summary

Terms & conditions | Browser compatibility

https://www.sos.state.co.us/...inessEntityHistory.do?quitButtonDestination=BusinessEntityDetail&pi1=1&nameTyp=ENT&entityId2=20101097555&srchTyp=ENTITY&masterFileId=20101097555[3/7/2017 9:45:34 AM]

Ostrum Attachment AL-4



Document must be filed electronically.
Paper documents will not be accepted.
   Document processing fee
Fees & forms/cover sheets
  are subject to change.
To access other information or print
  copies of filed documents,
  visit www.sos.state.co.us and
  select Business Center.

$50.00

Colorado Secretary of State
Date and Time: 02/17/2010 02:11 PM
ID Number: 20101097555

Document number: 20101097555
Amount Paid: $50.00

ABOVE SPACE FOR OFFICE USE ONLY

## Articles of Organization
filed pursuant to § 7-80-203 and § 7-80-204 of the Colorado Revised Statutes (C.R.S.)

1. The domestic entity name of the limited liability company is

**RevGuard, LLC**

*(The name of a limited liability company must contain the term or abbreviation
"limited liability company", "ltd. liability company", "limited liability co.", "ltd.
liability co.", "limited", "l.l.c.", "llc", or "ltd.". See §7-90-601, C.R.S.)*

*(Caution: The use of certain terms or abbreviations are restricted by law. Read instructions for more information.)*

2. The principal office address of the limited liability company's initial principal office is

<u>Street</u> address

**6260 Lookout Road**

*(Street number and name)*

**Boulder**       **CO**   **80301**

*(City)*       *(State)*   *(ZIP/Postal Code)*

**United States**

*(Province – if applicable)*   *(Country)*

<u>Mailing</u> address
**(leave blank if same as street address)**

*(Street number and name or Post Office Box information)*

*(City)*   *(State)*   *(ZIP/Postal Code)*

*(Province – if applicable)*   *(Country)*

3. The registered agent name and registered agent address of the limited liability company's initial registered agent are

Name
(if an individual)

*(Last)*   *(First)*   *(Middle)*   *(Suffix)*

**OR**

(if an entity)   **Berg Hill Greenleaf & Ruscitti LLP**

*(Caution: Do not provide both an individual and an entity name.)*

<u>Street</u> address   **1712 Pearl Street**

*(Street number and name)*

**Boulder**       **CO**   **80302**

*(City)*   *(State)*   *(ZIP Code)*

Ostrum Attachment AL-5

<u>Mailing address</u>
**(leave blank** if same as street address)

_____
*(Street number and name or Post Office Box information)*

_____

_____  CO  _____ .
*(City)*            *(State)*      *(ZIP Code)*

*(The following statement is adopted by marking the box.)*

[✓] The person appointed as registered agent has consented to being so appointed.

4. The true name and mailing address of the person forming the limited liability company are

Name
(if an individual)

_____  _____  _____  _____
*(Last)*      *(First)*      *(Middle)*    *(Suffix)*

**OR**

(if an entity)    **Berg Hill Greenleaf & Ruscitti LLP**
_____

**(Caution:** Do not provide both an individual and an entity name.)

Mailing address    **1712 Pearl Street**
_____
*(Street number and name or Post Office Box information)*

**Boulder** _____  **CO**  **80302** _____
*(City)*            *(State)*      *(ZIP/Postal Code)*

_____  **United States** _____
*(Province – if applicable)*    *(Country)*

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

[ ] The limited liability company has one or more additional persons forming the limited liability company and the name and mailing address of each such person are stated in an attachment.

5. The management of the limited liability company is vested in
*(Mark the applicable box.)*

[✓] one or more managers.

**OR**

[ ] the members.

6. *(The following statement is adopted by marking the box.)*

[✓] There is at least one member of the limited liability company.

7. *(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

[ ] This document contains additional information as provided by law.

8. **(Caution:** <u>Leave blank</u> if the document does not have a delayed effective date. Stating a delayed effective date has significant legal consequences. Read instructions before entering a date.)

*(If the following statement applies, adopt the statement by entering a date and, if applicable, time using the required format.)*

The delayed effective date and, if applicable, time of this document is/are _____ .
*(mm/dd/yyyy hour:minute am/pm)*

**Notice:**

Causing this document to be delivered to the Secretary of State for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the Secretary of State, whether or not such individual is named in the document as one who has caused it to be delivered.

9. The true name and mailing address of the individual causing the document to be delivered for filing are

| Johnson | Angela | | |
|---|---|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

Berg Hill Greenleaf & Ruscitti LLp

*(Street number and name or Post Office Box information)*

1712 Pearl Street

| Boulder | CO | 80302 | |
|---|---|---|---|
| *(City)* | *(State)* | *(ZIP/Postal Code)* | |

United States .

*(Province – if applicable)*     *(Country)*

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

☐ This document contains the true name and mailing address of one or more additional individuals causing the document to be delivered for filing.

**Disclaimer:**

This form/cover sheet, and any related instructions, are not intended to provide legal, business or tax advice, and are furnished without representation or warranty.  While this form/cover sheet is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form/cover sheet.  Questions should be addressed to the user's legal, business or tax advisor(s).

Ostrum Attachment AL-7



**Colorado Secretary of State**
Date and Time: 04/07/2016 02:45 PM
ID Number: 20101097555

Document number: 20161251402
Amount Paid: $10.00

Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.sos.state.co.us.

ABOVE SPACE FOR OFFICE USE ONLY

### Periodic Report
filed pursuant to §7-90-301, et seq. and §7-90-501 of the Colorado Revised Statutes (C.R.S)

ID number: **20101097555**

Entity name: **RevGuard, LLC**

Jurisdiction under the law of which the
entity was formed or registered: **Colorado**

1. Principal office street address: **6260 Lookout Road**
   *(Street name and number)*

   **Boulder**          **CO**    **80301**
   *(City)*             *(State)*  *(Postal/Zip Code)*
   **United States**
   *(Province – if applicable)*    *(Country – if not US)*

2. Principal office mailing address:
   (if different from above)
   *(Street name and number or Post Office Box information)*

   *(City)*             *(State)*  *(Postal/Zip Code)*

   *(Province – if applicable)*    *(Country – if not US)*

3. Registered agent name:  (if an individual)
   *(Last)*            *(First)*        *(Middle)*    *(Suffix)*

   or    (if a business organization) **National Corporate Research, Ltd.**

4. The person identified above as registered agent has consented to being so appointed.

5. Registered agent street address: **12649 West Warren Avenue**
   *(Street name and number)*

   **Lakewood**         **CO**    **80228**
   *(City)*             *(State)*  *(Postal/Zip Code)*

6. Registered agent mailing address: **400 E. 3rd Avenue**
   (if different from above)
   *(Street name and number or Post Office Box information)*
   **Apt. 507**

   **Denver**           **CO**    **80203**
   *(City)*             *(State)*  *(Postal/Zip Code)*
   **United States**
   *(Province – if applicable)*    *(Country – if not US)*

Notice:
Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

7. Name(s) and address(es) of the
   individual(s) causing the document
   to be delivered for filing:

| Harrington-Schreiber | Elin | P. | |
|---|---|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

Berg Hill Greenleaf Ruscitti LLP

*(Street name and number or Post Office Box information)*

1712 Pearl Street

| Boulder | CO 80302 |
|---|---|
| *(City)* | *(State)* (Postal/Zip Code) |
| | United States |
| *(Province – if applicable)* | *(Country – if not US)* |

*(The document need not state the true name and address of more than one individual. However, if you wish to state the name and address of any additional individuals causing the document to be delivered for filing, mark this box ☐ and include an attachment stating the name and address of such individuals.)*

Disclaimer:
This form, and any related instructions, are not intended to provide legal, business or tax advice, and are offered as a public service without representation or warranty. While this form is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form. Questions should be addressed to the user's attorney.

Ostrum Attachment AL-9



Colorado Secretary of State
Date and Time: 04/07/2016 02:57 PM
ID Number: 20101097555

Document number: 20161251438
Amount Paid: $10.00

Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.sos.state.co.us.

ABOVE SPACE FOR OFFICE USE ONLY

## Statement of Correction
## Correcting the Registered Agent Information
### filed pursuant to § 7-90-305 and § 7-90-703 of the Colorado Revised Statutes (C.R.S.)

1. The entity ID number and the entity name, or, if the entity does not have an entity name, the true name are

Entity ID number          20101097555
                          *(Colorado Secretary of State ID number)*

Entity name or True name     RevGuard, LLC

2. The document number of the filed document that is corrected is 20161251402

3. *(If applicable, adopt the following statement by marking the box and enter all changes.)*
   ☑ The registered agent name as stated in the document identified above is incorrect.

   Such name, as corrected, is

   Name
   (if an individual)
                         _____  _____  _____  _____
                              *(Last)*          *(First)*         *(Middle)*        *(Suffix)*

   or

   (if an entity)        National Corporate Research, Ltd.
   *(Caution: Do not provide both an individual and an entity name.)*

   *(The following statement is adopted by marking the box.)*
   ☑ The person appointed as registered agent has consented to being so appointed.

4. *(If applicable, adopt the following statement by marking the box and enter all changes.)*
   ☑ The registered agent address as stated in the document identified above is incorrect.

   Such address, as corrected, is

   Street address           12649 West Warren Avenue
                            *(Street number and name)*

                            Lakewood                    CO        80228
                            *(City)*                   *(State)*   *(ZIP Code)*

   Mailing address
   (leave blank if same as street address)  _____
                            *(Street number and name or Post Office Box information)*

                            _____             CO        _____
                            *(City)*                   *(State)*   *(ZIP Code)*

Ostrum Attachment AL-10

5. *(If applicable, adopt the following statement by marking the box.)*

   ☑ Notice of the correction has been delivered to the entity.

6. *(If applicable, adopt the following statement by marking the box and include an attachment.)*

   ☐ This document contains additional information as provided by law.

Notice:

Causing this document to be delivered to the Secretary of State for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that such document is such individual's act and deed, or that such individual in good faith believes such document is the act and deed of the person on whose behalf such individual is causing such document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S. and, if applicable, the constituent documents and the organic statutes, and that such individual in good faith believes the facts stated in such document are true and such document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the Secretary of State, whether or not such individual is identified in this document as one who has caused it to be delivered.

7. The true name and mailing address of the individual causing this document to be delivered for filing are

| Harrington-Schreiber | Elin | P. | |
|---|---|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

Berg Hill Greenleaf Ruscitti LLP
*(Street number and name or Post Office Box information)*

1712 Pearl Street

| Boulder | CO | 80302 |
|---|---|---|
| *(City)* | *(State)* | *(Zip/Postal Code)* |

United States
| *(Province – if applicable)* | *(Country)* |

*(If applicable, adopt the following statement by marking the box and include an attachment.)*

☐ This document contains the true name and mailing address of one or more additional individuals causing the document to be delivered for filing.

Disclaimer:

This form/cover sheet, and any related instructions, are not intended to provide legal, business or tax advice, and are furnished without representation or warranty. While this form/cover sheet is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form/cover sheet. Questions should be addressed to the user's legal, business or tax advisor(s).

Ostrum Attachment AL-11

# PX1

## Ostrum Attachment AM

## Corporate Records

Colorado Secretary of State - Summary



**For this Record...**
Filing history and documents
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# Summary

| Details | |
|---|---|
| **Name** | RevLive! LLC |
| **Status** | Good Standing |
| **ID number** | 20131500079 |
| **Periodic report month** | August |
| **Principal office street address** | 2011 Cherry Street, Ste. 202, Louisville, CO 80027, United States |
| **Principal office mailing address** | n/a |

| | | | |
|---|---|---|---|
| **Formation date** | 08/28/2013 | | |
| **Form** | Limited Liability Company | | |
| **Jurisdiction** | Colorado | | |

| Registered Agent | |
|---|---|
| **Name** | NATIONAL CORPORATE RESEARCH, LTD. |
| **Street address** | 12649 West Warren Avenue, Lakewood, CO 80228, United States |
| **Mailing address** | n/a |

Filing history and documents
Get a certificate of good standing
Get certified copies of documents
File a form
Set up secure business filing
Subscribe to email notification
Unsubscribe from email notification

Colorado Secretary of State - Summary

Back

Terms & conditions | Browser compatibility

Ostrum Attachment AM-2

Colorado Secretary of State - History and Documents



About Wayne | Español

**Colorado**
Secretary of State
Wayne W. Williams

Search

**For this Record...**
Get a certificate of good
standing
File a form
Subscribe to email
notification
Unsubscribe from email
notification
Return to Summary

**Business Home**
**Business Information**
**Business Search**

**FAQs, Glossary and**
**Information**

# History and Documents

**Name:**      RevLive! LLC                                    🖨 Print-friendly version
**ID number:** 20131500079

### Found 7 matching record(s). Viewing page 1 of 1.

| # | Event | Date Filed | Date Posted | EffectiveDate ⊙ | Document # (click to view) | Comment |
|---|-------|------------|-------------|-----------------|----------------------------|---------|
| 1 | Articles of Organization | 08/28/2013 | 08/28/2013 | 08/28/2013 10:08 AM | 20131500079 | |
| 2 | Periodic Report due | 07/23/2014 | 07/23/2014 | 07/23/2014 03:06 AM | | Periodic report due by: 10/31/2014 |
| 3 | Report | 10/08/2014 | 10/08/2014 | 10/08/2014 04:36 PM | 20141617722 | Removed agent mailing address;Change of Registered Agent / Change of Registered Agent Address |
| 4 | Periodic Report due | 07/23/2015 | 07/23/2015 | 07/23/2015 02:27 AM | | Periodic report due by: 10/31/2015 |
| 5 | Report | 10/09/2015 | 10/09/2015 | 10/09/2015 05:33 PM | 20151657130 | Change of Entity Address |
| 6 | Periodic Report due | 07/23/2016 | 07/23/2016 | 07/23/2016 02:24 AM | | Periodic report due by: 10/31/2016 |
| 7 | Report | 10/10/2016 | 10/10/2016 | 10/10/2016 11:02 AM | 20161685619 | |

Return to Summary

Terms & conditions | Browser compatibility

Ostrum Attachment AM-3



Colorado Secretary of State
Date and Time: 08/28/2013 10:08 AM
ID Number: 20131500079

Document number: 20131500079
Amount Paid: $50.00

Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.sos.state.co.us.

ABOVE SPACE FOR OFFICE USE ONLY

## Articles of Organization
filed pursuant to § 7-80-203 and § 7-80-204 of the Colorado Revised Statutes (C.R.S.)

1. The domestic entity name of the limited liability company is

   **RevLive! LLC**

   *(The name of a limited liability company must contain the term or abbreviation "limited liability company", "ltd. liability company", "limited liability co.", "ltd. liability co.", "limited", "l.l.c.", "llc", or "ltd.". See §7-90-601, C.R.S.)*

   *(Caution: The use of certain terms or abbreviations are restricted by law. Read instructions for more information.)*

2. The principal office address of the limited liability company's initial principal office is

   Street address    **6260 Lookout Road**
   _____
   *(Street number and name)*

   **Boulder**          **CO**   **80301**
   _____
   *(City)*            *(State)*  *(ZIP/Postal Code)*
               **United States**
   _____
   *(Province – if applicable)*  *(Country)*

   Mailing address
   (leave blank if same as street address)
   _____
   *(Street number and name or Post Office Box information)*

   _____
   *(City)*            *(State)*  *(ZIP/Postal Code)*

   _____
   *(Province – if applicable)*  *(Country)*

3. The registered agent name and registered agent address of the limited liability company's initial registered agent are

   Name
   (if an individual)
   _____
   *(Last)*     *(First)*     *(Middle)*   *(Suffix)*

   or

   (if an entity)   **Boulder Black Diamond, LLC**
   _____
   *(Caution: Do not provide both an individual and an entity name.)*

   Street address   **4743 Kincross Court**
   _____
   *(Street number and name)*

   **BOULDER**          **CO**   **80301**
   _____
   *(City)*            *(State)*  *(ZIP Code)*

   Mailing address   **4743 Kincross Court**
   (leave blank if same as street address)
   _____
   *(Street number and name or Post Office Box information)*

BOULDER _____ CO _____ 80301 _____.
   (City)                          (State)        (ZIP Code)

*(The following statement is adopted by marking the box.)*

☑ The person appointed as registered agent has consented to being so appointed.

4. The true name and mailing address of the person forming the limited liability company are

Name
(if an individual) _____ _____ _____ _____
                        (Last)          (First)      (Middle)   (Suffix)

or

(if an entity)    **Boulder Black Diamond, LLC**
*(Caution: Do not provide both an individual and an entity name.)* _____

Mailing address    **4743 Kincross Court** _____.
                   *(Street number and name or Post Office Box information)*

BOULDER _____ CO _____ 80301 _____
   (City)                    (State)     (ZIP/Postal Code)
               **United States** .
*(Province – if applicable)*    *(Country)*

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

☐ The limited liability company has one or more additional persons forming the limited liability
company and the name and mailing address of each such person are stated in an attachment.

5. The management of the limited liability company is vested in
   *(Mark the applicable box.)*

☑ one or more managers.

or

☐ the members.

6. *(The following statement is adopted by marking the box.)*

☑ There is at least one member of the limited liability company.

7. *(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

☐ This document contains additional information as provided by law.

8. *(Caution: Leave blank if the document does not have a delayed effective date. Stating a delayed effective date has
significant legal consequences. Read instructions before entering a date.)*

*(If the following statement applies, adopt the statement by entering a date and, if applicable, time using the required format.)*
The delayed effective date and, if applicable, time of this document is/are _____.
                                                                          *(mm/dd/yyyy hour:minute am/pm)*

Notice:
Causing this document to be delivered to the Secretary of State for filing shall constitute the affirmation or
acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the
individual's act and deed, or that the individual in good faith believes the document is the act and deed of the
person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity
with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic
statutes, and that the individual in good faith believes the facts stated in the document are true and the
document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the Secretary of State, whether or not such individual is named in the document as one who has caused it to be delivered.

9. The true name and mailing address of the individual causing the document to be delivered for filing are

| McNea | Blair | | |
|---|---|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

4743 Kincross Court

*(Street number and name or Post Office Box information)*

| BOULDER | CO | 80301 |
|---|---|---|
| *(City)* | *(State)* | *(ZIP/Postal Code)* |

United States .

| | |
|---|---|
| *(Province – if applicable)* | *(Country)* |

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

☐ This document contains the true name and mailing address of one or more additional individuals causing the document to be delivered for filing.

Disclaimer:
This form/cover sheet, and any related instructions, are not intended to provide legal, business or tax advice, and are furnished without representation or warranty. While this form/cover sheet is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form/cover sheet. Questions should be addressed to the user's legal, business or tax advisor(s).

Ostrum Attachment AM-6

Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.sos.state.co.us.

 **E-Filed**

Colorado Secretary of State
Date and Time: 10/10/2016 11:02 AM
ID Number: 20131500079

Document number: 20161685619
Amount Paid: $10.00

ABOVE SPACE FOR OFFICE USE ONLY

## Periodic Report
filed pursuant to §7-90-301, et seq. and §7-90-501 of the Colorado Revised Statutes (C.R.S)

ID number: **20131500079**

Entity name: **RevLive! LLC**

Jurisdiction under the law of which the
entity was formed or registered: **Colorado**

1. Principal office street address: **2011 Cherry Street, Ste. 202**

*(Street name and number)*

**Louisville**          **CO**   **80027**
*(City)*                 *(State)*   *(Postal/Zip Code)*
          **United States**
*(Province – if applicable)*   *(Country – if not US)*

2. Principal office mailing address:
(if different from above)

*(Street name and number or Post Office Box information)*

*(City)*                 *(State)*   *(Postal/Zip Code)*

*(Province – if applicable)*   *(Country – if not US)*

3. Registered agent name:  (if an individual)

*(Last)*                 *(First)*         *(Middle)*         *(Suffix)*

or     (if a business organization)  **NATIONAL CORPORATE RESEARCH, LTD.**

4. The person identified above as registered agent has consented to being so appointed.

5. Registered agent street address:  **12649 West Warren Avenue**

*(Street name and number)*

**Lakewood**          **CO**   **80228**
*(City)*                 *(State)*   *(Postal/Zip Code)*

6. Registered agent mailing address:
(if different from above)

*(Street name and number or Post Office Box information)*

*(City)*                 *(State)*   *(Postal/Zip Code)*

*(Province – if applicable)*   *(Country – if not US)*

Notice:
Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

7. Name(s) and address(es) of the individual(s) causing the document to be delivered for filing:

| Harrington-Schreiber | Elin | P. | |
|---|---|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

Berg Hill Greenleaf Ruscitti LLP
*(Street name and number or Post Office Box information)*
1712 Pearl Street

| Boulder | CO | 80302 | |
|---|---|---|---|
| *(City)* | *(State)* | *(Postal/Zip Code)* | |

United States
*(Province – if applicable)*     *(Country – if not US)*

*(The document need not state the true name and address of more than one individual. However, if you wish to state the name and address of any additional individuals causing the document to be delivered for filing, mark this box* ☐ *and include an attachment stating the name and address of such individuals.)*

Disclaimer:
This form, and any related instructions, are not intended to provide legal, business or tax advice, and are offered as a public service without representation or warranty. While this form is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form. Questions should be addressed to the user's attorney.

# PX1

## Ostrum Attachment AN

## Corporate Records

Colorado Secretary of State - Summary



## For this Record...
Filing history and documents
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# Summary

| Details | |
|---|---|
| **Name** | Sassy Smile, LLC, Dissolved December 15, 2011 |

| **Status** | Voluntarily Dissolved | **Formation date** | 01/21/2010 |
|---|---|---|---|
| **ID number** | 20101043485 | **Form** | Limited Liability Company |
| **Periodic report month** | January | **Jurisdiction** | Colorado |

| **Principal office street address** | 6260 Lookout Road, Boulder, CO 80301, United States |
|---|---|
| **Principal office mailing address** | 6260 Lookout Road, Boulder, CO 80301, United States |

| Registered Agent | |
|---|---|
| **Name** | Berg Hill Greenleaf & Ruscitti LLP |
| **Street address** | 1712 Pearl Street, Boulder, CO 80302, United States |
| **Mailing address** | n/a |

Filing history and documents
Get certified copies of documents
File a form
Set up secure business filing
Subscribe to email notification
Unsubscribe from email notification

Back

Ostrum Attachment AN-1

Colorado Secretary of State - Summary

Terms & conditions | Browser compatibility

https://www.sos.state.co.us/...ail.do?quitButtonDestination=BusinessEntityResults&nameTyp=ENT&entityId2=20101043485&srchTyp=ENTITY&fileId=20101043485&masterFileId=20101043485[3/7/2017 9:49:10 AM]

Ostrum Attachment AN-2

Colorado Secretary of State - History and Documents



# History and Documents

For this Record...
File a form
Subscribe to email notification
Unsubscribe from email notification
Return to Summary

Business Home
Business Information
Business Search

FAQs, Glossary and Information

**Name:** Sassy Smile, LLC, Dissolved December 15, 2011

**ID number:** 20101043485

🖨 Print-friendly version

### Found 4 matching record(s).  Viewing page 1 of 1.

| # | Event | Date Filed | Date Posted | EffectiveDate ⊙ | Document # (click to view) | Comment |
|---|-------|-----------|-------------|-----------------|---------------------------|---------|
| 1 | Articles of Organization | 01/21/2010 | 01/21/2010 | 01/21/2010 04:39 PM | 20101043485 | |
| 2 | postcard notification printed 12/23/2010 to be mailed 01/01/2011 | 12/23/2010 | 12/23/2010 | 12/23/2010 04:08 AM | | periodic report due: 03/31/2011 |
| 3 | Report | 01/26/2011 | 01/26/2011 | 01/26/2011 04:09 PM | 20111054099 | |
| 4 | Articles of Dissolution | 12/15/2011 | 12/15/2011 | 12/15/2011 04:38 PM | 20111690273 | |

Return to Summary

Terms & conditions | Browser compatibility

Ostrum Attachment AN-3



Document must be filed electronically.
Paper documents will not be accepted.
  Document processing fee
Fees & forms/cover sheets
  are subject to change.
To access other information or print
  copies of filed documents,
  visit www.sos.state.co.us and
  select Business Center.

$50.00

Colorado Secretary of State
Date and Time: 01/21/2010 04:39 PM
ID Number: 20101043485

Document number: 20101043485
Amount Paid: $50.00

ABOVE SPACE FOR OFFICE USE ONLY

## Articles of Organization
filed pursuant to § 7-80-203 and § 7-80-204 of the Colorado Revised Statutes (C.R.S.)

1. The domestic entity name of the limited liability company is
### Sassy Smile, LLC

*(The name of a limited liability company must contain the term or abbreviation "limited liability company", "ltd. liability company", "limited liability co.", "ltd. liability co.", "limited", "l.l.c.", "llc", or "ltd." See §7-90-601, C.R.S.)*

***(Caution:** The use of certain terms or abbreviations are restricted by law.  Read instructions for more information.)*

2. The principal office address of the limited liability company's initial principal office is

<u>Street</u> address

6260 Lookout Road
*(Street number and name)*

Boulder                                    CO       80301
*(City)*                                    *(State)*        *(ZIP/Postal Code)*
                               United States
*(Province – if applicable)*                  *(Country)*

<u>Mailing</u> address
**(leave blank** if same as street address)

*(Street number and name or Post Office Box information)*

*(City)*                                    *(State)*        *(ZIP/Postal Code)*

*(Province – if applicable)*                  *(Country)*

3. The registered agent name and registered agent address of the limited liability company's initial registered
   agent are

Name
(if an individual)

*(Last)*                 *(First)*           *(Middle)*        *(Suffix)*

**OR**

(if an entity)        Berg Hill Greenleaf & Ruscitti LLP
***(Caution:** Do not provide both an individual and an entity name.)*

<u>Street</u> address        1712 Pearl Street
*(Street number and name)*

Boulder                                    <u>CO</u>       80302
*(City)*                                    *(State)*        *(ZIP Code)*

Ostrum Attachment AN-4

Mailing address
(**leave blank** if same as street address)

_____
*(Street number and name or Post Office Box information)*

_____

_____ CO _____.
*(City)*        *(State)*        *(ZIP Code)*

*(The following statement is adopted by marking the box.)*
☑ The person appointed as registered agent has consented to being so appointed.

4. The true name and mailing address of the person forming the limited liability company are

Name
(if an individual)

_____ _____ _____ _____
*(Last)*          *(First)*      *(Middle)*    *(Suffix)*

**OR**

(if an entity)        Convertis LLC
_____
*(Caution:* Do not provide both an individual and an entity name.)

Mailing address    6260 Lookout Road
_____
*(Street number and name or Post Office Box information)*

Boulder              CO    80301
_____ ____ _____
*(City)*                   *(State)*  *(ZIP/Postal Code)*
                        United States
_____ _____
*(Province – if applicable)*     *(Country)*

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*
☐ The limited liability company has one or more additional persons forming the limited liability
company and the name and mailing address of each such person are stated in an attachment.

5. The management of the limited liability company is vested in
*(Mark the applicable box.)*
☑ one or more managers.

**OR**

☐ the members.

6. *(The following statement is adopted by marking the box.)*
☑ There is at least one member of the limited liability company.

7. *(If the following statement applies, adopt the statement by marking the box and include an attachment.)*
☐ This document contains additional information as provided by law.

8. *(Caution:* <u>Leave blank</u> if the document does not have a delayed effective date. Stating a delayed effective date has
significant legal consequences. Read instructions before entering a date.)

*(If the following statement applies, adopt the statement by entering a date and, if applicable, time using the required format.)*
The delayed effective date and, if applicable, time of this document is/are _____.
                                                            *(mm/dd/yyyy hour:minute am/pm)*

Ostrum Attachment AN-5

**Notice:**

Causing this document to be delivered to the Secretary of State for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the Secretary of State, whether or not such individual is named in the document as one who has caused it to be delivered.

9. The true name and mailing address of the individual causing the document to be delivered for filing are

| Johnson | Preston | | |
|---|---|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

Berg Hill Greenleaf & Ruscitti LLP
*(Street number and name or Post Office Box information)*

1712 Pearl Street

| Boulder | CO | 80302 |
|---|---|---|
| *(City)* | *(State)* | *(ZIP/Postal Code)* |

United States

| | |
|---|---|
| *(Province – if applicable)* | *(Country)* |

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

☐ This document contains the true name and mailing address of one or more additional individuals causing the document to be delivered for filing.

**Disclaimer:**

This form/cover sheet, and any related instructions, are not intended to provide legal, business or tax advice, and are furnished without representation or warranty. While this form/cover sheet is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form/cover sheet. Questions should be addressed to the user's legal, business or tax advisor(s).

Document must be filed electronically.
Paper documents will not be accepted.
  Document processing fee
Fees & forms/cover sheets
  are subject to change.
To access other information or print
  copies of filed documents,
  visit www.sos.state.co.us and
  select Business.

**E-Filed**

$25.00

Colorado Secretary of State
Date and Time: 12/15/2011 04:38 PM
ID Number: 20101043485

Document number: 20111690273
Amount Paid: $25.00

ABOVE SPACE FOR OFFICE USE ONLY

## Statement of Dissolution
filed pursuant to §7-90-301, et seq. and §7-80-802 of the Colorado Revised Statutes (C.R.S)

ID number: **20101043485**

1. Entity name: **Sassy Smile, LLC**

2. Principal office mailing address: **6260 Lookout Road**
*(Street name and number or Post Office Box information)*

**Boulder**                    **CO**   **80301**
*(City)*                        *(State)*  *(Postal/Zip Code)*
                              **United States**
*(Province – if applicable)*   *(Country – if not US)*

3. The limited liability company is dissolved.

4. *(Optional)* Delayed effective date: _____
*(mm/dd/yyyy)*

Notice:

Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

5. Name(s) and address(es) of the individual(s) causing the document to be delivered for filing:

**Biesendorfer**        **Suzanne**
*(Last)*                 *(First)*                *(Middle)*          *(Suffix)*
**1712 Pearl Street**
*(Street name and number or Post Office Box information)*

**Boulder**                    **CO**   **80302**
*(City)*                        *(State)*  *(Postal/Zip Code)*
                              **United States**
*(Province – if applicable)*   *(Country – if not US)*

*(The document need not state the true name and address of more than one individual. However, if you wish to state the name and address of any additional individuals causing the document to be delivered for filing, mark this box ☐ and include an attachment stating the name and address of such individuals.)*

**Disclaimer:**

This form, and any related instructions, are not intended to provide legal, business or tax advice, and are offered as a public service without representation or warranty. While this form is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form. Questions should be addressed to the user's attorney.

| **≡E-Filed** | Colorado Secretary of State |
|---|---|

Date and Time: 01/26/2011 04:09 PM
ID Number: 20101043485

Document must be filed electronically.
Paper documents will not be accepted.
   Document processing fee      $10.00
   Late fee if entity is in noncompliant status  $40.00
Fees & forms/cover sheets
   are subject to change.
To access other information or print
   copies of filed documents,
   visit www.sos.state.co.us and
   select Business.
   and select Business Center.

Document number: 20111054099
Amount Paid: $10.00

ABOVE SPACE FOR OFFICE USE ONLY

## Periodic Report

filed pursuant to §7-90-301, et seq. and §7-90-501 of the Colorado Revised Statutes (C.R.S)

ID number: **20101043485**

Entity name: **Sassy Smile, LLC**

Jurisdiction under the law of which the
entity was formed or registered: **Colorado**

1. Principal office street address: **6260 Lookout Road**
   *(Street name and number)*

**Boulder**      **CO**  **80301**
*(City)*     *(State)*   *(Postal/Zip Code)*
            **United States**
*(Province – if applicable)*   *(Country – if not US)*

2. Principal office mailing address:
   (if different from above)
      *(Street name and number or Post Office Box information)*

*(City)*     *(State)*   *(Postal/Zip Code)*

*(Province – if applicable)*   *(Country – if not US)*

3. Registered agent name: (if an individual)
     *(Last)*     *(First)*     *(Middle)*   *(Suffix)*

      **OR** (if a business organization)   **Berg Hill Greenleaf & Ruscitti LLP**

4. The person identified above as registered agent has consented to being so appointed.

5. Registered agent street address: **1712 Pearl Street**
     *(Street name and number)*

**Boulder**      **CO**  **80302**
*(City)*     *(State)*   *(Postal/Zip Code)*

Ostrum Attachment AN-9

6. Registered agent mailing address:
   (if different from above)

_____
*(Street name and number or Post Office Box information)*

_____

| | | |
|---|---|---|
| *(City)* | *(State)* | *(Postal/Zip Code)* |

| | |
|---|---|
| *(Province – if applicable)* | *(Country – if not US)* |

Notice:

Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

7. Name(s) and address(es) of the
   individual(s) causing the document
   to be delivered for filing:

| Quintana | Jackie | | |
|---|---|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

Berg Hill Greenleaf & Ruscitti LLP
_____
*(Street name and number or Post Office Box information)*
1712 Pearl Street
_____

| Boulder | CO 80302 | |
|---|---|---|
| *(City)* | *(State)* United States | *(Postal/Zip Code)* |

| | |
|---|---|
| *(Province – if applicable)* | *(Country – if not US)* |

*(The document need not state the true name and address of more than one individual. However, if you wish to state the name and address of any additional individuals causing the document to be delivered for filing, mark this box ☐ and include an attachment stating the name and address of such individuals.)*

**Disclaimer:**

This form, and any related instructions, are not intended to provide legal, business or tax advice, and are offered as a public service without representation or warranty. While this form is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form. Questions should be addressed to the user's attorney.