Colorado Secretary of State - Summary

Terms & conditions | Browser compatibility

https://www.sos.state.co.us/...il.do?quitButtonDestination=BusinessEntityResults&nameTyp=ENT&entityId2=20101043520&srchTyp=ENTITY&fileId=20101043520&masterFileId=20101043520[3/7/2017 10:03:40 AM]

Ostrum Attachment AX-2

2-2

Colorado
Secretary of State
Wayne W. Williams
About Wayne | Español
Search

For this Record...
File a form
Subscribe to email notification
Unsubscribe from email notification
Return to Summary

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# History and Documents

**Name:** White Flash, LLC, Dissolved December 19, 2011

**ID number:** 20101043520

Print-friendly version

**Found 5 matching record(s). Viewing page 1 of 1.**

| # Event | Date Filed | Date Posted | EffectiveDate | Document # (click to view) | Comment |
|---|---|---|---|---|---|
| 1 Articles of Organization | 01/21/2010 | 01/21/2010 | 01/21/2010 04:48 PM | 20101043520 | |
| 2 postcard notification printed 12/23/2010 to be mailed 01/01/2011 | 12/23/2010 | 12/23/2010 | 12/23/2010 04:08 AM | | periodic report due: 03/31/2011 |
| 3 Report | 01/26/2011 | 01/26/2011 | 01/26/2011 04:06 PM | 20111054091 | |
| 4 Articles of Amendment | 05/06/2011 | 05/06/2011 | 05/06/2011 12:35 PM | 20111269653 | Change of Entity Name |
| 5 Articles of Dissolution | 12/19/2011 | 12/19/2011 | 12/19/2011 11:39 AM | 20111694112 | |

Return to Summary

Terms & conditions | Browser compatibility



Colorado Secretary of State
Date and Time: 01/21/2010 04:48 PM
ID Number: 20101043520

Document number: 20101043520
Amount Paid: $50.00

Document must be filed electronically.
Paper documents will not be accepted.
Document processing fee $50.00
Fees & forms/cover sheets are subject to change.
To access other information or print copies of filed documents, visit www.sos.state.co.us and select Business Center.

ABOVE SPACE FOR OFFICE USE ONLY

## Articles of Organization

filed pursuant to § 7-80-203 and § 7-80-204 of the Colorado Revised Statutes (C.R.S.)

1. The domestic entity name of the limited liability company is

Whitening Fast, LLC.

*(The name of a limited liability company must contain the term or abbreviation "limited liability company", "ltd. liability company", "limited liability co.", "ltd. liability co.", "limited", "l.l.c.", "llc", or "ltd.". See §7-90-601, C.R.S.)*

***(Caution:** The use of certain terms or abbreviations are restricted by law. Read instructions for more information.)*

2. The principal office address of the limited liability company's initial principal office is

Street address: 6260 Lookout Road *(Street number and name)*

Boulder *(City)* CO *(State)* 80301 *(ZIP/Postal Code)*

_____ *(Province – if applicable)* United States *(Country)*

Mailing address (**leave blank** if same as street address)

_____ *(Street number and name or Post Office Box information)*

_____ *(City)* _____ *(State)* _____ *(ZIP/Postal Code)*

_____ *(Province – if applicable)* _____ *(Country)*.

3. The registered agent name and registered agent address of the limited liability company's initial registered agent are

Name (if an individual) _____ *(Last)* _____ *(First)* _____ *(Middle)* _____ *(Suffix)*

**OR**

(if an entity) Berg Hill Greenleaf & Ruscitti LLP

***(Caution:** Do not provide both an individual and an entity name.)*

Street address: 1712 Pearl Street *(Street number and name)*

Boulder *(City)* CO *(State)* 80302 *(ZIP Code)*

Mailing address
(**leave blank** if same as street address)

_______________ *(Street number and name or Post Office Box information)*

_______________

_______________ *(City)* CO *(State)* _______________ *(ZIP Code)*.

*(The following statement is adopted by marking the box.)*
☑ The person appointed as registered agent has consented to being so appointed.

4. The true name and mailing address of the person forming the limited liability company are

Name
(if an individual)

_______________ *(Last)* _______________ *(First)* _______________ *(Middle)* _______ *(Suffix)*

**OR**

(if an entity) Convertis, LLC

*(**Caution:** Do not provide both an individual and an entity name.)*

Mailing address

6260 Lookout Road
*(Street number and name or Post Office Box information)*

_______________

Boulder *(City)* CO *(State)* 80301 *(ZIP/Postal Code)*

_______________ *(Province – if applicable)* United States *(Country)*.

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*
☐ The limited liability company has one or more additional persons forming the limited liability company and the name and mailing address of each such person are stated in an attachment.

5. The management of the limited liability company is vested in
*(Mark the applicable box.)*
☑ one or more managers.

**OR**

☐ the members.

6. *(The following statement is adopted by marking the box.)*
☑ There is at least one member of the limited liability company.

7. *(If the following statement applies, adopt the statement by marking the box and include an attachment.)*
☐ This document contains additional information as provided by law.

8. *(**Caution:** Leave blank if the document does not have a delayed effective date. Stating a delayed effective date has significant legal consequences. Read instructions before entering a date.)*

*(If the following statement applies, adopt the statement by entering a date and, if applicable, time using the required format.)*
The delayed effective date and, if applicable, time of this document is/are _______________.
*(mm/dd/yyyy hour:minute am/pm)*

**Notice:**

Causing this document to be delivered to the Secretary of State for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the Secretary of State, whether or not such individual is named in the document as one who has caused it to be delivered.

9. The true name and mailing address of the individual causing the document to be delivered for filing are

| Preston | Johnson | | |
|---|---|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

Berg Hill Greenleaf & Ruscitti LLP
*(Street number and name or Post Office Box information)*

1712 Pearl Street

| Boulder | CO | 80302 |
|---|---|---|
| *(City)* | *(State)* | *(ZIP/Postal Code)* |

| | United States |
|---|---|
| *(Province – if applicable)* | *(Country)* |

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

☐ This document contains the true name and mailing address of one or more additional individuals causing the document to be delivered for filing.

**Disclaimer:**

This form/cover sheet, and any related instructions, are not intended to provide legal, business or tax advice, and are furnished without representation or warranty. While this form/cover sheet is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form/cover sheet. Questions should be addressed to the user's legal, business or tax advisor(s).

Colorado Secretary of State
Date and Time: 05/06/2011 12:35 PM
ID Number: 20101043520

Document number: 20111269653
Amount Paid: $25.00

Document must be filed electronically.
Paper documents will not be accepted.
Document processing fee $25.00
Fees & forms/cover sheets are subject to change.
To access other information or print copies of filed documents, visit www.sos.state.co.us and select Business.

ABOVE SPACE FOR OFFICE USE ONLY

## Articles of Amendment

filed pursuant to §7-90-301, et seq. and §7-80-209 of the Colorado Revised Statutes (C.R.S.)

ID number: 20101043520

1. Entity name: Whitening Fast, LLC
*(If changing the name of the limited liability company, indicate name BEFORE the name change)*

2. New Entity name: (if applicable) White Flash, LLC

3. Use of Restricted Words *(if any of these terms are contained in an entity name, true name of an entity, trade name or trademark stated in this document, mark the applicable box)*:
☐ "bank" or "trust" or any derivative thereof
☐ "credit union" ☐ "savings and loan"
☐ "insurance", "casualty", "mutual", or "surety"

4. Other amendments, if any, are attached.

5. If the limited liability company's period of duration as amended is less than perpetual, state the date on which the period of duration expires: ____________ *(mm/dd/yyyy)*

**OR**

If the limited liability company's period of duration as amended is perpetual, mark this box: ☑

6. *(Optional)* Delayed effective date: ____________ *(mm/dd/yyyy)*

Notice:

Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

7. Name(s) and address(es) of the individual(s) causing the document to be delivered for filing:

Quintana (Last) Jackie (First) (Middle) (Suffix)

Berg Hill Greenleaf & Ruscitti LLP

1712 Pearl Street (Street name and number or Post Office Box information)

Boulder (City) CO (State) 80302 (Postal/Zip Code)

(Province – if applicable) United States (Country – if not US)

*(The document need not state the true name and address of more than one individual. However, if you wish to state the name and address of any additional individuals causing the document to be delivered for filing, mark this box* ☐ *and include an attachment stating the name and address of such individuals.)*

**Disclaimer:**

This form, and any related instructions, are not intended to provide legal, business or tax advice, and are offered as a public service without representation or warranty. While this form is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form. Questions should be addressed to the user's attorney.

Ostrum Attachment AX-8

E-Filed

Colorado Secretary of State
Date and Time: 01/26/2011 04:06 PM
ID Number: 20101043520

Document number: 20111054091
Amount Paid: $10.00

Document must be filed electronically.
Paper documents will not be accepted.
Document processing fee $10.00
Late fee if entity is in noncompliant status $40.00
Fees & forms/cover sheets are subject to change.
To access other information or print copies of filed documents, visit www.sos.state.co.us and select Business.
and select Business Center.

ABOVE SPACE FOR OFFICE USE ONLY

# Periodic Report

filed pursuant to §7-90-301, et seq. and §7-90-501 of the Colorado Revised Statutes (C.R.S)

ID number: 20101043520

Entity name: Whitening Fast, LLC

Jurisdiction under the law of which the entity was formed or registered: Colorado

1. Principal office street address: 6260 Lookout Road
(Street name and number)

Boulder (City) CO (State) 80301 (Postal/Zip Code)
(Province – if applicable) United States (Country – if not US)

2. Principal office mailing address: (if different from above)
(Street name and number or Post Office Box information)

(City) (State) (Postal/Zip Code)
(Province – if applicable) (Country – if not US)

3. Registered agent name: (if an individual)
(Last) (First) (Middle) (Suffix)

**OR** (if a business organization) Berg Hill Greenleaf & Ruscitti LLP

4. The person identified above as registered agent has consented to being so appointed.

5. Registered agent street address: 1712 Pearl Street
(Street name and number)

Boulder (City) CO (State) 80302 (Postal/Zip Code)

Ostrum Attachment AX-9

6. Registered agent mailing address: (if different from above)

(Street name and number or Post Office Box information)

(City) (State) (Postal/Zip Code)

(Province – if applicable) (Country – if not US)

Notice:

Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

7. Name(s) and address(es) of the individual(s) causing the document to be delivered for filing:

Quintana (Last) Jackie (First) (Middle) (Suffix)

Berg Hill Greenleaf & Ruscitti LLP
1712 Pearl Street
(Street name and number or Post Office Box information)

Boulder (City) CO (State) 80302 (Postal/Zip Code)

(Province – if applicable) United States (Country – if not US)

*(The document need not state the true name and address of more than one individual. However, if you wish to state the name and address of any additional individuals causing the document to be delivered for filing, mark this box* ☐ *and include an attachment stating the name and address of such individuals.)*

**Disclaimer:**

This form, and any related instructions, are not intended to provide legal, business or tax advice, and are offered as a public service without representation or warranty. While this form is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form. Questions should be addressed to the user's attorney.

# PX1

# Ostrum Attachment AY

# Corporate Records

For this Record...
Filing history and documents
Trade names
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# Summary

| Details | | | |
|---|---|---|---|
| Name | Wild Farms, LLC | | |
| Status | Good Standing | Formation date | 01/21/2010 |
| ID number | 20101043557 | Form | Limited Liability Company |
| Periodic report month | May | Jurisdiction | Colorado |
| Principal office street address | 2 West Dry Creek Circle, Suite 100, Littleton, CO 80120, United States | | |
| Principal office mailing address | n/a | | |

| Registered Agent | |
|---|---|
| Name | NATIONAL CORPORATE RESEARCH, LTD. |
| Street address | 12649 WEST WARREN AVENUE, LAKEWOOD, CO 80228, United States |
| Mailing address | n/a |

Filing history and documents
Trade names
Get a certificate of good standing
Get certified copies of documents
File a form
Set up secure business filing
Subscribe to email notification
Unsubscribe from email notification

Colorado Secretary of State - Summary

Back

Terms & conditions | Browser compatibility

https://www.sos.state.co.us/...il.do?quitButtonDestination=BusinessEntityResults&nameTyp=ENT&entityId2=20101043557&srchTyp=ENTITY&fileId=20101043557&masterFileId=20101043557[3/3/2017 11:10:37 AM]

Ostrum Attachment AY-2

**For this Record...**
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification
Return to Summary

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# History and Documents

**Name:** Wild Farms, LLC
**ID number:** 20101043557

Print-friendly version

[Next 4>]

1 2

**Found 24 matching record(s). Viewing page 1 of 2.**

| # | Event | Date Filed | Date Posted | EffectiveDate | Document # (click to view) | Comment |
|---|---|---|---|---|---|---|
| 1 | Articles of Organization | 01/21/2010 | 01/21/2010 | 01/21/2010 04:58 PM | 20101043557 | |
| 2 | postcard notification printed 12/23/2010 to be mailed 01/01/2011 | 12/23/2010 | 12/23/2010 | 12/23/2010 04:08 AM | | periodic report due: 03/31/2011 |
| 3 | Report | 01/26/2011 | 01/26/2011 | 01/26/2011 04:22 PM | 20111054165 | |
| 4 | Statement of Change | 12/16/2011 | 12/16/2011 | 12/16/2011 02:43 PM | 20111691590 | Registered agent information changed; |
| 5 | postcard notification printed 12/23/2011 to be mailed 01/01/2012 | 12/23/2011 | 12/23/2011 | 12/23/2011 03:04 AM | | periodic report due: 03/31/2012 |
| 6 | Change in Status: Noncompliant for failure to file Periodic Report | 04/01/2012 | 04/01/2012 | 04/01/2012 01:44 AM | | Periodic Report due by: 06/30/2012 |
| 7 | Change in Status: Delinquent for failure to file Periodic Report | 07/01/2012 | 07/01/2012 | 07/01/2012 02:12 AM | | Failure to file periodic report |
| 8 | Statement Curing Delinquency | 07/05/2012 | 07/05/2012 | 07/05/2012 02:21 PM | 20121369396 | |
| 9 | Periodic Report due | 06/23/2013 | 06/23/2013 | 06/23/2013 02:48 AM | | Periodic report due by: 09/30/2013 |
| 10 | Periodic Report due in one week | 09/24/2013 | 09/24/2013 | 09/24/2013 02:11 AM | | Periodic report due by: 09/30/2013 |
| 11 | Change in Status: Noncompliant for failure to file Periodic Report | 10/01/2013 | 10/01/2013 | 10/01/2013 01:43 AM | | Entity noncompliant and will become delinquent on: |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 11/30/2013 |
| 12 | Change in status in one week: Delinquent for failure to file Periodic Report | 11/26/2013 | 11/26/2013 | 11/26/2013 09:54 AM | | One week until delinquent: 11/30/2013 |
| 13 | Change in status in one week: Delinquent for failure to file Periodic Report | 11/26/2013 | 11/26/2013 | 11/26/2013 11:39 AM | | One week until delinquent: 11/30/2013 |
| 14 | Change in Status: Delinquent for failure to file Periodic Report | 12/01/2013 | 12/01/2013 | 12/01/2013 02:00 AM | | Entity has become delinquent for failure to file Periodic Report |
| 15 | Statement Curing Delinquency | 12/20/2013 | 12/20/2013 | 12/20/2013 11:00 AM | 20131723452 | |
| 16 | Statement of Change | 07/30/2014 | 07/30/2014 | 07/30/2014 11:27 AM | 20141465552 | Registered agent information changed; |
| 17 | Periodic Report due | 11/23/2014 | 11/23/2014 | 11/23/2014 03:58 AM | | Periodic report due by: 02/28/2015 |
| 18 | Periodic Report due in one week | 02/24/2015 | 02/24/2015 | 02/24/2015 02:03 AM | | Periodic report due by: 02/28/2015 |
| 19 | Change in Status: Noncompliant for failure to file Periodic Report | 03/01/2015 | 03/01/2015 | 03/01/2015 01:34 AM | | Entity noncompliant and will become delinquent on: 04/30/2015 |
| 20 | Change in status in one week: Delinquent for failure to file Periodic Report | 04/24/2015 | 04/24/2015 | 04/24/2015 02:18 AM | | One week until delinquent: 04/30/2015 |

Return to Summary

About Wayne | Español
Colorado
Secretary of State
Wayne W. Williams
Search

For this Record...
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification
Return to Summary

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# History and Documents

**Name:** Wild Farms, LLC
**ID number:** 20101043557

Print-friendly version

[<Prev 20]

1 2

**Found 24 matching record(s). Viewing page 2 of 2.**

| # | Event | Date Filed | Date Posted | EffectiveDate | Document # (click to view) | Comment |
|---|---|---|---|---|---|---|
| 21 | Change in Status: Delinquent for failure to file Periodic Report | 05/01/2015 | 05/01/2015 | 05/01/2015 01:43 AM | | Entity has become delinquent for failure to file Periodic Report |
| 22 | Statement Curing Delinquency | 05/01/2015 | 05/01/2015 | 05/01/2015 10:18 AM | 20151301139 | |
| 23 | Periodic Report due | 04/23/2016 | 04/23/2016 | 04/23/2016 02:22 AM | | Periodic report due by: 07/31/2016 |
| 24 | Report | 05/11/2016 | 05/11/2016 | 05/11/2016 10:04 AM | 20161330031 | |

Return to Summary

Terms & conditions | Browser compatibility

Ostrum Attachment AY-5



Colorado Secretary of State
Date and Time: 01/21/2010 04:58 PM
ID Number: 20101043557

Document number: 20101043557
Amount Paid: $50.00

Document must be filed electronically.
Paper documents will not be accepted.
Document processing fee $50.00
Fees & forms/cover sheets are subject to change.
To access other information or print copies of filed documents, visit www.sos.state.co.us and select Business Center.

ABOVE SPACE FOR OFFICE USE ONLY

**Articles of Organization**

filed pursuant to § 7-80-203 and § 7-80-204 of the Colorado Revised Statutes (C.R.S.)

1. The domestic entity name of the limited liability company is Wild Farms, LLC.

*(The name of a limited liability company must contain the term or abbreviation "limited liability company", "ltd. liability company", "limited liability co.", "ltd. liability co.", "limited", "l.l.c.", "llc", or "ltd.". See §7-90-601, C.R.S.)*

***(Caution:** The use of certain terms or abbreviations are restricted by law. Read instructions for more information.)*

2. The principal office address of the limited liability company's initial principal office is

Street address: 2 West Dry Creek Circle *(Street number and name)*
Suite 100
Littleton *(City)* CO *(State)* 80120 *(ZIP/Postal Code)*
*(Province – if applicable)* United States *(Country)*

Mailing address **(leave blank** if same as street address)
*(Street number and name or Post Office Box information)*

*(City)* *(State)* *(ZIP/Postal Code)*
*(Province – if applicable)* *(Country)*.

3. The registered agent name and registered agent address of the limited liability company's initial registered agent are

Name (if an individual) *(Last)* *(First)* *(Middle)* *(Suffix)*

**OR**

(if an entity) Berg Hill Greenleaf & Ruscitti LLP

***(Caution:** Do not provide both an individual and an entity name.)*

Street address: 1712 Pearl Street *(Street number and name)*

Boulder *(City)* CO *(State)* 80302 *(ZIP Code)*

Ostrum Attachment AY-6

Mailing address
**(leave blank** if same as street address)

_____ *(Street number and name or Post Office Box information)*

_____

_____ (City) CO (State) _____ (ZIP Code).

*(The following statement is adopted by marking the box.)*

☑ The person appointed as registered agent has consented to being so appointed.

4. The true name and mailing address of the person forming the limited liability company are

Name
(if an individual) _____ *(Last)* _____ *(First)* _____ *(Middle)* _____ *(Suffix)*

**OR**

(if an entity) Whitening Fast, LLC

***(Caution:** Do not provide both an individual and an entity name.)*

Mailing address 6260 Lookout Road
*(Street number and name or Post Office Box information)*

_____

Boulder *(City)* CO *(State)* 80301 *(ZIP/Postal Code)*

_____ *(Province – if applicable)* United States *(Country)*.

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

☐ The limited liability company has one or more additional persons forming the limited liability company and the name and mailing address of each such person are stated in an attachment.

5. The management of the limited liability company is vested in
*(Mark the applicable box.)*

☑ one or more managers.

**OR**

☐ the members.

6. *(The following statement is adopted by marking the box.)*

☑ There is at least one member of the limited liability company.

7. *(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

☐ This document contains additional information as provided by law.

8. ***(Caution:** Leave blank if the document does not have a delayed effective date. Stating a delayed effective date has significant legal consequences. Read instructions before entering a date.)*

*(If the following statement applies, adopt the statement by entering a date and, if applicable, time using the required format.)*

The delayed effective date and, if applicable, time of this document is/are _____.
*(mm/dd/yyyy hour:minute am/pm)*

**Notice:**

Causing this document to be delivered to the Secretary of State for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the Secretary of State, whether or not such individual is named in the document as one who has caused it to be delivered.

9. The true name and mailing address of the individual causing the document to be delivered for filing are

| Johnson | Preston | | |
|---|---|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

Berg Hill Greenleaf & Ruscitti LLP
*(Street number and name or Post Office Box information)*
1712 Pearl Street

| Boulder | CO | 80302 |
|---|---|---|
| *(City)* | *(State)* | *(ZIP/Postal Code)* |

| | United States |
|---|---|
| *(Province – if applicable)* | *(Country)* |

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

☐ This document contains the true name and mailing address of one or more additional individuals causing the document to be delivered for filing.

**Disclaimer:**

This form/cover sheet, and any related instructions, are not intended to provide legal, business or tax advice, and are furnished without representation or warranty. While this form/cover sheet is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form/cover sheet. Questions should be addressed to the user's legal, business or tax advisor(s).



Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies of filed documents, visit www.sos.state.co.us.

Colorado Secretary of State
Date and Time: 05/11/2016 10:04 AM
ID Number: 20101043557

Document number: 20161330031
Amount Paid: $10.00

ABOVE SPACE FOR OFFICE USE ONLY

**Periodic Report**
filed pursuant to §7-90-301, et seq. and §7-90-501 of the Colorado Revised Statutes (C.R.S)

ID number: 20101043557

Entity name: Wild Farms, LLC

Jurisdiction under the law of which the entity was formed or registered: Colorado

1. Principal office street address: 2 West Dry Creek Circle *(Street name and number)*
Suite 100
Littleton *(City)* CO *(State)* 80120 *(Postal/Zip Code)*
*(Province – if applicable)* United States *(Country – if not US)*

2. Principal office mailing address: (if different from above)
*(Street name and number or Post Office Box information)*
*(City)* *(State)* *(Postal/Zip Code)*
*(Province – if applicable)* *(Country – if not US)*

3. Registered agent name: (if an individual) *(Last)* *(First)* *(Middle)* *(Suffix)*
or (if a business organization) NATIONAL CORPORATE RESEARCH, LTD.

4. The person identified above as registered agent has consented to being so appointed.

5. Registered agent street address: 12649 WEST WARREN AVENUE *(Street name and number)*
LAKEWOOD *(City)* CO *(State)* 80228 *(Postal/Zip Code)*

6. Registered agent mailing address: (if different from above)
*(Street name and number or Post Office Box information)*
*(City)* *(State)* *(Postal/Zip Code)*
*(Province – if applicable)* *(Country – if not US)*

Ostrum Attachment AY-9

Notice:
Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

7. Name(s) and address(es) of the individual(s) causing the document to be delivered for filing:

| Harrington-Schreiber | Elin | P. | |
|---|---|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

Berg Hill Greenleaf Ruscitti LLP
*(Street name and number or Post Office Box information)*
1712 Pearl Street

| Boulder | CO | 80302 |
|---|---|---|
| *(City)* | *(State)* | *(Postal/Zip Code)* |

| | United States |
|---|---|
| *(Province – if applicable)* | *(Country – if not US)* |

*(The document need not state the true name and address of more than one individual. However, if you wish to state the name and address of any additional individuals causing the document to be delivered for filing, mark this box* ☐ *and include an attachment stating the name and address of such individuals.)*

Disclaimer:
This form, and any related instructions, are not intended to provide legal, business or tax advice, and are offered as a public service without representation or warranty. While this form is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form. Questions should be addressed to the user's attorney.

Colorado Secretary of State - Search Results

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# Search Results

[Next 1>]

1 2

**Found 11 matching record(s). Viewing page 1 of 2.**

| # | ID Number | Document Number | Name | Status | Form | Effective Date | Comment |
|---|---|---|---|---|---|---|---|
| 1 | 20101434827 | 20101434827 | IvoryWhite Tools | Effective | DLLC | 08/04/2010 10:32 AM | |
| 2 | 20101490275 | 20101490275 | OrthoWhite Tools | Effective | DLLC | 09/01/2010 04:11 PM | |
| 3 | 20111053518 | 20111053518 | BellaBrite Tools | Effective | DLLC | 01/26/2011 01:54 PM | |
| 4 | 20111055460 | 20111055460 | Ultimate Facial Tools | Effective | DLLC | 01/27/2011 10:41 AM | |
| 5 | 20121406882 | 20121406882 | Smile Pro Tools | Effective | DLLC | 07/27/2012 09:25 AM | |
| 6 | 20121445759 | 20121445759 | YouthEFX Tools | Effective | DLLC | 08/17/2012 09:57 AM | |
| 7 | 20121489452 | 20121489452 | SkinnyIQ Tools | Effective | DLLC | 09/04/2012 10:22 AM | |
| 8 | 20121571322 | 20121571322 | Beauty by Provence Tools | Effective | DLLC | 10/16/2012 10:29 AM | |
| 9 | 20121676584 | 20121676584 | BlizzardWhite Tools | Effective | DLLC | 12/06/2012 02:01 PM | |
| 10 | 20121677009 | 20121677009 | EyepothesisTools | Effective | DLLC | 12/06/2012 03:52 PM | |

Back

Terms & conditions | Browser compatibility

Colorado Secretary of State - Search Results

About Wayne | Español
Colorado
Secretary of State
Wayne W. Williams
Search

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# Search Results

[<Prev 10]

1 2

**Found 11 matching record(s). Viewing page 2 of 2.**

| # | ID Number | Document Number | Name | Status | Form | Effective Date | Comment |
|---|---|---|---|---|---|---|---|
| 11 | 20141687836 | 20141687836 | Genuine White Tools | Effective | DLLC | 11/10/2014 10:25 PM | |

Back

Terms & conditions | Browser compatibility

https://www.sos.state.co.us/biz/TradenameOwnerResults.do?&cmd=passgo&pi1=2[3/3/2017 11:12:14 AM]

Ostrum Attachment AY-12

# PX1

# Ostrum Attachment AZ

# Corporate Records

Colorado Secretary of State
Date and Time: 12/17/2013 12:01 PM
ID Number: 20131717853

Document number: 20131717853
Amount Paid: $100.00

Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies of filed documents, visit www.sos.state.co.us.

ABOVE SPACE FOR OFFICE USE ONLY

**Statement of Foreign Entity Authority**
filed pursuant to § 7-90-803 of the Colorado Revised Statutes (C.R.S.)

1. The entity ID number, the entity name, and the true name, if different, are

Entity ID number 20131717853
*(Colorado Secretary of State ID number)*

Entity name Juniper e-Solutions, LLC

True name (if different from the entity name) Juniper Solutions, LLC .

2. The form of entity and the jurisdiction under the law of which the entity is formed are

Form of entity Foreign Limited Liability Limited Partnership

Jurisdiction Nevada .

3. The principal office address of the entity's principal office is

Street address 711 S Carson Street
*(Street number and name)*
Suite 4
Carson City *(City)* NV *(State)* 89701 *(ZIP/Postal Code)*
*(Province – if applicable)* United States *(Country)*

Mailing address (**leave blank** if same as street address)
*(Street number and name or Post Office Box information)*
*(City)* *(State)* *(ZIP/Postal Code)*
*(Province – if applicable)* *(Country)* .

4. The registered agent name and registered agent address of the entity's registered agent are

Name (if an individual) *(Last)* *(First)* *(Middle)* *(Suffix)*

or

(if an entity) Registered Agents of Nevada, Inc.

*(**Caution:** Do not provide both an individual and an entity name.)*

Street address 711 S Carson Street
(Street number and name)

Carson City CO 89701
(City) (State) (ZIP Code)

Mailing address 4743 Kincross Court
(leave blank if same as street address)
(Street number and name or Post Office Box information)

BOULDER CO 80301.
(City) (State) (ZIP Code)

*(The following statement is adopted by marking the box.)*
☑ The person appointed as registered agent above has consented to being so appointed.

5. The date the entity commenced or expects to commence transacting business or conducting activities in Colorado is 12/17/2013.
*(mm/dd/yyyy)*

6. *(If applicable, adopt the following statement by marking the box and include an attachment.)*
☐ This document contains additional information as provided by law.

7. ***(Caution:*** *Leave blank if the document does not have a delayed effective date. Stating a delayed effective date has significant legal consequences. Read instructions before entering a date.)*

*(If the following statement applies, adopt the statement by entering a date and, if applicable, time using the required format.)*
The delayed effective date and, if applicable, time of this document is/are ______________.
(mm/dd/yyyy hour:minute am/pm)

**Notice:**

Causing this document to be delivered to the Secretary of State for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the Secretary of State, whether or not such individual is named in the document as one who has caused it to be delivered.

8. The true name and mailing address of the individual causing the document to be delivered for filing are

McNea Blair
(Last) (First) (Middle) (Suffix)

4743 Kincross Court
(Street number and name or Post Office Box information)

BOULDER CO 80301
(City) (State) (ZIP/Postal Code)

United States.
(Province – if applicable) (Country)

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*
☐ This document contains the true name and mailing address of one or more additional individuals causing the document to be delivered for filing.

**Disclaimer:**

This form/cover sheet, and any related instructions, are not intended to provide legal, business or tax advice, and are furnished without representation or warranty. While this form/cover sheet is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form/cover sheet. Questions should be addressed to the user's legal, business or tax advisor(s).

# PX1

# Ostrum Attachment BA

# Corporate Records

 eCorp

Search Date and Time:
**3/7/2017 2:16:56 PM**

Search for an Entity Name

File Number:
**L17746052**

Corporation Name:
**ACTION PRO WHITE, LLC**

Collapse | Expand

Corporate Inquiry

| File Number | Corporation Name | Check Corporate Status |
|---|---|---|
| L17746052 | ACTION PRO WHITE, LLC | Check Corporate Status |

Domestic Address

7702 E DOUBLETREE RANCH RD
STE 300
SCOTTSDALE, AZ 85258

Statutory Agent Information

**Agent Name:** NATIONAL CORPORATE RESEARCH LT

**Agent Mailing/Physical Address:**
815 N FIRST AVE STE 4



PHOENIX, AZ 85003

**Agent Status:** APPOINTED 05/13/2014

**Agent Last Updated:** 05/14/2014

## Additional Entity Information

| | |
|---|---|
| **Entity Type:** DOMESTIC L.L.C. | **Business Type:** |
| **Incorporation Date:** 7/11/2012 | **Corporation Life Period:** PERPETUAL |
| **Domicile:** ARIZONA | **County:** MARICOPA |
| **Approval Date:** 7/13/2012 | **Original Publish Date:** 7/30/2012 |

## Manager/Member Information

| Name | Title | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|
| WAVE ROCK LLC A NV LLC | MANAGER | 7702 E DOUBLETREE RANCH RD STE 300 SCOTTSDALE, AZ 85258 | 07/11/2012 | 07/13/2012 |
| WAVE ROCK LLC A NV LLC | MEMBER | 7702 E DOUBLETREE RANCH RD STE 300 SCOTTSDALE, AZ 85258 | 07/11/2012 | 07/13/2012 |

## Scanned Documents

Ostrum Attachment BA-2



Click on a gold button below to view a document. If the button is gray, the document is not yet available. Please check back again later.

| Document Number | Description | Date Received |
|---|---|---|
| 04671498 | AGENT APPOINTMENT | 5/13/2014 |
| 03991517 | PUB OF ARTICLES OF ORGANIZATION | 7/30/2012 |
| 03943973 | ARTICLES OF ORGANIZATION | 7/11/2012 |

Microfilm

| Location | Entered | Description |
|---|---|---|
| 32332074017 | 7/11/2012 | ARTICLES OF ORGANIZATION |
| 32337030001 | 7/30/2012 | PUB OF ARTICLES OF ORGANIZATION |

Print Details

Print Details

Privacy Policy I Contact Us

Ostrum Attachment BA-3

07/11/2012 12:21 FAX 6022855100 Mariscal Weeks

AZ Corp. Commission
03943973

AZ CORPORATION COMMISSION
FILED
JUL 11 2012
FILE NO. L-1774605-2

**ARTICLES OF ORGANIZATION**

**OF**

**ACTION PRO WHITE, LLC**

**ARTICLE 1 - NAME**

The name of the limited liability company is ACTION PRO WHITE, LLC.

**ARTICLE 2 - REGISTERED OFFICE**

The registered office of the limited liability company is 7702 E. Doubletree Ranch Road - Suite 300, Scottsdale, Arizona 85258, which is located in the County of Maricopa, Arizona.

**ARTICLE 3 - STATUTORY AGENT**

The name and address of the statutory agent of the limited liability company is Mariscal, Weeks, McIntyre & Friedlander, P.A., 2901 N. Central Avenue - Suite 200, Phoenix, Arizona 85012-2705.

**ARTICLE 4 - MANAGEMENT**

Management of the limited liability company is vested in a manager or managers.

**ARTICLE 5 - NAME AND ADDRESS OF EACH MEMBER WHO OWNS A TWENTY PERCENT OR GREATER INTEREST IN THE CAPITAL OR PROFITS AND EACH MANAGER**

The name and address of each member who owns a twenty percent or greater interest in the capital or profits and each manager of the limited liability

company are:

| | |
|---|---|
| Wave Rock, LLC, a Nevada limited liability company<br>Suite 300<br>7702 Doubletree Ranch Road<br>Scottsdale, Arizona 85258 | Member and Manager |

**ARTICLE 6 - ORGANIZER**

The undersigned organizer shall have no authority, responsibilities, or duties as organizer other than the filing of these Articles of Organization.

Dated: July 10, 2012.

Shannon Golden-Schubert - Organizer

# APPOINTMENT OF STATUTORY AGENT

A. The undersigned has been named as the statutory agent in the Articles of Organization of ACTION PRO WHITE LLC, an Arizona limited liability company (the "Company"), which have been delivered for filing with the Arizona Corporation Commission.

B. The undersigned has been notified of its appointment as agent of the Company and hereby accepts its appointment as statutory agent of the Company.

MARISCAL, WEEKS, MCINTYRE & FRIEDLANDER, P.A.

By [signature]
David I. Thompson, Esq.
For the Firm

PJM\ACTION-PRO-WHITE-DIT\ARTS-ACTION

# PX1

## Ostrum Attachment BB

## Corporate Records

- Arizona Corporation Commission eCorp

Arizona
Corporation Commission

eCorp

Search for an Entity Name

Search Date and Time:
**3/14/2017 12:58:42 PM**

File Number:
**L17699418**

Corporation Name:
**BELLAATHOME, LLC**

Collapse | Expand

Corporate Inquiry

| File Number | Corporation Name | Check Corporate Status |
|---|---|---|
| L17699418 | BELLAATHOME, LLC | Check Corporate Status |

Domestic Address

7702 E DOUBLETREE RANCH ROAD
STE 300
%WAVE ROCK LLC
SCOTTSDALE, AZ 85258

Statutory Agent Information

**Agent Name:** NATIONAL CORPORATE RESEARCH LT

**Agent Mailing/Physical Address:**

http://ecorp.azcc.gov/Details/Corp?corpId=L17699418[3/14/2017 3:58:29 PM]

Ostrum Attachment BB-1

815 N FIRST AVE #4
PHOENIX, AZ 85003

**Agent Status:** APPOINTED 05/13/2014

**Agent Last Updated:** 05/15/2014

Additional Entity Information

| **Entity Type:** DOMESTIC L.L.C. | **Business Type:** |
|---|---|
| **Incorporation Date:** 6/20/2012 | **Corporation Life Period:** PERPETUAL |
| **Domicile:** ARIZONA | **County:** MARICOPA |
| **Approval Date:** 6/22/2012 | **Original Publish Date:** 7/9/2012 |

Manager/Member Information

| Name | Title | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|
| WAVE ROCK LLC | MANAGER | 7702 E DOUBLETREE RANCH ROAD STE 300 SCOTTSDALE, AZ 85258 | 06/20/2012 | 06/22/2012 |
| WAVE ROCK LLC | MEMBER | 7702 E DOUBLETREE RANCH ROAD STE 300 SCOTTSDALE, AZ 85258 | 06/20/2012 | 06/22/2012 |

Scanned Documents

- Arizona Corporation Commission eCorp

Click on a gold button below to view a document. If the button is gray, the document is not yet available. Please check back again later.

| Document Number | Description | Date Received |
|---|---|---|
| 04671499 | AGENT APPOINTMENT | 5/13/2014 |
| 03975269 | PUB OF ARTICLES OF ORGANIZATION | 7/9/2012 |
| 03934984 | ARTICLES OF ORGANIZATION | 6/20/2012 |

Microfilm

| Location | Entered | Description |
|---|---|---|
| 32332012026 | 6/20/2012 | ARTICLES OF ORGANIZATION |
| 32335094010 | 7/9/2012 | PUB OF ARTICLES OF ORGANIZATION |

Print Details

Privacy Policy | Contact Us

http://ecorp.azcc.gov/Details/Corp?corpId=L17699418[3/14/2017 3:58:29 PM]

Ostrum Attachment BB-3

06/20/2012 16:41 FAX 6022855100 MARISCAL&WEEKS

AZ Corp. Commission
03934984

AZ CORPORATION COMMISSION
FILED

JUN 2 0 2012

FILE NO. L-1769941-8

# ARTICLES OF ORGANIZATION

# OF

# BellaAtHome, LLC

## ARTICLE 1 - NAME

The name of the limited liability company is BellaAtHome, LLC.

## ARTICLE 2 - REGISTERED OFFICE

The registered office of the limited liability company is c/o Wave Rock LLC, 7702 E. Doubletree Ranch Road - Suite 300, Scottsdale, Arizona 85258, which is located in the County of Maricopa, Arizona.

## ARTICLE 3 - STATUTORY AGENT

The name and address of the statutory agent of the limited liability company is Mariscal, Weeks, McIntyre & Friedlander, P.A., 2901 N. Central Avenue - Suite 200, Phoenix, Arizona, 85012-2705.

## ARTICLE 4 - MANAGEMENT

Management of the limited liability company is vested in a manager or managers.

## ARTICLE 5 - NAME AND ADDRESS OF EACH MEMBER WHO OWNS A TWENTY PERCENT OR GREATER INTEREST IN THE CAPITAL OR PROFITS AND EACH MANAGER

The name and address of each member who owns a twenty percent or greater interest in the capital or profits and each manager of the limited liability company are:

| | |
|---|---|
| Wave Rock, LLC, a Nevada limited liability company<br>Suite 300<br>7702 E. Doubletree Ranch Road<br>Scottsdale, Arizona 85258 | Member and Manager |

**ARTICLE 6 - ORGANIZER**

The undersigned organizer shall have no authority, responsibilities, or duties as organizer other than the filing of these Articles of Organization.

Dated: June 15, 2012.

Shannon Golden-Schubert - Organizer

# APPOINTMENT OF STATUTORY AGENT

A. The undersigned has been named as the statutory agent in the Articles of Organization of BellaAtHome, LLC, an Arizona limited liability company (the "Company"), which have been delivered for filing with the Arizona Corporation Commission.

B. The undersigned has been notified of its appointment as agent of the Company and hereby accepts its appointment as statutory agent of the Company.

MARISCAL, WEEKS, MCINTYRE & FRIEDLANDER, P.A.

By [signature]
David I. Thompson, Esq.
For the Firm

PJM\BELLA-AT-HOME-DIT\ARTS-BELLA

AZ Corp. Commission
04671499

RECEIVED
MAY 13 2014
ARIZONA CORP. COMMISSION
CORPORATIONS DIVISION

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# LLC STATEMENT OF CHANGE OF KNOWN PLACE OF BUSINESS ADDRESS OR STATUTORY AGENT

*Read the Instructions L020i*

***NOTE** – no matter what is being changed, numbers 1, 2, 3.1, 4.1, and 4.2 must be completed. The form will be rejected if those sections are not completed.*

**1. ENTITY NAME** – give the exact name of the LLC as currently shown in A.C.C. records:

BELLAATHOME, LLC

**2. A.C.C. FILE NUMBER:** L-1769941-8

Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

**3. ARIZONA KNOWN PLACE OF BUSINESS ADDRESS:**

| **3.1** *REQUIRED* – list the known place of business address currently shown in A.C.C. records (before any changes): | | | **3.2** *Optional* – List the NEW known place of business address in Arizona (must be a street or physical address): | | |
|---|---|---|---|---|---|
| Attention (optional): | | | Attention (optional): | | |
| Address 1: 7702 E. Doubletree Ranch Road, #300 | | | Address 1: | | |
| Address 2 (optional): | | | Address 2 (optional): | | |
| City: Scottsdale | State: AZ | Zip: 85258 | City: | State: | Zip: |

**3.3** If you completed 3.2, is the NEW known place of business address in Arizona the same as the street address of the statutory agent? ☐ Yes ☑ No

**4. CURRENT OR EXISTING STATUTORY AGENT** – list the name and addresses of the statutory agent as shown in the records of the Arizona Corporation Commission *before any changes* (this is the existing statutory agent):

| **4.1** *REQUIRED* – list the ***name*** and ***physical or street address*** (not a P.O. Box) in Arizona of the existing statutory agent: | | | **4.2** *REQUIRED* – list the **mailing address** (if one exists in A.C.C. records) in Arizona of the existing Statutory Agent: | | |
|---|---|---|---|---|---|
| Statutory Agent Name: Mariscal Weeks McIntyre & Frie | | | | | |
| Attention (optional): | | | Attention (optional): | | |
| Address 1: 2901 N. Central Avenue, #200 | | | Address 1: | | |
| Address 2 (optional): | | | Address 2 (optional): | | |
| City: Phoenix | State: AZ | Zip: 85012 | City: | State: | Zip: |

4.3 ☐ **CHANGE IN EXISTING STATUTORY AGENT NAME ONLY** – If the *name only* of the existing statutory agent listed in number 5.1 above has changed, but a new agent has not been appointed, check the box and give the new name of the existing statutory agent below:

________________________________________

4.4 **CHANGE IN EXISTING STATUTORY AGENT ADDRESS** – check all that apply and follow instructions:

☐ **STREET ADDRESS CHANGED** – complete number 4.5.
☐ **MAILING ADDRESS CHANGED** – complete number 4.6.

| 4.5 **NEW STREET ADDRESS** – give the NEW physical or street address (not a P.O. Box) in Arizona of the existing statutory agent: | 4.6 **NEW MAILING ADDRESS** – give the NEW mailing address in Arizona of the existing statutory agent (can be a P.O. Box): |
|---|---|
| Attention (optional) | Attention (optional) |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |
| City / State / Zip | City / State / Zip |

5. ☑ **NEW STATUTORY AGENT** – If a new statutory agent is being appointed, check the box and complete the following for the **NEW statutory agent:**

| 5.1 *REQUIRED* – give the name (can be an individual or an entity) and physical or street address (not a P.O. Box) in Arizona of the NEW statutory agent: | 5.2 *OPTIONAL* – mailing address in Arizona of NEW Statutory Agent (can be a P.O. Box): |
|---|---|
| National Corporate Research, Ltd. (Statutory Agent Name) | |
| Attention (optional) | Attention (optional) |
| 815 North First Avenue, Suite #4 (Address 1) | Address 1 |
| Address 2 (optional) | Address 2 (optional) |
| City: Phoenix / State: AZ / Zip: 85003 | City / State / Zip |

5.3 *REQUIRED* – If you are appointing a new statutory agent, the Statutory Agent Acceptance form M002 must be submitted along with this Statement of Change form.

**SIGNATURE** – *see Instructions L020i for who is authorized to make changes:*

If the person signing this form is the existing statutory agent changing its own address, then by the signature appearing below, the existing statutory agent certifies *under penalty of perjury* that he or she has given the LLC named in number 1 above written notice of the address change.

By checking the box marked "I accept" below, I acknowledge *under penalty of perjury* that this document together with any attachments is submitted in compliance with Arizona law.

☑ I ACCEPT

[signature] Jenny Johnson 5/2/14

Signature Printed Name Date

**REQUIRED** – check only one and fill in the corresponding blank if signing for an entity:

| | | |
|---|---|---|
| ☑ I am the individual Manager of this manager-managed LLC or I am signing for an entity manager named: Wave Rock, LLC | ☐ I am a Member of this member-managed LLC or I am signing for an entity member named: | ☐ I am a Statutory Agent changing only my own address and/or my own name. |

| | |
|---|---|
| Filing Fee: $5.00 (regular processing)<br>Expedited processing – add $35.00 to filing fee.<br>All fees are nonrefundable - see Instructions. | Mail: Arizona Corporation Commission - Corporate Filings Section<br>1300 W. Washington St., Phoenix, Arizona 85007<br>Fax: 602-542-4100 |

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# STATUTORY AGENT ACCEPTANCE

*Please read Instructions M002I*

1. **ENTITY NAME** – give the **exact** name in Arizona of the corporation or LLC that has appointed the Statutory Agent (this must match exactly the name as listed on the document appointing the statutory agent, e.g., Articles of Organization or Article of Incorporation):

   **BELLAATHOME, LLC**

2. **A.C.C. FILE NUMBER** (if entity is already incorporated or registered in AZ): **L-1769941-8**

   Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

3. **STATUTORY AGENT NAME** – give the exact name of the Statutory Agent appointed by the entity listed in number 1 above (this will be *either* an individual or an entity). *NOTE* - the name must match **exactly** the statutory agent name as listed in the document that appoints the statutory agent (e.g. Articles of Incorporation or Articles of Organization), including any middle initial or suffix:

   **National Corporate Research, Ltd.**

**STATUTORY AGENT SIGNATURE:**

By the signature appearing below, the individual or entity named in number 3 above accepts the appointment as statutory agent for the entity named in number 1 above, and acknowledges that the appointment is effective until the appointing entity replaces the statutory agent or the statutory agent resigns, whichever occurs first.

The person signing below declares and certifies *under penalty of perjury* that the information contained within this document together with any attachments is true and correct, and is submitted in compliance with Arizona law.

[signature] **Alexis Cassidy, Asst. Secretary** 7/12/2014

Signature | Printed Name | Date

**REQUIRED** – check only one:

| ☐ **Individual as statutory agent:** I am signing on behalf of myself as the individual | ☒ **Entity as statutory agent:** I am signing on behalf of the entity named as statutory agent, and I am authorized to act for that entity. |
|---|---|

| Filing Fee: none (regular processing)<br>Expedited processing – **(available only if this form is submitted by itself)** add $35.00 to filing fee.<br>All fees are nonrefundable - see Instructions. | Mail: Arizona Corporation Commission - Corporate Filings Section<br>1300 W. Washington St., Phoenix, Arizona 85007<br>Fax: 602-542-4100 |
|---|---|

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

# PX1

# Ostrum Attachment BC

# Corporate Records

- Arizona Corporation Commission eCorp

Arizona
Corporation Commission

eCorp

Search for an Entity Name

Search Date and Time:
**3/7/2017 2:18:53 PM**

File Number:
**L17318707**

Corporation Name:
**BLIZZARDWHITE, LLC**

Collapse | Expand

Corporate Inquiry

| File Number | Corporation Name | Check Corporate Status |
|---|---|---|
| L17318707 | BLIZZARDWHITE, LLC | Check Corporate Status |

Domestic Address

% WAVE ROCK LLC
7702 E DOUBLETREE RANCH RD
#300
SCOTTSDALE, AZ 85258

Statutory Agent Information

**Agent Name:** NATIONAL CORPORATE RESEARCH LT

**Agent Mailing/Physical Address:**

http://ecorp.azcc.gov/Details/Corp?corpId=L17318707[3/7/2017 4:18:57 PM]

Ostrum Attachment BC-1



815 N FIRST AVE STE #4
PHOENIX, AZ 85003

**Agent Status:** APPOINTED 05/13/2014

**Agent Last Updated:** 05/15/2014

## Additional Entity Information

| | |
|---|---|
| **Entity Type:** DOMESTIC L.L.C. | **Business Type:** |
| **Incorporation Date:** 1/12/2012 | **Corporation Life Period:** PERPETUAL |
| **Domicile:** ARIZONA | **County:** MARICOPA |
| **Approval Date:** 1/17/2012 | **Original Publish Date:** 1/30/2012 |

## Manager/Member Information

| Name | Title | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|
| WAVE ROCK LLC | MANAGER | 7702 E DOUBLETREE RANCH RD #300 SCOTTSDALE, AZ 85258 | 01/12/2012 | 09/26/2012 |
| WAVE ROCK LLC | MEMBER | 7702 E DOUBLETREE RANCH RD #300 SCOTTSDALE, AZ 85258 | 01/12/2012 | 09/26/2012 |

## Scanned Documents

Ostrum Attachment BC-2

- Arizona Corporation Commission eCorp

Click on a gold button below to view a document. If the button is gray, the document is not yet available. Please check back again later.

| Document Number | Description | Date Received |
|---|---|---|
| 04671500 | AGENT APPOINTMENT | 5/13/2014 |
| 04003914 | CHANGE(S) | 8/31/2012 |
| 04003913 | CHANGE(S) | 8/31/2012 |
| 03775752 | PUB OF ARTICLES OF ORGANIZATION | 1/30/2012 |
| 03733303 | ARTICLES OF ORGANIZATION | 1/12/2012 |

Microfilm

| Location | Entered | Description |
|---|---|---|
| 32291010034 | 1/12/2012 | ARTICLES OF ORGANIZATION |
| 32321082026 | 1/30/2012 | PUB OF ARTICLES OF ORGANIZATION |
| 32338069018 | 8/31/2012 | CHANGE(S) |
| 32338069019 | 8/31/2012 | CHANGE(S) |

Print Details

http://ecorp.azcc.gov/Details/Corp?corpId=L17318707[3/7/2017 4:18:57 PM]

Ostrum Attachment BC-3

- Arizona Corporation Commission eCorp

Privacy Policy | Contact Us

http://ecorp.azcc.gov/Details/Corp?corpId=L17318707[3/7/2017 4:18:57 PM]

Ostrum Attachment BC-4

JAN 12 2012 10:12 FR MARISCAL WEEKS 6022855100 TO 96025

AZ Corp. Commission
03733303

AZ CORPORATION COMMISSION
FILED

JAN 1 2 2012

FILE NO. L-1731870-7

# ARTICLES OF ORGANIZATION

# OF

# BlizzardWhite, LLC

## ARTICLE 1 - NAME

The name of the limited liability company is BlizzardWhite, LLC.

## ARTICLE 2 - REGISTERED OFFICE

The registered office of the limited liability company is 7702 Doubletree Ranch Road - Suite 300, Scottsdale, Arizona 85258, which is located in the County of Maricopa, Arizona.

## ARTICLE 3 - STATUTORY AGENT

The name and address of the statutory agent of the limited liability company is Mariscal, Weeks, McIntyre & Friedlander, P.A., 2901 N. Central Avenue - Suite 200, Phoenix, Arizona, 85012-2705.

## ARTICLE 4 - MANAGEMENT

Management of the limited liability company is vested in a manager or managers.

## ARTICLE 5 - NAME AND ADDRESS OF EACH MEMBER WHO OWNS A TWENTY PERCENT OR GREATER INTEREST IN THE CAPITAL OR PROFITS AND EACH MANAGER

The name and address of each member who owns a twenty percent or greater interest in the capital or profits and each manager of the limited liability company are:

| | |
|---|---|
| Wave Rock, LLC, a Nevada limited liability company<br>Suite 300<br>7702 Doubletree Ranch Road<br>Scottsdale, Arizona 85258 | Member and Manager |

## ARTICLE 6 - ORGANIZER

The undersigned organizer shall have no authority, responsibilities, or duties as organizer other than the filing of these Articles of Organization.

Dated January 6, 2012.

[signature]
Shannon Golden-Schubert - Organizer

## APPOINTMENT OF STATUTORY AGENT

A. The undersigned has been named as the statutory agent in the Articles of Organization of BlizzardWhite, LLC, an Arizona limited liability company (the "Company"), which have been delivered for filing with the Arizona Corporation Commission.

B. The undersigned has been notified of its appointment as agent of the Company and hereby accepts its appointment as statutory agent of the Company.

MARISCAL, WEEKS, MCINTYRE & FRIEDLANDER, P.A.

By [signature]
David I. Thompson, Esq.
For the Firm

PJM\BLIZZARDWHITE-DIT\ARTS-BLIZZARDWHITE



AZ Corp. Commission
04003914

RECEIVED
AUG 3 1 2012
ARIZONA CORP. COMMISSION
CORPORATIONS DIVISION

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# LLC STATEMENT OF CHANGE OF KNOWN PLACE OF BUSINESS ADDRESS OR STATUTORY AGENT

*Read the Instructions L020i*

***NOTE** – no matter what is being changed, numbers 1, 2, 3.1, 4.1, and 4.2 must be completed. The form will be rejected if those sections are not completed.*

1. **ENTITY NAME –** give the exact name of the LLC as currently shown in A.C.C. records:
   BLIZZARDWHITE, LLC

2. **A.C.C. FILE NUMBER:** L-1731870-7
   Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

**3. ARIZONA KNOWN PLACE OF BUSINESS ADDRESS:**

| **3.1** *REQUIRED* – list the known place of business address currently shown in A.C.C. records (before any changes): | **3.2** *Optional* – List the NEW known place of business address in Arizona (must be a street or physical address): |
|---|---|
| Attention (optional): | Attention (optional): c/o Wave Rock, LLC |
| Address 1: 7702 Doubletree Ranch Rd #300 | Address 1: 7702 E. Doubletree Ranch Road, Suite 300 |
| Address 2 (optional): | Address 2 (optional): |
| City: Scottsdale; State: AZ; Zip: 85258 | City: Scottsdale; State: AZ; Zip: 85258 |

**3.3 If you completed 3.2,** is the NEW known place of business address in Arizona the same as the street address of the statutory agent? ☐ Yes ☒ No

4. **CURRENT OR EXISTING STATUTORY AGENT –** list the name and addresses of the statutory agent as shown in the records of the Arizona Corporation Commission *before any changes* (this is the existing statutory agent):

| **4.1** *REQUIRED* – list the ***name*** and ***physical or street address*** (not a P.O. Box) in Arizona of the existing statutory agent: | **4.2** *REQUIRED* – list the **mailing address** (if one exists in A.C.C. records) in Arizona of the existing Statutory Agent: |
|---|---|
| Statutory Agent Name: Mariscal, Weeks, McIntyre & Friedlander, P.A. | |
| Attention (optional): | Attention (optional): |
| Address 1: 2901 N Central Ave #200 | Address 1: 2901 N Central Ave #200 |
| Address 2 (optional): | Address 2 (optional): |
| City: Phoenix; State: AZ; Zip: 85012 | City: Phoenix; State: AZ; Zip: 85012 |

4.3 ☐ **CHANGE IN EXISTING STATUTORY AGENT NAME ONLY** – If the *name only* of the existing statutory agent listed in number 5.1 above has changed, but a new agent has not been appointed, check the box and give the new name of the existing statutory agent below:

______________________________________________

4.4 **CHANGE IN EXISTING STATUTORY AGENT ADDRESS** – check all that apply and follow instructions:

☐ **STREET ADDRESS CHANGED** – complete number 4.5.

☐ **MAILING ADDRESS CHANGED** – complete number 4.6.

| **4.5 NEW STREET ADDRESS** – give the NEW physical or street address (not a P.O. Box) in Arizona of the existing statutory agent: | | | **4.6 NEW MAILING ADDRESS** – give the NEW mailing address in Arizona of the existing statutory agent (can be a P.O. Box): | | |
|---|---|---|---|---|---|
| Attention (optional) | | | Attention (optional) | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City | State | Zip | City | State | Zip |

**5.** ☐ **NEW STATUTORY AGENT** – if a new statutory agent is being appointed, check the box and complete the following for the **NEW statutory agent**:

| **5.1** *REQUIRED* – give the name (can be an individual or an entity) and physical or street address (not a P.O. Box) in Arizona of the NEW statutory agent: | | | **5.2** *OPTIONAL* – mailing address in Arizona of NEW Statutory Agent (can be a P.O. Box): | | |
|---|---|---|---|---|---|
| Statutory Agent Name | | | | | |
| Attention (optional) | | | Attention (optional) | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City | State | Zip | City | State | Zip |

**5.3** *REQUIRED* – If you are appointing a new statutory agent, the Statutory Agent Acceptance form M002 must be submitted along with this Statement of Change form.

**SIGNATURE** – *see Instructions L020i for who is authorized to make changes:*

If the person signing this form is the existing statutory agent changing its own address, then by the signature appearing below, the existing statutory agent certifies *under penalty of perjury* that he or she has given the LLC named in number 1 above written notice of the address change.

By checking the box marked "I accept" below, I acknowledge *under penalty of perjury* that this document together with any attachments is submitted in compliance with Arizona law.

☑ I ACCEPT

| Signature | Blair McNea, CEO<br>Printed Name | 8.15.12<br>Date |
|---|---|---|

**REQUIRED** – check only one and fill in the corresponding blank if signing for an entity:

| ■ I am the individual **Manager** of this manager-managed LLC **or** I am signing for an **entity manager named:** | ☐ I am a **Member** of this member-managed LLC **or** I am signing for an **entity member named:** | ☐ I am a **Statutory Agent** changing only my own address and/or my own name. |
|---|---|---|
| Wave Rock, LLC | | |

| Filing Fee: $5.00 (regular processing)<br>Expedited processing – add $35.00 to filing fee.<br>All fees are nonrefundable - see Instructions. | Mail: Arizona Corporation Commission - Corporate Filings Section<br>1300 W. Washington St., Phoenix, Arizona 85007<br>Fax: 602-542-4100 |
|---|---|

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

# PX1

# Ostrum Attachment BD

# Corporate Records

Arizona
Corporation Commission

eCorp

Search for an Entity Name

Search Date and Time:
**3/14/2017 1:06:48 PM**

File Number:
**L17318729**

Corporation Name:
**BODY TROPICAL, LLC**

Collapse | Expand

Corporate Inquiry

| File Number | Corporation Name | Check Corporate Status |
|---|---|---|
| L17318729 | BODY TROPICAL, LLC | Check Corporate Status |

Domestic Address

% WAVE ROCK LLC
7702 E DOUBLETREE RANCH RD
#300
SCOTTSDALE, AZ 85258

Statutory Agent Information

**Agent Name:** NATIONAL CORPORATE RESEARCH LT

**Agent Mailing/Physical Address:**



815 N FIRST AVE
PHOENIX, AZ 85003

**Agent Status:** APPOINTED 05/20/2014

**Agent Last Updated:** 05/22/2014

Additional Entity Information

| **Entity Type:** DOMESTIC L.L.C. | **Business Type:** |
|---|---|
| **Incorporation Date:** 1/12/2012 | **Corporation Life Period:** PERPETUAL |
| **Domicile:** ARIZONA | **County:** MARICOPA |
| **Approval Date:** 1/17/2012 | **Original Publish Date:** 1/30/2012 |

Manager/Member Information

| Name | Title | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|
| WAVE ROCK LLC | MANAGER | 7702 E DOUBLETREE RANCH RD #300 SCOTTSDALE, AZ 85258 | 01/12/2012 | 09/26/2012 |
| WAVE ROCK LLC | MEMBER | 7702 E DOUBLETREE RANCH RD #300 SCOTTSDALE, AZ 85258 | 01/12/2012 | 09/26/2012 |

Scanned Documents

Click on a gold button below to view a document. If the button is gray, the document is not yet available. Please check back again later.

| Document Number | Description | Date Received |
|---|---|---|
| 04663141 | AGENT APPOINTMENT | 5/20/2014 |
| 04003912 | CHANGE(S) | 8/31/2012 |
| 04003911 | CHANGE(S) | 8/31/2012 |
| 03775753 | PUB OF ARTICLES OF ORGANIZATION | 1/30/2012 |
| 03733304 | ARTICLES OF ORGANIZATION | 1/12/2012 |

Microfilm

| Location | Entered | Description |
|---|---|---|
| 32291010035 | 1/12/2012 | ARTICLES OF ORGANIZATION |
| 32321082027 | 1/30/2012 | PUB OF ARTICLES OF ORGANIZATION |
| 32338069016 | 8/31/2012 | CHANGE(S) |
| 32338069017 | 8/31/2012 | CHANGE(S) |

Print Details

- Arizona Corporation Commission eCorp

Privacy Policy I Contact Us

http://ecorp.azcc.gov/Details/Corp?corpId=L17318729[3/14/2017 4:06:36 PM]

Ostrum Attachment BD-4

JAN 12 2012 10:30 FR MARISCAL WEEKS 6022855100 TO 9602

AZ Corp. Commission
03733304

AZ CORPORATION COMMISSION
FILED

JAN 1 2 2012

FILE NO. L-1731872-9

# ARTICLES OF ORGANIZATION

# OF

# BODY TROPICAL, LLC

## ARTICLE 1 - NAME

The name of the limited liability company is BODY TROPICAL, LLC.

## ARTICLE 2 - REGISTERED OFFICE

The registered office of the limited liability company is 7702 Doubletree Ranch Road - Suite 300, Scottsdale, Arizona 85258, which is located in the County of Maricopa, Arizona.

## ARTICLE 3 - STATUTORY AGENT

The name and address of the statutory agent of the limited liability company is Mariscal, Weeks, McIntyre & Friedlander, P.A., 2901 N. Central Avenue - Suite 200, Phoenix, Arizona, 85012-2705.

## ARTICLE 4 - MANAGEMENT

Management of the limited liability company is vested in a manager or managers.

## ARTICLE 5 - NAME AND ADDRESS OF EACH MEMBER WHO OWNS A TWENTY PERCENT OR GREATER INTEREST IN THE CAPITAL OR PROFITS AND EACH MANAGER

The name and address of each member who owns a twenty percent or greater interest in the capital or profits and each manager of the limited liability company are:

Wave Rock, LLC, a Nevada limited liability company
Suite 300
7702 Doubletree Ranch Road
Scottsdale, Arizona 85258

Member and Manager

**ARTICLE 6 - ORGANIZER**

The undersigned organizer shall have no authority, responsibilities, or duties as organizer other than the filing of these Articles of Organization.

Dated January 6, 2012.

Shannon Golden-Schubert - Organizer

JAN 12 2012 10:30 FR MARISCAL WEEKS 6022855100 TO 96025424100 P.05/05

# APPOINTMENT OF STATUTORY AGENT

A. The undersigned has been named as the statutory agent in the Articles of Organization of BODY TROPICAL, LLC, an Arizona limited liability company (the "Company"), which have been delivered for filing with the Arizona Corporation Commission.

B. The undersigned has been notified of its appointment as agent of the Company and hereby accepts its appointment as statutory agent of the Company.

MARISCAL, WEEKS, MCINTYRE & FRIEDLANDER, P.A.

By [signature]
David I. Thompson, Esq.
For the Firm

PJM\BODY-TROPICAL-DIT\ARTS-BODY

3

** TOTAL PAGE.05 **

Ostrum Attachment BD-7

AZ Corp. Commission
04663141

RECEIVED
MAY 2 0 2014
ARIZONA CORP. COMMISSION
CORPORATIONS DIVISION

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# LLC STATEMENT OF CHANGE OF KNOWN PLACE OF BUSINESS ADDRESS OR STATUTORY AGENT

*Read the Instructions L020I*

***NOTE** – no matter what is being changed, numbers 1, 2, 3.1, 4.1, and 4.2 must be completed. The form will be rejected if those sections are not completed.*

**1. ENTITY NAME** – give the exact name of the LLC as currently shown in A.C.C. records:

BODY TROPICAL, LLC

**2. A.C.C. FILE NUMBER:** L-1731872-8

Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

**3. ARIZONA KNOWN PLACE OF BUSINESS ADDRESS:**

| 3.1 *REQUIRED* – list the known place of business address currently shown in A.C.C. records (before any changes): | 3.2 *Optional* – List the NEW known place of business address in Arizona (must be a street or physical address): |
|---|---|
| Attention (optional): c/o Wave Rock LLC | Attention (optional): |
| Address 1: 7702 E. Doubletree Ranch Road | Address 1: |
| Address 2 (optional): #300 | Address 2 (optional): |
| City: Scottsdale State: AZ Zip: 85258 | City: State: Zip: |

**3.3** If you completed 3.2, is the NEW known place of business address in Arizona the same as the street address of the statutory agent? ☐ Yes ☑ No

**4. CURRENT OR EXISTING STATUTORY AGENT** – list the name and addresses of the statutory agent as shown in the records of the Arizona Corporation Commission *before any changes* (this is the existing statutory agent):

| 4.1 *REQUIRED* – list the *name* and *physical or street address* (not a P.O. Box) in Arizona of the existing statutory agent: | 4.2 *REQUIRED* – list the mailing address (if one exists in A.C.C. records) in Arizona of the existing Statutory Agent: |
|---|---|
| Statutory Agent Name: Mariscal Weeks McIntyre & Frie | |
| Attention (optional): | Attention (optional): |
| Address 1: 2901 N. Central Avenue #200 | Address 1: |
| Address 2 (optional): | Address 2 (optional): |
| City: Phoenix State: AZ Zip: 85012 | City: State: Zip: |

L020.001
Rev: 2010

4.3 ☐ **CHANGE IN EXISTING STATUTORY AGENT NAME ONLY** – If the *name only* of the existing statutory agent listed in number 5.1 above has changed, but a new agent has not been appointed, check the box and give the new name of the existing statutory agent below:

4.4 **CHANGE IN EXISTING STATUTORY AGENT ADDRESS** – check all that apply and follow instructions:

☐ **STREET ADDRESS CHANGED** – complete number 4.5.

☐ **MAILING ADDRESS CHANGED** – complete number 4.6.

| 4.5 NEW STREET ADDRESS – give the NEW physical or street address (not a P.O. Box) in Arizona of the existing statutory agent: | | | 4.6 NEW MAILING ADDRESS – give the NEW mailing address in Arizona of the existing statutory agent (can be a P.O. Box): | | |
|---|---|---|---|---|---|
| Attention (optional) | | | Attention (optional) | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City | State | Zip | City | State | Zip |

5. ☑ **NEW STATUTORY AGENT** – If a new statutory agent is being appointed, check the box and complete the following for the **NEW statutory agent**:

| 5.1 *REQUIRED* – give the name (can be an individual or an entity) and physical or street address (not a P.O. Box) in Arizona of the NEW statutory agent: | | | 5.2 *OPTIONAL* – mailing address in Arizona of NEW Statutory Agent (can be a P.O. Box): | | |
|---|---|---|---|---|---|
| National Corporate Research, Ltd.<br>Statutory Agent Name | | | | | |
| Attention (optional) | | | Attention (optional) | | |
| 815 North First Avenue<br>Address 1 | | | Address 1 | | |
| Suite #4<br>Address 2 (optional) | | | Address 2 (optional) | | |
| Phoenix<br>City | AZ<br>State | 85003<br>Zip | City | State | Zip |

5.3 *REQUIRED* – If you are appointing a new statutory agent, the Statutory Agent Acceptance form M002 must be submitted along with this Statement of Change form.

**SIGNATURE** – *see Instructions L020i for who is authorized to make changes:*

If the person signing this form is the existing statutory agent changing its own address, then by the signature appearing below, the existing statutory agent certifies *under penalty of perjury* that he or she has given the LLC named in number 1 above written notice of the address change.

By checking the box marked "I accept" below, I acknowledge *under penalty of perjury* that this document together with any attachments is submitted in compliance with Arizona law.

☑ I ACCEPT

[signature] Jenny Johnson 5/16/14

Signature — Printed Name — Date

**REQUIRED** – check only one and fill in the corresponding blank if signing for an entity:

| ☑ I am the individual Manager of this manager-managed LLC or I am signing for an entity manager named: Wave Rock, LLC | ☐ I am a Member of this member-managed LLC or I am signing for an entity member named: | ☐ I am a Statutory Agent changing only my own address and/or my own name. |
|---|---|---|

| Filing Fee: $5.00 (regular processing)<br>Expedited processing – add $35.00 to filing fee.<br>All fees are nonrefundable - see Instructions. | Mail: Arizona Corporation Commission – Corporate Filings Section<br>1300 W. Washington St., Phoenix, Arizona 85007<br>Fax: 602-542-4100 |
|---|---|

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# STATUTORY AGENT ACCEPTANCE

*Please read Instructions M002I*

1. **ENTITY NAME** – give the **exact** name in Arizona of the corporation or LLC that has appointed the Statutory Agent (this must match exactly the name as listed on the document appointing the statutory agent, e.g., Articles of Organization or Article of Incorporation):

   BODY TROPICAL, LLC

2. **A.C.C. FILE NUMBER** (if entity is already incorporated or registered in AZ): L-1731872-9

   Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

3. **STATUTORY AGENT NAME** – give the exact name of the Statutory Agent appointed by the entity listed in number 1 above (this will be *either* an individual or an entity). *NOTE* - the name must match **exactly** the statutory agent name as listed in the document that appoints the statutory agent (e.g. Articles of Incorporation or Articles of Organization), including any middle initial or suffix:

   National Corporate Research, Ltd.

**STATUTORY AGENT SIGNATURE:**

By the signature appearing below, the individual or entity named in number 3 above accepts the appointment as statutory agent for the entity named in number 1 above, and acknowledges that the appointment is effective until the appointing entity replaces the statutory agent or the statutory agent resigns, whichever occurs first.

The person signing below declares and certifies *under penalty of perjury* that the information contained within this document together with any attachments is true and correct, and is submitted in compliance with Arizona law.

[signature] Alexis Cassidy, Asst. Secretary 7/19/2014

Signature Printed Name Date

**REQUIRED** – check only one:

| | |
|---|---|
| ☐ **Individual as statutory agent:** I am signing on behalf of myself as the individual | ☒ **Entity as statutory agent:** I am signing on behalf of the entity named as statutory agent, and I am authorized to act for that entity. |

| | |
|---|---|
| Filing Fee: none (regular processing)<br>Expedited processing – **(available only if this form is submitted by itself)** add $35.00 to filing fee.<br>All fees are nonrefundable - see Instructions. | Mail: Arizona Corporation Commission - Corporate Filings Section<br>1300 W. Washington St., Phoenix, Arizona 85007<br>Fax: 602-542-4100 |

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.

All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.

If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

AZ. Corp. Commission
04003912

RECEIVED
AUG 3 1 2012
ARIZONA CORP. COMMISSION
CORPORATIONS DIVISION

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# LLC STATEMENT OF CHANGE OF MANAGER OR MEMBER ADDRESSES

*Read the Instructions L021i*

1. **ENTITY NAME** – give the exact name of the LLC as currently shown in A.C.C. records:
BODY TROPICAL, LLC

2. **A.C.C. FILE NUMBER:** L-1731872-9
Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

3. **MANAGER ADDRESSES** – for each manager being changed, list the name and address as currently shown on A.C.C. records and then give the new address for that manager. If more space is needed, submit another Statement of Change form.
*If the person is also a member, also list their name, address, and new address in the Member Addresses section.*

| NAME AND ADDRESS BEFORE CHANGES: | NEW ADDRESS ONLY: |
|---|---|
| Name 1: Wave Rock, LLC | |
| Address 1: 7702 Doubletree Ranch Rd #300 | Address 1: 7702 E. Doubletree Ranch Road, Suite 300 |
| Address 2 (optional): | Address 2 (optional): |
| City: Scottsdale / Country: / State: AZ / Zip: 85258 | City: Scottsdale / Country: / State: AZ / Zip: 85258 |
| Name 2: | |
| Address 1: | Address 1: |
| Address 2 (optional): | Address 2 (optional): |
| City / Country / State / Zip | City / Country / State / Zip |
| Name 3: | |
| Address 1: | Address 1: |
| Address 2 (optional): | Address 2 (optional): |
| City / Country / State / Zip | City / Country / State / Zip |
| Name 4: | |
| Address 1: | Address 1: |
| Address 2 (optional): | Address 2 (optional): |
| City / Country / State / Zip | City / Country / State / Zip |

4. **MEMBER ADDRESSES** – for each member being changed, list the name and address as currently shown on A.C.C. records and then give the new address for that member. If more space is needed, submit another Statement of Change form. *If the person is also a manager, also list their name, address, and new address in the Manager Addresses section.*

| NAME AND ADDRESS BEFORE CHANGES: | NEW ADDRESS ONLY: |
|---|---|
| Name 1: Wave Rock, LLC | |
| Address 1: 7702 Doubletree Ranch Rd #300 | Address 1: 7702 E. Doubletree Ranch Road, Suite 300 |
| Address 2 (optional): | Address 2 (optional): |
| City: Scottsdale / Country: / State: AZ / Zip: 85258 | City: Scottsdale / Country: / State: AZ / Zip: 85258 |
| NAME AND ADDRESS BEFORE CHANGES: | NEW ADDRESS ONLY: |
| Name 2 | |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |
| City / Country / State / Zip | City / Country / State / Zip |
| NAME AND ADDRESS BEFORE CHANGES: | NEW ADDRESS ONLY: |
| Name 3 | |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |
| City / Country / State / Zip | City / Country / State / Zip |
| NAME AND ADDRESS BEFORE CHANGES: | NEW ADDRESS ONLY: |
| Name 4 | |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |
| City / Country / State / Zip | City / Country / State / Zip |

**SIGNATURE:** By checking the box marked "accept" below, I acknowledge *under penalty of perjury* that this document together with any attachments is submitted in compliance with Arizona law.

☑ I ACCEPT

| Signature | Printed Name | Date |
|---|---|---|
| [signature] | Blair McNea, CEO | 8.15.12 |

**REQUIRED** – check only one and fill in the corresponding blank if signing for an entity:

| ■ I am the individual **Manager** of this manager-managed LLC **or** I am signing for an **entity manager named:** Wave Rock, LLC | ☐ I am a **Member** of this member-managed LLC **or** I am signing for an **entity member named:** |
|---|---|

| Filing Fee: $5.00 (regular processing)<br>Expedited processing – add $35.00 to filing fee.<br>All fees are nonrefundable - see Instructions. | Mail: Arizona Corporation Commission - Corporate Filings Section<br>1300 W. Washington St., Phoenix, Arizona 85007<br>Fax: 602-542-4100 |
|---|---|

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

# PX1

# Ostrum Attachment BE

# Corporate Records

- Arizona Corporation Commission eCorp

Arizona
Corporation Commission

eCorp

Search for an Entity Name

Search Date and Time:
**3/7/2017 2:21:46 PM**

File Number:
**L17491836**

Corporation Name:
**BRASS TRIANGLE, LLC**

Collapse | Expand

Corporate Inquiry

| File Number | Corporation Name | Check Corporate Status |
|---|---|---|
| L17491836 | BRASS TRIANGLE, LLC | Check Corporate Status |

Domestic Address

4600 E WASHINGTON ST #300
PHOENIX, AZ 85034

Statutory Agent Information

**Agent Name:** NATIONAL CORPORATE RESEARCH LT

**Agent Mailing/Physical Address:**
815 N FIRST AVE STE 4
PHOENIX, AZ 85003

http://ecorp.azcc.gov/Details/Corp?corpId=L17491836[3/7/2017 4:21:32 PM]

Ostrum Attachment BE-1

**Agent Status:** APPOINTED 05/20/2014

**Agent Last Updated:** 05/22/2014

Additional Entity Information

| | |
|---|---|
| **Entity Type:** DOMESTIC L.L.C. | **Business Type:** |
| **Incorporation Date:** 3/23/2012 | **Corporation Life Period:** PERPETUAL |
| **Domicile:** ARIZONA | **County:** MARICOPA |
| **Approval Date:** 3/27/2012 | **Original Publish Date:** 4/9/2012 |

Manager/Member Information

| Name | Title | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|
| MEGAN GOODMAN-ARNDT | MANAGER | 4600 E WASHINGTON ST #300 PHOENIX, AZ 85034 | 03/23/2012 | 03/27/2012 |
| MEGAN GOODMAN-ARNDT | MEMBER | 4600 E WASHINGTON ST #300 PHOENIX, AZ 85034 | 03/23/2012 | 03/27/2012 |
| BODY TROPICAL LLC | MEMBER | 7702 E DOUBLETREE RANCH RD #300 SCOTTSDALE, AZ 85258 | 03/23/2012 | 09/26/2012 |

Scanned Documents

- Arizona Corporation Commission eCorp

Click on a gold button below to view a document. If the button is gray, the document is not yet available. Please check back again later.

| Document Number | Description | Date Received |
|---|---|---|
| 04663136 | AGENT APPOINTMENT | 5/20/2014 |
| 04003910 | CHANGE(S) | 8/31/2012 |
| 03862470 | PUB OF ARTICLES OF ORGANIZATION | 4/9/2012 |
| 03821576 | ARTICLES OF ORGANIZATION | 3/23/2012 |

Microfilm

| Location | Entered | Description |
|---|---|---|
| 32324057035 | 3/23/2012 | ARTICLES OF ORGANIZATION |
| 32327003003 | 4/9/2012 | PUB OF ARTICLES OF ORGANIZATION |
| 32338069015 | 8/31/2012 | CHANGE(S) |

Print Details

Privacy Policy | Contact Us

http://ecorp.azcc.gov/Details/Corp?corpId=L17491836[3/7/2017 4:21:32 PM]

Ostrum Attachment BE-3



AZ Corp. Commission
03821576

ARTICLES OF ORGANIZATION

OF

BRASS TRIANGLE, LLC

AZ CORPORATION COMMISSION
FILED

MAR 23 2012

FILE NO. L-1749183-6

ARTICLE 1 - NAME

The name of the limited liability company is BRASS TRIANGLE, LLC.

ARTICLE 2 - REGISTERED OFFICE

The registered office of the limited liability company is 4600 E. Washington Street - Suite 300, Phoenix, Arizona 85034, which is located in the County of Maricopa, Arizona.

ARTICLE 3 - STATUTORY AGENT

The name and address of the statutory agent of the limited liability company is Mariscal, Weeks, McIntyre & Friedlander, P.A., 2901 N. Central Avenue - Suite 200, Phoenix, Arizona 85012-2705.

ARTICLE 4 - MANAGEMENT

Management of the limited liability company is vested in a manager or managers.

ARTICLE 5 - NAME AND ADDRESS OF EACH MEMBER WHO OWNS A TWENTY PERCENT OR GREATER INTEREST IN THE CAPITAL OR PROFITS AND EACH MANAGER

The name and address of each member who owns a twenty percent or greater interest in the capital or profits and each manager of the limited liability

company are:

| | |
|---|---|
| Megan Goodman-Arndt<br>4600 E. Washington Street - Suite 300<br>Phoenix, Arizona 85034 | Member and Manager |
| Body Tropical, LLC, an Arizona limited liability company<br>7702 Doubletree Ranch Road - Suite 300<br>Scottsdale, Arizona 85258 | Member |

**ARTICLE 6 - ORGANIZER**

The undersigned organizer shall have no authority, responsibilities, or duties as organizer other than the filing of these Articles of Organization.

Dated: March 22, 2012.

Shannon Golden-Schubert - Organizer

**APPOINTMENT OF STATUTORY AGENT**

A. The undersigned has been named as the statutory agent in the Articles of Organization of BRASS TRIANGLE, LLC, an Arizona limited liability company (the "Company"), which have been delivered for filing with the Arizona Corporation Commission.

B. The undersigned has been notified of its appointment as agent of the Company and hereby accepts its appointment as statutory agent of the Company.

MARISCAL, WEEKS, MCINTYRE & FRIEDLANDER, P.A.

By ______________________
David I. Thompson, Esq.
For the Firm

PJM\BRASS-TRIANGLE-DIT\ARTS-BRASS

# PX1

## Ostrum Attachment BF

## Corporate Records

2-2

- Arizona Corporation Commission eCorp

Arizona
Corporation Commission

eCorp

Search for an Entity Name

Search Date and Time:
**3/14/2017 1:00:53 PM**

File Number:
**L17318751**

Corporation Name:
**CIRCLE OF YOUTH SKINCARE, LLC**

Collapse | Expand

Corporate Inquiry

| File Number | Corporation Name | Check Corporate Status |
|---|---|---|
| L17318751 | CIRCLE OF YOUTH SKINCARE, LLC | Check Corporate Status |

Domestic Address

7702 E DOUBLETREE RANCH RD
#300
SCOTTSDALE, AZ 85258

Statutory Agent Information

**Agent Name:** NATIONAL CORPORATE RESEARCH LT

**Agent Mailing/Physical Address:**

815 N FIRST AVE STE #4

http://ecorp.azcc.gov/Details/Corp?corpId=L17318751[3/14/2017 4:00:43 PM]

Ostrum Attachment BF-1

PHOENIX, AZ 85003

**Agent Status:** APPOINTED 05/13/2014

**Agent Last Updated:** 05/15/2014

## Additional Entity Information

| | |
|---|---|
| **Entity Type:** DOMESTIC L.L.C. | **Business Type:** |
| **Incorporation Date:** 1/12/2012 | **Corporation Life Period:** PERPETUAL |
| **Domicile:** ARIZONA | **County:** MARICOPA |
| **Approval Date:** 1/17/2012 | **Original Publish Date:** 1/30/2012 |

## Manager/Member Information

| Name | Title | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|
| WAVE ROCK LLC | MANAGER | 7702 E DOUBLETREE RANCH RD #300 SCOTTSDALE, AZ 85258 | 01/12/2012 | 09/26/2012 |
| WAVE ROCK LLC | MEMBER | 7702 E DOUBLETREE RANCH RD #300 SCOTTSDALE, AZ 85258 | 01/12/2012 | 09/26/2012 |

## Scanned Documents

- Arizona Corporation Commission eCorp

Click on a gold button below to view a document. If the button is gray, the document is not yet available. Please check back again later.

| Document Number | Description | Date Received |
|---|---|---|
| 04671501 | AGENT APPOINTMENT | 5/13/2014 |
| 04003909 | CHANGE(S) | 8/31/2012 |
| 04003908 | CHANGE(S) | 8/31/2012 |
| 03775751 | PUB OF ARTICLES OF ORGANIZATION | 1/30/2012 |
| 03733306 | ARTICLES OF ORGANIZATION | 1/12/2012 |

Microfilm

| Location | Entered | Description |
|---|---|---|
| 32291010037 | 1/12/2012 | ARTICLES OF ORGANIZATION |
| 32321082025 | 1/30/2012 | PUB OF ARTICLES OF ORGANIZATION |
| 32338069013 | 8/31/2012 | CHANGE(S) |
| 32338069014 | 8/31/2012 | CHANGE(S) |

Print Details

Privacy Policy I Contact Us

http://ecorp.azcc.gov/Details/Corp?corpId=L17318751[3/14/2017 4:00:43 PM]

Ostrum Attachment BF-3

- Arizona Corporation Commission eCorp

http://ecorp.azcc.gov/Details/Corp?corpId=L17318751[3/14/2017 4:00:43 PM]

Ostrum Attachment BF-4

JAN 12 2012 10:44 FR MARISCAL WEEKS 6022855100 TO 96025

AZ Corp. Commission
03733306

AZ CORPORATION COMMISSION
FILED

JAN 1 2 2012

FILE NO. L-1731875

# ARTICLES OF ORGANIZATION OF CIRCLE OF YOUTH SKINCARE, LLC

## ARTICLE 1 - NAME

The name of the limited liability company is CIRCLE OF YOUTH SKINCARE, LLC.

## ARTICLE 2 - REGISTERED OFFICE

The registered office of the limited liability company is 7702 Doubletree Ranch Road - Suite 300, Scottsdale, Arizona 85258, which is located in the County of Maricopa, Arizona.

## ARTICLE 3 - STATUTORY AGENT

The name and address of the statutory agent of the limited liability company is Mariscal, Weeks, McIntyre & Friedlander, P.A., 2901 N. Central Avenue - Suite 200, Phoenix, Arizona, 85012-2705.

## ARTICLE 4 - MANAGEMENT

Management of the limited liability company is vested in a manager or managers.

## ARTICLE 5 - NAME AND ADDRESS OF EACH MEMBER WHO OWNS A TWENTY PERCENT OR GREATER INTEREST IN THE CAPITAL OR PROFITS AND EACH MANAGER

The name and address of each member who owns a twenty percent or greater interest in the capital or profits and each manager of the limited liability

company are:

| | |
|---|---|
| Wave Rock, LLC, a Nevada limited liability company<br>Suite 300<br>7702 Doubletree Ranch Road<br>Scottsdale, Arizona 85258 | Member and Manager |

## ARTICLE 6 - ORGANIZER

The undersigned organizer shall have no authority, responsibilities, or duties as organizer other than the filing of these Articles of Organization.

Dated January 6, 2012.

[signature]
Shannon Golden-Schubert - Organizer

# APPOINTMENT OF STATUTORY AGENT

A. The undersigned has been named as the statutory agent in the Articles of Organization of CIRCLE OF YOUTH SKINCARE, LLC, an Arizona limited liability company (the "Company"), which have been delivered for filing with the Arizona Corporation Commission.

B. The undersigned has been notified of its appointment as agent of the Company and hereby accepts its appointment as statutory agent of the Company.

MARISCAL, WEEKS, MCINTYRE & FRIEDLANDER, P.A.

By [signature]
David I. Thompson, Esq.
For the Firm

PJM\CIRCLE-OF-YOUTH-DIT\ARTS-CIRCLE

AZ Corp. Commission
04671501

RECEIVED
MAY 1 3 2014
ARIZONA CORP. COMMISSION
CORPORATIONS DIVISION

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

## LLC STATEMENT OF CHANGE OF KNOWN PLACE OF BUSINESS ADDRESS OR STATUTORY AGENT

*Read the Instructions L020i*

***NOTE** – no matter what is being changed, numbers 1, 2, 3.1, 4.1, and 4.2 must be completed. The form will be rejected if those sections are not completed.*

**1. ENTITY NAME** – give the exact name of the LLC as currently shown in A.C.C. records:

CIRCLE OF YOUTH SKINCARE, LLC

**2. A.C.C. FILE NUMBER:** L-1731875-1

Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

**3. ARIZONA KNOWN PLACE OF BUSINESS ADDRESS:**

| 3.1 *REQUIRED* – list the known place of business address currently shown in A.C.C. records (before any changes): | | | 3.2 *Optional* – List the NEW known place of business address in Arizona (must be a street or physical address): | | |
|---|---|---|---|---|---|
| Attention (optional): | | | Attention (optional): | | |
| Address 1: 7702 E. Doubletree Ranch Road, #300 | | | Address 1: | | |
| Address 2 (optional): | | | Address 2 (optional): | | |
| City: Scottsdale | State: AZ | Zip: 85258 | City: | State: | Zip: |

**3.3** If you completed 3.2, is the NEW known place of business address in Arizona the same as the street address of the statutory agent? ☐ Yes ☑ No

**4. CURRENT OR EXISTING STATUTORY AGENT** – list the name and addresses of the statutory agent as shown in the records of the Arizona Corporation Commission *before any changes* (this is the existing statutory agent):

| 4.1 *REQUIRED* – list the *name* and *physical or street address* (not a P.O. Box) in Arizona of the existing statutory agent: | | | 4.2 *REQUIRED* – list the mailing address (if one exists in A.C.C. records) in Arizona of the existing Statutory Agent: | | |
|---|---|---|---|---|---|
| Statutory Agent Name: Mariscal Weeks McIntyre & Frie | | | | | |
| Attention (optional): | | | Attention (optional): | | |
| Address 1: 2901 N. Central Avenue, #200 | | | Address 1: | | |
| Address 2 (optional): | | | Address 2 (optional): | | |
| City: Phoenix | State: AZ | Zip: 85012 | City: | State: | Zip: |

Ostrum Attachment BF-8

4.3 ☐ **CHANGE IN EXISTING STATUTORY AGENT NAME ONLY** – If the *name only* of the existing statutory agent listed in number 5.1 above has changed, but a new agent has not been appointed, check the box and give the new name of the existing statutory agent below:

_______________________________

4.4 **CHANGE IN EXISTING STATUTORY AGENT ADDRESS** – check all that apply and follow instructions:

☐ **STREET ADDRESS CHANGED** – complete number 4.5.

☐ **MAILING ADDRESS CHANGED** – complete number 4.6.

| **4.5 NEW STREET ADDRESS** – give the NEW physical or street address (not a P.O. Box) in Arizona of the existing statutory agent: | | | **4.6 NEW MAILING ADDRESS** – give the NEW mailing address in Arizona of the existing statutory agent (can be a P.O. Box): | | |
|---|---|---|---|---|---|
| Attention (optional) | | | Attention (optional) | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City | State | Zip | City | State | Zip |

**5.** ☑ **NEW STATUTORY AGENT** – If a new statutory agent is being appointed, check the box and complete the following for the NEW statutory agent:

| **5.1** *REQUIRED* – give the name (can be an individual or an entity) and physical or street address (not a P.O. Box) in Arizona of the NEW statutory agent: | | | **5.2** *OPTIONAL* – mailing address in Arizona of NEW Statutory Agent (can be a P.O. Box): | | |
|---|---|---|---|---|---|
| National Corporate Research, Ltd.<br>Statutory Agent Name | | | | | |
| Attention (optional) | | | Attention (optional) | | |
| 815 North First Avenue, Suite #4<br>Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| Phoenix<br>City | AZ<br>State | 85003<br>Zip | City | State | Zip |

**5.3** *REQUIRED* – If you are appointing a new statutory agent, the Statutory Agent Acceptance form M002 must be submitted along with this Statement of Change form.

**SIGNATURE** – *see Instructions L020i for who is authorized to make changes:*

If the person signing this form is the existing statutory agent changing its own address, then by the signature appearing below, the existing statutory agent certifies *under penalty of perjury* that he or she has given the LLC named in number 1 above written notice of the address change.

By checking the box marked "I accept" below, I acknowledge *under penalty of perjury* that this document together with any attachments is submitted in compliance with Arizona law.

☑ I ACCEPT

[signature] Signature — Jenny Johnson Printed Name — 5/2/14 Date

**REQUIRED** – check only one and fill in the corresponding blank if signing for an entity:

| | | |
|---|---|---|
| ☑ I am the individual Manager of this manager-managed LLC or I am signing for an entity manager named: Wave Rock, LLC | ☐ I am a Member of this member-managed LLC or I am signing for an entity member named: | ☐ I am a Statutory Agent changing only my own address and/or my own name. |

| | |
|---|---|
| Filing Fee: $5.00 (regular processing)<br>Expedited processing – add $35.00 to filing fee.<br>All fees are nonrefundable - see Instructions. | Mail: Arizona Corporation Commission - Corporate Filings Section<br>1300 W. Washington St., Phoenix, Arizona 85007<br>Fax: 602-542-4100 |

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# STATUTORY AGENT ACCEPTANCE

*Please read Instructions M002I*

1. **ENTITY NAME** – give the **exact** name in Arizona of the corporation or LLC that has appointed the Statutory Agent (this must match exactly the name as listed on the document appointing the statutory agent, e.g., Articles of Organization or Article of Incorporation):

   **CIRCLE OF YOUTH SKINCARE, LLC**

2. **A.C.C. FILE NUMBER** (if entity is already incorporated or registered in AZ): **L-1731875-1**

   Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

3. **STATUTORY AGENT NAME** – give the exact name of the Statutory Agent appointed by the entity listed in number 1 above (this will be *either* an individual or an entity). *NOTE* - the name must match **exactly** the statutory agent name as listed in the document that appoints the statutory agent (e.g. Articles of Incorporation or Articles of Organization), including any middle initial or suffix:

   **National Corporate Research, Ltd.**

**STATUTORY AGENT SIGNATURE:**

By the signature appearing below, the individual or entity named in number 3 above accepts the appointment as statutory agent for the entity named in number 1 above, and acknowledges that the appointment is effective until the appointing entity replaces the statutory agent or the statutory agent resigns, whichever occurs first.

The person signing below declares and certifies *under penalty of perjury* that the information contained within this document together with any attachments is true and correct, and is submitted in compliance with Arizona law.

[signature] **Alexis Cassidy, Asst. Secretary** 7/12/2014

Signature — Printed Name — Date

**REQUIRED** – check only one:

| | |
|---|---|
| ☐ **Individual as statutory agent:** I am signing on behalf of myself as the individual | ☒ **Entity as statutory agent:** I am signing on behalf of the entity named as statutory agent, and I am authorized to act for that entity. |

| | |
|---|---|
| Filing Fee: none (regular processing)<br>Expedited processing – **(available only if this form is submitted by itself)** add $35.00 to filing fee.<br>All fees are nonrefundable - see Instructions. | Mail: Arizona Corporation Commission - Corporate Filings Section<br>1300 W. Washington St., Phoenix, Arizona 85007<br>Fax: 602-542-4100 |

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

M002.002
Rev: 2014



AZ Corp. Commission

04003909

RECEIVED
AUG 3 1 2012
ARIZONA CORP. COMMISSION
CORPORATIONS DIVISION

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# LLC STATEMENT OF CHANGE OF MANAGER OR MEMBER ADDRESSES

*Read the Instructions L021i*

1. **ENTITY NAME** – give the exact name of the LLC as currently shown in A.C.C. records:
   CIRCLE OF YOUTH SKINCARE, LLC

2. **A.C.C. FILE NUMBER:** L-1731875-1
   Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

3. **MANAGER ADDRESSES** – for each manager being changed, list the name and address as currently shown on A.C.C. records and then give the new address for that manager. If more space is needed, submit another Statement of Change form.
   *If the person is also a member, also list their name, address, and new address in the Member Addresses section.*

| NAME AND ADDRESS BEFORE CHANGES: | NEW ADDRESS ONLY: |
|---|---|
| Name 1: Wave Rock, LLC | |
| Address 1: 7702 Doubletree Ranch Rd #300 | Address 1: 7702 E. Doubletree Ranch Road, Suite 300 |
| Address 2 (optional): | Address 2 (optional): |
| City: Scottsdale | City: Scottsdale |
| Country: | State: AZ | Zip: 85258 | Country: | State: AZ | Zip: 85258 |

| NAME AND ADDRESS BEFORE CHANGES: | NEW ADDRESS ONLY: |
|---|---|
| Name 2: | |
| Address 1: | Address 1: |
| Address 2 (optional): | Address 2 (optional): |
| City / Country: State: Zip: | City / Country: State: Zip: |

| NAME AND ADDRESS BEFORE CHANGES: | NEW ADDRESS ONLY: |
|---|---|
| Name 3: | |
| Address 1: | Address 1: |
| Address 2 (optional): | Address 2 (optional): |
| City / Country: State: Zip: | City / Country: State: Zip: |

| NAME AND ADDRESS BEFORE CHANGES: | NEW ADDRESS ONLY: |
|---|---|
| Name 4: | |
| Address 1: | Address 1: |
| Address 2 (optional): | Address 2 (optional): |
| City / Country: State: Zip: | City / Country: State: Zip: |

4. **MEMBER ADDRESSES** – for each member being changed, list the name and address as currently shown on A.C.C. records and then give the new address for that member. If more space is needed, submit another Statement of Change form. *If the person is also a manager, also list their name, address, and new address in the Manager Addresses section.*

| NAME AND ADDRESS BEFORE CHANGES: | NEW ADDRESS ONLY: |
|---|---|
| Name 1: Wave Rock, LLC | |
| Address 1: 7702 Doubletree Ranch Rd #300 | Address 1: 7702 E. Doubletree Ranch Road, Suite 300 |
| Address 2 (optional): | Address 2 (optional): |
| City: Scottsdale State: AZ Zip: 85258 Country: | City: Scottsdale State: AZ Zip: 85258 Country: |
| Name 2: | |
| Address 1: | Address 1: |
| Address 2 (optional): | Address 2 (optional): |
| City: State: Zip: Country: | City: State: Zip: Country: |
| Name 3: | |
| Address 1: | Address 1: |
| Address 2 (optional): | Address 2 (optional): |
| City: State: Zip: Country: | City: State: Zip: Country: |
| Name 4: | |
| Address 1: | Address 1: |
| Address 2 (optional): | Address 2 (optional): |
| City: State: Zip: Country: | City: State: Zip: Country: |

**SIGNATURE:** By checking the box marked "I accept" below, I acknowledge *under penalty of perjury* that this document together with any attachments is submitted in compliance with Arizona law.

☑ I ACCEPT

Signature: [signature] Printed Name: Blair McNea, CEO Date: 8.15.12

**REQUIRED** – check only one and fill in the corresponding blank if signing for an entity:

| ■ I am the individual **Manager** of this manager-managed LLC **or** I am signing for an **entity manager named:** Wave Rock, LLC | ☐ I am a **Member** of this member-managed LLC **or** I am signing for an **entity member named:** |
|---|---|

| Filing Fee: $5.00 (regular processing)<br>Expedited processing – add $35.00 to filing fee.<br>All fees are nonrefundable - see Instructions. | Mail: Arizona Corporation Commission - Corporate Filings Section<br>1300 W. Washington St., Phoenix, Arizona 85007<br>Fax: 602-542-4100 |
|---|---|

Please be advised that A.C.C. forms reflect only the **minimum** provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are **public record** and are open for public inspection.
If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

# PX1

# Ostrum Attachment BG

# Corporate Records

Arizona
Corporation Commission

eCorp

Search for an Entity Name

Search Date and Time:
**3/7/2017 2:28:29 PM**

File Number:
**L17318784**

Corporation Name:
**DENTAL PRO AT HOME, LLC**

Collapse | Expand

Corporate Inquiry

| File Number | Corporation Name | Check Corporate Status |
|---|---|---|
| L17318784 | DENTAL PRO AT HOME, LLC | Check Corporate Status |

Domestic Address

% WAVE ROCK LLC
7702 E DOUBLETREE RANCH RD
#300
SCOTTSDALE, AZ 85258

Statutory Agent Information

**Agent Name:** NATIONAL CORPORATE RESEARCH LT

**Agent Mailing/Physical Address:**



815 N FIRST AVE STE #4
PHOENIX, AZ 85003

**Agent Status:** APPOINTED 05/13/2014

**Agent Last Updated:** 05/15/2014

Additional Entity Information

| | |
|---|---|
| **Entity Type:** DOMESTIC L.L.C. | **Business Type:** |
| **Incorporation Date:** 1/12/2012 | **Corporation Life Period:** PERPETUAL |
| **Domicile:** ARIZONA | **County:** MARICOPA |
| **Approval Date:** 1/17/2012 | **Original Publish Date:** 1/30/2012 |

Manager/Member Information

| Name | Title | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|
| WAVE ROCK LLC | MANAGER | 7702 E DOUBLETREE RANCH RD #300 SCOTTSDALE, AZ 85258 | 01/12/2012 | 09/26/2012 |
| WAVE ROCK LLC | MEMBER | 7702 E DOUBLETREE RANCH RD #300 SCOTTSDALE, AZ 85258 | 01/12/2012 | 09/26/2012 |

Scanned Documents

- Arizona Corporation Commission eCorp

Click on a gold button below to view a document. If the button is gray, the document is not yet available. Please check back again later.

| Document Number | Description | Date Received |
|---|---|---|
| 04671502 | AGENT APPOINTMENT | 5/13/2014 |
| 04003886 | CHANGE(S) | 8/31/2012 |
| 04003887 | CHANGE(S) | 8/31/2012 |
| 03775750 | PUB OF ARTICLES OF ORGANIZATION | 1/30/2012 |
| 03733307 | ARTICLES OF ORGANIZATION | 1/12/2012 |

Microfilm

| Location | Entered | Description |
|---|---|---|
| 32291010038 | 1/12/2012 | ARTICLES OF ORGANIZATION |
| 32321082024 | 1/30/2012 | PUB OF ARTICLES OF ORGANIZATION |
| 32338069002 | 8/31/2012 | CHANGE(S) |
| 32338069003 | 8/31/2012 | CHANGE(S) |

Print Details

http://ecorp.azcc.gov/Details/Corp?corpId=L17318784[3/7/2017 4:28:11 PM]

Ostrum Attachment BG-3

- Arizona Corporation Commission eCorp

Privacy Policy | Contact Us

http://ecorp.azcc.gov/Details/Corp?corpId=L17318784[3/7/2017 4:28:11 PM]

Ostrum Attachment BG-4

AZ Corp. Commission
03733307

AZ CORPORATION COMMISSION
FILED
JAN 1 2 2012
FILE NO. L-1731878-4

# ARTICLES OF ORGANIZATION

# OF

# DENTAL PRO AT HOME, LLC

## ARTICLE 1 - NAME

The name of the limited liability company is DENTAL PRO AT HOME, LLC.

## ARTICLE 2 - REGISTERED OFFICE

The registered office of the limited liability company is 7702 Doubletree Ranch Road - Suite 300, Scottsdale, Arizona 85258, which is located in the County of Maricopa, Arizona.

## ARTICLE 3 - STATUTORY AGENT

The name and address of the statutory agent of the limited liability company is Mariscal, Weeks, McIntyre & Friedlander, P.A., 2901 N. Central Avenue - Suite 200, Phoenix, Arizona, 85012-2705.

## ARTICLE 4 - MANAGEMENT

Management of the limited liability company is vested in a manager or managers.

## ARTICLE 5 - NAME AND ADDRESS OF EACH MEMBER WHO OWNS A TWENTY PERCENT OR GREATER INTEREST IN THE CAPITAL OR PROFITS AND EACH MANAGER

The name and address of each member who owns a twenty percent or greater interest in the capital or profits and each manager of the limited liability

company are:

| | |
|---|---|
| Wave Rock, LLC, a Nevada limited liability company<br>Suite 300<br>7702 Doubletree Ranch Road<br>Scottsdale, Arizona 85258 | Member and Manager |

**ARTICLE 6 - ORGANIZER**

The undersigned organizer shall have no authority, responsibilities, or duties as organizer other than the filing of these Articles of Organization.

Dated January 6, 2012.

[signature]
Shannon Golden-Schubert - Organizer

**APPOINTMENT OF STATUTORY AGENT**

A. The undersigned has been named as the statutory agent in the Articles of Organization of DENTAL PRO AT HOME, LLC, an Arizona limited liability company (the "Company"), which have been delivered for filing with the Arizona Corporation Commission.

B. The undersigned has been notified of its appointment as agent of the Company and hereby accepts its appointment as statutory agent of the Company.

MARISCAL, WEEKS, MCINTYRE & FRIEDLANDER, P.A.

By [signature]
David I. Thompson, Esq.
For the Firm

PJM\DENTAL-PRO-DIT\ARTS-DENTAL-PRO

RECEIVED
AUG 3 1 2012
ARIZONA CORP. COMMISSION
CORPORATIONS DIVISION

AZ Corp. Commission
04003887

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# LLC STATEMENT OF CHANGE OF MANAGER OR MEMBER ADDRESSES

*Read the Instructions L021I*

1. **ENTITY NAME** – give the exact name of the LLC as currently shown in A.C.C. records:
DENTAL PRO AT HOME, LLC

2. **A.C.C. FILE NUMBER:** L-1731878-4
Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

3. **MANAGER ADDRESSES** – for each manager being changed, list the name and address as currently shown on A.C.C. records and then give the new address for that manager. If more space is needed, submit another Statement of Change form.
*If the person is also a member, also list their name, address, and new address in the Member Addresses section.*

| NAME AND ADDRESS BEFORE CHANGES: | NEW ADDRESS ONLY: |
|---|---|
| Name 1: Wave Rock, LLC | |
| Address 1: 7702 Doubletree Ranch Rd #300 | Address 1: 7702 E. Doubletree Ranch Road, Suite 300 |
| Address 2 (optional): | Address 2 (optional): |
| City: Scottsdale; Country: ; State: AZ; Zip: 85258 | City: Scottsdale; Country: ; State: AZ; Zip: 85258 |
| Name 2: | |
| Address 1: | Address 1: |
| Address 2 (optional): | Address 2 (optional): |
| City: ; Country: ; State: ; Zip: | City: ; Country: ; State: ; Zip: |
| Name 3: | |
| Address 1: | Address 1: |
| Address 2 (optional): | Address 2 (optional): |
| City: ; Country: ; State: ; Zip: | City: ; Country: ; State: ; Zip: |
| Name 4: | |
| Address 1: | Address 1: |
| Address 2 (optional): | Address 2 (optional): |
| City: ; Country: ; State: ; Zip: | City: ; Country: ; State: ; Zip: |

**4. MEMBER ADDRESSES** – for each member being changed, list the name and address as currently shown on A.C.C. records and then give the new address for that member. If more space is needed, submit another Statement of Change form. *If the person is also a manager, also list their name, address, and new address in the Manager Addresses section.*

| NAME AND ADDRESS BEFORE CHANGES: | NEW ADDRESS ONLY: |
|---|---|
| Name 1: Wave Rock, LLC | |
| Address 1: 7702 Doubletree Ranch Rd #300 | Address 1: 7702 E. Doubletree Ranch Road, Suite 300 |
| Address 2 (optional): | Address 2 (optional): |
| City: Scottsdale State: AZ Zip: 85258 Country: | City: Scottsdale State: AZ Zip: 85258 Country: |
| Name 2: | |
| Address 1: | Address 1: |
| Address 2 (optional): | Address 2 (optional): |
| City: State: Zip: Country: | City: State: Zip: Country: |
| Name 3: | |
| Address 1: | Address 1: |
| Address 2 (optional): | Address 2 (optional): |
| City: State: Zip: Country: | City: State: Zip: Country: |
| Name 4: | |
| Address 1: | Address 1: |
| Address 2 (optional): | Address 2 (optional): |
| City: State: Zip: Country: | City: State: Zip: Country: |

**SIGNATURE:** By checking the box marked "I accept" below, I acknowledge *under penalty of perjury* that this document together with any attachments is submitted in compliance with Arizona law.

☑ I ACCEPT

[signature] — Signature
Blair McNea, CEO — Printed Name
8.15.12 — Date

**REQUIRED** – check only one and fill in the corresponding blank if signing for an entity:

| ■ I am the individual **Manager** of this manager-managed LLC **or** I am signing for an **entity manager named:** Wave Rock, LLC | ☐ I am a **Member** of this member-managed LLC **or** I am signing for an **entity member named:** |
|---|---|

| Filing Fee: $5.00 (regular processing)<br>Expedited processing – add $35.00 to filing fee.<br>All fees are nonrefundable - see Instructions. | Mail: Arizona Corporation Commission - Corporate Filings Section<br>1300 W. Washington St., Phoenix, Arizona 85007<br>Fax: 602-542-4100 |
|---|---|

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

# PX1

# Ostrum Attachment BH

# Corporate Records

Arizona
Corporation Commission

eCorp

Search for an Entity Name

Search Date and Time:
**3/14/2017 1:04:48 PM**

File Number:
**L17319867**

Corporation Name:
**DERMAGLAM, LLC**

Collapse | Expand

Corporate Inquiry

| File Number | Corporation Name | Check Corporate Status |
|---|---|---|
| L17319867 | DERMAGLAM, LLC | Check Corporate Status |

Domestic Address

% WAVE ROCK LLC
7702 E DOUBLETREE RANCH RD
#300
SCOTTSDALE, AZ 85258

Statutory Agent Information

**Agent Name:** NATIONAL CORPORATE RESEARCH LT

**Agent Mailing/Physical Address:**



815 N FIRST AVE STE 4
PHOENIX, AZ 85003

**Agent Status:** APPOINTED 05/20/2014

**Agent Last Updated:** 05/22/2014

Additional Entity Information

| | |
|---|---|
| **Entity Type:** DOMESTIC L.L.C. | **Business Type:** |
| **Incorporation Date:** 1/12/2012 | **Corporation Life Period:** PERPETUAL |
| **Domicile:** ARIZONA | **County:** MARICOPA |
| **Approval Date:** 1/17/2012 | **Original Publish Date:** 1/30/2012 |

Manager/Member Information

| Name | Title | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|
| WAVE ROCK LLC | MANAGER | 7702 E DOUBLETREE RANCH RD #300 SCOTTSDALE, AZ 85258 | 01/12/2012 | 09/26/2012 |
| WAVE ROCK LLC | MEMBER | 7702 E DOUBLETREE RANCH RD SCOTTSDALE, AZ 85258 | 01/12/2012 | 09/26/2012 |

Scanned Documents

- Arizona Corporation Commission eCorp

Click on a gold button below to view a document. If the button is gray, the document is not yet available. Please check back again later.

| Document Number | Description | Date Received |
|---|---|---|
| 04663140 | AGENT APPOINTMENT | 5/20/2014 |
| 04003885 | CHANGE(S) | 8/31/2012 |
| 04003884 | CHANGE(S) | 8/31/2012 |
| 03775758 | PUB OF ARTICLES OF ORGANIZATION | 1/30/2012 |
| 03733313 | ARTICLES OF ORGANIZATION | 1/12/2012 |

Microfilm

| Location | Entered | Description |
|---|---|---|
| 32291010044 | 1/12/2012 | ARTICLES OF ORGANIZATION |
| 32321082032 | 1/30/2012 | PUB OF ARTICLES OF ORGANIZATION |
| 32338068050 | 8/31/2012 | CHANGE(S) |
| 32338069001 | 8/31/2012 | CHANGE(S) |

Print Details

Privacy Policy | Contact Us

http://ecorp.azcc.gov/Details/Corp?corpId=L17319867[3/14/2017 4:04:36 PM]

Ostrum Attachment BH-3

- Arizona Corporation Commission eCorp

http://ecorp.azcc.gov/Details/Corp?corpId=L17319867[3/14/2017 4:04:36 PM]

Ostrum Attachment BH-4

JAN 12 2012 11:07 FR MARISCAL WEEKS 6022855100 TO 9602[illegible]

AZ Corp. Commission

03733313

AZ CORPORATION COMMISSION
FILED

JAN 1 2 2012

FILE NO. L-1731986-7

# ARTICLES OF ORGANIZATION

# OF

# DermaGlam, LLC

## ARTICLE 1 - NAME

The name of the limited liability company is DermaGlam, LLC.

## ARTICLE 2 - REGISTERED OFFICE

The registered office of the limited liability company is 7702 Doubletree Ranch Road - Suite 300, Scottsdale, Arizona 85258, which is located in the County of Maricopa, Arizona.

## ARTICLE 3 - STATUTORY AGENT

The name and address of the statutory agent of the limited liability company is Mariscal, Weeks, McIntyre & Friedlander, P.A., 2901 N. Central Avenue - Suite 200, Phoenix, Arizona, 85012-2705.

## ARTICLE 4 - MANAGEMENT

Management of the limited liability company is vested in a manager or managers.

## ARTICLE 5 - NAME AND ADDRESS OF EACH MEMBER WHO OWNS A TWENTY PERCENT OR GREATER INTEREST IN THE CAPITAL OR PROFITS AND EACH MANAGER

The name and address of each member who owns a twenty percent or greater interest in the capital or profits and each manager of the limited liability company are:

Wave Rock, LLC, a Nevada limited liability company
Suite 300
7702 Doubletree Ranch Road
Scottsdale, Arizona 85258

Member and Manager

## ARTICLE 6 - ORGANIZER

The undersigned organizer shall have no authority, responsibilities, or duties as organizer other than the filing of these Articles of Organization.

Dated January 6, 2012.

[signature]
Shannon Golden-Schubert - Organizer

## APPOINTMENT OF STATUTORY AGENT

A. The undersigned has been named as the statutory agent in the Articles of Organization of DermaGlam, LLC, an Arizona limited liability company (the "Company"), which have been delivered for filing with the Arizona Corporation Commission.

B. The undersigned has been notified of its appointment as agent of the Company and hereby accepts its appointment as statutory agent of the Company.

MARISCAL, WEEKS, MCINTYRE & FRIEDLANDER, P.A.

By [signature]
David I. Thompson, Esq.
For the Firm

PJM\DERMAGLAM-DIT\ARTS-DERMAGLAM

AZ Corp. Commission
04663140

RECEIVED
MAY 2 0 2014
ARIZONA CORP. COMMISSION
CORPORATIONS DIVISION

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# LLC STATEMENT OF CHANGE OF KNOWN PLACE OF BUSINESS ADDRESS OR STATUTORY AGENT

*Read the Instructions L020i*

***NOTE** – no matter what is being changed, numbers 1, 2, 3.1, 4.1, and 4.2 must be completed. The form will be rejected if those sections are not completed.*

**1. ENTITY NAME** – give the exact name of the LLC as currently shown in A.C.C. records:

DERMAGLAM, LLC

**2. A.C.C. FILE NUMBER:** L-1731986-7

Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

**3. ARIZONA KNOWN PLACE OF BUSINESS ADDRESS:**

| 3.1 *REQUIRED* – list the known place of business address currently shown in A.C.C. records (before any changes): | 3.2 *Optional* – List the NEW known place of business address in Arizona (must be a street or physical address): |
|---|---|
| c/o Wave Rock LLC (Attention (optional)) | Attention (optional) |
| 7702 E. Doubletree Ranch Road (Address 1) | Address 1 |
| #300 (Address 2 (optional)) | Address 2 (optional) |
| City: Scottsdale State: AZ Zip: 85258 | City: State: Zip: |

3.3 If you completed 3.2, is the NEW known place of business address in Arizona the same as the street address of the statutory agent? ☐ Yes ☑ No

**4. CURRENT OR EXISTING STATUTORY AGENT** – list the name and addresses of the statutory agent as shown in the records of the Arizona Corporation Commission *before any changes* (this is the existing statutory agent):

| 4.1 *REQUIRED* – list the *name* and *physical or street address* (not a P.O. Box) in Arizona of the existing statutory agent: | 4.2 *REQUIRED* – list the mailing address (if one exists in A.C.C. records) in Arizona of the existing Statutory Agent: |
|---|---|
| Mariscal Weeks McIntyre & Frie (Statutory Agent Name) | |
| Attention (optional) | Attention (optional) |
| 2901 N. Central Avenue #200 (Address 1) | Address 1 |
| Address 2 (optional) | Address 2 (optional) |
| City: Phoenix State: AZ Zip: 85012 | City: State: Zip: |

L020.001
Rev: 2010

Ostrum Attachment BH-8

4.3 ☐ **CHANGE IN EXISTING STATUTORY AGENT NAME ONLY** – If the *name only* of the existing statutory agent listed in number 5.1 above has changed, but a new agent has not been appointed, check the box and give the new name of the existing statutory agent below:

4.4 **CHANGE IN EXISTING STATUTORY AGENT ADDRESS** – check all that apply and follow instructions:

☐ **STREET ADDRESS CHANGED** – complete number 4.5.

☐ **MAILING ADDRESS CHANGED** – complete number 4.6.

| **4.5 NEW STREET ADDRESS** – give the NEW physical or street address (not a P.O. Box) in Arizona of the existing statutory agent: | | | **4.6 NEW MAILING ADDRESS** – give the NEW mailing address in Arizona of the existing statutory agent (can be a P.O. Box): | | |
|---|---|---|---|---|---|
| Attention (optional) | | | Attention (optional) | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City | State | Zip | City | State | Zip |

5. ☑ **NEW STATUTORY AGENT** – If a new statutory agent is being appointed, check the box and complete the following for the NEW statutory agent:

| **5.1** *REQUIRED* – give the name (can be an individual or an entity) and physical or street address (not a P.O. Box) in Arizona of the NEW statutory agent: | | | **5.2** *OPTIONAL* – mailing address in Arizona of NEW Statutory Agent (can be a P.O. Box): | | |
|---|---|---|---|---|---|
| National Corporate Research, Ltd.<br>Statutory Agent Name | | | | | |
| Attention (optional) | | | Attention (optional) | | |
| 815 North First Avenue<br>Address 1 | | | Address 1 | | |
| Suite #4<br>Address 2 (optional) | | | Address 2 (optional) | | |
| Phoenix<br>City | AZ<br>State | 85003<br>Zip | City | State | Zip |

**5.3** *REQUIRED* – If you are appointing a new statutory agent, the Statutory Agent Acceptance form M002 must be submitted along with this Statement of Change form.

**SIGNATURE** – *see Instructions L020i for who is authorized to make changes:*

If the person signing this form is the existing statutory agent changing its own address, then by the signature appearing below, the existing statutory agent certifies *under penalty of perjury* that he or she has given the LLC named in number 1 above written notice of the address change.

By checking the box marked "I accept" below, I acknowledge *under penalty of perjury* that this document together with any attachments is submitted in compliance with Arizona law.

☑ I ACCEPT

[signature] Jenny Johnson 5/16/14

Signature / Printed Name / Date

**REQUIRED** – check only one and fill in the corresponding blank if signing for an entity:

| ☑ I am the individual Manager of this manager-managed LLC or I am signing for an entity manager named: Wave Rock, LLC | ☐ I am a Member of this member-managed LLC or I am signing for an entity member named: | ☐ I am a Statutory Agent changing only my own address and/or my own name. |
|---|---|---|

| Filing Fee: $5.00 (regular processing)<br>Expedited processing – add $35.00 to filing fee.<br>All fees are nonrefundable - see Instructions. | Mail: Arizona Corporation Commission - Corporate Filings Section<br>1300 W. Washington St., Phoenix, Arizona 85007<br>Fax: 602-542-4100 |
|---|---|

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.