DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# STATUTORY AGENT ACCEPTANCE

*Please read Instructions M002i*

1. **ENTITY NAME** – give the **exact** name in Arizona of the corporation or LLC that has appointed the Statutory Agent (this must match exactly the name as listed on the document appointing the statutory agent, e.g., Articles of Organization or Article of Incorporation):

    **DERMAGLAM, LLC**

2. **A.C.C. FILE NUMBER** (if entity is already incorporated or registered in AZ): **L-1731986-7**

    Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

3. **STATUTORY AGENT NAME** – give the exact name of the Statutory Agent appointed by the entity listed in number 1 above (this will be *either* an individual or an entity). *NOTE* - the name must match **exactly** the statutory agent name as listed in the document that appoints the statutory agent (e.g. Articles of Incorporation or Articles of Organization), including any middle initial or suffix:

**STATUTORY AGENT SIGNATURE:**

By the signature appearing below, the individual or entity named in number 3 above accepts the appointment as statutory agent for the entity named in number 1 above, and acknowledges that the appointment is effective until the appointing entity replaces the statutory agent or the statutory agent resigns, whichever occurs first.

The person signing below declares and certifies *under penalty of perjury* that the information contained within this document together with any attachments is true and correct, and is submitted in compliance with Arizona law.

Signature _____     Printed Name _____     Date _____

**REQUIRED** – check only one:

| ☐ **Individual as statutory agent:** I am signing on behalf of myself as the individual | ☐ **Entity as statutory agent:** I am signing on behalf of the entity named as statutory agent, and I am authorized to act for that entity. |

| Filing Fee: none (regular processing)  Expedited processing – (available only if this form is submitted by itself) add $35.00 to filing fee.  All fees are nonrefundable - see instructions. | Mail:  Fax: | Arizona Corporation Commission - Corporate Filings Section  1300 W. Washington St., Phoenix, Arizona 85007  602-542-4100 |

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

Ostrum Attachment BH-11

2-3



AZ Corp. Commission

04003885

RECEIVED

AUG 3 1 2012

ARIZONA CORP. COMMISSION
CORPORATIONS DIVISION

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# LLC STATEMENT OF CHANGE
# OF MANAGER OR MEMBER ADDRESSES

*Read the Instructions L021I*

**1.   ENTITY NAME** – give the exact name of the LLC as currently shown in A.C.C. records:

**DERMAGLAM, LLC**

**2.   A.C.C. FILE NUMBER:** L-1731986-7

Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

**3.   MANAGER ADDRESSES** – for each manager being changed, list the name and address as currently shown on A.C.C. records and then give the new address for that manager.  If more space is needed, submit another Statement of Change form.
*If the person is also a member, also list their name, address, and new address in the Member Addresses section.*

| NAME AND ADDRESS BEFORE CHANGES: | NEW ADDRESS ONLY: |
|---|---|
| Wave Rock, LLC<br>**Name 1** | |
| 7702 Doubletree Ranch Rd #300<br>**Address 1** | 7702 E. Doubletree Ranch Road,  Suite 300<br>**Address 1** |
| **Address 2 (optional)** | **Address 2 (optional)** |
| Scottsdale<br>**City** | Scottsdale<br>**City** |
| **Country**     **State** AZ     **Zip** 85258 | **Country**     **State** AZ     **Zip** 85258 |
| NAME AND ADDRESS BEFORE CHANGES: | NEW ADDRESS ONLY: |
| **Name 2** | |
| **Address 1** | **Address 1** |
| **Address 2 (optional)** | **Address 2 (optional)** |
| **City** | **City** |
| **Country**     **State**     **Zip** | **Country**     **State**     **Zip** |
| NAME AND ADDRESS BEFORE CHANGES: | NEW ADDRESS ONLY: |
| **Name 3** | |
| **Address 1** | **Address 1** |
| **Address 2 (optional)** | **Address 2 (optional)** |
| **City** | **City** |
| **Country**     **State**     **Zip** | **Country**     **State**     **Zip** |
| NAME AND ADDRESS BEFORE CHANGES: | NEW ADDRESS ONLY: |
| **Name 4** | |
| **Address 1** | **Address 1** |
| **Address 2 (optional)** | **Address 2 (optional)** |
| **City** | **City** |
| **Country** | **Country** |

**4.   MEMBER ADDRESSES** – for each member being changed, list the name and address as currently shown on A.C.C. records and then give the new address for that member.  If more space is needed, submit another Statement of Change form. *If the person is also a manager, also list their name, address, and new address in the Manager Addresses section.*

| NAME AND ADDRESS BEFORE CHANGES: | NEW ADDRESS ONLY: |
|---|---|
| Wave Rock, LLC | |
| Name 1 | |
| 7702 Doubletree Ranch Rd #300 | 7702 E. Doubletree Ranch Road, Suite 300 |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |
| Scottsdale | Scottsdale |
| City / State AZ / Zip 85258 | City / State AZ / Zip 85258 |
| Country | Country |

| NAME AND ADDRESS BEFORE CHANGES: | NEW ADDRESS ONLY: |
|---|---|
| Name 2 | |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |
| City / State / Zip | City / State / Zip |
| Country | Country |

| NAME AND ADDRESS BEFORE CHANGES: | NEW ADDRESS ONLY: |
|---|---|
| Name 3 | |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |
| City / State / Zip | City / State / Zip |
| Country | Country |

| NAME AND ADDRESS BEFORE CHANGES: | NEW ADDRESS ONLY: |
|---|---|
| Name 4 | |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |
| City / State / Zip | City / State / Zip |
| Country | Country |

**SIGNATURE:**   By checking the box marked "I accept" below, I acknowledge *under penalty of perjury* that this document together with any attachments is submitted in compliance with Arizona law.

☑ I ACCEPT

Blair McNea, CEO           8.15.12
Signature          Printed Name          Date

**REQUIRED** – check only one and fill in the corresponding blank if signing for an entity:

☑ I am the Individual Manager of this manager-managed LLC or I am signing for an entity manager named:
Wave Rock, LLC

☐ I am a Member of this member-managed LLC or I am signing for an entity member named:

| Filing Fee: $5.00 (regular processing) Expedited processing – add $35.00 to filing fee. All fees are nonrefundable – see Instructions. | Mail: Arizona Corporation Commission - Corporate Filings Section 1300 W. Washington St., Phoenix, Arizona 85007 Fax: 602-542-4100 |
|---|---|

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute.  You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

PX1

Ostrum Attachment BI

Corporate Records

- Arizona Corporation Commission eCorp

 **eCorp**

Search for an Entity Name

Search Date and Time:
**3/7/2017 2:31:41 PM**

File Number:
**L17491825**

Corporation Name:
**DESERT GECKO, LLC**

Collapse | Expand

**Corporate Inquiry** ▲

| File Number | Corporation Name | Check Corporate Status |
|---|---|---|
| L17491825 | DESERT GECKO, LLC | Check Corporate Status |

**Domestic Address** ▲

1 E WASHINGTON ST #500
PHOENIX, AZ 85004

**Statutory Agent Information** ▲

**Agent Name:** NATIONAL CORPORATE RESEARCH LT

**Agent Mailing/Physical Address:**

815 N FIRST AVE STE 4
PHOENIX, AZ 85003

http://ecorp.azcc.gov/Details/Corp?corpId=L17491825[3/7/2017 4:31:27 PM]

Ostrum Attachment BI-1

- Arizona Corporation Commission eCorp

**Agent Status:** APPOINTED 05/20/2014

**Agent Last Updated:** 05/22/2014

### Additional Entity Information ▲

| | |
|---|---|
| **Entity Type:** DOMESTIC L.L.C. | **Business Type:** |
| **Incorporation Date:** 3/23/2012 | **Corporation Life Period:** PERPETUAL |
| **Domicile:** ARIZONA | **County:** MARICOPA |
| **Approval Date:** 3/27/2012 | **Original Publish Date:** 4/9/2012 |

### Manager Member Information ▲

| Name | Title | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|
| SARAH AUSTIN | MANAGER | 1 E WASHINGTON ST #500 PHOENIX, AZ 85004 | 12/05/2014 | 12/18/2014 |
| SARAH AUSTIN | MEMBER | 1 E WASHINGTON ST #500 PHOENIX, AZ 85004 | 12/05/2014 | 12/18/2014 |
| DERMAGLAM LLC | MEMBER | 7702 E DOUBLETREE RANCH RD #300 SCOTTSDALE, AZ 85258 | 03/23/2012 | 09/26/2012 |

### Scanned Documents ▲

Ostrum Attachment BI-2

- Arizona Corporation Commission eCorp

Click on a gold button below to view a document. If the button is gray, the document is not yet available. Please check back again later.

| Document Number | Description | Date Received |
|---|---|---|
| 04896104 | AMENDMENT | 12/5/2014 |
| 04663138 | AGENT APPOINTMENT | 5/20/2014 |
| 04003883 | CHANGE(S) | 8/31/2012 |
| 03862471 | PUB OF ARTICLES OF ORGANIZATION | 4/9/2012 |
| 03821575 | ARTICLES OF ORGANIZATION | 3/23/2012 |

**Microfilm** ▲

| Location | Entered | Description |
|---|---|---|
| 32324057034 | 3/23/2012 | ARTICLES OF ORGANIZATION |
| 32327003004 | 4/9/2012 | PUB OF ARTICLES OF ORGANIZATION |
| 32338068049 | 8/31/2012 | CHANGE(S) |

**Amendments** ▲

| Amendment Date | Amendment Type | Publish Date | Publish Exception |
|---|---|---|---|
| 12/5/2014 | AMENDMENT | | WAIVE |

http://ecorp.azcc.gov/Details/Corp?corpId=L17491825[3/7/2017 4:31:27 PM]

Ostrum Attachment BI-3

- Arizona Corporation Commission eCorp

Print Details

Privacy Policy I Contact Us

Ostrum Attachment BI-4

MAR 23 2012 12:57 FR MARISCAL WEEKS        6022855100 TO 9607



AZ Corp. Commission

03821575

# ARTICLES OF ORGANIZATION

## OF

AZ CORPORATION COMMISSION
FILED

MAR 2 3 2012

FILE NO. L17491825

## DESERT GECKO, LLC

### ARTICLE 1 - NAME

The name of the limited liability company is DESERT GECKO, LLC.

### ARTICLE 2 - REGISTERED OFFICE

The registered office of the limited liability company is 1 E. Washington Street - Suite 500, Phoenix, Arizona 85004, which is located in the County of Maricopa, Arizona.

### ARTICLE 3 - STATUTORY AGENT

The name and address of the statutory agent of the limited liability company is Mariscal, Weeks, McIntyre & Friedlander, P.A., 2901 N. Central Avenue - Suite 200, Phoenix, Arizona 85012-2705.

### ARTICLE 4 - MANAGEMENT

Management of the limited liability company is vested in a manager or managers.

### ARTICLE 5 - NAME AND ADDRESS OF EACH MEMBER WHO OWNS A TWENTY PERCENT OR GREATER INTEREST IN THE CAPITAL OR PROFITS AND EACH MANAGER

The name and address of each member who owns a twenty percent or greater interest in the capital or profits and each manager of the limited liability company are:

| | |
|---|---|
| Angie Lint<br>1 E. Washington Street - Suite 500<br>Phoenix, Arizona 85004 | Member and<br>Manager |
| DermaGlam, LLC, an Arizona<br>limited liability company<br>7702 Doubletree Ranch Road - Suite 300<br>Scottsdale, Arizona 85258 | Member |

## ARTICLE 6 - ORGANIZER

The undersigned organizer shall have no authority, responsibilities, or duties as organizer other than the filing of these Articles of Organization.

Dated: March 22, 2012.

Shannon Golden-Schubert - Organizer

2

Ostrum Attachment BI-6

## APPOINTMENT OF STATUTORY AGENT

A.   The undersigned has been named as the statutory agent in the Articles of Organization of DESERT GECKO, LLC, an Arizona limited liability company (the "Company"), which have been delivered for filing with the Arizona Corporation Commission.

B.   The undersigned has been notified of its appointment as agent of the Company and hereby accepts its appointment as statutory agent of the Company.

MARISCAL, WEEKS, MCINTYRE &
FRIEDLANDER, P.A.

By _David I. Thompson_
David I. Thompson, Esq.
For the Firm

PJM\DESERT-GECKO-DIT\ARTS-DESERT

3

AZ CORPORATION COMMISSION
FILED

AZ Corp. Commission



04896104

DEC 0 5 2014

FILE NO. L1749182·5

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

## ARTICLES OF AMENDMENT
*Read the Instructions L015i*

1. **ENTITY NAME** – give the exact name of the LLC as currently shown in A.C.C. records:

   Desert Gecko, LLC

2. **A.C.C. FILE NUMBER:** L-1749182-5
   Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

**CHECK THE BOX NEXT TO EACH CHANGE BEING MADE AND COMPLETE THE REQUESTED INFORMATION FOR THAT CHANGE.**

3. ☐ **ENTITY NAME CHANGE** – type or print the exact NEW name of the LLC in the space below:

4. ☑ **MEMBERS CHANGE (CHANGE IN MEMBERS)** – *see Instructions L015i* – Use one block per person – FOR MEMBERS CURRENTLY SHOWN IN A.C.C. RECORDS – list the name of each member being changed, and below that provide any new information for that member (new name and/or address), then check all boxes that apply to indicate the change being made for that member. FOR NEW MEMBERS – in a separate block, list the name in the NEW Name blank and give the address, and check the appropriate box. If more space is needed, complete and attach the Amendment Attachment for Members form L044.

| | | | | | |
|---|---|---|---|---|---|
| Angie Lint | | | | | |
| Name currently shown in ACC records | | | Name currently shown in ACC records | | |
| Sarah Austin | | | | | |
| NEW Name | | | NEW Name | | |
| 1 E. Washington Street #500 | | | | | |
| Address 1 | | | Address 1 | | |
| | | | | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| Phoenix | AZ | 85004 | | | |
| City | State or Province | Zip | City | State or Province | Zip |
| UNITED STATES | | | | | |
| Country | | | Country | | |
| ☐ Address change | ☐ Add as 20% or more member | | ☐ Address change | ☐ Add as 20% or more member | |
| ☑ Name change | ☐ Add as less than 20% member | | ☐ Name change | ☐ Add as less than 20% member | |
| | ☐ Remove member | | | ☐ Remove member | |
| | | | | | |
| Name currently shown in ACC records | | | Name currently shown in ACC records | | |
| NEW Name | | | NEW Name | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City | State or Province | Zip | City | State or Province | Zip |
| Country | | | Country | | |
| ☐ Address change | ☐ Add as 20% or more member | | ☐ Address change | ☐ Add as 20% or more member | |
| ☐ Name change | ☐ Add as less than 20% member | | ☐ Name change | ☐ Add as less than 20% member | |
| | ☐ Remove member | | | ☐ Remove member | |

Ostrum Attachment BI-8

**5.** ☑ **MANAGERS CHANGE (CHANGE IN MANAGERS)** – Use one block per person – FOR MANAGERS CURRENTLY SHOWN IN A.C.C. RECORDS – list the name of each manager being changed, and below that provide any new information for that manager (new name and/or address), then check all boxes that apply to indicate the change being made for that manager. FOR NEW MANAGERS – in a separate block, list the name in the NEW Name blank and give the address, and check the appropriate box.  If more space is needed, complete and attach the Amendment Attachment for Managers form L043.

| Angie Lint | |
|---|---|
| Name currently shown in ACC records | Name currently shown in ACC records |
| Sarah Austin | |
| NEW Name | NEW Name |
| 1 E. Washington Street #500 | |
| Address 1 | Address 1 |
| | |
| Address 2 (optional) | Address 2 (optional) |
| Phoenix          AZ          85004 | |
| City          State or Province          Zip | City          State or Province          Zip |
| UNITED STATES | |
| Country | Country |
| ☐ Address change   ☐ Add as manager | ☐ Address change   ☐ Add as manager |
| ☑ Name change      ☐ Remove manager | ☐ Name change      ☐ Remove manager |

**6.** ☐ **MANAGEMENT STRUCTURE CHANGE** – see Instructions L015i – check only one box below and follow instructions:

   ☐ CHANGING TO *MANAGER-MANAGED LLC* – complete and attach the Manager Structure Attachment form L040.  *The filing will be rejected if it is submitted without the attachment.*

   ☐ CHANGING TO *MEMBER-MANAGED LLC* – complete and attach the Member Structure Attachment form L041. *The filing will be rejected if it is submitted without the attachment.*

**7.** ☐ **STATUTORY AGENT CHANGE – NEW AGENT** APPOINTED – see Instructions L015i:

| **7.1**  REQUIRED – give the name (can be an individual or an entity) *and physical  or street address* (not a P.O. Box) in Arizona of the NEW statutory agent: | **7.2**  OPTIONAL – mailing address in Arizona of NEW Statutory Agent (can be a P.O. Box): |
|---|---|
| | |
| Statutory Agent Name (required) | |
| Attention (optional) | Attention (optional) |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |
| City          State     Zip | City          State     Zip |

**7.3**  REQUIRED – the Statutory Agent Acceptance form M002 must be submitted along with these Articles of Amendment.

**8.** ☐ **STATUTORY AGENT ADDRESS CHANGE – ADDRESS OF CURRENT STATUTORY AGENT** – complete 8.1 and/or 8.2:

| **8.1**  NEW *physical or street address* (not a P. O. Box) in Arizona of the existing statutory agent: | **8.2**  NEW mailing address in Arizona of the existing statutory agent (can be a P.O. Box): |
|---|---|
| | |
| Attention (optional) | Attention (optional) |
| Address 1 | Address 1 |
| Address 2(optional) | Address 2 (optional) |
| City          State     Zip | City          State     Zip |

Ostrum Attachment BI-9

**9.** ☐ **ARIZONA KNOWN PLACE OF BUSINESS ADDRESS CHANGE:**

    **9.1**  Is the NEW Arizona known place of business address the same as the street address of the statutory agent?

        ☐ Yes –  go to number 10 and continue

        ☐ No –  go to number 9.2 and continue

    **9.2**  If you answered "No" to number 9.1, give the NEW physical or street address (not a P.O. Box) of the known place of business of the LLC in Arizona:

| | |
|---|---|
| Attention (optional) | |
| Address 1 | |
| Address 2 (optional) | |
| City | State or Province / Zip |
| Country | |

**10.** ☐ **DURATION CHANGE –**  check one to indicate the NEW duration or life period of the LLC:

    ☐ Perpetual

    ☐ The LLC's life period will end on this date: _____ (enter a date – mm/dd/yy)

    ☐ The LLC's life period will end upon the occurrence of this event:

    _____ (describe an event)

**11.** ☐ **ENTITY TYPE CHANGE –**  If changing entity type, check one and follow instructions:

    ☐ Changing to a PROFESSIONAL LLC – number 12 must also be completed.

    ☐ Changing to a NON-PROFESSIONAL LLC (professional LLC becoming a regular LLC).

**12.** ☐ **PROFESSIONAL SERVICES CHANGE –**  describe the NEW type of professional services the professional LLC will render: _____

**13.** ☐ **OTHER AMENDMENT –**  If an amendment was made that was not addressed by the check boxes on this form, then you must attach to these Articles of Amendment a complete copy of the LLC's written amendment.

**SIGNATURE:**    By checking the box marked "I accept" below, I acknowledge *under penalty of perjury* that this document together with any attachments is submitted in compliance with Arizona law.

                      ☑ I ACCEPT

| *Angie R Lint* | Angie Lint | 09/30/2014 |
|---|---|---|
| Signature | Printed Name | Date (mm/dd/yy) |

**REQUIRED –** check only one and fill in the corresponding blank if signing for an entity:

| ☒ This is a manager-managed LLC and I am signing individually as a manager or I am signing for an entity manager named: | ☐ This is a member-managed LLC and I am signing individually as a member or I am signing for an entity member named: |
|---|---|
| | |

| Filing Fee: $25.00 (regular processing)<br>Expedited processing – add $35.00 to filing fee.<br>All fees are nonrefundable - see instructions. | **Mail:**  Arizona Corporation Commission - Corporate Filings Section<br>            1300 W. Washington St., Phoenix, Arizona 85007<br>**Fax:**   602-542-4100 |

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

Ostrum Attachment BI-10

# PX1

## Ostrum Attachment BJ

## Corporate Records

 eCorp

---

Search Date and Time:
**3/7/2017 2:33:44 PM**

File Number:
**L17746074**

Corporation Name:
**FIRST CLASS WHITENING, LLC**

Search for an Entity Name

Collapse | Expand

**Corporate Inquiry** ▲

| File Number | Corporation Name | Check Corporate Status |
|---|---|---|
| L17746074 | FIRST CLASS WHITENING, LLC | Check Corporate Status |

**Domestic Address** ▲

7702 E DOUBLETREE RANCH RD
STE 300
SCOTTSDALE, AZ 85258

**Statutory Agent Information** ▲

**Agent Name:** NATIONAL CORPORATE RESEARCH LT

**Agent Mailing/Physical Address:**
815 N FIRST AVE STE #4

Ostrum Attachment BJ-1



PHOENIX, AZ 85003

**Agent Status:** APPOINTED 05/13/2014

**Agent Last Updated:** 05/15/2014

**Additional Entity Information** ▲

| | |
|---|---|
| **Entity Type:** DOMESTIC L.L.C. | **Business Type:** |
| **Incorporation Date:** 7/11/2012 | **Corporation Life Period:** PERPETUAL |
| **Domicile:** ARIZONA | **County:** MARICOPA |
| **Approval Date:** 7/13/2012 | **Original Publish Date:** 7/30/2012 |

**Manager/Member Information** ▲

| Name | Title | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|
| WAVE ROCK LLC | MANAGER | 7702 E DOUBLETREE RANCH RD #300 SCOTTSDALE, AZ 85258 | 07/11/2012 | 09/26/2012 |
| WAVE ROCK LLC | MEMBER | 7702 E DOUBLETREE RANCH RD #300 SCOTTSDALE, AZ 85258 | 07/11/2012 | 09/26/2012 |

**Scanned Documents** ▲

Ostrum Attachment BJ-2



Click on a gold button below to view a document. If the button is gray, the document is not yet available. Please check back again later.

| Document Number | Description | Date Received |
|---|---|---|
| 04671503 | AGENT APPOINTMENT | 5/13/2014 |
| 04003882 | CHANGE(S) | 8/31/2012 |
| 03991518 | PUB OF ARTICLES OF ORGANIZATION | 7/30/2012 |
| 03943974 | ARTICLES OF ORGANIZATION | 7/11/2012 |

**Microfilm** ▲

| Location | Entered | Description |
|---|---|---|
| 32332074018 | 7/11/2012 | ARTICLES OF ORGANIZATION |
| 32337030002 | 7/30/2012 | PUB OF ARTICLES OF ORGANIZATION |
| 32338068048 | 8/31/2012 | CHANGE(S) |

Print Details

Privacy Policy I Contact Us

Ostrum Attachment BJ-3

AZ Corp. Commission



03943974

AZ CORPORATION COMMISSION
FILED

JUL 1 1 2012

FILE NO. __L4774607-4__

# ARTICLES OF ORGANIZATION

## OF

## FIRST CLASS WHITENING, LLC

## ARTICLE 1 - NAME

The name of the limited liability company is FIRST CLASS WHITENING, LLC.

## ARTICLE 2 - REGISTERED OFFICE

The registered office of the limited liability company is 7702 E. Doubletree Ranch Road - Suite 300, Scottsdale, Arizona 85258, which is located in the County of Maricopa, Arizona.

## ARTICLE 3 - STATUTORY AGENT

The name and address of the statutory agent of the limited liability company is Mariscal, Weeks, McIntyre & Friedlander, P.A., 2901 N. Central Avenue - Suite 200, Phoenix, Arizona 85012-2705.

## ARTICLE 4 - MANAGEMENT

Management of the limited liability company is vested in a manager or managers.

## ARTICLE 5 - NAME AND ADDRESS OF EACH MEMBER
## WHO OWNS A TWENTY PERCENT OR GREATER INTEREST
## IN THE CAPITAL OR PROFITS AND EACH MANAGER

The name and address of each member who owns a twenty percent or greater interest in the capital or profits and each manager of the limited liability

company are:

> Wave Rock, LLC, a Nevada                    Member and Manager
> limited liability company
> Suite 300
> 7702 Doubletree Ranch Road
> Scottsdale, Arizona 85258

### ARTICLE 6 - ORGANIZER

The undersigned organizer shall have no authority, responsibilities, or duties as organizer other than the filing of these Articles of Organization.

Dated:  July 10, 2012.

Shannon Golden-Schubert - Organizer

2

# APPOINTMENT OF STATUTORY AGENT

A.    The undersigned has been named as the statutory agent in the Articles of Organization of FIRST CLASS WHITENING, LLC, an Arizona limited liability company (the "Company"), which have been delivered for filing with the Arizona Corporation Commission.

B.    The undersigned has been notified of its appointment as agent of the Company and hereby accepts its appointment as statutory agent of the Company.

MARISCAL, WEEKS, MCINTYRE & FRIEDLANDER, P.A.

By _____
David I. Thompson, Esq.
For the Firm

PIM\FIRST-CLASS-WHITENING-DIT\ARTS-FIRST

3



AZ Corp. Commission

04003882

RECEIVED

AUG 3 1 2012

**ARIZONA CORP. COMMISSION**
**CORPORATIONS DIVISION**

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

## LLC STATEMENT OF CHANGE
## OF MANAGER OR MEMBER ADDRESSES
*Read the Instructions L021i*

1.  **ENTITY NAME** – give the exact name of the LLC as currently shown in A.C.C. records:
    FIRST CLASS WHITENING, LLC

2.  **A.C.C. FILE NUMBER:** L-1774607–4
    Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

3.  **MANAGER ADDRESSES** – for each manager being changed, list the name and address as currently shown on A.C.C. records and then give the new address for that manager.  If more space is needed, submit another Statement of Change form. If the person is also a member, also list their name, address, and new address in the Member Addresses section.

| NAME AND ADDRESS BEFORE CHANGES: | NEW ADDRESS ONLY: |
|---|---|
| Wave Rock, LLC | |
| Name 1 | |
| 7702 Doubletree Ranch Rd | 7702 E. Doubletree Ranch Road,  Suite 300 |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |
| Scottsdale | Scottsdale |
| City   State AZ   Zip 85258 | City   State AZ   Zip 85258 |
| Country | Country |

| NAME AND ADDRESS BEFORE CHANGES: | NEW ADDRESS ONLY: |
|---|---|
| Name 2 | |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |
| City   State   Zip | City   State   Zip |
| Country | Country |

| NAME AND ADDRESS BEFORE CHANGES: | NEW ADDRESS ONLY: |
|---|---|
| Name 3 | |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |
| City   State   Zip | City   State   Zip |
| Country | Country |

| NAME AND ADDRESS BEFORE CHANGES: | NEW ADDRESS ONLY: |
|---|---|
| Name 4 | |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |
| City   State   Zip | City   State   Zip |
| Country | Country |

L021.001
Rev. 2010

Arizona Corporation Commission – Corporations Division
Page 1 of 2

Ostrum Attachment BJ-7

**4.   MEMBER ADDRESSES** – for each member being changed, list the name and address as currently shown on A.C.C. records and then give the new address for that member.  If more space is needed, submit another Statement of Change form.
*If the person is also a manager, also list their name, address, and new address in the Manager Addresses section.*

| NAME AND ADDRESS BEFORE CHANGES: | NEW ADDRESS ONLY: |
|---|---|
| Wave Rock, LLC | |
| **Name 1** | |
| 7702 Doubletree Ranch Rd | 7702 E. Doubletree Ranch Road, Suite 300 |
| **Address 1** | **Address 1** |
| | |
| **Address 2 (optional)** | **Address 2 (optional)** |
| Scottsdale | Scottsdale |
| **City**     **State** AZ  **Zip** 85258 | **City**     **State** AZ  **Zip** 85258 |
| **Country** | **Country** |

| NAME AND ADDRESS BEFORE CHANGES: | NEW ADDRESS ONLY: |
|---|---|
| **Name 2** | |
| **Address 1** | **Address 1** |
| **Address 2 (optional)** | **Address 2 (optional)** |
| **City**     **State**   **Zip** | **City**     **State**   **Zip** |
| **Country** | **Country** |

| NAME AND ADDRESS BEFORE CHANGES: | NEW ADDRESS ONLY: |
|---|---|
| **Name 3** | |
| **Address 1** | **Address 1** |
| **Address 2 (optional)** | **Address 2 (optional)** |
| **City**     **State**   **Zip** | **City**     **State**   **Zip** |
| **Country** | **Country** |

| NAME AND ADDRESS BEFORE CHANGES: | NEW ADDRESS ONLY: |
|---|---|
| **Name 4** | |
| **Address 1** | **Address 1** |
| **Address 2 (optional)** | **Address 2 (optional)** |
| **City**     **State**   **Zip** | **City**     **State**   **Zip** |
| **Country** | **Country** |

**SIGNATURE:**   By checking the box marked "I accept" below, I acknowledge *under penalty of perjury* that this document together with any attachments is submitted in compliance with Arizona law.

☑ I ACCEPT

Blair McNea, CEO

**Signature**                              **Printed Name**                                   **Date**

**REQUIRED** – check only one and fill in the corresponding blank if signing for an entity:

| ☑ I am the **individual Manager** of this manager-managed LLC **or** I am signing for an **entity manager** named:  Wave Rock, LLC | ☐ I am a **Member** of this member-managed LLC **or** I am signing for an **entity member** named: |
|---|---|

| Filing Fee: $5.00 (regular processing)<br>Expedited processing – add $35.00 to filing fee.<br>All fees are nonrefundable - see instructions. | Mail:   Arizona Corporation Commission - Corporate Filings Section<br>        1300 W. Washington St., Phoenix, Arizona 85007<br>Fax:    602-542-4100 |
|---|---|

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute.  You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

L021.001
Rev. 2010

Ostrum Attachment BJ-8

RECEIVED

AUG 3 1 2012

ARIZONA CORP. COMMISSION
CORPORATIONS DIVISION

## ARIZONA CORPORATION COMMISSION
## CORPORATIONS DIVISION COVER SHEET

### USE A SEPARATE COVER SHEET FOR EACH DOCUMENT

**ARE YOU FILING:** ☐ New Entity   ☑ Change to existing entity   ☐ Re-submission/Correction

**PLEASE COMPLETE ALL APPROPRIATE SECTIONS**
Type in Corp/LLC Name: First Class Whitening, LLC

| FILING TYPE | | REGULAR SERVICE FEE | EXPEDITED SERVICE FEE |
|---|---|---|---|
| ☐ | Articles of Domestication | $100.00 | $135.00 |
| ☐ | Articles of Incorporation (Profit) | $ 60.00 | $ 95.00 |
| ☐ | Articles of Incorporation (Non Profit) | $ 40.00 | $ 75.00 |
| ☐ | Articles of Organization (Limited Liability Company) | $ 50.00 | $ 85.00 |
| ☐ | Application For Authority (Business) | $175.00 | $210.00 |
| ☐ | Application to Conduct Affairs (Non Profit) | $175.00 | $210.00 |
| ☐ | Application for New Authority | $175.00 | $210.00 |
| ☐ | Application for Registration | $150.00 | $185.00 |
| ☐ | Articles of Amendment | $ 25.00 | $ 60.00 |
| ☐ | Articles of Amendment & Restatement | $ 25.00 | $ 60.00 |
| ☐ | Articles of Correction | $ 25.00 | $ 60.00 |
| ☐ | Articles of Merger/Share Exchange | $100.00 | $135.00 |
| ☐ | Articles of Merger (Limited Liability Company) | $ 50.00 | $ 85.00 |
| ☐ | Affidavit of Publication | $ 0.00 | $ 35.00 |
| ☐ | **CORPORATIONS -Certified Copies***<br>*If copies are for different entities the Expedite fee applies to each entity | ☐ $5.00 Each<br>(____) (Enter Quantity) | ☐ $40.00<br>(____) (Enter Quantity) |
| ☐ | **LLCs - Certified Copies***<br>*If copies are for different entities the Expedite fee applies to each entity | ☐ $10.00 Each<br>(____) (Enter Quantity) | ☐ $45.00<br>(____) (Enter Quantity) |
| ☐ | **Good Standing Certificate***<br>*If Good Standing Certificates are for different entities the Expedite fee applies to each entity | ☐ $10.00 Each<br>(____) (Enter Quantity) | ☐ $45.00<br>(____) (Enter Quantity) |
| ☑ | Other: L021.001 – Change of Addresses | ☑ Regular Fee | ☐ Expedite Fee |

**SELECT PAYMENT TYPE:** `DO NOT WRITE YOUR CREDIT CARD NUMBER ON THIS FORM!`

☑ Check          Check # 20688          Check Amount $ 5.00
☐ M.O.D. Account          MOD Acct # _____          Mod Amount $ _____
☐ Cash – for in-person filings only (Do not send cash in the mail.)          Cash Amount $ _____
☐ Credit Card – for in-person filings only          CC Amount $ _____
☐ No fee required

**SELECT ONE RETURN DELIVERY OPTION:** ☑ Mail   ☐ Pick Up   ☐ Fax # (____)

**REQUIRED:** Please list the person or company who will be picking up the completed documents.
DOCUMENTS WILL BE MAILED IF THEY ARE NOT PICKED UP IN A TIMELY MANNER (APPROXIMATELY TWO WEEKS).

| Person or Company Name: | Phone Number: |
|---|---|
| Berg Hill Greenleaf & Ruscitti LLP, Attn: Suzanne Biesendorfer | (303) 590-1213 |

Address:
1712 Pearl Street

| City: | State: | Zip: |
|---|---|---|
| Boulder | Colorado | 80302 |

| | FOR ARIZONA CORPORATION COMMISSION USE ONLY |
|---|---|
| PICK-UP BY: _____ | DATE: _____ |

View current process times at: www.azcc.gov/Divisions/Corporations

CFCVLR REV 03/13/2009

Ostrum Attachment BJ-9



AZ Corp. Commission
04003882

RECEIVED

AUG 3 1 2012

ARIZONA CORP. COMMISSION
CORPORATIONS DIVISION

---

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

## LLC STATEMENT OF CHANGE
## OF MANAGER OR MEMBER ADDRESSES
### Read the Instructions L021i

1. **ENTITY NAME** – give the exact name of the LLC as currently shown in A.C.C. records:

   FIRST CLASS WHITENING, LLC

2. **A.C.C. FILE NUMBER:** L-1774607-4
   Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

3. **MANAGER ADDRESSES** – for each manager being changed, list the name and address as currently shown on A.C.C. records and then give the new address for that manager.  If more space is needed, submit another Statement of Change form.
   *If the person is also a member, also list their name, address, and new address in the Member Addresses section.*

| NAME AND ADDRESS BEFORE CHANGES: | NEW ADDRESS ONLY: |
|---|---|
| Wave Rock, LLC | |
| Name 1 | |
| 7702 Doubletree Ranch Rd | 7702 E. Doubletree Ranch Road,  Suite 300 |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |
| Scottsdale | Scottsdale |
| City / State AZ / Zip 85258 | City / State AZ / Zip 85258 |
| Country | Country |

| NAME AND ADDRESS BEFORE CHANGES: | NEW ADDRESS ONLY: |
|---|---|
| Name 2 | |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |
| City / State / Zip | City / State / Zip |
| Country | Country |

| NAME AND ADDRESS BEFORE CHANGES: | NEW ADDRESS ONLY: |
|---|---|
| Name 3 | |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |
| City / State / Zip | City / State / Zip |
| Country | Country |

| NAME AND ADDRESS BEFORE CHANGES: | NEW ADDRESS ONLY: |
|---|---|
| Name 4 | |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |
| City / State / Zip | City / State / Zip |
| Country | Country |

Ostrum Attachment BJ-10

4. **MEMBER ADDRESSES** – for each member being changed, list the name and address as currently shown on A.C.C. records and then give the new address for that member. If more space is needed, submit another Statement of Change form.
*If the person is also a manager, also list their name, address, and new address in the Manager Addresses section.*

| NAME AND ADDRESS BEFORE CHANGES: | | | | NEW ADDRESS ONLY: | | | |
|---|---|---|---|---|---|---|---|
| Wave Rock, LLC | | | | | | | |
| Name 1 | | | | | | | |
| 7702 Doubletree Ranch Rd | | | | 7702 E. Doubletree Ranch Road, Suite 300 | | | |
| Address 1 | | | | Address 1 | | | |
| | | | | | | | |
| Address 2 (optional) | | | | Address 2 (optional) | | | |
| Scottsdale | | | | Scottsdale | | | |
| City | State AZ | Zip 85258 | | City | State AZ | Zip 85258 | |
| Country | | | | Country | | | |

| NAME AND ADDRESS BEFORE CHANGES: | | | | NEW ADDRESS ONLY: | | | |
|---|---|---|---|---|---|---|---|
| Name 2 | | | | | | | |
| Address 1 | | | | Address 1 | | | |
| Address 2 (optional) | | | | Address 2 (optional) | | | |
| City | State | Zip | | City | State | Zip | |
| Country | | | | Country | | | |

| NAME AND ADDRESS BEFORE CHANGES: | | | | NEW ADDRESS ONLY: | | | |
|---|---|---|---|---|---|---|---|
| Name 3 | | | | | | | |
| Address 1 | | | | Address 1 | | | |
| Address 2 (optional) | | | | Address 2 (optional) | | | |
| City | State | Zip | | City | State | Zip | |
| Country | | | | Country | | | |

| NAME AND ADDRESS BEFORE CHANGES: | | | | NEW ADDRESS ONLY: | | | |
|---|---|---|---|---|---|---|---|
| Name 4 | | | | | | | |
| Address 1 | | | | Address 1 | | | |
| Address 2 (optional) | | | | Address 2 (optional) | | | |
| City | State | Zip | | City | State | Zip | |
| Country | | | | Country | | | |

**SIGNATURE:**  By checking the box marked "I accept" below, I acknowledge *under penalty of perjury* that this document together with any attachments is submitted in compliance with Arizona law.

☑ I ACCEPT

Blair McNea, CEO

Signature          Printed Name          Date

**REQUIRED** – check only one and fill in the corresponding blank if signing for an entity:

☑ I am the **individual Manager** of this manager-managed LLC **or** I am signing for an **entity manager named:**
Wave Rock, LLC

☐ I am a **Member** of this member-managed LLC **or** I am signing for an **entity member named:**

| Filing Fee: $5.00 (regular processing) Expedited processing – add $35.00 to filing fee. All fees are nonrefundable - see Instructions. | Mail: | Arizona Corporation Commission - Corporate Filings Section 1300 W. Washington St., Phoenix, Arizona 85007 |
|---|---|---|
| | Fax: | 602-542-4100 |

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute.  You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

L021.001
Rev. 2010

Arizona Corporation Commission – Corporations Division
Page 2 of 2

Ostrum Attachment BJ-11

RECEIVED

AUG 3 1 2012

# ARIZONA CORPORATION COMMISSION
# CORPORATIONS DIVISION COVER SHEET

ARIZONA CORP. COMMISSION
CORPORATIONS DIVISION

## USE A SEPARATE COVER SHEET FOR EACH DOCUMENT

**ARE YOU FILING:**  ☐ New Entity   ☑ Change to existing entity   ☐ Re-submission/Correction

## PLEASE COMPLETE ALL APPROPRIATE SECTIONS

Type in Corp/LLC Name: First Class Whitening, LLC

| FILING TYPE | REGULAR SERVICE FEE | EXPEDITED SERVICE FEE |
|---|---|---|
| ☐ Articles of Domestication | ☐ $100.00 | ☐ $135.00 |
| ☐ Articles of Incorporation (Profit) | ☐ $ 60.00 | ☐ $ 95.00 |
| ☐ Articles of Incorporation (Non Profit) | ☐ $ 40.00 | ☐ $ 75.00 |
| ☐ Articles of Organization (Limited Liability Company) | ☐ $ 50.00 | ☐ $ 85.00 |
| ☐ Application For Authority (Business) | ☐ $175.00 | ☐ $210.00 |
| ☐ Application to Conduct Affairs (Non Profit) | ☐ $175.00 | ☐ $210.00 |
| ☐ Application for New Authority | ☐ $175.00 | ☐ $210.00 |
| ☐ Application for Registration | ☐ $150.00 | ☐ $185.00 |
| ☐ Articles of Amendment | ☐ $ 25.00 | ☐ $ 60.00 |
| ☐ Articles of Amendment & Restatement | ☐ $ 25.00 | ☐ $ 60.00 |
| ☐ Articles of Correction | ☐ $ 25.00 | ☐ $ 60.00 |
| ☐ Articles of Merger/Share Exchange | ☐ $100.00 | ☐ $135.00 |
| ☐ Articles of Merger (Limited Liability Company) | ☐ $ 50.00 | ☐ $ 85.00 |
| ☐ Affidavit of Publication | ☐ $ 0.00 | ☐ $ 35.00 |
| ☐ CORPORATIONS -Certified Copies* *If copies are for different entities the Expedite fee applies to each entity | ☐ $5.00 Each ( ) (Enter Quantity) | ☐ $40.00 ( ) (Enter Quantity) |
| ☐ LLCs - Certified Copies* *If copies are for different entities the Expedite fee applies to each entity | ☐ $10.00 Each ( ) (Enter Quantity) | ☐ $45.00 ( ) (Enter Quantity) |
| ☐ Good Standing Certificate* *If Good Standing Certificates are for different entities the Expedite fee applies to each entity | ☐ $10.00 Each ( ) (Enter Quantity) | ☐ $45.00 ( ) (Enter Quantity) |
| ☑ Other: L021.001 – Change of Addresses | ☑ Regular Fee | ☐ Expedite Fee |

**SELECT PAYMENT TYPE:**   DO NOT WRITE YOUR CREDIT CARD NUMBER ON THIS FORM!

| ☑ Check | Check # 20488 | Check Amount $ 5.00 |
| ☐ M.O.D. Account | MOD Acct # _____ | Mod Amount $ _____ |
| ☐ Cash – for in-person filings only (Do not send cash in the mail.) | | Cash Amount $ _____ |
| ☐ Credit Card – for in-person filings only | | CC Amount $ _____ |
| ☐ No fee required | | |

**SELECT ONE RETURN DELIVERY OPTION:** ☑ Mail   ☐ Pick Up   ☐ Fax # (_____)

**REQUIRED:** Please list the person or company who will be picking up the completed documents.
DOCUMENTS WILL BE MAILED IF THEY ARE NOT PICKED UP IN A TIMELY MANNER (APPROXIMATELY TWO WEEKS).

| Person or Company Name: | Phone Number: |
|---|---|
| Berg Hill Greenleaf & Ruscitti LLP, Attn: Suzanne Biesendorfer | (303) 590-1213 |

Address:
1712 Pearl Street

| City: | State: | Zip: |
|---|---|---|
| Boulder | Colorado | 80302 |

| FOR ARIZONA CORPORATION COMMISSION USE ONLY | |
|---|---|
| PICK-UP BY: _____ | DATE: _____ |

View current process times at: www.azcc.gov/Divisions/Corporations

CFCVLR REV 03/13/2009

Ostrum Attachment BJ-12

PX1

Ostrum Attachment BK

Corporate Records

- Arizona Corporation Commission eCorp

 **Arizona**
Corporation Commission

**eCorp**

Search for an Entity Name

---

Search Date and Time:
**3/7/2017 2:39:23 PM**

File Number:
**L17491847**

Corporation Name:
**SANDSTONE BEACH, LLC**

Collapse | Expand

### Corporate Inquiry ▲

| File Number | Corporation Name | Check Corporate Status |
|---|---|---|
| L17491847 | SANDSTONE BEACH, LLC | Check Corporate Status |

### Domestic Address ▲

3420 E. SHEA BLVD. #200
PHOENIX, AZ 85028

### Statutory Agent Information ▲

**Agent Name:** NATIONAL CORPORATE RESEARCH LT

**Agent Mailing/Physical Address:**

815 N FIRST AVE STE 4
PHOENIX, AZ 85003

http://ecorp.azcc.gov/Details/Corp?corpId=L17491847[3/7/2017 4:48:05 PM]



- Arizona Corporation Commission eCorp

**Agent Status:** APPOINTED 05/20/2014

**Agent Last Updated:** 05/22/2014

## Additional Entity Information ▲

| | |
|---|---|
| **Entity Type:** DOMESTIC L.L.C. | **Business Type:** |
| **Incorporation Date:** 3/23/2012 | **Corporation Life Period:** PERPETUAL |
| **Domicile:** ARIZONA | **County:** MARICOPA |
| **Approval Date:** 3/27/2012 | **Original Publish Date:** 4/9/2012 |

## Manager Member Information ▲

| Name | Title | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|
| RYAN MCWILLIAMS | MANAGER | 3420 E. SHEA BLVD. #200 PHOENIX, AZ 85028 | 03/23/2012 | 03/27/2012 |
| RYAN MCWILLIAMS | MEMBER | 3420 E. SHEA BLVD. #200 PHOENIX, AZ 85028 | 03/23/2012 | 03/27/2012 |
| SEDONA BEAUTY SECRETS LLC | MEMBER | 7702 E DOUBLETREE RANCH RD #300 SCOTTSDALE, AZ 85258 | 03/23/2012 | 09/26/2012 |

## Scanned Documents ▲

Ostrum Attachment BK-2

- Arizona Corporation Commission eCorp

Click on a gold button below to view a document. If the button is gray, the document is not yet available. Please check back again later.

| Document Number | Description | Date Received |
|---|---|---|
| 04663137 | AGENT APPOINTMENT | 5/20/2014 |
| 04003881 | CHANGE(S) | 8/31/2012 |
| 03862446 | PUB OF ARTICLES OF ORGANIZATION | 4/9/2012 |
| 03821577 | ARTICLES OF ORGANIZATION | 3/23/2012 |

**Microfilm** ▲

| Location | Entered | Description |
|---|---|---|
| 32324057036 | 3/23/2012 | ARTICLES OF ORGANIZATION |
| 32327002029 | 4/9/2012 | PUB OF ARTICLES OF ORGANIZATION |
| 32338068047 | 8/31/2012 | CHANGE(S) |

Print Details

Privacy Policy | Contact Us

Ostrum Attachment BK-3

AZ Corp. Commission



03821577

## ARTICLES OF ORGANIZATION

### OF

AZ CORPORATION COMMISSION **SANDSTONE BEACH, LLC**
FILED

MAR 2 3 2012

FILE NO. *L:1749184 7*      **ARTICLE 1 - NAME**

The name of the limited liability company is SANDSTONE BEACH, LLC.

### ARTICLE 2 - REGISTERED OFFICE

The registered office of the limited liability company is 3420 E. Shea Boulevard - Suite 200, Phoenix, Arizona 85028, which is located in the County of Maricopa, Arizona.

### ARTICLE 3 - STATUTORY AGENT

The name and address of the statutory agent of the limited liability company is Mariscal, Weeks, McIntyre & Friedlander, P.A., 2901 N. Central Avenue - Suite 200, Phoenix, Arizona 85012-2705.

### ARTICLE 4 - MANAGEMENT

Management of the limited liability company is vested in a manager or managers.

### ARTICLE 5 - NAME AND ADDRESS OF EACH MEMBER WHO OWNS A TWENTY PERCENT OR GREATER INTEREST IN THE CAPITAL OR PROFITS AND EACH MANAGER

The name and address of each member who owns a twenty percent or greater interest in the capital or profits and each manager of the limited liability

company are:

| | |
|---|---|
| Ryan McWilliams<br>3420 E. Shea Boulevard - Suite 200<br>Phoenix, Arizona 85028 | Member and<br>Manager |
| Sedona Beauty Secrets, LLC, an<br>Arizona limited liability company<br>7702 Doubletree Ranch Road - Suite 300<br>Scottsdale, Arizona 85258 | Member |

## ARTICLE 6 - ORGANIZER

The undersigned organizer shall have no authority, responsibilities, or duties as organizer other than the filing of these Articles of Organization.

Dated:  March 22, 2012.

_Shannon Golden-Schubert_

Shannon Golden-Schubert - Organizer

2

## APPOINTMENT OF STATUTORY AGENT

A.    The undersigned has been named as the statutory agent in the Articles of Organization of SANDSTONE BEACH, LLC, an Arizona limited liability company (the "Company"), which have been delivered for filing with the Arizona Corporation Commission.

B.    The undersigned has been notified of its appointment as agent of the Company and hereby accepts its appointment as statutory agent of the Company.

MARISCAL, WEEKS, MCINTYRE & FRIEDLANDER, P.A.

By _____

David I. Thompson, Esq.
For the Firm

PJM\SANDSTONE-BEACH-DIT\ARTS-SANDSTONE

3

AZ Corp. Commission

04003881

RECEIVED

AUG 3 1 2012

ARIZONA CORP. COMMISSION
CORPORATIONS DIVISION

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# LLC STATEMENT OF CHANGE
## OF MANAGER OR MEMBER ADDRESSES
*Read the Instructions L021I*

1.  **ENTITY NAME** – give the exact name of the LLC as currently shown in A.C.C. records:

    SANDSTONE BEACH, LLC

2.  **A.C.C. FILE NUMBER:** L-1749184-7
    Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

3.  **MANAGER ADDRESSES** – for each manager being changed, list the name and address as currently shown on A.C.C. records and then give the new address for that manager.  If more space is needed, submit another Statement of Change form.
    *If the person is also a member, also list their name, address, and new address in the Member Addresses section.*

| NAME AND ADDRESS BEFORE CHANGES: | | | NEW ADDRESS ONLY: | | |
|---|---|---|---|---|---|
| Name 1 | | | | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City | State | Zip | City | State | Zip |
| Country | | | Country | | |

| NAME AND ADDRESS BEFORE CHANGES: | | | NEW ADDRESS ONLY: | | |
|---|---|---|---|---|---|
| Name 2 | | | | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City | State | Zip | City | State | Zip |
| Country | | | Country | | |

| NAME AND ADDRESS BEFORE CHANGES: | | | NEW ADDRESS ONLY: | | |
|---|---|---|---|---|---|
| Name 3 | | | | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City | State | Zip | City | State | Zip |
| Country | | | Country | | |

| NAME AND ADDRESS BEFORE CHANGES: | | | NEW ADDRESS ONLY: | | |
|---|---|---|---|---|---|
| Name 4 | | | | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City | State | Zip | City | State | Zip |
| Country | | | Country | | |

**4.   MEMBER ADDRESSES** – for each member being changed, list the name and address as currently shown on A.C.C. records and then give the new address for that member.  If more space is needed, submit another Statement of Change form.
*If the person is also a manager, also list their name, address, and new address in the Manager Addresses section.*

| NAME AND ADDRESS BEFORE CHANGES: | NEW ADDRESS ONLY: |
|---|---|
| Sedona Beauty Secrets, LLC<br>*Name 1* | |
| 7702 Doubletree Ranch Rd #300<br>*Address 1* | 7702 E. Doubletree Ranch Road, Suite 300<br>*Address 1* |
| *Address 2 (optional)* | *Address 2 (optional)* |
| Scottsdale | Scottsdale |

| City | | State AZ | Zip 85258 | City | | State AZ | Zip 85258 |
|---|---|---|---|---|---|---|---|
| Country | | | | Country | | | |

| NAME AND ADDRESS BEFORE CHANGES: | NEW ADDRESS ONLY: |
|---|---|
| *Name 2* | |
| *Address 1* | *Address 1* |
| *Address 2 (optional)* | *Address 2 (optional)* |

| City | | State | Zip | City | | State | Zip |
|---|---|---|---|---|---|---|---|
| Country | | | | Country | | | |

| NAME AND ADDRESS BEFORE CHANGES: | NEW ADDRESS ONLY: |
|---|---|
| *Name 3* | |
| *Address 1* | *Address 1* |
| *Address 2 (optional)* | *Address 2 (optional)* |

| City | | State | Zip | City | | State | Zip |
|---|---|---|---|---|---|---|---|
| Country | | | | Country | | | |

| NAME AND ADDRESS BEFORE CHANGES: | NEW ADDRESS ONLY: |
|---|---|
| *Name 4* | |
| *Address 1* | *Address 1* |
| *Address 2 (optional)* | *Address 2 (optional)* |

| City | | State | Zip | City | | State | Zip |
|---|---|---|---|---|---|---|---|
| Country | | | | Country | | | |

**SIGNATURE:**   By checking the box marked "I accept" below, I acknowledge *under penalty of perjury* that this document together with any attachments is submitted in compliance with Arizona law.

☑ I ACCEPT

Ryan McWilliams, Manager

_____
Signature

Printed Name

Date

**REQUIRED** – check only one and fill in the corresponding blank if signing for an entity:

☑ I am the individual **Manager** of this manager-managed LLC or I am signing for an **entity manager** named:

☐ I am a **Member** of this member-managed LLC **or** I am signing for an **entity member** named:

| Filing Fee: $5.00 (regular processing)<br>Expedited processing – add $35.00 to filing fee.<br>All fees are nonrefundable – see Instructions. | Mail:   Arizona Corporation Commission - Corporate Filings Section<br>1300 W. Washington St., Phoenix, Arizona 85007<br>Fax:   602-542-4100 |
|---|---|

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute.  You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

# PX1

## Ostrum Attachment BL

## Corporate Records

- Arizona Corporation Commission eCorp

 **Arizona**
Corporation Commission

**eCorp**

Search for an Entity Name

Search Date and Time:
**3/9/2017 9:37:17 AM**

File Number:
**L17319845**

Corporation Name:
**SEDONA BEAUTY SECRETS, LLC**

Collapse | Expand

**Corporate Inquiry**

| File Number | Corporation Name | Check Corporate Status |
|---|---|---|
| L17319845 | SEDONA BEAUTY SECRETS, LLC | Check Corporate Status |

**Domestic Address**

% WAVE ROCK LLC
7702 E DOUBLETREE RANCH RD
#300
SCOTTSDALE, AZ 85258

**Statutory Agent Information**

**Agent Name:** NATIONAL CORPORATE RESEARCH LT

**Agent Mailing/Physical Address:**

Ostrum Attachment BL-1



- Arizona Corporation Commission eCorp

815 N FIRST AVE STE 4
PHOENIX, AZ 85003

**Agent Status:** APPOINTED 05/13/2014

**Agent Last Updated:** 05/15/2014

**Additional Entity Information** ▲

| | |
|---|---|
| **Entity Type:** DOMESTIC L.L.C. | **Business Type:** |
| **Incorporation Date:** 1/12/2012 | **Corporation Life Period:** PERPETUAL |
| **Domicile:** ARIZONA | **County:** MARICOPA |
| **Approval Date:** 1/17/2012 | **Original Publish Date:** 1/30/2012 |

**Manager/Member Information** ▲

| Name | Title | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|
| WAVE ROCK LLC | MANAGER | 7702 E DOUBLETREE RANCH RD #300 SCOTTSDALE, AZ 85258 | 01/12/2012 | 09/26/2012 |
| WAVE ROCK LLC | MEMBER | 7702 E DOUBLETREE RANCH RD #300 SCOTTSDALE, AZ 85258 | 01/12/2012 | 09/26/2012 |

**Scanned Documents** ▲

http://ecorp.azcc.gov/Details/Corp?corpId=L17319845[3/9/2017 11:41:31 AM]

Ostrum Attachment BL-2

- Arizona Corporation Commission eCorp

Click on a gold button below to view a document. If the button is gray, the document is not yet available. Please check back again later.

| Document Number | Description | Date Received |
|---|---|---|
| 04671504 | AGENT APPOINTMENT | 5/13/2014 |
| 04003880 | CHANGE(S) | 8/31/2012 |
| 04003879 | CHANGE(S) | 8/31/2012 |
| 03775757 | PUB OF ARTICLES OF ORGANIZATION | 1/30/2012 |
| 03733312 | ARTICLES OF ORGANIZATION | 1/12/2012 |

**Microfilm** ▲

| Location | Entered | Description |
|---|---|---|
| 32291010043 | 1/12/2012 | ARTICLES OF ORGANIZATION |
| 32321082031 | 1/30/2012 | PUB OF ARTICLES OF ORGANIZATION |
| 32338068045 | 8/31/2012 | CHANGE(S) |
| 32338068046 | 8/31/2012 | CHANGE(S) |

Print Details

Ostrum Attachment BL-3

- Arizona Corporation Commission eCorp

Privacy Policy | Contact Us

Ostrum Attachment BL-4

JAN 12 2012 11:11 FR MARISCAL WEEKS          6022855100 TO 96025



AZ Corp. Commission

03733312

AZ CORPORATION COMMISSION
FILED

JAN 1 2 2012

FILE NO. L-1731984-5

## ARTICLES OF ORGANIZATION

### OF

### SEDONA BEAUTY SECRETS, LLC

## ARTICLE 1 - NAME

The name of the limited liability company is SEDONA BEAUTY SECRETS, LLC.

## ARTICLE 2 - REGISTERED OFFICE

The registered office of the limited liability company is 7702 Doubletree Ranch Road - Suite 300, Scottsdale, Arizona 85258, which is located in the County of Maricopa, Arizona.

## ARTICLE 3 - STATUTORY AGENT

The name and address of the statutory agent of the limited liability company is Mariscal, Weeks, McIntyre & Friedlander, P.A., 2901 N. Central Avenue - Suite 200, Phoenix, Arizona, 85012-2705.

## ARTICLE 4 - MANAGEMENT

Management of the limited liability company is vested in a manager or managers.

## ARTICLE 5 - NAME AND ADDRESS OF EACH MEMBER WHO OWNS A TWENTY PERCENT OR GREATER INTEREST IN THE CAPITAL OR PROFITS AND EACH MANAGER

The name and address of each member who owns a twenty percent or greater interest in the capital or profits and each manager of the limited liability

company are:

> Wave Rock, LLC, a Nevada          Member and Manager
> limited liability company
> Suite 300
> 7702 Doubletree Ranch Road
> Scottsdale, Arizona 85258

## ARTICLE 6 - ORGANIZER

The undersigned organizer shall have no authority, responsibilities, or duties as organizer other than the filing of these Articles of Organization.

Dated January 6, 2012.

Shannon Golden-Schubert - Organizer

2

Ostrum Attachment BL-6

# APPOINTMENT OF STATUTORY AGENT

     A.    The undersigned has been named as the statutory agent in the Articles of Organization of SEDONA BEAUTY SECRETS, LLC, an Arizona limited liability company (the "Company"), which have been delivered for filing with the Arizona Corporation Commission.

     B.    The undersigned has been notified of its appointment as agent of the Company and hereby accepts its appointment as statutory agent of the Company.

MARISCAL, WEEKS, MCINTYRE &
FRIEDLANDER, P.A.

By _David I. Thompson_

David I. Thompson, Esq.
For the Firm

PJM\SEDONA-BEAUTY-DIT\ARTS-SEDONA

3

Ostrum Attachment BL-7



AZ Corp. Commission

04671504

RECEIVED

MAY 1 3 2014

ARIZONA CORP COMMISSION
CORPORATIONS DIVISION

*DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.*

## LLC STATEMENT OF CHANGE
## OF KNOWN PLACE OF BUSINESS ADDRESS OR STATUTORY AGENT
*Read the Instructions L020I*

***NOTE** – no matter what is being changed, numbers 1, 2, 3.1, 4.1, and 4.2 must be completed. The form will be rejected if those sections are not completed.*

**1.** **ENTITY NAME** – give the exact name of the LLC as currently shown in A.C.C. records:

### SEDONA BEAUTY SECRETS, LLC

**2.** **A.C.C. FILE NUMBER:** **L-1731984-5**
Find the A.C.C. file number on the upper corner or fired documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

**3.** **ARIZONA KNOWN PLACE OF BUSINESS ADDRESS:**

| 3.1 REQUIRED – list the known place of business address currently shown in A.C.C. records (before any changes): | 3.2 Optional – List the NEW known place of business address in Arizona (must be a street or physical address): |
|---|---|
| Attention (optional) | Attention (optional) |
| 7702 E. Doubletree Ranch Road, #300 | Address 1 |
| Address 1 | |
| Address 2 (optional) | Address 2 (optional) |
| City **Scottsdale** / State **AZ** / Zip **85258** | City / State / Zip |

**3.3** If you completed 3.2, is the NEW known place of business address in Arizona the same as the street address of the statutory agent? ☐ Yes ☑ No

**4.** **CURRENT OR EXISTING STATUTORY AGENT** – list the name and addresses of the statutory agent as shown in the records of the Arizona Corporation Commission *before any changes* (this is the existing statutory agent):

| 4.1 REQUIRED – list the name and physical or street address (not a P.O. Box) in Arizona of the existing statutory agent: | 4.2 REQUIRED – list the mailing address (if one exists in A.C.C. records) in Arizona of the existing Statutory Agent: |
|---|---|
| **Mariscal Weeks McIntyre & Frie**<br>Statutory Agent Name | |
| Attention (optional) | Attention (optional) |
| 2901 N. Central Avenue, #200 | Address 1 |
| Address 1 | |
| Address 2 (optional) | Address 2 (optional) |
| City **Phoenix** / State **AZ** / Zip **85012** | City / State / Zip |

L020.001
Rev: 2010

Arizona Corporation Commission – Corporations Division
Page 1 of 3

**4.3** ☐ **CHANGE IN EXISTING STATUTORY AGENT NAME ONLY** – If the *name only* of the existing statutory agent listed in number 5.1 above has changed, but a new agent has not been appointed, check the box and give the new name of the existing statutory agent below:

_____

**4.4** **CHANGE IN EXISTING STATUTORY AGENT ADDRESS** – check all that apply and follow instructions:

☐ **STREET ADDRESS CHANGED** – complete number 4.5.

☐ **MAILING ADDRESS CHANGED** – complete number 4.6.

| 4.5 **NEW STREET ADDRESS** – give the NEW physical or street address (not a P.O. Box) in Arizona of the existing statutory agent: | | | 4.6 **NEW MAILING ADDRESS** – give the NEW mailing address in Arizona of the existing statutory agent (can be a P.O. Box): | | |
|---|---|---|---|---|---|
| Attention (optional) | | | Attention (optional) | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City | State | Zip | City | State | Zip |

| 5. ☑ **NEW STATUTORY AGENT** – If a new statutory agent is being appointed, check the box and complete the following for the NEW statutory agent: | | | | | |
|---|---|---|---|---|---|
| 5.1 *REQUIRED* – give the name (can be an individual or an entity) and physical or street address (not a P.O. Box) in Arizona of the NEW statutory agent: | | | 5.2 *OPTIONAL* – mailing address in Arizona of NEW Statutory Agent (can be a P.O. Box): | | |
| **National Corporate Research, Ltd.** | | | | | |
| Statutory Agent Name | | | | | |
| **815 North First Avenue, Suite #4** | | | Attention (optional) | | |
| Attention (optional) | | | | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City **Phoenix** | State **AZ** | Zip **85003** | City | State | Zip |
| 5.3 *REQUIRED* – If you are appointing a new statutory agent, the <u>Statutory Agent Acceptance</u> form M002 must be submitted along with this Statement of Change form. | | | | | |

Ostrum Attachment BL-9

**SIGNATURE** – *see Instructions L020!* *for who is authorized to make changes:*.

If the person signing this form is the existing statutory agent changing its own address, then by the signature appearing below, the existing statutory agent certifies *under penalty of perjury* that he or she has given the LLC named in number 1 above written notice of the address change.

By checking the box marked "I accept" below, I acknowledge *under penalty of perjury* that this document together with any attachments is submitted in compliance with Arizona law.

☑ I ACCEPT

Signature _____   Jenny Johnson   Printed Name _____   5/2/14   Date

**REQUIRED** – check only one and fill in the corresponding blank if signing for an entity:

| ☑ I am the individual Manager of this manager-managed LLC or I am signing for an entity manager named: | ☐ I am a Member of this member-managed LLC or I am signing for an entity member named: | ☐ I am a Statutory Agent changing only my own address and/or my own name. |
|---|---|---|
| Wave Rock, LLC | | |

| Filing Fee: $5.00 (regular processing)  Expedited processing – add $35.00 to filing fee.  All fees are nonrefundable – see Instructions. | Mail: Arizona Corporation Commission – Corporate Filings Section  1300 W. Washington St., Phoenix, Arizona 85007  Fax:  602-542-4100 |
|---|---|

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the instructions, please call 602-342-3026 or (within Arizona only) 800-345-5819.

L020.001
Rev: 2010

Arizona Corporation Commission – Corporations Division
Page 3 of 3

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# STATUTORY AGENT ACCEPTANCE
*Please read Instructions M002i*

1. **ENTITY NAME** – give the **exact** name in Arizona of the corporation or LLC that has appointed the Statutory Agent (this must match exactly the name as listed on the document appointing the statutory agent, e.g., Articles of Organization or Article of Incorporation):

   **SEDONA BEAUTY SECRETS, LLC**

2. **A.C.C. FILE NUMBER** (if entity is already incorporated or registered in AZ): **L-1731984-5**
   Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

3. **STATUTORY AGENT NAME** – give the exact name of the Statutory Agent appointed by the entity listed in number 1 above (this will be *either* an individual or an entity). *NOTE* - the name must match **exactly** the statutory agent name as listed in the document that appoints the statutory agent (e.g. Articles of Incorporation or Articles of Organization), including any middle initial or suffix:

   **National Corporate Research, Ltd.**

## STATUTORY AGENT SIGNATURE:

By the signature appearing below, the individual or entity named in number 3 above accepts the appointment as statutory agent for the entity named in number 1 above, and acknowledges that the appointment is effective until the appointing entity replaces the statutory agent or the statutory agent resigns, whichever occurs first.

The person signing below declares and certifies *under penalty of perjury* that the information contained within this document together with any attachments is true and correct, and is submitted in compliance with Arizona law.

| Signature | **Alexis Cassidy, Asst. Secretary** | Date |
|---|---|---|
| | Printed Name | 7/7/2014 |

**REQUIRED** – check only one:

| ☐ **Individual as statutory agent:** I am signing on behalf of myself as the individual | ☒ **Entity as statutory agent:** I am signing on behalf of the entity named as statutory agent, and I am authorized to act for that entity. |
|---|---|

| Filing Fee: none (regular processing) Expedited processing – (available only if this form is submitted by itself) add $35.00 to filing fee. All fees are nonrefundable - see Instructions. | Mail: Arizona Corporation Commission - Corporate Filings Section 1300 W. Washington St., Phoenix, Arizona 85007 Fax: 602-542-4100 |
|---|---|

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

Ostrum Attachment BL-11



AZ Corp. Commission

04003880

RECEIVED

AUG 3 1 2012

ARIZONA CORP. COMM... .N
CORPORATIONS DIVISION

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

## LLC STATEMENT OF CHANGE
## OF MANAGER OR MEMBER ADDRESSES
*Read the Instructions L021i*

1. **ENTITY NAME** – give the exact name of the LLC as currently shown in A.C.C. records:

   **SEDONA BEAUTY SECRETS, LLC**

2. **A.C.C. FILE NUMBER:** L-1731984-5
   Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

3. **MANAGER ADDRESSES** – for each manager being changed, list the name and address as currently shown on A.C.C. records and then give the new address for that manager. If more space is needed, submit another Statement of Change form.
   *If the person is also a member, also list their name, address, and new address in the Member Addresses section.*

| NAME AND ADDRESS BEFORE CHANGES: | NEW ADDRESS ONLY: |
|---|---|
| Wave Rock, LLC | |
| Name 1 | |
| 7702 Doubletree Ranch Rd #300 | 7702 E. Doubletree Ranch Road,  Suite 300 |
| Address 1 | Address 1 |
| | |
| Address 2 (optional) | Address 2 (optional) |
| Scottsdale | Scottsdale |
| City                           State    Zip | City                           State    Zip |
| Country                        AZ       85258 | Country                        AZ       85258 |
| NAME AND ADDRESS BEFORE CHANGES: | NEW ADDRESS ONLY: |
| | |
| Name 2 | |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |
| City                  State    Zip | City                  State    Zip |
| Country | Country |
| NAME AND ADDRESS BEFORE CHANGES: | NEW ADDRESS ONLY: |
| | |
| Name 3 | |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |
| City                  State    Zip | City                  State    Zip |
| Country | Country |
| NAME AND ADDRESS BEFORE CHANGES: | NEW ADDRESS ONLY: |
| | |
| Name 4 | |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |
| City                  State    Zip | City                  State    Zip |
| Country | Country |

L021.001
Rev. 2010

Arizona Corporation Commission – Corporations Division
Page 1 of 2

4.   **MEMBER ADDRESSES** – for each member being changed, list the name and address as currently shown on A.C.C. records and then give the new address for that member.  If more space is needed, submit another Statement of Change form. *If the person is also a manager, also list their name, address, and new address in the Manager Addresses section.*

| NAME AND ADDRESS BEFORE CHANGES: | | | NEW ADDRESS ONLY: | | |
|---|---|---|---|---|---|
| Wave Rock, LLC | | | | | |
| Name 1 | | | | | |
| 7702 Doubletree Ranch Rd #300 | | | 7702 E. Doubletree Ranch Road, Suite 300 | | |
| Address 1 | | | Address 1 | | |
| | | | | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| Scottsdale | | | Scottsdale | | |
| City | State AZ | Zip 85258 | City | State AZ | Zip 85258 |
| Country | | | Country | | |

| NAME AND ADDRESS BEFORE CHANGES: | | | NEW ADDRESS ONLY: | | |
|---|---|---|---|---|---|
| Name 2 | | | | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City | State | Zip | City | State | Zip |
| Country | | | Country | | |

| NAME AND ADDRESS BEFORE CHANGES: | | | NEW ADDRESS ONLY: | | |
|---|---|---|---|---|---|
| Name 3 | | | | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City | State | Zip | City | State | Zip |
| Country | | | Country | | |

| NAME AND ADDRESS BEFORE CHANGES: | | | NEW ADDRESS ONLY: | | |
|---|---|---|---|---|---|
| Name 4 | | | | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City | State | Zip | City | State | Zip |
| Country | | | Country | | |

**SIGNATURE:**   By checking the box marked "I accept" below, I acknowledge *under penalty of perjury* that this document together with any attachments is submitted in compliance with Arizona law.

☑ I ACCEPT

Blair McNea, CEO
Printed Name

_8.15.12_
Date

Signature

**REQUIRED** – check only one and fill in the corresponding blank if signing for an entity:

| ☑ I am the individual **Manager** of this manager-managed LLC **or** I am signing for an **entity manager** named:  Wave Rock, LLC | ☐ I am a **Member** of this member-managed LLC **or** I am signing for an **entity member named:** |
|---|---|

| Filing Fee: $5.00 (regular processing) Expedited processing – add $35.00 to filing fee. All fees are nonrefundable - see Instructions. | Mail:  Arizona Corporation Commission - Corporate Filings Section 1300 W. Washington St., Phoenix, Arizona  85007 Fax:     602-542-4100 |
|---|---|

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute.  You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

# PX1

## Ostrum Attachment BM

## Corporate Records

- Arizona Corporation Commission eCorp



eCorp

Search for an Entity Name

Search Date and Time:
**3/14/2017 12:48:51 PM**

File Number:
**L17319823**

Corporation Name:
**SKINNYIQ, LLC**

Collapse | Expand



| File Number | Corporation Name | Check Corporate Status |
|---|---|---|
| L17319823 | SKINNYIQ, LLC | Check Corporate Status |

**Domestic Address**

% WAVE ROCK LLC
7702 E DOUBLETREE RANCH RD
#300
SCOTTSDALE, AZ 85258

**Statutory Agent Information**

Agent Name: NATIONAL CORPORATE RESEARCH LT

Agent Mailing/Physical Address:

http://ecorp.azcc.gov/Details/Corp?corpId=L17319823[3/14/2017 3:49:24 PM]

Ostrum Attachment BM-1



- Arizona Corporation Commission eCorp

815 N FIRST AVE STE 4
PHOENIX, AZ 85003

**Agent Status:** APPOINTED 05/13/2014

**Agent Last Updated:** 05/15/2014

### Additional Entity Information

**Entity Type:** DOMESTIC L.L.C. | **Business Type:**

**Incorporation Date:** 1/12/2012 | **Corporation Life Period:** PERPETUAL

**Domicile:** ARIZONA | **County:** MARICOPA

**Approval Date:** 1/17/2012 | **Original Publish Date:** 1/30/2012

### Manager Member Information

| Name | Title | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|
| WAVE ROCK LLC | MANAGER | 7702 E DOUBLETREE RANCH RD #300 SCOTTSDALE, AZ 85258 | 01/12/2012 | 09/26/2012 |
| WAVE ROCK LLC | MEMBER | 7702 E DOUBLETREE RANCH RD #300 SCOTTSDALE, AZ 85258 | 01/12/2012 | 09/26/2012 |

### Scanned Documents

Ostrum Attachment BM-2

- Arizona Corporation Commission eCorp

Click on a gold button below to view a document. If the button is gray, the document is not yet available. Please check back again later.

| Document Number | Description | Date Received |
|---|---|---|
| 04671505 | AGENT APPOINTMENT | 5/13/2014 |
| 04003877 | CHANGE(S) | 8/31/2012 |
| 04003878 | CHANGE(S) | 8/31/2012 |
| 03775754 | PUB OF ARTICLES OF ORGANIZATION | 1/30/2012 |
| 03733311 | ARTICLES OF ORGANIZATION | 1/12/2012 |

**Microfilm** ▲

| Location | Entered | Description |
|---|---|---|
| 32291010042 | 1/12/2012 | ARTICLES OF ORGANIZATION |
| 32321082028 | 1/30/2012 | PUB OF ARTICLES OF ORGANIZATION |
| 32338068043 | 8/31/2012 | CHANGE(S) |
| 32338068044 | 8/31/2012 | CHANGE(S) |

Print Details

Ostrum Attachment BM-3

- Arizona Corporation Commission eCorp

Privacy Policy I Contact Us

Ostrum Attachment BM-4

JAN 12 2012 11:16 FR MARISCAL WEEKS          6022855100 TO 96025



AZ Corp. Commission

03733311

AZ CORPORATION COMMISSION

FILED

JAN 1 2 2012

FILE NO. L-1731982-3

# ARTICLES OF ORGANIZATION

## OF

## SkinnyIQ, LLC

## ARTICLE 1 - NAME

The name of the limited liability company is SkinnyIQ, LLC.

## ARTICLE 2 - REGISTERED OFFICE

The registered office of the limited liability company is 7702 Doubletree Ranch Road - Suite 300, Scottsdale, Arizona 85258, which is located in the County of Maricopa, Arizona.

## ARTICLE 3 - STATUTORY AGENT

The name and address of the statutory agent of the limited liability company is Mariscal, Weeks, McIntyre & Friedlander, P.A., 2901 N. Central Avenue - Suite 200, Phoenix, Arizona, 85012-2705.

## ARTICLE 4 - MANAGEMENT

Management of the limited liability company is vested in a manager or managers.

## ARTICLE 5 - NAME AND ADDRESS OF EACH MEMBER WHO OWNS A TWENTY PERCENT OR GREATER INTEREST IN THE CAPITAL OR PROFITS AND EACH MANAGER

The name and address of each member who owns a twenty percent or greater interest in the capital or profits and each manager of the limited liability company are:

Ostrum Attachment BM-5

Wave Rock, LLC, a Nevada                    Member and Manager
limited liability company
Suite 300
7702 Doubletree Ranch Road
Scottsdale, Arizona 85258

## ARTICLE 6 - ORGANIZER

The undersigned organizer shall have no authority, responsibilities, or duties as organizer other than the filing of these Articles of Organization.

Dated January 6, 2012.

Shannon Golden-Schubert - Organizer

2

## APPOINTMENT OF STATUTORY AGENT

       A.    The undersigned has been named as the statutory agent in the Articles of Organization of SkinnyIQ, LLC, an Arizona limited liability company (the "Company"), which have been delivered for filing with the Arizona Corporation Commission.

       B.    The undersigned has been notified of its appointment as agent of the Company and hereby accepts its appointment as statutory agent of the Company.

MARISCAL, WEEKS, MCINTYRE & FRIEDLANDER, P.A.

By _____

David I. Thompson, Esq.
For the Firm

PJM\SKINNYIQ-D171\ARTS-SKINNY

3

*** TOTAL PAGE.05 ***

Ostrum Attachment BM-7

AZ Corp. Commission

04671505

RECEIVED

MAY 1 3 2014

ARIZONA CORP. COMMISSION
CORPORATIONS DIVISION

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

## LLC STATEMENT OF CHANGE
## OF KNOWN PLACE OF BUSINESS ADDRESS OR STATUTORY AGENT
### Read the Instructions L0201

*NOTE – no matter what is being changed, numbers 1, 2, 3.1, 4.1, and 4.2 must be completed. The form will be rejected if those sections are not completed.*

1. **ENTITY NAME** – give the exact name of the LLC as currently shown in A.C.C. records:

   **SKINNYIQ, LLC**

2. **A.C.C. FILE NUMBER:** **L-1731982-3**
   Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

3. **ARIZONA KNOWN PLACE OF BUSINESS ADDRESS:**

| 3.1 REQUIRED – list the known place of business address currently shown in A.C.C. records (before any changes): | 3.2 Optional - List the NEW known place of business address in Arizona (must be a street or physical address): | | |
|---|---|---|---|
| Attention (optional) | Attention (optional) | | |
| 7702 E. Doubletree Ranch Road, #300 | | | |
| Address 1 | Address 1 | | |
| Address 2 (optional) | Address 2 (optional) | | |
| City **Scottsdale** | State **AZ** | Zip **85258** | City / State / Zip |

3.3 If you completed 3.2, is the NEW known place of business address in Arizona the same as the street address of the statutory agent? ☐ Yes ☑ No

4. **CURRENT OR EXISTING STATUTORY AGENT** – list the name and addresses of the statutory agent as shown in the records of the Arizona Corporation Commission *before any changes* (this is the existing statutory agent):

| 4.1 REQUIRED – list the name and physical or street address (not a P.O. Box) in Arizona of the existing statutory agent: | 4.2 REQUIRED – list the mailing address (if one exists in A.C.C. records) in Arizona of the existing Statutory Agent: | | |
|---|---|---|---|
| **Mariscal Weeks McIntyre & Frie** | | | |
| Statutory Agent Name | | | |
| Attention (optional) | Attention (optional) | | |
| 2901 N. Central Avenue, #200 | | | |
| Address 1 | Address 1 | | |
| Address 2 (optional) | Address 2 (optional) | | |
| City **Phoenix** | State **AZ** | Zip **85012** | City / State / Zip |

L020.001
Rev. 2010

Arizona Corporation Commission – Corporations Division
Page 1 of 3

**4.3** ☐ **CHANGE IN EXISTING STATUTORY AGENT NAME ONLY** – if the *name only* of the existing statutory agent listed in number 5.1 above has changed, but a new agent has not been appointed, check the box and give the new name of the existing statutory agent below:

_____

**4.4** **CHANGE IN EXISTING STATUTORY AGENT ADDRESS** – check all that apply and follow instructions:

    ☐ **STREET ADDRESS CHANGED** – complete number 4.5.
    ☐ **MAILING ADDRESS CHANGED** – complete number 4.6.

| **4.5** **NEW STREET ADDRESS** – give the NEW physical or street address (not a P.O. Box) in Arizona of the existing statutory agent: | | | **4.6** **NEW MAILING ADDRESS** – give the NEW mailing address in Arizona of the existing statutory agent (can be a P.O. Box): | | |
|---|---|---|---|---|---|
| Attention (optional) | | | Attention (optional) | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City | State | Zip | City | State | Zip |

| **5.** ☑ **NEW STATUTORY AGENT** – if a new statutory agent is being appointed, check the box and complete the following for the NEW statutory agent: | | | | | |
|---|---|---|---|---|---|
| **5.1** *REQUIRED* – give the name (can be an individual or an entity) and physical or street address (not a P.O. Box) in Arizona of the NEW statutory agent: | | | **5.2** *OPTIONAL* – mailing address in Arizona of NEW Statutory Agent (can be a P.O. Box): | | |
| **National Corporate Research, Ltd.** | | | | | |
| Statutory Agent Name | | | | | |
| **815 North First Avenue, Suite #4** | | | Attention (optional) | | |
| Attention (optional) | | | | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| **Phoenix** City | **AZ** State | **85003** Zip | City | State | Zip |
| **5.3** *REQUIRED* – if you are appointing a new statutory agent, the Statutory Agent Acceptance form M002 must be submitted along with this Statement of Change form. | | | | | |

L00.001
Rev. 2010

Arizona Corporation Commission – Corporations Division
Page 2 of 3

**SIGNATURE –** *see Instructions L020i for who is authorized to make changes:*

If the person signing this form is the existing statutory agent changing its own address, then by the signature appearing below, the existing statutory agent certifies *under penalty of perjury* that he or she has given the LLC named in number 1 above written notice of the address change.

By checking the box marked "I accept" below, I acknowledge *under penalty of perjury* that this document together with any attachments is submitted in compliance with Arizona law.

☑ I ACCEPT

_____     Jenny Johnson     5/2/14
Signature                          Printed Name                         Date

**REQUIRED –** check only one and fill in the corresponding blank if signing for an entity:

| ☑ I am the individual Manager of this manager-managed LLC or I am signing for an entity manager named: | ☐ I am a Member of this member-managed LLC or I am signing for an entity member named: | ☐ I am a Statutory Agent changing only my own address and/or my own name. |
|---|---|---|
| Wave Rock, LLC | | |

| Filing Fee: $5.00 (regular processing) Expedited processing – add $35.00 to filing fee. All fees are nonrefundable - see instructions. | Mail: | Arizona Corporation Commission - Corporate Filings Section 1300 W. Washington St., Phoenix, Arizona 85007 |
|---|---|---|
| | Fax: | 602-542-4100 |

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# STATUTORY AGENT ACCEPTANCE
*Please read Instructions M002i*

1. **ENTITY NAME** – give the **exact** name in Arizona of the corporation or LLC that has appointed the Statutory Agent (this must match exactly the name as listed on the document appointing the statutory agent, e.g., Articles of Organization or Article of Incorporation):

   **SKINNYIQ, LLC**

2. **A.C.C. FILE NUMBER** (if entity is already incorporated or registered in AZ): **L-1731982-3**
   Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

3. **STATUTORY AGENT NAME** – give the exact name of the Statutory Agent appointed by the entity listed in number 1 above (this will be *either* an individual or an entity). *NOTE* – the name must match **exactly** the statutory agent name as listed in the document that appoints the statutory agent (e.g. Articles of Incorporation or Articles of Organization), including any middle initial or suffix:

   **National Corporate Research, Ltd.**

## STATUTORY AGENT SIGNATURE:

By the signature appearing below, the individual or entity named in number 3 above accepts the appointment as statutory agent for the entity named in number 1 above, and acknowledges that the appointment is effective until the appointing entity replaces the statutory agent or the statutory agent resigns, whichever occurs first.

The person signing below declares and certifies *under penalty of perjury* that the information contained within this document together with any attachments is true and correct, and is submitted in compliance with Arizona law.

| _____ | **Alexis Cassidy, Asst. Secretary** | _____ |
| Signature | Printed Name | Date |

**REQUIRED** – check only one:

| ☐ **Individual as statutory agent:** I am signing on behalf of myself as the individual | ☒ **Entity as statutory agent:** I am signing on behalf of the entity named as statutory agent, and I am authorized to act for that entity. |

| Filing Fee: none (regular processing) Expedited processing – (available only if this form is submitted by itself) add $35.00 to filing fee. All fees are nonrefundable - see instructions. | Mail: Arizona Corporation Commission - Corporate Filings Section 1300 W. Washington St., Phoenix, Arizona 85007 Fax: 602-542-4100 |

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

# PX1

## Ostrum Attachment BN

## Corporate Records

- Arizona Corporation Commission eCorp

 **Arizona**
**Corporation Commission**

eCorp

Search for an Entity Name

Search Date and Time:
**3/14/2017 12:53:36 PM**

File Number:
**L17319798**

Corporation Name:
**SMILE PRO DIRECT, LLC**

Collapse | Expand



| Corporate Inquiry | | | ▲ |
| --- | --- | --- | --- |
| **File Number** | **Corporation Name** | **Check Corporate Status** | |
| L17319798 | SMILE PRO DIRECT, LLC | Check Corporate Status | |

| Domestic Address | ▲ |
| --- | --- |
| % WAVE ROCK LLC<br>7702 E DOUBLETREE RANCH RD<br>#300<br>SCOTTSDALE, AZ 85258 | |

| Statutory Agent Information | ▲ |
| --- | --- |
| **Agent Name:** NATIONAL CORPORATE RESEARCH LT | |
| **Agent Mailing/Physical Address:** | |

http://ecorp.azcc.gov/Details/Corp?corpId=L17319798[3/14/2017 3:53:30 PM]

Ostrum Attachment BN-1



- Arizona Corporation Commission eCorp

815 N FIRST AVE STE 4
PHOENIX, AZ 85003

**Agent Status:** APPOINTED 05/13/2014

**Agent Last Updated:** 05/15/2014

### Additional Entity Information ▲

| | |
|---|---|
| **Entity Type:** DOMESTIC L.L.C. | **Business Type:** |
| **Incorporation Date:** 1/12/2012 | **Corporation Life Period:** PERPETUAL |
| **Domicile:** ARIZONA | **County:** MARICOPA |
| **Approval Date:** 1/18/2012 | **Original Publish Date:** 1/30/2012 |

### Manager/Member Information ▲

| Name | Title | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|
| WAVE ROCK LLC | MANAGER | 7702 E DOUBLETREE RANCH RD #300 SCOTTSDALE, AZ 85258 | 01/12/2012 | 09/26/2012 |
| WAVE ROCK LLC | MEMBER | 7702 E DOUBLETREE RANCH RD #300 SCOTTSDALE, AZ 85258 | 01/12/2012 | 09/26/2012 |

### Scanned Documents ▲

Ostrum Attachment BN-2

- Arizona Corporation Commission eCorp

Click on a gold button below to view a document. If the button is gray, the document is not yet available. Please check back again later.

| Document Number | Description | Date Received |
|---|---|---|
| 04671506 | AGENT APPOINTMENT | 5/13/2014 |
| 04003875 | CHANGE(S) | 8/31/2012 |
| 04003876 | CHANGE(S) | 8/31/2012 |
| 03775756 | PUB OF ARTICLES OF ORGANIZATION | 1/30/2012 |
| 03733310 | ARTICLES OF ORGANIZATION | 1/12/2012 |

**Microfilm** ▲

| Location | Entered | Description |
|---|---|---|
| 32291010041 | 1/12/2012 | ARTICLES OF ORGANIZATION |
| 32321082030 | 1/30/2012 | PUB OF ARTICLES OF ORGANIZATION |
| 32338068041 | 8/31/2012 | CHANGE(S) |
| 32338068042 | 8/31/2012 | CHANGE(S) |

Print Details

http://ecorp.azcc.gov/Details/Corp?corpId=L17319798[3/14/2017 3:53:30 PM]

Ostrum Attachment BN-3

- Arizona Corporation Commission eCorp

Privacy Policy | Contact Us

Ostrum Attachment BN-4

JAN 12 2012 11:20 FR MARISCAL WEEKS     6022855100 TO 95025     AZ Corp. Commission

03733310

AZ CORPORATION COMMISSION
FILED

JAN 1 2 2012

FILE NO. L-1731979-8

**ARTICLES OF ORGANIZATION**

**OF**

**SMILE PRO DIRECT, LLC**

## ARTICLE 1 - NAME

The name of the limited liability company is SMILE PRO DIRECT, LLC.

## ARTICLE 2 - REGISTERED OFFICE

The registered office of the limited liability company is 7702 Doubletree Ranch Road - Suite 300, Scottsdale, Arizona 85258, which is located in the County of Maricopa, Arizona.

## ARTICLE 3 - STATUTORY AGENT

The name and address of the statutory agent of the limited liability company is Mariscal, Weeks, McIntyre & Friedlander, P.A., 2901 N. Central Avenue - Suite 200, Phoenix, Arizona, 85012-2705.

## ARTICLE 4 - MANAGEMENT

Management of the limited liability company is vested in a manager or managers.

## ARTICLE 5 - NAME AND ADDRESS OF EACH MEMBER WHO OWNS A TWENTY PERCENT OR GREATER INTEREST IN THE CAPITAL OR PROFITS AND EACH MANAGER

The name and address of each member who owns a twenty percent or greater interest in the capital or profits and each manager of the limited liability

Ostrum Attachment BN-5

company are:

> Wave Rock, LLC, a Nevada                    Member and Manager
> limited liability company
> Suite 300
> 7702 Doubletree Ranch Road
> Scottsdale, Arizona 85258

### ARTICLE 6 - ORGANIZER

The undersigned organizer shall have no authority, responsibilities, or duties as organizer other than the filing of these Articles of Organization.

Dated January 6, 2012.

Shannon Golden-Schubert - Organizer

2

## APPOINTMENT OF STATUTORY AGENT

     **A.**    The undersigned has been named as the statutory agent in the Articles of Organization of SMILE PRO DIRECT, LLC, an Arizona limited liability company (the "Company"), which have been delivered for filing with the Arizona Corporation Commission.

     **B.**    The undersigned has been notified of its appointment as agent of the Company and hereby accepts its appointment as statutory agent of the Company.

                   MARISCAL, WEEKS, MCINTYRE &
                   FRIEDLANDER, P.A.

                   By _____
                      David I. Thompson, Esq.
                      For the Firm

PJM\SMILE-PRO-DIRECT-DIT\ARTS-SMILE-PRO

3

Ostrum Attachment BN-7

AZ Corp. Commission

04671506

RECEIVED

MAY 1 3 2014

ARIZONA CORP. COMMISSION
CORPORATIONS DIVISION

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

## LLC STATEMENT OF CHANGE
## OF KNOWN PLACE OF BUSINESS ADDRESS OR STATUTORY AGENT
*Read the Instructions L020I*

**NOTE** – *no matter what is being changed, numbers 1, 2, 3.1, 4.1, and 4.2 must be completed. The form will be rejected if those sections are not completed.*

1. **ENTITY NAME** – give the exact name of the LLC as currently shown in A.C.C. records:

   **SMILE PRO DIRECT, LLC**

2. **A.C.C. FILE NUMBER:**                                                    **L-1731979-8**
   Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.acc.gov/Divisions/Corporations

3. **ARIZONA KNOWN PLACE OF BUSINESS ADDRESS:**

| 3.1 *REQUIRED* – list the known place of business address currently shown in A.C.C. records (before any changes): | | | 3.2 *Optional* – List the NEW known place of business address in Arizona (must be a street or physical address): | | |
|---|---|---|---|---|---|
| Attention (optional) | | | Attention (optional) | | |
| 7702 E. Doubletree Ranch Road, #300 | | | Address 1 | | |
| Address 1 | | | | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City  Scottsdale | State  AZ | Zip  85258 | City | State | Zip |

3.3   If you completed 3.2, is the NEW known place of business address in Arizona the same as the street address of the statutory agent?   ☐ Yes  ☑ No

4. **CURRENT OR EXISTING STATUTORY AGENT** – list the name and addresses of the statutory agent as shown in the records of the Arizona Corporation Commission *before any changes* (this is the existing statutory agent):

| 4.1 *REQUIRED* – list the *name* and *physical or street address* (not a P.O. Box) in Arizona of the existing statutory agent: | | | 4.2 *REQUIRED* – list the mailing address (if one exists in A.C.C. records) in Arizona of the existing statutory Agent: | | |
|---|---|---|---|---|---|
| Statutory Agent Name  Mariscal Weeks McIntyre & Frie | | | | | |
| Attention (optional)  2901 N. Central Avenue, #200 | | | Attention (optional) | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City  Phoenix | State  AZ | Zip  85012 | City | State | Zip |

L020.001
Rev. 2010

Arizona Corporation Commission – Corporations Division
Page 1 of 3

4.3 ☐ **CHANGE IN EXISTING STATUTORY AGENT NAME ONLY** – If the *name only* of the existing statutory agent listed in number 5.1 above has changed, but a new agent has not been appointed, check the box and give the new name of the existing statutory agent below:

________________________________________

4.4 **CHANGE IN EXISTING STATUTORY AGENT ADDRESS** – check all that apply and follow instructions:

☐ **STREET ADDRESS CHANGED** – complete number 4.5.

☐ **MAILING ADDRESS CHANGED** – complete number 4.6.

| **4.5 NEW STREET ADDRESS** – give the NEW physical or street address (not a P.O. Box) in Arizona of the existing statutory agent: | | | **4.6 NEW MAILING ADDRESS** – give the NEW mailing address in Arizona of the existing statutory agent (can be a P.O. Box): | | |
|---|---|---|---|---|---|
| Attention (optional) | | | Attention (optional) | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City | State | Zip | City | State | Zip |

| **5.** ☑ **NEW STATUTORY AGENT** – If a new statutory agent is being appointed, check the box and complete the following for the **NEW** statutory agent: | | | | | |
|---|---|---|---|---|---|
| **5.1** *REQUIRED* – give the name (can be an individual or an entity) and physical or street address (not a P.O. Box) in Arizona of the NEW statutory agent: | | | **5.2** *OPTIONAL* – mailing address in Arizona of NEW Statutory Agent (can be a P.O. Box): | | |
| National Corporate Research, Ltd.<br>Statutory Agent Name | | | | | |
| Attention (optional) | | | Attention (optional) | | |
| 815 North First Avenue, Suite #4<br>Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| Phoenix<br>City | AZ<br>State | 85003<br>Zip | City | State | Zip |
| **5.3** *REQUIRED* – If you are appointing a new statutory agent, the Statutory Agent Acceptance form M002 must be submitted along with this Statement of Change form. | | | | | |

**SIGNATURE – _see Instructions I.020i_ for who is authorized to make changes:**

If the person signing this form is the existing statutory agent changing its own address, then by the signature appearing below, the existing statutory agent certifies _under penalty of perjury_ that he or she has given the LLC named in number 1 above written notice of the address change.

By checking the box marked "I accept" below, I acknowledge _under penalty of perjury_ that this document together with any attachments is submitted in compliance with Arizona law.

☑ I ACCEPT

Signature _(signature)_          Jenny Johnson          Printed Name          5/2/14          Date

**REQUIRED – check only one and fill in the corresponding blank if signing for an entity:**

| ☑ I am the Individual Manager of this manager-managed LLC or I am signing for an entity manager named: | ☐ I am a Member of this member-managed LLC or I am signing for an entity member named: | ☐ I am a Statutory Agent changing only my own address and/or my own name. |
|---|---|---|
| Wave Rock, LLC | | |

| Filing Fee: $5.00 (regular processing)<br>Expedited processing – add $35.00 to filing fee.<br>All fees are nonrefundable – see Instructions. | Mail:<br>Fax: | Arizona Corporation Commission – Corporate Filings Section<br>1300 W. Washington St., Phoenix, Arizona 85007<br>602-542-4100 |
|---|---|---|

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

L020.001
Rev: 2010

Arizona Corporation Commission – Corporations Division
Page 3 of 3

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# STATUTORY AGENT ACCEPTANCE
### *Please read Instructions M002i*

1.  **ENTITY NAME** – give the **exact** name in Arizona of the corporation or LLC that has appointed the Statutory Agent (this must match exactly the name as listed on the document appointing the statutory agent, e.g., Articles of Organization or Article of Incorporation):

    **SMILE PRO DIRECT, LLC**

2.  **A.C.C. FILE NUMBER** (if entity is already incorporated or registered in AZ): **L-1731979-8**
    Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

3.  **STATUTORY AGENT NAME** – give the exact name of the Statutory Agent appointed by the entity listed in number 1 above (this will be *either* an individual or an entity). *NOTE* – the name must match **exactly** the statutory agent name as listed in the document that appoints the statutory agent (e.g. Articles of Incorporation or Articles of Organization), including any middle initial or suffix:

    **National Corporate Research, Ltd.**

## STATUTORY AGENT SIGNATURE:

By the signature appearing below, the individual or entity named in number 3 above accepts the appointment as statutory agent for the entity named in number 1 above, and acknowledges that the appointment is effective until the appointing entity replaces the statutory agent or the statutory agent resigns, whichever occurs first.

The person signing below declares and certifies *under penalty of perjury* that the information contained within this document together with any attachments is true and correct, and is submitted in compliance with Arizona law.

| Signature | **Alexis Cassidy, Asst. Secretary** | Date |
|---|---|---|
| | Printed Name | |

**REQUIRED** – check only one:

| ☐ **Individual as statutory agent:** I am signing on behalf of myself as the individual | ☒ **Entity as statutory agent:** I am signing on behalf of the entity named as statutory agent, and I am authorized to act for that entity. |
|---|---|

| Filing Fee:  none (regular processing)<br>Expedited processing – (available only if this form is submitted by itself) add $35.00 to filing fee.<br>All fees are nonrefundable - see instructions. | Mail: | Arizona Corporation Commission - Corporate Filings Section<br>1300 W. Washington St., Phoenix, Arizona  85007 |
|---|---|---|
| | Fax: | 602-542-4100 |

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

AZ Corp. Commission



04003876

RECEIVED

AUG 3 1 2012

ARIZONA CORP. COMMISSION
CORPORATIONS DIVISION

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

## LLC STATEMENT OF CHANGE
## OF MANAGER OR MEMBER ADDRESSES

*Read the Instructions L021i*

1. **ENTITY NAME** – give the exact name of the LLC as currently shown in A.C.C. records:

   SMILE PRO DIRECT, LLC

2. **A.C.C. FILE NUMBER:** L-1731979-8

   Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

3. **MANAGER ADDRESSES** – for each manager being changed, list the name and address as currently shown on A.C.C. records and then give the new address for that manager. If more space is needed, submit another Statement of Change form.
   *If the person is also a member, also list their name, address, and new address in the Member Addresses section.*

| NAME AND ADDRESS BEFORE CHANGES: | NEW ADDRESS ONLY: |
|---|---|
| Wave Rock, LLC<br>Name 1<br>7702 Doubletree Ranch Rd #300<br>Address 1 | 7702 E. Doubletree Ranch Road, Suite 300<br>Address 1 |
| Address 2 (optional)<br>Scottsdale | Address 2 (optional)<br>Scottsdale |
| City ___ State AZ Zip 85258<br>Country | City ___ State AZ Zip 85258<br>Country |
| NAME AND ADDRESS BEFORE CHANGES:<br>Name 2 | NEW ADDRESS ONLY: |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |
| City ___ State Zip<br>Country | City ___ State Zip<br>Country |
| NAME AND ADDRESS BEFORE CHANGES:<br>Name 3 | NEW ADDRESS ONLY: |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |
| City ___ State Zip<br>Country | City ___ State Zip<br>Country |
| NAME AND ADDRESS BEFORE CHANGES:<br>.<br>Name 4 | NEW ADDRESS ONLY: |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |
| City ___ State Zip<br>Country | City ___ State Zip<br>Country |

L021.001
Rev: 2010

Arizona Corporation Commission – Corporations Division
Page 1 of 2

Ostrum Attachment BN-12

**4.** **MEMBER ADDRESSES** – for each member being changed, list the name and address as currently shown on A.C.C. records and then give the new address for that member.  If more space is needed, submit another Statement of Change form.  *If the person is also a manager, also list their name, address, and new address in the Manager Addresses section.*

| NAME AND ADDRESS BEFORE CHANGES: | NEW ADDRESS ONLY: |
|---|---|
| Wave Rock, LLC<br>Name 1 | |
| 7702 Doubletree Ranch Rd #300<br>Address 1 | 7702 E. Doubletree Ranch Road, Suite 300<br>Address 1 |
| Address 2 (optional) | Address 2 (optional) |
| Scottsdale<br>City | Scottsdale<br>City |

| City | | State | Zip | City | | State | Zip |
|---|---|---|---|---|---|---|---|
| Country | | AZ | 85258 | Country | | AZ | 85258 |

| NAME AND ADDRESS BEFORE CHANGES: | NEW ADDRESS ONLY: |
|---|---|
| Name 2 | |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |

| City | | State | Zip | City | | State | Zip |
|---|---|---|---|---|---|---|---|
| Country | | | | Country | | | |

| NAME AND ADDRESS BEFORE CHANGES: | NEW ADDRESS ONLY: |
|---|---|
| Name 3 | |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |

| City | | State | Zip | City | | State | Zip |
|---|---|---|---|---|---|---|---|
| Country | | | | Country | | | |

| NAME AND ADDRESS BEFORE CHANGES: | NEW ADDRESS ONLY: |
|---|---|
| Name 4 | |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |

| City | | State | Zip | City | | State | Zip |
|---|---|---|---|---|---|---|---|
| Country | | | | Country | | | |

**SIGNATURE:**   By checking the box marked "I accept" below, I acknowledge *under penalty of perjury* that this document together with any attachments is submitted in compliance with Arizona law.

☑ I ACCEPT

Blair McNea, CEO

8.15.12

Signature                                              Printed Name                                              Date

**REQUIRED** – check only one and fill in the corresponding blank if signing for an entity:

| ☑ I am the individual **Manager** of this manager-managed LLC **or** I am signing for an **entity manager named:**<br>Wave Rock, LLC | ☐ I am a **Member** of this member-managed LLC **or** I am signing for an **entity member named:** |
|---|---|

| Filing Fee: $5.00 (regular processing)<br>Expedited processing – add $35.00 to filing fee.<br>All fees are nonrefundable - see Instructions. | Mail:<br><br>Fax: | Arizona Corporation Commission - Corporate Filings Section<br>1300 W. Washington St., Phoenix, Arizona  85007<br>602-542-4100 |
|---|---|---|

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute.  You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

# PX1

## Ostrum Attachment BO

## Corporate Records

- Arizona Corporation Commission eCorp

 **Arizona**
Corporation Commission

eCorp

Search for an Entity Name

Search Date and Time:
**3/7/2017 2:06:35 PM**

File Number:
**L17491858**

Corporation Name:
**SOLID ICE, LLC**

Collapse | Expand

**Corporate Inquiry** ▲

| File Number | Corporation Name | Check Corporate Status |
|---|---|---|
| L17491858 | SOLID ICE, LLC | Check Corporate Status |

**Domestic Address** ▲

1910 S STAPLEY DR STE 221
MESA, AZ 85204

**Statutory Agent Information** ▲

**Agent Name:** NATIONAL CORPORATE RESEARCH LT

**Agent Mailing/Physical Address:**

815 N FIRST AVE STE #4
PHOENIX, AZ 85003

Ostrum Attachment BO-1

- Arizona Corporation Commission eCorp



**Agent Status:** APPOINTED 05/20/2014

**Agent Last Updated:** 05/22/2014

**Additional Entity Information** ▲

| | |
|---|---|
| **Entity Type:** DOMESTIC L.L.C. | **Business Type:** |
| **Incorporation Date:** 3/23/2012 | **Corporation Life Period:** PERPETUAL |
| **Domicile:** ARIZONA | **County:** MARICOPA |
| **Approval Date:** 3/27/2012 | **Original Publish Date:** 4/9/2012 |

**Manager Member Information** ▲

| Name | Title | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|
| CHRISTINA GOULD | MANAGER | 1910 S STAPLEY DR STE 221 MESA, AZ 85204 | 03/23/2012 | 08/18/2014 |
| SKINNYIQ LLC | MEMBER | 7702 E DOUBLETREE RANCH RD STE 300 SCOTTSDALE, AZ 85258 | 03/23/2012 | 10/12/2012 |
| CHRISTINA GOULD | MEMBER | 1910 S STAPLEY DR STE 221 MESA, AZ 85204 | 03/23/2012 | 08/18/2014 |

**Scanned Documents** ▲

Ostrum Attachment BO-2

- Arizona Corporation Commission eCorp

Click on a gold button below to view a document. If the button is gray, the document is not yet available. Please check back again later.

| Document Number | Description | Date Received |
|---|---|---|
| 04769074 | CHANGE(S) | 8/4/2014 |
| 04769075 | MEMBER/MANAGER ADDRESS CHANGE | 8/4/2014 |
| 04663199 | AGENT APPOINTMENT | 5/20/2014 |
| 04004136 | CHANGE(S) | 9/4/2012 |
| 03862447 | PUB OF ARTICLES OF ORGANIZATION | 4/9/2012 |
| 03821578 | ARTICLES OF ORGANIZATION | 3/23/2012 |

**Microfilm** ▲

| Location | Entered | Description |
|---|---|---|
| 32324057037 | 3/23/2012 | ARTICLES OF ORGANIZATION |
| 32327002030 | 4/9/2012 | PUB OF ARTICLES OF ORGANIZATION |
| 32338073002 | 9/4/2012 | CHANGE(S) |

Print Details

http://ecorp.azcc.gov/Details/Corp?corpId=L17491858[3/7/2017 4:06:59 PM]

Ostrum Attachment BO-3

- Arizona Corporation Commission eCorp

Ostrum Attachment BO-4

MAR 23 2012 13:02 FR MARISCAL WEEKS        6022855100 TO 9602


AZ Corp. Commission
03821578

# ARTICLES OF ORGANIZATION

## OF

## SOLID ICE, LLC

AZ CORPORATION COMMISSION
FILED

MAR 2 3 2012

FILE NO. L-17491858

## ARTICLE 1 - NAME

The name of the limited liability company is SOLID ICE, LLC.

## ARTICLE 2 - REGISTERED OFFICE

The registered office of the limited liability company is 1166 E. Warner Road - Suite 101, Gilbert, Arizona 85296, which is located in the County of Maricopa, Arizona.

## ARTICLE 3 - STATUTORY AGENT

The name and address of the statutory agent of the limited liability company is Mariscal, Weeks, McIntyre & Friedlander, P.A., 2901 N. Central Avenue - Suite 200, Phoenix, Arizona 85012-2705.

## ARTICLE 4 - MANAGEMENT

Management of the limited liability company is vested in a manager or managers.

## ARTICLE 5 - NAME AND ADDRESS OF EACH MEMBER WHO OWNS A TWENTY PERCENT OR GREATER INTEREST IN THE CAPITAL OR PROFITS AND EACH MANAGER

The name and address of each member who owns a twenty percent or greater interest in the capital or profits and each manager of the limited liability company are:

Christina Gould                                Member and
1166 E. Warner Road - Suite 101                Manager
Gilbert, Arizona 85296

SkinnyIQ, LLC, an Arizona limited              Member
liability company
7702 Doubletree Ranch Road – Suite 300
Scottsdale, Arizona 85258

## ARTICLE 6 - ORGANIZER

The undersigned organizer shall have no authority, responsibilities, or duties as organizer other than the filing of these Articles of Organization.

Dated:  March 22, 2012.

Shannon Golden-Schubert - Organizer

2

MAR 23 2012 13:02 FR MARISCAL WEEKS        6022855100 TO 96025424100        P.05/05

# APPOINTMENT OF STATUTORY AGENT

      A.    The undersigned has been named as the statutory agent in the Articles of Organization of SOLID ICE, LLC, an Arizona limited liability company (the "Company"), which have been delivered for filing with the Arizona Corporation Commission.

      B.    The undersigned has been notified of its appointment as agent of the Company and hereby accepts its appointment as statutory agent of the Company.


MARISCAL, WEEKS, MCINTYRE &
FRIEDLANDER, P.A.


By _David I. Thompson_ 
    David I. Thompson, Esq.
    For the Firm


PJM\SOLID-ICE-DIT\ARTS-SOLID

3

** TOTAL PAGE.05 **

Ostrum Attachment BO-7

PX1

Ostrum Attachment BP

Corporate Records

- Arizona Corporation Commission eCorp



eCorp

Search for an Entity Name

Search Date and Time:
**3/14/2017 12:55:05 PM**

File Number:
**L17746085**

Corporation Name:
**SPARK WHITENING, LLC**

Collapse | Expand



Corporate Inquiry                                                              ▲

| File Number | Corporation Name | Check Corporate Status |
|---|---|---|
| L17746085 | SPARK WHITENING, LLC | Check Corporate Status |

Domestic Address                                                              ▲

7702 E DOUBLETREE RANCH RD
STE 300
SCOTTSDALE, AZ 85258

Statutory Agent Information                                                   ▲

**Agent Name:** NATIONAL CORPORATE RESEARCH LT

**Agent Mailing/Physical Address:**

815 N FIRST AVE STE 4

http://ecorp.azcc.gov/Details/Corp?corpId=L17746085[3/14/2017 3:55:22 PM]

Ostrum Attachment BP-1

- Arizona Corporation Commission eCorp

PHOENIX, AZ 85003

**Agent Status:** APPOINTED 05/13/2014

**Agent Last Updated:** 05/15/2014

### Additional Entity Information

| | |
|---|---|
| **Entity Type:** DOMESTIC L.L.C. | **Business Type:** |
| **Incorporation Date:** 7/11/2012 | **Corporation Life Period:** PERPETUAL |
| **Domicile:** ARIZONA | **County:** MARICOPA |
| **Approval Date:** 7/13/2012 | **Original Publish Date:** 7/30/2012 |

### Manager/Member Information

| Name | Title | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|
| WAVE ROCK LLC | MANAGER | 7702 E DOUBLETREE RANCH RD STE 300 SCOTTSDALE, AZ 85258 | 07/11/2012 | 07/13/2012 |
| WAVE ROCK LLC | MEMBER | 7702 E DOUBLETREE RANCH RD STE 300 SCOTTSDALE, AZ 85258 | 07/11/2012 | 07/13/2012 |

### Scanned Documents

Ostrum Attachment BP-2

- Arizona Corporation Commission eCorp

Click on a gold button below to view a document. If the button is gray, the document is not yet available. Please check back again later.

| Document Number | Description | Date Received |
|---|---|---|
| 04671507 | AGENT APPOINTMENT | 5/13/2014 |
| 03991519 | PUB OF ARTICLES OF ORGANIZATION | 7/30/2012 |
| 03943975 | ARTICLES OF ORGANIZATION | 7/11/2012 |

Microfilm ▲

| Location | Entered | Description |
|---|---|---|
| 32332074019 | 7/11/2012 | ARTICLES OF ORGANIZATION |
| 32337030003 | 7/30/2012 | PUB OF ARTICLES OF ORGANIZATION |

Print Details

Privacy Policy ! Contact Us

http://ecorp.azcc.gov/Details/Corp?corpId=L17746085[3/14/2017 3:55:22 PM]

Ostrum Attachment BP-3

07/11/2012 12:01 FAX 8022955100          Mariscal Weeks



AZ Corp. Commission

03943975

**AZ CORPORATION COMMISSION**
**FILED**

JUL 1 1 2012

FILE NO. _L.M74608-9_

## ARTICLES OF ORGANIZATION

### OF

### SPARK WHITENING, LLC

## ARTICLE 1 - NAME

The name of the limited liability company is SPARK WHITENING, LLC.

## ARTICLE 2 - REGISTERED OFFICE

The registered office of the limited liability company is 7702 E. Doubletree Ranch Road - Suite 300, Scottsdale, Arizona 85258, which is located in the County of Maricopa, Arizona.

## ARTICLE 3 - STATUTORY AGENT

The name and address of the statutory agent of the limited liability company is Mariscal, Weeks, McIntyre & Friedlander, P.A., 2901 N. Central Avenue - Suite 200, Phoenix, Arizona 85012-2705.

## ARTICLE 4 - MANAGEMENT

Management of the limited liability company is vested in a manager or managers.

## ARTICLE 5 - NAME AND ADDRESS OF EACH MEMBER WHO OWNS A TWENTY PERCENT OR GREATER INTEREST IN THE CAPITAL OR PROFITS AND EACH MANAGER

The name and address of each member who owns a twenty percent or greater interest in the capital or profits and each manager of the limited liability

Ostrum Attachment BP-4

company are:

> Wave Rock, LLC, a Nevada                    Member and Manager
> limited liability company
> Suite 300
> 7702 Doubletree Ranch Road
> Scottsdale, Arizona 85258

## **ARTICLE 6 - ORGANIZER**

The undersigned organizer shall have no authority, responsibilities, or duties as organizer other than the filing of these Articles of Organization.

Dated: July 10, 2012.

Shannon Golden-Schubert - Organizer

## APPOINTMENT OF STATUTORY AGENT

A.    The undersigned has been named as the statutory agent in the Articles of Organization of SPARK WHITENING, LLC, an Arizona limited liability company (the "Company"), which have been delivered for filing with the Arizona Corporation Commission.

B.    The undersigned has been notified of its appointment as agent of the Company and hereby accepts its appointment as statutory agent of the Company.

MARISCAL, WEEKS, MCINTYRE & FRIEDLANDER, P.A.

By _David D. Thompson_

David I. Thompson, Esq.
For the Firm

P/M\SPARK-WHITENING-DIT\ARTS-SPARK

3

AZ Corp. Commission

04671507

RECEIVED

MAY 1 3 2014

ARIZONA CORP. COMMISSION
CORPORATIONS DIVISION

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY;

## LLC STATEMENT OF CHANGE
## OF KNOWN PLACE OF BUSINESS ADDRESS OR STATUTORY AGENT
### Read the Instructions L020I

**NOTE** – no matter what is being changed, numbers 1, 2, 3.1, 4.1, and 4.2 must be completed. The form will be rejected if those sections are not completed.

1. **ENTITY NAME** – give the exact name of the LLC as currently shown in A.C.C. records:

   **SPARK WHITENING, LLC**

2. **A.C.C. FILE NUMBER:** **L-1774608-5**

   Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

3. **ARIZONA KNOWN PLACE OF BUSINESS ADDRESS:**

| 3.1 *REQUIRED* – list the known place of business address currently shown in A.C.C. records (before any changes): | 3.2 *Optional* – List the NEW known place of business address in Arizona (must be a street or physical address): | | |
|---|---|---|---|
| Attention (optional) | Attention (optional) | | |
| Address 1 **7702 E. Doubletree Ranch Road, #300** | Address 1 | | |
| Address 2 (optional) | Address 2 (optional) | | |
| City **Scottsdale** | State **AZ** | Zip **85258** | City | State | Zip |

3.3 If you completed 3.2, is the NEW known place of business address in Arizona the same as the street address of the statutory agent? ☐ Yes ☑ No

4. **CURRENT OR EXISTING STATUTORY AGENT** – list the name and addresses of the statutory agent as shown in the records of the Arizona Corporation Commission *before any changes* (this is the existing statutory agent):

| 4.1 *REQUIRED* – list the *name* and *physical or street address* (not a P.O. Box) in Arizona of the existing statutory agent: | 4.2 *REQUIRED* – list the *mailing address* (if one exists in A.C.C. records) in Arizona of the existing Statutory Agent: | | |
|---|---|---|---|
| Statutory Agent Name **Mariscal Weeks McIntyre & Frie** | | | |
| Attention (optional) **2901 N. Central Avenue, #200** | Attention (optional) | | |
| Address 1 | Address 1 | | |
| Address 2 (optional) | Address 2 (optional) | | |
| City **Phoenix** | State **AZ** | Zip **85012** | City | State | Zip |

L020.001
Rev: 2010

Arizona Corporation Commission – Corporations Division
Page 1 of 3

**4.3** ☐ **CHANGE IN EXISTING STATUTORY AGENT NAME ONLY** – If the *name only* of the existing statutory agent listed in number 5.1 above has changed, but a new agent has not been appointed, check the box and give the new name of the existing statutory agent below:

_____

**4.4** **CHANGE IN EXISTING STATUTORY AGENT ADDRESS** – check all that apply and follow instructions:

☐ **STREET ADDRESS CHANGED** – complete number 4.5.

☐ **MAILING ADDRESS CHANGED** – complete number 4.6.

| 4.5 NEW STREET ADDRESS – give the NEW physical or street address (not a P.O. Box) in Arizona of the existing statutory agent: | | | 4.6 NEW MAILING ADDRESS – give the NEW mailing address in Arizona of the existing statutory agent (can be a P.O. Box): | | |
|---|---|---|---|---|---|
| Attention (optional) | | | Attention (optional) | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City | State | Zip | City | State | Zip |

| 5. ☑ NEW STATUTORY AGENT – if a new statutory agent is being appointed, check the box and complete the following for the NEW statutory agent: | | | | | |
|---|---|---|---|---|---|
| 5.1 REQUIRED – give the name (can be an individual or an entity) and physical or street address (not a P.O. Box) in Arizona of the NEW statutory agent: | | | 5.2 OPTIONAL – mailing address in Arizona of NEW Statutory Agent (can be a P.O. Box): | | |
| National Corporate Research, Ltd. | | | | | |
| Statutory Agent Name | | | | | |
| 815 North First Avenue, Suite #4 | | | Attention (optional) | | |
| Attention (optional) | | | Address 1 | | |
| Address 1 | | | | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| Phoenix | AZ | 85003 | | | |
| City | State | Zip | City | State | Zip |
| 5.3 REQUIRED – If you are appointing a new statutory agent, the Statutory Agent Acceptance form M002 must be submitted along with this Statement of Change form. | | | | | |

L028.001
Rev. 2010

Arizona Corporation Commission – Corporations Division
Page 2 of 2

**SIGNATURE –** *see Instructions L020I for who is authorized to make changes:*

If the person signing this form is the existing statutory agent changing its own address, then by the signature appearing below, the existing statutory agent certifies *under penalty of perjury* that he or she has given the LLC named in number 1 above written notice of the address change.

By checking the box marked "I accept" below, I acknowledge *under penalty of perjury* that this document together with any attachments is submitted in compliance with Arizona law.

☑ I ACCEPT

Jenny Johnson
*Printed Name*

5/2/14
*Date*

**REQUIRED –** check only one and fill in the corresponding blank if signing for an entity:

| ☑ I am the individual Manager of this manager-managed LLC or I am signing for an entity manager named: | ☐ I am a Member of this member-managed LLC or I am signing for an entity member named: | ☐ I am a Statutory Agent changing only my own address and/or my own name. |
|---|---|---|
| Wave Rock, LLC | | |

| Filing Fee: $5.00 (regular processing) | Mail: | Arizona Corporation Commission – Corporate Filings Section |
|---|---|---|
| Expedited processing – add $35.00 to filing fee. | | 1300 W. Washington St., Phoenix, Arizona 85007 |
| All fees are nonrefundable – see instructions. | Fax: | 602-542-4100 |

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

LR00.001
Rev 2010

Arizona Corporation Commission – Corporations Division
Page 3 of 3

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# STATUTORY AGENT ACCEPTANCE
*Please read Instructions M002i*

1.   **ENTITY NAME** – give the **exact** name in Arizona of the corporation or LLC that has appointed the Statutory Agent (this must match exactly the name as listed on the document appointing the statutory agent, e.g., Articles of Organization or Article of Incorporation):

   **SPARK WHITENING, LLC**

2.   **A.C.C. FILE NUMBER** (if entity is already incorporated or registered in AZ): **L-1774608-5**
   Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

3.   **STATUTORY AGENT NAME** – give the exact name of the Statutory Agent appointed by the entity listed in number 1 above (this will be *either* an individual or an entity). *NOTE* - the name must match **exactly** the statutory agent name as listed in the document that appoints the statutory agent (e.g. Articles of Incorporation or Articles of Organization), including any middle initial or suffix:

   **National Corporate Research, Ltd.**

## STATUTORY AGENT SIGNATURE:

By the signature appearing below, the individual or entity named in number 3 above accepts the appointment as statutory agent for the entity named in number 1 above, and acknowledges that the appointment is effective until the appointing entity replaces the statutory agent or the statutory agent resigns, whichever occurs first.

The person signing below declares and certifies *under penalty of perjury* that the information contained within this document together with any attachments is true and correct, and is submitted in compliance with Arizona law.

Signature                **Alexis Cassidy, Asst. Secretary**                Date
                          Printed Name

**REQUIRED** – check only one:

| | |
|---|---|
| [ ] **Individual as statutory agent:** I am signing on behalf of myself as the individual | [X] **Entity as statutory agent:** I am signing on behalf of the entity named as statutory agent, and I am authorized to act for that entity. |

| | |
|---|---|
| Filing Fee:  none (regular processing)<br>Expedited processing – (available only if this form is submitted by itself) add $35.00 to filing fee.<br>All fees are nonrefundable - see Instructions. | **Mail:** Arizona Corporation Commission - Corporate Filings Section<br>1300 W. Washington St., Phoenix, Arizona  85007<br>**Fax:** 602-542-4100 |

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute.  You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

# PX1

## Ostrum Attachment BQ

## Corporate Records

 eCorp

Search Date and Time:
**3/14/2017 1:02:17 PM**

File Number:
**L17320083**

Corporation Name:
**TITANWHITE, LLC**

| Search for an Entity Name |

Collapse | Expand

**Corporate Inquiry** ▲

| File Number | Corporation Name | Check Corporate Status |
|---|---|---|
| L17320083 | TITANWHITE. LLC | Check Corporate Status |

**Domestic Address** ▲

% WAVE ROCK LLC
7702 E DOUBLETREE RANCH RD
#300
SCOTTSDALE, AZ 85258

**Statutory Agent Information** ▲

**Agent Name:** NATIONAL CORPORATE RESEARCH LT

**Agent Mailing/Physical Address:**

Ostrum Attachment BQ-1



815 N FIRST AVE STE #4
PHOENIX, AZ 85003

**Agent Status:** APPOINTED 05/13/2014

**Agent Last Updated:** 05/15/2014

**Additional Entity Information** ▲

| | |
|---|---|
| **Entity Type:** DOMESTIC L.L.C. | **Business Type:** |
| **Incorporation Date:** 1/12/2012 | **Corporation Life Period:** PERPETUAL |
| **Domicile:** ARIZONA | **County:** MARICOPA |
| **Approval Date:** 1/17/2012 | **Original Publish Date:** 1/30/2012 |

**Manager/Member Information** ▲

| Name | Title | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|
| WAVE ROCK LLC | MANAGER | 7702 E DOUBLETREE RANCH RD #300 SCOTTSDALE, AZ 85258 | 01/12/2012 | 09/26/2012 |
| WAVE ROCK LLC | MEMBER | 7702 E DOUBLETREE RANCH RD #300 SCOTTSDALE, AZ 85258 | 01/12/2012 | 09/26/2012 |

**Scanned Documents** ▲

Ostrum Attachment BQ-2

Click on a gold button below to view a document. If the button is gray, the document is not yet available. Please check back again later.

| Document Number | Description | Date Received |
|---|---|---|
| 04671508 | AGENT APPOINTMENT | 5/13/2014 |
| 04003873 | CHANGE(S) | 8/31/2012 |
| 04003874 | CHANGE(S) | 8/31/2012 |
| 03775755 | PUB OF ARTICLES OF ORGANIZATION | 1/30/2012 |
| 03733323 | ARTICLES OF ORGANIZATION | 1/12/2012 |

**Microfilm** ▲

| Location | Entered | Description |
|---|---|---|
| 32291011004 | 1/12/2012 | ARTICLES OF ORGANIZATION |
| 32321082029 | 1/30/2012 | PUB OF ARTICLES OF ORGANIZATION |
| 32338068039 | 8/31/2012 | CHANGE(S) |
| 32338068040 | 8/31/2012 | CHANGE(S) |

Print Details

Privacy Policy | Contact Us

Ostrum Attachment BQ-4

JAN 12 2012 11:34 FR MARISCAL WEEKS          6022855100 TO 9602E

AZ Corp. Commission



03733323

## ARTICLES OF ORGANIZATION

**AZ CORPORATION COMMISSION**
**FILED**

**OF**

JAN 1 2 2012

**TitanWhite, LLC**

FILE NO. _L-1732008-3_

### ARTICLE 1 - NAME

The name of the limited liability company is TitanWhite, LLC.

### ARTICLE 2 - REGISTERED OFFICE

The registered office of the limited liability company is 7702 Doubletree Ranch Road - Suite 300, Scottsdale, Arizona 85258, which is located in the County of Maricopa, Arizona.

### ARTICLE 3 - STATUTORY AGENT

The name and address of the statutory agent of the limited liability company is Mariscal, Weeks, McIntyre & Friedlander, P.A., 2901 N. Central Avenue - Suite 200, Phoenix, Arizona, 85012-2705.

### ARTICLE 4 - MANAGEMENT

Management of the limited liability company is vested in a manager or managers.

### ARTICLE 5 - NAME AND ADDRESS OF EACH MEMBER WHO OWNS A TWENTY PERCENT OR GREATER INTEREST IN THE CAPITAL OR PROFITS AND EACH MANAGER

The name and address of each member who owns a twenty percent or greater interest in the capital or profits and each manager of the limited liability company are:

Ostrum Attachment BQ-5

| | |
|---|---|
| Wave Rock, LLC, a Nevada<br>limited liability company<br>Suite 300<br>7702 Doubletree Ranch Road<br>Scottsdale, Arizona 85258 | Member and Manager |

## ARTICLE 6 - ORGANIZER

The undersigned organizer shall have no authority, responsibilities, or duties as organizer other than the filing of these Articles of Organization.

Dated January 6, 2012.

Shannon Golden-Schubert - Organizer

2

Ostrum Attachment BQ-6

# APPOINTMENT OF STATUTORY AGENT

A.    The undersigned has been named as the statutory agent in the Articles of Organization of TitanWhite, LLC, an Arizona limited liability company (the "Company"), which have been delivered for filing with the Arizona Corporation Commission.

B.    The undersigned has been notified of its appointment as agent of the Company and hereby accepts its appointment as statutory agent of the Company.

MARISCAL, WEEKS, MCINTYRE &
FRIEDLANDER, P.A.

By _____
     David L. Thompson, Esq.
     For the Firm

PJM\TITANWHITE-DIT\ARTS-TITANWHITE

3

** TOTAL PAGE.05 **

AZ Corp. Commission

04671508

RECEIVED

MAY 1 3 2014

ARIZONA CORP COMMISSION
CORPORATIONS DIVISION

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

## LLC STATEMENT OF CHANGE
## OF KNOWN PLACE OF BUSINESS ADDRESS OR STATUTORY AGENT
### Read the Instructions L0201

**NOTE** – no matter what is being changed, numbers 1, 2, 3.1, 4.1, and 4.2 must be completed. The form will be rejected if those sections are not completed.

1. **ENTITY NAME** – give the exact name of the LLC as currently shown in A.C.C. records:

   TITANWHITE, LLC

2. **A.C.C. FILE NUMBER:**   L-1732008-3
   Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

3. **ARIZONA KNOWN PLACE OF BUSINESS ADDRESS:**

| 3.1 REQUIRED – list the known place of business address currently shown in A.C.C. records (before any changes): | | | 3.2 Optional – List the NEW known place of business address in Arizona (must be a street or physical address): | | |
|---|---|---|---|---|---|
| Attention (optional) | | | Attention (optional) | | |
| 7702 E. Doubletree Ranch Road, #300 | | | Address 1 | | |
| Address 1 | | | | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City Scottsdale | State AZ | Zip 85258 | City | State | Zip |

3.3 If you completed 3.2, is the NEW known place of business address in Arizona the same as the street address of the statutory agent?   ☐ Yes  ☑ No

4. **CURRENT OR EXISTING STATUTORY AGENT** – list the name and addresses of the statutory agent as shown in the records of the Arizona Corporation Commission *before any changes* (this is the existing statutory agent):

| 4.1 REQUIRED – list the name and physical or street address (not a P.O. Box) in Arizona of the existing statutory agent: | | | 4.2 REQUIRED – list the mailing address (if one exists in A.C.C. records) in Arizona of the existing Statutory Agent: | | |
|---|---|---|---|---|---|
| Mariscal Weeks McIntyre & Frie | | | | | |
| Statutory Agent Name | | | | | |
| Attention (optional) | | | Attention (optional) | | |
| 2901 N. Central Avenue, #200 | | | Address 1 | | |
| Address 1 | | | | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City Phoenix | State AZ | Zip 85012 | City | State | Zip |

L0201.001
Rev. 2013

Arizona Corporation Commission – Corporations Division
Page 1 of 5

**4.3**  ☐  **CHANGE IN EXISTING STATUTORY AGENT NAME ONLY** – If the *name only* of the existing statutory agent listed in number 5.1 above has changed, but a new agent has not been appointed, check the box and give the new name of the existing statutory agent below:

_____

**4.4**  **CHANGE IN EXISTING STATUTORY AGENT ADDRESS** – check all that apply and follow instructions:

☐ **STREET ADDRESS CHANGED** – complete number 4.5.
☐ **MAILING ADDRESS CHANGED** – complete number 4.6.

| 4.5 **NEW STREET ADDRESS** – give the NEW physical or street address (not a P.O. Box) in Arizona of the existing statutory agent: | | | 4.6 **NEW MAILING ADDRESS** – give the NEW mailing address in Arizona of the existing statutory agent (can be a P.O. Box): | | |
|---|---|---|---|---|---|
| Attention (optional) | | | Attention (optional) | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City | State | Zip | City | State | Zip |

| 5. ☑ **NEW STATUTORY AGENT** – If a new statutory agent is being appointed, check the box and complete the following for the **NEW** statutory agent: | | | | | |
|---|---|---|---|---|---|
| 5.1 *REQUIRED* – give the name (can be an individual or an entity) and physical or street address (not a P.O. Box) in Arizona of the NEW statutory agent: | | | 5.2 *OPTIONAL* – mailing address in Arizona of NEW Statutory Agent (can be a P.O. Box): | | |
| **National Corporate Research, Ltd.** | | | | | |
| Statutory Agent Name | | | | | |
| **815 North First Avenue, Suite #4** | | | Attention (optional) | | |
| Attention (optional) | | | | | |
| Address 1 | | | Address 1 | | |
| **Phoenix** | **AZ** | **85003** | | | |
| City | State | Zip | City | State | Zip |
| 5.3 *REQUIRED* – If you are appointing a new statutory agent, the <u>Statutory Agent Acceptance</u> form M002 must be submitted along with this Statement of Change form. | | | | | |

Ostrum Attachment BQ-9

**SIGNATURE – <u>see Instructions L020i</u> for who is authorized to make changes:**

If the person signing this form is the existing statutory agent changing its own address, then by the signature appearing below, the existing statutory agent certifies *under penalty of perjury* that he or she has given the LLC named in number 1 above written notice of the address change.

By checking the box marked "I accept" below, I acknowledge *under penalty of perjury* that this document together with any attachments is submitted in compliance with Arizona law.

☑ I ACCEPT

| | | |
|---|---|---|
| _(signature)_ | Jenny Johnson | 5/2/14 |
| Signature | Printed Name | Date |

**REQUIRED** – check only one and fill in the corresponding blank if signing for an entity:

| ☑ I am the individual Manager of this manager-managed LLC or I am signing for an entity manager named:<br><br>**Wave Rock, LLC** | ☐ I am a Member of this member-managed LLC or I am signing for an entity member named: | ☐ I am a Statutory Agent changing only my own address and/or my own name. |
|---|---|---|

| Filing Fee: $5.00 (regular processing)<br>Expedited processing – add $35.00 to filing fee.<br>All fees are nonrefundable - see Instructions. | Mail:<br>Fax: | Arizona Corporation Commission - Corporate Filings Section<br>1300 W. Washington St., Phoenix, Arizona 85007<br>602-542-4100 |
|---|---|---|

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

Arizona Corporation Commission – Corporations Division
Page 3 of 3

Ostrum Attachment BQ-10

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# STATUTORY AGENT ACCEPTANCE
*Please read Instructions M002I*

1. **ENTITY NAME** – give the **exact** name in Arizona of the corporation or LLC that has appointed the Statutory Agent (this must match exactly the name as listed on the document appointing the statutory agent, e.g., Articles of Organization or Article of Incorporation):

   **TITANWHITE, LLC**

2. **A.C.C. FILE NUMBER** (if entity is already incorporated or registered in AZ): **L-1732008-3**
   Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

3. **STATUTORY AGENT NAME** – give the exact name of the Statutory Agent appointed by the entity listed in number 1 above (this will be *either* an individual or an entity). *NOTE* - the name must match **exactly** the statutory agent name as listed in the document that appoints the statutory agent (e.g. Articles of Incorporation or Articles of Organization), including any middle initial or suffix:

   **National Corporate Research, Ltd.**

**STATUTORY AGENT SIGNATURE:**

By the signature appearing below, the individual or entity named in number 3 above accepts the appointment as statutory agent for the entity named in number 1 above, and acknowledges that the appointment is effective until the appointing entity replaces the statutory agent or the statutory agent resigns, whichever occurs first.

The person signing below declares and certifies *under penalty of perjury* that the information contained within this document together with any attachments is true and correct, and is submitted in compliance with Arizona law.

_____  **Alexis Cassidy, Asst. Secretary**  _5/12/2014_
Signature                    Printed Name                          Date

**REQUIRED** – check only one:

| | |
|---|---|
| ☐ **Individual as statutory agent:** I am signing on behalf of myself as the individual | ☒ **Entity as statutory agent:** I am signing on behalf of the entity named as statutory agent, and I am authorized to act for that entity. |

| | |
|---|---|
| Filing Fee:  none (regular processing) Expedited processing – (available only if this form is submitted by itself) add $35.00 to filing fee. All fees are nonrefundable - see instructions. | Mail:   Arizona Corporation Commission - Corporate Filings Section 1300 W. Washington St., Phoenix, Arizona 85007 Fax:    602-542-4100 |

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute.  You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the instructions, please call 602-542-2026 or (within Arizona only) 800-345-5819.

PX1

Ostrum Attachment BR

Corporate Records

- Arizona Corporation Commission eCorp

 **Arizona Corporation Commission**

eCorp

Search for an Entity Name

Search Date and Time:
**3/14/2017 1:11:48 PM**

File Number:
**R17859037**

Corporation Name:
**WAVE ROCK, LLC**

Collapse | Expand

**Corporate Inquiry**

| File Number | Corporation Name | Check Corporate Status |
|---|---|---|
| R17859037 | WAVE ROCK, LLC | Check Corporate Status |

**Domestic Address**

7702 E DOUBLETREE RANCH RD
# 300
SCOTTSDALE, AZ 85258

**Foreign Address**

711 S CARSON ST #4
CARSON CITY, NV 89701

http://ecorp.azcc.gov/Details/Corp?corpId=R17859037[3/14/2017 4:11:35 PM]

Ostrum Attachment BR-1

- Arizona Corporation Commission eCorp



**Statutory Agent Information** ▲

**Agent Name:** NATIONAL CORPORATE RESEARCH LT

**Agent Mailing/Physical Address:**

815 N FIRST AVE STE #4
PHOENIX, AZ 85003

**Agent Status:** APPOINTED 05/13/2014

**Agent Last Updated:** 05/15/2014

**Additional Entity Information** ▲

| | |
|---|---|
| **Entity Type:** FOREIGN L.L.C. | **Business Type:** |
| **Incorporation Date:** 8/29/2012 | **Corporation Life Period:** |
| **Domicile:** NEVADA | **County:** MARICOPA |
| **Approval Date:** 9/4/2012 | **Original Publish Date:** |

**Manager/Member Information** ▲

| Name | Title | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|
| HONEY LAKE LLC | MANAGER | 2710 THOMAS AVE CHEYENNE, WY 82001 | 08/29/2012 | 09/04/2012 |
| HONEY LAKE LLC | MEMBER | 2710 THOMAS AVE CHEYENNE, WY 82001 | 08/29/2012 | 09/04/2012 |

Ostrum Attachment BR-2

- Arizona Corporation Commission eCorp



**Scanned Documents** ▲

Click on a gold button below to view a document. If the button is gray, the document is not yet available. Please check back again later.

| Document Number | Description | Date Received |
|---|---|---|
| 04671509 | AGENT APPOINTMENT | 5/13/2014 |
| 03995529 | APPLICATION FOR REGISTRATION FOREIGN LLC | 8/29/2012 |

**Microfilm** ▲

| Location | Entered | Description |
|---|---|---|
| 32337079034 | 8/29/2012 | APPLICATION FOR REGISTRATION OF A FOREIGN LLC |

**Print Details**

Privacy Policy I Contact Us

http://ecorp.azcc.gov/Details/Corp?corpId=R17859037[3/14/2017 4:11:35 PM]

Ostrum Attachment BR-3

08/29/2012 13:48 FAX  6022855100          MARISCAL&WEEKS



AZ Corp. Commission

03995529

AZ CORPORATION COMMISSION
FILED

AUG 2 9 2012

FILE NO. R 17859D37

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

## APPLICATION FOR REGISTRATION
## OF FOREIGN LIMITED LIABILITY COMPANY
### Please read Instructions L025I

1. **ENTITY TYPE – check only one** to indicate the type of entity applying for registration:

   ☒ LIMITED LIABILITY COMPANY           ☐ PROFESSIONAL LIMITED LIABILITY COMPANY

2. **NAME IN STATE OR COUNTRY OF FORMATION (FOREIGN NAME) –** enter the exact, true name of the foreign LLC:

   **Wave Rock, LLC**

3. **NAME TO BE USED IN ARIZONA (ENTITY NAME) –** identify the name the foreign LLC will use in Arizona by checking 3.1 *or* 3.2 (check only one), and follow instructions:

   3.1   ☒   **Name in state or country of formation**, with no changes or additions – go to number 4 and continue.

   3.2   ☐   **Fictitious name –** check this if the foreign LLC's name in its state or country of formation is not available for use in Arizona or if that name does not contain an LLC identifier, and enter the name in number 3.3 below.  **NOTE –** a resolution of the company adopting the fictitious name must be attached to and submitted with this form.

   3.3   **If you checked 3.2,** enter or print the name to be used in Arizona:

   _____

4. **PROFESSIONAL LIMITED LIABILITY COMPANY SERVICES –** if professional LLC is checked in number 1 above, describe the professional services that the professional LLC will provide (examples: law firm, accounting, medical):

   _____

5. **FOREIGN DOMICILE –** list the state or country in which the foreign LLC was formed:

   **Nevada**

6. **DATE OF FORMATION IN FOREIGN DOMICILE:** <u>12/16/2011</u>

7. **PURPOSE OR GENERAL CHARACTER OF BUSINESS –** describe or state the purpose of the foreign LLC or the general character of the business it proposes to transact in Arizona:
   **Business management services**

Ostrum Attachment BR-4

**8. STATUTORY AGENT IN ARIZONA:**

| 8.1 | REQUIRED – give the name (can be an individual or an entity) and *physical or street address* (no: a P.O. Box) in Arizona of the statutory agent: | 8.2 | OPTIONAL - Mailing address in Arizona of statutory agent, if different from street address (can be a P.O. Box): |
|---|---|---|---|

Mariscal, Weeks, McIntyre & Friedlander P.A.
Statutory Agent Name (required)

| Attention (optional) | | | | Attention (optional) | | | |
|---|---|---|---|---|---|---|---|
| 2901 N. Central Ave., Suite 200 | | | | Address 1 | | | |
| Address 1 | | | | | | | |

| Address 2 (optional) | | | | Address 2 (optional) | | | |
|---|---|---|---|---|---|---|---|
| City Phoenix | AZ State | 85012 Zip | | City | | State | Zip |

**8.3  REQUIRED** – the Statutory Agent Acceptance form M002 must be submitted along with this Application For Registration.

---

**9. PRINCIPAL OFFICE ADDRESS - FOREIGN DOMICILE STREET ADDRESS** – *see Instructions L025I* – give the **physical or street address** (not a P. O. Box) of the foreign LLC required to be maintained in its state of organization, or, if not so required, of the foreign LLC's statutory agent in its state or country of organization:

| Attention (optional) | | |
|---|---|---|
| 711 S. Carson St., Suite 4 | | |
| Address 1 | | |

| Address 2 (optional) | | |
|---|---|---|
| Carson City | NV | 89701 |
| City | State or Province | Zip |
| Country  UNITED STATES | | |

---

**10. OPTIONAL – ARIZONA KNOWN PLACE OF BUSINESS ADDRESS:**

**10.1**   Is the Arizona known place of business street address the same as the **street address** of the statutory agent?   ☐ Yes  - go to the next page and continue.
☑ No  - complete number 10.2 and continue.

**10.2**   If you answered "no" to number 10.1, give the physical or street address (not a P.O. Box) of the known place of business of the LLC in Arizona:

| Attention (optional) | | |
|---|---|---|
| 7702 E. Doubletree Ranch Road, Suite 300 | | |
| Address 1 | | |

| Address 2 (optional) | | |
|---|---|---|
| Scottsdale | AZ | 85258 |
| City | State or Province | Zip |
| Country  UNITED STATES | | |

Arizona Corporation Commission - Corporations Division
Page 2 of 3

Ostrum Attachment BR-5

## COMPLETE NUMBER 11 OR NUMBER 12 – NOT BOTH.

11.  **MANAGER-MANAGED LLC** – *see Instructions L025i* – check this box ☒ if management of the LLC is vested in a manager or managers, and complete and attach the Manager Structure Attachment form L040. *The filing will be rejected if it is submitted without the attachment.*

12.  **MEMBER-MANAGED LLC** – *see Instructions L025i* – check this box ☐ if management of the LLC is reserved to the members, and complete and attach the Member Structure Attachment form L041. *The filing will be rejected if it is submitted without the attachment.*

13.  **SIGNATURE:**  By checking the box marked "I accept" below, I acknowledge *under penalty of perjury* that this document together with any attachments is submitted in compliance with Arizona law.

☑ I ACCEPT

Blair McNea, CEO
*Printed Name*

8.29.12
*Date*

_____
Signature

**REQUIRED** – check only one and fill in the corresponding blank if signing for an entity:

| ☒ I am the individual **Manager** of this manager-managed LLC or I am signing for an entity manager named:<br><br>Honey Lake LLC | ☐ I am a **Member** of this member-managed LLC or I am signing for an entity member named: | ☐ I am a **duly authorized agent** for this LLC. |
|---|---|---|

---

| Filing Fee: $150.00 (regular processing)<br>Expedited processing - add $35.00 to filing fee.<br>All fees are nonrefundable - see Instructions. | Mail:<br><br>Fax: | Arizona Corporation Commission - Corporate Filings Section<br>1300 W. Washington St., Phoenix, Arizona 85007<br>602-542-4100 |
|---|---|---|

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

L025.001
Rev: 2010

Arizona Corporation Commission - Corporations Division
Page 3 of 3

Ostrum Attachment BR-6

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# MANAGER STRUCTURE ATTACHMENT

**1.  ENTITY NAME** – give the exact name of the LLC (foreign LLCs – give name in domicile state or country):

Wave Rock, LLC

**2.  A.C.C. FILE NUMBER** (if know):
Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

**3.  Check one box only to indicate what document the Attachment goes with:**

☐ Articles of Organization          ☐ Articles of Amendment
☑ Application for Registration     ☐ Articles of Amendment to Application for Registration

**4.  MANAGERS / MEMBERS** – give the name and address of each and every **manager** and list all members who own **20% or more** of the profits or capital of the LLC.  Members who own less than 20% may also be listed, but it is not required.  Check the appropriate box or boxes below each person listed – *do not check both member boxes.*  If more space is needed, use another Manager Structure Attachment form.

| Honey Lake LLC | Honey Lake LLC |
|---|---|
| Name<br>2710 Thomes Ave. | Name<br>2710 Thomes Ave. |
| Address 1 | Address 1 |
| Address 2 (optional)<br>Cheyenne | Address 2 (optional)<br>Cheyenne |
| WY | WY |
| 82001 | 82001 |
| City | State or Province | Zip | City | State or Province | Zip |
| Country<br>UNITED STATES | Country<br>UNITED STATES |
| ☐ 20% or more member<br>☐ Less than 20% member | ☑ 20% or more member<br>☐ Less than 20% member |
| ☑ Manager | ☐ Manager |

| Name | Name |
|---|---|
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |
| City | State or Province | Zip | City | State or Province | Zip |
| Country | Country |
| ☐ 20% or more member<br>☐ Less than 20% member | ☐ 20% or more member<br>☐ Less than 20% member |
| ☐ Manager | ☐ Manager |

| Name | Name |
|---|---|
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |
| City | State or Province | Zip | City | State or Province | Zip |
| Country | Country |
| ☐ 20% or more member<br>☐ Less than 20% member | ☐ 20% or more member<br>☐ Less than 20% member |
| ☐ Manager | ☐ Manager |

L040.001
Rev: 2010

Arizona Corporation Commission – Corporations Division
Page 1 of 1

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# STATUTORY AGENT ACCEPTANCE
*Please read Instructions M002i*

**1.   ENTITY NAME** – give the exact name in Arizona of the corporation or LLC that has appointed the Statutory Agent:

Wave Rock, LLC

**2.   A.C.C. FILE NUMBER** (if entity is already incorporated or registered in AZ):
Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

**3.   STATUTORY AGENT NAME** – give the exact name of the Statutory Agent appointed by the entity listed in number 1 above (this will be *either* an individual or an entity):

MARISCAL, WEEKS, McINTYRE & FRIEDLANDER, P.A.

**3.1      Check one box:**    ☐ The statutory agent is an **Individual** (natural person).
☑ The statutory agent is an **Entity**.

## STATUTORY AGENT SIGNATURE:

By the signature appearing below, the individual or entity named in number 3 above accepts the appointment as statutory agent for the entity named in number 1 above, and acknowledges that the appointment is effective until the entity replaces the statutory agent or the statutory agent resigns, whichever occurs first.

By checking the box marked "I accept" below, I acknowledge *under penalty of perjury* that this document together with any attachments is submitted in compliance with Arizona law.

☑ I ACCEPT

_____          David I. Thompson          8/29/12
Signature                                   Printed Name                              Date

**REQUIRED** – check only one:

| ☐ **Individual as statutory agent:** I am signing on behalf of myself as the individual | ☑ **Entity as statutory agent:** I am signing on behalf of the entity named as statutory agent, and I am authorized to act for that entity. |

| Filing Fee:  none (regular processing)<br>Expedited processing – add $35.00 to filing fee.<br>All fees are nonrefundable – see instructions. | Mail:   Arizona Corporation Commission - Corporate Filings Section<br>1300 W. Washington St., Phoenix, Arizona  85007<br>Fax:    602-542-4100 |

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute.  You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

M002.001                                                                                       Arizona Corporation Commission – Corporations Division
Rev 2010                                                                                                                          Page 1 of 1

08/29/2012 13:50 FAX  6022855100          MARISCALA&WEEKS          ☑008/008



# SECRETARY OF STATE





## CERTIFICATE OF EXISTENCE
## WITH STATUS IN GOOD STANDING

I, ROSS MILLER, the duly elected and qualified Nevada Secretary of State, do hereby certify that I am, by the laws of said State, the custodian of the records relating to filings by corporations, non-profit corporations, corporation soles, limited-liability companies, limited partnerships, limited-liability partnerships and business trusts pursuant to Title 7 of the Nevada Revised Statutes which are either presently in a status of good standing or were in good standing for a time period subsequent of 1976 and am the proper officer to execute this certificate.

I further certify that the records of the Nevada Secretary of State, at the date of this certificate, evidence, **WAVE ROCK, LLC**, as a limited liability company duly organized under the laws of Nevada and existing under and by virtue of the laws of the State of Nevada since December 16, 2011, and is in good standing in this state.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office on August 29, 2012.

ROSS MILLER
Secretary of State

Electronic Certificate
Certificate Number: C20120829-1040
You may verify this electronic certificate
online at http://www.nvsos.gov/

Ostrum Attachment BR-9

Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.sos.state.co.us.



Colorado Secretary of State
Date and Time: 12/19/2013 02:07 PM
ID Number: 20131722193

Document number: 20131722193
Amount Paid: $100.00

ABOVE SPACE FOR OFFICE USE ONLY

## Statement of Foreign Entity Authority
### filed pursuant to § 7-90-803 of the Colorado Revised Statutes (C.R.S.)

1. The entity ID number, the entity name, and the true name, if different, are

   Entity ID number        **20131722193**
   *(Colorado Secretary of State ID number)*

   Entity name             **Wave Rock LLC**

   True name
   (if different from the entity name)

2. The form of entity and the jurisdiction under the law of which the entity is formed are

   Form of entity          **Foreign Limited Liability Company**

   Jurisdiction            **Arizona**

3. The principal office address of the entity's principal office is

   Street address          **711 S Carson St**
   *(Street number and name)*

                           **Suite 4**

                           **Carson City**          **NV    89701**
   *(City)*                          *(State)*      *(ZIP/Postal Code)*
                           **United States**
   *(Province – if applicable)*      *(Country)*

   Mailing address
   (**leave blank** if same as street address)
   *(Street number and name or Post Office Box information)*

   *(City)*                          *(State)*      *(ZIP/Postal Code)*

   *(Province – if applicable)*      *(Country)*

4. The registered agent name and registered agent address of the entity's registered agent are

   Name
   (if an individual)
   *(Last)*        *(First)*       *(Middle)*      *(Suffix)*

   or

   (if an entity)          **Mariscal Weeks Mcintyre & Frie**

   (**Caution**: Do not provide both an individual and an entity name.)

| Street address | 6260 Lookout Road | | |
|---|---|---|---|
| | *(Street number and name)* | | |
| | Boulder | CO | 80301 |
| | *(City)* | *(State)* | *(ZIP Code)* |

| Mailing address **(leave blank if same as street address)** | | | |
|---|---|---|---|
| | *(Street number and name or Post Office Box information)* | | |
| | | CO | |
| | *(City)* | *(State)* | *(ZIP Code)* |

*(The following statement is adopted by marking the box.)*

[✓] The person appointed as registered agent above has consented to being so appointed.

5. The date the entity commenced or expects to commence transacting business or conducting activities in Colorado is <u>08/01/2012</u>.
   *(mm/dd/yyyy)*

6. *(If applicable, adopt the following statement by marking the box and include an attachment.)*

   [ ] This document contains additional information as provided by law.

7. *(**Caution:** <u>Leave blank</u> if the document does not have a delayed effective date. Stating a delayed effective date has significant legal consequences. Read instructions before entering a date.)*

   *(If the following statement applies, adopt the statement by entering a date and, if applicable, time using the required format.)*

   The delayed effective date and, if applicable, time of this document is/are _____.
   *(mm/dd/yyyy hour:minute am/pm)*

**Notice:**

Causing this document to be delivered to the Secretary of State for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the Secretary of State, whether or not such individual is named in the document as one who has caused it to be delivered.

8. The true name and mailing address of the individual causing the document to be delivered for filing are

| Robles | Danica | | |
|---|---|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |
| 7702 E Doubletree Ranch | | | |
| *(Street number and name or Post Office Box information)* | | | |
| Ste 300 | | | |
| Scottsdale | AZ | 85258 | |
| *(City)* | *(State)* | *(ZIP/Postal Code)* | |
| | United States | | |
| *(Province – if applicable)* | *(Country)* | | |

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

[ ] This document contains the true name and mailing address of one or more additional individuals causing the document to be delivered for filing.

AUTHORITY                    Page 2 of 3                    Rev. 12/01/2011

Ostrum Attachment BR-11

**Disclaimer:**

This form/cover sheet, and any related instructions, are not intended to provide legal, business or tax advice, and are furnished without representation or warranty.   While this form/cover sheet is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form/cover sheet.  Questions should be addressed to the user's legal, business or tax advisor(s).

Ostrum Attachment BR-12

Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.sos.state.co.us.

 **E-Filed**

Colorado Secretary of State
Date and Time: 02/20/2017 03:09 PM
ID Number: 20131722193

Document number: 20171130453
Amount Paid: $10.00

ABOVE SPACE FOR OFFICE USE ONLY

## Periodic Report
filed pursuant to §7-90-301, et seq. and §7-90-501 of the Colorado Revised Statutes (C.R.S)

| | |
|---|---|
| ID number: | 20131722193 |
| Entity name: | Wave Rock LLC |
| Jurisdiction under the law of which the entity was formed or registered: | Arizona |

1. Principal office street address:

7702 E Doubletree Ranch Rd
*(Street name and number)*

Suite 300

Scottsdale　　　　　　　AZ　　85258
*(City)*　　　　　　　*(State)*　　*(Postal/Zip Code)*

　　　　　　　　　　United States
*(Province – if applicable)*　　*(Country – if not US)*

2. Principal office mailing address:
   (if different from above)

*(Street name and number or Post Office Box information)*

*(City)*　　　　　　　*(State)*　　*(Postal/Zip Code)*

*(Province – if applicable)*　　*(Country – if not US)*

3. Registered agent name:  (if an individual)

*(Last)*　　　　*(First)*　　　*(Middle)*　　*(Suffix)*

　　　or　　(if a business organization)　National Corporate Research, Ltd.

4. The person identified above as registered agent has consented to being so appointed.

5. Registered agent street address:

12649 West Warren Avenue
*(Street name and number)*

Lakewood　　　　　　CO　　80228
*(City)*　　　　　　*(State)*　　*(Postal/Zip Code)*

6. Registered agent mailing address:
   (if different from above)

*(Street name and number or Post Office Box information)*

*(City)*　　　　　　*(State)*　　*(Postal/Zip Code)*

*(Province – if applicable)*　　*(Country – if not US)*

Ostrum Attachment BR-13

Notice:

Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

7. Name(s) and address(es) of the
   individual(s) causing the document
   to be delivered for filing:

| Harrington-Schreiber | Elin | P. | |
|---|---|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

Berg Hill Greenleaf Ruscitti LLP

*(Street name and number or Post Office Box information)*

1712 Pearl Street

| Boulder | CO | 80269 | |
|---|---|---|---|
| *(City)* | *(State)* | *(Postal/Zip Code)* | |

United States

| *(Province – if applicable)* | *(Country – if not US)* |
|---|---|

*(The document need not state the true name and address of more than one individual. However, if you wish to state the name and address of any additional individuals causing the document to be delivered for filing, mark this box ☐ and include an attachment stating the name and address of such individuals.)*

Disclaimer:

This form, and any related instructions, are not intended to provide legal, business or tax advice, and are offered as a public service without representation or warranty. While this form is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form. Questions should be addressed to the user's attorney.

Ostrum Attachment BR-14



AZ Corp. Commission

04671509

RECEIVED

MAY 1 3 2014

ARIZONA CORP. COMMISSION
CORPORATIONS DIVISION

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

## LLC STATEMENT OF CHANGE
## OF KNOWN PLACE OF BUSINESS ADDRESS OR STATUTORY AGENT
### Read the Instructions L0201

*NOTE – no matter what is being changed, numbers 1, 2, 3.1, 4.1, and 4.2 must be completed.
The form will be rejected if those sections are not completed.*

1. **ENTITY NAME** – give the exact name of the LLC as currently shown in A.C.C. records:

   WAVE ROCK, LLC

2. **A.C.C. FILE NUMBER:**   R-1785903-7

   Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

3. **ARIZONA KNOWN PLACE OF BUSINESS ADDRESS:**

| 3.1 *REQUIRED* – list the known place of business address currently shown in A.C.C. records (before any changes): | | | 3.2 *Optional* – List the NEW known place of business address in Arizona (must be a street or physical address): | | |
|---|---|---|---|---|---|
| Attention (optional) | | | Attention (optional) | | |
| 7702 E. Doubletree Ranch Road, #300 | | | | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| Scottsdale | AZ | 85258 | | | |
| City | State | Zip | City | State | Zip |

3.3  If you completed 3.2, is the NEW known place of business address in Arizona the same as the street address of the statutory agent? ☐ Yes ☑ No

4. **CURRENT OR EXISTING STATUTORY AGENT** – list the name and addresses of the statutory agent as shown in the records of the Arizona Corporation Commission *before any changes* (this is the existing statutory agent):

| 4.1 *REQUIRED* – list the *name and physical or street address* (not a P.O. Box) in Arizona of the existing statutory agent: | | | 4.2 *REQUIRED* – list the mailing address (if one exists in A.C.C. records) in Arizona of the existing Statutory Agent: | | |
|---|---|---|---|---|---|
| Mariscal Weeks McIntyre & Frie | | | | | |
| Statutory Agent Name | | | | | |
| Attention (optional) | | | Attention (optional) | | |
| 2901 N. Central Avenue, #200 | | | | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| Phoenix | AZ | 85012 | | | |
| City | State | Zip | City | State | Zip |

L020.001
Rev. 2010

Arizona Corporation Commission – Corporations Division
Page 1 of 3

**4.3** ☐ **CHANGE IN EXISTING STATUTORY AGENT NAME ONLY** – If the *name only* of the existing statutory agent listed in number 5.1 above has changed, but a new agent has not been appointed, check the box and give the new name of the existing statutory agent below:

_____

**4.4** **CHANGE IN EXISTING STATUTORY AGENT ADDRESS** – check all that apply and follow instructions:

   ☐ **STREET ADDRESS CHANGED** – complete number 4.5.
   ☐ **MAILING ADDRESS CHANGED** – complete number 4.6.

| 4.5 NEW STREET ADDRESS – give the NEW physical or street address (not a P.O. Box) in Arizona of the existing statutory agent: | | | 4.6 NEW MAILING ADDRESS – give the NEW mailing address in Arizona of the existing statutory agent (can be a P.O. Box): | | |
|---|---|---|---|---|---|
| Attention (optional) | | | Attention (optional) | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City | State | Zip | City | State | Zip |

| 5. ☑ NEW STATUTORY AGENT – if a new statutory agent is being appointed, check the box and complete the following for the NEW statutory agent: | | | | | |
|---|---|---|---|---|---|
| 5.1 *REQUIRED* – give the name (can be an individual or an entity) and physical or street address (not a P.O. Box) in Arizona of the NEW statutory agent: | | | 5.2 *OPTIONAL* – mailing address in Arizona of NEW Statutory Agent (can be a P.O. Box): | | |
| **National Corporate Research, Ltd.** <br> Statutory Agent Name | | | | | |
| **815 North First Avenue, Suite #4** <br> Attention (optional) | | | Attention (optional) | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) **Phoenix** <br> City | **AZ** <br> State | **85003** <br> Zip | Address 2 (optional) <br> City | State | Zip |
| 5.3 *REQUIRED* – if you are appointing a new statutory agent, the Statutory Agent Acceptance form M002 must be submitted along with this Statement of Change form. | | | | | |

L020.001
Rev: 2010

Arizona Corporation Commission – Corporations Division
Page 2 of 5

**SIGNATURE** – *see Instructions L0201 for who is authorized to make changes:*

If the person signing this form is the existing statutory agent changing its own address, then by the signature appearing below, the existing statutory agent certifies *under penalty of perjury* that he or she has given the LLC named in number 1 above written notice of the address change.

By checking the box marked "I accept" below, I acknowledge *under penalty of perjury* that this document together with any attachments is submitted in compliance with Arizona law.

☑ I ACCEPT

| | Jenny Johnson | | 5/2/14 |
|---|---|---|---|
| Signature | Printed Name | | Date |

**REQUIRED** – check only one and fill in the corresponding blank if signing for an entity:

| ☑ I am the individual **Manager** of this manager-managed LLC or I am signing for an entity manager named: | ☐ I am a **Member** of this member-managed LLC or I am signing for an entity member named: | ☐ I am a **Statutory Agent** changing only my own address and/or my own name. |
|---|---|---|

| Filing Fee: $5.00 (regular processing)<br>Expedited processing – add $35.00 to filing fee.<br>All fees are nonrefundable - see Instructions. | Mail:   Arizona Corporation Commission – Corporate Filings Section<br>          1300 W. Washington St., Phoenix, Arizona 85007<br>Fax:    602-542-4100 |
|---|---|

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# STATUTORY AGENT ACCEPTANCE
*Please read Instructions M002I*

1. **ENTITY NAME** – give the **exact** name in Arizona of the corporation or LLC that has appointed the Statutory Agent (this must match exactly the name as listed on the document appointing the statutory agent, e.g., Articles of Organization or Article of Incorporation):

   **WAVE ROCK, LLC**

2. **A.C.C. FILE NUMBER** (if entity is already incorporated or registered in AZ): **R-1785903-7**
   Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

3. **STATUTORY AGENT NAME** – give the exact name of the Statutory Agent appointed by the entity listed in number 1 above (this will be *either* an individual or an entity). *NOTE* - the name must match **exactly** the statutory agent name as listed in the document that appoints the statutory agent (e.g. Articles of Incorporation or Articles of Organization), including any middle initial or suffix:

   **National Corporate Research, Ltd.**

## STATUTORY AGENT SIGNATURE:

By the signature appearing below, the individual or entity named in number 3 above accepts the appointment as statutory agent for the entity named in number 1 above, and acknowledges that the appointment is effective until the appointing entity replaces the statutory agent or the statutory agent resigns, whichever occurs first.

The person signing below declares and certifies *under penalty of perjury* that the information contained within this document together with any attachments is true and correct, and is submitted in compliance with Arizona law.

Signature _____  **Alexis Cassidy, Asst. Secretary**   Date 3/12/2014
Printed Name

**REQUIRED** – check only one:

| | |
|---|---|
| ☐ **Individual as statutory agent:** I am signing on behalf of myself as the individual | ☒ **Entity as statutory agent:** I am signing on behalf of the entity named as statutory agent, and I am authorized to act for that entity. |

| | |
|---|---|
| Filing Fee: none (regular processing)<br>Expedited processing – (available only if this form is submitted by itself) add $35.00 to filing fee.<br>All fees are nonrefundable - see Instructions. | Mail: Arizona Corporation Commission - Corporate Filings Section<br>1300 W. Washington St., Phoenix, Arizona  85007<br>Fax:   602-542-4100 |

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

M002.002
Rev 2014

Arizona Corporation Commission – Corporations Division
Page 1 of 1