# PX1

## Ostrum Attachment BS

## Corporate Records

2 - 3

INBiz: Your one-stop source for your business.



## Business Details

Print Entity Details

| | |
|---|---|
| Business Name: | **GREENVILLE CREEK, LLC** |
| Entity Type: | **Domestic Limited Liability Company** |
| Creation Date: | **05/01/2013** |
| Principal Office Address: | **201 N ILLINOIS ST, 16TH FL - S TOWER, INDIANAPOLIS, IN, 46204, USA** |
| Domicile State: | **Indiana** |

| | |
|---|---|
| Business ID: | **2013050200106** |
| Business Status: | **Active** |
| Inactive Date: | |
| Expiration Date: | **Perpetual** |
| Business Entity Report Due Date: | **05/31/2017** |
| Years Due: | **2017/2018** |

### Registered Agent Information

| | |
|---|---|
| Type: | **Business** |
| Name: | **NATIONAL CORPORATE RESEARCH, LTD.** |
| Address: | **3310 BUSY BEE LANE, INDIANAPOLIS, IN, 46227 - , USA** |

[Back] [Return to Search]   [Filing History] [Name History] [Assumed Name History] [Certified Copies Request]

Ostrum Attachment BS-1

INBiz: Your one-stop source for your business.



## Filing History

### Business Details

| | |
|---|---|
| Business Name: | **GREENVILLE CREEK, LLC** |
| Entity Type: | **Domestic Limited Liability Company** |
| Creation Date: | **05/01/2013** |
| Principal Office Address: | **201 N ILLINOIS ST, 16TH FL - S TOWER, INDIANAPOLIS, IN, 46204, USA** |
| Domicile State: | **Indiana** |

| | |
|---|---|
| Business ID: | **2013050200106** |
| Business Status: | **Active** |
| Inactive Date: | |
| Expiration Date: | **Perpetual** |
| Business Entity Report Due Date: | **05/31/2017** |
| Years Due: | **2017/2018** |

### Filing History Details

| | | | |
|---|---|---|---|
| 05/01/2013 | 05/01/2013 | 0004940391 | Articles of Organization |
| 06/03/2013 | 06/03/2013 | 0004940392 | Change of Registered Office/Agent |
| 07/30/2014 | 07/30/2014 | 0004940393 | Change of Registered Office/Agent |
| 09/08/2014 | 09/08/2014 | 0004940394 | Change of Registered Office/Agent |
| 11/12/2014 | 11/12/2014 | 0004940395 | Certificate of Assumed Business Name |
| 03/17/2015 | 03/17/2015 | 0004940396 | Business Entity Report |

**Page 1 of 1, records 1 to 6 of 6**

Back   Return to Search

Ostrum Attachment BS-2



**Indiana Secretary of State**
**Packet: 2013050200106**
**Filing Date: 05/01/2013**
**Effective Date: 05/01/2013**
**ARTICLES OF ORGANIZATION**
State Form 49459 (R3 / 4-12)
Approved by State Board of Accounts, 1980

APPROVED
AND
FILED

*Connie Lawson*

IND. SECRETARY OF STATE

*WPM*

CONNIE LAWSON
SECRETARY OF STATE
CORPORATIONS DIVISION
302 W. Washington Street, Room E018
Indianapolis, Indiana 46204
Telephone (317) 232-6576

*INSTRUCTIONS*   Use 8 1/2" x 11" white paper for attachments
Present original and one (1) copy to the address in upper right corner of this form.
Please TYPE or PRINT
Please visit our office on the web at www.sos.in.gov

Indiana Code 23-18-2-4

FILING FEE: $90.00

## ARTICLES OF ORGANIZATION

The undersigned, desiring to form a Limited Liability Company (hereinafter referred to as "LLC") pursuant to the provisions of

Indiana Business Flexibility Act, Indiana Code 23-18-1-1, et seq. as amended, executes the following Articles of Organization:

### ARTICLE I - NAME AND PRINCIPAL OFFICE

Name of LLC (the name must include the words "Limited Liability Company", L.L.C. or "LLC")

Greenville Creek, LLC

Principal Office. The address of the principal office of the LLC is, (optional)

| Post Office address | City | State | ZIP code |
|---|---|---|---|
| 201 North Illinois Street, 16th Floor - South Tower | Indianapolis | IN | 46204 |

### ARTICLE II - REGISTERED OFFICE AND AGENT

Registered Agent. The name and street address of the LLC's Registered Agent and Registered Office for service of process are:

Name of Registered Agent
C T Corporation System

| of Registered Office (street or building) | City | | ZIP code |
|---|---|---|---|
| 251 E Ohio St., Suite 1100 | Indianapolis | Indiana | 46204 |

### ARTICLE III - DISSOLUTION

☐ The latest date upon which the LLC is to dissolve

☒ The Limited Liability Company is perpetual until dissolution

### ARTICLE IV - MANAGEMENT

☐ The Limited Liability Company will be managed by its members

☒ The Limited Liability Company will be managed by a manager or managers

In Witness Whereof, the undersigned executes these Articles of Organization and verifies, subject to penalties of perjury,
that the statements contained herein are true,

this ___ day of   April   2013

| signature | Printed name |
|---|---|
| | Jenny Johnson |

This instrument was prepared by: (name)
RoxAnn D. Mack, Faegre Baker Daniels LLP

| Address (number, street, city and state) | ZIP code |
|---|---|
| 1470 Walnut Street, Suite 300, Boulder, CO | 80302 |

**Indiana Secretary of State**
**Packet: 2013050200106**
**Filing Date: 05/01/2013**
**Effective Date: 05/01/2013**

<div align="center">

**State of Indiana**
**Office of the Secretary of State**

CERTIFICATE OF ORGANIZATION

of

**GREENVILLE CREEK, LLC**

</div>

I, CONNIE LAWSON, Secretary of State of Indiana, hereby certify that Articles of Organization of the above Domestic Limited Liability Company (LLC) have been presented to me at my office, accompanied by the fees prescribed by law and that the documentation presented conforms to law as prescribed by the provisions of the Indiana Business Flexibility Act.

NOW, THEREFORE, with this document I certify that said transaction will become effective Wednesday, May 01, 2013.



In Witness Whereof, I have caused to be affixed my signature and the seal of the State of Indiana, at the City of Indianapolis, May 1, 2013.

*Connie Lawson*

CONNIE LAWSON,
SECRETARY OF STATE

2013050200106 / 2013050208783

**State of Indiana**
**Office of the Secretary of State**

CERTIFICATE OF ASSUMED BUSINESS NAME

of

**GREENVILLE CREEK, LLC**

I, Connie Lawson, Secretary of State of Indiana, hereby certify that Certificate of Assumed Business Name of the above Domestic Limited Liability Company (LLC) has been presented to me at my office, accompanied by the fees prescribed by law and that the documentation presented conforms to law as prescribed by the provisions of the Indiana Business Flexibility Act.

Following said transaction the entity named above will be doing business under the assumed business name(s) of:

**BLIZZARD WHITE UNLIMITED**

NOW, THEREFORE, with this document I certify that said transaction will become effective Wednesday, November 12, 2014.



In Witness Whereof, I have caused to be affixed my signature and the seal of the State of Indiana, at the City of Indianapolis, November 12, 2014

*Connie Lawson*

CONNIE LAWSON,
SECRETARY OF STATE

RECEIVED 11/12/2014 01:11 AM

> **APPROVED AND FILED**
> **CONNIE LAWSON**
> **INDIANA SECRETARY OF STATE**
> **11/12/2014 9:57 AM**

## CERTIFICATE OF ASSUMED BUSINESS NAME

Pursuant to the provisions of the Indiana Business Flexibility Act.

### ENTITY NAME

GREENVILLE CREEK, LLC

Creation Date: 5/1/2013

201 N ILLINOIS ST 16TH FL - S TOWER, INDIANAPOLIS, IN 46204

The Signator represents that the registered agent named in the application has consented to the appointment of registered agent.

### ASSUMED BUSINESS NAME

BLIZZARD WHITE UNLIMITED

### GENERAL INFORMATION

Effective Date: 11/12/2014
Electronic Signature: JENNY JOHNSON
Signator's Title: MANAGER

# INDIANA BUSINESS ENTITY REPORT

Indiana Secretary of State

3/17/2015 6:07:54 PM

**Filer Name**
JENNY JOHNSON

**Filer Title**
MANAGER

**Years Filed**
2015/2016

**Entity name and current principal office address**
GREENVILLE CREEK, LLC
201 N ILLINOIS ST
16TH FL - S TOWER
INDIANAPOLIS, IN 46204

**Entity Creation Date**
5/1/2013

**Domicile State**
INDIANA

**Entity Type**
DOMESTIC LIMITED LIABILITY COMPANY (LLC)

**Current registered agent and registered address**
NATIONAL CORPORATE RESEARCH, LTD.
3310 BUSY BEE LN.
INDIANAPOLIS, IN 46227

# PX1

## Ostrum Attachment BT

## Corporate Records

INBiz: Your one-stop source for your business.

 

## Business Details

| | |
|---|---|
| Business Name: **NEWPORT CROSSING, LLC** | Business ID: **2014080600560** |
| Entity Type: **Domestic Limited Liability Company** | Business Status: **Active** |
| Creation Date: **08/06/2014** | Inactive Date: |
| Principal Office Address: **3815 RIVER CROSSING PARKWAY, SUITE 100, INDIANAPOLIS, IN, 46240, USA** | Expiration Date: **Perpetual** |
| Domicile State: **Indiana** | Business Entity Report Due Date: **08/31/2018** |
| | Years Due: |

### Registered Agent Information

Type: **Business**

Name: **NATIONAL CORPORATE RESEARCH, LTD.**

Address: **3310 BUSY BEE LANE, INDIANAPOLIS, IN, 46227 - , USA**

[ Back ]  [ Return to Search ]      [ Filing History ]  [ Name History ]  [ Assumed Name History ]  [ Certified Copies Request ]

Ostrum Attachment BT-1

INBiz: Your one-stop source for your business.



## Filing History

### Business Details

| | |
|---|---|
| Business Name: | **NEWPORT CROSSING, LLC** |
| Entity Type: | **Domestic Limited Liability Company** |
| Creation Date: | **08/06/2014** |
| Principal Office Address: | **3815 RIVER CROSSING PARKWAY, SUITE 100, INDIANAPOLIS, IN, 46240, USA** |
| Domicile State: | **Indiana** |

| | |
|---|---|
| Business ID: | **2014080600560** |
| Business Status: | **Active** |
| Inactive Date: | |
| Expiration Date: | **Perpetual** |
| Business Entity Report Due Date: | **08/31/2018** |
| Years Due: | |

### Filing History Details

| | | | |
|---|---|---|---|
| 08/06/2014 | 08/06/2014 | 0005111307 | Articles of Organization |
| 10/14/2014 | 10/14/2014 | 0005111308 | Change of Registered Office/Agent |
| 07/19/2016 | 07/19/2016 | 0007358522 | Business Entity Report |

**Page 1 of 1, records 1 to 3 of 3**

| Back | | Return to Search |
|---|---|---|

https://bsd.sos.in.gov/PublicBusinessSearch/BusinessFilings[3/7/2017 3:56:31 PM]

Ostrum Attachment BT-2

**State of Indiana**
**Office of the Secretary of State**

CERTIFICATE OF ORGANIZATION

of

**NEWPORT CROSSING, LLC**

I, Connie Lawson, Secretary of State of Indiana, hereby certify that Articles of Organization of the above Domestic Limited Liability Company (LLC) has been presented to me at my office, accompanied by the fees prescribed by law and that the documentation presented conforms to law as prescribed by the provisions of the Indiana Business Flexibility Act.

NOW, THEREFORE, with this document I certify that said transaction will become effective Wednesday, August 06, 2014.



In Witness Whereof, I have caused to be affixed my signature and the seal of the State of Indiana, at the City of Indianapolis, August 06, 2014

*Connie Lawson*

CONNIE LAWSON,
SECRETARY OF STATE

2014080600560 / 2014080600560

Ostrum Attachment BT-3

RECEIVED 08/06/2014 12:37 PM

**APPROVED AND FILED**
CONNIE LAWSON
INDIANA SECRETARY OF STATE
8/6/2014 12:45 PM

## ARTICLES OF ORGANIZATION

Formed pursuant to the provisions of the Indiana Business Flexibility Act.

## ARTICLE I - NAME AND PRINCIPAL OFFICE

NEWPORT CROSSING, LLC

3815 RIVER CROSSING PARKWAY, SUITE 100, INDIANAPOLIS, IN 46240

## ARTICLE II - REGISTERED OFFICE AND AGENT

NATIONAL CORPORATE RESEARCH, LTD.
5217 PALISADE COURT, INDIANAPOLIS, IN 46237

The Signator represents that the registered agent named in the application has consented to the appointment of registered agent.

## ARTICLE III – GENERAL INFORMATION

What is the latest date upon which the entity is to dissolve?:  Perpetual
Who will the entity be managed by?:  Managers
Effective Date:  8/6/2014
Electronic Signature:  TWYLA RYAN

Control Number 2014080600560 / DCN 2014080649051

Ostrum Attachment BT-4

```
APPROVED AND FILED
CONNIE LAWSON
INDIANA SECRETARY OF STATE
07/19/2016 06:55 PM
```

## BUSINESS ENTITY REPORT

### NAME AND PRINCIPAL OFFICE ADDRESS

| | |
|---|---|
| **BUSINESS ID** | 2014080600560 |
| **BUSINESS TYPE** | Domestic Limited Liability Company |
| **BUSINESS NAME** | NEWPORT CROSSING, LLC |
| **PRINCIPAL OFFICE ADDRESS** | 3815 RIVER CROSSING PARKWAY, SUITE 100, INDIANAPOLIS, IN, 46240, USA |

### YEARS FILED

| | |
|---|---|
| **YEARS** | 2016/2017 |

### REGISTERED OFFICE AND ADDRESS

| | |
|---|---|
| **NAME** | NATIONAL CORPORATE RESEARCH, LTD. |
| **ADDRESS** | 3310 BUSY BEE LANE, INDIANAPOLIS, IN, 46227, USA |

### PRINCIPAL(S)

No Principal on record.

### SIGNATURE

IN WITNESS WHEREOF, THE UNDERSIGNED HEREBY VERIFIES, SUBJECT TO THE PENALTIES OF PERJURY, THAT THE STATEMENTS CONTAINED HEREIN ARE TRUE, THIS DAY **July 19, 2016**

| | |
|---|---|
| **SIGNATURE** | Twyla Ryan |
| **TITLE** | Manager |

Business ID : 2014080600560
Filing No. :   7358522

# PX1

## Ostrum Attachment BU

## Corporate Records

INBiz: Your one-stop source for your business.



## Business Details

Print Entity Details

| | | | |
|---|---|---|---|
| Business Name: | **BROOKVILLE LANE, LLC** | Business ID: | **2014052900501** |
| Entity Type: | **Domestic Limited Liability Company** | Business Status: | **Active** |
| Creation Date: | **05/29/2014** | Inactive Date: | |
| Principal Office Address: | **10475 CROSSPOINT BLVD, STE 250, INDIANAPOLIS, IN, 46256, USA** | Expiration Date: | **Perpetual** |
| Domicile State: | **Indiana** | Business Entity Report Due Date: | **05/31/2018** |
| | | Years Due: | |

## Registered Agent Information

Type: **Business**

Name: **NATIONAL CORPORATE RESEARCH, LTD.**

Address: **3310 BUSY BEE LANE, INDIANAPOLIS, IN, 46227 - , USA**

[ Back ] [ Return to Search ]    [ Filing History ] [ Name History ] [ Assumed Name History ] [ Certified Copies Request ]

Ostrum Attachment BU-1

INBiz: Your one-stop source for your business.



## Filing History

### Business Details

| | |
|---|---|
| Business Name: | **BROOKVILLE LANE, LLC** |
| Entity Type: | **Domestic Limited Liability Company** |
| Creation Date: | **05/29/2014** |
| Principal Office Address: | **10475 CROSSPOINT BLVD, STE 250, , INDIANAPOLIS, IN, 46256 - , USA** |
| Domicile State: | **Indiana** |

| | |
|---|---|
| Business ID: | **2014052900501** |
| Business Status: | **Active** |
| Inactive Date: | |
| Expiration Date: | **Perpetual** |
| Business Entity Report Due Date: | **05/31/2018** |
| Years Due: | |

### Filing History Details

| 05/29/2014 | 05/29/2014 | 0005216148 | Articles of Organization |
|---|---|---|---|
| 09/08/2014 | 09/08/2014 | 0005216149 | Change of Registered Office/Agent |
| 03/29/2016 | 03/29/2016 | 0005216150 | Business Entity Report |

**Page 1 of 1, records 1 to 3 of 3**

Back   Return to Search

Ostrum Attachment BU-2

**State of Indiana**
**Office of the Secretary of State**

CERTIFICATE OF ORGANIZATION

of

**BROOKVILLE LANE, LLC**

I, Connie Lawson, Secretary of State of Indiana, hereby certify that Articles of Organization of the above Domestic Limited Liability Company (LLC) has been presented to me at my office, accompanied by the fees prescribed by law and that the documentation presented conforms to law as prescribed by the provisions of the Indiana Business Flexibility Act.

NOW, THEREFORE, with this document I certify that said transaction will become effective Thursday, May 29, 2014.

In Witness Whereof, I have caused to be affixed my signature and the seal of the State of Indiana, at the City of Indianapolis, May 29, 2014



CONNIE LAWSON,
SECRETARY OF STATE

2014052900501 / 2014052900501

Ostrum Attachment BU-3

RECEIVED 05/29/2014 01:54 PM

<div style="border:1px solid black;">

**APPROVED AND FILED**
**CONNIE LAWSON**
**INDIANA SECRETARY OF STATE**
**5/29/2014 1:57 PM**

</div>

## ARTICLES OF ORGANIZATION

Formed pursuant to the provisions of the Indiana Business Flexibility Act.

## ARTICLE I - NAME AND PRINCIPAL OFFICE

BROOKVILLE LANE, LLC

10475 CROSSPOINT BLVD, STE 250, INDIANAPOLIS, IN 46256

## ARTICLE II - REGISTERED OFFICE AND AGENT

NATIONAL CORPORATE RESEARCH, LTD.
5217 PALISADE COURT, INDIANAPOLIS, IN 46237

## ARTICLE III – GENERAL INFORMATION

What is the latest date upon which the entity is to dissolve?: Perpetual

Who will the entity be managed by?: Managers

Effective Date: 5/29/2014

Electronic Signature: BRIAN ARNDT

Control Number 2014052900501 / DCN 2014052927873

Ostrum Attachment BU-4



**NOTICE OF CHANGE OF REGISTERED OFFICE
OR REGISTERED AGENT (ALL ENTITIES)**
State Form 26276 (R9 / 4-12)

> CONNIE LAWSON
> SECRETARY OF STATE
> CORPORATIONS DIVISION
> 302 W. Washington Street, Room E018
> Indianapolis, Indiana  46204
> Telephone: (317) 232-6576

*INSTRUCTIONS:*   *Use 8 1/2" x 11" white paper for attachments.*
*Present original and one (1) copy to address in upper right corner of this form.*
*Please TYPE or  PRINT.*
*Please visit our office on the web at www.sos.in.gov.*

Indiana Code 23-1-24-2 *(for profit corporation)*
Indiana Code 23-17-6-2 *(non-profit corporation)*

**NO FILING FEE**

| Name of entity | Date of incorporation / organization / admission *(month, day, year)* |
|---|---|
| | |

Current registered office address *(number and street, city, state, and ZIP code)*
5217 Palisade Ct., Indianapolis, IN  46237

New registered office address *(number and street, city, state, and ZIP code)*
3310 Busy Bee Ln., Indianapolis, IN  46227

Current registered agent *(type or print name)*
National Corporate Research, Ltd.

New registered agent *(type or print name)*

---

### STATEMENTS BY REGISTERED AGENT OR ENTITY

This statement is a representation that the new registered agent has consented to the appointment as registered agent, or statement attached signed by registered agent giving consent to act as the new registered agent.

After the change or changes are made, the street address of this corporation's registered agent and the address of its registered office will be identical.

The registered agent filing this statement of change of the registered agent's business street address has notified the represented corporation in writing of the change, and the notification was manually signed or signed in facsimile.

---

IN WITNESS WHEREOF, the undersigned executes this notice and verifies, subject to the penalties of perjury, that the statements contained herein are true, this _____27th_____ day of _____August_____ , 20 _14_ .

Signature
*Diana M. Lewis*

Title
Diana M. Lewis, Assistant Secretary

# INDIANA BUSINESS ENTITY REPORT

Indiana Secretary of State

3/29/2016 1:00:48 PM

**Filer Name**
JENNY JOHNSON

**Filer Title**
OTHER

**Years Filed**
2016/2017

**Entity name and current principal office address**
BROOKVILLE LANE, LLC
10475 CROSSPOINT BLVD, STE 250
INDIANAPOLIS, IN 46256

**Entity Creation Date**
5/29/2014

**Domicile State**
INDIANA

**Entity Type**
DOMESTIC LIMITED LIABILITY COMPANY (LLC)

**Current registered agent and registered address**
NATIONAL CORPORATE RESEARCH, LTD.
3310 BUSY BEE LN.
INDIANAPOLIS, IN 46227

# PX1

## Ostrum Attachment BV

## Corporate Records

INBiz: Your one-stop source for your business.



## Business Details

Print Entity Details

| | |
|---|---|
| Business Name: **NIGHT WATCH GROUP, LLC** | Business ID: **2013050600189** |
| Entity Type: **Domestic Limited Liability Company** | Business Status: **Active** |
| Creation Date: **05/03/2013** | Inactive Date: |
| Principal Office Address: **450 E 96TH ST, STE 500, INDIANAPOLIS, IN, 46240, USA** | Expiration Date: **Perpetual** |
| Domicile State: **Indiana** | Business Entity Report Due Date: **05/31/2017** |
| | Years Due: **2017/2018** |

### Registered Agent Information

Type: **Business**

Name: **NATIONAL CORPORATE RESEARCH, LTD.**

Address: **3310 BUSY BEE LANE, INDIANAPOLIS, IN, 46227 - , USA**

Back   Return to Search       Filing History   Name History   Assumed Name History   Certified Copies Request

Ostrum Attachment BV-1

INBiz: Your one-stop source for your business.



## Filing History

### Business Details

| | |
|---|---|
| Business Name: | **NIGHT WATCH GROUP, LLC** |
| Entity Type: | **Domestic Limited Liability Company** |
| Creation Date: | **05/03/2013** |
| Principal Office Address: | **450 E 96TH ST, STE 500, INDIANAPOLIS, IN, 46240, USA** |
| Domicile State: | **Indiana** |

| | |
|---|---|
| Business ID: | **2013050600189** |
| Business Status: | **Active** |
| Inactive Date: | |
| Expiration Date: | **Perpetual** |
| Business Entity Report Due Date: | **05/31/2017** |
| Years Due: | **2017/2018** |

### Filing History Details

| | | | |
|---|---|---|---|
| 05/03/2013 | 05/03/2013 | 0004951844 | Articles of Organization |
| 06/03/2013 | 06/03/2013 | 0004951845 | Change of Registered Office/Agent |
| 07/30/2014 | 07/30/2014 | 0004951846 | Change of Registered Office/Agent |
| 09/08/2014 | 09/08/2014 | 0004951847 | Change of Registered Office/Agent |
| 03/30/2015 | 03/30/2015 | 0004951848 | Business Entity Report |

**Page 1 of 1, records 1 to 5 of 5**

Back    Return to Search

Ostrum Attachment BV-2

**Indiana Secretary of State**
Packet: 2013050600189
Filing Date: 05/03/2013
Effective Date: 05/03/2013
ARTICLES OF ORGANIZATION
State Form 49459 (R3 / 4-12)
Approved by State Board of Accounts, 1999)



APPROVED
AND
FILED

*Connie Lawson*

IND. SECRETARY OF STATE

CONNIE LAWSON
SECRETARY OF STATE
CORPORATIONS DIVISION
302 W. Washington Street, Room E018
Indianapolis, Indiana 46204
Telephone: (317) 232-6576

INSTRUCTIONS:   Use 8 1/2" x 11" white paper for attachments.
Present original and one (1) copy to the address in upper right corner of this form.
Please TYPE or PRINT.
Please visit our office on the web at www.sos.in.gov.

Indiana Code 23-18-2-4

FILING FEE: $90.00

## ARTICLES OF ORGANIZATION

The undersigned, desiring to form a Limited Liability Company (hereinafter referred to as "LLC") pursuant to the provisions of:

Indiana Business Flexibility Act, Indiana Code 23-18-1-1, et seq. as amended, executes the following Articles of Organization:

### ARTICLE I - NAME AND PRINCIPAL OFFICE

Name of LLC (the name must include the words "Limited Liability Company", "L.L.C.", or "LLC")

Night Watch Group, LLC

Principal Office: The address of the principal office of the LLC is: (optional)

| Post office address | City | State | ZIP code |
|---|---|---|---|
| 450 E. 96th Street, Suite 500 | Indianapolis | IN | 46240 |

### ARTICLE II - REGISTERED OFFICE AND AGENT

Registered Agent: The name and street address of the LLC's Registered Agent and Registered Office for service of process are:

Name of Registered Agent

C T Corporation System

| Address of Registered Office (street or building) | City | | ZIP code |
|---|---|---|---|
| 251 E. Ohio St., Suite 1100 | Indianapolis | Indiana | 46204 |

### ARTICLE III - DISSOLUTION

[ ] The latest date upon which the LLC is to dissolve: _____

[X] The Limited Liability Company is perpetual until dissolution.

### ARTICLE IV - MANAGEMENT

[ ] The Limited Liability Company will be managed by its members.

[X] The Limited Liability Company will be managed by a manager or managers.

In Witness Whereof, the undersigned executes these Articles of Organization and verifies, subject to penalties of perjury, that the statements contained herein are true,

this ___29___ day of ____April____, 2013.

| Signature | Printed name |
|---|---|
| *Tony Carson* | Tony Carson |

This instrument was prepared by: (name)
RoxAnn D. Mack , Faegre Baker Daniels LLP

| Address (number, street, city, and state) | ZIP code |
|---|---|
| 1470 Walnut Street, Suite 300, Boulder, CO | 80302 |

**Indiana Secretary of State**
**Packet: 2013050600189**
**Filing Date: 05/03/2013**
**Effective Date: 05/03/2013**

## State of Indiana
## Office of the Secretary of State

CERTIFICATE OF ORGANIZATION

of

**NIGHT WATCH GROUP, LLC**

I, CONNIE LAWSON, Secretary of State of Indiana, hereby certify that Articles of Organization of the above Domestic Limited Liability Company (LLC) have been presented to me at my office, accompanied by the fees prescribed by law and that the documentation presented conforms to law as prescribed by the provisions of the Indiana Business Flexibility Act.

NOW, THEREFORE, with this document I certify that said transaction will become effective Friday, May 03, 2013.

In Witness Whereof, I have caused to be affixed my signature and the seal of the State of Indiana, at the City of Indianapolis, May 3, 2013.



CONNIE LAWSON,
SECRETARY OF STATE

2013050600189 / 2013050609631

Ostrum Attachment BV-4

# INDIANA BUSINESS ENTITY REPORT

Indiana Secretary of State

3/30/2015 12:07:57 PM

**Filer Name**
TONY CARSON

**Filer Title**
MANAGER

**Years Filed**
2015/2016

**Entity name and current principal office address**
NIGHT WATCH GROUP, LLC
450 E 96TH ST
STE 500
INDIANAPOLIS, IN 46240

**Entity Creation Date**
5/3/2013

**Domicile State**
INDIANA

**Entity Type**
DOMESTIC LIMITED LIABILITY COMPANY (LLC)

**Current registered agent and registered address**
NATIONAL CORPORATE RESEARCH, LTD.
3310 BUSY BEE LN.
INDIANAPOLIS, IN 46227

PX1

Ostrum Attachment BW

Corporate Records

INBiz: Your one-stop source for your business.



## Business Details

Print Entity Details

| | |
| --- | --- |
| Business Name: **INDIGO SYSTEMS, LLC** | Business ID: **2013050100083** |
| Entity Type: **Domestic Limited Liability Company** | Business Status: **Active** |
| Creation Date: **04/30/2013** | Inactive Date: |
| Principal Office Address: **8888 KEYSTONE CROSSING, STE 1300, INDIANAPOLIS, IN, 46240, USA** | Expiration Date: **Perpetual** |
| Domicile State: **Indiana** | Business Entity Report Due Date: **04/30/2017** |
| | Years Due: **2017/2018** |

### Registered Agent Information

Type: **Business**

Name: **NATIONAL CORPORATE RESEARCH, LTD.**

Address: **3310 BUSY BEE LANE, INDIANAPOLIS, IN, 46227 - , USA**

[Back]  [Return to Search]          [Filing History]  [Name History]  [Assumed Name History]  [Certified Copies Request]

https://bsd.sos.in.gov/PublicBusinessSearch/BusinessInformation?businessId=925526&isSeries=False[3/7/2017 12:18:09 PM]

Ostrum Attachment BW-1

INBiz: Your one-stop source for your business.



## Filing History

### Business Details

| | |
|---|---|
| Business Name: **INDIGO SYSTEMS, LLC** | Business ID: **2013050100083** |
| Entity Type: **Domestic Limited Liability Company** | Business Status: **Active** |
| Creation Date: **04/30/2013** | Inactive Date: |
| Principal Office Address: **8888 KEYSTONE CROSSING, STE 1300, INDIANAPOLIS, IN, 46240, USA** | Expiration Date: **Perpetual** |
| Domicile State: **Indiana** | Business Entity Report Due Date: **04/30/2017** |
| | Years Due: **2017/2018** |

### Filing History Details

| | | | |
|---|---|---|---|
| 04/30/2013 | 04/30/2013 | 0004942698 | Articles of Organization |
| 06/03/2013 | 06/03/2013 | 0004942699 | Change of Registered Office/Agent |
| 07/30/2014 | 07/30/2014 | 0004942700 | Change of Registered Office/Agent |
| 09/08/2014 | 09/08/2014 | 0004942701 | Change of Registered Office/Agent |
| 02/17/2015 | 02/17/2015 | 0004942702 | Certificate of Assumed Business Name |
| 03/30/2015 | 03/30/2015 | 0004942703 | Business Entity Report |

**Page 1 of 1, records 1 to 6 of 6**



Ostrum Attachment BW-2

**Indiana Secretary of State**
Packet: 2013050100083
Filing Date: 04/30/2013
Effective Date: 04/30/2013



**APPROVED AND FILED**
*Connie Lawson*
**IND. SECRETARY OF STATE**

## ARTICLES OF ORGANIZATION
State Form 49459 (R3 / 4-12)
Approved by State Board of Accounts

RECEIVED
2013 APR 30  AM 11:52
IND. SECRETARY OF STATE

CONNIE LAWSON
SECRETARY OF STATE
CORPORATIONS DIVISION
302 W. Washington Street, Room E018
Indianapolis, Indiana 46204
Telephone: (317) 232-6576

INSTRUCTIONS:  Use 8 1/2" x 11" white paper for attachments.
Present original and one (1) copy to the address in upper right corner of this form.
Please TYPE or PRINT.
Please visit our office on the web at www.sos.in.gov.

Indiana Code 23-18-2-4
FILING FEE: $90.00

### ARTICLES OF ORGANIZATION

The undersigned, desiring to form a Limited Liability Company (hereinafter referred to as "LLC") pursuant to the provisions of:

Indiana Business Flexibility Act, Indiana Code 23-18-1-1, et seq. as amended, executes the following Articles of Organization:

### ARTICLE I - NAME AND PRINCIPAL OFFICE

Name of LLC (the name must include the words "Limited Liability Company", "L.L.C.", or "LLC")

**Indigo Systems, LLC**

Principal Office: The address of the principal office of the LLC is: (optional)

| Post office address | City | State | ZIP code |
|---|---|---|---|
| 8888 Keystone Crossing, Suite 1300 | Indianapolis | IN | 46240 |

### ARTICLE II - REGISTERED OFFICE AND AGENT

Registered Agent: The name and street address of the LLC's Registered Agent and Registered Office for service of process are:

Name of Registered Agent

**C T Corporation System**

| Address of Registered Office (street or building) | City | | ZIP code |
|---|---|---|---|
| 251 E Ohio St., Suite 1100 | Indianapolis | Indiana | 46204 |

### ARTICLE III - DISSOLUTION

[ ] The latest date upon which the LLC is to dissolve; _____

[X] The Limited Liability Company is perpetual until dissolution.

### ARTICLE IV - MANAGEMENT

[ ] The Limited Liability Company will be managed by its members.

[X] The Limited Liability Company will be managed by a manager or managers.

In Witness Whereof, the undersigned executes these Articles of Organization and verifies, subject to penalties of perjury, that the statements contained herein are true.

this _28_ day of _April_ , _2013_ .

| Signature | Printed name |
|---|---|
| | Ryan Reichenbach |

This instrument was prepared by: (name)

RoxAnn D. Mack, Faegre Baker Daniels LLP

| Address (number, street, city and state) | ZIP code |
|---|---|
| 1470 Walnut Street, Suite 300, Boulder, CO | 80302 |

49459 - 16/002012 Wolters Kluwer Online

**Indiana Secretary of State**
**Packet: 2013050100083**
**Filing Date: 04/30/2013**
**Effective Date: 04/30/2013**

# State of Indiana
# Office of the Secretary of State

## CERTIFICATE OF ORGANIZATION

of

## INDIGO SYSTEMS, LLC

I, CONNIE LAWSON, Secretary of State of Indiana, hereby certify that Articles of Organization of the above Domestic Limited Liability Company (LLC) have been presented to me at my office, accompanied by the fees prescribed by law and that the documentation presented conforms to law as prescribed by the provisions of the Indiana Business Flexibility Act.

NOW, THEREFORE, with this document I certify that said transaction will become effective Tuesday, April 30, 2013.



In Witness Whereof, I have caused to be affixed my signature and the seal of the State of Indiana, at the City of Indianapolis, April 30, 2013.

CONNIE LAWSON,
SECRETARY OF STATE

2013050100083 / 2013050108274

**Indiana Secretary of State**
**Packet: 2013050100083**
**Filing Date: 02/17/2015**
**Effective Date: 02/17/2015**



**CERTIFICATE OF ASSUMED BUSINESS NAME**
**(All Entities)**
State Form 30353  (R16 / 11-13)
Approved by State Board of Accounts, 2013
Indiana Code 23-15-1-1

2015 FEB 17  AM 9: 57

| CONNIE LAWSON |
| SECRETARY OF STATE |
| CORPORATIONS DIVISION |
| 302 W. Washington Street, Room E018 |
| Indianapolis, Indiana 46204 |
| Telephone: (317) 232-6576 |

*INSTRUCTIONS:*

*1. Use an 8 1/2" x 11" sheet of white paper for attachments.*
*2. Present original and one (1) copy to address in upper right corner of this form.*
*3. Please TYPE or PRINT.*
*4. Please visit our office on the web at www.sos.in.gov.*

**NOTE: This form cannot be used for county filing of an assumed business name.**

| FILING FEES PER CERTIFICATE | |
|---|---|
| For-Profit Corporation, Limited Liability Company, Limited Partnership | $30.00 |
| Not-For-Profit Corporation | $26.00 |

| 1. Name of entity | 2. Date of incorporation / admission / organization *(month, day, year)* |
|---|---|
| Indigo Systems, LLC | |

3 Address at which the entity will do business under the assumed name *(number and street)*

8888 Keystone Crossing, Suite 1300

City, state, and ZIP code

Indianapolis, IN 46240

**APPROVED AND FILED**
*Connie Lawson*
IND. SECRETARY OF STATE

4. Assumed business name(s)

Total Whitening Coach

5. Principal office address of the entity *(number and street)*

8888 Keystone Crossing, Suite 1300

City, state, and ZIP code

Indianapolis, IN 46240

| 6. Signature of officer or other authorized party | 7. Printed name and title |
|---|---|
| | Ryan Reichenbach, Manager |

This instrument was prepared by:

Rae Fisher, Berg Hill Greenleaf & Ruscitti LLP



**Indiana Secretary of State**
Packet: 2013050100083
Filing Date: 02/17/2015
Effective Date: 02/17/2015

### State of Indiana
### Office of the Secretary of State

CERTIFICATE OF ASSUMED BUSINESS NAME

of

**INDIGO SYSTEMS, LLC**

I, CONNIE LAWSON, Secretary of State of Indiana, hereby certify that Certificate of Assumed Business Name of the above Domestic Limited Liability Company (LLC) have been presented to me at my office, accompanied by the fees prescribed by law and that the documentation presented conforms to law as prescribed by the provisions of the Indiana Business Flexibility Act.

Following said transaction the entity named above will be doing business under the assumed business name(s) of:

**TOTAL WHITENING COACH**

NOW, THEREFORE, with this document I certify that said transaction will become effective Tuesday, February 17, 2015.



In Witness Whereof, I have caused to be affixed my signature and the seal of the State of Indiana, at the City of Indianapolis, February 17, 2015.

CONNIE LAWSON,
SECRETARY OF STATE

2013050100083 / 2015021910533

# INDIANA BUSINESS ENTITY REPORT

Indiana Secretary of State
3/30/2015 12:13:18 PM

**Filer Name**
RYAN REICHENBACH

**Filer Title**
MANAGER

**Years Filed**
2015/2016

**Entity name and current principal office address**
INDIGO SYSTEMS, LLC
8888 KEYSTONE CROSSING
STE 1300
INDIANAPOLIS, IN 46240

**Entity Creation Date**
4/30/2013

**Domicile State**
INDIANA

**Entity Type**
DOMESTIC LIMITED LIABILITY COMPANY (LLC)

**Current registered agent and registered address**
NATIONAL CORPORATE RESEARCH, LTD.
3310 BUSY BEE LN.
INDIANAPOLIS, IN 46227

# PX1

## Ostrum Attachment BX

## Corporate Records

INBiz: Your one-stop source for your business.



## Business Details

Print Imot, Detals

| | | | |
|---|---|---|---|
| Business Name: | **SALAMONIE RIVER, LLC** | Business ID: | **2013041500205** |
| Entity Type: | **Domestic Limited Liability Company** | Business Status: | **Active** |
| Creation Date: | **04/11/2013** | Inactive Date: | |
| Principal Office Address: | **9465 COUNSELORS ROW SUITE 200, INDIANAPOLIS, IN, 46240, USA** | Expiration Date: | **Perpetual** |
| Domicile State: | **Indiana** | Business Entity Report Due Date: | **04/30/2017** |
| | | Years Due: | **2017/2018** |

## Registered Agent Information

| | |
|---|---|
| Type: | **Business** |
| Name: | **NATIONAL CORPORATE RESEARCH, LTD.** |
| Address: | **3310 BUSY BEE LANE, INDIANAPOLIS, IN, 46227 - , USA** |

Back | Return to Search | Filing History | Name History | Assumed Name History | Certified Copies Request

Ostrum Attachment BX-1

INBiz: Your one-stop source for your business.



## Filing History

### Business Details

| | | | |
|---|---|---|---|
| Business Name: | **SALAMONIE RIVER, LLC** | Business ID: | **2013041500205** |
| Entity Type: | **Domestic Limited Liability Company** | Business Status: | **Active** |
| Creation Date: | **04/11/2013** | Inactive Date: | |
| Principal Office Address: | **9465 COUNSELORS ROW SUITE 200, ,** **INDIANAPOLIS, IN, 46240 - , USA** | Expiration Date: | **Perpetual** |
| Domicile State: | **Indiana** | Business Entity Report Due Date: | **04/30/2017** |
| | | Years Due: | **2017/2018** |

### Filing History Details

| | | | |
|---|---|---|---|
| 04/11/2013 | 04/11/2013 | 0004892260 | Articles of Organization |
| 06/03/2013 | 06/03/2013 | 0004892261 | Change of Registered Office/Agent |
| 07/30/2014 | 07/30/2014 | 0004892262 | Change of Registered Office/Agent |
| 09/08/2014 | 09/08/2014 | 0004892263 | Change of Registered Office/Agent |
| 03/17/2015 | 03/17/2015 | 0004892264 | Business Entity Report |

**Page 1 of 1, records 1 to 5 of 5**

Back     Return to Search

Ostrum Attachment BX-2

**Indiana Secretary of State**
Packet: 2013041500205
Filing Date: 04/11/2013
Effective Date: 04/11/2013
**ARTICLES OF ORGANIZATION**
State Form 49459 (R3 / 4-12)
Approved by State Board of Accounts, 1999

APPROVED
AND
FILED

*Connie Lawson*

IND. SECRETARY OF STATE

CONNIE LAWSON
SECRETARY OF STATE
CORPORATIONS DIVISION
302 W. Washington Street, Room E018
Indianapolis, Indiana 46204
Telephone: (317) 232-6576

INSTRUCTIONS: Use 8 1/2" x 11" white paper for attachments.
Present original and one (1) copy to the address in upper right corner of this form.
Please TYPE or PRINT.
Please visit our office on the web at www.sos.in.gov.

Indiana Code 23-18-2-4
FILING FEE: $90.00

**ARTICLES OF ORGANIZATION**

The undersigned, desiring to form a Limited Liability Company (hereinafter referred to as "LLC") pursuant to the provisions of:

Indiana Business Flexibility Act, Indiana Code 23-18-1-1, et seq. as amended, executes the following Articles of Organization:

**ARTICLE I – NAME AND PRINCIPAL OFFICE**

Name of LLC (the name must include the words "Limited Liability Company", "L.L.C.", or "LLC")
**Salamonie River, LLC**

Principal Office: The address of the principal office of the LLC is: (optional)

| Post office address | City | State | ZIP code |
|---|---|---|---|
| 9465 Counselors Row | Indianapolis | IN | 46240 |

**ARTICLE II – REGISTERED OFFICE AND AGENT**

Registered Agent: The name and street address of the LLC's Registered Agent and Registered Office for service of process are:

Name of Registered Agent
C T Corporation System

| Address of Registered Office (street or building) | City | | ZIP code |
|---|---|---|---|
| 251 E Ohio St., Suite 1100 | Indianapolis | Indiana | 46204 |

**ARTICLE III – DISSOLUTION**

☐ The latest date upon which the LLC is to dissolve: _____
☒ The Limited Liability Company is perpetual until dissolution.

**ARTICLE IV – MANAGEMENT**

☐ The Limited Liability Company will be managed by its members.
☒ The Limited Liability Company will be managed by a manager or managers.

In Witness Whereof, the undersigned executes these Articles of Organization and verifies, subject to penalties of perjury, that the statements contained herein are true,

this ⁴⁴th day of April _____ 2013 .

| Signature | Printed name Anasazi Management Partners, LLC, Manager |
|---|---|
| | by its Manager, Blair W. McNea |

This instrument was prepared by: (name)
RoxAnn D. Mack, Faegre Baker Daniels LLP

| Address (number, street, city and state) | ZIP code |
|---|---|
| 1470 Walnut Street, Suite 300, Boulder, CO | 80302 |

EN047 - 05 09 2012 Wolters Kluwer Online

Ostrum Attachment BX-3

**Indiana Secretary of State**
**Packet: 2013041500205**
**Filing Date: 04/11/2013**
**Effective Date: 04/11/2013**

### State of Indiana
### Office of the Secretary of State

CERTIFICATE OF ORGANIZATION

of

### SALAMONIE RIVER, LLC

I, CONNIE LAWSON, Secretary of State of Indiana, hereby certify that Articles of Organization of the above Domestic Limited Liability Company (LLC) have been presented to me at my office, accompanied by the fees prescribed by law and that the documentation presented conforms to law as prescribed by the provisions of the Indiana Business Flexibility Act.

NOW, THEREFORE, with this document I certify that said transaction will become effective Thursday, April 11, 2013.

In Witness Whereof, I have caused to be affixed my signature and the seal of the State of Indiana, at the City of Indianapolis, April 11, 2013.



CONNIE LAWSON,
SECRETARY OF STATE

2013041500205 / 2013041502895

# INDIANA BUSINESS ENTITY REPORT

**Indiana Secretary of State**

3/17/2015 5:48:42 PM

**Filer Name**
JENNY JOHNSON

**Filer Title**
MANAGER

**Years Filed**
2015/2016

**Entity name and current principal office address**
SALAMONIE RIVER, LLC
9465 COUNSELORS ROW SUITE 200
INDIANAPOLIS, IN 46240

**Entity Creation Date**
4/11/2013

**Domicile State**
INDIANA

**Entity Type**
DOMESTIC LIMITED LIABILITY COMPANY (LLC)

**Current registered agent and registered address**
NATIONAL CORPORATE RESEARCH, LTD.
3310 BUSY BEE LN.
INDIANAPOLIS, IN 46227

Ostrum Attachment BX-5

# PX1

## Ostrum Attachment BY

## Corporate Records

Business Entity Detail - Wyoming Secretary of State



## Business Center

Online Services ▸ Search ▸

| Business & UCC Home |
| Annual Report Online Filing |
| FAQs |
| Commercial Registered Agents |
| EFS |
| Forms |
| Good Standing Certificates Online |
| Maintaining Your Business |
| Media Releases |

## DETAIL

RETURN TO YOUR SEARCH    FILE YOUR ANNUAL REPORT



Honey Lake LLC

This detail reflects the current data for the filing in the system.          Print

**Name**
Honey Lake LLC

**Filing ID**
2011-000612654

**Type**
Limited Liability Company - Domestic

**Status**
Active

**Sub Status**
Current

**Initial Filing**
12/07/2011

**Standing - Tax**
Good

**Term of Duration**

https://wyobiz.wy.gov/business/FilingDetails.aspx?eFNum=116069230093243105158222026012235225024238184037[3/7/2017 11:57:32 AM]

Ostrum Attachment BY-1

Business Entity Detail - Wyoming Secretary of State

**Online Business Services**

**Questions and Answers**

**Reinstate Online**

**Start a Business**

**Search for Business Names/Filings**

**Statistics**

**UCC**

| | |
|---|---|
| **Standing - RA**<br>Good | Perpetual |
| **Standing - Other**<br>Good | **Formed In**<br>Wyoming |
| **Fictitious Name** | |

| **Principal Office** | **Mailing Address** |
|---|---|
| 1712 Pioneer Ave Ste 528 | 1712 Pioneer Ave Ste 528 |
| Cheyenne, WY 82001 | Cheyenne, WY 82001 |
| USA | USA |

**> Additional Details**

| **Registered Agent:** | **Latest AR/Year** |
|---|---|
| Wyoming Corporate Services, Inc. | 02656614 / 2016 |
| 1712 Pioneer Ave Ste 101 | **AR Exempt** |
| Cheyenne, WY 82001 USA | No |
| | **License Tax Paid** |
| | $50.00 |

**> History**

RA Address Change - 2016-001989668 📷        Date: 12/09/2016

2016 Original Annual Report - 02656614 📷        Date: 11/30/2016

RA Name/Address Change - 2016-001875657 📷        Date: 04/04/2016 ❤

RA Resignation - 2016-001869969 📷        Date: 03/21/2016

Ostrum Attachment BY-2

Business Entity Detail - Wyoming Secretary of State

2015 Original Annual Report - 02365242              Date: 11/25/2015

Address Update - 2014-001681390              Date: 12/12/2014 ❤

2014 Original Annual Report - 02143536              Date: 12/11/2014

Delinquency Notice - Tax - 2014-001676318              Date: 12/02/2014

2013 Original Annual Report - 01934823              Date: 11/22/2013

2012 Original Annual Report - 01646427              Date: 12/20/2012 ❤

Delinquency Notice - Tax - 2012-001407076              Date: 12/02/2012

RA Address Change - 2012-001379630              Date: 09/18/2012

Initial Filing - See Filing ID              Date: 12/07/2011

**❯ Public Notes**

No Public Notes Found...

**❯ Parties**

(Organizer)              Organization: Wyoming Corporate Services, Inc.

Address:

Ostrum Attachment BY-3

Business Entity Detail - Wyoming Secretary of State



Office **Information**

2020 Carey Avenue
Suites 600 and 700
Cheyenne, WY 82002-0020

For additional information,
including driving directions,
please see the Contact Us page.

Office **Hours**

8:00 a.m. to 5:00 p.m. MST
Monday through Friday
(except for official state holidays)

About **Our Office**

We have a long history of serving
the public. Beginning in April 1869
with the appointment of the first
Secretary of the Territory of
Wyoming, Edward M. Lee, by
United States President Ulysses S.
Grant, this office has always served
the public from the State Capitol
Building. However, during the
Capitol Renovation Project, the
Office will be temporarily relocated
to 2020 Carey Avenue, Suites 600
and 700.

GOVERNMENT | CITIZEN | VISITOR | BUSINESS
STATE HOME | PRIVACY POLICY | SITE MAP | ABOUT WYOMING | PHOTO CREDITS
© 2016 Wyoming Secretary of State's Office. All Rights Reserved.

Ostrum Attachment BY-4



**Max Maxfield, WY Secretary of State**
**FILED: 12/07/2011 11:19 AM**
**ID: 2011-000612654**

### ARTICLES OF ORGANIZATION
### OF

### Honey Lake LLC

### A LIMITED LIABILITY COMPANY

I.  The name of the limited liability company is **Honey Lake LLC**, a Limited Liability Company.

II.  The period of its duration is <u>perpetual</u> from the date of filing Articles of Organization with the Wyoming Secretary of State.

III.  The purpose for which the limited liability company is organized is: any <u>lawful purpose except for the purposes of banking and insurance</u>.

IV.  The name and address of its registered agent is:

Wyoming Corporate Services, Inc.
2710 Thomes Ave.
Cheyenne, WY 82001

(The registered agent may be an individual resident in this state or a domestic foreign corporation authorized to transact business in this state, having a business office identical with such registered office.)

V.  The mailing address of the principle office inside the state is:

2710 Thomes Ave
Cheyenne, WY  82001

VI.  The remaining members of the limited liability company, if any, shall have the right to continue the business on the death, retirement, resignation, expulsion, bankruptcy or dissolution of a member or occurrence of any other event which terminates the continued membership of a member of the limited liability company, unless otherwise stated in the Membership Operating Agreement.

Dated this 2nd day of December, 2011.

Therese M. Hoard
Wyoming Corporate Services, Inc., Organizer
tax@wyomingcompany.com

Received
NOV 23 2011
Secretary of State
Wyoming

## CONSENT TO
## APPOINTMENT BY REGISTERED AGENT

1.  Wyoming Corporate Services, Inc., located at 2710 Thomes Ave, Cheyenne, WY, 82001, voluntarily consents to serve as the registered agent for **Honey Lake LLC** on the date shown below;

2.  The registered agent certifies that it is a domestic corporation or not-for-profit domestic corporation whose business office is identical with the registered office.

3.  The undersigned by and on behalf of Wyoming Corporate Services, Inc., hereby certify that it is in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

Dated this 2nd day of December, 2011.

Therese M. Hoard, Vice President
Wyoming Corporate Services, Inc.

**2016**                    **Limited Liability Company Annual Report**

Due on or Before:        December 1, 2016                    For Office Use Only
ID:                      2011-000612654          Wyoming Secretary of State
State of Formation:      Wyoming                 2020 Carey Avenue, Cheyenne, WY  82002-0020
License Tax Paid:        $50.00                  307-777-7311
AR Number:               02656614                https://wyobiz.wy.gov/Business/AnnualReport.aspx

### Honey Lake LLC

**1:  Mailing Address**                          *Current Registered Agent:*
                                                 Wyoming Corporate Services, Inc.
1712 Pioneer Ave Ste 528                         1712 Pioneer Ave Ste 115
Cheyenne, WY 82001                               Cheyenne, WY 82001


**2:  Principal Office Address**                 • Please review the current Registered Agent
                                                 information and, if it needs to be changed or updated,
1712 Pioneer Ave Ste 528                         complete the appropriate Statement of Change form
Cheyenne, WY 82001                               available from the Secretary of State's website at
                                                 http://soswy.state.wy.us

Phone: (307) 632-3333
Email: tax@wyomingcompany.com

---

I hereby certify under the penalty of perjury that the information I am submitting is true and correct to the best of my knowledge.


Anasazi Management Partners, L        Anasazi Management Partners, L        November 30, 2016
Signature                             Printed Name                          Date

---

**The fee is $50 or two-tenths of one mill on the dollar ($.0002), whichever is greater.**

**Instructions:**
1. Complete the required worksheet.
2. Sign and date this form and return it to the Secretary of State at the address provided above.



**Ed Murray**
**Wyoming Secretary of State**
2020 Carey Avenue, Suite 700
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Fax 307.777.5339
Email: Business@wyo.gov

Ed Murray, WY Secretary of State
FILED: 12/09/2016 12:29 PM
Global Amendment ID: 9712
Affected Entities: 3039

## Statement of Change by Registered Agent

This form is used ONLY to change a registered agent's current information on file, not to change registered agents.

1. This change affects <u>every</u> entity that I represent. (If not, please contact our office.)

2. Name of current registered agent and physical address of current registered office:

Current Registered Agent:

Wyoming Corporate Services, Inc.

Current Registered Office Address:

1712 Pioneer Ave. Suite 115
Cheyenne, WY 82001

***The information listed for the current registered agent should match what is on file with the Secretary of State's office exactly.*

3. New name of registered agent (if applicable) and physical address of <u>new</u> registered office (if applicable):

New Name of Registered Agent:

Wyoming Corporate Services, Inc.

*For consistency the Secretary of State's Office will only keep one version of the agent's name on file.*

New Registered Office Address:

1712 Pioneer Ave. Suite 101
Cheyenne, WY 82001

Registered Agent PO Box:

*Received*
*Secretary of State*
*Wyoming*

*The PO Box will only be entered if it is in the same city as the physical address listed above.*

4. I hereby certify that I am in compliance with all requirements of W.S. 17-28-101 through W.S. 17-28-111.

5. After the changes are made, the physical address of my registered office and business office will be identical.

RA-RO ChangeByRA – Revised October 2015

Ostrum Attachment BY-8

6. I hereby certify that every entity I represent has been notified of my name/office change.

Signature: _____   Date: **12/06/2016**
*(Shall be executed by the registered agent)*   *(mm/dd/yyyy)*

Print Name: **Therese Hoard**   Contact Person: **Christina Horton**

Title: **Vice President**   Daytime Phone: **(307) 632-3333**

Email: **tax@wyomingcompany.com**   *(Email provided will receive filing evidence.)*
*May list multiple email addresses*

---

Checklist
- ✔ *No Filing Fee*
- ☐ Commercial Registered Agents, changes noted on this form shall also be reflected on your Commercial Registered Agent form.
- ☐ Please submit one **originally signed** document.
- ☐ **Please review form prior to submitting to the Secretary of State to ensure all areas have been completed to avoid a delay in the processing of your documents.**

---

RA-RO ChangeByRA – Revised October 2015

**STATE OF WYOMING ✸ SECRETARY OF STATE**
**ED MURRAY**
**BUSINESS DIVISION**

2020 Carey Avenue, Cheyenne, WY 82002-0020
Phone 307-777-7311 · Fax 307-777-5339
Website: http://soswy.state.wy.us · Email: business@wyo.gov

## Global Amendment Summary

**Global Amendment ID:** 9712
**Amendment Type:** RA Address Change
**Amendment Date:** 12/09/2016 12:29 PM
**Copy To Mailing:** N
**Copy To Principal:** N
**Affected Entities:** 3039

**Agent Name:** Wyoming Corporate Services, Inc.
**Address:** 1712 Pioneer Ave Ste 101
Cheyenne, WY 82001

| Field Name | Changed From | Changed To |
|---|---|---|
| Registered Agent Physical Address 1 | 1712 Pioneer Ave Ste 115 | 1712 Pioneer Ave Ste 101 |

Ostrum Attachment BY-10

**2013**                    **Limited Liability Company Annual Report**

Due on or Before:      December 1, 2013
ID:                    2011-000612654
State of Formation:    Wyoming
License Tax Paid:      $50.00
AR Number:             01934823

| For Office Use Only |
| --- |
| Wyoming Secretary of State |
| 200 West 24th Street, Cheyenne, WY 82002-0200 |
| 307-777-7311 |
| https://wyobiz.wy.gov/Business/AnnualReport.aspx |

### Honey Lake LLC

**1: Mailing Address**

1712 Pioneer Ave
Cheyenne, WY 82001

**2: Principal Office Address**

1712 Pioneer Ave
Cheyenne, WY 82001

Phone: (307) 632-3333
Email: tax@wyomingcompany.com

_Current Registered Agent:_
Wyoming Corporate Services, Inc.
1712 Pioneer Ave Ste 101
Cheyenne, WY 82001

• Please review the current Registered Agent information and, if it needs to be changed or updated, complete the appropriate Statement of Change form available from the Secretary of State's website at http://soswy.state.wy.us

---

I hereby certify under the penalty of perjury that the information I am submitting is true and correct to the best of my knowledge.

| Blair McNea | Blair McNea | November 22, 2013 |
| --- | --- | --- |
| Signature | Printed Name | Date |

**The fee is $50 or two-tenths of one mill on the dollar ($.0002), whichever is greater.**

**Instructions:**
1. Complete the required worksheet.
2. Sign and date this form and return it to the Secretary of State at the address provided above.

# PX1

## Ostrum Attachment BZ

## Corporate Records

Business Entity Detail - Wyoming Secretary of State



Secretary of State
Ed Murray

Contact
# Business Center

Online Services ▸ Search ▸

Business & UCC Home
Annual Report Online Filing
FAQs
Commercial Registered Agents
EFS
Forms
Good Standing Certificates Online
Maintaining Your Business
Media Releases



# DETAIL

RETURN TO YOUR SEARCH     FILE YOUR ANNUAL REPORT

Anasazi Management Partners, LLC

This detail reflects the current data for the filing in the system.

🖨 Print

**Name**
Anasazi Management Partners, LLC

**Filing ID**
2011-000605797

**Status**
Active

**Type**
Limited Liability Company - Domestic

**Sub Status**
Current

**Initial Filing**
07/27/2011

**Standing - Tax**
Good

**Term of Duration**

https://wyobiz.wy.gov/business/FilingDetails.aspx?eFNum=006100157187075038002242168109119112147188030226[3/7/2017 10:40:56 AM]

Ostrum Attachment BZ-1

Business Entity Detail - Wyoming Secretary of State

**Online Business Services**

**Questions and Answers**

**Reinstate Online**

**Start a Business**

**Search for Business Names/Filings**

**Statistics**

**UCC**

**Standing - RA**
Good

**Standing - Other**
Good

**Perpetual**

**Formed In**
Wyoming.

**Fictitious Name**

**Principal Office**
1712 Pioneer Ave Ste 251
Cheyenne, WY 82001
USA

**Mailing Address**
1712 Pioneer Ave Ste 251
Cheyenne, WY 82001
USA

❯ Additional Details

**Registered Agent:**
Wyoming Corporate Services, Inc.
1712 Pioneer Ave Ste 101
Cheyenne, WY 82001 USA

**Latest AR/Year**
02537224 / 2016

**AR Exempt**
No

**License Tax Paid**
$50.00

❯ History

RA Address Change - 2016-001989499 📄          Date: 12/09/2016

2016 Original Annual Report - 02537224 📄          Date: 07/01/2016

RA Name/Address Change - 2015-001758014 📄          Date: 08/17/2015 ❤

RA Resignation - 2015-001757214 📄          Date: 08/11/2015

Ostrum Attachment BZ-2

Business Entity Detail - Wyoming Secretary of State

2015 Original Annual Report - 02293126           Date: 08/07/2015

Delinquency Notice - Tax - 2015-001743791       Date: 07/02/2015

2014 Original Annual Report - 02059011           Date: 07/03/2014 ❤

Delinquency Notice - Tax - 2014-001632458       Date: 07/02/2014

2013 Original Annual Report - 01894784           Date: 09/06/2013 ❤

Delinquency Notice - Tax - 2013-001514958       Date: 07/02/2013

RA Address Change - 2012-001379110          Date: 09/18/2012

2012 Original Annual Report - 01562115           Date: 06/26/2012

Initial Filing - See Filing ID                Date: 07/27/2011

❯ Public Notes

No Public Notes Found...

❯ Parties

(Organizer)                           Organization: Wyoming Corporate Services, Inc.

Address:

Ostrum Attachment BZ-3

Business Entity Detail - Wyoming Secretary of State



### Office Information

2020 Carey Avenue
Suites 600 and 700
Cheyenne, WY 82002-0020

For additional information,
including driving directions,
please see the Contact Us page.

### Office Hours

8:00 a.m. to 5:00 p.m. MST
Monday through Friday
(except for official state holidays)

### About Our Office

We have a long history of serving
the public. Beginning in April 1869
with the appointment of the first
Secretary of the Territory of
Wyoming, Edward M. Lee, by
United States President Ulysses S.
Grant, this office has always served
the public from the State Capitol
Building. However, during the
Capitol Renovation Project, the
Office will be temporarily relocated
to 2020 Carey Avenue, Suites 600
and 700.

GOVERNMENT | CITIZEN | VISITOR | BUSINESS
STATE HOME | PRIVACY POLICY | SITE MAP | ABOUT WYOMING | PHOTO CREDITS
© 2016 Wyoming Secretary of State's Office. All Rights Reserved.

Ostrum Attachment BZ-4

 

**Max Maxfield, WY Secretary of State**
FILED: 07/27/2011 11:15 AM
ID: 2011-000605797

# ARTICLES OF ORGANIZATION
## OF

### Anasazi Management Partners, LLC

### A LIMITED LIABILITY COMPANY

I.  The name of the limited liability company is **Anasazi Management Partners, LLC**, a Limited Liability Company.

II.  The period of its duration is <u>perpetual</u> from the date of filing Articles of Organization with the Wyoming Secretary of State.

III.  The purpose for which the limited liability company is organized is: any <u>lawful purpose except for the purposes of banking and insurance.</u>

IV.  The name and address of its registered agent is:

> Wyoming Corporate Services, Inc.
> 2710 Thomes Ave.
> Cheyenne, WY 82001

> (The registered agent may be an individual resident in this state or a domestic foreign corporation authorized to transact business in this state, having a business office identical with such registered office.)

V.  The mailing address of the principle office inside the state is:

> 2710 Thomes Ave
> Cheyenne, WY  82001

VI.  The remaining members of the limited liability company, if any, shall have the right to continue the business on the death, retirement, resignation, expulsion, bankruptcy or dissolution of a member or occurrence of any other event which terminates the continued membership of a member of the limited liability company, unless otherwise stated in the Membership Operating Agreement.

Dated this 22nd day of July, 2011.

Therese M. Hoard
Wyoming Corporate Services, Inc., Organizer
tax@wyomingcompany.com

Received
JUL 22 2011
Secretary of State
Wyoming

**CONSENT TO
APPOINTMENT BY REGISTERED AGENT**

1.  Wyoming Corporate Services, Inc., located at 2710 Thomes Ave, Cheyenne, WY, 82001, voluntarily consents to serve as the registered agent for **Anasazi Management Partners, LLC** on the date shown below;

2.  The registered agent certifies that it is a domestic corporation or not-for-profit domestic corporation whose business office is identical with the registered office.

3.  The undersigned by and on behalf of Wyoming Corporate Services, Inc., hereby certify that it is in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

Dated this 22nd day of July, 2011.

Therese M. Hoard, Vice President
Wyoming Corporate Services, Inc.

## 2016                    Limited Liability Company Annual Report

Due on or Before:      July 1, 2016                              For Office Use Only
ID:                    2011-000605797            Wyoming Secretary of State
State of Formation:    Wyoming                   2020 Carey Avenue, Cheyenne, WY 82002-0020
License Tax Paid:      $50.00                    307-777-7311
AR Number:             02537224                  https://wyobiz.wy.gov/Business/AnnualReport.aspx

### Anasazi Management Partners, LLC

**1: Mailing Address**                           _Current Registered Agent:_
                                                 Wyoming Corporate Services, Inc.
1712 Pioneer Ave Ste 251                         1712 Pioneer Ave Ste 101
Cheyenne, WY 82001                               Cheyenne, WY 82001


**2: Principal Office Address**                  • Please review the current Registered Agent
                                                 information and, if it needs to be changed or updated,
1712 Pioneer Ave Ste 251                         complete the appropriate Statement of Change form
Cheyenne, WY 82001                               available from the Secretary of State's website at
                                                 http://soswy.state.wy.us

Phone: (307) 632-3333
Email: tax@wyomingcompany.com

---

I hereby certify under the penalty of perjury that the information I am submitting is true and correct to the best of my knowledge.


| Blair McNea | Blair McNea | July 1, 2016 |
| Signature | Printed Name | Date |

---

**The fee is $50 or two-tenths of one mill on the dollar ($.0002), whichever is greater.**

**Instructions:**
1. Complete the required worksheet.
2. Sign and date this form and return it to the Secretary of State at the address provided above.

# PX1

## Ostrum Attachment CA

## Corporate Records

Business Entity Detail - Wyoming Secretary of State



## Business Center

Online Services ▸ Search ▸

### Business & UCC Home

Annual Report Online Filing

FAQs

Commercial Registered Agents

EFS

Forms

Good Standing Certificates Online

Maintaining Your Business

Media Releases

## DETAIL

RETURN TO YOUR SEARCH   FILE YOUR ANNUAL REPORT

Condor Canyon LLC

This detail reflects the current data for the filing in the system.

Print

**Name**
Condor Canyon LLC

**Filing ID**
2011-000612656

**Type**
Limited Liability Company - Domestic

**Status**
Active

**Sub Status**
Current

**Initial Filing**
12/07/2011

**Standing - Tax**
Good

**Term of Duration**

https://wyobiz.wy.gov/business/FilingDetails.aspx?eFNum=187224194056118167068144043229034235199030208179[3/7/2017 10:31:33 AM]

Ostrum Attachment CA-1

Business Entity Detail - Wyoming Secretary of State

**Online Business Services**

**Questions and Answers**

**Reinstate Online**

**Start a Business**

**Search for Business Names/Filings**

**Statistics**

**UCC**

| | |
|---|---|
| **Standing - RA**<br>Good | Perpetual |
| **Standing - Other**<br>Good | **Formed In**<br>Wyoming |

**Fictitious Name**

| | |
|---|---|
| **Principal Office**<br>1712 Pioneer Ave Ste 459<br>Cheyenne, WY 82001<br>USA | **Mailing Address**<br>1712 Pioneer Ave Ste 459<br>Cheyenne, WY 82001<br>USA |

**❯ Additional Details**

**Registered Agent:**
Wyoming Corporate Services, Inc.
1712 Pioneer Ave Ste 101
Cheyenne, WY 82001 USA

**Latest AR/Year**
02369212 / 2016

**AR Exempt**
No

**License Tax Paid**
$50.00

**❯ History**

RA Address Change - 2016-001989669 📄          Date: 12/09/2016

2016 Original Annual Report - 02369212 📄          Date: 12/02/2015

2015 Original Annual Report - 02365223 📄          Date: 11/25/2015

Address Update - 2015-001700540 📄          Date: 02/10/2015 ❤

https://wyobiz.wy.gov/business/FilingDetails.aspx?eFNum=187224194056118167068144043229034235199030208179[3/7/2017 10:31:33 AM]

Ostrum Attachment CA-2

Business Entity Detail - Wyoming Secretary of State

2014 Original Annual Report - 02150365          Date: 12/24/2014

Delinquency Notice - Tax - 2014-001676319          Date: 12/02/2014

2013 Original Annual Report - 01934827          Date: 11/22/2013

2012 Original Annual Report - 01764893          Date: 01/02/2013 ❤

Delinquency Notice - Tax - 2012-001407078          Date: 12/02/2012

RA Address Change - 2012-001379631          Date: 09/18/2012

Initial Filing - See Filing ID          Date: 12/07/2011

❯ Public Notes

No Public Notes Found...

❯ Parties

(Organizer)                          Organization: Wyoming Corporate
                                     Services, Inc.
Address:

Ostrum Attachment CA-3

Business Entity Detail - Wyoming Secretary of State



## Office Information

2020 Carey Avenue
Suites 600 and 700
Cheyenne, WY 82002-0020

For additional information, including driving directions, please see the Contact Us page.

## Office Hours

8:00 a.m. to 5:00 p.m. MST
Monday through Friday
(except for official state holidays)

## About Our Office

We have a long history of serving the public. Beginning in April 1869 with the appointment of the first Secretary of the Territory of Wyoming, Edward M. Lee, by United States President Ulysses S. Grant, this office has always served the public from the State Capitol Building. However, during the Capitol Renovation Project, the Office will be temporarily relocated to 2020 Carey Avenue, Suites 600 and 700.

GOVERNMENT | CITIZEN | VISITOR | BUSINESS
STATE HOME | PRIVACY POLICY | SITE MAP | ABOUT WYOMING | PHOTO CREDITS
© 2016 Wyoming Secretary of State's Office. All Rights Reserved.

Ostrum Attachment CA-4



**Max Maxfield, WY Secretary of State**
**FILED: 12/07/2011 11:23 AM**
**ID: 2011-000612656**

## ARTICLES OF ORGANIZATION
## OF

### Condor Canyon LLC

## A LIMITED LIABILITY COMPANY

I.   The name of the limited liability company is **Condor Canyon LLC**, a Limited Liability Company.

II.  The period of its duration is <u>perpetual</u> from the date of filing Articles of Organization with the Wyoming Secretary of State.

III. The purpose for which the limited liability company is organized is: any <u>lawful purpose except for the purposes of banking and insurance.</u>

IV.  The name and address of its registered agent is:

    Wyoming Corporate Services, Inc.
    2710 Thomes Ave.
    Cheyenne, WY 82001

    (The registered agent may be an individual resident in this state or a domestic foreign corporation authorized to transact business in this state, having a business office identical with such registered office.)

V.   The mailing address of the principle office inside the state is:

    2710 Thomes Ave
    Cheyenne, WY  82001

VI.  The remaining members of the limited liability company, if any, shall have the right to continue the business on the death, retirement, resignation, expulsion, bankruptcy or dissolution of a member or occurrence of any other event which terminates the continued membership of a member of the limited liability company, unless otherwise stated in the Membership Operating Agreement.

Dated this 2nd day of December, 2011.

*Therese M. H____*
Therese M. Hoard
Wyoming Corporate Services, Inc., Organizer
tax@wyomingcompany.com

Received
NOV 2 3 2011
Secretary of State
Wyoming

Ostrum Attachment CA-5

## CONSENT TO
## APPOINTMENT BY REGISTERED AGENT

1.  Wyoming Corporate Services, Inc., located at 2710 Thomes Ave, Cheyenne, WY, 82001, voluntarily consents to serve as the registered agent for **Condor Canyon LLC** on the date shown below;

2.  The registered agent certifies that it is a domestic corporation or not-for-profit domestic corporation whose business office is identical with the registered office.

3.  The undersigned by and on behalf of Wyoming Corporate Services, Inc., hereby certify that it is in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

Dated this 2nd day of December, 2011.

Therese M. Hoard, Vice President
Wyoming Corporate Services, Inc.



**Wyoming Secretary of State**
State Capitol Building, Room 110
200 West 24th Street
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Fax 307.777.5339
Email: Business@wyo.gov

Edward F. Murray, III, WY Secretary of State
FILED: 02/10/2015 10:42 AM
Original ID: 2011-000612656
Amendment ID: 2015-001700540

## Update Form

Date: 02/04/2015

To:     Wyoming Secretary of State's Office
        200 W 24th St Ste 110
        Cheyenne, WY 82002

**Name of Entity:** Condor Canyon

**ID#:** 2011-000612656

The above entity is requesting an update be made to reflect their most current information:

Principal Address: 1712 Pioneer Ave Ste 459 Cheyenne WY 82001

Mailing Address: 1712 Pioneer Ave Ste 459 Cheyenne WY 82001

Phone: (307) 632-3333

Fax:

Email: tax@wyomingcompany.com

Received
FEB - 4 2015
Secretary of State
Wyoming

Signature: _Lindsay Moore_

Printed Name:   Lindsay Moore

Title: Authorized Agent

UpdateForm - Revised 10/2012

Ostrum Attachment CA-7

**2016**          **Limited Liability Company Annual Report**

| | |
|---|---|
| Due on or Before: | December 1, 2016 |
| ID: | 2011-000612656 |
| State of Formation: | Wyoming |
| License Tax Paid: | $50.00 |
| AR Number: | 02369212 |

<u>For Office Use Only</u>
Wyoming Secretary of State
2020 Carey Ave., Ste. 700, Cheyenne, WY 82002-0020
307-777-7311
https://wyobiz.wy.gov/Business/AnnualReport.aspx

### Condor Canyon LLC

1: **Mailing Address**

1712 Pioneer Ave Ste 459
Cheyenne, WY 82001

2: **Principal Office Address**

1712 Pioneer Ave Ste 459
Cheyenne, WY 82001

Phone: (307) 632-3333
Email: tax@wyomingcompany.com

*Current Registered Agent:*
Wyoming Corporate Services, Inc.
1712 Pioneer Ave Ste 101
Cheyenne, WY 82001

• Please review the current Registered Agent
information and, if it needs to be changed or updated,
complete the <u>appropriate</u> Statement of Change form
available from the Secretary of State's website at
<u>http://soswy.state.wy.us</u>

I hereby certify under the penalty of perjury that the information I am submitting is true and correct to the best of my knowledge.

| Blair McNea | Blair McNea | December 2, 2015 |
|---|---|---|
| Signature | Printed Name | Date |

**The fee is $50 or two-tenths of one mill on the dollar ($.0002), whichever is greater.**

**Instructions:**
1. Complete the required worksheet.
2. Sign and date this form and return it to the Secretary of State at the address provided above.

Ostrum Attachment CA-8

PX1

Ostrum Attachment CB

Corporate Records

Business Entity Detail - Wyoming Secretary of State



# Business Center

Contact

Online Services ▸ Search ▸

Business & UCC Home

Annual Report Online Filing

FAQs

Commercial Registered Agents

EFS

Forms

Good Standing Certificates Online

Maintaining Your Business

Media Releases



RETURN TO YOUR SEARCH    FILE YOUR ANNUAL REPORT    FILE YOUR REINSTATEMENT

# DETAIL

Elation, LLC

This detail reflects the current data for the filing in the system.      Print

**Name**
Elation, LLC

**Filing ID**
2011-000603178

**Type**
Limited Liability Company - Domestic

**Status**
Inactive - Administratively Dissolved (Tax)

**Sub Status**
Current

**Initial Filing**
06/20/2011

https://wyobiz.wy.gov/business/FilingDetails.aspx?eFNum=010123077023044143153088247098192108142019128031[3/7/2017 10:11:32 AM]

Ostrum Attachment CB-1

Business Entity Detail - Wyoming Secretary of State

**Online Business Services**

**Questions and Answers**

**Reinstate Online**

**Start a Business**

**Search for Business Names/Filings**

**Statistics**

**UCC**

| | |
|---|---|
| **Standing - Tax**<br>Delinquent | **Inactive Date**<br>08/09/2016 |
| **Standing - RA**<br>Delinquent | **Term of Duration**<br>Perpetual |
| **Standing - Other**<br>Good | **Formed In**<br>Wyoming |

**Fictitious Name**

| | |
|---|---|
| **Principal Office**<br>4743 Kincross Ct<br>Boulder, CO 80301<br>USA | **Mailing Address**<br>4743 Kincross Ct<br>Boulder, CO 80301<br>USA |

> **Additional Details**

| | |
|---|---|
| **Registered Agent:**<br>No Agent<br>No Office<br>Laramie County WY | **Latest AR/Year**<br>02293129 / 2015 |
| | **AR Exempt**<br>No |
| | **License Tax Paid**<br>$50.00 |

> **History**

| | |
|---|---|
| Dissolution / Revocation - Tax - 2016-001937197 | Date: 08/09/2016 ❤ |
| RA Resignation - 2016-001928799 📄 | Date: 07/15/2016 |
| 📄 | Date: 07/15/2016 ❤ |

https://wyobiz.wy.gov/business/FilingDetails.aspx?eFNum=0101230770230441431530882470981921081420191280 31[3/7/2017 10:11:32 AM]

Ostrum Attachment CB-2

Business Entity Detail - Wyoming Secretary of State

Address Update - 2016-001928797

Delinquency Notice - Tax - 2016-001909928                     Date: 06/02/2016

RA Name/Address Change - 2015-001758015                     Date: 08/17/2015 ❤

RA Resignation - 2015-001757211                     Date: 08/11/2015

2015 Original Annual Report - 02293129                     Date: 08/07/2015

Delinquency Notice - Tax - 2015-001734120                     Date: 06/02/2015

2014 Original Annual Report - 02036331                     Date: 05/16/2014 ❤

Name Change - 2013-001538559                     Date: 09/18/2013 ❤

2013 Original Annual Report - 01839223                     Date: 05/20/2013 ❤

RA Address Change - 2012-001378994                     Date: 09/18/2012

2012 Original Annual Report - 01551192                     Date: 06/01/2012

Name Change - 2012-001318276                     Date: 03/22/2012 ❤

Address Update - 2011-001235571                     Date: 07/22/2011 ❤

Initial Filing - See Filing ID                     Date: 06/20/2011

Ostrum Attachment CB-3

Business Entity Detail - Wyoming Secretary of State



❯ Public Notes

No Public Notes Found...

❯ Parties

(Organizer)                                    Organization: Wyoming Corporate
                                               Services Inc

Address

### Office Information

2020 Carey Avenue
Suites 600 and 700
Cheyenne, WY 82002-0020

For additional information,
including driving directions,
please see the Contact Us page.

### Office Hours

8:00 a.m. to 5:00 p.m. MST
Monday through Friday
(except for official state holidays)

### About Our Office

We have a long history of serving
the public. Beginning in April 1869
with the appointment of the first
Secretary of the Territory of
Wyoming, Edward M. Lee, by
United States President Ulysses S.
Grant, this office has always served
the public from the State Capitol
Building. However, during the
Capitol Renovation Project, the
Office will be temporarily relocated
to 2020 Carey Avenue, Suites 600

Ostrum Attachment CB-4

Business Entity Detail - Wyoming Secretary of State



and 700.

GOVERNMENT | CITIZEN | VISITOR | BUSINESS
STATE HOME | PRIVACY POLICY | SITE MAP | ABOUT WYOMING | PHOTO CREDITS
© 2016 Wyoming Secretary of State's Office. All Rights Reserved.

https://wyobiz.wy.gov/business/FilingDetails.aspx?eFNum=010123077023044143153088247098192108142019128031[3/7/2017 10:11:32 AM]

Ostrum Attachment CB-5

**Max Maxfield, WY Secretary of State**
**FILED: 06/20/2011 09:12 AM**
**ID: 2011-000603178**

# ARTICLES OF ORGANIZATION
## OF

### Elation, LLC

## A LIMITED LIABILITY COMPANY

I.  The name of the limited liability company is **Elation, LLC,** a Limited Liability Company.

II.  The period of its duration is perpetual from the date of filing Articles of Organization with the Wyoming Secretary of State.

III.  The purpose for which the limited liability company is organized is: any lawful purpose except for the purposes of banking and insurance.

IV.  The name and address of its registered agent is:

> Wyoming Corporate Services, Inc.
> 2710 Thomes Ave.
> Cheyenne, WY 82001

(The registered agent may be an individual resident in this state or a domestic foreign corporation authorized to transact business in this state, having a business office identical with such registered office.)

V.  The mailing address of the principle office inside the state is:

> 2710 Thomes Ave
> Cheyenne, WY 82001

VI.  The remaining members of the limited liability company, if any, shall have the right to continue the business on the death, retirement, resignation, expulsion, bankruptcy or dissolution of a member or occurrence of any other event which terminates the continued membership of a member of the limited liability company, unless otherwise stated in the Membership Operating Agreement.

Dated this 15th day of June, 2011.

Therese M. Hoard
Wyoming Corporate Services, Inc., Organizer
tax@wyomingcompany.com

Received
JUN 1 5 2011
Secretary of State
Wyoming

**CONSENT TO**
**APPOINTMENT BY REGISTERED AGENT**

1.  Wyoming Corporate Services, Inc., located at 2710 Thomes Ave, Cheyenne, WY, 82001, voluntarily consents to serve as the registered agent for **Elation, LLC** on the date shown below;

2.  The registered agent certifies that it is a domestic corporation or not-for-profit domestic corporation whose business office is identical with the registered office.

3.  The undersigned by and on behalf of Wyoming Corporate Services, Inc., hereby certify that it is in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

Dated this 15th day of June, 2011.

Therese M. Hoard, Vice President
Wyoming Corporate Services, Inc.



**Ed Murray**
**Wyoming Secretary of State**
2020 Carey Avenue, Suite 700
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Fax 307.777.5339
Email: Business@wyo.gov

Ed Murray, WY Secretary of State
FILED: 07/15/2016 12:52 PM
Original ID: 2011-000603178
Amendment ID: 2016-001928797

## Update Form

**Name of Entity:** Elation LLC

**ID#:** 2011-000603178          *Example: 2000-000123456*

The above entity is requesting an update be made to reflect their most current information:

**Principal Address:**

4743 Kincross Ct Boulder CO 80301

**Mailing Address:**

4743 Kincross Ct Boulder CO 80301

**Phone:** 307-632-3333

**Fax:**

**Email:** tax@wyomingcompany.com
*(Email provided will receive annual report reminders and filing evidence)*
*\*May list multiple email addresses*

**Signature:** Lindsay moore          **Date:** 7-11-16

**Printed Name:** Lindsay moore

**Title:** Agent

*Form may be submitted by:*
**Fax** 307.777.5339
**Email:** SOSRequest@wyo.gov
**Mail-in** Refer to address at top of this form.

UpdateForm - Revised October 2015

Ostrum Attachment CB-8

## 2015        Limited Liability Company Annual Report

| | | For Office Use Only |
|---|---|---|
Due on or Before:     June 1, 2015

ID:     2011-000603178

State of Formation:     Wyoming

License Tax Paid:     $50.00

AR Number:     02293129

**For Office Use Only**
Wyoming Secretary of State
200 West 24th Street, Cheyenne, WY 82002-0020
307-777-7311
https://wyobiz.wy.gov/Business/AnnualReport.aspx

### Elation, LLC

**1: Mailing Address**

1712 Pioneer Ave Ste 462
Cheyenne, WY 82001

*Current Registered Agent:*
Wyoming Corporate Services, Inc.
1712 Pioneer Ave Ste 101
Cheyenne, WY 82001

**2: Principal Office Address**

1712 Pioneer Ave Ste 462
Cheyenne, WY 82001

Phone: (307) 632-3333
Email: tax@wyomingcompany.com

• Please review the current Registered Agent information and, if it needs to be changed or updated, complete the appropriate Statement of Change form available from the Secretary of State's website at http://soswy.state.wy.us

---

I hereby certify under the penalty of perjury that the information I am submitting is true and correct to the best of my knowledge.

| Blair McNea | Blair McNea | August 7, 2015 |
|---|---|---|
| Signature | Printed Name | Date |

---

**The fee is $50 or two-tenths of one mill on the dollar ($.0002), whichever is greater.**

**Instructions:**
1. Complete the required worksheet.
2. Sign and date this form and return it to the Secretary of State at the address provided above.

# PX1

## Ostrum Attachment CC

## Corporate Records

Entity Details - Secretary of State, Nevada



http://nvsos.gov/sosentitysearch/CorpDetails.aspx?lx8nvq=RxfHPB4Hy3T5%252bDhbBv%252fHSg%253d%253d&nt7=0[3/3/2017 10:56:53 AM]

Ostrum Attachment CC-1

Entity Details - Secretary of State, Nevada



**No stock records found for this company**

**Officers** ☐                                        ☐ Include Inactive Officers

**Manager - JUNIPER SOLUTIONS, LLC**

| | | | |
|---|---|---|---|
| Address 1: | 711 S. CARSON ST. | Address 2: | SUITE 4 |
| City: | CARSON CITY | State: | NV |
| Zip Code: | 89701 | Country: | |
| Status: | Active | Email: | |

**Actions\Amendments** ☐

Click here to view 5 actions\amendments associated with this company

SOS Information | Elections | Businesses | Licensing | Investor Information | Online Services | Contact Us | Sitemap

101 N Carson Street Suite 3 Carson City, NV 89701 | (775) 684-5708
© 2016 All Rights Reserved. Privacy Policy and Disclaimer | About This Site

http://nvsos.gov/sosentitysearch/CorpDetails.aspx?lx8nvq=RxfHPB4Hy3T5%252bDhbBv%252fHSg%253d%253d&nt7=0[3/3/2017 10:56:53 AM]

Ostrum Attachment CC-2

Entity Actions - Secretary of State, Nevada



# NEVADA SECRETARY OF STATE
## Barbara K. Cegavske

Home | Forms | Announcements | FAQ | Contact Us

Search nvsos.gov...          GO

SOS INFORMATION | ELECTIONS | BUSINESSES | LICENSING | INVESTOR INFORMATION | ONLINE SERVICES

My Data Reports | Commercial Recording | Licensing

## Entity Actions for "20MINUTEEYELIFT, LLC"

Sort by  File Date   ⦿ descending ○ ascending  order   Re-Sort

1 - 5 of 5 actions

| Actions\Amendments | | | |
|---|---|---|---|
| Action Type: | Commercial Registered Agent Resignation | | |
| Document Number: | 20170077364-77 | # of Pages: | 93 |
| File Date: | 2/21/2017 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20130139068-23 | # of Pages: | 1 |
| File Date: | 2/28/2013 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20120036554-18 | # of Pages: | 1 |
| File Date: | 1/19/2012 | Effective Date: | |

Ostrum Attachment CC-3

Entity Actions - Secretary of State, Nevada

(No notes for this action)

| | | | |
|---|---|---|---|
| Action Type: | Initial List | | |
| Document Number: | 20110242686-52 | # of Pages: | 1 |
| File Date: | 3/31/2011 | Effective Date: | |

(No notes for this action)

| | | | |
|---|---|---|---|
| Action Type: | Articles of Organization | | |
| Document Number: | 20110137500-90 | # of Pages: | 3 |
| File Date: | 2/24/2011 | Effective Date: | |

(No notes for this action)

Return to Entity Details for "20MINUTEEYELIFT, LLC"

New Search

SOS Information  |  Elections  |  Businesses  |  Licensing  |  Investor Information  |  Online Services  |  Contact Us  |  Sitemap

101 N Carson Street Suite 3 Carson City, NV 89701  |  (775) 684-5708

© 2016 All Rights Reserved. Privacy Policy and Disclaimer | About This Site

# PX1

## Ostrum Attachment CD

## Corporate Records

Entity Details - Secretary of State, Nevada



# NEVADA SECRETARY OF STATE
### Barbara K. Cegavske

Search nvsos.gov... | GO

| SOS INFORMATION | ELECTIONS | BUSINESSES | LICENSING | INVESTOR INFORMATION | ONLINE SERVICES |

Home | Forms | Announcements | FAQ | Contact Us

My Data Reports | Commercial Recordings | Licensing

# ABSOLUTELY WORKING, LLC

| New Search | □ Printer Friendly | Calculate List Fees |

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Active | File Date: | 2/24/2011 |
| Type: | Domestic Limited-Liability Company | Entity Number: | E0105832011-2 |
| Qualifying State: | NV | List of Officers Due: | 2/28/2018 |
| Managed By: | Managers | Expiration Date: | |
| NV Business ID: | NV20111130083 | Business License Exp: | 2/28/2018 |

## Additional Information

| | |
|---|---|
| Central Index Key: | |

## Registered Agent Information

| | | | |
|---|---|---|---|
| Name: | NATIONAL CORPORATE RESEARCH, LTD. | Address 1: | 202 SOUTH MINNESOTA STREET |
| Address 2: | | City: | CARSON CITY |
| State: | NV | Zip Code: | 89703 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Commercial Registered Agent - Corporation | | |
| Jurisdiction: | NEVADA | Status: | Active |

View all business entities under this registered agent

## Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 0 |

No stock records found for this company

## Officers   ■ Include Inactive Officers

### Manager - MEGAN NOSEL

| | | | |
|---|---|---|---|
| Address 1: | 5310 NE COUNTY LINE ROAD | Address 2: | |

Entity Details - Secretary of State, Nevada

| | | | |
|---|---|---|---|
| City: | ERIE | State: | CO |
| Zip Code: | 80516 | Country: | USA |
| Status: | Active | Email: | |

**Actions\Amendments**

Click here to view 9 actions\amendments associated with this company

SOS Information  |  Elections  |  Businesses  |  Licensing  |  Investor Information  |  Online Services  |  Contact Us  |  Sitemap

101 N Carson Street Suite 3 Carson City, NV 89701 | (775) 684-5708

© 2016 All Rights Reserved. Privacy Policy and Disclaimer | About This Site

Entity Actions - Secretary of State, Nevada



**NEVADA SECRETARY OF STATE**
Barbara K. Cegavske

Home | Forms | Announcements | FAQ | Contact Us

Search nvsos.gov...   GO

| SOS INFORMATION | ELECTIONS | BUSINESSES | LICENSING | INVESTOR INFORMATION | ONLINE SERVICES |

My Data Reports | Commercial Recordings | Licensing

# Entity Actions for "ABSOLUTELY WORKING, LLC"

Sort by  File Date    ⦿ descending ◯ ascending  order   Re-Sort

1 - 9 of 9 actions

### ☐ Actions\Amendments

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20170028173-31 | # of Pages: | 1 |
| File Date: | 1/23/2017 | Effective Date: | |

(No notes for this action)

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20160082835-65 | # of Pages: | 1 |
| File Date: | 2/24/2016 | Effective Date: | |

(No notes for this action)

| Action Type: | Registered Agent Change | | |
|---|---|---|---|
| Document Number: | 20150160029-46 | # of Pages: | 1 |
| File Date: | 4/7/2015 | Effective Date: | |

(No notes for this action)

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20150088921-16 | # of Pages: | 1 |
| File Date: | 2/26/2015 | Effective Date: | |

(No notes for this action)

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20140299290-28 | # of Pages: | 1 |
| File Date: | 4/24/2014 | Effective Date: | |

(No notes for this action)

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20130139253-79 | # of Pages: | 1 |
| File Date: | 2/28/2013 | Effective Date: | |

(No notes for this action)

| Action Type: | Annual List | | |
|---|---|---|---|

Entity Actions - Secretary of State, Nevada

| Document Number: | 20120142535-35 | # of Pages: | 1 |
|---|---|---|---|
| File Date: | 2/28/2012 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Initial List | | |
| Document Number: | 20110244400-58 | # of Pages: | 1 |
| File Date: | 3/31/2011 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Articles of Organization | | |
| Document Number: | 20110138686-46 | # of Pages: | 3 |
| File Date: | 2/24/2011 | Effective Date: | |
| (No notes for this action) | | | |

Return to Entity Details for "ABSOLUTELY WORKING, LLC"

New Search

SOS Information  |  Elections  |  Businesses  |  Licensing  |  Investor Information  |  Online Services  |  Contact Us  |  Sitemap

101 N Carson Street Suite 3 Carson City, NV 89701 | (775) 684-5708
© 2016 All Rights Reserved. Privacy Policy and Disclaimer | About This Site

# PX1

## Ostrum Attachment CE

## Corporate Records

Entity Details - Secretary of State, Nevada



NEVADA SECRETARY OF STATE
Barbara K. Cegavske

Home | Forms | Announcements | FAQ | Contact Us

Search nvsos.gov...          GO

| SOS INFORMATION | ELECTIONS | BUSINESSES | LICENSING | INVESTOR INFORMATION | ONLINE SERVICES |

My Data Reports | Commercial Recordings | Licensing

# AVALANCHEWHITE, LLC

New Search          ☐ Printer Friendly          Calculate Fees

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Dissolved | File Date: | 2/24/2011 |
| Type: | Domestic Limited-Liability Company | Entity Number: | E0104982011-8 |
| Qualifying State: | NV | List of Officers Due: | 2/28/2013 |
| Managed By: | Managers | Expiration Date: | |
| NV Business ID: | NV20111129035 | Business License Exp: | 2/28/2013 |

## Additional Information

| | |
|---|---|
| Central Index Key: | |

## Registered Agent Information

Registered Agent resigned

## Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 0 |

http://nvsos.gov/sosentitysearch/CorpDetails.aspx?lx8nvq=q%252btoVOOK3Ln67TSO4azkTg%253d%253d&mt7=0[3/2/2017 5:33:10 PM]

Ostrum Attachment CE-1

Entity Details - Secretary of State, Nevada



No stock records found for this company

**Officers** ☐ ■ Include Inactive Officers

**Manager - JUNIPER SOLUTIONS, LLC**

| | | | |
|---|---|---|---|
| Address 1: | 711 S. CARSON ST. | Address 2: | SUITE 4 |
| City: | CARSON CITY | State: | NV |
| Zip Code: | 89701 | Country: | |
| Status: | Active | Email: | |

**Actions\Amendments** ☐

Click here to view 5 actions\amendments associated with this company

SOS Information | Elections | Businesses | Licensing | Investor Information | Online Services | Contact Us | Sitemap

101 N Carson Street Suite 3 Carson City, NV 89701 | (775) 684-5708

© 2016 All Rights Reserved. Privacy Policy and Disclaimer | About This Site

Ostrum Attachment CE-2

Entity Actions - Secretary of State, Nevada



# NEVADA SECRETARY OF STATE
### Barbara K. Cegavske

Search nvsos.gov...   GO

| SOS INFORMATION | ELECTIONS | BUSINESSES | LICENSING | INVESTOR INFORMATION | ONLINE SERVICES |

My Data Reports | Commercial Recordings | Licensing

## Entity Actions for "AVALANCHEWHITE, LLC"

Sort by  File Date   ⊙ descending ○ ascending  order   Re-Sort

1 - 5 of 5 actions

**Actions\Amendments**

| | |
|---|---|
| Action Type: | Commercial Registered Agent Resignation |
| Document Number: 20120563844-95 | # of Pages: 4 |
| File Date: 8/10/2012 | Effective Date: |
| (No notes for this action) | |
| Action Type: | Dissolution |
| Document Number: 20120477274-66 | # of Pages: 1 |
| File Date: 7/9/2012 | Effective Date: |
| (No notes for this action) | |
| Action Type: | Annual List |
| Document Number: 20120036557-41 | # of Pages: 1 |
| File Date: 1/19/2012 | Effective Date: |

http://nvsos.gov/sosentitysearch/corpActions.aspx?lx8nvq=q%252btoV0OK3Ln67TSO4azkTg%253d%253d&CorpName=AVALANCHEWHITE%2c+LLC[3/2/2017 5:33:23 PM]

Entity Actions - Secretary of State, Nevada

(No notes for this action)

| | | | |
|---|---|---|---|
| **Action Type:** | Initial List | | |
| **Document Number:** | 20110242710-60 | **# of Pages:** | 1 |
| **File Date:** | 3/31/2011 | **Effective Date:** | |

(No notes for this action)

| | | | |
|---|---|---|---|
| **Action Type:** | Articles of Organization | | |
| **Document Number:** | 20110137506-56 | **# of Pages:** | 3 |
| **File Date:** | 2/24/2011 | **Effective Date:** | |

(No notes for this action)

Return to Entity Details for "AVALANCHEWHITE, LLC"

◄ New Search ►

SOS Information | Elections | Businesses | Licensing | Investor Information | Online Services | Contact Us | Sitemap

101 N Carson Street Suite 3 Carson City, NV 89701 | (775) 684-5708
© 2016 All Rights Reserved. Privacy Policy and Disclaimer | About This Site

# PX1

## Ostrum Attachment CF

## Corporate Records

Entity Details - Secretary of State, Nevada



## NEVADA SECRETARY OF STATE
### Barbara K. Cegavske

Home | Forms | Announcements | FAQ | Contact Us

Search nvsos.gov...   GO

| SOS INFORMATION | ELECTIONS | BUSINESSES | LICENSING | INVESTOR INFORMATION | ONLINE SERVICES |

My Data Reports | Commercial Recordings | Licensing

# BRAZILIAN SKIN SECRETS, LLC

New Search | ☐ Printer Friendly | Calculate Reinstatement Fees

### Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Revoked | File Date: | 2/24/2011 |
| Type: | Domestic Limited-Liability Company | Entity Number: | E0105822011-1 |
| Qualifying State: | NV | List of Officers Due: | 2/28/2014 |
| Managed By: | Managers | Expiration Date: | |
| NV Business ID: | NV20111130077 | Business License Exp: | 2/28/2014 |

### Additional Information

| | |
|---|---|
| Central Index Key: | |

### Registered Agent Information

Registered Agent resigned

### Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 0 |

http://nvsos.gov/sosentitysearch/CorpDetails.aspx?lx8nvq=L4msegmTwYY45sbX32R4WA%253d%253d&nt7=0[3/2/2017 5:34:11 PM]

Ostrum Attachment CF-1

Entity Details - Secretary of State, Nevada



No stock records found for this company

**Officers**                                    ☐ Include Inactive Officers

**Manager - JUNIPER SOLUTIONS, LLC**

| | | | |
|---|---|---|---|
| Address 1: | 711 S. CARSON ST. | Address 2: | SUITE 4 |
| City: | CARSON CITY | State: | NV |
| Zip Code: | 89701 | Country: | |
| Status: | Active | Email: | |

**Actions\Amendments**

Click here to view 5 actions\amendments associated with this company

SOS Information | Elections | Businesses | Licensing | Investor Information | Online Services | Contact Us | Sitemap

101 N Carson Street Suite 3 Carson City, NV 89701 | (775) 684-5708

© 2016 All Rights Reserved. Privacy Policy and Disclaimer | About This Site

http://nvsos.gov/sosentitysearch/CorpDetails.aspx?lx8nvq=L4msegmTwYY45sbX32R4WA%253d%253d&nt7=0[3/2/2017 5:34:11 PM]

Ostrum Attachment CF-2

Entity Actions - Secretary of State, Nevada



# NEVADA SECRETARY OF STATE
### Barbara K. Cegavske

Home | Forms | Announcements | FAQ | Contact Us

Search nvsos.gov... GO

| SOS INFORMATION | ELECTIONS | BUSINESSES | LICENSING | INVESTOR INFORMATION | ONLINE SERVICES |

My Data Reports | Commercial Recordings | Licensing

## Entity Actions for "BRAZILIAN SKIN SECRETS, LLC"

Sort by File Date ● descending ○ ascending order Re-Sort

1 - 5 of 5 actions

**Actions\Amendments**

| Action Type: | Commercial Registered Agent Resignation | | |
|---|---|---|---|
| Document Number: | 20170077364-77 | # of Pages: | 93 |
| File Date: | 2/21/2017 | Effective Date: | |

(No notes for this action)

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20130139066-01 | # of Pages: | 1 |
| File Date: | 2/28/2013 | Effective Date: | |

(No notes for this action)

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20120036550-74 | # of Pages: | 1 |
| File Date: | 1/19/2012 | Effective Date: | |

Ostrum Attachment CF-3

Entity Actions - Secretary of State, Nevada

| | | | |
|---|---|---|---|
| (No notes for this action) | | | |
| Action Type: | Initial List | | |
| Document Number: | 20110242708-27 | # of Pages: | 1 |
| File Date: | 3/31/2011 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Articles of Organization | | |
| Document Number: | 20110138680-80 | # of Pages: | 3 |
| File Date: | 2/24/2011 | Effective Date: | |
| (No notes for this action) | | | |

Return to Entity Details for "BRAZILIAN SKIN SECRETS, LLC"

New Search

SOS Information | Elections | Businesses | Licensing | Investor Information | Online Services | Contact Us | Sitemap

101 N Carson Street Suite 3 Carson City, NV 89701 | (775) 684-5708
© 2016 All Rights Reserved. Privacy Policy and Disclaimer | About This Site

PX1

Ostrum Attachment CG

Corporate Records

Entity Details - Secretary of State, Nevada



# NEVADA SECRETARY OF STATE
Barbara K. Cegavske

Search nvsos.gov...   GO

| SOS INFORMATION | ELECTIONS | BUSINESSES | LICENSING | INVESTOR INFORMATION | ONLINE SERVICES |

Home | Forms | Announcements | FAQ | Contact Us

My Data Reports | Commercial Recordings | Licensing

# BRIDGE FORD, LLC

New Search     □ Printer Friendly     Calculate List Fees

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Active | File Date: | 2/24/2011 |
| Type: | Domestic Limited-Liability Company | Entity Number: | E0105012011-4 |
| Qualifying State: | NV | List of Officers Due: | 2/28/2018 |
| Managed By: | Managers | Expiration Date: | |
| NV Business ID: | NV20111129061 | Business License Exp: | 2/28/2018 |

## Additional Information

| | |
|---|---|
| Central Index Key: | |

## Registered Agent Information

| | | | |
|---|---|---|---|
| Name: | NATIONAL CORPORATE RESEARCH, LTD. | Address 1: | 202 SOUTH MINNESOTA STREET |
| Address 2: | | City: | CARSON CITY |
| State: | NV | Zip Code: | 89703 |

http://nvsos.gov/sosentitysearch/CorpDetails.aspx?lx8nvq=qq41awMFZ1h3LyNedSMngQ%253d%253d&nt7=0[3/2/2017 5:11:06 PM]

Ostrum Attachment CG-1

Entity Details - Secretary of State, Nevada

| Phone: | | Fax: | |
|---|---|---|---|
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Commercial Registered Agent - Corporation | | |
| Jurisdiction: | NEVADA | Status: | Active |

View all business entities under this registered agent

**Financial Information**

| No Par Share Count: | 0 | Capital Amount: | $ 0 |
|---|---|---|---|

No stock records found for this company

**Officers**        ■ Include Inactive Officers

**Manager - EMILY S MCEVOY**

| Address 1: | 1780 WASHINGTON ST #304 | Address 2: | |
|---|---|---|---|
| City: | DENVER | State: | CO |
| Zip Code: | 80203 | Country: | USA |
| Status: | Active | Email: | |

**Actions\Amendments**

Click here to view 9 actions\amendments associated with this company

http://nvsos.gov/sosentitysearch/CorpDetails.aspx?lx8nvq=qq41awMFZ1h3LyNedSMngQ%253d%253d&nt7=0[3/2/2017 5:11:06 PM]

Ostrum Attachment CG-2

Entity Details - Secretary of State, Nevada

Ostrum Attachment CG-3

Entity Actions - Secretary of State, Nevada



Ostrum Attachment CG-4

Entity Actions - Secretary of State, Nevada

(No notes for this action)

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20150089016-72 | # of Pages: | 1 |
| File Date: | 2/26/2015 | Effective Date: | |

(No notes for this action)

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20140256922-73 | # of Pages: | 1 |
| File Date: | 4/7/2014 | Effective Date: | |

(No notes for this action)

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20130139260-67 | # of Pages: | 1 |
| File Date: | 2/28/2013 | Effective Date: | |

(No notes for this action)

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20120142533-13 | # of Pages: | 1 |
| File Date: | 2/28/2012 | Effective Date: | |

(No notes for this action)

| Action Type: | Initial List | | |
|---|---|---|---|
| Document Number: | 20110244404-92 | # of Pages: | 1 |
| File Date: | 3/31/2011 | Effective Date: | |

(No notes for this action)

| Action Type: | Articles of Organization | | |
|---|---|---|---|
| Document Number: | 20110137512-33 | # of Pages: | 3 |
| File Date: | 2/24/2011 | Effective Date: | |

(No notes for this action)

Ostrum Attachment CG-5

Entity Actions - Secretary of State, Nevada



**Return to Entity Details for "BRIDGE FORD, LLC"**

New Search

SOS Information | Elections | Businesses | Licensing | Investor Information | Online Services | Contact Us | Sitemap

101 N Carson Street Suite 3 Carson City, NV 89701 | (775) 684-5708
© 2016 All Rights Reserved. Privacy Policy and Disclaimer | About This Site

Ostrum Attachment CG-6