# PX1

## Ostrum Attachment CP

## Corporate Records

Entity Details - Secretary of State, Nevada



Ostrum Attachment CP-1

Entity Details - Secretary of State, Nevada

| | | | |
|---|---|---|---|
| **Phone:** | | **Fax:** | |
| **Mailing Address 1:** | | **Mailing Address 2:** | |
| **Mailing City:** | | **Mailing State:** | NV |
| **Mailing Zip Code:** | | | |
| **Agent Type:** | **Commercial Registered Agent - Corporation** | | |
| **Jurisdiction:** | **NEVADA** | **Status:** | **Active** |

View all business entities under this registered agent

### Financial Information

| | | | |
|---|---|---|---|
| **No Par Share Count:** | 0 | **Capital Amount:** | $ 0 |

No stock records found for this company

### ☐ Officers                                     ■ Include Inactive Officers

**Manager - CONDOR CANYON LLC**

| | | | |
|---|---|---|---|
| **Address 1:** | 1712 PIONEER AVENUE SUITE 459 | **Address 2:** | |
| **City:** | CHEYENNE | **State:** | WY |
| **Zip Code:** | 82001 | **Country:** | USA |
| **Status:** | Active | **Email:** | |

### ☐ Actions\Amendments

Click here to view 9 actions\amendments associated with this company

http://nvsos.gov/sosentitysearch/CorpDetails.aspx?lx8nvq=4PCpjE0vpsUQl1PsT1Kirw%253d%253d&mt7=0[3/2/2017 5:27:01 PM]

Ostrum Attachment CP-2

Entity Details - Secretary of State, Nevada

Ostrum Attachment CP-3

Entity Actions - Secretary of State, Nevada



Ostrum Attachment CP-4

Entity Actions - Secretary of State, Nevada

| | | | |
|---|---|---|---|
| (No notes for this action) | | | |
| **Action Type:** | Annual List | | |
| **Document Number:** | 20150089277-21 | **# of Pages:** | 1 |
| **File Date:** | 2/26/2015 | **Effective Date:** | |
| (No notes for this action) | | | |
| **Action Type:** | Annual List | | |
| **Document Number:** | 20140256918-18 | **# of Pages:** | 1 |
| **File Date:** | 4/7/2014 | **Effective Date:** | |
| (No notes for this action) | | | |
| **Action Type:** | Annual List | | |
| **Document Number:** | 20130139247-92 | **# of Pages:** | 1 |
| **File Date:** | 2/28/2013 | **Effective Date:** | |
| (No notes for this action) | | | |
| **Action Type:** | Annual List | | |
| **Document Number:** | 20110883964-02 | **# of Pages:** | 1 |
| **File Date:** | 12/16/2011 | **Effective Date:** | |
| (No notes for this action) | | | |
| **Action Type:** | Initial List | | |
| **Document Number:** | 20110242689-85 | **# of Pages:** | 1 |
| **File Date:** | 3/31/2011 | **Effective Date:** | |
| (No notes for this action) | | | |
| **Action Type:** | Articles of Organization | | |
| **Document Number:** | 20110136920-55 | **# of Pages:** | 3 |
| **File Date:** | 2/24/2011 | **Effective Date:** | |
| (No notes for this action) | | | |

http://nvsos.gov/sosentitysearch/corpActions.aspx?lx8nvq=4PCpjE0vpsUQI1PsT1Kirw%253d%253d&CorpName=JUNIPER+SOLUTIONS%2c+LLC[3/2/2017 5:27:17 PM]

Ostrum Attachment CP-5

Entity Actions - Secretary of State, Nevada



**Return to Entity Details for "JUNIPER SOLUTIONS, LLC"**

New Search

SOS Information  |  Elections  |  Businesses  |  Licensing  |  Investor Information  |  Online Services  |  Contact Us  |  Sitemap

101 N Carson Street Suite 3 Carson City, NV 89701 | (775) 684-5708

© 2016 All Rights Reserved. Privacy Policy and Disclaimer | About This Site

Ostrum Attachment CP-6

# PX1

## Ostrum Attachment CQ

## Corporate Records

Entity Details - Secretary of State, Nevada



# KNOCKOUT WHITE LLC

| New Search | ☐ Printer Friendly | Calculate Reinstatement Fees |
|---|---|---|

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | **Revoked** | File Date: | **5/16/2012** |
| Type: | **Domestic Limited-Liability Company** | Entity Number: | **E0270672012-3** |
| Qualifying State: | **NV** | List of Officers Due: | **5/31/2014** |
| Managed By: | **Managers** | Expiration Date: | |
| NV Business ID: | **NV20121311275** | Business License Exp: | **5/31/2014** |

## Additional Information

| | |
|---|---|
| Central Index Key: | |

## Registered Agent Information

| | | | |
|---|---|---|---|
| Name: | **RESIDENT AGENTS OF NEVADA, INC.** | Address 1: | **711 S CARSON ST STE 4** |
| Address 2: | | City: | **CARSON CITY** |
| State: | **NV** | Zip Code: | **89701** |

http://nvsos.gov/sosentitysearch/CorpDetails.aspx?lx8nvq=34JP8rvyRnWIj0DaM%252fDFjQ%253d%253d&nt7=0 [3/2/2017 5:35:43 PM]

Ostrum Attachment CQ-1

Entity Details - Secretary of State, Nevada

| Phone: | | Fax: | |
|---|---|---|---|
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Commercial Registered Agent - Corporation | | |
| Jurisdiction: | NEVADA | Status: | Active |

View all business entities under this registered agent

### Financial Information

| No Par Share Count: | 0 | Capital Amount: | $ 0 |
|---|---|---|---|

No stock records found for this company

### ☐ Officers   ■ Include Inactive Officers

Manager - JUNIPER SOLUTIONS, LLC

| Address 1: | 7251 WEST LAKE MEAD BLVD | Address 2: | STE 300 |
|---|---|---|---|
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89128 | Country: | USA |
| Status: | Active | Email: | |

### ☐ Actions\Amendments

Click here to view 3 actions\amendments associated with this company

http://nvsos.gov/sosentitysearch/CorpDetails.aspx?lx8nvq=34JP8rvyRnWIj0DaM%252fDFjQ%253d%253d&nt=0[3/2/2017 5:35:43 PM]

Ostrum Attachment CQ-2

Entity Details - Secretary of State, Nevada

Ostrum Attachment CQ-3

Entity Actions - Secretary of State, Nevada



## NEVADA SECRETARY OF STATE
### Barbara K. Cegavske

Home | Forms | Announcements | FAQ | Contact Us

Search nvsos.gov...   GO

SOS INFORMATION    ELECTIONS    BUSINESSES    LICENSING    INVESTOR INFORMATION    ONLINE SERVICES

My Data Reports | Commercial Recordings | Licensing

# Entity Actions for "KNOCKOUT WHITE LLC"

**Sort by** File Date    ◉ descending ○ ascending  order   Re-Sort

1 - 3 of 3 actions

| Actions\Amendments | | | |
|---|---|---|---|
| Action Type: | Annual List | | |
| Document Number: | 20130361246-98 | # of Pages: | 1 |
| File Date: | 5/30/2013 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Initial List | | |
| Document Number: | 20120345548-84 | # of Pages: | 1 |
| File Date: | 5/16/2012 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Articles of Organization | | |
| Document Number: | 20120345426-19 | # of Pages: | 3 |
| File Date: | 5/16/2012 | Effective Date: | |

http://nvsos.gov/sosentitysearch/corpActions.aspx?lx8nvq=34JP8rvyRnWIj0DaM%252fDFjQ%253d%253d&CorpName=KNOCKOUT+WHITE+LLC[3/2/2017 5:36:07 PM]

Ostrum Attachment CQ-4

Entity Actions - Secretary of State, Nevada



(No notes for this action)

**Return to Entity Details for "KNOCKOUT WHITE LLC"**

New Search

SOS Information | Elections | Businesses | Licensing | Investor Information | Online Services | Contact Us | Sitemap

101 N Carson Street Suite 3 Carson City, NV 89701 | (775) 684-5708
© 2016 All Rights Reserved. Privacy Policy and Disclaimer | About This Site

http://nvsos.gov/sosentitysearch/corpActions.aspx?lx8nvq=34JP8rvyRnWIj0DaM%252fDFjQ%253d%253d&CorpName=KNOCKOUT+WHITE+LLC[3/2/2017 5:36:07 PM]

Ostrum Attachment CQ-5

# PX1

## Ostrum Attachment CR

## Corporate Records

Entity Details - Secretary of State, Nevada



# NEVADA SECRETARY OF STATE
## Barbara K. Cegavske

Search nvsos.gov... | GO

Home | Forms | Announcements | FAQ | Contact Us

| SOS INFORMATION | ELECTIONS | BUSINESSES | LICENSING | INVESTOR INFORMATION | ONLINE SERVICES |

My Data Reports | Commercial Recordings | Licensing

# REVMOUNTAIN, LLC

New Search | □ Printer Friendly | Calculate List Fees

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Active | File Date: | 3/24/2011 |
| Type: | Domestic Limited-Liability Company | Entity Number: | E0167842011-7 |
| Qualifying State: | NV | List of Officers Due: | 3/31/2017 |
| Managed By: | Managers | Expiration Date: | |
| NV Business ID: | NV20111202231 | Business License Exp: | 3/31/2017 |

## Additional Information

| | |
|---|---|
| Central Index Key: | |

## Registered Agent Information

| | | | |
|---|---|---|---|
| Name: | NATIONAL CORPORATE RESEARCH, LTD. | Address 1: | 202 SOUTH MINNESOTA STREET |
| Address 2: | | City: | CARSON CITY |
| State: | NV | Zip Code: | 89703 |

http://nvsos.gov/sosentitysearch/CorpDetails.aspx?lx8nvq=BhRUnYzLB5B47vY6jCatug%253d%253d&nt7=0[3/2/2017 5:24:59 PM]

Ostrum Attachment CR-1

Entity Details - Secretary of State, Nevada

| | |
|---|---|
| Phone: | Fax: |
| Mailing Address 1: | Mailing Address 2: |
| Mailing City: | Mailing State: NV |
| Mailing Zip Code: | |
| Agent Type: Commercial Registered Agent - Corporation | |
| Jurisdiction: NEVADA | Status: Active |
| View all business entities under this registered agent | |

**Financial Information**

| | |
|---|---|
| No Par Share Count: 0 | Capital Amount: $ 0 |
| No stock records found for this company | |

**Officers** ☐ ■ Include Inactive Officers

Manager - JENNIFER JOHNSON

| | |
|---|---|
| Address 1: 7251 W LAKE MEAD BLVD SUITE 310 | Address 2: |
| City: LAS VEGAS | State: NV |
| Zip Code: 89128 | Country: USA |
| Status: Active | Email: |

**Actions\Amendments** ☐

Click here to view 11 actions\amendments associated with this company

http://nvsos.gov/sosentitysearch/CorpDetails.aspx?lx8nvq=BhRUnYzLB5B47vY6jCatug%253d%253d&nt7=0[3/2/2017 5:24:59 PM]

Ostrum Attachment CR-2

Entity Details - Secretary of State, Nevada

Ostrum Attachment CR-3

Entity Actions - Secretary of State, Nevada

# NEVADA SECRETARY OF STATE
### Barbara K. Cegavske

Home | Forms | Announcements | FAQ | Contact Us

Search nvsos.gov...    GO

SOS INFORMATION | ELECTIONS | BUSINESSES | LICENSING | INVESTOR INFORMATION | ONLINE SERVICES

My Data Report | Commercial Recordings | Licensing

# Entity Actions for "REVMOUNTAIN, LLC"

Sort by  File Date    ⦿ descending ◯ ascending  order   Re-Sort

1 - 11 of 11 actions

| Actions\Amendments | | | |
|---|---|---|---|
| Action Type: | Annual List | | |
| Document Number: | 20160138550-11 | # of Pages: | 1 |
| File Date: | 3/29/2016 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Registered Agent Change | | |
| Document Number: | 20150316523-48 | # of Pages: | 1 |
| File Date: | 7/7/2015 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20150088611-62 | # of Pages: | 1 |
| File Date: | 2/26/2015 | Effective Date: | |

http://nvsos.gov/sosentitysearch/corpActions.aspx?lx8nvq=BhRUnYzLB5B47vY6jCatug%253d%253d&CorpName=REVMOUNTAIN%2e+LLC[3/2/2017 5:25:19 PM]

Ostrum Attachment CR-4

Entity Actions - Secretary of State, Nevada

(No notes for this action)

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20140236477-56 | # of Pages: | 1 |
| File Date: | 3/31/2014 | Effective Date: | |

(No notes for this action)

| Action Type: | Amended List | | |
|---|---|---|---|
| Document Number: | 20130760126-08 | # of Pages: | 1 |
| File Date: | 11/20/2013 | Effective Date: | |

(No notes for this action)

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20130234758-95 | # of Pages: | 1 |
| File Date: | 3/29/2013 | Effective Date: | |

(No notes for this action)

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20120036769-06 | # of Pages: | 1 |
| File Date: | 1/19/2012 | Effective Date: | |

(No notes for this action)

| Action Type: | Correction | | |
|---|---|---|---|
| Document Number: | 20110289136-83 | # of Pages: | 1 |
| File Date: | 4/18/2011 | Effective Date: | |

(No notes for this action)

| Action Type: | Amended List | | |
|---|---|---|---|
| Document Number: | 20110273028-46 | # of Pages: | 1 |
| File Date: | 4/12/2011 | Effective Date: | |

(No notes for this action)

Ostrum Attachment CR-5

Entity Actions - Secretary of State, Nevada

| Action Type: | Initial List | | |
|---|---|---|---|
| Document Number: | 20110242714-04 | # of Pages: | 1 |
| File Date: | 3/31/2011 | Effective Date: | |
| (No notes for this action) | | | |

| Action Type: | Articles of Organization | | |
|---|---|---|---|
| Document Number: | 20110218784-34 | # of Pages: | 3 |
| File Date: | 3/24/2011 | Effective Date: | |
| (No notes for this action) | | | |

Return to Entity Details for "REVMOUNTAIN, LLC"

New Search

SOS Information | Elections | Businesses | Licensing | Investor Information | Online Services | Contact Us | Sitemap

101 N Carson Street Suite 3 Carson City, NV 89701 | (775) 684-5708
© 2016 All Rights Reserved. Privacy Policy and Disclaimer | About This Site

Ostrum Attachment CR-6

PX1

Ostrum Attachment CS

Corporate Records



# NEVADA SECRETARY OF STATE
### Barbara K. Cegavske

Home | Forms | Announcements | FAQ | Contact Us

Search nvsos.gov.... [GO]

| SOS INFORMATION | ELECTIONS | BUSINESSES | LICENSING | INVESTOR INFORMATION | ONLINE SERVICES |

## ROADRUNNER B2C, LLC

□ New Search    □ Printer Friendly    [Calculate List Fees]

### Business Entity Information

| | | | |
|---|---|---|---|
| **Status:** | Active | **File Date:** | 3/28/2013 |
| **Type:** | Domestic Limited-Liability Company | **Entity Number:** | E0155802013-1 |
| **Qualifying State:** | NV | **List of Officers Due:** | 3/31/2018 |
| **Managed By:** | Managers | **Expiration Date:** | |
| **NV Business ID:** | NV20131189372 | **Business License Exp:** | 3/31/2018 |

### Additional Information

| | |
|---|---|
| **Central Index Key:** | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| **Name:** | NATIONAL CORPORATE RESEARCH, LTD. | **Address 1:** | 202 SOUTH MINNESOTA STREET |
| **Address 2:** | | **City:** | CARSON CITY |
| **State:** | NV | **Zip Code:** | 89703 |

| Phone: | | Fax: | |
|---|---|---|---|
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Commercial Registered Agent - Corporation | | |
| Jurisdiction: | NEVADA | Status: | Active |

View all business entities under this registered agent

**Financial Information**

| No Par Share Count: | 0 | Capital Amount: | $ 0 |
|---|---|---|---|

No stock records found for this company

**Officers**                                           ☑ Include Inactive Officers

Manager - ANASAZI MANAGEMENT PARTNERS, LLC

| Address 1: | 1712 PIONEER AVENUE SUITE 459 | Address 2: | |
|---|---|---|---|
| City: | CHEYENNE | State: | WY |
| Zip Code: | 82001 | Country: | USA |
| Status: | Active | Email: | |

**Actions\Amendments**

Click here to view 7 actions\amendments associated with this company

101 N Carson Street Suite 3 Carson City, NV 89701 | (775) 684-5708
© 2016 All Rights Reserved. Privacy Policy and Disclaimer | About This Site

Ostrum Attachment CS-2

Ostrum Attachment CS-3



Ostrum Attachment CS-4

NEVADA SECRETARY OF STATE
Barbara K. Cegavske

Home | Forms | Announcements | FAQ | Contact Us

Search nvsos.gov....   GO

| SOS INFORMATION | ELECTIONS | BUSINESSES | LICENSING | INVESTOR INFORMATION | ONLINE SERVICES |

UCC | Notary | Reports | Commercial Recordings | Licensing

# Entity Actions for "ROADRUNNER B2C, LLC"

Sort by [ File Date ]    ⊙ descending ○ ascending  order [Re-Sort]

1 - 7 of 7 actions

| Actions\Amendments | | |
|---|---|---|
| **Action Type:** Annual List | | |
| **Document Number:** 2017007026974 | **# of Pages:** 1 | |
| **File Date:** 2/16/2017 | **Effective Date:** | |
| (No notes for this action) | | |
| **Action Type:** Annual List | | |
| **Document Number:** 2016013855344 | **# of Pages:** 1 | |
| **File Date:** 3/29/2016 | **Effective Date:** | |
| (No notes for this action) | | |
| **Action Type:** Registered Agent Change | | |
| **Document Number:** 2016006283098 | **# of Pages:** 1 | |
| **File Date:** 2/9/2016 | **Effective Date:** | |

Ostrum Attachment CS-5

| (No notes for this action) | | |
|---|---|---|
| **Action Type:** | **Annual List** | |
| **Document Number:** | 2015008863-01 | **# of Pages:** 1 |
| **File Date:** | 2/26/2015 | **Effective Date:** |
| (No notes for this action) | | |

| | | |
|---|---|---|
| **Action Type:** | **Annual List** | |
| **Document Number:** | 20140236900-97 | **# of Pages:** 1 |
| **File Date:** | 3/31/2014 | **Effective Date:** |
| (No notes for this action) | | |

| | | |
|---|---|---|
| **Action Type:** | **Initial List** | |
| **Document Number:** | 20130271295-72 | **# of Pages:** 1 |
| **File Date:** | 4/24/2013 | **Effective Date:** |
| (No notes for this action) | | |

| | | |
|---|---|---|
| **Action Type:** | **Articles of Organization** | |
| **Document Number:** | 20130207850-58 | **# of Pages:** 1 |
| **File Date:** | 3/28/2013 | **Effective Date:** |
| (No notes for this action) | | |

Return to Entity Details for "ROADRUNNER B2C, LLC"

[ New Search ]

SOS Information | Elections | Businesses | Licensing | Investor Information | Online Services | Contact Us | Sitemap

101 N Carson Street Suite 3 Carson City, NV 89701 | (775) 684-5708
© 2016 All Rights Reserved. Privacy Policy and Disclaimer | About This Site

Ostrum Attachment CS-6



# NEVADA SECRETARY OF STATE
### Barbara K. Cegavske

Home | Forms | Announcements | FAQ | Contact Us

Search nvsos.gov....   GO

| SOS INFORMATION | ELECTIONS | BUSINESSES | LICENSING | INVESTOR INFORMATION | ONLINE SERVICES |

## REVGO

☐ New Search   ☐ Printer Friendly

NVBusiness Search | Commercial Recordings | Licensing

**Business Entity Information**

| | | | |
|---|---|---|---|
| Status: | Active | File Date: | 4/4/2014 |
| Type: | Trade Name | Entity Number: | E0191512014-1 |
| Qualifying State: | NV | List of Officers Due: | |
| Managed By: | | Expiration Date: | 4/4/2019 |
| Date of 1st use in Nevada: | 1/1/2014 | Date of 1st use Anywhere: | 1/1/2014 |
| Classification: | 101 | | |

Calculate Fees

**Applicant**

| | | | |
|---|---|---|---|
| Name: | ROADRUNNER B2C, LLC | Address1: | 7565 COMMERCIAL WAY UNIT B |
| Address 2: | | City: | HENDERSON |
| State: | NV | Zip Code: | 89011 |

**Additional Information**

Ostrum Attachment CS-7

**Goods and Services:** SHIPPING SERVICES

**Registered Agent Information**

No Registered Agent associated with this company

**Financial Information**

No Par Share Count: 0          Capital Amount: $ 0

No stock records found for this company

**Officers**          ■ Include Inactive Officers

No active officers found for this company

**Actions\Amendments**

Click here to view the 1 action or amendment associated with this company

101 N Carson Street Suite 3 Carson City, NV 89701 | (775) 684-5708

© 2016 All Rights Reserved. Privacy Policy and Disclaimer | About This Site

Ostrum Attachment CS-8

# PX1

## Ostrum Attachment CT

## Corporate Records

Entity Details - Secretary of State, Nevada



Ostrum Attachment CT-1

Entity Details - Secretary of State, Nevada

| Phone: | | Fax: | |
|---|---|---|---|
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Commercial Registered Agent - Corporation | | |
| Jurisdiction: | NEVADA | Status: | Active |

View all business entities under this registered agent

### Financial Information

| No Par Share Count: | 0 | Capital Amount: | $ 0 |
|---|---|---|---|

No stock records found for this company

### Officers
☐     ■ Include Inactive Officers

**Manager - JENNIFER A JOHNSON**

| Address 1: | 410 S RAMPART BLVD SUITE 390 | Address 2: | |
|---|---|---|---|
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89145 | Country: | USA |
| Status: | Active | Email: | |

### Actions\Amendments
☐

Click here to view 8 actions\amendments associated with this company

http://nvsos.gov/sosentitysearch/CorpDetails.aspx?lx8nvq=R04Uc56dUKwJo7%252bCcMzavA%253d%253d&mt7=0[3/2/2017 5:28:25 PM]

Ostrum Attachment CT-2

Entity Details - Secretary of State, Nevada

Ostrum Attachment CT-3

Entity Actions - Secretary of State, Nevada



Ostrum-Attachment CT-4

Entity Actions - Secretary of State, Nevada

(No notes for this action)

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20140256913-63 | # of Pages: | 1 |
| File Date: | 4/7/2014 | Effective Date: | |

(No notes for this action)

| Action Type: | Amended List | | |
|---|---|---|---|
| Document Number: | 20130760080-57 | # of Pages: | 1 |
| File Date: | 11/20/2013 | Effective Date: | |

(No notes for this action)

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20130139070-66 | # of Pages: | 1 |
| File Date: | 2/28/2013 | Effective Date: | |

(No notes for this action)

| Action Type: | Initial List | | |
|---|---|---|---|
| Document Number: | 20120113400-04 | # of Pages: | 1 |
| File Date: | 2/17/2012 | Effective Date: | |

(No notes for this action)

| Action Type: | Articles of Organization | | |
|---|---|---|---|
| Document Number: | 20120113366-75 | # of Pages: | 3 |
| File Date: | 2/17/2012 | Effective Date: | |

(No notes for this action)

**Return to Entity Details for "ROIRUNNER LLC"**

New Search

http://nvsos.gov/sosentitysearch/corpActions.aspx?lx8nvq=R04Uc56dUKwJo7%252bCcMzavA%253d%253d&CorpName=ROIRUNNER+LLC[3/2/2017 5:28:40 PM]

Ostrum Attachment CT-5

Entity Actions - Secretary of State, Nevada



SOS Information  |  Elections  |  Businesses  |  Licensing  |  Investor Information  |  Online Services  |  Contact Us  |  Sitemap

101 N Carson Street Suite 3 Carson City, NV 89701 | (775) 684-5708
© 2016 All Rights Reserved. Privacy Policy and Disclaimer | About This Site

http://nvsos.gov/sosentitysearch/corpActions.aspx?lx8nvq=R04Uc56dUKwJo7%252bCcMzavA%253d%253d&CorpName=ROIRUNNER+LLC[3/2/2017 5:28:40 PM]

Ostrum Attachment CT-6

PX1

Ostrum Attachment CU

Corporate Records

Entity Details - Secretary of State, Nevada



Ostrum Attachment CU-1

Entity Details - Secretary of State, Nevada

| Phone: | | Fax: | |
|---|---|---|---|
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Commercial Registered Agent - Corporation | | |
| Jurisdiction: | NEVADA | Status: | Active |

View all business entities under this registered agent

## Financial Information

| No Par Share Count: | 0 | Capital Amount: | $ 0 |
|---|---|---|---|

No stock records found for this company

## Officers ☐ Include Inactive Officers

**Manager - JAMIE HAYDEN**

| Address 1: | 6671 S. LAS VEGAS BLVD., BLDG. D, STE. 210 | Address 2: | |
|---|---|---|---|
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89119 | Country: | USA |
| Status: | Active | Email: | |

## Actions\Amendments

Click here to view 3 actions\amendments associated with this company

http://nvsos.gov/sosentitysearch/CorpDetails.aspx?lx8nvq=TMrPbngT%252fXbLZWJDE1tXhA%253d%253d&nt7=0[3/2/2017 5:25:52 PM]

Ostrum Attachment CU-2

Entity Details - Secretary of State, Nevada



© 2016 All Rights Reserved. Privacy Policy and Disclaimer | About This Site

Ostrum Attachment CU-3

Entity Actions - Secretary of State, Nevada



# NEVADA SECRETARY OF STATE
## Barbara K. Cegavske

Search nvsos.gov...   Go

| SOS INFORMATION | ELECTIONS | BUSINESSES | LICENSING | INVESTOR INFORMATION | ONLINE SERVICES |

My Data Reports | Commercial Recordings | Licensing

## Entity Actions for "SPRUCE RIVER, LLC"

Sort by  [ File Date ]   ◉ descending ◯ ascending  order   Re-Sort

### 1 - 3 of 3 actions

| Actions\Amendments | | | |
|---|---|---|---|
| Action Type: | Annual List | | |
| Document Number: | 20160319827-99 | # of Pages: | 1 |
| File Date: | 7/19/2016 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Initial List | | |
| Document Number: | 20150353741-61 | # of Pages: | 1 |
| File Date: | 8/5/2015 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Articles of Organization | | |
| Document Number: | 20150353740-50 | # of Pages: | 3 |
| File Date: | 8/5/2015 | Effective Date: | |

http://nvsos.gov/sosentitysearch/corpActions.aspx?lx8nvq=TMrPbngT%252fXbLZWJDE1tXhA%253d%253d&CorpName=SPRUCE+RIVER%2c+LLC[3/2/2017 5:26:12 PM]

Ostrum Attachment CU-4

Entity Actions - Secretary of State, Nevada



(No notes for this action)

Return to Entity Details for "SPRUCE RIVER, LLC"

New Search

SOS Information  |  Elections  |  Businesses  |  Licensing  |  Investor Information  |  Online Services  |  Contact Us  |  Sitemap

101 N Carson Street Suite 3 Carson City, NV 89701 | (775) 684-5708
© 2016 All Rights Reserved. Privacy Policy and Disclaimer | About This Site

Ostrum Attachment CU-5

# PX1

## Ostrum Attachment CV

## Corporate Records

Entity Details - Secretary of State, Nevada



NEVADA SECRETARY OF STATE
Barbara K. Cegavske

Home | Forms | Announcements | FAQ | Contact Us

Search nvsos.gov...   GO

SOS INFORMATION | ELECTIONS | BUSINESSES | LICENSING | INVESTOR INFORMATION | ONLINE SERVICES

My Data Reports | Commercial Recordings | Licensing

# THREE LAKES, LLC

New Search | ☐ Printer Friendly | Calculate List Fees

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Active | File Date: | 6/24/2014 |
| Type: | Domestic Limited-Liability Company | Entity Number: | E0328072014-2 |
| Qualifying State: | NV | List of Officers Due: | 6/30/2017 |
| Managed By: | Managers | Expiration Date: | |
| NV Business ID: | NV20141413256 | Business License Exp: | 6/30/2017 |

## Additional Information

| | |
|---|---|
| Central Index Key: | |

## Registered Agent Information

| | | | |
|---|---|---|---|
| Name: | NATIONAL CORPORATE RESEARCH, LTD. | Address 1: | 202 SOUTH MINNESOTA STREET |
| Address 2: | | City: | CARSON CITY |
| State: | NV | Zip Code: | 89703 |

http://nvsos.gov/sosentitysearch/CorpDetails.aspx?lx8nvq=43s02i8oYLRBjHPmfR2C5Q%253d%253d&nt7=0[3/2/2017 5:16:01 PM]

Ostrum Attachment CV-1

Entity Details - Secretary of State, Nevada

| | | | |
|---|---|---|---|
| **Phone:** | | **Fax:** | |
| **Mailing Address 1:** | | **Mailing Address 2:** | |
| **Mailing City:** | | **Mailing State:** | NV |
| **Mailing Zip Code:** | | | |
| **Agent Type:** | Commercial Registered Agent - Corporation | | |
| **Jurisdiction:** | NEVADA | **Status:** | Active |

View all business entities under this registered agent

### Financial Information

| | | | |
|---|---|---|---|
| **No Par Share Count:** | 0 | **Capital Amount:** | $ 0 |

No stock records found for this company

### Officers                                         ☐ Include Inactive Officers

**Manager - CHRIS POOLE**

| | | | |
|---|---|---|---|
| **Address 1:** | 200 S VIRGINIA STREET, 8TH FLOOR | **Address 2:** | |
| **City:** | RENO | **State:** | NV |
| **Zip Code:** | 89501 | **Country:** | USA |
| **Status:** | Active | **Email:** | |

### Actions\Amendments

Click here to view 5 actions\amendments associated with this company

101 N Carson Street Suite 3 Carson City, NV 89701 | (775) 684-5708
© 2016 All Rights Reserved. Privacy Policy and Disclaimer | About This Site

http://nvsos.gov/sosentitysearch/CorpDetails.aspx?lx8nvq=43s02i8oYLRBjHPmfR2C5Q%253d%253d&nt7=0[3/2/2017 5:16:01 PM]

Ostrum Attachment CV-2

Entity Details - Secretary of State, Nevada

Ostrum Attachment CV-3

Entity Actions - Secretary of State, Nevada



Ostrum Attachment CV-4

Entity Actions - Secretary of State, Nevada

(No notes for this action)

| Action Type: | Initial List | | |
|---|---|---|---|
| Document Number: | 20140454162-79 | # of Pages: | 1 |
| File Date: | 6/24/2014 | Effective Date: | |

(No notes for this action)

| Action Type: | Articles of Organization | | |
|---|---|---|---|
| Document Number: | 20140454160-57 | # of Pages: | 2 |
| File Date: | 6/24/2014 | Effective Date: | |

(No notes for this action)

Return to Entity Details for "THREE LAKES, LLC"

New Search

http://nvsos.gov/sosentitysearch/corpActions.aspx?lx8nvq=43s02i8oYLRBjHPmfR2C5Q%253d%253d&CorpName=THREE+LAKES%2c+LLC[3/2/2017 5:16:22 PM]

Ostrum Attachment CV-5

# PX1

## Ostrum Attachment CW

## Corporate Records

# TRIMXT LLC

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Active | File Date: | 10/18/2012 |
| Type: | Domestic Limited-Liability Company | Entity Number: | E0543472012-9 |
| Qualifying State: | NV | List of Officers Due: | 10/31/2017 |
| Managed By: | Managers | Expiration Date: | |
| NV Business ID: | NV20121634933 | Business License Exp: | 10/31/2017 |

## Additional Information

| | |
|---|---|
| Central Index Key: | |

## Registered Agent Information

| | | | |
|---|---|---|---|
| Name: | NATIONAL CORPORATE RESEARCH, LTD. | Address 1: | 202 SOUTH MINNESOTA STREET |
| Address 2: | | City: | CARSON CITY |
| State: | NV | Zip Code: | 89703 |

Entity Details - Secretary of State, Nevada

| | | | |
|---|---|---|---|
| **Phone:** | | **Fax:** | |
| **Mailing Address 1:** | | **Mailing Address 2:** | |
| **Mailing City:** | | **Mailing State:** | NV |
| **Mailing Zip Code:** | | | |
| **Agent Type:** | Commercial Registered Agent - Corporation | | |
| **Jurisdiction:** | NEVADA | **Status:** | Active |

View all business entities under this registered agent

## Financial Information

| | | | |
|---|---|---|---|
| **No Par Share Count:** | 0 | **Capital Amount:** | $ 0 |

No stock records found for this company

## Officers ☐ Include Inactive Officers

**Manager - WHEELER PEAK MARKETING, LLC**

| | | | |
|---|---|---|---|
| **Address 1:** | 170 S GREEN VALLEY PARKWAY, SUITE 300 | **Address 2:** | |
| **City:** | HENDERSON | **State:** | NV |
| **Zip Code:** | 89012 | **Country:** | USA |
| **Status:** | Active | **Email:** | |

## Actions\Amendments

Click here to view 9 actions\amendments associated with this company

http://nvsos.gov/sosentitysearch/CorpDetails.aspx?lx8nvq=iel4rGinmzFkeBreakluPA%253d%253d&nt7=0[3/3/2017 10:53:47 AM]

Ostrum Attachment CW-2

Entity Details - Secretary of State, Nevada

© 2016 All Rights Reserved. Privacy Policy and Disclaimer | About This Site

http://nvsos.gov/sosentitysearch/CorpDetails.aspx?lx8nvq=iel4rGinmzFkeBreakluPA%253d%253d&nt7=0[3/3/2017 10:53:47 AM]

Ostrum Attachment CW-3

Entity Actions - Secretary of State, Nevada



# NEVADA SECRETARY OF STATE
## Barbara K. Cegavske

Search nvsos.gov... [ GO ]

| SOS INFORMATION | ELECTIONS | BUSINESSES | LICENSING | INVESTOR INFORMATION | ONLINE SERVICES |

My Data Reports | Commercial Recordings | Licensing

## Entity Actions for "TRIMXT LLC"

Sort by [ File Date ]  ⦿ descending ◯ ascending order  [ Re-Sort ]

1 - 9 of 9 actions

| ☐ Actions\Amendments | | | |
|---|---|---|---|
| Action Type: | Annual List | | |
| Document Number: | 20160477279-95 | # of Pages: | 1 |
| File Date: | 10/31/2016 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Acceptance of Registered Agent | | |
| Document Number: | 20160473729-61 | # of Pages: | 1 |
| File Date: | 10/27/2016 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Commercial Registered Agent Resignation | | |
| Document Number: | 20160392366-58 | # of Pages: | 2 |
| File Date: | 8/31/2016 | Effective Date: | |

http://nvsos.gov/sosentitysearch/corpActions.aspx?lx8nvq=iel4rGinmzFkeBreakluPA%253d%253d&CorpName=TRIMXT+LLC[3/3/2017 10:54:06 AM]

Ostrum Attachment CW-4

Entity Actions - Secretary of State, Nevada

(No notes for this action)

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20150463076-34 | # of Pages: | 1 |
| File Date: | 10/21/2015 | Effective Date: | |

(No notes for this action)

| Action Type: | Registered Agent Change | | |
|---|---|---|---|
| Document Number: | 20140726655-08 | # of Pages: | 1 |
| File Date: | 10/22/2014 | Effective Date: | |

(No notes for this action)

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20140718132-19 | # of Pages: | 1 |
| File Date: | 10/16/2014 | Effective Date: | |

(No notes for this action)

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20140256928-39 | # of Pages: | 1 |
| File Date: | 4/7/2014 | Effective Date: | |

(No notes for this action)

| Action Type: | Initial List | | |
|---|---|---|---|
| Document Number: | 20120711405-33 | # of Pages: | 1 |
| File Date: | 10/18/2012 | Effective Date: | |

(No notes for this action)

| Action Type: | Articles of Organization | | |
|---|---|---|---|
| Document Number: | 20120709826-77 | # of Pages: | 3 |
| File Date: | 10/18/2012 | Effective Date: | |

(No notes for this action)

Ostrum Attachment CW-5

Entity Actions - Secretary of State, Nevada



**Return to Entity Details for "TRIMXT LLC"**

New Search

SOS Information | Elections | Businesses | Licensing | Investor Information | Online Services | Contact Us | Sitemap

101 N Carson Street Suite 3 Carson City, NV 89701 | (775) 684-5708
© 2016 All Rights Reserved. Privacy Policy and Disclaimer | About This Site

http://nvsos.gov/sosentitysearch/corpActions.aspx?lx8nvq=iel4rGinmzFkeBreakluPA%253d%253d&CorpName=TRIMXT+LLC[3/3/2017 10:54:06 AM]

Ostrum Attachment CW-6

# PX1

## Ostrum Attachment CX

## Corporate Records



**WAVE ROCK, LLC**

NEVADA SECRETARY OF STATE
Barbara K. Cegavske

| SOS INFORMATION | ELECTIONS | BUSINESSES | LICENSING | INVESTOR INFORMATION | ONLINE SERVICES |

### Business Entity Information

| | | | |
|---|---|---|---|
| Status: | **Active** | File Date: | **12/16/2011** |
| Type: | **Domestic Limited-Liability Company** | Entity Number: | **E0673832011-9** |
| Qualifying State: | **NV** | List of Officers Due: | **12/31/2017** |
| Managed By: | **Managers** | Expiration Date: | |
| NV Business ID: | **NV20111774035** | Business License Exp: | **12/31/2017** |

### Additional Information

| | |
|---|---|
| Central Index Key: | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| Name: | **NATIONAL CORPORATE RESEARCH, LTD.** | Address 1: | **202 SOUTH MINNESOTA STREET** |
| Address 2: | | City: | **CARSON CITY** |
| State: | **NV** | Zip Code: | **89703** |

Ostrum Attachment CX-1

| Phone: | | Fax: | |
|---|---|---|---|
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Commercial Registered Agent - Corporation | | |
| Jurisdiction: | NEVADA | Status: | Active |

View all business entities under this registered agent

### Financial Information

| No Par Share Count: | 0 | Capital Amount: | $ 0 |
|---|---|---|---|

No stock records found for this company

### Officers ☐ Include Inactive Officers

**Manager - HONEY LAKE, LLC**

| Address 1: | 1712 PIONEER AVENUE STE 528 | Address 2: | |
|---|---|---|---|
| City: | CHEYENNE | State: | WY |
| Zip Code: | 82001 | Country: | USA |
| Status: | Active | Email: | |

### Actions\Amendments

Click here to view 8 actions\amendments associated with this company

101 N Carson Street Suite 3 Carson City, NV 89701 | (775) 684-5708
© 2016 All Rights Reserved. Privacy Policy and Disclaimer | About This Site

Ostrum Attachment CX-2

Ostrum Attachment CX-3



# NEVADA SECRETARY OF STATE
## Barbara K. Cegavske

Home | Forms | Announcements | FAQ | Contact Us

Search nvsos.gov...

| SOS INFORMATION | ELECTIONS | BUSINESSES | LICENSING | INVESTOR INFORMATION | ONLINE SERVICES |

My Data Reports | Commercial Recordings | Licensing

## Entity Actions for "WAVE ROCK, LLC"

Sort by  File Date   ⦿ descending ○ ascending  order   Re-Sort

1 - 8 of 8 actions

### Actions\Amendments

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20160567046-97 | # of Pages: | 1 |
| File Date: | 12/29/2016 | Effective Date: | |

(No notes for this action)

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20150567022-90 | # of Pages: | 1 |
| File Date: | 12/29/2015 | Effective Date: | |

(No notes for this action)

| Action Type: | Registered Agent Change | | |
|---|---|---|---|
| Document Number: | 20150089931-58 | # of Pages: | 1 |
| File Date: | 2/26/2015 | Effective Date: | |

Ostrum Attachment CX-4

(No notes for this action)

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20140823270-19 | # of Pages: | 1 |
| File Date: | 12/24/2014 | Effective Date: | |

(No notes for this action)

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20140256912-52 | # of Pages: | 1 |
| File Date: | 4/7/2014 | Effective Date: | |

(No notes for this action)

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20120756028-03 | # of Pages: | 1 |
| File Date: | 11/6/2012 | Effective Date: | |

(No notes for this action)

| Action Type: | Initial List | | |
|---|---|---|---|
| Document Number: | 20110885234-14 | # of Pages: | 1 |
| File Date: | 12/16/2011 | Effective Date: | |

(No notes for this action)

| Action Type: | Articles of Organization | | |
|---|---|---|---|
| Document Number: | 20110883551-14 | # of Pages: | 2 |
| File Date: | 12/16/2011 | Effective Date: | |

(No notes for this action)

Return to Entity Details for "WAVE ROCK, LLC"



New Search

Ostrum Attachment CX-5



SOS Information  |  Elections  |  Businesses  |  Licensing  |  Investor Information  |  Online Services  |  Contact Us  |  Sitemap

101 N Carson Street Suite 3 Carson City, NV 89701 | (775) 684-5708
© 2016 All Rights Reserved. Privacy Policy and Disclaimer | About This Site

Ostrum Attachment CX-6

# PX1

## Ostrum Attachment CY

## Corporate Records

Entity Details - Secretary of State, Nevada



Ostrum Attachment CY-1

Entity Details - Secretary of State, Nevada

| Phone: | | Fax: | |
|---|---|---|---|
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Commercial Registered Agent - Corporation | | |
| Jurisdiction: | NEVADA | Status: | Active |

View all business entities under this registered agent

### Financial Information

| No Par Share Count: | 0 | Capital Amount: | $ 0 |
|---|---|---|---|

No stock records found for this company

### ☐ Officers                                                    ■ Include Inactive Officers

**Manager - HONEY LAKE, LLC**

| Address 1: | 1712 PIONEER AVE., STE 528 | Address 2: | |
|---|---|---|---|
| City: | CHEYENNE | State: | WY |
| Zip Code: | 82001 | Country: | USA |
| Status: | Active | Email: | |

### ☐ Actions\Amendments

Click here to view 4 actions\amendments associated with this company

101 N Carson Street Suite 3 Carson City, NV 89701 | (775) 684-5708
© 2016 All Rights Reserved. Privacy Policy and Disclaimer | About This Site

http://nvsos.gov/sosentitysearch/CorpDetails.aspx?lx8nvq=0QhBBk47JycbVc11lpJArQ%253d%253d&nt7=0[3/2/2017 5:30:56 PM]

Ostrum Attachment CY-2

Entity Details - Secretary of State, Nevada

Ostrum Attachment CY-3

Entity Actions - Secretary of State, Nevada



Ostrum Attachment CY-4

Entity Actions - Secretary of State, Nevada

(No notes for this action)

| Action Type: | Articles of Organization | | |
|---|---|---|---|
| Document Number: | 20140353433-18 | # of Pages: | 2 |
| File Date: | 5/14/2014 | Effective Date: | |

(No notes for this action)

**Return to Entity Details for "WHEELER PEAK MARKETING, LLC"**

New Search

SOS Information  |  Elections  |  Businesses  |  Licensing  |  Investor Information  |  Online Services  |  Contact Us  |  Sitemap

101 N Carson Street Suite 3 Carson City, NV 89701 | (775) 684-5708
© 2016 All Rights Reserved. Privacy Policy and Disclaimer | About This Site