# PX1

## Ostrum Attachment CZ

## Corporate Records

3-2

Entity Details - Secretary of State, Nevada



# NEVADA SECRETARY OF STATE
### Barbara K. Cegavske

Search nvsos.gov...    GO

SOS INFORMATION | ELECTIONS | BUSINESSES | LICENSING | INVESTOR INFORMATION | ONLINE SERVICES

My Data Reports | Commercial Recordings | Licensing

## YOUTHEFX, LLC

New Search      □ Printer Friendly      Calculate Reinstatement Fees

### Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Revoked | File Date: | 2/24/2011 |
| Type: | Domestic Limited-Liability Company | Entity Number: | E0104962011-6 |
| Qualifying State: | NV | List of Officers Due: | 2/28/2014 |
| Managed By: | Managers | Expiration Date: | |
| NV Business ID: | NV20111129019 | Business License Exp: | 2/28/2014 |

### Additional Information

| | |
|---|---|
| Central Index Key: | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| Name: | RESIDENT AGENTS OF NEVADA, INC. | Address 1: | 711 S CARSON ST STE 4 |
| Address 2: | | City: | CARSON CITY |
| State: | NV | Zip Code: | 89701 |

http://nvsos.gov/sosentitysearch/CorpDetails.aspx?lx8nvq=1qR0vHuI9r%252b9HdBCNvPLHA%253d%253d&nt7=0[3/2/2017 5:36:42 PM]

Ostrum Attachment CZ-1

Entity Details - Secretary of State, Nevada

| | | | |
|---|---|---|---|
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Commercial Registered Agent - Corporation | | |
| Jurisdiction: | NEVADA | Status: | Active |

View all business entities under this registered agent

### Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 0 |

No stock records found for this company

### Officers

☐    ■ Include Inactive Officers

**Manager - JUNIPER SOLUTIONS, LLC**

| | | | |
|---|---|---|---|
| Address 1: | 711 S CARSON ST | Address 2: | SUITE 4 |
| City: | CARSON CITY | State: | NV |
| Zip Code: | 89701 | Country: | |
| Status: | Active | Email: | |

### Actions\Amendments

Click here to view 4 actions\amendments associated with this company

http://nvsos.gov/sosentitysearch/CorpDetails.aspx?lx8nvq=1qR0vHuI9r%252b9HdBCNvPLHA%253d%253d&nt7=0[3/2/2017 5:36:42 PM]

Ostrum Attachment CZ-2

Entity Details - Secretary of State, Nevada

Ostrum Attachment CZ-3

Entity Actions - Secretary of State, Nevada

# NEVADA SECRETARY OF STATE
## Barbara K. Cegavske

Home | Forms | Announcements | FAQ | Contact Us

Search nvsos.gov... | GO

| SOS INFORMATION | ELECTIONS | BUSINESSES | LICENSING | INVESTOR INFORMATION | ONLINE SERVICES |

My Data Reports | Commercial Recordings | Licensing

# Entity Actions for "YOUTHEFX, LLC"

Sort by **File Date** ⊙ descending ○ ascending order **Re-Sort**

1 - 4 of 4 actions

| Actions\Amendments | | | |
|---|---|---|---|
| Action Type: | Annual List | | |
| Document Number: | 20130139251-57 | # of Pages: | 1 |
| File Date: | 2/28/2013 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20120036555-29 | # of Pages: | 1 |
| File Date: | 1/19/2012 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Initial List | | |
| Document Number: | 20110242691-28 | # of Pages: | 1 |
| File Date: | 3/31/2011 | Effective Date: | |

http://nvsos.gov/sosentitysearch/corpActions.aspx?lx8nvq=1qR0vHuI9v%252b9HdBCNvPLHA%253d%253d&CorpName=YOUTHEFX%2c+LLC[3/2/2017 5:37:03 PM]

Ostrum Attachment CZ-4

Entity Actions - Secretary of State, Nevada

(No notes for this action)

| | | | |
|---|---|---|---|
| Action Type: | Articles of Organization | | |
| Document Number: | 20110137502-12 | # of Pages: | 3 |
| File Date: | 2/24/2011 | Effective Date: | |

(No notes for this action)

**Return to Entity Details for "YOUTHEFX, LLC"**

New Search

SOS Information  |  Elections  |  Businesses  |  Licensing  |  Investor Information  |  Online Services  |  Contact Us  |  Sitemap

101 N Carson Street Suite 3 Carson City, NV 89701 | (775) 684-5708
© 2016 All Rights Reserved. Privacy Policy and Disclaimer | About This Site

http://nvsos.gov/sosentitysearch/corpActions.aspx?lx8nvq=1qR0vHuI9r%252b9HdBCNvPLHA%253d%253d&CorpName=YOUTHEFX%2c+LLC[3/2/2017 5:37:03 PM]

Ostrum Attachment CZ-5

Entity Details - Secretary of State, Nevada



# NEVADA SECRETARY OF STATE
## Barbara K. Cegavske

Search nvsos.gov...  [GO]

| SOS INFORMATION | ELECTIONS | BUSINESSES | LICENSING | INVESTOR INFORMATION | ONLINE SERVICES |

Home | Forms | Announcements | FAQ | Contact Us

My Data Reports | Commercial Recordings | Licensing

## YOUTHEFX RESULTS

[ New Search ]        [ □ Printer Friendly ]        [ Calculate Fees ]

### Business Entity Information

| | | | |
|---|---|---|---|
| Status: | **Active** | File Date: | 8/2/2012 |
| Type: | **Trade Name** | Entity Number: | E0414372012-1 |
| Qualifying State: | **NV** | List of Officers Due: | |
| Managed By: | | Expiration Date: | 8/2/2017 |
| Date of 1st use in Nevada: | 5/18/2012 | Date of 1st use Anywhere: | 5/18/2012 |
| Classification: | 101 | | |

### Applicant

| | | | |
|---|---|---|---|
| Name: | DOING WHAT'S POSSIBLE, LLC | Address1: | 701 N. GREEN VALLEY PARKWAY STE. 200 |
| Address 2: | | City: | HENDERSON |
| State: | NV | Zip Code: | 89074 |

### Additional Information

Ostrum Attachment CZ-6

Entity Details - Secretary of State, Nevada



| Goods and Services: | BEAUTY PRODUCTS |
|---|---|

**Registered Agent Information**

No Registered Agent associated with this company

**Financial Information**

| No Par Share Count: | 0 | Capital Amount: | $ 0 |
|---|---|---|---|

No stock records found for this company

**Officers** ☐ Include Inactive Officers

No active officers found for this company

**Actions\Amendments**

Click here to view the 1 action or amendment associated with this company

SOS Information  |  Elections  |  Businesses  |  Licensing  |  Investor Information  |  Online Services  |  Contact Us  |  Sitemap

101 N Carson Street Suite 3 Carson City, NV 89701 | (775) 684-5708

© 2016 All Rights Reserved. Privacy Policy and Disclaimer | About This Site

http://nvsos.gov/sosentitysearch/CorpDetails.aspx?lx8nvq=mueRpu00h%252b2cMR%252bksojATA%253d%253d&mt7=0[3/2/2017 5:37:37 PM]

Ostrum Attachment CZ-7

Entity Actions - Secretary of State, Nevada



# NEVADA SECRETARY OF STATE
## Barbara K. Cegavske

Home | Forms | Announcements | FAQ | Contact Us

Search nvsos.gov...   GO

| SOS INFORMATION | ELECTIONS | BUSINESSES | LICENSING | INVESTOR INFORMATION | ONLINE SERVICES |

My Data Reports | Commercial Recordings | Licensing

## Entity Actions for "YOUTHEFX RESULTS"

Sort by  File Date   ⦿ descending ◯ ascending  order   Re-Sort

1 - 1 of 1 actions

| Actions\Amendments | |
|---|---|
| **Action Type:** Mark Registration (5 yr Duration) | |
| **Document Number:** 20120538297-39 | **# of Pages:** 3 |
| **File Date:** 8/2/2012 | **Effective Date:** |
| (No notes for this action) | |

Return to Entity Details for "YOUTHEFX RESULTS"

New Search

SOS Information | Elections | Businesses | Licensing | Investor Information | Online Services | Contact Us | Sitemap

http://nvsos.gov/sosentitysearch/corpActions.aspx?lx8nvq=mueRpu00h%252b2cMR%252bksojATA%253d%253d&CorpName=YOUTHEFX+RESULTS[3/2/2017 5:38:00 PM]

Ostrum Attachment CZ-8

Entity Actions - Secretary of State, Nevada

101 N Carson Street Suite 3 Carson City, NV 89701 | (775) 684-5708

© 2016 All Rights Reserved. Privacy Policy and Disclaimer | About This Site

Ostrum Attachment CZ-9

Entity Details - Secretary of State, Nevada



# NEVADA SECRETARY OF STATE
### Barbara K. Cegavske

Home | Forms | Announcements | FAQ | Contact Us

Search nvsos.gov...   GO

| SOS INFORMATION | ELECTIONS | BUSINESSES | LICENSING | INVESTOR INFORMATION | ONLINE SERVICES |

My Data Reports | Commercial Recordings | Licensing

# YOUTHEFX SOLUTIONS

New Search    □ Printer Friendly    Calculate Fees

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Expired | File Date: | 9/2/2011 |
| Type: | Trade Name | Entity Number: | E0498462011-1 |
| Qualifying State: | NV | List of Officers Due: | |
| Managed By: | | Expiration Date: | 9/2/2016 |
| Date of 1st use in Nevada: | 5/19/2011 | Date of 1st use Anywhere: | 5/19/2011 |
| Classification: | 101 | | |

## Applicant

| | | | |
|---|---|---|---|
| Name: | BRIDGE FORD, LLC | Address1: | 871 CORONADO CENTER DR |
| Address 2: | SUITE 200 | City: | HENDERSON |
| State: | NV | Zip Code: | 89052 |

## Additional Information

| | |
|---|---|
| Goods and Services: | SKINCARE |

http://nvsos.gov/sosentitysearch/CorpDetails.aspx?lx8nvq=wK6MXLOqCxZVUhLYiAb7bw%253d%253d&nt7=0[3/2/2017 5:38:23 PM]

Ostrum Attachment CZ-10

Entity Details - Secretary of State, Nevada



### Registered Agent Information

No Registered Agent associated with this company

### Financial Information

| No Par Share Count: | 0 | Capital Amount: | $0 |
| --- | --- | --- | --- |

No stock records found for this company

### Officers      Include Inactive Officers

No active officers found for this company

### Actions\Amendments

Click here to view the 1 action or amendment associated with this company

SOS Information | Elections | Businesses | Licensing | Investor Information | Online Services | Contact Us | Sitemap

101 N Carson Street Suite 3 Carson City, NV 89701 | (775) 684-5708
© 2016 All Rights Reserved. Privacy Policy and Disclaimer | About This Site

Ostrum Attachment CZ-11

Entity Actions - Secretary of State, Nevada



**NEVADA SECRETARY OF STATE**
Barbara K. Cegavske

Search nvsos.gov... GO

SOS INFORMATION | ELECTIONS | BUSINESSES | LICENSING | INVESTOR INFORMATION | ONLINE SERVICES

Home | Forms | Announcements | FAQ | Contact Us

My Data Reports | Commercial Recordings | Licensing

# Entity Actions for "YOUTHEFX SOLUTIONS"

Sort by  File Date   ⦿ descending ○ ascending  order   Re-Sort

1 - 1 of 1 actions

| Actions\Amendments | | | |
|---|---|---|---|
| Action Type: | Mark Registration (5 yr Duration) | | |
| Document Number: | 20110648374-86 | # of Pages: | 3 |
| File Date: | 9/2/2011 | Effective Date: | |
| (No notes for this action) | | | |

Return to Entity Details for "YOUTHEFX SOLUTIONS"

☐ New Search

SOS Information | Elections | Businesses | Licensing | Investor Information | Online Services | Contact Us | Sitemap

http://nvsos.gov/sosentitysearch/corpActions.aspx?lx8nvq=wK6MXLOqCxZVUhLYiAb7bw%253d%253d&CorpName=YOUTHEFX+SOLUTIONS[3/2/2017 5:38:39 PM]

Ostrum Attachment CZ-12

Entity Actions - Secretary of State, Nevada

101 N Carson Street Suite 3 Carson City, NV 89701 | (775) 684-5708

© 2016 All Rights Reserved. Privacy Policy and Disclaimer | About This Site

Ostrum Attachment CZ-13

# PX1

## Ostrum Attachment DA

## Web Capture(s)



Ostrum Attachment DA-1



**Concordia College**
- History
- Business Administration
- International Relations

## Languages

**English**
Native or bilingual proficiency

**German**
Professional working proficiency

## Skills

| SaaS | B2C | E-commerce | Start-ups | Mergers | Lead Generation |

| Online Lead Generation | B2C marketing | Board of Directors | B2B eCommerce |

## Education

**University of South Carolina - Darla Moore School of Business**
IMBA, International Master of Business Administration
1985 – 1987

**Concordia College**
Bachelor of Arts, Business Administration, History (and (minor) International Relations
1960 – 1964

Activities and Societies: Ran X-country and track, advisory board for C-2000 study.

## Interests

| Business | Selling | Running | Traveling | etc. |

## Volunteer Experience & Causes

**Member - Finance Committee**
Fishtrons Community Church
April 2015 – Present (1 year 5 months) | Poverty Alleviation

Serve on community that advises on financial affairs of the church including membership development, facilities development and support of third party charities including www.musana.org and www.kempathaza.org

**Causes Blair cares about:**
Poverty Alleviation

## Groups

US Home Improvem...

eMarketing Association
eMarketing Associati...

Investment Banking ...

Digital Marketing

LEAD GEN
Online Lead Generation

Continuity Marketing ...

List Giant

See 7 more >

## View Blair's full profile to...
- See who you know in common
- Get introduced
- Contact Blair directly

[View Blair's Full Profile]

LinkedIn © 2016   User Agreement   Privacy Policy   Community Guidelines   Cookie Policy   Copyright Policy   Unsubscribe

Ostrum Attachment DA-2

# PX1

## Ostrum Attachment DB

## Web Capture(s)



LinkedIn member directory a b c d e f g h i j k l m n o p q r s t u v w x y z more   Browse members by country

LinkedIn © 2016   User Agreement   Privacy Policy   Community Guidelines   Cookie Policy   Copyright Policy   Unsubscribe

Ostrum Attachment DB-2

# PX1

## Ostrum Attachment DC

## Web Capture(s)



# PX1

## Ostrum Attachment DD

## Web Capture(s)



Ostrum Attachment DD-1

# PX1

## Ostrum Attachment DE

## Web Capture(s)



Ostrum Attachment DE-1



PX1

Ostrum Attachment DF

Web Capture(s)





the non-profit accounting with Quickbooks from 2009 through 2013. Beginning 2014, appointed
Treasurer and oversaw accounting provided by an outside firm.

**Kitchen Aid**
Project Angel Heart
March 2015 – Present (1 year 7 months) | Social Services

Assist in food preparation to be delivered to citizens in need of healthy food choices, who are
unable to provide for themselves.

Skills

| | | | | |
|---|---|---|---|---|
| Accounting | Payroll Taxes | General Ledger | Accruals | Corporate Entity Creation |
| Regulatory Audits | 401K Management | Healthcare Management | Financial Statements | |
| Federal & State Income Tax Compliance | Accounts Receivable | 401k | Cash Flow | |
| Accounts Payable | Payroll | See 15+ | | |

Education

**University of Phoenix-Colorado Campus**
Bachelor of Science in Business/Accounting, Accounting and Finance
1998 – 2001

Interests

Denver Roller Dolls

Recommendations

A preview of what LinkedIn members have to say about Marnie:

❝  *Looking for someone that's able to juggle*
*multiple tasks, keep track of various*
*accounts accurately and always come to*
*work with a smile on her face? That's...*
See more

Sign up to see who recommended Marnie

Groups

**AAFP**

Accounting And Fina...

# View Marnie's full profile to...

- See who you have in common
- Get introduced
- Contact Marnie directly

View Marnie's Full Profile

LinkedIn member directory: a b c d e f g h i j k l m n o p q r s t u v w x y z more   Browse members by country

LinkedIn © 2016   User Agreement   Privacy Policy   Community Guidelines   Cookie Policy   Copyright Policy   Unsubscribe

# PX1

## Ostrum Attachment DG

## Web Capture(s)





### View Megan's full profile to...

- See who you know in common
- Get introduced
- Contact Megan directly

**View Megan's Full Profile**

Not the Megan you're looking for? View more

# PX1

## Ostrum Attachment DH

## Web Capture(s)



RevGuard Are you already working with subscription and/or continuity businesses? Looking to make some easy, extra $? Check out our referral program. We work with over 640 established industry brands and could love to exchange quality leads.



**Referral Partner Information - RevGuard - Reduce Chargebacks and Increase Customer Lifetime Value**
revguard.com · Sign Up Today for the RevGuard Referral Partner Program

Like ·1 · Comment · Share · 1 month ago

Kirti Kreszow ✓

Add a comment...

RevGuard Thanks New York for being an awesome host to Affiliate Summit East 2016. Our mascot, Opie, had a great time exploring your city! The party doesn't stop there, though. Did you know we just launched our $10K PROFIT Challenge for subscription/continuity businesses? More on that here https://lnkd.in/eZyXWZ2



Like (4) · Comment · Share · 1 month ago

Aimee Paterson, John Petraglia +2

Add a comment...

RevGuard Booth looking sharp at Affiliate Summit East 2016. But, you don't have to be at the event to jump on the $10k PROFIT Challenge. Subscription/continuity businesses... visit https://lnkd.in/eDN-sE for details!



Like (6) · Comment · Share · 1 month ago

Jason Ames, Calvin Jennings +3

Add a comment...

RevGuard The RevGuard team on the way to ASE16, taking a moment to pose with the boys in blue!



Like (5) · Comment · Share · 1 month ago

Aimee Paterson, Calvin Jennings +3

Add a comment...

RevGuard Partnerships are a beautiful thing. Aimee and Walter showing off our awesome new Chargeback911 swag! Monday = Money Day.



Like (6) · Comment (2) · Share · 1 month ago

Noah Mutz, Juan Andrade +6

 Kirti Kreszow ✓ Thanks Monica Eaton-Cardone!
1 month ago

Add a comment...

RevGuard This article on CLV calculations for subscription/continuity companies is getting great feedback!

**Customer Lifetime Value: Subscription and Continuity Businesses**
revguard.com · This post explains what customer lifetime value (CLV) is, and how it applies to your subscription or continuity business model

Like (1) · Comment · Share · 1 month ago









Ostrum Attachment DH-3



Ostrum Attachment DH-4