# PX1

## Ostrum Attachment DI

## Web Capture(s)



Ostrum Attachment DH-1



**University of Colorado at Boulder**
Bachelor of Arts (B.A.), English Literature
2010 – 2012

Certificate in Digital Media

Recommendations

A preview of what LinkedIn members have to say about Sarah:

" Sarah already had a number of great qualities when I hired her 18 months ago – she was detail-oriented, self-possessed and a great communicator – and I've enjoyed...

See more

Sign up to see who recommended Sarah

## View Sarah's full profile to...
• See who you know in common
• Get introduced
• Contact Sarah directly

[ View Sarah's Full Profile ]

Not the Sarah you're looking for? View more »

LinkedIn member directory: a b c d e f g h i j k l m n o o p q r s t u v w x y z more   Browse members by country

LinkedIn © 2016   User Agreement | Privacy Policy | Community Guidelines | Cookie Policy | Copyright Policy   Unsubscribe

Ostrum Attachment DH-2

# PX1

## Ostrum Attachment DJ

## Web Capture(s)



**Manager**
ABERCROMBIE AND FITCH
2006 – 2007 (1 year)

Managed company's second-highest ranking retail clothing store with annual sales of $30 million
Collaborated with senior management to develop long-term staffing and sales growth goals
Directed all store processes.
• Managed 90+ employees, including staff training, supervision, and mentoring
• Led recruiting efforts for all A&F, Hollister and Ruehl divisions in South Florida, including staffing
and training of new hires, college campus visits, and ad placements.

### Vice President, Board of Directors
HONOWMECAN
2004 – 2004 (less than a year)

Coordinated all voter-awareness activities for non-partisan, non-profit organization
• Organized a ROCK THE VOTE event at Hard Rock Casino (Tampa), including booking
entertainment, creating press release, and setting up the event

## Education

### University of Denver - Daniels College of Business
Master of Business Administration (MBA), Management/Marketing,
Graduate School
2012 – 2015

### University of Florida
Bachelor's degree, Psychology
1997 – 2003

Activities and Societies: Vice President of Pledge Class: Pi Kappa Phi Fraternity

### Charlotte High School
1994 – 1997

## Courses

### University of Denver - Daniels College of Business

• Financial Accounting
• Essence of Enterprise
• Sustainable Enterprise
• Managerial Finance
• Marketing
• IT Strategy
• Ethics for the 21st Century
• Strategic Management
• Business Statistics
• Organizational Dynamics
• Strategic Cost Management
• Digital Marketing
• Sports and Entertainment Marketing
• Sports and Entertainment Management
• Sports and Entertainment Contracts
• Strategic HR
• Law and Public Policy

## Languages

**English**
Native or bilingual proficiency

**Spanish**
Elementary proficiency

**Greek**
Elementary proficiency

## Volunteer Experience & Causes

### Ad-Hoc Marketing Committee Member
Environmental Learning for Kids (ELK)
May 2014 – Present (2 years 5 months)   Children

ELK (Environmental Learning for Kids) is an inclusive non-profit organization that develops inspired
and responsible leaders through science education and outdoor experiences for underserved, urban
youth ages 8-26.

### Organizations Stelios supports:
Environmental Learning for Kids

## Skills

| Account Management | Sales | Salesforce.com | Marketing | Business Development |
|---|---|---|---|---|
| Management | Marketing Strategy | Advertising | Marketing Communications | |
| Customer Service | Sales Management | Forecasting | Training | Strategy |
| Brand Loyalty | See 35+ | | | |

## Certifications

### Dale Carnegie Course ›
Dale Carnegie Training

## Recommendations

A preview of what LinkedIn members have to say about Stelios

" I have worked with Stelios over the past 2       " Stelios is a detailed, hard-working
  1/2 years and found him to be a very hard          individual with focus on success. I have
  working and engaging professional. He is...        worked with him over the past three years



every setting to learn and asks important   ne strives for excellence in all the ways
See more                                  See more

Sign up in see who recommended Stelios

## Groups

**Business Develop...**   **Online Ad Stars**   **5280 Linked**   **Colorado Companies...**

**University of Denver...**   **Mobile Experts a An...**   **Linked To Denver**   See 7 more >

## View Stelios' full profile to...

- See who you know in common
- Get introduced
- Contact Stelios directly

[View Stelios' Full Profile]

Linked member directory: a b c d e f g h i j k l m n o p q r s t u v w x y z more   Browse members by country

LinkedIn © 2016 | User Agreement | Privacy Policy | Community Guidelines | Cookie Policy | Copyright Policy | Unsubscribe

Ostrum Attachment DJ-3

# PX1

# Ostrum Attachment DK

# Web Capture(s)



Ostrum Attachment DK-1



Cenverts Marketing is a health and beauty company focused on providing high quality products directly to the consumer through online marketing. Our products include the leading teeth whitening, anti-aging, weight loss and skin care segments in the online space.

## Director of Marketing
Par Avance, inc
January 2003 – July 2004 (1 year 7 months)

As the Director of Marketing at Par Avance I was responsible for all aspects of B2B marketing for this SaaS CRM company. I conducted yearly competitive analysis, developed marketing plans and worked with their Advertising Agency to create collateral materials, design the web site and develop sales communication tools. Led company in complete re-branding in order to attract larger, more prestigious clients for their CRM product. Helped raise sales from $500K/year to $1M/year

## eCommerce Manager
Frontier Natural Products
August 1999 – November 2000 (1 year 4 months)

During my time at Frontier Natural Products I led the team that brought their wide selection of products to the web. Leading a cross-functional team 15 consisting of IT, marketing, sales, distribution, creative and customer service. I spear-headed this 1,000 product website project. After site was launched, I managed PPC, SEM and cross-promotional programs to drive traffic to the site including traditional in-store marketing, on-package marketing and inclusion in online directories where our customers search for natural products.

## Category Manager
Frontier Natural Products
March 1995 – November 2000 (1 year 9 months)

As the Category Manager for Natural Remedies I was responsible for overseeing the marketing and sales plan for this category with sales of $4M per year. My financial responsibilities included P&L management and a detailed Marketing/Advertising Budget. Plus, each year I conducted an annual SWOT and Competitive Analysis. During my time at Frontier I led a cross-functional team of sales, distribution, IT, R&D, creative, manufacturing, packaging and customer service to develop and launch the Standardized Herbal Supplements extension. Reported directly to VP of Marketing and managed full marketing strategy.

## Marketing Associate
The Hain Celestial Group
1997 – 1998 (1 year)

As the Marketing Associate at Celestial Seasonings I was responsible for the Mainstream Tea line as well as helped develop their Green Tea extension. I developed yearly business plans including budgets, sales strategies, and new advertising and promotion plans. I also worked on New Product Development including focus group research, trend identification, SWOT analysis, production feasibility and managed the R&D process and package development to launch of line extension of Organic Black Teas.

## Promotion Manager
Kraft Foods
1995 – 1997 (2 years)

Responsible for managing $42M promotion budget for Maxwell House flagship brands. Work included Collaboration with various Advertising Agencies, In-house Purchasing, Sales, Manufacturing and PR. Responsible for creating and executing "Build A Home America" program - a zero-year partnership with Habitat for Humanity that included frequent in-market travel, PR training (acted as local spokesperson), sales support and event sponsorship.

## Promotion Manager
Diamond Promotion Group
May 1995 – November 1995 (2 years 7 months)

- Developed and managed national promotions for various spirits, soft drink & financial services clients.
- Led creative process, from tactical brainstorming to managing creative development of POS pieces.

## Certifications

**Inbound Certification** ·
HubSpot
October 2016 – November 2016

**Email Marketing Certification** ·
HubSpot
May 2016 – June 2017

## Skills

Conversion Optimization   Email Marketing   Online Marketing   Inbound Marketing
Online Advertising   SEM   Advertising   E-commerce   Landing Page Optimization
Marketing   Content Development   Online Traffic   B2B Marketing   Affiliate Marketing
Strategy   See 26+

## Education

**James Madison University**
BA, International Business
1988 – 1990

DJ at WXJM when they first went FM - I did a reggae show every week and loved it
Activities and Societies: WXJM Radio

## Organizations

**Erie Colorado Business Alliance**
Starting June 2016

The Erie Colorado Business Alliance is a membership group dedicated to helping each other grow through contacts and referrals. Members must be either a resident of ERIE, have clients in Erie or have an ERIE-based business.

Ostrum Attachment DK-2



Languages

**English**

Recommendations

A preview of what LinkedIn members have to say about Sue

66  Sue has been a huge help to our store I have       66  Sue is a joy to work with. She always has
     worked with Backbonette! Also easy to                  an answer to your questions with a smile
     contact, checks to to see if there is anything         and never seems to get frustrated when
     that I need assistance with, unbelievably –            things get hectic. She has a very calm–
     See more                                               See more

Sign up to see who recommended Sue

Groups

E-mail Marketing    JMU Alumni Associa...    eMarketing Associati...    GOGREEN - Digital M...

Inbound Marketers - ...    Chief Marketing Offic...    Digital Marketing    See 7 more >

View Sue's full profile to...

• See who you know in common
• Get introduced
• Contact Sue directly

View Sue's Full Profile

Not the Sue you're looking for? View more

LinkedIn member directory:  a b c d e f g h i j k l m n o p q r s t u v w x y z  more    Browse members by country

Linked in © 2015    User Agreement | Privacy Policy | Community Guidelines | Cookie Policy | Copyright Policy | Unsubscribe

Ostrum Attachment DK-3