# PX1

## Ostrum Attachment DL

## Web Capture(s)



Ostrum Attachment DL-1



**View Taree's full profile to...**

- See who you know in common
- Get introduced
- Contact Taree directly

View Taree's Full Profile

Not the Taree you're looking for? View more

LinkedIn member directory: a b c d e f g h i j k l m n o p q r s t u v w x y z more   |   Browse members by country

LinkedIn © 2014   User Agreement   Privacy Policy   Community Guidelines   Cookie Policy   Copyright Policy   Unsubscribe

Ostrum Attachment DL-2

# PX1

## Ostrum Attachment DM

## Web Capture(s)



# Using Live Customer Service Exclusively is Costing You Millions

By Blair McNea

CUSTOMER EXPERIENCE

Continuity businesses focused on customer retention or customer lifetime value (CLV) are making a **BIG** change. Many of these businesses are testing automated systems in front of their live customer service agents. They now know that personalized, status-based automated interactions always make them more money, make their customers happier and always decrease complaints and chargebacks.

### Personalized, Status-Based Automated Interactions Improve Profitability

In the course of testing over 19 million customers, 950 brands and 100 merchants and performing more than 2,300 unique customer service optimization tests involving all those customers, we've learned a hard and fast rule.

A customer service strategy that deploys split-testing within a status-based, personalized automated interactions first – but also allows for a live customer service option – always beats a live customer service option when comparing apples-to-apples offers.

That's 2,300 tests with the same outcome.
2,300 – 0. Winning. Every. Time.

Automated interactions which are personalized and based on a customers' status, will always do three things:

- Increase revenue per customer
- Increase customer satisfaction
- Lower customer service costs
- Lower refunds
- Lower chargebacks

For typical health and beauty continuity customers, we see a **CLV lift of over $6** per average customer net of the RevGuard cost. Combine that with a typical **23% decrease in chargebacks**, and a **31.2% decrease in refunds** and you quickly realize how valuable personalized, status-based automated interactions can be, compared to live customer service representative (CSR) interactions.

### Why Some Automated Interactions Fail

When you see criticism of automated interaction systems, it usually stems from poor design.

The primary reason for poor performance is that the interactions are:

- too lengthy – too many options and a long path
- not personalized – options that are not applicable to the caller's intent
- no escape – intentionally difficult to reach a live agent when desired

Clunky systems, with too many choices, can be extremely frustrating for customers. Have you ever been frustrated waiting five minutes on hold only to be re-pitched on a product or service you no longer want – by a live customer service representative (CSR)?

75%+ of customers choose our automated environment over speaking with a live customer service agent.

Statistically, more than **75% of customers chose our automated environment (IVR, Web, Email) over speaking with a live CSR**, when they are given the choice at the beginning of their customer service interaction.

### 75% of Customers Choose Our System Over a Live CSR

To understand this caller behavior, it's important to understand the psychology of your customers when they're calling to cancel or to request a refund.

Most customers have a feeling of anxiety and have their defenses up because they know the agent is going to try and talk them out of canceling and might even try and sell them something. Some fear the call might take 15-30 minutes if they need to speak with multiple people to accomplish their cancellation.

Personalized, automated customer interaction systems can reduce anxiety in customers when dealing with customer service issues.

Within an automated environment, the feeling of anxiousness is reduced, and the customer is pleased to know they will be able to complete their action quickly and on their own terms. Creating this environment significantly increases the likelihood of a save sale acceptance or other ideal outcome for the advertiser.

### What is Personalized, Status-based Automation and How Does It Work?

The key to a personalized, status-based automated system is integration into a business customer's customer relationship management (CRM) platform and access to a customer's characteristics (not credit card), info and status.

Typically, when a customer calls, emails or web interacts with a personalized, status-based system, the system queries the customer record - automatically, based on inbound phone number in the case of IVR - and their status and immediately personalize the message:

*"Hello, John Smith"*

This is **Personalized** and confirms to the customer that we know exactly who he is. The confirmation happens in less than 1½ seconds.

Ostrum Attachment DM-1




*"You signed up for our free trial on May, 2016"*

And then provides them with options they can choose, directly related to their status.

*"If you want to cancel your trial, press 1"*



After "1" is pressed...

*"You have the option to keep the trial product and not return it for 50% off the normal billing price. Press 1 if you want to do that."*

This is just one of several tests we run during trial periods for customers.



Customer presses "1".

*"Thank you! A confirmation email is being sent to you now. Goodbye."*

Total time is typically less than 35 seconds. About 1/3rd of the typical hold time for live customer service and about 1/8th the time of a typical live customer service call. In total, about 1/10th the cost of a live CSR call.

### The Benefits of Personalized, Status-based Interactions Over Live Customer Service

**Happy customers.** Quick and efficient handling. One of the biggest complaints we hear regarding live call center interactions is the wait time. An automated system can cut that time by 90% (hold time plus live call time), leading to a much more pleasant customer service experience.



But more importantly, more and more people don't want to talk to a human – as our tests show.

Most customers want to quickly do self-service on their own and move on to the next thing in their life.

**More Money.** When customers contact a continuity merchant and want to cancel they have primary motivation (cancellation) and secondary motivation (request a refund).

If you satisfy the primary motivation quickly and conveniently, they often no longer feel the impetus for the secondary motivation.



That is why refunds go down but chargebacks also go down, typically 23%! The holy grail for continuity merchants: less refunds and less chargebacks!

**Even More Money.** When customers get a fast, personalized, status-based interaction they are more likely to select upsell, cross-sell or save options.

### Live Customer Service Has a Role, But It's at The Back of The Line

Will some customers want live customer service? Absolutely.

Some people still use Blackberries or landlines, but it's a shrinking demographic.



As consumers' technical aptitude rises and the desire for self service speed becomes more of an expectation, live customer service or old-style, multiple-button, long navigation IVR's are needed less and less.

As Forrester research says, "Customers (end users) ... are increasingly turning to self-service as the easiest path to service resolution."

Of course, regardless of the process you use – having high quality customer service agents is extremely important for good customer experiences.



### Automated Only? No! A Customer Should Always Have a Choice to Speak with a Live CSR

There are companies that do not allow live CSR interactions – as a general rule, we advise strongly against this.

Live CSR interactions can be an important backstop for some customers and, as mentioned earlier, an important first option for about 25% of customers.

Going 100% automated without an option to "zero" out to live customer service –which also includes prominent displaying and usage of 800 numbers on web, email and chat channels – can lead to a disastrous customer service experience.




We've found that the right mix is a combination where the personalized, status-based interaction happens first – but customers can hit "0" if they prefer to talk to live agents at any time.

This allows for customers with customer service exceptions, or demographic preferences – older customers I e.; 70+, prefer live agents more than younger customers – to talk to live CSR's.

But be wise about this. Track why they are "zeroing out" and then segment that group of customers with a fast, status-based option in the automated system to make their experience more targeted and self-service on the front end.



### Call Centers Are Collapsing as a % of Customer Service Interactions

Personalized, status-based communication with IVR, web, email, chat, text and social media is the major trend in customer service.

Why?

Because a growing segment of customers prefer it and don't have the time or inclination to park on their phone in a hold queue or with a live customer service agent for the next 10 minutes of their life.



Some outsourcing customer call centers tell their clients that the clients' customers only want to talk to live agents.

As a CEO of a large call center once told me, "We are in the warm body business. We sell warm bodies. Of course. we're going to tell customers they only need warm bodies!"

In the same way it would be foolish to have 100% automation with no live CSR option, it is equally foolish – and expensive in the form of higher chargebacks, refunds and lower revenues – to use customer service exclusively.

### Simple Mathematics



A merchant signing up 1,000 merchants a day, at $6/customer revenue lost, winds up losing nearly $2.2 million in revenue per year by using a "just live customer service" strategy.
















Ostrum Attachment DM-2

$2.2 million lost – just by the numbers. Combine that with poor customer service interactions leading to bad reviews and poor word-of-mouth and you're looking at lower profit and higher costs to acquire new customers.

Found this interesting? Contact us for a guided tour and a free assessment of your specific customer service operations.

*This article was originally posted on the RevGuard blog.*



**Author: Blair McNea**

**Recommended Content**

Best Friend or Worst Enemy? The Dos and Don'ts of WordPress...

WordPress Isn't Just for bloggers

The Ultimate Pre-Launch Checklist for WordPress Sites

See this Instagram photo by @mommasgonecity • 7,219 likes

**Offers and Articles You May Like**

After the release of this incriminating document, Obama may have no choice but to resign

Reno Tahoe combines the beauty of the great outdoors with spas, museums, nightly entertainment, and epic special events!

Check out the net worth of 6 of the original 'Star Wars' celebs. Has the 'force' been with them?

If you have one of THESE 5 signs you may already have Stage 1 Alzheimer's

12 Chic Bob Haircuts for Women Over 40

10 Disturbing Things Your Nails Reveal About Your Health

**Today's Top Deals from the B2C Shop**








Pay What You Want Programming Into the Future Bundle

Pay What You Want Personal Finance Bundle

Productivity Hacks Bundle

The Stress Busting Self Improvement Bundle

Foundations of Front-End Development Course



# PX1

## Ostrum Attachment DN

## Web Capture(s)



Ostrum Attachment DN-1

# PX1

## Ostrum Attachment DO

## Web Capture(s)



## Real Costs of Friendly Fraud

Chargebacks, the lion's share (70%) of which are so-called "Friendly Fraud" are a bane for online merchants.

There's nothing friendly about Friendly Fraud. It often comes from customers who do not want to call the merchant to get a refund or who have "buyer's remorse" about their purchase and know that the terms of the sale do not permit a refund or multiple refunds.

In our experience, most merchants bend over backwards to prevent chargebacks and take solid, ethical steps to insure customer satisfaction and lower chargebacks.

Despite the best intentions of the merchant, the level of customer chargebacks can trigger fines or loss of processing accounts by Visa or Mastercard.

The original monitoring methods are very antiquated. The 1% transaction rule by Visa and MasterCard started long before the customer anonymity of the Internet, but they are strongly enforced none the less with no qualitative reviews of facts in determining penalties or account suspensions.

## Lowering Chargebacks is Expensive

The actions a merchant must take to lower chargebacks typically exceeds in cost (by a factor of 5-10x) the reduction in chargebacks costs from customers. Loosening of return policies and cancellation policies as well as pre-refunding customers with certain characteristics are some of the blunt instruments people occasionally use to lower chargebacks. Usually, there's a much better, less expensive path to follow.

So, finding cost-neutral ways to lower chargebacks can be a huge benefit

## Three Proven Methods

Here are three sure-fire ways for continuity and subscription merchants to drop chargebacks 50% or more.

All three examples are Cloud-based SaaS technologies. So you don't need to add servers or buy software or hire technicians to keep the systems running. It's all done by the service providers.



Ostrum Attachment DO-1



## First Method: Pre-Sale Fraud Filters

The first step to lowering chargebacks is to deploy Fraud Filters at the landing page (if a web-based merchant) or the call center or transaction portal, to cut out potential fraudulent transactions.

There are several products which do a solid job of filtering out customers with a history of fraud or customers with high-risk profiles, but from what we have seen so far, we think Kount does the best job of providing a comprehensive platform.

Kount offers a broad array of filtering methods designed to identify characteristics that indicate a high fraud risk. These filters include active and passive device identification, including mobile device ID, which allow you to filter out multiple transactions coming from one device, even if that device is using cloaking methods to appear to be from several locations.

Additional filters include velocity checks, IP geo-location, proxy detection and other technologies, to detect and prevent fraudulent activity.

We've studied the metrics of several Kount customers.



Merchants typically see an improvement in customer quality with Kount which exceeds the incremental eCPA costs they incur for slightly poorer converting traffic due to the fraud filters.

We haven't attempted to model that into the economic benefit, but you can assume it is neutral or slightly positive.

### Monthly Economic Scorecard

($2,933) Kount Monthly Cost

$36,000 Kount Economic Benefit

$33,067 Net Monthly Economic Improvement

Annual Economic Improvement $396,804.

Not bad huh?

But, there's more low hanging fruit – let's go get it!

## Second Method: Use Personalized, Status-based, Automated Customer Interactions in an Optimized Customer Outcome System

In the course of testing over 20 million customers, 550 brands and 100 merchants and performing more than 2,300 unique optimizing tests involving all those customers, at RevGuard we've learned that personalized, status-based, automated (PSA) customer interactions **always** lower chargebacks.

What does **PSA** mean?

"Personalized" means that the customer, through an automated system of IVR, web or email, gets immediate affirmation that they are recognized and the system knows who it is talking to. That level of reassurance is important because it raises customer confidence that the actions they are taking are being recorded correctly.

"Status-based" means that the messaging they receive is directly related to their status (ie In-Trial, Ongoing, Already Cancelled, etc.). When a customer doesn't have to go through a long IVR, email or web decision tree but is instantly given options that are directly related to their status, they happily move through those choices and their needs are quickly addressed.

"Automated" means that the system is providing them with a non-human, non-threatening, always-the-same-high-quality interaction. Most humans, in today's world, do NOT prefer to talk to a human. When presented with a PSA or a human option, 75% of customers will choose a PSA option. In an APP-oriented fast paced world, people don't want to wait on hold for three minutes to potentially fight it out with a customer service rep with a thick accent.

The PSA method makes customers happy and happy customers are much less likely to do

chargebacks.

For the customer who was aggravated or motivated for a return or chargeback, they now have had their primary concern addressed in a very professional manner. The steam blows off and customer happiness (or at least civility) returns. When the PSA attributes are combined, we've seen it typically lower chargebacks by 23% while raising the revenue (+10%) and thereby profits (+43%) of customers at the same time. That's the holy grail of chargeback reduction; lower chargebacks and higher income.

Since the RevGuard system allows merchants to do A/B testing to optimize performance, some merchants have aggressively designed their interactions to cut chargebacks. In those instances, we've seen reductions as high as 54% in chargeback percentages.



Yabba Dabba Doo!

Furthermore, using A/B testing, PSA and other best practices, RevGuard typically lifts CLV (higher revenue +lower returns + lower chargebacks less RevGuard fees) per customer by about $6.35 per customer.

So, add in the $6.35, per new customer, per month and RevGuard has improved monthly profits by $115,570.

### Monthly Economic Scorecard

$ 33,067 Kount

$115,570 RevGuard

$148,637 Net Monthly

Annual Economic Improvement  $1,783,644

## Third Method: Use the CDRN program

The Verifi CDRN (chargeback dispute resolution network) program has been diligently built over the last ten years to be a viable chargeback reduction tool.

Sometime ago, Verifi went to Visa and Mastercard and pitched them on an idea to create a pre-chargeback mechanism for customers to have disputes immediately credited by merchants and for merchants to avoid having disputes tallied against their merchant accounts for purposes of Visa or Mastercard monitoring or enforcement programs.

By signing up participating banks and having the banks go through a rather lengthy and intense technical integration with the CDRN network, Verifi is able to interdict chargebacks. The CDRN network literally stops chargebacks in their tracks and they never hit the Visa or Mastercard monitoring program.

There is a price to pay of course.  In order for the merchant to participate in the CDRN program, they must agree to not contest any disputes which come through the program and allow Verifi to initiate a 100% chargeback on the dispute.  Furthermore, the merchant is typically billed $40 per chargeback dispute.

For many merchants that amount is close to what they already pay their credit card processors, with most credit card processors charging between $25 and $50 per dispute.

We've studied the metrics of about 100 continuity and subscription companies that are customers of RevGuard.  Some using the CDRN program and some not. Depending on the traffic source, type of product and merchant policies, the reduction in chargebacks can range from about 16% up to 35%. On average, we've seen a 24% reduction in chargebacks.



From an economics standpoint, we've found that the Verifi program ends up being about a net 8% increase in your overall chargeback costs, BUT those costs do not show up on the merchant account as chargebacks.

So, the overall costs of chargebacks (after Kount and RevGuard reductions) has increased from pre-Verifi levels of $83,160 to $89,813 (8%) since Verifi. A small price in the aggregate since we are trying to lower overall chargebacks and we're getting solid wins with Kount and RevGuard on increased profits.

### Monthly Economic Scorecard

$33,067 Kount

$115,570 RevGuard

($6,653)  Verifi

$148,637 Net Monthly

Annual Economic Improvement  $1,703,810.

## How These Three Methods Work Together

The three methods discussed above apply simple principles:

- With Kount, you keep out bad customers in the first place;

- With RevGuard, you make your current customers happier and less likely to do a chargeback;

- With Verifi, you intercept some of the remaining customers who still might do a chargeback and keep them out of the Visa/Mastercard monitoring program.

If you're an online merchant, you can reduce chargebacks and increase income.

It just takes a methodical deployment of the above Cloud-based SaaS technologies and a commitment to following through on these best practices.

Found this interesting? Ready to get some additional help with reducing chargebacks? **Contact us for a free assessment of your specific customer service operations.** We will show you the areas within your business where RevGuard will have the greatest impact in CLV and chargebacks.



Sign up to get updates and fresh content!



# PX1

## Ostrum Attachment DP

## Web Capture(s)

VERiFi

## Press Releases

## Verifi and RevGuard Team Up to Offer CDRN to Merchants

### CDRN reduces chargebacks for merchants by as much as 40%

LOS ANGELES, CA–November 6, 2013 – Verifi, Inc., the leading provider of payment and risk management solutions for card-not-present merchants, today announced a distribution partnership with RevGuard, LLC. Under the terms of the partnership, RevGuard will offer Verifi's Cardholder Dispute Resolution Network (CDRN) as part of their OCD™ "Optimized Customer Outcome" platform.

RevGuard has more than 300 brands and over 10 million client customers on its service platform. RevGuard's SaaS-based OCD™ System (www.revguard.net/revolutions) helps e-commerce companies, particularly continuity and installment payment companies, optimize their customer service experience through A/B and multi-variate testing. The system operates on a Cloud-hosted platform for interactive voice response (IVR), customer service web-interaction platform and an email-based interaction. When implemented, OCD has been proven to optimize customer experiences, providing a savings of up to 60% on return costs, an increase of revenue per customer of 30%, a reduction of 35% on customer service costs and a reduction of up to 40% on chargebacks. The system repeatedly delivers an 80% (or greater) increase in profitability for RevGuard's clients.

Through this partnership, RevGuard clients will now be able to use Verifi's CDRN™ – a platform that connects merchants with issuers to eliminate as much as up to 40% of their credit card customer disputes before they become chargebacks. Using CDRN, on a real-time basis, merchants receive notifications that a customer has contacted their issuer and initiated a dispute that might otherwise become a chargeback, unless the merchant responds. CDRN provides the merchant with the option to either refund the transaction or allow the dispute to escalate to a chargeback.

Verifi, through independent research, found that customers were contacting merchants directly only 14% of the time to resolve credit or debit card disputes for products they purchased and instead, customers were contacting their card issuing Bank a first 86% of the time. This meant that merchants had little opportunity to learn about and directly resolve these disputes with customers before they became chargebacks. This disconnect between merchants and their customers generated negative downstream effects for the issuer and the merchant, obtain in the form of bad customer experiences, lost revenue, unpaid and shipped merchandise, fees from their acquirer, potential fines from Visa and MasterCard. If the effects become severe, it could ultimately result in the loss of a merchant's ability to access credit and debit cards

Verifi's new integration method for CDRN allows merchants to subscribe and begin using the service the same day, eliminating all integration barriers, and drastically reducing the time and cost to onboard.

"Verifi is excited to offer its CDRN service through RevGuard," said Tony Wootton, Chief Revenue Officer at Verifi. "CDRN has an immediate impact, reducing chargebacks for merchants, as well as their operating expenses and risk."

"We are thrilled to be offering CDRN to our customers. The fact that it prevents chargebacks post-sale, rather than during the 'checkout process' makes it a very appealing solution for our clients who want to avoid anything that will disrupt their customer's purchase process," stated Blair Vichaz, CEO of RevGuard.

Vichaz added: "Our clients know the secret to long term success is to create great customer relationships. If a customer has a dispute outside of typical customer relationship channels, CDRN allows our clients to proactively resolve a dispute in favor of the customer. Verifi has built a system that is both a win for consumers, and a win for merchants."

Both organizations will be attending the ad:tech New York conference, held November 6-7, 2013, at Javits Center in New York City, (booth #707). They will be enrolling merchants in CDRN throughout the conference.

**About Verifi**

Verifi, an award-winning provider of end-to-end payment protection and management solutions, was founded in 2005 to help our clients effectively manage the payments challenges they face every day. Verifi helps merchants safely process payments, combat fraud, prevent and resolve costly chargebacks, as well as increase billings and retain true customers. Our best-in-breed solutions and white glove support are trusted by a wide range of industries from emerging companies to the Fortune 500. Headquartered in Los Angeles, California, we process more than $25 billion transactions annually and currently serve more than 12,000 accounts globally. For more information, visit www.verifi.com.

**About RevGuard**

RevGuard is a SaaS-based company which uses A/B and Multivariate testing in a Cloud-hosted environment to dramatically improve the profitability of its merchants clients. Optimized Customer Outcome "OCO" is a patent-pending technology that operates through Cloud-hosted IVR, hosted web, and email app-lets work when fully integrated into customer CRM's. The addition of chat, text, social media and Live CSR testing through integration partners is scheduled for competition in 2014, allowing for A/B testing at all touch points of a customer relationship. For more information on RevGuard OCD, please visit http://www.revguard.net or contact Walter Long Sr. Vice President of Business Development at walter@revguard.net

### #

FOLLOW US        CONTACT

Main Phone : (323) 655-5789        Mail·Fax: (323) 655-5507        Mailing Address
Mon·Fri 6:00PST - 8:00PST          Email Address: info@verifi.com      8391 Beverly Blvd., Box #310
                                                                      Los Angeles, CA 90048

Resources    Terms of Use    Privacy Policy    CARES

(C) Copyright 2006-2018 Verifi, Inc. ALL RIGHTS RESERVED.

Ostrum Attachment DP-1

# PX1

## Ostrum Attachment DQ

## Web Capture(s)



## We Ship Same Day, Or You Don't Pay

## That's a Promise We Can Keep

With over 10 years of experience in the continuity business, we know how important it is to get your orders shipped out the same day. That's why we stand behind our guaranteed Service Level Agreement; All orders received by 4:30pm EST are shipped out that same day, or you don't pay!

Plus we'll process all of your returns within 24 hours - ensuring quicker refunds and less chargebacks.

Still not convinced? We're prepared to offer you 30 days of service, completely risk free!
If after 30 days, you don't think we're the best fulfillment center you've ever used, you can walk away and never pay a dime.

## Why Us

what separates us from them



| **$** | **♥** | **⅄** |
|---|---|---|
| **Price** | **Commitment** | **Technology** |
| Numbers are important. We offer some of the lowest pricing and fees in the market. | You matter to us. We stand behind our SLA guarantee and always put our clients first. | Information is key. We offer top of the line reporting and an industry best user interface. |

## Our Partners

companies we call friends





## Testimonials

what our clients think of us



"Easily the best fulfillment center we've ever used."

© 2015 RevGo, LLC. All Rights Reserved   Privacy Policy   Terms & Conditions

Ostrum Attachment DQ-2



## We Know You Have Choices·

we just want to be sure you make the right one

### About Us

- RevGo is a full-service order management and fulfillment company with years of experience servicing businesses and shipping products from all markets. With top of the line technology and a dynamic customer service philosophy, we have the capability and infrastructure to offer a premium service.
- With our global reach in the fulfillment industry, we're able to offer a variety of options for our clients. Inventory stocking, order management, picking, packaging and shipping can all be accomplished though our RevGo fulfillment center.
- Our system provides our clients the ability to manage orders, and inventory remotely. We handle all the shipping and order fulfillment allowing you to focus on sales!

### Our Industry Best SLA Guarantee

- With over 10 years of experience in the continuity business, we know how important it is to get your orders shipped out the same day. That's why we stand behind our guaranteed Service Level Agreement;
  - All orders received by 4:30pm EST are shipped out that same day, or you don't pay!
- Plus we'll process all of your returns within 24 hours – ensuring quicker refunds and less chargebacks.

### How It Works

- The first step is using RevGo as your fulfillment source is getting your products into our fulfillment center and integrating your shopping cart system with the RevGo technology. RevGo offers plug-in integration with all major shopping carts and CRM's, but you can also use our custom API to set it up.
- You can customize and add marketing messages and logos to your shipping labels to give your own unique spin on your fulfillment. If you'd prefer, RevGo will not put our logo anywhere on your packaging.
- Once setup is complete, orders flow automatically from your eCommerce site into our facility, where they are printed out and processed in real-time, the same day. The order is then pulled and picked by one of our experienced staff members and delivered to the quality assurance team to check for accuracy. All Revgo orders go through three separate quality checks to ensure that the product is not damaged, that the number of items is correct and that it's the right type of item. They are then packaged and shipped out the door.
- RevGo applies advanced analytics to the order-fulfillment process, automatically calculating the optimal shipment method so orders are delivered at the lowest cost while allowing retailers to meet guaranteed delivery times. This has also been proven to reduce shipping costs. Any returns would also be sent back to our facility, where they would be processed according to your instructions.



© 2015 RevGo, LLC. All Rights Reserved   Privacy Policy   Terms & Conditions



# Give Us a Shout

we'd love to hear from you

**Name:**

**Email:**

**Message:**

Let's Make Sure You're Human:

SEND

2350 Eastgate Rd Suite 140
Henderson, NV 89011

sales@revgo.net

Sales Office: 702-902-1999
Warehouse: 702-545-0176



© 2015 RevGo, LLC. All Rights Reserved   Privacy Policy   Terms & Conditions

# PX1

# Ostrum Attachment DR

# Web Capture(s)



That's a Promise We Can Keep

Ostrum Attachment DR-1



## That's a Promise We Can Keep

With over 10 years of experience in the continuity business, we know how important it is to get your orders shipped out the same day. That's why we stand behind our guaranteed Service Level Agreement; All orders received by 4:30pm EST are shipped out that same day, or you don't pay!

Plus we'll process all of your returns within 24 hours – ensuring quicker refunds and less chargebacks.

Still not convinced? We're prepared to offer you 30 days of service, completely risk free!
If after 30 days, you don't think we're the best fulfillment center you've ever used, you can walk away and never pay a dime.

## Why Us

what separates us from them



Ostrum Attachment DR-2



## Our Partners

companies we call friends



## Testimonials

what our clients think of us

"Easily the best fulfillment center we've ever used!"

© 2015 RevGo, LLC. All Rights Reserved    Privacy Policy   Terms & Conditions



# We Know You Have Choices

we just want to be sure you make the right one

### About Us

- RevGo is a full-service order management and fulfillment company with years of experience servicing businesses and shipping products from all markets. With top of the line technology and a dynamic customer service philosophy, we have the capability and infrastructure to offer a premium service.
- With our global reach in the fulfillment industry, we're able to offer a variety of options for our clients. Inventory stocking, order management, picking, packaging and shipping can all be accomplished though our RevGo fulfillment center.
- Our system provides our clients the ability to manage orders, and inventory remotely. We handle all the shipping and order fulfillment allowing you to focus on sales!

### Our Industry Best SLA Guarantee

- With over 10 years of experience in the continuity business, we know how important it is to get your orders shipped out the same day. That's why we stand behind our guaranteed Service Level Agreement;
    - All orders received by 4:30pm EST are shipped out that same day, or you don't pay!
- Plus we'll process all of your returns within 24 hours – ensuring quicker refunds and less chargebacks.

### How It Works

- The first step is using RevGo as your fulfillment source is getting your products into our fulfillment center and integrating your shopping cart system with the RevGo technology. RevGo offers plug-in integration with all major shopping carts and CRM's, but you can also use our custom API to set it up.
- You can customize and add marketing messages and logos to your shipping labels to give your own unique spin on your fulfillment. If you'd prefer, RevGo will not put our logo anywhere on your packaging.
- Once setup is complete, orders flow automatically from your eCommerce site into our facility, where they are printed out and processed in real-time, the same day. The order is then pulled and picked by one of our experienced staff members and delivered to the quality assurance team to check for accuracy. All Revgo orders go through three separate quality checks to ensure that the product is not damaged, that the number of items is correct and that it's the right type of item. They are then packaged and shipped out the door.
- RevGo applies advanced analytics to the order-fulfillment process, automatically calculating the optimal shipment method so orders are delivered at the lowest cost while allowing retailers to meet guaranteed delivery times. This has also been proven to reduce shipping costs. Any returns would also be sent back to our facility, where they would be processed according to your instructions.



© 2015 RevGo, LLC. All Rights Reserved    Privacy Policy   Terms & Conditions



## Give Us a Shout

we'd love to hear from you



Name:

Email:

Message:

Let's Make Sure You're Human:

SEND

7565 Commercial Way, Unit E
Henderson, NV 89011

sales@revgo.net

Sales Office: 720-907-7993
Warehouse: 702-568-0174

© 2015 RevGo, LLC, All Rights Reserved    Privacy Policy    Terms & Conditions



## Your Time Is Money

we're here to help you save it

In our day to day operations, one key distinction that sets us apart from the competition is our advanced technology. Not only have we devolved the top of the line software, but we actually allow our clients to track the progress of their orders by offering them access to that same high-level software. During each step of the fulfillment and supply chain process, our clients are able to know the exact location of all the materials and eventually, of the finished products. And during the delivery process, we use an email notification system to keep clients up to date on the status of products in route to customers.

| Dashboard | 944 | 2620 | 0 | $6,818.29 |
|---|---|---|---|---|
| Welcome Jason! | Received Today | Shipped Today | Returns | Postage |

Aside from our tracking software, our warehouse uses the top equipment available for sorting, packaging, labeling, and shipping. Over the years we have perfected a process that delivers amazing results and consistency.  The quality of our technology, while it does not replace the necessary human components of the process, does allow the system to function seamlessly and quickly with very little room for error.



The quality of our technology, while it does not replace the necessary human components of the process, it does allow the system to function seamlessly and quickly with very little room for error



© 2015 RevGo, LLC. All Rights Reserved    Privacy Policy    Terms & Conditions





## We Know You Have Choices

we just want to be sure you make the right one

### About Us

- RevGo is a full-service order management and fulfillment company with years of experience servicing businesses and shipping products from all markets. With top of the line technology and a dynamic customer service philosophy, we have the capability and infrastructure to offer a premium service.
- With our global reach in the fulfillment industry, we're able to offer a variety of options for our clients. Inventory stocking, order management, picking, packaging and shipping can all be accomplished though our RevGo fulfillment center.
- Our system provides our clients the ability to manage orders, and inventory remotely. We handle all the shipping and order fulfillment allowing you to focus on sales!

### Our Industry Best SLA Guarantee

- With over 10 years of experience in the continuity business, we know how important it is to get your orders shipped out the same day. That's why we stand behind our guaranteed Service Level Agreement:
  - All orders received by 4:30pm EST are shipped out that same day, or you don't pay!
- Plus we'll process all of your returns within 24 hours – ensuring quicker refunds and less chargebacks.

### How It Works

- The first step is using RevGo as your fulfillment source is getting your products into our fulfillment center and integrating your shopping cart system with the RevGo technology. RevGo offers plug-in integration with all major shopping carts and CRM's, but you can also use our custom API to set it up.
- You can customize and add marketing messages and logos to your shipping labels to give your own unique spin on your fulfillment. If you'd prefer, RevGo will not put our logo anywhere on your packaging.
- Once setup is complete, orders flow automatically from your eCommerce site into our facility, where they are printed out and processed in real-time, the same day. The order is then pulled and picked by one of our experienced staff members and delivered to the quality assurance team to check for accuracy. All Revgo orders go through three separate quality checks to ensure that the product is not damaged, that the number of items is correct and that it's the right type of item. They are then packaged and shipped out the door.
- RevGo applies advanced analytics to the order-fulfillment process, automatically calculating the optimal shipment method so orders are delivered at the lowest cost while allowing retailers to meet guaranteed delivery times. This has also been proven to reduce shipping costs. Any returns would also be sent back to our facility, where they would be processed according to your instructions.



© 2015 RevGo, LLC. All Rights Reserved    Privacy Policy   Terms & Conditions

# PX1

## Ostrum Attachment DS

## Web Capture(s)



## How It All Started
The Creation of RevGuard

RevGuard's founders and owners, previously owned a company that sold subscription/continuity products to consumers over the web. Testing and optimizing customer acquisition by using A/B testing was an everyday process.

When they were getting ready to deploy a new automated phone system, they had the idea to test their new system using the same A/B testing methodology. They developed the software to track their results, and within 90 days DOUBLED their profits.

The ability to perform automated A/B testing on customer interactions had been realized, and RevGuard was born.

Through RevGuard's years of testing, we have learned that every B2C sales program has an optimal combination of returns, save sales, save returns, continuity incentives, pricing and customer service policies. This optimal combination maximizes each customer's lifetime value and keeps a business moving forward with new, innovative tests to optimize performance.

Plus, we combine A/B testing with a best-of-class automated customer service solution which allows for CLV optimization and dramatically reduces customer service costs. All of this is done while at the same time lifting customer satisfaction.

And that's what makes it so much fun.



Blair McNea (CEO) and Walter Long (Senior VP)





We'd love to teach you more about how A/B testing to optimize CLV can increase your profits. Please reach out by phone or use the contact form on the right. We look forward to speaking with you soon!

- 1-877-301-3135
- Mon – Fri: 9:00 AM to 5:00 PM MT
- 6260 Lookout Road, Boulder, Colorado 80301







$ REVGUARD

HOW REVGUARD WORKS    SOLUTIONS    RESOURCES    ABOUT    LOGIN

## Meet the Team
The Faces of RevGuard Management

## What do you look for in a management team?

RevGuard has a culture that fosters passionate performers who want to make their career at RevGuard and make our customers the most profitable in their industry. Employee-driven turnover is nonexistent.

**Innovation?**
RevGuard invented A/B testing for customer service – we literally own the patent! – a technology which is leading a revolution in how recurring revenue and subscription businesses manage and optimize customer relationships.

**Experience?**
The RevGuard team has over 63 years combined trial/continuity and subscription ecommerce industry experience.

**Consistency?**
Here, managers are owners. RevGuard has had the same ownership and management team since its inception.

**Hand holders?**
A/B testing is a science that everybody knows, but RevGuard is a new application of that technology. As such, we hold our customers hands through the whole process of A/B testing to optimize customer service (at no extra charge). We do this as long as our customers want, to make sure our customers are comfortable testing, cohort building, analyzing and deploying the technology to drive additional profitability. For our customers, we do it all for them until our customers want to hold some, or all, of the reins.



Blair McNea

**Blair McNea** is the founder and CEO of RevGuard, LLC. He is passionate about driving increased profits and customer satisfaction for RevGuard's clients using RevGuard's SaaS A/B testing platform. Blair has served on the Board of Directors of several private and publicly held companies. His professional roles and specialties include CEO, SaaS, Business Development, Board of Directors and Finance.



Walter Long

**Walter Long** is a Direct Response and Ecommerce Sales and Marketing executive with over 10 years of experience creating triple-digit profitability gains for merchants. Since starting RevGuard as a Sr. Vice President of Business Development, Walter has doubled revenue and client counts every year since 2009 and has established key strategic relationships with a variety of service providers, including CRMs, Payment Processors, Ad Networks and Fulfillment Centers.

Walter enjoys hiking and running in Colorado's foothills and spending time with his wife Emily and daughter McKinley.



Ryan Reichenbach

**Ryan Reichenbach** has been delivering engineering solutions for the last 22 years, with a focus on high volume web based software solutions.

Ryan enjoys skiing and playing rock music with his band.



**Aimee Paterson** manages strategic partnerships. She is focused on building and nurturing partnerships to facilitate mutually beneficial relationships and develop new business for RevGuard.

In her free time, Aimee enjoys traveling, hitting the slopes, trying new restaurants, or cooking at home with a glass of wine in hand.

Ostrum Attachment DS-3

**Aimee Paterson**
Strategic Partnerships, Team Lead

in



**Rachael McNea**
Director of Recruiting & Personnel

Rachael McNea's passions are talent acquisition and creating a fun work hard, play hard office culture. Rachael graduated with a BA in Public Relations from Webster University and a degree in Dance from Leigh Gerdine College of Fine Arts.

Rachael enjoys spending time with her family and friends, volunteering, yoga, skiing, rollerblading, venturing outdoors in Colorado and traveling.



**Laura Turner**
Vice President of Customer Success

Laura Turner is focused on managing and growing the customer success team, and ensures RevGuard customers fully understand their OCO performance metrics and are continuously moving the needle to increase CLV and optimize their program through A/B testing.

Laura enjoys traveling, spending time with friends and anything outdoors.



**Kirill Kniazev**
Marketing Director

Kirill Kniazev brings over a decade of start-up and small business marketing experience to RevGuard. Kirill's focus is on organic and content digital marketing, and inbound lead generation. Kirill works with RevGuard's partners to produce educational articles and webinars.

In his free time, Kirill enjoys playing volleyball and running his electronic music label.



**Sarah LaRoche**
Account Manager

Sarah LaRoche works closely with the CSM team to set up and manage all customer configuration requests. Sarah also handles RevGuard's telecom system.

When Sarah is not working tirelessly on configuration requests, you will most likely find her adventuring in the mountains or at a beer festival.



**Brooks Arbogast**
Senior Customer Success Manager

Brooks Arbogast has a corporate Sales-Management background originally. At RevGuard, Brooks transitioned to Customer Success Management, and brings experience from highly analytical startups in the Silicon Valley to our team.

Brooks loves watching the Miami Dolphins, Atlanta Braves, & Colorado Buffaloes, enjoys playing basketball, cycling, investing, and spending time with family/friends.



**Kristina Barry**
Sr. Customer Champion

**Kristina Barry** works with business development to engage new RevGuard clients. She also works closely with the CSM and GoLive team to ensure a timely launch.

When she's not in the office she spends too much time with her 5 lb dog monster. She spends her weekends buying and returning useless items from Amazon.



**Max Koplar**
Customer Success Manager

**Max Koplar** is dedicated to ensuring the success of RevGuard's clientele by demonstrating the value of OCO through performance metrics and optimization strategies. Max strives to ensure that her clients are getting the most out of OCO.

Max enjoys traveling, hiking, and cooking.



**John Jones II**
Strategic Partner and Development Specialist

in

**John Jones II** works on the lead generation team to ensure the sales team has a steady incoming flow of qualified partners and advertisers. John is typically the first point of communication for new partners and potential customers.

John enjoys playing volleyball around Denver and enjoying the great Colorado outdoors.

# Board of Advisors

# RevGuard Fun



**About**

Just like the A/2 split tests you do in marketing, RevGuard's platform allows you to set up a control (A) and a test (B) for a specific segment of your customers which they contact you constantly through phone, email or web communication channels.

These special capabilities are then randomly presented each either A or B option and their reactions are recorded by the

**Sitemap**

Home
Request a Guided Tour

How It Works
Step-by-Step Process
OCO FOMO / CEO / CTR
Optimizing CLV
Promo Calendar
Analytics
Switchboard

About
Insert-n-All Started
Meet the Team
Working Here
Partners

**Resources**
Blog
Case Studies
Client Testimonials

**RevGuard**

📞 1-877-301-2135
✉ Contact us
🕐 Mon - Fri: 9:00 AM to 5:00 PM MT
📍 5360 Lookout Road
Boulder, Colorado 80301



Ostrum Attachment DS-6



## What do you look for in a management team?

RevGuard has a culture that fosters passionate performers who want to make their career at RevGuard and make our customers the most profitable in their industry. Employee-driven turnover is nonexistent.

**Innovation?**
RevGuard invented A/B testing for customer service – we literally own the patent! – a technology which is leading a revolution in how recurring revenue and subscription businesses manage and optimize customer relationships.

**Experience?**
The RevGuard team has over 63 years combined trial/continuity and subscription ecommerce industry experience.

**Consistency?**
Here, managers are owners. RevGuard has had the same ownership and management team since its inception.

**Hand holders?**
A/B testing is a science that everybody knows, but RevGuard is a new application of that technology. As such, we hold our customers' hands through the whole process of A/B testing to optimize customer service (at no extra charge). We do this as long as our customers want, to make sure our customers are comfortable testing, cohort building, analyzing and deploying the technology to drive additional profitability. For our customers, we do it all for them until our customers want to hold some, or all, of the reins.



**Blair McNea** is the founder and CEO of RevGuard, LLC. He is passionate about driving increased profits and customer satisfaction for RevGuard's clients using RevGuard's SaaS A/B testing platform. Blair has served on the Board of Directors of several private and publicly held companies. His professional roles and specialties include CEO, SaaS, Business Development, Board of





Directors and Finance.

Blair McNea

**Walter Long** is a Direct Response and Ecommerce Sales and Marketing executive with over 10 years of experience creating triple-digit profitability gains for merchants. Since starting RevGuard as a Sr. Vice President of Business Development, Walter has doubled revenue and client counts every year since 2009 and has established key strategic relationships with a variety of service providers, including CRMs, Payment Processors, Ad Networks and Fulfillment Centers.

Walter enjoys hiking and running in Colorado's foothills and spending time with his wife Emily and daughter McKinley.

Walter Long

**Ryan Reichenbach** has been delivering engineering solutions for the last 22 years, with a focus on high volume web based software solutions.

Ryan enjoys skiing and playing rock music with his band.



Ryan Reichenbach

Aimee Paterson manages strategic partnerships. She is focused on building and nurturing partnerships to facilitate mutually beneficial relationships and develop new business for RevGuard.

In her free time, Aimee enjoys traveling, hitting the slopes, trying new restaurants, or cooking at home with a glass of wine in hand.

Aimee Paterson

Rachael McNea's passions are talent acquisition and creating a fun work hard, play hard office culture. Rachael graduated with a BA in Public Relations from Webster University and a degree in Dance from Leigh Gerdine College of Fine Arts.

Rachael enjoys spending time with her family and friends.



**Rachael McNea**'s passions are talent acquisition and creating a fun work hard, play hard office culture. Rachael graduated with a BA in Public Relations from Webster University and a degree in Dance from Leigh Gerdine College of Fine Arts.

Rachael enjoys spending time with her family and friends, volunteering, yoga, skiing, rollerblading, venturing outdoors in Colorado and traveling.

Rachael McNea
Director of Recruiting & Resources

**Laura Turner** is focused on managing and growing the customer success team, and ensures RevGuard customers fully understand their OCO performance metrics and are continuously moving the needle to increase CLV and optimize their program through A/B testing.

Laura enjoys traveling, spending time with friends and anything outdoors.

Laura Turner
Vice President of Customer Success



**Kirill Kniazev** brings over a decade of start-up and small business marketing experience to RevGuard. Kirill's focus is on organic and content digital marketing, and inbound lead generation. Kirill works with RevGuard's partners to produce educational articles and webinars.

In his free time, Kirill enjoys playing volleyball and running his electronic music label.

Kirill Kniazev

**Sarah LaRoche** works closely with the CSM team to set up and manage all customer configuration requests. Sarah also handles RevGuard's telecom system.

When Sarah is not working tirelessly on configuration requests, you will most likely find her adventuring in the mountains or at a beer festival.

Sarah LaRoche



**Brooks Arbogast** has a corporate Sales-Management background originally. At RevGuard, Brooks transitioned to Customer Success Management, and brings experience from highly analytical startups in the Silicon Valley to our team.

Brooks loves watching the Miami Dolphins, Atlanta Braves, & Colorado Buffaloes, enjoys playing basketball, cycling, investing, and spending time with family/friends.

**Kristina Barry** works with business development to engage new RevGuard clients. She also works closely with the CSM and GoLive team to ensure a timely launch.

When she's not in the office she spends too much time with her 5 lb dog monster. She spends her weekends buying and returning useless items from Amazon.

Ostrum Attachment DS-12



**Max Koplar** is dedicated to ensuring the success of RevGuard's clientele by demonstrating the value of OCO through performance metrics and optimization strategies. Max strives to ensure that her clients are getting the most out of OCO

Max enjoys traveling, hiking, and cooking.

Max Koplar
Customer Success Manager

**John Jones II** works on the lead generation team to ensure the sales team has a steady incoming flow of qualified partners and advertisers. John is typically the first point of communication for new partners and potential customers.

John enjoys playing volleyball around Denver and enjoying the great Colorado outdoors.

John Jones II
Strategic Partnership Development Specialist





# RevGuard Fun











## How A/B Testing is Used to Optimize CLV

The same science used for years in website optimization, landing page optimization, email campaign optimization and many other marketing applications can now be used to increase the profitability of the customers you already have. In fact, you could **increase your Customer Lifetime Value (CLV) 43%, and reduce Chargebacks 23% in 90 days!**

Here's How It Works: Out of all of your customers, a segmented customer group is defined and selected. This is called a **cohort.**

Customers belonging to the segmented group are presented with one of two offers, offer A or offer B. Data is collected on which offer is most popular with your customers, as well as which offer is the most profitable for your company.

That offer then becomes the new standard for your customers, and the process is repeated over and over again to continuously improve your customer lifetime value. This strategy to optimize CLV works every time – guaranteed!

**RevGuard determines the** *most popular* **&** *most profitable* **option...**




## Step 1: Integration

RevGuard works within any customer service environment (phone, web, email, etc.) to improve communication with your customers.

RevGuard is already integrated with popular CRMs (SalesForce®, Netsuite®, Lime Light®, Triangle®, Konnektive®, OrderLogix®, Orange CRM®, UltraCart® and OrderMotion®) but it can also be integrated with your own custom system.

The integration typically takes two days of time, and RevGuard provides the technical resources to do this free of charge.





## Step 2: Customers Directed to RevGuard

You'll get the power of RevGuard's ability to split-test messaging to the consumer so when they attempt to cancel, downgrade, etc...

You learn over time exactly what to do to increase your revenues (and reduce expenses by lowering chargebacks and refunds).

RevGuard's system also reduces servicing costs by providing a CRM-integrated self-service platform so most of your customers do not incur costs of live customer service.

## Step 3: The Power of Testing and Hand Holding

You get a dedicated team of analysts to help you quickly define the sweet spot between additional revenue and the right mix of refunds or chargebacks.

You can design tests on your own or design tests with RevGuard analysts. Either way, RevGuard will hold your hand the entire time.



## Step 4: Test and Performance Analysis

You'll have access to your own **Client Portal** for real-time A/B testing results.



Ostrum Attachment DS-17



Plus, you'll also get CLV calculations on all your traffic, affiliates, countries, brands, marketing channels and cohorts.

## Step 5: Increased Profit Per Customer

By changing your customers' experiences based on the A/B test results collected by RevGuard's system, you will find new methods that generate more value out of your existing customers.

This methodology is guaranteed to increase profits. It works every time and keeps working because you repeat the optimization process over and over.

After running thousands of tests with millions of customers in over 15 different countries, we ABSOLUTLEY GUARANTEE your profit per customer will increase. **We are so confident in this, that we are offering a $10,000 PROFIT Challenge.**





# OPTIMIZED CUSTOMER OUTCOMES

## The Top 10 Reasons Why Trial/Continuity Business Models Should Use RevGuard™

*"Since I started using RevGuard, I've been able to sleep at night. Heck, I even went on a long vacation recently - now the stress of running my trial/continuity business is completely gone and I'm making a lot more money."*

**- Danielle Foss / Blue Rocket Brands**

RevGuard is a break-through in servicing customers that become involved in Trial/Continuity offers, and the technology simply fits into a company's existing processes. Instead of each customer trying to cancel being seen as a headache or loss of revenue, those customers can now be seen as a valuable data point used for increasing profits.

In just a few short weeks with RevGuard, you will be able to learn exactly what to say to your customers when they are calling or searching for a way to cancel their next bill on your website. Brands using RevGuard start to see more profit and less problems in less than a month.

RevGuard's suite of tools and services has been proven over the last several years during 15 million consumer interactions in 15 countries. It works tirelessly around the clock for over 475 brands across dozens of product categories.

Not only does the RevGuard system work to improve profits, reduce chargebacks, reduce refunds and drastically cut customer service costs, it now integrates seamlessly into almost every CRM used for continuity/trial programs. If you don't have an off-the-shelf CRM, RevGuard can integrate with your custom CRM/OMS within just a few days.

Watch each of your brands progressively improve and become easier to manage each week. Plus, you'll never feel like we just provide tools and technology since our business success managers work with you to stay on top of your programs just like you do.

**As of the end of 2013, the average company using RevGuard increased their profits by 72%.**

 **REVGUARD** 6260 Lookout Road Boulder, CO 80301 | 1-877-301-3135 | sales@revguard.net

1

© 2014 RevGuard, LLC. All rights reserved
Ostrum Attachment DS-19

**1.)   YOU WILL INCREASE YOUR COMPANY'S NET PROFITS BY 60-70%.**

RevGuard consistently lifts profitability for its clients by at least 60% to 70%. Having the additional profit has allowed many clients to pay long-overdue bonuses or double or triple the size of their businesses by plowing their profits back into marketing.

Using the simple RevGuard dashboard, you are able to dial in and balance refund percentages, post-sale income strategies and chargeback ratios to ensure the highest revenues AND the best possible social reputation.

For the average Trial/Continuity Merchant

- Refunds typically are reduced between 15% and 35%
- Chargebacks are reduced between 15% and 20%
- Customer Service Costs are reduced between 35% and 60%

In addition, consistent testing (without human interaction and inconsistent behaviors) allows you to know best prices, offers, etc. This consistency is generally not possible for merchants that use 100% live customer service agents as there are always personality issues and staffing inconsistencies that skew true lifetime value calculations.

**2.)   INCREASED SATISFACTION = BETTER BRAND REPUTATION**

Immediate service for the majority of your canceling customers keeps them happier and less likely to post negative reviews, or use social media to complain. By giving them instant and personalized service via a CRM-integrated IVR or web service platform, you take the pain out of the process which makes them much more receptive to save sale options.

Although it seems counter intuitive to make the cancellation process easy and quick, RevGuard has proven in over a thousand tests, that near-immediate service and a customized greeting based on a customer's status makes them willing to take options that boost your revenues.

**3.)   YOU WILL CUT YOUR CUSTOMER SERVICE COSTS IN HALF**

By moving RevGuard's OCO® IVR and Web Request Platform in front of your existing customer service reps, you can typically lower your costs by 50% or more. Not only does this lower your costs, it gives your better CSRs the time to handle higher impact issues.

RevGuard is generally priced at about 75% to 80% less than what a typical customer inquiry costs when using a live CSR. Also, you are only charged once no matter how many time that customer interacts with your company.

Keep in mind that both RevGuard systems work tirelessly 24/7. RevGuard runs weekends and holidays, and never requests breaks. There's no staff training, supervision, sick time, vacations, kids with fever at day care, or ramp up time, either.

---

 **REVGUARD**   6260 Lookout Road Boulder, CO 80301 | 1-877-301-3135 | sales@revguard.net

2

© 2014 RevGuard, LLC. All rights reserved

Ostrum Attachment DS-20

One of the biggest advantages to having 24/7, 365-day service for your customer is that there is never a chance for them to weigh the pain of waiting on hold to reach your company versus simply calling their bank to do a chargeback.

## 4.)   GAIN CONTROL OVER OPTIMIZING CUSTOMER LIFETIME VALUE

In the past 5 years within the subscription industry, there has been a technological movement towards applying the science of A/B split testing to the process of optimizing customer lifetime value (CLV). Chances are, if you are a marketer of a product or service, particularly on the web, you use A/B testing to optimize customer acquisition. But what about using A/B testing to optimize customer lifetime value?

There are two key parts to every business. The first is acquiring customers. The second is optimizing the value of the customers you have acquired or are acquiring. A comprehensive system that is able to optimize CLV in a timely and effective manner using A/B testing was not possible until recently. It has been made possible due to the advent of enhanced data analytics, infrastructure-as-a-service (IaaS) companies and services, and high speed bandwidth.

There are more steps involved in optimizing CLV than conversion rate, and RevGuard's system provides all the tools necessary to give your company control over optimizing this vital metric.

## 5.)   TRYING REVGUARD IS FREE

There is no financial risk to set up a test of RevGuard to handle all or some of your customer requests. If you don't like the results you get in the first two weeks, just tell us and you won't owe us a dime.

It generally takes about 3-5 days to integrate with your CRM, create your custom recordings or web scripts and port over your phone number or phone tree.  You can send as much or as little volume as you wish as long as it is significant enough to get statistically valid test results.

RevGuard works with over 475 brands in 15 countries and we've done over a thousand tests for 10's of millions of consumers.  We've been optimizing free trial/continuity/subscription programs for almost a decade. There are no long-term contracts, and termination is easy. You can terminate for any reason with just a 30-day notice.

## 6.)   REVGUARD TECHNOLOGY WORKS WITHIN YOUR EXISTING SYSTEM

Our system just snaps in right in front of your existing service agents and takes on the automated requests that it can handle, and then routes the rest to your live team. This allows the most common issues to be handled, and frees up your live CSRs to handle the more important escalations and special requests.

Because we integrate directly into your CRM, financial systems and other records stay in sync with your CRM. In fact, updates of status, order cancellations, refund requests, notes, etc. all update your systems just like a live CSR, but with no human error.

 **REVGUARD**   6260 Lookout Road Boulder, CO 80301 | 1-877-301-3135 | sales@revguard.net

3

© 2014 RevGuard, LLC. All rights reserved

Ostrum Attachment DS-21

## 7.) REVGUARD PROCESSES YOUR CUSTOMER CALLS 24/7

The OCO® IVR can recognize 50% to 60% of incoming customers because they typically call from the phone number they noted on their initial order. The OCO® Web Service platform has a recognition rate as high as 99% because it looks up records using the email address and/or other criteria the consumer is very likely to have readily available.

Both systems are operational 24/7 and can handle unlimited volume and practically any order type or configuration, from single to multiple orders, and even follow on continuity. Both systems allow merchants to set up split tests that are the same, or different tests can be created for the IVR vs the web.

## 8.) SUPPORT FROM REVGUARD'S PROFESSIONAL SERVICES TEAM

Our analysts will work alongside you to get your first tests running and then work with you as often as you need to keep your programs on track.

Consider us a part of your team. We are experts here to help you achieve the highest profit possible, available to augment your existing staff and to teach you what we know are best practices. You'll get a personal analyst that works with you week after week to ensure your program constantly improves.

## 9.) REVGUARD IS 100% SECURE AND COMPLIANT

Our entire system is cloud based and architected for the highest availability and security. We have completed the rigorous testing required to receive level III PCI compliance, even though we never store sensitive financial information about your customer.

We do not store credit card information, and only process charges or refunds through your CRM and at the request of your staff or the consumer.

## 10.) A TOOL THAT PROVIDES CRUCIAL STATISTICAL INSIGHT

No other company in the world has developed a CRM-integrated, customer-recognizing, self-service, integrated platform that continuously split-tests and optimizes your business week after week after week.

We have spent millions of dollars to develop and integrate our systems just so you can try it easily, use it effectively and make more money. We'll continue to create new features and capabilities because we love what we do!

**CONTACT US TO FIND OUT IF REVGUARD WILL WORK FOR YOU!**

 **REVGUARD** 6260 Lookout Road Boulder, CO 80301 | 1-877-301-3135 | sales@revguard.net

© 2014 RevGuard, LLC. All rights reserved
Ostrum Attachment DS-22