# PX1

## Ostrum Attachment DT

## Web Capture(s)

B 3-3

§ RevGuard

HOW REVGUARD WORKS    SOLUTIONS    RESOURCES    ABOUT    LOGIN

### How It All Started
The Creation of RevGuard

RevGuard's founders and owners, previously owned a company that sold subscription/continuity products to consumers over the web. Testing and optimizing customer acquisition by using A/B testing was an everyday process.

When they were getting ready to deploy a new automated phone system, they had the idea to test their new system using the same A/B testing methodology. They developed the software to track their results, and within 90 days DOUBLED their profits.

The ability to perform automated A/B testing on customer interactions had been realized, and RevGuard was born.

Through RevGuard's years of testing, we have learned that every B2C sales program has an optimal combination of returns, save sales, save returns, continuity incentives, pricing and customer service policies. This optimal combination maximizes each customer's lifetime value and keeps a business moving forward with new, innovative tests to optimize performance.

Plus, we combine A/B testing with a best-of-class automated customer service solution which allows for CLV optimization and dramatically reduces customer service costs. All of this is done while at the same time lifting customer satisfaction.

And that's what makes it so much fun.



*Dave McKee (CEO) and Nathan Long (Senior VP)*



**About**

Just like the A/B split tests you do in marketing, RevGuard's platform allows you to set up a control (A) and a test (B) for a specific segment of your customers when they contact your company through phone, email or web communication channels.

These specific customers are then randomly presented in either A or B options and their responses are recorded by the RevGuard system which is fully integrated with your CRM.

The testing results are shown to you through an analyst dashboard, which allows you to instantly see which tests are most profitable, so you can make more money with your customers.

**Sitemap**

Home
Request a Guided Tour
How It Works
Step-by-Step Process
CEO / CMO / CFO / CTO
Optimizing CLV
Profit Calculator
Analytics
Technology
Solutions
For Trial/Continuity Companies
For Subscription Companies
Products - PhoneVR
Products - Web
Products - Email

**Resources**
Blog
White Papers
Case Studies
Client Testimonials
Business Events

**About**
How It All Started
Meet the Team
Working Here
Partners
Referral Partner Calculator
Pricing
Contact

§ RevGuard

☎ 1 877 801-9135
✉ info@revguard.net
🕐 Mon - Fri 8:00 AM to 5:00 PM MT
📍 6390 Lookout Road
   Boulder, Colorado 80301

© 2016 RevGuard, LLC All rights reserved    Privacy Policy    Terms & Conditions    Standards    Product Releases

$ REVGUARD®

HOW REVGUARD WORKS    SOLUTIONS    RESOURCES    ABOUT    LOGIN

Continuity Companies
What RevGuard Does For You

RevGuard was started by people who have worked in the trial/continuity industry for years. They know exactly what it takes to be successful in the industry, and having an outstanding customer service system in place is one of the most valuable assets of your company. Every one of your customers will interface with your customer service system, so it is imperative that your system is the best it can be to keep your customers happy and make your business money.

**That's where RevGuard comes in. They are exactly what you need to ensure your customer service system is the most profitable asset possible through their A/B Split Testing methodology.**

As a trial/continuity business, you are constantly battling increasing charge backs, customer complaints and long, inefficient customer service calls. RevGuard can eliminate all of these issues in your business with their tested and proven customer service optimization techniques. When your customers are happy with their customer service experience, they are less likely to file a charge back, submit a negative complaint or tie up your customer service lines with their problems. Instead of trying to get more new customers at a cheaper cost, RevGuard will help you make more money with the customers you already have.

Knowing what it takes to run a successful trial/continuity company, RevGuard has identified Top 10 Key Performance Indicators, which they have found drive the most success for businesses. They constantly monitor these metrics of your business to ensure you are as profitable as possible

RevGuard also knows they make the most impact when working with trial/continuity companies that use **Lime Light, Orange CRM, Order Logix, OrderMotion, Response CRM, Triangle CRM,** or **UltraCart** as their CRM (Customer Relationship Manager).



Download PDF:
The Top 10 Reasons Why
Trial/Continuity Business
Models Should Use
RevGuard™

*"Working with RevGuard helped increase my revenue over working with just a live call center."*

**Anthony P.**

Ready to See A Short Demo? Contact Us Today!

**About**

Just like the A/B split tests you do in managing RevGuards platform allows you to set up a complete and a test for a specific segment of your customers what they contact your company through proven email or web communication channels.

These specific customers are then randomly presented with either A or B option and their reactions are recorded by the RevGuard system which is fully integrated with your CRM.

The testing results are shown to you through an analytics dashboard which allows you to instantly tell which tests are most profitable, so you can make more money with your customers.

**Sitemap**

Home
Request a Guided Tour
How It Works
Step by Step Process
C&D / CVD2 / CFG / CTG
Optimizing CLV
Profit Calculator
Analytics
Technology
Solutions
For The eContinuity Companies
For Subscription Companies
Products - PhoneVR
Products - Web
Products - Email

**Resources**
Blog
White Papers
Case Studies
Client Testimonials
Business Events

**About**
How It All Started
Meet the Team
Working Here
Partners
Referral Partner Calculator
Pricing
Contact

$ REVGUARD®

📞 1-877-301-3135
✉ info@revguard.mis
🕐 Mon - Fri: 9:00 AM to 5:00 PM MT
📍 6250 Lookout Road
Boulder, Colorado 80301

© 2016, RevGuard, LLC. All rights reserved    Privacy Policy   Terms & Conditions   Standards   Product Returns



We'd love to teach you more about how A/B testing to optimize CLV can increase your profits. Please reach out by phone or use the contact form on the right. We look forward to speaking with you soon!

📞 1-877-301-3135

🕐 Mon – Fri: 9:00 AM to 5:00 PM MT

📍 6260 Lookout Road, Boulder, Colorado 80301



I Would Love to Learn More!

During business hours your requests submitted via our contact form will be answered shortly.





## About

Just like the A/B split tests you do in marketing, RevGuard's platform allows you to set up a control (A) and a test (B) for a specific segment of your customers when they contact your company through phone, email or web communication channels.

Those specific customers are then randomly presented with either A or B option and their reactions are recorded by the RevGuard system, which is fully integrated with your CRM.

The testing results are shown to you through an analytics dashboard which allows you to instantly see which tests are most profitable, so you can make more money with your customers.

## Sitemap

Home
Request a Guided Tour
How it Works
Step by Step Process
CEO / CMO / CFO / CTO
Optimizing CLV
Profit Calculator
Analytics
Technology
Solutions
For Trial/Continuity Companies
For Subscription Companies
Products - Phone-R/R
Products - Web
Products - Email

Resources
Blog
White Papers
Case Studies
Client Testimonials
Business Events
About
How It All Started
Meet the Team
Working Here
Partners
Referral Partner Calculator
Pricing
Contact

## $ RevGuard

📞 1-877-301-3135
✉ info@revguard.net
🕐 Mon - Fri 9:00 AM to 5:00 PM MT
📍 6260 Lookout Road
Boulder, Co 80301

© 2016 RevGuard, LLC. All rights reserved    Privacy Policy  Terms & Conditions    Standards   Product Releases

Ostrum Attachment DT-3

# PX1

## Ostrum Attachment DU

## Web Capture(s)



## About Us

RevLive was created in 2004 through the growing needs of our own continuity offers. For us, it was challenging to find the perfect call center that understood the continuity industry and could help us achieve our customer service goals. We were looking for the uniqueness of a call center which could quickly grow with us and nurture our programs. Every continuity offer is different, and we had a difficult time finding a call center that was able to provide the custom service that we needed. After exhausting all of the possible options available we decided to create a call center for ourselves and RevLive was born. After seeing the remarkable results with our own campaigns, we decided to offer our premium services to the market, and many clients have made the switch to RevLive.

Today, RevLive is a leader in the live Customer Service industry. We are committed that your business thrives by cutting your customer service costs and customizing your campaign based on your company's goals. We have the ability to scale quickly for your rapid growth in any language while providing superior service and outcomes. Our reporting system is unmatched by the competition and ensures you have a constant pulse on your business. It's no surprise that RevLive is one of the fastest growing call centers in the world. We are passionate about your success and are excited to show you a new, results oriented approach to your business.

Contact a Program Manager today 1-866-299-4908 to see how RevLive can help grow your business and contribute to your bottom line.

**CONTACT US**

📍 2001 Cherry Street, Ste. 202
Louisville, CO 90027

📞 866-859-9906

**NEIL ARAGON**

VP of Business Development

📞 Direct: 303-931-9329

📱 Toll Free: 866-099-9906

✉️ neil@RevLive.net

© 2014 RevLive - All Rights Reserved | Privacy Policy | Terms & Conditions

# REVLIVE
WHERE YOUR SUCCESS IS OUR LIFE

HOME   PRODUCTS   THE REVLIVE ADVANTAGE   HYBRID APPROACH   ABOUT US   FAQ   CONTACT US

## FAQ

**Where are your call centers located?**

Our call centers are located in Louisville, Colorado and multiple locations in Philippines. We also have at-home agents located around the globe.

**How many years have you been in business?**

RevLive has been in the business for over 6 years servicing customers throughout North and South America along with Europe.

**What are RevLive's hours of operations??**

RevLive is open 24×7 except for New Year's Day, Christmas, Easter, and Thanksgiving.

**How do you price your services?**

RevLive utilizes flat rate billing. This allows our clients to accurately predict their call center expenses. It also takes away any confusion or surprises in their billing. If a customer requires extra care and time on the phone to resolve their issue, it costs you nothing extra!

**What is your business mix of inbound call center services versus outbound call center services?**

80% Inbound/10% Outbound/10% Email reply services.

**Do you provide after-hours call center services, overflow, and disaster recovery support for in-house call centers?**

Yes. We are highly customizable and will support all of your call center needs.

**Do you handle free-trial, continuity offers?**

Free trial and continuity offers are RevLive's area of expertise. Our agents are trained in save sale tactics and excel on these programs with the coaching and support of our management staff.

**Do you provide call recording services?**

Yes. All calls are recorded and saved for 30 days. We can provide copies of the recorded calls upon request.

**Do you provide e-mail management services?**

Yes. We have a response time of less than 24 hours. We can also provide an outbound call to ensure that the customer received the email reply.

**What is your ratio of customer service agents to supervisors?**

8 to 1

**Do you provide reporting?**

Yes. We have a client portal that allows our clients to pull multiple reports based on a variety of KPIs. This can be done in real-time, 24 hours-a-day

**CONTACT US**

2011 Cherry Street, Ste. 202
Louisville, CO 80027

866-898-4908

**NEIL ARAGON**

VP of Business Development

Direct: 303-635-6428
Toll Free: 866-899-4908
neil@revlive.net

# PX1

## Ostrum Attachment DV

## Web Capture(s)









## The Team

### Jenny (Frederick) Johnson
#### CEO



*Jenny Johnson – SVP of Biz Dev*

When you're working with people and data, a strong mix of skills is always essential. My limitless passion, thought leadership and creative execution mean I bring my clients measurable value year after year. My 12 years of experience in online marketing, including sales, product development, email, and optimization allow me to look at the limitless potential to earn you revenue – and execute it. My proven track record of success comes from dynamic, hands-on experience in this industry.

At RevMountain, I provide next generation solutions that deliver unparalleled results.

As a savvy pioneer in sales operations and business development, I'm dedicated to developing the offerings from RevMountain and RDRunner. Connect me today to monetize your traffic and make your business prosper!

### Sue Laurent
#### VP – Data Monetization



*Sue Laurent – VP of Data Monetization*

Data is king – and if you're not monetizing your data, you're leaving money on the table – money that flows right to your bottom line.

I use my vast experience on the Advertiser side to hunt down the highest-quality, most compliant data monetization opportunities – and offer them to our clients at the best rates. No need to talk to 5 different companies about each opportunity - RevMountain can handle all of your monetization needs in one place!

It's not all about the highest payouts – it's about what your monetization programs are doing to your company as a whole. Don't just chase after the highest-paying programs – work with RevMountain and let us help you find the right balance of payout while maintaining the quality of your core products' customers.

It's not all about the highest payouts – it's about working with vendors you trust. I have long-standing relationships with some of the top providers in the space – and I've used all of them for programs when I was on the Advertiser side – so I know what works and what doesn't, all the way down to LTV.

It's not about the highest payouts – OK, well maybe it is. But I can bring the economies of scale from across all of my clients to enable them to use the top monetization partners with the best payouts – payouts they can't get if they try to go direct.

I love helping companies maximize their profits – without breaking the trust they have with their customers. Talk to me and I'll help you achieve your goals.

### Tony Carson
#### Account Manager



*Tony Carson – Account Manager*

Hired in 2012 by RevMountain, I have developed a passion for what we do. I am a hands-on, interactive account manager who enjoys the day-to-day communication with clients and tries to make not only our company profitable, but your company as well. When we make money, you make money! I pride myself on honesty and integrity in business as well as hard-work. When working with RevMountain and our team, you can be assured that we are working around the clock to optimize your campaigns and help maximize your data to its fullest potential. We pride ourselves in customer satisfaction by heeding our competition with relentless technological innovation, dynamic team interaction and reliable execution.

We are a close knit company and love sharing this with our clients, so come join the RevMountain family and let's all move forward together and prosper!

### Make More Money Today!
303-218-6045
sales@revmountain.com

"I have RevMountain managing all of our data monetization and every month they add 10-15% to my bottom line. I couldn't survive without them!"

– Planet X Ron

Our Products  |  Sign Up Now!  |  Careers

Copyright © 2013 RevMountain, Inc. All Rights Reserved.

Ostrum Attachment DV-4

PX1

Ostrum Attachment DW

Web Capture(s)







# PX1

## Ostrum Attachment DX

## Certificate of Authenticity of Business Records

## CERTIFICATE OF AUTHENTICITY
## OF
## BUSINESS RECORDS

I, Kimberly A. Groff, declare, pursuant to Title 28, U.S.C. § 1746, that I am employed by GoDaddy.com, LLC, and that my office title or position is Legal-Admin II. I further declare that I am a custodian of records of said business and that each of the records attached hereto is the original or a duplicate (exact photocopy) of an original record in the custody of GoDaddy.com, LLC.

I further state that:

1.     Such records were made, at or near the times of the occurrence of the matters set forth by (or from information transmitting by) a person with knowledge of those matters;

2.     such records are kept in the course of a regularly conducted business activity;

3.     the business activity made such records as a regular practice; and

4.     if such records are not the originals, such records are duplicates of the originals.

I declare under penalty of perjury the forgoing is true and correct.

Dated this 27th day of January 2017.

Kimberly A. Groff
Legal-Admin II
GoDaddy.com, LLC.
14455 N. Hayden Road, Suite 219
Scottsdale, Arizona 85260

# PX1

## Ostrum Attachment DY

## Property Records Search Results

Ostrum Attachment DY-1



# Property Report for Account

**Today's Date: 7/10/2017**





Property Address:

City: UNINCORPORATED

Owner: LIVING TRUST

Parcel Number:

Mailing Address:

City, State, Zip: LONGMONT CO, 80503

Sec-Town-Range:

Subdivision:

Jurisdiction: undefined

Legal Description:

Square Feet: 29,206

Ostrum Attachment DY-2

Acres:    0.67



# Assessment Report for Account

**Today's Date: 7/10/2017**

## Account

| | |
|---|---|
| Account Number: | ████ |
| Parcel Number: | ████ |
| Tax Area: | 003274 |
| No. of Improvements: | 1 |
| Site Address: | ████ |
| Neighborhood: | NIWOT |

## Deeds

| Deed# | Sale Date | Recorded | Sale Price |
|---|---|---|---|
| 3585266 | 4/3/2017 | 4/7/2017 | $0.00 |
| 3585298 | 4/3/2017 | 4/7/2017 | $0.00 |
| 3540342 | 7/27/2016 | 8/30/2016 | $0.00 |
| 3540190 | 7/26/2016 | 8/30/2016 | $0.00 |
| 3522622 | 6/6/2016 | 6/7/2016 | $1,875,000.00 |
| 1822697 | 7/10/1998 | 7/10/1998 | $385,000.00 |
| 1406742 | 3/18/1994 | 3/18/1994 | $0.00 |
| 1203364 | 7/17/1992 | 7/17/1992 | $0.00 |

**Total Account Value**

|  | **Actual** | **Assessed** |
|---|---|---|
| Total: | 2644800 | 190426 |
| Structure: | 2243800 | 161554 |
| Land: | 401000 | 28872 |
| X-Features: | 0 | 0 |
| MillLevy: | 94.315 | |

## Improvements

| | |
|---|---|
| Section: | 1 |
| Class: | SINGLE FAM RES IMPROVEMENTS |
| Built: | 1998 |
| Design: | 2 - 3 STORY |

### Number of rooms:

| | |
|---|---|
| Total: | 15 |
| Bedrooms: | 6 |
| Full Bath: | 6 |
| 3/4 Bath: | 1 |
| Half Bath: | 2 |

### Areas of levels in sq. ft.

| | |
|---|---|
| FIRST FLOOR (ABOVE GROUND) FINISHED AREA | 4104 |
| 2ND FLOOR AND HIGHER FINISHED AREA | 2118 |
| WALK-OUT BASEMENT FINISHED AREA | 3279 |
| WALK-OUT BASEMENT UNFINISHED AREA | 1065 |
| ATTACHED GARAGE AREA | 1189 |
| GARAGE W/ FINISHED WALLS AREA | 452 |
| DECK AREA | 216 |
| DECK AREA | 240 |
| PATIO AREA | 176 |
| PATIO AREA | 168 |
| PORCH AREA | 144 |
| PORCH AREA | 104 |
| PORCH AREA | 168 |
| PORCH AREA | 176 |

Ostrum Attachment DY-4

# Sales Report for Account

**Today's Date: 7/10/2017**

| | Subject | Comparable | Comparable | Comparable |
|---|---|---|---|---|
| Address | | 6487 CHERRY CT | 8061 BELLFLOWER CT | 6470 CHERRY CT |
| Account No | | R0057029 | R0108806 | R0113205 |
| Design | 2-3 Story | 2-3 Story | 2-3 Story | 2-3 Story |
| Sale Date | | 5/18/2016 | 4/10/2015 | 4/29/2016 |
| Time-Adj Sale Price | | $2,638,700 | $2,255,500 | $2,162,600 |
| Living Area | 6222 SQ FT | 5652 SQ FT | 6006 SQ FT | 6107 SQ FT |
| Year Built | 2001 | 2011 | 1997 | 2007 |
| Basement Finished | 3279 SQ FT | 1806 SQ FT | 1213 SQ FT | 2294 SQ FT |
| Basement Total | 4344 SQ FT | 2270 SQ FT | 1595 SQ FT | 3244 SQ FT |
| Garage Total | 1641 SQ FT | 1254 SQ FT | 1108 SQ FT | 1339 SQ FT |
| Parcel Number | 131531009906 | 131531005001 | 131531004019 | 131531005002 |
| Quality | Exceptional | Exceptional | Exceptional | Exceptional |
| Distressed | | No | No | No |
| Land Area | 29206 SQ FT | 43135 SQ FT | 48312 SQ FT | 48312 SQ FT |





Ostrum Attachment DY-5

# Zoning Report for Account

**Today's Date: 7/10/2017**

Address:
Parcel Number:
Zoning: RR - Rural Residential
Wind Load (Vult): 150
Ground Snow Load (lbs/sqft): 40

## Land Use Department Permits and Dockets

| | |
|---|---|
| BP-17-0800 | New Deck |
| BP-04-2112 | FINISH EXERCISE ROOM IN BASEMENT |
| BP-98-1646 | INGROUND POOL AND SPA |
| BP-98-1165 | SINGLE FAM DWELLING/ATT GAR |
| RE-93-03 | |

Boulder County

# Floodplain Report for Account

**Today's Date: 7/10/2017**

**Floodplain Information**

Address:
Parcel Number:
Flood Zone:

Ostrum Attachment DY-6

Floodway:

FIRM Map Num:



## Survey Report for Account

**Today's Date: 7/10/2017**



## Elections Report for Account

**Today's Date: 7/10/2017**

Address:

Parcel Number:

Precinct:                              undefined

US Congressional District:            undefined

State Senate:                         undefined

StateHouse:                           undefined

County Commissioner:                  undefined

**Boulder County**

**Search Criteria:** Search Type: Platted Legal Description; Subdiv.: ▮ ; Ext: 5

**Displaying 1-21 of 21 Items**

| Reception # | Book/Page | Name | Other Name | Doc Type | Recorded | Verified |
|---|---|---|---|---|---|---|
| 03585298 | | GR MCNEA BLAIR WILLIAM | GE ▮ LIVING TRUST | QUIT CLAIM DEED | 04/07/2017 | ✓ |
| 03585289 | | GR MCNEA BLAIR WILLIAM | GE ELEVATIONS CREDIT UNION | DEED OF TRUST | 04/07/2017 | ✓ |
| 03585266 | | GR ▮ LIVING TRUST | GE MCNEA BLAIR WILLIAM | QUIT CLAIM DEED | 04/07/2017 | ✓ |
| 03577187 | | GR MCNEA BLAIR WILLIAM TRUSTEE ▮ LIVING TRUST | GE WELLS FARGO BANK NA | DEED OF TRUST | 02/27/2017 | ✓ |
| 03540342 | | GR MCNEA BLAIR WILLIAM | GE ▮ LIVING TRUST | QUIT CLAIM DEED | 08/30/2016 | ✓ |
| 03540261 | + | GR MCNEA BLAIR WILLIAM | GE ELEVATIONS CREDIT UNION | DEED OF TRUST | 08/30/2016 | ✓ |
| 03540190 | | GR ▮ LIVING TRUST MCNEA BLAIR WILLIAM TRUSTEE | GE MCNEA BLAIR WILLIAM | QUIT CLAIM DEED | 08/30/2016 | ✓ |
| 03522635 | + | GR ▮ LIVING TRUST MCNEA BLAIR WILLIAM MCNEA RACHAEL ANN MCNEA BLAIR WILLIAM TRUSTEE | GE ELEVATIONS CREDIT UNION | DEED OF TRUST | 06/07/2016 | ✓ |
| 03522622 | | GR ▮ LIVING TRUST | GE ▮ LIVING TRUST | WARRANTY DEED | 06/07/2016 | ✓ |
| 03432852 | | GR ▮ | GE ▮ | SUPPLEMENTAL AFFIDAVIT | 03/12/2015 | ✓ |
| 03268055 | | GR ▮ | GE BANK OF AMERICA NA MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC NOMINEE | DEED OF TRUST | 11/16/2012 | ✓ |
| 03187603 | | GR ▮ | GE MUTUAL OF OMAHA BANK | DEED OF TRUST | 12/02/2011 | ✓ |
| 03061850 | + | GR ▮ | GE COLORADO BUSINESS BANK | DEED OF TRUST | 03/04/2010 | ✓ |
| 03060883 | + | GR PUBLIC TRUSTEE POSTLE DEVELOPMENT | GE FIRST NATIONAL BANK | PUBLIC TRUSTEES DEED | 02/25/2010 | ✓ |

# PX1

## Ostrum Attachment DZ

## Property Records Search Results



Boulder County

## Property Report for Account P0317379

**Today's Date: 7/10/2017**



| | |
|---|---|
| Property Address: | 6260 LOOKOUT RD |
| City: | BOULDER |
| Owner: | CONVERTIS LLC |
| Parcel Number: | 146310002003 |
| Mailing Address: | 6260 LOOKOUT ROAD |
| City, State, Zip: | BOULDER CO, 80301-3686 |
| Sec-Town-Range: | |
| Subdivision: | |
| Jurisdiction: | Boulder |
| Legal Description: | 6260 LOOKOUT RD BOULDER 80301 |
| Square Feet: | 67,690 |
| Acres: | 1.55 |



## Assessment Report for Account P0317379

http://maps.boco.solutions/...OUT RD  BOULDER &parcel=146310002003&precinct=2181007803&comm=3&cong=2&senate=18&house=10&floodzone=X&floodway=No&firm=08013C0404J[7/10/2017 10:23:31 AM]

Ostrum Attachment DZ-1

# PX1

## Ostrum Attachment EA

## Property Records Search Results

Boulder County



## Property Report for Account R0144367

**Today's Date: 7/10/2017**



| | |
|---|---|
| Property Address: | 2011 CHERRY ST |
| City: | LOUISVILLE |
| Owner: | OROURKE FAMILY LLC |
| Parcel Number: | 157516017001 |
| Mailing Address: | 2011 CHERRY ST STE 104 |
| City, State, Zip: | LOUISVILLE CO, 80027 |
| Sec-Town-Range: | 16 -1S -69 |
| Subdivision: | PARK AT C T C - LO |
| Jurisdiction: | Louisville |
| Legal Description: | LOT 1 BLK 3 PARK AT C T C |
| Square Feet: | 167,520 |

http://maps.boco.solutions/...1&precinct=2171207201&comm=3&cong=2&senate=17&house=12&floodzone=X&floodway=No&firm=0850730078F, 08001C0300H, 08059C0100F, 08013C0603J[7/10/2017 10:28:54 AM]

Ostrum Attachment EA-1

# PX1

## Ostrum Attachment EB

## Web Capture(s)





## Get Customers

Expand your reach risk free
while maximizing your ROI.

LEARN MORE



## Get Campaigns

Earn more with access to our top
performing campaigns

LEARN MORE

### from The Press



**Clickbooth to Sponsor the Opening Night Reception at ADSUM Conference in December**

*Posted on October 1, 2016*

LOS ANGELES (October 3
2016) - Clickbooth, a recognized
online performance advertising
leader and one of the #1 Ad
performance marketing exchange
focused on Cost-Per-Action and
Cost-Per-Click affiliate marketing, is
pleased to announce that they will
sponsor...
Read More

**LP Offer Rotation: Clickbooth's Latest Innovation to Increase Affiliates' Return**

*Posted on August 1, 2016*



At Clickbooth our vision is to
empower our affiliates to scale
their ROI, using our one-of-a-kind
technology to drive increased
EPCs and eCPMs. Since we've
moved our business from CPA to
our own CB Performance
Exchange, a top request among
affiliates...
Read More

**Clickbooth named best company to work for for seventh year**

*Posted on Jun 26, 2016*



Online performance advertising
pioneer, Clickbooth has been
named a Best Company for sixth
for by Florida Trend. The most
Clickbooth's "thoughtrecognition
10th overall recognition for their
investment and focus on
company culture.
Read More

### from Our Blog

**The Definitive Guide to Affiliate World Europe**

*Posted on May 17, 2017*



Affiliate World Europe 2017 is
heading back to Berlin and this is
looking to be the best
conference yet! Will you be here?
Clickbooth and the team will be
and we can't wait for you, be sure
to stop by our booth #17 on the
exhibit floor.
Read More

**New How To Videos for Offer Rotation!**

*Posted on April 3, 2017*



At Clickbooth our vision is to
empower our affiliates to scale
their ROI, using our one-of-a-kind
technology to drive increased
EPCs and eCPMs. Since we've
moved our business from CPA to
our own CB Performance
Exchange a top request among
affiliates...
Read More

**Highlights from Clickbooth's 2017 Think Bigger Event**

*Posted on March 1, 2017*



Clickbooth's mantra is Think
Bigger - now it's easier to, now
think! As we look at the interactions
with our team and all the
conversations here, we challenge
you, our clients, to think with
higher with your business goals.
Read More

See More

Ostrum Attachment EB-1



# PX1

## Ostrum Attachment EC

## Web Capture(s)



5/30/2017                                        Affiliates - CPA BEYOND Publisher



# PX1

## Ostrum Attachment ED

## Web Capture(s)



5/30/2017 CPA Response, LLC. | LinkedIn

**Keep up with CPA Response, LLC.**

Stay up to date with company news

Discover new job opportunities

See how you're connected to employees

Join LinkedIn to get the latest news, insights, and opportunities from over 3 million companies. It's free! **Join LinkedIn**

**CPA Response, LLC.**
Marketing and Advertising
11-50 employees

44 followers  Follow  See jobs

Home

CPA Response puts our in-the-trenches direct response marketing experience to work for you. Our experienced call center team ensures all new campaigns are handled in the most professional manner while Syndio's experienced marketers and industry professionals provide valuable insight into administering successful campaigns. These two teams are the ingredients to forming successful campaigns and increasing the ROI from your existing and future online marketing.

CPA Response was created to increase the ROI of online advertising through the tried and true method of telephone sales. We take the non-buyer information captured in your existing online marketing efforts and turn them into sales that would not have been seen through traditional online marketing.

By enabling you to reach out further and find new sales using data you already have, CPA Response allows you to literally pick up money already on the table.

CPA Response's services are designed to make the entire process as simple and easy as possible. Once approved as a Client, CPA Response will help you optimize your existing campaigns, assist you in uploading existing customer data and begin converting customers for you in no time. From secure data transmission to sales generation to quality control and reporting, we do it all. Just sit back and count the new customers.

CPA Response fills a need in the industry where traditional online based companies prefer not to go. Who wants to manage the headache and spend the money on the overhead needed to run a productive call center? Companies with a strong online presence need to maintain their marketing edge and maintain their product value on a daily basis. CPA Response allows each client to harness the power of the tried and true phone sale without the headache of managing a call center.

CPA Response has a robust infrastructure of call centers all over the world that create value to any partial form fill lead received.

**Specialties**
direct response marketing, online marketing, online advertising, telephone sales

| | | |
|---|---|---|
| **Website** http://www.cparesponse.com | **Industry** Marketing and Advertising | **Type** Privately Held |
| **Headquarters** 6800 SW 40th St., #642 Miami, FL 33155 United States | **Company Size** 11-50 employees | **Founded** 2008 |

Especially when you don't have to.
COMCAST

**People Also Viewed**

RICHWEB media

**Help recruiters find you**
Members with a position get 3 times more profile views.

Update your profile

Sign up  Help Center  About  Careers  Advertising  Talent Solutions  Sales Solutions  Small Business  Mobile  Language  SlideShare  Online Learning

https://www.linkedin.com/company/cpa-response-llc.  1/2

Ostrum Attachment ED-1

5/30/2017                                CPA Response, LLC. | LinkedIn

**Linked** | Sign in  Join now

Ostrum Attachment ED-2

# PX1

## Ostrum Attachment EE

## Web Capture(s)



**Linked**                                                                    Sign in    Join now

## Keep up with Q Interactive                                          ×

Stay up to date with     Discover new job      See how you're connected
company news             opportunities          to employees

Join LinkedIn to get the latest news, insights, and opportunities from over 3 million companies. It's free!   **Join LinkedIn**

### Q Interactive
Marketing and Advertising
11-50 employees

1,731 followers   Follow    See jobs

**Home**

Q INTERACTIVE

Q Interactive is the Internet's leading provider of consumer acquisition solutions. Every year, more than 1,000 leading brands rely on Q Interactive's targeted services to build their customer database with active, interested consumers who engage with brands, including nearly half of the nation's top 100 advertisers as ranked by Advertising Age.

Specializing in lead generation, Q Interactive optimizes its consumer acquisition services across a broad advertising network using a combination of online and offline behavioral, demographic and transactional data. Since 1995, Q Interactive has been committed to the highest standards in ethical business practices, consumer permission and data privacy.

**Specialties**
Consumer acquisition and engagement via lead generation, daily deals, mobile advertising and social media. Registration path solutions, email and newsletters, predictive behavioral targeting, advanced analytics, display advertising, agency services, creative optimization, target optimization and original creative.

| | | |
|---|---|---|
| **Website**<br>http://www.qinteractive.com | **Industry**<br>Marketing and Advertising | **Type**<br>Privately Held |
| **Headquarters**<br>1601 NW 136th Ave Suite A-200<br>Sunrise, FL 33323 United States | **Company Size**<br>11-50 employees | **Founded**<br>1997 |

### Recent Updates

Q Interactive is hiring: Front End Developer

Careers at Q Interactive · See more jobs · 9 months ago

Q Interactive is hiring: Client Account Manager

Careers at Q Interactive · See more jobs · 9 months ago

Q Interactive is hiring: Campaign Manager

**Q Interactive employees**

Rob Hunter

See how you're connected ▸

With two-hour appointment windows.

COMCAST

**People Also Viewed**

Ostrum Attachment EE-1

5/23/2017                                                                                                                Q Interactive | LinkedIn



**Q Interactive** is hiring: Web Developer

Careers at Q Interactive · See more jobs · 11 months ago

**Q Interactive** is hiring: Campaign Manager

Careers at Q Interactive · See more jobs · 11 months ago

REQUEST

Sign up · Help Center · About · Careers · Advertising · Talent Solutions · Sales Solutions · Small Business · Mobile · Language · SlideShare · Online Learning
LinkedIn Influencers · Search Jobs · Directories · Members · Jobs · Pulse · Topics · Companies · Groups · Universities · Titles · ProFinder
Linked[in] © 2017 · User Agreement · Privacy Policy · Community Guidelines · Cookie Policy · Copyright Policy · Unsubscribe

Ostrum Attachment EE-2

# PX1

## Ostrum Attachment EF

## Web Capture(s)



PX1

Ostrum Attachment EG

Web Capture(s)



## CPA NETWORK FOR ADVERTISERS

**Acquire New Customers**

Quality, trust and service set our CPA advertising network apart. We make it safe & easy to achieve your customer acquisition or lead-gen goals—you pay only for results, on a cost-per-action basis.

[ SEE HOW WE HELP YOU SUCCEED ]

## CPA NETWORK FOR AFFILIATES

**Learn More With W4**

The W4 CPA affiliate network was founded on a difference: To give smart, successful publishers the respect they deserve and the one-on-one service they need to become even more successful.

[ DISCOVER THE W4 DIFFERENCE ]





PX1

Ostrum Attachment EH

Web Capture(s)





Ostrum Attachment EH-2







# PX1

## Ostrum Attachment EI

## Web Capture(s)





Ostrum Attachment EI-1



# We are Amped Media

### We make something very complex, very simple.

Founded in early 2008, Amped Media is a leading performance-based lead generation network aimed at offering an optimized and refined solution for both Publishers and Advertisers. With our continuously evolving approach, we effectively provide a vast audience of buying consumers.

Our focus is to provide a measurable result for our Advertisers while maintaining a premium return for Publishers. Through detailed analytics and intelligent optimization, Advertisers are matched with specific traffic streams that yield the best result. What converts for one advertiser, may not convert for another, but thats for the data to decide.

## Meet the Executive Team!
they are always up to something good!

**Jonathan Gies**
Chief Executive Officer

Founder and visionary dedicated to the continued success of Amped and its Partners.

**Edward Murray Jr**
Chief Operations Officer

Handles day to day operations of all departments as well as overseeing compliance and analysis of statistical data.

**Chad Bowman**
Business Development Officer

Oversees the business development efforts by growing and maintaining strategic relationships.

## CONTACT US
We love meeting new people, please reach out using any method provided below.

1048 Eber Blvd, Ste #404, Melbourne FL 32904    (321) 549-0000    (321) 951-2510    contact@ampedmedia.com

Copyright ©2017 Amped Media Inc all rights reserved.

PX1

Ostrum Attachment EJ

Web Capture(s)





# PX1

## Ostrum Attachment EK

## Web Capture(s)



## Global Performance Marketing
## & CPA Affiliate Network

AdWork Media's monetization solutions are the ultimate platform for content publishers, website owners, and game & app developers. Generate the most profit from your web & mobile traffic. Our **Content Locker**, Link Locker, **Product Locker**, **Offer Wall** & other **monetization tools** are easily integrable to protect premium content such as downloads, links, upgrades, credits, guides, digital products, music & much more. Generate earnings for each user that unlocks your content!



Ostrum Attachment EK-1

Earn More From Your Traffic!™

## PUBLISHERS

**EARN MORE FROM YOUR TRAFFIC!™**

Quick Sign Up ▸



EXPLORE OUR AWARD-WINNING



## EXPLORE OUR AWARD-WINNING NETWORK FEATURES

Take a **tour** of all the great features AdWork Media Publishers can utilize to profit from web and mobile traffic. Our global monetization tools automatically handle time-intensive tasks like selecting top performing campaigns, optimizing campaigns for devices & countries, and other mundane tasks. Focus your time more efficiently on building traffic and let our proven money-making tools handle the rest! Our support team is also available 7 days per week to assist you in any way.

## What Our **Publishers** Say!

**Ricardo, USA**
AdWork Media's publisher platform is a pleasure to work with! The support team has been phenomenal!

**Lucas, Netherlands**
It's a great feeling to find an affiliate network that you can trust! Fast payments, lots of tools, and great support.

**Aarush, India**
The automation on AdWork's platform is really nice. I just send traffic and let their system auto optimize the offers that are shown to my users!





# PX1

## Ostrum Attachment EL

## Web Capture(s)







# PX1

## Ostrum Attachment EM

## Web Capture(s)









Ostrum Attachment EM-3



Ostrum Attachment EM-4





Ostrum Attachment EM-5



SUNSHINE HEALTH PRODUCTS, INC.
One Of The Most Trusted Oral Health Care Manufacturers In The USA

Letters to Distributors





SUNSHINE HEALTH PRODUCTS, INC.
One Of The Most Trusted Oral Health-Care Manufacturers In The USA

Home    About Us    Our Services    Products    Terms and Conditions    Contact Us

## FAQ

Ostrum Attachment EM-7



SUNSHINE HEALTH PRODUCTS, INC.
One Of The Most Trusted Oral Health Care Manufacturers In The USA

# PX1

## Ostrum Attachment EN

## Web Capture(s)



AZ Corp. Commission

04671498

RECEIVED

MAY 1 3 2014

ARIZONA CORP. COMMISSION
CORPORATIONS DIVISION

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

## LLC STATEMENT OF CHANGE
## OF KNOWN PLACE OF BUSINESS ADDRESS OR STATUTORY AGENT
*Read the Instructions L0201*

***NOTE** – no matter what is being changed, numbers 1, 2, 3.1, 4.1, and 4.2 must be completed. The form will be rejected if those sections are not completed.*

**1. ENTITY NAME** – give the exact name of the LLC as currently shown in A.C.C. records:

**ACTION PRO WHITE, LLC**

**2. A.C.C. FILE NUMBER:** **L-1774605-2**
Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

**3. ARIZONA KNOWN PLACE OF BUSINESS ADDRESS:**

| 3.1 *REQUIRED* – list the known place of business address currently shown in A.C.C. records (before any changes): | 3.2 *Optional* - List the NEW known place of business address in Arizona (must be a street or physical address): |
|---|---|
| Attention (optional) | Attention (optional) |
| 7702 E. Doubletree Ranch Road, #300 | |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |

| City | State | Zip | City | State | Zip |
|---|---|---|---|---|---|
| Scottsdale | AZ | 85258 | | | |

3.3 If you completed 3.2, is the NEW known place of business address in Arizona the same as the street address of the statutory agent?  ☐ Yes  ☑ No

**4. CURRENT OR EXISTING STATUTORY AGENT** – list the name and addresses of the statutory agent as shown in the records of the Arizona Corporation Commission *before any changes* (this is the existing statutory agent):

| 4.1 *REQUIRED* – list the *name and physical or street address* (not a P.O. Box) in Arizona of the existing statutory agent: | 4.2 *REQUIRED* – list the mailing address (if one exists in A.C.C. records) in Arizona of the existing Statutory Agent: |
|---|---|
| Mariscal Weeks McIntyre & Frie | |
| Statutory Agent Name | |
| Attention (optional) | Attention (optional) |
| 2901 N. Central Avenue, #200 | |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |

| City | State | Zip | City | State | Zip |
|---|---|---|---|---|---|
| Phoenix | AZ | 85012 | | | |

L020.001
Rev 2010

Arizona Corporation Commission – Corporations Division
Page 1 of 3

**4.3** ☐ **CHANGE IN EXISTING STATUTORY AGENT NAME ONLY** – if the *name only* of the existing statutory agent listed in number 5.1 above has changed, but a new agent has not been appointed, check the box and give the new name of the existing statutory agent below:

_____

**4.4** **CHANGE IN EXISTING STATUTORY AGENT ADDRESS** – check all that apply and follow instructions:

☐ **STREET ADDRESS CHANGED** – complete number 4.5.

☐ **MAILING ADDRESS CHANGED** – complete number 4.6.

| **4.5 NEW STREET ADDRESS** – give the NEW physical or street address (not a P.O. Box) in Arizona of the existing statutory agent: | | | **4.6 NEW MAILING ADDRESS** – give the NEW mailing address in Arizona of the existing statutory agent (can be a P.O. Box): | | |
|---|---|---|---|---|---|
| Attention (optional) | | | Attention (optional) | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City | State | Zip | City | State | Zip |

| **5.** ☑ **NEW STATUTORY AGENT** – if a new statutory agent is being appointed, check the box and complete the following for the **NEW** statutory agent: | | | | | |
|---|---|---|---|---|---|
| **5.1** *REQUIRED* – give the name (can be an individual or an entity) and physical or street address (not a P.O. Box) in Arizona of the NEW statutory agent: | | | **5.2** *OPTIONAL* – mailing address in Arizona of NEW Statutory Agent (can be a P.O. Box): | | |
| National Corporate Research, Ltd. | | | | | |
| Statutory Agent Name | | | | | |
| Attention (optional) | | | Attention (optional) | | |
| 815 North First Avenue, Suite #4 | | | | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City  Phoenix | State  AZ | Zip  85003 | City | State | Zip |
| **5.3** *REQUIRED* – if you are appointing a new statutory agent, the <u>Statutory Agent Acceptance</u> form M002 must be submitted along with this Statement of Change form. | | | | | |

Ostrum Attachment EN-2

**SIGNATURE – see Instructions L020I for who is authorized to make changes:**

If the person signing this form is the existing statutory agent changing its own address, then by the signature appearing below, the existing statutory agent certifies *under penalty of perjury* that he or she has given the LLC named in number 1 above written notice of the address change.

By checking the box marked "I accept" below, I acknowledge *under penalty of perjury* that this document together with any attachments is submitted in compliance with Arizona law.

☑ I ACCEPT

_Signature_     Jenny Johnson     _Printed Name_     5/2/14     _Date_

**REQUIRED** – check only one and fill in the corresponding blank if signing for an entity:

| ☑ I am the Individual Manager of this manager-managed LLC or I am signing for an entity manager named: | ☐ I am a Member of this member-managed LLC or I am signing for an entity member named: | ☐ I am a Statutory Agent changing only my own address and/or my own name. |
|---|---|---|
| Wave Rock, LLC | | |

| Filing Fee: $5.00 (regular processing)<br>Expedited processing – add $35.00 to filing fee.<br>All fees are nonrefundable – see Instructions. | Mail:<br>Fax: | Arizona Corporation Commission – Corporate Filings Section<br>1300 W. Washington St., Phoenix, Arizona 85007<br>602-542-4100 |

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

L020.001
Rev: 10/10

Arizona Corporation Commission – Corporations Division
Page 3 of 3

Ostrum Attachment EN-3

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# STATUTORY AGENT ACCEPTANCE
### *Please read Instructions M002I*

1.  **ENTITY NAME** – give the **exact** name in Arizona of the corporation or LLC that has appointed the
    Statutory Agent (this must match exactly the name as listed on the document appointing the
    statutory agent, e.g., Articles of Organization or Article of Incorporation):

    ## ACTION PRO WHITE, LLC

2.  **A.C.C. FILE NUMBER** (if entity is already incorporated or registered in AZ): __L-1774605-2__
    Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

3.  **STATUTORY AGENT NAME** – give the exact name of the Statutory Agent appointed by the
    entity listed in number 1 above (this will be *either* an individual or an entity). *NOTE* - the name
    must match **exactly** the statutory agent name as listed in the document that appoints the
    statutory agent (e.g. Articles of Incorporation or Articles of Organization), including any middle
    initial or suffix:

    ## National Corporate Research, Ltd.

### STATUTORY AGENT SIGNATURE:

By the signature appearing below, the individual or entity named in number 3 above
accepts the appointment as statutory agent for the entity named in number 1 above, and
acknowledges that the appointment is effective until the appointing entity replaces the statutory
agent or the statutory agent resigns, whichever occurs first.

The person signing below declares and certifies *under penalty of perjury* that the information
contained within this document together with any attachments is true and correct, and is
submitted in compliance with Arizona law.

| | |
|---|---|
| _Signature_ | **Alexis Cassidy, Asst. Secretary** |
| | _Printed Name_ |

**REQUIRED** – check only one:

| ☐ **Individual as statutory agent:** I am signing on behalf of myself as the individual | ☒ **Entity as statutory agent:** I am signing on behalf of the entity named as statutory agent, and I am authorized to act for that entity. |
|---|---|

| | |
|---|---|
| Filing Fee:  none (regular processing)<br>Expedited processing – (available only if this form is submitted by itself) add $35.00 to filing fee.<br>All fees are nonrefundable - see Instructions. | **Mail:**  Arizona Corporation Commission - Corporate Filings Section<br>1300 W. Washington St., Phoenix, Arizona  85007<br>**Fax:**  602-542-4100 |

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute.  You should seek private legal counsel for those matters that may pertain
to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

M002.002
Rev: 2014

Arizona Corporation Commission – Corporations Division
Page 1 of 1

AZ Corp. Commission

04671499

RECEIVED

MAY 1 3 2014

ARIZONA CORP. COMMISSION
CORPORATIONS DIVISION

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

## LLC STATEMENT OF CHANGE
## OF KNOWN PLACE OF BUSINESS ADDRESS OR STATUTORY AGENT
### Read the Instructions L020I

**NOTE** – no matter what is being changed, numbers 1, 2, 3.1, 4.1, and 4.2 must be completed.
The form will be rejected if those sections are not completed.

1. **ENTITY NAME** – give the exact name of the LLC as currently shown in A.C.C. records:

   **BELLAATHOME, LLC**

2. **A.C.C. FILE NUMBER:**    **L-1769941-8**
   Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

3. **ARIZONA KNOWN PLACE OF BUSINESS ADDRESS:**

| 3.1 *REQUIRED* – list the known place of business address currently shown in A.C.C. records (before any changes): | 3.2 *Optional* - List the NEW known place of business address in Arizona (must be a street or physical address): |
|---|---|
| Attention (optional) | Attention (optional) |
| **7702 E. Doubletree Ranch Road, #300** | |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |
| City **Scottsdale**  State **AZ**  Zip **85258** | City   State   Zip |

3.3  If you completed 3.2, is the NEW known place of business address in Arizona the same as the street address of the statutory agent?   ☐ Yes   ☑ No

4. **CURRENT OR EXISTING STATUTORY AGENT** – list the name and addresses of the statutory agent as shown in the records of the Arizona Corporation Commission *before any changes* (this is the existing statutory agent):

| 4.1 *REQUIRED* – list the *name* and *physical or street address* (not a P.O. Box) in Arizona of the existing statutory agent: | 4.2 *REQUIRED* – list the *mailing address* (if one exists in A.C.C. records) in Arizona of the existing Statutory Agent: |
|---|---|
| **Mariscal Weeks McIntyre & Frie** | |
| Statutory Agent Name | |
| Attention (optional) | Attention (optional) |
| **2901 N. Central Avenue, #200** | |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |
| City **Phoenix**  State **AZ**  Zip **85012** | City   State   Zip |

L020.001
Rev: 2013

Arizona Corporation Commission – CorporaData Division
Page 4 of 5

Ostrum Attachment EN-5

**4.3** ☐ **CHANGE IN EXISTING STATUTORY AGENT NAME ONLY** — If the *name only* of the existing statutory agent listed in number 5.1 above has changed, but a new agent has not been appointed, check the box and give the new name of the existing statutory agent below:

_____

**4.4** **CHANGE IN EXISTING STATUTORY AGENT ADDRESS** — check all that apply and follow instructions:

☐ **STREET ADDRESS CHANGED** — complete number 4.5.

☐ **MAILING ADDRESS CHANGED** — complete number 4.6.

| 4.5 NEW STREET ADDRESS – give the NEW physical or street address (not a P.O. Box) in Arizona of the existing statutory agent: | | | 4.6 NEW MAILING ADDRESS – give the NEW mailing address in Arizona of the existing statutory agent (can be a P.O. Box): | | |
|---|---|---|---|---|---|
| Attention (optional) | | | Attention (optional) | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City | State | Zip | City | State | Zip |

| 5. ☑ NEW STATUTORY AGENT – If a new statutory agent is being appointed, check the box and complete the following for the NEW statutory agent: | | | | | |
|---|---|---|---|---|---|
| 5.1 REQUIRED – give the name (can be an individual or an entity) and physical or street address (not a P.O. Box) in Arizona of the NEW statutory agent: | | | 5.2 OPTIONAL – mailing address in Arizona of NEW Statutory Agent (can be a P.O. Box): | | |
| **National Corporate Research, Ltd.**<br>Statutory Agent Name | | | | | |
| **815 North First Avenue, Suite #4**<br>Attention (optional) | | | Attention (optional) | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City **Phoenix** | State **AZ** | Zip **85003** | City | State | Zip |
| 5.3 REQUIRED – If you are appointing a new statutory agent, the Statutory Agent Acceptance form M002 must be submitted along with this Statement of Change form. | | | | | |

L025.001
Rev 2010

Arizona Corporation Commission – Corporations Division
Page 2 of 3

Ostrum Attachment EN-6

**SIGNATURE** – *see Instructions L020I for who is authorized to make changes:*

If the person signing this form is the existing statutory agent changing its own address, then by the signature appearing below, the existing statutory agent certifies *under penalty of perjury* that he or she has given the LLC named in number 1 above written notice of the address change.

By checking the box marked "I accept" below, I acknowledge *under penalty of perjury* that this document together with any attachments is submitted in compliance with Arizona law.

☑ I ACCEPT

_____     Jenny Johnson     5/2/14
Signature                    Printed Name        Date

**REQUIRED** – check only one and fill in the corresponding blank if signing for an entity:

| ☑ I am the Individual Manager of this manager-managed LLC or I am signing for an entity manager named: | ☐ I am a Member of this member-managed LLC or I am signing for an entity member named: | ☐ I am a Statutory Agent changing only my own address and/or my own name. |
|---|---|---|
| Wave Rock, LLC | | |

| Filing Fee:  $5.00 (regular processing)<br>Expedited processing – add $35.00 to filing fee.<br>All fees are nonrefundable - see Instructions. | Mail:<br>Fax: | Arizona Corporation Commission - Corporate Filings Section<br>1300 W. Washington St., Phoenix, Arizona  85007<br>602-542-4100 |
|---|---|---|

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# STATUTORY AGENT ACCEPTANCE
*Please read Instructions M002I*

1. **ENTITY NAME** – give the **exact** name in Arizona of the corporation or LLC that has appointed the Statutory Agent (this must match exactly the name as listed on the document appointing the statutory agent, e.g., Articles of Organization or Article of Incorporation):

   **BELLAATHOME, LLC**

2. **A.C.C. FILE NUMBER** (if entity is already incorporated or registered in AZ): __**L-1769941-8**__
   Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

3. **STATUTORY AGENT NAME** – give the exact name of the Statutory Agent appointed by the entity listed in number 1 above (this will be *either* an individual or an entity). *NOTE* - the name must match **exactly** the statutory agent name as listed in the document that appoints the statutory agent (e.g. Articles of Incorporation or Articles of Organization), including any middle initial or suffix:

   **National Corporate Research, Ltd.**

## STATUTORY AGENT SIGNATURE:

By the signature appearing below, the individual or entity named in number 3 above accepts the appointment as statutory agent for the entity named in number 1 above, and acknowledges that the appointment is effective until the appointing entity replaces the statutory agent or the statutory agent resigns, whichever occurs first.

The person signing below declares and certifies *under penalty of perjury* that the information contained within this document together with any attachments is true and correct, and is submitted in compliance with Arizona law.

| Signature | Alexis Cassidy, Asst. Secretary | Date |
|---|---|---|
| | Printed Name | |

**REQUIRED** – check only one:

| [ ] **Individual as statutory agent:** I am signing on behalf of myself as the individual | [X] **Entity as statutory agent:** I am signing on behalf of the entity named as statutory agent, and I am authorized to act for that entity. |
|---|---|

| Filing Fee: none (regular processing) Expedited processing – (available **only** if this form is submitted by itself) add $35.00 to filing fee. All fees are nonrefundable – see Instructions. | Mail: Arizona Corporation Commission - Corporate Filings Section 1300 W. Washington St., Phoenix, Arizona 85007 Fax: 602-542-4100 |
|---|---|

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

AZ Corp. Commission



04671500

RECEIVED

MAY 1 3 2014

ARIZONA CORP. COMMISSION
CORPORATIONS DIVISION

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

## LLC STATEMENT OF CHANGE
### OF KNOWN PLACE OF BUSINESS ADDRESS OR STATUTORY AGENT
*Read the Instructions L020i*

**NOTE** – *no matter what is being changed, numbers 1, 2, 3.1, 4.1, and 4.2 must be completed. The form will be rejected if those sections are not completed.*

1. **ENTITY NAME** – give the exact name of the LLC as currently shown in A.C.C. records:

   **BLIZZARDWHITE, LLC**

2. **A.C.C. FILE NUMBER:**     L-1731870-7
   Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

| 3. | **ARIZONA KNOWN PLACE OF BUSINESS ADDRESS:** | | |
|---|---|---|---|
| **3.1** *REQUIRED* – list the known place of business address currently shown in A.C.C. records (before any changes): | | **3.2** *Optional* - List the NEW known place of business address in Arizona (must be a street or physical address): | |
| Attention (optional) | | Attention (optional) | |
| 7702 E. Doubletree Ranch Road, #300 | | | |
| Address 1 | | Address 1 | |
| **Scottsdale** City | **AZ** State | **85258** Zip | Address 2 (optional) / City / State / Zip |

**3.3** If you completed 3.2, is the NEW known place of business address in Arizona the same as the street address of the statutory agent?  ☐ Yes  ☑ No

4. **CURRENT OR EXISTING STATUTORY AGENT** – list the name and addresses of the statutory agent as shown in the records of the Arizona Corporation Commission *before any changes* (this is the existing statutory agent):

| **4.1** *REQUIRED* – list the *name and physical or street address* (not a P.O. Box) in Arizona of the existing statutory agent: | **4.2** *REQUIRED* – list the *mailing address* (if one exists in A.C.C. records) in Arizona of the existing Statutory Agent: |
|---|---|
| **Mariscal Weeks McIntyre & Frie** | |
| Statutory Agent Name | |
| Attention (optional) | Attention (optional) |
| **2901 N. Central Avenue, #200** | |
| Address 1 | Address 1 |
| **Phoenix** City — **AZ** State — **85012** Zip | Address 2 (optional) / City / State / Zip |

L023.021
Rev 2010

Arizona Corporation Commission – Corporations Division
Page 1 of 3

**4.3** ☐ **CHANGE IN EXISTING STATUTORY AGENT NAME ONLY** – If the *name only* of the existing statutory agent listed in number 5.1 above has changed, but a new agent has not been appointed, check the box and give the new name of the existing statutory agent below:

_____

**4.4** **CHANGE IN EXISTING STATUTORY AGENT ADDRESS** – check all that apply and follow instructions:

☐ **STREET ADDRESS CHANGED** – complete number 4.5.

☐ **MAILING ADDRESS CHANGED** – complete number 4.6.

| 4.5 NEW STREET ADDRESS – give the NEW physical or street address (not a P.O. Box) in Arizona of the existing statutory agent: | | | 4.6 NEW MAILING ADDRESS – give the NEW mailing address in Arizona of the existing statutory agent (can be a P.O. Box): | | |
|---|---|---|---|---|---|
| Attention (optional) | | | Attention (optional) | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City | State | Zip | City | State | Zip |

| 5. ☑ NEW STATUTORY AGENT – If a new statutory agent is being appointed, check the box and complete the following for the NEW statutory agent: | | | | | |
|---|---|---|---|---|---|
| **5.1** *REQUIRED* – give the name (can be an individual or an entity) and physical or street address (not a P.O. Box) in Arizona of the NEW statutory agent: | | | **5.2** *OPTIONAL* – mailing address in Arizona of NEW Statutory Agent (can be a P.O. Box): | | |
| National Corporate Research, Ltd. | | | | | |
| Statutory Agent Name | | | | | |
| Attention (optional) | | | Attention (optional) | | |
| 815 North First Avenue, Suite #4 | | | | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City Phoenix | State AZ | Zip 85003 | City | State | Zip |

| **5.3** *REQUIRED* – If you are appointing a new statutory agent, the Statutory Agent Acceptance form M002 must be submitted along with this Statement of Change form. |
|---|

**SIGNATURE** – *see Instructions L020i for who is authorized to make changes:*

If the person signing this form is the existing statutory agent changing its own address, then by the signature appearing below, the existing statutory agent certifies *under penalty of perjury* that he or she has given the LLC named in number 1 above written notice of the address change.

By checking the box marked "I accept" below, I acknowledge *under penalty of perjury* that this document together with any attachments is submitted in compliance with Arizona law.

☑ I ACCEPT

_____    Jenny Johnson        5/2/14
Signature                  Printed Name            Date

**REQUIRED** – check only one and fill in the corresponding blank if signing for an entity:

| ☑ I am the Individual Manager of this manager-managed LLC or I am signing for an entity manager named: | ☐ I am a Member of this member-managed LLC or I am signing for an entity member named: | ☐ I am a Statutory Agent changing only my own address and/or my own name. |
|---|---|---|
| Wave Rock, LLC | | |

| Filing Fee:  $5.00 (regular processing) Expedited processing – add $35.00 to filing fee. All fees are nonrefundable – see Instructions. | Mail: | Arizona Corporation Commission - Corporate Filings Section 1300 W. Washington St., Phoenix, Arizona 85007 |
|---|---|---|
| | Fax: | 602-542-4100 |

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute.  You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# STATUTORY AGENT ACCEPTANCE
*Please read Instructions M002I*

1. **ENTITY NAME** – give the **exact** name in Arizona of the corporation or LLC that has appointed the Statutory Agent (this must match exactly the name as listed on the document appointing the statutory agent, e.g., Articles of Organization or Article of Incorporation):

   **BLIZZARDWHITE, LLC**

2. **A.C.C. FILE NUMBER** (if entity is already incorporated or registered in AZ): **L-1731870-7**
   Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

3. **STATUTORY AGENT NAME** – give the exact name of the Statutory Agent appointed by the entity listed in number 1 above (this will be *either* an individual named in number 1. *NOTE* - the name must match **exactly** the statutory agent name as listed in the document that appoints the statutory agent (e.g. Articles of Incorporation or Articles of Organization), including any middle initial or suffix:

   **National Corporate Research, Ltd.**

**STATUTORY AGENT SIGNATURE:**

By the signature appearing below, the individual or entity named in number 3 above accepts the appointment as statutory agent for the entity named in number 1 above, and acknowledges that the appointment is effective until the appointing entity replaces the statutory agent or the statutory agent resigns, whichever occurs first.

The person signing below declares and certifies *under penalty of perjury* that the information contained within this document together with any attachments is true and correct, and is submitted in compliance with Arizona law.

Signature _____  **Alexis Cassidy, Asst. Secretary**   Date _____
Printed Name

**REQUIRED** – check only one:

| ☐ **Individual as statutory agent:** I am signing on behalf of myself as the individual | ☒ **Entity as statutory agent:** I am signing on behalf of the entity named as statutory agent, and I am authorized to act for that entity. |

| Filing Fee: none (regular processing) Expedited processing – (available only if this form is submitted by itself) add $35.00 to filing fee. All fees are nonrefundable - see instructions. | Mail: Arizona Corporation Commission – Corporate Filings Section 1300 W. Washington St., Phoenix, Arizona 85007 Fax: 602-542-4100 |

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

M002.002
Rev. 2014

Arizona Corporation Commission – Corporations Division
Page 1 of 1

AZ Corp. Commission

04663141

RECEIVED

MAY 2 0 2014

ARIZONA CORP. COMMISSION
CORPORATIONS DIVISION

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

## LLC STATEMENT OF CHANGE
## OF KNOWN PLACE OF BUSINESS ADDRESS OR STATUTORY AGENT
Read the Instructions L020I.

*NOTE – no matter what is being changed, numbers 1, 2, 3.1, 4.1, and 4.2 must be completed. The form will be rejected if those sections are not completed.*

**1.** ENTITY NAME – give the exact name of the LLC as currently shown in A.C.C. records:

BODY TROPICAL, LLC

**2.** A.C.C. FILE NUMBER: L-1731872-9
Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

| 3. ARIZONA KNOWN PLACE OF BUSINESS ADDRESS: | |
|---|---|
| **3.1** *REQUIRED* – list the known place of business address currently shown in A.C.C. records (before any changes): | **3.2** *Optional* – list the NEW known place of business address in Arizona (must be a street or physical address): |
| c/o Wave Rock LLC | |
| *Attention (optional)* | *Attention (optional)* |
| 7702 E. Doubletree Ranch Road | |
| *Address 1* | *Address 1* |
| #300 | |
| *Address 2 (optional)* | *Address 2 (optional)* |
| Scottsdale / AZ / 85258 | / / |
| *City* / *State* / *Zip* | *City* / *State* / *Zip* |

**3.3** If you completed 3.2, is the NEW known place of business address in Arizona the same as the street address of the statutory agent?   ☐ Yes  ☑ No

**4.** CURRENT OR EXISTING STATUTORY AGENT – list the name and addresses of the statutory agent as shown in the records of the Arizona Corporation Commission *before any changes* (this is the existing statutory agent):

| **4.1** *REQUIRED* – list the *name and physical or street address* (not a P.O. Box) in Arizona of the existing statutory agent: | **4.2** *REQUIRED* – list the mailing address (if one exists in A.C.C. records) in Arizona of the existing Statutory Agent: |
|---|---|
| Mariscal Weeks McIntyre & Frie | |
| *Statutory Agent Name* | |
| 2901 N. Central Avenue #200 | |
| *Attention (optional)* | *Attention (optional)* |
| *Address 1* | *Address 1* |
| Phoenix / AZ / 85012 | / / |
| *Address 2 (optional)* | *Address 2 (optional)* |
| *City* / *State* / *Zip* | *City* / *State* / *Zip* |

L020.001
Rev 03/10

Arizona Corporation Commission – Corporations Division
Page 1 of 2

**4.3** ☐ **CHANGE IN EXISTING STATUTORY AGENT NAME ONLY** – if the *name only* of the existing statutory agent listed in number 5.1 above has changed, but a new agent has not been appointed, check the box and give the new name of the existing statutory agent below:

**4.4** **CHANGE IN EXISTING STATUTORY AGENT ADDRESS** – check all that apply and follow instructions:

    ☐ **STREET ADDRESS CHANGED** – complete number 4.5.
    ☐ **MAILING ADDRESS CHANGED** – complete number 4.6.

| 4.5 **NEW STREET ADDRESS** – give the NEW physical or street address (not a P.O. Box) in Arizona of the existing statutory agent: | | | 4.6 **NEW MAILING ADDRESS** – give the NEW mailing address in Arizona of the existing statutory agent (can be a P.O. Box): | | |
|---|---|---|---|---|---|
| Attention (optional) | | | Attention (optional) | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City | State | Zip | City | State | Zip |

| 5. ☑ **NEW STATUTORY AGENT** – if a new statutory agent is being appointed, check the box and complete the following for the NEW statutory agent: | | | | | |
|---|---|---|---|---|---|
| 5.1 *REQUIRED* – give the name (can be an individual or an entity) and physical or street address (not a P.O. Box) in Arizona of the NEW statutory agent: | | | 5.2 *OPTIONAL* – mailing address in Arizona of NEW Statutory Agent (can be a P.O. Box): | | |
| **National Corporate Research, Ltd.** | | | | | |
| Statutory Agent Name | | | | | |
| Attention (optional) | | | Attention (optional) | | |
| **815 North First Avenue** | | | | | |
| Address 1 | | | Address 1 | | |
| **Suite #4** | | | | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| **Phoenix** | **AZ** | **85003** | | | |
| City | State | Zip | City | State | Zip |
| 5.3 *REQUIRED* – If you are appointing a new statutory agent, the Statutory Agent Acceptance form M002 must be submitted along with this Statement of Change form. | | | | | |

L018.001
Rev. 2016

Arizona Corporation Commission – Corporations Division
Page 2 of 3

**SIGNATURE** – *see Instructions L020I for who is authorized to make changes:*

If the person signing this form is the existing statutory agent changing its own address, then by the signature appearing below, the existing statutory agent certifies *under penalty of perjury* that he or she has given the LLC named in number 1 above written notice of the address change.

By checking the box marked "I accept" below, I acknowledge, *under penalty of perjury* that this document together with any attachments is submitted in compliance with Arizona law.

☑ I ACCEPT

_____    Jenny Johnson          5/16/14
Signature                    Printed Name           Date

**REQUIRED** – check only one and fill in the corresponding blank if signing for an entity:

| ☑ I am the Individual Manager of this manager-managed LLC or I am signing for an entity manager named: | ☐ I am a Member of this member-managed LLC or I am signing for an entity member named: | ☐ I am a Statutory Agent changing only my own address and/or my own name. |
|---|---|---|
| Wave Rock, LLC | | |

| Filing Fee: $5.00 (regular processing)<br>Expedited processing – add $35.00 to filing fee.<br>All fees are nonrefundable - see Instructions. | Mail:<br>Fax: | Arizona Corporation Commission – Corporate Filings Section<br>1300 W. Washington St., Phoenix, Arizona 85007<br>602-542-4100 |

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the Instructions, please call 602-542-3226 or (within Arizona only) 800-345-5819.

LO23.001
Rev: 2013

Arizona Corporation Commission – Corporations Division
Page 3 of 3

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# STATUTORY AGENT ACCEPTANCE
### Please read Instructions M002I

1. **ENTITY NAME** – give the **exact** name in Arizona of the corporation or LLC that has appointed the Statutory Agent (this must match exactly the name as listed on the document appointing the statutory agent, e.g., Articles of Organization or Article of Incorporation):

   **BODY TROPICAL, LLC**

2. **A.C.C. FILE NUMBER** (if entity is already incorporated or registered in AZ): **L-1731872-9**
   Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

3. **STATUTORY AGENT NAME** – give the exact name of the Statutory Agent appointed by the entity listed in number 1 above (this will be *either* an individual or an entity). *NOTE* - the name must match **exactly** the statutory agent name as listed in the document that appoints the statutory agent (e.g. Articles of Incorporation or Articles of Organization), including any middle initial or suffix:

   **National Corporate Research, Ltd.**

**STATUTORY AGENT SIGNATURE:**

By the signature appearing below, the individual or entity named in number 3 above accepts the appointment as statutory agent for the entity named in number 1 above, and acknowledges that the appointment is effective until the appointing entity replaces the statutory agent or the statutory agent resigns, whichever occurs first.

The person signing below declares and certifies *under penalty of perjury* that the information contained within this document together with any attachments is true and correct, and is submitted in compliance with Arizona law.

Signature _____ Alexis Cassidy, Asst. Secretary   Printed Name   7/9/2014 Date

**REQUIRED** – check only one:

| ☐ **Individual as statutory agent:** I am signing on behalf of myself as the individual | ☒ **Entity as statutory agent:** I am signing on behalf of the entity named as statutory agent, and I am authorized to act for that entity. |
|---|---|

| Filing Fee: none (regular processing) Expedited processing – (available only if this form is submitted by itself) add $35.00 to filing fee. All fees are nonrefundable - see Instructions. | Mail: Arizona Corporation Commission - Corporate Filings Section 1300 W. Washington St., Phoenix, Arizona 85007 Fax: 602-542-4100 |
|---|---|

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

M002.002
Rev: 2014

Arizona Corporation Commission – Corporations Division
Page 1 of 1

Ostrum Attachment EN-16



AZ Corp. Commission

04671501

RECEIVED

MAY 1 3 2014

ARIZONA CORP. COMMISSION
CORPORATIONS DIVISION

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

## LLC STATEMENT OF CHANGE
## OF KNOWN PLACE OF BUSINESS ADDRESS OR STATUTORY AGENT
### Read the Instructions L0201

***NOTE*** *– no matter what is being changed, numbers 1, 2, 3.1, 4.1, and 4.2 must be completed. The form will be rejected if those sections are not completed.*

1. **ENTITY NAME** – give the exact name of the LLC as currently shown in A.C.C. records:

   **CIRCLE OF YOUTH SKINCARE, LLC**

2. **A.C.C. FILE NUMBER:**  **L-1731875-1**
   Find the A.C.C. file number on the upper corner of past documents OR on our website at http://www.azcc.gov/Divisions/Corporations

3. **ARIZONA KNOWN PLACE OF BUSINESS ADDRESS:**

| 3.1 *REQUIRED* – list the known place of business address currently shown in A.C.C. records (before any changes): | | | 3.2 *Optional* – List the NEW known place of business address in Arizona (must be a street or physical address): | | |
|---|---|---|---|---|---|
| Attention (optional) | | | Attention (optional) | | |
| 7702 E. Doubletree Ranch Road, #300 | | | | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City **Scottsdale** | State **AZ** | Zip **85258** | City | State | Zip |

3.3  If you completed 3.2, is the NEW known place of business address in Arizona the same as the street address of the statutory agent?  ☐ Yes  ☑ No

4. **CURRENT OR EXISTING STATUTORY AGENT** – list the name and addresses of the statutory agent as shown in the records of the Arizona Corporation Commission *before any changes* (this is the existing statutory agent):

| 4.1 *REQUIRED* – list the *name* and *physical or street address* (not a P.O. Box) in Arizona of the existing statutory agent: | | | 4.2 *REQUIRED* – list the *mailing address* (if one exists in A.C.C. records) in Arizona of the existing Statutory Agent: | | |
|---|---|---|---|---|---|
| **Mariscal Weeks McIntyre & Frie** | | | | | |
| Statutory Agent Name | | | | | |
| Attention (optional) | | | Attention (optional) | | |
| 2901 N. Central Avenue, #200 | | | | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City **Phoenix** | State **AZ** | Zip **85012** | City | State | Zip |

L020.001
Rev. 2010

Arizona Corporation Commission – Corporations Division
Page 1 of 3

Ostrum Attachment EN-17

**4.3** ☐ **CHANGE IN EXISTING STATUTORY AGENT NAME ONLY** – If the *name only* of the existing statutory agent listed in number 5.1 above has changed, but a new agent has not been appointed, check the box and give the new name of the existing statutory agent below:

_____

**4.4** **CHANGE IN EXISTING STATUTORY AGENT ADDRESS** – check all that apply and follow instructions:

☐ **STREET ADDRESS CHANGED** – complete number 4.5.

☐ **MAILING ADDRESS CHANGED** – complete number 4.6.

| 4.5 NEW STREET ADDRESS – give the NEW physical or street address (not a P.O. Box) in Arizona of the existing statutory agent: | | | 4.6 NEW MAILING ADDRESS – give the NEW mailing address in Arizona of the existing statutory agent (can be a P.O. Box): | | |
|---|---|---|---|---|---|
| Attention (optional) | | | Attention (optional) | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City | State | Zip | City | State | Zip |

| 5. ☑ NEW STATUTORY AGENT – if a new statutory agent is being appointed, check the box and complete the following for the NEW statutory agent: | | | | | |
|---|---|---|---|---|---|
| 5.1 *REQUIRED* – give the name (can be an individual or an entity) and physical or street address (not a P.O. Box) in Arizona of the NEW statutory agent: | | | 5.2 *OPTIONAL* – mailing address in Arizona of NEW Statutory Agent (can be a P.O. Box): | | |
| National Corporate Research, Ltd. | | | | | |
| Statutory Agent Name | | | | | |
| 815 North First Avenue, Suite #4 | | | Attention (optional) | | |
| Attention (optional) | | | Address 1 | | |
| Address 1 | | | | | |
| Phoenix | AZ | 85003 | Address 2 (optional) | | |
| City | State | Zip | City | State | Zip |
| 5.3 *REQUIRED* – if you are appointing a new statutory agent, the Statutory Agent Acceptance form M002 must be submitted along with this Statement of Change form. | | | | | |

Ostrum Attachment EN-18

**SIGNATURE – _see Instructions L020I_ for who is authorized to make changes:**

If the person signing this form is the existing statutory agent changing its own address, then by the signature appearing below, the existing statutory agent certifies _under penalty of perjury_ that he or she has given the LLC named in number 1 above written notice of the address change.

By checking the box marked "I accept" below, I acknowledge _under penalty of perjury_ that this document together with any attachments is submitted in compliance with Arizona law.

☑ I ACCEPT

Jenny Johnson                      5/2/14

_Signature_          _Printed Name_                        _Date_

**REQUIRED** – check only one and fill in the corresponding blank if signing for an entity:

| ☑ I am the Individual Manager of this manager-managed LLC or I am signing for an entity manager named: | ☐ I am a Member of this member-managed LLC or I am signing for an entity member named: | ☐ I am a Statutory Agent changing only my own address and/or my own name. |
|---|---|---|
| Wave Rock, LLC | | |

| Filing Fee: $5.00 (regular processing) Expedited processing – add $35.00 to filing fee. All fees are nonrefundable – see Instructions. | Mail: | Arizona Corporation Commission – Corporate Filings Section 1300 W. Washington St., Phoenix, Arizona 85007 |
|---|---|---|
| | Fax: | 602-542-4100 |

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

L025.001
Rev: 2010

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# STATUTORY AGENT ACCEPTANCE
### *Please read Instructions M002I*

1. **ENTITY NAME** – give the **exact** name in Arizona of the corporation or LLC that has appointed the Statutory Agent (this must match exactly the name as listed on the document appointing the statutory agent, e.g., Articles of Organization or Article of Incorporation):

   ## CIRCLE OF YOUTH SKINCARE, LLC

2. **A.C.C. FILE NUMBER** (if entity is already incorporated or registered in AZ): **L-1731875-1**
   Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

3. **STATUTORY AGENT NAME** – give the exact name of the Statutory Agent appointed by the entity listed in number 1 above (this will be *either* an individual or an entity). *NOTE* - the name must match **exactly** the statutory agent name as listed in the document that appoints the statutory agent (e.g. Articles of Incorporation or Articles of Organization), including any middle initial or suffix:

   ### National Corporate Research, Ltd.

### STATUTORY AGENT SIGNATURE:

By the signature appearing below, the individual or entity named in number 3 above accepts the appointment as statutory agent for the entity named in number 1 above, and acknowledges that the appointment is effective until the appointing entity replaces the statutory agent or the statutory agent resigns, whichever occurs first.

The person signing below declares and certifies *under penalty of perjury* that the information contained within this document together with any attachments is true and correct, and is submitted in compliance with Arizona law.

| Signature | **Alexis Cassidy, Asst. Secretary**<br>Printed Name | Date |

**REQUIRED** – check only one:

| ☐ **Individual as statutory agent:** I am signing on behalf of myself as the individual | ☒ **Entity as statutory agent:** I am signing on behalf of the entity named as statutory agent, and I am authorized to act for that entity. |
| --- | --- |

| Filing Fee: none (regular processing)<br>Expedited processing – (available only if this form is submitted by itself) add $35.00 to filing fee.<br>All fees are nonrefundable - see instructions. | Mail: | Arizona Corporation Commission - Corporate Filings Section<br>1300 W. Washington St., Phoenix, Arizona 85007 |
| | Fax: | 602-542-4100 |

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute.  You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

Ostrum Attachment EN-20

AZ Corp. Commission

04671502

RECEIVED

MAY 1 3 2014

ARIZONA CORP. COMMISSION
CORPORATIONS DIVISION

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

## LLC STATEMENT OF CHANGE
## OF KNOWN PLACE OF BUSINESS ADDRESS OR STATUTORY AGENT
### Read the Instructions L020I

*NOTE – no matter what is being changed, numbers 1, 2, 3.1, 4.1, and 4.2 must be completed. The form will be rejected if those sections are not completed.*

1. **ENTITY NAME** – give the exact name of the LLC as currently shown in A.C.C. records:

   **DENTAL PRO AT HOME, LLC**

2. **A.C.C. FILE NUMBER:** L-1731878-4
   Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

| 3. | ARIZONA KNOWN PLACE OF BUSINESS ADDRESS: | |
|---|---|---|
| **3.1** *REQUIRED* – list the known place of business address currently shown in A.C.C. records (before any changes): | **3.2** *Optional* - List the NEW known place of business address in Arizona (must be a street or physical address): | |
| Attention (optional) | Attention (optional) | |
| 7702 E. Doubletree Ranch Road, #300 | | |
| Address 1 | Address 1 | |
| Address 2 (optional) | Address 2 (optional) | |
| City **Scottsdale** | State **AZ** | Zip **85258** | City | State | Zip |

**3.3** If you completed 3.2, is the NEW known place of business address in Arizona the same as the street address of the statutory agent?  ☐ Yes  ☑ No

4. **CURRENT OR EXISTING STATUTORY AGENT** – list the name and addresses of the statutory agent as shown in the records of the Arizona Corporation Commission *before any changes* (this is the existing statutory agent):

| **4.1** *REQUIRED* – list the *name and physical or street address* (not a P.O. Box) in Arizona of the existing statutory agent: | **4.2** *REQUIRED* – list the mailing address (if one exists in A.C.C. records) in Arizona of the existing Statutory Agent: | |
|---|---|---|
| **Mariscal Weeks McIntyre & Frie** | | |
| Statutory Agent Name | | |
| Attention (optional) | Attention (optional) | |
| 2901 N. Central Avenue, #200 | | |
| Address 1 | Address 1 | |
| Address 2 (optional) | Address 2 (optional) | |
| City **Phoenix** | State **AZ** | Zip **85012** | City | State | Zip |

L020.001
Rev: 2013

Arizona Corporation Commission – Corporations Division
Page 1 of 3

**4.3** ☐ **CHANGE IN EXISTING STATUTORY AGENT NAME ONLY** – If the *name only* of the existing statutory agent listed in number 5.1 above has changed, but a new agent has not been appointed, check the box and give the new name of the existing statutory agent below:

_____

**4.4** **CHANGE IN EXISTING STATUTORY AGENT ADDRESS** – check all that apply and follow instructions:

☐ **STREET ADDRESS CHANGED** – complete number 4.5.

☐ **MAILING ADDRESS CHANGED** – complete number 4.6.

| **4.5 NEW STREET ADDRESS** – give the NEW physical or street address (not a P.O. Box) in Arizona of the existing statutory agent: | | | **4.6 NEW MAILING ADDRESS** – give the NEW mailing address in Arizona of the existing statutory agent (can be a P.O. Box): | | |
|---|---|---|---|---|---|
| Attention (optional) | | | Attention (optional) | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City | State | Zip | City | State | Zip |

| **5.** ☑ **NEW STATUTORY AGENT** – If a new statutory agent is being appointed, check the box and complete the following for the NEW statutory agent: | | | | | |
|---|---|---|---|---|---|
| **5.1** *REQUIRED* – give the name (can be an individual or an entity) and physical or street address (not a P.O. Box) in Arizona of the NEW statutory agent: | | | **5.2** *OPTIONAL* – mailing address in Arizona of NEW Statutory Agent (can be a P.O. Box): | | |
| National Corporate Research, Ltd. | | | | | |
| Statutory Agent Name | | | | | |
| Attention (optional) | | | Attention (optional) | | |
| 815 North First Avenue, Suite #4 | | | | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City Phoenix | State AZ | Zip 85003 | City | State | Zip |

| **5.3** *REQUIRED* – If you are appointing a new statutory agent, the Statutory Agent Acceptance form M002 must be submitted along with this Statement of Change form. |
|---|

Ostrum Attachment EN-22

**SIGNATURE –** *see Instructions I:020I for who is authorized to make changes:*

If the person signing this form is the existing statutory agent changing its own address, then by the signature appearing below, the existing statutory agent certifies *under penalty of perjury* that he or she has given the LLC named in number 1 above written notice of the address change.

By checking the box marked "I accept" below, I acknowledge *under penalty of perjury* that this document together with any attachments is submitted in compliance with Arizona law.

☑ I ACCEPT

_____    Jenny Johnson    _____    5/2/14
Signature                  Printed Name              Date

**REQUIRED –** check only one and fill in the corresponding blank if signing for an entity:

| ☑ I am the individual Manager of this manager-managed LLC or I am signing for an entity manager named: | ☐ I am a Member of this member-managed LLC or I am signing for an entity member named: | ☐ I am a Statutory Agent changing only my own address and/or my own name. |
|---|---|---|
| Wave Rock, LLC | | |

| Filing Fee:  $5.00 (regular processing)<br>Expedited processing – add $35.00 to filing fee.<br>All fees are nonrefundable – see Instructions. | Mail:<br>Fax: | Arizona Corporation Commission - Corporate Filings Section<br>1300 W. Washington St., Phoenix, Arizona 85007<br>602-542-4100 |
|---|---|---|

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

L008.001
Rev: 2010

Arizona Corporation Commission – Corporations Division
Page 3 of 3

Ostrum Attachment EN-23

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# STATUTORY AGENT ACCEPTANCE
### Please read Instructions M002i

1. **ENTITY NAME** – give the **exact** name in Arizona of the corporation or LLC that has appointed the Statutory Agent (this must match exactly the name as listed on the document appointing the statutory agent, e.g., Articles of Organization or Article of Incorporation):

   ## DENTAL PRO AT HOME, LLC

2. **A.C.C. FILE NUMBER** (if entity is already incorporated or registered in AZ): **L-1731878-4**
   Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

3. **STATUTORY AGENT NAME** – give the exact name of the Statutory Agent appointed by the entity listed in number 1 above (this will be *either* an individual or an entity). *NOTE* - the name must match **exactly** the statutory agent name as listed in the document that appoints the statutory agent (e.g. Articles of Incorporation or Articles of Organization), including any middle initial or suffix:

   ### National Corporate Research, Ltd.

### STATUTORY AGENT SIGNATURE:

By the signature appearing below, the individual or entity named in number 3 above accepts the appointment as statutory agent for the entity named in number 1 above, and acknowledges that the appointment is effective until the appointing entity replaces the statutory agent or the statutory agent resigns, whichever occurs first.

The person signing below declares and certifies *under penalty of perjury* that the information contained within this document together with any attachments is true and correct, and is submitted in compliance with Arizona law.

| Signature | Alexis Cassidy, Asst. Secretary | Date |
|---|---|---|
| | Printed Name | |

**REQUIRED** – check only one:

| [ ] **Individual as statutory agent:** I am signing on behalf of myself as the individual | [X] **Entity as statutory agent:** I am signing on behalf of the entity named as statutory agent, and I am authorized to act for that entity. |
|---|---|

| Filing Fee: none (regular processing)<br>Expedited processing – (available only if this form is submitted by itself) add $35.00 to filing fee.<br>All fees are nonrefundable - see Instructions. | Mail: | Arizona Corporation Commission - Corporate Filings Section<br>1300 W. Washington St., Phoenix, Arizona 85007 |
|---|---|---|
| | Fax: | 602-542-4100 |

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

AZ Corp. Commission

04663140

RECEIVED

MAY 2 0 2014

ARIZONA CORP. COMMISSION
CORPORATIONS DIVISION

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

## LLC STATEMENT OF CHANGE
### OF KNOWN PLACE OF BUSINESS ADDRESS OR STATUTORY AGENT
*Read the Instructions L020*

*NOTE – no matter what is being changed, numbers 1, 2, 3.1, 4.1, and 4.2 must be completed. The form will be rejected if those sections are not completed.*

1. **ENTITY NAME** – give the exact name of the LLC as currently shown in A.C.C. records:

DERMAGLAM, LLC

2. **A.C.C. FILE NUMBER:**   L-1731986-7
Find the A.C.C. file number on the upper center of such documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

3. **ARIZONA KNOWN PLACE OF BUSINESS ADDRESS:**

| 3.1 REQUIRED – list the known place of business address currently shown in A.C.C. records (before any changes): | 3.2 Optional – List the NEW known place of business address in Arizona (must be a street or physical address): |
|---|---|
| Attention (optional) | Attention (optional) |
| c/o Wave Rock LLC | |
| Address 1 | Address 1 |
| 7702 E. Doubletree Ranch Road | |
| Address 2 (optional) | Address 2 (optional) |
| #300 | |
| City Scottsdale  State AZ  Zip 85258 | City  State  Zip |

3.3  If you completed 3.2, is the NEW known place of business address in Arizona the same as the street address of the statutory agent?  ☐ Yes  ☑ No

4. **CURRENT OR EXISTING STATUTORY AGENT.** – list the name and addresses of the statutory agent as shown in the records of the Arizona Corporation Commission *before any changes* (this is the existing statutory agent):

| 4.1 REQUIRED – list the name and physical or street address (not a P.O. Box) in Arizona of the existing statutory agent: | 4.2 REQUIRED – list the mailing address (if one exists in A.C.C. records) in Arizona of the existing Statutory Agent: |
|---|---|
| Statutory Agent Name | |
| Mariscal Weeks McIntyre & Frie | |
| Attention (optional) | Attention (optional) |
| 2901 N. Central Avenue #200 | |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |
| City Phoenix  State AZ  Zip 85012 | City  State  Zip |

L020.001
Rev 3/10

Arizona Corporation Commission—Corporations Division
Page 1 of 3

**4.3** ☐ **CHANGE IN EXISTING STATUTORY AGENT NAME ONLY** – If the *name only* of the existing statutory agent listed in number 5.1 above has changed, but a new agent has not been appointed, check the box and give the new name of the existing statutory agent below:

_____

**4.4** **CHANGE IN EXISTING STATUTORY AGENT ADDRESS** – check all that apply and follow instructions:

☐ **STREET ADDRESS CHANGED** – complete number 4.5.
☐ **MAILING ADDRESS CHANGED** – complete number 4.6.

| **4.5 NEW STREET ADDRESS** – give the NEW physical or street address (not a P.O. Box) in Arizona of the existing statutory agent: | **4.6 NEW MAILING ADDRESS** – give the NEW mailing address in Arizona of the existing statutory agent (can be a P.O. Box): |
|---|---|
| Attention (optional) | Attention (optional) |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |
| City      State    Zip | City      State    Zip |

**5.** ☑ **NEW STATUTORY AGENT** – If a new statutory agent is being appointed, check the box and complete the following for the NEW statutory agent:

| **5.1 REQUIRED** – give the name (can be an individual or an entity) and physical or street address (not a P.O. Box) in Arizona of the NEW statutory agent: | **5.2 OPTIONAL** – mailing address in Arizona of NEW Statutory Agent (can be a P.O. Box): |
|---|---|
| **National Corporate Research, Ltd.**<br>Statutory Agent Name | |
| **815 North First Avenue**<br>Attention (optional) | Attention (optional) |
| **Suite #4**<br>Address 1 | Address 1 |
| **Phoenix**  **AZ**  **85003**<br>City    State   Zip | Address 2 (optional)  City   State   Zip |

**5.3 REQUIRED** – If you are appointing a new statutory agent, the Statutory Agent Acceptance form M002 must be submitted along with this Statement of Change form.

L022.001
Rev. 2010

Arizona Corporation Commission – Corporations Division
Page 2 of 3

**SIGNATURE – _see Instructions L0201_ for who is authorized to make changes:**

If the person signing this form is the existing statutory agent changing its own address, then by the signature appearing below, the existing statutory agent certifies _under penalty of perjury_ that he or she has given the LLC named in number 1 above written notice of the address change.

By checking the box marked "I accept" below, I acknowledge _under penalty of perjury_ that this document together with any attachments is submitted in compliance with Arizona law.

☑ I ACCEPT

Jenny Johnson            5/16/14
Signature            Printed Name            Date

**REQUIRED – check only one and fill in the corresponding blank if signing for an entity:**

| ☑ I am the Individual Manager of this manager-managed LLC or I am signing for an entity manager named: | ☐ I am a Member of this member-managed LLC or I am signing for an entity member named: | ☐ I am a Statutory Agent changing only my own address enit/or my own name. |
|---|---|---|
| Wave Rock, LLC | | |

| Filing Fee: $5.00 (regular processing) Expedited processing – add $35.00 to filing fee. All fees are nonrefundable - see Instructions. | Mail: | Arizona Corporation Commission - Corporate Filings Section 1300 W. Washington St., Phoenix, Arizona 85007 |
|---|---|---|
| | Fax: | 602-542-4100 |

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

L020.001
Rev. 2010

Arizona Corporation Commission – Corporations Division
Page 2 of 2

*DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.*

# STATUTORY AGENT ACCEPTANCE

*Please read Instructions M002i*

1. **ENTITY NAME – give the exact** name in Arizona of the corporation or LLC that has appointed the Statutory Agent (this must match exactly the name as listed on the document appointing the statutory agent, e.g., Articles of Organization or Article of Incorporation):

   **DERMAGLAM, LLC**

2. **A.C.C. FILE NUMBER** (if entity is already incorporated or registered in AZ): **L-1731986-7**
   Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

3. **STATUTORY AGENT NAME –** give the exact name of the Statutory Agent appointed by the entity listed in number 1 above (this will be *either* an individual or an entity). *NOTE* - the name must match **exactly** the statutory agent name as listed in the document that appoints the statutory agent (e.g. Articles of Incorporation or Articles of Organization), including any middle initial or suffix:

**STATUTORY AGENT SIGNATURE:**

By the signature appearing below, the individual or entity named in number 3 above accepts the appointment as statutory agent for the entity named in number 1 above, and acknowledges that the appointment is effective until the appointing entity replaces the statutory agent or the statutory agent resigns, whichever occurs first.

The person signing below declares and certifies *under penalty of perjury* that the information contained within this document together with any attachments is true and correct, and is submitted in compliance with Arizona law.

| Signature | Printed Name | Date |
|---|---|---|

**REQUIRED – check only one:**

| ☐ **Individual as statutory agent:** I am signing on behalf of myself as the individual | ☐ **Entity as statutory agent:** I am signing on behalf of the entity named as statutory agent, and I am authorized to act for that entity. |
|---|---|

| Filing Fee: none (regular processing) Expedited processing – (available only if this form is submitted by itself) add $35.00 to filing fee. All fees are nonrefundable - see Instructions. | Mail: | Arizona Corporation Commission - Corporate Filings Section 1300 W. Washington St., Phoenix, Arizona 85007 |
|---|---|---|
| | Fax: | 602-542-4100 |

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.



AZ Corp. Commission

04671503

RECEIVED

MAY 1 3 2014

ARIZONA CORP COMMISSION
CORPORATIONS DIVISION

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

## LLC STATEMENT OF CHANGE
## OF KNOWN PLACE OF BUSINESS ADDRESS OR STATUTORY AGENT
### Read the *Instructions L0201*

**NOTE** – *no matter what is being changed, numbers 1, 2, 3.1, 4.1, and 4.2 must be completed. The form will be rejected if those sections are not completed.*

1. **ENTITY NAME** – give the exact name of the LLC as currently shown in A.C.C. records:

   **FIRST CLASS WHITENING, LLC**

2. **A.C.C. FILE NUMBER:**   **L-1774607-4**
   Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

3. **ARIZONA KNOWN PLACE OF BUSINESS ADDRESS:**

| 3.1 *REQUIRED* – list the known place of business address currently shown in A.C.C. records (before any changes): | 3.2 *Optional* – List the NEW known place of business address in Arizona (must be a street or physical address): | | |
|---|---|---|---|
| Attention (optional) | Attention (optional) | | |
| 7702 E. Doubletree Ranch Road, #300 | | | |
| Address 1 | Address 1 | | |
| Address 2 (optional) | Address 2 (optional) | | |
| City **Scottsdale** | State **AZ** | Zip **85258** | City | State | Zip |

3.3   If you completed 3.2, is the NEW known place of business address in Arizona the same as the street address of the statutory agent?   ☐ Yes   ☑ No

4. **CURRENT OR EXISTING STATUTORY AGENT** – list the name and addresses of the statutory agent as shown in the records of the Arizona Corporation Commission *before any changes* (this is the existing statutory agent):

| 4.1 *REQUIRED* – list the *name and physical or street address* (not a P.O. Box) in Arizona of the existing statutory agent: | 4.2 *REQUIRED* – list the mailing address (if one exists in A.C.C. records) in Arizona of the existing Statutory Agent: | | |
|---|---|---|---|
| **Mariscal Weeks McIntyre & Frie** | | | |
| Statutory Agent Name | | | |
| Attention (optional) | Attention (optional) | | |
| 2901 N. Central Avenue, #200 | | | |
| Address 1 | Address 1 | | |
| Address 2 (optional) | Address 2 (optional) | | |
| City **Phoenix** | State **AZ** | Zip **85012** | City | State | Zip |

L050.001
Rev: 2013

Arizona Corporation Commission – Corporations Division
Page 1 of 9

**4.3** ☐ **CHANGE IN EXISTING STATUTORY AGENT NAME ONLY** – if the *name only* of the existing statutory agent listed in number 5.1 above has changed, but a new agent has not been appointed, check the box and give the new name of the existing statutory agent below:

_____

**4.4** **CHANGE IN EXISTING STATUTORY AGENT ADDRESS** – check all that apply and follow instructions:

☐ **STREET ADDRESS CHANGED** – complete number 4.5.

☐ **MAILING ADDRESS CHANGED** – complete number 4.6.

| **4.5 NEW STREET ADDRESS** – give the NEW physical or street address (not a P.O. Box) in Arizona of the existing statutory agent: | | | **4.6 NEW MAILING ADDRESS** – give the NEW mailing address in Arizona of the existing statutory agent (can be a P.O. Box): | | |
|---|---|---|---|---|---|
| Attention (optional) | | | Attention (optional) | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City | State | Zip | City | State | Zip |

| **5.** ☑ **NEW STATUTORY AGENT** – if a new statutory agent is being appointed, check the box and complete the following for the NEW statutory agent: | | | | | |
|---|---|---|---|---|---|
| **5.1** *REQUIRED* – give the name (can be an individual or an entity) and physical or street address (not a P.O. Box) in Arizona of the NEW statutory agent: | | | **5.2** *OPTIONAL* – mailing address in Arizona of NEW Statutory Agent (can be a P.O. Box): | | |
| **National Corporate Research, Ltd.** Statutory Agent Name | | | | | |
| **815 North First Avenue, Suite #4** Attention (optional) Address 1 | | | Attention (optional) Address 1 | | |
| Address 2 (optional) **Phoenix** City | **AZ** State | **85003** Zip | Address 2 (optional) City | State | Zip |
| **5.3** *REQUIRED* – if you are appointing a new statutory agent, the Statutory Agent Acceptance form M002 must be submitted along with this Statement of Change form. | | | | | |

**SIGNATURE** – *see Instructions L020I for who is authorized to make changes:*

If the person signing this form is the existing statutory agent changing its own address, then by the signature appearing below, the existing statutory agent certifies *under penalty of perjury* that he or she has given the LLC named in number 1 above written notice of the address change.

By checking the box marked "I accept" below, I acknowledge *under penalty of perjury* that this document together with any attachments is submitted in compliance with Arizona law.

☑ I ACCEPT

Jenny Johnson

Signature     Printed Name     Date

**REQUIRED** – check only one and fill in the corresponding blank if signing for an entity:

| ☑ I am the Individual Manager of this manager-managed LLC or I am signing for an entity manager named: | ☐ I am a Member of this member-managed LLC or I am signing for an entity member named: | ☐ I am a Statutory Agent changing only my own address and/or my own name. |
|---|---|---|
| Wave Rock, LLC | | |

| Filing Fee: $5.00 (regular processing) Expedited processing – add $35.00 to filing fee. All fees are nonrefundable - see Instructions. | Mail: Arizona Corporation Commission - Corporate Filings Section 1300 W. Washington St., Phoenix, Arizona 85007 Fax: 602-542-4100 |
|---|---|

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

L020.001
Rev. 2010

Arizona Corporation Commission – Corporations Division
Page 3 of 3

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# STATUTORY AGENT ACCEPTANCE
## *Please read Instructions M002I*

1. **ENTITY NAME** – give the **exact** name in Arizona of the corporation or LLC that has appointed the Statutory Agent (this must match exactly the name as listed on the document appointing the statutory agent, e.g., Articles of Organization or Article of Incorporation):

   **FIRST CLASS WHITENING, LLC**

2. **A.C.C. FILE NUMBER** (if entity is already incorporated or registered in AZ): **L-1774607-4**
   Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

3. **STATUTORY AGENT NAME** – give the exact name of the Statutory Agent appointed by the entity listed in number 1 above (this will be *either* an individual or an entity). *NOTE* - the name must match **exactly** the statutory agent name as listed in the document that appoints the statutory agent (e.g. Articles of Incorporation or Articles of Organization), including any middle initial or suffix:

   **National Corporate Research, Ltd.**

## STATUTORY AGENT SIGNATURE:

By the signature appearing below, the individual or entity named in number 3 above accepts the appointment as statutory agent for the entity named in number 1 above, and acknowledges that the appointment is effective until the appointing entity replaces the statutory agent or the statutory agent resigns, whichever occurs first.

The person signing below declares and certifies *under penalty of perjury* that the information contained within this document together with any attachments is true and correct, and is submitted in compliance with Arizona law.

| Signature | Printed Name | Date |
|---|---|---|
| *[signature]* | **Alexis Cassidy, Asst. Secretary** | 7/12/2014 |

**REQUIRED** – check only one:

| ☐ **Individual as statutory agent:** I am signing on behalf of myself as the individual | ☒ **Entity as statutory agent:** I am signing on behalf of the entity named as statutory agent, and I am authorized to act for that entity. |
|---|---|

| Filing Fee: none (regular processing)<br>Expedited processing – (available only if this form is submitted by itself) add $35.00 to filing fee.<br>All fees are nonrefundable - see instructions. | Mail: | Arizona Corporation Commission - Corporate Filings Section<br>1300 W. Washington St., Phoenix, Arizona 85007 |
|---|---|---|
| | Fax: | 602-542-4100 |

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute.  You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

AZ Corp. Commission



04671504

RECEIVED

MAY 1 3 2014

ARIZONA CORP. COMMISSION
CORPORATIONS DIVISION

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

## LLC STATEMENT OF CHANGE
## OF KNOWN PLACE OF BUSINESS ADDRESS OR STATUTORY AGENT

*Read the Instructions L0201*

**NOTE** – *no matter what is being changed, numbers 1, 2, 3.1, 4.1, and 4.2 must be completed. The form will be rejected if those sections are not completed.*

1. **ENTITY NAME** – give the exact name of the LLC as currently shown in A.C.C. records:

**SEDONA BEAUTY SECRETS, LLC**

2. **A.C.C. FILE NUMBER:**                    **L-1731984-5**
   Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

3. **ARIZONA KNOWN PLACE OF BUSINESS ADDRESS:**

| 3.1 **REQUIRED** – list the known place of business address currently shown in A.C.C. records (before any changes): | 3.2 *Optional* – List the NEW known place of business address in Arizona (must be a street or physical address): |
|---|---|
| Attention (optional) | Attention (optional) |
| 7702 E. Doubletree Ranch Road, #300 | |
| Address 1 | Address 1 |

| Address 2 (optional) | | | Address 2 (optional) | | |
|---|---|---|---|---|---|
| **Scottsdale** | **AZ** | **85258** | | | |
| City | State | Zip | City | State | Zip |

3.3  If you completed 3.2, is the NEW known place of business address in Arizona the same as the street address of the statutory agent?   ☐ Yes  ☑ No

4. **CURRENT OR EXISTING STATUTORY AGENT** – list the name and addresses of the statutory agent as shown in the records of the Arizona Corporation Commission *before any changes* (this is the existing statutory agent):

| 4.1 **REQUIRED** – list the *name* and *physical or street address* (not a P.O. Box) in Arizona of the existing statutory agent: | 4.2 **REQUIRED** – list the *mailing address* (if one exists in A.C.C. records) in Arizona of the existing Statutory Agent: |
|---|---|
| **Mariscal Weeks McIntyre & Frie** | |
| Statutory Agent Name | |
| Attention (optional) | Attention (optional) |
| 2901 N. Central Avenue, #200 | |
| Address 1 | Address 1 |

| Address 2 (optional) | | | Address 2 (optional) | | |
|---|---|---|---|---|---|
| **Phoenix** | **AZ** | **85012** | | | |
| City | State | Zip | City | State | Zip |

L020.001
Rev 2010

Arizona Corporation Commission – Corporations Division
Page 1 of 3

4.3 ☐ **CHANGE IN EXISTING STATUTORY AGENT NAME ONLY** – If the *name only* of the existing statutory agent listed in number 5.1 above has changed, but a new agent has not been appointed, check the box and give the new name of the existing statutory agent below:

_____

4.4 **CHANGE IN EXISTING STATUTORY AGENT ADDRESS** – check all that apply and follow instructions:

    ☐ **STREET ADDRESS CHANGED** – complete number 4.5.

    ☐ **MAILING ADDRESS CHANGED** – complete number 4.6.

| 4.5 NEW STREET ADDRESS – give the NEW physical or street address (not a P.O. Box) in Arizona of the existing statutory agent: | | | 4.6 NEW MAILING ADDRESS – give the NEW mailing address in Arizona of the existing statutory agent (can be a P.O. Box): | | |
|---|---|---|---|---|---|
| Attention (optional) | | | Attention (optional) | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City | State | Zip | City | State | Zip |

| 5. ☑ **NEW STATUTORY AGENT** – If a new statutory agent is being appointed, check the box and complete the following for the NEW statutory agent: | | | | | |
|---|---|---|---|---|---|
| 5.1 *REQUIRED* – give the name (can be an individual or an entity) and physical or street address (not a P.O. Box) in Arizona of the NEW statutory agent: | | | 5.2 *OPTIONAL* – mailing address in Arizona of NEW Statutory Agent (can be a P.O. Box): | | |
| **National Corporate Research, Ltd.** | | | | | |
| Statutory Agent Name | | | | | |
| **815 North First Avenue, Suite #4** | | | Attention (optional) | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| **Phoenix** City | **AZ** State | **85003** Zip | City | State | Zip |

5.3 *REQUIRED* – If you are appointing a new statutory agent, the Statutory Agent Acceptance form M002 must be submitted along with this Statement of Change form.

**SIGNATURE** – *see Instructions L020I for who is authorized to make changes:*

> If the person signing this form is the existing statutory agent changing its own address, then by the signature appearing below, the existing statutory agent certifies *under penalty of perjury* that he or she has given the LLC named in number 1 above written notice of the address change.

> By checking the box marked "I accept" below, I acknowledge *under penalty of perjury* that this document together with any attachments is submitted in compliance with Arizona law.

☑ I ACCEPT

Jenny Johnson                        5/2/14

Signature          Printed Name          Date

**REQUIRED** – check only one and fill in the corresponding blank if signing for an entity:

| ☑ I am the Individual Manager of this manager-managed LLC or I am signing for an entity manager named: | ☐ I am a Member of this member-managed LLC or I am signing for an entity member named: | ☐ I am a Statutory Agent changing only my own address and/or my own name. |
|---|---|---|
| Wave Rock, LLC | | |

| Filing Fee: $5.00 (regular processing)<br>Expedited processing – add $35.00 to filing fee.<br>All fees are nonrefundable – see Instructions. | Mail: | Arizona Corporation Commission – Corporate Filings Section<br>1300 W. Washington St., Phoenix, Arizona 85007 |
|---|---|---|
| | Fax: | 602-542-4100 |

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

L020.001
Rev. 2010

Arizona Corporation Commission – Corporations Division
Page 3 of 3

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# STATUTORY AGENT ACCEPTANCE
*Please read Instructions M002i*

1. **ENTITY NAME –** give the **exact** name in Arizona of the corporation or LLC that has appointed the Statutory Agent (this must match exactly the name as listed on the document appointing the statutory agent, e.g., Articles of Organization or Article of Incorporation):

   **SEDONA BEAUTY SECRETS, LLC**

2. **A.C.C. FILE NUMBER** (if entity is already incorporated or registered in AZ):   **L-1731984-5**
   Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

3. **STATUTORY AGENT NAME –** give the exact name of the Statutory Agent appointed by the entity listed in number 1 above (this will be *either* an individual or an entity). *NOTE* – the name must match **exactly** the statutory agent name as listed in the document that appoints the statutory agent (e.g. Articles of Incorporation or Articles of Organization), including any middle initial or suffix:

   **National Corporate Research, Ltd.**

## STATUTORY AGENT SIGNATURE:

By the signature appearing below, the individual or entity named in number 3 above accepts the appointment as statutory agent for the entity named in number 1 above, and acknowledges that the appointment is effective until the appointing entity replaces the statutory agent or the statutory agent resigns, whichever occurs first.

The person signing below declares and certifies *under penalty of perjury* that the information contained within this document together with any attachments is true and correct, and is submitted in compliance with Arizona law.

_____       **Alexis Cassidy, Asst. Secretary**       _____
Signature                                      Printed Name                                      Date

**REQUIRED –** check only one:

| ☐ **Individual as statutory agent:** I am signing on behalf of myself as the individual | ☒ **Entity as statutory agent:** I am signing on behalf of the entity named as statutory agent, and I am authorized to act for that entity. |
|---|---|

| Filing Fee: none (regular processing) Expedited processing – (available only if this form is submitted by itself) add $35.00 to filing fee. All fees are nonrefundable - see Instructions. | Mail: | Arizona Corporation Commission - Corporate Filings Section 1300 W. Washington St., Phoenix, Arizona 85007 |
|---|---|---|
| | Fax: | 602-542-4100 |

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute.  You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

Ostrum Attachment EN-36

AZ Corp. Commission

04671505

RECEIVED

MAY 1 3 2014

ARIZONA CORP. COMMISSION
CORPORATIONS DIVISION

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

## LLC STATEMENT OF CHANGE
## OF KNOWN PLACE OF BUSINESS ADDRESS OR STATUTORY AGENT
### Read the Instructions L020I

**NOTE** – no matter what is being changed, numbers 1, 2, 3.1, 4.1, and 4.2 must be completed. The form will be rejected if those sections are not completed.

**1.   ENTITY NAME** – give the exact name of the LLC as currently shown in A.C.C. records:

SKINNYIQ, LLC

**2.   A.C.C. FILE NUMBER:**                                                L-1731982-3
Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

**3.   ARIZONA KNOWN PLACE OF BUSINESS ADDRESS:**

| 3.1 *REQUIRED* – list the known place of business address currently shown in A.C.C. records (before any changes): | 3.2 *Optional* – list the NEW known place of business address in Arizona (must be a street or physical address): |
|---|---|
| Attention (optional) | Attention (optional) |
| 7702 E. Doubletree Ranch Road, #300 | |
| Address 1 | Address 1 |

| Address 2 (optional) | | | Address 2 (optional) | | |
|---|---|---|---|---|---|
| **Scottsdale** | **AZ** | **85258** | | | |
| City | State | Zip | City | State | Zip |

**3.3   If you completed 3.2, is the NEW known place of business address in Arizona the same as the street address of the statutory agent?**  ☐ Yes  ☑ No

**4.   CURRENT OR EXISTING STATUTORY AGENT** – list the name and addresses of the statutory agent as shown in the records of the Arizona Corporation Commission *before any changes* (this is the existing statutory agent):

| 4.1 *REQUIRED* – list the *name and physical or street address* (not a P.O. Box) in Arizona of the existing statutory agent: | 4.2 *REQUIRED* – list the *mailing address* (if one exists in A.C.C. records) in Arizona of the existing Statutory Agent: |
|---|---|
| **Mariscal Weeks McIntyre & Frie** | |
| Statutory Agent Name | |
| Attention (optional) | Attention (optional) |
| 2901 N. Central Avenue, #200 | |
| Address 1 | Address 1 |

| Address 2 (optional) | | | Address 2 (optional) | | |
|---|---|---|---|---|---|
| **Phoenix** | **AZ** | **85012** | | | |
| City | State | Zip | City | State | Zip |

L020.001
Rev 2010

Ostrum Attachment EN-37

**4.3** ☐ **CHANGE IN EXISTING STATUTORY AGENT NAME ONLY** – If the *name only* of the existing statutory agent listed in number 5.1 above has changed, but a new agent has not been appointed, check the box and give the new name of the existing statutory agent below:

_____

**4.4** **CHANGE IN EXISTING STATUTORY AGENT ADDRESS** – check all that apply and follow instructions:

☐ **STREET ADDRESS CHANGED** – complete number 4.5.

☐ **MAILING ADDRESS CHANGED** – complete number 4.6.

| 4.5 NEW STREET ADDRESS – give the NEW physical or street address (not a P.O. Box) in Arizona of the existing statutory agent: | | | 4.6 NEW MAILING ADDRESS – give the NEW mailing address in Arizona of the existing statutory agent (can be a P.O. Box): | | |
|---|---|---|---|---|---|
| Attention (optional) | | | Attention (optional) | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City | State | Zip | City | State | Zip |

| 5. ☑ NEW STATUTORY AGENT – if a new statutory agent is being appointed, check the box and complete the following for the NEW statutory agent: | | | | | |
|---|---|---|---|---|---|
| 5.1 *REQUIRED* – give the name (can be an individual or an entity) and physical or street address (not a P.O. Box) in Arizona of the NEW statutory agent: | | | 5.2 *OPTIONAL* – mailing address in Arizona of NEW Statutory Agent (can be a P.O. Box): | | |
| National Corporate Research, Ltd. | | | | | |
| Statutory Agent Name | | | | | |
| 815 North First Avenue, Suite #4 | | | Attention (optional) | | |
| Attention (optional) | | | Address 1 | | |
| Address 1 | | | Address 2 (optional) | | |
| Phoenix | AZ | 85003 | | | |
| City | State | Zip | City | State | Zip |
| 5.3 *REQUIRED* – if you are appointing a new statutory agent, the Statutory Agent Acceptance form M002 must be submitted along with this Statement of Change form. | | | | | |

Ostrum Attachment EN-38

**SIGNATURE –** _see Instructions L020i_ for who is authorized to make changes:

If the person signing this form is the existing statutory agent changing its own address, then by the signature appearing below, the existing statutory agent certifies _under penalty of perjury_ that he or she has given the LLC named in number 1 above written notice of the address change.

By checking the box marked "I accept" below, I acknowledge _under penalty of perjury_ that this document together with any attachments is submitted in compliance with Arizona law.

☑ I ACCEPT

Jenny Johnson                    5/2/14

Signature          Printed Name          Date

**REQUIRED –** check only one and fill in the corresponding blank if signing for an entity:

| ☑ I am the individual Manager of this manager-managed LLC or I am signing for an entity manager named: | ☐ I am a Member of this member-managed LLC or I am signing for an entity member named: | ☐ I am a Statutory Agent changing only my own address and/or my own name. |
|---|---|---|
| Wave Rock, LLC | | |

| Filing Fee: $5.00 (regular processing) Expedited processing – add $35.00 to filing fee. All fees are nonrefundable – see instructions. | Mail: | Arizona Corporation Commission – Corporate Filings Section 1300 W. Washington St., Phoenix, Arizona 85007 |
|---|---|---|
| | Fax: | 602-542-4100 |

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

L020.001
Rev: 2010

Arizona Corporation Commission – Corporations Division
Page 8 of 8

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# STATUTORY AGENT ACCEPTANCE
*Please read Instructions M002I*

1. **ENTITY NAME** – give the exact name in Arizona of the corporation or LLC that has appointed the Statutory Agent (this must match exactly the name as listed on the document appointing the statutory agent, e.g., Articles of Organization or Article of Incorporation):

   ## SKINNYIQ, LLC

2. **A.C.C. FILE NUMBER** (if entity is already incorporated or registered in AZ): **L-1731982-3**
   Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

3. **STATUTORY AGENT NAME** – give the exact name of the Statutory Agent appointed by the entity listed in number 1 above (this will be *either* an individual or an entity). *NOTE* – the name must match **exactly** the statutory agent name as listed in the document that appoints the statutory agent (e.g. Articles of Incorporation or Articles of Organization), including any middle initial or suffix:

   ### National Corporate Research, Ltd.

## STATUTORY AGENT SIGNATURE:

By the signature appearing below, the individual or entity named in number 3 above accepts the appointment as statutory agent for the entity named in number 1 above, and acknowledges that the appointment is effective until the appointing entity replaces the statutory agent or the statutory agent resigns, whichever occurs first.

The person signing below declares and certifies *under penalty of perjury* that the information contained within this document together with any attachments is true and correct, and is submitted in compliance with Arizona law.

_Signature_ | **Alexis Cassidy, Asst. Secretary** | _Date_
             | Printed Name |

**REQUIRED** – check only one:

| [ ] **Individual as statutory agent:** I am signing on behalf of myself as the individual | [X] **Entity as statutory agent:** I am signing on behalf of the entity named as statutory agent, and I am authorized to act for that entity. |

---

| Filing Fee: none (regular processing)<br>Expedited processing – (available only if this form is submitted by itself) add $35.00 to filing fee.<br>All fees are nonrefundable - see instructions. | Mail: Arizona Corporation Commission - Corporate Filings Section<br>1300 W. Washington St., Phoenix, Arizona 85007<br>Fax: 602-542-4100 |

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

M002.002
Rev: 2014

Arizona Corporation Commission – Corporations Division
Page 1 of 1

AZ Corp. Commission

04671506

RECEIVED

MAY 1 3 2014

ARIZONA CORP. COMMISSION
CORPORATIONS DIVISION

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

## LLC STATEMENT OF CHANGE
## OF KNOWN PLACE OF BUSINESS ADDRESS OR STATUTORY AGENT

*Read the instructions L020I*

**NOTE** – *no matter what is being changed, numbers 1, 2, 3.1, 4.1, and 4.2 must be completed. The form will be rejected if those sections are not completed.*

1. **ENTITY NAME** – give the exact name of the LLC as currently shown in A.C.C. records:

   **SMILE PRO DIRECT, LLC**

2. **A.C.C. FILE NUMBER:**     **L-1731979-8**
   Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

3. **ARIZONA KNOWN PLACE OF BUSINESS ADDRESS:**

| 3.1 *REQUIRED* – list the known place of business address currently shown in A.C.C. records (before any changes): | 3.2 *Optional* – List the NEW known place of business address in Arizona (must be a street or physical address): |
|---|---|
| Attention (optional) | Attention (optional) |
| 7702 E. Doubletree Ranch Road, #300 | |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |
| Scottsdale | AZ | 85258 | City | State | Zip |

3.3  If you completed 3.2, is the NEW known place of business address in Arizona the same as the street address of the statutory agent?  ☐ Yes  ☑ No

4. **CURRENT OR EXISTING** STATUTORY AGENT -- list the name and addresses of the statutory agent as shown in the records of the Arizona Corporation Commission *before any changes* (this is the existing statutory agent):

| 4.1 *REQUIRED* – list the *name* and *physical or street address* (not a P.O. Box) in Arizona of the existing statutory agent: | 4.2 *REQUIRED* – list the mailing address (if one exists in A.C.C. records) in Arizona of the existing Statutory Agent: |
|---|---|
| **Mariscal Weeks McIntyre & Frie** | |
| Statutory Agent Name | |
| Attention (optional) | Attention (optional) |
| 2901 N. Central Avenue, #200 | |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |
| Phoenix | AZ | 85012 | City | State | Zip |

L020.001
Rev: 2010

Arizona Corporation Commission – Corporations Division
Page 1 of 3

**4.3** ☐ **CHANGE IN EXISTING STATUTORY AGENT NAME ONLY** – If the *name only* of the existing statutory agent listed in number 5.1 above has changed, but a new agent has not been appointed, check the box and give the new name of the existing statutory agent below:

_____

**4.4** **CHANGE IN EXISTING STATUTORY AGENT ADDRESS** – check all that apply and follow instructions:

☐ **STREET ADDRESS CHANGED** – complete number 4.5.

☐ **MAILING ADDRESS CHANGED** – complete number 4.6.

| **4.5   NEW STREET ADDRESS** – give the NEW physical or street address (not a P.O. Box) in Arizona of the existing statutory agent: | | | **4.6   NEW MAILING ADDRESS** – give the NEW mailing address in Arizona of the existing statutory agent (can be a P.O. Box): | | |
|---|---|---|---|---|---|
| Attention (optional) | | | Attention (optional) | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City | State | Zip | City | State | Zip |

| **5.** ☑ **NEW STATUTORY AGENT** – If a new statutory agent is being appointed, check the box and complete the following for the NEW statutory agent: | | | | | |
|---|---|---|---|---|---|
| **5.1** *REQUIRED* – give the name (can be an individual or an entity) and physical or street address (not a P.O. Box) in Arizona of the NEW statutory agent: | | | **5.2** *OPTIONAL* – mailing address in Arizona of NEW Statutory Agent (can be a P.O. Box): | | |
| **National Corporate Research, Ltd.** | | | | | |
| Statutory Agent Name | | | Attention (optional) | | |
| **815 North First Avenue, Suite #4** | | | | | |
| Attention (optional) | | | Address 1 | | |
| Address 1 | | | | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City  **Phoenix** | State **AZ** | Zip **85003** | City | State | Zip |
| **5.3** *REQUIRED* – If you are appointing a new statutory agent, the Statutory Agent Acceptance form M002 must be submitted along with this Statement of Change form. | | | | | |

L000.001
Rev. 0010

Arizona Corporation Commission – Corporations Division
Page 2 of 3

**SIGNATURE** – *see Instructions I.020i for who is authorized to make changes:*

If the person signing this form is the existing statutory agent changing its own address, then by the signature appearing below, the existing statutory agent certifies *under penalty of perjury* that he or she has given the LLC named in number 1 above written notice of the address change.

By checking the box marked "I accept" below, I acknowledge *under penalty of perjury* that this document together with any attachments is submitted in compliance with Arizona law.

☑ I ACCEPT

Jenny Johnson
Printed Name

5/2/14
Date

**REQUIRED** – check only one and fill in the corresponding blank if signing for an entity:

| ☑ I am the Individual Manager of this manager-managed LLC or I am signing for an entity manager named: | ☐ I am a Member of this member-managed LLC or I am signing for an entity member named: | ☐ I am a Statutory Agent changing only my own address and/or my own name. |
|---|---|---|
| Wave Rock, LLC | | |

Filing Fee: $5.00 (regular processing)
Expedited processing – add $35.00 to filing fee.
All fees are nonrefundable – see instructions.

Mail: Arizona Corporation Commission – Corporate Filings Section
1300 W. Washington St., Phoenix, Arizona 85007
Fax: 602-542-4100

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

L020.001
Rev: 2010

Arizona Corporation Commission – Corporations Division
Page 3 of 3

Ostrum Attachment EN-43

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# STATUTORY AGENT ACCEPTANCE
*Please read Instructions M002i*

1.  **ENTITY NAME** – give the **exact** name in Arizona of the corporation or LLC that has appointed the Statutory Agent (this must match exactly the name as listed on the document appointing the statutory agent, e.g., Articles of Organization or Article of Incorporation):

    **SMILE PRO DIRECT, LLC**

2.  **A.C.C. FILE NUMBER** (if entity is already incorporated or registered in AZ): **L-1731979-8**
    Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

3.  **STATUTORY AGENT NAME** – give the exact name of the Statutory Agent appointed by the entity listed in number 1 above (this will be *either* an individual or an entity). *NOTE* – the name must match **exactly** the statutory agent name as listed in the document that appoints the statutory agent (e.g. Articles of Incorporation or Articles of Organization), including any middle initial or suffix:

    **National Corporate Research, Ltd.**

## STATUTORY AGENT SIGNATURE:

By the signature appearing below, the individual or entity named in number 3 above accepts the appointment as statutory agent for the entity named in number 1 above, and acknowledges that the appointment is effective until the appointing entity replaces the statutory agent or the statutory agent resigns, whichever occurs first.

The person signing below declares and certifies *under penalty of perjury* that the information contained within this document together with any attachments is true and correct, and is submitted in compliance with Arizona law.

| Signature | **Alexis Cassidy, Asst. Secretary**<br>Printed Name | Date |
|---|---|---|

**REQUIRED** – check only one:

| ☐ **Individual as statutory agent:** I am signing on behalf of myself as the individual | ☒ **Entity as statutory agent:** I am signing on behalf of the entity named as statutory agent, and I am authorized to act for that entity. |
|---|---|

| Filing Fee: none (regular processing)<br>Expedited processing – (available only if this form is submitted by itself) add $35.00 to filing fee.<br>All fees are nonrefundable - see instructions. | Mail: | Arizona Corporation Commission - Corporate Filings Section<br>1300 W. Washington St., Phoenix, Arizona  85007 |
|---|---|---|
| | Fax: | 602-542-4100 |

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute.  You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

AZ Corp. Commission

04671507

RECEIVED

MAY 1 3 2014

ARIZONA CORP. COMMISSION
CORPORATIONS DIVISION

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

## LLC STATEMENT OF CHANGE
## OF KNOWN PLACE OF BUSINESS ADDRESS OR STATUTORY AGENT
### Read the Instructions L020I

**NOTE** – no matter what is being changed, numbers 1, 2, 3.1, 4.1, and 4.2 must be completed. The form will be rejected if those sections are not completed.

1. **ENTITY NAME** -- give the exact name of the LLC as currently shown in A.C.C. records:

   **SPARK WHITENING, LLC**

2. **A.C.C. FILE NUMBER:**          **L-1774608-5**

   Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

3. **ARIZONA KNOWN PLACE OF BUSINESS ADDRESS:**

| 3.1 REQUIRED – list the known place of business address currently shown in A.C.C. records (before any changes): | 3.2 Optional – List the NEW known place of business address in Arizona (must be a street or physical address): | |
|---|---|---|
| Attention (optional) | Attention (optional) | |
| 7702 E. Doubletree Ranch Road, #300 | | |
| Address 1 | Address 1 | |
| Address 2 (optional) | Address 2 (optional) | |
| City **Scottsdale** | State **AZ** | Zip **85258** |

City | State | Zip |

3.3  If you completed 3.2, is the NEW known place of business address in Arizona the same as the street address of the statutory agent?  ☐ Yes  ☑ No

4. **CURRENT OR EXISTING STATUTORY AGENT** -- list the name and addresses of the statutory agent as shown in the records of the Arizona Corporation Commission *before any changes* (this is the existing statutory agent):

| 4.1 REQUIRED – list the name and physical or street address (not a P.O. Box) in Arizona of the existing statutory agent: | 4.2 REQUIRED – list the mailing address (if one exists in A.C.C. records) in Arizona of the existing Statutory Agent: | |
|---|---|---|
| **Mariscal Weeks McIntyre & Frie** | | |
| Statutory Agent Name | | |
| Attention (optional) | Attention (optional) | |
| 2901 N. Central Avenue, #200 | | |
| Address 1 | Address 1 | |
| Address 2 (optional) | Address 2 (optional) | |
| City **Phoenix** | State **AZ** | Zip **85012** |

City | State | Zip |

L020.001
Rev: 2010

Arizona Corporation Commission – Corporations Division
Page 1 of 5

**4.3** ☐ **CHANGE IN EXISTING STATUTORY AGENT NAME ONLY** – if the *name only* of the existing statutory agent listed in number 5.1 above has changed, but a new agent has not been appointed, check the box and give the new name of the existing statutory agent below:

_____

**4.4** **CHANGE IN EXISTING STATUTORY AGENT ADDRESS** – check all that apply and follow instructions:

☐ **STREET ADDRESS CHANGED** – complete number 4.5.

☐ **MAILING ADDRESS CHANGED** – complete number 4.6.

| **4.5 NEW STREET ADDRESS** – give the NEW physical or street address (not a P.O. Box) in Arizona of the existing statutory agent: | | | **4.6 NEW MAILING ADDRESS** – give the NEW mailing address in Arizona of the existing statutory agent (can be a P.O. Box): | | |
|---|---|---|---|---|---|
| Attention (optional) | | | Attention (optional) | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City | State | Zip | City | State | Zip |

| **5.** ☑ **NEW STATUTORY AGENT** – if a new statutory agent is being appointed, check the box and complete the following for the NEW statutory agent: | | | | | |
|---|---|---|---|---|---|
| **5.1 REQUIRED** – give the name (can be an individual or an entity) and physical or street address (not a P.O. Box) in Arizona of the NEW statutory agent: | | | **5.2 OPTIONAL** – mailing address in Arizona of NEW Statutory Agent (can be a P.O. Box): | | |
| National Corporate Research, Ltd. | | | | | |
| Statutory Agent Name | | | | | |
| 815 North First Avenue, Suite #4 | | | Attention (optional) | | |
| Attention (optional) | | | Address 1 | | |
| Address 1 | | | | | |
| Address 2 (optional)  Phoenix | AZ | 85003 | Address 2 (optional) | | |
| City | State | Zip | City | State | Zip |
| **5.3 REQUIRED** – If you are appointing a new statutory agent, the Statutory Agent Acceptance form M002 must be submitted along with this Statement of Change form. | | | | | |

L03B.001
Rev. 2010

Arizona Corporation Commission – Corporations Division
Page 2 of 3

Ostrum Attachment EN-46

**SIGNATURE** – *see Instructions L020!* *for who is authorized to make changes:*

If the person signing this form is the existing statutory agent changing its own address, then by the signature appearing below, the existing statutory agent certifies *under penalty of perjury* that he or she has given the LLC named in number 1 above written notice of the address change.

By checking the box marked "I accept" below, I acknowledge *under penalty of perjury* that this document together with any attachments is submitted in compliance with Arizona law.

☑ I ACCEPT

| _____ | Jenny Johnson | 5/2/14 |
|---|---|---|
| Signature | Printed Name | Date |

**REQUIRED** – check only one and fill in the corresponding blank if signing for an entity:

| ☑ I am the individual Manager of this manager-managed LLC or I am signing for an entity manager named:<br><br>Wave Rock, LLC | ☐ I am a Member of this member-managed LLC or I am signing for an entity member named: | ☐ I am a Statutory Agent changing only my own address and/or my own name. |
|---|---|---|

| Filing Fee: $5.00 (regular processing)<br>Expedited processing – add $35.00 to filing fee.<br>All fees are nonrefundable – see instructions. | Mail:<br><br>Fax: | Arizona Corporation Commission – Corporate Filings Section<br>1300 W. Washington St., Phoenix, Arizona 85007<br>602-542-4100 |
|---|---|---|

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# STATUTORY AGENT ACCEPTANCE
### *Please read Instructions M002i*

1. **ENTITY NAME** – give the **exact** name in Arizona of the corporation or LLC that has appointed the Statutory Agent (this must match exactly the name as listed on the document appointing the statutory agent, e.g., Articles of Organization or Article of Incorporation):

   ### SPARK WHITENING, LLC

2. **A.C.C. FILE NUMBER** (if entity is already incorporated or registered in AZ): **L-1774608-5**
   Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

3. **STATUTORY AGENT NAME** – give the exact name of the Statutory Agent appointed by the entity listed in number 1 above (this will be *either* an individual or an entity). *NOTE* - the name must match **exactly** the statutory agent name as listed in the document that appoints the statutory agent (e.g. Articles of Incorporation or Articles of Organization), including any middle initial or suffix:

   ### National Corporate Research, Ltd.

## STATUTORY AGENT SIGNATURE:

By the signature appearing below, the individual or entity named in number 3 above accepts the appointment as statutory agent for the entity named in number 1 above, and acknowledges that the appointment is effective until the appointing entity replaces the statutory agent or the statutory agent resigns, whichever occurs first.

The person signing below declares and certifies *under penalty of perjury* that the information contained within this document together with any attachments is true and correct, and is submitted in compliance with Arizona law.

Signature _____   **Alexis Cassidy, Asst. Secretary**   Date _____
                                     Printed Name

**REQUIRED** – check only one:

| | |
|---|---|
| ☐ **Individual as statutory agent:** I am signing on behalf of myself as the individual | ☒ **Entity as statutory agent:** I am signing on behalf of the entity named as statutory agent, and I am authorized to act for that entity. |

| | |
|---|---|
| **Filing Fee:** none (regular processing)<br>Expedited processing – (available only if this form is submitted by itself) add $35.00 to filing fee.<br>All fees are nonrefundable - see Instructions. | **Mail:** Arizona Corporation Commission - Corporate Filings Section<br>1300 W. Washington St., Phoenix, Arizona 85007<br>**Fax:** 602-542-4100 |

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

M002.002
Rev. 2014

Arizona Corporation Commission – Corporations Division
Page 1 of 1