PX3

Agarwal Attachment A

Chase Bank Records

4-3

# AFFIDAVIT

### Case No. : 772 3058

Tammy Neathery , certifies and declares as follows:

1.  I am over the age of 18 years and not a party to this action.
2.  My business address is 14800 Frye Road, Fort Worth, Texas 76155.
3.  I am a custodian of records for JPMorgan Chase Bank, N.A. in the National Subpoena Processing Department located in Fort Worth, Texas.
4.  Based on my knowledge of JPMorgan Chase Bank, N.A. 's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by JPMorgan Chase Bank, N.A. in the ordinary course of business.
5.  Based on my knowledge of JPMorgan Chase Bank, N.A. 's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters.
6.  It is the regular practice of JPMorgan Chase Bank, N.A. to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Texas, that the foregoing is true and correct.

Dated: 11/15/2016

By: _____

Tammy Neathery
Doc Review Sr Specialist I
Texas Subpoena Processing

Sworn to before me this _15_ day of _November_, 20_16_.

_____
Notary Public

04/12/2020
Commission Expires

MICHAEL RUNNELS
Notary ID # 130622753
My Commission Expires
April 12, 2020

SD_SwornDocumentExecution_000079410097
SB771181-F1

26-Oct-16

26Oct16-1195

### Business Signature Card

**BANK☰ONE.**

**ACCOUNT TITLE**
WHOLE HEALTH PRODUCTS INC

**ACCOUNT NUMBER** ▓▓2152
**ACCOUNT TYPE** Bank One Commercial Checking

**TAXPAYER ID NUMBER** 20-0111360
**DATE OPENED** 08/08/2003
**FORM OF BUSINESS** Corporation

**BUSINESS ADDRESS**
5246 CHRISTENSEN DR
LITTLETON, CO 80123

**ISSUED BY** Bank One, NA ( 501 )
Gunbarrel 50
SHARON A PIERSON
(303)245-6810

| PRIMARY IDENTIFICATION | ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| | | | 11/26/2003 | |

RECEIVED BY DOC. PRER
NATIONAL
DEC 01 2003

**SIGNER(S) TO BE ADDED LATER**

**ACKNOWLEDGEMENT** - By signing this Signature Card, either individually, jointly, or through your duly authorized representative(s), you apply to open a deposit account at the Bank. You represent and warrant that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business on your account and (ii) all necessary action or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. You certify that the information provided to the Bank by you is true to the best of your knowledge and authorize the Bank, at its discretion, to obtain credit reports on you. You acknowledge receipt of the Bank's deposit account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the agreements and terms contained therein.

**CERTIFICATION** - I certify under penalty of perjury that (1) the Taxpayer Identification Number given is correct and (2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. person (including a U.S. resident alien).

☐ If the IRS has notified you that you are subject to backup withholding due to underreporting interest or dividends on your tax return, and you have not been notified that the backup withholding is terminated, check here and cross out Item 2 above.

☐ If you are a non-resident alien, check here to acknowledge you have supplied the Bank with certification through the appropriate Form W-8.

The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| PRINTED NAME | TAXPAYER ID # | TITLE | SIGNATURE | DATE |
|---|---|---|---|---|
| ROBERT S LAZZERI | 52A-▓▓ 509-30-▓▓ | Vice President | | 11/25/03 |
| BLAIR LICHEA | 501-▓ 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- | President | | 11/26/03 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

26-Oct-16

26Oct16-1195

CHASE ○                    **Business Signature Card**                    BANK ONE.

ACCOUNT TITLE  *Boulder Nature Labs*

ACCOUNT NUMBER  ████ 0152

*Name Update*

ACCOUNT TYPE  *Comm Checking*

TAXPAYER ID NUMBER  *20-011 3610*

DATE OPENED  *8/26/03*

FORM OF BUSINESS  *Corp*

ISSUED BY  *JP Morgan*

BUSINESS ADDRESS  *1500 Kansas Ave #3E*
*Longmont, CO 80501*

BANK NO.  *501*

*Longmont*
*292*
*Dawn Chandler*
*(8) 651-1284*

PRIMARY ID TYPE  *AVD*

PRIMARY ID NUMBER  ████

ISSUER  *CO*

ISSUANCE DATE  *7/03*

EXPIRATION DATE

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGEMENT - By signing the Signature Card, either individually, jointly or through your duly authorized representative(s), you apply to open a deposit account at the Bank. You represent and warrant that (i) independent representatives below are genuine or bonafide signatures of the person(s) authorized to transact business on your account and (ii) all necessary actions or resolutions, where necessary, have been taken to authorize the named person(s) to so act. The Bank is invited to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. You certify that the information provided to the Bank by you is true to the best of your knowledge and authorize the Bank, at its discretion, to obtain credit reports on you. You acknowledge receipt of the Bank's deposit account agreement which includes all provisions that apply to this deposit account and other related service terms for account analysis and other treasury management service if applicable and agree to be bound by the agreements and terms contained therein.

CERTIFICATION - I certify under penalty of perjury that (1) the Taxpayer Identification Number given is correct and (2) I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding. See (2) I am a U.S. person (including a U.S. resident alien)

☐ If the IRS has notified you that you are subject to backup withholding due to underreporting interest or dividends on your tax return, and you have not been notified that this backup withholding is terminated, check here and cross out item 2 above

☐ I am a nonresident alien, and therefore the penalty of perjury certification on this form does not apply to me. In addition, I have certified my foreign status to the Bank by completing the appropriate Form W-8

The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding

| PRINTED NAME | TAXPAYER ID # | TITLE | SIGNATURE | DATE |
|---|---|---|---|---|
| *Robert S. Lanzari* | ████ *3647* | *VP* | ~signature~ | *12/1/05* |
| *Blair McNea* | ████ *1329* | *President* | ~signature~ | *12/22/05* |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | NSCC RECEIVED ON DEC 27 2005 | *M28ND* |
|  |  |  | PROCESSOR VERIFIED |  |

JPMorgan Chase Bank, N.A. Member FDIC
1031 (REV 02)

26-Oct-16                                                                              26Oct16-1195

# CHASE ○

**BUSINESS ACCOUNT ADD SIGNERS FORM**

NAME OF BUSINESS  BOULDER NATURE LABS INC                                        TAXPAYER ID NO  20-0111360○

BUSINESS ADDRESS  1500 KANSAS AVE # 3E, LONGMONT, CO 80501

BRANCH NAME AND NO  LONGMONT - 242                    BANK NO  501              BRANCH PHONE NO  (303)651-1388

INTEROFFICE MAILCODE  CO1-6051          PREPARED BY NAME  DALLAS R SWANGER                    DATE  6/19/2006

Please add the following signer to the accounts listed below (other authorized signers on record do not change)

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| MARNIE K GAESLER | DIRECTOR OF FINANCE | | 6-19-06 |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| 1) Driver's License | 2222#4940 | CO | 11/22/2005 | 02/28/2011 |
| 2) None | | | | |

**Account Numbers**

| 1464 | 9938 |
|---|---|
| 0152 | 4606 |

Please add the following signer to the accounts listed below (other authorized signers on record do not change)

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

**Account Numbers**

Please add the following signer to the accounts listed below (other authorized signers on record do not change)

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

**Account Numbers**

**CERTIFICATION**

The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

| For a Corporation or Unincorporated Association or Organization | For Sole Proprietorship | For Partnership or Limited Liability Company | For Government Entity |
|---|---|---|---|
| Secretary          6/19/06 | | | |
| Date | Owner/Sole Proprietor          Date | Partner/Member          Date | Certifying Official          Date |

Forward original to National Doc Prep, Mail Code LA2-9375    This document does not contain TIN certification/Tax language  This document cannot be used for supporting documentation for TIN certification and IRS processes.

1 of 1                                                                JPMorgan Chase Bank, N.A.  Member FDIC

26-Oct-16

26Oct16-1213

**CHASE**
**Business Signature Card**

ACCOUNT TITLE ("DEPOSITOR")
OPEN WATERS LLC

ACCOUNT NUMBER ███82
TAXPAYER ID NUMBER 26-4176414
ACCOUNT TYPE Chase Business Classic

DATE OPENED 02/04/2009
New Account
FORM OF BUSINESS Limited Liability Company
ISSUED BY JPMorgan Chase Bank, N.A. (501)
Gunbarrel
JOHN D AINSWORTH
303-245-6523
02/04/2009

BUSINESS ADDRESS
999 18TH ST STE 300

DENVER, CO 80222-2469

| PRIMARY IDENTIFICATION | ID NUMBER | ISSUER | ISSUANCE | EXP DATE |
|---|---|---|---|---|
| Assumed Name Certificate | 20091072883 | CO sos | 02/03/2009 | |

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGEMENT – By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (i) the signatures appearing below are genuine or legitimate signatures of the person(s) authorized to transact business and (ii) all necessary action or formalities, where necessary, have been taken to authorize the named person(s) to act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's Account Rules and Regulations or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

CERTIFICATION – The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. person (including a U.S. resident alien).

☐ Mark this checkbox and cross out item 2 above if the IRS has notified you that you are subject to backup withholding due to underreporting interest or dividends on your tax return.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| MR WALTER M LONG Jr | ██0467 | Manager Managed | 2-4-09 | |
| BLAIR W MCNEA | ██1229 | Manager Managed | 2/4/09 | |

Rev (2/07)

26Oct16-1183

## CHASE 

**Business Signature Card**

ACCOUNT TITLE ("DEPOSITOR")
AVALANCHEWHITE LLC

 

ACCOUNT NUMBER ████7604
TAXPAYER ID NUMBER 27-5222943
ACCOUNT TYPE Chase BusinessSelect Checking

DATE OPENED 01/09/2012
New Account
FORM OF BUSINESS Limited Liability Company
ISSUED BY JPMorgan Chase Bank, N.A. (703)
Sahara Pavilion North
GAIL G BROWN
702-880-1410
01/09/2012

BUSINESS ADDRESS
7251 W LAKE MEAD BLVD STE 300

LAS VEGAS, NV 89128-0380

| PRIMARY IDENTIFICATION | ID NUMBER | ISSUER | ISSUANCE | EXP DATE |
|---|---|---|---|---|
| State Certification of Business | ED100492013B | NV SOS | 02/24/2011 | |

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGEMENT — By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (1) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (2) all necessary action or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's Account Rules and Regulations or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agrees to be bound by the terms and conditions contained therein as amended from time to time.

CERTIFICATION — The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions).

☐ The Depositor is a foreign entity, and therefore the penalties of perjury certification on this form do not apply. In addition, the Depositor has certified its foreign status in the Bank by completing the appropriate Form W-8.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| NAME | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| BLAIR W MCNEA | 1329 | Manager Managed | 1/9/12 |  |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Rev (3/2008)    Seal

26-Oct-16                                                                                        26Oct16-1162

**CHASE** ○
**Business Signature Card**

ACCOUNT TITLE ("DEPOSITOR")
EYEPOTHESIS LLC

| | |
|---|---|
| ACCOUNT NUMBER | ████3580 |
| TAXPAYER ID NUMBER | 26-1405538 |
| ACCOUNT TYPE | Chase Business Select High Yield Savings |
| DATE OPENED | 04/18/2008 |
| | New Account |
| FORM OF BUSINESS | Limited Liability Company |
| ISSUED BY | JPMorgan Chase Bank, N.A. (501) |
| | Gunbarrel |
| | JOSHUA A CUMRINE |
| | 303-245-6523 |
| | 04/18/2008 |

BUSINESS ADDRESS
6260 LOOKOUT RD UNIT D

BOULDER, CO 80301-3665

| PRIMARY IDENTIFICATION | ID NUMBER | ISSUER | ISSUANCE | EXP DATE |
|---|---|---|---|---|
| State Certification of Business | 20071520024 | CO Sec of State | 03/25/2008 | 03/25/2058 |

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGEMENT – By signing the Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary action or formalities, where necessary have been taken to authorize the named person(s) to so do. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and, authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's Account Rules and Regulations or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

CERTIFICATION – The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. person (including a U.S. resident alien).

☐ Mark this checkbox and cross out item 2 above if the IRS notified you that you are subject to backup withholding due to underreporting interest or dividends on your tax return.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| NAME | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| MR WALTER M LONG Jr | ████3487 | Manager Managed | 4 18-08 | |
| BLAIR W MCNEA | ████1229 | Manager Managed | 4/18/08 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(04/21/08)

06128

Rev [080]

26-Oct-16                                                                    26Oct16-1156

## CHASE ◯
### Business Signature Card

ACCOUNT TITLE ("DEPOSITOR")
BELLACLEAR LLC

ACCOUNT NUMBER ▮▮▮3555
TAXPAYER/ID NUMBER 26-1405465
ACCOUNT TYPE Chase Business Select High Yield Savings

BUSINESS ADDRESS
6260 LOOKOUT RD UNIT D

BOULDER, CO 80301-3585

DATE OPENED 04/17/2008
New Account
FORM OF BUSINESS Limited Liability Company
ISSUED BY JPMorgan Chase Bank, N.A. (501)
Gunbarrell
JOSHUA A CUMRINE
303-245-6523
04/17/2008

| PRIMARY IDENTIFICATION | ID NUMBER | ISSUER | ISSUANCE | EXP DATE |
|---|---|---|---|---|
| State Certification of Business | 20071520032 | CO Sec of State | 11/12/2007 | 11/12/2057 |

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGEMENT – By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Bank, N.A. (the Bank). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary action or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's *Account Rules and Regulations* or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

CERTIFICATION – The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. person (including a U.S. resident alien).

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

☐ Mark this checkbox and cross out item 2 above if the IRS has notified you that you are subject to backup withholding due to underreporting interest or dividends on your tax return.

| NAME | TAXPAYER/ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| STEVEN T VANDERBURG | ▮▮▮5369 | Manager Managed | 4/17/08 | *[signature]* |
| BLAIR W MCNEA | ▮▮▮1328 | Manager Managed | 4/17/08 | *[signature]* |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Rev (3/03)

(04/18/08)

05236

26-Oct-16

26Oct16-1168

## CHASE ◉
**Business Signature Card**

ACCOUNT TITLE ("DEPOSITOR")
JUNIPER SOLUTIONS LLC

ACCOUNT NUMBER ███ 5877
TAXPAYER ID NUMBER 27-5213178
ACCOUNT TYPE Chase Business Select High Yield Savings

DATE OPENED 05/23/2011
New Account
FORM OF BUSINESS Limited Liability Company
ISSUED BY JPMorgan Chase Bank, N.A. (703)
Sahara Pavilion North
GAIL G BROWN
702-880-1410
05/23/2011

BUSINESS ADDRESS
1810 E SAHARA AVE STE 100

LAS VEGAS, NV 89104-3735

PRIMARY IDENTIFICATION        ID NUMBER        ISSUER        ISSUANCE        EXP DATE
State Certification of Business   E201046029112                NV SOS        02/24/2011

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGEMENT – By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary action or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until notice revocation of such authority is received by the Bank. The Depositor confirms that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's Account Rules and Regulations or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

CERTIFICATION – The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions).

☐ The Depositor is a foreign entity, and therefore the penalties of perjury certification on this form do not apply. In addition, the Depositor has certified its foreign status to the Bank by completing the appropriate Form W-8.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| BLAIR W MCNEA | ███ 1329 | MANAGER | 5/25/11 |  |
| MR WALTER M LONG Jr | ███ 3457 | SIGNER | 5/25/11 | |



Rev (12/09)

Scan

26-Oct-16                                                                                                    26Oct16-1174



## CHASE
**Business Signature Card**
ACCOUNT TITLE ("DEPOSITOR")
WHITENING FAST LLC

ACCOUNT NUMBER          0022
TAXPAYER ID NUMBER    45-2498950
ACCOUNT TYPE    Chase Business Select High Yield Savings

DATE OPENED    07/07/2011
FORM OF BUSINESS    New Account
    Limited Liability Company
ISSUED BY    JPMorgan Chase Bank, N.A. (703)
    Sahara Pavilion North
    JULIO J JAUREGUI

BUSINESS ADDRESS
711 S CARSON ST

CARSON CITY, NV 89701-6268

PRIMARY IDENTIFICATION         ID NUMBER          ISSUER         ISSUANCE      EXP DATE    702-269-0796
State Certification of Business    E02912020111       NV SOS        05/29/2011                07/07/2011

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGEMENT — By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary action or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's Account Rules and Regulations or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agrees to be bound by the terms and conditions contained therein as amended from time to time.

CERTIFICATION — The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. citizen or other U.S. person (as defined in the Form W-8 instructions).

☐ The IRS has notified the Depositor that it is subject to backup withholding due to underreporting interest or dividends on his tax return, cross out item 2 above.
☐ The Depositor is a foreign entity, and therefore the provision of perjury certification on this form do not apply. In addition, the Depositor has certified its foreign status to the Bank by completing the appropriate Form W-8.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| NAME | ID NUMBER | TAXPAYER ID NUMBER | DATE | SIGNATURE |
|------|-----------|--------------------|------|-----------|
| BLAIR W MCNEA | 329 | MANAGER | 7/7/11 | |
| MR WALTER M LONG Jr | 457 | SIGNER | 7/7/11 | |



Agarwal Attachment A-10

26-Oct-16

26Oct16-1192

## CHASE

**Business Signature Card**

ACCOUNT TITLE ("DEPOSITOR")
HYDRAWHITE LLC

ACCOUNT NUMBER ████2066
TAXPAYER ID NUMBER 27-5223130
ACCOUNT TYPE Chase Business/Select Checking

DATE OPENED 05/24/2011
New Account
FORM OF BUSINESS Limited Liability Company
ISSUED BY JPMorgan Chase Bank, N.A. (703)
Sahara Pavilion North
GAIL G BROWN
702-880-1410

BUSINESS ADDRESS
7281 W LAKE MEAD BLVD STE 300

LAS VEGAS, NV 89128-8330

PRIMARY IDENTIFICATION
State Certification of Business

ID NUMBER
E20140720117

ISSUER
NV SOS

ISSUANCE
02/24/2011

EXP DATE
05/24/2011

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGEMENT – By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary action or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's Account Rules and Regulations or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

CERTIFICATION – The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions).

☐ If the IRS has notified the Depositor that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.
☐ The Depositor is a foreign entity, and therefore the penalties of perjury certification on this form do not apply. In addition, the Depositor has certified its foreign status to the Bank by completing the appropriate Form W-8.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| | | | | |
|---|---|---|---|---|
| BLAIR W MCREA | 1329 | Manager Managed | 5/25/11 | |
| MR WALTER M LONG Jr | ████-3467 | Signer | 5/25/11 | |



26-Oct-16

26Oct16-1141

**CHASE**
**Business Signature Card**

ACCOUNT TITLE ("DEPOSITOR")
KNOCKOUT WHEEL LLC

ACCOUNT NUMBER
TAXPAYER ID NUMBER   XX-XXXXXXX
ACCOUNT TYPE   Chase Business Select Checking

BUSINESS ADDRESS
7251 W LAKE MEAD BLVD STE 300
LAS VEGAS, NV 89128-8380

DATE OPENED
New Account
FORM OF BUSINESS   Limited Liability Company (LLC)
   JPMorgan Chase Bank, N.A. (701)
   Solano Pavilion North - 746249
   OAK, G CHICKAN

PRIMARY IDENTIFICATION

SIGNER(S) TO BE ADDED LATER

| | | | | |
|---|---|---|---|---|
| BLAS W MONEA | | Manager | 7-31-12 | |
| MR WALTER M LONG JR | | Signer | 7-21-12 | |

26-Oct-16                                                                 26Oct16-1159

## CHASE ○
### Business Signature Card

ACCOUNT TITLE ("DEPOSITOR")
EYEPOTHESIS LLC

| | |
|---|---|
| ACCOUNT NUMBER | ████6208 |
| TAXPAYERID NUMBER | 26-1405538 |
| ACCOUNT TYPE | Chase Business Classic |
| DATE OPENED | 04/18/2008 |
| | New Account |
| FORM OF BUSINESS | Limited Liability Company |
| ISSUED BY | JPMorgan Chase Bank, N.A. (501) |
| | Genbarnil |
| | JOSHUA A CUMRINE |
| | 303-245-6523 |
| | 04/18/2008 |

BUSINESS ADDRESS
6360 LOOKOUT RD UNIT D

BOULDER, CO 80301-3885

| PRIMARY IDENTIFICATION | ID NUMBER | ISSUER | ISSUANCE | EXP DATE |
|---|---|---|---|---|
| State Certification of Business | 20071520024 | CO Sec of State | 03/25/2008 | 03/25/2058 |

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGEMENT — By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary action or formalities, where necessary, have been taken to authorize the named person(s) to act. The Bank is entitled to rely on the authority of the named person(s) and written execution of each authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's Account Rules and Regulations or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

CERTIFICATION – The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because   (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. person (including a U.S. resident alien).

The Internal Revenue Service does not require your consent to any provision of this document other than the certification required to avoid backup withholding.

☐ Mark this checkbox and cross out item 2 above if the IRS has notified you that you are subject to backup withholding due to underreporting interest or dividends on your tax return.

| NAME | TAXPAYERID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| MR WALTER M LONG Jr | ████3487 | Manager Managed | 4-18 08 | |
| BLAIR W MCNEA | ████1329 | Manager Managed | 4/18/08 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Rev (2007)

(04/21/08)

06129

26-Oct-16                                                                                          26Oct16-1041

**CHASE**  
**Business Signature Card**

ACCOUNT TITLE ("DEPOSITOR")
ABSOLUTELY WORKING LLC

ACCOUNT NUMBER          2354
TAXPAYER ID NUMBER   27-5219317
ACCOUNT TYPE          Chase Business Select High Yield Savings

DATE OPENED          03/31/2011
                     New Account
FORM OF BUSINESS     Limited Liability Company
ISSUED BY            JPMorgan Chase Bank, N.A. (703)
                     Sahara Pavilion North
                     JULIO J JAUREGUI
                     702-259-0795

BUSINESS ADDRESS
1810 E SAHARA AVE STE 100

LAS VEGAS, NV 89104-3725

| PRIMARY IDENTIFICATION | ID NUMBER | ISSUER | ISSUANCE | EXP DATE |
|---|---|---|---|---|
| State Certification of Business | E01056020112 | NV SOS | 02/24/2011 | 03/31/2011 |

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGEMENT — By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary action or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's Account Rules and Regulations or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agrees to be bound by the terms and conditions contained therein as amended from time to time.

CERTIFICATION — The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions).

☐ If the IRS has notified the Depositor that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.
☐ The Depositor is a foreign entity, and therefore the portion of proper certification on this form do not apply. In addition, the Depositor has certified its foreign status to the Bank by completing the appropriate Form W-8.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| MEGAN P NOSEL | | 2219 | MANAGER | | 3/21/11 | *M Paul Nosel* |
|---|---|---|---|---|---|---|

Agarwal Attachment A-14

26-Oct-16

26Oct16-1041

**CHASE** ◒

## BUSINESS ACCOUNT ADD SIGNERS FORM

NAME OF BUSINESS  ABSOLUTELY WORKING LLC

TAXPAYER ID NO.  27-5219317

BUSINESS ADDRESS 1810 E SAHARA AVE STE 100, LAS VEGAS, NV 89104-3735

BRANCH NAME AND NO.  SAHARA PAVILION NORTH - 740949          BANK NO.  703

BRANCH PHONE NO.  (702) 880-1410

INTEROFFICE MAILCODE NV1-3015          PREPARED BY: NAME  GAIL G BROWN

DATE:  08/09/2011

Please add the following signer to the accounts listed below (other authorized signers on record do not change)

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| BLAIR W MCNEA | SIGNER | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| 1) Driver's License | ▮▮▮▮ | CO | 03/16/2011 | 06/30/2016 |
| 2) Major Credit Card | XXXXXXXXXXXX8/07 | 1RST BANK | 03/30/2010 | 03/30/2013 |

Account Numbers:  ▮▮▮▮2354
9596

Please add the following signer to the accounts listed below (other authorized signers on record do not change)

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

Account Numbers:

Please add the following signer to the accounts listed below (other authorized signers on record do not change)

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

Account Numbers:

### CERTIFICATION

The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts. The undersigned further certifies that for those added on authorized signers, the names, titles and signatures are correct.

| For a Corporation or Unincorporated Association or Organization: | | For Sole Proprietorship: | | For Partnership or Limited Liability Company: | | For Commercial Entity: | |
|---|---|---|---|---|---|---|---|
| Secretary | Date | Owner/Sole Proprietor | Date | Partner/Member/Principal | Date | Certifying Official | Date |
| | | | | 6/18/11 | | | |

1 of 1

JPMorgan Chase Bank, N.A.  Member FDIC

Scan ▭

26-Oct-16

26Oct16-1062

## CHASE ○

**Business Signature Card**

ACCOUNT TITLE ("DEPOSITOR")
DENTAL PRO AT HOME LLC

ACCOUNT NUMBER ████████
TAXPAYER ID NUMBER 45-█████
ACCOUNT TYPE Chase Business Select Checking

DATE OPENED 11/07/2012
(New Account)
FORM OF BUSINESS Limited Liability Company (LLC)
ISSUED BY JPMorgan Chase Bank, N.A. ( 601 )
Scottsdale Main - 53
JUR E RODRIGUEZ
(480) 970-7097
11/07/2012

BUSINESS ADDRESS
7702 E DOUBLETREE RANCH RD STE200
SCOTTSDALE  AZ 85258-2129

PRIMARY IDENTIFICATION
Website Registration

ID NUMBER
L1234567

ISSUER
AZ

ISSUANCE

EXP DATE

OWNED BY

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGMENT— By signing this Signature Card, the Depositor hereby requests deposit accounts at JPMorgan Chase Bank, N.A. (the Bank). The Depositor appoints and warrants that the Signatures appearing below are genuine or the authorization of the person(s) authorized to transact Depositor and (i) all necessary corporate resolution, where necessary, have been taken to authorize the establishment of said account(s) to be had. That Bank is entitled to rely on the authority of any named person(s) and authorize execution of such activity is decided by the laws. The Depositor agrees that the information provided to the Bank is true to that best information and the execution of the Bank, at the Operation, to obtain credit reports on the Depositor and any other individual listed below. Each signature acknowledges receipt of the Deposit Account Rules and conditions of other applicable documents agreement, which includes all provisions that apply to this deposit account and under this account and hereby agrees to the account listings and other banking arrangement services Agreement, and agree to be bound by the terms and conditions as issued from time to time.

CERTIFICATION— The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct [Non Material, which the Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service that the Depositor is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the Internal Revenue Service has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. Person or other U.S. person (including a U.S. resident alien).

[You (if you wish) the Signature Card is not part of the application but may be used to identify certain information not known until the user, come out here) is here).
• The Depositor is a foreign entity, and therefore for purposes of perjury certification must have done through legal localization. The Depositor has certified the foreign status to the bank by completing the appropriate Form W-8.

| | | | |
|---|---|---|---|
| JUR RODRIGUEZ | ████ 6956 | Signer | 11/9/12 |
| WALTER M LUND JR | ████ 5467 | Signer | 11/9/12 |

Rev 7/08



26-Oct-16

26Oct16-1083

**CHASE**
**Business Signature Card**
ACCOUNT TITLE ("DEPOSITOR")
SMAE PRO DIRECT LLC

ACCOUNT NUMBER ████2520
TAXPAYER ID NUMBER 45-5143334
ACCOUNT TYPE Chase BusinessSelect Checking

DATE OPENED 08/24/2012
New Account
FORM OF BUSINESS Limited Liability Company (LLC)
ISSUED BY J^PMorgan Chase Bank, N.A. ( 001 )
Scottsdale Main – 53
JOE S RODRIGUEZ
(480) 970-7007
08/24/2012

BUSINESS ADDRESS
7702 E DOUBLETREE RANCH RD STE 300

SCOTTSDALE, AZ 85259-2132

PRIMARY IDENTIFICATION         ID NUMBER         ISSUER    ISSUANCE    EXP DATE
Website Documentation          L17219788         A2        01/03/2012

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGMENT— By signing this Signature Card, the Depositor agrees to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (1) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (2) all necessary action or resolution, where necessary, have been taken to indicate the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) each action executed by the Bank. The Depositor acknowledges that the Information printed to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's Account Rules and Regulations or other applicable account document, which includes all provisions that apply to this deposit account, and other agreements and covenants for account analysis and other treasury management services if applicable, and agrees to be bound by the terms and conditions contained therein as amended from time to time

CERTIFICATION— The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because: (x) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions).

If the IRS has notified the Depositor that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.
☐ The Depositor is a foreign entity, and therefore the provisions of backup certification on this form do not apply. In addition, the Depositor has certified its foreign status to the Bank by completing the appropriate Form W-8.

| | | | | |
|---|---|---|---|---|
| BLAIR W MCNEA | ████ 3220 | Signer | | |
| WALTER M LONG JR | ████ 0467 | Signer | | |

Agarwal Attachment A-17

26-Oct-16

26Oct16-1086

## Business Signature Card

ACCOUNT TITLE (*DEPOSITOR*)
SPARK MARKETING, LLC

ACCOUNT NUMBER
TAXPAYER NUMBER
ACCOUNT TYPE   Chase BusinessSelect Checking

BUSINESS ADDRESS
7702 E DOUBLETREE RANCH RD STE 300
SCOTTSDALE, AZ 85255-2192

DATE OPENED
FORM OF BUSINESS   Limited Liability Company (LLC)
                   JPMorgan Chase Bank, N.A. (5Y11)
                   Scottsdale Main - AZ
                   JOE S RODRIGUEZ
                   (480) 270-7007

PRIMARY IDENTIFICATION        ID NUMBER        State        ISSUANCE    EXP DATE
                                                            AZ

SIGNER(S) TO BE ADDED LATER

Agarwal Attachment A-18

26-Oct-16

26Oct16-1089

**CHASE** ◑

Business Signature Card

26-Oct-16

26Oct16-1098

## CHASE ◯
### Business Signature Card

ACCOUNT TITLE ("DEPOSITOR")
THUNDER AVENUE LLC

| | |
|---|---|
| ACCOUNT NUMBER | ████016 |
| TAXPAYER/ID NUMBER | 26-4328073 |
| ACCOUNT TYPE | Chase Business Classic |
| DATE OPENED | 02/26/2009 |
| | New Account |
| FORM OF BUSINESS | Limited Liability Company |
| ISSUED BY | JPMorgan Chase Bank, N.A. (501) |
| | Gunderrell |
| | JOHN D AINSWORTH |
| | 303-245-6523 |

BUSINESS ADDRESS
100 FILLMORE ST FL 5

DENVER, CO 80206-4918

| PRIMARY IDENTIFICATION | ID NUMBER | ISSUER | ISSUANCE | EXP DATE |
|---|---|---|---|---|
| State Certification of Business | CO SOS | 2009111321 | 02/25/2009 | 02/26/2009 |

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGEMENT -- By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary action or Resolution, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's Account Rules and Regulations or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

CERTIFICATION -- The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. person (including a U.S. resident alien).

☐ Mark this checkbox and cross out item 2 above if the IRS has notified you that you are subject to backup withholding due to underreporting interest or dividends on your tax return.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| | | | | |
|---|---|---|---|---|
| BLAIR W MCNEA | ████329 | Manager Managed | 2/26/09 | |

Rev (2/07)

26-Oct-16                                                                                       26Oct16-1098

**CHASE** ⬡

**BUSINESS ACCOUNT ADD SIGNERS FORM**

NAME OF BUSINESS  THUNDER AVENUE LLC                                    TAXPAYER ID NO  26-4328079

BUSINESS ADDRESS  100 FILLMORE ST FL 5, DENVER, CO 60206-4916
BRANCH NAME AND NO  GUNBARRELL - 50                BANK NO  501        BRANCH PHONE NO  (303) 245-6523
INTEROFFICE MAILCODE  CO1-9052      PREPARED BY NAME  JOHN D AINSWORTH               DATE  09/29/2009

Please add the following signer to the accounts listed below (other authorized signers on record do not change)

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| MR WALTER M LONG JR | MANAGER MANAGED | x _[signature]_ | 25/20/09 |

| Identification | Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| 1) Driver's License | ####447 | CO | 09/29/2003 | 09/29/2013 |
| 2) Major Credit Card | XXXXXXXXXXXXX699 | Frontier | 09/01/2005 | 09/29/2010 |

Account Numbers
████████2016

Please add the following signer to the accounts listed below (other authorized signers on record do not change)

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

Account Numbers

Please add the following signer to the accounts listed below (other authorized signers on record do not change)

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

Account Numbers

**CERTIFICATION**
The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signers authority for bank accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

| For a Corporation or Unincorporated Association or Organization | | For Sole Proprietorship | | For Partnership or Limited Liability Company | | For Government Entity | |
|---|---|---|---|---|---|---|---|
| Secretary | Date | Owner/Sole Proprietor | Date | Partner/Member/Manager  _5/20/09_ | Date | Certifying Official | Date |

Forward original to National Doc Prep, Mail Code LA2-0375  This document does not contain TIN certification/FaHa language  This document cannot be used for supporting documentation for TIN certification and IRS process
Scanning branches - Scan using All is One printer
1 of 1

JPMorgan Chase Bank, N A  Member FDIC

26-Oct-16                                                                                       26Oct16-1114

 **CHASE**                                               

**Business Signature Card**

| | |
|---|---|
| ACCOUNT TITLE ("DEPOSITOR") | ACCOUNT NUMBER ____8583 |
| HOW AND WHY LLC | ACCOUNT TYPE  Chase BusinessSelect Checking |
| | TAXPAYER ID NUMBER  27-5254040 |
| | DATE OPENED  03/21/2013 |
| | FORM OF BUSINESS  Limited LiabIlity Company - Manager Managed (LLC) |
| BUSINESS ADDRESS | ISSUED BY  JPMorgan Chase Bank, N.A. ( 501 ) |
| 2850 W HORIZON RIDGE PKWY STE 200 | The Hill - 144614 |
| HENDERSON, NV 89052-4395 | DUSTIN W LOVELL |
| | (503) 474-3296 |
| | 03/21/2013 |

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | ED105022011-8 | NV | 02/24/2011 | 02/28/2014 |
| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
| None | | | | |

SIGNER(S) TO BE ADDED LATER _____

ACKNOWLEDGEMENT - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

| PRINTED NAME | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| BLAIR W MCNEA | ____-1329 | Manager | 8/21/13 | _____ |
| MARK A SANTIAGO | ____-4017 | Manager | 06/21/2013 | Refer to the Add Partner/Member/Manager Not Present form |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

M1207-01-CS 10817 (03/13)



26-Oct-16                                                                                           26Oct16-1114



# CHASE ⬡

## ADD PARTNER/MEMBER/MANAGER
## NOT PRESENT FORM
*(A Chase banker must complete all fields on this form)*

Name of *Organization: How and Why, LLC

State of Organization: Nevada

| ☐ PARTNER | ☐ MEMBER | ☑ MANAGER | | SIGNER: ☑ Yes ☐ No | |
|---|---|---|---|---|---|

Name (First) **Mark**   (Middle Initial) **A.**   (Last) **Santiago**   (SSN or TIN) ████ 4040

Percentage of Ownership: **50%**   Date (MM/DD/yyyy) **1982**   Country of Citizenship **USA**

Residential Street Address ████████████

City **Longmont**   State/Province **CO**   Country (if not USA)   ZIP Code **80508**

Is the Partner/Member/Manager a current (active or reserve) or former member of the United States Military?   ☐ Yes   ☑ No

| Home Phone # | Cell Phone # | Work Phone # | Ext. | Fax # | International Phone # |
|---|---|---|---|---|---|

Primary ID Type: **Drivers License**   Issuer: **Colorado**   (if any): ████ **14514**   Issuance Date (if any):   Expiration Date (if any): **03/2014**

Secondary ID Type: **SSE**   Issuer: **SSA**   ████ **4017**   Issuance Date (if any):   Expiration Date (if any):

Email Address:

The individual signing this Form certifies to JPMorgan Chase Bank, N.A. (the "Bank") as follows:
- the Organization is a limited liability company or partnership, duly organized under the laws of the state of organization listed above;
- the individual signing this Form is a member (if managed by its members) ("Members") or manager (if managed by managers) ("Managers") or General Partner ("Partner") of the Organization; and
- the Organization has authorized all actions and agreements described in this Form in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**
By completing and signing this Form, any partner, member or manager acting alone, may:
- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the organization. These agreements and other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**
Each person authorized as a signer on the account(s) at account opening ("Authorized Person") may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes an increase on an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

Signature of Partner/Member/Manager: _[signature]_   Date Signed: **8/15/13**

Signature and identification verified by:

Banker Signature: _[signature]_   Banker Name: **Dustin Lovell**

Standard ID: **0545923**

**Bank Copy**

M1211-01 (04/13)                                    JPMorgan Chase Bank, N.A. Member FDIC



26-Oct-16

26Oct16-1123

## CHASE ○
### Business Signature Card

ACCOUNT TITLE ("DEPOSITOR")
UNIVERSITY & FOLSOM LLC

ACCOUNT NUMBER ███8572
TAXPAYERID NUMBER 26-2349436
ACCOUNT TYPE Chase Business Select High Yield Savings

DATE OPENED 04/17/2008
FORM OF BUSINESS Limited Liability Company
ISSUED BY JPMorgan Chase Bank, N.A. (501)
Gunbarrel
JOSHUA A CUMRINE
303-245-8523
04/17/2008

BUSINESS ADDRESS
9800 MOUNT PYRAMID CT STE 400

ENGLEWOOD CO 80112

PRIMARY IDENTIFICATION
State Certification of Business

| ID NUMBER | ISSUER | ISSUANCE | EXP DATE |
|---|---|---|---|
| 20331124397 | CO Sec of State | 03/04/2008 | 03/04/2008 |

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGEMENT – By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary action or formalities, where necessary, have been taken to authorize the named person(s) to act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at an discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's Account Rules and Regulations or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time

CERTIFICATION – The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. person (including a U.S. resident alien).

☐ Mark this checkbox and cross out item 2 above if the IRS has notified you that you are subject to backup withholding due to underreporting interest or dividends on your tax return.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| NAME | TAXPAYERID # | | WRITTEN TITLE | DATE | SIGNATURES |
|---|---|---|---|---|---|
| MARNIE K BAESLER | ███0595 | | Manager Managed | 4.17.08 | *signature* |
| BLAER W MCNEA | ███-1329 | | Manager Managed | 4/17/08 | *signature* |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

(04/16/08)

05237

Rev (3/07)

26-Oct-16                                                                                          26Oct16-1123

**CHASE** ◯

**BUSINESS ACCOUNT ADD SIGNERS FORM**

NAME OF BUSINESS  UNIVERSITY & FOLSOM LLC                                    TAXPAYER ID NO  26-2349436

BUSINESS ADDRESS 9800 MOUNT PYRAMID CT STE 400, ENGLEWOOD, CO 80112

BRANCH NAME AND NO  GUNBARRELL - 60                    BANK NO  501              BRANCH PHONE NO  (303) 245-6523

INTEROFFICE MAILCODE  CO1-9052          PREPARED BY NAME  JOHN D AINSWORTH                DATE  05/20/2009

Please add the following signer to the accounts listed below (other authorized signers on record do not change)

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| MR WALTER M LONG JR | MANAGER MANAGED | | 5-20-09 |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| 1) Driver's License | ▮▮▮47 | CO | 09/25/2008 | 09/20/2013 |
| 2) Major Credit Card | XXXXXXXXXXXX029 | Fender | 09/01/2009 | 09/30/2010 |

Account Numbers
▮▮5158
▮572

Please add the following signer to the accounts listed below (other authorized signers on record do not change)

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

Account Numbers

Please add the following signer to the accounts listed below (other authorized signers on record do not change)

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

Account Numbers

**CERTIFICATION**
The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

| For a Corporation or Unincorporated Association or Organization | | For Sole Proprietorship | | For Partnership or Limited Liability Company | | For Government Entity | |
|---|---|---|---|---|---|---|---|
| Secretary | Date | Owner/Sole Proprietor | Date | Partner/Member/Manager  5/20/09 | Date | Certifying Official | Date |

Forward original to National Doc Prep, Mail Code LA2-0275  This document does not contain TIN certification/Title language  This document cannot be used for supporting documentation for TIN certification and IRS process.
Scanning branches - Scan using All in One printer
1 of 1                                              JPMorgan Chase Bank, N.A.  Member FDIC

26-Oct-16                                                                                        26Oct16-1123

**BUSINESS ACCOUNT REMOVE SIGNERS FORM**                                    **CHASE** ⬡

NAME OF BUSINESS  UNIVERSITY & FOLSOM LLC                                    TAXPAYER ID NO  26-2349436

BUSINESS ADDRESS 9800 MOUNT PYRAMID CT STE 400, ENGLEWOOD, CO 80112

BRANCH NAME AND NO  GUNBARRELL - 50                    BANK NO  501          BRANCH PHONE NO  (303) 245-6523

INTEROFFICE MAILCODE  CO1-9052       PREPARED BY NAME  JOHN D AINSWORTH              DATE  05/20/2009

Please remove the following signer from the accounts listed below (other authorized signers on record do not change)
Name of the Signer to Remove
MARNIE K BAESLER

Account Numbers

| 8572 | | | | |
| 5155 | | | | |

Please remove the following signer from the accounts listed below (other authorized signers on record do not change)
Name of the Signer to Remove

Account Numbers

| | | | | |
| | | | | |

Please remove the following signer from the accounts listed below (other authorized signers on record do not change)
Name of the Signer to Remove

Account Numbers

| | | | | |
| | | | | |

Please remove the following signer from the accounts listed below (other authorized signers on record do not change)
Name of the Signer to Remove

Account Numbers

| | | | | |
| | | | | |

CERTIFICATION
The undersigned hereby certifies that the person(s) removed as authorized signers on the account(s) indicated above have been removed in accordance with resolutions or other documents of the business regarding signing authority for bank accounts.

For a Corporation or Unincorporated               For Sole Proprietorship        For Partnership or Limited Liability Company        For Government Entity
Association or Organization

_____  _____           _____  _____    _____  5/20/09    _____  _____
Secretary            Date            Owner/Sole Proprietor   Date   Partner/Member/Manager  /Date    Certifying Official     Date

Forward original to National Doc Prep, Mail Code LA2-0375   This document does not contain TIN certification/failsafe language. This document cannot be used for supporting documentation for TIN certification and IRS processes.
Scanning branches - Scan using All in One printer
1 of 1                                                                        JPMorgan Chase Bank, N.A.  Member FDIC

26-Oct-16                                                                                 26Oct16-1126

**CHASE**   

**Business Signature Card**

ACCOUNT TITLE ("DEPOSITOR")                    ACCOUNT NUMBER        ████0799
ROADRUNNER B2C LLC                             ACCOUNT TYPE          Chase BusinessSelect Checking
                                               TAXPAYER ID NUMBER    80-0903026
                                               DATE OPENED           02/29/2013
                                               FORM OF BUSINESS      Limited Liability Company - Manager Managed (LLC)
BUSINESS ADDRESS                               ISSUED BY             JPMorgan Chase Bank, N.A. ( 501 )
7251 WEST LAKE MEAD BLVD STE 300
                                                                     The HB - 144814
LAS VEGAS, NV 89128
                                                                     DUSTIN W LOVELL
                                                                     (303) 474-3296
                                                                     05/29/2013

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | E016500213-1 | NV | 03/29/2013 | |
| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
| None | | | | |

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGEMENT - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agrees to be bound by the terms and conditions contained therein as amended from time to time.

| PRINTED NAME | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| BLAIR W MCNEA | ███320 | Manager | 5/28/13 | |
| WALTER M LONG JR | ███3467 | Manager | 5/18/17 | |

M1207-91-CS.10017 (03/13)



26-Oct-16

26Oct16-1132

  

## CHASE 🅞
**Business Signature Card**

ACCOUNT TITLE ("DEPOSITOR")
REVMOUNTAIN LLC

ACCOUNT NUMBER  5530
TAXPAYER ID NUMBER  45-1604299
ACCOUNT TYPE  Chase BusinessSelect Checking

BUSINESS ADDRESS
7251 W LAKE MEAD BLVD STE 300

DATE OPENED  05/17/2011
New Account
FORM OF BUSINESS  Limited Liability Company
ISSUED BY  JPMorgan Chase Bank, N.A. (501)
Gunberrel
VIVIAN X LI

LAS VEGAS, NV 89129-8360

| PRIMARY IDENTIFICATION | ID NUMBER | ISSUER | ISSUANCE | EXP DATE | 303-245-6510 |
| --- | --- | --- | --- | --- | --- |
| State Certification of Business | NV20111202231 | State of Nevada | 03/24/2011 | 03/31/2012 | 05/17/2011 |

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGMENT — By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (i) the signatures appearing below are genuine or bonafide signatures of the person(s) authorized to transact business and (ii) all necessary action or formalities, when necessary, have been taken to authorize the named person(s) to act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's Account Rules and Regulations or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

CERTIFICATION — The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because  (x) the Depositor is exempt from backup withholding, or (x) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions).

☐  If the IRS has notified the Depositor that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.
☐  The Depositor is a foreign entity, and therefore the penalties of perjury certification on this form do not apply. In addition, the Depositor has certified its foreign status to the Bank by completing the appropriate Form W-8.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| BLAIR W MCNEA | 329 | Manager Managed | 5/12/11 | |
| CHRISTII D CAMERON | 8563 | director of network relations | 5/11/11 | |



Rev (1/05)

Scan

26-Oct-16                                                                                    26Oct16-1004

 CHASE ✪                              

## Business Signature Card

| | |
|---|---|
| ACCOUNT TITLE ("DEPOSITOR") | ACCOUNT NUMBER ▮▮▮ 782 |
| BRAND FORCE LLC | ACCOUNT TYPE   Chase Total Business Checking |
| | TAXPAYER ID NUMBER   27-1656244 |
| | DATE OPENED   09/26/2013 |
| | FORM OF BUSINESS   Limited Liability Company - Manager Managed (LLC) |
| BUSINESS ADDRESS | ISSUED BY   JPMorgan Chase Bank, N.A. ( 501 ) |
| 357 MCCASLIN BLVD STE 200 | The Hill - 144614 |
| LOUISVILLE, CO 80027-2932 | DUSTIN W LOVELL |
| | (303) 474-3296 |
| | 09/26/2013 |

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | 20101043506 | CO | 01/21/2010 | |
| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
| None | | | | |

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGEMENT - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

| PRINTED NAME | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| BLAIR W MCNEA | ▮▮▮ 0329 | Manager | 9/26/13 | _(signature)_ |
| KELLY R CLAUSON | ▮▮ -7417 | Manager | 9/26/13 | Signer not present on file |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

M1287-01-CB 10617 (03/13)



Agarwal Attachment A-29

26-Oct-16                                                                    26Oct16-1004

 **CHASE O**             

**Business Signature Card**

| | |
|---|---|
| ACCOUNT TITLE ("DEPOSITOR") | ACCOUNT NUMBER ▓▓▓▓7762 |
| BRAND FORCE LLC | ACCOUNT TYPE Chase Total Business Checking |
| | TAXPAYER ID NUMBER 27-1655244 |
| | DATE OPENED 09/26/2013 |
| | FORM OF BUSINESS Limited Liability Company - Manager Managed (LLC) |
| BUSINESS ADDRESS | ISSUED BY JPMorgan Chase Bank, N.A. ( 801 ) |
| 357 MCCASLIN BLVD STE 203 | The H3 - 144614 |
| LOUISVILLE, CO 80027-2932 | DUSTIN W LOVELL |
| United States/US Territories | (303) 474-3290 |
| | 10/07/2013 |

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | 20101043908 | CO | 01/21/2019 | |
| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
| None | | | | |

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGEMENT - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

| PRINTED NAME | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| BLAIR W MCNEA | ▓▓▓-1359 | Manager | 10/7/13 | |
| KELLY R CLAUSON | ▓▓▓7417 | Manager | 10/18/13 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

M1207-01-CB 10817 (03/13)



26-Oct-16                                                                                    28Oct16-1007

  

**CHASE ○**
**Business Signature Card**
ACCOUNT TITLE ("DEPOSITOR")
BRAND FORCE LLC

| | |
|---|---|
| ACCOUNT NUMBER | 4988 |
| TAXPAYER ID NUMBER | 27-1658244 |
| ACCOUNT TYPE | Chase Business Classic |
| DATE OPENED | 02/10/2010 |
| | New Account |
| FORM OF BUSINESS | Limited Liability Company |
| ISSUED BY | JPMorgan Chase Bank, N.A. (501) |
| | Gunberrell |
| | JOHN D AINSWORTH |
| | 303-245-6523 |

BUSINESS ADDRESS
357 MCCASLIN BLVD STE 200

LOUISVILLE, CO 80027-2932

| PRIMARY IDENTIFICATION | ID NUMBER | ISSUER | ISSUANCE | EXP DATE |
|---|---|---|---|---|
| State Certification of Business | 20101043608 | CO SOS | 01/21/2010 | 02/10/2010 |

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGMENT – By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary action or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's Account Rules and Regulations or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

CERTIFICATION – The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because (x) the Depositor is exempt from backup withholding, or (y) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (z) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions).

If the IRS has notified the Depositor that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.
☐ The Depositor is a foreign entity, and therefore the penalties of perjury certification on this form do not apply. In addition, the Depositor has certified its foreign status in the Bank by completing the appropriate Form W-8.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

| | | | | |
|---|---|---|---|---|
| BLAIR W MCNEA | 1329 | Manager Managed | 2/10/10 | |
| KELLY R CLAUSON | 7417 | SIGNER | 2/10/10 | |

Year (Litho)     [Scan]

26-Oct-16                                                                                                    26Oct16-1013



**CHASE** 
**Business Signature Card**

ACCOUNT TITLE ("DEPOSITOR")
SNOW SALE LLC

 

ACCOUNT NUMBER      ███6284
TAXPAYER ID NUMBER  27/1658344
ACCOUNT TYPE        Chase Business Classic

DATE OPENED     02/10/2010
                New Account
FORM OF BUSINESS   Limited Liability Company
ISSUED BY       JPMorgan Chase Bank, N.A. (501)
                Gunbarrel
                JOHN D AINSWORTH

BUSINESS ADDRESS
4845 PEARL EAST CIR STE 101

BOULDER, CO 80301-6113                                                              303-245-6523
                                                                                    02/10/2010

| PRIMARY IDENTIFICATION | ID NUMBER | ISSUER | ISSUANCE | EXP DATE |
|---|---|---|---|---|
| State Certification of Business | 20101043603 | CO SOS | 01/21/2010 | |

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGEMENT – By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary action or transaction, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's Account Rules and Regulations or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

CERTIFICATION – The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions).

If the IRS has notified the Depositor that it is subject to backup withholding due to underreporting interest or dividends on his tax return, cross out item 2 above.
☐ The Depositor is a foreign entity, and therefore the penalties of perjury certification on this form do not apply. In addition, the Depositor has certified its foreign status to the Bank by completing the appropriate Form W-8.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

| BLAIR W MCNEA | ███-1329 | Manager Managed | 3/10/10 | |
| BRIAN J LINT | ███-4303 | SIGNER | 2/10/10 | |



Rev (10/08)

26-Oct-16                                                                                                     26Oct16-1016



**CHASE**  

**Business Signature Card**

ACCOUNT TITLE ("DEPOSITOR")
SOLID ICE LLC

ACCOUNT NUMBER ___471
TAXPAYER ID NUMBER    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
ACCOUNT TYPE    Chase BusinessSelect Checking

DATE OPENED    05/01/2012

BUSINESS ADDRESS
1168 E WARNER RD STE 101
GILBERT, AZ 85296-3505
United States/US Territories

FORM OF BUSINESS    Limited Liability Company
ISSUED BY    JPMorgan Chase Bank, N.A. ( 501 )
Gumbored
DUSTIN W LOVELL
(303) 245-7934

PRIMARY IDENTIFICATION          ID NUMBER       ISSUER                 ISSUANCE    EXP DATE    05/01/2012
Certification of Business         L17491899       AZ CORP COMMISSION     03/27/2012  05/01/2012

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGMENT—By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (i) the signatures appearing below are genuine or bonafide signatures of the person(s) authorized to transact business and (ii) all necessary action or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's Account Rules and Regulations or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agrees to be bound by the terms and conditions contained therein as amended from time to time.

CERTIFICATION — The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions).

If the IRS has notified the Depositor that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.
☐  The Depositor is a foreign entity, and therefore the penalties of perjury certification on this form do not apply. In addition, the Depositor has certified to foreign status to the Bank by completing the appropriate Form W-8.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

CHRISTINA L GOULD                        _____9469      Manager Managed       5/1/12      Christina J. Gould



                                                                                                         Rev [0208]

Agarwal Attachment A-33

26-Oct-16                                                                                26Oct16-1016



# CHASE ◑
**Business Signature Card**
ACCOUNT TITLE ("DEPOSITOR")
SOLID ICE LLC

 

|  |  |
|---|---|
| ACCOUNT NUMBER | 7471 |
| TAXPAYER ID NUMBER | 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 |
| ACCOUNT TYPE | Chase BusinessSelect Checking |
| DATE OPENED | 05/01/2012 |
| FORM OF BUSINESS | United Liability Company |
| ISSUED BY | JPMorgan Chase Bank, N.A. ( 501 ) |

BUSINESS ADDRESS
1196 E WARNER RD STE 101
GILBERT, AZ 85296-3065
United States/US Territories

Gunter(s)
DUSTIN W LOVELL
(303) 245-7034
05/10/2012

| PRIMARY IDENTIFICATION | ID NUMBER | ISSUER | ISSUANCE | EXP DATE |
|---|---|---|---|---|
| Certification of Business | L17491658 | AZ CORP COMMISSION | 03/27/2012 | |

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGEMENT – By signing this Signature Card, the Depositor applies to open a deposit account of JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (i) the signatures appearing below are genuine or bear the signatures of the person(s) authorized to transact business and (ii) all necessary action or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's Account Rules and Regulations or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

CERTIFICATION – The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because: (x) the Depositor is exempt from backup withholding, or (2) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions).

☐ If the IRS has notified the Depositor that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.
☐ The Depositor is a foreign entity, and therefore the penalties of perjury certification on this form do not apply. In addition, the Depositor has certified its foreign status to the Bank by completing the appropriate Form W-8.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| CHRISTINA L GOULD | ....469 | Manager Managed | 5/10/12 | Christi L Gould |
|---|---|---|---|---|
| BLAIR W MCNEA | ....329 | Signer | 5/10/12 | |

See (Data)



26-Oct-16

26Oct16-1065

  

## CHASE O
**Business Signature Card**

ACCOUNT TITLE ("DEPOSITOR")
DESERT GECKO LLC

| | ID NUMBER | ISSUER | ISSUANCE | EXP DATE |
|---|---|---|---|---|

ACCOUNT NUMBER 1846
TAXPAYER ID NUMBER 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
ACCOUNT TYPE Chase BusinessSelect Checking

DATE OPENED 05/07/2012

BUSINESS ADDRESS
1 E WASHINGTON ST STE 500
PHOENIX, AZ 85004-2559
United States/US Territories

FORM OF BUSINESS Limited Liability Company
ISSUED BY JPMorgan Chase Bank, N.A. ( 501 )
Gunbane5
DUSTIN W LOVELL
(303) 245-7034
05/09/2012

PRIMARY IDENTIFICATION          ID NUMBER          ISSUER          ISSUANCE     EXP DATE
Certification of Business          L17491925          AZ CORP COMMISSION     03/27/2012

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGEMENT – By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (1) the signatures appearing below are genuine or bonafide signatures of the person(s) authorized to transact business and (2) all necessary action or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's Account Rules and Regulations or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained herein as amended from time to time.

CERTIFICATION – The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions).

If the IRS has notified the Depositor that is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.
☐ The Depositor is a foreign entity, and therefore the penalties of perjury certification on this item do not apply. In addition, the Depositor has certified its foreign status to the Bank by complying the appropriate Form W-8.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

| BLAIR W MCNEA | 1328 | Manager Managed | 5/8/12 | *[signature]* |
| ANGIE R LINT | 5521 | Manager Managed | 5/8/12 | Angie R Lint |



26-Oct-16                                                                                         26Oct16-1068

 **CHASE**                     

**Business Signature Card**

| | |
|---|---|
| ACCOUNT TITLE ("DEPOSITOR") | ACCOUNT NUMBER ████0785 |
| FIRST CLASS WHITENING, LLC | ACCOUNT TYPE  Chase BusinessSelect Checking |
| | TAXPAYER ID NUMBER  80-0935425 |
| | DATE OPENED  04/30/2013 |
| | FORM OF BUSINESS  Limited Liability Company - Manager Managed (LLC) |
| | ISSUED BY  JPMorgan Chase Bank, N.A. ( 691 ) |
| BUSINESS ADDRESS | The Hill - 146614 |
| 7702 E DOUBLETREE RANCH RD STE 300 | (303) 474-3296 |
| SCOTTSDALE, AZ 85258-2132 | DUSTIN W LOVELL |
| | 04/30/2013 |

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | L-1774657-4 | AZ | 07/11/2012 | |
| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
| None | | | | |

SIGNER(S) TO BE ADDED LATER _____

ACKNOWLEDGEMENT - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

| PRINTED NAME | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| BLAIR MCNEA | ████1328 | Manager | 4/30/13 | |
| WALTER M LONG JR | ████3487 | Signer | 4/30/13 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

M1207-01-CS10617 (03/10)



26-Oct-16                                                                                   26Oct16-1071

  

**CHASE** 🔘

## Business Signature Card

| ACCOUNT TITLE ("DEPOSITOR") | ACCOUNT NUMBER | 3395 |
|---|---|---|
| SANDSTONE BEACH LLC | ACCOUNT TYPE | Chase BusinessSelect Checking |
| | TAXPAYER ID NUMBER | 45-5359919 |
| | DATE OPENED | 09/21/2013 |
| | FORM OF BUSINESS | Limited Liability Company - Manager Managed (LLC) |
| BUSINESS ADDRESS | ISSUED BY | JPMorgan Chase Bank, N.A. ( 801 ) |
| 3420 E SHEA BLVD STE 200 | | Tra Hil - 144814 |
| PHOENIX, AZ 85028-3348 | | DUSTIN W LOVELL |
| United States/US Territories | | (303) 474-3296 |
| | | 10/07/2013 |

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | L17491847 | AZ | 03/23/2012 | |
| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
| None | | | | |

SIGNER(S) TO BE ADDED LATER _____

ACKNOWLEDGEMENT - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that information provided in the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agrees to be bound by the terms and conditions contained therein as amended from time to time.

| PRINTED NAME | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| BLAIR W MCNEA | 1329 | Manager | 10/7/13 | |
| RYAN MCWILLIAMS | 2526 | Manager | 10/7/13 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

M1207-01-CG10617 (03/13)



26-Oct-16                                                                                          26Oct16-1071

 CHASE  

## Business Signature Card

| | |
|---|---|
| ACCOUNT TITLE ["DEPOSITOR"] | ACCOUNT NUMBER ▉3295 |
| SANDSTONE BEACH LLC | ACCOUNT TYPE Chase BusinessSelect Checking |
| | TAXPAYER ID NUMBER 45-5353919 |
| | DATE OPENED 08/21/2013 |
| | FORM OF BUSINESS Limited Liability Company - Manager Managed (LLC) |
| BUSINESS ADDRESS | ISSUED BY JPMorgan Chase Bank, N.A. ( 501 ) |
| 3420 E SHEA BLVD STE 200 | The Hill - 144614 |
| PHOENIX, AZ 85028-3348 | DUSTIN W LOVELL |
| | (303) 474-3295 |
| | 08/21/2013 |

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | L17491847 | AZ | 03/23/2012 | |
| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
| None | | | | |

SIGNER(S) TO BE ADDED LATER _____

ACKNOWLEDGEMENT - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

| PRINTED NAME | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| RYAN MCWILLIAMS | ▉9528 | Manager | 08/21/2013 | Refer to Re-Add'l Partner/Member/Manager Not Present form |
| BLAIR W MCNEA | ▉1329 | Manager | 8/21/13 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

M1207-01-CS 10617 (03/13)





26-Oct-16                                                                                          26Oct16-1071



# CHASE ⬡

## ADD PARTNER/MEMBER/MANAGER
## NOT PRESENT FORM
### (A Chase banker must complete all fields on this Form)

Name of "Organization": **Sandstone Beach, LLC**

State of Organization: **Arizona**

| ☐ PARTNER | ☐ MEMBER | ☑ MANAGER | | SIGNER: ☑ Yes ☐ No |
|---|---|---|---|---|

| Name (First) **Ryan** | (Middle Initial) | (Last) **McWilliams** | Tax ID No. (SSN or ITIN) **45-5359919** |
|---|---|---|---|

| Percentage of Ownership: **80%** | Date of Birth (mm/dd/yyyy) ▓▓▓▓▓**1979** | Country of Citizenship: **USA** |
|---|---|---|

Residential Street Address **313 Disc Lane**

| City **Platteville** | State/Province **CO** | Country (if not USA) | ZIP Code **85028** |
|---|---|---|---|

Is the Partner/Member/Manager a current (active or reserve) or former member of the United States Military?   ☐ Yes   ☒ No

| Home Phone # | Cell Phone # | Work Phone # | Ext. | Fax # | International Phone # |
|---|---|---|---|---|---|

| Primary ID Type: **Drivers License** | Issuer: **Colorado** | ID Number (if any): ▓▓▓▓▓ | Issuance Date (if any): **3/2/04** | Expiration Date (if any): **6/16/14** |
|---|---|---|---|---|

| Secondary ID Type: **SS #** | Issuer: **SSA** | ID Number (if any): ▓▓▓**9528** | Issuance Date (if any): | Expiration Date (if any): |
|---|---|---|---|---|

Email Address:

The individual signing this Form certifies to JPMorgan Chase Bank, N.A. (the "Bank") as follows:
- the Organization is a limited liability company or partnership, duly organized under the laws of the state of organization listed above;
- the individual signing this Form is a member (if managed by its members) ("Members") or manager (if managed by managers) ("Managers") or General Partner ("Partner") of the Organization; and
- the Organization has authorized all actions and agreements described in this Form in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**
By completing and signing this Form, any partner, member or manager acting alone, may:
- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the organization. These agreements and other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**
Each person authorized as a signer on the account(s) at account opening ("Authorized Person") may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

Signature of Partner/Member/Manager: _____         Date Signed: **8/15/13**

Signature and identification verified by:

Banker Signature: _____         Banker Name: **Dustin Lovell**

Standard ID: **0545973**

**Bank Copy**

M1211-01 (04/13)                                                          JPMorgan Chase Bank, N.A. Member FDIC



26-Oct-16                                                                                          26Oct16-1074

 

## CHASE ○
### Business Signature Card
ACCOUNT TITLE ("DEPOSITOR")
SANDSTONE BEACH LLC

ACCOUNT NUMBER ____094
TAXPAYER ID NUMBER 45-5359919
ACCOUNT TYPE  Chase BusinessSelect Checking

DATE OPENED  06/07/2012

BUSINESS ADDRESS
3420 E SHEA BLVD STE 200
PHOENIX, AZ 85028-3348
United States/US Territories

FORM OF BUSINESS  Limited Liability Company
ISSUED BY  JPMorgan Chase Bank, N.A. ( 501 )
Gunbarrel
JON G CARUSO
(303) 245-6516
06/07/2012

| PRIMARY IDENTIFICATION | ID NUMBER | ISSUER | ISSUANCE | EXP DATE |
|---|---|---|---|---|
| Certification of Business | L17491647 | AZ CORP COMMISSION | 03/27/2012 | |

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGEMENT —By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary action or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's Account Rules and Regulations or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

CERTIFICATION — The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions).

☐ If the IRS has notified the Depositor that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.
☐ The Depositor is a foreign entity, and therefore the penalties of perjury certification on this form do not apply. In addition, the Depositor has certified its foreign status to the Bank by completing the appropriate Form W-8.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| | | | | |
|---|---|---|---|---|
| BLAIR W MCNEA | 1329 | Signer | 6/7/12 | |
| RYAN MCWILLIAMS | 9528 | Manager Managed | 6/7/12 | |

Rev (10/09)                                                                                    

26-Oct-16

26Oct16-1077

**CHASE ○**

Business Signature Card

ACCOUNT TITLE (DEPOSITOR?)
DEBORAH BEAUTY SERVICES, LLC

BUSINESS ADDRESS
7161 E DOUBLETREE RANCH RD STE 205
SCOTTSDALE, AZ 85258-2186

| | | | | |
|---|---|---|---|---|
| PRIMARY ID TYPE | PRIMARY ID NUMBER | STATE | ISSUANCE DATE | EXPIRATION DATE |
| Vehicle Registration | | AZ | | |
| SECONDARY ID TYPE | SECONDARY ID NUMBER | | ISSUANCE DATE | EXPIRATION DATE |

26-Oct-16                                                    26Oct16-1080

**CHASE** ⬡
**Business Signature Card**

ACCOUNT TITLE ("DEPOSITOR")
SKINNYK3 LLC

ACCOUNT NUMBER        2500
TAXPAYER ID NUMBER    80-0804453
ACCOUNT TYPE          Chase BusinessSelect Checking

BUSINESS ADDRESS
7702 E DOUBLETREE RANCH RD STE 300

SCOTTSDALE, AZ 85253-8132

DATE OPENED      07/30/2012
                 New Account
FORM OF BUSINESS  Limited Liability Company (LLC)
ISSUED BY        JPMorgan Chase Bank, N.A. ( 601 )
                 Scottsdale Main - 53
                 JOE S RODRIGUEZ
                 (480) 970-7037

| PRIMARY IDENTIFICATION | ID NUMBER | ISSUER | ISSUANCE | EXP DATE |
|---|---|---|---|---|
| Website Documentation | L17319823 | AZ | 01/17/2012 | 07/30/2012 |

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGMENT — By signing this Signature Card, the Depositor agrees to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (i) the signature appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary action or formalities, where necessary, have been taken to authorize the named person(s) to act on. The Bank is entitled to rely on the authority of the named person(s) and written execution of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's Account Rules and Regulations or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

CERTIFICATION — The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown is correct, and (2) the Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions).

☐ If the IRS has notified the Depositor that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.
☐ The Depositor is a foreign entity, and therefore the penalties of perjury certification on this item do not apply. In addition, the Depositor has certified its foreign status in the Bank by completing the appropriate Form W-8.

| | | | | |
|---|---|---|---|---|
| BLAIR W MCNEA | 1329 | Signer | 7/31/12 | |
| MR WALTER M LONG JR | 3467 | Signer | 7-31-12 | |

2012-07-31 13:31

For (1256)

26-Oct-16                                                                                              26Oct16-1105

## CHASE 🟦
**Business Signature Card**

ACCOUNT TITLE ("DEPOSITOR")
DOING WHAT'S POSSIBLE LLC

ACCOUNT NUMBER ▮▮▮▮5182
TAXPAYER ID NUMBER  45-2697603
ACCOUNT TYPE  Chase BusinessSelect Checking

DATE OPENED  08/24/2011
New Account
FORM OF BUSINESS  Limited Liability Company
ISSUED BY  JPMorgan Chase Bank, N.A. (703)
Sahara Pavilion North
GAIL G BROWN
702-880-1410

BUSINESS ADDRESS
701 N GREEN VALLEY PKWY STE 200

HENDERSON, NV 89074-6178

| PRIMARY IDENTIFICATION | ID NUMBER | ISSUER | ISSUANCE | EXP DATE |
|---|---|---|---|---|
| State Certification of Business | e03311720116 | NV SOS | 07/09/2011 | 08/24/2011 |

ACKNOWLEDGEMENT – By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary action or formalities, where necessary, have been taken to authorize the named person(s) to act so. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's Account Rules and Regulations or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agrees to be bound by the terms and conditions contained therein as amended from time to time.

CERTIFICATION – The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions).

If the IRS has notified the Depositor that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out line 2 above.
☐ The Depositor is a foreign entity, and therefore the penalties of perjury certification on this form do not apply. In addition, the Depositor has certified its foreign status to the Bank by completing the appropriate Form W-8.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

| NAME | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| TAREE D DOBIE | ▮▮▮▮1077 | Manager Managed | 8-24-11 | *[signature]* |
| BLAIR W MCREA | ◆▮▮▮-1329 | Owner | 8/24/11 | *[signature]* |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Rev (12/08)



26-Oct-16

26Oct16-1108

**CHASE** 
**Business Signature Card**
ACCOUNT TITLE ("DEPOSITOR")
DOING WHAT'S POSSIBLE LLC



ACCOUNT NUMBER ▮▮▮420
TAXPAYER ID NUMBER 45-2697508
ACCOUNT TYPE Chase Business Select High Yield Savings

BUSINESS ADDRESS
701 N GREEN VALLEY PKWY STE 200

HENDERSON, NV 89074-6178

DATE OPENED 08/24/2011
New Account
FORM OF BUSINESS Limited Liability Company
ISSUED BY JPMorgan Chase Bank, N.A. (703)
Sahara Pavilion North
GAIL G BROWN
702-990-1410

| PRIMARY IDENTIFICATION | ID NUMBER | ISSUER | ISSUANCE | EXP DATE |
|---|---|---|---|---|
| State Certification of Business | e03911720118 | NV SOS | 07/26/2011 | 08/24/2011 |

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGEMENT — By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary action or formalities, where necessary, have been taken to authorize the named person(s) to act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's Account Rules and Regulations or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other money management services if applicable, and agrees to be bound by the terms and conditions contained therein as amended from time to time.

CERTIFICATION — The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions).

If the IRS has notified the Depositor that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

☐ The Depositor is a foreign entity, and therefore the penalties of perjury certification on this form do not apply. In addition, the Depositor has certified its foreign status to the Bank by completing the appropriate Form W-8.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications provided to avoid backup withholding.*

| NAME | TAXPAYER(S) # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| TAREE D DOBIE | ▮▮▮1077 | Manager Managed | 8-24-11 | x *Taree Dobie* |
| BLAIR W MCNEA | ▮▮▮929 | Owner | 8/24/11 | |





26-Oct-16                                                                                          26Oct16-1117

## CHASE ○
### Business Signature Card
ACCOUNT TITLE ("DEPOSITOR")
HOW AND WHY LLC

ACCOUNT NUMBER          ▮803
TAXPAYER ID NUMBER      27-5264040
ACCOUNT TYPE            Chase BusinessSelect Checking

DATE OPENED             05/23/2011
                        New Account
FORM OF BUSINESS        Limited Liability Company
ISSUED BY               JPMorgan Chase Bank, N.A. (703)
                        Sahara Pavilion North
                        GAIL G BROWN
                        702-860-1410

BUSINESS ADDRESS
2850 W HORIZON RIDGE PKWY STE 200

HENDERSON, NV 89052-4395

| PRIMARY IDENTIFICATION | ID NUMBER | ISSUER | ISSUANCE | EXP DATE |
|---|---|---|---|---|
| State Certification of Business | E010502220118 | NV SOS | 02/24/2011 | 05/23/2011 |

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGEMENT — By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary action or formalities, when necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's Account Rules and Regulations or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agrees to be bound by the terms and conditions contained therein as amended from time to time.

CERTIFICATION — The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions).

☐ If the IRS has notified the Depositor that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out Item 2 above.
☐ The Depositor is a foreign entity, and therefore the penalties of perjury certification on this form do not apply. In addition, the Depositor has satisfied its foreign status to the Bank by completing the appropriate Form W-8.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

| MARK A SANTIAGO | ▮017 | Manager Managed | 5/25/11 |
| BLAIR W MCNEA | 1326 | Signer | 5/25/11 |

Agarwal Attachment A-45

26-Oct-16

26Oct16-1010

## CHASE 🔾
**Business Signature Card**

ACCOUNT TITLE ("DEPOSITOR")
WAVE ROCK LLC

ACCOUNT NUMBER ▮▮9111
TAXPAYER ID NUMBER 30-0720692
ACCOUNT TYPE Chase BusinessSelect Checking

DATE OPENED 03/14/2012
New Account
FORM OF BUSINESS Limited Liability Company
ISSUED BY JPMorgan Chase Bank, N.A. (301)
Gunbarrell
DUSTIN W LOVELL
303-245-7034
03/14/2012

BUSINESS ADDRESS
7702 E DOUBLETREE RANCH RD STE 300

SCOTTSDALE, AZ 05258-2132

| PRIMARY IDENTIFICATION | ID NUMBER | ISSUER | ISSUANCE | EXP DATE |
|---|---|---|---|---|
| State Certification of Business | NV2011774035 | SEC OF STATE NV | 12/16/2011 | |

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGEMENT – By signing this Signature Card, the Depositor agrees to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary action or formalities, where necessary, have been taken to authorize the named person(s) to act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's Account Rules and Regulations or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agrees to be bound by the terms and conditions contained therein as amended from time to time.

CERTIFICATION – The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions).

If the IRS has notified the Depositor that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.
☐ The Depositor is a foreign entity, and therefore the penalties of perjury certification on this form do not apply. In addition, the Depositor has certified its foreign status to the Bank by completing the appropriate Form W-8.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| BLAIR W MCNEA | ▮▮▮329 | Member Managed | 3/14/12 | ✗ |



Rev [0309]

26-Oct-16                                                                                   28Oct16-1120

## CHASE ✪
### ✔ Business Signature Card

ACCOUNT TITLE ("DEPOSITOR")
UNIVERSITY & FOLSOM LLC

| | |
|---|---|
| ACCOUNT NUMBER | 5156 |
| TAXPAYER ID NUMBER | 26-2349436 |
| ACCOUNT TYPE | Chase Business Classic |

BUSINESS ADDRESS
9800 MOUNT PYRAMID CT STE 400

ENGLEWOOD, CO 80112

| | |
|---|---|
| DATE OPENED | 04/17/2008 |
| | New Account |
| FORM OF BUSINESS | Limited Liability Company |
| ISSUED BY | JPMorgan Chase Bank, N.A. (501) |
| | Gunbarrell |
| | JOSHUA A CUMRINE |
| | 303-245-6623 |
| | 04/17/2008 |

| PRIMARY IDENTIFICATION | ID NUMBER | ISSUER | ISSUANCE | EXP DATE |
|---|---|---|---|---|
| State Certification of Business | 20081124397 | CO Sec of State | 03/04/2008 | 03/04/2008 |

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGEMENT – By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (i) the signatures appearing below are genuine or bonafide signatures of the person(s) authorized to transact business and (ii) all necessary action or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's Account Rules and Regulations or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agrees to be bound by the terms and conditions contained therein as amended from time to time.

CERTIFICATION – The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. person (including a U.S. resident alien).

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

☐ Mark this checkbox and cross out item 2 above if the IRS has notified you that you are subject to backup withholding due to underreporting interest or dividends on your tax return.

| NAME | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| MARNIE K BAESLER | 0565 | Manager Managed | 4-17-08 | |
| BLAIR W MCHEA | 1329 | Manager Managed | 4/17/08 | |

Received By Doc PREP

APR 1 8 2008

Rev (XXX)

26-Oct-16                                                                                                    26Oct16-1120

**CHASE ○**

**BUSINESS ACCOUNT ADD SIGNERS FORM**

NAME OF BUSINESS  UNIVERSITY & FOLSOM LLC                                        TAXPAYER ID NO  26-2349438

BUSINESS ADDRESS 9800 MOUNT PYRAMID CT STE 400, ENGLEWOOD, CO 80112

BRANCH NAME AND NO  GUNBARRELL - 50                    BANK NO  501                    BRANCH PHONE NO  (303) 245-5523

INTEROFFICE MAILCODE CO1-9052          PREPARED BY NAME  JOHN D AINSWORTH                    DATE  05/20/2009

Please add the following signer to the accounts listed below (other authorized signers on record do not change)

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| MR WALTER M LONG JR | MANAGER MANAGED | | 5-20-09 |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| 1) Driver's License | 647 | CO | 09/29/2003 | 09/29/2013 |
| 2) Major Credit Card | XXXXXXXXXXXXX0099 | Frontier | 08/01/2005 | 09/30/2010 |

| Account Numbers | | | | |
|---|---|---|---|---|
| 6158 | | | | |
| 8572 | | | | |

Please add the following signer to the accounts listed below (other authorized signers on record do not change)

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

| Account Numbers | | | | |
|---|---|---|---|---|
| | | | | |

Please add the following signer to the accounts listed below (other authorized signers on record do not change)

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

| Account Numbers | | | | |
|---|---|---|---|---|
| | | | | |

**CERTIFICATION**
The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

| For a Corporation or Unincorporated Association or Organization | | For Sole Proprietorship | | For Partnership or Limited Liability Company | | For Government Entity | |
|---|---|---|---|---|---|---|---|
| | | | | | 5/20/09 | | |
| Secretary | Date | Owner/Sole Proprietor | Date | Partner/Member/Manager | Date | Certifying Official | Date |

Forward original to National Doc Prep, Mail Code LA2-0375   This document does not contain TIN certification/Teltn language   This document cannot be used for supporting documentation for TIN certification and IRS process   Scanning branches - Scan using All in One printer

1 of 1                    JPMorgan Chase Bank, N.A.  Member FDIC

Agarwal Attachment A-48

26-Oct-16                                                                                          26Oct16-1144

**CHASE**   

## Business Signature Card

ACCOUNT TITLE ("DEPOSITOR")          ACCOUNT NUMBER      ███3210
TRIMXT LLC                            ACCOUNT TYPE        Chase BusinessSelect Checking
                                     TAXPAYER ID NUMBER   80-0801626
                                     DATE OPENED          11/28/2012
                                     FORM OF BUSINESS     Limited Liability Company (LLC)
BUSINESS ADDRESS                     ISSUED BY            JPMorgan Chase Bank, N.A ( 703 )
7251 W LAKE MEAD BLVD STE 300                             Sahara Pavilion North - 740943
LAS VEGAS, NV 89128-8380                                  GAIL G BROWN
                                                          (702) 860-1410
                                                          11/28/2012

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | E05434720129 | NV | 10/18/2012 | 10/31/2013 |
| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
| None | | | | |

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGEMENT - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

| PRINTED NAME | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| BLAIR W MCNEA | ███1329 | Manager | 12/4/12 | |
| WALTER M LONG JR | ███9467 | Signer | 12/8/12 | |

M1207-01  (11/12)

Agarwal Attachment A-49

26-Oct-16                                                                    26Oct16-1129

  

**CHASE** ⬡
**Business Signature Card**

ACCOUNT TITLE ("DEPOSITOR")
REVGLARD LLC

| | |
|---|---|
| ACCOUNT NUMBER | █████5181 |
| TAXPAYER ID NUMBER | 27-0292175 |
| ACCOUNT TYPE | Chase Business Classic |
| DATE OPENED | 05/05/2010 |
| | New Account |
| FORM OF BUSINESS | Limited Liability Company |
| ISSUED BY | JPMorgan Chase Bank, N.A. (501) |
| | Gunbarrel |
| | JOSEPH HOVERSTOCK |
| | 303-245-8318 |
| | 05/05/2010 |

BUSINESS ADDRESS
6260 LOOKOUT RD

BOULDER, CO 80901-3685

| PRIMARY IDENTIFICATION | ID NUMBER | ISSUER | ISSUANCE | EXP DATE |
|---|---|---|---|---|
| State Certification of Business | 20101007555 | COLORADO SOS | 02/17/2010 | |

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGEMENT — By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary action or formalities, where necessary, have been taken to authorize the named person(s) to act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's Account Rules and Regulations or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

CERTIFICATION — The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions).

☐  If the IRS has notified the Depositor that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.
☐  The Depositor is a foreign entity, and therefore the penalties of perjury certification on this form do not apply. In addition, the Depositor has certified its foreign status to the Bank by completing the appropriate Form W-8.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

| | | | | |
|---|---|---|---|---|
| MR WALTER M LONG Jr | █████3407 | Member Managed | 5-5-10 |  |
| BLAIR W MCNEA | █████5329 | Member Managed | 5/5/10 | |

Rev (12/08)

Stamp ⬡

26-Oct-16

26Oct16-1165

## CHASE  

**Business Signature Card**

ACCOUNT TITLE ("DEPOSITOR")
JUNIPER SOLUTIONS LLC

ACCOUNT NUMBER ▮▮▮6810
TAXPAYERID NUMBER 27-5213178
ACCOUNT TYPE Chase BusinessSelect Checking

DATE OPENED 05/23/2011
New Account
FORM OF BUSINESS Limited Liability Company
ISSUED BY JPMorgan Chase Bank, N.A. (703)
Sahara Pavilion North
GAIL G BROWN
702-550-1419

BUSINESS ADDRESS
1810 E SAHARA AVE STE 100

LAS VEGAS, NV 89104-3725

| PRIMARY IDENTIFICATION | ID NUMBER | ISSUER | ISSUANCE | EXP DATE |
| --- | --- | --- | --- | --- |
| State Certification of Business | E01045220112 | NV SOS | 02/24/2011 | 05/23/2011 |

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGEMENT — By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary action or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's Account Rules and Regulations or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agrees to be bound by the terms and conditions contained therein as amended from time to time.

CERTIFICATION — The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. citizen or other U.S. person (as defined in the Form W-9 Instructions).

☐ The Depositor is a foreign entity, and therefore the penalties of perjury certification on this form do not apply. In addition, the Depositor has certified its foreign status to the Bank by completing the appropriate Form W-8.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| | | | | |
| --- | --- | --- | --- | --- |
| BLAIR W MCKEA | ▮▮▮-1329 | MANAGER | 5/25/11 | |
| MR WALTER M LONG Jr | ▮▮▮-3457 | SIGNER | 5/25/11 | |



26-Oct-16                                                                                           26Oct16-1177



# CHASE ✪
## Business Signature Card

 

ACCOUNT TITLE ("DEPOSITOR")
20MINUTEEYELIFT LLC

|  |  |
|---|---|
| ACCOUNT NUMBER | 2435 |
| TAXPAYER ID NUMBER | 27-5222508 |
| ACCOUNT TYPE | Chase BusinessSelect Checking |

BUSINESS ADDRESS
7291 W LAKE MEAD BLVD STE 300

LAS VEGAS, NV 89128-8380

|  |  |
|---|---|
| DATE OPENED | 05/23/2011 |
|  | New Account |
| FORM OF BUSINESS | Limited Liability Company |
| ISSUED BY | JPMorgan Chase Bank, N.A. (703) |
|  | Sahara Pavilion North |
|  | GAIL G BROWN |
|  | 702-869-1410 |

| PRIMARY IDENTIFICATION | ID NUMBER | ISSUER | ISSUANCE | EXP DATE |
|---|---|---|---|---|
| State Certification of Business | E0104952011B | NV SOS | 02/24/2011 | 05/23/2011 |

SIGNER(S) TO BE ADDED LATER  Emily Springmann

ACKNOWLEDGEMENT –By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary action or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's Annual Rules and Regulations or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agrees to be bound by the terms and conditions contained therein as amended from time to time.

CERTIFICATION – The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions).

☐ If the IRS has notified the Depositor that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.
☐ The Depositor is a foreign entity, and therefore the penalties of perjury certification on this form do not apply. In addition, the Depositor has certified its foreign status to the Bank by completing the appropriate Form W-8.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

| BLAIR W MCNEA | 1220 | Manager Managed | 5/25/11 | _signature_ |
|---|---|---|---|---|



Rev (12/09)    Scan

**CHASE ❖**

### BUSINESS ACCOUNT ADD SIGNERS FORM

NAME OF BUSINESS  20MINUTEEYELIFT LLC

TAXPAYER ID NO. 27-5222508

BUSINESS ADDRESS 7251 W LAKE MEAD BLVD STE 300, LAS VEGAS, NV 89128-8380

BRANCH NAME AND NO. SAHARA PAVILION NORTH - 740949     BANK NO. 703     BRANCH PHONE NO. (702) 880-1410

INTEROFFICE MAILCODE NV1-3015     PREPARED BY: NAME GAIL G BROWN     DATE: 06/09/2011

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | | Date |
|---|---|---|---|---|
| MR WALTER M LONG JR | SIGNER | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| 1) Driver's License | 447 | CO | 06/26/2003 | 06/26/2013 |
| 2) Major Credit Card | XXXXXXXXXXXXX699 | Pender | 09/01/2003 | 09/09/2016 |

Account Numbers:   2435

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

Account Numbers:

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

Account Numbers:

### CERTIFICATION

The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

| For a Corporation or Unincorporated Association or Organization: | | For Sole Proprietorship: | | For Partnership or Limited Liability Company: | | For Government Entity: | |
|---|---|---|---|---|---|---|---|
| Secretary | Date | Owner/Sole Proprietor | Date | Partner/Member | Date | Certifying Official | Date |

Juniper Solutions LLC
By Walter Long Jr Mgr
By _____ Manager
Oct-14-11

1 of 1

JPMorgan Chase Bank, N.A.  Member FDIC

**CHASE**   

### Business Signature Card

| | |
|---|---|
| ACCOUNT TITLE ("DEPOSITOR") | ACCOUNT NUMBER ▇7171 |
| ELATION LLC | ACCOUNT TYPE  Chase Total Business Checking |
| | TAXPAYER ID NUMBER  45-2749027 |
| | DATE OPENED  09/26/2013 |
| | FORM OF BUSINESS  Limited Liability Company - Manager Managed (LLC) |
| BUSINESS ADDRESS | ISSUED BY  JPMorgan Chase Bank, N.A. ( 501 ) |
| 4743 KINCROSS CT | The Hill - 144614 |
| BOULDER, CO 80301-4230 | DUSTIN W LOVELL |
| | (303) 474-3296 |
| | 09/26/2013 |

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | 2011-000605178 | WY | 06/20/2011 | |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

SIGNER(S) TO BE ADDED LATER _____

**ACKNOWLEDGEMENT -** By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or transactions, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor confirms that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agrees to be bound by the terms and conditions contained therein as amended from time to time.

| PRINTED NAME | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| BLAIR W MCNEA | ▇4329 | Manager | 9/26/18 | |

M1207-01-CS 10917 (03/13)



26-Oct-16

26Oct16-1092

# CHASE ○
## Business Signature Card

ACCOUNT TITLE ("DEPOSITOR")
TITANWHITE LLC

ACCOUNT NUMBER [ ]020
TAXPAYER ID NUMBER 45-5143175
ACCOUNT TYPE Chase BusinessSelect Checking

BUSINESS ADDRESS
7776 E DOUBLETREE RANCH RD STE 300

SCOTTSDALE, AZ 85258-2132

DATE OPENED 07/30/2012
New Account
FORM OF BUSINESS Limited Liability Company (LLC)
ISSUED BY JPMorgan Chase Bank, N.A. ( 301 )
Scottsdale Main – 53
JOE S RODRIGUEZ
(480) 570-7007
07/30/2012

| PRIMARY IDENTIFICATION | ID NUMBER | ISSUER | ISSUANCE | EXP DATE | |
|---|---|---|---|---|---|
| Website Documentation | L17320083 | AZ | 04/17/2012 | | 07/30/2012 |

SIGNER(S) TO BE ADDED LATER

| | | | | |
|---|---|---|---|---|
| BLAIR W MCREA | 1329 | Signer | 7/31/12 | |
| MR WALTER M LONG JR | 3467 | Signer | 7-31-12 | |

2012-07-31 13:31

Agarwal Attachment A-55

26-Oct-16                                                                                    26Oct16-1101

  

**CHASE** ◯

## Business Signature Card

| | |
|---|---|
| ACCOUNT TITLE ("DEPOSITOR") | ACCOUNT NUMBER ████928 |
| DOING WHAT'S POSSIBLE LLC | ACCOUNT TYPE   Chase BusinessSelect Checking |
| | TAXPAYER ID NUMBER   45-2637636 |
| | DATE OPENED   06/21/2013 |
| | FORM OF BUSINESS   Limited Liability Company - Manager Managed (LLC) |
| BUSINESS ADDRESS | ISSUED BY   JPMorgan Chase Bank, N.A. ( 601 ) |
| 701 N GREEN VALLEY PKWY STE 200 | The Hill - 144614 |
| HENDERSON, NV 83074-8178 | DUSTIN W LOVELL |
| | (303) 474-3956 |
| | 06/21/2013 |

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | E0381172011-6 | NV | 07/26/2011 | 07/31/2014 |
| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
| None | | | | |

SIGNER(S) TO BE ADDED LATER

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

| PRINTED NAME | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| BLAIR W MCNEA | ████1320 | Manager | 8/21/13 | |
| TAREE D DOBIE | ████1077 | Manager | 06/21/2013 | Refer to the Add Partner/Member/Manager Not Present form |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

M1207-01-CB 10817 (05/13)

 Scan

26-Oct-16                                                                    26Oct16-1101

# CHASE ⬭

## ADD PARTNER/MEMBER/MANAGER
## NOT PRESENT FORM
### (A Chase banker must complete all fields on this form)

Name of "Organization": **Doing What's Possible, LLc**

State of Organization: **Nevada**

| ☐ PARTNER | ☐ MEMBER | ☒ MANAGER | | SIGNER: ☒ Yes ☐ No |
|---|---|---|---|---|
| Name (First) **Taree** | (Middle Initial) | (Last) **Dobie** | | Tax ID No. (SSN or ITIN) **███7508** |
| Percentage of Ownership: **80%** | Date of Birth (mm/dd/yyyy) **██ 1985** | Country of Citizenship: **USA** | | |
| Residential Street Address | ██████████ | | | |
| City **Lafayette** | State/Province **CO** | Country (if not USA) | | ZIP Code **80026** |

Is the Partner/Member/Manager a current (active or reserve) or former member of the United States Military?   ☐ Yes   ☒ No

| Home Phone # | Cell Phone # | Work Phone # | Ext. | Fax # | International Phone # |
|---|---|---|---|---|---|
| | | | | | |

| Primary ID Type: **Drivers License** | Issuer: **Colorado** | ID Number (last 4) **-0589** | Issuance Date (if any): **9/30/11** | Expiration Date (if any): **9/4/16** |
|---|---|---|---|---|
| Secondary ID Type: **SS #** | Issuer: **SSA** | ID Number (last 4) **1077** | Issuance Date (if any): | |

Email Address:

The individual signing this Form certifies to JPMorgan Chase Bank, N.A. (the "Bank") as follows:
- the Organization is a limited liability company or partnership, duly organized under the laws of the state of organization listed above;
- the individual signing this Form is a member (if managed by its members) ("Members") or manager (if managed by managers) ("Managers") or General Partner ("Partner") of the Organization; and
- the Organization has authorized all actions and agreements described in this Form in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**
By completing and signing this Form, any partner, member or manager acting alone, may:
- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the organization. These agreements and other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**
Each person authorized as a signer on the account(s) at account opening ("Authorized Person") may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

Signature of Partner/Member/Manager: _Taree D Dobie_          Date Signed: **8/15/13**

Signature and identification verified by:

Banker Signature: _____          Banker Name: _Dustin Lovell_

                                        Standard ID: _054873_

**Bank Copy**

M1211-01 (04/13)                                          JPMorgan Chase Bank, N.A. Member FDIC



26-Oct-16                                                                26Oct16-1101

**CHASE**   

### Business Signature Card

| | |
|---|---|
| ACCOUNT TITLE ("DEPOSITOR") | ACCOUNT NUMBER ▓▓▓▓3028 |
| DOING WHAT'S POSSIBLE LLC | ACCOUNT TYPE  Chase BusinessSelect Checking |
| | TAXPAYER ID NUMBER  45-2697508 |
| | DATE OPENED  08/21/2013 |
| BUSINESS ADDRESS | FORM OF BUSINESS  Limited Liability Company – Manager Managed (LLC) |
| 701 N GREEN VALLEY PKWY STE 200 | ISSUED BY  JPMorgan Chase Bank, N.A. ( 501 ) |
| HENDERSON, NV 89074-6176 | The Hill – 144614 |
| United States/US Territories | DUSTIN W LOVELL |
| | (303) 474-3296 |
| | 10/07/2013 |

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | E0331172011-6 | NV | 07/09/2011 | 07/31/2014 |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

SIGNER(S) TO BE ADDED LATER _____

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

| PRINTED NAME | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| BLAIR W MCNEA | ▓▓▓5129 | Manager | 10/7/2013 | |
| TAREE D DOBIE | ▓▓▓1077 | Manager | 10/7/13 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

M 1 2 0 7 - 0 1 - C B 19617 (03/13)



26-Oct-16

**CHASE** ○

Business Signature Card

| | |
|---|---|
| ACCOUNT NUMBER | 9728 |
| ACCOUNT TYPE | Chase BusinessSelect Checking |
| TAXPAYER ID NUMBER | 26-1405218 |
| DATE OPENED | 08/13/2013 |
| FORM OF BUSINESS | S-Corporation |
| ISSUED BY | JPMorgan Chase Bank, N.A. ( 821 ) |
| | Lafayette King Soopers - 100 |
| | JEFFREY J WILLIAMS |
| | (303) 604-4347 |
| | 08/13/2013 |
| | EXPIRATION DATE |

ACCOUNT TITLE ("DEPOSITOR")
BOULDER CREEK INTERNET SOLUTIONS INC

BUSINESS ADDRESS
6260 LOOKOUT RD

BOULDER, CO 80301-3585

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|---|
| Website Documentation | 2007 1520067 | CO | | 11/12/2007 | |
| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | | ISSUANCE DATE | EXPIRATION DATE |
| None | | | | | |

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGEMENT - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agrees to be bound by the terms and conditions contained therein as amended from time to time.

| PRINTED NAME | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| BLAIR W MCNEA | 1309 | President | 8/13/13 | |
| WALTER M LONG JR | 3467 | Secretary | 8/13/13 | |

M 1207-01-CS 10617 (03/13)

Scan

26-Oct-16                                                                              26Oct16-1186

## Business Signature Card

ACCOUNT TITLE ("REPOSITOR")
SLIMSPLASH LLC

ACCOUNT NUMBER ▓▓1539
TAXPAYERID NUMBER 20-3680112
ACCOUNT TYPE    Chase Business Classic

BUSINESS ADDRESS
6260 LOOKOUT RD

BOULDER, CO 80301-3685

DATE OPENED    12/17/2008
               New Account
FORM OF BUSINESS Limited Liability Company
      ISSUED BY  JPMorgan Chase Bank, N A. (501)
               Gumberrall
               JOSEPH HOVERSTOCK
               303-245-6518
               12/17/2008

PRIMARY IDENTIFICATION       ID NUMBER        ISSUER       ISSUANCE    EXP DATE
State Certification of Business  20081651178   Colorado SOS  12/16/2008

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGEMENT — By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary action or formalities, where necessary have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the maximum(s) listed below. The Depositor acknowledges receipt of the Bank's Account Rules and Regulations or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agrees to be bound by the terms and conditions contained therein as amended from time to time.

CERTIFICATION — The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. person (including a U.S. resident alien).

☐ Mark this checkbox and cross out item 2 above if the IRS has notified you that you are subject to backup withholding due to underreporting interest or dividends on your tax return.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| NAME | TAXPAYERID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| SUSAN Y LAURENT | ▓261 | Manager Managed | 12-17-08 | |
| BLAIR W MCREA | ▓329 | Manager Managed | 12-17-08 | |

RECEIVED BY DOC PREP
DEC 1 8 2008
R.A.J.

Rev (12/03)

26-Oct-16                                                                                    26Oct16-1186

**BUSINESS ACCOUNT ADD SIGNERS FORM**                                        CHASE ◉

NAME OF BUSINESS  SLIMSPLASH LLC                                    TAXPAYER ID NO  26-3880112

BUSINESS ADDRESS  6260 LOOKOUT RD, BOULDER, CO 80301-3685

BRANCH NAME AND NO  GUNBARRELL - 59                BANK NO  501          BRANCH PHONE NO  (303) 245-6523

INTEROFFICE MAILCODE  CO1-9052      PREPARED BY NAME  JOHN D AINSWORTH                DATE  01/27/2009

Please add the following signer to the accounts listed below (other authorized signers on record do not change)

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| MR WALTER M LONG JR | MANAGER MANAGED | | 1/27/09 |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| 1) Driver's License | 447 | CO | 09/25/2003 | 09/29/2013 |
| 2) Major Credit Card | XXXXXXXXXXXXX895 | Frontier | 09/01/2005 | 09/30/2008 |

Account Numbers
8539

Please add the following signer to the accounts listed below (other authorized signers on record do not change)

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

Account Numbers

Please add the following signer to the accounts listed below (other authorized signers on record do not change)

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

Account Numbers

**CERTIFICATION**
The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts  The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

For a Corporation or Unincorporated          For Sole Proprietorship          For Partnership or Limited Liability Company          For Government Entity
Association or Organization

Secretary            Date      Owner/Sole Proprietor            Date      Partner/Member/Manager      Date      Certifying Official            Date
Forward original to National Doc Prep, Mail Code LA2-6976  This document does not contain TIN certification/refile language  This document cannot be used for supporting documentation for TIN certification and IRS processes
Scanning branches - Scan using All in One printer

1 of 1                                                                                    JPMorgan Chase Bank, N.A  Member FDIC

Agarwal Attachment A-61

26-Oct-16                                                                                        26Oct16-1147

**CHASE**     

## Business Signature Card

| | |
|---|---|
| ACCOUNT TITLE ("DEPOSITOR") | ACCOUNT NUMBER ▮▮▮▮5105 |
| IVORYPRO, LLC | ACCOUNT TYPE   Chase BusinessSelect Checking |
| | TAXPAYER ID NUMBER   90-0860205 |
| | DATE OPENED   01/19/2013 |
| | FORM OF BUSINESS   Limited Liability Company (LLC) |
| BUSINESS ADDRESS | ISSUED BY   JPMorgan Chase Bank, N.A ( 703 ) |
| 7251 W LAKE MEAD BLVD | Sahara Pavilion North – 740949 |
| LAS VEGAS, NV 89128-8351 | GAL G BROWN |
| | (702) 838-1410 |
| | 01/19/2013 |

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | E0226242012Z | NV | 09/18/2012 | 06/30/2013 |
| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
| None | | | | |

SIGNER(S) TO BE ADDED LATER _____

ACKNOWLEDGEMENT – By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

| PRINTED NAME | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| BLAIR W MCNEA | ▮▮▮1359 | Manager | 1/23/13 | |
| WALTER M LONG JR | ▮▮▮3467 | Signer | 1-23-13 | |

M1297-01  (11/12)



26-Oct-16                                                                                           26Oct16-1147

 **CHASE**  

## Business Signature Card

| | | |
|---|---|---|
| ACCOUNT TITLE ("DEPOSITOR") | ACCOUNT NUMBER | ▮▮▮5100 |
| IVORYPRO LLC | ACCOUNT TYPE | Chase BusinessSelect Checking |
| | TAXPAYER ID NUMBER | 80-0865506 |
| | DATE OPENED | 02/04/2013 |
| | FORM OF BUSINESS | Limited Liability Company (LLC) |
| BUSINESS ADDRESS | ISSUED BY | JPMorgan Chase Bank, N.A ( 703 ) |
| 7231 W LAKE MEAD BLVD | | Sahara Pavilion North - 742949 |
| LAS VEGAS, NV 89128-0351 | | GAIL G BROWN |
| United States/US Territories | | (702) 880-1410 |
| | | 02/08/2013 |

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | E00259420122 | NV | 06/19/2012 | 06/30/2013 |
| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
| None | | | | |

SIGNER(S) TO BE ADDED LATER _____

ACKNOWLEDGEMENT - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

| PRINTED NAME | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| BLAIR W MCNEA | ▮▮1329 | Signer | 2/4/13 | |
| WALTER M LONG JR | ▮▮467 | Signer | 2/4/13 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

M1207-01  (11/12)

                                                                    

26-Oct-16                                                                                      26Oct16-1153

## CHASE ◯
### Business Signature Card

ACCOUNT TITLE ("DEPOSITOR")
BELLACLEAR LLC

| | |
|---|---|
| ACCOUNT NUMBER | 5141 |
| TAXPAYERID NUMBER | 26-1406465 |
| ACCOUNT TYPE | Chase Business Classic |
| | |
| DATE OPENED | 04/17/2008 |
| | New Account |
| FORM OF BUSINESS | Limited Liability Company |
| ISSUED BY | JPMorgan Chase Bank, N.A. (501) |
| | Gunbarrel |
| | JOSHUA A CUMRINE |
| | 303-245-6523 |

BUSINESS ADDRESS
6268 LOOKOUT RD UNIT D

BOULDER, CO 80301-3685

| | | | | | |
|---|---|---|---|---|---|
| PRIMARY IDENTIFICATION | ID NUMBER | ISSUER | ISSUANCE | EXP DATE | |
| State Certification of Business | 20071520032 | CO Sec of State | 11/12/2007 | 11/12/2057 | 04/17/2008 |

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGEMENT – By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary action or formalities, where necessary have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's *Account Rules and Regulations* or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agrees to be bound by the terms and conditions contained therein as amended from time to time.

CERTIFICATION – The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. person (including a U.S. resident alien).

☐ Mark this checkbox and cross out item 2 above if the IRS has notified you that you are subject to backup withholding due to underreporting interest or dividends on your tax return.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

| NAME | TAXPAYERID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| STEVEN T VANDENBURG | ███ 5369 | Manager Managed | 4/17/08 | |
| BLAIR W MCNEA | ███ 1329 | Manager Managed | 4/17/08 | |
| | | | | |
| | | Received By Doc PREP | | |
| | | APR 18 2008 | | |

Rev (2007)

Agarwal Attachment A-64

26-Oct-16                                                                                          26Oct16-1171

  

**CHASE** 
**Business Signature Card**
ACCOUNT TITLE ("DEPOSITOR")
WHITENING FAST LLC

ACCOUNT NUMBER ▮▮▮783
TAXPAYER ID NUMBER 45-2498950
ACCOUNT TYPE  Chase BusinessSelect Checking

DATE OPENED  07/07/2011
FORM OF BUSINESS  New Account
Limited Liability Company
ISSUED BY  JPMorgan Chase Bank, N.A. (703)
Sahara Pavilion North
JULIO J JAUREGUI
702-259-0796
07/07/2011

BUSINESS ADDRESS
711 S CARSON ST

CARSON CITY, NV 89701-5268

PRIMARY IDENTIFICATION            ID NUMBER        ISSUER        ISSUANCE       EXP DATE
State Certification of Business      E020122020111      NV SOS        09/20/2011     07/07/2011

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGMENT – By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary notice of formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written cessation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's Account Rules and Regulations or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

CERTIFICATION – The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions).

☐  The Depositor is a foreign entity, and therefore the penalties of perjury certification on this item do not apply. In addition, the Depositor has certified its foreign status to the Bank by completing the appropriate Form W-8.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

| SIGNATURE(S) | TITLE | | DATE | SIGNATURE |
|---|---|---|---|---|
| BLAIR W MCNEA | ▮▮▮1239 | MANAGER | 7/7/11 | |
| MR WALTER M LONG Jr | ▮▮▮3457 | SIGNER | 9/9/11 | |



  

**CHASE** ◯
**Business Signature Card**

ACCOUNT TITLE ("DEPOSITOR")
YOUTHEFX LLC

| | | |
|---|---|---|
| | ACCOUNT NUMBER | ▮▮▮1916 |
| | TAXPAYER ID NUMBER | 27-5222257 |
| | ACCOUNT TYPE | Chase BusinessSelect Checking |
| | | |
| | DATE OPENED | 05/23/2011 |
| | | New Account |
| | FORM OF BUSINESS | Limited Liability Company |
| | ISSUED BY | JPMorgan Chase Bank, N.A. (703) |
| | | Sahara Pavilion North |
| | | GAIL G BROWN |
| | | 702-880-1410 |

BUSINESS ADDRESS
7251 W LAKE MEAD BLVD STE 300

LAS VEGAS, NV 89128-0360

| PRIMARY IDENTIFICATION | ID NUMBER | ISSUER | ISSUANCE | EXP DATE | |
|---|---|---|---|---|---|
| State Certification of Business | E91049020016 | NV SOS | 02/24/2011 | 05/23/2011 | |

SIGNER(S) TO BE ADDED LATER RYAN MC WILLIAMS

ACKNOWLEDGMENT — By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary action or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor confirms that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's Account Rules and Regulations or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

CERTIFICATION — The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions).

☐ If the IRS has notified the Depositor that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.
☐ The Depositor is a foreign entity, and therefore the penalties of perjury certification on this issue do not apply. In addition, the Depositor has certified its foreign status to the Bank by completing the appropriate Form W-8.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| BLAIR W MCNEA | ▮▮▮▮1329 | Manager Managed | 5/25/11 |  |
|---|---|---|---|---|

Rev(03/09)

26-Oct-16                                                                            26Oct16-1150

  

**CHASE O**

**Business Signature Card**

ACCOUNT TITLE ("DEPOSITOR")                    ACCOUNT NUMBER      6228
ROIRUNNER LLC                                  ACCOUNT TYPE        Chase Business Select Checking
                                               TAXPAYER ID NUMBER  01-1677373
                                               DATE OPENED         04/30/2013
                                               FORM OF BUSINESS    Limited Liability Company - Manager Managed (LLC)
BUSINESS ADDRESS                               ISSUED BY           JPMorgan Chase Bank, N.A. ( 601 )
410 S RAMPART BLVD STE 310                                         The HB - 144614
LAS VEGAS, NV 89145-5728                                           DUSTIN W LOVELL
                                                                   (303) 474-3298
                                                                   04/30/2013

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Articles of Organization | E0093512012-0 | State Of NEvada | 02/17/2012 | |
| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
| None | | | | |

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGEMENT - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agrees to be bound by the terms and conditions contained therein as amended from time to time.

| PRINTED NAME | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| BLAIR W MCNEA | 1329 | Manager | 4/3/13 | |
| JENNIFER JOHNSON | 3911 | Signer | 4/30/13 | |

M1207-01-C6 10917 (03/13)



26-Oct-16                                                                                                                26Oct16-1019

 **CHASE**  

### Business Signature Card

| ACCOUNT TITLE ("DEPOSITOR") | | ACCOUNT NUMBER | 7012 |
|---|---|---|---|
| WALNUT STREET MARKETING INC | | ACCOUNT TYPE | Chase BusinessSelect Checking |
| | | TAXPAYER ID NUMBER | 26-1425053 |
| | | DATE OPENED | 08/13/2013 |
| | | FORM OF BUSINESS | S-Corporation |
| BUSINESS ADDRESS | | ISSUED BY | JPMorgan Chase Bank, N.A. ( 921 ) |
| 11921 W 120TH AVE | | | Lafayette King Scopers - 100 |
| BROOMFIELD, CO 80021 | | | JEFFREY J WILLIAMS |
| | | | (303) 604-4347 |
| | | | 08/13/2013 |

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | 200715290047 | CO | 11/12/2007 | |
| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
| None | | | | |

**SIGNER(S) TO BE ADDED LATER**

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to act out. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for accord analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

| PRINTED NAME | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| BLAIR W MCNEA | 1339 | Secretary | 8/13/13 | |
| WALTER M LONG JR | 3487 | President | 8/13/13 |  |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

M 1207-01-CS 10017 (03/13)

26-Oct-16                                                                                    26Oct16-1022



**CHASE** **O**
**Business Signature Card**

ACCOUNT TITLE ("DEPOSITOR")
WALNUT STREET MARKETING INC

ACCOUNT NUMBER ███████2007
ACCOUNT TYPE    Chase Business Classic

TAXPAYER ID NUMBER   26-1405058
DATE OPENED          11/27/2007
FORM OF BUSINESS     S-Corporation
ISSUED BY            JPMorgan Chase Bank, N.A. (501)
                     Centennial
                     JAMES J LIERMAN
                     303-245-6518
ISSUANCE   EXP DATE  11/27/2007

BUSINESS ADDRESS
11001 W 120TH AVE

BROOMFIELD CO 80021

PRIMARY IDENTIFICATION          ID NUMBER        ISSUER       ISSUANCE   EXP DATE
State Certification of Business  2007 1520047    Colorado     11/12/2007

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGEMENT – By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary action or templates, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's Account Rules and Regulations or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agrees to be bound by the terms and conditions contained therein as amended from time to time.

CERTIFICATION – The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because  (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. person (including a U.S. resident alien).

If the IRS has notified the Depositor that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out Item 2 above.

*The Internal Revenue Service does not require your consent to any provisions of this document other than the certification required to avoid backup withholding.*

| PRINTED NAME | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| SUSAN T LAURENT | ███4281 | President | 11-27-07 | |
| MARNIE K BAESLER | ███0585 | Signer | 11-2707 | |
| BLAIR W MCNEA | ███0329 | Signer | 11-2707 | |
| | | | | |
| | | | | |
| | | | | |

Rev 0/2007

26-Oct-16                                                                26Oct16-1028

 CHASE ○        

## Business Signature Card

| | |
|---|---|
| ACCOUNT TITLE ("DEPOSITOR") | ACCOUNT NUMBER ████████772 |
| WILD FARMS LLC | ACCOUNT TYPE   Chase BusinessSelect Checking |
| | TAXPAYER ID NUMBER   27-1258429 |
| | DATE OPENED   08/16/2013 |
| | FORM OF BUSINESS   Limited Liability Company - Manager Managed (LLC) |
| BUSINESS ADDRESS | ISSUED BY   JPMorgan Chase Bank, N.A. ( 501 ) |
| 2 W DRY CREEK CIR STE 100 | The KG - 144014 |
| | DUSTIN W LOVELL |
| LITTLETON, CO 80120-4479 | (303) 474-3296 |
| | 08/16/2013 |

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | 20191043557 | CO | 9/21/2010 | |
| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
| None | | | | |

SIGNER(S) TO BE ADDED LATER _____

ACKNOWLEDGEMENT - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signature appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

| PRINTED NAME | TAXPAYER ID # | TITLE | | DATE | SIGNATURE |
|---|---|---|---|---|---|
| BLAIR W MCNEA | ████1329 | Manager | | 8/16/13 | |
| ERIC FRY | ████████3235 | Manager | | 08/16/2013 | Refer to the Add Partner/Member/Manager Not Present form |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

M1267-01-CS 8817 (03/13)



26-Oct-16                                                                                    26Oct16-1031

  

**CHASE ❖**
**Business Signature Card**

ACCOUNT TITLE ("DEPOSITOR")
WILD FARMS LLC

| | |
|---|---|
| ACCOUNT NUMBER | ██████5300 |
| TAXPAYER ID NUMBER | 27-1658429 |
| ACCOUNT TYPE | Chase Business Classic |

BUSINESS ADDRESS
2 W DRY CREEK CR STE 100

LITTLETON, CO 80120-4479

| | |
|---|---|
| DATE OPENED | 02/10/2010 |
| | New Account |
| FORM OF BUSINESS | Limited Liability Company |
| ISSUED BY | JPMorgan Chase Bank, N.A. (501) |
| | Gunbarrel |
| | JOHN D AINSWORTH |
| | 303-245-8523 |
| | 02/10/2010 |

| PRIMARY IDENTIFICATION | ID NUMBER | ISSUER | ISSUANCE | EXP DATE |
|---|---|---|---|---|
| State Certification of Business | 20101043557 | CO SOS | 01/21/2010 | |

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGEMENT — By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary action or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's Account Rules and Regulations or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

CERTIFICATION — The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions).

☐   The Depositor is a foreign entity, and therefore the penalties of perjury certification on this form do not apply. In addition, the Depositor has certified its foreign status to the Bank by completing the appropriate Form W-8.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| | | | | |
|---|---|---|---|---|
| BLAIR W MCNEA | ██████1329 | Manager Managed | 2/10/10 |  |
| ERIC FRY | ██████5236 | SIGNER | 2/10/10 | |

Rev (03/05)

26-Oct-16

26Oct16-1034

**CHASE**   

## Business Signature Card

| | |
|---|---|
| ACCOUNT TITLE ("DEPOSITOR") | ACCOUNT NUMBER ████0189 |
| ABSOLUTELY WORKING LLC | ACCOUNT TYPE Chase Total Business Checking |
| | TAXPAYER ID NUMBER 27-5219317 |
| | DATE OPENED 09/28/2013 |
| | FORM OF BUSINESS Limited Liability Company - Manager Managed (LLC) |
| BUSINESS ADDRESS | ISSUED BY JPMorgan Chase Bank, N.A. ( 501 ) |
| 5280 LOOKOUT RD STE 100 | The Hill - 144514 |
| BOULDER, CO 80301-3396 | DUSTIN W LOVELL |
| United States/US Territories | (303) 474-3296 |
| | 09/28/2013 |

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | E910582011-2 | NV | 02/24/2011 | 02/29/2014 |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

SIGNER(S) TO BE ADDED LATER _____

ACKNOWLEDGEMENT - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

| PRINTED NAME | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| BLAIR W MCNEA | ████1329 | Manager | 9/26/13 | _(signature)_ |
| MEGAN P NOSEL | ████5919 | Manager | 9/26/13 | Signer not present on file |

M 1207-01-CS 10517 (03/13)



Agarwal Attachment A-72

26-Oct-16                                                                                                    26Oct16-1034

 **CHASE**  

**Business Signature Card**

| | |
|---|---|
| ACCOUNT TITLE ("DEPOSITOR")<br>ABSOLUTELY WORKING LLC | ACCOUNT NUMBER ████████190<br>ACCOUNT TYPE   Chase Total Business Checking<br>TAXPAYER ID NUMBER   27-5218517<br>DATE OPENED   02/26/2013<br>FORM OF BUSINESS   Limited Liability Company - Manager Managed (LLC)<br>ISSUED BY   JPMorgan Chase Bank, N.A. ( 501 ) |
| BUSINESS ADDRESS<br>6260 LOOKOUT RD STE 100<br>BOULDER, CO 80301-3855<br>United States/US Territories | The Hill - 144614<br>DUSTIN W LOVELL<br>(303) 474-3298<br>10/07/2013 |

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | E010SS32011-2 | NV | 02/24/2011 | 02/28/2014 |
| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
| None | | | | |

SIGNER(S) TO BE ADDED LATER _____

ACKNOWLEDGEMENT - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

| PRINTED NAME | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| BLAIR W MCNEA | ████1329 | Manager | 10/7/13 | |
| MEGAN P NOSEL | ████6919 | Manager | 10/7/13 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

M1207-01-CS10817 (03/13)





26-Oct-16

26Oct16-1037

# CHASE ○
## Business Signature Card

ACCOUNT TITLE ("DEPOSITOR")
ABSOLUTELY WORKING LLC

ACCOUNT NUMBER ▮▮▮▮5506
TAXPAYERID NUMBER 27-5219317
ACCOUNT TYPE Chase BusinessSelect Checking

DATE OPENED 03/31/2011
New Account
FORM OF BUSINESS Limited Liability Company
ISSUED BY JPMorgan Chase Bank, N.A. (703)
Sahara Pavilion North
JULIO J JAUREGUI
702-259-0796
03/31/2011

BUSINESS ADDRESS
1810 E SAHARA AVE STE 100

LAS VEGAS, NV 89104-3735

| | ID NUMBER | ISSUER | ISSUANCE | EXP DATE |
|---|---|---|---|---|
| PRIMARY IDENTIFICATION | | | | |
| State Certification of Business | E01088329112 | NV SOS | 02/24/2011 | |

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGEMENT – By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary action or formalities, where necessary, have been taken to authorize the named person(s) to act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's Account Rules and Regulations or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

CERTIFICATION – The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions).

☐ If the IRS has notified the Depositor that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.
☐ The Depositor is a foreign entity, and therefore the penalties of perjury certification on this form do not apply. In addition, the Depositor has certified its foreign status to the Bank by completing the appropriate Form W-8.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

| | | | | |
|---|---|---|---|---|
| MEGAN P NOSEL | ▮▮▮▮4519 | MANAGER | 3/8/11 | *Megan P Nosel* |

Agarwal Attachment A-74

26-Oct-16

26Oct16-1044

**CHASE**

**Business Signature Card**

ACCOUNT TITLE (DEPOSITOR)
ACTION PRO SERIE, LLC

ACCOUNT NUMBER
ACCOUNT TYPE          Chase BusinessSelect Checking
TAXPAYER ID NUMBER
DATE OPENED           11/16/2012
FORM OF BUSINESS      Limited Liability Company (LLC)
ISSUED BY             JPMorgan Chase Bank, N.A. (401 )

BUSINESS ADDRESS
4710 KENRIDGE CT
BOULDER, CO 80301-4220

PRIMARY ID TYPE        PRIMARY ID NUMBER        ISSUER        ISSUANCE DATE        EXPIRATION DATE
SECONDARY ID TYPE      SECONDARY ID NUMBER      ISSUER        ISSUANCE DATE        EXPIRATION DATE

| PRINTED NAME | TAX ID/SSN ID | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| BLAIR W MESSA | | Signer | | |
| WALTER M LONG SR | | Signer | | |

40207-01 (09/12)

Agarwal Attachment A-75

28-Oct-16

26Oct16-1047

**CHASE**
**Business Signature Card**

ACCOUNT TITLE ("DEPOSITOR")
ELIKOZRUKHOZ LLC

ACCOUNT NUMBER _____ 3510
TAXPAYER NUMBER   45-4500529
ACCOUNT TYPE   Chase BusinessSelect Checking

DATE OPENED   08/24/2012
FORM OF BUSINESS   Limited Liability Company (LLC)
ISSUED BY   JPMorgan Chase Bank, N.A. ( 601 )
Scottsdale Isles - 53
JOE B RODRIGUEZ
(480) 970-7007
08/24/2012

BUSINESS ADDRESS
7702 E DOUBLETREE RANCH RD STE 200
SCOTTSDALE, AZ 85258-2093

PRIMARY IDENTIFICATION          ID NUMBER          ISSUER     ISSUE DATE   EXP DATE
Vehicle Documentation           L0924007           AZ                     09/17/2012

SIGNER(S) TO BE ADDED LATER

2012-08-24 16:36

>> 04081237883940  P  1/4

Agarwal Attachment A-76

26-Oct-16                                                                          26Oct16-1050

 **CHASE**  

### Business Signature Card

| ACCOUNT TITLE ("DEPOSITOR") | | ACCOUNT NUMBER | ████8617 |
| BRASS TRIANGLE LLC | | ACCOUNT TYPE | Chase BusinessSelect Checking |
| | | TAXPAYER ID NUMBER | 45-5078836 |
| | | DATE OPENED | 03/16/2013 |
| | | FORM OF BUSINESS | Limited Liability Company - Manager Managed (LLC) |
| BUSINESS ADDRESS | | ISSUED BY | JPMorgan Chase Bank, N.A. ( 501 ) |
| 4920 E WASHINGTON ST STE 300 | | | The RB - 144614 |
| PHOENIX, AZ 85034-1906 | | | DUSTIN W LOVELL |
| | | | (303) 474-3298 |
| | | | 03/16/2013 |

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
| Website Documentation | L-1749183-5 | AZ | 03/23/2012 | |
| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
| None | | | | |

SIGNER(S) TO BE ADDED LATER _____

ACKNOWLEDGEMENT - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

| PRINTED NAME | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
| BLAIR W MCNEA | ████1329 | Manager | 8/16/13 | |
| MEGAN E GOODMAN-ARNDT | ████7652 | Manager | 03/16/2013 | Refer to the Add Partner/Member/Manager Not Present form |

M1207-01-CS 10817 (03/13)



26-Oct-16                                                                                    26Oct16-1053

  

**CHASE O**
Business Signature Card

ACCOUNT TITLE ("DEPOSITOR")
BRAS4 TRIANGLE LLC

ACCOUNT NUMBER        ████████174
TAXPAYER ID NUMBER    45-5076536
ACCOUNT TYPE          Chase BusinessSelect Checking

DATE OPENED           05/01/2012

BUSINESS ADDRESS
4600 E WASHINGTON ST STE 300
PHOENIX, AZ 85034-1908
United States/US Territories

FORM OF BUSINESS      Limited Liability Company
ISSUED BY             JPMorgan Chase Bank, N.A. (501)
                      Gunbarrell
                      DUSTIN W LOVELL
                      (303) 245-7034
                      05/01/2012

PRIM/FRY IDENTIFICATION        ID NUMBER        ISSUER               ISSUANCE      EXP DATE
Certification of Business      L17491636        AZ CORP COMMISSION   03/27/2012

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGEMENT – By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (i) the signatures appearing below are genuine or bona fide signatures of the person(s) authorized to transact business and (ii) as necessary action or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's Account Rules and Regulations or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

CERTIFICATION – The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions).

If the IRS has notified the Depositor that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

☐   The Depositor is a foreign entity, and therefore the penalties of perjury certification on this form do not apply. In addition, the Depositor has certified its foreign status to the Bank by completing the appropriate Form W-8.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

| | | | | |
|---|---|---|---|---|
| MEGAN E GOODMAN-ARNDT | ████7632 | Member Managed | 5/1/2012 | ME Goodman Arndt |

Rev (12/08)



Scan

26-Oct-16

26Oct16-1053



## CHASE 🅾
**Business Signature Card**

ACCOUNT TITLE ("DEPOSITOR")
BRASS TRIANGLE LLC



| ACCOUNT NUMBER | ████ 8174 |
| TAXPAYER ID NUMBER | 45-5076536 |
| ACCOUNT TYPE | Chase Business Select Checking |

DATE OPENED   05/01/2012

BUSINESS ADDRESS
4600 E WASHINGTON ST STE 300
PHOENIX, AZ 85034-1905
United States/US Territories

| FORM OF BUSINESS | Limited Liability Company |
| ISSUED BY | JPMorgan Chase Bank, N.A. ( 601 ) |
| | Genberrali |
| | DUSTIN W LOVELL |
| | (303) 245-7034 |
| | 05/08/2012 |

| PRIMARY IDENTIFICATION | ID NUMBER | ISSUER | ISSUANCE | EXP DATE |
| Certification of Business | L17491836 | AZ CORP COMMISSION | 03/27/2012 | |

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGEMENT – By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary action or formalities, when necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's Account Rules and Regulations or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

CERTIFICATION – The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions).

If the IRS has notified the Depositor that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.
☐ The Depositor is a foreign entity, and transfers the penalties of perjury certification on this form do not apply. In addition, the Depositor has certified its foreign status to the Bank by completing the appropriate Form W-8.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| BLAIR W MCNEA | ████ 1329 | Signer | 5/10/12 |
| MEGAN E GOODMAN-ARNDT | ████ 7662 | Manager Managed | 5/10/12   M Goodman-Arndt |



Rev (1205)

Agarwal Attachment A-79

26-Oct-16                                                                        26Oct16-1056

 **CHASE**    

**Business Signature Card**

| | | |
|---|---|---|
| ACCOUNT TITLE ("DEPOSITOR") | ACCOUNT NUMBER | 650 |
| BRIDGE FORD LLC | ACCOUNT TYPE | Chase BusinessSelect Checking |
| | TAXPAYER ID NUMBER | 27-5221236 |
| | DATE OPENED | 08/16/2013 |
| | FORM OF BUSINESS | Limited Liability Company - Manager Managed (LLC) |
| BUSINESS ADDRESS | ISSUED BY | JPMorgan Chase Bank, N.A. ( 501 ) |
| 571 CORONADO CENTER DR STE 200 | | The Hill - 144014 |
| HENDERSON, NV 89052-3977 | | DUSTIN W LOVELL |
| | | (303) 474-3205 |
| | | 08/16/2013 |

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | E0105012011-4 | NV | 02/24/2011 | 02/22/2014 |
| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
| None | | | | |

SIGNER(S) TO BE ADDED LATER _____

ACKNOWLEDGEMENT – By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

| PRINTED NAME | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| BLAIR W MCNEA | 329 | Manager | 8/16/13 | |
| EMILY R SPRINGMANN | 082 | Manager | 08/16/2013 | Refer to the Add Partner/Member/Manager Not Present form |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

M1207-01-CS10617 (03/13)





Agarwal Attachment A-80

26-Oct-16                                                                    26Oct16-1056



# CHASE

## ADD PARTNER/MEMBER/MANAGER
## NOT PRESENT FORM
(A Chase banker must complete all fields on this form)

Name of "Organization": **Bridge Ford, LLC**

State of Organization: **Nevada**

| ☐ PARTNER | ☐ MEMBER | ☒ MANAGER | | SIGNER: ☒ Yes ☐ No |
|---|---|---|---|---|

Name (First): **Emily**   (Middle Initial)   (Last): **Springmann**   Tax ID No. (SSN or ITIN): **1236**

Percentage of Ownership: **80%**   Date (m/d/yyyy): **1983**   Country of Citizenship: **USA**

Residential Street Address:

City: **Longmont**   State/Province: **CO**   Country (if not USA):   ZIP Code: **80501**

Is the Partner/Member/Manager a current (active or reserve) or former member of the United States Military?   ☐ Yes   ☒ No

| Home Phone # | Cell Phone # | Work Phone # | Ext. | Fax # | International Phone # |
|---|---|---|---|---|---|

Primary ID Type: **Drivers license**   Issuer: **Colorado**   ID Number (if any): **D876**   Issuance Date (if any): **05/2/12**   Expiration Date (if any): **6/3/18**

Secondary ID Type: **SS #**   Issuer: **SSA**   ID Number (if any): **6082**   Issuance Date (if any):   Expiration Date (if any):

Email Address:

The individual signing this Form certifies to JPMorgan Chase Bank, N.A. (the "Bank") as follows:
- the Organization is a limited liability company or partnership, duly organized under the laws of the state of organization listed above;
- the individual signing this Form is a member (if managed by members) ("Members") or manager (if managed by managers) ("Managers") or General Partner ("Partner") of the Organization, and
- the Organization has authorized all actions and agreements described in this Form in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**
By completing and signing this Form, any partner, member or manager acting alone, may:
- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the organization. These agreements and other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**
Each person authorized as a signer on the account(s) at account opening ("Authorized Person") may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

Signature of Partner/Member/Manager: _____   Date Signed: **8/15/2013**

Signature and identification verified by:

Banker Signature: _____   Banker Name: **Justin Lovell**

Standard ID: **0545973**

**Bank Copy**

M1211-01 (04/13)                                               JPMorgan Chase Bank, N.A. Member FDIC



26-Oct-16                                                                                      26Oct16-1059

## CHASE   

**Business Signature Card**

ACCOUNT TITLE ("DEPOSITOR")
BRIDGE FORD LLC

ACCOUNT NUMBER ▇▇▇ 682
TAXPAYER ID NUMBER 27-5221236
ACCOUNT TYPE Chase BusinessSelect Checking

BUSINESS ADDRESS
871 CORONADO CENTER DR STE 200

HENDERSON, NV 89052-3977

DATE OPENED 05/27/2011
New Account
FORM OF BUSINESS Limited Liability Company
ISSUED BY JPMorgan Chase Bank, N.A. (703)
Seven Pavilion North
GAIL G BROWN
702-890-1410

PRIMARY IDENTIFICATION
State Certification of Business

ID NUMBER
E01050120114

ISSUER
NV SOS

ISSUANCE
02/24/2011

EXP DATE
05/27/2011

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGEMENT – By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary action or business, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor confirms that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's Account Rules and Regulations or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agrees to be bound by the terms and conditions contained therein as amended from time to time.

CERTIFICATION – The undersigned certifies under penalty of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions).

☐ If the IRS has notified the Depositor that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.
☐ The Depositor is a foreign entity, and therefore the penalties of perjury certification on this form do not apply. In addition, the Depositor has certified its foreign status to the Bank by completing the appropriate Form W-8.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

| EMILY R SPRINGMANN | ▇▇ 6082 | Manager Managed | 5/25/11 |
| BLAIR W MCNEA | ▇▇ 1329 | Signer | 5/25/11 |

Rev (3/98)



26-Oct-16                                                                 26Oct16-1135

  

**CHASE** ◐

**Business Signature Card**

| | |
|---|---|
| ACCOUNT TITLE ("DEPOSITOR") | ACCOUNT NUMBER ████811 |
| BLUE ROCKET BRANDS LLC | ACCOUNT TYPE  Chase Total Business Checking |
| TAXPAYER ID NUMBER | 46-3021094 |
| | DATE OPENED  11/05/2013 |
| | FORM OF BUSINESS  Limited Liability Company - Manager Managed (LLC) |
| BUSINESS ADDRESS | ISSUED BY  JPMorgan Chase Bank, N.A. ( 801 ) |
| 4250 LOOKOUT ROAD | Gunbarrel - 69 |
| BOULDER, CO 80301 | LAURIE E MASON |
| | (303) 245-8523 |
| | 11/05/2013 |

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Webcr PH Documentation | 29131348172 | CO | 09/13/2013 | |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGEMENT - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signature(s) appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

| PRINTED NAME | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| BLAIR W MCKEA | ████1329 | Manager | 11/5/13 | |
| DANIELLE C FOSS | ████3062 | Signer | 11/5/13 | _D. Danielle Foss_ |

M 1207-01-C-S 10617 (03/13)



26-Oct-16                                                                                    26Oct16-1085

**CHASE**   

### Business Signature Card

| | |
|---|---|
| ACCOUNT TITLE ("DEPOSITOR") | ACCOUNT NUMBER ████9351 |
| MINT HOUSE LLC | ACCOUNT TYPE  Chase Total Business Checking |
| | TAXPAYER ID NUMBER  27-3338861 |
| | DATE OPENED  11/05/2013 |
| | FORM OF BUSINESS  Limited Liability Company - Manager Managed (LLC) |
| BUSINESS ADDRESS | ISSUED BY  JPMorgan Chase Bank, N.A. ( 501 ) |
| 9233 PARK MEADOWS DR | |
| LONE TREE, CO 80124 | Gunbarrel - 50 |
| | LAURIE E MASON |
| | (303) 245-6523 |
| | 11/05/2013 |

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Wells ID Documentation | 2010476442 | CO | 08/25/2010 | |
| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
| None | | | | |

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGEMENT - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the name/person(s) to so act. The Bank is entitled to rely on the authority of the name of person(s) until written revocation of each authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

| PRINTED NAME | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| BLAIR W MCNEA | ████1329 | Manager | 11/5/13 | |
| DANIELLE C FOSS | ████2032 | Signer | 11/5/13 | |

M 1207-01-CS 10617 (03/13)

                                                        

PX3

Agarwal Attachment B

UMB Bank Records

# BUSINESS RECORDS AFFIDAVIT

STATE OF _missouri_ )
) ss
COUNTY OF _Jackson_ ).

I, _Kenneth E Miller_ being a person of sound mind and body, state the following:

I am employed by _UMB Bank N.A._ and am a custodian of records for that organization. Attached hereto are _186_ pages of records of _UMB Bank NA._

I, _Kenneth E Miller_, as custodian of records of _UMB Bank NA_ do hereby certify that the records referenced above and attached hereto were; (1) made at or near the time the events recorded therein; (2) by or from information transmitted by a person with knowledge of the matters recorded therein; (3) were kept in the course of the regularly conducted business activity of _UMB Bank NA_; (4) it was the regular practice of the business activity to keep such records; and (5) the records attached are the originals or duplicates of the originals.

I do hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on this _3rd_ day of _October_, 20_16_.

_[signature]_
Signature

_Legal Process Specialist_
Title

_Kenneth E Miller_
Printed Name

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal this _3rd_ day of _October_, 20_16_.

_[signature]_
Notary Public
My Commission Expires:

NONA ORTIZ
Notary Public - Notary Seal
STATE OF MISSOURI
Platte County
My Commission Expires: May 15, 2017
Commission # 13482366

Agarwal Attachment B-1

PrintImage

Account Number: [■■]0070 Status:Active Viewed by: Kenneth E Miller on Wednesday, September 14, 2016      🖶Print

UMB F411041A (R 04/98)
ALL CARDS

## Commercial Signature Card

Operator's Name: **Marcus Meston**
Branch Number: **263**

UMB   UMB NA                                  ("BANK")

By opening or maintaining this account with Bank, the account holder named below ("Depositor") acknowledges and agrees as follows: (1) this account and all the other deposit accounts maintained by the Depositor with Bank are governed by the terms of the Bank's Deposit Account Agreement and the documents referred to therein as "Supplemental Disclosures," as revised by Bank from time to time; (2) the Depositor has received a copy of the Deposit Account Agreement and the Supplemental Disclosures; (3) Bank is authorized to honor the instructions of any one (1) of the authorized signers set forth below in the payment of funds or the transaction of any other business involving this account, unless other Special Instructions are set forth below an an authorized officer of Bank has approved the Special Instructions by signing in the space provided.

Account Title and Mailing Address:
**SPARK WHITENING LLC**

**7702 E DOUBLETREE RANCH RD STE 300**

**SCOTTSDALE, ARIZONA 85258**

☐ Check if NEW Address

| | |
|---|---|
| ☐ Corporation | ☐ Regular Checking |
| ☐ Sole Proprietor | ☐ Performance |
| ☐ Partnership / Joint Venture | ☐ Daily Investment |
| ☐ Limited Partnership | ☐ Sweep Account |
| ☐ Government / Public Funds | ☐ Savings / Time |
| ☐ Voluntary Unincorp. Assoc. | ☒ Other XX |
| ☒ Limited Liability Company | |
| ☐ Fiduciary / Trust | Account Number: |
| ☐ Other _____ | [■■]0070 |

Address: No. & Street (if different than above)     City     State     Zip     Telephone Number (hm) (bus) 303-218-6917

Account Opened by: **Marcus Meston**   Amount of First Deposit **$100.00**   Date Opened **3/12/2014**   I.D. or License No.   CheckSystems Code

Last Banking Connection: Name of Bank     Branch / Address     City     State

Other Current Banking Connections:     Affiliated Accounts in this Bank

Special Instructions: (Requires written approval of authorized Bank Officer)     Signature of Management Committee Member

| NAME OF AUTHORIZED SIGNERS (TYPE OR PRINT) | SIGNATURE | FACSIMILE | TITLE (IF ANY) |
|---|---|---|---|
| 1) JENNIFER A JOHNSON | | ☐ | AUTHORIZED SIGNER |
| 2) DANIELLE C FOSS | *[signature]* | ☐ | AUTHORIZED SIGNER |
| 3) | | ☐ | |
| 4) | | ☐ | |
| 5) | | ☐ | |
| 6) | | ☐ | |

**OFFICER'S CERTIFICATION**     NOTICE: Our bank complies with Section 326 of the USA PATRIOT Act. This law mandates that we verify certain information about you while processing your account application.

I hereby certify that: (1) the information set forth on this Commercial Signature Card is true and correct, (2) each person named above as Authorized Signer is currently authorized to act on behalf of Depositor as stated in this Signature Card by virtue of resolutions or other authority documents currently in effect governing the Depositor; and (3) I am authorized to sign and deliver this Signature Card to the Bank on behalf of the Depositor.

*[signature]* Signed     **AUTHORIZED SIGNER**     Title     **3/12/14** Date

W-9: Under penalties of perjury, I certify that (1) that the number shown below is my correct Taxpayer Identification Number (Interest paid, if any, will be reported under this number) and (2) that I am exempt from backup withholding, or I am not subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding, and (3) that I am a U.S. person (including a U.S. resident alien) as defined in the instructions to Form W-9. Cross out item (2) above if you have been notified that you are subject to backup withholding because of underreporting interest or dividends on your tax return.

Taxpayer I.D. 90-0969806
☐ EXEMPT PAYEE     Signature of U.S. Person *[signature]*     **AUTHORIZED SIGNER**     Title     **3/12/14** Date

To be accompanied by certified resolution or standard documentation required by Bank.

Account Number: [redacted]0070 Status:Inactive Viewed by: Kenneth E Miller on Wednesday, September 21, 2016    🖨Print

[redacted]0070

UMB 112000) (R 03/2012)

**ORGANIZATION RESOLUTION AND AGREEMENT**
Deposit Accounts and Related Services; Borrowing

Name of Organization                                   SPARK WHITENING LLC
(the "*Organization*"), a  LIMITED LIABILITY COMPANY  (type of entity) organized under the laws of  ARIZONA  (state)
Tax ID Number of Organization: 90-0869806

The undersigned certifies to UMB  NA                              (the "*Bank*") as follows:

1. **Recordkeeper.** I am the Secretary or Assistant Secretary, or an officer, partner, owner, principal, manager, member or other person having lawful custody of the official records of the above Organization (the "*Recordkeeper*"). I am authorized to provide this document to the Bank.

2. **Resolution and Agreement.** At a meeting of the governing body of the Organization duly held on ___7/1/13___ (date) at which a quorum was present and acting throughout, or pursuant to the unanimous written consent of its members, the following Resolution and Agreement was duly adopted and approved and is currently in full force and effect, and has not been amended or rescinded.

3. **Authorized Signers.** Any Authorized Signer listed below is authorized to exercise the powers granted as indicated.

| NAME | TITLE OR POSITION | SPECIMEN SIGNATURE | POWERS GRANTED (A,B AND/OR C) |
|---|---|---|---|
| JENNIFER A JOHNSON | AUTHORIZED SIGNER | *Scott Foss* | A,B |
| DANIELLE C FOSS | AUTHORIZED SIGNER | | A,B |
| | | | |
| | | | |
| | | | |

4. **Powers Granted.** (Grant each Authorized Signer one or more of the following powers in the area above.)

   **A.** **Opening and Maintaining Deposit Accounts.** As referenced above, an Authorized Signer may open and maintain Deposit Accounts with the Bank allows that the Authorized Signer may open and maintain with Bank one or more checking, savings, and/or time deposit accounts (collectively, the "Accounts") as determined from time to time by that Authorized Signer. The Accounts are governed by the terms of the Bank's deposit account agreement and the documents referred to therein as "Supplemental Disclosures," as amended by the Bank from time to time. Each Authorized Signer with this power (or if no name is given, the person holding such title as specified from time to time in an incumbency certificate provided by the Recordkeeper to the Bank) acting alone, has the authority, on behalf of the Organization and in its name, to: (1) sign and deliver any application, signature card, or other document required by the Bank to open or maintain any Account, and to close or re-title such Accounts; (2) sign or endorse for deposit or collection checks, drafts, acceptances, time deposit receipts, and any other orders for the payment of money, and the Bank is hereby authorized and directed to honor the same, whether such items are payable to the order of the person signing or countersigning the same, or whether or not the same are deposited to the individual credit of the person signing or countersigning the same or to the individual credit of any officer, employee or other Authorized Signer; (3) issue stop payment orders with respect to any item drawn on an Account of the Organization; (4) obtain from the Bank such services as may be available from time to time that provide electronic, telephone, computer or other form of information access to such Accounts; and (5) obtain from Bank one or more debit cards for the purpose of making electronic fund transfers to or from Accounts that permit such access. Endorsements of items made payable to the Organization may also be made by typing, writing or stamping the name of the Organization without adding the name of any particular person below that signature.
   The Bank is hereby requested, authorized and directed to honor checks, drafts or other orders for the payment of money drawn in the Organization's name, when bearing or purporting to bear the facsimile signature of any such Authorized Signer, and the Bank is entitled to honor all such checks, drafts or other orders, regardless of by whom or by what means the facsimile signature thereon may have been affixed, if such facsimile signature resembles the facsimile specimen duly certified to or filed with Bank by an Authorized Signer.

   **B.** **Auxiliary Account Services.** As referenced above, Authorized Signers given the power to engage in Auxiliary Account Services have the authority, on behalf of the Organization and in its name, to enter into, sign, modify, amend or terminate agreements with the Bank (which may include master agreements) for "Auxiliary Account Services" (as defined below) in connection with the Accounts of the Organization, and to take whatever actions or enter into whatever other agreements and provide whatever instructions or documents relating to the Auxiliary Account Services as Bank may require, upon such terms and conditions as such Authorized Signer deems appropriate, and to approve the security procedures and other terms and conditions that become part of such agreement. Each such Authorized Signer may approve, execute, deliver, amend or cancel one or more service request forms (a "Request") designating one or more Auxiliary Account Services requested by the Organization, one or more security administrators for the Organization with respect to an Auxiliary Account Service, each of such security administrators being authorized, on behalf of the Organization, to grant, modify and delete identification codes, authorization or access levels for any service representative who can access Accounts of the Organization and the functions that any such service representative may perform using such service, to remove such security administrators as such Authorized Signer deems appropriate; and to name one or more service representatives who are authorized to (1) initiate, confirm, amend, and cancel payment orders or fund transfers (including automated clearing house transfers), as set forth more fully in the Request, whether or not the person named in such request is an Authorized Signer named or identified in section 3 above; and (2) issue or amend instructions related to any Auxiliary Account Service.
   As used in this Resolution and Agreement, the term "Auxiliary Account Services" includes, but is not limited to: (1) the investment of funds from Accounts of the Organization into such investments as such Authorized Signer deems appropriate, whether such investments are offered by Bank or its affiliates, and whether or not the investments are FDIC-insured; (2) wire transfer services; (3) automated clearing house (ACH) services; (4) remote deposit services; (5) obtaining one or more access devices issued by Bank as a means of accessing the Organization's Accounts, including, but not limited to, any card, PIN, code, program or product that will allow such access for the purpose of obtaining information or to initiate electronic fund transfers to or from accounts of the Organization, and to request Bank to issue such access devices to other representatives of the Organization whether or not such other representative is named or identified in section 3

Account Number: ████0070 Status:Active Viewed by: Kenneth E Miller on Wednesday, September 21, 2016          🖶Print

████████  0070

above; (6) the purchase or sale of foreign currencies on behalf of the Organization; and (7) other Treasury Management, cash or vault services as Bank may offer and such Authorized Signer may request from time to time.

**C.   Borrowing Authority.** As referenced above, any _____ (required number) of the Authorized Signers given the power to borrow has the authority to borrow sums of money from the Bank from time to time on behalf of and in the name of the Organization in such amounts, for such periods of time, and upon such terms as such Authorized Signer may deem advisable; to execute on behalf of the Organization any guaranty of the obligations of other persons or entities to the Bank; and to execute for and on behalf of the Organization notes, bonds, debentures, other evidences of indebtedness, loan agreements, line of credit agreements, authority to loan or similar agreements, or guaranties in such form as such Authorized Signer may determine; and to pledge, hypothecate, mortgage or otherwise in any manner whatsoever encumber or create a lien upon any property of the Organization and to deliver such documents and property to the Bank, whether real or personal, tangible or intangible, including but not limited to shares of stock, bonds, debentures, notes, accounts receivable, or other property, upon such terms and conditions as the Authorized Signer(s) may deem advisable, to secure payment of any such guaranty or of any money borrowed by the Organization from the Bank or to secure any such guaranty of the obligations of any third party executed on behalf of the Organization, and to amend or modify the same.

Notwithstanding the foregoing, any one (1) of the Authorized Signers, acting alone, may (1) effectuate any borrowing pursuant to such note, loan agreement, line of credit agreement, authority to loan agreement, security agreement or any other document executed in accordance with the foregoing authorization; and (2) delegate to any other representative of the Organization the power to obtain advances on behalf of the Organization from time to time under any loan agreement, line of credit agreement, authority to loan or other agreement previously approved in accordance with the foregoing authorization, even if the person to whom such authority to obtain advances is delegated is not named in this Resolution and Agreement.

**5.   Changes to Authorized Signer(s).** The Organization agrees that the Recordkeeper signing this Resolution and Agreement, or any person designated in writing by the Recordkeeper, is authorized to certify to the Bank the names and signatures of persons authorized to act on behalf of the Organization under the foregoing Resolution and Agreement, and from time to time hereafter, as additions to or changes in the identity of said Authorized Signer(s) are made, and such Recordkeeper or designee shall immediately report, furnish and certify such changes to the Bank, and shall submit to Bank a new signature card, incumbency certificate or other document reflecting such changes in order to make such changes effective.

**6.   Bank's Right to Rely on This Resolution and Agreement.** The undersigned Recordkeeper certifies that the foregoing Resolution and Agreement is in conformity with the governing documents of the Organization, and that Bank is authorized to rely on and to continue to honor the instructions of any Authorized Signer(s) identified herein or as subsequently certified as set forth above until Bank is notified in writing by the Recordkeeper or designee of the amendment or revocation of such authority and Bank has had a reasonable period of time to act thereon. The Organization agrees and acknowledges that neither the federal Electronic Fund Transfer Act (15 U.S.C. Section 1693 and following) nor Regulation E (12 C.F.R. Part 205) are applicable to any debit card or other access device issued by Bank to Organization pursuant to this Resolution. The Organization hereby agrees to indemnify and hold the Bank harmless against any and all loss, cost, damage, or expenses suffered or incurred by Bank arising out of or in any way related to Bank's reliance in good faith on the terms of this Resolution and Agreement.

**7.   Incumbency Certificate.** The undersigned Recordkeeper certifies that each person listed above as an Authorized Signer currently holds the office indicated adjacent to his or her name, and that the specimen signature adjacent thereto is the valid signature of such individual.

**Guidelines for Completion of the following signature box for Customers that are U.S. legal entities:**
*   **Corporation:** The Recordkeeper signing below should be the corporate secretary or assistant secretary. The Additional Officer may be the Chairperson, President, CEO, a Board member, the Treasurer or CFO.
*   **Partnership, Limited Liability Partnership, Limited Liability Company, or Sole Proprietor:** All general partners, all members, or the sole proprietor must sign this form, unless Organization's governing documents specify that a manager, managing general partner or other person may act. In any event, a second general partner or member must sign in the Additional Officer section. Sole proprietors or single member LLCs do not require a second signature.
*   **Governmental Entity:** The Treasurer must sign in the Recordkeeper section, unless the Organization's charter specifies otherwise. The entity's Chairperson, Vice Chairperson, or Counsel must sign in the Additional Officer section.

| SIGNATURE REQUIRED<br>Recordkeeper | SIGNATURE REQUIRED<br>Additional Officer |
|---|---|
| Name (Type or print)  Wave Rock LLC<br>By: Honey Lake LLC, Manager of Wave Rock LLC<br>By: Anasazi Management Partners LLC, Manager of Honey Lake LLC<br>By: Blair W McNea, Manager of Anasazi Management Partners LLC | Name (Type or print): Wave Rock LLC<br>By: Honey Lake LLC, Manager of Wave Rock LLC<br>By: Anasazi Management Partners LLC, Manager of Honey Lake LLC<br>By: Blair W McNea, Manager of Anasazi Management Partners LLC |
| Signature: _(signature)_ | Signature _(signature)_ |
| Title:  Member | Title:  Manager |

Affix Seal, if required by Organization's governing documents.
In witness whereof, the aforementioned Recordkeeper has subscribed his or her name and, if appropriate and required, applied the seal of the Organization to this Resolution and Agreement as of this
13 th  day of  March  , 20 14

TIN # ████████

***Additional Signatures of Members, Partners or Other Required Persons***
The undersigned persons, being Members, General Partners, or other persons required under the governing documents of the foregoing Organization to approve the foregoing Resolution and Agreement, hereby consent to the adoption thereof.

_(signature)_

Account Number: ___0070 Status:Active Viewed by: Kenneth E Miller on Wednesday, September 21, 2016    🖶Print

**ORGANIZATION RESOLUTION AND AGREEMENT**
Deposit Accounts and Related Services; Borrowing

0070

Name of Organization
(the "Organization"), a  LIMITED LIABILITY COMPANY  (type of entity) organized under the laws of  ARIZONA  (state)

Name of Organization    SPARK WHITENING LLC

Tax ID Number of Organization: 90-869106

The undersigned certifies to UMB   NA   (the "Bank") as follows:

1. **Recordkeeper.** I am the Secretary or Assistant Secretary, or an officer, partner, owner, principal, manager, member or other person having lawful custody of the official records of the above Organization (the "Recordkeeper"). I am authorized to provide this document to the Bank.

2. **Resolution and Agreement.** At a meeting of the governing body of the Organization duly held on __7/11/12__ (date) and at which a quorum was present and acting throughout, or pursuant to the unanimous written consent of its members, the following Resolution and Agreement was duly adopted and approved and is currently in full force and effect, and has not been amended or rescinded.

3. **Authorized Signers.** Any Authorized Signer listed below is authorized to exercise the powers granted as indicated.

| NAME | TITLE OR POSITION | SPECIMEN SIGNATURE | POWERS GRANTED (A,B AND/OR C) |
|---|---|---|---|
| JENNIFER A JOHNSON | AUTHORIZED SIGNER | | A,B |
| DANIELLE C FOSS | AUTHORIZED SIGNER | | A,B |

4. **Powers Granted.** (Grant each Authorized Signer one or more of the following powers in the area above.)

A. **Opening and Maintaining Deposit Accounts.** [body text illegible]

B. **Auxiliary Account Services.** [body text illegible]

Account Number: ████0097 Status:Active Viewed by: Kenneth E Miller on Friday, September 09, 2016          🖶 Print

UMB /1112013 (R 08-05)
ALL BANKS

## Commercial Signature Card

Operator's Name: **Marcus Moston**

Branch Number: **263**

**UMB __ UMB NA** _____ (**"BANK"**)

By opening or maintaining this account with Bank, the account holder named below ("Depositor") acknowledges and agrees as follows: (1) this account and all the other deposit accounts maintained by the Depositor with Bank are governed by the terms of the Bank's Deposit Account Agreement and the documents referred to therein as "Supplemental Disclosures," as revised by Bank from time to time; (2) the Depositor has received a copy of the Deposit Account Agreement and the Supplemental Disclosures; (3) Bank is authorized to honor the instructions of any one (1) of the authorized signers set forth below in the payment of funds or the transaction of any other business involving this account, unless other Special Instructions are set forth below and an authorized officer of Bank has approved the Special Instructions by signing in the space provided.

| Account Title and Mailing Address:<br>**SKINNYIQ LLC**<br><br>**7702 E DOUBLETREE RANCH RD STE 300**<br><br>**SCOTTSDALE, ARIZONA 85258**<br><br>☐ Check if NEW Address | ☐ Corporation<br>☐ Sole Proprietor<br>☐ Partnership / Joint Venture<br>☐ Limited Partnership<br>☐ Government / Public Funds<br>☐ Voluntary Unincorp. Assoc.<br>☒ Limited Liability Company<br>☐ Fiduciary / Trust<br>☐ Other | ☐ Regular Checking<br>☐ Performance<br>☐ Daily Investment<br>☐ Sweep Account<br>☐ Savings / Time<br>☒ Other ☐n<br><br>Account Number:<br>████████0097 |

| Address:   No. & Street<br>(if different<br>than above) | City | State | Zip | Telephone Number<br>(hm)<br>(wk) 303-218-6817 |
|---|---|---|---|---|

| Account Opened by:<br>Marcus Moston | Amount of First Deposit:<br>$100.00 | Date Opened<br>3/12/2014 | I.D. or License No. | Check/System Code |
|---|---|---|---|---|

| Last Banking<br>Connection: | Name of Bank | Branch / Address | City | State |
|---|---|---|---|---|

| Other Current Banking Connections: | | Affiliated Accounts in this Bank |
|---|---|---|

| Special Instructions: (Requires written approval of authorized Bank Officer) | Signature by Management Committee Member |
|---|---|

| NAME OF AUTHORIZED SIGNERS (TYPE OR PRINT) | SIGNATURE | FACSIMILE | TITLE (IF ANY) |
|---|---|---|---|
| 1) JENNIFER A JOHNSON | _(signature)_ | ☐ | AUTHORIZED SIGNER |
| 2) DANIELLE C FOSS | _Deli Foss_ | ☐ | AUTHORIZED SIGNER |
| 3) _____ | | ☐ | |
| 4) _____ | | ☐ | |
| 5) _____ | | ☐ | |
| 6) _____ | | ☐ | |

**OFFICER'S CERTIFICATION** | **NOTICE: Our bank complies with Section 326 of the USA PATRIOT Act. This law mandates that we verify certain information about you while processing your account application.**

I hereby certify that: (1) the information set forth on this Commercial Signature Card is true and correct; (2) each person named above as Authorized Signer is currently authorized to act on behalf of Depositor as stated in this Signature Card by virtue of resolutions or other authority documents currently in effect governing the Depositor; and (3) I am authorized to sign and deliver this Signature Card to the Bank on behalf of the Depositor.

_(signature)_ _____     AUTHORIZED SIGNER _____     3/12/14
       Signed                                Title                           Date

W-9: Under penalties of perjury, I certify (1) that the number shown below is my correct Taxpayer Identification Number (interest paid, if any, will be reported under that number) and (2) that I am exempt from backup withholding, or I am not subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding, and (3) that I am a U.S. person (including a U.S. resident alien) as defined in the instructions to Form W-9. Cross out item (2) above if you have been notified that you are subject to backup withholding because of under reporting interest or dividends on your tax return.

Taxpayer I.D.  80-6864453 _____                    AUTHORIZED SIGNER _____   3/12/14
☐ EXEMPT PAYEE                  Signature of U.S. Person                 Title                  Date

*To be accompanied by certified resolution or standard documentation required by Bank.*

Account Number: ____0097 Status:Active Viewed by: Kenneth E Miller on Wednesday, September 21, 2016          🖶Print

**ORGANIZATION RESOLUTION AND AGREEMENT**
Deposit Accounts and Related Services; Borrowing

0097

Name of Organization                                                SKINNYIQ LLC
(the "*Organization*"), a LIMITED LIABILITY COMPANY        (type of entity) organized under the laws of ARIZONA          (state)
Tax ID Number of Organization: 80-0804453

The undersigned certifies to UMB  NA _____ (the "*Bank*") as follows:

1.  **Recordkeeper.** I am the Secretary or Assistant Secretary, or an officer, partner, owner, principal, manager, member or other person having lawful custody of the official records of the above Organization (the "*Recordkeeper*"). I am authorized to provide this document to the Bank.

2.  **Resolution and Agreement.** At a meeting of the governing body of the Organization duly held on  1/16/13 ____ (date) and at which a quorum was present and acting throughout, or pursuant to the unanimous written consent of its members, the following Resolution and Agreement was duly adopted and approved and is currently in full force and effect, and has not been amended or rescinded.

3.  **Authorized Signers.** Any Authorized Signer listed below is authorized to exercise the powers granted as indicated.

| NAME | TITLE OR POSITION | SPECIMEN SIGNATURE | POWERS GRANTED (A,B AND/OR C) |
|---|---|---|---|
| JENNIFER A JOHNSON | AUTHORIZED SIGNER | | A,B |
| DANIELLE C FOSS | AUTHORIZED SIGNER | | A,B |
| | | | |
| | | | |
| | | | |

4.  **Powers Granted.** (Grant each Authorized Signer one or more of the following powers in the area above.)

    A.  **Opening and Maintaining Deposit Accounts.** As referenced above, to open and maintain Deposit Accounts with the Bank allows that the Authorized Signer may open and maintain with Bank one or more checking, savings, and/or time deposit accounts (collectively, the "Accounts") as determined from time to time by that Authorized Signer. The Accounts are governed by the terms of the Bank's deposit account agreement and the documents referred to therein as "Supplemental Disclosures," as amended by the Bank from time to time. Each Authorized Signer with this power (or if no name is given, the person holding such title as specified from time to time in an incumbency certificate provided by the Recordkeeper to the Bank) acting alone, has the authority, on behalf of the Organization and in its name, to: (1) sign and deliver any application, signature card, or other document required by the Bank to open or maintain any Account, and to close or re-title such Accounts; (2) sign or endorse for deposit or collection checks, drafts, acceptances, time deposit receipts, and any other orders for the payment of money, and the Bank is hereby authorized and directed to honor the same, whether such items are payable to the order of the person signing or countersigning the same, and whether or not the same are deposited to the individual credit of the person signing or countersigning the same or to the individual credit of any officer, employee or other Authorized Signer; (3) issue stop payment orders with respect to any item drawn on an Account of the Organization; (4) obtain from the Bank such services as may be available from time to time that provide electronic, telephone, computer or other form of information access to such Accounts; and (5) obtain from Bank one or more debit cards for the purpose of making electronic fund transfers to or from Accounts that permit such access. Endorsements of items made payable to the Organization may also be made by typing, writing or stamping the name of the Organization without adding the name of any particular person below that signature.
    The Bank is hereby requested, authorized and directed to honor checks, drafts or other orders for the payment of money drawn in the Organization's name, when bearing or purporting to bear the facsimile signature of any such Authorized Signer, and the Bank is entitled to honor all such checks, drafts or other orders, regardless of by whom or by what means the facsimile signature thereon may have been affixed, if such facsimile signature resembles the facsimile specimen duly certified to or filed with Bank by an Authorized Signer.

    B.  **Auxiliary Account Services.** As referenced above, Authorized Signers given the power to engage in Auxiliary Account Services have the authority, on behalf of the Organization and in its name, to enter into, sign, modify, amend or terminate agreements with the Bank (which may include master agreements) for "Auxiliary Account Services" (as defined below) in connection with the Accounts of the Organization, and to take whatever actions or enter into whatever other agreements and provide whatever instructions or documents relating to the Auxiliary Account Services as Bank may require, upon such terms and conditions as such Authorized Signer deems appropriate, and to approve the security procedures and other terms and conditions that become part of such agreement. Each such Authorized Signer may approve, execute, deliver, amend or cancel one or more service request forms (a "Request") designating one or more Auxiliary Account Services requested by the Organization, one or more security administrators for the Organization with respect to an Auxiliary Account Service, each of such security administrators being authorized, on behalf of the Organization, to grant, modify and delete identification codes, authorization or access levels for any service representative who can access Accounts of the Organization and the functions that any such service representative may perform using such service, to remove such security administrators or such Authorized Signer deems appropriate and to name one or more service representatives who are authorized to (1) initiate, confirm, amend, and cancel payment orders or fund transfers (including automated clearing house transfers), as set forth more fully in the Request, whether or not the person named in such request is an Authorized Signer named or identified in section 3 above; and (2) issue or amend instructions related to any Auxiliary Account Service.
    As used in this Resolution and Agreement, the term "Auxiliary Account Services" includes, but is not limited to: (1) the investment of funds from Accounts of the Organization into such investments as such Authorized Signer deems appropriate, whether such investments are offered by Bank or its affiliates, and whether or not the investments are FDIC-insured; (2) wire transfer services; (3) automated clearing house (ACH) services; (4) remote deposit services; (5) obtaining one or more access devices issued by Bank as a means of accessing the Organization's Accounts, including, but not limited to, any card, PIN, code, program or product that will allow such access for the purpose of obtaining information or to initiate electronic fund transfers to or from accounts of the Organization, and to request Bank to issue such access devices to other representatives of the Organization whether or not such other representative is named or identified in section 3

MJF

Account Number: ███ 0097 Status:Active Viewed by: Kenneth E Miller on Wednesday, September 21, 2016        Print

Tin 80-0804453                                    0097

above; (6) the purchase or sale of foreign currencies on behalf of the Organization; and (7) other Treasury Management, cash or vault
services as Bank may offer and such Authorized Signer may request from time to time.

C.   **Borrowing Authority.** As referenced above, any ____ (required number) of the Authorized Signers given the power to borrow has the
authority to borrow sums of money from the Bank from time to time on behalf of and in the name of the Organization in such amounts, for
such periods of time, and upon such terms as such Authorized Signer may deem advisable; to execute on behalf of the Organization any
guaranty of the obligations of other persons or entities to the Bank; and to execute for and on behalf of the Organization notes, bonds,
debentures, other evidences of indebtedness, loan agreements, line of credit agreements, authority to loan or similar agreements, or
guaranties in such form as such Authorized Signer may determine; and to pledge, hypothecate, mortgage or otherwise in any manner
whatsoever encumber or create a lien upon any property of the Organization and to deliver such documents and property to the Bank,
whether real or personal, tangible or intangible, including but not limited to shares of stock, bonds, debentures, notes, accounts receivable,
or other property, upon such terms and conditions as the Authorized Signer(s) may deem advisable, to secure payment of sums of money
borrowed by the Organization from the Bank or to secure any such guaranty of the obligations of any third party executed on behalf of the
Organization, and to amend or modify the same.
Notwithstanding the foregoing, any one (1) of the Authorized Signers, acting alone, may (1) effectuate any borrowing pursuant to such note,
loan agreement, line of credit agreement, authority to loan agreement, security agreement or any other document executed in accordance with
the foregoing authorization; and (2) delegate to any other representative of the Organization the power to obtain advances on behalf of the
Organization from time to time under any loan agreement, line of credit agreement, authority to loan or other agreement previously approved in
accordance with the foregoing authorization, even if the person to whom such authority to obtain advances is delegated is not named in this
Resolution and Agreement.

5.   **Changes to Authorized Signer(s).** The Organization agrees that the Recordkeeper signing this Resolution and Agreement, or any person
designated in writing by the Recordkeeper, is authorized to certify to the Bank the names and signatures of persons authorized to act on behalf
of the Organization under the foregoing Resolution and Agreement, and from time to time hereafter, as additions to or changes in the identity of
said Authorized Signer(s) are made, and such Recordkeeper or designee shall immediately report, furnish and certify such changes to the Bank,
and shall submit to Bank a new signature card, incumbency certificate or other document reflecting such changes in order to make such changes
effective.

6.   **Bank's Right to Rely on This Resolution and Agreement.** The undersigned Recordkeeper certifies that the foregoing Resolution and
Agreement is in conformity with the governing documents of the Organization, and that Bank is authorized to rely on and to continue to honor
the instructions of any Authorized Signer(s) identified herein or as subsequently certified as set forth above until Bank is notified in writing by
the Recordkeeper or designee of the amendment or revocation of such authority and Bank has had a reasonable period of time to act thereon.
The Organization agrees and acknowledges that neither the federal Electronic Fund Transfer Act (15 U.S.C. Section 1693 and following) nor
Regulation E (12 C.F.R. Part 205) are applicable to any debit card or other access device issued by Bank to Organization pursuant to this
Resolution. The Organization hereby agrees to indemnify and hold the Bank harmless against any and all loss, cost, damage, or expenses
suffered or incurred by Bank arising out of or in any way related to Bank's reliance in good faith on the terms of this Resolution and Agreement.

7.   **Incumbency Certificate.** The undersigned Recordkeeper certifies that each person listed above as an Authorized Signer currently holds the
office indicated adjacent to his or her name, and that the specimen signature adjacent thereto is the valid signature of such individual.

**Guidelines for Completion of the following signature box for Customers that are U.S. legal entities:**
*   **Corporation:** The Recordkeeper signing below should be the corporate secretary or assistant secretary. The Additional Officer may be the Chairperson, President,
CEO, a Board member, the Treasurer or CFO.
*   **Partnership, Limited Liability Partnership, Limited Liability Company, or Sole Proprietor:** All general partners, all members, or the sole proprietor must sign this
form, unless Organization's governing documents specify that a manager, managing general partner or other person may act. In any event, a second general
partner or member must sign in the Additional Officer section. Sole proprietors or single-member LLCs do not require a second signature.
*   **Governmental Entity:** The Treasurer shall sign in the Recordkeeper section, unless the Organization's charter specifies otherwise. The entity's Chairperson, Vice
Chairperson, or Counsel must sign in the Additional Officer section.

| SIGNATURE REQUIRED<br>RECORDKEEPER | SIGNATURE REQUIRED<br>ADDITIONAL OFFICER |
|---|---|
| Name (Type or print):  Wave Rock LLC<br>By: Honey Lake LLC, Manager of Wave Rock LLC<br>By: Anasazi Management Partners LLC, Manager of Honey Lake LLC<br>By: Blair W McNea, Manager of Anasazi Management Partners LLC | Name (Type or print):  Wave Rock LLC<br>By: Honey Lake LLC, Manager of Wave Rock LLC<br>By: Anasazi Management Partners LLC, Manager of Honey Lake LLC<br>By: Blair W McNea, Manager of Anasazi Management Partners LLC |
| Signature: | Signature: |
| Title:   Manager | Title:   Sole Member |

Affix Seal, if required by Organization's governing documents.
In witness whereof, the aforementioned Recordkeeper has subscribed his or
her name and, if appropriate and required, applied the seal of the
Organization to this Resolution and Agreement as of this
12 th day of March , 20 14.

*Additional Signatures of Members, Partners or Other Required Persons*
The undersigned persons, being Members, General Partners, or other persons required under the governing documents of the foregoing Organization
to approve the foregoing Resolution and Agreement, hereby consent to the adoption thereof.

Account Number: ████0119 Status:Active Viewed by: Kenneth E Miller on Friday, September 09, 2016        🖶Print

UMB R 116013 (8 0608)
ALL BANKS

## Commercial Signature Card

Operator's Name: **Marcus Meston**
Branch Number: **263**

UMB   **UMB NA** _____ ("BANK")

By opening or maintaining this account with Bank, the account holder named below ("Depositor") acknowledges and agrees as follows: (1) this account and all the other deposit accounts maintained by the Depositor with Bank are governed by the terms of the Bank's Deposit Account Agreement and the documents referred to therein as "Supplemental Disclosures," as revised by Bank from time to time; (2) the Depositor has received a copy of the Deposit Account Agreement and the Supplemental Disclosures; (3) Bank is authorized to honor the instructions of any one (1) of the authorized signers set forth below in the payment of funds or the transaction of any other business involving this account, unless other Special Instructions are set forth below and an authorized officer of Bank has approved the Special Instructions by signing in the space provided.

| Account Title and Mailing Address | | |
|---|---|---|
| DENTAL PRO AT HOME LLC. | ☐ Corporation | ☐ Regular Checking |
| | ☐ Sole Proprietor | ☐ Performance |
| 7702 E DOUBLETREE RANCH RD | ☐ Partnership / Joint Venture | ☐ Daily Investment |
| | ☐ Limited Partnership | ☐ Sweep Account |
| SCOTTSDALE, ARIZONA 85268 | ☐ Government / Public Funds | ☒ Savings / Time |
| | ☐ Voluntary Unincorp. Assoc. | ☒ Other XX |
| | ☒ Limited Liability Company | Account Number |
| ☐ Check if NEW Address | ☐ Fiduciary / Trust | ████████0119 |
| | ☐ Other _____ | |

| Address: (if different than above) | No. & Street | City | State | Zip | Telephone Number (hm) (wk) 303-218-6617 |
|---|---|---|---|---|---|
| Account Opened by: **Marcus Meston** | Amount of First Deposit **$100.00** | Date Opened **3/12/2014** | I.D. or License No. | ChexSystems Code | |
| Last Banking Connection: | Name of Bank | Branch / Address | | City | State |
| Other Current Banking Connections: | | | Affiliated Accounts in this Bank | | |
| Special Instructions: (Requires written approval of authorized Bank Officer) | | | Signature by Management Committee Member | | |

| NAME OF AUTHORIZED SIGNERS (TYPE OR PRINT) | SIGNATURE | FACSIMILE | TITLE (IF ANY) |
|---|---|---|---|
| 1) JENNIFER A JOHNSON | | ☐ | AUTHORIZED SIGNER |
| 2) DANIELLE C FOSS | | ☐ | AUTHORIZED SIGNER |
| 3) _____ | | ☐ | |
| 4) _____ | | ☐ | |
| 5) _____ | | ☐ | |
| 6) _____ | | ☐ | |

| OFFICER'S CERTIFICATION | NOTICE: Our bank complies with Section 326 of the USA PATRIOT Act. This law mandates that we verify certain information about you while processing your account application. |
|---|---|

I hereby certify that: (1) the information set forth on this Commercial Signature Card is true and correct; (2) each person named above as Authorized Signer is currently authorized to act on behalf of Depositor as stated in this Signature Card by virtue of resolutions or other authority documents currently in effect governing the Depositor; and (3) I am authorized to sign and deliver this Signature Card to the Bank on behalf of the Depositor.

_____          AUTHORIZED SIGNER          **3/12/14**
Signed                                        Title                     Date

W-9: Under penalties of perjury, I certify (1) that the number shown below is my correct Taxpayer Identification Number (interest paid, if any, will be reported under this number) and (2) that I am exempt from backup withholding, or I am not subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding, and (3) that I am a U.S. person (including a U.S. resident alien) as defined in the Instructions to Form W-9. Cross out Item (2) above if you have been notified that you are subject to backup withholding because of under reporting interest or dividends on your tax return.

Taxpayer I.D. **45-6142321** _____          AUTHORIZED SIGNER          **3/12/14**
                                          Signature of U.S. Person          Title          Date
☐ EXEMPT PAYEE

To be accompanied by certified resolution or standard documentation required by Bank.

Account Number: ████0119 Status:Active Viewed by: Kenneth E Miller on Tuesday, September 20, 2016      🖶Print

---

(D49.111 2000) (R 03-3012)

## ORGANIZATION RESOLUTION AND AGREEMENT
### Deposit Accounts and Related Services; Borrowing

█████ 0119

Name of Organization _____ DENTAL PRO AT HOME LLC
(the "*Organization*"), a LIMITED LIABILITY COMPANY (type of entity) organized under the laws of ARIZONA (state)
Tax ID Number of Organization: 45-5142921

The undersigned certifies to UMB  NA _____ (the "*Bank*") as follows:

1. **Recordkeeper.** I am the Secretary or Assistant Secretary, or an officer, partner, owner, principal, manager, member or other person having lawful custody of the official records of the above Organization (the "*Recordkeeper*"). I am authorized to provide this document to the Bank.
2. **Resolution and Agreement.** At a meeting of the governing body of the Organization duly held on ____ 11/2/12 ____ (date) and at which a quorum was present and acting throughout, or pursuant to the unanimous written consent of its members, the following Resolution and Agreement was duly adopted and approved and is currently in full force and effect, and has not been amended or rescinded.
3. **Authorized Signers.** Any Authorized Signer listed below is authorized to exercise the powers granted as indicated.

| NAME | TITLE OR POSITION | SPECIMEN SIGNATURE | POWERS GRANTED (A,B and/or C) |
|---|---|---|---|
| JENNIFER A JOHNSON | AUTHORIZED SIGNER | | A,B |
| DANIELLE C FOSS | AUTHORIZED SIGNER | *[signature]* | A,B |
| | | | |
| | | | |

4. **Powers Granted.** (Grant each Authorized Signer one or more of the following powers in the area above.)

   A. **Opening and Maintaining Deposit Accounts.** As referenced above, to open and maintain Deposit Accounts with the Bank allows that the Authorized Signer may open and maintain with Bank one or more checking, savings, and/or time deposit accounts (collectively, the "Accounts") as determined from time to time by the Authorized Signer. The Accounts are governed by the terms of the Bank's deposit account agreement and the documents referred to therein as "Supplemental Disclosures," as amended by the Bank from time to time. Each Authorized Signer with this power (or if no name is given, the person holding such title as specified from time to time in an Incumbency certificate provided by the Recordkeeper to the Bank) acting alone, has the authority, on behalf of the Organization and in its name, to: (1) sign and deliver any application, signature card, or other document required by the Bank to open or maintain any Account, and to close or re-title such Accounts; (2) sign or endorse for deposit or collection checks, drafts, acceptances, time deposit receipts, and any other orders for the payment of money, and the Bank is hereby authorized and directed to honor the same, whether such items are payable to the order of the person signing or countersigning the same, and whether or not the same are deposited to the individual credit of the person signing or countersigning the same or to the individual credit of any officer, employee or other Authorized Signer; (3) issue stop payment orders with respect to any item drawn on an Account of the Organization; (4) obtain from the Bank such services as may be available from time to time that provide electronic, telephone, computer or other form of information access to such Accounts; and (5) obtain from Bank one or more debit cards for the purpose of making electronic fund transfers to or from Accounts that permit such access. Endorsements of items made payable to the Organization may also be made by typing, writing or stamping the name of the Organization without adding the name of any particular person below that signature.
   The Bank is hereby requested, authorized and directed to honor checks, drafts or other orders for the payment of money drawn in the Organization's name, when bearing or purporting to bear the facsimile signature of any such Authorized Signer, and the Bank is entitled to honor all such checks, drafts or other orders, regardless of by whom or by what means the facsimile signature thereon may have been affixed, if such facsimile signature resembles the facsimile specimen duly certified to or filed with Bank by an Authorized Signer.

   B. **Auxiliary Account Services.** As referenced above, Authorized Signers given the power to engage in Auxiliary Account Services have the authority, on behalf of the Organization and in its name, to enter into, sign, modify, amend or terminate agreements with the Bank (which may include master agreements) for "Auxiliary Account Services" (as defined below) in connection with the Accounts of the Organization, and to take whatever actions or enter into whatever other agreements and provide whatever instructions or documents relating to the Auxiliary Account Services as Bank may require, upon such terms and conditions as such Authorized Signer deems appropriate, and to approve the security procedures and other terms and conditions that become part of such agreement. Each such Authorized Signer may approve, execute, deliver, amend or cancel one or more service request forms (a "Request") designating one or more Auxiliary Account Services requested by the Organization, one or more security administrators for the Organization with respect to any Auxiliary Account Service, each of such security administrators being authorized, on behalf of the Organization, to grant, modify and delete identification codes, authorization or access levels for any service representative who can access Accounts of the Organization and the functions that any such service representative may perform using such service, to remove such security administrators as such Authorized Signer deems appropriate and to name one or more service representatives who are authorized to (1) initiate, confirm, amend, and cancel payment orders or fund transfers (including automated clearing house transfers), as set forth more fully in the Request, whether or not the person named in such request is an Authorized Signer named or identified in section 3 above; and (2) issue or amend instructions related to any Auxiliary Account Service.
   As used in this Resolution and Agreement, the term "Auxiliary Account Services" includes, but is not limited to: (1) the investment of funds from Accounts of the Organization into such investments as such Authorized Signer deems appropriate, whether such investments are offered by Bank or its affiliates, and whether or not the investments are FDIC-insured; (2) wire-transfer services; (3) automated clearing house (ACH) services; (4) remote-deposit services; (5) obtaining one or more access devices issued by Bank as a means of accessing the Organization's Accounts, including, but not limited to, any card, PIN, code, program or product that will allow such access for the purpose of obtaining information or to initiate electronic fund transfers to or from accounts of the Organization, and to request Bank to issue such access devices to other representatives of the Organization whether or not such other representative is named or identified in section 3.

*[signature initials]*

---

Account Number: ████ 0119 Status:Active Viewed by: Kenneth E Miller on Tuesday, September 20, 2016        🖶 Print

**Tin 45-5142921**                                          ████████ 0119

above; (6) the purchase or sale of foreign currencies on behalf of the Organization; and (7) other Treasury ████
services as Bank may offer and such Authorized Signer may request from time to time.

C.  **Borrowing Authority.** As referenced above, any _____ (required number) of the Authorized Signers given the power to borrow has the authority to borrow sums of money from the Bank from time to time on behalf of and in the name of the Organization in such amounts, for such periods of time, and upon such terms as such Authorized Signer may deem advisable; to execute on behalf of the Organization any guaranty of the obligations of other persons or entities to the Bank; and to execute for and on behalf of the Organization notes, bonds, debentures, other evidences of indebtedness, loan agreements, line of credit agreements, authority to loan or similar agreements, or guaranties in such form as such Authorized Signer may determine; and to pledge, hypothecate, mortgage or otherwise in any manner whatsoever encumber or create a lien upon any property of the Organization and to deliver such documents and property to the Bank, whether real or personal, tangible or intangible, including but not limited to shares of stock, bonds, debentures, notes, accounts receivable, or other property, upon such terms and conditions as the Authorized Signer(s) may deem advisable, to secure payment of sums of money borrowed by the Organization from the Bank or to secure any such guaranty of the obligations of any third party executed on behalf of the Organization, and to amend or modify the same.

Notwithstanding the foregoing, any one (1) of the Authorized Signers, acting alone, may (1) effectuate any borrowing pursuant to such note, loan agreement, line of credit agreement, authority to loan agreement, security agreement or any other document executed in accordance with the foregoing authorization; and (2) delegate to any other representative of the Organization the power to obtain advances on behalf of the Organization from time to time under any loan agreement, line of credit agreement, authority to loan or other agreement previously approved in accordance with the foregoing authorization, even if the person to whom such authority to obtain advances is delegated is not named in this Resolution and Agreement.

5.  **Changes to Authorized Signer(s).** The Organization agrees that the Recordkeeper signing this Resolution and Agreement, or any person designated in writing by the Recordkeeper, is authorized to certify to the Bank the names and signatures of persons authorized to act on behalf of the Organization under the foregoing Resolution and Agreement, and from time to time hereafter, as additions to or changes in the identity of said Authorized Signer(s) are made, and such Recordkeeper or designee shall immediately report, furnish and certify such changes to the Bank, and shall submit to Bank a new signature card, incumbency certificate or other document reflecting such changes in order to make such changes effective.

6.  **Bank's Right to Rely on This Resolution and Agreement.** The undersigned Recordkeeper certifies that the foregoing Resolution and Agreement is in conformity with the governing documents of the Organization, and that Bank is authorized to rely on and to continue to honor the instructions of any Authorized Signer(s) identified herein or as subsequently certified as set forth above until Bank is notified in writing by the Recordkeeper or designee of the amendment or revocation thereof and Bank has had a reasonable period of time to act thereon. The Organization agrees and acknowledges that neither the federal Electronic Fund Transfer Act (15 U.S.C. Section 1693 and following) nor Regulation E (12 C.F.R. Part 205) are applicable to any debit card or other access device issued by Bank to Organization pursuant to this Resolution. The Organization hereby agrees to indemnify and hold the Bank harmless against any and all loss, cost, damage, or expenses suffered or incurred by Bank arising out of or in any way related to Bank's reliance in good faith on the terms of this Resolution and Agreement.

7.  **Incumbency Certificate.** The undersigned Recordkeeper certifies that each person listed above as an Authorized Signer currently holds the office indicated adjacent to his or her name, and that the specimen signature adjacent thereto is the valid signature of such individual.

**Guidelines for Completion of the following signature box for Customers that are U.S. legal entities:**
- **Corporation:** The Recordkeeper signing below should be the corporate secretary or assistant secretary. The Additional Officer may be the Chairperson, President, CEO, a Board member, the Treasurer or CFO.
- **Partnership, Limited Liability Partnership, Limited Liability Company, or Sole Proprietor:** All general partners, all members, or the sole proprietor must sign this form, unless Organization's governing documents specify that a manager, managing general partner or other person may act. In any event, a second general partner or member must sign in the Additional Officer section. Sole proprietors or single member LLCs do not require a second signature.
- **Governmental Entity:** The Treasurer must sign in the Recordkeeper section, unless the Organization's charter specifies otherwise. The entity's Chairperson, Vice Chairperson, or Counsel must sign in the Additional Officer section.

| SIGNATURE REQUIRED<br>~~RECORDKEEPER~~ | SIGNATURE REQUIRED<br>~~ADDITIONAL OFFICER~~ |
|---|---|
| Name (Type or print)  Wave Rock LLC<br>By: Honey Lake LLC, Manager of Wave Rock LLC<br>By: Anasazi Management Partners LLC, Manager of Honey Lake LLC<br>By: Blair W McNea, Manager of Anasazi Management Partners LLC | Name (Type or print): Wave Rock LLC<br>By: Honey Lake LLC, Manager of Wave Rock LLC<br>By: Anasazi Management Partners LLC, Manager of Honey Lake LLC<br>By: Blair W McNea, Manager of Anasazi Management Partners LLC |
| Signature: | Signature: |
| Title:    Manager | Title:    Sole Member |
| Affix Seal, if required by Organization's governing documents.<br>In witness whereof, the aforementioned Recordkeeper has subscribed his or her name and, if appropriate and required, applied the seal of the Organization to this Resolution and Agreement as of this<br>_____ 12ᵗʰ day of March , 20 14 | |

**Additional Signatures of Members, Partners or Other Required Persons**
The undersigned persons, being Members, General Partners, or other persons required under the governing documents of the foregoing Organization to approve the foregoing Resolution and Agreement, hereby consent to the adoption thereof.

Account Number ▓▓▓0100 Status:Active Viewed by: Kenneth E Miller on Friday, September 09, 2016                    🖶Print

UMB 31118UG (R 0608)
ALL BANKS

# Commercial Signature Card

UMB   UMB NA                                                                          ("BANK")

Operator's Name:  **Marcus Meston**
Branch Number:  **263**

By opening or maintaining this account with Bank, the account holder named below ("Depositor") acknowledges and agrees as follows: (1) this account and all the other deposit accounts maintained by the Depositor with Bank are governed by the terms of the Bank's Deposit Account Agreement and the documents referred to therein as "Supplemental Disclosures," as revised by Bank from time to time; (2) the Depositor has received a copy of the Deposit Account Agreement and the Supplemental Disclosures; (3) Bank is authorized to honor the instructions of any one (1) of the authorized signers set forth below in the payment of funds or the transaction of any other business involving this account, unless other Special Instructions are set forth below and an authorized officer of Bank has approved the Special Instructions by signing in the space provided.

| Account Title and Mailing Address:                                   |                                      |                          |
|----------------------------------------------------------------------|--------------------------------------|--------------------------|
| **BLIZZARDWHITE LLC.**                                               | ☐ Corporation                        | ☐ Regular Checking       |
|                                                                      | ☐ Sole Proprietor                    | ☐ Performance            |
| **7702 E DOUBLETREE RANCH RD STE 300**                               | ☐ Partnership / Joint Venture        | ☐ Daily Investment       |
|                                                                      | ☐ Limited Partnership                | ☐ Sweep Account          |
|                                                                      | ☐ Government / Public Funds          | ☒ Savings / Time         |
| **SCOTTSDALE, ARIZONA 85266**                                        | ☐ Voluntary Unincorp. Assoc.         | ☒ Other ▓▓               |
|                                                                      | ☒ Limited Liability Company          |                          |
|                                                                      | ☐ Fiduciary / Trust                  | Account Number           |
| ☐ Check if NEW Address                                               | ☐ Other                              | ▓▓▓▓▓ **0100**           |

| Address: (if different than above) | No. & Street | City | State | Zip | Telephone Number (bus) (wk) 303-218-5517 |

| Account Opened by: Marcus Meston | Amount of First Deposit $100.00 | Date Opened 3/12/2014 | I.D. or License No. | ChexSystems Code |

| Last Banking Connection: | Name of Bank | Branch / Address | City | State |

| Other Current Banking Connections: |  | Affiliated Accounts in this Bank |

| Special Instructions: (Requires written approval of authorized Bank Officer) | Signature by Management Committee Member |

| NAME OF AUTHORIZED SIGNERS (TYPE OR PRINT) | SIGNATURE | FACSIMILE | TITLE (IF ANY) |
|--------------------------------------------|-----------|-----------|----------------|
| 1)  JENNIFER A JOHNSON                     | *(signature)* | ☐ | AUTHORIZED SIGNER |
| 2)  DANIELLE C FOSS                        | *(signature)* | ☐ | AUTHORIZED SIGNER |
| 3)                                         |           | ☐ |                |
| 4)                                         |           | ☐ |                |
| 5)                                         |           | ☐ |                |
| 6)                                         |           | ☐ |                |

| OFFICER'S CERTIFICATION | **NOTICE: Our bank complies with Section 326 of the USA PATRIOT Act. This law mandates that we verify certain information about you while processing your account application.** |

I hereby certify that: (1) the information set forth on this Commercial Signature Card is true and correct; (2) each person named above as Authorized Signer is currently authorized to act on behalf of Depositor as stated in this Signature Card by virtue of resolutions or other authority documents currently in effect governing the Depositor; and (3) I am authorized to sign and deliver this Signature Card to the Bank on behalf of the Depositor.

Signed _____*(signature)*_____        Title _____ AUTHORIZED SIGNER        Date  3/12/14

**W-9:** Under penalties of perjury, I certify (1) that the number shown below is my correct Taxpayer Identification Number (interest paid, if any, will be reported under this number) and (2) that I am exempt from backup withholding; or I am not subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding, and (3) that I am a U.S. person (including a U.S. resident alien) as defined in the instructions to Form W-9. Cross out item (2) above if you have been notified that you are subject to backup withholding because of under-reporting interest or dividends on your tax return.

Taxpayer I.D.  46-4890928          Signature of U.S. Person _____        Title _____ AUTHORIZED SIGNER     Date  3/12/14

☐ EXEMPT PAYEE

*To be accompanied by certified resolution or standard documentation required by Bank.*

Account Number: ████0100 Status:Active Viewed by: Kenneth E Miller on Wednesday, September 21, 2016     🖶Print

**ORGANIZATION RESOLUTION AND AGREEMENT**
Deposit Accounts and Related Services; Borrowing

CMB (11320014) (R.03-2012)                                  ████0100

Name of Organization       **BLIZZARDWHITE LLC**
(the "*Organization*"), a  LIMITED LIABILITY COMPANY   (type of entity) organized under the laws of  ARIZONA    (state)
Tax ID Number of Organization: 43-4890928

The undersigned certifies to UMB  NA              (the "*Bank*") as follows:

1. **Recordkeeper.** I am the Secretary or Assistant Secretary, or an officer, partner, owner, principal, manager, member or other person having lawful custody of the official records of the above Organization (the "*Recordkeeper*"). I am authorized to provide this document to the Bank.
2. **Resolution and Agreement.** At a meeting of the governing body of the Organization duly held on ___11/2/12___ (date) and at which a quorum was present and acting throughout, or pursuant to the unanimous written consent of its members, the following Resolution and Agreement was duly adopted and approved and is currently in full force and effect; and has not been amended or rescinded.
3. **Authorized Signers.** Any Authorized Signer listed below is authorized to exercise the powers granted as indicated.

| NAME | TITLE OR POSITION | SPECIMEN SIGNATURE | POWERS GRANTED (A,B and/or C) |
|---|---|---|---|
| JENNIFER A JOHNSON | AUTHORIZED SIGNER | | A,B |
| DANIELLE C FOSS | AUTHORIZED SIGNER | *[signature]* | A,B |
| | | | |
| | | | |

4. **Powers Granted.** (Grant each Authorized Signer one or more of the following powers in the area above.)

  **A.** **Opening and Maintaining Deposit Accounts.** As referenced above, to open and maintain Deposit Accounts with the Bank allows that the Authorized Signer may open and maintain with Bank one or more checking, savings, and/or time deposit accounts (collectively, the "Accounts") as determined from time to time by that Authorized Signer. The Accounts are governed by the terms of the Bank's deposit account agreement and the documents referred to therein as "Supplemental Disclosures," as amended by the Bank from time to time. Each Authorized Signer with this power (or if no name is given, the person holding such title as specified from time to time in an incumbency certificate provided by the Recordkeeper to the Bank) acting alone, has the authority, on behalf of the Organization and in its name, to: (1) sign and deliver any application, signature card, or other document required by the Bank to open or maintain any Account, and to close or re-title such Accounts (2) sign or endorse for deposit or collection checks, drafts, acceptances, time deposit receipts, and any other orders for the payment of money, and the Bank is hereby authorized and directed to honor the same, whether such items are payable to the order of the person signing or countersigning the same, and whether or not the same are deposited to the individual credit of the person signing or countersigning the same or to the individual credit of any officer, employee or other Authorized Signer; (3) issue stop payment orders with respect to any item drawn on an Account of the Organization; (4) obtain from the Bank such services as may be available from time to time that provide electronic, telephone, computer or other form of information access to such Accounts; and (5) obtain from Bank one or more debit cards for the purpose of making electronic fund transfers to or from Accounts that permit such access. Endorsements of items made payable to the Organization may also be made by typing, writing or stamping the name of the Organization without adding the name of any particular person below that signature.
  The Bank is hereby requested, authorized and directed to honor checks, drafts or other orders for the payment of money drawn in the Organization's name, when bearing or purporting to bear the facsimile signature of any such Authorized Signer, and the Bank is entitled to honor all such checks, drafts or other orders, regardless of by whom or by what means the facsimile signature thereon may have been affixed, if such facsimile signature resembles the facsimile specimens duly certified to or filed with Bank by an Authorized Signer.

  **B.** **Auxiliary Account Services.** As referenced above, Authorized Signers given the power to engage in Auxiliary Account Services have the authority, on behalf of the Organization and in its name, to enter into, sign, modify, amend or terminate agreements with the Bank (which may include master agreements) for "Auxiliary Account Services" (as defined below) in connection with the Accounts of the Organization, and to take whatever actions or enter into whatever other agreements and provide whatever instructions or documents relating to the Auxiliary Account Services as Bank may require, upon such terms and conditions as such Authorized Signer deems appropriate, and to approve the security procedures and other terms and conditions that become part of such agreement. Each such Authorized Signer may approve, execute, deliver, amend or cancel one or more service request forms (a "Request") designating one or more Auxiliary Account Services requested by the Organization, one or more security administrators for the Organization with respect to an Auxiliary Account Service, each of such security administrators being authorized, on behalf of the Organization, to grant, modify and delete identification codes, authorization or access levels for any service representative who can access Accounts of the Organization and the functions that any such service representative may perform using such service, to remove such security administrators as such Authorized Signer deems appropriate, and to retain one or more service representatives who are authorized to (1) initiate, confirm, amend, and cancel payment orders or fund transfers (including automated clearing house transfers), as set forth more fully in the Request, whether or not the person named in such request is an Authorized Signer named or identified in section 3 above; and (2) issue or amend instructions related to any Auxiliary Account Service.
  As used in this Resolution and Agreement, the term "Auxiliary Account Services" includes, but is not limited to: (1) the investment of funds from Accounts of the Organization into such investments as such Authorized Signer deems appropriate, whether such investments are offered by Bank or its affiliates, and whether or not the investments are FDIC-insured; (2) wire transfer services; (3) automated clearing house (ACH) services; (4) remote deposit services; (5) obtaining one or more access devices issued by Bank as a means of accessing the Organization's Accounts, including, but not limited to, any card, PIN, code, program or product that will allow such access for the purpose of obtaining information or to initiate electronic fund transfers to or from accounts of the Organization, and to request Bank to issue such access devices to other representatives of the Organization whether or not such other representative is named or identified in section 3

Account Number: ████0100 Status:Active Viewed by: Kenneth E Miller on Wednesday, September 21, 2016     🖶Print

Tin 45-4890928     [_____]0100

above; (6) the purchase or sale of foreign currencies on behalf of the Organization; and (7) other Treasury Management, cash or vault services as Bank may offer and such Authorized Signer may request from time to time.

C. **Borrowing Authority.** As referenced above, any ____ (required number) of the Authorized Signers given the power to borrow has the authority to borrow sums of money from the Bank from time to time on behalf of and in the name of the Organization in such amounts, for such periods of time, and upon such terms as such Authorized Signer may deem advisable; to execute on behalf of the Organization any guaranty of the obligations of other persons or entities to the Bank; and to execute for and on behalf of the Organization notes, bonds, debentures, other evidences of indebtedness, loan agreements, line of credit agreements, authority to loan or similar agreements, or guaranties in such form as such Authorized Signer may determine; and to pledge, hypothecate, mortgage or otherwise in any manner whatsoever encumber or create a lien upon any property of the Organization and to deliver such documents and property to the Bank, whether real or personal, tangible or intangible, including but not limited to shares of stock, bonds, debentures, notes, accounts receivable, or other property, upon such terms and conditions as the Authorized Signer(s) may deem advisable, to secure payment of sums of money borrowed by the Organization from the Bank or to secure any such guaranty of the obligations of any third party executed on behalf of the Organization, and to amend or modify the same.

Notwithstanding the foregoing, any one (1) of the Authorized Signers, acting alone, may (1) effectuate any borrowing pursuant to such note, loan agreement, line of credit agreement, authority to loan agreement, security agreement or any other document executed in accordance with the foregoing authorization; and (2) delegate to any other representative of the Organization the power to obtain advances on behalf of the Organization from time to time under any loan agreement, line of credit agreement, authority to loan or other agreement previously approved in accordance with the foregoing authorization, even if the person to whom such authority to obtain advances is delegated is not named in this Resolution and Agreement.

5. **Changes to Authorized Signer(s).** The Organization agrees that this Resolution and Agreement, or any person designated in writing by the Recordkeeper, is authorized to certify to the Bank the names and signatures of persons authorized to act on behalf of the Organization under the foregoing Resolution and Agreement, and from time to time hereafter, as additions to or changes in the identity of said Authorized Signer(s) are made, and such Recordkeeper or designee shall immediately report, furnish and certify such changes to the Bank, and shall submit to Bank a new signature card, incumbency certificate or other document reflecting such changes in order to make such changes effective.

6. **Bank's Right to Rely on This Resolution and Agreement.** The undersigned Recordkeeper certifies that the foregoing Resolution and Agreement is in conformity with the governing documents of the Organization, and that Bank is authorized to rely on and to continue to honor the instructions of any Authorized Signer(s) identified herein as so subsequently certified as set forth above until Bank is notified in writing by the Recordkeeper or designee of the amendment or revocation of such authority and Bank has had a reasonable period of time to act thereon. The Organization agrees and acknowledges that neither the federal Electronic Fund Transfer Act (15 U.S.C. Section 1693 and following) nor Regulation E (12 C.F.R. Part 205) are applicable to any debit card or other access devices issued by Bank to Organization pursuant to this Resolution. The Organization hereby agrees to indemnify and hold the Bank harmless against any and all loss, cost, damage, or expenses suffered or incurred by Bank arising out of or in any way related to Bank's reliance in good faith on the terms of this Resolution and Agreement.

7. **Incumbency Certificate.** The undersigned Recordkeeper certifies that each person listed above as an Authorized Signer currently holds the office indicated adjacent to his or her name, and that the specimen signature adjacent thereto is the valid signature of such individual.

**Guidelines for Completion of the following signature box for Customers that are U.S. legal entities:**

- Corporation: The Recordkeeper signing below should be the corporate secretary or assistant secretary. The Additional Officer may be the Chairperson, President, CEO, a Board member, the Treasurer or CFO.
- Partnership, Limited Liability Partnership, Limited Liability Company, or Sole Proprietor: All general partners, all members, or the sole proprietor must sign this form, unless Organization's governing documents specify that a manager, managing general partner or other person may act. In any event, a second general partner or member must sign in the Additional Officer section. Sole proprietors or single member LLCs do not require a second signature.
- Governmental Entity: The Treasurer must sign in the Recordkeeper section, unless the Organization's charter specifies otherwise. The entity's Chairperson, Vice Chairperson, or Counsel must sign in the Additional Officer section.

| SIGNATURE REQUIRED<br>RECORDKEEPER | SIGNATURE REQUIRED<br>ADDITIONAL OFFICER |
|---|---|
| Name (Type or print) Wave Rock LLC<br>By: Honey Lake LLC, Manager of Wave Rock LLC<br>By: Anasazi Management Partners LLC, Manager of Honey Lake LLC<br>By: Blair W McNea, Manager of Anasazi Management Partners LLC | Name (Type or print): Wave Rock LLC<br>By: Honey Lake LLC, Manager of Wave Rock LLC<br>By: Anasazi Management Partners LLC, Manager of Honey Lake LLC<br>By: Blair W McNea, Manager of Anasazi Management Partners LLC |
| Signature: | Signature: |
| Title:   Manager | Title:   Sole Member |

Affix Seal, if required by Organization's governing documents.
In witness whereof, the aforementioned Recordkeeper has subscribed his or her name and, if appropriate and required, applied the seal of the Organization to this Resolution and Agreement as of this 13th day of March, 20 14

***Additional Signatures of Members, Partners or Other Required Persons***
The undersigned persons, being Members, General Partners, or other persons required under the governing documents of the foregoing Organization to approve the foregoing Resolution and Agreement, hereby consent to the adoption thereof.

Account Number: ⬛⬛0771 Status:Active Viewed by: Kenneth E Miller on Friday, September 09, 2016          🖶Print

USED IN 11/20/13 (23 ERROR)
ALL BANKS

## Commercial Signature Card

Operator's Name:  Marcus Mestori
Branch Number:  293

UMB   UMB NA                                                        ("BANK")

By opening or maintaining this account with Bank, the account holder named below ("Depositor") acknowledges and agrees as follows: (1) this account and all other deposit accounts maintained by the Depositor with Bank are governed by the terms of the Bank's Deposit Account Agreement and the documents referred to therein as "Supplemental Disclosures," as revised by Bank from time to time, (2) the Depositor has received a copy of the Deposit Account Agreement and the Supplemental Disclosures; (3) Bank is authorized to honor the Instructions of any one (1) of the authorized signers set forth below in the payment of funds or the transaction of any other business involving this account, unless other Special Instructions are set forth below and an authorized officer of Bank has approved the Special Instructions by signing in the space provided.

| Account Title and Mailing Address: | | |
|---|---|---|
| BELLAATHOME LLC | ☐ Corporation | ☐ Regular Checking |
| | ☐ Sole Proprietor | ☐ Performance |
| 7702 E DOUBLETREE RANCH RD STE 300 | ☐ Partnership / Joint Venture | ☐ Daily Investment |
| | ☐ Limited Partnership | ☐ Sweep Account |
| SCOTTSDALE, ARIZONA 85258 | ☐ Government / Public Funds | ☐ Savings / Time |
| | ☐ Voluntary Unincorp. Assoc. | ☒ Other xx |
| | ☒ Limited Liability Company | Account Number |
| ☐ Check if NEW Address | ☐ Fiduciary / Trust | ⬛⬛0771 |
| | ☐ Other | |

| Address: No. & Street (if different than above) | City | State | Zip | Telephone Number (bus) (res) 303-218-6617 |
|---|---|---|---|---|

| Account Opened by: Marcus Meston | Amount of First Deposit $100.00 | Date Opened 4/1/2014 | I.D. or License No. | Classifiers Code |
|---|---|---|---|---|

| Last Banking Connection: | Name of Bank | Branch / Address | City | State |
|---|---|---|---|---|

| Other Current Banking Connections: | Affiliated Accounts in this Bank |
|---|---|

| Special Instructions: (Requires written approval of authorized Bank Officer) | Signature of Management Committee Member |
|---|---|

| NAME OF AUTHORIZED SIGNERS (TYPE OR PRINT) | SIGNATURE | FACSIMILE | TITLE (IF ANY) |
|---|---|---|---|
| 1) JENNIFER A JOHNSON | | ☐ | AUTHORIZED SIGNER |
| 2) DANIELLE C FOSS | | ☐ | AUTHORIZED SIGNER |
| 3) | | ☐ | |
| 4) | | ☐ | |
| 5) | | ☐ | |
| 6) | | ☐ | |

| OFFICER'S CERTIFICATION | NOTICE: Our bank complies with Section 326 of the USA PATRIOT Act. This law mandates that we verify certain information about you while processing your account application. |
|---|---|

I hereby certify that: (1) the information set forth on this Commercial Signature Card is true and correct; (2) each person named above as Authorized Signer is currently authorized to act on behalf of Depositor as stated in this Signature Card by virtue of resolutions or other authority documents currently in effect governing the Depositor; and (3) I am authorized to sign and deliver this Signature Card to the Bank on behalf of the Depositor.

Signed _____   AUTHORIZED SIGNER   Title _____   Date 4/2/14

W-9:  Under penalties of perjury, I certify (1) that the number shown below is my correct Taxpayer Identification Number (interest paid, if any, will be reported under this number) and (2) that I am exempt from backup withholding, or I am not subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding, and (3) that I am a U.S. person (including a U.S. resident alien) as defined in the Instructions to Form W-9. Cross out item (2) above if you have been notified that you are subject to backup withholding because of under reporting interest or dividends on your tax return.

Taxpayer I.D. 35-2446315                         AUTHORIZED SIGNER    4/2/14
☐ EXEMPT PAYEE                        Signature of U.S. Person   Title   Date

To be accompanied by certified resolution or standard documentation required by Bank.

Account Number: ███0771 Status:Active Viewed by: Kenneth E Miller on Wednesday, September 21, 2016        🖶Print

UMB 11130001 (R.01/2013)

**ORGANIZATION RESOLUTION AND AGREEMENT**
**Deposit Accounts and Related Services; Borrowing**

0771

Name of Organization
(the "*Organization*"), a ___LIMITED LIABILITY COMPANY___ (type of entity) organized under the laws of ___ARIZONA___ (state)

BELLAATHOME LLC

Tax ID Number of Organization: 33-2448818

The undersigned certifies to UMB ___NA___ (the "*Bank*") as follows:

1. **Recordkeeper.** I am the Secretary or Assistant Secretary, or an officer, partner, owner, principal, manager, member or other person having lawful custody of the official records of the above Organization (the "*Recordkeeper*"). I am authorized to provide this document to the Bank.

2. **Resolution and Agreement.** At a meeting of the governing body of the Organization duly held on ___6/20/2012___ (date) at which a quorum was present and acting throughout, or pursuant to the unanimous written consent of its members, the following Resolution and Agreement was duly adopted and approved and is currently in full force and effect, and has not been amended or rescinded.

3. **Authorized Signers.** Any Authorized Signer listed below is authorized to exercise the powers granted as indicated.

| NAME | TITLE OR POSITION | SPECIMEN SIGNATURE | POWERS GRANTED (A,B C and/or C) |
|---|---|---|---|
| JENNIFER A JOHNSON | AUTHORIZED SIGNER | | A,B |
| DANIELLE C FOSS | AUTHORIZED SIGNER | | A,B |
| | | | |
| | | | |

4. **Powers Granted.** (Grant each Authorized Signer one or more of the following powers in the area above.)

   A. **Opening and Maintaining Deposit Accounts.** As referenced above, to open and maintain Deposit Accounts with the Bank allows that the Authorized Signer may open and maintain with Bank one or more checking, savings, and/or time deposit accounts (collectively, the "Accounts") as determined from time to time by that Authorized Signer. The Accounts are governed by the terms of the Bank's deposit account agreement and the documents referred to therein as "Supplemental Disclosures," as amended by the Bank from time to time. Each Authorized Signer with this power (or if no name is given, the person holding such title as specified from time to time in an Organization certificate provided the Recordkeeper to the Bank) acting alone, has the authority, on behalf of the Organization and in its name, to: (1) sign and deliver any application, signature card, or other document required by the Bank to open or maintain any Account, and to close or re-title such Accounts; (2) sign or endorse for deposit or collection checks, drafts, acceptances, time deposit receipts, and any other orders for the payment of money, and the Bank is hereby authorized and directed to honor the same, whether such items are payable to the order of the person signing or countersigning the same, and whether or not the same are deposited to the individual credit of the person signing or countersigning the same or to the individual credit of any officer, employee or other Authorized Signer; (3) issue stop payment orders with respect to any item drawn on an Account of the Organization; (4) obtain from the Bank such services as may be available from time to time that provide electronic, telephone, computer or other form of information access to such Accounts; and (5) obtain from Bank one or more debit cards for the purpose of making electronic fund transfers to or from Accounts that permit such access. Endorsements of items made payable to the Organization may also be made by typing, writing or stamping the name of the Organization without adding the name of any particular person below that signature.

   The Bank is hereby requested, authorized and directed to honor checks, drafts or other orders for the payment of money drawn in the Organization's name, when bearing or purporting to bear the facsimile signature of any such Authorized Signer, and the Bank is entitled to honor all such checks, drafts or other orders, regardless of by whom or by what means the facsimile signature thereon may have been affixed, if such facsimile signature resembles the facsimile specimens duly certified to or filed with Bank by an Authorized Signer.

   B. **Auxiliary Account Services.** As referenced above, Authorized Signers given the power to engage in Auxiliary Account Services have the authority, on behalf of the Organization and in its name, to enter into, sign, modify, amend or terminate agreements with the Bank (which may include master agreements) for "Auxiliary Account Services" (as defined below) in connection with the Accounts of the Organization, and to take whatever actions or enter into whatever other agreements and provide whatever instructions or documents relating to the Auxiliary Account Services as Bank may require, upon such terms and conditions as such Authorized Signer deems appropriate, and to approve the security procedures and other terms and conditions that become part of such agreement. Each such Authorized Signer may approve, execute, deliver, amend or cancel one or more service request forms (a "Request") designating one or more Authorized Account Services requested by the Organization, one or more security administrators for the Organization with respect to an Auxiliary Account Service, each of such security administrators being authorized, on behalf of the Organization, to grant, modify and delete identification codes, authorization or access levels for any service representative who can access Accounts of the Organization and the functions that any such service representative may perform using such service, to remove such security administrators as such Authorized Signer deems appropriate, and to name one or more service representatives who are authorized to (1) initiate, confirm, amend, and cancel payment orders or fund transfers (including automated clearing house transfers), as set forth more fully in the Request, whether or not the person named in such request is an Authorized Signer named or identified in section 3 above; and (2) issue or amend instructions related to any Auxiliary Account Service.

   As used in this Resolution and Agreement, the term "Auxiliary Account Services" includes, but is not limited to: (1) the investment of funds from Accounts of the Organization into such investments as such Authorized Signer deems appropriate, whether such investments are offered by Bank or its affiliates, and whether or not the investments are FDIC-insured; (2) wire transfer services; (3) automated clearing house (ACH) services; (4) remote deposit services (5) obtaining one or more service devices issued by Bank and a means of accessing the Organization's Accounts, including, but not limited to, any card, PIN, code, program or product that will allow such access for the purpose of obtaining information or to initiate electronic fund transfers to or from accounts of the Organization, and to request Bank to issue such access devices to other representatives of the Organization whether or not such other representative is named or identified in section 3

Account Number: ████0771 Status:Active Viewed by: Kenneth E Miller on Wednesday, September 21, 2016   🖶Print

Tin 35-2448818  0771

above; (6) the purchase or sale of foreign currencies on behalf of the Organization; and (7) other Treasury Management, cash or vault services as Bank may offer and such Authorized Signer may request from time to time.

f. **Borrowing Authority.** As referenced above, any _____ (required number) of the Authorized Signers given the power to borrow has the authority to borrow sums of money from the Bank from time to time on behalf of and in the name of the Organization in such amounts, for such periods of time, and upon such terms as such Authorized Signer may deem advisable; to execute on behalf of the Organization any guaranty of the obligations of other persons or entities to the Bank; and to execute for and on behalf of the Organization notes, bonds, debentures, other evidences of indebtedness, loan agreements, line of credit agreements, authority to loan or similar agreements, or guaranties in such form as such Authorized Signer may determine; and to pledge, hypothecate, mortgage or otherwise in any manner whatsoever encumber or create a lien upon any property of the Organization and to deliver such documents and property to the Bank, whether real or personal, tangible or intangible, including but not limited to shares of stock, bonds, debentures, notes, accounts receivable, or other property, upon such terms and conditions as the Authorized Signer(s) may deem advisable, to secure payment of sums of money borrowed by the Organization from the Bank or to secure any such guaranty of the obligations of any third party executed on behalf of the Organization, and to amend or modify the same.

Notwithstanding the foregoing, any one (1) of the Authorized Signers, acting alone, may (1) effectuate any borrowing pursuant to such note, loan agreement, line of credit agreement, authority to loan agreement, security agreement or any other document executed in accordance with the foregoing authorization; and (2) delegate to any other representative of the Organization the power to obtain advances on behalf of the Organization from time to time under any loan agreement, line of credit agreement, authority to loan or other agreement previously approved in accordance with the foregoing authorization, even if the person to whom such authority to obtain advances is delegated is not named in this Resolution and Agreement.

5. **Changes to Authorized Signer(s).** The Organization agrees that the Recordkeeper signing this Resolution and Agreement, or any person designated in writing by the Recordkeeper, is authorized to certify to the Bank the names and signatures of persons authorized to act on behalf of the Organization under the foregoing Resolution and Agreement, and from time to time hereafter, as additions to or changes in the identity of said Authorized Signer(s) are made, and such Recordkeeper or designee shall immediately report, furnish and certify such changes to the Bank, and shall submit to Bank a new signature card, incumbency certificate or other document reflecting such changes in order to make such changes effective.

6. **Bank's Right to Rely on This Resolution and Agreement.** The undersigned Recordkeeper certifies that the foregoing Resolution and Agreement is in conformity with the governing documents of the Organization, and that Bank is authorized to rely on and to continue to honor the instructions of any Authorized Signer(s) identified herein or as subsequently certified as set forth above until Bank is notified in writing by the Recordkeeper or designee of the amendment or revocation of such authority and Bank has had a reasonable period of time to act thereon. The Organization agrees and acknowledges that neither the federal Electronic Fund Transfer Act (15 U.S.C. Section 1693 and following) nor Regulation E (12 C.F.R. Part 205) are applicable to any debit card or other access device issued by Bank to Organization pursuant to this Resolution. The Organization hereby agrees to indemnify and hold the Bank harmless against any and all loss, cost, damage, or expenses suffered or incurred by Bank arising out of or in any way related to Bank's reliance in good faith on the terms of this Resolution and Agreement.

7. **Incumbency Certificate.** The undersigned Recordkeeper certifies that each person listed above as an Authorized Signer currently holds the office indicated adjacent to his or her name, and that the specimen signature adjacent thereto is the valid signature of such individual.

**Guidelines for Completion of the following signature box for Customers that are U.S. legal entities**
- **Corporation:** The Recordkeeper signing below should be the corporate secretary or assistant secretary. The Additional Officer may be the Chairperson, President, CEO, a Board member, the Treasurer or CFO.
- **Partnership, Limited Liability Partnership, Limited Liability Company, or Sole Proprietor:** All general partners, all members, or the sole proprietor must sign this form, unless Organization's governing documents specify that a manager, managing general partner or other person may act. In any event, a second general partner or member must sign in the Additional Officer section. Sole proprietors or single member LLCs do not require a second signature.
- **Governmental Entity:** The Treasurer must sign in the Recordkeeper section, unless the Organization's charter specifies otherwise. The entity's Chairperson, Vice Chairperson, or Counsel must sign in the Additional Officer section.

| SIGNATURE REQUIRED | SIGNATURE REQUIRED |
|---|---|
| RECORDKEEPER | ADDITIONAL OFFICER |
| Name (Type or print): Wave Rock LLC<br>By: Honey Lake LLC, Manager of Wave Rock LLC<br>By: Anasazi Management Partners LLC, Manager of Honey Lake LLC<br>By: Blair W McNea, Manager of Anasazi Management Partners LLC | Name (Type or print): Wave Rock LLC<br>By: Honey Lake LLC, Manager of Wave Rock LLC<br>By: Anasazi Management Partners LLC, Manager of Honey Lake LLC<br>By: Blair W McNea, Manager of Anasazi Management Partners LLC |
| Signature: | Signature |
| Title: Member | Title: Manager |

Affix Seal, if required by Organization's governing documents.
In witness whereof, the aforementioned Recordkeeper has subscribed his or her name and, if appropriate and required, applied the seal of the Organization to this Resolution and Agreement as of this 2nd day of April 2014

**Additional Signatures of Members, Partners or Other Required Persons**
The undersigned persons, being Members, General Partners, or other persons required under the governing documents of the foregoing Organization to approve the foregoing Resolution and Agreement, hereby consent to the adoption thereof.

PX3

Agarwal Attachment C

First National Bank of Omaha Records

## CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to 28 U.S.C. § 1746

1.   I, _Jeff Johnston_, have personal knowledge of the facts set forth below and am competent to testify as follows:

2.   I have authority to certify the authenticity of the records produced by First National Bank of Omaha and attached hereto.

3.   The documents produced and attached hereto by First National Bank of Omaha are originals or true copies of records of regularly conducted activity that:

   a)   Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

   b)   Were kept in the course of the regularly conducted activity of First National Bank of Omaha; and

   c)   Were made by the regularly conducted activity as a regular practice of First National Bank of Omaha.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _September 28_, 2016.

Signature

**Approved 322600 April 25, 2014**

█████9787

David Goldstone

## Signature Card / Business Depository Account Agreement

First National Bank of Omaha has divisions that operate under the names First National Bank, First National Bank Southwest, First National Bank Fremont, First National Bank North Platte and Castle Bank. These are all the same FDIC-insured bank. If you have deposits in the same right and capacity at more than one division of First National Bank of Omaha, those deposits are added together and insured in accordance with the regulations of the Federal Deposit Insurance Corporation (the "FDIC"), they are not separately insured.

| Account Number: | ████9787 | Date: 04/18/2014 |
|---|---|---|
| Account Title: | FIRST CLASS WHITENING LLC<br>JENNIFER ANN JOHNSON<br>DANIELLE C FOSS | |
| Address: | at 7702 E Doubletree Ranch Rd SCOTTSDALE, AZ 85258 | |
| Phone: | | |

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.

| Owner/Signer Information 1 | | Owner/Signer Information 2 | |
|---|---|---|---|
| Name | JENNIFER ANN JOHNSON | Name | DANIELLE C FOSS |
| Relationship/Role | Authorized Rep/Signer | Relationship/Role | Authorized Rep/Signer |
| Address | ████████BRIGHTON, CO 80601 | Address | ███████THORNTON, CO 80602 |
| Birth Date | ████1977 | Birth Date | ████1984 |
| SSN/TIN | XXX-XX-3911 | SSN/TIN | XXX-XX-8082 |

| Owner/Signer Information 3 | | Owner/Signer Information 4 | |
|---|---|---|---|
| Name | | Name | |
| Relationship/Role | | Relationship/Role | |
| Address | | Address | |
| Birth Date | | Birth Date | |
| SSN/TIN | | SSN/TIN | |

| Non-Individual Owner Information | | Signatures |
|---|---|---|
| Name | *FIRST CLASS WHITENING LLC | First National Bank of Omaha is authorized to recognize any of the signatures and facsimile specimens affixed for payment of funds or the transaction of any business for this account. The depositor agrees to be bound by all regulations of the Bank, including but not limited to, the Commercial Deposit Agreement and Disclosure (or Certificate of Deposit) and consents and agrees to contract with Bank by electronic means. Customer understands that Bank may maintain a copy of this signature card in electronic form and agrees that a copy produced from such electronic form or by any other reliable means (for example, photocopy, image or facsimile) shall in all respects be considered equivalent to an original. This account is governed by the latest complete depository resolution filed with the Bank. |
| SSN/TIN | 80-0835625 | |
| Type of Entity | Limited Liability Company | |
| State/Country | Arizona | |
| Address | at 7702 E Doubletree Ranch Rd SCOTTSDALE, AZ 85258 | |

### Back-up Withholding Certifications
*(If not a "U.S. Person," certify foreign status separately.)*

TIN: 80-0835625

☑ **Taxpayer I.D. Number (TIN)** - The number shown above is my correct taxpayer identification number.

☑ **Backup Withholding** - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ **Exempt Recipients** - I am an exempt recipient under the Internal Revenue Service Regulations.

I certify under penalties of perjury the statements checked in this section and that I am a U.S. person (including a U.S. resident alien).

X _____ (Date)
*FIRST CLASS WHITENING LLC

1] X _____
JENNIFER ANN JOHNSON

2] X _____
DANIELLE C FOSS

3] X _____

4] X _____

**Other Terms/Information/Special Instructions/Beneficiary Designation**

### For Bank's Use Only
☐ New   ☐ Replacement   ☐ Additional*
*Prior Signature Card Date _____
☐ Checking   ☐ Savings   ☐ Certificate of Deposit

**Approved 322600 April 25, 2014**

| APPOINTMENT OF SIGNERS |
|---|

I, the undersigned, being duly authorized by the Certification of Business Depository Resolutions for __FIRST CLASS WHITENING LLC__ (the "Customer") which was executed on __04/18/2014__, hereby nominate and appoint the followings individuals as Authorized Signers (hereinafter the "Signers") for account # _____9787 (the "Account"):

| Names | Names | Names |
|---|---|---|
| 1. JENNIFER ANN JOHNSON | 5. | 9. |
| 2. DANIELLE C FOSS | 6. | 10. |
| 3. | 7. | 11. |
| 4. | 8. | 12. |

The aforementioned appointments shall remain in full effect and force until First National Bank of Omaha (the "Bank") receives a written notice of revocation, which is satisfactory to the Bank, and the Bank has a reasonable opportunity to act thereon.

This form revokes any and all previous Appointments of Signers for the Account. As such, all previously appointed signers for the Account are hereby removed.

All signers shall have the ability to possess a Visa Check Card or Debit Card for the Account.

This form shall have no effect on any existing Business Depository Resolutions for the Customer.

This form shall have no effect on any Appointment of Business Cardholders for the Account.

Should the Bank agree and deem it acceptable, a signed copy of this Appointment of Signers may be delivered to the Bank via electronic means that are acceptable to, and that are acknowledged by, the Bank. The Bank may rely upon any and all records, documents, signatures or authorizations obtained through such electronic means as though they were an original.

I understand that the Bank may maintain a copy of this document in electronic form and I agree that a copy produced from such electronic form or by any other reliable means shall in all respects be considered equivalent to an original.

The Customer understands and agrees that the Account shall be governed by and subject to the terms and conditions of the Bank's Commercial Deposit Agreement, the terms of which are incorporated herein by this reference

The Bank reserves the right to reject, or not accept, this Appointment of Signers for any reason.

| Signers Removed* |
|---|
| *The individual(s) listed below shall be removed from the Account regardless of whether they are listed above as a Signer. |

| | | |
|---|---|---|
| 1. | 5. | 9. |
| 2. | 6. | 10. |
| 3. | 7. | 11. |
| 4. | 8. | 12. |

I certify that my authority with regard to the Account has not been revoked or modified in any way.

IN WITNESS WHEREOF, I have signed this Appointment of Signers as of __04/18/2014__.

JENNIFER JOHNSON
Name of Authorized Representative                                    Signature

APPOINTMENT OF SIGNERS 19MAR2013                                                          1 of 1

Agarwal Attachment C-3

Approved 322600 April 25, 2014

---

## CERTIFICATION OF BUSINESS DEPOSITORY RESOLUTION

I, _____ JENNIFER JOHNSON _____ the undersigned, hereby certify that I am a duly authorized representative of _____ "FIRST CLASS WHITENING LLC" _____ (the "Customer"), which is a ___ Limited Liability Company ___ existing under the laws of the State of _____ Arizona _____ under taxpayer identification number _____ 80-0835625 _____.

I further certify that I hold the office indicated next to my signature and that the following resolutions have been approved by the board of directors or other governing body or persons whose approval is necessary to make these resolutions effective on behalf of the Customer:

RESOLVED, that First National Bank of Omaha (the "Bank") is designated as a depository in which the funds of the Customer may be deposited; and

RESOLVED, that: (i) all deposit accounts (the "Accounts") opened on behalf of the Customer shall be governed by and subject to the terms and conditions of the Bank's Commercial Deposit Agreement (the "Deposit Agreement"), the terms of which are incorporated herein by this reference and hereby approved and agreed to on behalf of the Customer; (ii) the Bank is hereby authorized to make advances of credit to prevent overdrafts on the Account; (iii) any of the Authorized Representatives identified below, acting alone, may execute on behalf of the Customer such further documents, instruments and agreements (collectively "Agreements") with the Bank as the Authorized Representative deems necessary or appropriate; (iv) the Bank may maintain a copy of such Agreements in electronic form and the Customer agrees that a copy produced from such electronic form or by any other reliable means (for example, photocopy, image or facsimile) shall in all respects be considered equivalent to an original; and

### Appointment of Authorized Representatives

RESOLVED, that the following individual(s) are hereby designated as "Authorized Representatives" with respect to the Account and that each such Authorized Representative, acting alone, shall have the power and authority of an Authorized Representative as referenced in the Deposit Agreement:

| Names | Names |
|---|---|
| 1. JENNIFER ANN JOHNSON | 5. |
| 2. DANIELLE C FOSS | 6. |
| 3. | 7. |
| 4. | 8. |

### The Customer further resolves that:

1. Any and all Authorized Signers, whether appointed now or in the future, shall have the authority to: (i) make withdrawals and to draw checks, drafts or other orders for the payment of money on the Account; and (ii) to issue or cancel stop payment orders on the Account.

2. Authorized Signers shall not have the authority to make any changes or modifications to the Account.

3. The appointments of Authorized Representatives and Authorized Signers shall remain in full effect and force until the Bank receives a written notice of revocation, which is satisfactory to the Bank, and the Bank has a reasonable opportunity to act thereon.

4. These depository resolutions (the "Resolutions") shall continue in full force and effect until the Bank receives written notice of revocation, which is satisfactory to the Bank, and the Bank has a reasonable opportunity to act thereon.

5. These Resolutions revoke any and all previous depository resolutions for the Account.

6. These Resolutions do not revoke any previous Appointments of Signers.

7. These Resolutions do not revoke any previous Appointment of Business Cardholders.

8. The Customer and the undersigned expressly understand and agree that the Bank, when dealing with any of those persons herein authorized to act for the Customer, shall be entitled to accept the representations of such authorized person or persons, that the purpose of exercising the authority herein given is within the scope of the business of the Customer, and the Bank shall be under no obligation to make any inquiries in order to verify or confirm any of said representations nor see the application of the Customer's funds for the purposes so represented, and further that the Bank shall in no way be responsible for misapplication of the Customer's funds or other property so acquired, encumbered or disposed of by virtue of the authority herein given.

Printed Date: 04/18- NU-J

Origination      435495

Agarwal Attachment C-4

9. Authorized Representatives may authorize and enroll in certain overdraft protection products and services on behalf of the Customer. Those products and services may cover items authorized or drawn on the account by Authorized Representatives or Authorized Signers.

10. Should the Bank agree and deem it acceptable, a signed copy of this Resolution, the Account Agreement, the Appointment of Signers, and the Appointment of Business Cardholders (collectively the "Documents"), may be delivered to the Bank via electronic means that are acceptable to, and that are acknowledged by, the Bank. The Bank may rely upon any and all records, Documents, signatures or authorizations obtained through such electronic means as though they were an original.

11. The Bank may maintain a copy of this Resolution in electronic form. A copy produced from such electronic form, or by any other reliable means, shall in all respects be considered equivalent to an original.

12. The Bank reserves the right to reject, or not accept, any of the Documents for any reason.

13. The signature of the undersigned on this Resolution is conclusive evidence of their authority to act on behalf of the Customer.

I further certify that such resolutions are in full force and effect, have not been revoked or modified, and that there is no provision in the Customer's organizational documents or any other requirement of law limiting effectiveness of the foregoing resolutions, the same are in conformity with the provisions of the Customer's organizational documents and if a corporate seal is required for this certificate, such seal is affixed.

IN WITNESS WHEREOF, I have signed this Certificate as of _____ 04/18/2014 _____.

| | |
|---|---|
| JENNIFER JOHNSON | |
| Name | Signature* |
| AUTHORIZED REP/SIGNER | |
| Title | |
| | |
| | |
| Name | Signature* |
| | |
| Title | |

*Number of signatures required is dependent upon Customer's organizational requirements. Space is provided for up to two (2) signatures although two signatures may not be required. If additional signatures are needed please contact your Bank representative.* Printed Date: 04/18/2014

Origination 435495

Agarwal Attachment C-5

## CERTIFICATION OF BUSINESS DEPOSITORY RESOLUTION
### (Account Specific Sponsored Entity)

I, Danielle C Foss the undersigned, hereby certify that I am a duly authorized representative of FIRST CLASS WHITENING LLC (the "Customer"), which is a LLC existing under the laws of the State of ARIZONA under taxpayer identification number 80-0835625.

I further certify that I hold the office indicated next to my signature and that the following resolutions have been approved by the board of directors or other governing body or persons whose approval is necessary to make these resolutions effective on behalf of the Customer:

RESOLVED, that First National Bank of Omaha* (the "Bank") is designated as a depository in which the funds of the Customer may be deposited; and

RESOLVED, that: (i) deposit account #43129787 (the "Account") opened on behalf of the Customer shall be governed by and subject to the terms and conditions of the Bank's Commercial Deposit Agreement (the "Deposit Agreement"), the terms of which are incorporated herein by this reference and hereby approved and agreed to on behalf of the Customer; (ii) the Bank is hereby authorized to make advances of credit to prevent overdrafts on the Account; (iii) any of the Authorized Representatives identified below, acting alone, may execute on behalf of the Customer such further documents, instruments and agreements (collectively "Agreements") with the Bank as the Authorized Representative deems necessary or appropriate; (iv) the Bank may maintain a copy of such Agreements in electronic form and the Customer agrees that a copy produced from such electronic form or by any other reliable means (for example, photocopy, image or facsimile) shall in all respects be considered equivalent to an original; and

RESOLVED, that: (i) various services provided to Customer by Bank shall be governed by and subject to the terms and conditions of the Bank's Terms and Conditions for Corporate Treasury Services to which SPARK WHITENING LLC (the "Parent") is a party and all relevant Attachments thereto, as amended from time to time (the "Master Agreement"), the terms of which are incorporated herein by this reference and hereby approved and agreed to on behalf of the Customer; and (ii) Parent is hereby authorized to identify Customer as a Sponsored Entity referenced in the Master Agreement, to request and arrange for services from Bank on Customer's behalf and bind Customer to the terms of the Master Agreement; and

**Appointment of Authorized Representatives**

RESOLVED, that the following individual(s) are hereby designated as "Authorized Representatives" with respect to the Account and that each such Authorized Representative, acting alone, shall have the power and authority of an Authorized Representative as referenced in the Deposit Agreement:

| Names | Names |
|-------|-------|
| 1. DANIELLE C FOSS | 5. |
| 2. JENNIFER ANN JOHNSON | 6. |
| 3. | 7. |
| 4. | 8. |

**The Customer further resolves that:**

1. Any and all Authorized Signers, whether appointed now or in the future, shall have the authority to: (i) make withdrawals and to draw checks, drafts or other orders for the payment of money on the Account; and (ii) to issue or cancel stop payment orders on the Account.

2. Authorized Signers shall not have the authority to make any changes or modifications to the Account.

3. The appointments of Authorized Representatives and Authorized Signers shall remain in full effect and force until the Bank receives a written notice of revocation, which is satisfactory to the Bank, and the Bank has a reasonable opportunity to act thereon.

4. These depository resolutions (the "Resolutions") shall continue in full force and effect until the Bank receives written notice of revocation, which is satisfactory to the Bank, and the Bank has a reasonable opportunity to act thereon.

5. These Resolutions revoke any and all previous depository resolutions for the Account.

6. These Resolutions do not revoke any previous Appointments of Signers.

7. These Resolutions do not revoke any previous Appointment of Business Cardholders.

* First National Bank of Omaha has divisions that operate under the names First National Bank of Omaha, First National Bank, First National Bank of Colorado, First National Bank Iowa, First National Bank of Kansas, First National Bank Southwest, First National Bank Fremont, First National Bank North Platte and Castle Bank.

8. The Customer and the undersigned expressly understand and agree that the Bank, when dealing with any of those persons herein authorized to act for the Customer, shall be entitled to accept the representations of such authorized person or persons, that the purpose of exercising the authority herein given is within the scope of the business of the Customer, and the Bank shall be under no obligation to make any inquiries in order to verify or confirm any of said representations nor see the application of the Customer's funds for the purposes so represented, and further that the Bank shall in no way be responsible for misapplication of the Customer's funds or other property so acquired, encumbered or disposed of by virtue of the authority herein given.

9. Authorized Representatives may authorize and enroll in certain overdraft protection products and services on behalf of the Customer.  Those products and services may cover items authorized or drawn on the account by Authorized Representatives or Authorized Signers.

10. Should the Bank agree and deem it acceptable, a signed copy of this Resolution, the Account Agreement, the Appointment of Signers, and the Appointment of Business Cardholders (collectively the "Documents") may be delivered to the Bank via electronic means that are acceptable to, and that are acknowledged by, the Bank.  The Bank may rely upon any and all records, Documents, signatures or authorizations obtained through such electronic means as though they were an original.

11. The Bank may maintain a copy of this Resolution in electronic form.  A copy produced from such electronic form, or by any other reliable means, shall in all respects be considered equivalent to an original.

12. The Bank reserves the right to reject, or not accept, any of the Documents for any reason.

13. The signature of the undersigned on this Resolution is conclusive evidence of their authority to act on behalf of the Customer.

I further certify that such resolutions are in full force and effect, have not been revoked or modified, and that there is no provision in the Customer's organizational documents or any other requirement of law limiting effectiveness of the foregoing resolutions, the same are in conformity with the provisions of the Customer's organizational documents and if a corporate seal is required for this certificate, such seal is affixed.

IN WITNESS WHEREOF, I have signed this Certificate as of March 17, 2015.

| | |
|---|---|
| Danielle C Foss | _(signature)_ |
| Name | Signature* |
| Authorized Member / Signer | |
| Title | |
| | |
| Name | Signature* |
| | |
| Title | |

\* Number of signatures required is dependent upon Customer's organizational requirements.  Space is provided for up to two (2) signatures although two (2) signatures may not be required.  If additional signatures are needed please contact your Bank representative.

Approved 248115 April 25, 2014

9795                                                                                        David  Goldstone

## Signature Card / Business Depository Account Agreement

First National Bank of Omaha has divisions that operate under the names First National Bank, First National Bank Southwest, First National Bank Fremont, First National Bank North Platte and Castle Bank. These are all the same FDIC-insured bank. If you have deposits in the same right and capacity at more than one division of First National Bank of Omaha, those deposits are added together and insured in accordance with the regulations of the Federal Deposit Insurance Corporation (the "FDIC"), they are not separately insured.

| Account Number: | 9795 | Date: 04/18/2014 |
|---|---|---|
| Account Title: | TITANWHITE LLC JENNIFER ANN JOHNSON DANIELLE C FOSS | |
| Address: | 7702 E Doubletree Ranch Rd SCOTTSDALE, AZ 85258 | |
| Phone: | | |

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.

| Owner/Signer Information 1 | | Owner/Signer Information 2 | |
|---|---|---|---|
| Name | JENNIFER ANN JOHNSON | Name | DANIELLE C FOSS |
| Relationship/Role | Authorized Rep/Signer | Relationship/Role | Authorized Rep/Signer |
| Address | BRIGHTON, CO 80601 | Address | THORNTON, CO 80602 |
| Birth Date | 1977 | Birth Date | 1984 |
| SSN/TIN | XXX-XX-3911 | SSN/TIN | XXX-XX-8082 |

| Owner/Signer Information 3 | | Owner/Signer Information 4 | |
|---|---|---|---|
| Name | | Name | |
| Relationship/Role | | Relationship/Role | |
| Address | | Address | |
| Birth Date | | Birth Date | |
| SSN/TIN | | SSN/TIN | |

| Non-Individual Owner Information | | Signatures |
|---|---|---|
| Name | *TITANWHITE LLC | First National Bank of Omaha is authorized to recognize any of the signatures and facsimile specimens affixed for payment of funds or the transaction of any business for this account. The depositor agrees to be bound by all regulations of the Bank, including but not limited to, the Commercial Deposit Agreement and Disclosure (or Certificate of Deposit) and consents and agrees to contract with Bank by electronic means. Customer understands that Bank may maintain a copy of this signature card in electronic form and agrees that a copy produced from such electronic form or by any other reliable means (for example, photocopy, image or facsimile) shall in all respects be considered equivalent to an original.  This account is governed by the latest complete depository resolution filed with the Bank. |
| SSN/TIN | 45-5143178 | |
| Type of Entity | Limited Liability Company | |
| State/Country | Arizona | |
| Address | 7702 E Doubletree Ranch Rd SCOTTSDALE, AZ 85258 | |

| Back-up Withholding Certifications | Signatures |
|---|---|
| *(If not a "U.S. Person," certify foreign status separately.)* | 1]  X _____ |
| TIN:   45-5143178 | JENNIFER ANN JOHNSON |
| ☑**Taxpayer I.D. Number (TIN)** - The number shown above is my correct taxpayer identification number. | 2]  X _____ |
| ☑**Backup Withholding** - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding. | DANIELLE C FOSS  3]  X _____ |
| ☐**Exempt Recipients** - I am an exempt recipient under the Internal Revenue Service Regulations. | |
| I certify under penalties of perjury the statements checked in this section and that I am a U.S. person (including a U.S. resident alien). | 4]  X _____ |
| X _____ (Date) | |
| *TITANWHITE LLC | |

| Back-up Withholding Certifications | Other Terms/Information/Special Instructions/Beneficiary Designation |
|---|---|

| For Bank's Use Only | | |
|---|---|---|
| ☐ New | ☐ Replacement | ☐ Additional* |
| | *Prior Signature Card Date | |
| ☐ Checking | ☐ Savings | ☐ Certificate of Deposit |

Origination
435485

Signature Card / Business Depository Account Agreement 3/31/2014                                    Page 1 of 1

Approved 248135 April 28, 2014

## APPOINTMENT OF SIGNERS

I, the undersigned, being duly authorized by the Certification of Business Depository Resolutions for _____TITANWHITE LLC_____ (the "Customer") which was executed on ____04/18/2014____, hereby nominate and appoint the followings individuals as Authorized Signers (hereinafter the "Signers") for account # _____ ████ 6795 (the "Account"):

| Names | Names | Names |
|---|---|---|
| 1. JENNIFER ANN JOHNSON | 5. | 9. |
| 2. DANIELLE C FOSS | 6. | 10. |
| 3. | 7. | 11. |
| 4. | 8. | 12. |

The aforementioned appointments shall remain in full effect and force until First National Bank of Omaha (the "Bank") receives a written notice of revocation, which is satisfactory to the Bank, and the Bank has a reasonable opportunity to act thereon.

This form revokes any and all previous Appointments of Signers for the Account. As such, all previously appointed signers for the Account are hereby removed.

All signers shall have the ability to possess a Visa Check Card or Debit Card for the Account.

This form shall have no effect on any existing Business Depository Resolutions for the Customer.

This form shall have no effect on any Appointment of Business Cardholders for the Account.

Should the Bank agree and deem it acceptable, a signed copy of this Appointment of Signers may be delivered to the Bank via electronic means that are acceptable to, and that are acknowledged by, the Bank. The Bank may rely upon any and all records, documents, signatures or authorizations obtained through such electronic means as though they were an original.

I understand that the Bank may maintain a copy of this document in electronic form and I agree that a copy produced from such electronic form or by any other reliable means shall in all respects be considered equivalent to an original.

The Customer understands and agrees that the Account shall be governed by and subject to the terms and conditions of the Bank's Commercial Deposit Agreement, the terms of which are incorporated herein by this reference

The Bank reserves the right to reject, or not accept, this Appointment of Signers for any reason.

### Signers Removed*
**\*The individual(s) listed below shall be removed from the Account regardless of whether they are listed above as a Signer.**

| 1. | 5. | 9. |
|---|---|---|
| 2. | 6. | 10. |
| 3. | 7. | 11. |
| 4. | 8. | 12. |

I certify that my authority with regard to the Account has not been revoked or modified in any way.

IN WITNESS WHEREOF, I have signed this Appointment of Signers as of ____04/18/2014____.

_____JENNIFER JOHNSON_____
Name of Authorized Representative

Signature

APPOINTMENT OF SIGNERS 19MAR2013

1 of 1

Agarwal Attachment C-9

Approved 242145 April 25, 2014

## CERTIFICATION OF BUSINESS DEPOSITORY RESOLUTION

I, _____JENNIFER JOHNSON_____ the undersigned, hereby certify that I am a duly authorized representative of _____TITANWHITE LLC_____ (the "Customer"), which is a ____Limited Liability Company____ existing under the laws of the State of ____Arizona____ under taxpayer identification number ____45-5143178____ ;

I further certify that I hold the office indicated next to my signature and that the following resolutions have been approved by the board of directors or other governing body or persons whose approval is necessary to make these resolutions effective on behalf of the Customer:

RESOLVED, that First National Bank of Omaha (the "Bank") is designated as a depository in which the funds of the Customer may be deposited; and

RESOLVED, that: (i) all deposit accounts (the "Accounts") opened on behalf of the Customer shall be governed by and subject to the terms and conditions of the Bank's Commercial Deposit Agreement (the "Deposit Agreement"), the terms of which are incorporated herein by this reference and hereby approved and agreed to on behalf of the Customer; (ii) the Bank is hereby authorized to make advances of credit to prevent overdrafts on the Account; (iii) any of the Authorized Representatives identified below, acting alone, may execute on behalf of the Customer such further documents, instruments and agreements (collectively "Agreements") with the Bank as the Authorized Representative deems necessary or appropriate; (iv) the Bank may maintain a copy of such Agreements in electronic form and the Customer agrees that a copy produced from such electronic form or by any other reliable means (for example, photocopy, image or facsimile) shall in all respects be considered equivalent to an original; and

### Appointment of Authorized Representatives

RESOLVED, that the following individual(s) are hereby designated as "Authorized Representatives" with respect to the Account and that each such Authorized Representative, acting alone, shall have the power and authority of an Authorized Representative as referenced in the Deposit Agreement:

| Names | Names |
|---|---|
| 1. JENNIFER ANN JOHNSON | 5. |
| 2. DANIELLE C FOSS | 6. |
| 3. | 7. |
| 4. | 8. |

### The Customer further resolves that:

1. Any and all Authorized Signers, whether appointed now or in the future, shall have the authority to: (i) make withdrawals and to draw checks, drafts or other orders for the payment of money on the Account; and (ii) to issue or cancel stop payment orders on the Account.

2. Authorized Signers shall not have the authority to make any changes or modifications to the Account.

3. The appointments of Authorized Representatives and Authorized Signers shall remain in full effect and force until the Bank receives a written notice of revocation, which is satisfactory to the Bank, and the Bank has a reasonable opportunity to act thereon.

4. These depository resolutions (the "Resolutions") shall continue in full force and effect until the Bank receives written notice of revocation, which is satisfactory to the Bank, and the Bank has a reasonable opportunity to act thereon.

5. These Resolutions revoke any and all previous depository resolutions for the Account.

6. These Resolutions do not revoke any previous Appointments of Signers.

7. These Resolutions do not revoke any previous Appointment of Business Cardholders.

8. The Customer and the undersigned expressly understand and agree that the Bank, when dealing with any of those persons herein authorized to act for the Customer, shall be entitled to accept the representations of such authorized person or persons, that the purpose of exercising the authority herein given is within the scope of the business of the Customer, and the Bank shall be under no obligation to make any inquiries in order to verify or confirm any of said representations nor see the application of the Customer's funds for the purposes so represented, and further that the Bank shall in no way be responsible for misapplication of the Customer's funds or other property so acquired, encumbered or disposed of by virtue of the authority herein given.

Printed Date: 04/18/2014

Origination     435495

9. Authorized Representatives may authorize and enroll in certain overdraft protection products and services on behalf of the Customer. Those products and services may cover items authorized or drawn on the account by Authorized Representatives or Authorized Signers.

10. Should the Bank agree and deem it acceptable, a signed copy of this Resolution, the Account Agreement, the Appointment of Signers, and the Appointment of Business Cardholders (collectively the "Documents"), may be delivered to the Bank via electronic means that are acceptable to, and that are acknowledged by, the Bank. The Bank may rely upon any and all records, Documents, signatures or authorizations obtained through such electronic means as though they were an original.

11. The Bank may maintain a copy of this Resolution in electronic form. A copy produced from such electronic form, or by any other reliable means, shall in all respects be considered equivalent to an original.

12. The Bank reserves the right to reject, or not accept, any of the Documents for any reason.

13. The signature of the undersigned on this Resolution is conclusive evidence of their authority to act on behalf of the Customer.

I further certify that such resolutions are in full force and effect, have not been revoked or modified, and that there is no provision in the Customer's organizational documents or any other requirement of law limiting effectiveness of the foregoing resolutions, the same are in conformity with the provisions of the Customer's organizational documents and if a corporate seal is required for this certificate, such seal is affixed.

IN WITNESS WHEREOF, I have signed this Certificate as of _____ 04/18/2014 _____ .

| | |
|---|---|
| JENNIFER JOHNSON | |
| Name | Signature* |
| AUTHORIZED REP/SIGNER | |
| Title | |
| | |
| Name | Signature* |
| | |
| Title | |

\* *Number of signatures required is dependent upon Customer's organizational requirements. Space is provided for up to two (2) signatures although two signatures may not be required. If additional signatures are needed please contact your Bank representative.* Printed Date 04/18/2014

Origination   435495

Agarwal Attachment C-11

Approved 248115 April 25, 2014

9808                                                                                          David Goldstone

## Signature Card / Business Depository Account Agreement

First National Bank of Omaha has divisions that operate under the names First National Bank, First National Bank Southwest, First National Bank Fremont, First National Bank North Platte and Castle Bank. These are all the same FDIC-insured bank. If you have deposits in the same right and capacity at more than one division of First National Bank of Omaha, these deposits are added together and insured in accordance with the regulations of the Federal Deposit Insurance Corporation (the "FDIC"), they are not separately insured.

| Account Number: | 9808 | Date: 04/18/2014 |
|---|---|---|
| Account Title: | ACTION PRO WHITE LLC<br>JENNIFER ANN JOHNSON<br>DANIELLE C FOSS | |
| Address: | at 7702 E Doubletree Ranch Rd SCOTTSDALE, AZ 85258 | |
| Phone: | | |

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.

| Owner/Signer Information 1 | | Owner/Signer Information 2 | |
|---|---|---|---|
| Name | JENNIFER ANN JOHNSON | Name | DANIELLE C FOSS |
| Relationship/Role | Authorized Rep/Signer | Relationship/Role | Authorized Rep/Signer |
| Address | BRIGHTON, CO 80601 | Address | THORNTON, CO 80602 |
| Birth Date | 1977 | Birth Date | 1984 |
| SSN/TIN | XXX-XX-3911 | SSN/TIN | XXX-XX-8082 |

| Owner/Signer Information 3 | | Owner/Signer Information 4 | |
|---|---|---|---|
| Name | | Name | |
| Relationship/Role | | Relationship/Role | |
| Address | | Address | |
| Birth Date | | Birth Date | |
| SSN/TIN | | SSN/TIN | |

| Non-Individual Owner Information | | Signatures |
|---|---|---|
| Name | *ACTION PRO WHITE LLC | First National Bank of Omaha is authorized to recognize any of the signatures and facsimile specimens affixed for payment of funds or the transaction of any business for this account. The depositor agrees to be bound by all regulations of the Bank, including but not limited to, the Commercial Deposit Agreement and Disclosure (or Certificate of Deposit) and consents and agrees to contract with Bank by electronic means. Customer understands that Bank may maintain a copy of this signature card in electronic form and agrees that a copy produced from such electronic form or by any other reliable means (for example, photocopy, image or facsimile) shall in all respects be considered equivalent to an original. This account is governed by the latest complete depository resolution filed with the Bank. |
| SSN/TIN | 90-0670007 | |
| Type of Entity | Limited Liability Company | |
| State/Country | Arizona | |
| Address | at 7702 E Doubletree Ranch Rd SCOTTSDALE, AZ 85258 | |

### Back-up Withholding Certifications

*(If not a "U.S. Person," certify foreign status separately.)*

| TIN: | 90-0670007 |

☑**Taxpayer I.D. Number (TIN)** - The number shown above is my correct taxpayer identification number.

☑**Backup Withholding** - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐**Exempt Recipients** - I am an exempt recipient under the Internal Revenue Service Regulations.

I certify under penalties of perjury the statements checked in this section and that I am a U.S. person (including a U.S. resident alien).

X _____  (Date) _____

*ACTION PRO WHITE LLC

**For Bank's Use Only**

| ☐ New | ☐ Replacement | ☐ Additional* |
|---|---|---|
| | *Prior Signature Card Date | |
| ☐ Checking | ☐ Savings | ☐ Certificate of Deposit |

| 1] X | JENNIFER ANN JOHNSON |
| 2] X | DANIELLE C FOSS |
| 3] X | _____ |
| 4] X | _____ |

**Other Terms/Information/Special Instructions/Beneficiary Designation**

Signature Card / Business Depository Account Agreement 3/31/2014

Origination
435495

Page 1 of 1

Agarwal Attachment C-12

Approved 248115 April 25, 2014

## APPOINTMENT OF SIGNERS

I, the undersigned, being duly authorized by the Certification of Business Depository Resolutions for _____*ACTION PRO WHITE LLC_____ (the "Customer") which was executed on ___04/18/2014___, hereby nominate and appoint the followings individuals as Authorized Signers (hereinafter the "Signers") for account # _____9808 (the "Account"):

| Names | Names | Names |
|---|---|---|
| 1. JENNIFER ANN JOHNSON | 5. | 9. |
| 2. DANIELLE C FOSS | 6. | 10. |
| 3. | 7. | 11. |
| 4. | 8. | 12. |

The aforementioned appointments shall remain in full effect and force until First National Bank of Omaha (the "Bank") receives a written notice of revocation, which is satisfactory to the Bank, and the Bank has a reasonable opportunity to act thereon.

This form revokes any and all previous Appointments of Signers for the Account. As such, all previously appointed signers for the Account are hereby removed.

All signers shall have the ability to possess a Visa Check Card or Debit Card for the Account.

This form shall have no effect on any existing Business Depository Resolutions for the Customer.

This form shall have no effect on any Appointment of Business Cardholders for the Account.

Should the Bank agree and deem it acceptable, a signed copy of this Appointment of Signers may be delivered to the Bank via electronic means that are acceptable to, and that are acknowledged by, the Bank. The Bank may rely upon any and all records, documents, signatures or authorizations obtained through such electronic means as though they were an original.

I understand that the Bank may maintain a copy of this document in electronic form and I agree that a copy produced from such electronic form or by any other reliable means shall in all respects be considered equivalent to an original.

The Customer understands and agrees that the Account shall be governed by and subject to the terms and conditions of the Bank's Commercial Deposit Agreement, the terms of which are incorporated herein by this reference

The Bank reserves the right to reject, or not accept, this Appointment of Signers for any reason.

### Signers Removed*
*The individual(s) listed below shall be removed from the Account regardless of whether they are listed above as a Signer.

| | | |
|---|---|---|
| 1. | 5. | 9. |
| 2. | 6. | 10. |
| 3. | 7. | 11. |
| 4. | 8. | 12. |

I certify that my authority with regard to the Account has not been revoked or modified in any way.

IN WITNESS WHEREOF, I have signed this Appointment of Signers as of ___04/18/2014___.

_____JENNIFER JOHNSON_____          _____
Name of Authorized Representative                    Signature

APPOINTMENT OF SIGNERS 19MAR2013                                              1 of 1

Agarwal Attachment C-13

Approved 248115 April 25, 2014

## CERTIFICATION OF BUSINESS DEPOSITORY RESOLUTION

I, _____ JENNIFER JOHNSON _____ the undersigned, hereby certify that I am a duly authorized representative of ____*ACTION PRO WHITE LLC____ (the "Customer"), which is a ___Limited Liability Company___ existing under the laws of the State of _____Arizona_____ under taxpayer identification number _____90-0870007_____.

I further certify that I hold the office indicated next to my signature and that the following resolutions have been approved by the board of directors or other governing body or persons whose approval is necessary to make these resolutions effective on behalf of the Customer:

RESOLVED, that First National Bank of Omaha (the "Bank") is designated as a depository in which the funds of the Customer may be deposited; and

RESOLVED, that: (i) all deposit accounts (the "Accounts") opened on behalf of the Customer shall be governed by and subject to the terms and conditions of the Bank's Commercial Deposit Agreement (the "Deposit Agreement"), the terms of which are incorporated herein by this reference and hereby approved and agreed to on behalf of the Customer; (ii) the Bank is hereby authorized to make advances of credit to prevent overdrafts on the Account; (iii) any of the Authorized Representatives identified below, acting alone, may execute on behalf of the Customer such further documents, instruments and agreements (collectively "Agreements") with the Bank as the Authorized Representative deems necessary or appropriate; (iv) the Bank may maintain a copy of such Agreements in electronic form and the Customer agrees that a copy produced from such electronic form or by any other reliable means (for example, photocopy, image or facsimile) shall in all respects be considered equivalent to an original; and

### Appointment of Authorized Representatives

RESOLVED, that the following individual(s) are hereby designated as "Authorized Representatives" with respect to the Account and that each such Authorized Representative, acting alone, shall have the power and authority of an Authorized Representative as referenced in the Deposit Agreement:

| Names | Names |
|---|---|
| 1. JENNIFER ANN JOHNSON | 5. |
| 2. DANIELLE C FOSS | 6. |
| 3. | 7. |
| 4. | 8. |

### The Customer further resolves that:

1. Any and all Authorized Signers, whether appointed now or in the future, shall have the authority to: (i) make withdrawals and to draw checks, drafts or other orders for the payment of money on the Account; and (ii) to issue or cancel stop payment orders on the Account.

2. Authorized Signers shall not have the authority to make any changes or modifications to the Account.

3. The appointments of Authorized Representatives and Authorized Signers shall remain in full effect and force until the Bank receives a written notice of revocation, which is satisfactory to the Bank, and the Bank has a reasonable opportunity to act thereon.

4. These depository resolutions (the "Resolutions") shall continue in full force and effect until the Bank receives written notice of revocation, which is satisfactory to the Bank, and the Bank has a reasonable opportunity to act thereon.

5. These Resolutions revoke any and all previous depository resolutions for the Account.

6. These Resolutions do not revoke any previous Appointments of Signers.

7. These Resolutions do not revoke any previous Appointment of Business Cardholders.

8. The Customer and the undersigned expressly understand and agree that the Bank, when dealing with any of those persons herein authorized to act for the Customer, shall be entitled to accept the representations of such authorized person or persons, that the purpose of exercising the authority herein given is within the scope of the business of the Customer, and the Bank shall be under no obligation to make any inquiries in order to verify or confirm any of said representations nor see the application of the Customer's funds for the purposes so represented, and further that the Bank shall in no way be responsible for misapplication of the Customer's funds or other property so acquired, encumbered or disposed of by virtue of the authority herein given.

Printed Date 04/18/2014

Origination     435495

Agarwal Attachment C-14

9. Authorized Representatives may authorize and enroll in certain overdraft protection products and services on behalf of the Customer. Those products and services may cover items authorized or drawn on the account by Authorized Representatives or Authorized Signers.

10. Should the Bank agree and deem it acceptable, a signed copy of this Resolution, the Account Agreement, the Appointment of Signers, and the Appointment of Business Cardholders (collectively the "Documents"), may be delivered to the Bank via electronic means that are acceptable to, and that are acknowledged by, the Bank. The Bank may rely upon any and all records, Documents, signatures or authorizations obtained through such electronic means as though they were an original.

11. The Bank may maintain a copy of this Resolution in electronic form. A copy produced from such electronic form, or by any other reliable means, shall in all respects be considered equivalent to an original.

12. The Bank reserves the right to reject, or not accept, any of the Documents for any reason.

13. The signature of the undersigned on this Resolution is conclusive evidence of their authority to act on behalf of the Customer.

I further certify that such resolutions are in full force and effect, have not been revoked or modified, and that there is no provision in the Customer's organizational documents or any other requirement of law limiting effectiveness of the foregoing resolutions, the same are in conformity with the provisions of the Customer's organizational documents and if a corporate seal is required for this certificate, such seal is affixed.

IN WITNESS WHEREOF, I have signed this Certificate as of _____04/18/2014_____.

| | |
|---|---|
| JENNIFER JOHNSON | Signature* |
| Name | |
| AUTHORIZED REP/SIGNER | |
| Title | |
| | |
| Name | Signature* |
| Title | |

*Number of signatures required is dependent upon Customer's organizational requirements. Space is provided for up to two (2) signatures although two signatures may not be required. If additional signatures are needed please contact your Bank representative.* Printed Date: 04/18/2014

Origination     435095

Agarwal Attachment C-15

Approved 248115 April 25, 2014

9816                                                                                                      David Goldstone

# Signature Card / Business Depository Account Agreement

First National Bank of Omaha has divisions that operate under the names First National Bank, First National Bank Southwest, First National Bank Fremont, First National Bank North Platte and Castle Bank. These are all the same FDIC-insured bank. If you have deposits in the same right and capacity at more than one division of First National Bank of Omaha, those deposits are added together and insured in accordance with the regulations of the Federal Deposit Insurance Corporation (the "FDIC"), they are not separately insured.

| Account Number: | 9816 | Date: 04/18/2014 |
| Account Title: | SEDONA BEAUTY SECRETS LLC<br>JENNIFER ANN JOHNSON<br>DANIELLE C FOSS | |
| Address: | at 7702 E Doubletree Ranch Rd SCOTTSDALE, CO 85258 | |
| Phone: | | |

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.

| Owner/Signer Information 1 | | Owner/Signer Information 2 | |
|---|---|---|---|
| Name | JENNIFER ANN JOHNSON | Name | DANIELLE C FOSS |
| Relationship/Role | Authorized Rep/Signer | Relationship/Role | Authorized Rep/Signer |
| Address | BRIGHTON, CO 80601 | Address | THORNTON, CO 80602 |
| Birth Date | 1977 | Birth Date | 1984 |
| SSN/TIN | XXX-XX-3911 | SSN/TIN | XXX-XX-8082 |
| Owner/Signer Information 3 | | Owner/Signer Information 4 | |
| Name | | Name | |
| Relationship/Role | | Relationship/Role | |
| Address | | Address | |
| Birth Date | | Birth Date | |
| SSN/TIN | | SSN/TIN | |

| Non-Individual Owner Information | | Signatures |
|---|---|---|
| Name | *SEDONA BEAUTY SECRETS LLC | |
| SSN/TIN | 90-0817844 | First National Bank of Omaha is authorized to recognize any of the signatures and facsimile specimens affixed for payment of funds or the transaction of any business for this account. The depositor agrees to be bound by all regulations of the Bank, including but not limited to, the Commercial Deposit Agreement and Disclosure (or Certificate of Deposit) and agrees to contract with Bank by electronic means. Customer understands that Bank may maintain a copy of this signature card in electronic form and agrees that a copy produced from such electronic form or by any other reliable means (for example, photocopy, image or facsimile) shall in all respects be considered equivalent to an original. This account is governed by the latest complete depository resolution filed with the Bank. |
| Type of Entity | Limited Liability Company | |
| State/Country | Arizona | |
| Address | at 7702 E Doubletree Ranch Rd SCOTTSDALE, CO 85258 | |

## Back-up Withholding Certifications

*(If not a "U.S. Person," certify foreign status separately.)*

TIN: 90-0817844

☑Taxpayer I.D. Number (TIN) - The number shown above is my correct taxpayer identification number.

☑Backup Withholding - I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐Exempt Recipients - I am an exempt recipient under the Internal Revenue Service Regulations.

I certify under penalties of perjury the statements checked in this section and that I am a U.S. person (including a U.S. resident alien).

X _____ (Date)
*SEDONA BEAUTY SECRETS LLC

| 1] X | JENNIFER ANN JOHNSON |
| 2] X | DANIELLE C FOSS |
| 3] X | |
| 4] X | |

**Other Terms/Information/Special Instructions/Beneficiary Designation**

### For Bank's Use Only

☐ New        ☐ Replacement        ☐ Additional*

*Prior Signature Card Date

☐ Checking   ☐ Savings   ☐ Certificate of Deposit

Origination
435495

Signature Card / Business Depository Account Agreement 3/31/2014                                    Page 1 of 1

Agarwal Attachment C-16

Approved 246115 April 25, 2014

## APPOINTMENT OF SIGNERS

I, the undersigned, being duly authorized by the Certification of Business Depository Resolutions for ___*SEDONA BEAUTY SECRETS LLC___ (the "Customer") which was executed on ___04/18/2014___, hereby nominate and appoint the followings individuals as Authorized Signers (hereinafter the "Signers") for account # _____9816 (the "Account"):

| Names | Names | Names |
|---|---|---|
| 1. JENNIFER ANN JOHNSON | 5. | 9. |
| 2. DANIELLE C FOSS | 6. | 10. |
| 3. | 7. | 11. |
| 4. | 8. | 12. |

The aforementioned appointments shall remain in full effect and force until First National Bank of Omaha (the "Bank") receives a written notice of revocation, which is satisfactory to the Bank, and the Bank has a reasonable opportunity to act thereon.

This form revokes any and all previous Appointments of Signers for the Account.  As such, all previously appointed signers for the Account are hereby removed.

All signers shall have the ability to possess a Visa Check Card or Debit Card for the Account.

This form shall have no effect on any existing Business Depository Resolutions for the Customer.

This form shall have no effect on any Appointment of Business Cardholders for the Account.

Should the Bank agree and deem it acceptable, a signed copy of this Appointment of Signers may be delivered to the Bank via electronic means that are acceptable to, and that are acknowledged by, the Bank.  The Bank may rely upon any and all records, documents, signatures or authorizations obtained through such electronic means as though they were an original.

I understand that the Bank may maintain a copy of this document in electronic form and I agree that a copy produced from such electronic form or by any other reliable means shall in all respects be considered equivalent to an original.

The Customer understands and agrees that the Account shall be governed by and subject to the terms and conditions of the Bank's Commercial Deposit Agreement, the terms of which are incorporated herein by this reference

The Bank reserves the right to reject, or not accept, this Appointment of Signers for any reason.

### Signers Removed*
*The individual(s) listed below shall be removed from the Account regardless of whether they are listed above as a Signer.

| | | |
|---|---|---|
| 1. | 5. | 9. |
| 2. | 6. | 10. |
| 3. | 7. | 11. |
| 4. | 8. | 12. |

I certify that my authority with regard to the Account has not been revoked or modified in any way.

IN WITNESS WHEREOF, I have signed this Appointment of Signers as of ___04/18/2014___.

___JENNIFER JOHNSON___
Name of Authorized Representative

_____
Signature

Approved 248115 April 25, 2014

## CERTIFICATION OF BUSINESS DEPOSITORY RESOLUTION

I, _____ JENNIFER JOHNSON _____ the undersigned, hereby certify that I am a duly authorized representative of _____ "SEDONA BEAUTY SECRETS LLC _____ (the "Customer"), which is a _____ Limited Liability Company _____ existing under the laws of the State of _____ Arizona _____ under taxpayer identification number _____ 90-0817844 _____.

I further certify that I hold the office indicated next to my signature and that the following resolutions have been approved by the board of directors or other governing body or persons whose approval is necessary to make these resolutions effective on behalf of the Customer:

RESOLVED, that First National Bank of Omaha (the "Bank") is designated as a depository in which the funds of the Customer may be deposited; and

RESOLVED, that: (i) all deposit accounts (the "Accounts") opened on behalf of the Customer shall be governed by and subject to the terms and conditions of the Bank's Commercial Deposit Agreement (the "Deposit Agreement"), the terms of which are incorporated herein by this reference and hereby approved and agreed to on behalf of the Customer; (ii) the Bank is hereby authorized to make advances of credit to prevent overdrafts on the Account; (iii) any of the Authorized Représentatives identified below, acting alone, may execute on behalf of the Customer such further documents, instruments and agreements (collectively "Agreements") with the Bank as the Authorized Representative deems necessary or appropriate; (iv) the Bank may maintain a copy of such Agreements in electronic form and the Customer agrees that a copy produced from such electronic form or by any other reliable means (for example, photocopy, image or facsimile) shall in all respects be considered equivalent to an original; and

**Appointment of Authorized Representatives**

RESOLVED, that the following individual(s) are hereby designated as "Authorized Representatives" with respect to the Account and that each such Authorized Representative, acting alone, shall have the power and authority of an Authorized Representative as referenced in the Deposit Agreement:

| Names | Names |
|---|---|
| 1. JENNIFER ANN JOHNSON | 5. |
| 2. DANIELLE C FOSS | 6. |
| 3. | 7. |
| 4. | 8. |

**The Customer further resolves that:**

1. Any and all Authorized Signers, whether appointed now or in the future, shall have the authority to: (i) make withdrawals and to draw checks, drafts or other orders for the payment of money on the Account; and (ii) to issue or cancel stop payment orders on the Account.

2. Authorized Signers shall not have the authority to make any changes or modifications to the Account.

3. The appointments of Authorized Representatives and Authorized Signers shall remain in full effect and force until the Bank receives a written notice of revocation, which is satisfactory to the Bank, and the Bank has a reasonable opportunity to act thereon.

4. These depository resolutions (the "Resolutions") shall continue in full force and effect until the Bank receives written notice of revocation, which is satisfactory to the Bank, and the Bank has a reasonable opportunity to act thereon.

5. These Resolutions revoke any and all previous depository resolutions for the Account.

6. These Resolutions do not revoke any previous Appointments of Signers.

7. These Resolutions do not revoke any previous Appointment of Business Cardholders.

8. The Customer and the undersigned expressly understand and agree that the Bank, when dealing with any of those persons herein authorized to act for the Customer, shall be entitled to accept the representations of such authorized person or persons, that the purpose of exercising the authority herein given is within the scope of the business of the Customer, and the Bank shall be under no obligation to make any inquiries in order to verify or confirm any of said representations nor see the application of the Customer's funds for the purposes so represented, and further that the Bank shall in no way be responsible for misapplication of the Customer's funds or other property so acquired, encumbered or disposed of by virtue of the authority herein given.

Printed Date 04/18/2014-1

Origination   435495

Agarwal Attachment C-18

9.  Authorized Representatives may authorize and enroll in certain overdraft protection products and services on behalf of the Customer. Those products and services may cover items authorized or drawn on the account by Authorized Representatives or Authorized Signers.

10. Should the Bank agree and deem it acceptable, a signed copy of this Resolution, the Account Agreement, the Appointment of Signers, and the Appointment of Business Cardholders (collectively the "Documents"), may be delivered to the Bank via electronic means that are acceptable to, and that are acknowledged by, the Bank. The Bank may rely upon any and all records, Documents, signatures or authorizations obtained through such electronic means as though they were an original.

11. The Bank may maintain a copy of this Resolution in electronic form. A copy produced from such electronic form, or by any other reliable means, shall in all respects be considered equivalent to an original.

12. The Bank reserves the right to reject, or not accept, any of the Documents for any reason.

13. The signature of the undersigned on this Resolution is conclusive evidence of their authority to act on behalf of the Customer.

I further certify that such resolutions are in full force and effect, have not been revoked or modified, and that there is no provision in the Customer's organizational documents or any other requirement of law limiting effectiveness of the foregoing resolutions, the same are in conformity with the provisions of the Customer's organizational documents and if a corporate seal is required for this certificate, such seal is affixed.

IN WITNESS WHEREOF, I have signed this Certificate as of _____04/18/2014_____ .

| JENNIFER JOHNSON | Signature* |
| Name | |
| AUTHORIZED REP/SIGNER | |
| Title | |

| | |
| Name | Signature* |
| | |
| Title | |

* Number of signatures required is dependent upon Customer's organizational requirements. Space is provided for up to two (2) signatures although two signatures may not be required. If additional signatures are needed please contact your Bank representative. Printed Date 04/18/2014

Origination   435495

Agarwal Attachment C-19

Approved 248115 April 25, 2014

8824

David Goldstone

## Signature Card / Business Depository Account Agreement

First National Bank of Omaha has divisions that operate under the names First National Bank, First National Bank Southwest, First National Bank Fremont, First National Bank North Platte and Castle Bank. These are all the same FDIC-insured bank. If you have deposits in the same right and capacity at more than one division of First National Bank of Omaha, those deposits are added together and insured in accordance with the regulations of the Federal Deposit Insurance Corporation (the "FDIC"), they are not separately insured.

| Account Number: | 8824 | Date: 04/18/2014 |
| Account Title: | SMILE PRO DIRECT LLC<br>JENNIFER ANN JOHNSON<br>DANIELLE C FOSS | |
| Address: | 7702 E Doubletree Ranch Rd SCOTTSDALE, AZ 85258 | |
| Phone: | | |

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.

| Owner/Signer Information 1 | | Owner/Signer Information 2 | |
|---|---|---|---|
| Name | JENNIFER ANN JOHNSON | Name | DANIELLE C FOSS |
| Relationship/Role | Authorized Rep/Signer | Relationship/Role | Authorized Rep/Signer |
| Address | BRIGHTON, CO 80601 | Address | THORNTON, CO 60602 |
| Birth Date | 1977 | Birth Date | /1984 |
| SSN/TIN | XXX-XX-3911 | SSN/TIN | XXX-XX-8082 |

| Owner/Signer Information 3 | | Owner/Signer Information 4 | |
|---|---|---|---|
| Name | | Name | |
| Relationship/Role | | Relationship/Role | |
| Address | | Address | |
| Birth Date | | Birth Date | |
| SSN/TIN | | SSN/TIN | |

| Non-Individual Owner Information | | Signatures |
|---|---|---|
| Name | *SMILE PRO DIRECT LLC | First National Bank of Omaha is authorized to recognize any of the signatures and facsimile specimens affixed for payment of funds or the transaction of any business for this account. The depositor agrees to be bound by all regulations of the Bank, including but not limited to, the Commercial Deposit Agreement and Disclosure (or Certificate of Deposit) and consents and agrees to contract with Bank by electronic means. Customer understands that Bank may maintain a copy of this signature card in electronic form and agrees that a copy produced from such electronic form or by any other reliable means (for example, photocopy, image or facsimile) shall in all respects be considered equivalent to an original. This account is governed by the latest complete depository resolution filed with the Bank. |
| SSN/TIN | 45-5143334 | |
| Type of Entity | Limited Liability Company | |
| State/Country | Arizona | |
| Address | 7702 E Doubletree Ranch Rd SCOTTSDALE, AZ 85258 | |

**Back-up Withholding Certifications**

*(If not a "U.S. Person," certify foreign status separately.)*

TIN: 45-5143334

☑**Taxpayer I.D. Number (TIN)** - The number shown above is my correct taxpayer identification number.

☑**Backup Withholding** - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐**Exempt Recipients** - I am an exempt recipient under the Internal Revenue Service Regulations.

I certify under penalties of perjury the statements checked in this section and that I am a U.S. person (including a U.S. resident alien).

X _____ {Date}

*SMILE PRO DIRECT LLC

| 1] X | _____ |
| | JENNIFER ANN JOHNSON |
| 2] X | _____ |
| | DANIELLE C FOSS |
| 3] X | _____ |
| 4] X | _____ |

**Other Terms/Information/Special Instructions/Beneficiary Designation**

**For Bank's Use Only**

☐ New   ☐ Replacement   ☐ Additional*

*Prior Signature Card Date

☐ Checking   ☐ Savings   ☐ Certificate of Deposit

Origination
435495

Signature Card / Business Depository Account Agreement 3/31/2014

Page 1 of 1

Agarwal Attachment C-20

Approved 24811S April 25, 2014

## APPOINTMENT OF SIGNERS

I, the undersigned, being duly authorized by the Certification of Business Depository Resolutions for _SMILE PRO DIRECT LLC_ (the "Customer") which was executed on ___04/18/2014___, hereby nominate and appoint the followings individuals as Authorized Signers (hereinafter the "Signers") for account # _____ ▮824 (the "Account"):

| Names | Names | Names |
|---|---|---|
| 1. JENNIFER ANN JOHNSON | 5. | 9. |
| 2. DANIELLE C FOSS | 6. | 10. |
| 3. | 7. | 11. |
| 4. | 8. | 12. |

The aforementioned appointments shall remain in full effect and force until First National Bank of Omaha (the "Bank") receives a written notice of revocation, which is satisfactory to the Bank, and the Bank has a reasonable opportunity to act thereon.

This form revokes any and all previous Appointments of Signers for the Account. As such, all previously appointed signers for the Account are hereby removed.

All signers shall have the ability to possess a Visa Check Card or Debit Card for the Account.

This form shall have no effect on any existing Business Depository Resolutions for the Customer.

This form shall have no effect on any Appointment of Business Cardholders for the Account.

Should the Bank agree and deem it acceptable, a signed copy of this Appointment of Signers may be delivered to the Bank via electronic means that are acceptable to, and that are acknowledged by, the Bank. The Bank may rely upon any and all records, documents, signatures or authorizations obtained through such electronic means as though they were an original.

I understand that the Bank may maintain a copy of this document in electronic form and I agree that a copy produced from such electronic form or by any other reliable means shall in all respects be considered equivalent to an original.

The Customer understands and agrees that the Account shall be governed by and subject to the terms and conditions of the Bank's Commercial Deposit Agreement, the terms of which are incorporated herein by this reference

The Bank reserves the right to reject, or not accept, this Appointment of Signers for any reason.

### Signers Removed*
*The individual(s) listed below shall be removed from the Account regardless of whether they are listed above as a Signer.

| | | |
|---|---|---|
| 1. | 5. | 9. |
| 2. | 6. | 10. |
| 3. | 7. | 11. |
| 4. | 8. | 12. |

I certify that my authority with regard to the Account has not been revoked or modified in any way.

IN WITNESS WHEREOF, I have signed this Appointment of Signers as of ___04/18/2014___.

___JENNIFER JOHNSON___
Name of Authorized Representative                     Signature

APPOINTMENT OF SIGNERS 19MAR2013                                        1 of 1

Approved 248115 April 25, 2014

## CERTIFICATION OF BUSINESS DEPOSITORY RESOLUTION

I, _____ JENNIFER JOHNSON _____ the undersigned, hereby certify that I am a duly authorized representative of _____ SMB 6 PRO DIRECT LLC _____ (the "Customer"), which is a ___ Limited Liability Company ___ existing under the laws of the State of _____ Arizona _____ under taxpayer identification number _____ 45-5143334 _____ .

I further certify that I hold the office indicated next to my signature and that the following resolutions have been approved by the board of directors or other governing body or persons whose approval is necessary to make these resolutions effective on behalf of the Customer:

RESOLVED, that First National Bank of Omaha (the "Bank") is designated as a depository in which the funds of the Customer may be deposited; and

RESOLVED, that: (i) all deposit accounts (the "Accounts") opened on behalf of the Customer shall be governed by and subject to the terms and conditions of the Bank's Commercial Deposit Agreement (the "Deposit Agreement"), the terms of which are incorporated herein by this reference and hereby approved and agreed to on behalf of the Customer; (ii) the Bank is hereby authorized to make advances of credit to prevent overdrafts on the Account; (iii) any of the Authorized Representatives identified below, acting alone, may execute on behalf of the Customer such further documents, instruments and agreements (collectively "Agreements") with the Bank as the Authorized Representative deems necessary or appropriate; (iv) the Bank may maintain a copy of such Agreements in electronic form and the Customer agrees that a copy produced from such electronic form or by any other reliable means (for example, photocopy, image or facsimile) shall in all respects be considered equivalent to an original; and

### Appointment of Authorized Representatives

RESOLVED, that the following individual(s) are hereby designated as "Authorized Representatives" with respect to the Account and that each such Authorized Representative, acting alone, shall have the power and authority of an Authorized Representative as referenced in the Deposit Agreement:

| Names | Names |
|---|---|
| 1. JENNIFER ANN JOHNSON | 5. |
| 2. DANIELLE C FOSS | 6. |
| 3. | 7. |
| 4. | 8. |

### The Customer further resolves that:

1. Any and all Authorized Signers, whether appointed now or in the future, shall have the authority to: (i) make withdrawals and to draw checks, drafts or other orders for the payment of money on the Account; and (ii) to issue or cancel stop payment orders on the Account.

2. Authorized Signers shall not have the authority to make any changes or modifications to the Account.

3. The appointments of Authorized Representatives and Authorized Signers shall remain in full effect and force until the Bank receives a written notice of revocation, which is satisfactory to the Bank, and the Bank has a reasonable opportunity to act thereon.

4. These depository resolutions (the "Resolutions") shall continue in full force and effect until the Bank receives written notice of revocation, which is satisfactory to the Bank, and the Bank has a reasonable opportunity to act thereon.

5. These Resolutions revoke any and all previous depository resolutions for the Account.

6. These Resolutions do not revoke any previous Appointments of Signers.

7. These Resolutions do not revoke any previous Appointment of Business Cardholders.

8. The Customer and the undersigned expressly understand and agree that the Bank, when dealing with any of those persons herein authorized to act for the Customer, shall be entitled to accept the representations of such authorized person or persons, that the purpose of exercising the authority herein given is within the scope of the business of the Customer, and the Bank shall be under no obligation to make any inquiries in order to verify or confirm any of said representations nor see the application of the Customer's funds for the purposes so represented, and further that the Bank shall in no way be responsible for misapplication of the Customer's funds or other property so acquired, encumbered or disposed of by virtue of the authority herein given.

Printed Date: 04-10-2014

Origination    435455

Agarwal Attachment C-22

9.  Authorized Representatives may authorize and enroll in certain overdraft protection products and services on behalf of the Customer. Those products and services may cover items authorized or drawn on the account by Authorized Representatives or Authorized Signers.

10. Should the Bank agree and deem it acceptable, a signed copy of this Resolution, the Account Agreement, the Appointment of Signers, and the Appointment of Business Cardholders (collectively the "Documents"), may be delivered to the Bank via electronic means that are acceptable to, and that are acknowledged by, the Bank. The Bank may rely upon any and all records, Documents, signatures or authorizations obtained through such electronic means as though they were an original.

11. The Bank may maintain a copy of this Resolution in electronic form. A copy produced from such electronic form, or by any other reliable means, shall in all respects be considered equivalent to an original.

12. The Bank reserves the right to reject, or not accept, any of the Documents for any reason.

13. The signature of the undersigned on this Resolution is conclusive evidence of their authority to act on behalf of the Customer.

I further certify that such resolutions are in full force and effect, have not been revoked or modified, and that there is no provision in the Customer's organizational documents or any other requirement of law limiting effectiveness of the foregoing resolutions, the same are in conformity with the provisions of the Customer's organizational documents and if a corporate seal is required for this certificate, such seal is affixed.

IN WITNESS WHEREOF, I have signed this Certificate as of _____04/18/2014_____.

| | |
|---|---|
| JENNIFER JOHNSON | |
| Name | Signature* |
| AUTHORIZED REP/SIGNER | |
| Title | |
| | |
| | |
| Name | Signature* |
| | |
| | |
| Title | |

*Number of signatures required is dependent upon Customer's organizational requirements. Space is provided for up to two (2) signatures although two signatures may not be required. If additional signatures are needed please contact your Bank representative.* Printed Date: 04/18/2014

Origination    435495

Agarwal Attachment C-23

Approved 32189I March 3, 2015

David Goldstone

6689

## Signature Card / Business Depository Account Agreement

First National Bank of Omaha has divisions that operate under the names First National Bank, First National Bank Southwest, First National Bank Fremont, First National Bank North Platte and Castle Bank. These are all the same FDIC-insured bank. If you have deposits in the same right and capacity at more than one division of First National Bank of Omaha, these deposits are added together and insured in accordance with the regulations of the Federal Deposit Insurance Corporation (the "FDIC"), they are not separately insured.

| Account Number: | 6689 | | Date: 02/20/2015 |
|---|---|---|---|
| Account Title: | SKINNYIQ LLC<br>DANIELLE C FOSS | | |
| Address: | AT 7702 E DOUBLETREE RANCH RD SCOTTSDALE, AZ 85258 | | |
| Phone: | | | |

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.

| Owner/Signer Information 1 | | Owner/Signer Information 2 | |
|---|---|---|---|
| Name | DANIELLE C FOSS | Name | |
| Relationship/Role | Authorized Rep/Signer | Relationship/Role | |
| Address | THORNTON, CO 80602 | Address | |
| Birth Date | /1984 | Birth Date | |
| SSN/TIN | XXX-XX-8082 | SSN/TIN | |
| **Owner/Signer Information 3** | | **Owner/Signer Information 4** | |
| Name | | Name | |
| Relationship/Role | | Relationship/Role | |
| Address | | Address | |
| Birth Date | | Birth Date | |
| SSN/TIN | | SSN/TIN | |

| Non-individual Owner Information | | Signatures |
|---|---|---|
| Name | *SKINNYIQ LLC | First National Bank of Omaha is authorized to recognize any of the signatures and facsimile specimens affixed for payment of funds or the transaction of any business for this account. The depositor agrees to be bound by all regulations of the Bank, including but not limited to, the Commercial Deposit Agreement and Disclosure (or Certificate of Deposit) and consents and agrees to contract with Bank by electronic means. Customer understands that Bank may maintain a copy of this signature card in electronic form and agrees that a copy produced from such electronic form or by any other reliable means (for example, photocopy, image or facsimile) shall in all respects be considered equivalent to an original. This account is governed by the latest complete depository resolution filed with the Bank. |
| SSN/TIN | 80-0804453 | |
| Type of Entity | Limited Liability Company | |
| State/Country | Arizona | |
| Address | AT 7702 E DOUBLETREE RANCH RD SCOTTSDALE, AZ 85258 | |

| Back-up Withholding Certifications | |
|---|---|
| (if not a "U.S. Person," certify foreign status separately.) | 1] X _____ |
| TIN: 80-0804453 | DANIELLE C FOSS |

I certify under penalties of perjury:

1. The number shown above is the correct taxpayer identification number, and
2. I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident alien), and
4. I am exempt from Foreign Account Tax Compliance Act (FATCA) reporting.

**Certification Instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. Additional instructions from the IRS are available upon request.

The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

2] X _____

3] X _____

4] X _____

X _____   Date: _____
*SKINNYIQ LLC

Other Terms/Information/Special Instructions/Beneficiary Designation

| For Bank's Use Only | | |
|---|---|---|
| ☐ New | ☐ Replacement | ☐ Additional* |
| | | *Prior Signature Card Date _____ |
| ☐ Checking | ☐ Savings | ☐ Certificate of Deposit |

Origination
662459

Signature Card / Business Depository Account Agreement – 16Nov2014

Page 1 of 1

Agarwal Attachment C-24

Approved 321891 March 3, 2015

## APPOINTMENT OF SIGNERS

I, the undersigned, being duly authorized by the Certification of Business Depository Resolutions for _____*SKINNYIQ LLC_____ (the "Customer") which was executed on ___02/23/2015___, hereby nominate and appoint the followings individuals as Authorized Signers (hereinafter the "Signers") for account # _____ 5689 (the "Account"):

| Names | Names | Names |
|---|---|---|
| 1. DANIELLE C FOSS | 5. | 9. |
| 2. | 6. | 10. |
| 3. | 7. | 11. |
| 4. | 8. | 12. |

The aforementioned appointments shall remain in full effect and force until First National Bank of Omaha (the "Bank") receives a written notice of revocation, which is satisfactory to the Bank, and the Bank has a reasonable opportunity to act thereon.

This form revokes any and all previous Appointments of Signers for the Account. As such, all previously appointed signers for the Account are hereby removed.

All signers shall have the ability to possess a Visa Check Card or Debit Card for the Account.

This form shall have no effect on any existing Business Depository Resolutions for the Customer.

This form shall have no effect on any Appointment of Business Cardholders for the Account.

Should the Bank agree and deem it acceptable, a signed copy of this Appointment of Signers may be delivered to the Bank via electronic means that are acceptable to, and that are acknowledged by, the Bank. The Bank may rely upon any and all records, documents, signatures or authorizations obtained through such electronic means as though they were an original.

I understand that the Bank may maintain a copy of this document in electronic form and I agree that a copy produced from such electronic form or by any other reliable means shall in all respects be considered equivalent to an original.

The Customer understands and agrees that the Account shall be governed by and subject to the terms and conditions of the Bank's Commercial Deposit Agreement, the terms of which are incorporated herein by this reference

The Bank reserves the right to reject, or not accept, this Appointment of Signers for any reason.

## Signers Removed*
### *The individual(s) listed below shall be removed from the Account regardless of whether they are listed above as a Signer.

| | | |
|---|---|---|
| 1. | 5. | 9. |
| 2. | 6. | 10. |
| 3. | 7. | 11. |
| 4. | 8. | 12. |

I certify that my authority with regard to the Account has not been revoked or modified in any way.

IN WITNESS WHEREOF, I have signed this Appointment of Signers as of ___02/20/2015___

___DANIELLE C FOSS___
Name of Authorized Representative

Signature

APPOINTMENT OF SIGNERS 19MAR2013

1 of 1

Approved 321891 March 3, 2015

# CERTIFICATION OF BUSINESS DEPOSITORY RESOLUTION

I, _____DANIELLE C FOSS_____ the undersigned, hereby certify that I am a duly authorized representative of _____SKINNYIQ LLC_____ (the "Customer"), which is a ___Limited Liability Company___ existing under the laws of the State of _____Arizona_____ under taxpayer identification number _____80-0804453_____.

I further certify that I hold the office indicated next to my signature and that the following resolutions have been approved by the board of directors or other governing body or persons whose approval is necessary to make these resolutions effective on behalf of the Customer:

RESOLVED, that First National Bank of Omaha (the "Bank") is designated as a depository in which the funds of the Customer may be deposited; and

RESOLVED, that: (i) all deposit accounts (the "Accounts") opened on behalf of the Customer shall be governed by and subject to the terms and conditions of the Bank's Commercial Deposit Agreement (the "Deposit Agreement"), the terms of which are incorporated herein by this reference and hereby approved and agreed to on behalf of the Customer; (ii) the Bank is hereby authorized to make advances of credit to prevent overdrafts on the Account; (iii) any of the Authorized Representatives identified below, acting alone, may execute on behalf of the Customer such further documents, instruments and agreements (collectively "Agreements") with the Bank as the Authorized Representative deems necessary or appropriate; (iv) the Bank may maintain a copy of such Agreements in electronic form and the Customer agrees that a copy produced from such electronic form or by any other reliable means (for example, photocopy, image or facsimile) shall in all respects be considered equivalent to an original; and

## Appointment of Authorized Representatives

RESOLVED, that the following individual(s) are hereby designated as "Authorized Representatives" with respect to the Account and that each such Authorized Representative, acting alone, shall have the power and authority of an Authorized Representative as referenced in the Deposit Agreement:

| Names | Names |
|---|---|
| 1. DANIELLE C FOSS | 5. |
| 2. | 6. |
| 3. | 7. |
| 4. | 8. |

## The Customer further resolves that:

1. Any and all Authorized Signers, whether appointed now or in the future, shall have the authority to: (i) make withdrawals and to draw checks, drafts or other orders for the payment of money on the Account; and (ii) to issue or cancel stop payment orders on the Account.

2. Authorized Signers shall not have the authority to make any changes or modifications to the Account.

3. The appointments of Authorized Representatives and Authorized Signers shall remain in full effect and force until the Bank receives a written notice of revocation, which is satisfactory to the Bank, and the Bank has a reasonable opportunity to act thereon.

4. These depository resolutions (the "Resolutions") shall continue in full force and effect until the Bank receives written notice of revocation, which is satisfactory to the Bank, and the Bank has a reasonable opportunity to act thereon.

5. These Resolutions revoke any and all previous depository resolutions for the Account.

6. These Resolutions do not revoke any previous Appointments of Signers.

7. These Resolutions do not revoke any previous Appointment of Business Cardholders.

8. The Customer and the undersigned expressly understand and agree that the Bank, when dealing with any of those persons herein authorized to act for the Customer, shall be entitled to accept the representations of such authorized person or persons, that the purpose of exercising the authority herein given is within the scope of the business of the Customer, and the Bank shall be under no obligation to make any inquiries in order to verify or confirm any of said representations nor see the application of the Customer's funds for the purposes so represented, and further that the Bank shall in no way be responsible for misapplication of the Customer's funds or other property so acquired, encumbered or disposed of by virtue of the authority herein given.

Printed Date: 07/08/2015

Origination      662459

Agarwal Attachment C-26

9. Authorized Representatives may authorize and enroll in certain overdraft protection products and services on behalf of the Customer. Those products and services may cover items authorized or drawn on the account by Authorized Representatives or Authorized Signers.

10. Should the Bank agree and deem it acceptable, a signed copy of this Resolution, the Account Agreement, the Appointment of Signers, and the Appointment of Business Cardholders (collectively the "Documents"), may be delivered to the Bank via electronic means that are acceptable to, and that are acknowledged by, the Bank. The Bank may rely upon any and all records, Documents, signatures or authorizations obtained through such electronic means as though they were an original.

11. The Bank may maintain a copy of this Resolution in electronic form. A copy produced from such electronic form, or by any other reliable means, shall in all respects be considered equivalent to an original.

12. The Bank reserves the right to reject, or not accept, any of the Documents for any reason.

13. The signature of the undersigned on this Resolution is conclusive evidence of their authority to act on behalf of the Customer.

I further certify that such resolutions are in full force and effect, have not been revoked or modified, and that there is no provision in the Customer's organizational documents or any other requirement of law limiting effectiveness of the foregoing resolutions, the same are in conformity with the provisions of the Customer's organizational documents and if a corporate seal is required for this certificate, such seal is affixed.

IN WITNESS WHEREOF, I have signed this Certificate as of _____02/20/2015_____.

| | |
|---|---|
| DANIELLE C FOSS | |
| Name | Signature* |
| AUTHORIZED REP/SIGNER | |
| Title | |
| | |
| Name | Signature* |
| | |
| Title | |

*Number of signatures required is dependent upon Customer's organizational requirements. Space is provided for up to two (2) signatures although two signatures may not be required. If additional signatures are needed please contact your Bank representative.  Printed Date: 02/20/2015

Origination    662459

Agarwal Attachment C-27

Approved 324E91 March 3, 2015
David Goldstone

■■■697

## Signature Card / Business Depository Account Agreement

First National Bank of Omaha has divisions that operate under the names First National Bank, First National Bank Southwest, First National Bank Fremont, First National Bank North Platte and Castle Bank. These are all the same FDIC-insured bank. If you have deposits in the same right and capacity at more than one division of First National Bank of Omaha, those deposits are added together and insured in accordance with the regulations of the Federal Deposit Insurance Corporation (the "FDIC"), they are not separately insured.

| Account Number: | ■■■6697 | Date: 02/20/2015 |
| Account Title: | DENTAL PRO AT HOME LLC<br>DANIELLE C FOSS | |
| Address: | AT 7702 E DOUBLETREE RANCH RD SCOTTSDALE, AZ 85258 | |
| Phone: | | |

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.

| Owner/Signer Information 1 | | Owner/Signer Information 2 | |
| --- | --- | --- | --- |
| Name | DANIELLE C FOSS | Name | |
| Relationship/Role | Authorized Rep/Signer | Relationship/Role | |
| Address | ■■■■■THORNTON, CO 80602 | Address | |
| Birth Date | ■■1984 | Birth Date | |
| SSN/TIN | XXX-XX-8082 | SSN/TIN | |
| Owner/Signer Information 3 | | Owner/Signer Information 4 | |
| Name | | Name | |
| Relationship/Role | | Relationship/Role | |
| Address | | Address | |
| Birth Date | | Birth Date | |
| SSN/TIN | | SSN/TIN | |

| Non-Individual Owner Information | | Signatures |
| --- | --- | --- |
| Name | *DENTAL PRO AT HOME LLC | First National Bank of Omaha is authorized to recognize any of the signatures and facsimile specimens affixed for payment of funds or the transaction of any business for this account. The depositor agrees to be bound by all regulations of the Bank, including but not limited to, the Commercial Deposit Agreement and Disclosure (or Certificate of Deposit) and consents and agrees to contract with Bank by electronic means. Customer understands that Bank may maintain a copy of this signature card in electronic form and agrees that a copy produced from such electronic form or by any other reliable means (for example, photocopy, image or facsimile) shall in all respects be considered equivalent to an original. This account is governed by the latest complete depository resolution filed with the Bank. |
| SSN/TIN | 45-5142921 | |
| Type of Entity | Limited Liability Company | |
| State/Country | Arizona | |
| Address | AT 7702 E DOUBLETREE RANCH RD SCOTTSDALE, AZ 85258 | |

**Back-up Withholding Certifications**

*(If not a "U.S. Person," certify foreign status separately.)*

TIN: 45-5142921

I certify under penalties of perjury:

1. The number shown above is the correct taxpayer identification number, and
2. I am not subject to backup withholding because (a) I am exempt from back-up withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident alien), and
4. I am exempt from Foreign Account Tax Compliance Act (FATCA) reporting.

**Certification Instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. Additional instructions from the IRS are available upon request.

The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

X _____ Date: _____

*DENTAL PRO AT HOME LLC

| 1) X | _____ |
| | DANIELLE C FOSS |
| 2) X | _____ |
| 3) X | _____ |
| 4) X | _____ |

**For Bank's Use Only**

☐ New   ☐ Replacement   ☐ Additional*

*Prior Signature Card Date

☐ Checking   ☐ Savings   ☐ Certificate of Deposit

Other Terms/Information/Special Instructions/Beneficiary Designation

Origination
662459

Signature Card / Business Depository Account Agreement – 16Nov2014

Page 1 of 1

Agarwal Attachment C-28

Approved 321891 March 3, 2015

## APPOINTMENT OF SIGNERS

I, the undersigned, being duly authorized by the Certification of Business Depository Resolutions for ___*DENTAL PRO AT HOME LLC___ (the "Customer") which was executed on ___02/23/2015___, hereby nominate and appoint the followings individuals as Authorized Signers (hereinafter the "Signers") for account # ___█████5697___ (the "Account"):

| Names | Names | Names |
|---|---|---|
| 1. DANIELLE C FOSS | 5. | 9. |
| 2. | 6. | 10. |
| 3. | 7. | 11. |
| 4. | 8. | 12. |

The aforementioned appointments shall remain in full effect and force until First National Bank of Omaha (the "Bank") receives a written notice of revocation, which is satisfactory to the Bank, and the Bank has a reasonable opportunity to act thereon.

This form revokes any and all previous Appointments of Signers for the Account. As such, all previously appointed signers for the Account are hereby removed.

All signers shall have the ability to possess a Visa Check Card or Debit Card for the Account.

This form shall have no effect on any existing Business Depository Resolutions for the Customer.

This form shall have no effect on any Appointment of Business Cardholders for the Account.

Should the Bank agree and deem it acceptable, a signed copy of this Appointment of Signers may be delivered to the Bank via electronic means that are acceptable to, and that are acknowledged by, the Bank. The Bank may rely upon any and all records, documents, signatures or authorizations obtained through such electronic means as though they were an original.

I understand that the Bank may maintain a copy of this document in electronic form and I agree that a copy produced from such electronic form or by any other reliable means shall in all respects be considered equivalent to an original.

The Customer understands and agrees that the Account shall be governed by and subject to the terms and conditions of the Bank's Commercial Deposit Agreement, the terms of which are incorporated herein by this reference

The Bank reserves the right to reject, or not accept, this Appointment of Signers for any reason.

### Signers Removed*
*The individual(s) listed below shall be removed from the Account regardless of whether they are listed above as a Signer.

| | | |
|---|---|---|
| 1. | 5. | 9. |
| 2. | 6. | 10. |
| 3. | 7. | 11. |
| 4. | 8. | 12. |

I certify that my authority with regard to the Account has not been revoked or modified in any way.

IN WITNESS WHEREOF, I have signed this Appointment of Signers as of ___02/20/2015___

___DANIELLE C FOSS___
Name of Authorized Representative                                   Signature

APPOINTMENT OF SIGNERS 19MAR2013

1 of 1

Agarwal Attachment C-29

Approved 321891 March 3, 2015

## CERTIFICATION OF BUSINESS DEPOSITORY RESOLUTION

I, _____DANIELLE C FOSS_____ the undersigned, hereby certify that I am a duly authorized representative of _____*DENTAL PRO AT HOME LLC_____ (the "Customer"), which is a ___Limited Liability Company___ existing under the laws of the State of _____Arizona_____ under taxpayer identification number _____45-5142921_____.

I further certify that I hold the office indicated next to my signature and that the following resolutions have been approved by the board of directors or other governing body or persons whose approval is necessary to make these resolutions effective on behalf of the Customer:

RESOLVED, that First National Bank of Omaha (the "Bank") is designated as a depository in which the funds of the Customer may be deposited; and

RESOLVED, that: (i) all deposit accounts (the "Accounts") opened on behalf of the Customer shall be governed by and subject to the terms and conditions of the Bank's Commercial Deposit Agreement (the "Deposit Agreement"), the terms of which are incorporated herein by this reference and hereby approved and agreed to on behalf of the Customer; (ii) the Bank is hereby authorized to make advances of credit to prevent overdrafts on the Account; (iii) any of the Authorized Representatives identified below, acting alone, may execute on behalf of the Customer such further documents, instruments and agreements (collectively "Agreements") with the Bank as the Authorized Representative deems necessary or appropriate; (iv) the Bank may maintain a copy of such Agreements in electronic form and the Customer agrees that a copy produced from such electronic form or by any other reliable means (for example, photocopy, image or facsimile) shall in all respects be considered equivalent to an original; and

### Appointment of Authorized Representatives

RESOLVED, that the following individual(s) are hereby designated as "Authorized Representatives" with respect to the Account and that each such Authorized Representative, acting alone, shall have the power and authority of an Authorized Representative as referenced in the Deposit Agreement:

| Names | Names |
|---|---|
| 1. DANIELLE C FOSS | 5. |
| 2. | 6. |
| 3. | 7. |
| 4. | 8. |

### The Customer further resolves that:

1. Any and all Authorized Signers, whether appointed now or in the future, shall have the authority to: (i) make withdrawals and to draw checks, drafts or other orders for the payment of money on the Account; and (ii) to issue or cancel stop payment orders on the Account.

2. Authorized Signers shall not have the authority to make any changes or modifications to the Account.

3. The appointments of Authorized Representatives and Authorized Signers shall remain in full effect and force until the Bank receives a written notice of revocation, which is satisfactory to the Bank, and the Bank has a reasonable opportunity to act thereon.

4. These depository resolutions (the "Resolutions") shall continue in full force and effect until the Bank receives written notice of revocation, which is satisfactory to the Bank, and the Bank has a reasonable opportunity to act thereon.

5. These Resolutions revoke any and all previous depository resolutions for the Account.

6. These Resolutions do not revoke any previous Appointments of Signers.

7. These Resolutions do not revoke any previous Appointment of Business Cardholders.

8. The Customer and the undersigned expressly understand and agree that the Bank, when dealing with any of those persons herein authorized to act for the Customer, shall be entitled to accept the representations of such authorized person or persons, that the purpose of exercising the authority herein given is within the scope of the business of the Customer, and the Bank shall be under no obligation to make any inquiries in order to verify or confirm any of said representations nor see the application of the Customer's funds for the purposes so represented, and further that the Bank shall in no way be responsible for misapplication of the Customer's funds or other property so acquired, encumbered or disposed of by virtue of the authority herein given.

Origination   663459                                     Printed Date: 07/28/2015

9. Authorized Representatives may authorize and enroll in certain overdraft protection products and services on behalf of the Customer. Those products and services may cover items authorized or drawn on the account by Authorized Representatives or Authorized Signers.

10. Should the Bank agree and deem it acceptable, a signed copy of this Resolution, the Account Agreement, the Appointment of Signers, and the Appointment of Business Cardholders (collectively the "Documents"), may be delivered to the Bank via electronic means that are acceptable to, and that are acknowledged by, the Bank. The Bank may rely upon any and all records, Documents, signatures or authorizations obtained through such electronic means as though they were an original.

11. The Bank may maintain a copy of this Resolution in electronic form. A copy produced from such electronic form, or by any other reliable means, shall in all respects be considered equivalent to an original.

12. The Bank reserves the right to reject, or not accept, any of the Documents for any reason.

13. The signature of the undersigned on this Resolution is conclusive evidence of their authority to act on behalf of the Customer.

I further certify that such resolutions are in full force and effect, have not been revoked or modified, and that there is no provision in the Customer's organizational documents or any other requirement of law limiting effectiveness of the foregoing resolutions, the same are in conformity with the provisions of the Customer's organizational documents and if a corporate seal is required for this certificate, such seal is affixed.

IN WITNESS WHEREOF, I have signed this Certificate as of _____02/20/2015_____.

| | |
|---|---|
| DANIELLE C FOSS | |
| Name | Signature* |
| AUTHORIZED REP/SIGNER | |
| Title | |
| | |
| Name | Signature* |
| | |
| Title | |

*Number of signatures required is dependent upon Customer's organizational requirements. Space is provided for up to two (2) signatures although two signatures may not be required. If additional signatures are needed please contact your Bank representative.* Printed Date: 02.20.2015

Origination     665459

## CERTIFICATION OF BUSINESS DEPOSITORY RESOLUTION
### (Account Specific Sponsored Entity)

I, Danielle C Foss the undersigned, hereby certify that I am a duly authorized representative of DENTAL PRO AT HOME LLC (the "Customer"), which is a LLC existing under the laws of the State of ARIZONA under taxpayer identification number 46-5142921.

I further certify that I hold the office indicated next to my signature and that the following resolutions have been approved by the board of directors or other governing body or persons whose approval is necessary to make these resolutions effective on behalf of the Customer:

RESOLVED, that First National Bank of Omaha* (the "Bank") is designated as a depository in which the funds of the Customer may be deposited; and

RESOLVED, that: (i) deposit account #43156734 (the "Account") opened on behalf of the Customer shall be governed by and subject to the terms and conditions of the Bank's Commercial Deposit Agreement (the "Deposit Agreement"), the terms of which are incorporated herein by this reference and hereby approved and agreed to on behalf of the Customer; (ii) the Bank is hereby authorized to make advances of credit to prevent overdrafts on the Account; (iii) any of the Authorized Representatives identified below, acting alone, may execute on behalf of the Customer such further documents, instruments and agreements (collectively "Agreements") with the Bank as the Authorized Representative deems necessary or appropriate; (iv) the Bank may maintain a copy of such Agreements in electronic form and the Customer agrees that a copy produced from such electronic form or by any other reliable means (for example, photocopy, image or facsimile) shall in all respects be considered equivalent to an original; and

RESOLVED, that: (i) various services provided to Customer by Bank shall be governed by and subject to the terms and conditions of the Bank's Terms and Conditions for Corporate Treasury Services to which SPARK WHITENING LLC (the "Parent") is a party and all relevant Attachments thereto, as amended from time to time (the "Master Agreement"), the terms of which are incorporated herein by this reference and hereby approved and agreed to on behalf of the Customer; and (ii) Parent is hereby authorized to identify Customer as a Sponsored Entity referenced in the Master Agreement, to request and arrange for services from Bank on Customer's behalf and bind Customer to the terms of the Master Agreement; and

### Appointment of Authorized Representatives

RESOLVED, that the following individual(s) are hereby designated as "Authorized Representatives" with respect to the Account and that each such Authorized Representative, acting alone, shall have the power and authority of an Authorized Representative as referenced in the Deposit Agreement:

| Names | Names |
|---|---|
| 1. DANIELLE C FOSS | 5. |
| 2. | 6. |
| 3. | 7. |
| 4. | 8. |

### The Customer further resolves that:

1. Any and all Authorized Signers, whether appointed now or in the future, shall have the authority to: (i) make withdrawals and to draw checks, drafts or other orders for the payment of money on the Account; and (ii) to issue or cancel stop payment orders on the Account.

2. Authorized Signers shall not have the authority to make any changes or modifications to the Account.

3. The appointments of Authorized Representatives and Authorized Signers shall remain in full effect and force until the Bank receives a written notice of revocation, which is satisfactory to the Bank, and the Bank has a reasonable opportunity to act thereon.

4. These depository resolutions (the "Resolutions") shall continue in full force and effect until the Bank receives written notice of revocation, which is satisfactory to the Bank, and the Bank has a reasonable opportunity to act thereon.

5. These Resolutions revoke any and all previous depository resolutions for the Account.

6. These Resolutions do not revoke any previous Appointment of Signers.

7. These Resolutions do not revoke any previous Appointment of Business Cardholders.

* First National Bank of Omaha has divisions that operate under the names First National Bank of Omaha, First National Bank, First National Bank of Colorado, First National Bank Iowa, First National Bank of Kansas, First National Bank Southwest, First National Bank Fremont, First National Bank North Platte and Castle Bank.

Sponsored Entity Account Specific Depository Resolution
31March2014

Page 1 of 2
Confidential

8.  The Customer and the undersigned expressly understand and agree that the Bank, when dealing with any of those persons herein authorized to act for the Customer, shall be entitled to accept the representations of such authorized person or persons, that the purpose of exercising the authority herein given is within the scope of the business of the Customer, and the Bank shall be under no obligation to make any inquiries in order to verify or confirm any of said representations nor see the application of the Customer's funds for the purposes so represented, and further that the Bank shall in no way be responsible for misapplication of the Customer's funds or other property so acquired, encumbered or disposed of by virtue of the authority herein given.

9.  Authorized Representatives may authorize and enroll in certain overdraft protection products and services on behalf of the Customer.  Those products and services may cover items authorized or drawn on the account by Authorized Representatives or Authorized Signers.

10. Should the Bank agree and deem it acceptable, a signed copy of this Resolution, the Account Agreement, the Appointment of Signers, and the Appointment of Business Cardholders (collectively the "Documents"), may be delivered to the Bank via electronic means that are acceptable to, and that are acknowledged by, the Bank.  The Bank may rely upon any and all records, Documents, signatures or authorizations obtained through such electronic means as though they were an original.

11. The Bank may maintain a copy of this Resolution in electronic form.  A copy produced from such electronic form, or by any other reliable means, shall in all respects be considered equivalent to an original.

12. The Bank reserves the right to reject, or not accept, any of the Documents for any reason.

13. The signature of the undersigned on this Resolution is conclusive evidence of their authority to act on behalf of the Customer.

I further certify that such resolutions are in full force and effect, have not been revoked or modified, and that there is no provision in the Customer's organizational documents or any other requirement of law limiting effectiveness of the foregoing resolutions, the same are in conformity with the provisions of the Customer's organizational documents and if a corporate seal is required for this certificate, such seal is affixed.

IN WITNESS WHEREOF, I have signed this Certificate as of March 1, 2015.

Danielle C Foss
_____                          _____
Name                                                                    Signature*

Authorized Member | Signer
_____
Title

_____                          _____
Name                                                                    Signature*

_____
Title

* Number of signatures required is dependent upon Customer's organizational requirements.  Space is provided for up to two (2) signatures although two (2) signatures may not be required.  If additional signatures are needed please contact your Bank representative.

Approved 321291 March 3, 2015

David Goldstone

6718

## Signature Card / Business Depository Account Agreement

First National Bank of Omaha has divisions that operate under the names First National Bank, First National Bank Southwest, First National Bank Fremont, First National Bank North Platte and Castle Bank. These are all the same FDIC-insured bank. If you have deposits in the same right and capacity at more than one division of First National Bank of Omaha, those deposits are added together and insured in accordance with the regulations of the Federal Deposit Insurance Corporation (the "FDIC"), they are not separately insured.

| Account Number: | 6718 | Date: 02/20/2015 |
|---|---|---|
| Account Title: | BELLA AT HOME LLC<br>DANIELLE C FOSS | |
| Address: | AT 7702 E DOUBLETREE RANCH RD SCOTTSDALE, AZ 85258 | |
| Phone: | | |

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.

| Owner/Signer Information 1 | | Owner/Signer Information 2 | |
|---|---|---|---|
| Name | DANIELLE C FOSS | Name | |
| Relationship/Role | Authorized Rep/Signer | Relationship/Role | |
| Address | THORNTON, CO 80602 | Address | |
| Birth Date | /1984 | Birth Date | |
| SSN/TIN | XXX-XX-8082 | SSN/TIN | |
| Owner/Signer Information 3 | | Owner/Signer Information 4 | |
| Name | | Name | |
| Relationship/Role | | Relationship/Role | |
| Address | | Address | |
| Birth Date | | Birth Date | |
| SSN/TIN | | SSN/TIN | |

| Non-Individual Owner Information | | Signatures |
|---|---|---|
| Name | *BELLA AT HOME LLC | First National Bank of Omaha is authorized to recognize any of the signatures and facsimile specimens affixed for payment of funds or the transaction of any business for this account. The depositor agrees to be bound by all regulations of the Bank, including but not limited to, the Commercial Deposit Agreement and Disclosure (or Certificate of Deposit) and consents and agrees to contract with Bank by electronic means. Customer understands that Bank may maintain a copy of this signature card in electronic form and agrees that a copy produced from such electronic form or by any other reliable means (for example, photocopy, image or facsimile) shall in all respects be considered equivalent to an original. This account is governed by the latest complete depository resolution filed with the Bank. |
| SSN/TIN | 35-2448818 | |
| Type of Entity | Limited Liability Company | |
| State/Country | Arizona | |
| Address | AT 7702 E DOUBLETREE RANCH RD SCOTTSDALE, AZ 85258 | |

| Back-up Withholding Certifications | |
|---|---|
| *(If not a "U.S. Person," certify foreign status separately.)* | |
| TIN: | 35-2448818 |

1] X _[signature]_
    DANIELLE C FOSS

**I certify under penalties of perjury:**

1. The number shown above is the correct taxpayer identification number, and
2. I am not subject to backup withholding because (a) I am exempt from back-up withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident alien), and
4. I am exempt from Foreign Account Tax Compliance Act (FATCA) reporting.

Certification Instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. Additional instructions from the IRS are available upon request.

The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

2] X _____

3] X _____

4] X _____

X _[signature]_     Date: _____
  *BELLA AT HOME LLC

| For Bank's Use Only | | |
|---|---|---|
| ☐ New | ☐ Replacement | ☐ Additional* |
| | *Prior Signature Card Date | |
| ☐ Checking | ☐ Savings | ☐ Certificate of Deposit |

Other Terms/Information/Special Instructions/Beneficiary Designation

Origination
662459

Signature Card / Business Depository Account Agreement – 16Nov2014      Page 1 of 1

Approved 321891 March 3, 2015

## APPOINTMENT OF SIGNERS

I, the undersigned, being duly authorized by the Certification of Business Depository Resolutions for _____BELLA AT HOME LLC_____ (the "Customer") which was executed on ___02/23/2015___ , hereby nominate and appoint the followings individuals as Authorized Signers (hereinafter the "Signers") for account # _____ 5718 (the "Account"):

| Names | Names | Names |
|-------|-------|-------|
| 1. DANIELLE C FOSS | 5. | 9. |
| 2. | 6. | 10. |
| 3. | 7. | 11. |
| 4. | 8. | 12. |

The aforementioned appointments shall remain in full effect and force until First National Bank of Omaha (the "Bank") receives a written notice of revocation, which is satisfactory to the Bank, and the Bank has a reasonable opportunity to act thereon.

This form revokes any and all previous Appointments of Signers for the Account. As such, all previously appointed signers for the Account are hereby removed.

All signers shall have the ability to possess a Visa Check Card or Debit Card for the Account.

This form shall have no effect on any existing Business Depository Resolutions for the Customer.

This form shall have no effect on any Appointment of Business Cardholders for the Account.

Should the Bank agree and deem it acceptable, a signed copy of this Appointment of Signers may be delivered to the Bank via electronic means that are acceptable to, and that are acknowledged by, the Bank. The Bank may rely upon any and all records, documents, signatures or authorizations obtained through such electronic means as though they were an original.

I understand that the Bank may maintain a copy of this document in electronic form and I agree that a copy produced from such electronic form or by any other reliable means shall in all respects be considered equivalent to an original.

The Customer understands and agrees that the Account shall be governed by and subject to the terms and conditions of the Bank's Commercial Deposit Agreement, the terms of which are incorporated herein by this reference

The Bank reserves the right to reject, or not accept, this Appointment of Signers for any reason.

### Signers Removed*

*The individual(s) listed below shall be removed from the Account regardless of whether they are listed above as a Signer.

| | | |
|-------|-------|-------|
| 1. | 5. | 9. |
| 2. | 6. | 10. |
| 3. | 7. | 11. |
| 4. | 8. | 12. |

I certify that my authority with regard to the Account has not been revoked or modified in any way.

IN WITNESS WHEREOF, I have signed this Appointment of Signers as of ___02/20/2015___

_____DANIELLE C FOSS_____
Name of Authorized Representative

Signature

APPOINTMENT OF SIGNERS 19MAR2013

1 of 1

Agarwal Attachment C-35

Approved 321891 March 3, 2015

## CERTIFICATION OF BUSINESS DEPOSITORY RESOLUTION

I, _____ DANIELLE C FOSS _____ the undersigned, hereby certify that I am a duly authorized representative of _____ "BELLA AT HOME LLC _____ (the "Customer"), which is a ____ Limited Liability Company ____ existing under the laws of the State of _____ Arizona _____ under taxpayer identification number _____ 35-2448818 _____.

I further certify that I hold the office indicated next to my signature and that the following resolutions have been approved by the board of directors or other governing body or persons whose approval is necessary to make these resolutions effective on behalf of the Customer:

RESOLVED, that First National Bank of Omaha (the "Bank") is designated as a depository in which the funds of the Customer may be deposited; and

RESOLVED, that: (i) all deposit accounts (the "Accounts") opened on behalf of the Customer shall be governed by and subject to the terms and conditions of the Bank's Commercial Deposit Agreement (the "Deposit Agreement"), the terms of which are incorporated herein by this reference and hereby approved and agreed to on behalf of the Customer; (ii) the Bank is hereby authorized to make advances of credit to prevent overdrafts on the Account; (iii) any of the Authorized Representatives identified below, acting alone, may execute on behalf of the Customer such further documents, instruments and agreements (collectively "Agreements") with the Bank as the Authorized Representative deems necessary or appropriate; (iv) the Bank may maintain a copy of such Agreements in electronic form and the Customer agrees that a copy produced from such electronic form or by any other reliable means (for example, photocopy, image or facsimile) shall in all respects be considered equivalent to an original; and

**Appointment of Authorized Representatives**.

RESOLVED, that the following individual(s) are hereby designated as "Authorized Representatives" with respect to the Account and that each such Authorized Representative, acting alone, shall have the power and authority of an Authorized Representative as referenced in the Deposit Agreement:

| Names | Names |
|---|---|
| 1. DANIELLE C FOSS | 5. |
| 2. | 6. |
| 3. | 7. |
| 4. | 8. |

**The Customer further resolves that:**

1. Any and all Authorized Signers, whether appointed now or in the future, shall have the authority to: (i) make withdrawals and to draw checks, drafts or other orders for the payment of money on the Account; and (ii) to issue or cancel stop payment orders on the Account.

2. Authorized Signers shall not have the authority to make any changes or modifications to the Account.

3. The appointments of Authorized Representatives and Authorized Signers shall remain in full effect and force until the Bank receives a written notice of revocation, which is satisfactory to the Bank, and the Bank has a reasonable opportunity to act thereon.

4. These depository resolutions (the "Resolutions") shall continue in full force and effect until the Bank receives written notice of revocation, which is satisfactory to the Bank, and the Bank has a reasonable opportunity to act thereon.

5. These Resolutions revoke any and all previous depository resolutions for the Account.

6. These Resolutions do not revoke any previous Appointments of Signers.

7. These Resolutions do not revoke any previous Appointment of Business Cardholders.

8. The Customer and the undersigned expressly understand and agree that the Bank, when dealing with any of those persons herein authorized to act for the Customer, shall be entitled to accept the representations of such authorized person or persons, that the purpose of exercising the authority herein given is within the scope of the business of the Customer, and the Bank shall be under no obligation to make any inquiries in order to verify or confirm any of said representations nor see the application of the Customer's funds for the purposes so represented, and further that the Bank shall in no way be responsible for misapplication of the Customer's funds or other property so acquired, encumbered or disposed of by virtue of the authority herein given.

Origination   662459

Printed Date: 03/26/2015

Agarwal Attachment C-36

9.  Authorized Representatives may authorize and enroll in certain overdraft protection products and services on behalf of the Customer. Those products and services may cover items authorized or drawn on the account by Authorized Representatives or Authorized Signers.

10. Should the Bank agree and deem it acceptable, a signed copy of this Resolution, the Account Agreement, the Appointment of Signers, and the Appointment of Business Cardholders (collectively the "Documents"), may be delivered to the Bank via electronic means that are acceptable to, and that are acknowledged by, the Bank. The Bank may rely upon any and all records, Documents, signatures or authorizations obtained through such electronic means as though they were an original.

11. The Bank may maintain a copy of this Resolution in electronic form. A copy produced from such electronic form, or by any other reliable means, shall in all respects be considered equivalent to an original.

12. The Bank reserves the right to reject, or not accept, any of the Documents for any reason.

13. The signature of the undersigned on this Resolution is conclusive evidence of their authority to act on behalf of the Customer.

I further certify that such resolutions are in full force and effect, have not been revoked or modified, and that there is no provision in the Customer's organizational documents or any other requirement of law limiting effectiveness of the foregoing resolutions, the same are in conformity with the provisions of the Customer's organizational documents and if a corporate seal is required for this certificate, such seal is affixed.

IN WITNESS WHEREOF, I have signed this Certificate as of _____ 02/20/2015 _____

| | |
|---|---|
| DANIELLE C FOSS | |
| Name | Signature* |
| AUTHORIZED REP/SIGNER | |
| Title | |
| | |
| Name | Signature* |
| | |
| Title | |

\* *Number of signatures required is dependent upon Customer's organizational requirements. Space is provided for up to two (2) signatures although two signatures may not be required. If additional signatures are needed please contact your Bank representative.* Printed Date: 07-30-2015

Origination     663499

Approved 321891 March 3, 2016

6726                                                                          David Goldstone

## Signature Card / Business Depository Account Agreement

First National Bank of Omaha has divisions that operate under the names First National Bank, First National Bank Southwest, First National Bank Fremont, First National Bank North Platte and Castle Bank. These are all the same FDIC-insured bank. If you have deposits in the same right and capacity at more than one division of First National Bank of Omaha, these deposits are added together and insured in accordance with the regulations of the Federal Deposit Insurance Corporation (the "FDIC"), they are not separately insured.

| Account Number: | 6726 | Date: 02/20/2015 |
|---|---|---|
| Account Title: | CIRCLE OF YOUTH SKINCARE LLC<br>DANIELLE C FOSS | |
| Address: | AT 7702 E DOUBLETREE RANCH RD SCOTTSDALE, AZ 85258 | |
| Phone: | | |

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.

| Owner/Signer Information 1 | | Owner/Signer Information 2 | |
|---|---|---|---|
| Name | DANIELLE C FOSS | Name | |
| Relationship/Role | Authorized Rep/Signer | Relationship/Role | |
| Address | THORNTON, CO 80602 | Address | |
| Birth Date | /1984 | Birth Date | |
| SSN/TIN | XXX-XX-8082 | SSN/TIN | |
| **Owner/Signer Information 3** | | **Owner/Signer Information 4** | |
| Name | | Name | |
| Relationship/Role | | Relationship/Role | |
| Address | | Address | |
| Birth Date | | Birth Date | |
| SSN/TIN | | SSN/TIN | |

| Non-Individual Owner Information | | Signatures |
|---|---|---|
| Name | *CIRCLE OF YOUTH SKINCARE LLC | First National Bank of Omaha is authorized to recognize any of the signatures and facsimile specimens affixed for payment of funds or the transaction of any business for this account. The depositor agrees to be bound by all regulations of the Bank, including but not limited to, the Commercial Deposit Agreement and Disclosure (or Certificate of Deposit) and consents and agrees to contract with Bank by electronic means. Customer understands that Bank may maintain a copy of this signature card in electronic form and agrees that a copy produced from such electronic form or by any other reliable means (for example, photocopy, image or facsimile) shall in all respects be considered equivalent to an original. This account is governed by the latest complete depository resolution filed with the Bank. |
| SSN/TIN | 45-5142719 | |
| Type of Entity | Limited Liability Company | |
| State/Country | Arizona | |
| Address | AT 7702 E DOUBLETREE RANCH RD SCOTTSDALE, AZ 85258 | |

### Back-up Withholding Certifications

*(If not a "U.S. Person," certify foreign status separately.)*

| TIN: | 45-5142719 |
|---|---|

I certify under penalties of perjury:

1. The number shown above is the correct taxpayer identification number, and
2. I am not subject to backup withholding because (a) I am exempt from back-up withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident alien), and
4. I am exempt from Foreign Account Tax Compliance Act (FATCA) reporting.

**Certification Instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. Additional instructions from the IRS are available upon request.

The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

X _____  Date: _____

*CIRCLE OF YOUTH SKINCARE LLC

1] X _____
DANIELLE C FOSS

2] X _____

3] X _____

4] X _____

Other Terms/Information/Special Instructions/Beneficiary Designation

| For Bank's Use Only | | |
|---|---|---|
| ☐ New | ☐ Replacement | ☐ Additional* |
| | *Prior Signature Card Date | |
| ☐ Checking | ☐ Savings | ☐ Certificate of Deposit |

Origination
662459

Signature Card / Business Depository Account Agreement ~ 16Nov2014

Page 1 of 1

Approved 321891 March 3, 2015

## APPOINTMENT OF SIGNERS

I, the undersigned, being duly authorized by the Certification of Business Depository Resolutions for ___*CIRCLE OF YOUTH SKINCARE LLC___ (the "Customer") which was executed on ___02/23/2015___, hereby nominate and appoint the followings individuals as Authorized Signers (hereinafter the "Signers") for account # _____6726___ (the "Account"):

| Names | Names | Names |
|---|---|---|
| 1. DANIELLE C FOSS | 5. | 9. |
| 2. | 6. | 10. |
| 3. | 7. | 11. |
| 4. | 8. | 12. |

The aforementioned appointments shall remain in full effect and force until First National Bank of Omaha (the "Bank") receives a written notice of revocation, which is satisfactory to the Bank, and the Bank has a reasonable opportunity to act thereon.

This form revokes any and all previous Appointments of Signers for the Account. As such, all previously appointed signers for the Account are hereby removed.

All signers shall have the ability to possess a Visa Check Card or Debit Card for the Account.

This form shall have no effect on any existing Business Depository Resolutions for the Customer.

This form shall have no effect on any Appointment of Business Cardholders for the Account.

Should the Bank agree and deem it acceptable, a signed copy of this Appointment of Signers may be delivered to the Bank via electronic means that are acceptable to, and that are acknowledged by, the Bank. The Bank may rely upon any and all records, documents, signatures or authorizations obtained through such electronic means as though they were an original.

I understand that the Bank may maintain a copy of this document in electronic form and I agree that a copy produced from such electronic form or by any other reliable means shall in all respects be considered equivalent to an original.

The Customer understands and agrees that the Account shall be governed by and subject to the terms and conditions of the Bank's Commercial Deposit Agreement, the terms of which are incorporated herein by this reference

The Bank reserves the right to reject, or not accept, this Appointment of Signers for any reason.

### Signers Removed*
*The individual(s) listed below shall be removed from the Account regardless of whether they are listed above as a Signer.

| | | |
|---|---|---|
| 1. | 5. | 9. |
| 2. | 6. | 10. |
| 3. | 7. | 11. |
| 4. | 8. | 12. |

I certify that my authority with regard to the Account has not been revoked or modified in any way.

IN WITNESS WHEREOF, I have signed this Appointment of Signers as of ___02/20/2015___

___DANIELLE C FOSS___
Name of Authorized Representative                                  Signature

APPOINTMENT OF SIGNERS 19MAR2013                                                    1 of 1

Agarwal Attachment C-39

Approved 321831 March 3, 2015

## CERTIFICATION OF BUSINESS DEPOSITORY RESOLUTION

I, _____ DANIELLE C FOSS _____ the undersigned, hereby certify that I am a duly authorized representative of _____ *CIRCLE OF YOUTH SKINCARE LLC _____ (the "Customer"), which is a ___ Limited Liability Company ___ existing under the laws of the State of _____ Arizona _____ under taxpayer identification number _____ 45-5142719 _____.

I further certify that I hold the office indicated next to my signature and that the following resolutions have been approved by the board of directors or other governing body or persons whose approval is necessary to make these resolutions effective on behalf of the Customer:

RESOLVED, that First National Bank of Omaha (the "Bank") is designated as a depository in which the funds of the Customer may be deposited; and

RESOLVED, that: (i) all deposit accounts (the "Accounts") opened on behalf of the Customer shall be governed by and subject to the terms and conditions of the Bank's Commercial Deposit Agreement (the "Deposit Agreement"), the terms of which are incorporated herein by this reference and hereby approved and agreed to on behalf of the Customer; (ii) the Bank is hereby authorized to make advances of credit to prevent overdrafts on the Account; (iii) any of the Authorized Representatives identified below, acting alone, may execute on behalf of the Customer such further documents, instruments and agreements (collectively "Agreements") with the Bank as the Authorized Representative deems necessary or appropriate; (iv) the Bank may maintain a copy of such Agreements in electronic form and the Customer agrees that a copy produced from such electronic form or by any other reliable means (for example, photocopy, image or facsimile) shall in all respects be considered equivalent to an original; and

### Appointment of Authorized Representatives

RESOLVED, that the following individual(s) are hereby designated as "Authorized Representatives" with respect to the Account and that each such Authorized Representative, acting alone, shall have the power and authority of an Authorized Representative as referenced in the Deposit Agreement:

| Names | Names |
|---|---|
| 1. DANIELLE C FOSS | 5. |
| 2. | 6. |
| 3. | 7. |
| 4. | 8. |

### The Customer further resolves that:

1. Any and all Authorized Signers, whether appointed now or in the future, shall have the authority to: (i) make withdrawals and to draw checks, drafts or other orders for the payment of money on the Account; and (ii) to issue or cancel stop payment orders on the Account.

2. Authorized Signers shall not have the authority to make any changes or modifications to the Account.

3. The appointments of Authorized Representatives and Authorized Signers shall remain in full effect and force until the Bank receives a written notice of revocation, which is satisfactory to the Bank, and the Bank has a reasonable opportunity to act thereon.

4. These depository resolutions (the "Resolutions") shall continue in full force and effect until the Bank receives written notice of revocation, which is satisfactory to the Bank, and the Bank has a reasonable opportunity to act thereon.

5. These Resolutions revoke any and all previous depository resolutions for the Account.

6. These Resolutions do not revoke any previous Appointments of Signers.

7. These Resolutions do not revoke any previous Appointment of Business Cardholders.

8. The Customer and the undersigned expressly understand and agree that the Bank, when dealing with any of those persons herein authorized to act for the Customer, shall be entitled to accept the representations of such authorized person or persons, that the purpose of exercising the authority herein given is within the scope of the business of the Customer, and the Bank shall be under no obligation to make any inquiries in order to verify or confirm any of said representations nor see the application of the Customer's funds for the purposes so represented, and further that the Bank shall in no way be responsible for misapplication of the Customer's funds or other property so acquired, encumbered or disposed of by virtue of the authority herein given.

Origination    662459

Primal Date v3 2/2/2015

Agarwal Attachment C-40

9. Authorized Representatives may authorize and enroll in certain overdraft protection products and services on behalf of the Customer. Those products and services may cover items authorized or drawn on the account by Authorized Representatives or Authorized Signers.

10. Should the Bank agree and deem it acceptable, a signed copy of this Resolution, the Account Agreement, the Appointment of Signers, and the Appointment of Business Cardholders (collectively the "Documents"), may be delivered to the Bank via electronic means that are acceptable to, and that are acknowledged by, the Bank. The Bank may rely upon any and all records, Documents, signatures or authorizations obtained through such electronic means as though they were an original.

11. The Bank may maintain a copy of this Resolution in electronic form. A copy produced from such electronic form, or by any other reliable means, shall in all respects be considered equivalent to an original.

12. The Bank reserves the right to reject, or not accept, any of the Documents for any reason.

13. The signature of the undersigned on this Resolution is conclusive evidence of their authority to act on behalf of the Customer.

I further certify that such resolutions are in full force and effect, have not been revoked or modified, and that there is no provision in the Customer's organizational documents or any other requirement of law limiting effectiveness of the foregoing resolutions, the same are in conformity with the provisions of the Customer's organizational documents and if a corporate seal is required for this certificate, such seal is affixed.

IN WITNESS WHEREOF, I have signed this Certificate as of _____ 02/20/2015 _____.

| | |
|---|---|
| DANIELLE C FOSS | |
| Name | Signature* |
| AUTHORIZED REP/SIGNER | |
| Title | |
| | |
| Name | Signature* |
| | |
| Title | |

*Number of signatures required is dependent upon Customer's organizational requirements. Space is provided for up to two (2) signatures although two signatures may not be required. If additional signatures are needed please contact your Bank representative. Printed Date: 02/20/2015

Origination      663459

Agarwal Attachment C-41

Approved 321891 March 3, 2015

6734

David Goldstone

## Signature Card / Business Depository Account Agreement

First National Bank of Omaha has divisions that operate under the names First National Bank, First National Bank Southwest, First National Bank Fremont, First National Bank North Platte and Castle Bank. These are all the same FDIC-insured bank. If you have deposits in the same right and capacity at more than one division of First National Bank of Omaha, those deposits are added together and insured in accordance with the regulations of the Federal Deposit Insurance Corporation (the "FDIC"), they are not separately insured.

| Account Number: | 6734 | Date: 02/20/2015 |
|---|---|---|
| Account Title: | SPARK WHITENING LLC <br> DANIELLE C FOSS | |
| Address: | AT 7702 E DOUBLETREE RANCH RD SCOTTSDALE, AZ 85258 | |
| Phone: | | |

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.

| Owner/Signer Information 1 | | Owner/Signer Information 2 | |
|---|---|---|---|
| Name | DANIELLE C FOSS | Name | |
| Relationship/Role | Authorized Rep/Signer | Relationship/Role | |
| Address | THORNTON, CO 80602 | Address | |
| Birth Date | /1984 | Birth Date | |
| SSN/TIN | XXX-XX-8082 | SSN/TIN | |

| Owner/Signer Information 3 | | Owner/Signer Information 4 | |
|---|---|---|---|
| Name | | Name | |
| Relationship/Role | | Relationship/Role | |
| Address | | Address | |
| Birth Date | | Birth Date | |
| SSN/TIN | | SSN/TIN | |

| Non-Individual Owner Information | | Signatures |
|---|---|---|
| Name | *SPARK WHITENING LLC | First National Bank of Omaha is authorized to recognize any of the signatures and facsimile specimens affixed for payment of funds or the transaction of any business for this account. The depositor agrees to be bound by all regulations of the Bank, including but not limited to, the Commercial Deposit Agreement and Disclosure (or Certificate of Deposit) and consents and agrees to contract with Bank by electronic means. Customer understands that Bank may maintain a copy of this signature card in electronic form and agrees that a copy produced from such electronic form or by any other reliable means (for example, photocopy, image or facsimile) shall in all respects be considered equivalent to an original. This account is governed by the latest complete depository resolution filed with the Bank. |
| SSN/TIN | 90-0869806 | |
| Type of Entity | Limited Liability Company | |
| State/Country | Arizona | |
| Address | AT 7702 E DOUBLETREE RANCH RD SCOTTSDALE, AZ 85258 | |

**Back-up Withholding Certifications**

*(If not a "U.S. Person," certify foreign status separately.)*

| TIN: | 90-0869806 |
|---|---|

I certify under penalties of perjury:

1. The number shown above is the correct taxpayer identification number, and
2. I am not subject to backup withholding because (a) I am exempt from back-up withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident alien), and
4. I am exempt from Foreign Account Tax Compliance Act (FATCA) reporting.

**Certification Instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. Additional instructions from the IRS are available upon request.

The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

X _____  Date: _____

*SPARK WHITENING LLC

1] X _____
DANIELLE C FOSS

2] X _____

3] X _____

4] X _____

**Other Terms/Information/Special Instructions/Beneficiary Designation**

**For Bank's Use Only**

| ☐ New | ☐ Replacement | ☐ Additional* |
|---|---|---|
| | | *Prior Signature Card Date |
| ☐ Checking | ☐ Savings | ☐ Certificate of Deposit |

Origination
662459

Signature Card / Business Depository Account Agreement – 16Nov2014

Page 1 of 1

Agarwal Attachment C-42

Approved 321891 March 3, 2015

## APPOINTMENT OF SIGNERS

I, the undersigned, being duly authorized by the Certification of Business Depository Resolutions for _____ *SPARK WHITENING LLC _____ (the "Customer") which was executed on _____ 02/23/2015 _____, hereby nominate and appoint the followings individuals as Authorized Signers (hereinafter the "Signers") for account # _____ ███ 6734 _____ (the "Account"):

| Names | Names | Names |
|---|---|---|
| 1. DANIELLE C FOSS | 5. | 9. |
| 2. | 6. | 10. |
| 3. | 7. | 11. |
| 4. | 8. | 12. |

The aforementioned appointments shall remain in full effect and force until First National Bank of Omaha (the "Bank") receives a written notice of revocation, which is satisfactory to the Bank, and the Bank has a reasonable opportunity to act thereon.

This form revokes any and all previous Appointments of Signers for the Account.  As such, all previously appointed signers for the Account are hereby removed.

All signers shall have the ability to possess a Visa Check Card or Debit Card for the Account.

This form shall have no effect on any existing Business Depository Resolutions for the Customer.

This form shall have no effect on any Appointment of Business Cardholders for the Account.

Should the Bank agree and deem it acceptable, a signed copy of this Appointment of Signers may be delivered to the Bank via electronic means that are acceptable to, and that are acknowledged by, the Bank.  The Bank may rely upon any and all records, documents, signatures or authorizations obtained through such electronic means as though they were an original.

I understand that the Bank may maintain a copy of this document in electronic form and I agree that a copy produced from such electronic form or by any other reliable means shall in all respects be considered equivalent to an original.

The Customer understands and agrees that the Account shall be governed by and subject to the terms and conditions of the Bank's Commercial Deposit Agreement, the terms of which are incorporated herein by this reference

The Bank reserves the right to reject, or not accept, this Appointment of Signers for any reason.

### Signers Removed*
*The individual(s) listed below shall be removed from the Account regardless of whether they are listed above as a Signer.

| | | |
|---|---|---|
| 1. | 5. | 9. |
| 2. | 6. | 10. |
| 3. | 7. | 11. |
| 4. | 8. | 12. |

I certify that my authority with regard to the Account has not been revoked or modified in any way.

IN WITNESS WHEREOF, I have signed this Appointment of Signers as of _____ 02/20/2015 _____

_____ DANIELLE C FOSS _____
Name of Authorized Representative                           Signature

APPOINTMENT OF SIGNERS 19MAR2013                           1 of 1

Agarwal Attachment C-43

Approved 32433H March 3, 2015

## CERTIFICATION OF BUSINESS DEPOSITORY RESOLUTION

I, _____ DANIELLE C FOSS _____ the undersigned, hereby certify that I am a duly authorized representative of _____ *SPARK WHITENING LLC _____ (the "Customer"), which is a ____ Limited Liability Company ____ existing under the laws of the State of _____ Arizona _____ under taxpayer identification number _____ 90-0869806 _____.

I further certify that I hold the office indicated next to my signature and that the following resolutions have been approved by the board of directors or other governing body or persons whose approval is necessary to make these resolutions effective on behalf of the Customer:

RESOLVED, that First National Bank of Omaha (the "Bank") is designated as a depository in which the funds of the Customer may be deposited; and

RESOLVED, that: (i) all deposit accounts (the "Accounts") opened on behalf of the Customer shall be governed by and subject to the terms and conditions of the Bank's Commercial Deposit Agreement (the "Deposit Agreement"), the terms of which are incorporated herein by this reference and hereby approved and agreed to on behalf of the Customer; (ii) the Bank is hereby authorized to make advances of credit to prevent overdrafts on the Account; (iii) any of the Authorized Representatives identified below, acting alone, may execute on behalf of the Customer such further documents, instruments and agreements (collectively "Agreements") with the Bank as the Authorized Representative deems necessary or appropriate; (iv) the Bank may maintain a copy of such Agreements in electronic form and the Customer agrees that a copy produced from such electronic form or by any other reliable means (for example, photocopy, image or facsimile) shall in all respects be considered equivalent to an original; and

### Appointment of Authorized Representatives

RESOLVED, that the following individual(s) are hereby designated as "Authorized Representatives" with respect to the Account and that each such Authorized Representative, acting alone, shall have the power and authority of an Authorized Representative as referenced in the Deposit Agreement:

| Names | Names |
|-------|-------|
| 1. DANIELLE C FOSS | 5. |
| 2. | 6. |
| 3. | 7. |
| 4. | 8. |

### The Customer further resolves that:

1. Any and all Authorized Signers, whether appointed now or in the future, shall have the authority to: (i) make withdrawals and to draw checks, drafts or other orders for the payment of money on the Account; and (ii) to issue or cancel stop payment orders on the Account.

2. Authorized Signers shall not have the authority to make any changes or modifications to the Account.

3. The appointments of Authorized Representatives and Authorized Signers shall remain in full effect and force until the Bank receives a written notice of revocation, which is satisfactory to the Bank, and the Bank has a reasonable opportunity to act thereon.

4. These depository resolutions (the "Resolutions") shall continue in full force and effect until the Bank receives written notice of revocation, which is satisfactory to the Bank, and the Bank has a reasonable opportunity to act thereon.

5. These Resolutions revoke any and all previous depository resolutions for the Account.

6. These Resolutions do not revoke any previous Appointments of Signers.

7. These Resolutions do not revoke any previous Appointment of Business Cardholders.

8. The Customer and the undersigned expressly understand and agree that the Bank, when dealing with any of those persons herein authorized to act for the Customer, shall be entitled to accept the representations of such authorized person or persons, that the purpose of exercising the authority herein given is within the scope of the business of the Customer, and the Bank shall be under no obligation to make any inquiries in order to verify or confirm any of said representations nor see the application of the Customer's funds for the purposes so represented, and further that the Bank shall in no way be responsible for misapplication of the Customer's funds or other property so acquired, encumbered or disposed of by virtue of the authority herein given.

Origination    662459                                Printed Date: 03/26/2015

Agarwal Attachment C-44

9. Authorized Representatives may authorize and enroll in certain overdraft protection products and services on behalf of the Customer. Those products and services may cover items authorized or drawn on the account by Authorized Representatives or Authorized Signers.

10. Should the Bank agree and deem it acceptable, a signed copy of this Resolution, the Account Agreement, the Appointment of Signers, and the Appointment of Business Cardholders (collectively the "Documents"), may be delivered to the Bank via electronic means that are acceptable to, and that are acknowledged by, the Bank. The Bank may rely upon any and all records, Documents, signatures or authorizations obtained through such electronic means as though they were an original.

11. The Bank may maintain a copy of this Resolution in electronic form. A copy produced from such electronic form, or by any other reliable means, shall in all respects be considered equivalent to an original.

12. The Bank reserves the right to reject, or not accept, any of the Documents for any reason.

13. The signature of the undersigned on this Resolution is conclusive evidence of their authority to act on behalf of the Customer.

I further certify that such resolutions are in full force and effect, have not been revoked or modified, and that there is no provision in the Customer's organizational documents or any other requirement of law limiting effectiveness of the foregoing resolutions, the same are in conformity with the provisions of the Customer's organizational documents and if a corporate seal is required for this certificate, such seal is affixed.

IN WITNESS WHEREOF, I have signed this Certificate as of _____02/20/2015_____

| DANIELLE C FOSS | Signature* |
| Name | |
| AUTHORIZED REP/SIGNER | |
| Title | |
| | |
| Name | Signature* |
| | |
| Title | |

\* *Number of signatures required is dependent upon Customer's organizational requirements. Space is provided for up to two (2) signatures although two signatures may not be required. If additional signatures are needed please contact your Bank representative.*   Printed Date 02/20/2015

Origination   665459

Agarwal Attachment C-45

Approved 321891 March 3, 2015

6750 David Goldstone

## Signature Card / Business Depository Account Agreement

First National Bank of Omaha has divisions that operate under the names First National Bank, First National Bank Southwest, First National Bank Fremont, First National Bank North Platte and Castle Bank. These are all the same FDIC-insured bank. If you have deposits in the same right and capacity at more than one division of First National Bank of Omaha, these deposits are added together and insured in accordance with the regulations of the Federal Deposit Insurance Corporation (the "FDIC"), they are not separately insured.

| Account Number: | 6750 | Date: 02/20/2015 |
|---|---|---|
| Account Title: | BLIZZARD WHITE LLC<br>DANIELLE C FOSS | |
| Address: | AT 7702 E DOUBLETREE RANCH RD SCOTTSDALE, AZ 85258 | |
| Phone: | | |

IMPORTANT ACCOUNT OPENING INFORMATION: Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.

| Owner/Signer Information 1 | | Owner/Signer Information 2 | |
|---|---|---|---|
| Name | DANIELLE C FOSS | Name | |
| Relationship/Role | Authorized Rep/Signer | Relationship/Role | |
| Address | THORNTON, CO 80602 | Address | |
| Birth Date | 1984 | Birth Date | |
| SSN/TIN | XXX-XX-8082 | SSN/TIN | |

| Owner/Signer Information 3 | | Owner/Signer Information 4 | |
|---|---|---|---|
| Name | | Name | |
| Relationship/Role | | Relationship/Role | |
| Address | | Address | |
| Birth Date | | Birth Date | |
| SSN/TIN | | SSN/TIN | |

| Non-Individual Owner Information | |
|---|---|
| Name | *BLIZZARD WHITE LLC |
| SSN/TIN | 45-4890928 |
| Type of Entity | Limited Liability Company |
| State/Country | Arizona |
| Address | AT 7702 E DOUBLETREE RANCH RD SCOTTSDALE, AZ 85258 |

**Signatures**

First National Bank of Omaha is authorized to recognize any of the signatures and facsimile specimens affixed for payment of funds or the transaction of any business for this account. The depositor agrees to be bound by all regulations of the Bank, including but not limited to, the Commercial Deposit Agreement and Disclosure (or Certificate of Deposit) and consents and agrees to contract with Bank by electronic means. Customer understands that Bank may maintain a copy of this signature card in electronic form and agrees that a copy produced from such electronic form or by any other reliable form (for example, photocopy, image or facsimile) shall in all respects be considered equivalent to an original. This account is governed by the latest complete depository resolution filed with the Bank.

**Back-up Withholding Certifications**

*(If not a "U.S. Person," certify foreign status separately.)*

| TIN: | 45-4890928 |
|---|---|

I certify under penalties of perjury:

1. The number shown above is the correct taxpayer identification number, and
2. I am not subject to backup withholding because (a) I am exempt from back-up withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident alien), and
4. I am exempt from Foreign Account Tax Compliance Act (FATCA) reporting.

Certification Instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. Additional instructions from the IRS are available upon request.

The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

X _____  Date: _____
*BLIZZARD WHITE LLC

1] X _____
DANIELLE C FOSS

2] X _____

3] X _____

4] X _____

Other Terms/Information/Special Instructions/Beneficiary Designation

**For Bank's Use Only**

☐ New    ☐ Replacement    ☐ Additional*
*Prior Signature Card Date _____

☐ Checking    ☐ Savings    ☐ Certificate of Deposit

Origination
662459

Agarwal Attachment C-46

Approved 321891 March 3, 2015

## APPOINTMENT OF SIGNERS

I, the undersigned, being duly authorized by the Certification of Business Depository Resolutions for _____ *BLIZZARD WHITE LLC _____ (the "Customer") which was executed on ___02/23/2015___ , hereby nominate and appoint the followings individuals as Authorized Signers (hereinafter the "Signers") for account # _____ 6750 ____ (the "Account"):

| Names | Names | Names |
|---|---|---|
| 1. DANIELLE C FOSS | 5. | 9. |
| 2. | 6. | 10. |
| 3. | 7. | 11. |
| 4. | 8. | 12. |

The aforementioned appointments shall remain in full effect and force until First National Bank of Omaha (the "Bank") receives a written notice of revocation, which is satisfactory to the Bank, and the Bank has a reasonable opportunity to act thereon.

This form revokes any and all previous Appointments of Signers for the Account. As such, all previously appointed signers for the Account are hereby removed.

All signers shall have the ability to possess a Visa Check Card or Debit Card for the Account.

This form shall have no effect on any existing Business Depository Resolutions for the Customer.

This form shall have no effect on any Appointment of Business Cardholders for the Account.

Should the Bank agree and deem it acceptable, a signed copy of this Appointment of Signers may be delivered to the Bank via electronic means that are acceptable to, and that are acknowledged by, the Bank. The Bank may rely upon any and all records, documents, signatures or authorizations obtained through such electronic means as though they were an original.

I understand that the Bank may maintain a copy of this document in electronic form and I agree that a copy produced from such electronic form or by any other reliable means shall in all respects be considered equivalent to an original.

The Customer understands and agrees that the Account shall be governed by and subject to the terms and conditions of the Bank's Commercial Deposit Agreement, the terms of which are incorporated herein by this reference

The Bank reserves the right to reject, or not accept, this Appointment of Signers for any reason.

### Signers Removed*
*The individual(s) listed below shall be removed from the Account regardless of whether they are listed above as a Signer.

| | | |
|---|---|---|
| 1. | 5. | 9. |
| 2. | 6. | 10. |
| 3. | 7. | 11. |
| 4. | 8. | 12. |

I certify that my authority with regard to the Account has not been revoked or modified in any way.

IN WITNESS WHEREOF, I have signed this Appointment of Signers as of ___02/20/2015___

_____ DANIELLE C FOSS _____
Name of Authorized Representative

Signature

APPOINTMENT OF SIGNERS 19MAR2013

1 of 1

Agarwal Attachment C-47

Approved 321221 March 3, 2012

## CERTIFICATION OF BUSINESS DEPOSITORY RESOLUTION

I, _____ DANIELLE C FOSS _____ the undersigned, hereby certify that I am a duly authorized representative of _____ ᵗBLIZZARD WHITE LLC _____ (the "Customer"), which is a __ Limited Liability Company __ existing under the laws of the State of _____ Arizona _____ under taxpayer identification number _____ 45-4890928 _____.

I further certify that I hold the office indicated next to my signature and that the following resolutions have been approved by the board of directors or other governing body or persons whose approval is necessary to make these resolutions effective on behalf of the Customer:

RESOLVED, that First National Bank of Omaha (the "Bank") is designated as a depository in which the funds of the Customer may be deposited; and

RESOLVED, that: (i) all deposit accounts (the "Accounts") opened on behalf of the Customer shall be governed by and subject to the terms and conditions of the Bank's Commercial Deposit Agreement (the "Deposit Agreement"), the terms of which are incorporated herein by this reference and hereby approved and agreed to on behalf of the Customer; (ii) the Bank is hereby authorized to make advances of credit to prevent overdrafts on the Account; (iii) any of the Authorized Representatives identified below, acting alone, may execute on behalf of the Customer such further documents, instruments and agreements (collectively "Agreements") with the Bank as the Authorized Representative deems necessary or appropriate; (iv) the Bank may maintain a copy of such Agreements in electronic form and the Customer agrees that a copy produced from such electronic form or by any other reliable means (for example, photocopy, image or facsimile) shall in all respects be considered equivalent to an original; and

### Appointment of Authorized Representatives

RESOLVED, that the following individual(s) are hereby designated as "Authorized Representatives" with respect to the Account and that each such Authorized Representative, acting alone, shall have the power and authority of an Authorized Representative as referenced in the Deposit Agreement:

| Names | Names |
|---|---|
| 1. DANIELLE C FOSS | 5. |
| 2. | 6. |
| 3. | 7. |
| 4. | 8. |

### The Customer further resolves that:

1. Any and all Authorized Signers, whether appointed now or in the future, shall have the authority to: (i) make withdrawals and to draw checks, drafts or other orders for the payment of money on the Account; and (ii) to issue or cancel stop payment orders on the Account.

2. Authorized Signers shall not have the authority to make any changes or modifications to the Account.

3. The appointments of Authorized Representatives and Authorized Signers shall remain in full effect and force until the Bank receives a written notice of revocation, which is satisfactory to the Bank, and the Bank has a reasonable opportunity to act thereon.

4. These depository resolutions (the "Resolutions") shall continue in full force and effect until the Bank receives written notice of revocation, which is satisfactory to the Bank, and the Bank has a reasonable opportunity to act thereon.

5. These Resolutions revoke any and all previous depository resolutions for the Account.

6. These Resolutions do not revoke any previous Appointments of Signers.

7. These Resolutions do not revoke any previous Appointment of Business Cardholders.

8. The Customer and the undersigned expressly understand and agree that the Bank, when dealing with any of those persons herein authorized to act for the Customer, shall be entitled to accept the representations of such authorized person or persons, that the purpose of exercising the authority herein given is within the scope of the business of the Customer, and the Bank shall be under no obligation to make any inquiries in order to verify or confirm any of said representations nor see the application of the Customer's funds for the purposes so represented, and further that the Bank shall in no way be responsible for misapplication of the Customer's funds or other property so acquired, encumbered or disposed of by virtue of the authority herein given.

Origination     662-159

Printed Date: 02-28-2015

Agarwal Attachment C-48

9.  Authorized Representatives may authorize and enroll in certain overdraft protection products and services on behalf of the Customer. Those products and services may cover items authorized or drawn on the account by Authorized Representatives or Authorized Signers.

10. Should the Bank agree and deem it acceptable, a signed copy of this Resolution, the Account Agreement, the Appointment of Signers, and the Appointment of Business Cardholders (collectively the "Documents"), may be delivered to the Bank via electronic means that are acceptable to, and that are acknowledged by, the Bank. The Bank may rely upon any and all records, Documents, signatures or authorizations obtained through such electronic means as though they were an original.

11. The Bank may maintain a copy of this Resolution in electronic form. A copy produced from such electronic form, or by any other reliable means, shall in all respects be considered equivalent to an original.

12. The Bank reserves the right to reject, or not accept, any of the Documents for any reason.

13. The signature of the undersigned on this Resolution is conclusive evidence of their authority to act on behalf of the Customer.

I further certify that such resolutions are in full force and effect, have not been revoked or modified, and that there is no provision in the Customer's organizational documents or any other requirement of law limiting effectiveness of the foregoing resolutions, the same are in conformity with the provisions of the Customer's organizational documents and if a corporate seal is required for this certificate, such seal is affixed.

IN WITNESS WHEREOF, I have signed this Certificate as of _____02/20/2015_____.

| | |
|---|---|
| DANIELLE C FOSS | |
| Name | Signature* |
| AUTHORIZED REP/SIGNER | |
| Title | |
| | |
| Name | Signature* |
| | |
| Title | |

\* *Number of signatures required is dependent upon Customer's organizational requirements. Space is provided for up to two (2) signatures although two signatures may not be required. If additional signatures are needed please contact your Bank representative.* Printed Date: 02/20/2015

Origination      662459

Agarwal Attachment C-49