# PX3

## Agarwal Attachment D

## Great Western Bank Records

4-4

## CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to 28 U.S.C. § 1746

1.  I, _HALIE BROWN_____, have personal knowledge of the facts set forth below
    and am competent to testify as follows:

2.  I have authority to certify the authenticity of the records produced by Great Western
    Bank and attached hereto.

3.  The documents produced and attached hereto by Great Western Bank are originals or true
    copies of records of regularly conducted activity that:

    a)    Were made at or near the time of the occurrence of the matters set forth by, or
          from information transmitted by, a person with knowledge of those matters;

    b)    Were kept in the course of the regularly conducted activity of Great Western
          Bank; and

    c)    Were made by the regularly conducted activity as a regular practice of Great
          Western Bank.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _OCT. 3ᵉᵈ_____, 2016.

_____
Signature

**Account Agreement**     Date: _12/23/13_

| Institution Name & Address | Internal Use  Free Business Check |
|---|---|

**Institution Name & Address**

Great Western Bank
2100 Main St
Longmont, CO 80501
  (303) 772-0777

Revised By: BENEDETJ
Revised Date: 05/20/14
Revised Reason: adding signer

**Account Title & Address**

Brand Force LLC     Acct # ▮9655
357 McCaslin Blvd Ste 200
Louisville CO 80027

**Ownership of Account**

The specified ownership will remain the same for all accounts.

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.

Enter Non-Individual Owner Information on page 2. There is additional Owner/Signer Information space on page 2.

*(For consumer accounts, select and initial.)*

- ☐ Single-Party Account _____
- ☐ Multiple-Party Account _____
- ☐ Corporation - For Profit
- ☐ Corporation - Nonprofit
- ☐ Partnership
- ☐ Sole Proprietorship
- ☒ Limited Liability Company
- ☐ Trust-Separate Agreement Dated:_____
- ☐ _____

**Beneficiary Designation**

*(Check appropriate ownership above - select and initial below.)*

- ☐ Single-Party Account _____
- ☐ Single-Party Account with Pay-On-Death (POD) _____
- ☐ Multiple-Party Account with Right of Survivorship _____
- ☐ Multiple-Party Account with Right of Survivorship and POD _____
- ☐ Multiple-Party Account without Right of Survivorship _____
- ☐ _____ _____

**Beneficiary Name(s), Address(es), and SSN(s)**

*(Check appropriate beneficiary designation above.)*

**Owner/Signer Information 1**

| Name | |
|---|---|
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | _ - _ |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

☐ If checked, this is a temporary account agreement.

Number of signatures required for withdrawal: _1_ .

**Signature(s)**

The undersigned authorize the financial institution to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of, this document and the following:

- ☒ Terms and Conditions
- ☐ Privacy
- ☒ Electronic Fund Transfers
- ☐ Truth in Savings
- ☒ Substitute Checks
- ☒ Funds Availability
- ☒ Common Features
- ☐ _____

☐ Agency Designation (See Owner/Signer Information for Agency designation(s).)

Agency designation *(select and initial):* ☐ Survives OR ☐ Terminates on disability or incapacity of parties.

**Owner/Signer Information 2**

| Name | |
|---|---|
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

1 [ X _signature_  ] 
   Blair Mcnea

2 [ X _signature_  ]
   Jennifer Johnson

3 [ X _signature_  ]    4 [ X            ]

Signature Card-CO
Bankers Systems ™
Wolters Kluwer Financial Services ©2003, 2006

MPMP-LAZ-CO 5/2/2007

Initials: _____    Page 1 of 2

## Owner/Signer Information 3

| | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

## Owner/Signer Information 4

| | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

## Non-Individual Owner Information

| | |
|---|---|
| Name | Brand Force LLC |
| EIN | 27-1858244 |
| Phone | |
| Mobile Phone | |
| E-Mail | danica@bluerocketbrands.com |
| Type of Entity | |
| State/Country & Date of Organization | |
| Nature of Business | |
| Address | 357 McCaslin Blvd Ste 200 Louisville CO 80027 |
| Mailing Address (if different) | |
| Authorization/ Resolution Date | |
| Previous Financial Inst. | |

## Account Description | Account # | Initial Deposit/Source

| Account Description | Account # | Initial Deposit/Source |
|---|---|---|
| Checking | ▮9655 | $ ☐ Cash   ☐ Check ☐ |
| Opened By: BENEDETJ | | $ ☐ Cash   ☐ Check ☐ |
| | | $ ☐ Cash   ☐ Check ☐ |

## Services Requested

☒ ATM   ☐ Debit/Check Cards (No. Requested: _____)
☐ _____   ☐ _____

## Other Terms/Information

## Backup Withholding Certifications

*(If not a "U.S. Person," certify foreign status separately.)*

**TIN:** 27-1858244

☒ **Taxpayer I.D. Number (TIN)** - The number shown above is my correct taxpayer identification number.

☒ **Backup Withholding** - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ **Exempt Recipients** - I am an exempt recipient under the Internal Revenue Service Regulations.

**I certify under penalties of perjury the statements checked in this section and that I am a U.S. person (including a U.S. resident alien).**

X ~~[signature]~~ _____ (Date)

Signature Card-CO
Bankers Systems™
Wolters Kluwer Financial Services ©2003, 2006

MPMP-LAZ-CO 5/2/2007
Initials: _____   Page 2 of 2

Agarwal Attachment D-3

## Account Agreement

Date: 05/05/14

**Institution Name & Address**

Great Western Bank
5720 W 120 Ave
Broomfield, CO 80020
(303) 460-0333

**Internal Use** Free Business Check

**Account Title & Address**

Indigo Systems, LLC                    Acct #          0032
8888 Keystone Crossing, Suite 1300
Indianapolis IN 46240

**Ownership of Account**

The specified ownership will remain the same for all accounts.

*(For consumer accounts, select and initial.)*

☐ Single-Party Account _____        ☐ Multiple-Party Account _____
☐ Corporation - For Profit             ☐ Corporation - Nonprofit
☐ Partnership                          ☐ Sole Proprietorship
☒ Limited Liability Company
☐ Trust-Separate Agreement Dated: _____

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.
Enter **Non-Individual Owner Information** on page 2. There is additional Owner/Signer information space on page 2.

**Beneficiary Designation**

*(Check appropriate ownership above - select and initial below.)*

☐ Single-Party Account                                    _____
☐ Single-Party Account with Pay-On-Death (POD)            _____
☐ Multiple-Party Account with Right of Survivorship       _____
☐ Multiple-Party Account with Right of Survivorship and POD _____
☐ Multiple-Party Account without Right of Survivorship    _____
☐                                                          _____

**Owner/Signer Information 1**

| | |
|---|---|
| Name | Ryan Reichenbach |
| Relationship | |
| Address | Superior CO 80027 |
| Mailing Address (if different) | |
| Home Phone | ▮▮▮▮▮ |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | ▮▮ / 69 |
| SSN/TIN | ▮▮▮▮▮ |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | ▮▮▮▮▮ DL |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

**Beneficiary Name(s), Address(es), and SSN(s)**

*(Check appropriate beneficiary designation above.)*

☐ If checked, this is a temporary account agreement.
Number of signatures required for withdrawal: 1

**Signature(s)**

The undersigned authorize the financial institution to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is met. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of, this document and the following:

☒ Terms and Conditions        ☐ Privacy
☒ Electronic Fund Transfers    ☐ Truth in Savings
☒ Substitute Checks            ☐ Funds Availability
☒ Common Features              ☐

☐ Agency Designation (See Owner/Signer Information for Agency designation(s).)
Agency designation *(select and initial)*: ☐ Survives OR
☐ Terminates on disability or incapacity of parties.

**Owner/Signer Information 2**

| | |
|---|---|
| Name | Jennifer Johnson |
| Relationship | |
| Address | Lakewood CO 80228 |
| Mailing Address (if different) | |
| Home Phone | ▮▮▮▮▮ |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | ▮▮ /77 |
| SSN/TIN | ▮▮▮▮▮ |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | ▮▮▮▮▮ DL |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

1 [ x _Ryan Reichenbach_ ]

2 [ x _Jennifer Johnson_ ]

3 [ x ]   4 [ x ]

Signature Card-CO
Bankers Systems™
Wolters Kluwer Financial Services ©2003, 2006

MPMP-LAZ-CO 5/2/2007

Initials: _____        Page 1 of 2

## Owner/Signer Information 3

| | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

## Non-Individual Owner Information

| | |
|---|---|
| Name | Indigo Systems, LLC |
| EIN | 46-5365370 |
| Phone | |
| Mobile Phone | |
| E-Mail | |
| Type of Entity | |
| State/Country & Date of Organization | |
| Nature of Business | |
| Address | 8888 Keystone Crossing, Suite 1300 Indianapolis IN 46240 |
| Mailing Address (if different) | |
| Authorization/ Resolution Date | |
| Previous Financial Inst. | |

## Owner/Signer Information 4

| | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

### Account Description | Account # | Initial Deposit/Source

| Account Description | Account # | Initial Deposit/Source |
|---|---|---|
| Checking | ▓▓0032 | $ ☐ Cash  ☐ Check ☐ |
| Opened By: BENEDETJ | | $ ☐ Cash  ☐ Check ☐ |
| | | $ ☐ Cash  ☐ Check ☐ |

### Services Requested

☐ ATM   ☐ Debit/Check Cards (No. Requested: _____ )
☐ _____   ☐ _____
☐ _____   ☐ _____

## Backup Withholding Certifications

*(If not a "U.S. Person," certify foreign status separately.)*

TIN: 46-5365370

☒ **Taxpayer I.D. Number (TIN) - The number shown above is my correct taxpayer identification number.**

☒ **Backup Withholding - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.**

☐ **Exempt Recipients - I am an exempt recipient under the Internal Revenue Service Regulations.**

I certify under penalties of perjury the statements checked in this section and that I am a U.S. person (including a U.S. resident alien).

X _____  (Date)

### Other Terms/Information

## Account Agreement
Date: 05/05/14

**Institution Name & Address**

Great Western Bank
5720 W 120 Ave
Broomfield, CO 80020

(303) 460-0333

**Internal Use** Free Business Check

**Account Title & Address**

Night Watch Group LLC                    Acct # ■■■■0040
450 E 96th St,   Suite 500
Indianapolis IN 46240

**Ownership of Account**

The specified ownership will remain the same for all accounts.

*(For consumer accounts, select and initial.)*

- ☐ Single-Party Account
- ☐ Multiple-Party Account ___
- ☐ Corporation - For Profit
- ☐ Corporation - Nonprofit
- ☐ Partnership
- ☐ Sole Proprietorship
- ☒ Limited Liability Company
- ☐ Trust-Separate Agreement Dated:___
- ☐ ___

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.
Enter **Non-Individual Owner** Information on page 2. There is additional Owner/Signer Information space on page 2.

**Beneficiary Designation**

*(Check appropriate ownership above - select and initial below.)*

- ☐ Single-Party Account
- ☐ Single-Party Account with Pay-On-Death (POD)
- ☐ Multiple-Party Account with Right of Survivorship
- ☐ Multiple-Party Account with Right of Survivorship and POD
- ☐ Multiple-Party Account without Right of Survivorship

**Beneficiary Name(s), Address(es), and SSN(s)**

*(Check appropriate beneficiary designation above.)*

**Owner/Signer Information 1**

| | |
|---|---|
| Name | Anthony J Carson |
| Relationship | |
| Address | Superior CO 80027 |
| Mailing Address (if different) | |
| Home Phone | ■■■■ |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | ■/85 |
| SSN/TIN | ■■■■ |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | ■■■■ |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

☐ If checked, this is a temporary account agreement.

Number of signatures required for withdrawal: 1 .

**Signature(s)**

The undersigned authorize the financial institution to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of, this document and the following:

**Owner/Signer Information 2**

| | |
|---|---|
| Name | Jennifer Johnson |
| Relationship | |
| Address | Lakewood CO 80228 |
| Mailing Address (if different) | |
| Home Phone | ■■■■ |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | ■/77 |
| SSN/TIN | ■■■■ |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | ■■■■ |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

- ☒ Terms and Conditions
- ☐ Privacy
- ☒ Electronic Fund Transfers
- ☐ Truth in Savings
- ☒ Substitute Checks
- ☒ Funds Availability
- ☒ Common Features
- ☐

☐ Agency Designation (See Owner/Signer Information for Agency designation(s).)

Agency designation *(select and initial).* ☐ Survives OR
☐ Terminates on disability or incapacity of parties.

1 [x *Anthony J Carson* ]

2 [x *Jennifer Johnson* ]

3 [x                     ] 4 [x                     ]

Signature Card-CO
Bankers Systems™
Wolters Kluwer Financial Services ©2003, 2006

MPMP-LAZ-CO 5/2/2007

Initials: ___     Page 1 of 2

Agarwal Attachment D-6

## Account Agreement     Date: 05/07/14

**Institution Name & Address**

Great Western Bank
5720 W 120 Ave
Broomfield, CO 80020
(303) 460-0333

**Internal Use** Free Business Check

**Account Title & Address**

Salamonie River LLC      Acct # ███0083
9465 Counselors Row
Indianaplis IN 46240

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.
Enter Non-individual Owner Information on page 2. There is additional Owner/Signer information space on page 2.

**Ownership of Account**

The specified ownership will remain the same for all accounts.
*(For consumer accounts, select and initial.)*

☐ Single-Party Account _____     ☐ Multiple-Party Account _____
☐ Corporation - For Profit          ☐ Corporation - Nonprofit
☐ Partnership                        ☐ Sole Proprietorship
☒ Limited Liability Company
☐ Trust-Separate Agreement Dated:_____
☐

**Owner/Signer Information 1**

| | |
|---|---|
| Name | Danielle Foss |
| Relationship | |
| Address | Denver CO 80205 |
| Mailing Address (if different) | |
| Home Phone | ████████ |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | ████84 |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

**Beneficiary Designation**

*(Check appropriate ownership above - select and initial below.)*

☐ Single-Party Account
☐ Single-Party Account with Pay-On-Death (POD)
☐ Multiple-Party Account with Right of Survivorship
☐ Multiple-Party Account with Right of Survivorship and POD
☐ Multiple-Party Account without Right of Survivorship
☐

**Beneficiary Name(s), Address(es), and SSN(s)**

*(Check appropriate beneficiary designation above.)*

☐ If checked, this is a temporary account agreement.

Number of signatures required for withdrawal: 1 _____

**Signature(s)**

The undersigned authorize the financial institution to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned agree to the terms of, and acknowledge receipt of copy(ies) of, this document and the following:

☒ Terms and Conditions       ☐ Privacy
☒ Electronic Fund Transfers   ☐ Truth in Savings
☒ Substitute Checks           ☐ Funds Availability
☒ Common Features             ☐

☐ Agency Designation (See Owner/Signer Information for Agency designation(s).)

Agency designation *(select and initial)*:  ☐ Survives OR
☐ Terminates on disability or incapacity of parties.

**Owner/Signer Information 2**

| | |
|---|---|
| Name | Jennifer Johnson |
| Relationship | |
| Address | Lakewood CO 80228 |
| Mailing Address (if different) | |
| Home Phone | ████████ |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | ███77 |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

1 [x  _Danielle Foss_ (signature)
   Danielle Foss                    ]

2 [x  _Jennifer Johnson_ (signature)
   Jennifer Johnson                 ]

3 [x                 4 [x          ]

Signature Card-CO
Bankers Systems™
Wolters Kluwer Financial Services ©2003, 2006

MPMP-LAZ-CO 5/2/2007

Initials: _____     Page 1 of 2

## Owner/Signer Information 3

| | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

## Owner/Signer Information 4

| | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

## Non-Individual Owner Information

| | |
|---|---|
| Name | Salamonie River LLC |
| EIN | 46-5336296 |
| Phone | |
| Mobile Phone | |
| E-Mail | |
| Type of Entity | |
| State/Country & Date of Organization | |
| Nature of Business | |
| Address | 9465 Counselors Row Indianaplis IN 46240 |
| Mailing Address (if different) | |
| Authorization/ Resolution Date | |
| Previous Financial Inst. | |

## Account Description | Account # | Initial Deposit Source

| Account Description | Account # | Initial Deposit Source |
|---|---|---|
| Checking | 0083 | $ ☐ Cash  ☐ Check _____ |
| Opened By: BENEDETJ | | $ ☐ Cash  ☐ Check _____ |
| | | $ ☐ Cash  ☐ Check _____ |

## Services Requested

☐ ATM      ☐ Debit/Check Cards (No. Requested: _____ )

☐ _____      ☐ _____

## Other Terms/Information

## Backup Withholding Certifications

*(If not a "U.S. Person," certify foreign status separately.)*

**TIN:** 46-5336296

☒ **Taxpayer I.D. Number (TIN)** - The number shown above is my correct taxpayer identification number.

☒ **Backup Withholding** - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ **Exempt Recipients** - I am an exempt recipient under the Internal Revenue Service Regulations.

**I certify under penalties of perjury the statements checked in this section and that I am a U.S. person (including a U.S. resident alien).**

X _____   (Date)

Signature Card-CO
Bankers Systems ™
Wolters Kluwer Financial Services ©2003, 2006

MPMP-LAZ-CO 6/2/2007
Initials: _____   Page 2 of 2

Agarwal Attachment D-8

## Account Agreement

Date: 12/18/13

### Institution Name & Address

Great Western Bank
2100 Main St
Longmont, CO 80501
   (303) 772-0777

Revised By: BENEDETJ
Revised Date: 05/20/14
Revised Reason: adding signer

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.
Enter Non-Individual Owner Information on page 2. There is additional Owner/Signer Information space on page 2.

### Owner/Signer Information 1

| | |
|---|---|
| Name | Brian Lint |
| Relationship | Auth Signer |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | DL |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

### Owner/Signer Information 2

| | |
|---|---|
| Name | Jenifer Johnson |
| Relationship | Auth Signer |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

### Internal Use Free Business Check

### Account Title & Address

Snow Sale Llc                    Acct #        9612
4845 Pearl East Cir Ste 101
Boulder CO 80301

### Ownership of Account

The specified ownership will remain the same for all accounts.
*(For consumer accounts, select and initial.)*

- [ ] Single-Party Account _____
- [ ] Multiple-Party Account _____
- [ ] Corporation - For Profit
- [ ] Corporation - Nonprofit
- [ ] Partnership
- [ ] Sole Proprietorship
- [x] Limited Liability Company
- [ ] Trust-Separate Agreement Dated:_____
- [ ] _____

### Beneficiary Designation

*(Check appropriate ownership above - select and initial below.)*

- [ ] Single-Party Account _____
- [ ] Single-Party Account with Pay-On-Death (POD) _____
- [ ] Multiple-Party Account with Right of Survivorship _____
- [ ] Multiple-Party Account with Right of Survivorship and POD _____
- [ ] Multiple-Party Account without Right of Survivorship _____
- [ ] _____

### Beneficiary Name(s), Address(es), and SSN(s)

*(Check appropriate beneficiary designation above.)*

- [ ] If checked, this is a temporary account agreement.
Number of signatures required for withdrawal: 1

### Signature(s)

The undersigned authorize the financial institution to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of, this document and the following:

- [x] Terms and Conditions
- [ ] Privacy
- [x] Electronic Fund Transfers
- [ ] Truth in Savings
- [x] Substitute Checks
- [x] Funds Availability
- [x] Common Features
- [ ] _____
- [ ] Agency Designation (See Owner/Signer Information for Agency designation(s).)
Agency designation *(select and initial)*: [ ] Survives OR
- [ ] Terminates on disability or incapacity of parties.

1 [ x *(signature)* ]
   Brian Lint

2 [ x *(signature)* ]
   Jenifer Johnson

3 [ x ]   4 [ x ]

Signature Card-CO
Bankers Systems™
Wolters Kluwer Financial Services ©2003, 2006

MPMP-LAZ-CO 5/2/2007
Initials: _____   Page 1 of 2

Agarwal Attachment D-9

## Owner/Signer Information 3

| | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

## Owner/Signer Information 4

| | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

## Non-Individual Owner Information

| | |
|---|---|
| Name | Snow Sale Llc |
| EIN | 27-1858344 |
| Phone | |
| Mobile Phone | |
| E-Mail | danica@bluerocketbrands.com |
| Type of Entity | |
| State/Country & Date of Organization | |
| Nature of Business | |
| Address | 4845 Pearl East Cir Ste 101 Boulder CO 80301 |
| Mailing Address (if different) | |
| Authorization/ Resolution Date | |
| Previous Financial Inst. | |

## Account Description | Account # | Initial Deposit Source

| Account Description | Account # | Initial Deposit Source |
|---|---|---|
| Checking | ███9612 | $ ☐ Cash  ☐ Check _____ |
| Opened By: BENEDETJ | | $ ☐ Cash  ☐ Check _____ |
| | | $ ☐ Cash  ☐ Check _____ |

## Services Requested

☒ ATM   ☐ Debit/Check Cards (No. Requested: _____ )
☐ _____   ☐ _____
☐ _____   ☐ _____

## Other Terms/Information

## Backup Withholding Certifications

*(If not a "U.S. Person," certify foreign status separately.)*

TIN:  27-1858344

☒ **Taxpayer I.D. Number (TIN)** - The number shown above is my correct taxpayer identification number.

☒ **Backup Withholding** - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ **Exempt Recipients** - I am an exempt recipient under the Internal Revenue Service Regulations.

**I certify under penalties of perjury the statements checked in this section and that I am a U.S. person (including a U.S. resident alien).**

X _____     (Date)

Signature Card-CO
Bankers Systems ™
Wolters Kluwer Financial Services ©2003, 2006

MPMP-LAZ-CO 5/2/2007
Initials: _____     Page 2 of 2

Agarwal Attachment D-10

## Account Agreement                              Date: 12/19/13

**Institution Name & Address**

Great Western Bank
2100 Main St
Longmont, CO 80501
  (303) 772-0777

Revised By: BENEDETJ
Revised Date: 05/20/14
Revised Reason: adding signer

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.
Enter Non-Individual Owner Information on page 2. There is additional Owner/Signer information space on page 2.

**Owner/Signer Information 1**

| Name | Danielle Foss |
| Relationship | Auth Signer |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | DL |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

**Owner/Signer Information 2**

| Name | Christina Gould |
| Relationship | Auth Signer |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

**Internal Use** · Free Business Check

**Account Title & Address**

Solid Ice Llc                          Acct # ▮9620

********************************************
         Bad Address
********************************************

**Ownership of Account**

The specified ownership will remain the same for all accounts.

*(For consumer accounts, select and initial.)*

☐ Single-Party Account _____    ☐ Multiple-Party Account _____
☐ Corporation - For Profit       ☐ Corporation - Nonprofit
☐ Partnership                    ☐ Sole Proprietorship
☒ Limited Liability Company
☐ Trust-Separate Agreement Dated:_____
☐

**Beneficiary Designation**

*(Check appropriate ownership above - select and initial below.)*

☐ Single-Party Account
☐ Single-Party Account with Pay-On-Death (POD)
☐ Multiple-Party Account with Right of Survivorship
☐ Multiple-Party Account with Right of Survivorship and POD
☐ Multiple-Party Account without Right of Survivorship
☐

**Beneficiary Name(s), Address(es), and SSN(s)**

*(Check appropriate beneficiary designation above.)*

☐ If checked, this is a temporary account agreement.
Number of signatures required for withdrawal: 1

**Signature(s)**

The undersigned authorize the financial institution to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of, this document and the following:

☒ Terms and Conditions         ☐ Privacy
☒ Electronic Fund Transfers    ☐ Truth in Savings
☒ Substitute Checks            ☒ Funds Availability
☒ Common Features              ☐

☐ Agency Designation (See Owner/Signer Information for Agency designation(s).)
Agency designation *(select and initial)*: ☐ Survives OR
☐ Terminates on disability or incapacity of parties.

1[x _Danielle Foss_ ]
   Danielle Foss

2[x _Christina L Gould_ ]
   Christina Gould

3[x                    ] 4[x                    ]

Signature Card-CO
Bankers Systems ™
Wolters Kluwer Financial Services ©2003, 2006

MPMP-LAZ-CO 5/2/2007

Initials: _____      Page 1 of 2

Agarwal Attachment D-11

## Owner/Signer Information 3

| | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

## Owner/Signer Information 4

| | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

## Non-Individual Owner Information

| | |
|---|---|
| Name | Solid Ice Llc |
| EIN | 45-5076196 |
| Phone | |
| Mobile Phone | |
| E-Mail | danica@bluerocketbrands.com |
| Type of Entity | |
| State/Country & Date of Organization | |
| Nature of Business | |
| Address | ****************************** ****************************** |
| Mailing Address (if different) | |
| Authorization/ Resolution Data | |
| Previous Financial Inst. | |

## Account Description / Account # / Initial Deposit/Source

| Account Description | Account # | Initial Deposit/Source |
|---|---|---|
| Checking | ▓9620 | $ ☐ Cash  ☐ Check _____ ☐ |
| Opened By: BENEDETTI | | $ ☐ Cash  ☐ Check _____ ☐ |
| | | $ ☐ Cash  ☐ Check _____ ☐ |

## Services Requested

☒ ATM  ☐ Debit/Check Cards (No. Requested: _____ )
☐ _____  ☐ _____

## Other Terms/Information

## Backup Withholding Certifications

*(If not a "U.S. Person," certify foreign status separately.)*

**TIN:** 45-5076196

☒ **Taxpayer I.D. Number (TIN)** - The number shown above is my correct taxpayer identification number.

☒ **Backup Withholding** - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ **Exempt Recipients** - I am an exempt recipient under the Internal Revenue Service Regulations.

**I certify under penalties of perjury the statements checked in this section and that I am a U.S. person (including a U.S. resident alien).**

x _Coll Foss_ ____ 5/23/14 (Date)

Agarwal Attachment D-12

**Account Agreement**    Date: 12/18/13

| | |
|---|---|
| *Institution Name & Address* | **Internal Use** Free Business Check |
| | *Account Title & Address* |

Great Western Bank
2100 Main St
Longmont, CO 80501
   (303) 772-0777

Revised By: BENEDETJ
Revised Date: 05/20/14
Revised Reason: adding signer

Walnut Street Marketing Inc       Acct # [ ]9604
11001 West 120th Ave
Broomfield CO 80021

*Ownership of Account*

The specified ownership will remain the same for all accounts.
*(For consumer accounts, select and initial.)*

☐ Single-Party Account _____    ☐ Multiple-Party Account _____
☒ Corporation - For Profit    ☐ Corporation - Nonprofit
☐ Partnership    ☐ Sole Proprietorship
☐ Limited Liability Company
☐ Trust-Separate Agreement Dated:_____
☐

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.
Enter Non-Individual Owner Information on page 2. There is additional Owner/Signer Information space on page 2.

*Beneficiary Designation*
*(Check appropriate ownership above - select and initial below.)*
☐ Single-Party Account _____
☐ Single-Party Account with Pay-On-Death (POD) _____
☐ Multiple-Party Account with Right of Survivorship _____
☐ Multiple-Party Account with Right of Survivorship and POD _____
☐ Multiple-Party Account without Right of Survivorship _____
☐ _____

*Beneficiary Name(s), Address(es), and SSN(s)*
*(Check appropriate beneficiary designation above.)*

| *Owner/Signer Information 1* | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

☐ If checked, this is a temporary account agreement.
Number of signatures required for withdrawal: 1

*Signature(s)*
The undersigned authorize the financial institution to investigate credit and employment history and obtain reports from consumer reporting agenc(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of, this document and the following:

☒ Terms and Conditions    ☐ Privacy
☒ Electronic Fund Transfers    ☐ Truth in Savings
☒ Substitute Checks    ☐ Funds Availability
☒ Common Features    ☐

☐ Agency Designation (See Owner/Signer Information for Agency designation(s).)
Agency designation *(select and initial)*: ☐ Survives OR
☐ Terminates on disability or incapacity of parties.

| *Owner/Signer Information 2* | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

1 [x _____ ]
   Susan Laurent

2 [x _____ ]
   Danielle Foss

3 [x _____ ]    4 [x _____ ]

Signature Card-CO
Bankers Systems ™
Wolters Kluwer Financial Services ©2003, 2006

MPMP-LAZ-CO 5/2/2007

Initials: _____    Page 1 of 2

Agarwal Attachment D-13

## Owner/Signer Information 3

| | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

## Owner/Signer Information 4

| | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

## Non-Individual Owner Information

| | |
|---|---|
| Name | Walnut Street Marketing Inc |
| EIN | 26-1405058 |
| Phone | |
| Mobile Phone | |
| E-Mail | danica@bluerocketbrands.com |
| Type of Entity | |
| State/Country & Date of Organization | |
| Nature of Business | |
| Address | 11001 West 120th Ave Broomfield CO 80021 |
| Mailing Address (if different) | |
| Authorization/ Resolution Date | |
| Previous Financial Inst. | |

## Account Description / Account # / Initial Deposit/Source

| Account Description | Account # | Initial Deposit/Source |
|---|---|---|
| Checking | 9604 | $ ☐ Cash  ☐ Check |
| Opened By: BENEDETJ | | $ ☐ Cash  ☐ Check |
| | | $ ☐ Cash  ☐ Check |

## Services Requested

☒ ATM   ☐ Debit/Check Cards (No. Requested:           )
☐                            ☐

## Other Terms/Information

## Backup Withholding Certifications

(If not a "U.S. Person," certify foreign status separately.)

TIN:  26-1405058

☒ **Taxpayer I.D. Number (TIN)** - The number shown above is my correct taxpayer identification number.

☒ **Backup Withholding** - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ **Exempt Recipients** - I am an exempt recipient under the Internal Revenue Service Regulations.

I certify under penalties of perjury the statements checked in this section and that I am a U.S. person (including a U.S. resident alien).

x _Ell Foss_            5/23/14 (Date)

Signature Card-CO
Bankers Systems™
Wolters Kluwer Financial Services ©2003, 2006

MPMP-LAZ-CO  5/2/2007

Initials: _____   Page 2 of 2

Agarwal Attachment D-14

## Account Agreement

Date: 12/19/13

**Institution Name & Address**

Great Western Bank
2100 Main St
Longmont, CO 80501
  (303) 772-0777

Revised By: BENEDETJ
Revised Date: 05/20/14
Revised Reason: adding signer

**Account Title & Address**

Internal Use Free Business Check

Wave Rock Llc                                  Acct # ____9639
7702 E Doubletree Ranch Rd Ste 300
Scottsdale AZ 85258

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.
Enter Non-Individual Owner Information on page 2. There is additional Owner/Signer Information space on page 2.

**Ownership of Account**

The specified ownership will remain the same for all accounts.
*(For consumer accounts, select and initial.)*

☐ Single-Party Account ____   ☐ Multiple-Party Account ____
☐ Corporation - For Profit   ☐ Corporation - Nonprofit
☐ Partnership                ☐ Sole Proprietorship
☒ Limited Liability Company
☐ Trust-Separate Agreement Dated: _____
☐

**Beneficiary Designation**

*(Check appropriate ownership above - select and initial below.)*

☐ Single-Party Account                                      ____
☐ Single-Party Account with Pay-On-Death (POD)             ____
☐ Multiple-Party Account with Right of Survivorship        ____
☐ Multiple-Party Account with Right of Survivorship and POD ____
☐ Multiple-Party Account without Right of Survivorship     ____
☐

**Beneficiary Name(s), Address(es), and SSN(s)**

*(Check appropriate beneficiary designation above.)*

### Owner/Signer Information 1

| | |
|---|---|
| Name | Blair William Mcnea |
| Relationship | |
| Address | Boulder CO 80301 |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | /62 |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

### Owner/Signer Information 2

| | |
|---|---|
| Name | Danielle Foss |
| Relationship | Auth Signer |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

☐ If checked, this is a temporary account agreement.

Number of signatures required for withdrawal:  1 ____

**Signature(s)**

The undersigned authorize the financial institution to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of, this document and the following:

☒ Terms and Conditions       ☐ Privacy
☒ Electronic Fund Transfers  ☐ Truth in Savings
☒ Substitute Checks          ☐ Funds Availability
☒ Common Features            ☐

☐ Agency Designation (See Owner/Signer Information for Agency designation(s).)

Agency designation *(select and initial)*:  ☐ Survives OR
☐ Terminates on disability or incapacity of parties.

1 [x _____ *Blair William Mcnea* _____ ]

2 [x _____ *Danielle Foss* _____ ]

3 [x _____ ]   4 [x _____ ]

Signature Card-CO
Bankers Systems ™
Wolters Kluwer Financial Services ©2003, 2006

MPMP-LAZ-CO  5/2/2007

Initials: _____   Page 1 of 2

Agarwal Attachment D-15

**Account Agreement**     Date: 04/30/14

### Institution Name & Address

Great Western Bank
5720 W 120 Ave
Broomfield, CO 80020
(303) 460-0333

Revised By: BENEDETJ
Revised Date: 05/20/14
Revised Reason: adding signer

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.
Enter Non-Individual Owner Information on page 2. There is additional Owner/Signer Information space on page 2.

### Owner/Signer Information 1

| | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | DL |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

### Owner/Signer Information 2

| | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

Internal Use Basic Savings Comm

### Account Title & Address

Wave Rock Llc     Acct #   6293
7702 E Doubletree Ranch Rd Ste 300
Scottsdale AZ 85258

### Ownership of Account

The specified ownership will remain the same for all accounts.

*(For consumer accounts, select and initial.)*

- ☐ Single-Party Account _____
- ☐ Multiple-Party Account _____
- ☐ Corporation - For Profit
- ☐ Corporation - Nonprofit
- ☐ Partnership
- ☐ Sole Proprietorship
- ☒ Limited Liability Company
- ☐ Trust-Separate Agreement Dated: _____

### Beneficiary Designation

*(Check appropriate ownership above - select and initial below.)*

- ☐ Single-Party Account
- ☐ Single-Party Account with Pay-On-Death (POD)
- ☐ Multiple-Party Account with Right of Survivorship
- ☐ Multiple-Party Account with Right of Survivorship and POD
- ☐ Multiple-Party Account without Right of Survivorship
- ☐

### Beneficiary Name(s), Address(es), and SSN(s)

*(Check appropriate beneficiary designation above.)*

☐ If checked, this is a temporary account agreement.

Number of signatures required for withdrawal: 1 _____

### Signature(s)

The undersigned authorize the financial institution to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of, this document and the following:

- ☒ Terms and Conditions
- ☐ Privacy
- ☒ Electronic Fund Transfers
- ☐ Truth in Savings
- ☒ Substitute Checks
- ☒ Funds Availability
- ☒ Common Features
- ☐

☐ Agency Designation (See Owner/Signer Information for Agency designation(s).)
Agency designation *(select and initial):* ☐ Survives OR
☐ Terminates on disability or incapacity of parties.

1 [x *Danielle Foss* ]    Danielle Foss

2 [x ]

3 [x ]   4 [x ]

Signature Card-CO
Bankers Systems ™
Wolters Kluwer Financial Services ©2003, 2006

MPMP-LAZ-CO 5/2/2007
Initials: _____   Page 1 of 2

Agarwal Attachment D-16

## Owner/Signer Information 3

| | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

## Owner/Signer Information 4

| | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

## Backup Withholding Certifications

(If not a "U.S. Person," certify foreign status separately.)

TIN:  30-0720692

[X] **Taxpayer I.D. Number (TIN)** – The number shown above is my correct taxpayer identification number.

[X] **Backup Withholding** – I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

[ ] **Exempt Recipients** – I am an exempt recipient under the Internal Revenue Service Regulations.

**I certify under penalties of perjury the statements checked in this section and that I am a U.S. person (including a U.S. resident alien).**

X _Dell Foss_      5/23/14 (Date)

## Non-Individual Owner Information

| | |
|---|---|
| Name | Wave Rock Llc |
| EIN | 30-0720692 |
| Phone | |
| Mobile Phone | |
| E-Mail | danica@bluerocketbrands.com |
| Type of Entity | |
| State/Country & Date of Organization | |
| Nature of Business | |
| Address | 7702 E Doubletree Ranch Rd Ste 300 Scottsdale AZ 85258 |
| Mailing Address (if different) | |
| Authorization/ Resolution Date | |
| Previous Financial Inst. | |

| Account Description | Account # | Initial Deposit/Source |
|---|---|---|
| Checking | ■6293 | $ ____  [ ] Cash  [ ] Check  [ ] ____ |
| Opened By: BENEDETJ | | $ ____  [ ] Cash  [ ] Check  [ ] ____ |
| | | $ ____  [ ] Cash  [ ] Check  [ ] ____ |

## Services Requested

[ ] ATM      [ ] Debit/Check Cards (No. Requested: ____ )
[ ] ____      [ ] ____
[ ] ____      [ ] ____

## Other Terms/Information

Signature Card-CO
Bankers Systems ™
Wolters Kluwer Financial Services ©2003, 2006

MPMP-LAZ-CO 5/2/2007

Initials: ____        Page 2 of 2

Agarwal Attachment D-17

**Account Agreement**                     Date: 12/19/13

| | |
|---|---|
| **Institution Name & Address** | **Internal Use** Free Business Check |

**Institution Name & Address**

Great Western Bank
2100 Main St
Longmont, CO 80501
  (303) 772-0777

Revised By: BENEDETJ
Revised Date: 05/20/14
Revised Reason: adding signer

**Account Title & Address**

Wild Farms Llc                    Acct #    9647
6260 Lookout Rd Ste 100
Boulder CO 80301

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.
Enter Non-Individual Owner Information on page 2. There is additional Owner/Signer Information space on page 2.

**Ownership of Account**

The specified ownership will remain the same for all accounts.

*(For consumer accounts, select and initial.)*

☐ Single-Party Account ___   ☐ Multiple-Party Account ___
☐ Corporation - For Profit    ☐ Corporation - Nonprofit
☐ Partnership                 ☐ Sole Proprietorship
☒ Limited Liability Company
☐ Trust-Separate Agreement Dated:___
☐

**Beneficiary Designation**

*(Check appropriate ownership above - select and initial below.)*

☐ Single-Party Account ___
☐ Single-Party Account with Pay-On-Death (POD) ___
☐ Multiple-Party Account with Right of Survivorship ___
☐ Multiple-Party Account with Right of Survivorship and POD ___
☐ Multiple-Party Account without Right of Survivorship ___
☐

**Owner/Signer Information 1**

| Name | Jennifer Johnson |
|---|---|
| Relationship | Auth Signer |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

**Owner/Signer Information 2**

| Name | Blair William Mcnea |
|---|---|
| Relationship | |
| Address | Boulder CO 80301 |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | /62 |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

**Beneficiary Name(s), Address(es), and SSN(s)**

*(Check appropriate beneficiary designation above.)*

☐ If checked, this is a temporary account agreement.
Number of signatures required for withdrawal: 1

**Signature(s)**

The undersigned authorize the financial institution to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of, this document and the following:

☒ Terms and Conditions     ☐ Privacy
☒ Electronic Fund Transfers ☐ Truth in Savings
☒ Substitute Checks         ☐ Funds Availability
☒ Common Features           ☐ ___

☐ Agency Designation (See Owner/Signer Information for Agency designation(s).)
Agency designation (*select and initial*):  ☐ Survives OR
☐ Terminates on disability or incapacity of parties.

1 [x ~~Jennifer Johnson~~ ]
  Jennifer Johnson

2 [x ~~Blair William Mcnea~~ ]
  Blair William Mcnea

3 [x ]          4 [x ]

## Owner/Signer Information 3

| | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

## Owner/Signer Information 4

| | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

## Backup Withholding Certifications

**(If not a "U.S. Person," certify foreign status separately.)**

**TIN:** 27-1858429

☒ **Taxpayer I.D. Number (TIN)** - The number shown above is my correct taxpayer identification number.

☒ **Backup Withholding** - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ **Exempt Recipients** - I am an exempt recipient under the Internal Revenue Service Regulations.

**I certify under penalties of perjury the statements checked in this section and that I am a U.S. person (including a U.S. resident alien).**

X _(signature)_____ (Date)

## Non-Individual Owner Information

| | |
|---|---|
| Name | Wild Farms Llc |
| EIN | 27-1858429 |
| Phone | |
| Mobile Phone | |
| E-Mail | danica@bluerocketbrands.com |
| Type of Entity | |
| State/Country & Date of Organization | |
| Nature of Business | |
| Address | 6260 Lookout Rd Ste 100 Boulder CO 80301 |
| Mailing Address (if different) | |
| Authorization/ Resolution Date | |
| Previous Financial Inst. | |

## Account Description | Account # | Initial Deposit/Source

| Account Description | Account # | Initial Deposit/Source |
|---|---|---|
| Checking | ▉9647 | $_____ ☐ Cash ☐ Check ☐ |
| Opened By: BENEDETJ | | $_____ ☐ Cash ☐ Check ☐ |
| | | $_____ ☐ Cash ☐ Check ☐ |

## Services Requested

☒ ATM   ☐ Debit/Check Cards (No. Requested:_____)
☐ _____   ☐ _____

## Other Terms/Information

Agarwal Attachment D-19

PX3

Agarwal Attachment E

Guaranty Bank and Trust Records

## CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to 28 U.S.C. § 1746

1.   I, _Karen Scott_, have personal knowledge of the facts set forth below and am competent to testify as follows:

2.   I have authority to certify the authenticity of the records produced by Guaranty Bank and Trust Company and attached hereto.

3.   The documents produced and attached hereto by Guaranty Bank and Trust Company are originals or true copies of records of regularly conducted activity that:

   a)   Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

   b)   Were kept in the course of the regularly conducted activity of Guaranty Bank and Trust Company; and

   c)   Were made by the regularly conducted activity as a regular practice of Guaranty Bank and Trust Company.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _March 15_, 2017.

_____
Signature

Subscribed and sworn to before me in the county of

_Denver_, State of Colorado, this _15th_ day of _March_, 2017.

_____
(official signature, seal, and commission expiration)

REGINA GREGORY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID #20004031288
MY COMMISSION EXPIRES 10/23/2020

# GUARANTY BANK AND TRUST COMPANY

**ACCOUNT NUMBER** ███2896

**ACCOUNT OWNER(S) NAME & ADDRESS**
CONDOR CANYON LLC
2011 CHERRY ST #202
LOUISVILLE CO 80027

## OWNERSHIP OF ACCOUNT - CONSUMER (Select One and Initial):
- ☐ Single-Party Account _____  ☐ Trust-Separate Agreement _____
- ☐ Multiple-Party Account _____
- ☐ Other _____

## RIGHTS AT DEATH (Select One And Initial):
- ☐ Single-Party Account
- ☐ Multiple-Party Account With Right of Survivorship _____
- ☐ Multiple-Party Account Without Right of Survivorship _____
- ☐ Single-Party Account With Pay On Death _____
- ☐ Multiple-Party Account With Right of Survivorship and Pay On Death _____

**PAY-ON-DEATH BENEFICIARIES:** To Add Pay-On-Death Beneficiaries Name One or More:

**TYPE OF ACCOUNT**
- ☒ NEW   ☐ EXISTING
- ☒ CHECKING   ☐ SAVINGS
- ☐ MONEY MARKET   ☐ CERTIFICATE OF DEPOSIT
- ☐ NOW

This is your (check one): COMPLETELY FREE BUS CHKN
- ☒ Permanent   ☐ Temporary   account agreement.

Number of signatures required for withdrawal 001
FACSIMILE SIGNATURE(S) ALLOWED?  ☐ YES  ☒ NO

[  x                                        ]

**SIGNATURE(S)** - The undersigned certifies the accuracy of the information he/she has provided and acknowledges receipt of a completed copy of this form. The undersigned authorizes the financial institution to verify credit and employment history and/or have a credit reporting agency prepare a credit report on the undersigned, as individuals. The undersigned also acknowledges the receipt of a copy and agree to the terms of the following agreement(s) and/or disclosure(s):

- ☒ Terms & Conditions  ☐ Truth in Savings  ☒ Funds Availability
- ☐ Electronic Fund Transfers  ☐ Privacy  ☒ Substitute Checks
- ☒ Common Features  ☐

## OWNERSHIP OF ACCOUNT - BUSINESS PURPOSE
- ☐ SOLE PROPRIETORSHIP  ☐ PARTNERSHIP
- ☐ CORPORATION:  ☐ FOR PROFIT  ☐ NOT FOR PROFIT
- ☒ LLC - P

BUSINESS: ONLINE ADVERSISING/TEETH WHITE
COUNTY & STATE OF ORGANIZATION: CHEYENNE, WY
AUTHORIZATION DATED: 2/25/2015

DATE OPENED 02/25/2015  By B869ALM1
INITIAL DEPOSIT $ .00
- ☐ CASH  ☐ CHECK  ☐
HOME TELEPHONE # _____
BUSINESS PHONE # 720-238-2418
DRIVER'S LICENSE # _____
E-MAIL _____
EMPLOYER _____
MOTHER'S MAIDEN NAME _____
Name and address of someone who will always know your location: _____

(1): [ x _____ ]
BLAIR W MCNEA
I.D. # ███1329   D.O.B. ███/62

(2): [ x _____ ]
DANIELLE CAROLYN FOSS
I.D. # ███-8082   D.O.B. ███/1984

(3): [ x _____ ]
I.D. # _____   D.O.B. _____

(4): [ x _____ ]
I.D. # _____   D.O.B. _____

## BACKUP WITHHOLDING CERTIFICATIONS
TIN: 45-5071069
- ☒ **TAXPAYER I.D. NUMBER** - The Taxpayer Identification Number shown above (TIN) is my correct taxpayer identification number.
- ☒ **BACKUP WITHHOLDING** - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.
- ☐ **EXEMPT RECIPIENTS** - I am an exempt recipient under the Internal Revenue Service Regulations.

**SIGNATURE:** I certify under penalties of perjury the statements checked in this section and that I am a U.S. citizen or other U.S. person (as defined in the instructions).

x CONDOR CANYON LLC          3/3/15 (Date)

**AGENCY (POWER OF ATTORNEY) DESIGNATION** (Optional): To Add Agency Designation To Account, Name One or More Agents:

(Select One and Initial):
- ☐ Agency Designation Survives Disability or Incapacity of Parties _____
- ☐ Agency Designation Terminates on Disability or Incapacity of Parties _____

Signature Card-CO
Bankers Systems™
Wolters Kluwer Financial Services © 1992, 2008
MPSC-LAZ-CO 10/1/2008
Page 1 of 1
Agarwal Attachment E-2

## LIMITED LIABILITY COMPANY AUTHORIZATION RESOLUTION

By: CONDOR CANYON LLC
2011 CHERRY ST #202
LOUISVILLE CO 80027

# G GUARANTY BANK
## AND TRUST COMPANY

Referred to in this document as "Financial Institution"        Referred to in this document as "Limited Liability Company"

I, BLAIR W MCNEA _____ , certify that I am a Manager or Designated Member of the above named Limited Liability Company organized under the laws of WYOMING _____ , Federal Employer I.D. Number 45-5071069 , engaged in business under the trade name of CONDOR CANYON LLC _____ , and that the resolutions on this document are a correct copy of the resolutions adopted at a meeting of all members of the Limited Liability Company or the person or persons designated by the members of the Limited Liability Company to manage the Limited Liability Company as provided in the articles of organization or an operating agreement, duly and properly called and held on _____ 2/25/2015 _____ (date). These resolutions appear in the minutes of this meeting and have not been rescinded or modified.

**AGENTS** Any Agent listed below, subject to any written limitations, is authorized to exercise the powers granted as indicated below:

| | Name and Title or Position | Signature | Facsimile Signature (if used) |
|---|---|---|---|
| A. | BLAIR W MCNEA-MANAGER | X | X |
| B. | DANIELLE CAROLYN FOSS-AUTH SIGNER | X | X |
| C. | | X | X |
| D. | | X | X |
| E. | | X | X |
| F. | | X | X |

**POWERS GRANTED** (Attach one or more Agents to each power by placing the letter corresponding to their name in the area before each power. Following each power indicate the number of Agent signatures required to exercise the power.)

| Indicate A, B, C, D, E, and/or F | Description of Power | Indicate number of signatures required |
|---|---|---|
| AB | (1) Exercise all of the powers listed in this resolution. | 1 |
| | (2) Open any deposit or share account(s) in the name of the Limited Liability Company. | |
| | (3) Endorse checks and orders for the payment of money or otherwise withdraw or transfer funds on deposit with this Financial Institution. | |
| | (4) Borrow money on behalf and in the name of the Limited Liability Company, sign, execute and deliver promissory notes or other evidences of indebtedness. | |
| | (5) Endorse, assign, transfer, mortgage or pledge bills receivable, warehouse receipts, bills of lading, stocks, bonds, real estate or other property now owned or hereafter owned or acquired by the Limited Liability Company as security for sums borrowed, and to discount the same, unconditionally guarantee payment of all bills received, negotiated or discounted and to waive demand, presentment, protest, notice of protest and notice of non-payment. | |
| | (6) Enter into a written lease for the purpose of renting, maintaining, accessing and terminating a Safe Deposit Box in this Financial Institution. | |
| | (7) Other _____ | |

**LIMITATIONS ON POWERS** The following are the Limited Liability Company's express limitations on the powers granted under this resolution.

**EFFECT ON PREVIOUS RESOLUTIONS** This resolution supersedes resolution dated _____ . If not completed, all resolutions remain in effect.

**CERTIFICATION OF AUTHORITY**
I further certify that the Managers or Designated Members of the Limited Liability Company have, and at the time of adoption of this resolution had, full power and lawful authority to adopt the resolutions on page 2 and to confer the powers granted above to the persons named who have full power and lawful authority to exercise the same. (Apply seal below where appropriate.)

In Witness Whereof, I have subscribed my name to this document and affixed the seal, if any, of the Limited Liability Company on _____ (date).

Attest by One Other Manager or Designated Member        Manager or Designated Member

As used in this resolution, the term "Manager" means the person or persons designated by the members of the Limited Liability Company in a manager-managed Limited Liability Company to manage the Limited Liability Company as provided in the articles of organization or an operating agreement. The term "Designated Member" means the member or members of the Limited Liability Company authorized to act on behalf of the Limited Liability Company in a member-managed Limited Liability Company. By signing this resolution, Manager or Designated Member represent that they have provided the Financial Institution with true and complete copies of the articles of organization and operating agreements of the Limited Liability Company as amended to the date of this resolution.

**The Limited Liability Company named on this resolution resolves that,**
(1) The Financial Institution is designated as a depository for the funds of the Limited Liability Company and to provide other financial accommodations indicated in this resolution.
(2) This resolution shall continue to have effect until express written notice of its rescission or modification has been received and recorded by the Financial Institution. Any and all prior resolutions adopted by the Managers or Designated Members of the Limited Liability Company and certified to the Financial Institution as governing the operation of this Limited Liability Company's account(s), are in full force and effect, until the Financial Institution receives and acknowledges an express written notice of its revocation, modification or replacement. Any revocation, modification or replacement of a resolution must be accompanied by documentation, satisfactory to the Financial Institution, establishing the authority for the changes.
(3) The signature of an Agent on this resolution is conclusive evidence of their authority to act on behalf of the Limited Liability Company. Any Agent, so long as they act in a representative capacity as an Agent of the Limited Liability Company, is authorized to make any and all other contracts, agreements, stipulations and orders which they may deem advisable for the effective exercise of the powers indicated on page one, from time to time with the Financial Institution, subject to any restrictions on this resolution or otherwise agreed to in writing.
(4) All transactions, if any, with respect to any deposits, withdrawals, rediscounts and borrowings by or on behalf of the Limited Liability Company with the Financial Institution prior to the adoption of this resolution are hereby ratified, approved and confirmed.
(5) The Limited Liability Company agrees to the terms and conditions of any account agreement, properly opened by any Agent of the Limited Liability Company. The Limited Liability Company authorizes the Financial Institution, at any time, to charge the Limited Liability Company for all checks, drafts, or other orders, for the payment of money, that are drawn on the Financial Institution, so long as they contain the required number of signatures for this purpose.
(6) The Limited Liability Company acknowledges and agrees that the Financial Institution may furnish at its discretion automated access devices to Agents of the Limited Liability Company to facilitate those powers authorized by this resolution or other resolutions in effect at the time of issuance. The term "automated access device" includes, but is not limited to, credit cards, automated teller machines (ATM), and debit cards.
(7) The Limited Liability Company acknowledges and agrees that the Financial Institution may rely on alternative signature and verification codes issued to or obtained from the Agent named on this resolution. The term "alternative signature and verification codes" includes, but is not limited to, facsimile signatures on file with the Financial Institution, personal identification numbers (PIN), and digital signatures. If a facsimile signature specimen has been provided on this resolution, (or that are filed separately by the Limited Liability Company with the Financial Institution from time to time) the Financial Institution is authorized to treat the facsimile signature as the signature of the Agent(s) regardless of by whom or by what means the facsimile signature may have been affixed so long as it resembles the facsimile signature specimen on file. The Limited Liability Company authorizes each Agent to have custody of the Limited Liability Company's private key used to create a digital signature and to request issuance of a certificate listing the corresponding public key. The Financial Institution shall have no responsibility or liability for unauthorized use of alternative signature and verification codes unless otherwise agreed in writing.

**Pennsylvania.** The designation of an Agent does not create a power of attorney; therefore, Agents are not subject to the provisions of 20 Pa.C.S.A. Section 5601 et seq. (Chapter 56; Decedents, Estates and Fiduciaries Code) unless the agency was created by a separate power of attorney. Any provision that assigns Financial Institution rights to act on behalf of any person or entity is not subject to the provisions of 20 Pa.C.S.A. Section 5601 et seq. (Chapter 56; Decedents, Estates and Fiduciaries Code).

---

FOR FINANCIAL INSTITUTION USE ONLY

Acknowledged and received on _____ (date) by _____ (initials) ☐ This resolution is superseded by resolution dated _____ .

Comments:

# G GUARANTY BANK AND TRUST COMPANY

**ACCOUNT NUMBER** ▮▮2909

**ACCOUNT OWNER(S) NAME & ADDRESS**
SANDSTONE BEACH, LLC
2011 CHERRY STREET #202
LOUISVILLE CO 80027

## OWNERSHIP OF ACCOUNT - CONSUMER (Select One and Initial):
☐ Single-Party Account_____   ☐ Trust-Separate Agreement _____
☐ Multiple-Party Account_____
☐ Other _____

## RIGHTS AT DEATH (Select One And Initial):
☐ Single-Party Account
☐ Multiple-Party Account With Right of Survivorship _____
☐ Multiple-Party Account Without Right of Survivorship _____
☐ Single-Party Account With Pay On Death _____
☐ Multiple-Party Account With Right of Survivorship
and Pay On Death _____
PAY-ON-DEATH BENEFICIARIES: To Add Pay-On-Death Beneficiaries Name One or More:

| TYPE OF ACCOUNT | ☒ NEW | ☐ EXISTING |
|---|---|---|
| | ☒ CHECKING | ☐ SAVINGS |
| | ☐ MONEY MARKET | ☐ CERTIFICATE OF DEPOSIT |
| | ☐ NOW | |

This is your (check one): **COMPLETELY FREE BUS CHKN**
☒ Permanent   ☐ Temporary   account agreement.

Number of signatures required for withdrawal **001**

FACSIMILE SIGNATURE(S) ALLOWED?   ☐ YES   ☒ NO

[ X _____ ]

**SIGNATURE(S)** - The undersigned certifies the accuracy of the information he/she has provided and acknowledges receipt of a completed copy of this form. The undersigned authorizes the financial institution to verify credit and employment history and/or have a credit reporting agency prepare a credit report on the undersigned, as individuals. The undersigned also acknowledge the receipt of a copy and agree to the terms of the following agreement(s) and/or disclosure(s):

☒ Terms & Conditions   ☐ Truth in Savings   ☒ Funds Availability
☐ Electronic Fund Transfers   ☐ Privacy   ☒ Substitute Checks
☒ Common Features   ☐

## OWNERSHIP OF ACCOUNT - BUSINESS PURPOSE
☐ SOLE PROPRIETORSHIP   ☐ PARTNERSHIP
☐ CORPORATION:   ☐ FOR PROFIT   ☐ NOT FOR PROFIT
☒ LLC - P
BUSINESS: **TEETH WHITENING**
COUNTY & STATE OF ORGANIZATION: **PHOENIX, AZ**
AUTHORIZATION DATED: **2/25/2015**

(1): [ X _(signature)_ ]
RYAN MCWILLIAMS
I.D. # ▮▮9528   D.O.B. ▮▮▮79

DATE OPENED **02/25/2015** BY **B869ALM1**
INITIAL DEPOSIT $ **.00**
☐ CASH   ☐ CHECK _____
HOME TELEPHONE # _____
BUSINESS PHONE # **720-238-2418**
DRIVER'S LICENSE # _____
E-MAIL _____
EMPLOYER _____
MOTHER'S MAIDEN NAME _____
Name and address of someone who will always know your location: _____

(2): [ X _(signature)_ ]
DANIELLE CAROLYN FOSS
I.D. # ▮▮-8082   D.O.B. ▮▮▮1984

(3): [ X _____ ]

I.D. # _____   D.O.B. _____

## BACKUP WITHHOLDING CERTIFICATIONS
TIN: **45-5359919**
☒ **TAXPAYER I.D. NUMBER** - The Taxpayer Identification Number shown above (TIN) is my correct taxpayer identification number.
☒ **BACKUP WITHHOLDING** - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.
☐ **EXEMPT RECIPIENTS** - I am an exempt recipient under the Internal Revenue Service Regulations.
SIGNATURE: I certify under penalties of perjury the statements checked in this section and that I am a U.S. citizen or other U.S. person (as defined in the instructions).

X ___SANDSTONE BEACH, LLC___   3/3/15
(Date)

(4): [ X _____ ]

I.D. # _____   D.O.B. _____

**AGENCY (POWER OF ATTORNEY) DESIGNATION** (Optional): To Add Agency Designation To Account, Name One or More Agents:

(Select One and Initial:)
☐ Agency Designation Survives Disability or Incapacity of Parties _____
☐ Agency Designation Terminates on Disability or Incapacity of Parties _____

Signature Card-CO
Bankers SystemsTM
Wolters Kluwer Financial Services © 1992, 2009

MPSC-LAZ-CO 10/1/2009
Page 1 of 1
Agarwal Attachment E-5

## LIMITED LIABILITY COMPANY AUTHORIZATION RESOLUTION



By: SANDSTONE BEACH, LLC
2011 CHERRY STREET #202
LOUISVILLE CO 80027

## GUARANTY BANK
## AND TRUST COMPANY

Referred to in this document as "Financial Institution"

Referred to in this document as "Limited Liability Company"

I, RYAN MCWILLIAMS _____ , certify that I am a Manager or Designated Member of the above named Limited Liability Company organized under the laws of ARIZONA _____ , Federal Employer I.D. Number 45-5359919 _____ , engaged in business under the trade name of SANDSTONE BEACH LLC _____ , and that the resolutions on this document are a correct copy of the resolutions adopted at a meeting of all members of the Limited Liability Company or the person or persons designated by the members of the Limited Liability Company to manage the Limited Liability Company as provided in the articles of organization or an operating agreement, duly and properly called and held on _____ 2/25/2015 _____ (date). These resolutions appear in the minutes of this meeting and have not been rescinded or modified.

**AGENTS** Any Agent listed below, subject to any written limitations, is authorized to exercise the powers granted as indicated below:

| Name and Title or Position | Signature | Facsimile Signature (if used) |
|---|---|---|
| A. RYAN MCWILLIAMS-MANAGER | X | X |
| B. DANIELLE CAROLYN FOSS-AUTH SIGNER | X | X |
| C. | X | X |
| D. | X | X |
| E. | X | X |
| F. | X | X |

**POWERS GRANTED** (Attach one or more Agents to each power by placing the letter corresponding to their name in the area before each power. Following each power indicate the number of Agent signatures required to exercise the power.)

| Indicate A, B, C, D, E, and/or F | | Description of Power | Indicate number of signatures required |
|---|---|---|---|
| AB | (1) | Exercise all of the powers listed in this resolution. | 1 |
| | (2) | Open any deposit or share account(s) in the name of the Limited Liability Company. | |
| | (3) | Endorse checks and orders for the payment of money or otherwise withdraw or transfer funds on deposit with this Financial Institution. | |
| | (4) | Borrow money on behalf and in the name of the Limited Liability Company, sign, execute and deliver promissory notes or other evidences of indebtedness. | |
| | (5) | Endorse, assign, transfer, mortgage or pledge bills receivable, warehouse receipts, bills of lading, stocks, bonds, real estate or other property now owned or hereafter owned or acquired by the Limited Liability Company as security for sums borrowed, and to discount the same, unconditionally guarantee payment of all bills received, negotiated or discounted and to waive demand, presentment, protest, notice of protest and notice of non-payment. | |
| | (6) | Enter into a written lease for the purpose of renting, maintaining, accessing and terminating a Safe Deposit Box in this Financial Institution. | |
| | (7) | Other _____ | |

**LIMITATIONS ON POWERS** The following are the Limited Liability Company's express limitations on the powers granted under this resolution.

**EFFECT ON PREVIOUS RESOLUTIONS** This resolution supersedes resolution dated _____ . If not completed, all resolutions remain in effect.

**CERTIFICATION OF AUTHORITY**
I further certify that the Managers or Designated Members of the Limited Liability Company have, and at the time of adoption of this resolution had, full power and lawful authority to adopt the resolutions on page 2 and to confer the powers granted above to the persons named who have full power and lawful authority to exercise the same. (Apply seal below where appropriate.)
In Witness Whereof, I have subscribed my name to this document and affixed the seal, if any, of the Limited Liability Company on _____ (date).

Attest by One Other Manager or Designated Member          Manager or Designated Member

As used in this resolution, the term "Manager" means the person or persons designated by the members of the Limited Liability Company in a manager-managed Limited Liability Company to manage the Limited Liability Company as provided in the articles of organization or an operating agreement. The term "Designated Member" means the member or members of the Limited Liability Company authorized to act on behalf of the Limited Liability Company in a member-managed Limited Liability Company. By signing this resolution, Manager or Designated Member represent that they have provided the Financial Institution with true and complete copies of the articles of organization and operating agreements of the Limited Liability Company as amended to the date of this resolution.

**The Limited Liability Company named on this resolution resolves that,**
(1) The Financial Institution is designated as a depository for the funds of the Limited Liability Company and to provide other financial accommodations indicated in this resolution.
(2) This resolution shall continue to have effect until express written notice of its rescission or modification has been received and recorded by the Financial Institution. Any and all prior resolutions adopted by the Managers or Designated Members of the Limited Liability Company and certified to the Financial Institution as governing the operation of this Limited Liability Company's account(s), are in full force and effect, until the Financial Institution receives and acknowledges an express written notice of its revocation, modification or replacement. Any revocation, modification or replacement of a resolution must be accompanied by documentation, satisfactory to the Financial Institution, establishing the authority for the changes.
(3) The signature of an Agent on this resolution is conclusive evidence of their authority to act on behalf of the Limited Liability Company. Any Agent, so long as they act in a representative capacity as an Agent of the Limited Liability Company, is authorized to make any and all other contracts, agreements, stipulations and orders which they may deem advisable for the effective exercise of the powers indicated on page one, from time to time with the Financial Institution, subject to any restrictions on this resolution or otherwise agreed to in writing.
(4) All transactions, if any, with respect to any deposits, withdrawals, rediscounts and borrowings by or on behalf of the Limited Liability Company with the Financial Institution prior to the adoption of this resolution are hereby ratified, approved and confirmed.
(5) The Limited Liability Company agrees to the terms and conditions of any account agreement, properly opened by any Agent of the Limited Liability Company. The Limited Liability Company authorizes the Financial Institution, at any time, to charge the Limited Liability Company for all checks, drafts, or other orders, for the payment of money, that are drawn on the Financial Institution, so long as they contain the required number of signatures for this purpose.
(6) The Limited Liability Company acknowledges and agrees that the Financial Institution may furnish at its discretion automated access devices to Agents of the Limited Liability Company to facilitate those powers authorized by this resolution or other resolutions in effect at the time of issuance. The term "automated access device" includes, but is not limited to, credit cards, automated teller machines (ATM), and debit cards.
(7) The Limited Liability Company acknowledges and agrees that the Financial Institution may rely on alternative signature and verification codes issued to or obtained from the Agent named on this resolution. The term "alternative signature and verification codes" includes, but is not limited to, facsimile signatures on file with the Financial Institution, personal identification numbers (PIN), and digital signatures. If a facsimile signature specimen has been provided on this resolution, (or that are filed separately by the Limited Liability Company with the Financial Institution from time to time) the Financial Institution is authorized to treat the facsimile signature as the signature of the Agent(s) regardless of by whom or by what means the facsimile signature may have been affixed so long as it resembles the facsimile signature specimen on file. The Limited Liability Company authorizes each Agent to have custody of the Limited Liability Company's private key used to create a digital signature and to request issuance of a certificate listing the corresponding public key. The Financial Institution shall have no responsibility or liability for unauthorized use of alternative signature and verification codes unless otherwise agreed in writing.

**Pennsylvania.** The designation of an Agent does not create a power of attorney; therefore, Agents are not subject to the provisions of 20 Pa.C.S.A. Section 5601 et seq. (Chapter 56; Decedents, Estates and Fiduciaries Code) unless the agency was created by a separate power of attorney. Any provision that assigns Financial Institution rights to act on behalf of any person or entity is not subject to the provisions of 20 Pa.C.S.A. Section 5601 et seq. (Chapter 56; Decedents, Estates and Fiduciaries Code).

---

FOR FINANCIAL INSTITUTION USE ONLY

Acknowledged and received on _____ (date) by _____ (initials) ☐ This resolution is superseded by resolution dated _____

Comments:

# GUARANTY BANK AND TRUST COMPANY

**ACCOUNT NUMBER** ▮▮▮2917

**ACCOUNT OWNER(S) NAME & ADDRESS**
ABSOLUTELY WORKING LLC
2011 CHERRY ST #202
LOUISVILLE CO 80027

## OWNERSHIP OF ACCOUNT - CONSUMER (Select One and Initial):
- ☐ Single-Party Account _____   ☐ Trust-Separate Agreement _____
- ☐ Multiple-Party Account _____
- ☐ Other _____

## RIGHTS AT DEATH (Select One And Initial):
- ☐ Single-Party Account
- ☐ Multiple-Party Account With Right of Survivorship _____
- ☐ Multiple-Party Account Without Right of Survivorship _____
- ☐ Single-Party Account With Pay On Death _____
- ☐ Multiple-Party Account With Right of Survivorship and Pay On Death _____

PAY-ON-DEATH BENEFICIARIES: To Add Pay-on-Death Beneficiaries Name One or More:

| TYPE OF ACCOUNT | ☒ NEW | ☐ EXISTING |
|---|---|---|
| | ☒ CHECKING | ☐ SAVINGS |
| | ☐ MONEY MARKET | ☐ CERTIFICATE OF DEPOSIT |
| | ☐ NOW | |

This is your (check one):  **COMPLETELY FREE BUS CHKN**
☒ Permanent   ☐ Temporary   account agreement.

Number of signatures required for withdrawal 001
FACSIMILE SIGNATURE(S) ALLOWED?  ☐ YES   ☒ NO

[ x _____ ]

**SIGNATURE(S)** - The undersigned certifies the accuracy of the information he/she has provided and acknowledges receipt of a completed copy of this form. The undersigned authorizes the financial institution to verify credit and employment history and/or have a credit reporting agency prepare a credit report on the undersigned, as individuals. The undersigned also acknowledge the receipt of a copy and agree to the terms of the following agreement(s) and/or disclosure(s):

☒ Terms & Conditions  ☐ Truth in Savings  ☒ Funds Availability
☐ Electronic Fund Transfers  ☐ Privacy  ☒ Substitute Checks
☒ Common Features  ☐

## OWNERSHIP OF ACCOUNT - BUSINESS PURPOSE
- ☐ SOLE PROPRIETORSHIP   ☐ PARTNERSHIP
- ☐ CORPORATION:   ☐ FOR PROFIT   ☐ NOT FOR PROFIT
- ☒ LLC

BUSINESS: TEATH WHITENING SALES
COUNTY & STATE OF ORGANIZATION: LAS VEGAS, NV
AUTHORIZATION DATED: 2/25/2015

(1): [ x _____ ]
MEGAN NOSEL
I.D. # ▮▮▮8919   D.O.B. ▮▮▮ 1980

(2): [ x _____ ]
DANIELLE CAROLYN FOSS
I.D. # ▮▮▮8082   D.O.B. ▮▮▮ 1984

DATE OPENED 02/25/2015  BY B869ALM1
INITIAL DEPOSIT $ .00
- ☐ CASH  ☐ CHECK ☐ _____
HOME TELEPHONE # _____
BUSINESS PHONE # 720-238-2418
DRIVER'S LICENSE # _____
E-MAIL _____
EMPLOYER _____
MOTHER'S MAIDEN NAME _____
Name and address of someone who will always know your location: _____

(3): [ x _____ ]
I.D. # _____   D.O.B. _____

(4): [ x _____ ]
I.D. # _____   D.O.B. _____

## BACKUP WITHHOLDING CERTIFICATIONS
TIN: 27-5219317
- ☒ **TAXPAYER I.D. NUMBER** - The Taxpayer Identification Number shown above (TIN) is my correct taxpayer identification number.
- ☒ **BACKUP WITHHOLDING** - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.
- ☐ **EXEMPT RECIPIENTS** - I am an exempt recipient under the Internal Revenue Service Regulations.

**SIGNATURE:** I certify under penalties of perjury the statements checked in this section and that I am a U.S. citizen or other U.S. person (as defined in the instructions).

X _____
ABSOLUTELY WORKING LLC        (Date)

**AGENCY (POWER OF ATTORNEY) DESIGNATION** (Optional): To Add Agency Designation To Account, Name One or More Agents:

(Select One and Initial):
- ☐ Agency Designation Survives Disability or Incapacity of Parties _____
- ☐ Agency Designation Terminates on Disability or Incapacity of Parties _____

Signature Card-CO
Bankers Systems™
Wolters Kluwer Financial Services © 1992, 2009

MPSC-LAZ-CO 10/1/2009

Page 1 of 1
Agarwal Attachment E-8

# Guaranty Bank Authorization Letter

Date: 3/07/2015

To Whom It May Concern:

I am writing this letter to confirm that Danielle Foss is authorized to be a signer on my business checking account with Guaranty Bank in the name of Absolutely Working, LLC. Danielle is also authorized to speak to the bank on my behalf.

Sincerely,

Megan Nosel

Absolutely Working, LLC

## LIMITED LIABILITY COMPANY AUTHORIZATION RESOLUTION

By: ABSOLUTELY WORKING LLC
2011 CHERRY ST #202
LOUISVILLE CO 80027



# GUARANTY BANK
# AND TRUST COMPANY

Referred to in this document as "Financial Institution"          Referred to in this document as "Limited Liability Company"

I, MEGAN NOSEL _____, certify that I am a Manager or Designated Member of the above named Limited Liability Company organized under the laws of COLORADO _____, Federal Employer I.D. Number 27-5219317 , engaged in business under the trade name of ABSOLUTELY WORKING LLC _____, and that the resolutions on this document are a correct copy of the resolutions adopted at a meeting of all members of the Limited Liability Company or the person or persons designated by the members of the Limited Liability Company to manage the Limited Liability Company as provided in the articles of organization or an operating agreement, duly and properly called and held on 2/25/2015 _____ (date). These resolutions appear in the minutes of this meeting and have not been rescinded or modified.

**AGENTS** Any Agent listed below, subject to any written limitations, is authorized to exercise the powers granted as indicated below:

| Name and Title or Position | Signature | Facsimile Signature (if used) |
|---|---|---|
| A. MEGAN NOSEL-MANAGER | X _____ | X _____ |
| B. DANIELLE CAROLYN FOSS-AUTH SIGNER | X _____ | X _____ |
| C. _____ | X _____ | X _____ |
| D. _____ | X _____ | X _____ |
| E. _____ | X _____ | X _____ |
| F. _____ | X _____ | X _____ |

**POWERS GRANTED** (Attach one or more Agents to each power by placing the letter corresponding to their name in the area before each power. Following each power indicate the number of Agent signatures required to exercise the power.)

| Indicate A, B, C, D, E, and/or F | Description of Power | Indicate number of signatures required |
|---|---|---|
| AB | (1) Exercise all of the powers listed in this resolution. | 1 |
| _____ | (2) Open any deposit or share account(s) in the name of the Limited Liability Company. | _____ |
| _____ | (3) Endorse checks and orders for the payment of money or otherwise withdraw or transfer funds on deposit with this Financial Institution. | _____ |
| _____ | (4) Borrow money on behalf and in the name of the Limited Liability Company, sign, execute and deliver promissory notes or other evidences of indebtedness. | _____ |
| _____ | (5) Endorse, assign, transfer, mortgage or pledge bills receivable, warehouse receipts, bills of lading, stocks, bonds, real estate or other property now owned or hereafter owned or acquired by the Limited Liability Company as security for sums borrowed, and to discount the same, unconditionally guarantee payment of all bills received, negotiated or discounted and to waive demand, presentment, protest, notice of protest and notice of non-payment. | _____ |
| _____ | (6) Enter into a written lease for the purpose of renting, maintaining, accessing and terminating a Safe Deposit Box in this Financial Institution. | _____ |
| _____ | (7) Other _____ | _____ |

**LIMITATIONS ON POWERS** The following are the Limited Liability Company's express limitations on the powers granted under this resolution.

**EFFECT ON PREVIOUS RESOLUTIONS** This resolution supersedes resolution dated _____. If not completed, all resolutions remain in effect.

**CERTIFICATION OF AUTHORITY**
I further certify that the Managers or Designated Members of the Limited Liability Company have, and at the time of adoption of this resolution had, full power and lawful authority to adopt the resolutions on page 2 and to confer the powers granted above to the persons named who have full power and lawful authority to exercise the same. (Apply seal below where appropriate.)

In Witness Whereof, I have subscribed my name to this document and affixed the seal, if any, of the Limited Liability Company on _____ (date).

Attest by One Other Manager or Designated Member          Manager or Designated Member

As used in this resolution, the term "Manager" means the person or persons designated by the members of the Limited Liability Company in a manager-managed Limited Liability Company to manage the Limited Liability Company as provided in the articles of organization or an operating agreement. The term "Designated Member" means the member or members of the Limited Liability Company authorized to act on behalf of the Limited Liability Company in a member-managed Limited Liability Company. By signing this resolution, Manager or Designated Member represent that they have provided the Financial Institution with true and complete copies of the articles of organization and operating agreements of the Limited Liability Company as amended to the date of this resolution.

**The Limited Liability Company named on this resolution resolves that,**

(1) The Financial Institution is designated as a depository for the funds of the Limited Liability Company and to provide other financial accommodations indicated in this resolution.

(2) This resolution shall continue to have effect until express written notice of its rescission or modification has been received and recorded by the Financial Institution. Any and all prior resolutions adopted by the Managers or Designated Members of the Limited Liability Company and certified to the Financial Institution as governing the operation of this Limited Liability Company's account(s), are in full force and effect, until the Financial Institution receives and acknowledges an express written notice of its revocation, modification or replacement. Any revocation, modification or replacement of a resolution must be accompanied by documentation, satisfactory to the Financial Institution, establishing the authority for the changes.

(3) The signature of an Agent on this resolution is conclusive evidence of their authority to act on behalf of the Limited Liability Company. Any Agent, so long as they act in a representative capacity as an Agent of the Limited Liability Company, is authorized to make any and all other contracts, agreements, stipulations and orders which they may deem advisable for the effective exercise of the powers indicated on page one, from time to time with the Financial Institution, subject to any restrictions on this resolution or otherwise agreed to in writing.

(4) All transactions, if any, with respect to any deposits, withdrawals, rediscounts and borrowings by or on behalf of the Limited Liability Company with the Financial Institution prior to the adoption of this resolution are hereby ratified, approved and confirmed.

(5) The Limited Liability Company agrees to the terms and conditions of any account agreement, properly opened by any Agent of the Limited Liability Company. The Limited Liability Company authorizes the Financial Institution, at any time, to charge the Limited Liability Company for all checks, drafts, or other orders, for the payment of money, that are drawn on the Financial Institution, so long as they contain the required number of signatures for this purpose.

(6) The Limited Liability Company acknowledges and agrees that the Financial Institution may furnish at its discretion automated access devices to Agents of the Limited Liability Company to facilitate those powers authorized by this resolution or other resolutions in effect at the time of issuance. The term "automated access device" includes, but is not limited to, credit cards, automated teller machines (ATM), and debit cards.

(7) The Limited Liability Company acknowledges and agrees that the Financial Institution may rely on alternative signature and verification codes issued to or obtained from the Agent named on this resolution. The term "alternative signature and verification codes" includes, but is not limited to, facsimile signatures on file with the Financial Institution, personal identification numbers (PIN), and digital signatures. If a facsimile signature specimen has been provided on this resolution, (or that are filed separately by the Limited Liability Company with the Financial Institution from time to time) the Financial Institution is authorized to treat the facsimile signature as the signature of the Agent(s) regardless of by whom or by what means the facsimile signature may have been affixed so long as it resembles the facsimile signature specimen on file. The Limited Liability Company authorizes each Agent to have custody of the Limited Liability Company's private key used to create a digital signature and to request issuance of a certificate listing the corresponding public key. The Financial Institution shall have no responsibility or liability for unauthorized use of alternative signature and verification codes unless otherwise agreed in writing.

**Pennsylvania.** The designation of an Agent does not create a power of attorney; therefore, Agents are not subject to the provisions of 20 Pa.C.S.A. Section 5601 et seq. (Chapter 56; Decedents, Estates and Fiduciaries Code) unless the agency was created by a separate power of attorney. Any provision that assigns Financial Institution rights to act on behalf of any person or entity is not subject to the provisions of 20 Pa.C.S.A. Section 5601 et seq. (Chapter 56; Decedents, Estates and Fiduciaries Code).

---

FOR FINANCIAL INSTITUTION USE ONLY

Acknowledged and received on _____ (date) by _____ (initials) ☐ This resolution is superseded by resolution dated _____ .

Comments:

Experi™  © 1995, 1997 Bankers Systems, Inc., St. Cloud, MN  Form LLC-1 5/1/2003

# GUARANTY BANK AND TRUST COMPANY

**ACCOUNT NUMBER** ▮ 2925

**ACCOUNT OWNER(S) NAME & ADDRESS**
THREE LAKES LLC
2011 CHERRY ST #202
LOUISVILLE CO 80027

**OWNERSHIP OF ACCOUNT - CONSUMER (Select One and Initial):**
- ☐ Single-Party Account_____ ☐ Trust-Separate Agreement_____
- ☐ Multiple-Party Account_____
- ☐ Other _____

**RIGHTS AT DEATH (Select One And Initial):**
- ☐ Single-Party Account
- ☐ Multiple-Party Account With Right of Survivorship _____
- ☐ Multiple-Party Account Without Right of Survivorship _____
- ☐ Single-Party Account With Pay On Death _____
- ☐ Multiple-Party Account With Right of Survivorship and Pay On Death _____

PAY-ON-DEATH BENEFICIARIES: To Add Pay-On-Death Beneficiaries Name One or More:

**OWNERSHIP OF ACCOUNT - BUSINESS PURPOSE**
- ☐ SOLE PROPRIETORSHIP ☐ PARTNERSHIP
- ☐ CORPORATION: ☐ FOR PROFIT ☐ NOT FOR PROFIT
- ☒ LLC - ~~p~~

BUSINESS: ONLINE SALES/TEETH WHITENING
COUNTY & STATE OF ORGANIZATION: RENO, NEVADA
AUTHORIZATION DATED:                    2/25/2015

DATE OPENED   02/25/2015   BY B869ALM1
INITIAL DEPOSIT $ .00
- ☐ CASH ☐ CHECK ☐ _____
HOME TELEPHONE # _____
BUSINESS PHONE # 720-238-2418
DRIVER'S LICENSE # _____
E-MAIL _____
EMPLOYER _____
MOTHER'S MAIDEN NAME _____
Name and address of someone who will always know your location: ____

**BACKUP WITHHOLDING CERTIFICATIONS**
TIN: 38-3934817
- ☒ TAXPAYER I.D. NUMBER - The Taxpayer Identification Number shown above (TIN) is my correct taxpayer identification number.
- ☒ BACKUP WITHHOLDING - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.
- ☐ EXEMPT RECIPIENTS - I am an exempt recipient under the Internal Revenue Service Regulations.
SIGNATURE: I certify under penalties of perjury the statements checked in this section and that I am a U.S. citizen or other U.S. person (as defined in the instructions).

x _____   3/3/15
  THREE LAKES LLC              (Date)

**TYPE OF ACCOUNT**
- ☒ NEW ☐ EXISTING
- ☒ CHECKING ☐ SAVINGS
- ☐ MONEY MARKET ☐ CERTIFICATE OF DEPOSIT
- ☐ NOW
This is your (check one): COMPLETELY FREE BUS CHKN
- ☒ Permanent ☐ Temporary   account agreement.

Number of signatures required for withdrawal 001
FACSIMILE SIGNATURE(S) ALLOWED? ☐ YES ☒ NO

[ x _____ ]

**SIGNATURE(S)** - The undersigned certifies the accuracy of the information he/she has provided and acknowledges receipt of a completed copy of this form. The undersigned authorizes the financial institution to verify credit and employment history and/or have a credit reporting agency prepare a credit report on the undersigned, as individuals. The undersigned also acknowledge receipt of a copy and agree to the terms of the following agreement(s) and/or disclosure(s):
- ☒ Terms & Conditions ☐ Truth in Savings ☒ Funds Availability
- ☒ Electronic Fund Transfers ☐ Privacy ☒ Substitute Checks
- ☒ Common Features ☐

(1): [ x _____ ]
   CHRIS S POOLE
   I.D. # ▮4389   D.O.B. ▮1989

(2): [ x _____ ]
   DANIELLE CAROLYN FOSS
   I.D. # ▮-8082   D.O.B. ▮1984

(3): [ x _____ ]
   I.D. # _____ D.O.B. _____

(4): [ x _____ ]
   I.D. # _____ D.O.B. _____

**AGENCY (POWER OF ATTORNEY) DESIGNATION** (Optional): To Add Agency Designation To Account, Name One or More Agents:

(Select One and Initial):
- ☐ Agency Designation Survives Disability or Incapacity of Parties _____
- ☐ Agency Designation Terminates on Disability or Incapacity of Parties _____

Signature Card-CO
Bankers Systems™
Wolters Kluwer Financial Services © 1992, 2009

MPSC-LAZ-CO 10/1/2009
Page 1 of 1
Agarwal Attachment E-12

## LIMITED LIABILITY COMPANY AUTHORIZATION RESOLUTION

By: THREE LAKES LLC
2011 CHERRY ST #202
LOUISVILLE CO 80027

# GUARANTY BANK
## AND TRUST COMPANY

Referred to in this document as "Financial Institution"          Referred to in this document as "Limited Liability Company"

I, CHRIS S POOLE _____ , certify that I am a Manager or Designated Member of the above named Limited Liability Company organized under the laws of NEVADA _____ , Federal Employer I.D. Number 38-3934817 _____ , engaged in business under the trade name of THREE LAKES LLC _____ , and that the resolutions on this document are a correct copy of the resolutions adopted at a meeting of all members of the Limited Liability Company or the person or persons designated by the members of the Limited Liability Company to manage the Limited Liability Company as provided in the articles of organization or an operating agreement, duly and properly called and held on _____ 2/25/2015 _____ (date). These resolutions appear in the minutes of this meeting and have not been rescinded or modified.

**AGENTS** Any Agent listed below, subject to any written limitations, is authorized to exercise the powers granted as indicated below:

| Name and Title or Position | Signature | Facsimile Signature (if used) |
|---|---|---|
| A. CHRIS S POOLE-MANAGER | X | X |
| B. DANIELLE CAROLYN FOSS-AUTH SIGNER | X | X |
| C. | X | X |
| D. | X | X |
| E. | X | X |
| F. | X | X |

**POWERS GRANTED** (Attach one or more Agents to each power by placing the letter corresponding to their name in the area before each power. Following each power indicate the number of Agent signatures required to exercise the power.)

| Indicate A, B, C, D, E, and/or F | Description of Power | | Indicate number of signatures required |
|---|---|---|---|
| AB | (1) | Exercise all of the powers listed in this resolution. | 1 |
| | (2) | Open any deposit or share account(s) in the name of the Limited Liability Company. | |
| | (3) | Endorse checks and orders for the payment of money or otherwise withdraw or transfer funds on deposit with this Financial Institution. | |
| | (4) | Borrow money on behalf and in the name of the Limited Liability Company, sign, execute and deliver promissory notes or other evidences of indebtedness. | |
| | (5) | Endorse, assign, transfer, mortgage or pledge bills receivable, warehouse receipts, bills of lading, stocks, bonds, real estate or other property now owned or hereafter owned or acquired by the Limited Liability Company as security for sums borrowed, and to discount the same, unconditionally guarantee payment of all bills received, negotiated or discounted and to waive demand, presentment, protest, notice of protest and notice of non-payment. | |
| | (6) | Enter into a written lease for the purpose of renting, maintaining, accessing and terminating a Safe Deposit Box in this Financial Institution. | |
| | (7) | Other | |

**LIMITATIONS ON POWERS** The following are the Limited Liability Company's express limitations on the powers granted under this resolution.

**EFFECT ON PREVIOUS RESOLUTIONS** This resolution supersedes resolution dated _____ . If not completed, all resolutions remain in effect.
**CERTIFICATION OF AUTHORITY**
I further certify that the Managers or Designated Members of the Limited Liability Company have, and at the time of adoption of this resolution had, full power and lawful authority to adopt the resolutions on page 2 and to confer the powers granted above to the persons named who have full power and lawful authority to exercise the same. (Apply seal below where appropriate.)

In Witness Whereof, I have subscribed my name to this document and affixed the seal, if any, of the Limited Liability Company on _____ (date).

Attest by One Other Manager or Designated Member          Manager or Designated Member



As used in this resolution, the term "Manager" means the person or persons designated by the members of the Limited Liability Company in a manager-managed Limited Liability Company to manage the Limited Liability Company as provided in the articles of organization or an operating agreement. The term "Designated Member" means the member or members of the Limited Liability Company authorized to act on behalf of the Limited Liability Company in a member-managed Limited Liability Company. By signing this resolution, Manager or Designated Member represent that they have provided the Financial Institution with true and complete copies of the articles of organization and operating agreements of the Limited Liability Company as amended to the date of this resolution.

**The Limited Liability Company named on this resolution resolves that,**

(1) The Financial Institution is designated as a depository for the funds of the Limited Liability Company and to provide other financial accommodations indicated in this resolution.

(2) This resolution shall continue to have effect until express written notice of its rescission or modification has been received and recorded by the Financial Institution. Any and all prior resolutions adopted by the Managers or Designated Members of the Limited Liability Company and certified to the Financial Institution as governing the operation of this Limited Liability Company's account(s), are in full force and effect, until the Financial Institution receives and acknowledges an express written notice of its revocation, modification or replacement. Any revocation, modification or replacement of a resolution must be accompanied by documentation, satisfactory to the Financial Institution, establishing the authority for the changes.

(3) The signature of an Agent on this resolution is conclusive evidence of their authority to act on behalf of the Limited Liability Company. Any Agent, so long as they act in a representative capacity as an Agent of the Limited Liability Company, is authorized to make any and all other contracts, agreements, stipulations and orders which they may deem advisable for the effective exercise of the powers indicated on page one, from time to time with the Financial Institution, subject to any restrictions on this resolution or otherwise agreed to in writing.

(4) All transactions, if any, with respect to any deposits, withdrawals, rediscounts and borrowings by or on behalf of the Limited Liability Company with the Financial Institution prior to the adoption of this resolution are hereby ratified, approved and confirmed.

(5) The Limited Liability Company agrees to the terms and conditions of any account agreement, properly opened by any Agent of the Limited Liability Company. The Limited Liability Company authorizes the Financial Institution, at any time, to charge the Limited Liability Company for all checks, drafts, or other orders, for the payment of money, that are drawn on the Financial Institution, so long as they contain the required number of signatures for this purpose.

(6) The Limited Liability Company acknowledges and agrees that the Financial Institution may furnish at its discretion automated access devices to Agents of the Limited Liability Company to facilitate those powers authorized by this resolution or other resolutions in effect at the time of issuance. The term "automated access device" includes, but is not limited to, credit cards, automated teller machines (ATM), and debit cards.

(7) The Limited Liability Company acknowledges and agrees that the Financial Institution may rely on alternative signature and verification codes issued to or obtained from the Agent named on this resolution. The term "alternative signature and verification codes" includes, but is not limited to, facsimile signatures on file with the Financial Institution, personal identification numbers (PIN), and digital signatures. If a facsimile signature specimen has been provided on this resolution, (or that are filed separately by the Limited Liability Company with the Financial Institution from time to time) the Financial Institution is authorized to treat the facsimile signature as the signature of the Agent(s) regardless of by whom or by what means the facsimile signature may have been affixed so long as it resembles the facsimile signature specimen on file. The Limited Liability Company authorizes each Agent to have custody of the Limited Liability Company's private key used to create a digital signature and to request issuance of a certificate listing the corresponding public key. The Financial Institution shall have no responsibility or liability for unauthorized use of alternative signature and verification codes unless otherwise agreed in writing.

**Pennsylvania.** The designation of an Agent does not create a power of attorney; therefore, Agents are not subject to the provisions of 20 Pa.C.S.A. Section 5601 et seq. (Chapter 56; Decedents, Estates and Fiduciaries Code) unless the agency was created by a separate power of attorney. Any provision that assigns Financial Institution rights to act on behalf of any person or entity is not subject to the provisions of 20 Pa.C.S.A. Section 5601 et seq. (Chapter 56; Decedents, Estates and Fiduciaries Code).

---

FOR FINANCIAL INSTITUTION USE ONLY

Acknowledged and received on _____ (date) by _____ (initials) ☐ This resolution is superseded by resolution dated _____ .

Comments:

Experi® © 1985, 1997 Bankers Systems, Inc., St. Cloud, MN Form LLC-1 5/1/2003

Agarwal Attachment E-14

# GUARANTY BANK AND TRUST COMPANY

**ACCOUNT NUMBER** ⬭3290

**ACCOUNT OWNER(S) NAME & ADDRESS**
MINT HOUSE LLC
2011 CHERRY ST
SUITE 202
LOUISVILLE CO 80027

## OWNERSHIP OF ACCOUNT - CONSUMER (Select One and Initial):
- ☐ Single-Party Account _____ ☐ Trust-Separate Agreement _____
- ☐ Multiple-Party Account _____
- ☐ Other _____

## RIGHTS AT DEATH (Select One And Initial):
- ☐ Single-Party Account _____
- ☐ Multiple-Party Account With Right of Survivorship _____
- ☐ Multiple-Party Account Without Right of Survivorship _____
- ☐ Single-Party Account With Pay On Death _____
- ☐ Multiple-Party Account With Right of Survivorship and Pay On Death _____

**PAY-ON-DEATH BENEFICIARIES:** To Add Pay-On-Death Beneficiaries Name One or More:

## OWNERSHIP OF ACCOUNT - BUSINESS PURPOSE
- ☐ SOLE PROPRIETORSHIP ☐ PARTNERSHIP
- ☐ CORPORATION: ☐ FOR PROFIT ☐ NOT FOR PROFIT
- ☒ LLC - S
- BUSINESS: INTERNET MARKETING
- COUNTY & STATE OF ORGANIZATION: ADAMS, COLORADO
- AUTHORIZATION DATED: 12/02/2014

DATE OPENED 12/02/2014 BY B869ALM1
INITIAL DEPOSIT $ 50.00
☐ CASH ☒ CHECK ☐ _____
HOME TELEPHONE # 720-238-2418
BUSINESS PHONE # 720-238-2418
DRIVER'S LICENSE # _____
E-MAIL _____
EMPLOYER _____
MOTHER'S MAIDEN NAME _____
Name and address of someone who will always know your location: _____

## BACKUP WITHHOLDING CERTIFICATIONS
TIN: 27-3359961
- ☒ **TAXPAYER I.D. NUMBER** - The Taxpayer Identification Number shown above (TIN) is my correct taxpayer identification number.
- ☒ **BACKUP WITHHOLDING** - I am not subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.
- ☐ **EXEMPT RECIPIENTS** - I am an exempt recipient under the Internal Revenue Service Regulations.

**SIGNATURE:** I certify under penalties of perjury the statements checked in this section and that I am a U.S. citizen or other U.S. person (as defined in the instructions).

x _Daf_
MINT HOUSE LLC                    (Date)

**TYPE OF ACCOUNT**
- ☒ NEW ☐ EXISTING
- ☒ CHECKING ☐ SAVINGS
- ☐ MONEY MARKET ☐ CERTIFICATE OF DEPOSIT
- ☐ NOW
This is your (check one): COMPLETELY FREE BUS CHKN
☒ Permanent ☐ Temporary account agreement.

Number of signatures required for withdrawal 001
FACSIMILE SIGNATURE(S) ALLOWED? ☐ YES ☒ NO

[x _____ ]

**SIGNATURE(S)** - The undersigned certifies the accuracy of the information he/she has provided and acknowledges receipt of a completed copy of this form. The undersigned authorizes the financial institution to verify credit and employment history and/or have a credit reporting agency prepare a credit report on the undersigned, as individuals. The undersigned also acknowledge the receipt of a copy and agree to the terms of the following agreement(s) and/or disclosure(s):

- ☒ Terms & Conditions ☐ Truth in Savings ☒ Funds Availability
- ☐ Electronic Fund Transfers ☐ Privacy ☒ Substitute Checks
- ☒ Common Features ☐

(1): [x _signature_ 12/2/2014 10:33:02 ]
DANIELLE CAROLYN FOSS
I.D. # ⬭-8082    D.O.B. ⬭1984

(2): [x _____ ]
I.D. # _____    D.O.B. _____

(3): [x _____ ]
I.D. # _____    D.O.B. _____

(4): [x _____ ]
I.D. # _____    D.O.B. _____

**AGENCY (POWER OF ATTORNEY) DESIGNATION** (Optional): To Add Agency Designation To Account, Name One or More Agents:

(Select One and Initial):
- ☐ Agency Designation Survives Disability or Incapacity of Parties _____
- ☐ Agency Designation Terminates on Disability or Incapacity of Parties _____

Signature Card-CO
Bankers Systems™
Wolters Kluwer Financial Services © 1992, 2009

MPSC-LAZ-CO 10/1/2009
Agarwal Attachment E-15
Page 1 of 1

## LIMITED LIABILITY COMPANY AUTHORIZATION RESOLUTION



**GUARANTY BANK AND TRUST COMPANY**

By: MINT HOUSE LLC
2011 CHERRY ST
SUITE 202
LOUISVILLE CO 80027

Referred to in this document as "Financial Institution"                    Referred to in this document as "Limited Liability Company"

I, DANIELLE CAROLYN FOSS _____, certify that I am a Manager or Designated Member of the above named Limited Liability Company organized under the laws of COLORADO _____, Federal Employer I.D. Number 27-3359961 , engaged in business under the trade name of MINT HOUSE LLC _____ , and that the resolutions on this document are a correct copy of the resolutions adopted at a meeting of all members of the Limited Liability Company or the person or persons designated by the members of the Limited Liability Company to manage the Limited Liability Company as provided in the articles of organization or an operating agreement, duly and properly called and held on _____ 12/02/2014 _____ (date). These resolutions appear in the minutes of this meeting and have not been rescinded or modified.

**AGENTS** Any Agent listed below, subject to any written limitations, is authorized to exercise the powers granted as indicated below:

| Name and Title or Position | Signature | Facsimile Signature (if used) |
|---|---|---|
| A. DANIELLE CAROLYN FOSS-MANAGER | x _Del F_ | x _____ |
| B. _____ | x _____ | x _____ |
| C. _____ | x _____ | x _____ |
| D. _____ | x _____ | x _____ |
| E. _____ | x _____ | x _____ |
| F. _____ | x _____ | x _____ |

**POWERS GRANTED** (Attach one or more Agents to each power by placing the letter corresponding to their name in the area before each power. Following each power indicate the number of Agent signatures required to exercise the power.)

| Indicate A, B, C, D, E, and/or F | Description of Power | Indicate number of signatures required |
|---|---|---|
| A | (1) Exercise all of the powers listed in this resolution. | 1 |
| _____ | (2) Open any deposit or share account(s) in the name of the Limited Liability Company. | _____ |
| _____ | (3) Endorse checks and orders for the payment of money or otherwise withdraw or transfer funds on deposit with this Financial Institution. | _____ |
| _____ | (4) Borrow money on behalf and in the name of the Limited Liability Company, sign, execute and deliver promissory notes or other evidences of indebtedness. | _____ |
| _____ | (5) Endorse, assign, transfer, mortgage or pledge bills receivable, warehouse receipts, bills of lading, stocks, bonds, real estate or other property now owned or hereafter owned or acquired by the Limited Liability Company as security for sums borrowed, and to discount the same, unconditionally guarantee payment of all bills received, negotiated or discounted and to waive demand, presentment, protest, notice of protest and notice of non-payment. | _____ |
| _____ | (6) Enter into a written lease for the purpose of renting, maintaining, accessing and terminating a Safe Deposit Box in this Financial Institution. | _____ |
| _____ | (7) Other _____ | _____ |

**LIMITATIONS ON POWERS** The following are the Limited Liability Company's express limitations on the powers granted under this resolution.

**EFFECT ON PREVIOUS RESOLUTIONS** This resolution supersedes resolution dated _____ . If not completed, all resolutions remain in effect.

**CERTIFICATION OF AUTHORITY**

I further certify that the Managers or Designated Members of the Limited Liability Company have, and at the time of adoption of this resolution had, full power and lawful authority to adopt the resolutions on page 2 and to confer the powers granted above to the persons named who have full power and lawful authority to exercise the same. (Apply seal below where appropriate.)

In Witness Whereof, I have subscribed my name to this document and affixed the seal, if any, of the Limited Liability Company on _____ (date).

_Del F_

_____                          _____
Attest by One Other Manager or Designated Member        Manager or Designated Member

Expereʸ © 1985, 1997 Bankers Systems, Inc., St. Cloud, MN Form LLC-1 5/1/2003

Agarwal Attachment E-16 *(page 1 of 2)*

As used in this resolution, the term "Manager" means the person or persons designated by the members of the Limited Liability Company in a manager-managed Limited Liability Company to manage the Limited Liability Company as provided in the articles of organization or an operating agreement. The term "Designated Member" means the member or members of the Limited Liability Company authorized to act on behalf of the Limited Liability Company in a member-managed Limited Liability Company. By signing this resolution, Manager or Designated Member represent that they have provided the Financial Institution with true and complete copies of the articles of organization and operating agreements of the Limited Liability Company as amended to the date of this resolution.

**The Limited Liability Company named on this resolution resolves that,**
(1) The Financial Institution is designated as a depository for the funds of the Limited Liability Company and to provide other financial accommodations indicated in this resolution.
(2) This resolution shall continue to have effect until express written notice of its rescission or modification has been received and recorded by the Financial Institution. Any and all prior resolutions adopted by the Managers or Designated Members of the Limited Liability Company and certified to the Financial Institution as governing the operation of this Limited Liability Company's account(s), are in full force and effect, until the Financial Institution receives and acknowledges an express written notice of its revocation, modification or replacement. Any revocation, modification or replacement of a resolution must be accompanied by documentation, satisfactory to the Financial Institution, establishing the authority for the changes.
(3) The signature of an Agent on this resolution is conclusive evidence of their authority to act on behalf of the Limited Liability Company. Any Agent, so long as they act in a representative capacity as an Agent of the Limited Liability Company, is authorized to make any and all other contracts, agreements, stipulations and orders which they may deem advisable for the effective exercise of the powers indicated on page one, from time to time with the Financial Institution, subject to any restrictions on this resolution or otherwise agreed to in writing.
(4) All transactions, if any, with respect to any deposits, withdrawals, rediscounts and borrowings by or on behalf of the Limited Liability Company with the Financial Institution prior to the adoption of this resolution are hereby ratified, approved and confirmed.
(5) The Limited Liability Company agrees to the terms and conditions of any account agreement, properly opened by any Agent of the Limited Liability Company. The Limited Liability Company authorizes the Financial Institution, at any time, to charge the Limited Liability Company for all checks, drafts, or other orders, for the payment of money, that are drawn on the Financial Institution, so long as they contain the required number of signatures for this purpose.
(6) The Limited Liability Company acknowledges and agrees that the Financial Institution may furnish at its discretion automated access devices to Agents of the Limited Liability Company to facilitate those powers authorized by this resolution or other resolutions in effect at the time of issuance. The term "automated access device" includes, but is not limited to, credit cards, automated teller machines (ATM), and debit cards.
(7) The Limited Liability Company acknowledges and agrees that the Financial Institution may rely on alternative signature and verification codes issued to or obtained from the Agent named on this resolution. The term "alternative signature and verification codes" includes, but is not limited to, facsimile signatures on file with the Financial Institution, personal identification numbers (PIN), and digital signatures. If a facsimile signature specimen has been provided on this resolution, (or that are filed separately by the Limited Liability Company with the Financial Institution from time to time) the Financial Institution is authorized to treat the facsimile signature as the signature of the Agent(s) regardless of by whom or by what means the facsimile signature may have been affixed so long as it resembles the facsimile signature specimen on file. The Limited Liability Company authorizes each Agent to have custody of the Limited Liability Company's private key used to create a digital signature and to request issuance of a certificate listing the corresponding public key. The Financial Institution shall have no responsibility or liability for unauthorized use of alternative signature and verification codes unless otherwise agreed in writing.

**Pennsylvania.** The designation of an Agent does not create a power of attorney; therefore, Agents are not subject to the provisions of 20 Pa.C.S.A. Section 5601 et seq. (Chapter 56; Decedents, Estates and Fiduciaries Code) unless the agency was created by a separate power of attorney. Any provision that assigns Financial Institution rights to act on behalf of any person or entity is not subject to the provisions of 20 Pa.C.S.A. Section 5601 et seq. (Chapter 56; Decedents, Estates and Fiduciaries Code).

---

### FOR FINANCIAL INSTITUTION USE ONLY

Acknowledged and received on _____ (date) by _____ (initials)  ☐  This resolution is superseded by resolution dated _____ .

Comments:

Agarwal Attachment E-17 *(page 2 of 2)*

PX3

Agarwal Attachment F

TCF Bank Records

**CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY**
**Pursuant to 28 U.S.C. § 1746**

1.    I, _Vanessa Haity_ , have personal knowledge of the facts set forth below

and am competent to testify as follows:

2.    I have authority to certify the authenticity of the records produced by TCF National Bank

and attached hereto.

3.    The documents produced and attached hereto by TCF National Bank are originals or true

copies of records of regularly conducted activity that:

a)    Were made at or near the time of the occurrence of the matters set forth by, or

from information transmitted by, a person with knowledge of those matters;

b)    Were kept in the course of the regularly conducted activity of TCF National

Bank; and

c)    Were made by the regularly conducted activity as a regular practice of TCF

National Bank.


I certify under penalty of perjury that the foregoing is true and correct.

Executed on _Sept. 19_ , 2016.

_Vanessa Haity_
Signature



**TCF BANK**
Open 7 Days...
your convenience bank.™

## Business Account Application and Agreement
## Checking Accounts and Savings Accounts
## with Check Access

Sold By: 51545
Opened By: Teller
OS # / WI / CS (circle one)
Opt In card   Opt In checks
TCHG      Quality      DSPS

| ACCOUNT NUMBER (the "Account") | ACCOUNT/PRODUCT TYPE |
|---|---|
| ___5267 | 1195 TCF SMALL BUSINESS CHECKING |

| DATE | SALESPERSON | OFFICER # |
|---|---|---|
| 12/20/2013 | | |

**OWNERSHIP TYPE**
- ☐ Partnership
- ☐ Limited Liability Partnership (LLP)
- ☐ Sole Proprietor(s)
- ☐ Business-Related Trust
- ☑ Limited Liability Co. (LLC)
- ☐ Non-Profit Organization
- ☐ Public Unit
- ☐ RE Broker Trust
- ☐ Corporation
- ☐ Pension/Profit Sharing

| BUSINESS NAME ("Customer") | |
|---|---|
| BLIZZARDWHITE LLC | CORPORATION |

BUSINESS ADDRESS (No PO Box – see Statement Mailing Address below)
6260 LOOKOUT RD

| CITY/STATE | ZIP CODE |
|---|---|
| BOULDER CO | 80030 |

| BUSINESS TELEPHONE | FEDERAL ID NUMBER/SOCIAL SECURITY NUMBER |
|---|---|
| (303) 503-2077 | 45-4890928 |

| BUILDING, SUITE, ROOM, FLOOR NO.   D.B.A. | ATTN, C/O |
|---|---|
| | |

If the Statement Mailing Address is different from the above address, please complete below.

| ATTN. C/O | ADDRESS |
|---|---|
| | |

| BUILDING, SUITE, ROOM, FLOOR NO.   CITY | STATE | ZIP CODE |
|---|---|---|
| | | |

If this is a pension or profit sharing plan, the entire beneficial interest ☐ is ☐ is not held by natural persons.

| Card | 1. Authorized Signer Name (Title) | Date of Birth | Social Security # |
|---|---|---|---|
| *3400 | DANICA LYNN ROBLES | ___1974 | ___-5483 |

| Address | City/State | Zip Code |
|---|---|---|
| ▮▮▮▮ | FIRESTONE                CO | 80504 |

| ID Type | ID Number | ID State / ID Country | Issue Date | Expiration Date |
|---|---|---|---|---|
| D | ___1905 | CO | 10/23/2012 | 10/13/2017 |

| Card | 2. Authorized Signer Name (Title) | Date of Birth | Social Security # |
|---|---|---|---|
| *3418 | BLAIR WILLIAM MCNEA | ___1962 | ___1329 |

| Address | City/State | Zip Code |
|---|---|---|
| ▮▮▮▮ | BOULDER                CO | 80301 |

| ID Type | ID Number | ID State / ID Country | Issue Date | Expiration Date |
|---|---|---|---|---|
| D | ___9236 | CO | 03/16/2011 | 06/30/2016 |

| Card | 3. Authorized Signer Name (Title) | Date of Birth | Social Security # |
|---|---|---|---|
| | | | |

| Address | City/State | Zip Code |
|---|---|---|
| | | |

| ID Type | ID Number | ID State / ID Country | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

Agarwal Attachment F-2

Account Number (the "Account") $\underline{\hspace{1cm}}$ 5267

| Card | 4. Authorized Signer Name (Title) | | | Date of Birth | | Social Security # |
|---|---|---|---|---|---|---|
| Address | | | City/State | | | Zip Code |
| ID Type | ID Number | ID State / ID Country | | Issue Date | | Expiration Date |

| Card | 5. Authorized Signer Name (Title) | | | Date of Birth | | Social Security # |
|---|---|---|---|---|---|---|
| Address | | | City/State | | | Zip Code |
| ID Type | ID Number | ID State / ID Country | | Issue Date | | Expiration Date |

| Card | 6. Authorized Signer Name (Title) | | | Date of Birth | | Social Security # |
|---|---|---|---|---|---|---|
| Address | | | City/State | | | Zip Code |
| ID Type | ID Number | ID State / ID Country | | Issue Date | | Expiration Date |

## DEFINITIONS

"Account" means the checking or savings account(s) listed above.

"Account Contract" means: (1) this Agreement; (2) TCF's *Terms and Conditions for Checking and Savings Accounts* (except for certificates of deposit) or TCF's *Terms and Conditions for Certificates* (for certificates of deposit); (3) TCF's *Deposit Account Services and Prices Schedule*; (4) TCF's *Current Rates and Yields* schedule; (5) the TCF Privacy Policy (if applicable); and (6) any additional agreements between you and TCF and any additional disclosures that TCF may give you. TCF may change your Account Contract from time to time upon notice to you.

"Affiliates" means any company directly or indirectly owned by us or TCF Financial Corporation.

"Authorized Signer" means the Authorized Signers named on pages one and two of this Agreement.

"Available Balance" has the meaning defined in TCF's *Terms and Conditions for Checking and Savings Accounts*.

"TCF," "TCF Bank," "we," "us," and "our" mean: TCF® National Bank. We are owned by TCF Financial Corporation.

"You" and "your" mean each person or entity named above as Customer. If there is more than one Account owner, "you" and "your" mean each owner individually and all owners together.

## YOUR ACCOUNT

You are the legal owner of the Account, which exists as soon as you make a deposit to it. TCF does not have to allow any withdrawals or transfers from the Account until: (1) all Authorized Signers have signed this Agreement and any other documentation that TCF requires, and returned them to us; and (2) all other terms of your Account Contract with TCF have been met.

## ELECTRONIC COMMUNICATIONS

In this section, "you" and "your" mean you, the Customer named above, and each Authorized Signer.

You agree that TCF may send you Account information by email or text message. We may do so using the email address or mobile phone number you have given us. When we send you a communication in this way, we will not send it again in the mail unless the law requires mailed notice. These communications may include information about overdrafts and dishonored items on your Account. They may also include other information about your Account.

We may also send you promotional information by email or text message. This may include information about TCF products and services. However, you may ask us to stop sending these promotional materials electronically by simply selecting the "unsubscribe" or "opt out" option in the communication, or by contacting TCF Customer Service.

Agarwal Attachment F-3

Account Number (the "Account") ███████5267

## FAIR CREDIT REPORTING ACT AND SHARING OF INFORMATION ACKNOWLEDGEMENT

In this section, "you" and "your" mean you, the Customer named above, and each Authorized Signer.

You agree to give TCF current information about you and your financial situation when you apply for an account with TCF (or an account for which you are an Authorized Signer) and whenever TCF asks for this information while you have a business relationship with TCF. You state and agree that all information you give or will give to TCF is true, correct, and complete.

You also give TCF permission to get credit reports (including credit scores, such as FICO scores) and other kinds of financial and personal information about you from credit reporting agencies and other third parties. TCF may get this information when you apply for an account with TCF (or an account for which you are an Authorized Signer) and at any time while you have a business relationship with TCF.

You give TCF permission to investigate and use in our banking business the information described in this section, such as when we: (1) decide whether to open an account for you or at your request (or an account for which you are an Authorized Signer); (2) review your Account or collect money you owe us on your Account (or an account for which you are an Authorized Signer); (3) assign to your Account a code that we use, along with other information, to determine whether to pay your checks or other transactions; (4) assign your Account to a category that we use to determine whether to make certain deposits available to you sooner than would otherwise be required by your Account Contract; or (5) have other legitimate business reasons to investigate and use the information.

You give TCF permission to share or otherwise disclose the information described in this section, and other information about you and your transactions with us, with our Affiliates. You also give our Affiliates permission to use this information to determine whether to offer you other products and services or for other legitimate business purposes. You also give TCF permission to exchange or otherwise disclose this information with other financial institutions, law enforcement agencies, third party service providers, and other third parties that are not Affiliates. Our reasons for doing so may include, but are not limited to, (1) enabling TCF to conduct our business; (2) protecting ourselves against fraud or other financial loss; (3) offering various products and services directly or through a third party; and (4) answering questions about TCF's credit experience with you.

See the TCF Privacy Policy for more information about TCF's use of information obtained in connection with products or services used for personal, family, and household purposes.

1. Initial _____   2. Initial _____   3. Initial _____   4. Initial _____   5. Initial _____   6. Initial _____

## OVERDRAFT FEE ACKNOWLEDGEMENT

TCF charges an overdraft fee of $37 per paid item. We do not charge an overdraft fee for paid items under $1. If your account is overdrawn by $5 or less at the end of the processing for the day, TCF does not charge an overdraft fee on the last item if paid by us. TCF also charges $37 for each item we return without paying. We charge the returned item fee regardless of the amount of the item or your account balance. There is a combined limit of 5 overdraft and returned item fees per day. An "item" includes checks, ATM or debit card transactions, in-person withdrawals, ACH or other electronic transactions, or other debits.

TCF's current practice is to process transactions for each Business Day generally as follows: (1) We process deposits you make before the cutoff time for the day before we process withdrawals. (2) We process certain priority withdrawals (such as wire transfers, electronic bill payments, teller withdrawals, and checks you write that are deposited into a TCF account or cashed in a TCF branch) before others. We process these transactions in groups in order of highest-to-lowest amount of the transaction within each group. (3) We generally process Card withdrawals in chronological order based on the date and time associated with the transaction. We process these transactions before checks and automated (ACH) withdrawals. (4) We generally process checks in check number order from lowest-to-highest. We process these transactions before automated (ACH) withdrawals. (5) We process automated (ACH) withdrawals in random order. Please note that transactions may not be processed in the order in which they occurred. The way that TCF processes transactions may result in more overdraft and returned item fees than if we processed transactions in a different way. See TCF's *Terms and Conditions for Checking and Savings Accounts* for more information on the way TCF processes transactions for your Account.

1. Initial _____   2. Initial _____   3 Initial _____   4. Initial _____   5. Initial _____   6 Initial _____

**Please Note:** You should avoid overdrafts. You can contact TCF Customer Service at 1-800-TCF-BANK (823-2265) or use TCF Online Banking (tcfbank.com) to check your balance and recent transactions posted to your account. Sign up for TCF Online Banking to get email and text alerts to notify you when your account balance at the end of the previous business day falls below $0 or another amount you specify. For small business accounts, ask us about our savings transfer product, or see if you qualify for our overdraft line of credit. These may cost less than overdraft fees.

## ARBITRATION AGREEMENT ACKNOWLEDGEMENT

Your Account Contract includes an arbitration agreement. If there is a dispute between you and TCF and the dispute is covered by the arbitration agreement, then either you or TCF may require the dispute to be resolved by arbitration in front of an arbitrator. This means that you and TCF will not have: (1) the right to a jury or court trial to resolve the dispute, or (2) the right to pursue a claim as a class action. You have the right to reject the arbitration agreement by giving written notice to TCF within 30 days after the date of this Agreement following the procedures described in your Account Contract. See the section called "Arbitration of Disputes" in TCF's *Terms and Conditions for Checking and Savings Accounts* (except certificates of deposit) or TCF's *Terms and Conditions for Certificates* (for certificates of deposit) for more information.

1. Initial _____   2. Initial _____   3. Initial _____   4. Initial _____   5. Initial _____   6. Initial _____

Agarwal Attachment F-4

Account Number (the "Account") ▊5267

## CERTIFICATION OF FEDERAL TAXPAYER IDENTIFICATION NUMBER

(In this certification below, "I," "me," and "my" mean the Authorized Signer on behalf of the Account owner.)

Under penalties of perjury, I certify on behalf of the Account owner that:

1. The social security number or employer identification number shown on this form is the Account owner's correct taxpayer identification number (or I am waiting for a number to be issued to Account owner); and

2. The Account owner is not subject to backup withholding because: (a) the Account owner is exempt from backup withholding; or (b) the Account owner has not been notified by the Internal Revenue Service (IRS) that the Account owner is subject to backup withholding as a result of a failure to report all interest or dividends; or (c) the IRS has notified the Account owner that the Account owner is no longer subject to backup withholding; and

3. The Account owner is a U.S. citizen or other U.S. person, as defined below (including a U.S. resident alien).

Note: Certification Instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.

Signature of U.S. Person: _X_ _Maura A. Wales_____     Date _12-20-13_

Definition of a U.S. Person. For federal tax purposes, you are considered a U.S. person if you are:

- An individual who is a U.S. citizen or U.S. resident alien;
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States;
- An estate (other than a foreign estate); or
- A domestic trust (as defined in Internal Revenue Service Regulations section 301.7701-7).

If you are not a "U.S. Person," please complete Form W-8 BEN instead of signing this certification.

## ACKNOWLEDGEMENT

The Authorized Signers acknowledge that they have received a copy of: (1) this Agreement; (2) TCF's *Terms and Conditions for Checking and Savings Accounts*; (3) TCF's *Deposit Account Services and Prices Schedule*, (4) TCF's *Current Rates and Yields* schedule; and (5) the TCF Privacy Policy. All of these documents, together with any additional agreements between you and TCF and any additional disclosures that TCF may give you, are part of your Account Contract with TCF. You agree to all the terms of your Account Contract with TCF. By continuing your Account or using any Account-related service, you confirm your agreement to all the terms of your Account Contract with TCF as it may be amended from time to time. You confirm that you are requesting a TCF Business Check Card and/or a TCF ATM Card for the Account indicated above. You agree that the Account will only be used for business purposes and not for personal, family, or household purposes. You also agree that you will use your TCF Business Check Card and/or a TCF ATM Card solely to purchase business-related goods and services.

For accounts designated as a real estate broker trust account at the time of account opening, any interest on the account, less allowable service charges, will be paid to the applicable state authority in accordance with the governing state law.

You and each of the Authorized Signers agree that the Ownership Type designated on page one accurately describes the company or organization establishing the Account and that the Account is not being opened on behalf of a foreign financial institution as that term is defined under the Bank Secrecy Act

### AUTHORIZED SIGNATURES (SIGNATURE VERIFICATION)

| 1. _____ | Controller | 4. _____ | _____ |
| Authorized Signer | Title | Authorized Signer | Title |
| 2. _____ | CEO | 5. _____ | _____ |
| Authorized Signer | Title | Authorized Signer | Title |
| 3. _____ | _____ | 6. _____ | _____ |
| Authorized Signer | Title | Authorized Signer | Title |

**TO OPEN AN ACCOUNT, THIS AGREEMENT MUST BE SIGNED OR INITIALED
BY THE APPROPRIATE PERSON IN ALL PLACES WHERE INDICATED.**



Sold By: Donella 31545
Opened By: Teller 51515
OS / W1 / CS (circle one)
Opt In card ____ Opt In checks ____
TCHG ✓   Quality ✓   DSDS

## TCF BANK
*Since 1923*
*Open 7 Days*

**your convenience bank.™**

## Business Account Application and Agreeme
## Checking Accounts and Savings Accounts
## with Check Access

| ACCOUNT NUMBER (the "Account") | ACCOUNT/PRODUCT TYPE |
|---|---|
| ■■■5268 | 1195 TCF SMALL BUSINESS CHECKING |

| DATE | SALESPERSON | OFFICER # |
|---|---|---|
| 12/20/2013 | | |

**OWNERSHIP TYPE**
- ☐ Partnership
- ☐ Limited Liability Partnership (LLP)
- ☐ Sole Proprietor(s)
- ☐ Business-Related Trust
- ☐ Limited Liability Co. (LLC)
- ☐ Non-Profit Organization
- ☐ Public Unit
- ☐ RE Broker Trust
- ☐ Corporation
- ☐ Pension/Profit Sharing

| BUSINESS NAME ("Customer") | |
|---|---|
| ACTION PRO WHITE LLC | CORPORATION |

**BUSINESS ADDRESS (No PO Box – see Statement Mailing Address below)**
6260 LOOKOUT RD

| CITY/STATE | ZIP CODE |
|---|---|
| BOULDER CO | 80301 |

| BUSINESS TELEPHONE | FEDERAL ID NUMBER/SOCIAL SECURITY NUMBER |
|---|---|
| (303) 503-2077 | 90-0870007 |

| BUILDING, SUITE, ROOM, FLOOR NO.     D.B.A. | ATTN, C/O |
|---|---|
| | |

If the Statement Mailing Address is different from the above address, please complete below.

| ATTN, C/O | ADDRESS |
|---|---|
| | |

| BUILDING, SUITE, ROOM, FLOOR NO.     CITY | STATE | ZIP CODE |
|---|---|---|
| | | |

If this is a pension or profit sharing plan, the entire beneficial interest ☐ is ☐ is not held by natural persons.

| Card *3434 | 1. Authorized Signer Name (Title) DANICA LYNN ROBLES | | Date of Birth ■1974 | Social Security # ■5483 |
|---|---|---|---|---|
| Address ■■■ | | City/State FIRESTONE | CO | Zip Code 80504 |
| ID Type D | ID Number ■1905 | ID State / ID Country CO | Issue Date 10/23/2012 | Expiration Date 10/13/2017 |

| Card *3442 | 2. Authorized Signer Name (Title) BLAIR WILLIAM MCNEA | | Date of Birth ■1962 | Social Security # ■1329 |
|---|---|---|---|---|
| Address ■■■ | | City/State BOULDER | CO | Zip Code 80301 |
| ID Type D | ID Number ■9236 | ID State / ID Country CO | Issue Date 03/16/2011 | Expiration Date 06/30/2016 |

| Card | 3. Authorized Signer Name (Title) | | Date of Birth | Social Security # |
|---|---|---|---|---|
| Address | | City/State | | Zip Code |
| ID Type | ID Number | ID State / ID Country | Issue Date | Expiration Date |

Page 1 of 5

Agarwal Attachment F-6

**Account Number (the "Account")** ▇▇▇▇5268

| Card | 4. Authorized Signer Name (Title) | | | Date of Birth | Social Security # |
|------|-----------------------------------|---|---|---------------|------------------|
| **Address** | | | City/State | | Zip Code |
| **ID Type** | ID Number | ID State / ID Country | | Issue Date | Expiration Date |

| Card | 5. Authorized Signer Name (Title) | | | Date of Birth | Social Security # |
|------|-----------------------------------|---|---|---------------|------------------|
| **Address** | | | City/State | | Zip Code |
| **ID Type** | ID Number | ID State / ID Country | | Issue Date | Expiration Date |

| Card | 6. Authorized Signer Name (Title) | | | Date of Birth | Social Security # |
|------|-----------------------------------|---|---|---------------|------------------|
| **Address** | | | City/State | | Zip Code |
| **ID Type** | ID Number | ID State / ID Country | | Issue Date | Expiration Date |

## DEFINITIONS

"**Account**" means the checking or savings account(s) listed above.

"**Account Contract**" means: (1) this Agreement; (2) TCF's *Terms and Conditions for Checking and Savings Accounts* (except for certificates of deposit) or TCF's *Terms and Conditions for Certificates* (for certificates of deposit); (3) TCF's *Deposit Account Services and Prices Schedule*; (4) TCF's *Current Rates and Yields* schedule; (5) the TCF Privacy Policy (if applicable); and (6) any additional agreements between you and TCF and any additional disclosures that TCF may give you. TCF may change your Account Contract from time to time upon notice to you.

"**Affiliates**" means any company directly or indirectly owned by us or TCF Financial Corporation.

"**Authorized Signer**" means the Authorized Signers named on pages one and two of this Agreement.

"**Available Balance**" has the meaning defined in TCF's *Terms and Conditions for Checking and Savings Accounts*.

"**TCF**," "**TCF Bank**," "**we**," "**us**," and "**our**" mean TCF® National Bank. We are owned by TCF Financial Corporation.

"**You**" and "**your**" mean each person or entity named above as Customer. If there is more than one Account owner, "you" and "your" mean each owner individually and all owners together.

## YOUR ACCOUNT

You are the legal owner of the Account, which exists as soon as you make a deposit to it. TCF does not have to allow any withdrawals or transfers from the Account until: (1) all Authorized Signers have signed this Agreement and any other documentation that TCF requires, and returned them to us; and (2) all other terms of your Account Contract with TCF have been met.

## ELECTRONIC COMMUNICATIONS

In this section, "you" and "your" mean you, the Customer named above, and each Authorized Signer.

You agree that TCF may send you Account information by email or text message. We may do so using the email address or mobile phone number you have given us. When we send you a communication in this way, we will not send it again in the mail unless the law requires mailed notice. These communications may include information about overdrafts and dishonored items on your Account. They may also include other information about your Account.

We may also send you promotional information by email or text message. This may include information about TCF products and services. However, you may ask us to stop sending these promotional materials electronically by simply selecting the "unsubscribe" or "opt out" option in the communication, or by contacting TCF Customer Service.

Agarwal Attachment F-7

Account Number (the "Account")  ████ 5268

## FAIR CREDIT REPORTING ACT AND SHARING OF INFORMATION ACKNOWLEDGEMENT

In this section, "you" and "your" mean you, the Customer named above, and each Authorized Signer.

You agree to give TCF current information about you and your financial situation when you apply for an account with TCF (or an account for which you are an Authorized Signer) and whenever TCF asks for this information while you have a business relationship with TCF. You state and agree that all information you give or will give to TCF is true, correct, and complete.

You also give TCF permission to get credit reports (including credit scores, such as FICO scores) and other kinds of financial and personal information about you from credit reporting agencies and other third parties. TCF may get this information when you apply for an account with TCF (or an account for which you are an Authorized Signer) and at any time while you have a business relationship with TCF.

You give TCF permission to investigate and use in our banking business the information described in this section, such as when we: (1) decide whether to open an account for you or at your request (or an account for which you are an Authorized Signer); (2) review your Account or collect money you owe us on your Account (or an account for which you are an Authorized Signer); (3) assign to your Account a code that we use, along with other information, to determine whether to pay your checks or other transactions; (4) assign your Account to a category that we use to determine whether to make certain deposits available to you sooner than would otherwise be required by your Account Contract; or (5) have other legitimate business reasons to investigate and use the information.

You give TCF permission to share or otherwise disclose the information described in this section, and other information about you and your transactions with us, with our Affiliates. You also give our Affiliates permission to use this information to determine whether to offer you other products and services or for other legitimate business purposes. You also give TCF permission to exchange or otherwise disclose this information with other financial institutions, law enforcement agencies, third party service providers, and other third parties that are not Affiliates. Our reasons for doing so may include, but are not limited to: (1) enabling TCF to conduct our business; (2) protecting ourselves against fraud or other financial loss; (3) offering various products and services directly or through a third party; and (4) answering questions about TCF's credit experience with you.

See the TCF Privacy Policy for more information about TCF's use of information obtained in connection with products or services used for personal, family, and household purposes.

1. Initial ___  2. Initial ___  3. Initial _____  4. Initial _____  5. Initial _____  6. Initial _____

## OVERDRAFT FEE ACKNOWLEDGEMENT

TCF charges an overdraft fee of $37 per paid item. We do not charge an overdraft fee for paid items under $1. If your account is overdrawn by $5 or less at the end of the processing for the day, TCF does not charge an overdraft fee on the last item if paid by us. TCF also charges $37 for each item we return without paying. We charge the returned item fee regardless of the amount of the item or your account balance. There is a combined limit of 5 overdraft and returned item fees per day. An "item" includes checks, ATM or debit card transactions, in-person withdrawals, ACH or other electronic transactions, or other debits.

TCF's current practice is to process transactions for each Business Day generally as follows: (1) We process deposits you make before the cutoff time for the day before we process withdrawals. (2) We process certain priority withdrawals (such as wire transfers, electronic bill payments, teller withdrawals, and checks you write that are deposited into a TCF account or cashed in a TCF branch) before others. We process these transactions in groups in order of highest-to-lowest amount of the transaction within each group. (3) We generally process Card withdrawals in chronological order based on the date and time associated with the transaction. We process these transactions before checks and automated (ACH) withdrawals. (4) We generally process checks in check number order from lowest-to-highest. We process these transactions before automated (ACH) withdrawals. (5) We process automated (ACH) withdrawals in random order. Please note that transactions may not be processed in the order in which they occurred. The way that TCF processes transactions may result in more overdraft and returned item fees than if we processed transactions in a different way. See TCF's *Terms and Conditions for Checking and Savings Accounts* for more information on the way TCF processes transactions for your Account.

1. Initial ___  2. Initial ___  3. Initial _____  4. Initial _____  5. Initial _____  6. Initial _____

Please Note: You should avoid overdrafts. You can contact TCF Customer Service at 1-800-TCF-BANK (823-2265) or use TCF Online Banking (*tcfbank.com*) to check your balance and recent transactions posted to your account. Sign up for TCF Online Banking to get email and text alerts to notify you when your account balance at the end of the previous business day falls below $0 or another amount you specify. For small business accounts, ask us about our savings transfer product, or see if you qualify for our overdraft line of credit. These may cost less than overdraft fees.

## ARBITRATION AGREEMENT ACKNOWLEDGEMENT

Your Account Contract includes an arbitration agreement. If there is a dispute between you and TCF and the dispute is covered by the arbitration agreement, then either you or TCF may require the dispute to be resolved by arbitration in front of an arbitrator. This means that you and TCF will not have: (1) the right to a jury or court trial to resolve the dispute, or (2) the right to pursue a claim as a class action. You have the right to reject the arbitration agreement by giving written notice to TCF within 30 days after the date of this Agreement following the procedures described in your Account Contract. See the section called "Arbitration of Disputes" in TCF's *Terms and Conditions for Checking and Savings Accounts* (except certificates of deposit) or TCF's *Terms and Conditions for Certificates* (for certificates of deposit) for more information.

1. Initial ___  2. Initial ___  3. Initial _____  4. Initial _____  5. Initial _____  6. Initial _____

Agarwal Attachment F-8

Account Number (the "Account") ████5268

## CERTIFICATION OF FEDERAL TAXPAYER IDENTIFICATION NUMBER

(In this certification below, "I," "me," and "my" mean the Authorized Signer on behalf of the Account owner.)

Under penalties of perjury, I certify on behalf of the Account owner that:

1. The social security number or employer identification number shown on this form is the Account owner's correct taxpayer identification number (or I am waiting for a number to be issued to Account owner); and

2. The Account owner is not subject to backup withholding because: (a) the Account owner is exempt from backup withholding; or (b) the Account owner has not been notified by the Internal Revenue Service (IRS) that the Account owner is subject to backup withholding as a result of a failure to report all interest or dividends; or (c) the IRS has notified the Account owner that the Account owner is no longer subject to backup withholding; and

3. The Account owner is a U.S. citizen or other U.S. person, as defined below (including a U.S. resident alien).

Note: Certification Instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.

Signature of U.S. Person: _____ Date  12-20-13

Definition of a U.S. Person. For federal tax purposes, you are considered a U.S. person if you are:

- An individual who is a U.S. citizen or U.S. resident alien;
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States;
- An estate (other than a foreign estate); or
- A domestic trust (as defined in Internal Revenue Service Regulations section 301.7701-7).

If you are not a "U.S. Person," please complete Form W-8 BEN instead of signing this certification.

## ACKNOWLEDGEMENT

The Authorized Signers acknowledge that they have received a copy of: (1) this Agreement; (2) TCF's *Terms and Conditions for Checking and Savings Accounts;* (3) TCF's *Deposit Account Services and Prices Schedule;* (4) TCF's *Current Rates and Yields* schedule; and (5) the TCF Privacy Policy. All of these documents, together with any additional agreements between you and TCF and any additional disclosures that TCF may give you, are part of your Account Contract with TCF. You agree to all the terms of your Account Contract with TCF. By continuing your Account or using any Account-related service, you confirm your agreement to all the terms of your Account Contract with TCF as it may be amended from time to time. You confirm that you are requesting a TCF Business Check Card and/or a TCF ATM Card for the Account indicated above. You agree that the Account will only be used for business purposes and not for personal, family, or household purposes. You also agree that you will use your TCF Business Check Card and/or a TCF ATM Card solely to purchase business-related goods and services.

For accounts designated as a real estate broker trust account at the time of account opening, any interest on the account, less allowable service charges, will be paid to the applicable state authority in accordance with the governing state law.

You and each of the Authorized Signers agree that the Ownership Type designated on page one accurately describes the company or organization establishing the Account and that the Account is not being opened on behalf of a foreign financial institution as that term is defined under the Bank Secrecy Act

**AUTHORIZED SIGNATURES (SIGNATURE VERIFICATION)**

| | | | |
|---|---|---|---|
| 1. _____ | Controller | 4. _____ | _____ |
| Authorized Signer | Title | Authorized Signer | Title |
| 2. _____ | CEO | 5. _____ | _____ |
| Authorized Signer | Title | Authorized Signer | Title |
| 3. _____ | _____ | 6. _____ | _____ |
| Authorized Signer | Title | Authorized Signer | Title |

**TO OPEN AN ACCOUNT, THIS AGREEMENT MUST BE SIGNED OR INITIALED
BY THE APPROPRIATE PERSON IN ALL PLACES WHERE INDICATED.**

Agarwal Attachment F-9

Account Number (the "Account")  ▒▒▒5268

## CERTIFICATION

**This section does not apply to sole proprietorships, unincorporated community groups, or if separate corporate resolutions or partnership agreements are provided.**

The undersigned do hereby certify:

1. That they are:

   ☐ Officers of _____, a corporation organized and existing under the laws of the state of _____.

   ☑ Managers of a limited liability company organized and existing under the laws of the state of  Colorado _____

   ☐ Trustees of _____ , a pension/profit sharing trust, or ☐ real estate broker trust, or ☐ business-related trust,

   organized and existing under the laws of the state of _____ .

   ☐ Officers or other authorized members of an unincorporated association organized and existing under the laws of the state of

   _____ . The undersigned acknowledge that they, and all other members of the association, are jointly and severally liable for all debts and obligations of the association.

   ☐ Officers or other duly appointed official of a public unit organized under the laws of the state of _____ .

   ☐ The managing partners or the general partners of _____ , a ☐ partnership, or ☐ limited liability partnership,

   organized and existing under the laws of the state of _____ ; and that they constitute all of the managing or general partners of the partnership. The undersigned acknowledge that they, and each other partner (or general partner, if a limited liability partnership), are jointly and severally liable for all debts and obligations of the partnership.

   The foregoing corporation, limited liability company, trust, public unit, association, organization, or partnership is hereinafter referred to as the "Organization."

2. That the furnishing of this Certification by the undersigned and entry into the foregoing Account Agreement by the Authorized Signers on this Organization's behalf do not violate the Organization's articles of incorporation or bylaws, articles of organization or operating agreement, partnership agreement, member control agreement, or other organizational documents, as applicable, or applicable law governing the Organization.

3. That the individuals named or identified as Authorized Signers in the foregoing Account Agreement have been duly elected or appointed to, and now hold, the position with the Organization stated above.

4. That the signatures appearing on the foregoing Account Agreement are the true signatures of the respective Authorized Signers.

5. That each of the Authorized Signers is duly authorized to execute and deliver the foregoing Account Agreement to TCF National Bank ("TCF") on this Organization's behalf and to bind this Organization to the terms thereof, and to cause this Organization to enter into any or all of the transactions contemplated in the Account Agreement; that such authorization is evidenced by duly adopted resolutions or other action of the board or governing body of this Organization; and that such resolutions are in full force and effect as of the date hereof.

In witness whereof, the undersigned have signed this Certification and affixed the seal of this Organization (if required), this ___20___ day of _December_____ , 20 _13_ .

| Name (please print) | Signature | Title |
|---|---|---|
| Danica L. Odors | [signature] | Controller |
| Blair McCrea | [signature] | CEO |
| Name (please print) | Signature | Title |
| Name (please print) | Signature | Title |
| Name (please print) | Signature | Title |
| Name (please print) | Signature | Title |

31545

©2013 TCF National Bank. Member FDIC. tcfbank.com CFFD03700 C88. REV 05/12/13

X

**IRS** DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
OGDEN  UT  84201-0023

Date of this notice:  07-25-2012

Employer Identification Number:
90-0870007

003287.227091.0009.001 1 MB 0.404 532

Form:  SS-4

Number of this notice:  CP 575 G

ACTION PRO WHITE LLC
% WAVE ROCK LLC SOLE MBR
7702 E DOUBLETREE RANCH RD STE 300
SCOTTSDALE  AZ   85258

For assistance you may call us at:
1-800-829-4933

003287

IF YOU WRITE, ATTACH THE
STUB OF THIS NOTICE.

### WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN).  We assigned you EIN 90-0870007.  This EIN will identify you, your business accounts, tax returns, and documents, even if you have no employees.  Please keep this notice in your permanent records.

When filing tax documents, payments, and related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above. Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN.  If the information is not correct as shown above, please make the correction using the attached tear off stub and return it to us.

A limited liability company (LLC) may file Form 8832, Entity Classification Election, and elect to be classified as an association taxable as a corporation.  If the LLC is eligible to be treated as a corporation that meets certain tests and it will be electing S corporation status, it must timely file Form 2553, Election by a Small Business Corporation.  The LLC will be treated as a corporation as of the effective date of the S corporation election and does not need to file Form 8832.

To obtain tax forms and publications, including those referenced in this notice, visit our Web site at www.irs.gov.  If you do not have access to the Internet, call 1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

IMPORTANT REMINDERS:

*   Keep a copy of this notice in your permanent records.  This notice is issued only one time and IRS will not be able to generate a duplicate copy for you.

*   Use this EIN and your name exactly as they appear at the top of this notice on all your federal tax forms.

*   Refer to this EIN on your tax-related correspondence and documents.

If you have questions about your EIN, you can call us at the phone number or write to us at the address shown at the top of this notice.  If you write, please tear off the stub at the bottom of this notice and send it along with your letter. If you do not need to write us, do not complete and return this stub.  Thank you for your cooperation.

**Form SS-4**
(Rev. January 2010)
Department of the Treasury
Internal Revenue Service

## Application for Employer Identification Number

(For use by employers, corporations, partnerships, trusts, estates, churches, government agencies, Indian tribal entities, certain individuals, and others.)
▶ See separate instructions for each line.   ▶ Keep a copy for your records.

OMB No. 1545-0003

EIN

| | |
|---|---|
| **1** Legal name of entity (or individual) for whom the EIN is being requested | |
| Action Pro White, LLC | |
| **2** Trade name of business (if different from name on line 1) | **3** Executor, administrator, trustee, "care of" name |
| | Wave Rock, LLC |
| **4a** Mailing address (room, apt., suite no. and street, or P.O. box) | **5a** Street address (if different) (Do not enter a P.O. box.) |
| 7702 E. Doubletree Ranch Rd., Suite 300 | |
| **4b** City, state, and ZIP code (if foreign, see instructions) | **5b** City, state, and ZIP code (if foreign, see instructions) |
| Scottsdale, AZ 85258 | |
| **6** County and state where principal business is located | |
| Maricopa County, Arizona | |
| **7a** Name of responsible party | **7b** SSN, ITIN, or EIN |
| Wave Rock, LLC | 30-0720692 |

**8a** Is this application for a limited liability company (LLC) (or a foreign equivalent)? ☑ Yes ☐ No  
**8b** If 8a is "Yes," enter the number of LLC members ▶ 1

**8c** If 8a is "Yes," was the LLC organized in the United States? ☑ Yes ☐ No

**9a** Type of entity (check only one box). Caution. If 8a is "Yes," see the instructions for the correct box to check.
- ☐ Sole proprietor (SSN)
- ☐ Partnership
- ☐ Corporation (enter form number to be filed) ▶
- ☐ Personal service corporation
- ☐ Church or church-controlled organization
- ☐ Other nonprofit organization (specify) ▶
- ☑ Other (specify) ▶ Disregarded Entity
- ☐ Estate (SSN of decedent)
- ☐ Plan administrator (TIN)
- ☐ Trust (TIN of grantor)
- ☐ National Guard   ☐ State/local government
- ☐ Farmers' cooperative   ☐ Federal government/military
- ☐ REMIC   ☐ Indian tribal governments/enterprises
- Group Exemption Number (GEN) if any ▶

**9b** If a corporation, name the state or foreign country (if applicable) where incorporated — State: ___ Foreign country: ___

**10** Reason for applying (check only one box)
- ☑ Started new business (specify type) ▶ LLC — Internet Retail Sales
- ☐ Hired employees (Check the box and see line 13.)
- ☐ Compliance with IRS withholding regulations
- ☐ Other (specify)
- ☐ Banking purpose (specify purpose) ▶
- ☐ Changed type of organization (specify new type) ▶
- ☐ Purchased going business
- ☐ Created a trust (specify type) ▶
- ☐ Created a pension plan (specify type) ▶

**11** Date business started or acquired (month, day, year). See instructions. July 11, 2012

**12** Closing month of accounting year December

**13** Highest number of employees expected in the next 12 months (enter -0- if none).
If no employees expected, skip line 14.

| Agricultural | Household | Other |
|---|---|---|
| -0- | -0- | -0- |

**14** If you expect your employment tax liability to be $1,000 or less in a full calendar year and want to file Form 944 annually instead of Forms 941 quarterly, check here. (Your employment tax liability generally will be $1,000 or less if you expect to pay $4,000 or less in total wages.) If you do not check this box, you must file Form 941 for every quarter. ☐

**15** First date wages or annuities were paid (month, day, year). Note. If applicant is a withholding agent, enter date income will first be paid to nonresident alien (month, day, year)

**16** Check one box that best describes the principal activity of your business.
- ☐ Health care & social assistance   ☐ Wholesale-agent/broker
- ☐ Construction   ☐ Rental & leasing   ☐ Transportation & warehousing   ☐ Accommodation & food service   ☐ Wholesale-other   ☑ Retail
- ☐ Real estate   ☐ Manufacturing   ☐ Finance & insurance   ☐ Other (specify)

**17** Indicate principal line of merchandise sold, specific construction work done, products produced, or services provided.
Internet Retail Sales

**18** Has the applicant entity shown on line 1 ever applied for and received an EIN? ☐ Yes ☑ No
If "Yes," write previous EIN here ▶

| Third Party Designee | Designee's name | Designee's telephone number (include area code) |
|---|---|---|
| | Shannon Golden-Schubert | |
| | Address and ZIP code | Designee's fax number (include area code) |
| | ▓▓▓▓ Boulder, CO 80302 | |

Under penalties of perjury, I declare that I have examined this application, and to the best of my knowledge and belief, it is true, correct, and complete.

Name and title (type or print clearly) ▶ Blair McNea, CEO

Applicant's telephone number (include area code)
Applicant's fax number (include area code)

Signature ▶   Date ▶

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 16055N   Form **SS-4** (Rev. 1-2010)

Agarwal Attachment F-12



**TCF BANK**
Since 1923
*Open 7 Days™*
your convenience bank™

## Business Account Application and Agreeme
## Checking Accounts and Savings Accounts
## with Check Access

Sold By: DINEHR tir # 31545
Opened By: Teller
OS ( WI / CS (circle one)
Opt in card ☐    Opt in checks ☐
TCHG ☐    Quality ✔    DSDS ☐

| ACCOUNT NUMBER (the "Account") | ACCOUNT/PRODUCT TYPE |
|---|---|
| ██████5266 | 1195 TCF SMALL BUSINESS CHECKING |

| DATE | SALESPERSON | OFFICER # |
|---|---|---|
| 12/20/2013 | | |

**OWNERSHIP TYPE**

☐ Partnership    ☐ Sole Proprietor(s)    ☒ Limited Liability Co. (LLC)    ☐ Public Unit    ☐ Corporation
☐ Limited Liability Partnership (LLP)    ☐ Business-Related Trust    ☐ Non-Profit Organization    ☐ RE Broker Trust    ☐ Pension/Profit Sharing

| BUSINESS NAME ("Customer") | |
|---|---|
| THUNDER AVENUE LLC | CORPORATION |

**BUSINESS ADDRESS (No PO Box – see Statement Mailing Address below)**
100 FILLMORE ST 5TH FLOOR

| CITY/STATE | ZIP CODE |
|---|---|
| DENVER CO | 80206 |

| BUSINESS TELEPHONE | FEDERAL ID NUMBER/SOCIAL SECURITY NUMBER |
|---|---|
| (303) 503-2077 | 26-4328079 |

| BUILDING, SUITE, ROOM, FLOOR NO. | D.B.A. | ATTN, C/O |
|---|---|---|

If the Statement Mailing Address is different from the above address, please complete below.

| ATTN. C/O | ADDRESS |
|---|---|

| BUILDING, SUITE, ROOM, FLOOR NO. | CITY | STATE | ZIP CODE |
|---|---|---|---|

If this is a pension or profit sharing plan, the entire beneficial interest ☐ is  ☐ is not  held by natural persons.

| Card *3491 | 1. Authorized Signer Name (Title) DANICA LYNN ROBLES | Date of Birth ██/1974 | Social Security # ████5483 |
|---|---|---|---|
| Address ██████████ | | City/State FIRESTONE    CO | Zip Code 80504 |
| ID Type D | ID Number ████1905 | ID State / ID Country CO | Issue Date 10/23/2012 | Expiration Date 10/13/2017 |

| Card *3509 | 2. Authorized Signer Name (Title) BLAIR WILLIAM MCNEA | Date of Birth ██1962 | Social Security # ███1329 |
|---|---|---|---|
| Address ██████████ | | City/State BOULDER    CO | Zip Code 80301 |
| ID Type D | ID Number ████9236 | ID State / ID Country CO | Issue Date 03/16/2011 | Expiration Date 06/30/2016 |

| Card | 3. Authorized Signer Name (Title) | Date of Birth | Social Security # |
|---|---|---|---|
| Address | | City/State | Zip Code |
| ID Type | ID Number | ID State / ID Country | Issue Date | Expiration Date |

Account Number (the "Account")  ███████ 5266

| Card | 4. Authorized Signer Name (Title) | | | | Date of Birth | | Social Security # |
|---|---|---|---|---|---|---|---|
| Address | | | | City/State | | | Zip Code |
| ID Type | ID Number | | ID State / ID Country | | | Issue Date | Expiration Date |

| Card | 5. Authorized Signer Name (Title) | | | | Date of Birth | | Social Security # |
|---|---|---|---|---|---|---|---|
| Address | | | | City/State | | | Zip Code |
| ID Type | ID Number | | ID State / ID Country | | | Issue Date | Expiration Date |

| Card | 6. Authorized Signer Name (Title) | | | | Date of Birth | | Social Security # |
|---|---|---|---|---|---|---|---|
| Address | | | | City/State | | | Zip Code |
| ID Type | ID Number | | ID State / ID Country | | | Issue Date | Expiration Date |

## DEFINITIONS

"Account" means the checking or savings account(s) listed above.

"Account Contract" means: (1) this Agreement; (2) TCF's *Terms and Conditions for Checking and Savings Accounts* (except for certificates of deposit) or TCF's *Terms and Conditions for Certificates* (for certificates of deposit); (3) TCF's *Deposit Account Services and Prices Schedule*; (4) TCF's *Current Rates and Yields* schedule; (5) the TCF *Privacy Policy* (if applicable); and (6) any additional agreements between you and TCF and any additional disclosures that TCF may give you. TCF may change your Account Contract from time to time upon notice to you.

"Affiliates" means any company directly or indirectly owned by us or TCF Financial Corporation.

"Authorized Signer" means the Authorized Signers named on pages one and two of this Agreement.

"Available Balance" has the meaning defined in TCF's *Terms and Conditions for Checking and Savings Accounts.*

"TCF," "TCF Bank," "we," "us," and "our" mean: TCF® National Bank. We are owned by TCF Financial Corporation.

"You" and "your" mean each person or entity named above as Customer. If there is more than one Account owner, "you" and "your" mean each owner individually and all owners together.

## YOUR ACCOUNT

You are the legal owner of the Account, which exists as soon as you make a deposit to it. TCF does not have to allow any withdrawals or transfers from the Account until: (1) all Authorized Signers have signed this Agreement and any other documentation that TCF requires, and returned them to us; and (2) all other terms of your Account Contract with TCF have been met.

## ELECTRONIC COMMUNICATIONS

In this section, "you" and "your" mean you, the Customer named above, and each Authorized Signer.

You agree that TCF may send you Account information by email or text message. We may do so using the email address or mobile phone number you have given us. When we send you a communication in this way, we will not send it again in the mail unless the law requires mailed notice. These communications may include information about overdrafts and dishonored items on your Account. They may also include other information about your Account.

We may also send you promotional information by email or text message. This may include information about TCF products and services. However, you may ask us to stop sending these promotional materials electronically by simply selecting the "unsubscribe" or "opt out" option in the communication, or by contacting TCF Customer Service.

Account Number (the "Account")  ██████ 5266

## FAIR CREDIT REPORTING ACT AND SHARING OF INFORMATION ACKNOWLEDGEMENT

In this section, "you" and "your" mean you, the Customer named above, and each Authorized Signer.

You agree to give TCF current information about you and your financial situation when you apply for an account with TCF (or an account for which you are an Authorized Signer) and whenever TCF asks for this information while you have a business relationship with TCF. You state and agree that all information you give or will give to TCF is true, correct, and complete.

You also give TCF permission to get credit reports (including credit scores, such as FICO scores) and other kinds of financial and personal information about you from credit reporting agencies and other third parties. TCF may get this information when you apply for an account with TCF (or an account for which you are an Authorized Signer) and at any time while you have a business relationship with TCF.

You give TCF permission to investigate and use in our banking business the information described in this section, such as when we: (1) decide whether to open an account for you or at your request (or an account for which you are an Authorized Signer); (2) review your Account or collect money you owe us on your Account (or an account for which you are an Authorized Signer); (3) assign to your Account a code that we use, along with other information, to determine whether to pay your checks or other transactions; (4) assign your Account to a category that we use to determine whether to make certain deposits available to you sooner than would otherwise be required by your Account Contract; or (5) have other legitimate business reasons to investigate and use the information.

You give TCF permission to share or otherwise disclose the information described in this section, and other information about you and your transactions with us, with our Affiliates. You also give our Affiliates permission to use this information to determine whether to offer you other products and services or for other legitimate business purposes. You also give TCF permission to exchange or otherwise disclose this information with other financial institutions, law enforcement agencies, third party service providers, and other third parties that are not Affiliates. Our reasons for doing so may include, but are not limited to: (1) enabling TCF to conduct our business; (2) protecting ourselves against fraud or other financial loss; (3) offering various products and services directly or through a third party; and (4) answering questions about TCF's credit experience with you.

See the TCF Privacy Policy for more information about TCF's use of information obtained in connection with products or services used for personal, family, and household purposes.

1. Initial _N̸_   2. Initial _RW_   3. Initial _____   4. Initial _____   5 Initial _____   6. Initial _____

## OVERDRAFT FEE ACKNOWLEDGEMENT

TCF charges an overdraft fee of $37 per paid item. We do not charge an overdraft fee for paid items under $1. If your account is overdrawn by $5 or less at the end of the processing for the day, TCF does not charge an overdraft fee on the last item if paid by us. TCF also charges $37 for each item we return without paying. We charge the returned item fee regardless of the amount of the item or your account balance. There is a combined limit of 5 overdraft and returned item fees per day. An "item" includes checks, ATM or debit card transactions, in-person withdrawals, ACH or other electronic transactions, or other debits.

TCF's current practice is to process transactions for each Business Day generally as follows: (1) We process deposits you make before the cutoff time for the day before we process withdrawals. (2) We process certain priority withdrawals (such as wire transfers, electronic bill payments, teller withdrawals, and checks you write that are deposited into a TCF account or cashed in a TCF branch) before others. We process these transactions in groups in order of highest-to-lowest amount of the transaction within each group. (3) We generally process Card withdrawals in chronological order based on the date and time associated with the transaction. We process these transactions before checks and automated (ACH) withdrawals. (4) We generally process checks in check number order from lowest-to-highest. We process these transactions before automated (ACH) withdrawals. (5) We process automated (ACH) withdrawals in random order. Please note that transactions may not be processed in the order in which they occurred. The way that TCF processes transactions may result in more overdraft and returned item fees than if we processed transactions in a different way. See TCF's *Terms and Conditions for Checking and Savings Accounts* for more information on the way TCF processes transactions for your Account.

1. Initial _N̸_   2. Initial _RW_   3 Initial _____   4. Initial _____   5. Initial _____   6. Initial _____

Please Note: You should avoid overdrafts. You can contact TCF Customer Service at 1-800-TCF-BANK (823-2265) or use TCF Online Banking (tcfbank.com) to check your balance and recent transactions posted to your account. Sign up for TCF Online Banking to get email and text alerts to notify you when your account balance at the end of the previous business day falls below 50 or another amount you specify. For small business accounts, ask us about our savings transfer product, or see if you qualify for our overdraft line of credit. These may cost less than overdraft fees.

## ARBITRATION AGREEMENT ACKNOWLEDGEMENT

Your Account Contract includes an arbitration agreement. If there is a dispute between you and TCF and the dispute is covered by the arbitration agreement, then either you or TCF may require the dispute to be resolved by arbitration in front of an arbitrator. This means that you and TCF will not have: (1) the right to a jury or court trial to resolve the dispute, or (2) the right to pursue a claim as a class action. You have the right to reject the arbitration agreement by giving written notice to TCF within 30 days after the date of this Agreement following the procedures described in your Account Contract. See the section called "Arbitration of Disputes" in TCF's *Terms and Conditions for Checking and Savings Accounts* (except certificates of deposit) or TCF's *Terms and Conditions for Certificates* (for certificates of deposit) for more information.

1. Initial _N̸_   2. Initial _RW_   3. Initial _____   4. Initial _____   5. Initial _____   6. Initial _____

Account Number (the "Account")  ██ 5266

## CERTIFICATION OF FEDERAL TAXPAYER IDENTIFICATION NUMBER

(In this certification below, "I," "me," and "my" mean the Authorized Signer on behalf of the Account owner.)

Under penalties of perjury, I certify on behalf of the Account owner that:

1. The social security number or employer identification number shown on this form is the Account owner's correct taxpayer identification number (or I am waiting for a number to be issued to Account owner), and

2. The Account owner is not subject to backup withholding because: (a) the Account owner is exempt from backup withholding; or (b) the Account owner has not been notified by the Internal Revenue Service (IRS) that the Account owner is subject to backup withholding as a result of a failure to report all interest or dividends; or (c) the IRS has notified the Account owner that the Account owner is no longer subject to backup withholding; and

3. The Account owner is a U.S. citizen or other U.S. person, as defined below (including a U.S. resident alien).

Note: Certification Instructions: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.

Signature of U.S. Person: _____  Date  12-20-13

Definition of a U.S. Person. For federal tax purposes, you are considered a U.S. person if you are:

- An individual who is a U.S. citizen or U.S. resident alien;
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States;
- An estate (other than a foreign estate); or
- A domestic trust (as defined in Internal Revenue Service Regulations section 301.7701-7).

If you are not a "U.S. Person," please complete Form W-8 BEN instead of signing this certification.

## ACKNOWLEDGEMENT

The Authorized Signers acknowledge that they have received a copy of: (1) this Agreement; (2) TCF's *Terms and Conditions for Checking and Savings Accounts*; (3) TCF's *Deposit Account Services and Prices Schedule*; (4) TCF's *Current Rates and Yields* schedule; and (5) the TCF Privacy Policy. All of these documents, together with any additional agreements between you and TCF and any additional disclosures that TCF may give you, are part of your Account Contract with TCF. You agree to all the terms of your Account Contract with TCF. By continuing your Account or using any Account-related service, you confirm your agreement to all the terms of your Account Contract with TCF as it may be amended from time to time. You confirm that you are requesting a TCF Business Check Card and/or a TCF ATM Card for the Account indicated above. You agree that the Account will only be used for business purposes and not for personal, family, or household purposes. You also agree that you will use your TCF Business Check Card and/or a TCF ATM Card solely to purchase business-related goods and services.

For accounts designated as a real estate broker trust account at the time of account opening, any interest on the account, less allowable service charges, will be paid to the applicable state authority in accordance with the governing state law.

You and each of the Authorized Signers agree that the Ownership Type designated on page one accurately describes the company or organization establishing the Account and that the Account is not being opened on behalf of a foreign financial institution as that term is defined under the Bank Secrecy Act.

### AUTHORIZED SIGNATURES (SIGNATURE VERIFICATION)

| | | | |
|---|---|---|---|
| 1. _____  Controller | | 4. _____ | |
| Authorized Signer   Title | | Authorized Signer   Title | |
| 2. _____  CEO | | 5. _____ | |
| Authorized Signer   Title | | Authorized Signer   Title | |
| 3. _____ | | 6. _____ | |
| Authorized Signer   Title | | Authorized Signer   Title | |

**TO OPEN AN ACCOUNT, THIS AGREEMENT MUST BE SIGNED OR INITIALED BY THE APPROPRIATE PERSON IN ALL PLACES WHERE INDICATED.**

*Added owner*





## Business Account Application and Agreement
## Savings and Certificate of Deposit Accounts

*Open 7 Days*



| ACCOUNT NUMBER (the "Account") | ACCOUNT/PRODUCT TYPE | | | ☐ New Account |
|---|---|---|---|---|
| ___5268 | TCF SMALL BUSINESS CHECKING | | | ☐ Change of Signers |

| DATE | SALES PERSON | | TELLER # | MAIL CODE |
|---|---|---|---|---|
| 02/25/2009 | | | DP10721 | |

**OWNERSHIP TYPE**
☐ Partnership ☐ Sole Proprietor(s) ☐ Limited Liability Co. (LLC) ☐ Public Unit ☒ Corporation
☐ Limited Liability Partnership (LLP) ☐ Business-Related Trust ☐ Non-Profit Organization ☐ RE Broker Trust ☐ Pension/Profit Sharing

| BUSINESS NAME ("Customer") | |
|---|---|
| THUNDER AVENUE LLC | Corporation |

**BUSINESS ADDRESS (No PO Box – see Statement Mailing Address below)**
100 FILLMORE ST

FL 5

| CITY/STATE | ZIP CODE |
|---|---|
| DENVER | 80206 |

| BUSINESS TELEPHONE | FEDERAL ID NUMBER/SOCIAL SECURITY NUMBER |
|---|---|
| (303) 915-1928 | 26-4328079 |

If the Statement Mailing Address is different from the above address, please complete below.

| ATTN. C/O | ADDRESS |
|---|---|
| | |

| BUILDING, SUITE, ROOM, FLOOR NO. | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

If this is a pension or profit sharing plan, the entire beneficial interest ☐ is ☐ is not held by natural persons.

| Card | 1. Authorized Signer Name (Title) | | Date of Birth | Social Security # |
|---|---|---|---|---|
| | BLAIR WILLIAM MCNEA | | ___1962 | ___329 |

| Address | | City/State | | Zip Code |
|---|---|---|---|---|
| ___ | | BOULDER | CO | 80301 |

| ID Type | ID Number | ID State / ID Country | Issue Date | Expiration Date |
|---|---|---|---|---|
| D | ___9236 | COLORADO | 03/16/2011 | 06/30/2016 |

| Card | 2. Authorized Signer Name (Title) | | Date of Birth | Social Security # |
|---|---|---|---|---|
| | JENNIFER ANN JOHNSON | | ___1977 | ___3911 |

| Address | | City/State | | Zip Code |
|---|---|---|---|---|
| ___ | | LAKEWOOD | CO | 80228 |

| ID Type | ID Number | ID State / ID Country | Issue Date | Expiration Date |
|---|---|---|---|---|
| D | ___0648 | COLORADO | 09/03/2010 | 09/04/2015 |

| Card | 3. Authorized Signer Name (Title) | | Date of Birth | Social Security # |
|---|---|---|---|---|
| | | | | |

| Address | | City/State | | Zip Code |
|---|---|---|---|---|
| | | | | |

| ID Type | ID Number | ID State / ID Country | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

Account Number (the "Account") ███5266

| Card | 4. Authorized Signer Name (Title) | | Date of Birth | Social Security # |
|------|-----------------------------------|--|---------------|-------------------|
| Address | | City/State | | Zip Code |
| ID Type | ID Number | ID State / ID Country | Issue Date | Expiration Date |

| Card | 5. Authorized Signer Name (Title) | | Date of Birth | Social Security # |
|------|-----------------------------------|--|---------------|-------------------|
| Address | | City/State | | Zip Code |
| ID Type | ID Number | ID State / ID Country | Issue Date | Expiration Date |

| Card | 6. Authorized Signer Name (Title) | | Date of Birth | Social Security # |
|------|-----------------------------------|--|---------------|-------------------|
| Address | | City/State | | Zip Code |
| ID Type | ID Number | ID State / ID Country | Issue Date | Expiration Date |

## DEFINITIONS

"Account" means the checking, savings, or certificate of deposit account(s) listed above.

"Account Contract" means: (1) this Agreement; (2) TCF's *Terms and Conditions for Checking and Savings Accounts* (except for certificates of deposit) or TCF's *Terms and Conditions for Certificates* (for certificates of deposit); (3) TCF's *Deposit Account Services and Prices Schedule*; (4) TCF's *Current Rates and Yields* schedule; (5) the TCF Privacy Policy (if applicable); and (6) any additional agreements between you and TCF and any additional disclosures that TCF may give you. TCF may change your Account Contract from time to time upon notice to you.

"Affiliates" means any company directly or indirectly owned by us or TCF Financial Corporation.

"Authorized Signer" means the Authorized Signers named on pages one and two of this Agreement.

"TCF," "TCF Bank," "we," "us," and "our" mean TCF® National Bank. We are owned by TCF Financial Corporation.

"You" and "your" mean each person or entity named above as Customer. If there is more than one Account owner, "you" and "your" mean each owner individually and all owners together.

## YOUR ACCOUNT

You are the legal owner of the Account, which exists as soon as you make a deposit to it. TCF does not have to allow any withdrawals or transfers from the Account until: (1) all Authorized Signers have signed this Agreement and any other documentation that TCF requires, and returned them to us; and (2) all other terms of your Account Contract with TCF have been met.

## ELECTRONIC COMMUNICATIONS

In this section, "you" and "your" mean you, the Customer named above, and each Authorized Signer.

You agree that TCF may send you Account information by email or text message. We may do so using the email address or mobile phone number you have given us. When we send you a communication in this way, we will not send it again in the mail unless the law requires mailed notice. These communications

**Account Number (the "Account")** ▮▮▮5266

## CERTIFICATION OF FEDERAL TAXPAYER IDENTIFICATION NUMBER

(In this certification below, "I," "me," and "my" mean the Authorized Signer on behalf of the Account owner.)

Under penalties of perjury, I certify on behalf of the Account owner that:

1. The social security number or employer identification number shown on this form is the Account owner's correct taxpayer identification number (or I am waiting for a number to be issued to Account owner); and
2. The Account owner is not subject to backup withholding because: (a) the Account owner is exempt from backup withholding; or (b) the Account owner has not been notified by the Internal Revenue Service (IRS) that the Account owner is subject to backup withholding as a result of a failure to report all interest or dividends; or (c) the IRS has notified the Account owner that the Account owner is no longer subject to backup withholding; and
3. The Account owner is a U.S. citizen or other U.S. person, as defined below (including a U.S. resident alien).

Note: Certification Instructions. You must cross out item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.

Signature of U.S. Person: _____   Date  5/30/14

Definition of a U.S. Person. For federal tax purposes, you are considered a U.S. person if you are:

*   An individual who is a U.S. citizen or U.S. resident alien;
*   A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States;
*   An estate (other than a foreign estate); or
*   A domestic trust (as defined in Internal Revenue Service Regulations section 301.7701-7).

If you are not a "U.S. Person," please complete Form W-8 BEN instead of signing this certification.

## ARBITRATION AGREEMENT ACKNOWLEDGMENT

Your Account Contract includes an arbitration agreement. If there is a dispute between you and TCF and the dispute is covered by the arbitration agreement, then either you or TCF may require the dispute to be resolved by arbitration in front of an arbitrator. This means that you and TCF will not have: (1) the right to a jury or court trial to resolve the dispute, or (2) the right to pursue a claim as a class action. You have the right to reject the arbitration agreement by giving written notice to TCF within 30 days after the date of this Agreement following the procedures described in your Account Contract. See the section called "Arbitration of Disputes" in TCF's *Terms and Conditions for Checking and Savings Accounts* (except certificates of deposit) or TCF's *Terms and Conditions for Certificates* (for certificates of deposit) for more information.

1. Initial _____   2. Initial _____   3. Initial _____   4. Initial _____   5. Initial _____   6. Initial _____

## ACKNOWLEDGMENT

The Authorized Signers acknowledge that they have received a copy of: (1) this Agreement; (2) TCF's *Terms and Conditions for Checking and Savings Accounts* (except for certificates of deposit) or TCF's *Terms and Conditions for Certificates* (for certificates of deposit); (3) TCF's *Deposit Account Services and Prices Schedule*; (4) TCF's *Current Rates and Yields* schedule; and (5) the TCF Privacy Policy. All of these documents, together with any additional agreements between you and TCF and any additional disclosures that TCF may give you, are part of your Account Contract with TCF. You agree to all the terms of your Account Contract with TCF. By continuing your Account or using any Account-related service, you confirm your agreement to all the terms of your Account Contract with TCF as it may be amended from time to time. You acknowledge that TCF may issue you a TCF Business Check Card and/or a TCF ATM Card to access the savings account indicated above (not available for certificate of deposit accounts). You agree that the Account will only be used for business purposes and not for personal, family, or household purposes. You also agree that you will use your TCF Business Check Card and/or a TCF ATM Card solely to purchase business-related goods and services.

You also agree that TCF may share information about you and your Account transactions with our Affiliates. The information may include your consumer report. Our Affiliates may use the information to determine whether to offer you other products and services, and for other legitimate business purposes. You also agree that TCF may share the information with third parties that are not our Affiliates. You may direct TCF to NOT share certain information, as explained in the TCF Privacy Policy.

For accounts designated as a real estate broker trust account at the time of account opening, any interest on the account, less allowable service charges, will be paid to the applicable state authority in accordance with the governing state law.

You and each of the Authorized Signers agree that the Ownership Type designated on page one accurately describes the company or organization establishing the Account and that the Account is not being opened on behalf of a foreign financial institution as that term is defined under the Bank Secrecy Act.

### AUTHORIZED SIGNATURES (SIGNATURE VERIFICATION)

| | | | | |
|---|---|---|---|---|
| 1. _____ | CEO MANAGER | 4. _____ | _____ |
| Authorized Signer | Title | Authorized Signer | Title |
| 2. _____ | Manager | 5. _____ | _____ |
| Authorized Signer | Title | Authorized Signer | Title |
| 3. _____ | _____ | 6. _____ | _____ |
| Authorized Signer | Title | Authorized Signer | Title |

**TO OPEN AN ACCOUNT, THIS AGREEMENT MUST BE SIGNED OR INITIALED
BY THE APPROPRIATE PERSON IN ALL PLACES WHERE INDICATED.**

Account Number (the "Account")  ███ 5266 _____

# CERTIFICATION

**This section does not apply to sole proprietorships, unincorporated community groups,
or if separate corporate resolutions or partnership agreements are provided.**

The undersigned do hereby certify:

1. That they are:

   ☐  Officers of _____ , a corporation organized and existing under the laws of the state of _____

   ☑  Managers of a limited liability company organized and existing under the laws of the state of _Colorado_

   ☐  Trustees of _____ , a pension/profit sharing trust, or ☐ real estate broker trust, or ☐ business-related trust, organized
       and existing under the laws of the state of _____

   ☐  Officers or other authorized members of an unincorporated association organized and existing under the laws of the state of
       _____ . The undersigned acknowledge that they, and all other members of the association, are jointly and severally
       liable for all debts and obligations of the association.

   ☐  Officers or other duly appointed official of a public unit organized under the laws of the state of _____

   ☐  The managing partners or the general partners of _____ , a ☐ partnership, or ☐ limited liability partnership,
       organized and existing under the laws of the state of _____ ; and that they constitute all of the
       managing or general partners of the partnership. The undersigned acknowledge that they, and each other partner (or general partner, if a limited
       liability partnership), are jointly and severally liable for all debts and obligations of the partnership.

   The foregoing corporation, limited liability company, trust, public unit, association, organization, or partnership is hereinafter referred to as the "Organization."

2. That the furnishing of this Certification by the undersigned and entry into the foregoing Account Agreement by the Authorized Signers on this Organization's
   behalf do not violate the Organization's articles of incorporation or bylaws, articles of organization or operating agreement, partnership agreement, member
   control agreement, or other organizational documents, as applicable, or applicable law governing the Organization.

3. That the individuals named or identified as Authorized Signers in the foregoing Account Agreement have been duly elected or appointed to, and now hold,
   the position with the Organization stated above.

4. That the signatures appearing on the foregoing Account Agreement are the true signatures of the respective Authorized Signers.

5. That each of the Authorized Signers is duly authorized to execute and deliver the foregoing Account Agreement to TCF National Bank ("TCF") on
   this Organization's behalf and to bind this Organization to the terms thereof, and to cause this Organization to enter into any or all of the transactions
   contemplated in the Account Agreement; that such authorization is evidenced by duly adopted resolutions or other action of the board or governing body of
   this Organization; and that such resolutions are in full force and effect as of the date hereof.

In witness whereof, the undersigned have signed this Certification and affixed the seal of this Organization (if required), this _30th_ _____ day of
_May_ , 20_14_

| Name (please print) | Signature | Title |
|---|---|---|
| Beatrik McNea | | CEO/MANAGER |
| Jennifer Hanson | | Manager |
| | | |
| | | |
| | | |
| | | |

DP10721

©2014 TCF National Bank. Member FDIC. tcfbank.com. CFSAV0538 CBB. (REV 02/0514)



**TCF BANK**
Since 1923
Open 7 Days..
your convenience bank.



## Business Account Application and Agreement
## Checking Accounts and Savings Accounts
## with Check Access

| ACCOUNT NUMBER (the "Account") | ACCOUNT/PRODUCT TYPE |
|---|---|
| ████5439 | 1195 TCF SMALL BUSINESS CHECKING |

| DATE | SALESPERSON | OFFICER # |
|---|---|---|
| 12/17/2013 | | |

**OWNERSHIP TYPE**
☐ Partnership   ☐ Sole Proprietor(s)   ☒ Limited Liability Co. (LLC)   ☐ Public Unit   ☐ Corporation
☐ Limited Liability Partnership (LLP)   ☐ Business-Related Trust   ☐ Non-Profit Organization   ☐ RE Broker Trust   ☐ Pension/Profit Sharing

| BUSINESS NAME ("Customer") | |
|---|---|
| DOING WHATS POSSIBLE LLC | CORPORATION |

**BUSINESS ADDRESS (No PO Box – see Statement Mailing Address below)**
4500 19TH ST
APT 383

| CITY/STATE | ZIP CODE |
|---|---|
| BOULDER CO | 80304 |

| BUSINESS TELEPHONE | FEDERAL ID NUMBER/SOCIAL SECURITY NUMBER |
|---|---|
| (303) 218-6665 | 45-2697508 |

| BUILDING, SUITE, ROOM, FLOOR NO. | D.B.A. | ATTN, C/O |
|---|---|---|

If the Statement Mailing Address is different from the above address, please complete below.

| ATTN. C/O | ADDRESS |
|---|---|

| BUILDING, SUITE, ROOM, FLOOR NO | CITY | STATE | ZIP CODE |
|---|---|---|---|

If this is a pension or profit sharing plan, the entire beneficial interest ☐ is ☐ is not held by natural persons.

| Card | 1. Authorized Signer Name (Title) | Date of Birth | Social Security # |
|---|---|---|---|
| *3152 | TAREE DAWN DOBIE | ████1985 | ████-1077 |

| Address | | City/State | | Zip Code |
|---|---|---|---|---|
| ████ | | BOULDER | CO | 80304 |

| ID Type | ID Number | ID State / ID Country | Issue Date | Expiration Date |
|---|---|---|---|---|
| D | ████0589 | CO | 09/30/2011 | 09/04/2016 |

| Card | 2. Authorized Signer Name (Title) | Date of Birth | Social Security # |
|---|---|---|---|
| | DANIELLE CAROLYN FOSS | ████984 | ████8082 |

| Address | | City/State | | Zip Code |
|---|---|---|---|---|
| ████ | | DENVER | CO | 80205 |

| ID Type | ID Number | ID State / ID Country | Issue Date | Expiration Date |
|---|---|---|---|---|
| D | ████1037 | CO | 02/28/2012 | 12/12/2017 |

| Card | 3. Authorized Signer Name (Title) | Date of Birth | Social Security # |
|---|---|---|---|
| | | | |

| Address | | City/State | | Zip Code |
|---|---|---|---|---|

| ID Type | ID Number | ID State / ID Country | Issue Date | Expiration Date |
|---|---|---|---|---|

Sold By: ⋀   Tlr# Z 474
Opened By: Teller 64711
OS / WI / CS (circle one)
Opt in card ____ Opt in checks ____
TCHG ____ Quality ✓ DSDS ____

Agarwal Attachment F-21

Account Number (the "Account")  ▮▮▮5439

| Card | 4. Authorized Signer Name (Title) | | | Date of Birth | | Social Security # |
|------|------|------|------|------|------|------|
| Address | | | City/State | | | Zip Code |
| ID Type | ID Number | | ID State / ID Country | | Issue Date | Expiration Date |

| Card | 5. Authorized Signer Name (Title) | | | Date of Birth | | Social Security # |
|------|------|------|------|------|------|------|
| Address | | | City/State | | | Zip Code |
| ID Type | ID Number | | ID State / ID Country | | Issue Date | Expiration Date |

| Card | 6. Authorized Signer Name (Title) | | | Date of Birth | | Social Security # |
|------|------|------|------|------|------|------|
| Address | | | City/State | | | Zip Code |
| ID Type | ID Number | | ID State / ID Country | | Issue Date | Expiration Date |

## DEFINITIONS

"Account" means the checking or savings account(s) listed above.

"Account Contract" means: (1) this Agreement; (2) TCF's *Terms and Conditions for Checking and Savings Accounts* (except for certificates of deposit) or TCF's *Terms and Conditions for Certificates* (for certificates of deposit); (3) TCF's *Deposit Account Services and Prices Schedule*; (4) TCF's *Current Rates and Yields* schedule; (5) the TCF Privacy Policy (if applicable); and (6) any additional agreements between you and TCF and any additional disclosures that TCF may give you. TCF may change your Account Contract from time to time upon notice to you.

"Affiliates" means any company directly or indirectly owned by us or TCF Financial Corporation.

"Authorized Signer" means the Authorized Signers named on pages one and two of this Agreement.

"Available Balance" has the meaning defined in TCF's *Terms and Conditions for Checking and Savings Accounts.*

"TCF," "TCF Bank," "we," "us," and "our" mean: TCFs National Bank. We are owned by TCF Financial Corporation.

"You" and "your" mean each person or entity named above as Customer. If there is more than one Account owner, "you" and "your" mean each owner individually and all owners together.

## YOUR ACCOUNT

You are the legal owner of the Account, which exists as soon as you make a deposit to it. TCF does not have to allow any withdrawals or transfers from the Account until. (1) all Authorized Signers have signed this Agreement and any other documentation that TCF requires, and returned them to us; and (2) all other terms of your Account Contract with TCF have been met.

## ELECTRONIC COMMUNICATIONS

In this section, "you" and "your" mean you, the Customer named above, and each Authorized Signer.

You agree that TCF may send you Account information by email or text message. We may do so using the email address or mobile phone number you have given us. When we send you a communication in this way, we will not send it again in the mail unless the law requires mailed notice. These communications may include information about overdrafts and dishonored items on your Account. They may also include other information about your Account.

We may also send you promotional information by email or text message. This may include information about TCF products and services. However, you may ask us to stop sending these promotional materials electronically by simply selecting the "unsubscribe" or "opt out" option in the communication, or by contacting TCF Customer Service.

Agarwal Attachment F-22

Account Number (the "Account") ███ 5439

## FAIR CREDIT REPORTING ACT AND SHARING OF INFORMATION ACKNOWLEDGEMENT

In this section, "you" and "your" mean you, the Customer named above, and each Authorized Signer.

You agree to give TCF current information about you and your financial situation when you apply for an account with TCF (or an account for which you are an Authorized Signer) and whenever TCF asks for this information while you have a business relationship with TCF. You state and agree that all information you give or will give to TCF is true, correct, and complete.

You also give TCF permission to get credit reports (including credit scores, such as FICO scores) and other kinds of financial and personal information about you from credit reporting agencies and other third parties. TCF may get this information when you apply for an account with TCF (or an account for which you are an Authorized Signer) and at any time while you have a business relationship with TCF.

You give TCF permission to investigate and use in our banking business the information described in this section, such as when we: (1) decide whether to open an account for you or at your request (or an account for which you are an Authorized Signer); (2) review your Account or collect money you owe us on your Account (or an account for which you are an Authorized Signer); (3) assign to your Account a code that we use, along with other information, to determine whether to pay your checks or other transactions, (4) assign your Account to a category that we use to determine whether to make certain deposits available to you sooner than would otherwise be required by your Account Contract; or (5) have other legitimate business reasons to investigate and use the information.

You give TCF permission to share or otherwise disclose the information described in this section, and other information about you and your transactions with us, with our Affiliates. You also give our Affiliates permission to use this information to determine whether to offer you other products and services or for other legitimate business purposes. You also give TCF permission to exchange or otherwise disclose this information with other financial institutions, law enforcement agencies, third party service providers, and other third parties that are not Affiliates. Our reasons for doing so may include, but are not limited to: (1) enabling TCF to conduct our business; (2) protecting ourselves against fraud or other financial loss; (3) offering various products and services directly or through a third party; and (4) answering questions about TCF's credit experience with you.

See the TCF Privacy Policy for more information about TCF's use of information obtained in connection with products or services used for personal, family, and household purposes.

1. Initial _JD_   2. Initial _____   3. Initial _____   4. Initial _____   5. Initial _____   6. Initial _____

## OVERDRAFT FEE ACKNOWLEDGEMENT

TCF charges an overdraft fee of $37 per paid item. We do not charge an overdraft fee for paid items under $1. If your account is overdrawn by $5 or less at the end of the processing for the day, TCF does not charge an overdraft fee on the last item if paid by us. TCF also charges $37 for each item we return without paying. We charge the returned item fee regardless of the amount of the item or your account balance. There is a combined limit of 5 overdraft and returned item fees per day. An "item" includes checks, ATM or debit card transactions, in-person withdrawals, ACH or other electronic transactions, or other debits.

TCF's current practice is to process transactions for each Business Day generally as follows: (1) We process deposits you make before the cutoff time for the day before we process withdrawals. (2) We process certain priority withdrawals (such as wire transfers, electronic bill payments, teller withdrawals, and checks you write that are deposited into a TCF account or cashed in a TCF branch) before others. We process these transactions in groups in order of highest-to-lowest amount of the transaction within each group. (3) We generally process Card withdrawals in chronological order based on the date and time associated with the transaction. We process these transactions before checks and automated (ACH) withdrawals. (4) We generally process checks in check number order from lowest-to-highest. We process these transactions before automated (ACH) withdrawals. (5) We process automated (ACH) withdrawals in random order. Please note that transactions may not be processed in the order in which they occurred. The way that TCF processes transactions may result in more overdraft and returned item fees than if we processed transactions in a different way. See TCF's *Terms and Conditions for Checking and Savings Accounts* for more information on the way TCF processes transactions for your Account.

1. Initial _KD_   2. Initial _____   3. Initial _____   4. Initial _____   5. Initial _____   6. Initial _____

**Please Note:** You should avoid overdrafts. You can contact TCF Customer Service at 1-800-TCF-BANK (823-2265) or use TCF Online Banking (*tcfbank.com*) to check your balance and recent transactions posted to your account. Sign up for TCF Online Banking to get email and text alerts to notify you when your account balance at the end of the previous business day falls below $0 or another amount you specify. For small business accounts, ask us about our savings transfer product, or see if you qualify for our overdraft line of credit. These may cost less than overdraft fees.

## ARBITRATION AGREEMENT ACKNOWLEDGEMENT

Your Account Contract includes an arbitration agreement. If there is a dispute between you and TCF and the dispute is covered by the arbitration agreement, then either you or TCF may require the dispute to be resolved by arbitration in front of an arbitrator. This means that you and TCF will not have: (1) the right to a jury or court trial to resolve the dispute, or (2) the right to pursue a claim as a class action. You have the right to reject the arbitration agreement by giving written notice to TCF within 30 days after the date of this Agreement following the procedures described in your Account Contract. See the section called "Arbitration of Disputes" in TCF's *Terms and Conditions for Checking and Savings Accounts* (except certificates of deposit) or TCF's *Terms and Conditions for Certificates* (for certificates of deposit) for more information.

1. Initial _JD_   2. Initial _____   3. Initial _____   4. Initial _____   5. Initial _____   6. Initial _____

Account Number (the "Account")  ████ 5439

## CERTIFICATION OF FEDERAL TAXPAYER IDENTIFICATION NUMBER

(In this certification below, "I," "me," and "my" mean the Authorized Signer on behalf of the Account owner.)

Under penalties of perjury, I certify on behalf of the Account owner that:

1. The social security number or employer identification number shown on this form is the Account owner's correct taxpayer identification number (or I am waiting for a number to be issued to Account owner); and

2. The Account owner is not subject to backup withholding because: (a) the Account owner is exempt from backup withholding; or (b) the Account owner has not been notified by the Internal Revenue Service (IRS) that the Account owner is subject to backup withholding as a result of a failure to report all interest or dividends; or (c) the IRS has notified the Account owner that the Account owner is no longer subject to backup withholding; and

3. The Account owner is a U.S. citizen or other U.S. person, as defined below (including a U.S. resident alien).

Note: Certification Instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.

Signature of U.S. Person: _____   Date _12-19-13_

Definition of a U.S. Person. For federal tax purposes, you are considered a U.S. person if you are:

- An individual who is a U.S. citizen or U.S. resident alien;
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States;
- An estate (other than a foreign estate); or
- A domestic trust (as defined in Internal Revenue Service Regulations section 301.7701-7).

If you are not a "U.S. Person," please complete Form W-8 BEN instead of signing this certification.

## ACKNOWLEDGEMENT

The Authorized Signers acknowledge that they have received a copy of: (1) this Agreement; (2) TCF's *Terms and Conditions for Checking and Savings Accounts*; (3) TCF's *Deposit Account Services and Prices Schedule*; (4) TCF's *Current Rates and Yields* schedule; and (5) the TCF Privacy Policy. All of these documents, together with any additional agreements between you and TCF and any additional disclosures that TCF may give you, are part of your Account Contract with TCF. You agree to all the terms of your Account Contract with TCF. By continuing your Account or using any Account-related service, you confirm your agreement to all the terms of your Account Contract with TCF as it may be amended from time to time. You confirm that you are requesting a TCF Business Check Card and/or a TCF ATM Card for the Account indicated above. You agree that the Account will only be used for business purposes and not for personal, family, or household purposes. You also agree that you will use your TCF Business Check Card and/or a TCF ATM Card solely to purchase business-related goods and services.

For accounts designated as a real estate broker trust account at the time of account opening, any interest on the account, less allowable service charges, will be paid to the applicable state authority in accordance with the governing state law.

You and each of the Authorized Signers agree that the Ownership Type designated on page one accurately describes the company or organization establishing the Account and that the Account is not being opened on behalf of a foreign financial institution as that term is defined under the Bank Secrecy Act

## AUTHORIZED SIGNATURES (SIGNATURE VERIFICATION)

1. _____ Manager   4. _____
   Authorized Signer   Title      Authorized Signer   Title

2. _____          5. _____
   Authorized Signer   Title      Authorized Signer   Title

3. _____          6. _____
   Authorized Signer   Title      Authorized Signer   Title

**TO OPEN AN ACCOUNT, THIS AGREEMENT MUST BE SIGNED OR INITIALED**
**BY THE APPROPRIATE PERSON IN ALL PLACES WHERE INDICATED.**

 

# Business Account Application and Agreement

*Added Owner*

| ACCOUNT NUMBER(S) (the "Account") | ACCOUNT/PRODUCT TYPE(S) |
|---|---|
| ██████5439 | TCF SMALL BUSINESS CHECKING |

| DATE | FEDERAL ID NUMBER/SOCIAL SECURITY NUMBER |
|---|---|
| 04/29/2015 | 45-2697508 |

**OWNERSHIP TYPE**

☐ Partnership   ☐ Sole Proprietor(s)   ☑ Limited Liability Co. (LLC)   ☐ Public Unit   ☐ Corporation
☐ Limited Liability Partnership (LLP)   ☐ Business-Related Trust   ☐ Non-Profit Organization   ☐ RE Broker Trust   ☐ Pension/Profit Sharing

| LEGAL ENTITY NAME OF BUSINESS ("Customer") | |
|---|---|
| DOING WHATS POSSIBLE LLC | Corporation |

| D.B.A. | ATTN, C/O |
|---|---|
| | |

**BUSINESS ADDRESS (No PO Box – see Statement Mailing Address below)**
6260 LOOKOUT RD

| BUILDING, SUITE, ROOM, FLOOR NO. | CITY/STATE |
|---|---|
| | BOULDER, CO |

| ZIP CODE | BUSINESS TELEPHONE |
|---|---|
| 80301 | (303) 218-6665 |

If the Statement Mailing Address is different from the above address, please complete below.

| ATTN. C/O | ADDRESS | | |
|---|---|---|---|
| BUILDING, SUITE, ROOM, FLOOR NO. | CITY | STATE | ZIP CODE |
| | | | |

If this is a pension or profit sharing plan, the entire beneficial interest ☐ is  ☐ is not  held by natural persons.

| Card | 1. Authorized Signer Name and Title/Position | Date of Birth | Social Security # |
|---|---|---|---|
| | TAREE DAWN DOBIE | ██████1985 | ████████ |

| Address LOT 383 | | City/State | | Zip Code |
|---|---|---|---|---|
| ████████ | | BOULDER | CO | 80304 |

| ID Type | ID Number | ID State / ID Country | Issue Date | Expiration Date |
|---|---|---|---|---|
| D | ████████ | COLORADO | 09/30/2011 | 09/04/2016 |

| Card | 2. Authorized Signer Name and Title/Position | Date of Birth | Social Security # |
|---|---|---|---|
| | JENNIFER ANN JOHNSON | ██████1977 | ████████ |

| Address | | City/State | | Zip Code |
|---|---|---|---|---|
| ████████ | | BRIGHTON | CO | 80601 |

| ID Type | ID Number | ID State / ID Country | Issue Date | Expiration Date |
|---|---|---|---|---|
| D | ████████ | COLORADO | 09/03/2010 | 09/04/2015 |

| Card | 3. Authorized Signer Name and Title/Position | Date of Birth | Social Security # |
|---|---|---|---|
| | | | |

| Address | | City/State | | Zip Code |
|---|---|---|---|---|
| | | | | |

| ID Type | ID Number | ID State / ID Country | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

Account Number (the "Account") ▓▓▓▓5439

| Card | 4. Authorized Signer Name and Title/Position | | Date of Birth | Social Security # |
|---|---|---|---|---|
| Address | | City/State | | Zip Code |
| ID Type | ID Number | ID State / ID Country | Issue Date | Expiration Date |

| Card | 5. Authorized Signer Name and Title/Position | | Date of Birth | Social Security # |
|---|---|---|---|---|
| Address | | City/State | | Zip Code |
| ID Type | ID Number | ID State / ID Country | Issue Date | Expiration Date |

| Card | 6. Authorized Signer Name and Title/Position | | Date of Birth | Social Security # |
|---|---|---|---|---|
| Address | | City/State | | Zip Code |
| ID Type | ID Number | ID State / ID Country | Issue Date | Expiration Date |

## DEFINITIONS

"Account" means the checking, savings, or certificate of deposit account(s) listed above.

"Account Contract" means: (1) this Agreement; (2) TCF's *Terms and Conditions for Checking and Savings Accounts* (except for certificates of deposit) or TCF's *Terms and Conditions for Certificates* (for certificates of deposit); (3) TCF's *Deposit Account Services and Prices Schedule*; (4) TCF's *Current Rates and Yields* schedule; (5) the TCF Privacy Policy (as applicable); (6) Truth-in-Savings Act Disclosures (as applicable); and (7) any additional agreements between you and TCF and any additional disclosures that TCF may give you. TCF may change your Account Contract from time to time upon notice to you.

"Affiliates" means any company directly or indirectly owned by us or TCF Financial Corporation.

"Authorized Signer" means the Authorized Signers named on pages one and two of this Agreement.

"Available Balance" has the meaning defined in TCF's *Terms and Conditions for Checking and Savings Accounts*.

"TCF," "TCF Bank," "we," "us," and "our" mean TCF National Bank. We are owned by TCF Financial Corporation.

"You" and "your" mean each person or entity named above as Customer and each Authorized Signer. If there is more than one Account owner, "you" and "your" mean each owner individually and all owners together.

## YOUR ACCOUNT

Customer is the legal owner of the Account, which exists as soon as Customer makes a deposit to it. TCF does not have to allow any withdrawals or transfers from the Account until: (1) all Authorized Signers have signed this Agreement and any other documentation that TCF requires, and returned them to us; and (2) all other terms of your Account Contract with TCF have been met.

You certify that you are not opening this Account on behalf of a foreign financial institution as that term is defined under the Bank Secrecy Act. You also confirm that you have requested a TCF Business Check Card and/or TCF ATM Card.

## FOR CHECKING ACCOUNTS ONLY

You can choose the delivery method for your checking account statements. If you enroll for online statements, you will not receive paper statements. If you do not enroll for online statements, you will receive a paper statement. Fees for paper statements may apply, depending on your account type. Additional fees may apply when you ask for check image copies with your paper statements, again depending on your account type. Paper statement fees do not apply to accounts TCF classifies as commercial relationship accounts. You can change your delivery method at any time.

1. Initial _____   2. Initial _____   3. Initial _____   4. Initial _____   5. Initial _____   6. Initial _____

Agarwal Attachment F-26

**Account Number (the "Account")** ▓ 5439

## OVERDRAFT FEE ACKNOWLEDGMENT

TCF handles items that exceed your Available Funds in one of two ways: (1) TCF charges an overdraft fee of $37 for each item we pay. We do not charge overdraft fees for items under $1. We do not charge overdraft fees in a processing day if your Account is overdrawn by $5 or less at the end of that day; or (2) TCF charges a returned item NSF (non-sufficient funds) fee of $37 for each item we return without paying. We charge the returned item NSF fee regardless of the amount of the item or your Account balance. There is a combined limit of five overdraft and returned item NSF fees per day. An "item" includes checks, ATM or debit card transactions, in-person withdrawals, ACH or other electronic transactions, and other debits.

The way we process transactions for your Account is explained in TCF's *Terms & Conditions for Checking and Savings Accounts*. We provided this to you at account opening, and another copy is available upon request. In general, TCF processes deposits to your Account before withdrawals, and processes some types of withdrawals before others. For example, TCF processes ATM withdrawals and debit card transactions after account transfers but before checks. ATM withdrawals and debit card transactions are generally processed in chronological order based on a date and time associated with the transaction. Checks are generally processed in lowest-to-highest order based on check number. The way that TCF processes transactions may result in more overdraft and returned item fees than if we processed transactions in a different way.

You should avoid overdrafts. You can contact TCF Customer Service or use TCF Online Banking to check your balance and recent transactions posted to your account. Ask us about our overdraft protection transfer product, or see if you qualify for our overdraft line of credit. These may cost less than overdraft fees.

1. Initial _*PD*_  2. Initial _*OV*_  3. Initial _____  4. Initial _____  5. Initial _____  6. Initial _____

## ARBITRATION AGREEMENT ACKNOWLEDGMENT

Your Account Contract includes an arbitration agreement. If there is a dispute between you and TCF and the dispute is covered by the arbitration agreement, then either you or TCF may require the dispute to be resolved by arbitration in front of an arbitrator. This means that you and TCF will not have: (1) the right to a jury or court trial to resolve the dispute, or (2) the right to pursue a claim as a class action. You have the right to reject the arbitration agreement by giving written notice to TCF within 30 days after the date of this Agreement following the procedures described in your Account Contract. See the section called "Arbitration of Disputes" in TCF's *Terms and Conditions for Checking and Savings Accounts* (except certificates of deposit) or TCF's *Terms and Conditions for Certificates* (for certificates of deposit) for more information. You irrevocably waive any right to trial by jury in any proceeding related to the Account(s) or Account contract.

1. Initial _*PD*_  2. Initial _*OV*_  3. Initial _____  4. Initial _____  5. Initial _____  6. Initial _____

## CERTIFICATION OF FEDERAL TAXPAYER IDENTIFICATION NUMBER

(In this certification below, "I," "me," and "my" mean the Authorized Signer on behalf of the Account owner.)

Under penalties of perjury, I certify on behalf of the Account owner that:

1. The social security number or employer identification number shown on this form is the Account owner's correct taxpayer identification number (or I am waiting for a number to be issued to Account owner); and

2. The Account owner is not subject to backup withholding because: (a) the Account owner is exempt from backup withholding; or (b) the Account owner has not been notified by the Internal Revenue Service (IRS) that the Account owner is subject to backup withholding as a result of a failure to report all interest or dividends; or (c) the IRS has notified the Account owner that the Account owner is no longer subject to backup withholding; and

3. The Account owner is a U.S. citizen or other U.S. person, as defined below (including a U.S. resident alien).

Note: Certification Instructions. You must cross out item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.

If you are not a "U.S. Person," please complete Form W-8 BEN instead of signing this certification.

Signature of U.S. Person: _*Three Odrie*_ _____ Date _4 - 29 - 15_

Definition of a U.S. Person. For federal tax purposes, you are considered a U.S. person if you are:

- An individual who is a U.S. citizen or U.S. resident alien;
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States;
- An estate (other than a foreign estate); or
- A domestic trust (as defined in Internal Revenue Service Regulations section 301.7701-7).

Account Number (the "Account") ████ 5439

## ACKNOWLEDGMENT

The Authorized Signers acknowledge that they have received a copy of the Account Contract with TCF. You agree to all the terms of your Account Contract with TCF. By continuing your Account or using any Account-related service, you confirm your agreement to all the terms of your Account Contract with TCF as it may be amended from time to time. You confirm that you are requesting a TCF Business Check Card and/or a TCF ATM Card for the Account indicated above (not available for certificate of deposit accounts). You agree that the Account will only be used for business purposes and not for personal, family, or household purposes. You also agree that you will use your TCF Business Check Card and/or TCF ATM Card solely to purchase business-related goods and services.

You also agree that TCF may share information about you and your Account transactions with our Affiliates. The information may include your consumer report. Our Affiliates may use the information to determine whether to offer you other products and services, and for other legitimate business purposes. You also agree that TCF may share the information with third parties that are not our Affiliates. You may direct TCF to NOT share certain consumer information, as explained in the TCF Privacy Policy.

For accounts designated as a real estate broker trust account at the time of account opening, any interest on the account, less allowable service charges, will be paid to the applicable state authority in accordance with the governing state law.

You agree that the Ownership Type designated on page one accurately describes the company or organization establishing the Account.

## AUTHORIZED SIGNATURES (SIGNATURE VERIFICATION)

1. _____  *Manager*          4. _____  _____
   Authorized Signer      Title                Authorized Signer      Title

2. _____  *VP*               5. _____  _____
   Authorized Signer      Title                Authorized Signer      Title

3. _____  _____  6. _____  _____
   Authorized Signer      Title                Authorized Signer      Title

## TO OPEN AN ACCOUNT, THIS AGREEMENT MUST BE SIGNED OR INITIALED BY THE APPROPRIATE PERSON IN ALL PLACES WHERE INDICATED.

Account Number (the "Account") _____5439

# CERTIFICATION

**This section does not apply to sole proprietorships, unincorporated community groups,
or if separate corporate resolutions or partnership agreements are provided.**

The undersigned do hereby certify:

1. That they are:

   ☐ Officers of _____, a corporation organized and existing under the laws of the state of _____.

   ☒ Managers of a limited liability company organized and existing under the laws of the state of _Colorado_

   ☐ Trustees of _____, a pension/profit sharing trust, or ☐ real estate broker trust, or ☐ business-related trust,
   organized and existing under the laws of the state of _____.

   ☐ Officers or other authorized members of an unincorporated association organized and existing under the laws of the state of
   _____. The undersigned acknowledge that they, and all other members of the association, are jointly and
   severally liable for all debts and obligations of the association.

   ☐ Officers or other duly appointed official of a public unit organized under the laws of the state of _____.

   ☐ The managing partners or the general partners of _____, a ☐ partnership, or ☐ limited liability partnership,
   organized and existing under the laws of the state of _____; and that they constitute all of the
   managing or general partners of the partnership. The undersigned acknowledge that they, and each other partner (or general partner, if a
   limited liability partnership), are jointly and severally liable for all debts and obligations of the partnership.

   The foregoing corporation, limited liability company, trust, public unit, association, organization, or partnership is hereinafter referred to as the
   "Organization."

2. That the furnishing of this Certification by the undersigned and entry into the foregoing Account Agreement by the Authorized Signers on this
   Organization's behalf do not violate the Organization's articles of incorporation or bylaws, articles of organization or operating agreement, partnership
   agreement, member control agreement, or other organizational documents, as applicable, or applicable law governing the Organization.

3. That the individuals named or identified as Authorized Signers in the foregoing Account Agreement have been duly elected or appointed to, and now
   hold, the position with the Organization stated above.

4. That the signatures appearing on the foregoing Account Agreement are the true signatures of the respective Authorized Signers.

5. That each of the Authorized Signers is duly authorized to execute and deliver the foregoing Account Agreement to TCF on this Organization's
   behalf and to bind this Organization to the terms thereof, and to cause this Organization to enter into any or all of the transactions contemplated
   in the Account Agreement; that such authorization is evidenced by duly adopted resolutions or other action of the board or governing body of this
   Organization; and that such resolutions are in full force and effect as of the date hereof.

In witness whereof, the undersigned have signed this Certification and affixed the seal of this Organization (if required), this _29th_ day of

_April_____, 20 _15_

| Name (please print) | Signature | Title |
|---|---|---|
| Taree Dobie | _signature_ | Manager |
| Kenny Johnson | _signature_ | VP |
| | | |
| Name (please print) | Signature | Title |
| | | |
| Name (please print) | Signature | Title |
| | | |
| Name (please print) | Signature | Title |
| | | |
| Name (please print) | Signature | Title |

DP50721

©2014 TCF National Bank. Member FDIC. tcfbank.com. CFPC00700 CSB. (REV 11/25/14)

DSD'S
DC!?



**TCF BANK**
Since 1923
Open 7 Days™
your convenience bank™

## Business Account Application and Agreement
## Checking Accounts and Savings Accounts
## with Check Access



| ACCOUNT NUMBER (the "Account") | ACCOUNT/PRODUCT TYPE |
|---|---|
| ▇▇5440 | 1195 TCF SMALL BUSINESS CHECKING |

| DATE | SALESPERSON | OFFICER # |
|---|---|---|
| 12/17/2013 | | |

**OWNERSHIP TYPE**
☐ Partnership  ☐ Sole Proprietor(s)  ☑ Limited Liability Co. (LLC)  ☐ Public Unit  ☐ Corporation
☐ Limited Liability Partnership (LLP)  ☐ Business-Related Trust  ☐ Non-Profit Organization  ☐ RE Broker Trust  ☐ Pension/Profit Sharing

| BUSINESS NAME ("Customer") | |
|---|---|
| UNIVERSITY & FOLSOM LLC | CORPORATION |

BUSINESS ADDRESS (No PO Box – see Statement Mailing Address below)
9800 MOUNT PYRAMID CT

| CITY/STATE | ZIP CODE |
|---|---|
| ENGLEWOOD CO | 80112 |

| BUSINESS TELEPHONE | FEDERAL ID NUMBER/SOCIAL SECURITY NUMBER |
|---|---|
| (303) 503-2077 | 26-2349436 |

| BUILDING, SUITE, ROOM, FLOOR NO. | D.B.A. | ATTN, C/O |
|---|---|---|
| | | |

If the Statement Mailing Address is different from the above address, please complete below.

| ATTN. C/O | ADDRESS |
|---|---|
| | |

| BUILDING, SUITE, ROOM, FLOOR NO. | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

If this is a pension or profit sharing plan, the entire beneficial interest ☐ is ☐ is not held by natural persons.

| Card | 1. Authorized Signer Name (Title) | | Date of Birth | Social Security # |
|---|---|---|---|---|
| *3186 | BLAIR WILLIAM MCNEA | | ▇▇1962 | ▇1329 |
| Address | ▇▇▇▇▇ | City/State | | Zip Code |
| | | BOULDER  CO | | 80301 |

| ID Type | ID Number | ID State / ID Country | Issue Date | Expiration Date |
|---|---|---|---|---|
| D | ▇▇9236 | CO | 03/16/2011 | 06/30/2016 |

| Card | 2. Authorized Signer Name (Title) | | Date of Birth | Social Security # |
|---|---|---|---|---|
| | DANICA LYNN ROBLES | | ▇▇1974 | ▇5483 |
| Address | ▇▇▇▇▇ | City/State | | Zip Code |
| | | FIRESTONE  CO | | 80504 |

| ID Type | ID Number | ID State / ID Country | Issue Date | Expiration Date |
|---|---|---|---|---|
| D | ▇905 | CO | 10/23/2012 | 10/13/2017 |

| Card | 3. Authorized Signer Name (Title) | | Date of Birth | Social Security # |
|---|---|---|---|---|
| | | | | |
| Address | | City/State | | Zip Code |
| | | | | |

| ID Type | ID Number | ID State / ID Country | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

Sold By: √  Tlr# 247¦¦
Opened By: Teller 6471¦
OS / WD / CS (circle one)
Opt in card ____  Opt in checks ____
TCHG ___  Quality √  DSDS ____

Page 1 of 5

Agarwal Attachment F-30

Account Number (the "Account") ▓▓▓▓5440

| Card | 4. Authorized Signer Name (Title) | | Date of Birth | Social Security # |
|------|-----------------------------------|---|---------------|-------------------|
| Address | | City/State | | Zip Code |
| ID Type | ID Number | ID State / ID Country | Issue Date | Expiration Date |

| Card | 5. Authorized Signer Name (Title) | | Date of Birth | Social Security # |
|------|-----------------------------------|---|---------------|-------------------|
| Address | | City/State | | Zip Code |
| ID Type | ID Number | ID State / ID Country | Issue Date | Expiration Date |

| Card | 6. Authorized Signer Name (Title) | | Date of Birth | Social Security # |
|------|-----------------------------------|---|---------------|-------------------|
| Address | | City/State | | Zip Code |
| ID Type | ID Number | ID State / ID Country | Issue Date | Expiration Date |

## DEFINITIONS

"Account" means the checking or savings account(s) listed above.

"Account Contract" means: (1) this Agreement; (2) TCF's *Terms and Conditions for Checking and Savings Accounts* (except for certificates of deposit) or TCF's *Terms and Conditions for Certificates* (for certificates of deposit); (3) TCF's *Deposit Account Services and Prices Schedule*; (4) TCF's *Current Rates and Yields* schedule, (5) the TCF Privacy Policy (if applicable); and (6) any additional agreements between you and TCF and any additional disclosures that TCF may give you. TCF may change your Account Contract from time to time upon notice to you.

"Affiliates" means any company directly or indirectly owned by us or TCF Financial Corporation.

"Authorized Signer" means the Authorized Signers named on pages one and two of this Agreement.

"Available Balance" has the meaning defined in TCF's *Terms and Conditions for Checking and Savings Accounts.*

"TCF," "TCF Bank," "we," "us," and "our" mean: TCFa National Bank. We are owned by TCF Financial Corporation.

"You" and "your" mean each person or entity named above as Customer. If there is more than one Account owner, "you" and "your" mean each owner individually and all owners together.

## YOUR ACCOUNT

You are the legal owner of the Account, which exists as soon as you make a deposit to it. TCF does not have to allow any withdrawals or transfers from the Account until: (1) all Authorized Signers have signed this Agreement and any other documentation that TCF requires, and returned them to us; and (2) all other terms of your Account Contract with TCF have been met.

## ELECTRONIC COMMUNICATIONS

In this section, "you" and "your" mean you, the Customer named above, and each Authorized Signer.

You agree that TCF may send you Account information by email or text message. We may do so using the email address or mobile phone number you have given us. When we send you a communication in this way, we will not send it again in the mail unless the law requires mailed notice. These communications may include information about overdrafts and dishonored items on your Account. They may also include other information about your Account.

We may also send you promotional information by email or text message. This may include information about TCF products and services. However, you may ask us to stop sending these promotional materials electronically by simply selecting the "unsubscribe" or "opt out" option in the communication, or by contacting TCF Customer Service.

Agarwal Attachment F-31

Account Number (the "Account") ▓▓▓ 5440

## FAIR CREDIT REPORTING ACT AND SHARING OF INFORMATION ACKNOWLEDGEMENT

In this section, "you" and "your" mean you, the Customer named above, and each Authorized Signer.

You agree to give TCF current information about you and your financial situation when you apply for an account with TCF (or an account for which you are an Authorized Signer) and whenever TCF asks for this information while you have a business relationship with TCF. You state and agree that all information you give or will give to TCF is true, correct, and complete.

You also give TCF permission to get credit reports (including credit scores, such as FICO scores) and other kinds of financial and personal information about you from credit reporting agencies and other third parties. TCF may get this information when you apply for an account with TCF (or an account for which you are an Authorized Signer) and at any time while you have a business relationship with TCF.

You give TCF permission to investigate and use in our banking business the information described in this section, such as when we: (1) decide whether to open an account for you or at your request (or an account for which you are an Authorized Signer); (2) review your Account or collect money you owe us on your Account (or an account for which you are an Authorized Signer); (3) assign to your Account a code that we use, along with other information, to determine whether to pay your checks or other transactions; (4) assign your Account to a category that we use to determine whether to make certain deposits available to you sooner than would otherwise be required by your Account Contract; or (5) have other legitimate business reasons to investigate and use the information.

You give TCF permission to share or otherwise disclose the information described in this section, and other information about you and your transactions with us, with our Affiliates. You also give our Affiliates permission to use this information to determine whether to offer you other products and services or for other legitimate business purposes. You also give TCF permission to exchange or otherwise disclose this information with other financial institutions, law enforcement agencies, third party service providers, and other third parties that are not Affiliates. Our reasons for doing so may include, but are not limited to: (1) enabling TCF to conduct our business; (2) protecting ourselves against fraud or other financial loss; (3) offering various products and services directly or through a third party; and (4) answering questions about TCF's credit experience with you.

See the TCF Privacy Policy for more information about TCF's use of information obtained in connection with products or services used for personal, family, and household purposes.

1. Initial ____  2. Initial ____  3. Initial _____  4. Initial _____  5. Initial _____  6. Initial _____

## OVERDRAFT FEE ACKNOWLEDGEMENT

TCF charges an overdraft fee of $37 per paid item. We do not charge an overdraft fee for paid items under $1. If your account is overdrawn by $5 or less at the end of the processing for the day, TCF does not charge an overdraft fee on the last item if paid by us. TCF also charges $37 for each item we return without paying. We charge the returned item fee regardless of the amount of the item or your account balance. There is a combined limit of 5 overdraft and returned item fees per day. An "item" includes checks, ATM or debit card transactions, ACH or other electronic transactions, or other debits.

TCF's current practice is to process transactions for each Business Day generally as follows: (1) We process deposits you make before the cutoff time for the day before we process withdrawals. (2) We process certain priority withdrawals (such as wire transfers, electronic bill payments, teller withdrawals, and checks you write that are deposited into a TCF account or cashed in a TCF branch) before others. We process these transactions in groups in order of highest-to-lowest amount of the transaction within each group. (3) We generally process Card withdrawals in chronological order based on the date and time associated with the transaction. We process these transactions before checks and automated (ACH) withdrawals. (4) We generally process checks in check number order from lowest-to-highest. We process these transactions before automated (ACH) withdrawals. (5) We process automated (ACH) withdrawals in random order. Please note that transactions may not be processed in the order in which they occurred. The way that TCF processes transactions may result in more overdraft and returned item fees than if we processed transactions in a different way. See TCF's *Terms and Conditions for Checking and Savings Accounts* for more information on the way TCF processes transactions for your Account.

1. Initial ____  2. Initial ____  3. Initial _____  4. Initial _____  5. Initial _____  6. Initial _____

**Please Note:** You should avoid overdrafts. You can contact TCF Customer Service at 1-800-TCF-BANK (823-2265) or use TCF Online Banking (tcfbank.com) to check your balance and recent transactions posted to your account. Sign up for TCF Online Banking to get email and text alerts to notify you when your account balance at the end of the previous business day falls below $0 or another amount you specify. For small business accounts, ask us about our savings transfer product, or see if you qualify for our overdraft line of credit. These may cost less than overdraft fees.

## ARBITRATION AGREEMENT ACKNOWLEDGEMENT

Your Account Contract includes an arbitration agreement. If there is a dispute between you and TCF and the dispute is covered by the arbitration agreement, then either you or TCF may require the dispute to be resolved by arbitration in front of an arbitrator. This means that you and TCF will not have: (1) the right to a jury or court trial to resolve the dispute, or (2) the right to pursue a claim as a class action. You have the right to reject the arbitration agreement by giving written notice to TCF within 30 days after the date of this Agreement following the procedures described in your Account Contract. See the section called "Arbitration of Disputes" in TCF's *Terms and Conditions for Checking and Savings Accounts* (except certificates of deposit) or TCF's *Terms and Conditions for Certificates* (for certificates of deposit) for more information.

1. Initial ____  2. Initial ____  3. Initial _____  4. Initial _____  5. Initial _____  6. Initial _____

Page 3 of 5

Agarwal Attachment F-32

Account Number (the "Account") ███████5440

## CERTIFICATION OF FEDERAL TAXPAYER IDENTIFICATION NUMBER

(In this certification below, "I," "me," and "my" mean the Authorized Signer on behalf of the Account owner.)

Under penalties of perjury, I certify on behalf of the Account owner that:

1. The social security number or employer identification number shown on this form is the Account owner's correct taxpayer identification number (or I am waiting for a number to be issued to Account owner); and
2. The Account owner is not subject to backup withholding because: (a) the Account owner is exempt from backup withholding; or (b) the Account owner has not been notified by the Internal Revenue Service (IRS) that the Account owner is subject to backup withholding as a result of a failure to report all interest or dividends; or (c) the IRS has notified the Account owner that the Account owner is no longer subject to backup withholding; and
3. The Account owner is a U.S. citizen or other U.S. person as defined below (including a U.S. resident alien).

Note: Certification Instructions. You must cross-out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.

Signature of U.S Person: _____     Date 10/19/13

Definition of a U.S. Person. For federal tax purposes, you are considered a U.S. person if you are:

- An individual who is a U.S. citizen or U.S. resident alien;
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States;
- An estate (other than a foreign estate); or
- A domestic trust (as defined in Internal Revenue Service Regulations section 301.7701-7).

If you are not a "U.S. Person," please complete Form W-8 BEN instead of signing this certification.

## ACKNOWLEDGEMENT

The Authorized Signers acknowledge that they have received a copy of: (1) this Agreement; (2) TCF's *Terms and Conditions for Checking and Savings Accounts*; (3) TCF's *Deposit Account Services and Prices Schedule*; (4) TCF's *Current Rates and Yields* schedule; and (5) the TCF Privacy Policy. All of these documents, together with any additional agreements between you and TCF and any additional disclosures that TCF may give you, are part of your Account Contract with TCF. You agree to all the terms of your Account Contract with TCF. By continuing your Account or using any Account-related service, you confirm your agreement to all the terms of your Account Contract with TCF as it may be amended from time to time. You confirm that you are requesting a TCF Business Check Card and/or a TCF ATM Card for the Account indicated above. You agree that the Account will only be used for business purposes and not for personal, family, or household purposes. You also agree that you will use your TCF Business Check Card and/or a TCF ATM Card solely to purchase business-related goods and services.

For accounts designated as a real estate broker trust account at the time of account opening, any interest on the account, less allowable service charges, will be paid to the applicable state authority in accordance with the governing state law.

You and each of the Authorized Signers agree that the Ownership Type designated on page one accurately describes the company or organization establishing the Account and that the Account is not being opened on behalf of a foreign financial institution as that term is defined under the Bank Secrecy Act.

### AUTHORIZED SIGNATURES (SIGNATURE VERIFICATION)

| 1. _____ Authorized Signer | CFO _____ Title | 4. _____ Authorized Signer | _____ Title |
| 2. _____ Authorized Signer | Controller _____ Title | 5. _____ Authorized Signer | _____ Title |
| 3. _____ Authorized Signer | _____ Title | 6. _____ Authorized Signer | _____ Title |

**TO OPEN AN ACCOUNT, THIS AGREEMENT MUST BE SIGNED OR INITIALED
BY THE APPROPRIATE PERSON IN ALL PLACES WHERE INDICATED.**

Agarwal Attachment F-33

11/25/2013

Ms. Marnie Baesler
Manager
University & Folsom, LLC
9800 Mount Pyramid Court
Englewood, CO 80112

Re:    Indemnification for Key Employees who Sign Personal Guarantees on Behalf of UNIVERSITY &
FOLSOM, LLC ("Company") to Cover Costs Associated with Terminated Merchant Files

Dear MARNIE BAESLER:

In your position with our Company as Manager, you have been, and may be required to, provide your personal guarantee on
merchant applications for credit card processing services with the Company's banks ("Bank" or "Banks"). The Banks require
this guarantee from many applicants as a measure of protection against possible default on payment obligations.

With regard to your personal guarantee on the above-referenced credit card processing agreements, the Company shall
assume responsibility for performance and payment of the Company's obligations. In the event that a bank seeks recovery
from you personally for the Company's failure to fulfill the terms of these agreements, the Company will pay all amounts
outstanding to the bank, reimburse you for reasonable attorney's fees and legal expenses incurred by you in defending any
proceeding, and any judgments, fines and the like to be paid in settlement. Alternatively, we will advance those outstanding
amounts to you as to be paid to the Bank, or in the case of expenses, to you, at your request.

The Company will not provide the benefits outlined in this paragraph for losses that are due to your acts of fraud.

To the extent to which the Company does not fulfill our financial obligations to you, then BLIZZARD WHITE, LLC will pay
those costs. Then, to the extent to which neither Company nor BLIZZARD WHITE, LLC fulfills our financial obligation to
you, WAVE ROCK, LLC will pay the balance. In order to receive the benefit of this indemnification, you must promptly
notify the Company of the dispute as soon as you become aware of any such matters, and you agree that Company has sole
control over the defense and settlement.

Thank you for your continued service to the Company.

Kind regards,

UNIVERSITY & FOLSOM, LLC          BLIZZARD WHITE, LLC          WAVE ROCK, LLC
Name: Marnie Baesler          Name: Blair Mohla          Name: Blair Mohla
Title: Manager          Title: Manager          Title: Manager

Accepted and agreed:

Name: Marnie Baesler          Date: Nov 20, 2013
Title: Manager

Agarwal Attachment F-34

*Added Signer*



# TCF BANK
*Since 1931*
**Open 7 Days**



## Business Account Application and Agreement
## Savings and Certificate of Deposit Accounts

| ACCOUNT NUMBER (the "Account") | ACCOUNT/PRODUCT TYPE | | |
|---|---|---|---|
| ▇▇▇5440 | TCF SMALL BUSINESS CHECKING | | ☐ New Account<br>☐ Change of Signers |

| DATE | SALES PERSON | TELLER # | MAIL CODE |
|---|---|---|---|
| 03/04/2008 | | DP10721 | |

**OWNERSHIP TYPE**
☐ Partnership ☐ Sole Proprietor(s) ☐ Limited Liability Co. (LLC) ☐ Public Unit ☑ Corporation
☐ Limited Liability Partnership (LLP) ☐ Business-Related Trust ☐ Non-Profit Organization ☐ RE Broker Trust ☐ Pension/Profit Sharing

**BUSINESS NAME ("Customer")**
UNIVERSITY & FOLSOM LLC    Corporation

**BUSINESS ADDRESS (No PO Box – see Statement Mailing Address below)**
9800 PYRAMID CT

| CITY/STATE | ZIP CODE |
|---|---|
| ENGLEWOOD | 80112 |

| BUSINESS TELEPHONE | FEDERAL ID NUMBER/SOCIAL SECURITY NUMBER |
|---|---|
| (303) 915-1928 | 262349436 |

If the Statement Mailing Address is different from the above address, please complete below.

| ATTN. C/O | ADDRESS |
|---|---|
| | |

| BUILDING, SUITE, ROOM, FLOOR NO. | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

If this is a pension or profit sharing plan, the entire beneficial interest ☐ is ☐ is not held by natural persons.

| Card | 1. Authorized Signer Name (Title)<br>BLAIR WILLIAM MCNEA | | Date of Birth<br>▇▇1962 | Social Security #<br>▇▇1329 |
|---|---|---|---|---|
| Address | ▇▇▇▇▇▇▇ | City/State<br>BOULDER CO | | Zip Code<br>80301 |
| ID Type<br>D | ID Number<br>▇▇▇▇ | ID State / ID Country<br>COLORADO | Issue Date<br>03/16/2011 | Expiration Date<br>06/30/2016 |

| Card | 2. Authorized Signer Name (Title)<br>JENNIFER ANN JOHNSON | | Date of Birth<br>▇▇1977 | Social Security #<br>▇-3911 |
|---|---|---|---|---|
| Address | ▇▇▇▇▇▇▇ | City/State<br>LAKEWOOD CO | | Zip Code<br>80228 |
| ID Type<br>D | ID Number<br>▇▇▇▇ | ID State / ID Country<br>COLORADO | Issue Date<br>09/03/2010 | Expiration Date<br>09/04/2015 |

| Card | 3. Authorized Signer Name (Title) | | Date of Birth | Social Security # |
|---|---|---|---|---|
| Address | | City/State | | Zip Code |
| ID Type | ID Number | ID State / ID Country | Issue Date | Expiration Date |

Account Number (the "Account") ▮▮▮5440

| Card | 4. Authorized Signer Name (Title) | | Date of Birth | Social Security # |
|---|---|---|---|---|
| Address | | City/State | | Zip Code |
| ID Type | ID.Number | ID State / ID Country | Issue Date | Expiration Date |

| Card | 5. Authorized Signer Name (Title) | | Date of Birth | Social Security # |
|---|---|---|---|---|
| Address | | City/State | | Zip Code |
| ID Type | ID Number | ID State / ID Country | Issue Date | Expiration Date |

| Card | 6. Authorized Signer Name (Title) | | Date of Birth | Social Security # |
|---|---|---|---|---|
| Address | | City/State | | Zip Code |
| ID Type | ID Number | ID State / ID Country | Issue Date | Expiration Date |

## DEFINITIONS

"Account" means the checking, savings, or certificate of deposit account(s) listed above.

"Account Contract" means: (1) this Agreement; (2) TCF's *Terms and Conditions for Checking and Savings Accounts* (except for certificates of deposit) or TCF's *Terms and Conditions for Certificates* (for certificates of deposit); (3) TCF's *Deposit Account Services and Prices Schedule*; (4) TCF's *Current Rates and Yields* schedule; (5) the TCF Privacy Policy (if applicable); and (6) any additional agreements between you and TCF and any additional disclosures that TCF may give you. TCF may change your Account Contract from time to time upon notice to you.

"Affiliates" means any company directly or indirectly owned by us or TCF Financial Corporation.

"Authorized Signer" means the Authorized Signers named on pages one and two of this Agreement.

"TCF," "TCF Bank," "we," "us," and "our" mean: TCFe National Bank. We are owned by TCF Financial Corporation.

"You" and "your" mean each person or entity named above as Customer. If there is more than one Account owner, "you" and "your" mean each owner individually and all owners together.

## YOUR ACCOUNT

You are the legal owner of the Account, which exists as soon as you make a deposit to it. TCF does not have to allow any withdrawals or transfers from the Account until: (1) all Authorized Signers have signed this Agreement and any other documentation that TCF requires, and returned them to us; and (2) all other terms of your Account Contract with TCF have been met.

## ELECTRONIC COMMUNICATIONS

In this section, "you" and "your" mean you, the Customer named above, and each Authorized Signer.

You agree that TCF may send you Account information by email or text message. We may do so using the email address or mobile phone number you have given us. When we send you a communication in this way, we will not send it again in the mail unless the law requires mailed notice. These communications may include information about overdrafts and dishonored items on your Account. They may also include other information about your Account.

We may also send you promotional information by email or text message. This may include information about TCF products and services. However, you may ask us to stop sending these promotional materials electronically by simply selecting the "unsubscribe" or "opt out" option in the communication, or by contacting TCF Customer Service.

Agarwal Attachment F-36

Account Number (the "Account") ▮▮▮5440

## CERTIFICATION OF FEDERAL TAXPAYER IDENTIFICATION NUMBER

(In this certification below, "I," "me," and "my" mean the Authorized Signer on behalf of the Account owner.)

Under penalties of perjury, I certify on behalf of the Account owner that:

1. The social security number or employer identification number shown on this form is the Account owner's correct taxpayer identification number (or I am waiting for a number to be issued to Account owner); and

2. The Account owner is not subject to backup withholding because: (a) the Account owner is exempt from backup withholding; or (b) the Account owner has not been notified by the Internal Revenue Service (IRS) that the Account owner is subject to backup withholding as a result of a failure to report all interest or dividends; or (c) the IRS has notified the Account owner that the Account owner is no longer subject to backup withholding; and

3. The Account owner is a U.S. citizen or other U.S. person, as defined below (including a U.S. resident alien).

Note: Certification Instructions. You must cross out item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.

Signature of U.S. Person: _____ Date 5/30/14

Definition of a U.S. Person. For federal tax purposes, you are considered a U.S. person if you are:

- An individual who is a U.S. citizen or U.S. resident alien;
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States;
- An estate (other than a foreign estate); or
- A domestic trust (as defined in Internal Revenue Service Regulations section 301.7701-7).

If you are not a "U.S. Person," please complete Form W-8 BEN instead of signing this certification.

## ARBITRATION AGREEMENT ACKNOWLEDGMENT

Your Account Contract includes an arbitration agreement. If there is a dispute between you and TCF and the dispute is covered by the arbitration agreement, then either you or TCF may require the dispute to be resolved by arbitration in front of an arbitrator. This means that you and TCF will not have: (1) the right to a jury or court trial to resolve the dispute, or (2) the right to pursue a claim as a class action. You have the right to reject the arbitration agreement by giving written notice to TCF within 30 days after the date of this Agreement following the procedures described in your Account Contract. See the section called "Arbitration of Disputes" in TCF's *Terms and Conditions for Checking and Savings Accounts* (except certificates of deposit) or TCF's *Terms and Conditions for Certificates* (for certificates of deposit) for more information.

1. Initial _____  2. Initial _____  3. Initial _____  4. Initial _____  5. Initial _____  6. Initial _____

## ACKNOWLEDGMENT

The Authorized Signers acknowledge that they have received a copy of: (1) this Agreement; (2) TCF's *Terms and Conditions for Checking and Savings Accounts* (except for certificates of deposit) or TCF's *Terms and Conditions for Certificates* (for certificates of deposit); (3) TCF's *Deposit Account Services and Prices Schedule*; (4) TCF's *Current Rates and Yields* schedule; and (5) the TCF Privacy Policy. All of these documents, together with any additional agreements between you and TCF and any additional disclosures that TCF may give you, are part of your Account Contract with TCF. You agree to all the terms of your Account Contract with TCF. By continuing your Account or using any Account-related service, you confirm your agreement to all the terms of your Account Contract with TCF as it may be amended from time to time. You acknowledge that TCF may issue you a TCF Business Check Card and/or a TCF ATM Card to access the savings account indicated above (not available for certificate of deposit accounts). You agree that the Account will only be used for business purposes and not for personal, family, or household purposes. You also agree that you will use your TCF Business Check Card and/or a TCF ATM Card solely to purchase business-related goods and services.

You also agree that TCF may share information about you and your Account transactions with our Affiliates. The information may include your consumer report. Our Affiliates may use the information to determine whether to offer you other products and services, and for other legitimate business purposes. You also agree that TCF may share the information with third parties that are not our Affiliates. You may direct TCF to NOT share certain information, as explained in the TCF Privacy Policy.

For accounts designated as a real estate broker trust account at the time of account opening, any interest on the account, less allowable service charges, will be paid to the applicable state authority in accordance with the governing state law.

You and each of the Authorized Signers agree that the Ownership Type designated on page one accurately describes the company or organization establishing the Account and that the Account is not being opened on behalf of a foreign financial institution as that term is defined under the Bank Secrecy Act.

### AUTHORIZED SIGNATURES (SIGNATURE VERIFICATION)

1. _____   CEo/Manager
   Authorized Signer              Title

2. _____   Manager
   Authorized Signer              Title

3. _____   _____
   Authorized Signer              Title

4. _____   _____
   Authorized Signer              Title

5. _____   _____
   Authorized Signer              Title

6. _____   _____
   Authorized Signer              Title

**TO OPEN AN ACCOUNT, THIS AGREEMENT MUST BE SIGNED OR INITIALED
BY THE APPROPRIATE PERSON IN ALL PLACES WHERE INDICATED.**

Account Number (the "Account") ▓▓▓▓5440

# CERTIFICATION

**This section does not apply to sole proprietorships, unincorporated community groups, or if separate corporate resolutions or partnership agreements are provided.**

The undersigned do hereby certify:

1. That they are:

☐  Officers of _____, a corporation organized and existing under the laws of the state of _____.

☒  Managers of a limited liability company organized and existing under the laws of the state of **Colorado** _____.

☐  Trustees of _____, a pension/profit sharing trust, or ☐ real estate broker trust, or ☐ business-related trust, organized
    and existing under the laws of the state of _____.

☐  Officers or other authorized members of an unincorporated association organized and existing under the laws of the state of
    _____. The undersigned acknowledge that they, and all other members of the association, are jointly and severally
    liable for all debts and obligations of the association.

☐  Officers or other duly appointed official of a public unit organized under the laws of the state of _____.

☐  The managing partners or the general partners of _____, a ☐ partnership, or ☐ limited liability partnership,
    organized and existing under the laws of the state of _____; and that they constitute all of the
    managing or general partners of the partnership. The undersigned acknowledge that they, and each other partner (or general partner, if a limited
    liability partnership), are jointly and severally liable for all debts and obligations of the partnership.

   The foregoing corporation, limited liability company, trust, public unit, association, organization, or partnership is hereinafter referred to as the "Organization."

2. That the furnishing of this Certification by the undersigned and entry into the foregoing Account Agreement by the Authorized Signers on this Organization's
   behalf do not violate the Organization's articles of incorporation or bylaws, articles of organization or operating agreement, partnership agreement, member
   control agreement, or other organizational documents, as applicable, or applicable law governing the Organization.

3. That the individuals named or identified as Authorized Signers in the foregoing Account Agreement have been duly elected or appointed to, and now hold,
   the position with the Organization stated above.

4. That the signatures appearing on the foregoing Account Agreement are the true signatures of the respective Authorized Signers.

5. That each of the Authorized Signers is duly authorized to execute and deliver the foregoing Account Agreement to TCF National Bank ("TCF") on
   this Organization's behalf and to bind this Organization to the terms thereof, and to cause this Organization to enter into any or all of the transactions
   contemplated in the Account Agreement; that such authorization is evidenced by duly adopted resolutions or other action of the board or governing body of
   this Organization; and that such resolutions are in full force and effect as of the date hereof.

In witness whereof, the undersigned have signed this Certification and affixed the seal of this Organization (if required), this __30th__ day of
__May__, 20 __14__.

| Blair McNea | _[signature]_ | CEO Manager |
| Name (please print) | Signature | Title |
| Jennifer Johnson | _[signature]_ | Manager |
| Name (please print) | Signature | Title |
| | | |
| Name (please print) | Signature | Title |
| | | |
| Name (please print) | Signature | Title |
| | | |
| Name (please print) | Signature | Title |

DP10721

©2014 TCF National Bank. Member FDIC. tcfbank.com. CFSAV0538 CBE. (REV 02/05)4)

PX3

Agarwal Attachment G

Keybank Records

## AFFIDAVIT

STATE OF OHIO                           )
COUNTY OF CUYAHOGA                      ) SS:   Brookville Lane LLC

Now comes Jennifer Kowicki, being first duly sworn, deposes and says the following:

1.  I am Custodian of Records for **KeyBank National Association**, and I have knowledge of the matters herein referred to.

2.  Attached hereto, and made a part of hereof, are true and correct copies of the original documents of **KeyBank National Association**.  These records are maintained in the normal course of business at **KeyBank National Association**.

Affiant further sayeth naught,

Sworn to before me and subscribed in my presence, this 29th day of September, 2016.

Notary Public

DANIELLE D. CAIRNS
Notary Public
In and for the State of **Ohio**
No Expiration Date

Agarwal Attachment G-1

## KeyBank · Business/Public Entity Signature Card

**Account Number**
☐ 1808

☐ Multiple Accounts - Refer to Exhibit A

**Legal Title of Account**
NIGHT WATCH GROUP, LLC

**Entity**
☐ Corporation          ☒ Partnership
☐ Sole Proprietorship  ☐ Trust
☐ Non-Profit           ☐ LLC
☐ Public Entity
☐ Organization/Association

**Principal Business Address**
450 E 96TH ST STE 500

| City | State | ZIP Code | Telephone Number |
|------|-------|----------|------------------|
| INDIANAPOLIS | IN | 46240-3760 | (303) 884-9152 |

| Statement Mailing Address | City | State | ZIP Code |
|---------------------------|------|-------|----------|
| 450 E 96TH ST STE 500 | INDIANAPOLIS | INDIANA | 46240-3760 |

| Signer's Name | Title | Signer's SSN / TIN | US Citizen (Y/N) | Signature |
|---------------|-------|--------------------|------------------|-----------|
| *Blair M McNea*  BLAIR W MCNEA | *CEO/Manager* | ▓▓▓▓ | Y | *(signature)* |
| | | | | |
| | | | | |
| | | | | |

*If this entity has additional Designated Signers enter Signer's information on page 3 and check here ☐*
By signing above, each signer authorizes KeyBank to obtain a consumer report for them individually. We may also report information about the Account to a consumer reporting agency.

By signing below, the client listed above ("Client") authorizes KeyBank National Association ("KeyBank"), at its discretion, to open and close one or more business or non-personal accounts owned by the Client with the same Account Title listed above and with the same Designated Signers listed above, and upon receipt of electronic, written or oral instructions from the Client without obtaining an additional Signature Card ("Account or Accounts"). Accounts opened hereunder are listed above and on Exhibit A attached hereto and made a part hereof, as such Exhibit may be amended or supplemented by the Client from time to time. Addition of a new account to Exhibit A shall be effective only upon receipt by KeyBank of a new Exhibit A in a form acceptable to KeyBank in its sole discretion. The Client acknowledges and agrees that all Accounts opened under this Signature Card are governed by the terms and conditions of the Deposit Account Agreement and Funds Availability Policy ("Agreement") and Disclosures governing the Accounts. KeyBank may change the Agreement at any time. By signing below, Client acknowledges receipt of the Agreement and Disclosures.

The Client authorizes KeyBank to operate all current and future Accounts opened under this Signature Card. The authority to operate each Account includes: (i) to act upon instructions from any of the designated signers to deposit, withdraw or transfer funds to or from any other accounts at the Bank when opening new accounts; (ii) to recognize and honor the signature of any of the designated signers on checks (if withdrawal by check is permitted) and withdrawal slips and honor any other electronic, written or oral requests for withdrawals or transfers of funds, including transfers to KeyBank or to third parties; and (iii) to act upon instructions from any Designated Signer for the transaction of any business on any Accounts (including to close accounts) covered by this Signature Card. KeyBank may rely on this authorization for the Accounts opened under this Signature Card until KeyBank receives written notice revoking the authorization and has reasonable time to act upon it. Until such notice is actually received, the authority conferred herein to the Designated Signers noted below shall remain in full force and effect and KeyBank shall be indemnified and saved harmless from any loss suffered or liability incurred by it in pursuance of this Authorization.

Note: The information you are providing to open your new KeyBank account is subject to review and verification. KeyBank reserves the right to close your account in the event we are unable to verify, to our satisfaction, the information you provided.

Certification of Taxpayer Identification Number:
Under penalties of perjury, I certify that:
1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because : (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person, defined as:
   - An individual who is a U.S. citizen or U.S resident alien.
   - A partnership, corporation, company or association created organized in the United States or under the laws of the United States.
   - An estate (other than a foreign estate), or
   - A domestic trust (as defined in Regulations section 301.7701-7.

Page 1 of 3

Agarwal Attachment G-2

**4.** I am exempt from the Foreign Account Tax Compliance Act (FACTA).

Certification Instructions: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. If you are a foreign person, cross out the above Certification section and U.S. Person on the line next to your signature below. Complete the appropriate IRS Form W-8.
The Internal Revenue Service does not require your consent to any provisions of this document other than the certification required to avoid backup withholding.

Tax Identification Number: 46-5341804   Title for Legal Owner of TIN: NIGHT WATCH GROUP, LLC
Refer to the list of payees exempt from backup withholding and for which no information reporting is required.
If this Entity is exempt from backup withholding and information reporting under IRS regulations, enter your correct TIN in the previous section and check here: ☐
If you are a foreign person, cross out above certification section and U.S. Person on the line under your signature below. Complete the appropriate Form W-8.

IN WITNESS WHEREOF, Company has signed below by a duly authorized officer.

Signature: _____   Printed Name: Blair McLea   Title: CEO/MANAGER   Date: 9/17/15
Authorizing          Officer
(Signature of U.S. Person)

Accepted and Identified/Verified by an authorized representative of Bank:

Signature: _____   Printed Name: ASHOK BUDATHA   Title: PB   Date: 9/17/15
Bank Representative

Notarization required if document is not signed in the presence of a Bank employee.

State of _____ )
                        ) ss.
County of _____ )

The foregoing instrument was acknowledged before me _____ day of _____, 20___ By _____
this, authorized signer.

_____
Notary Public
My commission expires: _____

## Payees and Payments Exempt from Backup Withholding

The following is a list of payees exempt from backup withholding and for which no information reporting is required. For interest and dividends, all listed payees are exempt except item 9. For broker transactions, payees listed in 1 through 13, and a person registered under the Investment Advisers Act of 1940 who regularly acts as a broker are exempt.

Payments subject to reporting under sections 6041 and 6041A are generally exempt from backup withholding only if made to payees described in items 1 through 7, except a corporation that provides medical and health care services or bills and collects payments for such services in not exempt from backup withholding or information reporting. Only payees described in items 2 through 6 are exempt from backup withholding for barter exchange transactions, patronage dividends, and payments by certain fishing boat operators.

1. A corporation.
2. A client exempt from tax under section 501(a), or an IRA, or a custodial account under section 403(b)(7).
3. The United States or any of its agencies or instrumentalities.
4. A state, the District of Columbia, a possession of the United States, or any of their political subdivisions or instrumentalities.
5. A foreign government or any of its political subdivisions, agencies or instrumentalities.
6. An international client or any of its agencies or instrumentalities.
7. A foreign central bank of issue.
8. A dealer in securities or commodities required to register in the United States or a possession of the United States.
9. A futures commission merchant registered with the Commodity Futures Trading Commission.
10. A real estate investment trust.
11. An entity registered at all times during the tax year under the Investment Company Act of 1940.
12. A common trust fund operated by a bank under section 584(a).
13. A financial institution.
14. A middleman known in the investment community as a nominee or listed in the most recent publication of the American Society of Corporate Secretaries, Inc., Nominee List.
15. A trust exempt from tax under section 664 or described in section 4947.

Bank Use Only
Account Number this page corresponds to: _____

Agarwal Attachment G-3

11. That this Certificate shall remain in full force and effect until written notice of amendment or rescission shall have been received by Bank, and that receipt of notice shall not affect action taken by the Bank prior to such receipt. That all previous authorizations for the signing and honoring of items are hereby ratified and continued in full force and effect. The Company agrees to indemnify and hold the Bank harmless from any and all claims, suits, judgments, losses, costs and expenses (including reasonable attorneys' fees) that Bank may incur as a result of the Bank continuing to act in pursuance of this Agreement.

IN WITNESS WHEREOF, Company has signed below by a duly authorized officer.

Signature: _____   Printed Name: BLAIR MCKee   Title: CEO/MANAGER   Date: 9/16/15
        Authorizing Officer

Accepted and Identified/Verified by an authorized representative of Bank:

Signature: _____   Printed Name: ASHOK BUPPAMAS   Desford Bank   Date: 9/16/15
        Bank Representative

## Notarization required if document is not signed in the presence of a Bank employee.

*State of _____   )
                          ) ss.
County of _____   )

The foregoing instrument was acknowledged before me   _____ day of _____, 20___ by _____
this, authorized signer.

_____
Notary Public
My commission expires: _____

FOR BANK USE ONLY.
Deposit Certificate Received By:
Employee Name: _____
Date Received: _____

Agarwal Attachment G-4

2014-Jul-18 02:55 AM KeyBank 216-362-3212                                      9/20

Market Tower · IN-27-99-2913

## KeyBank — Business Non-Personal Signature Card — PAGE 3

| Legal Title of Account | KeyCenter No. | Account No. |
|---|---|---|
| GREENVILLE CREEK LLC | 6591314 | 4552 |

| | Funds Owner Code | Sub Product Code | Sub Funds Owner Code |
|---|---|---|---|
| | 02 | 58 | 04 |

| Statement Mailing Address | Source of Funds Code | SIC Code | Sales Volume |
|---|---|---|---|
| SOUTH TOWER | 910 | | |

| City | State | Zip Code | Telephone No. |
|---|---|---|---|
| INDIANAPOLIS | IN | 46204-1904 | |

| Opened Date | Opening Deposit | Opened By | Officer Code | KeyCenter Telephone No. |
|---|---|---|---|---|
| 09/18/2014 | 1000 | OBBO | TDH02 | |

| Signer's Name (please print) | Title | Social Security No. | Signature |
|---|---|---|---|
| JENNIFER A JOHNSON | CEO | | |
| | | | |
| | | | |

KeyBank, N.A., hereinafter the "Bank", is authorized to recognize any of the signatures subscribed above for the transaction of any business for this Account in connection with funds belonging to the Entity to whom this Account is titled (the "Entity"). The undersigned acknowledge(s) receipt of a copy of the Deposit Account Agreement and Disclosures governing this Account.

It is agreed that all transactions on this Account shall be subject to the existing Deposit Account Agreement and Disclosures as well as any amendments thereto hereafter made. By executing this signature card, each signer shall be bound by the terms and conditions of said Deposit Account Agreement and Disclosures. It is further agreed that the Bank may conclusively assume that the authority of each signer shall continue as such until receipt by the Bank of written notice to the contrary, consistent with the authority designated by the corporate or non-corporate depository certificate or resolution on file, each notice to be given to each office of the Bank in which this Account is maintained, until such notice be actually received, the authority conferred herein by the above noted signatories shall remain in full force and effect and the Bank shall be indemnified and saved harmless from any loss suffered or liability incurred by it in continuing to act in pursuance of this signature card.

I certify that the above are the true and genuine signatures of authorized signer(s) with their respective title, authorized to sign for the Entity.

Under penalties of perjury, the undersigned certifies that (1) the number shown on this form is the Entity's correct taxpayer or employer identification number (or the Entity is waiting for a number to be issued), and (2) the Entity is not subject to backup withholding because: (a) the Entity is exempt from backup withholding, or (b) the Entity has not been notified by the Internal Revenue Service that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Entity that it is no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person (defined below):

Definition of a U.S. person. For federal tax purposes, you are considered a U.S. person if you are:
• An individual who is a U.S. citizen or a U.S. resident alien;
• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States;
• An estate (other than a foreign estate), or
• A domestic trust (as defined in Regulations section 301.7701-7).

The undersigned must cross out item (2) above if the Entity has been notified by the IRS that it is currently subject to backup withholding because of under-reporting interest or dividends on its tax return.

Tax Identification No. 46-5382040

Refer to the list of payees exempt from backup withholding and for which no information reporting is required.
If this Entity is exempt from backup withholding and information reporting under IRS regulations, enter your correct TIN in the previous section and check here: ☐
If you are a foreign person, cross out the above certification section and U.S. Person on the line under your signature below. Complete the appropriate Form W-8.
The Internal Revenue Service does not require your consent to any provisions of this document other than the certifications required to avoid backup withholding.
IN WITNESS WHEREOF, I have set my hand at

| INDIANAPOLIS | | IN | | 17th | | July |
|---|---|---|---|---|---|---|
| City | | State | this | | day of | |

By _____

Signature of U.S. Person

SIGN HERE → CEO
Title

| For Bank Use Only | | | | Status | |
|---|---|---|---|---|---|
| New Account Verification | Verified By | Waived By | Type of Account | | |
| | | | ☐ Checking Account | ☐ Statement Savings | ☑ Corporation ☐ Corporation Non-Profit |
| Chex Systems | | | ☐ Money Market Account | ☐ Money Market Savings | ☐ Sole Proprietorship ☐ Partnership Public Funds |
| Telephone No. | | | ☐ Certificate of Deposit | | ☐ Organization/Association |
| Other | | | | | ☑ Limited Liability Company |

| Certificate or Resolution Filed | | | (check one) | |
|---|---|---|---|---|
| Name | Location | Sig. Req. | ☑ New ☐ Change of Signers | Effective Date |

Agarwal Attachment G-5

IN-27-99-2913

## ♣ KeyBank                    Business Non-Personal Signature Card

| Legal Title of Account | KeyCenter No. | Account No. |
| BROOKVILLE LANE LLC | 6991314 | 4565 |

| Funds Owner Code | Sub Product Code | Sub Funds Owner Code |
| 02 | 09 | 04 |

| Statement Mailing Address | Source of Funds Code | SIC Code | Sales Volume |
| ST 250 | 010 | | |

| City | State | Zip Code | Telephone No. |
| INDIANAPOLIS | IN | 46256-3386 | |

| Opened Date | Opening Deposit | Opened By | Officer Code | KeyCenter Telephone No. |
| 07/22/2014 | $1000.00 | CBBC | TDH0Z | |

| Signer's Name (please print) | Title | Social Security No. | Signature |
| BRIAN T ARNDT | Manager | | B-1 |

KeyBank, N.A., hereinafter the "Bank", is authorized to recognize any of the signatures subscribed above for the transaction of any business for this Account in connection with funds belonging to the Entity to whom this Account is titled (the "Entity"). The undersigned acknowledge(s) receipt of a copy of the Deposit Account Agreement and Disclosures governing this Account.

It is agreed that all transactions on this Account shall be subject to the existing Deposit Account Agreement and Disclosures as well as any amendments thereto hereafter made. By executing this signature card, each signer shall be bound by the terms and conditions of said Deposit Account Agreement and Disclosures. It is further agreed that the Bank may conclusively assume that the authority of each signer shall continue as such until receipt by the Bank of written notice to the contrary consistent with the authority designated by the corporate or non-corporate depository certificate or resolution on file, such notice to be given to each office of the Bank in which this Account is maintained, until such notice is actually received, the authority conferred herein to the above noted signatories shall remain in full force and effect and the Bank shall be indemnified and saved harmless from any loss suffered or liability incurred by it in continuing to act in pursuance of this signature card.

I certify that the above are the true and genuine signatures of authorized signer(s) with their respective title, authorized to sign for the Entity.

*Under penalties of perjury, the undersigned certifies that (1) the number shown on this form is the Entity's correct taxpayer or employer identification number (or the Entity is waiting for a number to be issued), and (2) the Entity is not subject to backup withholding because: (a) the Entity is exempt from backup withholding, or (b) the Entity has not been notified by the Internal Revenue Service that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Entity that it is no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person (defined below);*

*Definition of a U.S. person. For federal tax purposes, you are considered a U.S. person if you are:*
- *An individual who is a U.S. citizen or a U.S. resident alien,*
- *A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,*
- *An estate (other than a foreign estate), or*
- *A domestic trust (as defined in Regulations section 301.7701-7).*

*The undersigned must cross out item (2) above if the Entity has been notified by the IRS that it is currently subject to backup withholding because of under-reporting interest or dividends on its tax return.*

Tax Identification No 37-1759298

*Refer to the list of payees exempt from backup withholding and for which no information reporting is required.*

*If this Entity is exempt form backup withholding and information reporting under IRS regulations, enter your correct TIN in the previous section and check here ☐*

*If you are a foreign person, cross out the above certification section and U.S. Person on the line under your signature below. Complete the appropriate Form W-8.*

*The Internal Revenue Service does not require your consent to any provisions of this document other than the certifications required to avoid backup withholding.*

IN WITNESS WHEREOF, I have set my hand at

| INDIANAPOLIS | IN | this 04 day of Sept 2014 |
| City | State | |

| By | | SIGN HERE | Manager |
| Signature of U.S. Person | | | Title |

**For Bank Use Only**

| New Account Verification | Verified By | Waived By | Type of Account | Status |
| | | | ☐ Checking Account | ☐ Statement Savings | ☐ Corporation | ☐ Corporation Non-Profit |
| Chex Systems | | | ☐ Money Market Account | ☐ Money Market Savings | ☐ Sole Proprietorship | ☐ Partnership Public Funds |
| Telephone No. | | | ☐ Certificate of Deposit | | ☐ Organization/Association | |
| Other | | | | | ☐ Limited Liability Company | |

| Certificate or Resolution Filed | | | (check one) | |
| Date: | Location: | Sig. Req. | ☐ New ☐ Change of Signers | Effective Date: |

Agarwal Attachment G-6

IN-27-49-2D.84

## ✚ ☎ KeyBank    Business Non-Personal Signature Card    PAGE 3

| Legal Title of Account | | KeyCenter No. | | Account No. | |
|---|---|---|---|---|---|
| NEWPORT CROSSING | | | | ⬮5712 | |

| | Funds Owner Code | Sub Product Code | Sub Funds Owner Code |
|---|---|---|---|
| | 02 | AH | 04 |

| Statement Mailing Address | Source of Funds Code | SIC Code | Sales Volume |
|---|---|---|---|
| 3815 RIVER CROSSING PARKWAY SUITE 100 | 008 | | |

| City | State | Zip Code | Telephone No. |
|---|---|---|---|
| INDIANAPOLIS | IN | 46240-7766 | 303-356-2904 |

| Opened Date | Opening Deposit | Opened By | Officer Code | KeyCenter Telephone No. |
|---|---|---|---|---|
| 08/20/2014 | $500.00 | Internet Banking | OLDDA | |

| Signer's Name (please print) | Title | Social Security No. | Signature |
|---|---|---|---|
| TWYLA RYAN | Manager | | *Twyla Ryan* |
| | | | |
| | | | |
| | | | |

**KeyBank, N.A.**, hereinafter the "Bank", is authorized to recognize any of the signatures subscribed above for the transaction of any business for this Account in connection with funds belonging to the Entity to whom this Account is titled (the "Entity"). The undersigned acknowledge(s) receipt of a copy of the Deposit Account Agreement and Disclosures governing this Account.

It is agreed that all transactions that are subject to the existing Deposit Account Agreement and Disclosures as well as any amendments thereto hereafter made. By executing this signature card, each signer shall be bound by the terms and conditions of said Deposit Account Agreement and Disclosures. It is further agreed that the Bank may conclusively assume that the authority of each signer shall continue as such until receipt by the Bank of written notice to the contrary consistent with the authority designated by the corporate or non-corporate depository certificate or resolution on file, such notice to be given to each office of the Bank in which this Account is maintained, until such notice is actually received, the authority conferred herein to the above noted signatories shall remain in full force and effect and the Bank shall be indemnified and saved harmless from any loss suffered or liability incurred by it in continuing to act in pursuance of this signature card.

I certify that the above are the true and genuine signatures of authorized signer (s) with their respective title, authorized to sign for the Entity.

Under penalties of perjury, the undersigned certifies that (1) the number shown on this form is the Entity's correct taxpayer or employer identification number (or the Entity is waiting for a number to be issued), and (2) the Entity is not subject to backup withholding because: (a) the Entity is exempt from backup withholding, or (b) the Entity has not been notified by the Internal Revenue Service that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Entity that it is no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person (defined below):

*Definition of a U.S. person.* For federal tax purposes, you are considered a U.S. person if you are:
- An individual who is a U.S. citizen or a U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,
- An estate (other than a foreign estate), or
- A domestic trust (as defined in Regulations section 301.7701-7).

The undersigned must cross out item (2) above if the Entity has been notified by the IRS that it is currently subject to backup withholding because of under-reporting interest or dividends on its tax return.

Tax Identification No. 32-0445999

*Refer to the list of payees exempt from backup withholding and for which no information reporting is required.*

*If this Entity is exempt form backup withholding and information reporting under IRS regulations, enter your correct TIN in the previous section and check here.* ☐

*If you are a foreign person, cross out the above certification section and U.S. Person on the line under your signature below. Complete the appropriate Form W-8.*

*The Internal Revenue Service does not require your consent to any provisions of this document other than the certifications required to avoid backup withholding.*

IN WITNESS WHEREOF, I have set my hand at

| INDIANAPOLIS | IN | this | 04 | day of | Sept | 2014 |
|---|---|---|---|---|---|---|
| City | State | | | | | |

By *Twyla Ryan*    SIGN HERE    Manager
Signature of U.S. Person                        Title

| For Bank Use Only | | | | | |
|---|---|---|---|---|---|
| **New Account Verification** | | **Type of Account** | | **Status** | |
| | Verified By | Waived By | ☐ Checking Account | ☐ Statement Savings | ☐ Corporation | ☐ Corporation Non-Profit |
| Chex Systems | | | ☑ Money Market Account | ☐ Money Market Savings | ☐ Sole Proprietorship | ☐ Partnership Public Funds |
| Telephone No. | | | ☐ Certificate of Deposit | | ☐ Organization/Association | |
| Other | | | | | ☐ Limited Liability Company | |

| Certificate or Resolution Filed | | | | (check one) | |
|---|---|---|---|---|---|
| Date: | Location: | Sig. Req. | | ☑ New   ☐ Change of Signers | Effective Date: |

Agarwal Attachment G-7

PX3

Agarwal Attachment H

US Bank Records

## CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to 28 U.S.C. § 1746

1.  I, _Alicia Shjene_ , have personal knowledge of the facts set forth below and am competent to testify as follows:

2.  I have authority to certify the authenticity of the records produced by U.S. Bank N.A. and attached hereto.

3.  The documents produced and attached hereto by U.S. Bank N.A. are originals or true copies of records of regularly conducted activity that:

    a)    Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

    b)    Were kept in the course of the regularly conducted activity of U.S. Bank N.A.; and

    c)    Were made by the regularly conducted activity as a regular practice of U.S. Bank N.A.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _Dec  23_ , 2016.

Signature

 **bank.**　　　**SIGNATURE CARD - BUSINESS**

**ACCOUNT TITLE: BRASS TRIANGLE LLC**

| | |
|---|---|
| ADDRESS: 4600 E WASHINGTON ST STE 300 | TIN: 45-5076536 |
| CITY: PHOENIX　　　　STATE: AZ　ZIP: 85034-1908 | PHONE: (303) 437-6485 |

TYPE OF BUSINESS: Limited Liability Company - C Corp

TYPE OF ACCOUNT: Silver Business Checking

OWNERSHIP: Limited Liability Company

| Account Holder Name(s) | Account Number |
|---|---|
| MEGAN E GOODMAN-ARNDT, JOO | ███████9480 |

DATE OPENED: 06/08/2015  TIME OPENED: 01:49 PM  OPENED BY: Eric G Gardner　　　OFFICE: 04568

**Certification.**  Under penalties of perjury, I certify that:
(1)　**(45-5076536)** is my correct Taxpayer Identification Number (or I am waiting for a number to be issued to me), and
(2)　I am a U.S. Citizen or other U.S. person, and
(3)　I am not subject to backup withholding because (a) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or (b) the IRS has notified me that I am no longer subject to backup withholding.
(4)　The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions.**  You must cross out item 3 above if you have been notified by the IRS that you are currently subject to back up withholding because you have failed to report all interest and dividends on your tax return. For real estate transaction, item 3 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally payments other than interest and dividend you are not required to sign the Certification, but you must provide your correct TIN.

**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

E-SIGNed 06/08/2015 by  MEGAN E GOODMAN-ARNDT
*ME Goodman-Arndt*

MEGAN E GOODMAN-ARNDT　　　　　　Date:

**Terms And Conditions:**  The bank is hereby authorized to recognize the signature(s) subscribed below in the payment of funds or the transaction of any business for this account. All transactions shall be governed by applicable laws and the bank's terms (copy acknowledged as received herewith) that pertain to the type of account and style of ownership indicated on this card. Upon request of the bank, any consumer reporting agency is hereby instructed to furnish a consumer report relating to the undersigned to the bank. Refer to resolution file for authorization of signatures where authorization is required.
By signing this signature card, you are also acknowledging your express consent to the terms and conditions in your applicable account agreement, including but not limited to our policies on funds availability and our cellular phone contact policy.

E-SIGNed 06/08/2015 by  MEGAN E GOODMAN-ARNDT
*ME Goodman-Arndt*

MEGAN E GOODMAN-ARNDT　　　　　　Date:



103863559480  276  Form BSIGCD 05/2014

U.S. Bank
Customer Confidential
Agarwal Attachment H-2

 **bank**                     **SIGNATURE CARD - BUSINESS**

| ACCOUNT TITLE: FLAT IRON AVENUE | |
|---|---|
| ADDRESS: STE 200<br>    2850 W HORIZON RIDGE PKWY<br>  CITY: HENDERSON     STATE: NV   ZIP: 89052-4395 | TIN: 36-4788962<br>PHONE: (303) 835-7410 |

| TYPE OF BUSINESS: Limited Liability Company - C Corp |
|---|
| TYPE OF ACCOUNT: Silver Business Checking |
| OWNERSHIP:   Limited Liability Company |

| Account Holder Name(s)<br>ROBERT L MCEVOY, JOO | Account Number<br>████498 |
|---|---|

| DATE OPENED: 06/10/2015   TIME OPENED: 12:16 PM   OPENED BY:  Eric G Gardner | OFFICE: 04568 |
|---|---|

**Certification:**   Under penalties of perjury, I certify that:

   (1)  **(36-4788962)** is my correct Taxpayer Identification Number (or I am waiting for a number to be issued to me), and
   (2)  I am a U.S. Citizen or other U.S. person, and
   (3)  I am not subject to backup withholding because (a) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or (b) the IRS has notified me that I am no longer subject to backup withholding.
   (4)  The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions.**   You must cross out item 3 above if you have been notified by the IRS that you are currently subject to back up withholding because you have failed to report all interest and dividends on your tax return. For real estate transaction, item 3 does not apply.  For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally payments other than interest and dividend you are not required to sign the Certification, but you must provide your correct TIN.

**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

| E-SIGNed 06/10/2015 by   ROBERT L MCEVOY<br>*Robert Z McEvoy*<br>ROBERT L MCEVOY              Date: | |
|---|---|

**Terms And Conditions:**   The bank is hereby authorized to recognize the signature(s) subscribed below in the payment of funds or the transaction of any business for this account. All transactions shall be governed by applicable laws and the bank's terms (copy acknowledged as received herewith) that pertain to the type of account and style of ownership indicated on this card. Upon request of the bank, any consumer reporting agency is hereby instructed to furnish a consumer report relating to the undersigned to the bank. Refer to resolution file for authorization of signatures where authorization is required.
By signing this signature card, you are also acknowledging your express consent to the terms and conditions in your applicable account agreement, including but not limited to our policies on funds availability and our cellular phone contact policy.

| E-SIGNed 06/10/2015 by   ROBERT L MCEVOY<br>*Robert Z McEvoy*<br>ROBERT L MCEVOY              Date: | |
|---|---|





U.S. Bank
Customer Confidential
Agarwal Attachment H-3

 **bank.** **SIGNATURE CARD - BUSINESS**

| ACCOUNT TITLE: SALAMONIE RIVER LLC | |
|---|---|
| ADDRESS: 9465 COUNSELORS ROW STE 200 | TIN: 46-5336296 |
| | PHONE: (303) 884-9152 |
| CITY: INDIANAPOLIS    STATE: IN    ZIP: 46240-3817 | |

| TYPE OF BUSINESS: Limited Liability Company - S Corp |
|---|
| TYPE OF ACCOUNT: Silver Business Checking |
| OWNERSHIP:   Limited Liability Company |

| Account Holder Name(s) | Account Number |
|---|---|
| BLAIR W MCNEA, JOO | ▆▆▆1358 |

| DATE OPENED: 09/03/2015  TIME OPENED: 03:40 PM  OPENED BY: Erin M Weir | OFFICE: 06910 |
|---|---|

**Certification:** Under penalties of perjury, I certify that:
(1)    (46-5336296) is my correct Taxpayer Identification Number (or I am waiting for a number to be issued to me), and
(2)    I am a U.S. Citizen or other U.S. person, and
(3)    I am not subject to backup withholding as (a) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or (b) the IRS has notified me that I am no longer subject to backup withholding.
(4)    The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions.** You must cross out item 3 above if you have been notified by the IRS that you are currently subject to back up withholding because you have failed to report all interest and dividends on your tax return. For real estate transaction, item 3 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally payments other than interest and dividend you are not required to sign the Certification, but you must provide your correct TIN.

**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

E-SIGNed  09/03/2015  by   BLAIR W MCNEA

| BLAIR W MCNEA | Date: |
|---|---|

**Terms And Conditions:**  The bank is hereby authorized to recognize the signature(s) subscribed below in the payment of funds or the transaction of any business for this account. All transactions shall be governed by applicable laws and the bank's terms (copy acknowledged as received herewith) that pertain to the type of account and style of ownership indicated on this card. Upon request of the bank, any consumer reporting agency is hereby instructed to furnish a consumer report relating to the undersigned to the bank. Refer to resolution file for authorization of signatures where authorization is required.
By signing this signature card, you are also acknowledging your express consent to the terms and conditions in your applicable account agreement, including but not limited to our policies on funds availability and our cellular phone contact policy.

E-SIGNed  09/03/2015  by   BLAIR W MCNEA

| BLAIR W MCNEA | Date: |
|---|---|



U.S. Bank
Customer Confidential
Agarwal Attachment H-4



# RESOLUTION OF LIMITED LIABILITY COMPANY
### Authority to open accounts, make deposits, and withdraw funds

Account Number: ████1358

## I, BLAIR W MCNEA, HEREBY CERTIFY:

- I am the duly elected, qualified and acting Secretary, Manager or Authorized Member of the limited liability company named *SALAMONIE RIVER LLC ("Company"), which is organized, validly existing, and in good standing under applicable laws.

- As of 09/03/2015 (date), this resolution is duly authorized, in full force and effect, and has not been amended or rescinded.

- The following individuals are designated as authorized agents of the Company. The authorities granted by this resolution have not been revoked, modified, annulled or amended in any manner whatsoever. Any authority granted shall remain in full force and effect until revoked in writing by the Company.

### AGENTS AUTHORIZED TO ACT ON BEHALF OF COMPANY
Additional individuals and their signatures may be noted on an attachment, if required.

| NAME / TITLE | SIGNATURE SPECIMEN |
|---|---|
| BLAIR W MCNEA, OWNER | E-SIGNed 09/03/2015 by   BLAIR W MCNEA |



103683441358  277  Form BRESLLC 092012

U.S. Bank
Customer Confidential
Agarwal Attachment H-5

## RESOLUTION OF LIMITED LIABILITY COMPANY (CONTINUED)
Authority to open accounts, make deposits, and withdraw funds

**IT IS RESOLVED THAT:**

- U.S. Bank, N.A. ("Bank") is designated as a depository of the Company.

- The authorized agents of the Company shall have the authority to:

  - **DEPOSIT** the funds of the Company into the above-referenced account(s) subject to the present and future account terms and conditions.

  - **WITHDRAW** the funds of the Company through any and all types of transactions (including but not limited to: executing checks, drafts, bills of exchange, acceptances, wires, funds transfers and other instruments and orders for the payment of money). This authority includes any and all transactions drawn to the individual order of an authorized agent and/or deposited into the individual account of such authorized agent.

  - **PROVIDE** instructions with respect to the account(s) of the Company and enter into agreements relating to the account(s) of the Company on behalf of the Company upon such terms and conditions as he or she may deem appropriate.

  - **APPLY** for and receive loans, lines of credit, and letters of credit on behalf of the Company, including making pledges for property belonging to the Company as security to the Bank, and to execute and deliver any and all notes, agreements or other documents necessary for such borrowing or security on behalf of the Company.

- The Bank is authorized to honor the facsimile or mechanical signature of any and all authorized agents. A facsimile or mechanical signature is presumed valid regardless of by whom or what means the facsimile signature may have been affixed as long as the facsimile signature reasonably resembles the signature specimen of the authorized agent. Company indemnifies and holds the Bank harmless from any and all claims and liabilities arising from any transaction bearing a facsimile signature as authorized in this resolution.

**IN WITNESS WHEREOF,** this Resolution of the Company has been executed on 09/03/2015 (date).

E-SIGNed 09/03/2015 by  BLAIR W MCNEA

_____            _____
BLAIR W MCNEA                                              Date
(Secretary / Member / Manager)

 All of us serving you™



103883441358  277  Form BRESLLC 092012

U.S. Bank
Customer Confidential
Agarwal Attachment H-6



# SIGNATURE CARD - BUSINESS

| ACCOUNT TITLE: INDIGO SYSTEMS LLC | |
|---|---|
| ADDRESS: 8888 KEYSTONE XING STE 1300 | TIN: 46-5365370 |
| | PHONE: (303) 835-7410 |
| CITY: INDIANAPOLIS          STATE: IN      ZIP: 46240-4600 | |

TYPE OF BUSINESS: Limited Liability Company - C Corp

TYPE OF ACCOUNT: Silver Business Checking

OWNERSHIP:   Limited Liability Company

| Account Holder Name(s) | Account Number |
|---|---|
| RYAN W REICHENBACH, JOO | �xxxxx0934 |

DATE OPENED: 09/01/2015  TIME OPENED: 02:36 PM  OPENED BY:  Brian J Lantzy          OFFICE: 04568

**Terms And Conditions:**  The bank is hereby authorized to recognize the signature(s) subscribed below in the payment of funds or the transaction of any business for this account.  All transactions shall be governed by applicable laws and the bank's terms (copy acknowledged as received herewith) that pertain to the type of account and style of ownership indicated on this card.  Upon request of the bank, any consumer reporting agency is hereby instructed to furnish a consumer report relating to the undersigned to the bank.  Refer to resolution file for authorization of signatures where authorization is required.
By signing this signature card, you are also acknowledging your express consent to the terms and conditions in your applicable account agreement, including but not limited to our policies on funds availability and our cellular phone contact policy.

E-SIGNed 09/01/2015 by   RYAN W REICHENBACH

RYAN W REICHENBACH                              Date:




 **bank.**　　　　**SIGNATURE CARD - BUSINESS**

| ACCOUNT TITLE: SOLID ICE LLC | | |
|---|---|---|
| ADDRESS: 1910 S STAPLEY DR STE 221 | | TIN: 45-5076196 |
| | | PHONE: (480) 386-5133 |
| CITY: MESA | STATE: AZ   ZIP: 85204-6680 | |

| TYPE OF BUSINESS: Limited Liability Company - C Corp |
|---|
| TYPE OF ACCOUNT: Silver Business Checking |
| OWNERSHIP:   Limited Liability Company |

| Account Holder Name(s) | Account Number |
|---|---|
| CHRISTINA L MEGALO, JOO | ▇▇▇▇2024 |

DATE OPENED: 09/02/2015  TIME OPENED: 01:16 PM  OPENED BY: Stefani A Nevells　　　OFFICE: 00496

**Certification:**  Under penalties of perjury, I certify that:
 (1)   **(45-5076196)** is my correct Taxpayer Identification Number (or I am waiting for a number to be issued to me), and
 (2)   I am a U.S. Citizen or other U.S. person, and
 (3)   I am not subject to backup withholding because (a) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or (b) the IRS has notified me that I am no longer subject to backup withholding.
 (4)   The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions.**  You must cross out item 3 above if you have been notified by the IRS that you are currently subject to back up withholding because you have failed to report all interest and dividends on your tax return.  For real estate transaction, item 3 does not apply.  For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally payments other than interest and dividend you are not required to sign the Certification, but you must provide your correct TIN.

**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

| E-SIGNed 09/02/2015 by   CHRISTINA L MEGALO | |
|---|---|
| *Chris L Megalo* | |
| CHRISTINA L MEGALO | Date: |

**Terms And Conditions:**  The bank is hereby authorized to recognize the signature(s) subscribed below in the payment of funds or the transaction of any business for this account.  All transactions shall be governed by applicable laws and the bank's terms (copy acknowledged as received herewith) that pertain to the type of account and style of ownership indicated on this card.  Upon request of the bank, any consumer reporting agency is hereby instructed to furnish a consumer report relating to the undersigned to the bank.  Refer to resolution file for authorization of signatures where authorization is required.
By signing this signature card, you are also acknowledging your express consent to the terms and conditions in your applicable account agreement, including but not limited to our policies on funds availability and our cellular phone contact policy.

| E-SIGNed 09/02/2015 by   CHRISTINA L MEGALO | |
|---|---|
| *Chris L Megalo* | |
| CHRISTINA L MEGALO | Date: |



U.S. Bank
Customer Confidential
Agarwal Attachment H-8

PX3

Agarwal Attachment I

Vectra (Zion) Bank Records

## CUSTODIAN OF RECORDS AFFIDAVIT

**Client Name:** Bridge Ford LLC et al
**Case No.:** 772 3058

COMES NOW, **Kevin Mwangi**                , who does swear and affirm the following:

1. I am a duly authorized custodian of the records for the following entity
, **Vectra Bank of Colorado, a division of ZB, N.A.**   and as such have access to the records and data maintained by that entity in the regular course of its business.

2. I hereby certify that it is a regular practice of the above-described entity to make and keep records of the acts, events, conditions, and opinions of such entity in the ordinary course of its business.

3. I hereby certify that the attached documents are true and correct duplicates of all of the records described in the subpoena/summons that are in my possession or control as a custodian of such records.

4. I further certify that the original records, from which the attached documents were copied, were made by the personnel of the above-described entity at or near the time of the original business transactions by, or from information transmitted by, a person with knowledge of those matters. Such documents are made in the ordinary course of business at said entity and are regularly kept in order to record the acts, events, conditions, or opinions of said business entity in the course of its regular business practice.

5. I hereby declare under penalty of perjury under the laws of the State of **COLORADO**        that the foregoing is true and correct.

DATED this __10__ day of __JANUARY__, 2017.

Signature: _____

State of Utah

County of Salt Lake

SUBSCRIBED and sworn to before me this

__10__ day of __JANUARY__, 2017.

Notary Public  ALICIA KAY HERRET
Commission No: 685625
Notary Public
State of Utah
My Commission Expires 10/12/2019

Agarwal Attachment I-1

## Vectra Bank Colorado NA Signature Card

| Account Title: BOULDER CREEK INTERNET SOLUTIONS INC | 26-1405218 | Branch ID: 0435 |
|---|---|---|
| | | Cost Center: 01435 |
| Account Structure:   Corporation | | Date:  06/05/2015 |
| Supersedes Card dated: | Replaced by Card dated: | FileNet Document ID: |

| Account Number | Opened Date | Opened/Revised By | Acct Type | Approved | Closed Date |
|---|---|---|---|---|---|
| ███7907 | 06/05/2015 | Sonya Stanley | DDA   134 | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Authorized Signers | Signature | Relationship |
|---|---|---|
| 1. BOULDER CREEK INTERNET SOLUTIONS INC | | Type: Corporation  TIN: 26-1405218 |
| 2. BLAIR W MCNEA | X | Type: Non-Title  TIN: ██1329 |
| 3. JENNIFER A JOHNSON | | Type: Non-Title  TIN: ██3911 |
| 4. | | Type:  TIN: |
| 5. | | Type:  TIN: |
| 6. | | Type:  TIN: |

### TAX REPORTING INFORMATION -- W-9 CERTIFICATION

**Complete this section only if you are a U.S. citizen or U.S. resident alien.**

Under penalties of perjury, I certify that:

☐ Individual    ☐ Sole Proprietor    ☐ Trust    ☐ Estate
☒ C Corporation    ☐ S Corporation    ☐ Partnership    ☐ Other
☐ LLC C Corporation    ☐ LLC S Corporation    ☐ LLC Partnership

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest and dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person, and
4. I am exempt from FATCA reporting.

**Certification Instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN.

Signature of U.S. Person _____    Date: 05/15

Each person signing this Signature Card ("authorized signer") requests that Vectra Bank Colorado ("the Bank") open the accounts designated and agrees:

- The account(s) are governed by Federal and State law and regulation and the terms and conditions of the most current version of the following DEPOSIT DOCUMENTS: 1) Deposit Account Agreement & Disclosure (Important Information About Your Vectra Bank Accounts), and 2) Interest Rate and Fee Schedule (Deposit Rates and Account Terms). I (we) acknowledge that the Bank has provided a copy of the most current version of the Deposit Documents to me (us). The Deposit Documents may be amended by the Bank from time to time and a copy of the amended Deposit Documents will be available from the Bank and/or will be mailed to the account address with the regular monthly statements. The Deposit Documents along with this Signature Card constitute agreement with the Bank with respect to my/our account(s).
- Any one of the signers may establish additional accounts and subscribe to products and banking services related to the account(s) in the same name or names and with the same signature requirements. Bank is authorized to accept instructions of any kind with respect to the account(s) from any authorized signer.
- BY SIGNING ABOVE I (WE) UNDERSTAND AND ACKNOWLEDGE THAT SUCH ACCOUNT AGREEMENT PROVIDES THAT EITHER THE BANK OR I (WE) CAN REQUIRE THAT ANY DISPUTES BETWEEN US CONCERNING THE BANK ACCOUNT I (WE) HAVE OPENED OR CONCERNING MY OTHER BANK ACCOUNTS AND SERVICES WILL BE RESOLVED BY BINDING ARBITRATION.
- By signing this Signature Card, I (we) authorize the Bank ("you") to accept instructions from me (us) to open/close accounts, apply for credit and request services, without my (our) further original signature. You may accept my (our) oral or electronic instructions with the same effect as if I (we) had signed them. I (we) agree to follow your security procedures and to provide my (our) signature upon request. You may at any time refuse to accept such instructions. I (we) authorize you to record and monitor my (our) telephone calls as evidence of my (our) instructions and for service quality purposes.  In addition, The Fair Credit Reporting Act prohibits obtaining certain consumer reports relating to business accounts unless consent is obtained. By signing below, the authorized signer(s) consent to Vectra Bank Colorado making inquiry of and ordering reports from credit reporting, check clearing and other such entities concerning the signor's personal financial and other information, even though this may be a business account, to be used for evaluating and handling this and other deposit and loan accounts at Vectra Bank Colorado, and to disclose information about the account(s) to credit reporting agencies and to other persons or agencies who, in its judgment, have a legitimate business purpose for obtaining such information. Upon request, you will inform me (us) if a consumer report has been obtained and will give me the name and address of the agency furnishing the report.

### CORPORATE RESOLUTION (Corp/Inc/Co/Ltd)
Professional (Services) Corporation (PC/Chtd/PA)

The undersigned individuals certify that (a) they are corporate officer(s) or other authorized representative(s) of the corporation named on this Signature Card, and (b) the following resolution was adopted at a meeting of the corporation's Board of Directors duly called and held in accordance with applicable state laws where the corporation is incorporated. The corporation is hereafter referred to as "Entity".

_____ and/or _____ and/or _____
Secretary        President or Vice President        Authorized Representative, Title

6/08/2015
Date

Agarwal Attachment I-2

**≡E-Filed**

Colorado Secretary of State
Date and Time: 11/12/2007 03:53 PM
Id Number: 20071520067

Document processing fee
  If document is filed on paper    $125.00
  If document is filed electronically    **$ 25.00**

Document number: 20071520067

Fees & forms/cover sheets
  are subject to change.
To file electronically, access instructions
  for this form/cover sheet and other
  information or print copies of filed
  documents, visit www.sos.state.co.us
  and select Business Center.
Paper documents must be typewritten or machine printed.

ABOVE SPACE FOR OFFICE USE ONLY

## Articles of Incorporation
filed pursuant to §7-90-301, et seq. and §7-102-102 of the Colorado Revised Statutes (C.R.S)

1. Entity name:

  **Boulder Creek Internet Solutions, Inc.**

*(The name of a corporation must contain the term or abbreviation "corporation", "incorporated", "company", "limited", "corp.", "inc.", "co." or "ltd"; If the corporation is a professional corporation, it must contain the term or abbreviation "professional corporation", "p.c.", or "pc" §7- 90-601, C.R.S.)*

2. Use of Restricted Words *(if any of these terms are contained in an entity name, true name of an entity, trade name or trademark stated in this document, mark the applicable box):*

  ☐ "bank" or "trust" or any derivative thereof
  ☐ "credit union"    ☐ "savings and loan"
  ☐ "insurance", "casualty", "mutual", or "surety"

3. Principal office street address:

  **10955 Westmoor Dr.**
  *(Street name and number)*

  **4th Floor**

  **Westminster**      **CO**      **80021**
  *(City)*      *(State)*      *(Postal/Zip Code)*

  **United States**

  *(Province – if applicable)*      *(Country – if not US)*

4. Principal office mailing address:
  (if different from above):

  *(Street name and number or Post Office Box information)*

  *(City)*      *(State)*      *(Postal/Zip Code)*

  *(Province – if applicable)*      *(Country – if not US)*

5. Registered agent:    (if an individual):

  **Ruscitti**      **Giovanni**
  *(Last)*      *(First)*      *(Middle)*      *(Suffix)*

  **OR** (if a business organization):

6. The person appointed as registered agent in the document has consented to being so appointed.

7. Registered agent street address:

  **Berg Hill Greenleaf & Ruscitti LLP**
  *(Street name and number)*

  **1712 Pearl Street**

  **Boulder**      **CO**      **80302**
  *(City)*      *(State)*      *(Postal/Zip Code)*

Agarwal Attachment I-3

8. Registered agent mailing address:
(LEAVE BLANK if same as above)

_____
*(Street name and number or Post Office Box Information)*

_____

_____ _____ _____
*(City)* *(State)* *(Postal/Zip Code)*

_____ _____
*(Province – if applicable)* *(Country – if not US)*

9. If the corporation's period of duration
is less than perpetual, state the date on
which the period of duration expires:

_____
*(mm/dd/yyyy)*

10. *(OPTIONAL)* Delayed effective date:

_____
*(mm/dd/yyyy)*

11. Name(s) and address(es) of
incorporator(s):       (if an individual)

Steven            Vanderburg _____
_____ _____ _____ _____
*(Last)* *(First)* *(Middle)* *(Suffix)*

**OR** (if a business organization)

_____

10955 Westmoor Dr.
_____
*(Street name and number or Post Office Box Information)*

4th Floor
_____

Westminster            CO   80021
_____ _____ _____
*(City)* *(State)* *(Postal/Zip Code)*

United States
_____ _____
*(Province – if applicable)* *(Country – if not US)*

(if an individual)

_____ _____ _____ _____
*(Last)* *(First)* *(Middle)* *(Suffix)*

**OR** (if a business organization)

_____

_____
*(Street name and number or Post Office Box Information)*

_____

_____ _____ _____
*(City)* *(State)* *(Postal/Zip Code)*

United States
_____ _____
*(Province – if applicable)* *(Country – if not US)*

(if an individual)

_____ _____ _____ _____
*(Last)* *(First)* *(Middle)* *(Suffix)*

**OR** (if a business organization)

_____

_____
*(Street name and number or Post Office Box Information)*

_____

_____ _____ _____
*(City)* *(State)* *(Postal/Zip Code)*

United States
_____ _____
*(Province – if applicable)* *(Country – if not US)*

Agarwal Attachment I-4

*(If there are more than three incorporators, mark this box ☐ and include an attachment stating the true names and mailing addresses of all additional incorporators.)*

12. The corporation is authorized to issue **100** shares of common stock.
    *(number)*

    *(Additional classes of capital stock may be authorized and additional information regarding the corporation's stock may be stated, mark this box ☐ and include an attachment stating pertinent information.)*

13. Additional information may be included pursuant to §7-102-102, C.R.S. and other organic statutes such as title 12, C.R.S. If applicable, mark this box ☐ and include an attachment stating the additional information.

Notice:

Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

14. Name(s) and address(es) of the individual(s) causing the document to be delivered for filing:

| | |
|---|---|
| Quintana | Jackie |
| *(Last)* | *(First)*     *(Middle)*     *(Suffix)* |

Berg Hill Greenleaf & Ruscitti LLP

1712 Pearl Street
*(Street name and number or Post Office Box information)*

| | | |
|---|---|---|
| Boulder | CO | 80302 |
| *(City)* | *(State)* | *(Postal/Zip Code)* |

United States

| | |
|---|---|
| *(Province – if applicable)* | *(Country – if not US)* |

*(The document need not state the true name and address of more than one individual. However, if you wish to state the name and address of any additional individuals causing the document to be delivered for filing, mark this box ☐ and include an attachment stating the name and address of such individuals.)*

**Disclaimer:**

This form, and any related instructions, are not intended to provide legal, business or tax advice, and are offered as a public service without representation or warranty. While this form is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form. Questions should be addressed to the user's attorney.

Agarwal Attachment I-5

**BOULDER CREEK INTERNET SOLUTIONS, INC.**

**RESOLUTION AND CONSENT OF SHAREHOLDERS BY
UNANIMOUS WRITTEN CONSENT**

April 7 , 2008

The undersigned, being the Shareholder of Boulder Creek Internet Solutions, Inc., a

Colorado corporation (the "Company"), hereby adopts by unanimous written consent, in

accordance with the laws of the State of Colorado under Sections 7-107-104 and 7-107-106 of

the Colorado Business Corporations Act, and Colorado Revised Statutes, and Section 13 of the

By-Laws of the Company, the following resolution with the same force and effect as if they had

been adopted at a duly convened meeting of Shareholders of the Company:

RESOLVED, the Shareholders consent and approve of Steve Vanderburg's sale of ninety-
nine shares of stock in Boulder Creek Internet Solutions, Inc., a Colorado corporation, which
comprises 99% of the total stock of the Company, for a purchase price of $5,000.00 in
accordance with the Stock Purchase Agreement dated April 7, 2008 by and between Steve
Vanderburg, individually and as President of the Company, and BellaClear LLC, a Colorado
limited liability company.

IN WITNESS WHEREOF, the undersigned has executed this Resolution this 7th day of
April, 2008.

STEVE VANDERBURG, SHAREHOLDER

STEVE VANDERBURG,
PRESIDENT OF THE COMPANY

# VECTRABANK
## COLORADO

**Business Ownership Addendum**

Name of Business: Boulder Creek Internet Solutions Inc.

Account Numbers: ████ 7907

The business is a:
☒ Corporation   ☐ Partnership/LLP   ☐ Association/Organization   ☐ LLC   ☐ Other

Does the business have an Operating Agreement:   ☐ Yes   ☒ No

The owners of the business are:

| Name: | Title: |
|---|---|
| Blair McNea | Owner/Member |
| Jennifer Johnson | CEO/Member |
| | |
| | |
| | |
| | |
| | |
| | |

Information Provided By:
Jennifer Johnson
*Client's Printed Name*

*Client's Signature*

6-5-15
*Date*

Agarwal Attachment I-7

## Vectra Bank Colorado NA Signature Card

| Account Title: BRIDGE FORD LLC | | 27-5221236 | | Branch ID: 0435 |
|---|---|---|---|---|

Cost Center: 01435

| Account Structure:   Limited Liability Company | | | Date: 06/05/2015 |
|---|---|---|---|

| Supersedes Card dated: | Replaced by Card dated: | FileNet Document ID: |
|---|---|---|

| Account Number | Opened Date | Opened/Revised By | Acct Type | Approved | Closed Date |
|---|---|---|---|---|---|
| ▮7915 | 06/08/2015 | Sonya Stanley | DDA  134 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Authorized Signers | Signature | Relationship |
|---|---|---|
| 1. BRIDGE FORD LLC | | Type: LLC<br>TIN: 27-5221236 |
| 2. EMILY MCEVOY | | Type: Non-Title<br>TIN: ▮6082 |
| 3. JENNIFER A JOHNSON | | Type: Non-Title<br>TIN: ▮3911 |
| 4. | | Type:<br>TIN: |
| 5. | | Type:<br>TIN: |
| 6. | | Type:<br>TIN: |

### TAX REPORTING INFORMATION – W-9 CERTIFICATION

**Complete this section only if you are a U.S. citizen or U.S. resident alien.**

Under penalties of perjury, I certify that:

☐ Individual   ☐ Sole Proprietor   ☐ Trust   ☐ Estate
☐ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Other
☒ LLC C Corporation   ☐ LLC S Corporation   ☐ LLC Partnership

1.   The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), **and**
2.   I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, **and**
3.   I am a U.S. citizen or other U.S. person, **and**
4.   I am exempt from FATCA reporting.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest or dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN.

Signature of U.S. Person X_____   Date: 4/8/15

Each person signing this Signature Card ("authorized signer") requests that Vectra Bank Colorado ("the Bank") open the accounts designated and agrees:
- The account(s) are governed by Federal and State law and regulation and the terms and conditions of the most current version of the following DEPOSIT DOCUMENTS: 1) Deposit Account Agreement & Disclosure (Important Information About Your Vectra Bank Accounts), and 2) Interest Rate and Fee Schedule (Deposit Rates and Account Terms). I (we) acknowledge that the Bank has provided a copy of the most current version of the Deposit Documents to me (us). The Deposit Documents may be amended by the Bank from time to time and a copy of the amended Deposit Documents will be available from the Bank and/or will be mailed to the account address with the regular monthly statements. The Deposit Documents along with this Signature Card constitute agreement with the Bank with respect to my/our account(s).
- Any one of the signers may establish additional accounts and subscribe to products and banking services related to the account(s) in the same name or names and with the same signature requirements. Bank is authorized to accept instructions of any kind with respect to the account(s) from any authorized signer.
- BY SIGNING ABOVE I (WE) UNDERSTAND AND ACKNOWLEDGE THAT SUCH ACCOUNT AGREEMENT PROVIDES THAT EITHER THE BANK OR I (WE) CAN REQUIRE THAT ANY DISPUTES BETWEEN US CONCERNING THE BANK ACCOUNT I (WE) HAVE OPENED OR CONCERNING MY OTHER BANK ACCOUNTS AND SERVICES WILL BE RESOLVED BY BINDING ARBITRATION.
- By signing this Signature Card, I (we) authorize the Bank ("you") to accept instructions from me (us) to open/close accounts, apply for credit and request services, without my (our) further original signature. You may accept my (our) oral or electronic instructions with the same effect as if I (we) had signed them. I (we) agree to follow your security procedures and to provide my (our) signature upon request. You may at any time refuse to accept such instructions. I (we) authorize you to record and monitor my (our) telephone calls as evidence of my (our) instructions and for service quality purposes. In addition, The Fair Credit Reporting Act prohibits obtaining certain consumer reports relating to business accounts unless consent is obtained. By signing below, the authorized signer(s) consent to Vectra Bank Colorado making inquiry of and ordering reports from credit reporting, check clearing and other such entities concerning the signor's personal financial and other information, even though this may be a business account, to be used for evaluating and handling this and other deposit and loan accounts at Vectra Bank Colorado, and to disclose information about the account(s) to credit reporting agencies and to other persons or agencies who, in its judgment, have a legitimate business purpose for obtaining such information. Upon request, you will inform me (us) if a consumer report has been obtained and will give me the name and address of the agency furnishing the report.

### LIMITED LIABILITY COMPANY (LC/LLC) AUTHORIZATION
#### Professional Limited Liability Company (PLLC)

The undersigned individuals hereby certify that (a) they are member(s) or manager(s) of the limited liability company named on this Signature Card, with authority to transact banking business on behalf of such limited liability company, and (b) that the following resolution was adopted by the members and/or managers, as required by applicable state law.   The limited liability company is referred to as "Entity".   ANY INDEBTEDNESS INCURRED IN CONNECTION WITH THIS ACCOUNT SHALL BE THE INDEBTEDNESS OF EACH AND EVERY OF THE UNDERSIGNED, INDIVIDUALLY AND COLLECTIVELY.

6/8/15
_____   x_____   x_____   x_____
Date   Manager or Member   Manager or Member   Manager or Member

Agarwal Attachment I-8

**VECTRABANK** COLORADO    **Business Ownership Addendum**

Name of Business:   Bridge Ford LLC

Account Numbers:   7915

The business is a:
☐ Corporation   ☐ Partnership/LLP   ☐ Association/Organization   ☒ LLC   ☐ Other

Does the business have an Operating Agreement:   ☐ Yes   ☒ No

The owners of the business are:

| Name: | Title: |
|---|---|
| Emily McEvoy | Member/Manager |
| Jennifer Johnson | member |

**Information Provided By:**

Emily McEvoy
_Client's Printed Name_

X _Emily S. McEg_
_Client's Signature_

6/8/15
_Date_

Created: 01-2007          Revised: 06/14/2011                    Agarwal Attachment I-9

## Vectra Bank Colorado NA Signature Card

| Account Title: WHEELER PEAK MARKETING LLC | 35-2507907 | Branch ID: 0435 |
| | | Cost Center: 01435 |
| Account Structure:   Limited Liability Company | | Date:   09/29/2015 |
| Supersedes Card dated: | Replaced by Card dated: | FileNet Document ID: |

| Account Number | Opened Date | Opened/Revised By | Acct Type | Approved | Closed Date |
|---|---|---|---|---|---|
| 8194 | 09/30/2015 | Sonya Stanley | DDA   134 | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Authorized Signers | Signature | Relationship |
|---|---|---|
| 1. WHEELER PEAK MARKETING LLC | | Type: LLC<br>TIN: 35-2507907 |
| 2. BLAIR W MCNEA | | Type: Non-Title<br>TIN:          1329 |
| 3. | | Type:<br>TIN: |
| 4. | | Type:<br>TIN: |
| 5. | | Type:<br>TIN: |
| 6. | | Type:<br>TIN: |

### TAX REPORTING INFORMATION – W-9 CERTIFICATION

Complete this section only if you are a U.S. citizen or U.S. resident alien.

☐ Individual / Sole Proprietor / Single-member LLC   ☐ Trust / Estate   ☐ Other
☐ C Corporation   ☐ S Corporation   ☐ Partnership

Under penalties of perjury, I certify that:

☒ LLC C Corporation   ☐ LLC S Corporation   ☐ LLC Partnership

1.  The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2.  I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3.  I am a U.S. citizen or other U.S. person, and
4.  I am exempt from FATCA reporting.

Certification Instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN.

Signature of U.S. Person _____   TIN: 35-2507907   Date: 9/30/15

Each person signing this Signature Card ("authorized signer") requests that Vectra Bank Colorado ("the Bank") open the accounts designated and agrees:
- The account(s) are governed by Federal and State law and regulation and the terms and conditions of the most current version of the following DEPOSIT DOCUMENTS: 1) Deposit Account Agreement & Disclosure (Important Information About Your Vectra Bank Accounts), and 2) Interest Rate and Fee Schedule (Deposit Rates and Account Terms). I (we) acknowledge that the Bank has provided a copy of the most current version of the Deposit Documents to me (us). The Deposit Documents may be amended by the Bank from time to time and a copy of the amended Deposit Documents will be available from the Bank and/or will be mailed to the account address with the regular monthly statements. The Deposit Documents along with this Signature Card constitute agreement with the Bank with respect to my/our account(s).
- Any one of the signers may establish additional accounts and subscribe to products and banking services related to the account(s) in the same name or names and with the same signature requirements. Bank is authorized to accept instructions of any kind with respect to the account(s) from any authorized signer.
- BY SIGNING ABOVE I (WE) UNDERSTAND AND ACKNOWLEDGE THAT SUCH ACCOUNT AGREEMENT PROVIDES THAT EITHER THE BANK OR I (WE) CAN REQUIRE THAT ANY DISPUTES BETWEEN US CONCERNING THE BANK ACCOUNT I (WE) HAVE OPENED OR CONCERNING MY OTHER BANK ACCOUNTS AND SERVICES WILL BE RESOLVED BY BINDING ARBITRATION.
- By signing this Signature Card, I (we) authorize the Bank ("you") to accept instructions from me (us) to open/close accounts, apply for credit and request services, without my (our) further original signature. You may accept my (our) oral or electronic instructions with the same effect as if I (we) had signed them. I (we) agree to follow your security procedures and to provide my (our) signature upon request. You may at any time refuse to accept such instructions. I (we) authorize you to record and monitor my (our) telephone calls as evidence of my (our) instructions and for service quality purposes. In addition, The Fair Credit Reporting Act prohibits obtaining certain consumer reports relating to business accounts unless consent is obtained. By signing below, the authorized signer(s) consent to Vectra Bank Colorado making inquiry of and ordering reports from credit reporting, check clearing and other such entities concerning the signer's personal financial and other information, even though this may be a business account, to be used for evaluating and handling this and other deposit and loan accounts at Vectra Bank Colorado, and to disclose information about the account(s) to credit reporting agencies and to other persons or agencies who, in its judgment, have a legitimate business purpose for obtaining such information. Upon request, you will inform me (us) if a consumer report has been obtained and will give me the name and address of the agency furnishing the report.

### LIMITED LIABILITY COMPANY (LC/LLC) AUTHORIZATION
### Professional Limited Liability Company (PLLC)

The undersigned individuals hereby certify that (a) they are member(s) or manager(s) of the limited liability company named on this Signature Card, with authority to transact banking business on behalf of such limited liability company, and (b) that the following resolution was adopted by the members and/or managers, as required by applicable state law. The limited liability company is referred to as "Entity". ANY INDEBTEDNESS INCURRED IN CONNECTION WITH THIS ACCOUNT SHALL BE THE INDEBTEDNESS OF EACH AND EVERY OF THE UNDERSIGNED, INDIVIDUALLY AND COLLECTIVELY.

9/30/15    x_____    x_____    x_____
Date          Manager or Member          Manager or Member          Manager or Member

# VECTRABANK COLORADO

**Business Ownership Addendum**

**Name of Business:** Wheeler Peak Marketing LLC

**Account Numbers:** ███ 8194

_____   _____
_____   _____

**The business is a:**
☐ Corporation  ☐ Partnership/LLP  ☐ Association/Organization  ☒ LLC  ☐ Other

**Does the business have an Operating Agreement:**  ☐ Yes  ☒ No

**The owners of the business are:**

| **Name:** | **Title:** |
|---|---|
| Blair McKea | CEO/MANAGER |
| | |
| | |
| | |
| | |
| | |
| | |

**Information Provided By:**

Blair W. McNea
_Client's Printed Name_

X _____
_Client's Signature_

9-30-2015
_Date_

Created: 01-2007          Revised: 06/14/2011          Agarwal Attachment I-11

PX3

Agarwal Attachment J

Compass Bank Records

01-17-0019

## CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to 28 U.S.C. § 1746

1.    I, *Janice White* , have personal knowledge of the facts set forth below and am competent to testify as follows:

2.    I have authority to certify the authenticity of the records produced by Compass Bank and attached hereto.

3.    The documents produced and attached hereto by Compass Bank are originals or true copies of records of regularly conducted activity that:

    a)    Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

    b)    Were kept in the course of the regularly conducted activity of Compass Bank.; and

    c)    Were made by the regularly conducted activity as a regular practice of Compass Bank.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on *January 13,* , 2016. 7

*Janice White*
Signature

# BBVA Compass

## Non-Consumer Signature Card

Account Number: ▮▮▮3450   Date: 12/03/2014

**Contacting Us**
Branch Information
LAFAYETTE COLORADO BNKG CTR
Cost Center                    48322
State                          CO

Officer Name
ALAN CROW
Officer Number:                48047

WALNUT STREET MARKETING, INC.

| ▮▮▮3450 | ▮▮▮05058 |
|---|---|
| *Account Number* | *Primary Taxpayer ID* |

Professional Corporation
*Ownership Type*

☒ New Account        ☐ Change Authorized Signers        ☐ Name Change

### Taxpayer Identification Number Certification for the Account Owner/Business

(Refer to the Non Consumer Deposit Account Agreement for a complete explanation of Backup Withholding Regulations)
Check appropriate box for federal tax classification:

☐ Individual/sole proprietor                    ☒ C Corporation
☐ S Corporation                                 ☐ Partnership
☐ Trust/Estate                                  ☐ Other
☐ Limited Liability Company: Enter tax Classification
   C=Corporation, S=S Corporation, P=Partnership:

*Business name/disregarded entity name, if different from above*

Under penalties of perjury, I certify that:
☐ 1. The Internal Revenue Service has not advised me that I am currently subject to backup withholding unless I check this block.
☐ 2. I am a U.S. person (including a U.S. resident alien) unless I check this block.
☒ 3. The number shown above is the correct Taxpayer Identification Number for tax reporting purposes; OR
☐ A Taxpayer Identification Number has been applied for (if number is not provided within 60 days, the account will be closed. If a withdrawal of $500 or more is made prior to the Bank's receipt of this number, the Bank will withhold 28% from interest payments.) OR
☐ All owners of this account are nonresident aliens (or this is a foreign entity) who have (has) provided the appropriate completed Form W-8; OR
☐ Based on Internal Revenue Service regulations, I am a U.S. exempt payee and not subject to Backup Withholding.

AC

*Authorized Representative's Signature*

**banking built for you.**
SIGNCM-Prod 2.92.0-06/30/2014

Agarwal Attachment J-2



**FURTHER RESOLVED**, that all transactions, if any, with respect to any deposits, withdrawals, discounts, rediscounts, and borrowing by or on behalf of and/or in the name of the Business with the Bank and/or its affiliates prior to the adoption of these resolutions are ratified, approved and confirmed.

**FURTHER RESOLVED**, that any and all prior resolutions adopted by the Business and delivered to the Bank as governing operation of this Business' account(s) are in full force and effect, as supplemented or modified by this authorization.

**FURTHER RESOLVED**, that the Bank may rely on these resolutions in establishing the Business' depository account, that these resolutions shall continue in full force and effect until the Bank shall receive official notice in writing from the Business of the modification or revocation of these resolutions and shall in writing acknowledge receipt thereof, and that the certification below as to the signature of the above-named Authorized Representatives shall be binding on the Business.

## Certificate

I serve the Business in the capacity identified below, and I certify that:

- The foregoing is a full, true and correct copy of resolutions duly and regularly adopted by (i) the Board of Directors or Trustees of the Business (a corporation, association or "other" entity), (ii) all Partners (if the Business is a general partnership), (iii) all General Partners (if the Business is a Limited Partnership or Registered Partnership), (iv) all Members or Managers (if the Business is an LLC), or (v) Owner (if the Business is a Sole Proprietorship) (collectively referred to as the "Governing Group"), either at a meeting of the Governing Group duly held on the date shown below, at which a quorum was at all times present and acting or, if the Business is a corporation or partnership, by unanimous written consent. The Business' Governing Group adopted these resolutions, NOVEMBER, 12th, 2007.
- The Business' Governing Group have and at the time of adoption had full power and lawful authority to adopt the resolutions and to confer the powers granted to the Authorized Persons who have full power and lawful authority to exercise the same.
- There is no provision in the Articles, Charter, By-Laws, or any other organizational documents or agreements of the Business (referred to as the "Governance Documents") limiting the power of the Governing Group to pass these resolutions, that these resolutions are in conformity with the Governance Documents, and that attached to these resolutions are complete, accurate and current copies of the Business' Governance Documents as of the date shown below.
- These resolutions are still in full force and effect, have not been amended or revoked, and have been recorded in the minute books of this Business, and that the specimen signatures below are the signatures of the Authorized Representatives who are authorized to act for the Business by virtue of these resolutions.

| PRINTED NAME | TITLE/POSITION | SIGNATURE |
|---|---|---|
| SUSAN LAURENT | OWNER | |
| DANIELLE FOSS | ACCOUNT SIGNER | |

**IN WITNESS WHEREOF**, I have subscribed my name as of this 3rd day of DECEMBER, 2014 and, if the Business is a corporation, I have affixed its seal.

*For Corporations, Associations, LLCs, Sole Proprietorships and "Other" entities:*

By: SUSAN LAURENT
*Executname*

*Signature*

Its: Owner

*This Certificate must be completed by the individual holding the position shown below:*

- *If the Business is a corporation or "Other" entity, by the Secretary*
- *If the Business is an LLC, by a Member or, if the LLC is manager-managed, by the Manager*
- *If the Business is an association, by an Officer*
- *If the Business is a Sole Proprietorship, by the Owner/Sole Proprietor*

AC

Agarwal Attachment J-3

**banking built for you.**

December 3, 2014

I, Susan Laurent, owner of Walnut Street Marketing, Inc, am requesting that Danielle Foss, be added as an authorized signer to account ███████ 3450 with BBVA Compass with full account access capabilities.

Sincerely,

Susan Laurent