# PX6

# Yadoo Attachment K

# Website Excerpts

**WHITENING COACH
AT HOME**

HOME PAGE



*Join the many getting whiter teeth today!*

## Brighten your smile like never before!

No one likes having yellow teeth. It's embarrassing, and depending upon how frequently you drink coffee or wine, or smoke or eat candy - your teeth can reflect ALL of your bad habits.

We created Whitening Coach to help people just like you transform your smile into something you can be proud of. Since many teeth whitening formulas out there promise the world but don't deliver, we consulted with the best and came up with the formula

Whitening Coach contains 22% carbamide peroxide. So if you want dentist-office-quality results when you whiten your teeth, try Whitening Coach.

Home Page    About Us    FAQs    Try It Now    Easy Cancel

Copyright © Whitening Coach At Home 2011

Have Questions? Feel free to contact Customer Service by calling 1-866-896-4363 / 07097642810 24 hours, 7 days a week. Live Support: M-F 7am-7pm.

Note: Customer may have to pay nominal non-refundable trial, processing and/or shipping and handing fees at sign-up. Customer is responsible for shipping costs on all returns. Please view the Return Policy for other restrictions that may apply. Privacy Policy

Notice: WhiteningCoach4Home is an authorized reseller of Whitening Coach.

Please read the Terms & Conditions of using this Site

Bridge Fond, LLC
871 Coronado Center Dr Suite 200
Henderson, NV 89052



## Smile Coach Club

*Enroll in our Smile Coach Club where you'll receive a 40% discount on our Retail Price each month. Now only $94.31! You simply invest $1.03 today for processing your order (plus $3.87 for shipping and handling) to evaluate this great teeth whitening product for yourself. Your credit card will be charged the selected S&P charge above. If Whitening Coach is not right for you, call 1-886-895-4363 / 07087642810 within 10 days from your order date to cancel your trial and you owe nothing more. Shipping charges are the responsibility of the customer. By participating in the Trial, you will be responsible for taking affirmative action during the Trial period to avoid further charges outlined in How the Offer Works. You will continue to be charged every 30 days at the full price plus shipping of $10.91 until you cancel. By placing an order, you are agreeing to the terms and conditions in How the Offer Works. You may call 1-886-895-4363 / 07087642810 anytime to contact customer service regarding your shipment.*



## One-Month Supply

Get whiter, brighter, Younger-Looking teeth. 5 Shades Whiter in 5 Hours or less! Save 28% off the Retail Price. Buy now for only $129.99.



---

Home Page   About Us   FAQs   Try It Now   Easy Cancel

Copyright © Whitening Coach At Home 2011

Have Questions? Feel free to contact Customer Service by calling 1-836-895-4363 / 07087642810 24 hours, 7 days a week. Live Support: M-F 7am-7pm

Note: Customer may have to pay nominal non-refundable trial, processing and/or shipping and handling fees at sign-up. Customer is responsible for shipping costs on all returns. Please view the Return Posts for other restrictions that may apply. Privacy Policy

Notice: WhiteningCoachAtHome is an authorized reseller of Whitening Coach.

Please read the Terms & Conditions of Using this Site

**Bridge Ford, LLC**
971 Coronado Center Dr Suite 300
Henderson, NV 89052

Close Window



## Terms and Conditions for Using the Information On This Site

## PLEASE READ THESE TERMS OF USE CAREFULLY BEFORE USING THIS SITE.

You must be 18 years or older to participate in this Web-only Offer. You are required to use your own credit card or debit card, you cannot use the credit card of another person. By paying the $1.03 processing charge (International orders must add $5.66) and $3.87 shipping charge, you will receive a one week trial of Whitening Coach™.

Unless you opt for the one-time purchase of a monthly supply for $129.99, we'll enter you into our Smile Coach Club, which you will receive within 1-3 business days after placing your order. With the Home Beauty Club, you will receive a Monthly Maintenance professional-level dental syringe of Whitening Coach whitening solution to maintain your brand new, brilliant white smile. 10 days from the date of order processing, unless you decide to take an action to cancel (by calling our customer service center at 1-888-895-4363 / 07087642810 or www.WhiteningCoachAtHome.com), we'll conveniently bill your credit card $94.31 for the full 30 day tooth whitening Smile Coach Club. Plus, you'll also get two (2) more syringes of professional-level dental syringe of Whitening Coach whitening solution about every 30 days to share with Friends and Family to put them on a path to a brilliant, healthy, white smile. All this at the same monthly in-home price you paid for the original full tooth whitening Smile Coach Club plus $10.91 in shipping, conveniently billed to your credit card.

You can cancel in these easy ways: go to www.WhiteningCoachAtHome.com and click on the Easy Cancel Button at the top of the page or call our customer service center at 1-888-895-4363 / 07087642810 or via written correspondence to Bridge Ford, LLC (an authorized reseller of Whitening Coach) 7350 Eastgate Rd Suite 140 Henderson, NV 89011. Our Customer Service Team is available 24 hours, 7 days a week.

If you cancel during the Web-Only Offer introduction offer, you will be given 15 days from the day you cancel to return the unused portion of Whitening Coach System in order to ensure you will not be billed for Whitening Coach.

For subsequent shipments in the Smile Coach Club program, you may only return the most recent complete shipment for credit. We do not charge a restocking fee. As long as the product is unopened with its seal intact and in good, marketable condition without package blemishes, you will be refunded the complete amount you were charged for the product. Refunds are issued when the return is checked in and can take up to 72 hours to process. The shiping, handling, and processing fee are non-refundable.



To receive a refund for a returned product from an ongoing product shipment (not a Web-Only Trial shipment), you must request an RMA (Returned Merchandise Authorization Number) within 30 days of the last shipment and this RMA must be written on the package in order for credit to be issued. All shipping charges are the responsibility of the customer. Although you can return product from an ongoing Smile Coach Club shipment, you cannot return product from the Web-Only Trial once the Web-Only Trial has elapsed and you have been billed for the product.

## Terms of Using This Site

This web site is owned and operated by Bridge Ford, LLC (an authorized reseller of Whitening Coach) and contains material, which is derived in whole or in part by Bridge Ford, LLC (an authorized reseller of Whitening Coach) and its partners and manufacturers. The following are terms of a legal agreement between you, the user of the website, and Bridge Ford, LLC (an authorized reseller of Whitening Coach).

By accessing, browsing and/or using this site, you acknowledge that you have read, understood, and agree to be bound by these terms and to comply with all applicable laws and regulations. If you do not agree to these terms, do not use this Site. The material provided on this Site is protected by law, including, but not limited to, United States Copyright law, State of Indiana Law, and international treaties.

## Copyright

All Web site design, text, graphics, the selection and arrangement thereof, and all software Copyright © 2017 , Bridge Ford, LLC (an authorized reseller of Whitening Coach) . ALL RIGHTS RESERVED. Permission is granted to electronically copy and to print in hard copy portions of this Web site for the sole purpose of placing an order with Bridge Ford, LLC (an authorized reseller of Whitening Coach) , using this Web site as a shopping vehicle, and for purposes of consulting with a health care practitioner. Any other use of materials on this Web site-including reproduction for purposes other than noted above, modification, distribution, or replication-without the prior written permission of Bridge Ford, LLC (an authorized reseller of Whitening Coach) is strictly prohibited.

## Trademark



Bridge Ford, LLC (an authorized reseller of Whitening Coach) web pages, and all page headers, custom graphics and button icons are service marks, trademarks, and/or trade dress of Bridge Ford, LLC (an authorized reseller of Whitening Coach) . All other trademarks, product names and company names or logos cited herein are the property of their respective owners.

## Disclaimer

Yadoo
Attachment K-3



BRIDGE FORD, LLC (AN AUTHORIZED RESELLER OF WHITENING COACH) IS PROVIDING THIS SITE AND ITS CONTENTS ON AN "AS IS" BASIS AND MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND WITH RESPECT TO THIS SITE OR ITS CONTENTS. BRIDGE FORD, LLC (AN AUTHORIZED RESELLER OF WHITENING COACH) DISCLAIMS ALL SUCH REPRESENTATIONS AND WARRANTIES, INCLUDING FOR EXAMPLE WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. IN ADDITION, BRIDGE FORD, LLC (AN AUTHORIZED RESELLER OF WHITENING COACH) DOES NOT REPRESENT OR WARRANT THAT THE INFORMATION ACCESSIBLE VIA THIS SITE IS ACCURATE, COMPLETE OR CURRENT. PRICE AND AVAILABILITY INFORMATION IS SUBJECT TO CHANGE WITHOUT NOTICE.

## Warranties

Bridge Ford, LLC (an authorized reseller of Whitening Coach) does not provide any warranties on products. Some states do not allow the exclusion or limitation of incidental or consequential damages or exclusions or limitations on the duration of implied warranties or conditions, so the above limitations or exclusions may not apply to you.

## Limitation of Liability: Purchase and Use of Products

Bridge Ford, LLC (an authorized reseller of Whitening Coach) shall have no liability to you as a publisher of information, or reseller of any products or vendor services, including, without limitation, any liability for any defective products.

BRIDGE FORD, LLC (AN AUTHORIZED RESELLER OF WHITENING COACH) MAKES NO WARRANTY, EXPRESS OR IMPLIED, WITH RESPECT TO ANY PRODUCTS OR SERVICES SOLD, INCLUDING ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

## Warning

For external use only. Avoid contact with eyes; flush with water upon contact. Discontinue use if irritation occurs.

## Use of this Site

Except as specifically stated on this site, neither Bridge Ford, LLC (an authorized reseller of Whitening Coach) nor any of its directors, employees or other representatives will be liable for damages arising out of or in connection with the use of this site. This is a comprehensive limitation of liability that applies to all damages of any kind, including (without limitation) compensatory, direct, indirect or consequential damages, loss of data, income or profit, loss of damage to property and claims of third parties.



We do not warrant and shall have no liability regarding information provided in this site regarding recommendations for any and all health purposes.

## SMS, Wireless and Other Mobile Offerings

Some of the services that we provide will result in sending an SMS, wireless or other mobile offering to your cell phone. These should be obvious in the context of the offering at the time you sign up. By signing up, you are agreeing to receive these mobile offerings. You understand that your wireless carrier's standard rates apply to these messages. To unsubscribe or discontinue SMS messages, send "STOP", "END", "QUIT" to the SMS text message you have received. This process impacts only the future delivery of the particular SMS message offering, so you must send that message for each offering. This will not affect offerings sent on behalf of third parties.

## Other

This agreement shall be governed by and construed in accordance with the laws of the State of Indiana without regard to choice of law rules. If any provision of this agreement shall be unlawful, void, of for any reason unenforceable, then that provision shall be deemed severable from this agreement and shall not affect the validity and enforceability of any remaining provisions. This is the entire agreement between the parties relating to the subject matter herein and shall not be modified except in writing, signed by both parties.

## Contacting the Web Site

If you have any questions about the practices of this site or your dealings with this Web site, you can contact customerservice@WhiteningCoachAtHome.com or call us Toll Free at 1-888-895-4363 / 07087642810 with any suggestions! Our Customer Service Team is available 24 hours, 7 days a week.

Close Window



PX6

Yadoo Attachment L

Website Excerpts





Close Window



## Terms and Conditions for Using the Information On This Site

## PLEASE READ THESE TERMS OF USE CAREFULLY BEFORE USING THIS SITE.

### Terms of Using This Site

This web site is owned and operated by SkinnyIQ Enterprises (an authorized reseller of SkinnyIQ) and contains material, which is derived in whole or in part by SkinnyIQ Enterprises (an authorized reseller of SkinnyIQ) and its partners and manufacturers. The following are terms of a legal agreement between you, the user of the website, and SkinnyIQ Enterprises (an authorized reseller of SkinnyIQ) .

By accessing, browsing and/or using this site, you acknowledge that you have read, understood, and agree to be bound by these terms and to comply with all applicable laws and regulations. If you do not agree to these terms, do not use this Site. The material provided on this Site is protected by law, including, but not limited to, United States Copyright law, State of Arizona Law, and international treaties

### Copyright

All Web site design, text, graphics, the selection and arrangement thereof, and all software Copyright © 2017 , SkinnyIQ Enterprises (an authorized reseller of SkinnyIQ) . ALL RIGHTS RESERVED. Permission is granted to electronically copy and to print in hard copy portions of this Web site for the sole purpose of placing an order with SkinnyIQ Enterprises (an authorized reseller of SkinnyIQ) , using this Web site as a shopping vehicle, and for purposes of consulting with a health care practitioner. Any other use of materials on this Web site–including reproduction for purposes other than noted above, modification, distribution, or replication–without the prior written permission of SkinnyIQ Enterprises (an authorized reseller of SkinnyIQ) is strictly prohibited.

### Trademark

SkinnyIQ Enterprises (an authorized reseller of SkinnyIQ) web pages, and all page headers. custom graphics and button icons are service marks. trademarks, and/or trade dress of SkinnyIQ Enterprises (an authorized reseller of SkinnyIQ) . All other trademarks, product names and company names or logos cited herein are the property of their respective owners.



### Disclaimer

SKINNYIQ ENTERPRISES (AN AUTHORIZED RESELLER OF SKINNYIQ) IS PROVIDING THIS SITE AND ITS CONTENTS ON AN "AS IS" BASIS AND MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND WITH RESPECT TO THIS SITE OR ITS CONTENTS. SKINNYIQ ENTERPRISES (AN AUTHORIZED RESELLER OF SKINNYIQ) DISCLAIMS ALL SUCH REPRESENTATIONS AND WARRANTIES, INCLUDING FOR EXAMPLE WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. IN ADDITION, SKINNYIQ ENTERPRISES (AN AUTHORIZED RESELLER OF SKINNYIQ) DOES NOT REPRESENT OR WARRANT THAT THE INFORMATION ACCESSIBLE VIA THIS SITE IS ACCURATE, COMPLETE OR CURRENT. PRICE AND AVAILABILITY INFORMATION IS SUBJECT TO CHANGE WITHOUT NOTICE.

### Warranties

SkinnyIQ Enterprises (an authorized reseller of SkinnyIQ) does not provide any warranties on products. Some states do not allow the exclusion or limitation of incidental or consequential damages or exclusions or limitations on the duration of implied warranties or conditions, so the above limitations or exclusions may not apply to you.

### Limitation of Liability: Purchase and Use of Products

SkinnyIQ Enterprises (an authorized reseller of SkinnyIQ) shall have no liability to you as a publisher of information, or reseller of any products or vendor services, including, without limitation, any liability for any defective products.

SKINNYIQ ENTERPRISES (AN AUTHORIZED RESELLER OF SKINNYIQ) MAKES NO WARRANTY, EXPRESS OR IMPLIED, WITH RESPECT TO ANY PRODUCTS OR SERVICES SOLD, INCLUDING ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

### Warning

We will try to place the proper warnings and product interactions throughout this web site. but inevitably we will fail to cover all subject matter. That is why it is imperative that you speak with your dental and primary health care practitioner before buying or using products sold by BellaBrite or any other company. Each person is different, and the way each person reacts to a particular product may be significantly different from each another. YOU SHOULD ALWAYS SEEK THE ADVICE OF A PROFESSIONAL BEFORE USING ANY WEIGHT LOSS PRODUCT AND YOU SHOULD ALWAYS INFORM YOUR PHARMACY AND PHYSICIAN OF ITS USE.



### Use of this Site

Except as specifically stated on this site, neither SkinnyIQ Enterprises (an authorized reseller of SkinnyIQ) nor any of its directors, employees or other representatives will be liable for damages arising out of or in connection with the use of this site. This is a comprehensive limitation of liability that applies to all damages of any kind, including (without limitation) compensatory, direct, indirect or consequential damages, loss of data, income or profit, loss of damage to property and claims of third parties.

We do not warrant and shall have no liability regarding information provided in this site regarding recommendations for any and all dental health purposes.

## SMS, Wireless and Other Mobile Offerings

Some of the services that we provide will result in sending an SMS, wireless or other mobile offering to your cell phone. These should be obvious in the context of the offering at the time you sign up: By signing up, you are agreeing to receive these mobile offerings. You understand that your wireless carrier's standard rates apply to these messages. To unsubscribe or discontinue SMS messages, send "STOP", "END", "QUIT" to the SMS text message you have received. This process impacts only the future delivery of the particular SMS message offering, so you must send that message for each offering. This will not affect offerings sent on behalf of third parties.

## Other

This agreement shall be governed by and construed in accordance with the laws of the State of Arizona without regard to choice of law rules. If any provision of this agreement shall be unlawful, void, of for any reason unenforceable, then that provision shall be deemed severable from this agreement and shall not affect the validity and enforceability of any remaining provisions. This is the entire agreement between the parties relating to the subject matter herein and shall not be modified except in writing, signed by both parties.

## Purchasing from the Home Page

Multiple offers are available for purchase through this site. Each offer may be subjected to its own terms. The terms of the offers available on this site are as follows:

- The SkinnyIQ Action Club™ Program - You understand that you are receiving free shipping only on the initial shipment and that you are signing up for ongoing monthly shipments of the the SkinnyIQ Action Club™ Program to be sent each month for $94.31 plus $10.91 shipping. You can cancel at any time but shipments will continue until you take affirmative action to cancel. You can return any shipment for a refund of the product price only by contacting customer service within 30 days of that shipment's initial shipping date. All shipping charges are the responsibility of the customer and are not refundable.
- One Month Supply – You will receive a one month supply at a discount of 10% off of the suggested retail price.  You will pay a total of $129.99.  You can return that shipment for a refund for any reason only by contacting customer service within 30 days of the shipment's initial shipping date.  All return shipping charges are the responsibility of the customer and are not refundable

## Contacting the Web Site

If you have any questions about the practices of this site or your dealings with this Web site, you can contact customerservice@SkinnyIQEnterprises.com or call us Toll Free at 1-800-506-6390 / 08712846562 with any suggestions! Our Customer Service Team is available 24 hours, 7 days a week.

---

**Close Window**



PX6

Yadoo Attachment M

Website Excerpts

**EASY CANCEL**

# TODAYS WHITENING TREND

Home // About // FAQs // Shop Online



## Whitening Trend

No one likes having yellow teeth. It's embarrassing, and depending upon how frequently you drink coffee or wine, or smoke or eat candy - your teeth can reflect ALL of your bad habits.

We created Whitening Trend to help people just like you transform your smile into something you can be proud of. Since many teeth whitening formulas out there promise the world but don't deliver, we consulted with the best and came up with the EXACT FORMULA USED BY DENTISTS. But the good news is, you don't have to spend the same hundreds of dollars you would with your dentist.

## TRY TODAY!

Have Questions? Feel free to contact Customer Service by calling 1-800-630-0329 / 447087642812 24 hours, 7 days a week. Live Support: M-F 7am-7pm

Note: Customer may have to pay nominal non-refundable trial, processing and/or shipping and handling fees at sign-up. Customer is responsible for shipping costs on all returns. Please view the Return Policy for other restrictions that may apply. Privacy Policy

Notice: Todays Whitening Trend is not responsible for any third-party offers, incentives, fulfillment or representations that may have been used to direct you to order.

Please read the Terms & Conditions of Using this Site. Terms of the Offer.

Desert Gecko, LLC
1 E. Washington St., Ste. 300
Phoenix, AZ 85004

# TODAYS WHITENING TREND

Home  //  About  //  FAQs  //  Shop Online

## Products



### Trendy Beauty Club
### SPECIAL PRICING!



*Trial Terms and Conditions: You must be 18 years old or older to participate in this trial. You must use your own credit card or debit card. Start your Trial now to receive a trial supply of Whitening Trend. You simply invest $1.03 today for processing your order (plus $3.87 for shipping and handling) to evaluate this great health care product for yourself. Your credit card will be charged the selected S&P charge above. If Whitening Trend is not right for you, call 1-800-630-6329 / 447087642812 within 10 days from your order date to cancel your trial and you owe nothing more. Shipping charges are the responsibility of the customer. By participating in the Trial, you are getting the rate of $94.31 a discount of 26% off of the normal retail price and you will be responsible for taking affirmative action during the Trial period to avoid further charges outlined in How the Offer Works. You will continue to be charged every 30 days at the full price plus shipping of $10.91 until you cancel. By placing an order, you are agreeing to the terms and conditions in How the Offer Works. You may call 1-800-630-6329 / 447087642812 anytime to contact customer service regarding your shipment.*



### One-Month Supply

This Starter Kit comes complete with a one-month supply of eye cream. Buy now for only $129.99.

**Save 28%** Off the Suggested Retail Price!



Have Questions? Feel free to contact Customer Service by calling 1-800-630-6329 / 447087642812 24 hours, 7 days a week. Live Support: M-F 7am-7pm

Note: Customer may have to pay nominal non-refundable trial, processing and/or shipping and handling fees at sign-up. Customer is responsible for shipping costs on all returns. Please view the Return Policy for other restrictions that may apply. Privacy Policy

Notice: Todays Whitening Trend is not responsible for any third-party offers, incentives, fulfillment or representations that may have been used to direct you to order.

Please read the Terms & Conditions of Using this Site. Terms of the Offer

Desert Gecko, LLC.
1 E. Washington St., Ste. 300
Phoenix, AZ 85004

Close Window



## Terms and Conditions of How the Offer Works, Returns and Refund Policy, Privacy Policy and Contact Information:

You must be 18 years or older to participate in this Web-Only Trial offer. You are required to use your own credit card or debit card, you cannot use the credit card of another person. By paying the $3.87 shipping fee and $1.03 processing fee, you will receive a one week trial of Whitening Trend™, complete with professional quality 3ml dental syringe with 22% carbamide peroxide mint flavored solution, dental impression mouth piece tray, instruction booklet and shade whitening comparison chart. This Web-Only Trial kit is yours to keep. You will also receive a Trendy Beauty Club program full tooth whitening kit.

We'll enter you into our Desert Gecko, LLC (an authorized reseller of Whitening Trend) Trendy Beauty Club. With the Trendy Beauty Club program you'll get a Monthly Maintenance professional-level dental syringe of Whitening Trend whitening solution to maintain your brand new, brilliant white smile. 10 days from the date of order processing, unless you decide to take an action to cancel (by calling our customer service center at 1-800-630-6329 / 447087642812 or www.TodaysWhiteningTrend.com), we'll conveniently bill your credit card $94.31 for the full 30 day tooth whitening Trendy Beauty Club. Plus, you'll also get two (2) more syringes of professional-level dental syringe of Whitening Trend whitening solution about every 30 days to share with Friends and Family to put them on a path to a brilliant, healthy, white smile. All this at the same monthly in-home price you paid for the original full tooth whitening Trendy Beauty Club plus $10.91 in shipping, conveniently billed to your credit card.

All charges associated with this transaction will appear on your bill under the name: "DGWHITE*TRND8006306329".

You'll discover that the Whitening Trend solution will quickly and safely start whitening your teeth to the brightness you desire and you'll enjoy smiling again!

Of course, you can also cancel any time after you receive your special offer shipment or any subsequent shipments by calling customer service at 1-800-630-6329 / 447087642812 or by visiting the Easy Cancel link on our website or via written correspondence to Desert Gecko, LLC (an authorized reseller of Whitening Trend) 7565 Commercial Way Unit E Henderson, NV 89011. If you cancel during the Web-Only Trial introduction offer, you will be given 15 days from the day you cancel to return the unopened, unused Trendy Beauty Club Program portion of the whitening program (the two unused syringes in the Trendy Beauty Club Program box) in order to assure you will not be billed (please see our no-hassle product return policy below for details) for the Trendy Beauty Club Program. Return Shipping fees on returned Trendy Beauty Club Program packages will be reimbursed on request and with documentation of shipping price after the package has been received, up to a maximum of $4.95.

By clicking on the box or button at the time of order and accepting the How The Offer Works conditions, you are providing an electronic authorization of a charge to your credit or debit card under the Electronic Funds Transfer act.

Every day thousands of Desert Gecko, LLC (an authorized reseller of Whitening Trend) customers use our product, and quickly attain that clean, attractive, bright smile they deserve.

It's quick, easy and SAFE to order. Just fill out the online Order Form and your Whitening Trend solution will be on the way.

We reserve the right to lower the price of the monthly supply in the trial shipment or subsequent shipment orders in the Trendy Beauty Club program, provided we notify you via email of a price change.

## Desert Gecko, LLC (an authorized reseller of Whitening Trend)'s No-Hassle Product Return Policy

You can cancel in these easy ways: go to www.TodaysWhiteningTrend.com and click on the Easy Cancel Button at the top of the page or call our customer service center at 1-800-630-6329 / 447087642812 or via written correspondence to Desert Gecko, LLC (an authorized reseller of Whitening Trend) 7565 Commercial Way Unit E Henderson, NV 89011. Our Customer Service Team is available 24 hours, 7 days a week.

If you cancel during the Web-Only Trial introduction offer, you will be given 15 days from the day you cancel to return the unopened, unused Trendy Beauty Club Program portion of the whitening program (the two unused syringes in the Trendy Beauty Club Program box) in order to ensure you will not be billed for the Trendy Beauty Club Program. If you return the Trendy Beauty Club Program and it is unopened with its seal intact and in good, marketable condition without package blemishes, you will not be charged for the product.

For subsequent shipments in the Trendy Beauty Club program, you may only return the most recent complete shipment for credit. We do not charge a restocking fee. As long as the product is unopened with its seal intact and in good, marketable condition without package blemishes, you will be refunded the complete amount you were charged for the product. If the product needs to be either destroyed (seal or packaging was broken or torn) or repackaged (it is returned in a non-marketable condition), then a $19.60 destruction/repackaging fee will be charged to your credit card (UK customers excluded).

Yadoo
Attachment M-3



To receive a refund for a returned product from an ongoing product shipment (not a Web-Only Trial shipment), you must request an RMA (Returned Merchandise Authorization Number) within 30 days of the last shipment and this RMA must be written on the package in order for credit to be issued. All shipping charges are the responsibility of the customer. Although you can return product from an ongoing Trendy Beauty Club shipment, you cannot return product from the Web-Only Trial once the Web-Only Trial has elapsed and you have been billed for the product.

If you have any questions about our policy, please email us at customerservice@TodaysWhiteningTrend. We will get back to you within one business day.

### Terms and Conditions for Using the Information On This Site

### PLEASE READ THESE TERMS OF USE CAREFULLY BEFORE USING THIS SITE.

### Terms of Using This Site

This web site is owned and operated by Desert Gecko, LLC (an authorized reseller of Whitening Trend) and contains material, which is derived in whole or in part by Desert Gecko, LLC (an authorized reseller of Whitening Trend) and its partners and manufacturers. The following are terms of a legal agreement between you, the user of the website, and Desert Gecko, LLC (an authorized reseller of Whitening Trend).

By accessing, browsing and/or using this site, you acknowledge that you have read, understood, and agree to be bound by these terms and to comply with all applicable laws and regulations. If you do not agree to these terms, do not use this Site. The material provided on this Site is protected by law, including, but not limited to, United States Copyright law, State of Indiana Law, and international treaties.

### Copyright

All Web site design, text, graphics, the selection and arrangement thereof, and all software Copyright © 2016 , Desert Gecko, LLC (an authorized reseller of Whitening Trend) . ALL RIGHTS RESERVED. Permission is granted to electronically copy and to print in hard copy portions of this Web site for the sole purpose of placing an order with Desert Gecko, LLC (an authorized reseller of Whitening Trend) , using this Web site as a shopping vehicle, and for purposes of consulting with a health care practitioner. Any other use of materials on this Web site-including reproduction for purposes other than noted above, modification, distribution, or replication-without the prior written permission of Desert Gecko, LLC (an authorized reseller of Whitening Trend) is strictly prohibited.

### Trademark

Desert Gecko, LLC (an authorized reseller of Whitening Trend) web pages, and all page headers, custom graphics and button icons are service marks, trademarks, and/or trade dress of Desert Gecko, LLC (an authorized reseller of Whitening Trend) . All other trademarks, product names and company names or logos cited herein are the property of their respective owners.

### Disclaimer

DESERT GECKO, LLC (AN AUTHORIZED RESELLER OF WHITENING TREND) IS PROVIDING THIS SITE AND ITS CONTENTS ON AN "AS IS" BASIS AND MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND WITH RESPECT TO THIS SITE OR ITS CONTENTS. DESERT GECKO, LLC (AN AUTHORIZED RESELLER OF WHITENING TREND) DISCLAIMS ALL SUCH REPRESENTATIONS AND WARRANTIES, INCLUDING FOR EXAMPLE WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. IN ADDITION, DESERT GECKO, LLC (AN AUTHORIZED RESELLER OF WHITENING TREND) DOES NOT REPRESENT OR WARRANT THAT THE INFORMATION ACCESSIBLE VIA THIS SITE IS ACCURATE, COMPLETE OR CURRENT. PRICE AND AVAILABILITY INFORMATION IS SUBJECT TO CHANGE WITHOUT NOTICE.

### Warranties

Desert Gecko, LLC (an authorized reseller of Whitening Trend) does not provide any warranties on products. Some states do not allow the exclusion or limitation of incidental or consequential damages or exclusions or limitations on the duration of implied warranties or conditions, so the above limitations or exclusions may not apply to you.

### Limitation of Liability: Purchase and Use of Products

Desert Gecko, LLC (an authorized reseller of Whitening Trend) shall have no liability to you as a publisher of information, or reseller of any products or vendor services, including, without limitation, any liability for any defective products.

DESERT GECKO, LLC (AN AUTHORIZED RESELLER OF WHITENING TREND) MAKES NO WARRANTY, EXPRESS OR IMPLIED, WITH RESPECT TO ANY PRODUCTS OR SERVICES SOLD. INCLUDING ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.



### Warning

We will try to place the proper warnings and product interactions throughout this web site, but inevitably we will fail to cover all subject matter. That is why it is imperative that you speak with your dental and primary health care practitioner before buying or

using products sold by Desert Gecko, LLC (an authorized reseller of Whitening Trend) or any other company. Each person is different, and the way each person reacts to a particular product may be significantly different from each another. YOU SHOULD ALWAYS SEEK THE ADVICE OF A DENTAL PRACTITIONER BEFORE USING ANY TOOTH WHITENING PRODUCT AND YOU SHOULD ALWAYS INFORM YOUR PHARMACY AND PHYSICIAN OF ITS USE.

## Use of this Site

Except as specifically stated on this site, neither Desert Gecko, LLC (an authorized reseller of Whitening Trend) nor any of its directors, employees or other representatives will be liable for damages arising out of or in connection with the use of this site. This is a comprehensive limitation of liability that applies to all damages of any kind, including (without limitation) compensatory, direct, indirect or consequential damages, loss of data, income or profit, loss of damage to property and claims of third parties.

We do not warrant and shall have no liability regarding information provided in this site regarding recommendations for any and all dental health purposes.

## SMS, Wireless and Other Mobile Offerings

Some of the services that we provide will result in sending an SMS, wireless or other mobile offering to your cell phone. These should be obvious in the context of the offering at the time you sign up. By signing up, you are agreeing to receive these mobile offerings. You understand that your wireless carrier's standard rates apply to these messages. To unsubscribe or discontinue SMS messages, send "STOP", "END", "QUIT" to the SMS text message you have received. This process impacts only the future delivery of the particular SMS message offering, so you must send that message for each offering. This will not affect offerings sent on behalf of third parties.

## Other

This agreement shall be governed by and construed in accordance with the laws of the State of Indiana without regard to choice of law rules. If any provision of this agreement shall be unlawful, void, of for any reason unenforceable, then that provision shall be deemed severable from this agreement and shall not affect the validity and enforceability of any remaining provisions. This is the entire agreement between the parties relating to the subject matter herein and shall not be modified except in writing, signed by both parties.

## Contacting the Web Site

If you have any questions about the practices of this site or your dealings with this Web site, you can contact **customerservice@TodaysWhiteningTrend.com** or call us Toll Free at 1-800-630-6329 / 447087642812 with any suggestions! Our Customer Service Team is available 24 hours, 7 days a week.

**Close Window**

PX6

Yadoo Attachment N

Website Excerpts



Customer Service: 1-866-229-2823 / 08712847542

**EASY CANCEL**

BlizzardWhite **ULTRA**

HOME | ABOUT | FAQS | SHOP ONLINE

### BlizzardWhite

We created BlizzardWhite to help people just like you transform your smile into something you can be proud of. Since many teeth whitening formulas out there promise the world but don't deliver, we consulted with the best and came up with the EXACT FORMULA USED BY DENTISTS. But the good news is, you don't have to spend the same hundreds of dollars you would with your dentist

**TRY TODAY!**

**SITE**
Home
About
FAQs
Privacy Policy
Terms & Conditions
Terms of Offer

**SUPPORT**
Have Questions? Feel free to contact Customer Service by calling 1-866-229-2823 / 08712847542 24 hours, 7 days a week. Live Support: M-F 8am-5pm.

**NOTICE**
Indigo Systems, LLC (an authorized reseller of Blizzard White) is not responsible for any third-party offers, incentives, fulfillment or representations that may have been used to direct you to order.

**NOTE**
Customer may have to pay nominal non-refundable exclusive offer, processing and/or shipping and handling fees at sign-up. Customer is responsible for shipping costs on all returns. Please view the Return and Refund Policy for other restrictions that may apply.

Yadoo
Attachment N-1



Close Window



## Terms and Conditions of How the Offer Works, Returns and Refund Policy, Privacy Policy and Contact Information:

You must be 18 years or older to participate in this Web-Only exclusive offer offer. You are required to use your own credit card or debit card, you cannot use the credit card of another person. By paying the $1.03 processing charge (international orders must add $5.66) and $3.87 shipping charge, you will receive a one week exclusive offer of BlizzardWhite™, complete with professional quality 3ml dental syringe with 22% carbamide peroxide mint flavored solution, dental impression mouth piece tray, instruction booklet and shade whitening comparison chart. This Web-Only exclusive offer kit is yours to keep. You will also receive a Snow White Club program full tooth whitening kit.

We'll enter you into our Indigo Systems, LLC (an authorized reseller of Blizzard White) Snow White Club. With the Snow White Club program you'll get a Monthly Maintenance professional-level dental syringe of BlizzardWhite whitening solution to maintain your brand new, brilliant white smile. 10 days from the date of order processing, unless you decide to take an action to cancel (by calling our customer service center at 1-866-229-2823 / 08712847542 or www.BlizzardWhiteUltra.com), we'll conveniently bill your credit card $94.31 for the full 30 day tooth whitening Snow White Club. Plus, you'll also get two (2) more syringes of professional-level dental syringe of BlizzardWhite whitening solution about every 30 days to share with Friends and Family to put them on a path to a brilliant, healthy, white smile. All this at the same monthly in-home price you paid for the original full tooth whitening Snow White Club plus $10.91 in shipping, conveniently billed to your credit card.

All charges associated with this transaction will appear on your bill under the name: "ISBLIZZ*WT8662292823"

You'll discover that the BlizzardWhite solution will quickly and safely start whitening your teeth to the brightness you desire and you'll enjoy smiling again!

Of course, you can also cancel any time after you receive your special offer shipment or any subsequent shipments by calling customer service at 1-866-229-2823 or by visiting the Easy Cancel link on our website or via written correspondence to Indigo Systems, LLC (an authorized reseller of Blizzard White) 7565 Commercial Way, Unit E Henderson, NV 89011. If you cancel during the Web-Only introduction offer, you will be given 15 days from the day you cancel to return the unopened, unused Snow White Club Program portion of the whitening program (the two unused syringes in the Snow White Club Program box) in order to assure you will not be billed (please see our no-hassle product return policy below for details) for the Snow White Club Program. Return Shipping fees on returned Snow White Club Program packages will be reimbursed on request and with documentation of shipping price after the package has been received, up to a maximum of $4.95.

By clicking on the box or button at the time of order and accepting the How The Offer Works conditions, you are providing an electronic authorization of a charge to your credit or debit card under the Electronic Funds Transfer act.

Every day thousands of Indigo Systems, LLC (an authorized reseller of Blizzard White) customers use our product, and quickly attain that clean, attractive, bright smile they deserve.

It's quick, easy and SAFE to order. Just fill out the online Order Form and your BlizzardWhite solution will be on the way.

We reserve the right to lower the price of the monthly supply in the exclusive offer shipment or subsequent shipment orders in the Snow White Club program, provided we notify you via email of a price change.

## Indigo Systems, LLC (an authorized reseller of Blizzard White)'s No-Hassle Product Return Policy

You can cancel in these easy ways: go to www.BlizzardWhiteUltra.com and click on the Easy Cancel Button at the top of the page or call our customer service center at 1-866-229-2823 / 08712847542 or via written correspondence to Indigo Systems, LLC (an authorized reseller of Blizzard White) 7565 Commercial Way, Unit E Henderson, NV 89011. Our Customer Service Team is available 24 hours, 7 days a week.

If you cancel during the Web-Only introduction offer, you will be given 15 days from the day you cancel to return the unopened, unused Snow White Club Program portion of the whitening program (the two unused syringes in the Snow White Club Program box) in order to ensure you will not be billed for the Snow White Club Program. If you return the Snow White Club Program and it is unopened with its seal intact and in good, marketable condition without package blemishes, you will not be charged for the product.

For subsequent shipments in the Snow White Club program, you may only return the most recent complete shipment for credit. We do not charge a restocking fee. As long as the product is unopened with its seal intact and in good, marketable condition without package blemishes, you will be refunded the complete amount you were charged for the product. If the product needs to be either destroyed (seal or packaging was broken or torn) or repackaged (it is returned in a non-marketable condition), then a $19.60 destruction/repackaging fee will be charged to your credit card (UK customers excluded).

Yadoo
Attachment N-3



To receive a refund for a returned product from an ongoing product shipment (not a Web-Only exclusive offer shipment), you must request an RMA (Returned Merchandise Authorization Number) within 30 days of the last shipment and this RMA must be written on the package in order for credit to be issued. All shipping charges are the responsibility of the customer. Although you can return product from an ongoing Snow White Club shipment, you cannot return product from the Web-Only exclusive offer once the Web-Only exclusive offer has elapsed and you have been billed for the product.

If you have any questions about our policy, please email us at customerservice@BlizzardWhiteUltra.com. We will get back to you within one business day.

## Terms and Conditions for Using the Information On This Site

## PLEASE READ THESE TERMS OF USE CAREFULLY BEFORE USING THIS SITE.

### Terms of Using This Site

This web site is owned and operated by Indigo Systems, LLC (an authorized reseller of Blizzard White) and contains material, which is derived in whole or in part by Indigo Systems, LLC (an authorized reseller of Blizzard White) and its partners and manufacturers. The following are terms of a legal agreement between you, the user of the website, and Indigo Systems, LLC (an authorized reseller of Blizzard White).

By accessing, browsing and/or using this site, you acknowledge that you have read, understood, and agree to be bound by these terms and to comply with all applicable laws and regulations. If you do not agree to these terms, do not use this Site. The material provided on this Site is protected by law, including, but not limited to, United States Copyright law, State of Arizona Law, and international treaties

### Copyright

All Web site design, text, graphics, the selection and arrangement thereof, and all software Copyright © 2016 , Indigo Systems, LLC (an authorized reseller of Blizzard White) . ALL RIGHTS RESERVED. Permission is granted to electronically copy and to print in hard copy portions of this Web site for the sole purpose of placing an order with Indigo Systems, LLC (an authorized reseller of Blizzard White) , using this Web site as a shopping vehicle, and for purposes of consulting with a health care practitioner. Any other use of materials on this Web site-including reproduction for purposes other than noted above, modification, distribution, or replication-without the prior written permission of Indigo Systems, LLC (an authorized reseller of Blizzard White) is strictly prohibited.



### Trademark

Indigo Systems, LLC (an authorized reseller of Blizzard White) web pages, and all page headers, custom graphics and button icons are service marks, trademarks, and/or trade dress of Indigo Systems, LLC (an authorized reseller of Blizzard White) . All other trademarks, product names and company names or logos cited herein are the property of their respective owners.

### Disclaimer

INDIGO SYSTEMS, LLC (AN AUTHORIZED RESELLER OF BLIZZARD WHITE) IS PROVIDING THIS SITE AND ITS CONTENTS ON AN "AS IS" BASIS AND MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND WITH RESPECT TO THIS SITE OR ITS CONTENTS. INDIGO SYSTEMS, LLC (AN AUTHORIZED RESELLER OF BLIZZARD WHITE) DISCLAIMS ALL SUCH REPRESENTATIONS AND WARRANTIES, INCLUDING FOR EXAMPLE WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. IN ADDITION, INDIGO SYSTEMS, LLC (AN AUTHORIZED RESELLER OF BLIZZARD WHITE) DOES NOT REPRESENT OR WARRANT THAT THE INFORMATION ACCESSIBLE VIA THIS SITE IS ACCURATE, COMPLETE OR CURRENT. PRICE AND AVAILABILITY INFORMATION IS SUBJECT TO CHANGE WITHOUT NOTICE.

### Warranties

Indigo Systems, LLC (an authorized reseller of Blizzard White) does not provide any warranties on products. Some states do not allow the exclusion or limitation of incidental or consequential damages or exclusions or limitations on the duration of implied warranties or conditions, so the above limitations or exclusions may not apply to you.

### Limitation of Liability: Purchase and Use of Products

Indigo Systems, LLC (an authorized reseller of Blizzard White) shall have no liability to you as a publisher of information, or reseller of any products or vendor services, including, without limitation, any liability for any defective products.

INDIGO SYSTEMS, LLC (AN AUTHORIZED RESELLER OF BLIZZARD WHITE) MAKES NO WARRANTY, EXPRESS OR IMPLIED, WITH RESPECT TO ANY PRODUCTS OR SERVICES SOLD, INCLUDING ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.



### Warning

We will try to place the proper warnings and product interactions throughout this web site, but inevitably we will fail to cover all subject matter. That is why it is imperative that you speak with your dental and primary health care practitioner before buying or

using products sold by Indigo Systems, LLC (an authorized reseller of Blizzard White) or any other company. Each person is different, and the way each person reacts to a particular product may be significantly different from each another. YOU SHOULD ALWAYS SEEK THE ADVICE OF A DENTAL PRACTITIONER BEFORE USING ANY TOOTH WHITENING PRODUCT AND YOU SHOULD ALWAYS INFORM YOUR PHARMACY AND PHYSICIAN OF ITS USE.

## Use of this Site

Except as specifically stated on this site, neither Indigo Systems, LLC (an authorized reseller of Blizzard White) nor any of its directors, employees or other representatives will be liable for damages arising out of or in connection with the use of this site. This is a comprehensive limitation of liability that applies to all damages of any kind, including (without limitation) compensatory, direct, indirect or consequential damages, loss of data, income or profit, loss of damage to property and claims of third parties.

We do not warrant and shall have no liability regarding information provided in this site regarding recommendations for any and all dental health purposes.

## SMS, Wireless and Other Mobile Offerings

Some of the services that we provide will result in sending an SMS, wireless or other mobile offering to your cell phone. These should be obvious in the context of the offering at the time you sign up. By signing up, you are agreeing to receive these mobile offerings. You understand that your wireless carrier's standard rates apply to these messages. To unsubscribe or discontinue SMS messages, send "STOP", "END", "QUIT" to the SMS text message you have received. This process impacts only the future delivery of the particular SMS message offering, so you must send that message for each offering. This will not affect offerings sent on behalf of third parties.

## Other

This agreement shall be governed by and construed in accordance with the laws of the State of Arizona without regard to choice of law rules. If any provision of this agreement shall be unlawful, void, of for any reason unenforceable, then that provision shall be deemed severable from this agreement and shall not affect the validity and enforceability of any remaining provisions. This is the entire agreement between the parties relating to the subject matter herein and shall not be modified except in writing, signed by both parties.

## Contacting the Web Site

If you have any questions about the practices of this site or your dealings with this Web site, you can contact customerservice@BlizzardWhiteUltra.com or call us Toll Free at 1-866-229-2823 / 08712847542 with any suggestions! Our Customer Service Team is available 24 hours, 7 days a week.

Close Window

PX6

Yadoo Attachment O

Website Excerpts





## SEDONA BEAUTY DIRECT

HOME  |  ABOUT  |  FAQS  |  SHOP ONLINE

### Products

**Desert Oasis Club**
**SPECIAL PRICING!**

Add to Cart

Enroll in our Desert Oasis Club. Now only $94.21! You simply invest $1.03 today for processing your order (plus $3.87 for shipping and handling) to evaluate this great skin care product for yourself! Your credit card will be charged the selected S&P charge above. If Sedona Beauty Secrets is not right for you, call 1-888-978-2848 / 447012929026 within 10 days from your order date to cancel your exclusive offer and you owe nothing more. Shipping charges are the responsibility of the customer. By participating in the exclusive offer, you will be responsible for taking affirmative action during the exclusive offer period to avoid further charges outlined in How the Offer Works. You will continue to be charged every 30 days at the full price plus shipping of $10.91 until you cancel. By placing an order, you are agreeing to the terms and conditions in How the Offer Works. You may call 1-888-978-2848 / 447012929026 anytime to contact customer service regarding your shipment.

**One-Month Supply**

This Starter Kit comes complete with a one-month supply of the creme and patches. Buy now for only $129.99.

**Save 28%** Off the Suggested Retail Price!

Add to Cart

**SITE**
Home
About
FAQs
Privacy Policy
Terms & Conditions

**SUPPORT**
Have Questions? Feel free to contact Customer Service by calling 1-888-978-2848 / 447012929026 24 hours, 7 days a week. Live Support: M-F 7am-7pm.

**NOTICE**
Sedona Beauty Secrets is not responsible for any third-party offers, incentives, fulfillment or representations that may have been used to direct you to order.

**NOTE**
Customer may have to pay nominal non-refundable trial, processing and/or shipping and handling fees at sign-up. Customer is responsible for shipping costs on all returns. Please view the Return and Refund Policy for other restrictions that may apply.

Close Window



## Terms and Conditions of How the Offer Works, Returns and Refund Policy, Privacy Policy and Contact Information:

You must be 18 years or older to participate in this Web-only Offer. You are required to use your own credit card or debit card, you cannot use the credit card of another person. By paying the $1.03 processing charge (international orders must add $5.66) and $3.87 shipping charge, you will receive a one week trial of Sedona Beauty Secrets™ Eye Creme.

We'll enter you into our Sandstone Beach, LLC (an authorized reseller of Sedona Beauty Secrets) Desert Oasis Club. With the Desert Oasis Club program you'll get Sedona Beauty Secrets™ Eye Creme and Patches, so you can maintain your great skin. (10) days from the date of order processing, unless you decide to take an action to cancel (by calling our customer service center at 1-888-978-2848 / 447012929026 or visiting www.SedonaBeautyDirect.com), we'll conveniently bill your credit card $94.31 for the full 30 day Sedona Beauty Secrets™ System. Every 30 days from the end of your trial period you will also receive a shipment of Desert Oasis Club to put you on the path to beautiful skin. All this at the same monthly in-home price you paid for the original Sedona Beauty Secrets™ System plus $10.91 in shipping, conveniently billed to your credit card.

All charges associated with this transaction will appear on your bill under the name· "SBS*SEDONAB8889782848"

You'll discover that Sedona Beauty Secrets will deliver beautiful, more youthful results with our unique formula which includes, Longevicell, Haloxyl, Green Tea Extract, and Rosehip Oil..

Of course, you can also cancel any time after you receive your special offer shipment or any subsequent shipments by calling customer service at Sandstone Beach, LLC (an authorized reseller of Sedona Beauty Secrets) or by visiting the Easy Cancel link on our website or via written correspondence to Sandstone Beach, LLC (an authorized reseller of Sedona Beauty Secrets) 7565 Commercial Way Unit E Henderson, NV 89011. If you cancel during the Web-Only Offer introduction offer, you will be given 15 days from the day you cancel to return the unused portion of Sedona Beauty Secrets in order to ensure you will not be billed (please see our no-hassle product return policy below for details) for the complete treatment.

By clicking on the box or button at the time of order and accepting the How The Offer Works conditions (or agreeing to the terms during the course of a telecenter call), you are providing an electronic or verbal authorization of a charge to your credit or debit card under the Electronic Funds Transfer act.

Every day Sedona Beauty Secrets customers use our product, and quickly attain the younger-looking skin they deserve.

It's quick, easy and SAFE to order. Just fill out the online Order Form and your Sedona Beauty Secrets will be on the way.

We reserve the right to **lower** the price of the monthly supply in the trial shipment or subsequent shipment orders in the Desert Oasis Club provided we notify you via email of a price change.

## Sandstone Beach, LLC (an authorized reseller of Sedona Beauty Secrets)' No-Hassle Product Return Policy

You can cancel in these easy ways: go to www.SedonaBeautyDirect.com and click on the Easy Cancel Button on the top of the page or call our customer service center at Sandstone Beach, LLC (an authorized reseller of Sedona Beauty Secrets) or via written correspondence to Sandstone Beach, LLC (an authorized reseller of Sedona Beauty Secrets) 7565 Commercial Way Unit E Henderson, NV 89011. Our Customer Service Team is available 24 Hours a day / 7 Days a Week.

If you cancel during the Web-Only Offer introduction offer, you will be given 15 days from the day you cancel to return the unused portion of Sedona Beauty Secrets System in order to ensure you will not be billed for Sedona Beauty Secrets.

For subsequent shipments in the Desert Oasis Club, you may only return the most recent complete shipment for credit. We do not charge a restocking fee. As long as the product is unopened with its seal intact and in good, marketable condition without package blemishes, you will be refunded the complete amount you were charged for the product. All shipping charges are the responsibility of the customer.

To receive a refund for a returned product from an ongoing product shipment (not a Web-Only Offer shipment), you must request an RMA (Returned Merchandise Authorization Number) within 30 days of the last shipment and this RMA must be written on the package in order for credit to be issued. All shipping charges are the responsibility of the customer. Although you can return product from an ongoing Desert Oasis Club shipment, you cannot return product from the Web-Only Offer once the Web-Only Offer has elapsed and you have been billed for the product.

If you have any questions about our policy, please email us at mark@SedonaBeautyDirect.com. We will get back to you within one business day.

## Terms and Conditions for Using the Information On This Site

## PLEASE READ THESE TERMS OF USE CAREFULLY BEFORE USING THIS SITE.

**Terms of Using This Site**

This web site is owned and operated by Sandstone Beach, LLC (an authorized reseller of Sedona Beauty Secrets) and contains material, which is derived in whole or in part by Sandstone Beach, LLC (an authorized reseller of Sedona Beauty Secrets) and its partners and manufacturers. The following are terms of a legal agreement between you, the user of the website, and Sandstone Beach, LLC (an authorized reseller of Sedona Beauty Secrets) .

By accessing, browsing and/or using this site, you acknowledge that you have read, understood, and agree to be bound by these terms and to comply with all applicable laws and regulations. If you do not agree to these terms, do not use this Site. The material provided on this Site is protected by law, including, but not limited to, United States Copyright law, State of Arizona Law, and international treaties.

## Copyright

All Web site design, text, graphics, the selection and arrangement thereof, and all software Copyright © 2016, Sandstone Beach, LLC (an authorized reseller of Sedona Beauty Secrets) . ALL RIGHTS RESERVED. Permission is granted to electronically copy and to print in hard copy portions of this Web site for the sole purpose of placing an order with Sandstone Beach, LLC (an authorized reseller of Sedona Beauty Secrets) , using this Web site as a shopping vehicle, and for purposes of consulting with a health care practitioner. Any other use of materials on this Web site-including reproduction for purposes other than noted above, modification, distribution, or replication-without the prior written permission of Sandstone Beach, LLC (an authorized reseller of Sedona Beauty Secrets) is strictly prohibited.

## Trademark

Sandstone Beach, LLC (an authorized reseller of Sedona Beauty Secrets) web pages, and all page headers, custom graphics and button icons are service marks, trademarks, and/or trade dress of Sandstone Beach, LLC (an authorized reseller of Sedona Beauty Secrets) . All other trademarks, product names and company names or logos cited herein are the property of their respective owners

## Disclaimer

SANDSTONE BEACH, LLC (AN AUTHORIZED RESELLER OF SEDONA BEAUTY SECRETS) IS PROVIDING THIS SITE AND ITS CONTENTS ON AN "AS IS" BASIS AND MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND WITH RESPECT TO THIS SITE OR ITS CONTENTS. SANDSTONE BEACH, LLC (AN AUTHORIZED RESELLER OF SEDONA BEAUTY SECRETS) DISCLAIMS ALL SUCH REPRESENTATIONS AND WARRANTIES, INCLUDING FOR EXAMPLE WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. IN ADDITION, SANDSTONE BEACH, LLC (AN AUTHORIZED RESELLER OF SEDONA BEAUTY SECRETS) DOES NOT REPRESENT OR WARRANT THAT THE INFORMATION ACCESSIBLE VIA THIS SITE IS ACCURATE, COMPLETE OR CURRENT. PRICE AND AVAILABILITY INFORMATION IS SUBJECT TO CHANGE WITHOUT NOTICE.

## Warranties

Sandstone Beach, LLC (an authorized reseller of Sedona Beauty Secrets) does not provide any warranties on products. Some states do not allow the exclusion or limitation of incidental or consequential damages or exclusions or limitations on the duration of implied warranties or conditions, so the above limitations or exclusions may not apply to you.

## Limitation of Liability: Purchase and Use of Products

Sandstone Beach, LLC (an authorized reseller of Sedona Beauty Secrets) shall have no liability to you as a publisher of information, or reseller of any products or vendor services, including, without limitation, any liability for any defective products.

SANDSTONE BEACH, LLC (AN AUTHORIZED RESELLER OF SEDONA BEAUTY SECRETS) MAKES NO WARRANTY, EXPRESS OR IMPLIED, WITH RESPECT TO ANY PRODUCTS OR SERVICES SOLD, INCLUDING ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

## Warning

For external use only. Avoid contact with eyes; flush with water upon contact. Discontinue use if irritation occurs.

## Use of this Site

Except as specifically stated on this site, neither Sandstone Beach, LLC (an authorized reseller of Sedona Beauty Secrets) nor any of its directors, employees or other representatives will be liable for damages arising out of or in connection with the use of this site. This is a comprehensive limitation of liability that applies to all damages of any kind, including (without limitation) compensatory, direct, indirect or consequential damages, loss of data, income or profit, loss of damage to property and claims of third parties.

We do not warrant and shall have no liability regarding information provided in this site regarding recommendations for any and all dental health purposes.

## SMS, Wireless and Other Mobile Offerings

Some of the services that we provide will result in sending an SMS, wireless or other mobile offering to your cell phone. These

should be obvious in the context of the offering at the time you sign up. By signing up, you are agreeing to receive these mobile offerings. You understand that your wireless carrier's standard rates apply to these messages. To unsubscribe or discontinue SMS messages, send "STOP", "END", "QUIT" to the SMS text message you have received. This process impacts only the future delivery of the particular SMS message offering, so you must send that message for each offering. This will not affect offerings sent on behalf of third parties.

## Other

This agreement shall be governed by and construed in accordance with the laws of the State of Arizona without regard to choice of law rules. If any provision of this agreement shall be unlawful, void, or for any reason unenforceable, then that provision shall be deemed severable from this agreement and shall not affect the validity and enforceability of any remaining provisions. This is the entire agreement between the parties relating to the subject matter herein and shall not be modified except in writing, signed by both parties.

## Contacting the Web Site

If you have any questions about the practices of this site or your dealings with this Web site, you can contact mark@SedonaBeautyDirect.com or call us Toll Free at 1-888-978-2848 / 447012929026 with any suggestions! Our Customer Service Team is available 24 hours, 7 days a week.

Close Window

PX6

Yadoo Attachment P

Website Excerpts

# BellaAtHome **Results**

| Home | About | FAQs | **Shop Online** | EASY CANCEL |

## Why Choose Us?

- 22% Carbamide Peroxide Solution
- Customizable Mouth Trays
- Fresh, Minty Taste

## BellaAtHome

We created BellaAtHome to help people just like you transform your smile into something you can be proud of. Since many teeth whitening formulas out there promise the world but don't deliver, we consulted with the best and came up with a fantastic formula.



**TRY TODAY!**

**SITE**
Home
About
FAQs
Privacy Policy
Terms & Conditions
Terms of Offer

**SUPPORT**
Have Questions? Feel free to contact
Customer Service by calling
1-877-766-6230 / 08442021800 24 hours,
7 days a week. Live Support: M-Sat
7am-7pm.

Snow Sale, LLC
4845 Pearl East Circle, Ste. 101
Boulder, CO 80301

**NOTICE**
BellaAtHome is not responsible for any
third-party offers, incentives, fulfillment or
representations that may have been used
to direct you to order. Terms of the Offer.

**NOTE**
Customer may have to pay nominal
non-refundable trial, processing and/or
shipping and handling fees at sign-up.
Customer is responsible for shipping
costs on all returns. Please view the
Return and Refund Policy for other
restrictions that may apply.

# BellaAtHome **Results**

| Home | About | FAQs | **Shop Online** |
| --- | --- | --- | --- |

## Products



### Home Beauty™ Club
### SPECIAL PRICING!



Enroll in our Home Beauty™ Club where you'll receive a 40% discount on our Retail Price each month. Now only $94.31! You simply invest $1.03 today for processing your order (plus $3.87 for shipping and handling) to evaluate this great teeth whitening product for yourself. Your credit card will be charged the selected S&P charge above. If BellaAtHome is not right for you, call 1-877-766-6239 / 08442021800 within 10 days from your order date to cancel your trial and you owe nothing more. Shipping charges are the responsibility of the customer. By participating in the Trial, you will be responsible for taking affirmative action during the Trial period to avoid further charges outlined in How the Offer Works. You will continue to be charged every 30 days at the full price plus shipping of $10.91 until you cancel. By placing an order, you are agreeing to the terms and conditions in How the Offer Works. You may call 1-877-766-6239 / 08442021800 anytime to contact customer service regarding your shipment.



### One-Month Supply

Get whiter, brighter, Younger-Looking teeth. 5 Shades Whiter in 5 Hours or less! Save 28% off the Retail Price. Buy now for only $129.99.

**Save 28%** Off the Suggested Retail Price!



**SITE**
Home
About
FAQs
Privacy Policy
Terms & Conditions
Terms of Offer

**SUPPORT**
Have Questions? Feel free to contact Customer Service by calling 1-877-766-6239 / 08442021800 24 hours, 7 days a week. Live Support: M-Sat 7am-7pm

Snow Sale, LLC
4845 Pearl East Circle, Ste. 101
Boulder, CO 80301

**NOTICE**
BellaAtHome is not responsible for any third-party offers, incentives, fulfillment or representations that may have been used to direct you to order. Terms of the Offer.

**NOTE**
Customer may have to pay nominal non-refundable trial, processing and/or shipping and handling fees at sign-up. Customer is responsible for shipping costs on all returns. Please view the Return and Refund Policy for other restrictions that may apply.

Close Window

## Terms and Conditions of How the Offer Works, Returns and Refund Policy, Privacy Policy and Contact Information:

You must be 18 years or older to participate in this Web-only Offer. You are required to use your own credit card or debit card, you cannot use the credit card of another person. By paying the $1.03 processing charge (international orders must add $5.66) and $3.87 shipping charge, you will receive a one week trial of BellaAtHome™.

Unless you opt for the one-time purchase of a monthly supply for $129.99, we'll enter you into our Home Beauty™ Club, which you will receive within 1-3 business days after placing your order. With the Home Beauty Club, you will receive a Monthly Maintenance professional-level dental syringe of BellaAtHome whitening solution to maintain your brand new, brilliant white smile. 10 days from the date of order processing, unless you decide to take an action to cancel (by calling our customer service center at 1-877-766-6239 / 08442021800 or www.BellaAtHomResults.com), we'll conveniently bill your credit card $94.31 for the full 30 day tooth whitening Home Beauty™ Club. Plus, you'll also get two (2) more syringes of professional-level dental syringe of BellaAtHome whitening solution about every 30 days to share with Friends and Family to put them on a path to a brilliant, healthy, white smile. All this at the same monthly in-home price you paid for the original full tooth whitening Home Beauty™ Club plus $10.91 in shipping, conveniently billed to your credit card.

All charges associated with this transaction will appear on your bill under the name: "bellahm*wte8777666239".

You'll discover that the BellaAtHome solution will quickly and safely start whitening your teeth to the brightness you desire and you'll enjoy smiling again!

Of course, you can also cancel any time after you receive your special offer shipment or any subsequent shipments by calling customer service at Snow Sale, LLC (an authorized reseller of BellaAtHome) or by visiting the Easy Cancel link on our website or via written correspondence to Snow Sale, LLC (an authorized reseller of BellaAtHome) 7565 Commercial Way. Unit E Henderson, NV 89011. If you cancel during the Web-Only Offer introduction offer, you will be given 15 days from the day you cancel to return the unused portion of BellaAtHome in order to ensure you will not be billed (please see our no-hassle product return policy below for details) for the complete treatment.

By clicking on the box or button at the time of order and accepting the How The Offer Works conditions, you are providing an electronic authorization of a charge to your credit or debit card under the Electronic Funds Transfer act.

Every day thousands of Snow Sale, LLC (an authorized reseller of BellaAtHome) customers use our product, and quickly attain that clean, attractive, bright smile they deserve.

It's quick, easy and SAFE to order. Just fill out the online Order Form and your BellaAtHome solution will be on the way.

We reserve the right to lower the price of the monthly supply in the trial shipment or subsequent shipment orders in the Home Beauty™ Club program, provided we notify you via email of a price change.

## Snow Sale, LLC (an authorized reseller of BellaAtHome)'s No-Hassle Product Return Policy

You can cancel in these easy ways: go to www.BellaAtHomeResults.com and click on the Easy Cancel Button at the top of the page or call our customer service center at 1-877-766-6239 / 08442021800 or via written correspondence to Snow Sale, LLC (an authorized reseller of BellaAtHome) 7565 Commercial Way, Unit E Henderson, NV 89011. Our Customer Service Team is available 24 hours, 7 days a week.

If you cancel during the Web-Only Offer introduction offer, you will be given 15 days from the day you cancel to return the unused portion of BellaAtHome System in order to ensure you will not be billed for BellaAtHome.

For subsequent shipments in the Home Beauty™ Club program, you may only return the most recent complete shipment for credit. We do not charge a restocking fee. As long as the product is unopened with its seal intact and in good, marketable condition without package blemishes, you will be refunded the complete amount you were charged for the product. Refunds are issued when the return is checked in and can take up to 72 hours to process. The shiping, handling, and processing fee are non-refundable.

To receive a refund for a returned product from an ongoing product shipment (not a Web-Only Trial shipment), you must request an RMA (Returned Merchandise Authorization Number) within 30 days of the last shipment and this RMA must be written on the package in order for credit to be issued. All shipping charges are the responsibility of the customer. Although you can return product from an ongoing Home Beauty™ Club shipment, you cannot return product from the Web-Only Trial once the Web-Only Trial has elapsed and you have been billed for the product.

## Terms and Conditions for Using the Information On This Site

## PLEASE READ THESE TERMS OF USE CAREFULLY BEFORE USING THIS SITE.

### Terms of Using This Site

This web site is owned and operated by Snow Sale, LLC (an authorized reseller of BellaAtHome) and contains material, which is derived in whole or in part by Snow Sale, LLC (an authorized reseller of BellaAtHome) and its partners and manufacturers. The following are terms of a legal agreement between you, the user of the website, and Snow Sale, LLC (an authorized reseller of BellaAtHome)



By accessing, browsing and/or using this site, you acknowledge that you have read, understood, and agree to be bound by these terms and to comply with all applicable laws and regulations. If you do not agree to these terms, do not use this Site. The material provided on this Site is protected by law, including, but not limited to, United States Copyright law, State of Arizona Law, and international treaties.

## Copyright

All Web site design, text, graphics, the selection and arrangement thereof, and all software Copyright © 2016 , Snow Sale, LLC (an authorized reseller of BellaAtHome) . ALL RIGHTS RESERVED. Permission is granted to electronically copy and to print in hard copy portions of this Web site for the sole purpose of placing an order with Snow Sale, LLC (an authorized reseller of BellaAtHome) , using this Web site as a shopping vehicle, and for purposes of consulting with a health care practitioner. Any other use of materials on this Web site-including reproduction for purposes other than noted above, modification, distribution, or replication-without the prior written permission of Snow Sale, LLC (an authorized reseller of BellaAtHome) is strictly prohibited.

## Trademark

Snow Sale, LLC (an authorized reseller of BellaAtHome) web pages, and all page headers, custom graphics and button icons are service marks, trademarks, and/or trade dress of Snow Sale, LLC (an authorized reseller of BellaAtHome) . All other trademarks, product names and company names or logos cited herein are the property of their respective owners.

## Disclaimer

SNOW SALE, LLC (AN AUTHORIZED RESELLER OF BELLAATHOME) IS PROVIDING THIS SITE AND ITS CONTENTS ON AN "AS IS" BASIS AND MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND WITH RESPECT TO THIS SITE OR ITS CONTENTS. SNOW SALE, LLC (AN AUTHORIZED RESELLER OF BELLAATHOME) DISCLAIMS ALL SUCH REPRESENTATIONS AND WARRANTIES, INCLUDING FOR EXAMPLE WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. IN ADDITION, SNOW SALE, LLC (AN AUTHORIZED RESELLER OF BELLAATHOME) DOES NOT REPRESENT OR WARRANT THAT THE INFORMATION ACCESSIBLE VIA THIS SITE IS ACCURATE, COMPLETE OR CURRENT. PRICE AND AVAILABILITY INFORMATION IS SUBJECT TO CHANGE WITHOUT NOTICE.

## Warranties



Snow Sale, LLC (an authorized reseller of BellaAtHome) does not provide any warranties on products. Some states do not allow the exclusion or limitation of incidental or consequential damages or exclusions or limitations on the duration of implied warranties or conditions, so the above limitations or exclusions may not apply to you.

## Limitation of Liability: Purchase and Use of Products

Snow Sale, LLC (an authorized reseller of BellaAtHome) shall have no liability to you as a publisher of information, or reseller of any products or vendor services, including, without limitation, any liability for any defective products.

SNOW SALE, LLC (AN AUTHORIZED RESELLER OF BELLAATHOME) MAKES NO WARRANTY, EXPRESS OR IMPLIED, WITH RESPECT TO ANY PRODUCTS OR SERVICES SOLD, INCLUDING ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

## Warning

We will try to place the proper warnings and product interactions throughout this web site, but inevitably we will fail to cover all subject matter. That is why it is imperative that you speak with your dental and primary health care practitioner before buying or using products sold by Snow Sale, LLC (an authorized reseller of BellaAtHome) or any other company. Each person is different, and the way each person reacts to a particular product may be significantly different from each another. YOU SHOULD ALWAYS SEEK THE ADVICE OF A DENTAL PRACTITIONER BEFORE USING ANY TOOTH WHITENING PRODUCT AND YOU SHOULD ALWAYS INFORM YOUR PHARMACY AND PHYSICIAN OF ITS USE.

## Use of this Site

Except as specifically stated on this site, neither Snow Sale, LLC (an authorized reseller of BellaAtHome) nor any of its directors, employees or other representatives will be liable for damages arising out of or in connection with the use of this site. This is a comprehensive limitation of liability that applies to all damages of any kind, including (without limitation) compensatory, direct, indirect or consequential damages, loss of data, income or profit, loss of damage to property and claims of third parties.

We do not warrant and shall have no liability regarding information provided in this site regarding recommendations for any and all dental health purposes.

## SMS, Wireless and Other Mobile Offerings

Some of the services that we provide will result in sending an SMS, wireless or other mobile offering to your cell phone. These should be obvious in the context of the offering at the time you sign up. By signing up, you are agreeing to receive these mobile offerings. You understand that your wireless carrier's standard rates apply to these messages. To unsubscribe or

discontinue SMS messages, send "STOP", "END", "QUIT" to the SMS text message you have received. This process impacts only the future delivery of the particular SMS message offering, so you must send that message for each offering. This will not affect offerings sent on behalf of third parties.

## Other

This agreement shall be governed by and construed in accordance with the laws of the State of Arizona without regard to choice of law rules. If any provision of this agreement shall be unlawful, void, of for any reason unenforceable, then that provision shall be deemed severable from this agreement and shall not affect the validity and enforceability of any remaining provisions. This is the entire agreement between the parties relating to the subject matter herein and shall not be modified except in writing. signed by both parties.

## Contacting the Web Site

If you have any questions about the practices of this site or your dealings with this Web site, you can contact customerservice@BellaAtHomResults.com or call us Toll Free at 1-877-766-6239 / 08442021800 with any suggestions! Our Customer Service Team is available 24 hours, 7 days a week.

Close Window

PX6

Yadoo Attachment Q

Website Excerpts





Close Window

## Terms and Conditions of How the Offer Works, Returns and Refund Policy, Privacy Policy and Contact Information:

You must be 18 years or older to participate in this Web-Only Trial offer. You are required to use your own credit card or debit card, you cannot use the credit card of another person. By paying the $1.03 processing charge (international orders must add $) and $3.87 shipping charge, you will receive a one week trial of Action Pro White™, complete with professional quality 3ml dental syringe with 22% carbamide peroxide mint flavored solution, dental impression mouth piece tray, instruction booklet and shade whitening comparison chart. This Web-Only Trial kit is yours to keep. You will also receive a Take Action™ Club program full tooth whitening kit.

We'll enter you into our Solid Ice, LLC (an authorized reseller of Action Pro White) Take Action™ Club. With the Take Action™ Club program you'll get a Monthly Maintenance professional-level dental syringe of Action Pro White whitening solution to maintain your brand new, brilliant white smile. 10 days from the date of order processing, unless you decide to take an action to cancel (by calling our customer service at 1-866-711-2832 / 447042034685 or by visiting the Easy Cancel link on our website or via www.ActionProOnline.com), we'll conveniently bill your credit card $94.31 for the full 30 day tooth whitening Take Action™ Club. Plus, you'll also get two (2) more syringes of professional-level dental syringe of Action Pro White whitening solution about every 30 days to share with Friends and Family to put them on a path to a brilliant, healthy, white smile. All this at the same monthly in-home price you paid for the original full tooth whitening Take Action™ Club plus $10.91 in shipping, conveniently billed to your credit card.

All charges associated with this transaction will appear on your bill under the name: "actpro*wtsi8667112832".

You'll discover that the Action Pro White solution will quickly and safely start whitening your teeth to the brightness you desire and you'll enjoy smiling again!

Of course, you can also cancel any time after you receive your special offer shipment or any subsequent shipments by calling customer service at 1-866-711-2832 / 447042034685 or by visiting the Easy Cancel link on our website or via written correspondence to Solid Ice, LLC (an authorized reseller of Action Pro White) 6330 N. Washington St. Unit 8, Denver, CO 80216. If you cancel during the Web-Only Trial introduction offer, you will be given 30 days from the day you cancel to return the unopened, unused Complete Program portion of the whitening program (the two unused syringes in the Complete Program box) in order to assure you will not be billed (please see our no-hassle product return policy below for details) for the Complete Program. Return Shipping fees on returned Complete Program packages will be reimbursed on request and with documentation of shipping price after the package has been received.

By clicking on the box or button at the time of order and accepting the How The Offer Works conditions, you are providing an electronic authorization of a charge to your credit or debit card under the Electronic Funds Transfer act.

Every day thousands of Solid Ice, LLC (an authorized reseller of Action Pro White) customers use our product, and quickly attain that clean, attractive, bright smile they deserve.

It's quick, easy and SAFE to order. Just fill out the online Order Form and your Action Pro White solution will be on the way.

We reserve the right to lower the price of the monthly supply in the trial shipment or subsequent shipment orders in the Take Action™ Club program, provided we notify you via email of a price change.

## Solid Ice, LLC (an authorized reseller of Action Pro White)'s No-Hassle Product Return Policy

You can cancel in these easy ways; go to www.ActionProOnline.com and click on the Easy Cancel Button at the top of the page or call our customer service center at 1-866-711-2832 / 447042034685 or via written correspondence to Solid Ice, LLC (an authorized reseller of Action Pro White) 6330 N. Washington St. Unit 8, Denver, CO 80216. Our Customer Service Team is available 24 hours, 7 days a week.

If you cancel during the Web-Only Trial introduction offer, you will be given 30 days from the day you cancel to return the unopened, unused Complete Program portion of the whitening program (the two unused syringes in the Complete Program box) in order to ensure you will not be billed for the Complete Program. If you return the Complete Program and it is unopened with its seal intact and in good, marketable condition without package blemishes, you will not be charged for the product.

For subsequent shipments in the Take Action™ Club program, you may only return the most recent complete shipment for credit. We do not charge a restocking fee. As long as the product is unopened with its seal intact and in good, marketable condition without package blemishes, you will be refunded the complete amount you were charged for the product.

To receive a refund for a returned product from an ongoing product shipment (not a Web-Only Trial shipment), you must request an RMA (Returned Merchandise Authorization Number) within 30 days of the last shipment and this RMA must be written on the package in order for credit to be issued. All shipping charges are the responsibility of the customer. Although you can return product from an ongoing Take Action™ Club™ shipment, you cannot return product from the Web-Only Trial once the Web-Only Trial has elapsed and you have been billed for the product.

Customers purchasing Action Pro White through an incentive web site (qualifying for, as an example, a Free IPOD® through a third party advertiser) and initiating a cancel before the initial product shipment has been received by the customer will result in disqualification for your free gift.

If you have any questions about our policy, please email us at customerservice@ActionProOnline.com. We will get back to you within one business day.

**Terms and Conditions for Using the Information On This Site**



**PLEASE READ THESE TERMS OF USE CAREFULLY BEFORE USING THIS SITE.**

**Terms of Using This Site**

This web site is owned and operated by Solid Ice, LLC (an authorized reseller of Action Pro White) and contains material, which is derived in whole or in part by Solid Ice, LLC (an authorized reseller of Action Pro White) and its partners and manufacturers. The following are terms of a legal agreement between you, the user of the website, and Solid Ice, LLC (an authorized reseller of Action Pro White) .

By accessing, browsing and/or using this site, you acknowledge that you have read, understood, and agree to be bound by these terms and to comply with all applicable laws and regulations. If you do not agree to these terms, do not use this Site. The material provided on this Site is protected by law, including, but not limited to, United States Copyright law. State of Arizona Law, and international treaties.

**Copyright**

All Web site design, text, graphics, the selection and arrangement thereof, and all software Copyright © 2016 , Solid Ice, LLC (an authorized reseller of Action Pro White) . ALL RIGHTS RESERVED. Permission is granted to electronically copy and to print in hard copy portions of this Web site for the sole purpose of placing an order with Solid Ice, LLC (an authorized reseller of Action Pro White) , using this Web site as a shopping vehicle, and for purposes of consulting with a health care practitioner. Any other use of materials on this Web site-including reproduction for purposes other than noted above, modification, distribution, or replication-without the prior written permission of Solid Ice, LLC (an authorized reseller of Action Pro White) is strictly prohibited.

**Trademark**

Solid Ice, LLC (an authorized reseller of Action Pro White) web pages, and all page headers, custom graphics and button icons are service marks, trademarks, and/or trade dress of Solid Ice, LLC (an authorized reseller of Action Pro White) . All other trademarks, product names and company names or logos cited herein are the property of their respective owners.

**Disclaimer**



SOLID ICE, LLC (AN AUTHORIZED RESELLER OF ACTION PRO WHITE) IS PROVIDING THIS SITE AND ITS CONTENTS ON AN "AS IS" BASIS AND MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND WITH RESPECT TO THIS SITE OR ITS CONTENTS. SOLID ICE, LLC (AN AUTHORIZED RESELLER OF ACTION PRO WHITE) DISCLAIMS ALL SUCH REPRESENTATIONS AND WARRANTIES, INCLUDING FOR EXAMPLE WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. IN ADDITION, SOLID ICE, LLC (AN AUTHORIZED RESELLER OF ACTION PRO WHITE) DOES NOT REPRESENT OR WARRANT THAT THE INFORMATION ACCESSIBLE VIA THIS SITE IS ACCURATE, COMPLETE OR CURRENT. PRICE AND AVAILABILITY INFORMATION IS SUBJECT TO CHANGE WITHOUT NOTICE.

**Warranties**

Solid Ice, LLC (an authorized reseller of Action Pro White) does not provide any warranties on products. Some states do not allow the exclusion or limitation of incidental or consequential damages or exclusions or limitations on the duration of implied warranties or conditions, so the above limitations or exclusions may not apply to you.

**Limitation of Liability: Purchase and Use of Products**

Solid Ice, LLC (an authorized reseller of Action Pro White) shall have no liability to you as a publisher of information, or reseller of any products or vendor services, including, without limitation, any liability for any defective products.

SOLID ICE, LLC (AN AUTHORIZED RESELLER OF ACTION PRO WHITE) MAKES NO WARRANTY, EXPRESS OR IMPLIED, WITH RESPECT TO ANY PRODUCTS OR SERVICES SOLD. INCLUDING ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**Warning**

We will try to place the proper warnings and product interactions throughout this web site, but inevitably we will fail to cover all subject matter. That is why it is imperative that you speak with your dental and primary health care practitioner before buying or using products sold by Solid Ice, LLC (an authorized reseller of Action Pro White) or any other company. Each person is different, and the way each person reacts to a particular product may be significantly different from each another. YOU SHOULD ALWAYS SEEK THE ADVICE OF A DENTAL PRACTITIONER BEFORE USING ANY TOOTH WHITENING PRODUCT AND YOU SHOULD ALWAYS INFORM YOUR PHARMACY AND PHYSICIAN OF ITS USE.



**Use of this Site**

Except as specifically stated on this site, neither Solid Ice, LLC (an authorized reseller of Action Pro White) nor any of its directors, employees or other representatives will be liable for damages arising out of or in connection with the use of this site. This is a comprehensive limitation of liability that applies to all damages of any kind, including (without limitation) compensatory

direct, indirect or consequential damages, loss of data, income or profit, loss of damage to property and claims of third parties.

We do not warrant and shall have no liability regarding information provided in this site regarding recommendations for any and all dental health purposes.

## SMS, Wireless and Other Mobile Offerings

Some of the services that we provide will result in sending an SMS, wireless or other mobile offering to your cell phone. These should be obvious in the context of the offering at the time you sign up. By signing up, you are agreeing to receive these mobile offerings. You understand that your wireless carrier's standard rates apply to these messages. To unsubscribe or discontinue SMS messages, send "STOP", "END", "QUIT" to the SMS text message you have received. This process impacts only the future delivery of the particular SMS message offering, so you must send that message for each offering. This will not affect offerings sent on behalf of third parties.

## Other

This agreement shall be governed by and construed in accordance with the laws of the State of Arizona without regard to choice of law rules. If any provision of this agreement shall be unlawful, void, of for any reason unenforceable, then that provision shall be deemed severable from this agreement and shall not affect the validity and enforceability of any remaining provisions. This is the entire agreement between the parties relating to the subject matter herein and shall not be modified except in writing, signed by both parties.

## Contacting the Web Site

If you have any questions about the practices of this site or your dealings with this Web site, you can contact customerservice@ActionProOnline.com or call us Toll Free at 1-866-711-2832 / 447042034685 with any suggestions! Our Customer Service Team is available 24 hours, 7 days a week.

## Company Contact Information

Solid Ice, LLC
1166 E. Warner Rd., Ste. 101
Gilbert, AZ 85296

**Close Window**

PX6

Yadoo Attachment R

Website Excerpts



Customer Service:
## 866-441-5234 / 08712847543



### Want Your Teeth to be Whiter?
- **22% Carbamide Peroxide**
- **Customizable Mouth Trays**
- **Fresh, Minty Taste**

**TRY TODAY!**

## Smile Pro Direct

No one likes having yellow teeth. It's embarrassing, and depending upon how frequently you drink coffee or wine, or smoke or eat candy - your teeth can reflect ALL of your bad habits.

We created Smile Pro Direct to help people just like you transform your smile into something you can be proud of. Since many teeth whitening formulas out there promise the world but don't deliver, we consulted with the best and came up with a fantastic formula.



**Ingredients:** 22% Carbamide Peroxide, Glycerin, Propylene Glycol, Carbomer, Triethanolamine (TEA), Natural Flavor, Xylitol, Stevia Rebaudiana (stevia)

Have Questions? Feel free to contact Customer Service by calling 866-441-5234 / 08712847543 24 hours, 7 days a week. Live Support: M-F 8am-6pm

Note: Customer may have to pay nominal non-refundable trial, processing and/or shipping and handling fees at sign-up. Customer is responsible for shipping costs on all returns. Please view the Return and Refund Policy for other restrictions that may apply. Privacy Policy

Notice: Smile Pro Brands is not responsible for any third-party offers, incentives, fulfillment or representations that may have been used to direct you to order.

Please read the Terms & Conditions of Using this Site. Terms of the Offer.

Thunder Avenue, LLC | 100 Fillmore St, 5TH Fl | Denver, CO 80206

Yadoo
Attachment R-1



Home        About        FAQs        Shop Online

Customer Service:
**866-441-5234 / 08712847543**

# Products



### Pro White Club
### SPECIAL PRICING!

[ Add to Cart ]

Enroll in our Pro White Club where you'll receive a 40% discount on our Retail Price each month. Now only $94.31! You simply invest $1.03 today for processing your order (plus $3.87 for shipping and handling) to evaluate this great teeth whitening product for yourself. Your credit card will be charged the selected S&P charge above. If Smile Pro Direct is not right for you, call 866-441-5234 / 08712847543 within 10 days from your order date to cancel your trial and you owe nothing more. Shipping charges are the responsibility of the customer. By participating in the Trial, you will be responsible for taking affirmative action during the Trial period to avoid further charges outlined in *How the Offer Works*. You will continue to be charged every 30 days at the full price plus shipping of $10.9† until you cancel. By placing an order, you are agreeing to the terms and conditions in *How the Offer Works*. You may call 866-441-5234 / 08712847543 anytime to contact customer service regarding your shipment.



### One-Month Supply

**Save 28% Off the Suggested Retail Price!**

Get whiter, brighter, Younger-Looking teeth. 5 Shades Whiter in 5 Hours or less! Save 28% off the Retail Price. Buy now for only $129.99

[ Add to Cart ]

Have Questions? Feel free to contact Customer Service by calling 866-441-5234 / 08712847543 24 hours, 7 days a week. Live Support: M-F 8am-5pm

Note: Customer may have to pay nominal non-refundable trial, processing and/or shipping and handling fees at sign-up. Customer is responsible for shipping costs on all returns. Please view the **Return and Refund Policy** for other restrictions that may apply. **Privacy Policy**

Notice: Smile Pro Brands is not responsible for any third-party offers, incentives, fulfillment or representations that may have been used to direct you to order.

Please read the **Terms & Conditions** of Using this Site. **Terms of the Offer**.

Thunder Avenue, LLC | 100 Fillmore St, 5TH Fl | Denver, CO 80206

Close Window

## Terms and Conditions of How the Offer Works, Returns and Refund Policy, Privacy Policy and Contact Information:

You must be 18 years or older to participate in this Web-only Offer. You are required to use your own credit card or debit card, you cannot use the credit card of another person. By paying the $1.03 processing charge (international orders must add $0) and $3.87 shipping charge, you will receive a one week trial of Smile Pro Direct™.

Unless you opt for the one-time purchase of a monthly supply for $129.99, we'll enter you into our Pro White Club, which you will receive within 1-3 business days after placing your order. With the Home Beauty Club, you will receive a Monthly Maintenance professional-level dental syringe of Smile Pro Direct whitening solution to maintain your brand new, brilliant white smile. 10 days from the date of order processing, unless you decide to take an action to cancel (by calling our customer service center at 866-441-5234 / 08712847543 or www.SmileProBrands.com), we'll conveniently bill your credit card $94.31 for the full 30 day tooth whitening Pro White Club. Plus, you'll also get two (2) more syringes of professional-level dental syringe of Smile Pro Direct whitening solution about every 30 days to share with Friends and Family to put them on a path to a brilliant, healthy, white smile. All this at the same monthly in-home price you paid for the original full tooth whitening Pro White Club plus $10.91 in shipping, conveniently billed to your credit card.

All charges associated with this transaction will appear on your bill under the name: "TUHNDRE*SMILEPROBRAND".

You'll discover that the Smile Pro Direct solution will quickly and safely start whitening your teeth to the brightness you desire and you'll enjoy smiling again!

Of course, you can also cancel any time after you receive your special offer shipment or any subsequent shipments by calling customer service at Thunder Avenue, LLC (an authorized reseller of Smile Pro Direct) or by visiting the Easy Cancel link on our website or via written correspondence to Thunder Avenue, LLC (an authorized reseller of Smile Pro Direct) 7350 Eastgate Rd Suite 140 Henderson, NV 89011. If you cancel during the Web-Only Offer introduction offer, you will be given 15 days from the day you cancel to return the unused portion of Smile Pro Direct in order to ensure you will not be billed (please see our no-hassle product return policy below for details) for the complete treatment.

By clicking on the box or button at the time of order and accepting the How The Offer Works conditions, you are providing an electronic authorization of a charge to your credit or debit card under the Electronic Funds Transfer act.

Every day thousands of Thunder Avenue, LLC (an authorized reseller of Smile Pro Direct) customers use our product, and quickly attain that clean, attractive, bright smile they deserve.

It's quick, easy and SAFE to order. Just fill out the online Order Form and your Smile Pro Direct solution will be on the way.

We reserve the right to lower the price of the monthly supply in the trial shipment or subsequent shipment orders in the Pro White Club program, provided we notify you via email of a price change.

## Thunder Avenue, LLC (an authorized reseller of Smile Pro Direct)'s No-Hassle Product Return Policy

You can cancel in these easy ways: go to www.SmileProBrands.com and click on the Easy Cancel Button at the top of the page or call our customer service center at 866-441-5234 / 08712847543 or via written correspondence to Thunder Avenue, LLC (an authorized reseller of Smile Pro Direct) 7350 Eastgate Rd Suite 140 Henderson, NV 89011. Our Customer Service Team is available 24 hours, 7 days a week.

If you cancel during the Web-Only Offer introduction offer, you will be given 15 days from the day you cancel to return the unused portion of Smile Pro Direct System in order to ensure you will not be billed for Smile Pro Direct.

For subsequent shipments in the Pro White Club program, you may only return the most recent complete shipment for credit. We do not charge a restocking fee. As long as the product is unopened with its seal intact and in good, marketable condition without package blemishes, you will be refunded the complete amount you were charged for the product. Refunds are issued when the return is checked in and can take up to 72 hours to process. The shiping, handling, and processing fee are non-refundable.

To receive a refund for a returned product from an ongoing product shipment (not a Web-Only Trial shipment), you must request an RMA (Returned Merchandise Authorization Number) within 30 days of the last shipment and this RMA must be written on the package in order for credit to be issued. All shipping charges are the responsibility of the customer. Although you can return product from an ongoing Pro White Club shipment, you cannot return product from the Web-Only Trial once the Web-Only Trial has elapsed and you have been billed for the product

## Terms and Conditions for Using the Information On This Site

## PLEASE READ THESE TERMS OF USE CAREFULLY BEFORE USING THIS SITE.

### Terms of Using This Site

This web site is owned and operated by Thunder Avenue, LLC (an authorized reseller of Smile Pro Direct) and contains material, which is derived in whole or in part by Thunder Avenue, LLC (an authorized reseller of Smile Pro Direct) and its partners and manufacturers. The following are terms of a legal agreement between you, the user of the website, and Thunder Avenue, LLC (an authorized reseller of Smile Pro Direct)

Yadoo
Attachment R-3

By accessing, browsing and/or using this site, you acknowledge that you have read, understood, and agree to be bound by these terms and to comply with all applicable laws and regulations. If you do not agree to these terms, do not use this Site. The material provided on this Site is protected by law, including, but not limited to, United States Copyright law, State of Arizona Law, and international treaties.

## Copyright

All Web site design, text, graphics, the selection and arrangement thereof, and all software Copyright © 2017 , Thunder Avenue, LLC (an authorized reseller of Smile Pro Direct) . ALL RIGHTS RESERVED. Permission is granted to electronically copy and to print in hard copy portions of this Web site for the sole purpose of placing an order with Thunder Avenue, LLC (an authorized reseller of Smile Pro Direct) . using this Web site as a shopping vehicle, and for purposes of consulting with a health care practitioner. Any other use of materials on this Web site-including reproduction for purposes other than noted above, modification, distribution, or replication-without the prior written permission of Thunder Avenue, LLC (an authorized reseller of Smile Pro Direct) is strictly prohibited.

## Trademark

Thunder Avenue, LLC (an authorized reseller of Smile Pro Direct) web pages, and all page headers, custom graphics and button icons are service marks, trademarks, and/or trade dress of Thunder Avenue, LLC (an authorized reseller of Smile Pro Direct) . All other trademarks, product names and company names or logos cited herein are the property of their respective owners.

## Disclaimer

THUNDER AVENUE, LLC (AN AUTHORIZED RESELLER OF SMILE PRO DIRECT) IS PROVIDING THIS SITE AND ITS CONTENTS ON AN "AS IS" BASIS AND MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND WITH RESPECT TO THIS SITE OR ITS CONTENTS. THUNDER AVENUE, LLC (AN AUTHORIZED RESELLER OF SMILE PRO DIRECT) DISCLAIMS ALL SUCH REPRESENTATIONS AND WARRANTIES, INCLUDING FOR EXAMPLE WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. IN ADDITION, THUNDER AVENUE, LLC (AN AUTHORIZED RESELLER OF SMILE PRO DIRECT) DOES NOT REPRESENT OR WARRANT THAT THE INFORMATION ACCESSIBLE VIA THIS SITE IS ACCURATE, COMPLETE OR CURRENT. PRICE AND AVAILABILITY INFORMATION IS SUBJECT TO CHANGE WITHOUT NOTICE.

## Warranties

Thunder Avenue, LLC (an authorized reseller of Smile Pro Direct) does not provide any warranties on products. Some states do not allow the exclusion or limitation of incidental or consequential damages or exclusions or limitations on the duration of implied warranties or conditions, so the above limitations or exclusions may not apply to you.

## Limitation of Liability: Purchase and Use of Products

Thunder Avenue, LLC (an authorized reseller of Smile Pro Direct) shall have no liability to you as a publisher of information, or reseller of any products or vendor services, including, without limitation, any liability for any defective products.

THUNDER AVENUE, LLC (AN AUTHORIZED RESELLER OF SMILE PRO DIRECT) MAKES NO WARRANTY, EXPRESS OR IMPLIED, WITH RESPECT TO ANY PRODUCTS OR SERVICES SOLD, INCLUDING ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

## Warning

We will try to place the proper warnings and product interactions throughout this web site, but inevitably we will fail to cover all subject matter. That is why it is imperative that you speak with your dental and primary health care practitioner before buying or using products sold by Thunder Avenue, LLC (an authorized reseller of Smile Pro Direct) or any other company. Each person is different, and the way each person reacts to a particular product may be significantly different from each another. YOU SHOULD ALWAYS SEEK THE ADVICE OF A DENTAL PRACTITIONER BEFORE USING ANY TOOTH WHITENING PRODUCT AND YOU SHOULD ALWAYS INFORM YOUR PHARMACY AND PHYSICIAN OF ITS USE.

## Use of this Site

Except as specifically stated on this site, neither Thunder Avenue, LLC (an authorized reseller of Smile Pro Direct) nor any of its directors, employees or other representatives will be liable for damages arising out of or in connection with the use of this site. This is a comprehensive limitation of liability that applies to all damages of any kind, including (without limitation) compensatory, direct, indirect or consequential damages, loss of data, income or profit, loss of damage to property and claims of third parties.

We do not warrant and shall have no liability regarding information provided in this site regarding recommendations for any and all dental health purposes.

## SMS, Wireless and Other Mobile Offerings

Some of the services that we provide will result in sending an SMS, wireless or other mobile offering to your cell phone. These



should be obvious in the context of the offering at the time you sign up. By signing up, you are agreeing to receive these mobile offerings. You understand that your wireless carrier's standard rates apply to these messages. To unsubscribe or discontinue SMS messages, send "STOP", "END", "QUIT" to the SMS text message you have received. This process impacts only the future delivery of the particular SMS message offering, so you must send that message for each offering. This will not affect offerings sent on behalf of third parties.

## Other

This agreement shall be governed by and construed in accordance with the laws of the State of Arizona without regard to choice of law rules. If any provision of this agreement shall be unlawful, void, of for any reason unenforceable, then that provision shall be deemed severable from this agreement and shall not affect the validity and enforceability of any remaining provisions. This is the entire agreement between the parties relating to the subject matter herein and shall not be modified except in writing, signed by both parties.

## Contacting the Web Site

If you have any questions about the practices of this site or your dealings with this Web site, you can contact customerservice@SmileProBrands.com or call us Toll Free at 866-441-5234 / 08712847543 with any suggestions! Our Customer Service Team is available 24 hours, 7 days a week.

---

Close Window

PX7

Declaration of Christopher Hundycz

FTC Visual Information Specialist

## DECLARATION OF CHRISTOPHER HUNDYCZ
### Pursuant to 28 U.S.C. §1746

I, Christopher Hundycz, have personal knowledge of the facts set forth below.  If called as a witness, I could and would testify as follows:

1.      I am over 18 years of age and am employed by the Federal Trade Commission ("FTC") as a Visual Information Specialist in the FTC's Bureau of Consumer Protection ("BCP"), and specifically in its Consumer and Business Education Office.  My work address is 600 Pennsylvania Ave., N.W., Washington, D.C. 20580.

2.      I hold an Associate's Degree in Liberal Arts from Danville Community College and graduated with a Bachelors in Science for Information Science and Systems from Radford University in May, 2010.

3.      I have worked for the FTC as a Visual Information Specialist since September 2010. In this capacity, I work on and maintain the FTC's consumer and business facing websites.  I also assist trial attorneys and investigators within BCP with IT services such as domain registry management and web development tasks.

4.      In my capacity as a Visual Information Specialist at the FTC, I was assigned to work on the matter *FTC v. RevMountain, LLC, et al.*, in January, 2017.

5.      On January 26th, 2017, FTC attorney Sarah Waldrop asked me to create a working copy of a website for a company called Smile Pro Direct, which sold teeth whitening products.  In other words, I was asked to recreate the Smile Pro Direct website and make it interactive.  I will refer to the Smile Pro Direct website I recreated as the "Test Website."

6.      I created the Test Website by using the programs Snagit and Camtasia in a computer lab with external internet connections and various IP addresses that allow us to browse websites.

7.      Snagit allows me to download a website's code, including a website's html,

1

javascript, stylesheets and images. It also allows me to save the code locally to a computer or network for use offline. From my understanding, Snagit cannot download certain server side scripts and processes from the website servers themselves. Scripts, which are sets of instructions telling the server what to do, enable websites to, among other things, process online transactions.

8.      Crystal Ostrum, an FTC investigator, completed an online buy on the Smile Pro Direct website on March, 9th, 2017. I sat with her while she did this and used Snagit to download the website's code on each page. I was able to see how the Smile Pro Direct website looks and responds when a user submits credit card and personal information for payment. I was then able to fill in the gaps the missing scripts created by writing the code necessary to mimic the way the online payment processing and card authentication pages look.

9.      The Test Website was a dummy site, however, meaning a user could not complete an online transaction on it because the Test Website was unable to process or charge credit cards. Accordingly, I modified the Test Website, though use of appropriate code, to mimic these effects and allow users to experience the complete online checkout process. This was the only modification I performed to the Test Website.

10.      I created the Test Site to function exactly the same way as the Smile Pro Direct website I observed during Ms. Ostrum's purchase. The only differences between the Test Website and the Smile Pro Direct Website are that the Test Website site does not actually create an order, internet connection, database connection, or charge.

11.      Before I finalized the Test Website, Dr. Florian Schaub, a human-computer interaction expert, compared it to videos and snapshots of defendants' websites which were provided to him by the FTC case team. Dr. Schaub spoke with me about his observations. I made some corrections to the Test Website based on Dr. Schaub's review and comparison.

12.      Creating the Test Website took about two months to complete.

2

13.     A true and correct recording of an interaction with the Test Website is attached to my declaration as Attachment A.

14.     True and correct copies of snapshots of the Test Website's landing page, billing information page, processing order pages, complete checkout page, and transaction confirmation page are attached to my declaration as Attachments B, C, D, E, and F.

15.     When I finished creating the Test Website and it operated as it does online, I placed a copy of it on a shared drive used by the *FTC v. RevMountain, LLC, et al.* case team so that the team members would be able to access it.

16.     My understanding is that the case team sent a copy of the completed Test Website to Florian Schaub via Accellion, a secure file transfer service used by the FTC.

17.     I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, DC, this __11th__ day of __July__ 2017.

Christopher Hundycz

PX7

Hundycz Attachment A

Smile Pro Direct/Action Pro White Website Video

Attachment filed in native format on disc



PX7

Hundycz Attachment B

Landing Page Screenshot

**Attachment B – Landing Page:**



PX7

Hundycz Attachment C

Payment Page Screenshot

## Attachment C – Payment Page:



*Smile Pro Direct*

SHIPPING INFO — FINISHING ORDER — CONFIRMATION

 Internet Exclusive Offer

**Great Job ! You are taking your first step towards a whiter smile. Act now so you do not miss out on this offer!**



### Smile Pro Direct Trial

**Price**      **$1.03**

TOTAL      $1.03 + S&P

 

## CONFIRM YOUR EXLUSIVE TRIAL NOW!

### FINAL STEP
#### PAYMENT INFORMATION

 

Card Type:   Visa    ▾

Name On Card:   John Doe

Credit Card #:   1234567812345678

       Card number required

Exp. Date:   7   ▾   2017   ▾

CW2:   123      What is this?

### COMPLETE CHECKOUT

**Clicking the Order Button indicates acceptance of terms**

Risk-Free Trial Terms and Conditions. 1 You must be 18 years old or older to participate in this Risk Free Trial. 2 You must use your own credit card or debit card. 3 Start your Risk Free Trial now to receive a trial supply of Smile Pro Direct. You simply invest $1.03 plus a S&P fee of up to $3.87, to evaluate this great teeth whitening product for yourself. 4 Your credit card will be charged the selected S&P charge above. 5 If Smile Pro Direct is not right for you call 1-866-221-1656 within 8 days from your order date to cancel your trial and you owe nothing more. 6 By participating in the Risk Free Trial you are getting the rate of $94.31 a discount of 40% off of the normal retail price and you will be responsible for taking affirmative action during the Risk Free Trial period to avoid further charges outlined in How the Offer Works. 7 By clicking on the button to the right, you are agreeing to the terms and conditions in **How the Offer Works** including the **Arbitration and Waiver of Class Actions** section. 8 You may call 1-866-221-1656 anytime to contact customer service regarding your shipment.

**ABOUT | FAQS | PRIVACY POLICY | RETURN POLICY | CONTACT US**

FOR CUSTOMER ASSISTANCE PLEASE CALL: 1-866-221-1656
24 HOURS 7 DAYS A WEEK
LIVE SUPPORT 24/7

PLEASE READ THE **TERMS AND CONDITIONS** OF USING THIS SITE.
ALL MATERIAL AT THIS SITE © 2017 SMILE PRO DIRECT

PX7

Hundycz Attachment D

Processing Screenshots

**Attachment D – Processing Order Screens:**

PX7

Hundycz Attachment E

Second Complete Checkout Page Screenshot

**Attachment E – Second Complete Checkout page**

*Smile Pro Direct*    To view your receipt

# COMPLETE YOUR ACTION PRO WHITE ORDER!

Customers that purchased Smile Pro Direct also purchased Action Pro White!



Online Only Limited Offer

MAXIMIZE YOUR RESULTS
WITH
**ACTION PRO WHITE**
Add a RISK-FREE TRIAL bottle
Just Pay
**$1.03 + S&P**



How the Offer Works · How the Offer Works · Arbitration and Waiver of Class Actions



## Complete Checkout >>

By clicking above I affirm that I am at least 18 years of age and agree to the Terms.

We Care About Your Privacy

PX7

Hundycz Attachment F

Invoice Page Screenshot

**Attachment F – Invoice Page:**



*Smile Pro Direct*

1-877-230-5694

All charges associated with this transaction will appear on your credit card as:

**Prowhite8772818914**

Las Vegas, NV 89128, USA

***Thank you for ordering your trial of Action Pro White Skin Care!***

Your order number is:



Your order has been sent to our fulfillment center and will ship within 1-2 business days.

Please allow up to 24 hours to receive your Order Confirmation via email.

Trial Price:  $1.03

Shipping Price:  $3.87

Tax:  $0.00

**Total:  $1.03 (Trial) + $3.87 (Shipping)**

**Billing Information**                    **Shipping Information**

Please keep this invoice for your records.

Charges will be shown on your credit card statement in local currency.

**About | Prevention | FAQs | Privacy Policy | Return Policy | Contact Us**

For Customer Assistance please call: 1-877-230-5694
24 Hours / 7 Days a Week
Live Support 24/7

All Material at this site © 2017 Action Pro White   Please read the *Terms and Conditions* of Using this Site.

Notice: Action Pro White is not responsible for any third-party offers, incentives, fulfillment or representations that may have been used to direct you to order from our site.

PX8

Declaration of Andrew Chen

Visa Inc.

1

2

3

4

5          UNITED STATES DISTRICT COURT

6              DISTRICT OF NEVADA

7   FEDERAL TRADE COMMISSION,

8              Plaintiff,                    **DECLARATION OF ANDREW
                                             CHEN PURSUANT TO
9       v.                                   28 U.S.C. § 1746**

10  REVMOUNTAIN, LLC, *et al.*,

11             Defendants.

12      1.      I, Andrew Chen, hereby state that I have personal knowledge of the

13  matters and facts set forth in this declaration and, if called upon to testify, I could

14  and would testify as follows:

15      2.      I make this declaration for submission in the above captioned matter. I

16  have been employed by Visa U.S.A. Inc. since August 28, 2000. Visa U.S.A. Inc.

17  is a wholly-owned subsidiary of Visa Inc., a Delaware stock corporation

18  headquartered in San Francisco, California ("Visa Inc." and, together with its

19  subsidiaries, "Visa").

20

DECLARATION OF ANDREW CHEN

3.      I have been the Head of Global Acceptance Risk Policy and Strategy since July 2015. Prior to that, I was a Business Leader for Visa's U.S. Acceptance Risk team beginning on March 16, 2010. As part of my responsibilities, I oversee the implementation of the Visa Chargeback Monitoring Program ("VCMP") globally, and I am familiar with Visa's business practices, procedures, and records. The following information pertains to the period beginning on March 16, 2010, when I became a Business Leader for Visa's U.S. Acceptance Risk team, to the present. I have been designated by Visa to provide this information, and I am stating information known or reasonably available to Visa.

4.      Visa is a global payment technology company, providing processing services to thousands of financial institutions for credit, debit, and prepaid payment transactions. Visa owns and manages the Visa brand, which provides the assurance of acceptance at millions of merchant outlets and approximately 2 million ATMs in more than 200 countries and territories worldwide. Visa processes electronic payment transactions over its network, VisaNet.  Visa also supports and enhances its brand with advertising, marketing, and sponsorships.

5.      Visa's financial institution clients issue payment cards to consumers and others under Visa's trademark, and each financial institution that issues Visa-branded cards independently determines the terms and conditions of credit extensions, the number of cards to issue, and the interest rates and fees to charge

1  cardholders, among other things. These financial institutions are known as

2  "issuers" or "issuing banks."

3      6.      Visa's financial institution clients also contract with merchants who

4  want to accept Visa-branded payment cards to pay for sales the merchants

5  generate. The financial institutions that do so then "acquire" the sales transactions

6  that their merchants generate with Visa-branded cards. These financial institutions

7  are known as "acquirers," "acquiring banks" or "merchant banks."

8                **Visa Chargeback Monitoring Program ("VCMP")**

9      8.      Visa's Acceptance Risk Group manages, among other things, the

10  VCMP and its predecessors the Merchant Chargeback Monitoring Program and the

11  Global Merchant Chargeback Monitoring Program. Visa implemented the VCMP,

12  and its predecessors, to monitor the sales and chargeback rates of U.S. merchants

13  and to respond with corrective measures when a merchant is found to have

14  excessive chargeback activity, as explained below.

15      9.      A "chargeback" is a transaction that an issuer returns to an acquirer. A

16  chargeback typically occurs when a cardholder contacts his or her issuing bank to

17  dispute a charge appearing on the cardholder's account statement and the issuing

18  bank charges that amount back to the acquiring bank. For instance, a cardholder

19  might seek a chargeback of what he or she believes is an unauthorized charge.

20  Chargebacks can also occur for operational reasons that do not require a cardholder

1   dispute. Subject to certain rights of representment by the acquiring bank and,

2   ultimately, arbitration between the financial institutions, acquiring banks are liable

3   under the Visa rules to the issuing bank for successful chargebacks. Accordingly,

4   Visa transfers the chargeback amount from the acquiring bank to the issuing bank

5   when an issuing bank makes a successful chargeback.

6        10.    U.S. merchants are identified in the VCMP when the following two

7   conditions are met in the previous calendar month: (1) they have at least 100

8   chargebacks and (2) they have a chargeback rate of at least 1%. The chargeback

9   rate is calculated as a ratio. The numerator is the number of transactions through

10   the VisaNet system in a particular month that are first charged back to the

11   acquiring bank with respect to a particular merchant. The denominator is the total

12   number of sales transactions charged through the VisaNet system by the merchant

13   during the preceding month. The threshold level to trigger the VCMP is a 1%

14   chargeback rate. VCMP monitors the domestic and international chargeback and

15   sales activity. Visa launched the VCMP in January 2016 and sunset the legacy

16   chargeback programs described further below.

17        11.    Prior to January 2016 in the U.S., Visa operated the Merchant

18   Chargeback Monitoring Program ("MCMP") and the Global Merchant Chargeback

19   Monitoring Program ("GMCMP"). Collectively, these two programs were the

20   legacy chargeback programs. The MCMP monitored a U.S. merchant's domestic

DECLARATION OF ANDREW CHEN
Page 4 of 9

1   and international chargeback and sales activity.  It identified merchants when the

2   following three conditions were met in the previous calendar month: (1) they had

3   at least 100 sales transactions; (2) they had at least 100 chargebacks; and (3) they

4   had a chargeback rate of at least 1%. The GMCMP monitored a U.S. merchant's

5   international chargeback and sales activity only and identified U.S. merchants

6   when the following three conditions were met in the previous calendar month:

7   (1) they had at least 200 international sales transactions; (2) they had at least 200

8   chargebacks on international transactions; and (3) they had a chargeback rate of at

9   least 2% on international transactions. The chargeback rate for both the MCMP

10  and GMCMP was calculated as a ratio in the manner described in paragraph 10.

11          12.     When a merchant's sales and chargeback activity exceeds the VCMP

12  conditions in the previous month, the Acceptance Risk Group contacts the

13  merchant's acquiring bank and informs the bank that the chargeback ratio must be

14  reduced. If the merchant's chargeback ratio continues to meet or exceed 1% in

15  successive months and the chargeback count meets or exceeds 100, Visa employs

16  an escalating set of responses ranging from ordering the creation of a Chargeback

17  Reduction Plan, to imposing fees on the acquirer, to disqualifying the merchant

18  from participating in the Visa payment system.  This process was similar for

19  merchants whose sales and chargeback activity exceeded the MCMP and GMCMP

20  conditions described in paragraph 11.

13.     Based on my experience managing Visa's chargeback monitoring programs from March 16, 2010 through the present, merchant chargeback rates of 1% and higher can be an indication of a problem involving the merchant, including unauthorized charges to a cardholder's account and deceptive marketing practices, such as incorrect statements regarding an offer or a failure to disclose clearly and conspicuously the terms and conditions of an offer.

14.     It has been Visa's experience that some merchants have learned how to evade detection of high chargebacks, thereby avoiding having to comply with VCMP requirements relating to reducing chargeback rates.

15.     For instance, merchants and their payment processors sometimes lower the risk of detection by using dynamic descriptors and load-balancing.  In some cases, the merchant's payment processor can rotate billing descriptors on a sale-by-sale basis, thereby reducing the chargebacks associated with any particular billing descriptor.  If a merchant or payment processor uses this technique, then we say that the merchant is using dynamic descriptors.  Merchants and payment processors may use dynamic descriptors to load balance sales across multiple descriptors and merchant accounts and thereby may lessen the risk of exceeding the 1% chargeback threshold and avoid being identified in the VCMP.

16.     Moreover, merchants selling products may structure the sales transaction so that it assesses multiple charges of greatly differing amounts against

1  cardholders' accounts to increase the overall number of sales transactions.  In

2  Visa's experience, merchants wishing to structure sales in this manner often do so

3  by charging consumers for: (1) a "primary product" at a relatively high amount

4  (such as $59.95) and (2) one or more secondary products (often termed "upsells")

5  or shipping fees at a much lower amount (such as $2.95 and $7.95).

6       17.    This can have at least two effects.  First, the multiple charges greatly

7  increase the denominator in Visa's chargeback ratio formula.  Second, even if

8  cardholders perceive that all of the merchant's charges were unauthorized, in

9  Visa's experience cardholders are less likely to seek a chargeback for the much

10  smaller charges because of the time and effort it takes to do so.

11       18.    For example, a merchant might structure a transaction with a primary

12  product at $59.95 and two upsells at $2.95 and $7.95. If, as in Visa's experience

13  often happens, the consumer only seeks a chargeback for the higher amount and

14  overlooks the two smaller amounts, the Visa system will show three sales but only

15  one chargeback for that merchant.  This is true even if the issuer independently

16  refunds a cardholder for the two smaller charges.

17       19.    Thus, by selling a primary product at a high price and one or more

18  upsells at much lower prices, a merchant can greatly increase its total number of

19  sales without increasing the number of chargebacks, thereby increasing the

20  likelihood that it may be able to keep its chargeback ratio below the 1% threshold.

DECLARATION OF ANDREW CHEN
Page 7 of 9

20.     Visa is aware that merchants also occasionally attempt to use prepaid cards to process small transactions involving their own products or services. Such small "purchases" can increase the overall number of transactions the merchants have in a given month, thereby artificially lowering the chargeback rates.

21.     Visa is also aware that some merchants avoid detection by opening new merchant accounts with acquirer banks using entirely different company names. These merchants will set up new corporations or limited liability companies to act as "fronts" to obtain new merchant accounts to continue processing the merchant's sales.

22.     Identifying deceptive conduct by merchants trying to avoid the VCMP is challenging, but Visa continuously reviews and monitors problematic merchant activity and works with its financial institution clients to try and identify such merchants.

23.     Based on my experience managing Visa's chargeback monitoring programs from March 16, 2010 through the present, merchants that deliberately attempt to evade the VCMP through the tactics specified above may also be merchants that place unauthorized charges on cardholders' credit card statements, use false statements to sell their products, or fail to disclose clearly and conspicuously the terms and conditions of an offer.

DECLARATION OF ANDREW CHEN
Page 8 of 9

1     24.   I declare under penalty of perjury that the foregoing is true and

2  correct.

3     Executed this _20_ day of July, 2017.

4

5                                                    _____

6                                                    Andrew Chen

7

8

9

10

11

12

13

14

15

16

17

18

19

20