# PX9

## Regus Attachment Q

## Spruce River Account Documents

# Online Virtual Office Agreement

Agreement Date : July 27, 2015        Confirmation No : 6420011

| Business Center Details | | Client Details | |
|---|---|---|---|
| **NV, Las Vegas - Town Square** | | Company Name | Spruce River LLC |
| Address | 6671 S. Las Vegas Blvd. | Contact Name | Megan Goodman-Arndt |
| | Building D, Suite 210 | | |
| | Las Vegas | Address | 2011 Cherry Street |
| | Nevada | | Suite 202 |
| | 89119 | | Louisville |
| | United States of America | | Colorado |
| | | | 80027 |
| Sales Manager | Jason Simpson | | United States of America |
| | | Phone | +1 303-835-7410 |
| | | Email | megan@bluerocketbrands.com |

## Virtual Office Payment Details (exc. tax and exc. services)

### Virtual Office Type : Mailbox Plus

| Initial Payment | First month's fee : | $ 12.77 |
|---|---|---|
| | One Time Registration Fee : | $ 49.00 |
| | Service Retainer : | $ 198.00 |
| | Total Initial Payment : | $ 259.77 |
| Monthly Payment : | Total Monthly Payment : | $ 99.00 |

| Service Provision : | Start Date | July 28, 2015 | End Date | July 31, 2016 |
|---|---|---|---|---|

All agreements end on the last calendar day of the month.

## Terms and Conditions

We are Regus Management Group, LLC, the "Provider". This Agreement incorporates our terms of business set out on the attached Terms and Conditions and House Rules which you confirm you have read and understood. We both agree to comply with those terms and our obligations as set out in them. This agreement is binding from the agreement date and may not be terminated once it is made, except in accordance with its terms. Note that the Agreement does not come to an end automatically. See "Cancellation" section of your terms and conditions.

AGREEMENT TO ARBITRATE; CLASS ACTION WAIVER: Any dispute or claim relating in any way to this agreement shall be resolved by binding arbitration administered by the American Arbitration Association in accord with its Commercial Arbitration Rules (available at www.adr.org), except that you or the Provider may assert claims in small claims court and the Client and the Provider may pursue court actions to remove you, or prevent your removal, from the Center if you do not leave when this agreement terminates. The arbitrator shall have exclusive authority to resolve any dispute relating to the interpretation, applicability, enforceability, or formation of this agreement. The arbitrator shall not conduct arbitration as a class or representative action. The Client and the Provider acknowledge that this agreement is a transaction in interstate commerce governed by the Federal Arbitration Act. The Client and the Provider agree to waive any right to pursue any dispute relating to this agreement in any class, private attorney general, or other representative action.

☑  **I accept the terms and conditions**          Download the terms and conditions

Download the house rules

☐  **We and our preferred partners would like to keep you informed of the latest product news, special offers and other marketing information. If you would like to receive this information then select this box.**

## Confirm by typing your name in the box below

Name :   Megan Goodman-Arndt          on behalf of Spruce River LLC          **Signed on**
**July 27, 2015**

**I confirm these details are correct to the best of my knowledge**

## Payment Details

Card Type : Visa
Name on Card : Wave Rock, LLC          ☑ I authorise the Provider to debit my credit card for the total initial payment above
Card Number : **** **** **** 3043          plus applicable TAX/VAT and for all future charges incurred thereafter, unless
Expiry Date : 06 16          another form of payment is provided.

This website is secure. Your personal details are protected at all times.          Print Agreement

Copyright ©Regus Group Companies 2008. All rights reserved.
Reproduction in whole or in part in any form or medium without express written permission of Regus plc is prohibited.

# Regus

## Virtual Office Agreement

| | | | |
|---|---|---|---|
| Agreement Date (optional): | 08 September 2015 | Reference No.: | 6420011 |

| Business Centre Address: | | Client Address (not a Regus Centre Address): | |
|---|---|---|---|
| Town Square Center 2165 | | Company Name: | Spruce River LLC |
| 6671 Las Vegas Blvd. S. | | Contact Name: | Megan Goodman-Arndt |
| Suite 210 | | Address: | 2011 Cherry Street, Suite 202 |
| Las Vegas, NV 89119 | | Address: | Louisville, CO 80027 |
| USA | | Phone & Email: | megan@bluerocketbrands.com 303-835-7410 |

### Payment Details:

**Standard Virtual Office**

| Initial Payment | | | | |
|---|---|---|---|---|
| | First Month's Fee | | 249.00 | USD |
| | One Time Registration Fee | | | USD |
| | Service Retainer | 2 | 498.00 | USD |
| | Total Initial Payment | | 747.00 | USD |

| Monthly Payment: | | 249.00 | USD |
|---|---|---|---|

| Length of agreement | Start Date | Sept. 9th, 2015 | End Date | July 31st, 2016 |
|---|---|---|---|---|

*All agreements end on the last calendar day of the month.

**Comments:**
On 9/9/15 the Client will upgrade their Virtual Office from a Mailbox Plus to a Standard Virtual Office. The new monthly price will go from $99 to $249. The retainer on file is $198 and a top-up retainer of $300 is required.

We are Regus Management Group, LLC. ("Regus"). This Agreement incorporates our terms of business set out in attached terms and conditions which you confirm you have read and understood. We both agree to comply with those terms and our obligations as set out in them. This agreement is binding from the agreement date and may not be terminated once it is made, except in accordance with its terms. Note that the Agreement does not come to an end automatically. See "Bringing your Agreement to an end".

| Name (printed): | Stelios Cebver | Name (printed): | Kelly Bleterman |
|---|---|---|---|
| Title (printed): | Vice President | Title (printed): | General Manager |
| Date: | 9-9-12 | Date: | September 8, 2015 |

SIGNED on your behalf (Client)   SIGNED on our behalf (REGUS)

☐ We would like to keep you informed of the latest product news, special offers and other marketing information from preferred partners.
If you would like to receive this information then select this box.

**United States Postal Service®**
## Application for Delivery of Mail Through Agent
See Privacy Act Statement on Reverse

| 1. Date |
|---|
| 7/30/15 |

In consideration of delivery of my or our (firm) mail to the agent named below, the addressee and agent agree: (1) the addressee or the agent must not file a change of address order with the Postal Service™ upon termination of the agency relationship; (2) the transfer of mail to another address is the responsibility of the addressee and the agent; (3) all mail delivered to the agency under this authorization must be prepaid with new postage when redeposited in the mails; (4) upon request the agent must provide to the Postal Service all addresses to which the agency transfers mail; and (5) when any information required on this form changes or becomes obsolete, the addressee(s) must file a revised application with the Commercial Mail Receiving Agency (CMRA).

NOTE: The applicant must execute this form in duplicate in the presence of the agent, his or her authorized employee, or a notary public. The agent provides the original completed signed PS Form 1583 to the Postal Service and retains a duplicate completed signed copy at the CMRA business location. The CMRA copy of PS Form PS 1583 must at all times be available for examination by the postmaster (or designee) and the Postal Inspection Service. The addressee and the agent agree to comply with all applicable Postal Service rules and regulations relative to delivery of mail through an agent. Failure to comply will subject the agency to withholding of mail from delivery until corrective action is taken.

This application may be subject to verification procedures by the Postal Service to confirm that the applicant resides or conducts business at the home or business address listed in boxes 7 or 10, and that the identification listed in box 8 is valid.

| 2. Name in Which Applicant's Mail Will be Received for Delivery to Agent. (Complete a separate PS Form 1583 for EACH applicant. Spouses may complete and sign one PS Form 1583. Two items of valid identification apply to each spouse. Include dissimilar information for either spouse in appropriate box.) Spruce River, LLC | 3a. Address to be Used for Delivery (Include PMB or # sign.) 6671 S. Las Vegas Blvd, Bldg D, Ste 210 |
|---|---|
| | 3b. City Las Vegas  3c. State NV  3d. ZIP+4 89119 |
| 4. Applicant authorizes delivery to and in care of: | 5. This authorization is extended to include restricted delivery mail for the undersigned(s): |
| a. Name Regus Management Group | |
| b. Address (No., street, apt./ste. no) 6671 Las Vegas Blvd Bldg D, Ste. 210 | |
| c. City Las Vegas  d. State NV  e. ZIP+4 89119 | |
| 6. Name of Applicant Jaime Hayden | 7a. Applicant Home Address (No., street, apt./ste. no) |
| 8. Two types of identification are required. One must contain a photograph of the addressee(s). Social Security cards, credit cards, and birth certificates are unacceptable as identification. The agent must write in identifying information. Subject to verification. | 7b. City Louisville  7c. State CO  7d. ZIP+4 80027 |
| a. DL # — ███████ | 7e. Applicant Telephone Number (include area code) |
| | 9. Name of Firm or Corporation. Spruce River, LLC |
| b. Passport # — ████████ | 10a. Business Address (No., street, apt./ste. no) 6671 S. Las Vegas Blvd, Bldg D, Ste 210 |
| Acceptable identification includes: valid driver's license or state non-driver's identification card; armed forces, government, university, or recognized corporate identification card; passport, alien registration card or certificate of naturalization; current lease, mortgage or Deed of Trust; voter or vehicle registration card; or a home or vehicle insurance policy. A photocopy of your identification may be retained by agent for verification. | 10b. City Las Vegas  10c. State NV  10d. ZIP+4 89119 |
| | 10e. Business Telephone Number (include area code) |
| | 11. Type of Business Ecommerce |
| 12. If applicant is a firm, name each member whose mail is to be delivered. (All names listed must have verifiable identification. A guardian must list the names of minors receiving mail at their delivery address.) | |

| 13. If a CORPORATION, Give Names and Addresses of its Officers. Jaime Hayden, Manager  Louisville, CO 80027 | 14. If business name (corporation or trade name) has been registered, give name of county and state, and date of registration. Spruce River, LLC  Nevada  July/Aug 2015 |
|---|---|
| Warning: The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil penalties). | |
| 15. Signature of Agent/Notary Public: | 16. Signature of Applicant (If firm or corporation, application must be signed by officer. Show title.) |

PS Form **1583**, December 2004 (Page 1 of 2) (7530-01-000-9365)                    This form on Internet at www.usps.com®

PX9

Regus Attachment R

University & Folsom Account Documents

## NEW CLIENT INFORMATION:

| | |
|---|---|
| **Company Name:** | University & Folsom |
| **Clients Name(s):** | Marnie Baesler |
| **Office Number(s):** | Virtual Office |
| **Main Number(s):** | 720-895-1414 |
| **Voice Mail Number(s):** | All calls to vm for now<br>1414 |
| **Client Code:** | 65732 |
| **People Soft Number:** | 265732 |
| **Email Address:** | mamathajane@yahoo.com |
| **Mailbox#** | 32 |

2/8hrs conference

24576-206581

Dear Marnie,

Thank you for your Virtual Office purchase. Your online
Regus reference number is 080326-YH80.
A Regus representative will be in touch with you shortly
to review the details of your agreement, such as:

- The start date, length of term and location of your
  Virtual Office purchase
- The final price and payment terms of your Virtual Office
  purchase
- Answer any questions you may have about the product and/or
  the location

Please review your personal information and the details of
your purchase below.

Your card will be charged in the local currency of your
Virtual Office location, after a representative contacts
you to reviews your details.

PERSONAL INFORMATION
Title: Ms.
First name: Marnie
Last name: Baesler
Job title: President
Company: University and Folsom, LLC
E-mail: marnathajane@yahoo.com
Phone: 303-888-8924
Street address 1: 6260 Lookout Rd
Street address 2:
City: Boulder
State: Colorado
ZIP/postal code: 80301
Country: United States

PURCHASE DETAILS
Regus online reference number: 080326-YH80
Requested location: Colorado, Englewood - Meridian
Location details:
http://www.regus.com/locations/US/CO/Englewood/ColoradoEnglewoodMeridian.ht
m
Product: Virtual Office (12 month)
Term start date: Friday, March 28, 2008
Length of term: 12 months

Payment method: Credit/debit card
Purchase order number or Broker/agent name:

Quoted currency: US Dollar

Quoted monthly price: USD200.00
Quoted discount: USD0.00
Quoted setup fee: USD99.00
Quoted retainer fee: USD200.00
Quoted first month: USD499.00

Quoted prices above exclude local tax. The quote above is
only an indication of the service price. Once a Regus
representative contacts you to set up your service, you
will then be billed in the local currency of your Virtual
Office location, with local sales taxes included.

IF YOU PLACED YOUR ORDER USING A CREDIT CARD, PLEASE FOLLOW
THESE TWO STEPS IN ORDER TO ACTIVATE YOUR ACCOUNT:

1. Click on the link below (or copy and paste the URL to the
address field of your browser) to download our credit card
authorization form, which is required in order to set up your
service:
http://www.regus.com/assets/en-US/help/VOPayAuthorizationRegus.pdf

2. In order to ensure a secure transaction, to establish your
identity, and for fraud-prevention, we must obtain a copy of
your credit card and picture identification. You can provide
this documentation to us in person or via fax. For additional
security, please feel free to strike all of the numbers on your
credit card, except the last four digits. Please note: The name
on the credit card must match the name on the ID, as well as
the name on the agreement. In providing this information to
Regus, you consent to our use of it for this purpose.

NOTE: If you are purchasing our Mailbox Plus product at a U.S.
business center, the center will provide you with a United
States Postal Service form 1583, which is required in order to
begin your mail services. You can provide this documentation
to us in person or via fax.

Your privacy is our priority:
http://www.regus.com/assets/help/PrivacyPolicy.pdf

QUESTIONS?
We're always available to help if you have questions about any
of our products. However, please do not respond to this e-mail.
Instead, call us from within the United States toll-free at
888 271 4615 or from outside the U.S. at +1 972 776 5350 to
talk to a Regus representative, or contact us online at:
https://www.regus.com/contactus/default.htm

Regards,

Regus Attachment R-3

**Dani Hunt**

| | |
|---|---|
| **From:** | Abby Hawkins [abby@convertismarketing.com] |
| **Sent:** | Thursday, April 18, 2013 10:00 AM |
| **To:** | Dani Hunt |
| **Subject:** | RE: Update contact information for University & Folsom Virtual Office in Englewood, CO |

Hi Dani,

I apologize, it has been a little hectic here since Marnie left.

Yes please update me as the contact for the account, my phone number is 303-218-6620 and my title is controller

Thank you!
Abby Hawkins

**From:** Dani Hunt [mailto:dani.hunt@regus.com]
**Sent:** Thursday, April 18, 2013 9:41 AM
**To:** abby@convertismarketing.com
**Subject:** FW: Update contact information for University & Folsom Virtual Office in Englewood, CO

Good Morning Abby,

I hadn't heard back and am following up with you on my request to update the contact info for University & Folsom.

Please let me know if you have any questions or concerns.

Thank you,

Dani Hunt
Client Service Representative II
Regus
9800 Mt Pyramid Ct, Suite 400, Englewood, Colorado, 80112 USA
T +1 720-895-1900 F +1 720-895-1999 D +1 720-895-1337
dani.hunt@regus.com
www.regus.com

  Booking a meeting room
has never been so easy

1500 locations. 600 Cities. 100 Countries

1

**From:** Dani Hunt
**Sent:** Tuesday, April 16, 2013 3:27 PM
**To:** 'abby@convertismarketing.com'
**Subject:** Update contact information for University & Folsom Virtual Office in Englewood, CO

Hi Abby,

Taree gave me your email as the contact person for the above reference virtual office. Could I get your title and a phone number for our system?

Also please do not hesitate to contact me if you should have any questions or concerns yourself.

Thank you,

Dani Hunt
Client Service Representative II
Regus
9800 Mt Pyramid Ct, Suite 400, Englewood, Colorado, 80112 USA
T +1 720-895-1900 F +1 720-895-1999 D +1 720-895-1337
dani.hunt@regus.com
www.regus.com

 Booking a meeting room has never been so easy 

1500 locations  600 Cities  100 Countries

*************************************************************
The information in this email is confidential and may be privileged.
If you are not the intended recipient, please destroy this message
and notify the sender immediately.
Regus PLC, 26, Boulevard Royal, L-2449 Luxembourg
*************************************************************

_____ Information from ESET NOD32 Antivirus, version of virus signature database 8242 (20130418)
_____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com

Regus Attachment R-5

_____ Information from ESET NOD32 Antivirus, version of virus signature database 8242 (20130418)

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com

3

**Kimberly Morris**

| | |
|---|---|
| **From:** | Kimberly Morris |
| **Sent:** | Friday, March 07, 2014 6:32 PM |
| **To:** | 'abby@convertismarketing.com' |
| **Cc:** | Margo Kelly |
| **Subject:** | URGENT - payment overdue for March - services will be suspended on Monday, March 10th - collection pending |

**Importance:** High

| **Tracking:** | **Recipient** | **Delivery** |
|---|---|---|
| | 'abby@convertismarketing.com' | |
| | Margo Kelly | Delivered: 3/7/2014 6:56 PM |

Hi Abby,

Margo has been trying to reach out to you via email and phone. Regrettably, the VISA credit card on file for Blair McNea ending in #8756, Exp. 04/2014 is being declined after multiple attempts.

We have sent you a payment link 3 times which you can make a one-time payment on. You can update and remove your old card on the Regus client portal www.myregus.com by registering (need to acknowledge in your email once you register) and then go back in to card management.

Services will be suspended as of close of business Monday, March 10th and this file will be referred to a collection agency within 10 days thereafter. We sincerely hope to avoid that as you have been a long-term client.

Don't hesitate to call us or stop in for help.

Thank you.

Best regards,

Kim

Kim Morris
General Manager
Regus
9800 MT Pyramid Court Suite 400, Englewood CO 80112, USA
T +1 720 895 1350 F +1 720 895 1999 M +1 720 895 1900 E kim.morris@regus.com
www.regus.com

  **Booking a meeting room has never been so easy**

1500 locations. 600 Cities. 100 Countries.

1

**Kimberly Morris**

| | |
|---|---|
| **From:** | Kimberly Morris |
| **Sent:** | Tuesday, August 19, 2014 6:30 PM |
| **To:** | 'Danielle Foss' |
| **Cc:** | Tamara Wattenberg; Maria Roberti |
| **Subject:** | RE: Hello and additional mail being received on your account under different names ~ Dental Pro Direct and Spark Whitening |

Thanks for the clarification, Danielle. We will add you to the account also.

**From:** Danielle Foss [mailto:danielle@bluerocketbrands.com]
**Sent:** Tuesday, August 19, 2014 6:22 PM
**To:** Kimberly Morris; abby@convertismarketing.com
**Cc:** Tamara Wattenberg; Maria Roberti
**Subject:** RE: Hello and additional mail being received on your account under different names ~ Dental Pro Direct and Spark Whitening

Hi Kimberly,

I'm the administrator for University & Folsom...basically just manage the day to day items like making sure you always have an up to date payment method, making sure mail is forwarding to the correct address, etc.

Thanks for confirming we're good to go on the Standard Virtual Office.

Although Abby is still around if you have any questions, I'll be your day-to-day contact moving forward. Let me know if you need anything.

Thank you!

Danielle Foss | Blue Rocket Brands
p : 720.238.2418 | f: 303.530.0771



**From:** Kimberly Morris [mailto:Kimberly.Morris@regus.com]
**Sent:** Tuesday, August 19, 2014 6:13 PM
**To:** Danielle Foss; abby@convertismarketing.com
**Cc:** Tamara Wattenberg; Maria Roberti
**Subject:** RE: Hello and additional mail being received on your account under different names ~ Dental Pro Direct and Spark Whitening

Hi Danielle,

Thank you for the quick response. So we can update our records correctly, what is your relationship to University and Folsom? I see that your business name is different. We can then add you to the contact database in the appropriate category.

We will be returning mail starting Monday the 25th for parcels received in these two names.

1

University and Folsom currently has a standard Virtual Office, which includes Mail and small package receipt, reception services, main line answering, two days of day office usage in this location per month, and one complimentary Businessworld Gold card.

We look forward to hearing from you on the outstanding question.  Thank you for your l business!

Best regards,

Kim

**Kim Morris**
Coaching General Manager

9800 MT Pyramid Court Ste. 400
Englewood CO  80112

**T:** +1 720 895 1900 **C:**  +1 720 937 0533
**F:** +1 720 895 1999

**FaceBook:** www.facebook.com/regus.workyourway
**Twitter:** www.twitter.com/RegusBlog
**LinkedIn:** www.linkedin.com

Connect with Regus



2000 locations, 750 cities, 100 countries

**From:** Danielle Foss [mailto:danielle@bluerocketbrands.com]
**Sent:** Tuesday, August 19, 2014 5:38 PM
**To:** Kimberly Morris
**Subject:** RE: Hello and additional mail being received on your account under different names ~ Dental Pro Direct and Spark Whitening

Hi Kimberly,

Abby sent this message over to me so I can get this handled for you. Moving forward, feel free to send any requests my way so we can get them taken care of right away.

I spoke to the party we believe is responsible for sending mail to the incorrect name. And we've asked them to address things accordingly in the future. This should relieve the issues moving forward. Thanks for letting us know.

While I have you, can you please confirm whether or not or account is setup as a Standard Virtual Office or if it's just Mailbox Plus?

Thank you!

Danielle Foss | Blue Rocket Brands
p : 720.238.2418 | f: 303.530.0771



**From:** Kimberly Morris [mailto:Kimberly.Morris@regus.com]
**Sent:** Monday, August 18, 2014 3:58 PM
**To:** abby@convertismarketing.com
**Cc:** Tamara Wattenberg; Maria Roberti
**Subject:** Hello and additional mail being received on your account under different names ~ Dental Pro Direct and Spark Whitening
**Importance:** High

Hi Abby,

We recently began receiving mail for Marnie Baesler under two new company names: **Spark Whitening Online and Dental Pro Project.** The United States Post Office requires that we have a legal binding Service Agreement on each company name.

As a courtesy based on your long term relationship with Regus/HQ, we did forward the mail we received in the last two weeks. We will be unable to do this in the future without a new agreement in place for each name. We offer Mail only agreements for $79 per month (one month free on 12-month new terms.)

Please give me a call at your earliest convenience to discuss. *After this week's forwarding, we will regrettably have to return mail for these two company names starting next week.*

Thank you.

Best regards,


Kim


**Kim Morris**
Coaching General Manager

9800 MT Pyramid Court Ste. 400

3

Englewood CO  80112

**T: +1 720 895 1900 C:  +1 720 937 0533**

**F: +1 720 895 1999**

**FaceBook:** www.facebook.com/regus.workyourway

**Twitter:** www.twitter.com/RegusBlog

**LinkedIn:** www.linkedin.com

Connect with Regus



2000 locations, 750 cities, 100 countries

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this e-mail (including any attachments) is intended
only for the personal and confidential use of the recipient(s) named above. If
you are not an intended recipient of this message, please notify the sender by
replying to this message and then delete the message and any copies from your
system. Any use, dissemination, distribution, or reproduction of this message
by unintended recipients is not authorised and may be unlawful.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this e-mail (including any attachments) is intended
only for the personal and confidential use of the recipient(s) named above. If
you are not an intended recipient of this message, please notify the sender by
replying to this message and then delete the message and any copies from your
system. Any use, dissemination, distribution, or reproduction of this message
by unintended recipients is not authorised and may be unlawful.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Regus Attachment R-11

# PX9

## Regus Attachment S

## Wave Rock Account Documents

# Regus                                    **Online Virtual Office Agreement**

---

**Agreement Date : Tuesday, December 13, 2011**        **Confirmation No : 3893077**

**Business Center Details**                            **Client Details**

**AZ, Scottsdale - Gainey Ranch (HQ)**                 Company Name    Wave Rock

| | | |
|---|---|---|
| **Address** | 7702 East Doubletree Ranch Rd.<br>Suite 300<br>Scottsdale<br>Arizona<br>85258<br>United States of America | **Contact Name**    Marnie Baesler |

Address         6280 Lookout Rd
                Boulder
                Arizona
                80301
                United States of America

**Sales Manager**    Gale Thurstin

Phone           + () 1 303-888-8924

Email           marnie@convertismarketing.com

**Virtual Office Payment Details**   (exc. tax and exc. services)

**Virtual Office Type :**   Standard Virtual Office

| | | |
|---|---|---|
| **Initial Payment :** | First month's fee : | $ 0.00 |
| | One Time Registration Fee : | $ 99.00 |
| | Service Retainer : | $ 438.00 |
| | **Total Initial Payment :** | **$ 537.00** |
| **Monthly Payment :** | Total Monthly Payment thereafter : | $ 219.00 |

**Service Provision :**    **Start Date**    Sunday, January 01, 2012    **End Date**    Monday, December 31, 2012

All agreements end on the last calendar day of the month.

**Comments:**  Client will get first month January free

## Terms and Conditions

We are Regus Management Group, LLC, "Regus". This Agreement incorporates our terms of business set out on our Terms and Conditions which you confirm you have read and understood. We both agree to comply with those terms and our obligations as set out in them. This agreement is binding from the agreement date and may not be terminated once it is made, except in accordance with its terms. Note that the Agreement does not come to an end automatically. See "Bringing your Agreement to an end".

☑   **I accept the terms and conditions**

### Confirm by typing your name in the box below

Name :   Marnie Baesler                    on behalf of Wave Rock

                                           **Signed on**
                                           **Wednesday, December 14, 2011**

I confirm these details are correct to the best of my knowledge

Regus

**Annabel Cano**

| | |
|---|---|
| **From:** | Virginia Gaona |
| **Sent:** | Tuesday, June 03, 2014 1:19 PM |
| **To:** | Danica Robles |
| **Cc:** | Susan Mooney; Annabel Cano |
| **Subject:** | RE: Wave Rock mail forwarding address revised |

Good Afternoon Danica,

Thank You for confirming your address. Annabel and I will go ahead and make the change in address for you. If there is anything else we can do for you please don't hesitate to ask.


Best,


Virginia Gaona
Customer Service Representative
Regus
7702 E. Doubletree Ranch Rd., Ste. 300 Scottsdale, AZ 85258 United States of America
(T) +1 480 348 3900 (F) +1 480 348 3999 (E) Virginia.Gaona@Regus.com

www.regus.com

**2000 Locations.  750 Cities.  100 Countries.  One Call.**
🖐 Please consider the environment before printing




**From:** Danica Robles [mailto:danica@bluerocketbrands.com]
**Sent:** Tuesday, June 03, 2014 1:15 PM
**To:** Virginia Gaona
**Subject:** Wave Rock mail forwarding address revised

Hello,

Thank you for taking the time to help me I need to have the forwarding address changed for Wave Rock LLC:

**OLD:**
6260 Lookout Rd,
Boulder CO 80301

**NEW:**
2011 Cherry St, Suite 202
Louisville CO 80027

Also can you send me that list of other companies that also are attached to this acct?

Thanks again and look forward to hearing from you soon

Danica

Regus Attachment S-4

PX9

Regus Attachment T

Wheeler Peak Marketing Account Documents

# Regus

# Online Virtual Office Agreement

**Agreement Date : May 07, 2014     Confirmation No : 5561463**

| Business Center Details | | Client Details | |
|---|---|---|---|
| **NV, Henderson - The District at Green Valley Parkway** | | Company Name | Wheeler Peak Marketing LLC |
| Address | 170 S. Green Valley Parkway Suite 300 Henderson NEVADA 89012 United States of America | Contact Name | Danica Robles |
| | | Address | 1333 W 120th Ave Suite 222 Westminster Colorado 80234 United States of America |
| Sales Manager | Kyrone Corbin | | |
| | | Phone | 303-503-2077 |
| | | Email | Danica@bluerocketbrands.com |

**Virtual Office Payment Details   (exc. tax and exc. services)**

**Virtual Office Type :**  Standard Virtual Office

| Initial Payment : | | First month's fee : | $ 200.81 |
|---|---|---|---|
| | | One Time Registration Fee : | $ 0.00 |
| | | Service Retainer : | $ 0.00 |
| | | **Total Initial Payment :** | **$ 200.81** |
| Monthly Payment : | | **Total Monthly Payment :** | **$ 249.00** |
| Service Provision : | Start Date    May 07, 2014 | End Date    May 31, 2015 | |

All agreements end on the last calendar day of the month.

Comments:

\* Virtual Office Set Up Fees Waived - Total Savings of $ 99.00
Customer is not required to pay the standard set up fee for their virtual office(s)
\* No Retainer - Total Savings of $ 498.00
Customer is not required to pay the standard retainer for the initial term of this agreement.

## Terms and Conditions

We are Regus Management Group, LLC, the "Provider". This Agreement incorporates our terms of business set out on our Terms and Conditions which you confirm you have read and understood. We both agree to comply with those terms and our obligations as set out in them. This agreement is binding from the agreement date and may not be terminated once it is made, except in accordance with its terms. Note that the Agreement does not come to an end automatically. See "Cancellation" section of your terms and conditions.

AGREEMENT TO ARBITRATE; CLASS ACTION WAIVER: Any dispute or claim relating in any way to this agreement shall be resolved by binding arbitration administered by the American Arbitration Association in accord with its Commercial Arbitration Rules (available at www.adr.org), except that you or the Provider may assert claims in small claims court and the Client and the Provider may pursue court actions to remove you, or prevent your removal, from the Center if you do not leave when this agreement terminates. The arbitrator shall have exclusive authority to resolve any dispute relating to the interpretation, applicability, enforceability, or formation of this agreement. The arbitrator shall not conduct arbitration as a class or representative action. The Client and the Provider acknowledge that this agreement is a transaction in interstate commerce governed by the Federal Arbitration Act. The Client and the Provider agree to waive any right to pursue any dispute relating to this agreement in any class, private attorney general, or other representative action.

☑ I accept the terms and conditions

**Michelle Hargis**

| | |
|---|---|
| **From:** | Neva <neva@revlive.net> |
| **Sent:** | Friday, January 06, 2017 2:14 PM |
| **To:** | Henderson District |
| **Subject:** | Information update |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Hello,

I just spoke with a gentleman on the phone and was advised to send an email requesting our account information be updated.

For Wheeler Peak marketing,LLC

- New forwarding address: 2011 Cherry Street Suite 202 Louisville, CO 80027
- New Contact: Cristy Blackburn
- New phone: 303.835.9910
- Email: accounting@bluerocketbrands.com


**Thank you,**
*Neva Archuleta*

1

Regus Attachment T-2

# PX10

## Records Certification of Moneris Inc.

**CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY**
**Pursuant to 28 U.S.C. § 1746**

1.      I, ___Karen Allen___, have personal knowledge of the facts set forth below

and am competent to testify as follows:

2.      I have authority to certify the authenticity of the records produced by Moneris Solutions

and attached hereto.

3.      The documents produced and attached hereto by Moneris Solutions are originals or true

copies of records of regularly conducted activity that:

     a)      Were made at or near the time of the occurrence of the matters set forth by, or

        from information transmitted by, a person with knowledge of those matters;

     b)      Were kept in the course of the regularly conducted activity of Moneris Solutions;

        and

     c)      Were made by the regularly conducted activity as a regular practice of Moneris

        Solutions.


I certify under penalty of perjury that the foregoing is true and correct.

Executed on ___January      9___, 2017.


___Karen Allen___
Signature

# PX10

## Moneris Attachment A

## Absolutely Working Account Documents

# MERCHANT EZ APPLICATION

| Additional Location | ☐ Yes | ☑ No | Business Name (if applicable) | | App # |
|---|---|---|---|---|---|

| Name of Account (Doing Business As) | Contact | Tax Filing Name (Same as Legal Name) | Are you a Foreign Entity? |
|---|---|---|---|
| FIRSTCLASSWHITENINGGLOBAL | MEGAN NOSEL | ABSOLUTELY WORKING LLC | ☐ Yes  ☑ No |

| Address (No PO Box) | Legal Address (No PO Box) |
|---|---|
| ▮▮▮▮▮▮▮ | 1810 E SAHARA AVENUE, SUITE 1535 |

| City, State/Province, Zip/Postal Code | | | City, State/Province, Zip/Postal Code | | |
|---|---|---|---|---|---|
| ERIE | CO | 80516 | LAS VEGAS | NV | 89104 |

| DBA Phone NO. | Retrieval Method: ☐ Mail ☐ Fax | Client Contact | Phone NO. | Fax NO. |
|---|---|---|---|---|
| (800) 392-3911 | ☐ EIDS  ☑ Mail & EIDS  ☐ Auto Fax & EIDS | MEGAN NOSEL | (800) 392-3911 | |

| Mailing Name and Address (if different from above) | ATTN: | Website Address |
|---|---|---|
| 1810 E SAHARA AVENUE, SUITE 1535 LAS VE | | WWW.www.firstclasswhiteningglobal.com/ |

| Merchant Customer Service Phone Number | Merchant Email Address |
|---|---|
| (800) 392-3911 | MEGAN@FIRSTCLASSWHITENINGGLOBAL.COM |

## MERCHANT PROFILE

**Type of Ownership:** ☐ Sole Proprietorship  ☐ Partnership  ☑ Limited Liability Company (LLC)  ☐ Not for Profit  ☐ Private Corporation  ☐ Public Corporation - Ticker Symbol:

**Pricing based on:** ☐ Retail  ☐ Mail/Telephone  ☑ eComm Basic  ☐ eComm Preferred (VBV)  ☐ IVR  ☐ Restaurant  ☐ Utilities  ☐ Other (Explain):

| Percent of Business: | Card Swiped | 0.0 | Mail Order/Telephone | 0.0 | eCommerce | 100.0 | Manual Key Entry with Imprint, Customer Present |
|---|---|---|---|---|---|---|---|

**One Time Event:** ☐ Yes  ☑ No   Date _____   **Seasonal Sales:** ☐ Yes  ☑ No   High Volume Months _____   Dollar Volume $ _____

**Describe goods or services sold.** TEETH WHITENING PRODUCT   When are your services or products delivered?  Within: ☐ 1Day  ☑ 1Week  ☐ 30 Days  ☐ Other

Is merchant currently or has merchant previously been in any Card Brand chargeback or fraud monitoring program? (If Yes, please explain.)   NO

Current PCI DSS Compliance Status (Please explain)

| TAXPAYER IDENTIFICATION NO. ☑ FEIN ☐ SSN ☐ GST | Number of Locations | Years in Business | Years Owned Business |
|---|---|---|---|
| 2 7 5 2 1 9 3 1 7 | 1 | 5.06 | 5.06 |

## OWNERS/OFFICERS: Three largest owner(s) by percentage of total ownership

| NAME (1) | Title | Percentage Ownership | Email Address |
|---|---|---|---|
| MEGAN NOSEL | MANAGER | 80.0 % | MEGAN@FIRSTCLASSWHITENINGGLO |

| Social Security # /Insurance # | Date of Birth | Drivers License # | Home Phone | Mobile Phone |
|---|---|---|---|---|
| ▮▮▮ | 198▮ | ▮▮▮ | | |

| Home Address | | City | State/Province | Zip/Postal Code | Years There |
|---|---|---|---|---|---|
| ▮▮▮ | ☐ Own ☐ Rent | ERIE | CO | 80516 | |

| NAME (2) | Title | Percentage Ownership | Email Address |
|---|---|---|---|
| | | % | |

| Social Security # /Insurance # | Date of Birth | Drivers License # | Home Phone | Mobile Phone |
|---|---|---|---|---|

| Home Address | | City | State/Province | Zip/Postal Code | Years There |
|---|---|---|---|---|---|
| | ☐ Own ☐ Rent | | | | |

| NAME (3) | Title | Percentage Ownership | Email Address |
|---|---|---|---|
| | | % | |

| Social Security # /Insurance # | Date of Birth | Drivers License # | Home Phone | Mobile Phone |
|---|---|---|---|---|

| Home Address | | City | State/Province | Zip/Postal Code | Years There |
|---|---|---|---|---|---|
| | ☐ Own ☐ Rent | | | | |

## BANK INFORMATION (Primary Settlement Account)

| Bank Name | Contact | Phone NO. | Fax NO. |
|---|---|---|---|
| GUARANTY BANK | MANAGER | (800) 235-4636 | |

| Transit # (ABA Routing) | | DDA # (Checking/Savings) | |
|---|---|---|---|
| ▮▮▮ | | ▮▮2917 | |

## SECOND BANK INFORMATION (if applicable)

| Bank Name | Contact | Phone NO. | Fax NO. |
|---|---|---|---|
| | | | |

| Transit # (ABA Routing) | | DDA # (Checking/Savings) | |
|---|---|---|---|

| PREPARED BY FIELD SALES REP | Email | FIELD SALES ID |
|---|---|---|

| Prepared by Inside Sales Rep (if applicable) | INSIDE SALES ID |
|---|---|

| Range # | Book Number | Corporate Field | Chain # |
|---|---|---|---|
| 2 0 5 0 7 0 0 0 1 0 0 1 | | | |

**BMO Harris Bank N.A.**  Moneris is a registered agent of BMO Harris Bank N.A.

1 of 4

Moneris Attachment AAP-082015

# MERCHANT EZ APPLICATION

| Additional Location ☐ Yes ☑ No | Partner Name (if Applicable) | APP ID |
|---|---|---|
| MID | | |

## CREDIT CARD SCHEDULE OF RATES AND FEES

Do you currently accept credit cards? ☐ No ☑ Yes *(If Yes, you should submit 3 most recent months' statements)*    ☐ AutoDebit Only   ☐ SPS-EFT   ☐ Other

Name of Current Processor  RMS, Paysafe, Select Bank     Reason Leaving

| CREDIT CARD | Average Ticket Size $ 40.00 | Max Ticket Size $ 130.00 | Annual Volume $ 800000.0 | ☐ Program Code: _____ ☐ Promo Code: _____ |
|---|---|---|---|---|

Explain Intended Use of Payment Services:

Merchant elects to accept American Express  (merchant may choose to only accept other cards) : ☒X X    ☐ Gross  ☐ Net  ☑ Gross Gross

### STANDARD RATES

| Visa* / MasterCard* / Discover* ● | Credit | Debit |
|---|---|---|
| Qualified | 4.990 % | 4.99 % |
| Mid-Qualified | 4.99 % | 4.99 % |
| Non-Qualified | 5.95 % | 5.75 % |
| Regulated | | % |

| American Express* | Credit |
|---|---|
| Qualified | % |
| Mid-Qualified | % |
| Non-Qualified | % |

V/MC/D Interchange/Pass-Through ☐
AMEX Program Pricing/Pass-through ☐

*By accepting Discover* you are eligible to accept JCB* and Diners Club International* cards

Discover* (Retained)

American Express*

### AUTHORIZATION

| Visa* /MasterCard* /Discover* | $ 0.29 |
|---|---|
| American Express* | $ |
| Non-Bank Card | $ |
| Batch Header | $ 0.45 |
| Billback Surcharge | ☐ |

### STANDARD FEES

| | |
|---|---|
| Rush Boarding Fee | $ |
| Application Fee | $ |
| Set-Up Fee | $ |
| Monthly Maintenance | $ |
| Monthly Minimum | $ 26.0 |
| Annual Fee (To be charged annually) | $ |
| Value Package | $ |
| Monthly PCI Program Fee | $ 6.95 |
| Monthly PCI Non-Compliance Fee ** | $ 19.95 |
| **Only applies to non-compliant merchants** | |

#### REPORTING OPTIONS BASED UPON ELECTION

| | |
|---|---|
| Online Reporting / per account | $ |
| Paper Statement / per account | $ |
| E-Statement / per account | $ 15.00 |

#### PER OCCURRENCE

| | |
|---|---|
| Bank Reject Fee | $ 35 |
| Voice Call Authorization / ARU | $ 1.75 |
| Touchtone Per Item | $ 1.75 |
| Terminal Re-Programming Fee | $ |
| Call Tag Fee | $ 10 |
| Chargebacks | $ 25.00 |
| Retrievals | $ 15.00 |
| Bank Card Per Item | $ 0.25 |

#### DEBIT

| | |
|---|---|
| PIN Debit Transaction Per Item | $ 0.0 |
| PIN Debit Interchange Fee | ☐ |
| PIN Debit Discount Rate | 0.0 % |
| Regulated Signature Debit Auth Fee | $ |
| Regulated Signature Debit Sales Transaction Fee | $ |
| Regulated Signature Debit Return Transaction Fee | $ |

### MISCELLANEOUS SERVICES

| INTERNET GATEWAY | |
|---|---|
| One-Time License Fee | $ |
| Monthly Gateway Fee | $ |
| Gateway Per Item Fee | $ |
| **WIRELESS** | |
| One-Time Set-Up Fee | $ |
| Monthly Wireless Fee | $ |
| Wireless Per Item Fee | $ |
| **OTHER** | |
| Address Verification Service Fee (AVS) | $ 0.15 |
| EBT Transaction Per Item Fee | $ |
| Dispute Man Monthly Acc (per user) | $ 22 |
| Monthly Disp Mgr Fee (flat fee) | $ |
| Rewards | ☐X X  ☐ No |
| EBT: | ☐ Cash Benefit  ☐ Food Stamps |
| FCS ID: | |
| Convenience Fee*** | ☐ Fixed | $ |
| ***convenience fees/surcharges must meet card brand processing requirements | ☐ Percentage | % |
| Account Updater | ☐ Visa (VAU)  ☐ MasterCard (ABU) |
| Registration Fee | $ |
| Monthly Fee | $ |

☐ By checking this box, Merchant opts out of receiving future commercial marketing communications from American Express.

Note that you may continue to receive marketing communications while American Express updates its records to reflect your choice. Opting out of commercial marketing communications will not preclude you from receiving important transactional or relationship messages from American Express.

Rates and fees are based on proposed volume of transactions listed in Merchant's application set above, and corresponding levels of interchange applicable thereto, and are subject to adjustment by Bank or Card Associations based upon actual volume levels and qualifications for interchange. Early Termination Fee is calculated based on the greater of Two Hundred Fifty Dollars ($250) or Bank's average monthly volume defined (non processing Merchant's transaction) (based on an average of the highest three (3) months of processing volume during the previous or current term of the Agreement, whichever is greater), multiplied by AVG, multiplied by the number of all and partial months remaining in the term of the Agreement. Certain administrative charges may be assessed as specified in Sections 6 and 10 of this Agreement. If Merchant elects an option other than "All Cards" but later submits a transaction to another category, Bank will process the transaction pursuant to the terms of this Agreement and assess the appropriate fee. Gross billing is defined as fees charged on gross sales volume. Gross-Gross billing is defined as fees charged on gross sales volume and credit volume. Net billing is defined as fees charged on net sales volume. Rewards Discount Rate for sales and credits: An additional 0.20% over the credit Qualified, Mid-Qualified, Non-Qualified Discount Rates.

## NETWORK AND OTHER FEES

**VISA®**
Acquirer Processing Fee .......................... Currently $0.02 per authorization.
International Fee (IAF) .......................... Currently 0.45% or 0.90% per settled transaction based on your merchant category code.
ISA Fee .......................... Currently 0.80% of Visa International Sales Volume.
Cash Advance Fee (USA) .......................... Currently 0.40% of Visa International Sales Volume.
Misuse of Auth Fee .......................... Currently $0.045 per authorization.
Zero Floor Limit Fee .......................... Currently $0.10 per Visa transaction without proper authorization.
Credit Assessment Fee .......................... Currently 0.13% of sales volume.
Debit Assessment Fee .......................... Currently 0.11% of sales volume.
Transaction Integrity Fee .......................... Currently $0.10 per transaction.
Network Fee CP (Card Present) .......................... Varies based on # of locations.
Network Fee CNP (Card Not Present) ....... Varies based on CNP volume.
**PULSE®**
Pulse Debit Network Annual Fee .......................... Currently $9.00
**STAR®**
STAR Debit Network Annual Fee .......................... Currently $6.00

**MASTERCARD®**
Network Access Usage Fee .......................... Currently $0.02 per transaction.
Cross-Border Fee .......................... Currently 0.60% of MasterCard International Sales Volume.
Acquirers Program Support Fee .......................... Currently 0.85% of MasterCard International Sales Volume.
Assessment Fee .......................... Currently 0.12% of sales volume (an additional fee will be added for transactions >= $1000. Currently 0.01%).
Acct Status Inq SVC Interregional .......................... $0.025 per transaction.
Acct Status Inq SVC Interregional .......................... $0.03 per transaction.
Processing Integrity Fee .......................... $0.055 per authorization (that is not cleared or reversed).
Digital Enablement Fee .......................... Currently 0.01% of MasterCard Card Not Present Sales Volume.
**DISCOVER®®**
Data Usage Fee .......................... Currently $0.02 per transaction.
International Processing Fee .......................... Currently 0.40% per settled international transaction.
International Service Fee .......................... Currently 0.55% per settled international transaction.
Assessment Fee .......................... Currently 0.11% of sales volume.
**AMERICAN EXPRESS®**
Network Fee .......................... Currently 0.15% per sales transaction.
Non-Swiped Transaction Fee .......................... Currently 0.30% per non-swiped sales transaction.
Inbound Fee .......................... Currently 0.40% per international sales transaction.

*Pricing may increase due to any increase in association and other third party fees which will be passed through to you.*

# MERCHANT EZ APPLICATION

| | | Pre-Note | | MCC | |
|---|---|---|---|---|---|

| Additional Location | ☐ Yes  ☑ No | Partner Name (if Applicable) | APP ID |
|---|---|---|---|
| MID | | | |

## CARD NOT PRESENT INFORMATION (If Applicable)

*For merchants who process MORE THAN 20% of their bankcard transactions, or volume, without physically swiping the credit card, we ask that you complete the following information in its entirety.*

Provide a full description of the product or service you provide to the cardholder:

at home teeth whitening on a negative option, trial and continuity basis

How will you receive cardholder data?  ☐ Phone  ☐ Fax  ☑ Internet  ☐ Mail

For Internet orders, please provide us with your active URL: firstclasswhiteningglobal.com

*(If site is not active, please provide a test site with a user name and password if one is needed. Please also note that for our internet merchants, we ask that your website must specific security and disclosure criteria.)*

When do you typically charge the cardholder?  ☑ BEFORE or  ☐ AFTER the product/service is provided to the cardholder

What is your general breakdown of billing?

| 100 % At time of purchase | % Monthly | % Quarterly | % Annually | % Other, explain: |
|---|---|---|---|---|

What is the average amount of time (in days) that it will take for the cardholder to receive the product/service? 3 (days)

| What is your target geographic area? | 75 % United States | % Canada | 25 % Other: | UK / AUS |
|---|---|---|---|---|

For your product/service, do you outsource any of the following?  ☐ Customer Service  ☐ Product Shipment  ☐ Handling of Returns  ☐ Cardholder Billing  ☑ Fulfillment House

If Yes to any of the above, please list the name(s), address(es) and phone number(s) of those fulfillment organizations:

1. SEE FULFILLMENT AGREEMENT
2. _____

For merchants who receive cardholder data from the Internet, please advise if any part of your website is outsourced to a third party? Common examples include:

☐ Shopping Cart  ☐ Hosting Solutions  ☐ Gateway  ☐ Cardholder Data Storage  ☐ Other, explain:

*In some cases, we may require certificates from those third parties confirming their compliance in protecting cardholder data.*

REFUND POLICY:  ☐ No Refunds  ☑ Refund Within 30 Days  ☐ Damaged/Defective Merchandise Only  ☐ Restocking Fee Charged  ☐ Store Credit Only
☐ Return Authorization Required (RMA/RAA)  ☐ Other

Should Merchant alter or change any aspect of the business from that described herein, or if any information changes, without prior notice to and approval by Bank, then Merchant will be subject to termination. Also, Merchant agrees to obtain, abide-by, and fully comply with protecting cardholder data as described at www.pcisecuritystandards.org.

## PERSONAL GUARANTY

| Name of Guarantor: | Merchant Name: |
|---|---|
| Megan Nosel | First Class Whitening Global |

To induce BMO Harris Bank N.A., Moneris Solutions, Inc. (collectively "Bank"), and Sage Payment Solutions EFT and all other Moneris Solution third party providers to enter into the Merchant Services Agreement and/or any agreements for SPS-EFT services (the "SPS-EFT Agreements"), the Guarantor(s) indicated below jointly and severally, unconditionally and irrevocably, guarantee the continuing full and faithful performance and payment by Merchant of each of its duties and obligations to Bank and SPS-EFT (collectively, the "Guaranty Recipients") pursuant to the Merchant Services Agreement and the SPS-EFT Agreements (collectively, the "Agreements"), as they now exist or as amended from time to time, with or without notice. This guaranty is a guaranty of payment, and not of collection, and a debt of Guarantor for his or her own account. Accordingly, none of the Guaranty Recipients shall be required before enforcing this guaranty against Guarantor: (1) to pursue any right or remedy any of the Guaranty Recipients may have against Merchant or any other Guarantor; (2) to make any claim in a liquidation or bankruptcy of Merchant or any other Guarantor of these obligations; or (3) to make demand of the Merchant or any other Guarantor of these obligations or to seek to enforce or realize upon any collateral security held by any of the Guaranty Recipients which may secure these obligations. The guaranty shall not be discharged or otherwise affected by any waiver, indulgence, compromise, settlement, extension of credit, or variation of terms of the Agreements. I/We waive any notice of acceptance of this guaranty, notice of non-payment or non-performance of any provision of the Agreements by Merchant, and all other notices or demands regarding the Agreements. I/We agree to promptly provide to the Guaranty Recipients any information requested from time to time concerning my/our financial condition, business history, business relationships and employment information. This guaranty will not be discharged or affected by the death of the Guarantors, will bind all heirs, administrators, representatives and assigns and may be enforced by or for the benefit of any successor of the Guarantee Recipients. Guarantor(s) understand that the inducement to the Guaranty Recipients to enter into the Agreements is consideration for the guaranty, and that this guaranty remains in full force and effect even if the Guarantor(s) receive no additional benefit from the guaranty.

Signature of Guarantor, as an Individual

X _Megan Nosel_

Printed Name and Home Address of Guarantor

megan nosel       5310 NE COUNTY LINE ROAD ERIE, CO 80516

## MERCHANT AUTHORIZATION AND ACCEPTANCE

The owner, officer, partner, or member signing this Merchant Application (the "Signing Party") represents that the Signing Party is authorized to sign the Merchant Application (the "Application") and enter into the Merchant Services Agreement (the "Agreement"). The Signing Party also represents and warrants that the Application and all information and documentation submitted in connection with the Agreement is true, complete and correct. All requested information must be provided for the Application to be processed. If the information provided on the Application or elsewhere cannot be verified, then the Application may be denied. Merchant and its owner have authorized, and shall continue to authorize Bank, Moneris, their third party providers and their representatives and affiliates to obtain a and verify any financial and credit information regarding Merchant and its owner, and to share such information amongst Bank, Moneris, their third party providers and their affiliates and their representatives.

Notice: To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an Agreement. This means that when you enter into an Agreement we will ask for name, address, date of birth and other information that will allow us to identify you or the entity on whose behalf you are signing.

MERCHANT HAS READ AND UNDERSTANDS ALL OF THE TERMS OF THE AGREEMENT SET FORTH ON THE MONERIS AGREEMENT WEBSITE (https://www.monerisusa.com/terms-and-conditions) AND ACCEPTS AND AGREES WITH ALL SUCH TERMS. IF BANK AND/OR MONERIS AGREE TO PROVIDE SERVICES TO MERCHANT, SUBMISSION OF ANY TRANSACTIONS OR ITEMS TO BANK, MONERIS OR ITS THIRD PARTY PROVIDERS CONSTITUTES CONSENT TO THE AGREEMENT TERMS AND CONDITIONS AND THE TERMS AND CONDITIONS RELATED TO ANY OTHER SERVICE MERCHANT HAS ELECTED TO RECEIVE.

SIGNATURE FOR MERCHANT:

By: X _Megan Nosel_                Telephone: _____
(Authorized Signer)

NAME (Please Print) _Megan Nosel_    Title: _Manager_    Date: _3/15/16_

## FOR OFFICE USE ONLY (Merchant - Do Not Sign Below)

| BMO Harris Bank N.A. | Moneris Solutions, Inc. |
|---|---|
| By: Authorized Representative | By: authorized Representative |

| BMO Harris Bank N.A. | Moneris is registered agent of BMO Harris Bank N.A. | **4 of 4** | MSFRI-OCG-APP-082015 |
|---|---|---|---|

Moneris Attachment A-3

CASH ONLY IF "ALL CHECKLOCK" SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Absolutely Working, LLC**
1810 E Sahara Ave, Suite 1535
Las Vegas, NV 89104

GUARANTY BANK AND TRUST COMPANY
23-098/1020

1000

PAY TO THE
ORDER OF _____ $ _____

_____ DOLLARS

VOID

MEMO _____

⑈00 1000⑈ ███████████ ███████ 2917⑈

Absolutely Working, LLC                                                   1000

Absolutely Working, LLC                                                   1000



# PX11

# Records Certification of Priority Payment Systems Inc.

## CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to 28 U.S.C. § 1746

1.    I, *Christopher S. Prince*, have personal knowledge of the facts set forth below and am competent to testify as follows:

2.    I have authority to certify the authenticity of the records produced by Priority Payment Systems and attached hereto.

3.    The documents produced and attached hereto by Priority Payment Systems are originals or true copies of records of regularly conducted activity that:

   a)    Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

   b)    Were kept in the course of the regularly conducted activity of Priority Payment Systems; and

   c)    Were made by the regularly conducted activity as a regular practice of Priority Payment Systems.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on *March 2*_____, 2017.

_____
Signature

# PX11

## PPS Attachment A

## Brass Triangle Account Documents

# MERCHANT APPLICATION

**GMA — Global Merchant Advisors**

Merchant # _____   2097

☑ New Location  ☐ Additional Location

**3000 S. Robertson Blvd • Ste 295 • Los Angeles, CA 90034**
310-220-0624 • Fax 310-602-6282
**www.globalmerchantadvisors.com**

Merchant Accepts Donate Wise Now® ☐ Yes ☐ No

By checking yes and signing this application and agreement, you indicate your acceptance of the Greenwise GreenSuite and DonateWiseNow Program terms and conditions.

## ► Business Information
Note: Failure to provide accurate information may result in a withholding of merchant funding per IRS regulations. (See Terms and Conditions for further information)

| Legal Name (as it appears on your income tax return): | Name of Account (Doing Business As): |
|---|---|
| Brass Triangle, LLC | www.trimxtsecrets.com |

| Legal Address: | Physical Street Address (No P.O. Box): |
|---|---|
| 4600 E. Washington St., Ste. 300 | 4600 E. Washington St., Ste. 300 |

| City: | State: | Zip: | City: | State: | Zip: |
|---|---|---|---|---|---|
| Phoenix | AZ | 85034 | Phoenix | AZ | 85034 |

| Phone #: | Contact: | DBA Phone #: | Fax #: |
|---|---|---|---|
| ( 602 ) 903-4075 | Megan Goodman-Arndt | ( 888 ) 528-9205 | ( ) |

| Must Choose One Mailing Address: ☐ DBA Address  ☑ Legal Address | E-Mail Address: megan@trimxtsecrets.com | Website Address: www. trimxtsecrets.com |
|---|---|---|

| Federal Tax # (as it appears on your income tax return): 4 5 5 0 7 6 5 3 6 | # of Locations 1 | Years in Business 6 months | Years Owned Business 6 months |
|---|---|---|---|

| Place of Legal Formation: Arizona | Country of Primary Business Operations: USA |
|---|---|

| Bank Reference: JPMorgan Chase, NA | Contact: Joe Rodriguez | Phone #: ( 480 ) 970-7097 |
|---|---|---|

## ► Owners or Officers : Individual Ownership Must be Equal to or Greater than 50%

| Name: 1. Megan Goodman-Arndt | Title: Manager | Date of Birth: -1977 | Applicant's SS #: | % Equity Ownership: 80 % |
|---|---|---|---|---|

| Residence Address: | City: Firestone | State: CO | Zip: 80504 | # Years: 10 |
|---|---|---|---|---|

| US Government Issued ID#: | Type of ID: CO Drivers License | Expiration Date: /2042-13 | Country of Citizenship (if not US): | Home Phone: |
|---|---|---|---|---|

| Name: | Title: | Date of Birth: | Applicant's SS #: | % Equity Ownership: |
|---|---|---|---|---|

| Residence Address: | City: | State: | Zip: | # Years: |
|---|---|---|---|---|

| US Government Issued ID#: | Type of ID: | Expiration Date: | Country of Citizenship (if not US): | Home Phone: ( ) |
|---|---|---|---|---|

## ► Business Profile

**Type of Ownership:** ☐ Sole Proprietor  ☐ Assoc/Estates/Trusts  ☐ Joint Venture  ☐ Government  ☐ Corporation (Privately Traded)  ☐ Corporation (Publicly Traded)  ☐ Medical or Legal Corp  ☐ Partnership  ☐ Tax Exempt Org  ☑ Single Member LLC  ☐ Multi Member LLC  ☐ Civic Assoc  ☐ Limited Partnership  ☐ Political Org  ☐ Other:

**Type of Goods or Services Sold:** weight loss products    **SIC Code:**

**Do you currently accept Discover ®/Visa/Mastercard?** ☑ Yes  ☐ No
(If yes, you should submit 3 current months' statements.)
**Name of Current Processor:** Meritus, Trust One

**Has Merchant or any associated principal disclosed before filed** ☐ Yes  Date: _____  **bankruptcy or been subject to involuntary bankruptcy?** ☑ No

## ► Sales Profile

**Merchant Type:**
☐ Retail
☐ Restaurant
☐ Lodging
☐ Service
☑ Internet
☐ Home Based
☐ Other

| Discover/Visa/MasterCard Sales Profile (Be Accurate) | |
|---|---|
| Card Swipe | % |
| Manual Key Entry with Imprint, Card Present | % |
| Mail Order/Telephone | % |
| Internet | 100 % |
| Total = | 100% |

## ► Business Trade Suppliers : List Two

| Name: United One Int'l Labs | Address: Farmers Branch, TX | Contact: James Mitchell | Phone #: ( 972 ) 490-3300 |
|---|---|---|---|
| Name: Pacific Naturals | Address: Burbank, CA | Contact: Stefanie Danhi | Phone #: ( 818 ) 303-9315 |

## ► Merchant Site Survey Report : To Be Completed by Sales Representative

**Merchant Location:** ☐ Retail Location with Store Front  ☑ Office Building  ☐ Internet  ☐ Residence  ☐ Other:
**Area Zoned:** ☐ Commercial  ☐ Industrial  ☐ Residential  **Square Footage:** ☑ 0-250  ☐ 251-500  ☐ 501-2,000  ☐ 2,001+

**Does the amount of inventory and merchandise on shelves and floor appear consistent with this type of business?** ☑ Yes  ☐ No
If No, explain:

**The Merchant:** ☐ Owns  ☑ Leases the Business Premises  **Landlord Name & Phone #:** Theresa Laursen

**Further Comments by Inspector (Must Complete)**

I hereby verify that this application has been fully completed by merchant applicant and that I have physically inspected the business premises of the merchant at this address and the information stated above is true and correct to the best of my knowledge and belief.

| Verified and Inspected by: x _Brittney Arms_ | Office #: | Representative #: x | Representative Signature: _Brittney Arms_ | Date: 10-15-12 |
|---|---|---|---|---|

PPS Attachment A-1
Global Merchant Advisors is a registered ISO/MSP of BMO Harris Bank, N.A., Chicago, IL

PPSISL000379

**▶ ▼ Discover / Visa / Mastercard Standard Retail / High Risk Retail Rates**

Merchant Chooses to accept the following:

| | |
|---|---|
| DISC/VS/MC (Other Cards) Discount Rate: | _____ % |
| VS/MC Discount Rate for Debit Cards | _____ % |
| AMEX Discount Rate: | _____ % |

**▶ Fees**

| | | |
|---|---|---|
| SC/VS/MC Transaction Fee: | _____ | Per Item |
| Non-Bankcard Transaction Fee: | _____ | Per Item |
| Statement Fee: | $10.00 | Monthly |
| VIMAS Online Service: | _____ | Monthly |
| Monthly Minimum: | $35.00 | Monthly |
| Annual Fee: | $99.00 | Per Year |
| Debit Transaction Fee Plus Network Fees: | _____ | Per Item |
| EBT Transaction Fee: | _____ | Per Item |
| EBT Statement Fee: | $5.00 | Monthly |
| Batch Fee: | $0.25 | Per Batch |
| Manual Imprinter:            QTY:_____ | _____ | One Time |
| Chargeback Fee: | $35.00 | Per Item |
| ACH Reject Fee: | $25.00 | Per Item |
| Retrieval Fee: | $5.00 | Per Item |
| Voice Authorization Fee: | $0.95 | Per Call |
| Gateway Access Fee: | $10.00 | Monthly |
| AVS Surcharge | $0.10 | Per Item |
| Government Compliance Fee: | $9.95 | Monthly |
| TIN Mismatch Fee: | $325.00 | Until Validated |
| Early Termination Fee: | $495.00 | One Time |

| Misc Fees: | Start Mo/Yr: | Amount: | Terms: |
|---|---|---|---|
| #1 | | | |
| #2 | | | |
| #3 | | | |
| #4 | | | |

**▶ ☑ Mail / Phone / Internet / Touchtone  Rates**

Merchant Chooses to accept the following:

| | |
|---|---|
| DISC/VS/MC (Other Cards) Discoun. Rate: | 4.49 % |
| VS/MC Debit Card Discount Rate: | 4.49 % |
| AMEX Rate: | $7.95 Monthly |

**▶ Fees**

| | | |
|---|---|---|
| DISC/VS/MC Transaction Fee: | .35 | Per Item |
| Non-Bankcard Transaction Fee: | $0.35 | Per Item |
| Statement Fee: | $10.00 | Monthly |
| VIMAS Online Service: | $15.00 | Monthly |
| Monthly Minimum: | $35.00 | Monthly |
| Annual Fee: | $99.00 | Per Year |
| MOTO/Internet Surcharge: | .01 | Per Item |
| AVS Surcharge: | $0.10 | Per Item |
| Batch Fee: | $0.35 | Per Batch |
| Manual Imprinter:            QTY: _____ | $14.95 | One Time |
| Chargeback Fee: | $35.00 | Per Item |
| ACH Reject Fee: | $25.00 | Per Item |
| Retrieval Fee: | $5.00 | Per Item |
| Voice Authorization Fee: | $0.95 | Per Call |
| Gateway Access Fee: | $10.00 | Monthly |
| Government Compliance Fee: | $9.95 | Monthly |
| TIN Mismatch Fee: | $325.00 | Until Validated |
| Early Termination Fee: | $495.00 | One Time |

| Misc Fees: | Start Mo/Yr: | Amount: | Terms: |
|---|---|---|---|
| #1   G2 8PM - Setup Fee | | $150.00 | One-Time |
| #2   G2 8PM - Monthly Fee | | $160.00 | Monthly |
| #3 | | | |
| #4 | | | |

1) I/We understand and agree that while my/our discount rate as stated above will be charged on most electronically authorized payment card transactions that are in batches closed daily, charges up to 5% higher than my discount rate may apply where applicable. For example, where higher rates apply include but are not limited to are MOTO, keyed in transactions, transactions without AVS, business and foreign card transactions. 2) Pass-through Association fees include Visa Acquiring Processing Fee, Visa Risk Identification Fee, Visa Misuse of Auth Fee, Visa International Service Assessment Fee (ISA), Visa Zero Floor Limit Fee, Visa International Acquirer Fee, MC-Acquiring Program Support Fee, MC Cross Border Fee and the MC Network Access and Brand Usage (NABU) Fee. Please visit the Association's website for further details. Do you use a third party to store or transmit Cardholder data? □Yes □No.   Give name /address: (examples include, but not limited to hosting companies, shopping carts, Loyalty Programs, Electronic Data Capture).
Please identify any Software used for storing, transmitting or processing  Card Transaction or Authorization requests. _____

**▶ Merchant Benefits Club**

☐ Yes, I want to participate in the optional Merchant Benefits Club which includes equipment support and replacement for an additional $14.99 per terminal/peripheral per month.   Initial: X _____

**▶ American Express**

By signing below, I represent that I have read and an authorized to sign and submit this application for the entity which agrees to be bound by the American Express® Card Acceptance Agreement ("Agreement"), and that all information provided herein is true, complete and accurate. I authorize ESA and American Express Travel Related Services Company, Inc. ("American Express") and American Express's agents and Affiliates to verify the information in this application and receive and exchange information about me personally, including by requesting reports from consumer reporting agencies, and disclose such information to their agents, subcontractors, Affiliates, and other parties for any purpose permitted by law. I authorize and direct ESA and American Express's agents and Affiliates to inform me directly, or through the entity above, of reports about me that they have requested from consumer reporting agencies. Such information will include the name and address of the agency furnishing the report. I also authorize American Express to use the reports from consumer reporting agencies for marketing and administrative purposes. I understand that upon American Express's approval of the application, the entity will be provided with this Agreement and materials welcoming it to American Express's Card Acceptance campaign.
☐ Retail - $0.10 Trans Fee + 0.30% CNP Downgrade Services    ☐ Wholesale & All Other - $0.15 Trans Fee

Signature: X _____    Date: _____

**▶ Debit/Credit Authorization - Include a voided check or bank letter verifying bank account information.**

Merchant authorizes Cynergy Data, LLC. ("Processor") or BMO Harris Bank, N.A., ("Bank") to present Automated Clearing House credits, Automated Clearing House debits, wire transfers, or depository transfer checks to and from the following account and to and from any other account or which Processor or Bank are authorized to present such functions under the Merchant Processing Agreement, for the purposes set forth in the Merchant Processing Agreement. This authorization extends to such entries in said account concerning lease, rental or purchase agreements for POS terminals and/or accompanying equipment and/or check guarantee fees and amounts due for supplies and materials. This Automated Clearing House authorization cannot be revoked until all Merchant obligations under this Agreement are satisfied, and Merchant gives Cynergy Data written notice of revocation.

DDA: _____    ABA Routing: _____

INVESTIGATIVE CONSUMER REPORT: An investigative or consumer report may be made in connection with application. MERCHANT authorizes BANK or any of its agents to investigate the references provided or any other statements or data obtained from MERCHANT, from any of the undersigned individual credit or financial responsibility. You have a right, upon written request, to a complete and accurate disclosure of the nature and scope of the investigation requested.

**AVERAGE TICKET SIZE:** 37.00      **AVERAGE MONTHLY VOLUME:** 50,000.00

Each person certifies that the average ticket size and sales volume indicated is accurate and agrees that any transaction or monthly volume that exceeds either of the above amounts could result in delayed and/or withheld settlement of funds. Also, see paragraphs 5.4 and 15.3 of the MERCHANT Processing Agreement regarding suspension and termination of MERCHANT.

IMPORTANT NOTICE: All information contained in this application was completed, supplied and/or reviewed by the undersigned Merchant. Processor shall not be responsible for any change in printed terms unless specifically agreed to in writing by an officer of Processor and/or BMO Harris Bank, N.A., Chicago, IL. By signing below you are agreeing to the provisions stated in this merchant application, on the reverse side (the Merchant Agreement) and acknowledge receipt of the merchant operating guide. Those provisions must be read before signing. By signing below, you agree to the terms on the front and back of this MERCHANT Processing Agreement and the merchant operating guide.

**▶ Individual Guaranty * No Titles**

As a primary inducement to Processor and Bank to enter into this Agreement, the undersigned Guarantor(s), by signing this Agreement, jointly and severally, unconditionally and irrevocably, personally guarantee the continuing full and faithful performance and payment by Merchant of each of its duties and obligations to Processor and Bank under this Agreement or any other agreement currently in effect or in the future entered into between Merchant or its principals and Processor or Bank, as such agreements now exist or are amended from time to time, with or without notice. Guarantor(s) understands further that Processor or Bank may proceed directly against Guarantor(s) without first exhausting their remedies against any other person or entity responsible to it or any security held by Processor and Bank or Merchant. This guarantee will not be discharged or affected by the death of the undersigned, will bind all heirs, administrators, representatives and assigns and may be enforced by or for the benefit of any successor of Processor and Bank. Guarantor(s) understand that this inducement to Processor and Bank to enter into this agreement is consideration for the guaranty, and that this guaranty remains in full force and effect even if the Guarantor(s) receive no additional benefit from the guaranty.

AGREED AND ACCEPTED

X _~signature~_    10/12/2012
#1 From Application - Signature            Date

X _____    _____
#2 From Application - Signature            Date

**▶ For All Businesses * Business Resolution**

The indicated officer(s) identified in numbers 1 and/or 2 below have the authorization to execute the MERCHANT Processing Agreement on behalf of the here within named business. MERCHANT UNDERSTANDS THAT THIS AGREEMENT SHALL NOT TAKE EFFECT UNTIL MERCHANT HAS BEEN APPROVED BY BANK AND A MERCHANT NUMBER IS ISSUED.

Brass Triangle, LLC
Print Legal Name of Merchant Business

X _~signature~_    10/12/2012
#1 From Application - Signature            Date

X _____    _____
#2 From Application - Signature            Date

X _____    _____
Accepted by Processor            Date

X _____    _____
Accepted by BMO Harris Bank, N.A., Chicago, IL.    Date

PPSISL000380

## Mail, Telephone Order, & Internet Merchant Addendum

**IMPORTANT NOTICE:** Visa and MasterCard have set a minimum standard requirement for accepting credit cards on the Internet. In order to avoid a significant delay in the settlement of your funds, please ensure that your website has the following seven (7) items completed prior to the commencement of your credit card processing:

1. Refund / Cancellation Policy
2. Privacy Policy
3. Terms & Conditions listed
4. Products & the Corresponding Pricing listed
5. 128-bit SSL page(s) where personal and credit card information is obtained (usually provided by shopping cart or gateway)
6. Telephone Customer Service contact number
7. Shipping & Handling method and shipping delivery time after the sale

*URGENT!!!! You must contact your sales representative immediately upon completing the above 7 internet processing requirements!*

**Underwriting & Marketing Review:** (Please answer the following questions as accurately as possible)
Submit sample(s) of product brochure, promotional materials, product catalogue, etc. How will product be advertised or promoted?

If advertising on internet, list website address: www. **www.trimxtsecrets.com**

Preferred 23 character (or less) DBA identifier (appears on customers' billing statement)

| t | r | i | m | x | t | s | * | w | t | 8 | 8 | 8 | 5 | 2 | 8 | 9 | 2 | 0 | 5 | | | |

List name(s) and address(es) of vendor from which the product is purchased:
United One International Laboratories  Farmers Branch, TX and Pacific Naturals Burbank, CA

List name(s) and address(es) of third party or fulfillment organizations, or parties aside from your staff who will assist or participate with the sales, marketing, processing of orders, or shipping of merchandise:
Juniper Solutions, 7251 W. Lake Mead Blvd., Ste. 300, Las Vegas, NV 89128 702-562-4218

List geographical area(s) in which the product or service will be marketed and sold: US, Canada, UK

List carrier services that will deliver product or service: USPS

What is your return or refund policy? full refund of product price within 30 days of shipment date

How does the customer order the product or service? via the internet

When you receive an authorization, how long before merchandise is shipped or services are provided? same business day

Do you perform recurring monthly billing? _X_ Yes ___ No  If Yes, _X_ Monthly ___ Quarterly ___ Bi-annual ___Annual
Is your database collecting entire credit card numbers? _X_ Yes ___ No  If Yes, are you PCI compliant? _X_ Yes ___ No

This amendment is made by & between BMO Harris Bank, N.A., Chicago, IL ('Bank'), & the undersigned "MERCHANT" & subject to the approval of BANK
WHEREAS: Bank is engaged in the general banking business including the purchase of Credit Card Transactions from merchants and provide certain services related to the processing of Credit Card Transactions to MERCHANT; and
WHEREAS: MERCHANT desires to honor at this business location(s) Card Numbers presented in connection with the Mail Order/Telephone Order sale of product/services to customers; and
WHEREAS: BANK and MERCHANT has entered into BMO Harris Bank, N.A., Chicago, IL ('Bank') VISA/MasterCard Processing Agreement ('Agreement'). NOW THEREFORE
in consideration of the representations, covenants, and promises made herein, the parties hereto agree to amend Agreement as follows:

1. MERCHANT agrees to use and retain proof of a traceable delivery system as means of shipment of product to customer.
2. MERCHANT agrees that transactions will not be processed until products are shipped to Cardholder.
3. MERCHANT agrees to a charge of $0.05 per AVS transaction(s) when applicable.
4. Agreement may be immediately terminated by BANK if MERCHANT fails to comply with any of the terms of this agreement.

AGREED & ACCEPTED BY:                              DATE: 10/12/12

_M E Goodman-Arndt_
OWNER / OFFICER                                    Authorized BMO Harris Bank, N.A. Agent

Megan Goodman-Arndt
Print Name                                         Print Name



PPSISL000389

**Form 1040**
Department of the Treasury—Internal Revenue Service (99)
**U.S. Individual Income Tax Return** **2011** OMB No. 1545-0074 IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2011, or other tax year beginning , 2011, ending , 20

| | | |
|---|---|---|
| Your first name and initial | Last name | Your social security number |
| Brian T | Arndt | |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Megan E | Goodman-Arndt | |

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no.

▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
Longmont CO 80503

Foreign country name | Foreign province/county | Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status**
Check only one box.

1 ☐ Single
2 ☒ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a.
b ☒ Spouse

| Boxes checked on 6a and 6b | 2 |
|---|---|

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

No. of children on 6c who:
• lived with you 2
• did not live with you due to divorce or separation (see instructions)
Dependents on 6c not entered above

If more than four dependents, see instructions and check here ▶ ☐

d Total number of exemptions claimed | Add numbers on lines above ▶ | 4

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 |
| 8a | Taxable interest. Attach Schedule B if required | 8a |
| b | Tax-exempt interest. Do not include on line 8a . . 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a |
| b | Qualified dividends . . . . . . 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 |
| 11 | Alimony received | 11 |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 |
| 14 | Other gains or (losses). Attach Form 4797 | 14 |
| 15a | IRA distributions 15a | b Taxable amount | 15b |
| 16a | Pensions and annuities 16a | b Taxable amount | 16b |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 |
| 18 | Farm income or (loss). Attach Schedule F | 18 |
| 19 | Unemployment compensation | 19 |
| 20a | Social security benefits 20a | b Taxable amount | 20b |
| 21 | Other income. List type and amount   CANCELED DEBT INCOME | 21 |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 |

**Adjusted Gross Income**

| | | |
|---|---|---|
| 23 | Educator expenses | 23 |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 |
| 25 | Health savings account deduction. Attach Form 8889 | 25 |
| 26 | Moving expenses. Attach Form 3903 | 26 |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 |
| 29 | Self-employed health insurance deduction | 29 |
| 30 | Penalty on early withdrawal of savings | 30 |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a |
| 32 | IRA deduction | 32 |
| 33 | Student loan interest deduction | 33 |
| 34 | Tuition and fees. Attach Form 8917 | 34 |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 |
| 36 | Add lines 23 through 35 | 36 |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 37 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions. BAA REV 02/22/12 TTW
PPSISI 00039 Form **1040** (2011)



**Brass Triangle, LLC**
4600 E Washington St, Suite 300
Phoenix, AZ 85034

JPMORGAN CHASE BANK, NA
Arizona
91-002/1221

1000

PAY TO THE
ORDER OF _____   $ _____

_____ DOLLARS

MEMO _____

⑈001000⑈ ██████████  ██████ 8174⑈

Brass Triangle, LLC                                                1000

Brass Triangle, LLC                                                1000





**BRASS TRIANGLE LLC**
6260 LOOKOUT RD
SUITE 100
Boulder, CO  80301

DATE                    90-78/1211

**09904**

PAY TO THE
ORDER OF                                    $

                                        DOLLARS

BANK≈WEST

⑆024⑆⑈ 09904

PPSISL000432

# PX11

## PPS Attachment B

## Bridge Ford Account Documents

# MERCHANT APPLICATION

**GMA**
**Global Merchant Advisors**

Merchant # _____

☐ New Location   ☒ Additional Location

11835 W. Olympic Blvd • Ste 650E • Los Angeles, CA 90064
Tel: 310.220.0624 • Fax: 310.602.6282
www.gmapay.com

**WCH*WhiteningCoachAtHome**

## ▶ Business Information

*Note: Your Business Legal Name and Tax ID Number must be entered exactly as it appears on your Income Tax Return or on your SS4-Employer Identification Number (EIN) letter to avoid fees and income withholding by the IRS.*

| | |
|---|---|
| Legal Name (as it appears on your income tax return): **Bridge Ford, LLC** | Name of Account (Doing Business As): **Whitening Coach at Home** |
| Legal Address: **871 Coronado Center Dr. Suite 200** | Physical Street Address (No P.O. Box): **871 Coronado Center Dr. Suite 200** |

| City: **Henderson** | State: **NV** | Zip: **89052** | City: **Henderson** | State: **NV** | Zip: **89052** |
|---|---|---|---|---|---|

| Phone #. Contact: **Emily McEvoy** ( 888 ) 895-4363 | DBA Phone #: ( 888 ) 895-4363 | Fax #: ( 303 ) 530-0771 |
|---|---|---|

| Must Choose One Mailing Address: ☐ DBA Address ☑ Legal Address | E-Mail Address: **emily@whiteningcoachathome** | Website Address: www. **WhiteningCoachAtHome.com** |
|---|---|---|

| Federal Tax #: **2|7|5|2|2|1|2|3|6** | # of Locations **1** | Years In Business **3** | Years Owned Business **3** |
|---|---|---|---|

| Place of Legal Formation: **Nevada** | Country of Primary Business Operations: **USA** |
|---|---|

| Bank Reference: **Bankof the West** | Contact: **Penny Smith** | Phone #: ( 303 ) 652-3800 |
|---|---|---|

## ▶ Owners or Officers – Individual Ownership Must be Equal to or Greater than 50%

| Name: 1. **Emily McEvoy** | Title: **Manager** | Date of Birth: ▮▮/83 | Applicant's SS #: ▮▮▮ | % Equity Ownership: **80** |
|---|---|---|---|---|

| Residence Address: ▮▮▮▮ | City: **Denver** | State: **CO** | Zip: **80203** | # Years: **10 M**▮ |
|---|---|---|---|---|

| US Government Issued ID#: ▮▮▮ | Type of ID: **DL** | Expiration Date: ▮▮/2015 | Country of Citizenship (if not US): | Home Phone: ▮▮▮ |
|---|---|---|---|---|

| Name: 2. | Title: | Date of Birth: | Applicant's SS #: | % Equity Ownership: |
|---|---|---|---|---|

| Residence Address: | City: | State: | Zip: | # Years: |
|---|---|---|---|---|

| US Government Issued ID#: | Type of ID: | Expiration Date: mm/dd/yyyy | Country of Citizenship (if not US): | Home Phone: ( ) |
|---|---|---|---|---|

## ▶ Business Profile

Type of Ownership: ☑ Sole Proprietor ☐ Assoc/Estates/Trusts ☐ Joint Venture ☐ Government ☐ Corporation (Privately Traded) ☐ Corporation (Publicly Traded) ☐ Medical or Legal Corp ☐ Partnership ☐ Tax Exempt Org ☐ Single Member LLC ☐ Multi Member LLC ☐ Civic Assoc ☐ Limited Partnership ☐ Political Org ☐ Other

Type of Goods or Services Sold: **Teeth Whitening**   SIC Code: **5968**

Do you currently accept Discover®/Visa/Mastercard? ☑ Yes ☐ No
*If yes, you should submit 3 current months' statements*   Name of Current Processor: **GMA**

Has Merchant or any associated principal disclosed below filed bankruptcy or been subject to involuntary bankruptcy? ☐ Yes Date: _____ ☑ No

## ▶ Sales Profile

Merchant Type:
☐ Retail
☐ Restaurant
☐ Lodging
☐ Service
☑ Internet
☐ Home Based
☐ Other

| Discover/.Visa/MasterCard Sales Profile Be Accurate: | |
|---|---|
| Card Swipe | % |
| Manual Key Entry with Imprint, | |
| Card Present | % |
| Mail Order/Telephone | % |
| Internet | **100** % |
| Total = | **100** % |

## ▶ Business Trade Suppliers – List Two

| Name: **Sunshine Health** | Address: **Oakland Park, FL** | Contact: **Ralph Morton** | Phone #: ( 954 ) 493-5469 |
|---|---|---|---|
| Name: **Verifi** | Address: **Los Angeles, CA** | Contact: **Shane Lynch** | Phone #: ( 323 ) 655-5789 |

## ▶ Merchant Site Survey Report – To Be Completed by Sales Representative

Merchant Location: ☐ Retail Location with Store Front ☐ Office Building ☑ Internet ☐ Residence ☐ Other _____
Area Zoned: ☑ Commercial ☐ Industrial ☐ Residential   Square Footage: ☐ 0-250 ☐ 251-500 ☑ 501-2,000 ☐ 2,001+

Does the amount of inventory and merchandise on shelves and floor appear consistent with this type of business? ☑ Yes ☐ No
If No, explain:

The Merchant: ☑ Owns ☐ Leases the Business Premises   Landlord Name & Phone #: **N/A**

Further Comments by inspector (Must Complete)

I hereby verify that this application has been fully completed by merchant applicant and that I have physically inspected the business premises of the merchant at this address and the information stated above is true and correct to the best of my knowledge and belief.

Verified and Inspected by:   Office #: **12478**   Representitive _____
X _____   x _____   Representative Signature _____   Date: **7/3/14**

**Global Merchant Advisors is a registered ISO/MSP of BMO Harris Bank, N.A., Chicago, IL**

Rev2/08/25/13
Page 1 of 13

| ▶ ▼ Discover / Visa / Mastercard Retail / High Risk Retail Rates | | ☑ ▼ Mail / Phone / Internet / Touchtone Rates | |
|---|---|---|---|
| Merchant Chooses to accept the following: | | Merchant Chooses to accept the following: | |
| DISC/VSA/MC (Other Cards) Discount Rate: | | DISC/VSA/MC (Other Cards) Discount Rate: | 4.25 % |
| VSA/MC Discount Rate for Debit Cards | | VS/MC Discount Rate for Debit Cards | 4.25 % |

| ▶ Fees | | | ▶ Fees | | |
|---|---|---|---|---|---|
| DISC/VSA/MC Transaction Fee: | | Per Item | DISC/VSA/MC Transaction Fee: | $0.35 | Per Item |
| Non-Bankcard Transaction Fee: | | Per Item | Non-Bankcard Transaction Fee: | | Per Item |
| Non-Bankcard: | % Discount Rate | Per Item | Non-Bankcard: | % Discount Rate | Per Item |
| Statement Fee: | | Per Item | Statement Fee: | $10 - | Monthly |
| VIMAS Online Service: | | Monthly | VIMAS Online Service: | | Monthly |
| Monthly Minimum: | | Monthly | Monthly Minimum: | $150 - | Monthly |
| Annual Fee | | Per year | Annual Fee | $ 99 - | Monthly |
| Debit Transaction Fee Plus Network Fees: | | Per Item | MOTO/Internet Surcharge: | | Per Item |
| EBT Transaction Fee: | | Per Item | AVS Surcharge: | $0.10 | Per Item |
| EBT Statement Fee: | | Monthly | Batch Fee: | $1.00 | Per Batch |
| Batch Fee: | | Per Batch | Manual Imprinter: QTY: B2 | $50.00 | One Time   $25.00 |
| Manual Imprinter: QTY: B2   25.00 | $50.00 | One Time | Chargeback Fee: | $25.00 | Per Item |
| Chargeback Fee: | $35.00 | Per Item | ACH Reject Fee: | $25.00 | Per Item |
| ACH Reject Fee: | $25.00 | Per Item | Retrieval Fee: | $5.00 | Per Item |
| Retrieval Fee: | $5.00 | Per Item | Voice Authorization Fee: | $0.95 | Per Call |
| Voice Authorization Fee: | $0.95 | Per Call | Gateway Access Fee: | | Monthly |
| Gateway Access Fee: | | Monthly | Government Compliance Fee: | $6.95 | Per Month |
| AVS Surcharge: | | Per Item | TIN Mismatch Fee: | $50.00 | Until Validated |
| Government Compliance Fee: | $6.95 | Per Month | DonateWiseNow Fee: | $4.95 | Per Month |
| TIN Mismatch Fee: | $50.00 | Until Validated | Early Termination Fee: | $495.00 | One Time   $495 — |
| DonateWiseNow Fee: | $4.95 | Per Month | | | |
| Early Termination Fee: | $495.00 | One Time | | | |

| Misc Fees: | Start Mo/Yr: | Amount: | Terms: | Misc Fees: | Start Mo/Yr: | Amount: | Terms: |
|---|---|---|---|---|---|---|---|
| #1 | | | | #1  B2 SET UP | | $150 - | ONE TIME |
| #2 | | | | #2  B2 MONTHLY | | $150 - | MONTHLY |
| #3 | | | | #3 | | | |
| #4 | | | | #4 | | | |
| #5 | | % of Volume and/or $ | per Item | #5 | | % of Volume and/or $ | per Item |

1) I/We understand and agree that while my/our Discount Rate as stated above will be charged on most electronically authorized payment card transactions batched and closed daily, charges up to 6% higher than my discount rate may apply where additional criteria is not met. Examples of where higher rates may apply, include but are not limited to, MOTO, keyed in transactions, transactions without AVS, business and foreign card transactions (See Section 7.9 for further information on Discount Rates 2 and 3). 2) Pass-through Association fees include Visa Acquiring Processing Fee, Visa Misuse of Auth Fee, Visa International Service Assessment Fee (ISA), Visa Zero Floor Limit Fee, Visa International Acquirer Fee, MC Acquirer Program Support Fee, MC Cross Border Fee, and the MC Network Access and Brand Usage (NABU) Fee. Please visit the Associations' website for further details. 3) By checking the "Yes" checkbox, I acknowledge that I am using a third party to store, process or transmit cardholder data. ☐ Yes
Give name/address: (examples include, but not limited to hosting companies, shopping carts, Loyalty Programs, Electronic Data Capture). Please identify any software used for storing, transmitting or processing Card Transaction or Authorization requests.

## ▶ My Merchants Benefits Club

☑ The representative has explained the My Merchant Benefits Club program to me and I elect to opt-out of the program. I understand I can opt into the program at any time and benefit from great deals, including equipment support and replacement per terminal/peripheral (where applicable), as well as great discounts for items such as car rentals, hotels, office supplies, health, legal services and more for my company and employees for an additional fee of $14.95 per month.

Global Merchant Advisors is a registered ISO/MSP of BMO Harris Bank, N.A., Chicago, IL.

Rev2. 09/25/19
Page 2 of 13

PPS Attachment B-2                                                                 PPSISL000435

## ▶ American Express

Estimated Annual American Express Charge Volume $ _____     Average Ticket $ _____

[ ] American Express ESA

Existing ESA SE _____     Merchant CAP _____

Discount Rate _____ %     Per Transaction Fee $ _____

**OR**

PrePaid Discount Rate _____ %     PrePaid Per Transaction Fee $ _____

[ ] $7.50/month option for merchants under $5,000 – mandatory for Internet-Physical Delivery, MOTO and Home-Based regardless of volume (ESA program only)

[ ] New American Express OnePoint

Discount Rate _____ %     Per Transaction Fee $ _____

PrePaid Discount Rate _____ %     PrePaid Per Transaction Fee $ _____

All fees are applicable to OnePoint and ESA unless otherwise stated.
Card Not Present (CNP) Fee    0.30% Downgrade
Inbound Fee    0.40% Downgrade for all Cross-Border Transactions

By signing below, I represent that I have read and am authorized to sign and submit this application for the above entity, which agrees to be bound by the American Express® Card Acceptance Agreement ("Agreement"), and that all information provided herein is true, complete and accurate. I authorize Cynergy Data, LLC. and American Express Travel Related Services Company, Inc. ("AXP"), and AXP's agents and Affiliates to verify the information in this application and receive and exchange information about me personally, including by requesting data from consumer reporting agencies from time to time, and disclose such information to their agents, subcontractors, Affiliates and other parties for any purpose permitted by law. I authorize and direct Cynergy Data, LLC. and AXP and AXP's agents and Affiliates to inform me directly, or inform the entity above, about the contents of reports about me that they have requested from consumer reporting agencies. Such information will include the name and address of the agency furnishing the report. I also authorize AXP to use the report's on-file consumer reporting agencies for marketing and administrative purposes. I am able to read and understand the English language. Please read the American Express Privacy Statement at http://www.americanexpress.com/privacy to learn more about how American Express protects your privacy and how American Express uses your information. I understand that I may opt out of marketing communications by visiting this website or contacting American Express at 1-800-528-5200.

I understand that upon AXP's approval of the application, the entity will be provided with the Agreement and become welcoming in either to AXP's program for Cynergy Data, LLC. to perform services for AXP (OnePoint) or to AXP's standard Card acceptance program (ESA) which has different terms (e.g. different speeds of pay).

If I qualified for OnePoint, I acknowledge that Cynergy Data will provide merchant instructions on accessing the American Express Terms and Conditions (Agreement for American Express® Card Acceptance American Express ©Network® Programs) and the American Express Merchant Regulations – U.S. including any updates as these regulations as they are made available via http://www.mycard.Sun365.com/corporate/login.asp. Specific instructions will be delivered to the entity via a welcome letter that will be forthcoming upon account approval.

I understand that if the entity does not qualify for the Cynergy Data, LLC. servicing program that the entity may be enrolled in AXP's standard Card acceptance program, and the entity may terminate the Agreement. By accepting the American Express Card for the purchase of goods and/or services, or otherwise indicating its intention to be bound, the entity agrees to be bound by the Agreement.

Merchant Signature _____     Date _____

## ▶ Debit/Credit Authorization – Include a voided check or bank letter verifying bank account information

Merchant authorizes Cynergy Data, LLC. ("Processor") at BMO Harris Bank N.A. ("Bank") to present Automated Clearing House credits, Automated Clearing House debits, wire transfers, or depository transfer checks to and from the following account and to and from any other account for which Processor or Bank are authorized to perform such functions under the Merchant Processing Agreement, for the purposes set forth in the Merchant Processing Agreement. This authorization extends to such entries in said account concerning lease, rental or purchase agreements for POS terminals and/or accompanying equipment and/or check guarantee fees and amounts due for supplies and materials. This automated clearing House authorization cannot be revoked until all Merchant obligations under this agreement are satisfied, and Merchant gives Cynergy Data written notice of revocation.

DDA: ████ 2444     ABA Routing: _____

INVESTIGATIVE CONSUMER REPORT: An investigative or consumer report may be made in connection with application. MERCHANT authorizes BANK or any of its agents to investigate the references provided or any other statements or data obtained from MERCHANT, from any of the undersigned individual guarantor(s) or from any other person or entity with financial responsibilities under this agreement. You have a right, upon written request, to a complete and accurate disclosure of the nature and scope of the investigation requested. By signing below, or clicking I accept, Merchant represents that the information provided in this Application is true, complete and not misleading in any way.

**AVERAGE TICKET SIZE:** $39.99     **AVERAGE MONTHLY VOLUME:** $50,000.00

Each person certifies that the average ticket size and sales volume indicated is accurate and agrees that any transaction or monthly volume that exceeds either of the above amounts could result in delayed and/or withheld settlement of funds. Also, see paragraphs E.4 and 15.3 of the MERCHANT Processing Agreement regarding suspension and termination of MERCHANT.

IMPORTANT NOTICE: All information contained in this application was completed, supplied and/or reviewed by the undersigned Merchant. Processor shall not be responsible for any change in printed forms unless specifically agreed to in writing by an officer of Processor and/or BMO Harris Bank N.A. Chicago, IL. By signing below, you are agreeing to the provisions stated within this merchant application, on the reverse side (the Merchant Agreement) and acknowledge receipt of the merchant operating guide. Those provisions must be read before signing. By signing below, you agree to the terms on the front and back of this MERCHANT Processing Agreement and the merchant operating guide.

## ▶ Individual Guaranty – No Titles

As a primary inducement to Processor and Bank to enter into this Agreement, the undersigned Guarantor(s), by signing this Agreement, jointly and severally, unconditionally and irrevocably, personally guarantee the continuing full and faithful performance and payment by Merchant of each of its duties and obligations to Processor and Bank under this Agreement or any other agreement currently in effect or in the future entered into between Merchant or its principals and Processor or Bank, as such agreements now exist or are amended from time to time, with or without notice. Guarantor(s) understands before that Processor or Bank may proceed directly against Guarantor(s) without first exhausting their remedies against any other person or entity responsible to it or any security held by Processor and Bank or Merchant. This guarantee will not be discharged or affected by the death of the undersigned, will bind all heirs, administrators, representatives and assigns and may be enforced by or for the benefit of any successor of Processor and Bank. Guarantor(s) understand that the inducement to Processor and Bank to enter into this agreement is consideration for the guaranty, and that the guaranty remains in full force and effect even if the Guarantor(s) receive no additional benefit from the guaranty.

**AGREED AND ACCEPTED:**

X _~S. McG_____     6/18/14
#1 From Application – Signature     Date

X _____
#2 From Application – Signature     Date

## ▶ For All Businesses – Business Resolution

The indicated officer(s) identified in numbers 1 and/or 2 below have the authorization to execute the MERCHANT Processing Agreement on behalf of the herein within named business. MERCHANT UNDERSTANDS THAT THIS AGREEMENT SHALL NOT TAKE EFFECT UNTIL MERCHANT HAS BEEN APPROVED BY BANK AND A MERCHANT NUMBER IS ISSUED.

Bridge Ford, LLC
Print Legal Name of Merchant Business

X _E. S. McG_____     6/18/14
#1 From Application – Signature     Date

X _____
#2 From Application – Signature     Date

X _____
Accepted by Processor     Date

X _____
Accepted by BMO Harris Bank N.A. Chicago, IL     Date

Rev2. 03/25/13
Page 3 of 13

**Global Merchant Advisors is a registered ISO/MSP of BMO Harris Bank, N.A., Chicago, IL**

## Mail, Telephone Order, & Internet Merchant Addendum

**IMPORTANT NOTICE:** Visa and MasterCard have set a minimum standard requirement for accepting credit cards on the Internet. In order to avoid a significant delay in the settlement of your funds, please ensure that your website has the following seven (7) items completed prior to the commencement of your credit card processing:

1. Refund / Cancellation Policy
2. Privacy Policy
3. Terms & Conditions listed
4. Products & the Corresponding Pricing listed
5. 128-bit SSL page(s) where personal and credit card information is obtained (usually provided by shopping cart or gateway)
6. Telephone Customer Service contact number
7. Shipping & Handling method and shipping delivery time after the sale

**URGENT!!!** You must contact your sales representative *immediately upon completing the above 7 Internet processing requirements!*

**Underwriting & Marketing Review:** (Please answer the following questions as accurately as possible)

Submit sample(s) of product brochure, promotional materials, product catalogue, etc. How will product be advertised or promoted? Internet

If advertising on Internet, list website address: www.whiteningcoachathome.com

Preferred 23 character (or less) DBA identifier (appears on customers' billing statement):

| B | F | C | O | A | C | H | * | W | T | E | 8 | 8 | 8 | 8 | 9 | 5 | 4 | 3 | 6 | 3 | | | |

List name(s) and address(es) of vendor from which the product is purchased:
Sunshine Health, Oakland Park FL and Oratech, SLC UT

List name(s) and address(es) of third party or fulfillment organizations, or parties aside from your staff who will assist or participate with the sales, marketing, processing of orders, or shipping of merchandise:
Rev Go Fulfillment, 7565 Commercial Way, Unit E, Henderson, NV 89011

List geographical area(s) in which the product or service will be marketed and sold: US, CAN, UK

List carrier services that will deliver product or service: USPS, Globegistics

What is your return or refund policy? RMA required, full refund if canceled within 30 days of shipment

How does the customer order the product or service? www.whiteningcoachathome.com

When you receive an authorization, how long before merchandise is shipped or services are provided? 1-3 days

Do you perform recurring monthly billing? _X_ Yes ___ No   If Yes, _X_ Monthly ___ Quarterly ___ Bi-annual ___ Annual
Is your database collecting entire credit card numbers? ___ Yes _X_ No   If Yes, are you PCI compliant? _X_ Yes ___ No

This amendment is made by & between BMO Harris Bank, N.A., Chicago, IL ('Bank'), & the undersigned "MERCHANT" & subject to the approval of BANK. WHEREAS: Bank is engaged in the general banking business including the purchase of Credit Card Transactions from merchants and provide certain services related to the processing of Credit Card Transactions to MERCHANT; and

WHEREAS: MERCHANT desires to honor at this business location(s) Card Numbers presented in connection with the Mail Order/Telephone Order sale of product/ services to customers; and

WHEREAS: BANK and MERCHANT has entered into BMO Harris Bank, N.A., Chicago, IL ('Bank') VISA/MasterCard Processing Agreement ('Agreement'). NOW THEREFORE, in consideration of the representations, covenants, and promises made herein, the parties hereto agree to amend Agreement as follows:

1. MERCHANT agrees to use and retain proof of a traceable delivery system as means of shipment of product to customer.
2. MERCHANT agrees that transactions will not be processed until products are shipped to Cardholder.
3. MERCHANT agrees to a charge of $0.05 per AVS transaction(s) when applicable.
4. Agreement may be immediately terminated by BANK if MERCHANT fails to comply with any of the terms of this agreement.

AGREED & ACCEPTED BY:                           DATE: 6/18/14

_____                   _____
OWNER / OFFICER                                 Authorized BMO Harris Bank, N.A. Agent

Emily McEvoy
_____                   _____
Print Name                                      Print Name

Global Merchant Advisors is a registered ISO/MSP of BMO Harris Bank, N.A., Chicago, IL.

Rev2. 08/25/13
Page 12 of 15

PPS Attachment B-4                                                    PPSISL000445

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Bridge Ford, LLC**
871 Coronado Center, Suite 200
Henderson, NV 89052

VECTRA BANK COLORADO, NA

**1000**

PAY TO THE
ORDER OF

# VOID

$

DOLLARS

001000 ███████████ 7915

PPSISL000446



**BRIDGE FORD LLC**
6260 LOOKOUT RD STE 100
Boulder, CO 80301

**09901**

DATE _____   90-78/1211

PAY TO THE
ORDER OF

$

DOLLARS

BANK of WEST

FOR

⑆2444⑈ 09901⑈

Print Form



# MERCHANT ACCOUNT CHANGE REQUEST FORM

## CURRENT INFORMATION

DATE: 6/5/15    MID: ████████ 7002

DBA NAME: Whitening Coach at Home

LEGAL NAME: Bridge Ford, LLc

DBA ADDRESS: 871 Coronado Center Drive, Suite 200
Henderson, NV 89052

## CHANGE(S) REQUESTED (Please check all applicable)

___ DBA Name: _____

___ DBA Address: _____
_____

___ DBA Phone Number: _____-_____-_____

___ DBA Fax Number: _____-_____-_____

___ Mailing Address: _____

___ Email Address: _____

___ Web Address: _____

## Bank Account Changes **Provide a Copy of a Pre-Printed Voided Check

X New Routing Number: ████████

X New Account Number: ████████ 7915

All changes that are requested must be signed by the person who signed the original
merchant application. (Owner of the merchant account)

Print Name: Emily McEvoy

Signature: Emily S. McEvoy





**BROCK AND COMPANY**
Certified Public Accountants
Business Advisors
A PROFESSIONAL CORPORATION

www.brockcpas.com

August 30, 2013

Blair McNea
Bridge Ford, LLC
Boulder, CO  80301

Dear Blair:

Enclosed is your 2012 partnership tax return, as follows...

2012 U.S. RETURN OF PARTNERSHIP INCOME

Schedules K-1 are included and should be immediately forwarded to the respective partners.

The return was prepared from the information furnished by you.  Please review before filing to ensure there are no omissions or misstatements of material facts.

Your returns have been prepared for electronic filing.  You must sign and return the efile authorization forms to our office as explained in the filing instructions. Your copy should be retained for your files for a minimum of three years from the due date or extended due date of the return.

We sincerely appreciate the opportunity to serve you.  Please contact us if you have any questions concerning the tax returns.

Very truly yours,

BROCK AND COMPANY, CPAs. P.C.

# 2012 TAX RETURN FILING INSTRUCTIONS

## U.S. RETURN OF PARTNERSHIP INCOME

### FOR THE YEAR ENDING

### December 31, 2012

| | |
|---|---|
| **Prepared for** | Blair McNea<br>Bridge Ford, LLC<br>▇▇▇▇▇▇▇▇<br>Boulder, CO  80301 |
| **Prepared by** | Brock and Company, CPAs, P.C.<br>900 S Main Street, Suite 200<br>Longmont, CO 80501 |
| **To be signed and dated by** | A member manager of the LLC |
| **Amount of tax** | Not applicable |
| **Mail tax return to** | This return has been prepared for electronic filing.  To have it transmitted electronically to the IRS, please sign, date, and return Form 8879-PE to our office.  We will then submit your electronic return. |
| **Forms to be distributed to partners** | |
| **Return must be mailed on or before** | Not applicable |
| **Special Instructions** | Do not mail the paper copy of the return to the IRS.<br><br>You should provide a paper copy of the Schedules K-1 to the respective partners immediately.  If you choose to distribute these schedules electronically, you must distribute them in accordance with the specific requirements contained in IRS Revenue Procedure 2012-17, which generally requires the prior written consent of the partner.  Please contact us if you need assistance regarding these requirements. |

| Form **1065** | | **U.S. Return of Partnership Income** | OMB No. 1545-0099 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | For calendar year 2012, or tax year beginning _____, ending _____, ___ | **2012** |

EXTENSION GRANTED TO 09/16/13

| | | | |
|---|---|---|---|
| **A** Principal business activity<br>CREDIT CARD PROCESSING | Name of partnership<br>BRIDGE FORD, LLC | | **D** Employer identification number<br>27-5221236 |
| **B** Principal product or service<br>CREDIT CARD PROCESSING | Print or type. | Number, street, and room or suite no. If a P.O. box, see the instructions.<br>871 CORONADO PRKWY, SUITE 200 | **E** Date business started<br>02/24/2011 |
| **C** Business code number<br>525990 | | City or town, state, and ZIP code<br>HENDERSON                      NV 89052 | **F** Total assets<br>$   17,254. |

**G** Check applicable boxes: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change **(5)** ☐ Amended return
**(6)** ☐ Technical termination - also check (1) or (2)
**H** Check accounting method: **(1)** ☐ Cash **(2)** ☒ Accrual **(3)** ☐ Other (specify) ▶ _____
**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ `2`
**J** Check if Schedules C and M-3 are attached ☐

**Caution.** Include *only* trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

| | | | | |
|---|---|---|---|---:|
| **Income** | **1 a** Gross receipts or sales | **1a** | 125,177. | |
| | **b** Returns and allowances | **1b** | 14,052. | |
| | **c** Balance. Subtract line 1b from line 1a | | **1c** | 111,125. |
| | **2** Cost of goods sold (attach Form 1125-A) | | **2** | |
| | **3** Gross profit. Subtract line 2 from line 1c | | **3** | 111,125. |
| | **4** Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | | **4** | |
| | **5** Net farm profit (loss) (attach Schedule F (Form 1040)) | | **5** | |
| | **6** Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | **6** | |
| | **7** Other income (loss) (attach statement) | | **7** | |
| | **8** **Total income (loss).** Combine lines 3 through 7 | | **8** | 111,125. |
| **Deductions (see the instructions for limitations)** | **9** Salaries and wages (other than to partners) (less employment credits) | | **9** | 3,000. |
| | **10** Guaranteed payments to partners | | **10** | |
| | **11** Repairs and maintenance | | **11** | |
| | **12** Bad debts | | **12** | |
| | **13** Rent | | **13** | 2,412. |
| | **14** Taxes and licenses                              SEE STATEMENT 1 | | **14** | 353. |
| | **15** Interest | | **15** | |
| | **16 a** Depreciation (if required, attach Form 4562) | **16a** | | |
| | **b** Less depreciation reported on Form 1125-A and elsewhere on return | **16b** | **16c** | |
| | **17** Depletion **(Do not deduct oil and gas depletion.)** | | **17** | |
| | **18** Retirement plans, etc. | | **18** | |
| | **19** Employee benefit programs | | **19** | |
| | **20** Other deductions (attach statement)                  SEE STATEMENT 2 | | **20** | 104,996. |
| | **21** **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | | **21** | 110,761. |
| | **22** **Ordinary business income (loss).** Subtract line 21 from line 8 | | **22** | 364. |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member manager) is based on all information of which preparer has any knowledge.

May the IRS discuss this return with the preparer shown below (see instr.)? ☒ Yes ☐ No

▶ Signature of general partner or limited liability company member manager    ▶ Date

| **Paid Preparer Use Only** | Print/Type preparer's name<br>CRAIG CHANEY | Preparer's signature | Date | Check ☐ if self-employed | PTIN<br>P00163210 |
|---|---|---|---|---|---|
| | Firm's name ▶ BROCK AND COMPANY, CPAS, P.C. | | | Firm's EIN ▶ 84-0930288 | |
| | Firm's address ▶ 900 S MAIN STREET, SUITE 200<br>LONGMONT, CO 80501 | | | Phone no. 303-776-2160 | |

LHA **For Paperwork Reduction Act Notice, see separate instructions.**                Form **1065** (2012)

211001
12-31-12

Form 1065 (2012) **BRIDGE FORD, LLC**     27-5221236   Page **2**

## Schedule B   Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box: | | |
| a | Domestic general partnership   **b** Domestic limited partnership | | |
| c | [X] Domestic limited liability company  **d** Domestic limited liability partnership | | |
| e | Foreign partnership   **f** Other ▶ | | |
| 2 | At any time during the tax year, was any partner in the partnership a disregarded entity, a partnership (including an entity treated as a partnership), a trust, an S corporation, an estate (other than an estate of a deceased partner), or a nominee or similar person? | X | |
| 3 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| b | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | X | |
| 4 | At the end of the tax year, did the partnership: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| 5 | Did the partnership file Form 8893, Election of Partnership Level Tax Treatment, or an election statement under section 6231(a)(1)(B)(ii) for partnership-level tax treatment, that is in effect for this tax year? See Form 8893 for more details | | X |
| 6 | Does the partnership satisfy **all four** of the following conditions? | | |
| a | The partnership's total receipts for the tax year were less than $250,000. | | |
| b | The partnership's total assets at the end of the tax year were less than $ 1 million. | | |
| c | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| d | The partnership is not filing and is not required to file Schedule M-3 | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item L on Schedule K-1. | | |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| 8 | During the tax year, did the partnership have any debt that was cancelled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| 9 | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| 10 | At any time during calendar year 2012, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for Form TD F 90-22.1, Report of Foreign Bank and Financial Accounts. If "Yes," enter the name of the foreign country. ▶ | | X |

Form **1065** (2012)

Form 1065 (2012)   **BRIDGE FORD, LLC**                                    27-5221236   Page **3**

| Schedule B | Other Information *(continued)* | Yes | No |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| 11 | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | X |
| 12a | Is the partnership making, or had it previously made (and not revoked), a section 754 election? ................................. See instructions for details regarding a section 754 election. | | X |
| b | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| 13 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly-owned by the partnership throughout the tax year) ...................... ▶ ☐ | | |
| 14 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | X |
| 15 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities, enter the number of Forms 8858 attached. See instructions ▶ | | |
| 16 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership. ▶ | | X |
| 17 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return. ▶ | | |
| 18a | Did you make any payments in 2012 that would require you to file Form(s) 1099? See instructions ............................. | | X |
| b | If "Yes," did you or will you file required Form(s) 1099? | | |
| 19 | Enter the number of Form(s) 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return. ▶ | | |
| 20 | Enter the number of partners that are foreign governments under section 892. ▶ | | |

**Designation of Tax Matters Partner** (see instructions)

Enter below the general partner or member-manager designated as the tax matters partner (TMP) for the tax year of this return:

| Name of designated TMP ▶ **BRAZILIAN SKIN SECRETS, LLC** | Identifying number of TMP ▶ **27-5223316** |
|---|---|
| If the TMP is an entity, name of TMP representative ▶ **BLAIR   MCNEA** | Phone number of TMP ▶ |
| Address of designated TMP ▶ **7251 WEST LAKE MEAD BLVD, SUITE 300 LAS VEGAS, NV 89128** | |

Form **1065** (2012)

211021
12-31-12

PPS Attachment B-12                                                      PPSISL000495

**SCHEDULE B-1**
**(Form 1065)**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Information on Partners Owning 50% or More of the Partnership

► **Attach to Form 1065. See instructions.**

OMB No. 1545-0099

| Name of partnership | Employer identification number |
|---|---|
| BRIDGE FORD, LLC | 27-5221236 |

**Part I    Entities Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 3a)

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, tax-exempt organization, or any foreign government that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II   Individuals or Estates Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 3b)

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| EMILY SPRINGMANN | ███████ | UNITED STATES | 80.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

LHA   **For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**          **Schedule B-1 (Form 1065)  (Rev. 12-2011)**

651112

**Schedule K-1**
**(Form 1065)**

Department of the Treasury
Internal Revenue Service

**2012**

For calendar year 2012, or tax
year beginning _____
ending _____

**Partner's Share of Income, Deductions,
Credits, etc.**                ▶ See separate instructions.

☐ Final K-1        ☐ Amended K-1        OMB No. 1545-0099

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | |
|---|---|---|
| **1** Ordinary business income (loss) 73. | **15** Credits | |
| **2** Net rental real estate income (loss) | **16** Foreign transactions | |
| **3** Other net rental income (loss) | | |
| **4** Guaranteed payments | | |
| **5** Interest income | | |
| **6a** Ordinary dividends | **17** Alternative min tax (AMT) items | |
| **6b** Qualified dividends | | |
| **7** Royalties | **18** Tax-exempt income and nondeductible expenses | |
| **8** Net short-term capital gain (loss) | | |
| **9a** Net long-term capital gain (loss) | | |
| **9b** Collectibles (28%) gain (loss) | **19** Distributions | |
| **9c** Unrecaptured sec 1250 gain | | |
| **10** Net section 1231 gain (loss) | **20** Other information | |
| **11** Other income (loss) | | |
| **12** Section 179 deduction | | |
| **13** Other deductions | | |
| **14** Self-employment earnings (loss) A 73.  C 22,225. | | |

## Part I    Information About the Partnership

**A** Partnership's employer identification number
27-5221236

**B** Partnership's name, address, city, state, and ZIP code

BRIDGE FORD, LLC
871 CORONADO PRKWY, SUITE 200
HENDERSON, NV  89052

**C** IRS Center where partnership filed return
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II    Information About the Partner

**E** Partner's identifying number
27-5223316

**F** Partner's name, address, city, state, and ZIP code

BRAZILIAN SKIN SECRETS, LLC
7251 WEST LAKE MEAD BLVD, SUITE 300
LAS VEGAS, NV  89128

**G** ☒ General partner or LLC member-manager        ☐ Limited partner or other LLC member

**H** ☒ Domestic partner        ☐ Foreign partner

**I1** What type of entity is this partner?  PARTNERSHIP

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ........ ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 20.0000000% | 20.0000000% |
| Loss | 20.0000000% | 20.0000000% |
| Capital | 20.0000000% | 20.0000000% |

**K** Partner's share of liabilities at year end:

| | | |
|---|---|---|
| Nonrecourse | $ | |
| Qualified nonrecourse financing | $ | |
| Recourse | $ | 16,919. |

*See attached statement for additional information.

**L** Partner's capital account analysis:

| | | |
|---|---|---|
| Beginning capital account | $ | -106. |
| Capital contributed during the year | $ | |
| Current year increase (decrease) | $ | 73. |
| Withdrawals & distributions | $( | ) |
| Ending capital account | $ | -33. |

For IRS Use Only

☐ Tax basis   ☒ GAAP   ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If "Yes," attach statement (see instructions)

21120
01-03-13 LHA  For Paperwork Reduction Act Notice, see Instructions for Form 1065.
PPS Attachment B-14                IRS.gov/form1065                Schedule K-1 (Form 1065) 2012
PPSISL000501
1

# PX11

## PPS Attachment C

## Bridge Ford Account Documents

## MERCHANT APPLICATION

**GMA**
**Global Merchant Advisors**

Merchant # _____ 2097

☑ New Location   ☐ Additional Location

3000 S. Robertson Blvd • Ste 295 • Los Angeles, CA 90034
310-220-0624 • Fax 310-602-6282
www.globalmerchantadvisors.com

Merchant Accepts Donate Wise Now® ☐ Yes ☐ No

By checking yes and signing this application and agreement, you indicate your acceptance of the Greenwise GreenSuite and DonateWiseNow Program terms and conditions.

Note: Failure to provide accurate information may result in withholding of merchant funding per IRS regulations. (See Terms and Conditions for further information)

### ▶ Business Information

| Legal Name (as it appears on your income tax return): | Name of Account (Doing Business As): |
|---|---|
| Bridge Ford, LLC | www.skinnyiqenterprises.com |

| Legal Address: | Physical Street Address (No P.O. Box): |
|---|---|
| 871 Coronado Center Dr Suite 200 | 871 Coronado Center Dr Suite 200 |

| City: | State: | Zip: | City: | State: | Zip: |
|---|---|---|---|---|---|
| Henderson | NV | 89052 | Henderson | NV | 89052 |

| Phone #: | Contact: | DBA Phone #: | Fax #: |
|---|---|---|---|
| ( 702 ) 932-2644   Emily Springmann | ( 800 ) 506-6390 | ( ) |

| Must Choose One Mailing Address: | E-Mail Address: | Website Address: |
|---|---|---|
| ☐ DBA Address  ☑ Legal Address | emily@skinnyiqenterprises.com | www. skinnyiqenterprises.com |

| Federal Tax # (as it appears on your income tax return) | # of Locations | Years in Business | Years Owned Business |
|---|---|---|---|
| 2 7 5 2 2 1 2 3 6 | 1 | 1.75 | 1.75 |

| Place of Legal Formation: | Country of Primary Business Operations: |
|---|---|
| Nevada | USA |

| Bank Reference: | Contact: | Phone #: |
|---|---|---|
| JPMorgan Chase, NA | Julio Jauregui | ( 702 ) 259-0796 |

### ▶ Owners or Officers • Individual Ownership Must be Equal to or Greater than 50%

| Name: | Title: | Date of Birth: | Applicant's SS #: | % Equity Ownership: |
|---|---|---|---|---|
| 1. Emily Springmann | Manager | ▓ ,1983 | ▓ | 80 % |

| Residence Address: | City: | State: | Zip: | # Years: |
|---|---|---|---|---|
| ▓ | Longmont | CO | 80504 | 2.5 |

| US Government Issued ID#: | Type of ID: | Expiration Date: | Country of Citizenship (if not US): | Home Phone: |
|---|---|---|---|---|
| ▓ | CO Drivers License | ▓2015 | ▓ | ▓ |

| Name: | Title: | Date of Birth: | Applicant's SS #: | % Equity Ownership: |
|---|---|---|---|---|
| 2. | | | | |

| Residence Address: | City: | State: | Zip: | # Years: |
|---|---|---|---|---|
| | | | | |

| US Government Issued ID#: | Type of ID: | Expiration Date: | Country of Citizenship (if not US): | Home Phone: |
|---|---|---|---|---|
| | | | | ( ) |

### ▶ Business Profile

Type of Ownership: ☐ Sole Proprietor  ☐ Assoc/Estates/Trusts  ☐ Joint Venture  ☐ Government  ☐ Corporation (Privately Traded)  ☐ Corporation (Publicly Traded)  ☐ Medical or Legal Corp  ☐ Partnership  ☐ Tax Exempt Org  ☑ Single Member LLC  ☐ Multi Member LLC  ☐ Civic Assoc  ☐ Limited Partnership  ☐ Political Org  ☐ Other:_____

Type of Goods or Services Sold:  weight loss products   SIC Code:

Do you currently accept Discover @/Visa/Mastercard?  ☑ Yes  ☐ No
(If yes, you should submit 3 current months' statements.)   Name of Current Processor: PowerPay

Has Merchant or any associated principal disclosed below filed ☐ Yes  Date:_____ bankruptcy or been subject to involuntary bankruptcy?  ☑ No

### ▶ Sales Profile

Merchant Type:
☐ Retail
☐ Restaurant
☐ Lodging
☐ Service
☑ Internet
☐ Home Based
☐ Other

| Discover/Visa/MasterCard Sales Profile (Be Accurate): | |
|---|---|
| Card Swipe | % |
| Manual Key Entry with Imprint, Card Present | % |
| Mail Order/Telephone | % |
| Internet | 100 % |
| Total = | 100% |

### ▶ Business Trade Suppliers • List Two

| Name: | Address: | Contact: | Phone #: |
|---|---|---|---|
| United One Int'l Labs | Farmers Branch, TX | James Mitchell | ( 972 ) 490-3300 |
| Pacific Naturals | Burbank, CA | Stefanie Dahll | ( 818 ) 303-9315 |

### ▶ Merchant Site Survey Report • To Be Completed by Sales Representative

Merchant Location: ☐ Retail Location with Store Front  ☐ Office Building  ☑ Internet  ☐ Residence  ☐ Other_____
Area Zoned: ☑ Commercial  ☐ Industrial  ☐ Residential   Square Footage: ☐ 0-250  ☐ 251-500  ☒ 501-2,000  ☐ 2,001+

Does the amount of inventory and merchandise on shelves and floor appear consistent with this type of business? ☒ Yes  ☐ No
If No, explain:

The Merchant: ☐ Owns  ☒ Leases the Business Premises   Landlord Name & Phone #: Regus ▓

Further Comments by Inspector (Must Complete)

I hereby verify that this application has been fully completed by merchant applicant and that I have physically inspected the business premises of the merchant at this address and the information stated above is true and correct to the best of my knowledge and belief.

| Verified and Inspected by: | Office #: | Representative #: | Representative Signature: | Date: |
|---|---|---|---|---|
| x M. Boucher | | | x M. Bouch | 10-18-12 |

White Copy - Bank • Pink Copy - Merchant
Global Merchant Advisors is a registered ISO/MSP of BMO Harris Bank, N.A., Chicago, IL
Page 1 of 10
Rev2. 10/01/2011
PPS Attachment C-1
PPSISL000255

## ▶ □ Discover / Visa / Mastercard Standard Retail / High Risk Retail Rates

Merchant Chooses to accept the following:

| | | |
|---|---|---|
| DISC/VS/MC (Other Cards) Discount Rate: | _____ | % |
| VS/MC Discount Rate for Debit Cards | _____ | % |
| AMEX Discount Rate: | _____ | % |

## ▶ □ Mail / Phone / Internet / Touchtone Rates

Merchant Chooses to accept the following:

| | | |
|---|---|---|
| DISC/VS/MC (Other Cards) Discount Rate: | _____ | 4.49 % |
| VS/MC Debit Card Discount Rate: | _____ | 4.49 % |
| AMEX Rate: | | $7.95 Monthly |

## ▶ □ Fees

| | | |
|---|---|---|
| DISC/VS/MC Transaction Fee: | | Per Item |
| Non-Bankcard Transaction Fee: | | Per Item |
| Statement Fee: | $10.00 | Monthly |
| VIMAS Online Service: | | Monthly |
| Monthly Minimum: | $35.00 | Monthly |
| Annual Fee: | $99.00 | Per Year |
| Debit Transaction Fee Plus Network Fees: | | Per Item |
| EBT Transaction Fee: | | Per Item |
| EBT Statement Fee: | $5.00 | Monthly |
| Batch Fee: | $0.25 | Per Batch |
| Manual Imprinter: QTY:_____ | | One Time |
| Chargeback Fee: | $35.00 | Per Item |
| ACH Reject Fee: | $25.00 | Per Item |
| Retrieval Fee: | $5.00 | Per Item |
| Voice Authorization Fee: | $0.95 | Per Call |
| Gateway Access Fee: | $10.00 | Monthly |
| AVS Surcharge | $0.10 | Per Item |
| Government Compliance Fee: | $6.95 | Monthly |
| TIN Mismatch Fee: | $325.00 | Until Validated |
| Early Termination Fee: | $495.00 | One Time |

## ▶ □ Fees

| | | |
|---|---|---|
| DISC/VS/MC Transaction Fee: | .35 | Per Item |
| Non-Bankcard Transaction Fee: | $0.35 | Per Item |
| Statement Fee: | $10.00 | Monthly |
| VIMAS Online Service: | $15.00 | Monthly |
| Monthly Minimum: | $35.00 | Monthly |
| Annual Fee: | $99.00 | Per Year |
| MOTO/Internet Surcharge: | .01 | Per Item |
| AVS Surcharge: | $0.10 | Per Item |
| Batch Fee: | $0.35 | Per Batch |
| Manual Imprinter: QTY:_____ | $14.95 | One Time |
| Chargeback Fee: | $35.00 | Per Item |
| ACH Reject Fee: | $25.00 | Per Item |
| Retrieval Fee: | $5.00 | Per Item |
| Voice Authorization Fee: | $0.95 | Per Call |
| Gateway Access Fee: | $10.00 | Monthly |
| Government Compliance Fee: | $6.95 | Monthly |
| TIN Mismatch Fee: | $325.00 | Until Validated |
| Early Termination Fee: | $495.00 | One Time |

| Misc Fees: | Start Mo/Yr: | Amount: | Terms: |
|---|---|---|---|
| #1 | | | |
| #2 | | | |
| #3 | | | |
| #4 | | | |

| Misc Fees: | Start Mo/Yr: | Amount: | Terms: |
|---|---|---|---|
| #1 02 SPM - Setup Fee | | $150.00 | One-Time |
| #2 02 SPM - Monthly Fee | | $150.00 | Monthly |
| #3 | | | |
| #4 | | | |

1) I/We understand and agree that while my/our discount rate as stated above will be charged on most electronically authorized payment card transactions that are in batches closed daily, charges up to 5% higher than my discount rate may apply where additional criteria is not met. Examples where higher rates apply include but are not limited to are MOTO, keyed in transactions, transactions without AVS, business and foreign card transactions. 2) Pass-through Association fees include Visa Acquiring Processing Fee, Visa Risk Identification Fee, Visa Misuse of Auth Fee, Visa International Service Assessment Fee (ISA), Visa Zero Floor Limit Fee, Visa International Acquirer Fee, MC Acquiring Program Support Fee, MC Cross Border Fee, and the MC Network Access and Brand Usage (NABU) Fee. Please visit the Association's website for further details. Do you use a third-party to store or transmit Cardholder data? □Yes □No. Give name/address (examples include, but not limited to hosting companies, shipping carts, Loyalty Programs, Electronic Data Capture). Please identify what Software used for storing, transmitting or processing Card Transaction or Authorization requests _____

## ▶ □ Merchant Benefits Club

□ Yes, I want to participate in the optional Merchant Benefits Club which includes equipment support and replacement for an additional $14.95 per term/$_____/per month. Initials: X _____

## ▶ □ American Express

By signing below, I represent that I have read and am authorized to sign and submit this application for the above entity which agrees to be bound by the American Express Card Acceptance Agreement ("Agreement"), and that all information provided herein is true, complete and accurate. I authorize ESA and American Express Travel Related Services Company, Inc. ("American Express") and American Express's agents and Affiliates to verify the information in this application and receive and exchange information about me personally, including by requesting reports from consumer reporting agencies, and disclose such information to their agents, subcontractors, Affiliates, and other parties for any purpose permitted by law. I authorize and direct ESA and American Express and American Express's agents and Affiliates to inform me directly, or through the entity above, of reports about me that they have requested from consumer reporting agencies. Such information will include the name and address of the agency furnishing the report. I also authorize American Express to use the reports from consumer reporting agencies for marketing and administrative purposes. I understand that upon American Express's approval of the application, firm will provide me with this Agreement and materials welcoming it to American Express's Card acceptance campaign. □Retail - $0.10 Trans Fee + 0.30% CNP Downgrade Services     □Wholesale & All Other - $0.15 Trans Fee

Signature: X _____     Date: _____

## ▶ □ Debit/Credit Authorization • Include a voided check or bank letter verifying bank account information

Merchant authorizes Cynergy Data, LLC ("Processor") or BMO Harris Bank, N.A., ("Bank") to present Automated Clearing House credits, Automated Clearing House debits, wire transfers, or depository transfer checks to and from the following account and to and from any other account for which Processor and Bank are authorized to perform such functions under the Merchant Processing Agreement, for the purposes set forth in the Merchant Processing Agreement. This authorization extends to such entries in said account concerning lease, rental or purchase agreements for POS terminals and/or accompanying equipment and/or check guarantee fees and amounts due for supplies and materials. This Automated Clearing House authorization cannot be revoked until all Merchant obligations under this Agreement are satisfied, and Merchant gives Cynergy Data written notice of revocation.

DDA: _____     ABA Routing: _____

INVESTIGATIVE CONSUMER REPORT: An investigative or consumer report may be made in connection with application. MERCHANT authorizes BANK or any of its agents to investigate the references provided or any other statements or data obtained from MERCHANT, from any of the undersigned individual credit or financial responsibility. You have a right, upon written request, to a complete and accurate disclosure of the nature and scope of the investigation requested.

**AVERAGE TICKET SIZE:** 37.00         **AVERAGE MONTHLY VOLUME:** 50,000.00

Each person certifies that the average ticket size and sales volume indicated is accurate and agrees that any transaction or monthly volume that exceeds either of the above amounts could result in delayed and/or withheld settlement of funds. Also, see paragraphs 5.4 and 15.3 of the MERCHANT Processing Agreement regarding suspension and termination of MERCHANT.

IMPORTANT NOTICE: All information contained in this application was completed, supplied and/or reviewed by the undersigned Merchant. Processor shall not be responsible for any change in printed terms unless specifically agreed to in writing by an officer of Processor and/or BMO Harris Bank, N.A., Chicago, IL. By signing below you are agreeing to the provisions stated within this Merchant application, on the reverse side (the Merchant Agreement) and acknowledge receipt of the merchant operating guide. These provisions must be read before signing. By signing below, you agree to the terms on the front and back of this MERCHANT Processing Agreement and the merchant operating guide.

## ▶ □ Individual Guaranty • No Titles

As a primary inducement to Processor and Bank to enter into this Agreement, the undersigned Guarantor(s), by signing this Agreement, jointly and severally, unconditionally and irrevocably, personally guarantee the continuing full and faithful performance and payment by Merchant of each of its duties and obligations to Processor and Bank and the obligations of any other agreement currently in effect or in the future entered into between Merchant or its principals and Processor or Bank, as such agreements now exist or are amended from time to time, with or without notice. Guarantor(s) understands further that Processor or Bank may proceed directly against Guarantor(s) without first exhausting their remedies against any other person or entity responsible to it or any security held by Processor and Bank or Merchant. This guarantee will not be discharged or affected by the death of the undersigned, will bind all heirs, administrators, representatives and assigns and may be enforced by or for the benefit of any successor of Processor and Bank. Guarantor(s) understand that the inducement to Processor and Bank to enter into this agreement is consideration for the guaranty, and that this guaranty remains in full force and effect even if the Guarantor(s) receive no additional benefit from the guaranty.

**AGREED AND ACCEPTED**

X _____     10/15/2012
#1 From Application - Signature     Date

X _____
#2 From Application - Signature     Date

## ▶ □ For All Businesses • Business Resolution

The indicated officer(s) identified in numbers 1 and/or 2 below have the authorization to execute the MERCHANT Processing Agreement on behalf of the here within named business. **MERCHANT UNDERSTANDS THAT THIS AGREEMENT SHALL NOT TAKE EFFECT UNTIL MERCHANT HAS BEEN APPROVED BY BANK AND A MERCHANT NUMBER IS ISSUED.**

Bridge Point, LLC
Print Legal Name of Merchant Business

X _____     10/15/2012
#1 From Application - Signature     Date

X _____
#2 From Application - Signature     Date

X _____
Accepted by Processor     Date

X _____
Accepted by BMO Harris Bank, N.A., Chicago, IL.     Date

Global Merchant Advisors is a registered ISO/MSP of BMO Harris Bank, N.A., Chicago, IL

Rev2. 10/01/2011
Page 2 of 10

## Mail, Telephone Order, & Internet Merchant Addendum

**IMPORTANT NOTICE:** Visa and MasterCard have set a minimum standard requirement for accepting credit cards on the Internet. In order to avoid a significant delay in the settlement of your funds, please ensure that your website has the following seven (7) items completed prior to the commencement of your credit card processing:

1. Refund / Cancellation Policy
2. Privacy Policy
3. Terms & Conditions listed
4. Products & the Corresponding Pricing listed
5. 128-bit SSL page(s) where personal and credit card information is obtained (usually provided by shopping cart or gateway)
6. Telephone Customer Service contact number
7. Shipping & Handling method and shipping delivery time after the sale

*URGENT!!!! You must contact your sales representative immediately upon completing the above 7 Internet processing requirements!*

**Underwriting & Marketing Review:** (Please answer the following questions as accurately as possible)

Submit sample(s) of product brochure, promotional materials, product catalogue, etc. How will product be advertised or promoted?

If advertising on Internet, list website address: www. **www.skinnyiqenterprises.com**

Preferred 23 character (or less) DBA identifier (appears on customers' billing statement)

| S | k | i | n | n | y | i | * | q | b | f | 8 | 0 | 0 | 5 | 0 | 6 | 6 | 3 | 9 | 0 | | |

List name(s) and address(es) of vendor from which the product is purchased:
United One International Laboratories  Farmers Branch, TX and Pacific Naturals Burbank, CA

List name(s) and address(es) of third party or fulfillment organizations, or parties aside from your staff who will assist or participate with the sales, marketing, processing of orders, or shipping of merchandise:
Wave Rock, 7702 E. Doubletree Ranch, Ste. 300, Scottsdale, AZ 85258 480-607-4352

List geographical area(s) in which the product or service will be marketed and sold: US, Canada, UK

List carrier services that will deliver product or service: USPS

What is your return or refund policy? full refund of product price within 30 days of shipment date

How does the customer order the product or service? via the Internet

When you receive an authorization, how long before merchandise is shipped or services are provided? same business day

Do you perform recurring monthly billing? **X** Yes ____ No  If Yes, **X** Monthly ____ Quarterly ____ Bi-annual ____ Annual
Is your database collecting entire credit card numbers? **X** Yes ____ No  If Yes, are you PCI compliant? **X** Yes ____ No

This amendment is made by & between BMO Harris Bank, N.A., Chicago, IL ('Bank'), & the undersigned "MERCHANT" & subject to the approval of BANK

WHEREAS: Bank is engaged in the general banking business including the purchase of Credit Card Transactions from merchants and provide certain services related to the processing of Credit Card Transactions to MERCHANT; and

WHEREAS: MERCHANT desires to honor at this business location(s) Card Numbers presented in connection with the Mail Order/Telephone Order sale of product/services to customers; and

WHEREAS: BANK and MERCHANT has entered into BMO Harris Bank, N.A., Chicago, IL ('Bank') VISA/MasterCard Processing Agreement ('Agreement'). NOW THEREFORE in consideration of the representations, covenants, and promises made herein, the parties hereto agree to amend Agreement as follows:

1. MERCHANT agrees to use and retain proof of a traceable delivery system as means of shipment of product to customer.
2. MERCHANT agrees that transactions will not be processed until products are shipped to Cardholder.
3. MERCHANT agrees to a charge of $0.05 per AVS transaction(s) when applicable.
4. Agreement may be immediately terminated by BANK if MERCHANT fails to comply with any of the terms of this agreement.

AGREED & ACCEPTED BY:                                        DATE: 10/15/2012

_____                             _____
OWNER / OFFICER                                             Authorized BMO Harris Bank, N.A. Agent

**Emily Springmann**
Print Name                                                  Print Name

Global Merchant Advisors is a registered ISO/MSP of BMO Harris Bank, N.A., Chicago, IL.

Rev2. 10/01/2011
Page 9 of 10

PPS Attachment C-3                                          PPSISI 000262

Form **1040**  Department of the Treasury—Internal Revenue Service  (99)  | **2011** | OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space.

**U.S. Individual Income Tax Return**

For the year Jan. 1–Dec. 31, 2011, or other tax year beginning , 2011, ending , 20 | See separate instructions.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| Robert L | McEvoy | |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Emily R | Springmann | |

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | ▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
Longmont CO 80504

Foreign country name | Foreign province/county | Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status**
Check only one box.

1 ☐ Single
2 ☒ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a.
b ☒ Spouse

| c Dependents: | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
| (1) First name    Last name | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than four dependents, see instructions and check here ▶ ☐

d Total number of exemptions claimed

Boxes checked on 6a and 6b: **2**
No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see instructions)
Dependents on 6c not entered above
Add numbers on lines above ▶ **2**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions | 15a | b Taxable amount | 15b | |
| 16a | Pensions and annuities | 16a | b Taxable amount | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits | 20a | b Taxable amount | 20b | |
| 21 | Other income. List type and amount | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | |

**Adjusted Gross Income**

| 23 | Educator expenses | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction | 32 | |
| 33 | Student loan interest deduction | 33 | |
| 34 | Tuition and fees. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 35 | 36 | |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 37 | |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.  BAA  REV 02/22/12 TTO | Form **1040** (2011)

PPSISL000304

CASH ONLY IF ALL ChecoLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Bridge Ford, LLC**
571 Colorado Center, Suite 200
Henderson, NV 89052

VECTRA BANK COLORADO, NA

1000

PAY TO THE
ORDER OF

$

VOID

DOLLARS

001000 ▮▮▮▮▮▮ 77915

PPSISL000308



Bridge Ford, LLC                                                                 1004

Bridge Ford, LLC                                                                 1004



PPSISL000310

Print Form



## MERCHANT ACCOUNT CHANGE REQUEST FORM

### CURRENT INFORMATION

DATE: 6/5/15    MID: ██████████ 3235

DBA NAME: Skinny IQ Enterprises

LEGAL NAME: Bridge Ford, LLC

DBA ADDRESS: 871 Coronado Center Drive, Suite 200
Henderson, NV 89052

## CHANGE(S) REQUESTED (Please check all applicable)

__ DBA Name: _____

__ DBA Address: _____

_____

__ DBA Phone Number:   _____-_____-_____

__ DBA Fax Number:   _____-_____-_____

__ Mailing Address: _____

__ Email Address: _____

__ Web Address: _____

### Bank Account Changes **Provide a Copy of a Pre-Printed Voided Check

X New Routing Number: ██████████

X New Account Number: ██████████ 7915

All changes that are requested must be signed by the person who signed the original merchant application. (Owner of the merchant account)

Print Name: Emily McEroy

Signature: Emily S. McE

# PX11

## PPS Attachment D

## Desert Gecko Account Documents

## MERCHANT APPLICATION

**CardFlex**

Merchant # _____

☐ New Location   ☐ Additional Location

**2900 Bristol Street • F-201 • Costa Mesa, CA 92526**
Tel: 866.634.3044
www.cardflexnow.com

Merchant Accepts GreenSuite – DonateWiseNow  ☐ Yes  ☐ No
By checking yes and signing this application and agreement, you indicate your acceptance of the GreenWise GreenSuite and DonateWiseNow Program terms and conditions.

**▶ Business Information**

Note: Your Business Legal Name and Tax ID Number must be entered exactly as it appears on your income Tax Return or on your SS4-Employer Identification Number (EIN) letter to avoid fees and income withholding by the IRS.

| Legal Name (as it appears on your income tax return): | Name of Account (Doing Business As): |
|---|---|
| Desert Gecko, LLC | Todays Whitening Trend |

| Legal Address: | Physical Street Address (No P.O. Box): |
|---|---|
| 1 E. Washington St., Ste. 300, Phoenix | 1 E. Washington St., Ste. 300 |

| City: Phoenix | State: AZ | Zip: 85004 | City: Phoenix | State: AZ | Zip: 85004 |
|---|---|---|---|---|---|

| Phone #: ( 602 ) 533-2840 | Contact: Sarah Austin | DBA Phone #: ( 800 ) 630-6329 | Fax #: ( 303 ) 530-0774 |
|---|---|---|---|

| Must Choose One Mailing Address: ☐ DBA Address ☑ Legal Address | E-Mail Address: sarah@todayswhiteningtrend | Website Address: www. todayswhiteningtrend.com |
|---|---|---|

| Federal Tax # 4|5|5|0|7|5|4|1|4 | # of Locations 1 | Years In Business 3 | Years Owned Business 1 |
|---|---|---|---|

| Place of Legal Formation: Arizona | Country of Primary Business Operations: USA |
|---|---|

| Bank Reference: First Bank | Contact: | Phone #: ( 303 ) 530-1000 |
|---|---|---|

**▶ Owners or Officers -- Individual Ownership Must be Equal to or Greater than 50%**

| Name: 1. Sarah Austin | Title: Manager | Date of Birth: 1986 | Applicant's SS #: | % Equity Ownership: 80 |
|---|---|---|---|---|

| Residence Address: | City: Boulder | State: CO | Zip: 80301 | # Years: 10 |
|---|---|---|---|---|

| US Government Issued ID#: | Type of ID: CO DL | Expiration Date: 2019 | Country of Citizenship (if not US): | Home Phone: ( ) |
|---|---|---|---|---|

| Name: 2. | Title: | Date of Birth: | Applicant's SS #: | % Equity Ownership: |
|---|---|---|---|---|

| Residence Address: | City: | State: | Zip: | # Years: |
|---|---|---|---|---|

| US Government Issued ID#: | Type of ID: | Expiration Date: mm/dd/yyyy | Country of Citizenship (if not US): | Home Phone: ( ) |
|---|---|---|---|---|

**▶ Business Profile**

Type of Ownership: ☐ Sole Proprietor ☐ Assoc/Estates/Trusts ☐ Joint Venture ☐ Government ☐ Corporation (Privately Traded) ☐ Corporation (Publicly Traded) ☐ Medical or Legal Corp ☐ Partnership ☐ Tax Exempt Org ☑ Single Member LLC ☐ Multi Member LLC ☐ Civic Assoc ☐ Limited Partnership ☐ Political Org ☐ Other

Type of Goods or Services Sold: teeth whitening   SIC Code:

Do you currently accept Discover/Visa/Mastercard? ☐ Yes ☑ No
(If yes, you should submit 3 current months' statements.)   Name of Current Processor:

Has Merchant or any associated principal disclosed below filed bankruptcy or been subject to involuntary bankruptcy? ☐ Yes Date: _____ ☑ No

**▶ Sales Profile**

| Merchant Type: | Discover/Visa/MasterCard Sales Profile Be Accurate: |
|---|---|
| ☐ Retail | Card Swipe ____ % |
| ☐ Restaurant | Manual Key Entry with Imprint, Card Present ____ % |
| ☐ Lodging | Mail Order/Telephone ____ % |
| ☐ Service | |
| ☑ Internet | Internet 100 % |
| ☐ Home Based | Total = 100 % |
| ☐ Other | |

**▶ Business Trade Suppliers – List Two**

| Name: Rapid Color Printing | Address: 6445 Karms Park Ct, Las Vegas | Contact: Kat Cruz | Phone #: ( 702 ) 792-6055 |
|---|---|---|---|
| Name: Verifi | Address: 8391 Beverly Blvd., Box #31D, LA, CA | Contact: Steve Lynch | Phone #: ( 323 ) 655-5789 |

**▶ Merchant Site Survey Report – To Be Completed by Sales Representative**

Merchant Location: ☐ Retail Location with Store Front ☐ Office Building ☐ Internet ☐ Residence ☐ Other
Area Zoned: ☐ Commercial ☐ Industrial ☐ Residential   Square Footage: ☐ 0-250 ☐ 251-500 ☐ 501-2,000 ☐ 2,001+

Does the amount of inventory and merchandise on shelves and floor appear consistent with this type of business? ☐ Yes ☐ No
If No, explain:

The Merchant: ☐ Owns ☐ Leases the Business Premises   Landlord Name & Phone #:

Further Comments by Inspector (Must Complete)   I have not inspected the site.

I hereby verify that this application has been fully completed by merchant applicant and that I have physically inspected the business premises of the merchant at this address and the information stated above is true and correct to the best of my knowledge and belief.

| Verified and Inspected by: X | Office #: | Representative #: | Representative Signature: *Michelle Steingard* | Date: 2/24/15 |
|---|---|---|---|---|

White Copy – Bank • Pink Copy – Merchant
**CardFlex Inc. is a registered ISO/MS of BMO Harris Bank, N.A., Chicago, IL**

Rev2. 09/25/13
Page 1 of 13

| ► Discover / Visa / Mastercard Standard Retail / High Risk Retail Rates | | ► Mail / Phone / Internet / Touchtone Rates | |
|---|---|---|---|
| **Merchant Chooses to accept the following:** | | **Merchant Chooses to accept the following:** | |
| DISC/VS/MC (Other Cards) Discount Rate: | | DISC/VS/MC (Other Cards) Discount Rate: | 4.59% |
| VS/MC Discount Rate for Debit Cards | | VS/MC Discount Rate for Debit Cards | 4.59% |

### ► Fees (left) / ► Fees (right)

| Fee | Amount | Terms | Fee | Amount | Terms |
|---|---|---|---|---|---|
| DISC/VS/MC Transaction Fee: | | Per Item | DISC/VS/MC Transaction Fee: | $.025 | Per Item |
| Non-Bankcard Transaction Fee: | | Per Item | Non-Bankcard Transaction Fee: | $.025 | Per Item |
| Non-Bankcard: | % Discount Rate | Per Item | Non-Bankcard: | % Discount Rate | Per Item |
| Statement Fee: | | Per Item | Statement Fee: | $15.00 | Monthly |
| VIMAS Online Service: | | Monthly | VIMAS Online Service: | | Monthly |
| Monthly Minimum: | | Monthly | Monthly Minimum: | | Monthly |
| Annual Fee | | Per year | Annual Fee | | Per year |
| Debit Transaction Fee Plus Network Fees: | | Per Item | MOTO/Internet Surcharge: | | Per Item |
| EBT Transaction Fee: | | Per Item | AVS Surcharge: | $0.10 | Per Item |
| EBT Statement Fee: | | Monthly | Batch Fee: | $0.25 | Per Batch |
| Batch Fee: | | Per Batch | Manual Imprinter:        QTY: | | One Time |
| Manual Imprinter:        QTY: | | One Time | Chargeback Fee: | $35.00 | Per Item |
| Chargeback Fee: | $35.00 | Per Item | ACH Reject Fee: | $25.00 | Per Item |
| ACH Reject Fee: | $25.00 | Per Item | Retrieval Fee: | $5.00 | Per Item |
| Retrieval Fee: | $5.00 | Per Item | Voice Authorization Fee: | $0.95 | Per Call |
| Voice Authorization Fee: | $0.95 | Per Call | Gateway Access Fee: | $10.00 | Monthly |
| Gateway Access Fee: | | Monthly | Government Compliance Fee: | $4.95 | Per Month |
| AVS Surcharge: | $0.10 | Per Item | TIN Mismatch Fee: | $19.99 | Until Validated |
| Government Compliance Fee: | $4.95 | Per Month | DonateWiseNow Fee: | | Per Month |
| TIN Mismatch Fee: | $19.99 | Until Validated | Early Termination Fee: | SECTION 18.1 | One Time |
| DonateWiseNow Fee: | | Per Month | | | |
| Early Termination Fee: | SECTION 18.1 | One Time | | | |

| Misc Fees: | Start Mo/Yr: | Amount: | Terms: | Misc Fees: | Start Mo/Yr: | Amount: | Terms: |
|---|---|---|---|---|---|---|---|
| #1 Mid-Qualified Transactions (rate 2) | | | | #1 Mid-Qualified Transactions (rate 2) | | | |
| #2 Non-Qualified Transactions (rate 3) | | | | #2 Non-Qualified Transactions (rate 3) | | | |
| #3 | | | | #3 | | | |
| #4 | | | | #4 MAINTENANCE FEE (HR ONLY) | | $69.85 | MONTHLY |
| #5 | | % of Volume and/or $ | per item | #5 | | % of Volume and/or $ | per item |

1) Mid-qualified transactions (Rate 2) will be assessed 1.13% above the qualified discount rate (excluding approved 20% Plus Keyed Merchants). Non-qualified transactions will be assessed 1.80% (Rate 3) above the qualified discount rate. Corporate Cards and Corporate Purchased Cards will be assessed 1.80% above the qualified discount rate. 2) Pass-through Association fees include Visa Acquiring Processing Fee, Visa Risk Identification Fee, Visa Misuse of Auth Fee, Visa International Service Assessment Fee (ISA), Visa Zero Floor Limit Fee, Visa International Acquirer Fee, MC Acquirer Program Support Fee, MC Cross Border Fee, and the MC Network Access and Brand Usage (NABU) Fee. Please visit the Association's website for further details. By checking the "Yes" checkbox, I acknowledge that I am using a third party to store, process or transmit cardholder data. ☐ Yes Give name/address: (examples include, but not limited to hosting companies, shopping carts, Loyalty Programs, Electronic Data Capture). Please identify any software used for storing, transmitting or processing Card Transaction or Authorization requests.

### ► My Merchants Benefits Club

☑ The representative has explained the My Merchant Benefits Club program to me and I elect to opt out of the program. I understand I can opt into the program at any time and benefit from great deals, including equipment support and replacement per terminal/peripheral (where applicable), as well as great discounts for items such as car rentals, hotels, office supplies, health, legal services and more for my company and employees for an additional fee of $14.95 per month.     Initials: X [signature]

### ► Next Day Funding

☑ Next Day Funding*            Per Month (POS Device batch must be closed by 9pm EST/8pm PST)

*Next Day Funding is subject to approval. All payments are provisional and are subject to, including but not limited to, additional fees, chargebacks, withholding, set off, security and reserve rights. Cynergy Data or Bank will not be liable for any delay in receipt of funds, fees for any delays, or errors in debit and credit entries caused by third parties, including but not limited to, any Association or your financial institution. For more information, see Section 5. "Settlement of Card Transactions" of this agreement.

NOTES

CardFlex Inc. is a registered ISO/MS of BMO Harris Bank, N.A., Chicago, IL.

Rev2. 09/25/13
Page 2 of 13

### ▶ American Express

Estimated Annual American Express Charge Volume $ _____   Average Ticket $ _____

[ ] American Express ESA          Existing ESA SE _____          Merchant CAP _____

                                  Discount Rate _____ %          Per Transaction Fee $_____

              OR                  PrePaid Discount Rate _____ %  PrePaid Per Transaction Fee $_____

                                  [ ] $7.95/month option for merchants under $5,000 — mandatory for Internet-Physical Delivery, MO/TO and Home-Based
                                      regardless of volume (ESA program only)

[ ] New American Express OnePoint  Discount Rate _____ %          Per Transaction Fee $_____

                                   PrePaid Discount Rate _____ %  PrePaid Per Transaction Fee $_____

All fees are applicable to OnePoint and ESA unless otherwise stated.
Card Not Present (CNP) Fee:        0.30% Downgrade
Inbound Fee:                       0.40% Downgrade for all Cross-Border Transactions

By signing below, I represent that I have read and am authorized to sign and submit this application for the above entity, which agrees to be bound by the American Express® Card Acceptance Agreement ("Agreement"), and that all information provided herein is true, complete and accurate. I authorize Cynergy Data, LLC. and American Express Travel Related Services Company, Inc. ("AXP"), and AXP's agents and Affiliates to verify the information in this application and receive and exchange information about me personally, including by requesting reports from consumer reporting agencies from time to time, and disclose such information to their agent, subcontractors, Affiliates and other parties for any purpose permitted by law. I authorize and direct Cynergy Data, LLC. and AXP and AXP's agents and Affiliates to inform me directly, or inform the entity above, about the contents of reports about me that they have requested from consumer reporting agencies. Such information will include the name and address of the agency furnishing the report. I also authorize AXP to use the reports on me from consumer reporting agencies for marketing and administrative purposes. I am able to read and understand the English language. Please read the American Express Privacy Statement at http://www.americanexpress.com/privacy to learn more about how American Express protects your privacy and how American Express uses your information. I understand that I may opt out of marketing communications by visiting this website or contacting American Express at 1-800-528-5200.

I understand that upon AXP's approval of the application, the entity will be provided with the Agreement and materials welcoming it either to AXP's program for Cynergy Data, LLC. to perform services for AXP (OnePoint) or to AXP's standard Card acceptance program (ESA) which has different servicing terms (e.g. different speeds of pay).

If qualified for OnePoint, I acknowledge that Cynergy Data will provide merchant instructions on accessing the American Express Terms and Conditions (Agreement for American Express® Card Acceptance American Express OnePoint® Program) and the American Express Merchant Regulations – U.S. including any updates to these regulations as they are made available via https://www.mybackofficetools.com/corporateste/login.asp. Specific instructions will be delivered to the entity via a welcome letter that will be forthcoming upon account approval.

I understand that if the entity does not qualify for the Cynergy Data, LLC. servicing program that the entity may be enrolled in AXP's standard Card acceptance program, and the entity may terminate the Agreement. By accepting the American Express Card for the purchase of goods and/or services, or otherwise indicating its intention to be bound, the entity agrees to be bound by the Agreement.

Merchant Signature _____          Date _____

### ▶ Debit/Credit Authorization – Include a voided check or bank letter verifying bank account information.

Merchant authorizes Cynergy Data, LLC. ("Processor") or BMO Harris Bank N.A. ("Bank") to present Automated Clearing House credits, Automated Clearing House debits, wire transfers, or depository transfer checks to and from the following account and to and from any other account for which Processor or Bank are authorized to perform such functions set forth in the Merchant Processing Agreement, for the purposes set forth in the Merchant Processing Agreement. This authorization extends to such entries in said account concerning lease, rental or purchase agreements for POS terminals and/or accompanying equipment and/or check guarantee fees and amounts due for supplies and materials. This automated clearing House authorization cannot be revoked until all Merchant obligations under this agreement are satisfied, and Merchant gives Cynergy Data written notice of revocation.

DDA ███████8012                    ABA Routing: █████████

INVESTIGATIVE CONSUMER REPORTS: An investigative or consumer report may be made in connection with application. MERCHANT authorizes BANK or any of its agents to investigate the references provided or any other statements or data obtained from MERCHANT, from any of the undersigned individual guarantor(s) or any other person or entity with financial responsibilities under this agreement. You have a right, upon written request, to a complete and accurate disclosure of the nature and scope of the investigation requested. By signing below, or clicking I accept, Merchant represents that the information provided in this Application is true, complete and not misleading in any way.

AVERAGE TICKET SIZE: $39.99          AVERAGE MONTHLY VOLUME: $50,000.00

Each person certifies that the average ticket size and sales volume indicated is accurate and agrees that any transaction or monthly volume that exceeds either of the above amounts could result in delayed and/or withheld settlement of funds. Also, see paragraphs 5.4 and 15.3 of the MERCHANT Processing Agreement regarding suspension and termination of MERCHANT.

*IMPORTANT NOTICE: All information contained in this application was completed, supplied and/or reviewed by the undersigned Merchant. Processor shall not be responsible for any change in printed terms unless specifically agreed to in writing by an officer of Processor and/or BMO Harris Bank N.A. By signing below, you are agreeing to the provisions stated within this merchant application, on the reverse side (the Merchant Agreement) and acknowledge receipt of the merchant operating guide. These provisions must be read before signing. By signing below, you agree to the terms on the front and back of this MERCHANT Processing Agreement and the merchant operating guide.*

### ▶ Individual Guaranty – No Titles

As a primary inducement to Processor and Bank to enter into this Agreement, the undersigned Guarantor(s), by signing this Agreement, jointly and severally, unconditionally and irrevocably, personally guarantee the continuing full and faithful performance and payment by Merchant of each of its duties and obligations to Processor and Bank under this Agreement or any other agreement currently in effect or in the future entered into between Merchant or its principals and Processor or Bank, as such agreements now exist or are amended from time to time, with or without notice. Guarantor(s) understands further that Processor or Bank may proceed directly against Guarantor(s) without first exhausting their remedies against any other person or entity responsible to it or any security held by Processor and Bank or Merchant. This guarantee will not be discharged or affected by the death of the undersigned, will bind all heirs, administrators, representatives and assigns and may be enforced by or for the benefit of any successor of Processor and Bank. Guarantor(s) understand that the inducement to Processor and Bank to enter into this agreement is consideration for the guaranty, and that this guaranty remains in full force and effect even if the Guarantor(s) receive no additional benefit from the guaranty.

AGREED AND ACCEPTED:

X _~signature~_                    2/13/15
#1 From Application – Signature       Date

X _____
#2 From Application – Signature       Date

### ▶ For All Businesses – Business Resolution

The indicated officer(s) identified in numbers 1 and/or 2 below have the authorization to execute the MERCHANT Processing Agreement on behalf of the here within named business. **MERCHANT UNDERSTANDS THAT THIS AGREEMENT SHALL NOT TAKE EFFECT UNTIL MERCHANT HAS BEEN APPROVED BY BANK AND A MERCHANT NUMBER IS ISSUED.**

Desert Gecko, LLC
Print Legal Name of Merchant Business

X _~signature~_                    2/13/15
#1 From Application – Signature       Date

X _____
#2 From Application – Signature       Date

X _____
Accepted by Processor              Date

X _____
Accepted by BMO Harris Bank N.A. Chicago, IL   Date

Rev2. 09/25/13
Page 3 of 13



## Mail, Telephone Order, & Internet Merchant Addendum

**IMPORTANT NOTICE:** Visa and MasterCard have set a minimum standard requirement for accepting credit cards on the Internet. In order to avoid a significant delay in the settlement of your funds, please ensure that your Web site has the following seven (7) items completed prior to the commencement of your credit card processing:

1. Refund/Cancellation Policy
2. Privacy Policy
3. Terms & Conditions listed
4. Products & the Corresponding Pricing Listed
5. 128-bit SSL page(s) where personal and credit card information is obtained (usually provided by shopping cart or gateway)
6. Telephone Customer Service contact number
7. Shipping & Handling method and shipping delivery time after the sale

**URGENT!!** You must contact your sales representative immediately upon completing the above 7 internet processing requirements.

**Underwriting & Marketing Review: (Please answer the following questions as accurately as possible)**
Submit sample(s) of product brochures, promotional materials, product catalogue, etc. How will the product be advertised or promoted?

If advertising on the Internet, list Web site address: __www.todayswhiteningtrend.com__
Preferred 25 character (or less) DBA identifier (appears on customers' billing statements

| D | G | W | H | I | T | E | • | T | P | N | D | 8 | 0 | 0 | 6 | 3 | 0 | 6 | 3 | 2 | 9 | | |

List name(s) and address(es) of vendor from which the product is purchased:
__Rapid Color Printing, 445 Karns Park Ct, Las Vegas, NV 89118__
List name(s) and address(es) of third part or fulfillment organizations, or parties aside from your staff who will assist or participate with the sales, marketing, processing of orders, or shipping of merchandise:
__Kevin, 7565 Commercial Way, Unit E, Henderson, NV 89011__

| List geographical area(s) in which the product or service will be marketed and sold: | USA, Canada, UK, Australia |
|---|---|
| List carrier services that will deliver product or service: | USPS |
| What is your return or refund policy? | 30 days, with RMA and account cancelation |
| How does the customer order the product or service? | www.todayswhiteningtrend.com |
| When you receive an authorization, how long before merchandise is shipped or services are provided? | 0-3 days |
| Do you perform recurring monthly billing? | Yes |
| Is your database collecting entire credit card numbers? | No |

This amendment is made by and between Harris, N.A., Chicago IL ("Bank") and Meridian Bank of Devon, PA ("Bank" and the undersigned "MERCHANT" and subject to the approval of BANK.

**WHEREAS:** Bank is engaged in the general banking business including the purchase of Credit Card Transactions from merchants and provide certain services related to the processing of Credit Card Transactions to MERCHANT; and

**WHEREAS:** MERCHANT desires to honor at this business location(s) Card Numbers presented in connection with the Mail Order/Telephone Order sale of product/services to customers; and

**WHEREAS:** MERCHANT has entered into Harris, N.A., Chicago, IL ("Bank") VISA/MasterCard Processing Agreement ("Agreement").

**NOW THEREFORE,** in consideration of the representations, covenants, and promises made herein, the parties hereto agree to amend Agreement as follows:

1. MERCHANT agrees to use and retain proof of a traceable delivery system as means of shipment of product to customer.
2. MERCHANT agrees that transactions will not be processed until products are shipped to Cardholder.
3. MERCHANT agrees to a charge of $0.05 per AVS transaction(s) when applicable.
4. Agreement may be immediately terminated by BANK if MERCHANT fails to comply with any of the terms of this agreement.

AGREED & ACCEPTED BY:                          DATE: 2/13/15

OWNER/OFFICER                                 Authorized Harris, N.A. Agent
Sarah Austin
Print Name                                    Print Name

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Desert Gecko**  01/15
1 E Washington St, Suite 300
Phoenix, AZ 85004

FIRSTBANK
82-504/1070

1000

PAY TO THE
ORDER OF

$

DOLLARS

MEMO

VOID

⑈"00⑈1000⑈"  ■■■■■■■  80⑈2⑈"

Desert Gecko                                                    1000

Desert Gecko                                                    1000

## MEMBERSHIP INTEREST ASSIGNMENT
## DESERT GECKO, LLC, an Arizona Limited Liability Company

### September 30, 2014

FOR VALUE RECEIVED, Angie Lint hereby assigns, transfers, and conveys unto to Sarah Austin effective as of the close of the Company's business on the date hereof, all of the undersigned's right title and interest in and to her membership interest in Desert Gecko, LLC, an Arizona limited liability company (the "Company"), which membership interest represents 80% of all membership interests in the Company, and hereby irrevocably constitutes and appoints the new Manager of the Company, Sarah Austin, as the undersigned's attorney-in-fact to transfer the membership interest on the books and records of the Company with full power of substitution.

DermaGlam, LLC, an Arizona limited liability company, owns 20% of the membership interests of the Company and Sarah Austin now owns 80% of the membership interests of the Company.


_____
Angie Lint

PPSISL000546

**Form 1065**
Department of the Treasury
Internal Revenue Service

# U.S. Return of Partnership Income

For calendar year 2012, or tax year beginning **MAR 23**, 2012, ending **DEC 31**, 2012.
**EXTENSION GRANTED TO 09/16/13**

OMB No. 1545-0099

**2012**

| | |
|---|---|
| **A** Principal business activity<br>CREDIT CARD<br>PROCESSING | |
| **B** Principal product or service<br>CREDIT CARD<br>PROCESSING | Name of partnership<br>DESERT GECKO, LLC |
| **C** Business code number<br>525990 | Number, street, and room or suite no. If a P.O. box, see the instructions.<br>1 E. WASHINGTON STREET, SUITE 500 |
| | City or town, state, and ZIP code<br>PHOENIX                    AZ 85034 |

**D** Employer Identification number: **45-5076414**

**E** Date business started: **03/23/2012**

**F** Total assets: $ **2,791.**

**G** Check applicable boxes: (1) [X] Initial return  (2) [ ] Final return  (3) [ ] Name change  (4) [ ] Address change  (5) [ ] Amended return  (6) [ ] Technical termination - also check (1) or (2)

**H** Check accounting method: (1) [ ] Cash  (2) [X] Accrual  (3) [ ] Other (specify) ▶

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ **2**

**J** Check if Schedules C and M-3 are attached [ ]

Caution. Include *only* trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

| | | | | |
|---|---|---|---:|---:|
| Income | 1 a | Gross receipts or sales | 1a 22,827. | |
| | b | Returns and allowances | 1b 1,829. | |
| | c | Balance. Subtract line 1b from line 1a | 1c | 20,998. |
| | 2 | Cost of goods sold (attach Form 1125-A) | 2 | |
| | 3 | Gross profit. Subtract line 2 from line 1c | 3 | 20,998. |
| | 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | 4 | |
| | 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | 5 | |
| | 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 6 | |
| | 7 | Other income (loss) (attach statement) | 7 | |
| | 8 | Total income (loss). Combine lines 3 through 7 | 8 | 20,998. |
| Deductions (see the instructions for limitations) | 9 | Salaries and wages (other than to partners) (less employment credits) | 9 | 2,500. |
| | 10 | Guaranteed payments to partners | 10 | |
| | 11 | Repairs and maintenance | 11 | |
| | 12 | Bad debts | 12 | |
| | 13 | Rent | 13 | 949. |
| | 14 | Taxes and licenses                SEE STATEMENT 1 | 14 | 269. |
| | 15 | Interest | 15 | |
| | 16 a | Depreciation (if required, attach Form 4562) | 16a | |
| | b | Less depreciation reported on Form 1125-A and elsewhere on return | 16b | 16c |
| | 17 | Depletion (Do not deduct oil and gas depletion.) | 17 | |
| | 18 | Retirement plans, etc. | 18 | |
| | 19 | Employee benefit programs | 19 | |
| | 20 | Other deductions (attach statement)        SEE STATEMENT 2 | 20 | 17,507. |
| | 21 | Total deductions. Add the amounts shown in the far right column for lines 9 through 20 | 21 | 21,225. |
| | 22 | Ordinary business income (loss). Subtract line 21 from line 8 | 22 | -227. |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member manager) is based on all information of which preparer has any knowledge.

▶ _____
Signature of general partner or limited liability company member manager          Date

May the IRS discuss this return with the preparer shown below (see instr.)? [X] Yes [ ] No

**Paid Preparer Use Only**

| | | |
|---|---|---|
| Print/Type preparer's name<br>CRAIG CHANEY | Preparer's signature | Date | Check [ ] if self-employed | PTIN P00163210 |
| Firm's name ▶ BROCK AND COMPANY, CPAS, P.C. | | Firm's EIN ▶ 84-0930288 |
| Firm's address ▶ 900 S MAIN STREET, SUITE 200<br>LONGMONT, CO 80501 | | Phone no. 303-776-2160 |

LHA  For Paperwork Reduction Act Notice, see separate instructions.                                Form **1065** (2012)

211001
12-31-12

Form 1065 (2012)   DESERT GECKO, LLC                                    45-5076414   Page **2**

| **Schedule B** | **Other Information** | | |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| **1** | What type of entity is filing this return?  Check the applicable box: | | |
| a ☐ Domestic general partnership | b ☐ Domestic limited partnership | | |
| c ☒ Domestic limited liability company | d ☐ Domestic limited liability partnership | | |
| e ☐ Foreign partnership | f ☐ Other ▶ | | |
| **2** | At any time during the tax year, was any partner in the partnership a disregarded entity, a partnership (including an entity treated as a partnership), a trust, an S corporation, an estate (other than an estate of a deceased partner), or a nominee or similar person? ........... | | X |
| **3** | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| b | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| **4** | At the end of the tax year, did the partnership: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below    **X**

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **5** | Did the partnership file Form 8893, Election of Partnership Level Tax Treatment, or an election statement under section 6231(a)(1)(B)(ii) for partnership-level tax treatment, that is in effect for this tax year? See Form 8893 for more details | | X |
| **6** | Does the partnership satisfy all four of the following conditions? | | |
| a | The partnership's total receipts for the tax year were less than $250,000. | | |
| b | The partnership's total assets at the end of the tax year were less than $ 1 million. | | |
| c | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| d | The partnership is not filing and is not required to file Schedule M-3 | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| **7** | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? .............. | | X |
| **8** | During the tax year, did the partnership have any debt that was cancelled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? ................... | | X |
| **9** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? ................... | | X |
| **10** | At any time during calendar year 2012, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for Form TD F 90-22.1, Report of Foreign Bank and Financial Accounts. If "Yes," enter the name of the foreign country. ▶ | | X |

Form **1065** (2012)

211011
12-31-12

Form 1065 (2012) **DESERT GECKO, LLC** 45-5076414 Page **3**

| Schedule B | Other Information *(continued)* | Yes | No |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| 11 | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions ............ | | X |
| 12a | Is the partnership making, or had it previously made (and not revoked), a section 754 election? .................. See instructions for details regarding a section 754 election. | | X |
| b | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| 13 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly-owned by the partnership throughout the tax year) ......... ▶ ☐ | | |
| 14 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? ............ | | X |
| 15 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities, enter the number of Forms 8858 attached. See instructions ▶ | | |
| 16 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership. ▶ | | X |
| 17 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return. ▶ | | |
| 18a | Did you make any payments in 2012 that would require you to file Form(s) 1099? See instructions | | X |
| b | If "Yes," did you or will you file required Form(s) 1099? | | |
| 19 | Enter the number of Form(s) 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return. ▶ | | |
| 20 | Enter the number of partners that are foreign governments under section 892. ▶ | | |

**Designation of Tax Matters Partner** (see instructions)

Enter below the general partner or member-manager designated as the tax matters partner (TMP) for the tax year of this return:

Name of designated TMP ▶ **DERMAGLAM, LLC**   Identifying number of TMP ▶ 80-0799975

If the TMP is an entity, name of TMP representative ▶ **BLAIR MCNEA**   Phone number of TMP ▶

Address of designated TMP ▶ 7702 E DOUBLETREE RANCH RD, SUITE 300
SCOTTSDALE, AZ 85258

Form **1065** (2012)

211021 12-31-12

PPS Attachment D-9   PPSISL000552

Form **1065**
Department of the Treasury
Internal Revenue Service

# U.S. Return of Partnership Income

For calendar year 2013, or tax year beginning _____, ending _____
**EXTENSION GRANTED TO 09/15/14**

OMB No. 1545-0099

**2013**

| | | |
|---|---|---|
| **A** Principal business activity<br>CREDIT CARD<br>PROCESSING | Name of partnership<br>DESERT GECKO, LLC | **D** Employer identification number<br>45-5076414 |
| **B** Principal product or service<br>CREDIT CARD<br>PROCESSING | Type of Print Number, street, and room or suite no. If a P.O. box, see the instructions.<br>1 E. WASHINGTON STREET, SUITE 500 | **E** Date business started<br>03/23/2012 |
| **C** Business code number<br>525990 | City or town, state or province, country, and ZIP or foreign postal code<br>PHOENIX                    AZ 85034 | **F** Total assets<br>$                    938. |

**G** Check applicable boxes: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change (5) ☐ Amended return
(6) ☐ Technical termination - also check (1) or (2)

**H** Check accounting method: (1) ☐ Cash  (2) ☒ Accrual  (3) ☐ Other (specify) ▶ _____

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 2

**J** Check if Schedules C and M-3 are attached ........................................................... ☐

Caution. Include only trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

| | Income | | | |
|---|---|---|---|---|
| 1 a | Gross receipts or sales | 1a | 530,488. | |
| b | Returns and allowances | 1b | 109,740. | |
| c | Balance. Subtract line 1b from line 1a | | 1c | 420,748. |
| 2 | Cost of goods sold (attach Form 1125-A) | | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c | | 3 | 420,748. |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | | 4 | |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | | 5 | |
| 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | 6 | |
| 7 | Other income (loss) (attach statement) | | 7 | |
| 8 | Total income (loss). Combine lines 3 through 7 | | 8 | 420,748. |

| | Deductions (see the instructions for limitations) | | | |
|---|---|---|---|---|
| 9 | Salaries and wages (other than to partners) (less employment credits) | | 9 | 3,000. |
| 10 | Guaranteed payments to partners | | 10 | |
| 11 | Repairs and maintenance | | 11 | |
| 12 | Bad debts | | 12 | |
| 13 | Rent | | 13 | 1,825. |
| 14 | Taxes and licenses            SEE STATEMENT 1 | | 14 | 378. |
| 15 | Interest | | 15 | |
| 16 a | Depreciation (if required, attach Form 4562) | 16a | | |
| b | Less depreciation reported on Form 1125-A and elsewhere on return | 16b | 16c | |
| 17 | Depletion (Do not deduct oil and gas depletion.) | | 17 | |
| 18 | Retirement plans, etc. | | 18 | |
| 19 | Employee benefit programs | | 19 | |
| 20 | Other deductions (attach statement)          SEE STATEMENT 2 | | 20 | 415,570. |
| 21 | Total deductions. Add the amounts shown in the far right column for lines 9 through 20 | | 21 | 420,773. |
| 22 | Ordinary business income (loss). Subtract line 21 from line 8 | | 22 | -25. |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member manager) is based on all information of which preparer has any knowledge.

▶ Signature of general partner or limited liability company member manager           Date

May the IRS discuss this return with the preparer shown below (see instr.)? ☒ Yes ☐ No

| **Paid Preparer Use Only** | Print/Type preparer's name<br>CRAIG CHANEY | Preparer's signature | Date | Check ☐ if self-employed | PTIN<br>P00163210 |
|---|---|---|---|---|---|
| | Firm's name ▶ BROCK AND COMPANY, CPAS, P.C. | | | Firm's EIN ▶ 84-0930288 | |
| | Firm's address ▶ 900 S MAIN STREET, SUITE 200<br>LONGMONT, CO 80501 | | | Phone no. 303-776-2160 | |

LHA  For Paperwork Reduction Act Notice, see separate instructions.                                     Form **1065** (2013)

311001
12-18-13

Form 1065 (2013)  DESERT GECKO, LLC                   45-5076414  Page **2**

## Schedule B  Other Information

| | | Yes | No |
|---|---|---|---|
| **1** | What type of entity is filing this return? Check the applicable box: | | |
| | **a** ☐ Domestic general partnership   **b** ☐ Domestic limited partnership | | |
| | **c** ☒ Domestic limited liability company  **d** ☐ Domestic limited liability partnership | | |
| | **e** ☐ Foreign partnership   **f** ☐ Other ▶ | | |
| **2** | At any time during the tax year, was any partner in the partnership a disregarded entity, a partnership (including an entity treated as a partnership), a trust, an S corporation, an estate (other than an estate of a deceased partner), or a nominee or similar person? .......... | | X |
| **3** | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership .......... | | X |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership .......... | X | |
| **4** | At the end of the tax year, did the partnership: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below .......... | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **5** | Did the partnership file Form 8893, Election of Partnership Level Tax Treatment, or an election statement under section 6231(a)(1)(B)(ii) for partnership-level tax treatment, that is in effect for this tax year? See Form 8893 for more details .......... | | X |
| **6** | Does the partnership satisfy all four of the following conditions? | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** | The partnership's total assets at the end of the tax year were less than $ 1 million. | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 .......... | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item L on Schedule K-1. | | |
| **7** | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? .......... | | X |
| **8** | During the tax year, did the partnership have any debt that was cancelled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? .......... | | X |
| **9** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? .......... | | X |
| **10** | At any time during calendar year 2013, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR) (formerly TD F 90-22.1). If "Yes," enter the name of the foreign country. ▶ | | X |

Form **1065** (2013)

311011
12-18-13

Form 1065 (2013)   DESERT GECKO, LLC                                45-5076414   Page **3**

| Schedule B | Other Information *(continued)* | Yes | No |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| 11 | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions .................................................................................................................................................................. | | X |
| 12a | Is the partnership making, or had it previously made (and not revoked), a section 754 election? ....................................................... | | X |
| | See instructions for details regarding a section 754 election. | | |
| b | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions .......................................................................................................... | | X |
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions ..................................................................................................................................... | | X |
| 13 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly-owned by the partnership throughout the tax year) .............................. ▶ ☐ | | |
| 14 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? .................................................................................................................................................................................. | | X |
| 15 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities, enter the number of Forms 8858 attached. See instructions ▶ | | |
| 16 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership. ▶ | | X |
| 17 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return. ▶ | | |
| 18a | Did you make any payments in 2013 that would require you to file Form(s) 1099? See instructions ........................................ | | X |
| b | If "Yes," did you or will you file required Form(s) 1099? ▶ | | |
| 19 | Enter the number of Form(s) 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return. ▶ | | |
| 20 | Enter the number of partners that are foreign governments under section 892. ▶ | | |

**Designation of Tax Matters Partner** (see instructions)
Enter below the general partner or member-manager designated as the tax matters partner (TMP) for the tax year of this return:

| Name of designated TMP ▶ DERMAGLAM, LLC | Identifying number of TMP ▶ 80-0799975 |
|---|---|
| If the TMP is an entity, name of TMP representative ▶ BLAIR MCNEA | Phone number of TMP ▶ |
| Address of designated TMP ▶ 7702 E DOUBLETREE RANCH RD, SUITE 300   SCOTTSDALE, AZ  85258 | |

Form **1065** (2013)

311021
12-16-13

PX11

PPS Attachment E

Doing What's Possible Account Documents

# MERCHANT APPLICATION

**GMA**
**Global Merchant Advisors**

Merchant # _____

☑ New Location  ☐ Additional Location
3009 S. Robertson Blvd • Ste 295 • Los Angeles, CA 90834
310-220-0624 • Fax 310-602-6282
www.globalmerchantadvisors.com

Merchant Accepts Donate Wise Now® ☐ Yes ☐ No

*By checking yes and signing this application and agreement you indicate your acceptance of the Greenwise GreenSuite and DonateWiseNow Program terms and conditions*

## Business Information *(see Terms and Conditions for further information)*

| Legal Name (as it appears on your income tax return): | Name of Account (Doing Business As): |
|---|---|
| Doing What's Possible, LLC | www.youthebresults.com |

| Legal Address: | Physical Street Address (No P.O. Box): |
|---|---|
| 701 North Green Valley Parkway | 701 North Green Valley Parkway |

| City: Henderson | State: NV | Zip: 89074 | City: Henderson | State: NV | Zip: 89074 |
|---|---|---|---|---|---|

| Phone #: ( 702 ) 990-3225 | Contact: Taree Doble | DBA Phone #: ( 877 ) 766-6978 | Fax #: ( ) |
|---|---|---|---|

| Must Choose One Mailing Address: ☐ DBA Address ☑ Legal Address | E-Mail Address: taree@youthebresults.com | Website Address: www. youthebresults.com |
|---|---|---|

| Federal Tax # (as it appears on your income tax return) 452697506 | # of Locations 1 | Years in Business 9 months | Years Owned Business 9 months |
|---|---|---|---|

| Place of Legal Formation: Nevada | Country of Primary Business Operations: USA |
|---|---|

| Bank Reference: JPMorgan Chase, NA | Contact: Julio Jauragui | Phone #: ( 702 ) 259-0796 |
|---|---|---|

## Owner or Officers: Individual Ownership Must be Equal to or Greater than 50%

| Name: 1. Taree Doble | Title: Manager | Date of Birth: 1985 | Applicant's SS #: ███ | % Equity Ownership: 80 % |
|---|---|---|---|---|

| Residence Address: ███ | City: Boulder | State: CO | Zip: 80304 | # Years: 16 |
|---|---|---|---|---|

| US Government Issued ID#: ███ | Type of ID: CO Drivers License | Expiration Date: 2016 | Country of Citizenship (if not US): | Home Phone: ███ |
|---|---|---|---|---|

| Name: 2. | Title: | Date of Birth: | Applicant's SS #: | % Equity Ownership |
|---|---|---|---|---|

| Residence Address | City: | State: | Zip: | # Years: |
|---|---|---|---|---|

| US Government Issued ID#: | Type of ID: | Expiration Date: | Country of Citizenship (if not US): | Home Phone: |
|---|---|---|---|---|

## Business Profile

Type of Ownership: ☐ Sole Proprietor  ☐ Assoc/Estates/Trusts  ☐ Joint Venture  ☐ Government
☐ Corporation (Privately Traded)  ☐ Corporation (Publicly Traded)  ☐ Medical or Legal Corp
☐ Partnership  ☐ Tax Exempt Org  ☐ Single Member LLC  ☑ Multi Member LLC  ☐ Civic Assoc
☐ Limited Partnership  ☐ Political Org  ☐ Other: _____

| Type of Goods or Services Sold: plan camp products | SIC Code: |
|---|---|

Do you currently accept Discover ®Visa/Mastercard? ☑ Yes ☐ No

Name of Current Processor: **Power Pay**

Has Merchant or any associated principal disclosed below filed ☐ Yes  Date: ____
bankruptcy or been subject to involuntary bankruptcy? ☐ No

### Sales Profile

| Merchant Type: | Discover/Visa/MasterCard Sales Profile (Be Accurate) | |
|---|---|---|
| ☐ Retail | Card Swipe | % |
| ☐ Restaurant | Manual Key Entry with Imprint, Card Present | % |
| ☐ Lodging | Mail Order/Telephone | % |
| ☐ Service | Internet | 100 % |
| ☑ Internet | | |
| ☐ Home Based | | |
| ☐ Other | Total = | 100% |

## Principal Trade Suppliers: List a Few

| Name United One Int'l Labs | Address Farmers Branch, TX | Contact James Mitchell | Phone # ( 972 ) 490-3300 |
|---|---|---|---|
| Name: TJ Richards | Address: Longmont, CO | Contact: Brandon Scott | Phone #: ( 303 ) 772-6422 |

## On-Site Auto Survey Report: To be Completed by Sales Representative

Merchant Location: ☐ Retail Location with Store Front  ☑ Office Building  ☐ Internet  ☐ Residence  ☐ Other ____
Area Zoned: ☑ Commercial  ☐ Industrial  ☐ Residential   Square Footage: ☐ 0-250  ☐ 251-500  ☐ 501-2,000  ☑ 2,001+

Does the amount of inventory and merchandise on shelves and floor appear consistent with this type of business? ☑ Yes  ☐ No
If No, explain.

The Merchant: ☐ Owns  ☑ Leases the Business Premises   Landlord Name & Phone #: Webgistix - Anita Gomez 866 983 - 7447

Further Comments by Inspector (Must Complete): photos included

I hereby verify that this application has been fully completed by merchant applicant and that I have physically inspected the business premises of the merchant at this address and the information stated above is true and correct to the best of my knowledge and belief.

Verified and Inspected by: not physically Inspected   Office #: ____   Representative #: T. Taylor   Representative Signature: x ____   Date: 5-13-12

## Discover / Visa / MasterCard Standard Retail / High Risk Retail Rates

Merchant Chooses to accept the following

| | | |
|---|---|---|
| DISC/VS/MC (Other Cards) Discount Rate | | % |
| VS/MC Discount Rate for Debit Cards | | % |
| AMEX Discount Rate | | % |

### Fees

| | | |
|---|---|---|
| DISC/VS/MC Transaction Fee | | Per Item |
| Non-Bankcard Transaction Fee | | Per Item |
| Statement Fee | $10.00 | Monthly |
| VS/MS Online Service | | Monthly |
| Monthly Minimum | $35.00 | Monthly |
| Annual Fee | $99.00 | Per Year |
| Debit Transaction Fee Plus Network Fees | | Per Item |
| EBT Transaction Fee | | Per Item |
| EBT Statement Fee | $3.00 | Monthly |
| Batch Fee | $0.25 | Per Batch |
| Manual Imprinter | QTY | One Time |
| Chargeback Fee | $35.00 | Per Item |
| ACH Reject Fee | $25.00 | Per Item |
| Retrieval Fee | $5.00 | Per Item |
| Voice Authorization Fee | $0.95 | Per Call |
| Gateway Access Fee | $10.00 | Monthly |
| AVS Surcharge | $0.15 | Per Item |
| Government/Compliance Fee | $6.95 | Monthly |
| TIN Mismatch Fee | $325.00 | Until Validated |
| Early Termination Fee | $495.00 | One Time |

| Misc Fees | Start Mo/Yr | Amount | Terms |
|---|---|---|---|

## Call / Mail / Phone / Internet / Touchtone Rates

Merchant Chooses to accept the following

| | | |
|---|---|---|
| DISC/VS/MC (Other Cards) Discount Rate | 4.49 | % |
| VS/MC Debit Card Discount Rate | 4.49 | % |
| AMEX Rate | 37.95 | Monthly |

### Fees

| | | |
|---|---|---|
| DISC/VS/MC Transaction Fee | $0.35 | Per Item |
| Non-Bankcard Transaction Fee | $0.35 | Per Item |
| Statement Fee | $10.00 | Monthly |
| VS/MS Online Service | $15.00 | Monthly |
| Monthly Minimum | $35.00 | Monthly |
| Annual Fee | $99.00 | Per Year |
| MOTO/Internet Surcharge | $1 | Per Item |
| AVS Surcharge | $0.10 | Per Item |
| Batch Fee | $0.35 | Per Batch |
| Manual Imprinter | QTY | $14.95 | Per Item |
| Chargeback Fee | $35.00 | Per Item |
| ACH Reject Fee | $25.00 | Per Item |
| Retrieval Fee | $5.00 | Per Item |
| Voice Authorization Fee | $0.95 | Per Call |
| Gateway Access Fee | $10.00 | Monthly |
| Government Compliance Fee | $6.95 | Monthly |
| TIN Mismatch Fee | $325.00 | Until Validated |
| Early Termination Fee | $495.00 | One Time |

| Misc Fees | Start Mo/Yr | Amount | Terms |
|---|---|---|---|
| G2 SP08 – Setup Fee | | $199.00 | One-Time |
| G2 SP08 – Monthly Fee | | $199.00 | One-Time |

1) I/We understand and agree that while my/our discount rate as stated above will be charged on most electronically authorized payment card transactions that are in batches closed daily, charges up to 5% higher than my discount rate may apply above additional criteria is not met. Examples where higher rates apply include but are not limited to are MOTO, keyed in transactions, transactions without AVS, business and foreign card transactions. 2) Pass-through Association fees include Visa Acquiring Processing Fee, Visa Risk Identification Fee, Visa Misuse of Auth Fee, Visa International Service Assessment Fee (ISA), Visa Zero Floor Limit Fee, Visa International Acquirer Fee, MC Acquirer Program Support Fee, MC Cross-Border Fee, and the MC Network Access and Brand Usage (NABU) Fee. Please visit the Association's website for further details. Do you use a third party to store or transmit Cardholder data? __Yes __No     Give name address (examples include, but not limited to hosting companies, shopping carts, Loyalty Programs, Electronic Data Capture). Please identify any Software used for storing, transmitting or processing Card Transaction or Authorization requests.

## Merchant Benefits Club

__ Yes, I want to participate in the optional Merchant Benefits Club which includes equipment support and replacement for an additional $14.95 per terminal per month per month: Initials: X

## American Express

By signing below, I represent that I have read and am authorized to sign and submit this application for the above entity which agrees to be bound by the American Express Card Acceptance Agreement ("Agreement"), and that all information provided herein is true, complete and accurate. I authorize ESA and American Express Travel Related Services Company, Inc. ("American Express") and American Express's agents and Affiliates to verify the information in this application and receive and exchange information about me personally, including by requesting reports from consumer reporting agencies, and disclose such information to their agents, subcontractors, Affiliates, and other parties for any purpose permitted by law. I authorize and direct ESA and American Express and American Express's agents and Affiliates to inform me directly, or through the entity above, of reports about me that they have requested from consumer reporting agencies. Such information will include the name and address of the agency furnishing the report. I also authorize American Express to use the reports from consumer reporting agencies for marketing and administrative purposes. I understand that upon American Express's approval of the application, the entity will be provided with the Agreement and materials welcoming it to American Express's Card acceptance campaign.

__ Retail – $3.10 Trans Fee + 0.30% CNP Downgrade Services     __ Wholesale & All Other – $9.95 Trans Fee

## Debit/Credit Authorization - Include a voided check or bank letter verifying bank account information

Merchant authorizes Cynergy Data LLC ("Processor") or BMO Harris Bank, N.A., ("Bank") to present Automated Clearing House debits, Automated Clearing House credits, wire transfers, or depository transfer checks to and from the following account and to and from any other account for which Processor or Bank are authorized to perform such functions under the Merchant Processing Agreement, for the purposes set forth in the Merchant Processing Agreement. This authorization extends to such entries in said account concerning lease, rental or purchase agreements for POS terminals and/or accompanying equipment and/or check guarantee fees and amounts due for supplies and materials. This Automated Clearing House authorization cannot be revoked until all Merchant obligations under the Agreement are satisfied, and Merchant gives Cynergy Data written notice of revocation.

DDA: _____ [6] -     ABA Routing: _____

INVESTIGATIVE CONSUMER REPORT: An investigative or consumer report may be made in connection with application. MERCHANT authorizes BANK or any of its agents to investigate the references provided or any other statements or data obtained from MERCHANT from any of the undersigned individual credit or financial responsibility. You have a right, upon written request, to a complete and accurate disclosure of the nature and scope of the investigation requested.

| AVERAGE TICKET SIZE: | $7.00 | AVERAGE MONTHLY VOLUME: | $60,000.00 |
|---|---|---|---|

Each person certifies that the average ticket size and sales volume indicated is accurate and agrees that any transaction or monthly volume that exceeds either of the above amounts could result in delayed and/or armed settlement of funds. Also, see paragraphs 5.4 and 15.3 of the MERCHANT Processing Agreement.

IMPORTANT NOTICE: All information contained in this application was completed, supplied and/or reviewed by the undersigned Merchant. Processor shall not be responsible for any change in Processed terms unless specifically agreed to in writing by officer of Processor and/or BMO Harris Bank, N.A., Chicago, IL. By signing below you are agreeing to the provisions stated within this merchant application, on the reverse side the Merchant Agreement and acknowledge receipt of the merchant operating guide. These provisions must be read before signing. By signing below, you agree to the terms on the front and back of this MERCHANT Processing Agreement and the merchant operating guide.

## Individual Guaranty - No Titles

As a primary inducement to Processor and Bank to enter into this Agreement, the undersigned Guarantor(s), by signing this Agreement, jointly and severally, and irrevocably, personally guarantee the continuing full and faithful performance and payment by Merchant of each of its duties and obligations to Processor and Bank under this Agreement or any other agreement currently in effect or in the future entered into between Merchant or its principals and Processor or Bank, as such agreements now exist or are amended from time to time, with or without notice. Guarantor(s) understands further that Processor or Bank may proceed against Guarantor(s) without first exhausting their remedies against any other person or entity responsible to it or any security held by Processor and Bank or Merchant. This guarantee shall not be discharged or affected by the death of the undersigned, will bind all heirs, administrators, representatives and assigns and may be enforced by or for the benefit of any successor of Processor and Bank. Guarantor(s) understand that the inducement to Processor and Bank to enter into this agreement is consideration for the guaranty and that this guaranty remains in full force and effect even if the Guarantor(s) receive no additional benefit from the guaranty.

AGREED AND ACCEPTED:

X _Karen Deter_          5/11/2012
#1 From Application - Signature          Date

X _____          _____
#2 From Application - Signature          Date

## For All Businesses: Business Resolution

The indicated officer(s) identified in numbers 1 and/or 2 below have the authorization to execute the MERCHANT Processing Agreement on behalf of the above named business. MERCHANT UNDERSTANDS THAT THIS AGREEMENT SHALL NOT TAKE EFFECT UNTIL MERCHANT HAS BEEN APPROVED BY BANK AND A MERCHANT NUMBER IS ISSUED.

Doing Business: LLC

Print Legal Name of Merchant/Business

X _Karen Deter_          5/11/2012
#1 From Application - Signature          Date

X _____          _____
#2 From Application - Signature          Date

Accepted by Processor          Date

X _____          _____
Accepted by BMO Harris Bank, N.A. Chicago, IL          Date

Global Merchant Advisors is a registered ISO/MSP of BMO Harris Bank, N.A., Chicago, IL.

Rev2. 10/01/2011
Page 2 of 10

## Mail, Telephone Order, & Internet Merchant Addendum

**IMPORTANT NOTICE:** Visa and MasterCard have set a minimum standard requirement for accepting credit cards on the Internet. In order to avoid a significant delay in the settlement of your funds, please ensure that your website has the following seven (7) items completed prior to the commencement of your credit card processing.

1. Refund / Cancellation Policy
2. Privacy Policy
3. Terms & Conditions listed
4. Products & the Corresponding Pricing listed
5. 128-bit SSL page(s) where personal and credit card information is obtained (usually provided by shopping cart or gateway)
6. Telephone Customer Service contact number
7. Shipping & Handling method and shipping delivery time after the sale

*URGENT!!!! You must contact your sales representative immediately upon completing the above 7 internet processing requirements!*

Submit sample(s) of product brochure, promotional materials, product catalogue, etc. How will product be advertised or promoted?

If advertising on Internet, list website address: www. youthefxsolutions.com

Preferred 23 character (or less) DBA identifier (appears on customers' billing statement)

| d | w | p | * | y | o | u | t | h | f | x | 8 | 7 | 7 | 7 | 6 | 6 | 5 | 9 | 7 | 8 | | |

List name(s) and address(es) of vendor from which the product is purchased:
 United One International Laboratories  Farmers Branch, TX and TJ Richards  Longmont, CO

List name(s) and address(es) of third party or fulfillment organizations, or parties aside from your staff who will assist or participate with the sales, marketing, processing of orders, or shipping of merchandise:
 Webgistix, 860 Wigwam Pkwy., #120, Henderson, NV 89014

List geographical area(s) in which the product or service will be marketed and sold: US, Canada, UK

List carrier services that will deliver product or service: USPS

What is your return or refund policy? full refund of product price within 30 days of shipment date

How does the customer order the product or service? via the internet

When you receive an authorization, how long before merchandise is shipped or services are provided? same business day

Do you perform recurring monthly billing? __X__ Yes ____ No  If Yes, __X__ Monthly ____ Quarterly ____ Bi-annual ____ Annual
Is your database collecting entire credit card numbers? __X__ Yes ____ No  If Yes, are you PCI compliant? __X__ Yes ____ No

This amendment is made by & between BMO Harris Bank, N.A., Chicago, IL (Bank), & the undersigned "MERCHANT" & subject to the approval of BANK.
WHEREAS: Bank is engaged in the general banking business including the purchase of Credit Card Transactions from merchants and provide certain services related to the processing of Credit Card Transactions to MERCHANT; and

WHEREAS: MERCHANT desires to honor at this business location(s) Card Numbers presented in connection with the Mail Order/Telephone Order sale of product/ services to customers; and

WHEREAS: BANK and MERCHANT has entered into BMO Harris Bank, N.A., Chicago, IL (Bank) VISA/MasterCard Processing Agreement ("Agreement"). NOW THEREFORE, in consideration of the representations, covenants, and promises made herein, the parties hereto agree to amend Agreement as follows:

1. MERCHANT agrees to use and retain proof of a traceable delivery system as means of shipment of product to customer.
2. MERCHANT agrees that transactions will not be processed until products are shipped to Cardholder.
3. MERCHANT agrees to a charge of $0.05 per AVS transaction(s) when applicable.
4. Agreement may be immediately terminated by BANK if MERCHANT fails to comply with any of the terms of this agreement.

AGREED & ACCEPTED BY:                                          DATE: 5/11/2012

_Taree Dobie_
OWNER / OFFICER                                          Authorized BMO Harris Bank, N.A. Agent

_Taree Dobie_
Print Name                                          Print Name

Global Merchant Advisors is a registered ISO/MSP of BMO Harris Bank, N.A., Chicago, IL.        Rev2. 10/01/2011
Page 9 of 10



**Doing What's Possible, LLC**

1005



PPSISL000969



| | | |
|---|---|---|
| Subscriber Name: | GLOBAL MERCH | |
| Subscriber Code/Market: | F 5756620 12 01 | |
| Results Issued: | 5/17/12 19:02 CT | |

**INPUT PARAMETERS FOR PRIMARY SUBJECT**
Reference ID:
SSN:
Name:                        dobie, taree
Current Address:

**TRANSUNION CONSUMER CREDIT REPORT**

DOBIE, TAREE D.
Also Known As:              SSN:            Phone:                    In File Since:  4/04
                            Date of Birth:  /85

Current Address:                    Previous Address:                    Previous Address:

BOULDER CO. 80304                   BOULDER CO. 80304                    ERIE CO. 80516
**Reported 1/07**                   **Reported 4/04**
EMPLOYMENT

CONVERTIS LLC               Position:  CUSTOMER              Start:        In File Since:  3/08
                                       SERVICE               End:          Effective:      3/08

**SCORING**

Type                        Score    Explanation

**CREDIT INFORMATION   Summary   (Total History)**



PPSISL000995

PX11

PPS Attachment F

Doing What's Possible Account Documents

## MERCHANT APPLICATION

**CardFlex**

Merchant # _____

☐ New Location   ☐ Additional Location

**2900 Bristol Street • F-201 • Costa Mesa, CA 92626**
**Tel: 866.634.3044**
**www.cardflexnow.com**

Merchant Accepts GreenSuite – DonateWiseNow  ☐ Yes  ☐ No

By checking yes and signing this application and agreement, you indicate your acceptance of the Greenwise GreenSuite and DonateWiseNow Program terms and conditions.

### ▶ Business Information

Note: Your Business Legal Name and Tax ID Number must be entered exactly as it appears on your Income Tax Return or on your SS4-Employer Identification Number (EIN) letter to avoid fees and income withholding by the IRS.

| Legal Name (as it appears on your income tax return): | Name of Account (Doing Business As): |
|---|---|
| Doing What's Possible, LLC | Smile Vitalize Online |

| Legal Address: | Physical Street Address (No P.O. Box): |
|---|---|
| 701 North Green Valley Parkway, Ste 200 | 701 North Green Valley Parkway, Ste 200 |

| City: Henderson | State: NV | Zip: 89074 | City: Henderson | State: NV | Zip: 89074 |
|---|---|---|---|---|---|

| Phone #: ( 702 ) 990-3225 | Contact: Taree Dobie | DBA Phone #: ( 800 ) 627-1650 | Fax #: ( 303 ) 530-0774 |
|---|---|---|---|

| Must Choose One Mailing Address: ☐ DBA Address ☑ Legal Address | E-Mail Address: taree@smilevitalizeonline.com | Website Address: www. smilevitalizeonline.com |
|---|---|---|

| Federal Tax #: 4 5 2 6 9 7 5 0 8 | # of Locations: 1 | Years in Business: 3.5 | Years Owned Business: 3.5 |
|---|---|---|---|

| Place of Legal Formation: Nevada | Country of Primary Business Operations: USA |
|---|---|

| Bank Reference: First Bank | Contact: | Phone #: ( 303 ) 530-1000 |
|---|---|---|

### ▶ Owners or Officers – Individual Ownership Must be Equal to or Greater than 50%

| Name: 1. Taree Dobie | Title: Manager | Date of Birth: ███/85 | Applicant's SS #: | % Equity Ownership: 80 |
|---|---|---|---|---|

| Residence Address: | City: Lafayette | State: CO | Zip: 80026 | # Years: 7 |
|---|---|---|---|---|

| US Government Issued ID#: | Type of ID: CO DL | Expiration Date: 9/4/16 | Country of Citizenship (if not US): | Home Phone: ( ) |
|---|---|---|---|---|

| Name: 2. | Title: | Date of Birth: | Applicant's SS #: | % Equity Ownership: |
|---|---|---|---|---|

| Residence Address: | City: | State: | Zip: | # Years: |
|---|---|---|---|---|

| US Government Issued ID#: | Type of ID: | Expiration Date: mm/dd/yyyy | Country of Citizenship (if not US): | Home Phone: ( ) |
|---|---|---|---|---|

### ▶ Business Profile | ▶ Sales Profile

**Type of Ownership:** ☐ Sole Proprietor  ☐ Assoc/Estates/Trusts  ☐ Joint Venture  ☐ Government  ☐ Corporation (Privately Traded)  ☐ Corporation (Publicly Traded)  ☐ Medical or Legal Corp  ☐ Partnership  ☐ Tax Exempt Org  ☐ Single Member LLC  ☐ Multi Member LLC  ☐ Civic Assoc  ☐ Limited Partnership  ☐ Political Org  ☐ Other _____

**Type of Goods or Services Sold:** teeth whitening  **SIC Code:** _____

Do you currently accept Discover/Visa/Mastercard?  ☐ Yes  ☑ No  (If yes, you should submit 3 current months' statements.)  **Name of Current Processor:** _____

Has Merchant or any associated principal disclosed below filed bankruptcy or been subject to involuntary bankruptcy?  ☐ Yes  Date: _____  ☑ No

| Merchant Type: | Discover/Visa/MasterCard Sales Profile |
|---|---|
| ☐ Retail | Be Accurate: |
| ☐ Restaurant | Card Swipe _____ % |
| ☐ Lodging | Manual Key Entry with Imprint, |
| ☐ Service | Card Present _____ % |
| ☑ Internet | Mail Order/Telephone _____ % |
| ☐ Home Based | Internet 100 % |
| ☐ Other | Total = 100 % |

### ▶ Business Trade Suppliers – List Two

| Name: Rapid Color Printing | Address: 6445 Karns Park Ct, Las Vegas | Contact: Kat Cruz | Phone #: ( 702 ) 792-6055 |
|---|---|---|---|
| Name: Verifi | Address: 8391 Beverly Blvd., Box #310 , LA, CA | Contact: Shane Lynch | Phone #: ( 323 ) 655-5789 |

### ▶ Merchant Site Survey Report – To Be Completed by Sales Representative

**Merchant Location:** ☐ Retail Location with Store Front  ☐ Office Building  ☐ Internet  ☐ Residence  ☐ Other _____
**Area Zoned:** ☐ Commercial  ☐ Industrial  ☐ Residential  **Square Footage:** ☐ 0-250  ☐ 251-500  ☐ 501-2,000  ☐ 2,001+

Does the amount of inventory and merchandise on shelves and floor appear consistent with this type of business?  ☐ Yes  ☐ No
If No, explain: _____

**The Merchant:** ☐ Owns  ☐ Leases the Business Premises  **Landlord Name & Phone #:** _____

Further Comments by Inspector (Must Complete): _____

I hereby verify that this application has been fully completed by merchant applicant and that I have physically inspected the business premises of the merchant at this address and the information stated above is true and correct to the best of my knowledge and belief.

| Verified and Inspected by: X | Office #: | Representative #: | Representative Signature: X | Date: |
|---|---|---|---|---|

White Copy – Bank • Pink Copy – Merchant
**CardFlex Inc. is a registered ISO/MS of BMO Harris Bank, N.A., Chicago, IL**

Rev2, 09/25/13
Page 1 of 13

PPSISL000867

**▶ ☐ Discover / Visa / Mastercard Standard Retail / High Risk Retail Rates**

Merchant Chooses to accept the following:
DISC/VS/MC (Other Cards) Discount Rate: _____
VS/MC Discount Rate for Debit Cards _____

**▶ ☐ Mail / Phone / Internet / Touchtone Rates**

Merchant Chooses to accept the following:
DISC/VS/MC (Other Cards) Discount Rate: _____
VS/MC Discount Rate for Debit Cards _____

**▶ Fees**

| | | |
|---|---|---|
| DISC/VS/MC Transaction Fee: | _____ | Per Item |
| Non-Bankcard Transaction Fee: | _____ | Per Item |
| Non-Bankcard: | ___ % Discount Rate | Per Item |
| Statement Fee: | _____ | Per Item |
| VIMAS Online Service: | _____ | Monthly |
| Monthly Minimum: | _____ | Monthly |
| Annual Fee | _____ | Per year |
| Debit Transaction Fee Plus Network Fees: | _____ | Per Item |
| EBT Transaction Fee: | _____ | Per Item |
| EBT Statement Fee: | _____ | Monthly |
| Batch Fee: | _____ | Per Batch |
| Manual Imprinter  QTY: ___ | _____ | One Time |
| Chargeback Fee: | $35.00 | Per Item |
| ACH Reject Fee: | $25.00 | Per Item |
| Retrieval Fee: | $5.00 | Per Item |
| Voice Authorization Fee: | $0.95 | Per Call |
| Gateway Access Fee: | _____ | Monthly |
| AVS Surcharge: | $0.10 | Per Item |
| Government Compliance Fee: | $4.95 | Per Month |
| TIN Mismatch Fee: | $19.99 | Until Validated |
| DonateWiseNow Fee: | _____ | Per Month |
| Early Termination Fee: | SECTION 19.1 | One Time |

**▶ Fees**

| | | |
|---|---|---|
| DISC/VS/MC Transaction Fee: | _____ | Per Item |
| Non-Bankcard Transaction Fee: | _____ | Per Item |
| Non-Bankcard: | ___ % Discount Rate | Per Item |
| Statement Fee: | _____ | Monthly |
| VIMAS Online Service: | _____ | Monthly |
| Monthly Minimum: | _____ | Monthly |
| Annual Fee | _____ | Per year |
| MOTO/Internet Surcharge: | _____ | Per Item |
| AVS Surcharge: | $0.10 | Per Item |
| Batch Fee: | _____ | Per Batch |
| Manual Imprinter  QTY: ___ | _____ | One Time |
| Chargeback Fee: | $35.00 | Per Item |
| ACH Reject Fee: | $25.00 | Per Item |
| Retrieval Fee: | $5.00 | Per Item |
| Voice Authorization Fee: | $0.95 | Per Call |
| Gateway Access Fee: | _____ | Monthly |
| Government Compliance Fee: | $4.95 | Per Month |
| TIN Mismatch Fee: | $19.99 | Until Validated |
| DonateWiseNow Fee: | _____ | Per Month |
| Early Termination Fee: | SECTION 19.1 | One Time |

| Misc Fees: | Start Mo/Yr: | Amount: | Terms: |
|---|---|---|---|
| #1 Mid-Qualified Transactions (rate 2) | ___ | ___ | ___ |
| #2 Non-Qualified Transactions (rate 3) | ___ | ___ | ___ |
| #3 | ___ | ___ | ___ |
| #4 | ___ | ___ | ___ |
| #5 | ___ | % of Volume and/or $___ | per item |

| Misc Fees: | Start Mo/Yr: | Amount: | Terms: |
|---|---|---|---|
| #1 Mid-Qualified Transactions (rate 2) | ___ | ___ | ___ |
| #2 Non-Qualified Transactions (rate 3) | ___ | ___ | ___ |
| #3 | ___ | ___ | ___ |
| #4 MAINTENANCE FEE (HR ONLY) | ___ | $69.95 | MONTHLY |
| #5 | ___ | % of Volume and/or $___ | per item |

1) Mid-qualified transactions (Rate 2) will be assessed 1.13% above the qualified discount rate (excluding approved 20% Plus Keyed Merchants). Non-qualified transactions will be assessed 1.80% (Rate 3) above the qualified discount rate. Corporate Cards and Corporate Purchased Cards will be assessed 1.80% above the qualified discount rate. 2) Pass-through Association fees include Visa Acquiring Processing Fee, Visa Risk Identification fee, Visa Misuse of Auth Fee, Visa International Service Assessment Fee (ISA), Visa Zero Floor Limit Fee, Visa International Acquirer Fee, MC Acquirer Program Support Fee, MC Cross Border Fee, and the MC Network Access and Brand Usage (NABU) Fee. Please visit the Association's website for further details.  By checking the "Yes" checkbox, I acknowledge that I am using a third party to store, process or transmit cardholder data. ☐ Yes Give name/address (examples include, but not limited to hosting companies, shopping carts, Loyalty Programs, Electronic Data Capture). Please identify any software used for storing, transmitting or processing Card Transaction or Authorization requests. _____

**▶ My Merchants Benefits Club**

☑ The representative has explained the My Merchant Benefits Club program to me and I elect to opt out of the program. I understand I can opt into the program at any time and benefit from great deals, including equipment support and replacement per terminal/peripheral (where applicable), as well as great discounts for items such as car rentals, hotels, office supplies, health, legal services and more for my company and employees for an additional fee of $14.95 per month.    Initials: X _____

**▶ Next Day Funding**

☑ Next Day Funding* _____ Per Month (POS Device batch must be closed by 9pm EST/6pm PST)

*Next Day Funding is subject to approval. All payments are provisional and are subject to, including but not limited to, additional fees, chargebacks, withholding, set off, security and reserve rights. Cynergy Data or Bank will not be liable for any delay in receipt of funds, fees for any delays, or errors in debit and credit entries caused by third parties, including but not limited to, any Association or your financial institution. For more information, see Section 5. "Settlement of Card Transactions" of this agreement.

NOTES

## ▶ American Express

Estimated Annual American Express Charge Volume $ _____     Average Ticket $ _____

[ ] American Express ESA          Existing ESA SE _____          Merchant CAP _____

OR                                         Discount Rate _____ %          Per Transaction Fee $ _____

                                          PrePaid Discount Rate _____ %          PrePaid Per Transaction Fee $ _____

                                          [ ] $7.95/month option for merchants under $5,000 – mandatory for Internet-Physical Delivery, MO/TO and Home-Based
                                          regardless of volume (ESA program only)

[ ] New American Express OnePoint   Discount Rate _____ %          Per Transaction Fee $ _____

                                          PrePaid Discount Rate _____ %          PrePaid Per Transaction Fee $ _____

All fees are applicable to OnePoint and ESA unless otherwise stated.
Card Not Present (CNP) Fee:          0.30% Downgrade
Inbound Fee:                          0.40% Downgrade for all Cross-Border Transactions

By signing below, I represent that I have read and am authorized to sign and submit this application for the above entity, which agrees to be bound by the American Express® Card Acceptance Agreement ("Agreement"), and that all information provided herein is true, complete and accurate. I authorize Cynergy Data, LLC, and American Express Travel Related Services Company, Inc ("AXP"), and AXP's agents and Affiliates to verify the information in this application and receive and exchange information about me personally, including by requesting reports from consumer reporting agencies from time to time, and disclose such information to their agent, subcontractors, Affiliates and other parties for any purpose permitted by law. I authorize and direct Cynergy Data, LLC, and AXP and AXP's agents and Affiliates to inform me directly, or inform the entity above, when the contents of reports about me that they have requested from consumer reporting agencies. Such information will include the name and address of the agency furnishing the report. I also authorize AXP to use the reports on us from consumer reporting agencies for marketing and administrative purposes. I am able to read and understand the English language. Please read the American Express Privacy Statement at http://www.americanexpress.com/privacy to learn more about how American Express protects your privacy and how American Express uses your information. I understand that I may opt out of marketing communications by visiting this website or contacting American Express at 1-800-528-5200.

I understand that upon AXP's approval of the application, the entity will be provided with this Agreement and materials welcoming it either to AXP's program for Cynergy Data, LLC, to perform services for AXP (OnePoint) or to AXP's standard Card acceptance program (ESA) which has different servicing terms (e.g. different speeds of pay).

If qualified for OnePoint, I acknowledge that Cynergy Data will provide merchant instructions on accessing the American Express Terms and Conditions (Agreement for American Express® Card Acceptance American Express OnePoint® Program) and the American Express Merchant Regulations – U.S. Including any updates to these regulations as they are made available via https://www.mybackofficetools.com/corporate/en/login.asp. Specific instructions will be delivered to the entity via a welcome letter that will be forthcoming upon account approval.

I understand that if the entity does not qualify for the Cynergy Data, LLC, servicing program that the entity may be enrolled in AXP's standard Card acceptance program, and the entity may terminate the Agreement. By accepting the American Express Card for the purchase of goods and/or services, or otherwise indicating its intention to be bound, the entity agrees to be bound by the Agreement.

Merchant Signature _____          Date: _____

## ▶ Debit/Credit Authorization – Include a voided check or bank letter verifying bank account information.

Merchant authorizes Cynergy Data, LLC ("Processor") or BMO Harris Bank N.A. ("Bank") to present Automated Clearing House credits, Automated Clearing House debits, wire transfers, or depository transfer checks to and from the following account and to and from any other account for which Processor or Bank are authorized to perform such functions under the Merchant Processing Agreement, for the purposes set forth in the Merchant Processing Agreement. This authorization extends to each entire item in said account concerning lease, rental or purchase agreements for POS terminals and/or accompanying equipment and/or check guarantee fees and amounts due for supplies and materials. This automated clearing House authorization cannot be revoked until all Merchant obligations under this agreement are satisfied, and Merchant gives Cynergy Data written notice of revocation.

DDA: ████████6180                                                    ABA Routing: ████████

INVESTIGATIVE CONSUMER REPORT! An investigative or consumer report may be made in connection with application. MERCHANT authorizes BANK or any of its agents to investigate the references provided or any other statements or data obtained from MERCHANT, from any of the undersigned individual guarantor(s) or from any other person or entity with financial responsibilities under this agreement. You have a right, upon written request, to a complete and accurate disclosure of the nature and scope of the investigation requested. By signing below, or clicking I accept, Merchant represents that the information provided in this Application is true, complete and not misleading in any way.

AVERAGE TICKET SIZE: $39.99                    AVERAGE MONTHLY VOLUME: $50,000.00

Each person certifies that the average ticket size and sales volume indicated is accurate and agrees that any transaction or monthly volume that exceeds either of these amounts could result in delayed and/or withheld settlement of funds. Also, see paragraphs 5.4 and 15.3 of the MERCHANT Processing Agreement regarding suspension and termination of MERCHANT.

IMPORTANT NOTICE: All information contained in this application was completed, supplied and/or reviewed by the undersigned Merchant. Processor shall not be responsible for any change in printed terms unless specifically agreed to in writing by an officer of Processor and/or BMO Harris Bank N.A., Chicago, IL. By signing below, you are agreeing to the provisions stated within this merchant application, on the reverse side (the Merchant Agreement) and acknowledge receipt of the merchant operating guide. These provisions must be read before signing. By signing below, you agree to the terms on the front and back of this MERCHANT Processing Agreement and the merchant operating guide.

| ▶ Individual Guaranty – No Titles | ▶ For All Businesses – Business Resolution |
|---|---|
| As a primary inducement to Processor and Bank to enter into this Agreement, the undersigned Guarantor(s), by signing this Agreement, jointly and severally, unconditionally and irrevocably, personally guarantee the continuing full and faithful performance and payment by Merchant of each of its duties and obligations to Processor and Bank under this Agreement or any other agreement currently in effect or in the future entered into between Merchant or its principals and Processor or Bank, as such agreements now exist or are amended from time to time, with or without notice. Guarantor(s) understands further that Processor or Bank may proceed directly against Guarantor(s) without first exhausting their remedies against any other person or entity responsible to it or any security held by Processor and Bank or Merchant. This guarantee will not be discharged or affected by the death of the undersigned, will bind all heirs, administrators, representatives and assigns and may be enforced by or for the benefit of any successor of Processor and Bank. Guarantor(s) understand that the inducement to Processor and Bank to enter into this agreement is consideration for the guaranty, and that this guaranty remains in full force and effect even if the Guarantor(s) receive no additional benefit from the guaranty.

AGREED AND ACCEPTED:

x  _[signature]_                           2/13/15
#1 From Application – Signature            Date

x _____
#2 From Application – Signature            Date | The indicated officer(s) identified in numbers 1 and/or 2 below have the authorization to execute the MERCHANT Processing Agreement on behalf of the here within named business. MERCHANT UNDERSTANDS THAT THIS AGREEMENT SHALL NOT TAKE EFFECT UNTIL MERCHANT HAS BEEN APPROVED BY BANK AND A MERCHANT NUMBER IS ISSUED.

**Doing What's Possible, LLC**
Print Legal Name of Merchant Business

x  _[signature]_                           2/13/15
#1 From Application – Signature            Date

x _____
#2 From Application – Signature            Date

Accepted by Processor                      Date

Accepted by BMO Harris Bank N.A. Chicago, IL    Date |

CardFlex Inc. is a registered ISO/MS of BMO Harris Bank, N.A., Chicago, IL

Rev2. 09/25/13
Page 3 of 13



## Mail, Telephone Order, & Internet Merchant Addendum

**IMPORTANT NOTICE:** Visa and MasterCard have set a minimum standard requirement for accepting credit cards on the Internet. In order to avoid a significant delay in the settlement of your funds, please ensure that your Web site has the following seven (7) items completed prior to the commencement of your credit card processing:

1. Refund/Cancellation Policy
2. Privacy Policy
3. Terms & Conditions listed
4. Products & the Corresponding Pricing Listed
5. 128-bit SSL page(s) where personal and credit card information is obtained (usually provided by shopping cart or gateway)
6. Telephone Customer Service contact number
7. Shipping & Handling method and shipping delivery time after the sale

**URGENT!!** You must contact your sales representative immediately upon completing the above 7 Internet processing requirements.

| Underwriting & Marketing Review: (Please answer the following questions as accurately as possible) |
|---|

Submit sample(s) of product brochures, promotional materials, product catalogue, etc. How will the product be advertised or promoted?

If advertising on the Internet, list Web site address: **www.smilevitalizeonline.com**

Preferred 23 character (or less) DBA identifier (appears on customers' billing statements)

| D | W | P | * | S | M | I | L | E | V | 8 | 0 | 0 | 6 | 2 | 7 | 1 | 6 | 5 | 0 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

List name(s) and address(es) of vendor from which the product is purchased:
**Rapid Color Printing, 445 Karms Park Ct, Las Vegas, NV 89118**

List name(s) and address(es) of third part or fulfillment organizations, or parties aside from your staff who will assist or participate with the sales, marketing, processing of orders, or shipping of merchandise:
**RevGo, 7545 Commercial Way, Unit E, Henderson, NV 89011**

| List geographical area(s) in which the product or service will be marketed and sold: | USA, Canada, UK, Australia |
|---|---|
| List carrier services that will deliver product or service: | USPS |
| What is your return or refund policy? | 30 days, with RMA and account cancelation |
| How does the customer order the product or service? | www.smilevitalizeonline.com |
| When you receive an authorization, how long before merchandise is shipped or services are provided? | 0-3 days |
| Do you perform recurring monthly billing? | Yes |
| Is your database collecting entire credit card numbers? | No |

This amendment is made by and between Harris, N.A., Chicago IL ("Bank") and Meridian Bank of Devos, PA ("Bank") and the undersigned "MERCHANT" and subject to the approval of BANK.

WHEREAS: Bank is engaged in the general banking business including the purchase of Credit Card Transactions from merchants and provide certain services related to the processing of Credit Card Transactions to MERCHANT; and

WHEREAS: MERCHANT desires to honor at this business location(s) Card Numbers presented in connection with the Mail Order/Telephone Order sale of product/services to customers; and

WHEREAS: BANK and MERCHANT has entered into Harris, N.A., Chicago, IL ("Bank") VISA/MasterCard Processing Agreement ("Agreement").

NOW THEREFORE, in consideration of the representations, covenants, and promises made herein, the parties hereto agree to amend Agreement as follows:

1. MERCHANT agrees to use and retain proof of a traceable delivery system as means of shipment of product to customer.
2. MERCHANT agrees that transactions will not be processed until products are shipped to Cardholder.
3. MERCHANT agrees to a charge of $0.05 per AVS transaction(s) when applicable.
4. Agreement may be immediately terminated by BANK if MERCHANT fails to comply with any of the terms of this agreement.

AGREED & ACCEPTED BY: _____     DATE: **2/13/15**

OWNER/OFFICER                                          Authorized Harris, N.A. Agent
**Taree Doble**
Print Name                                             Print Name

Credit Report

Print    Close

DATE 2-20-2015 TIME 17:28:43 V301 TCO1

*TAREE D DOBIE SS: ███████ E: CONVERTIS LLC
*███████████  YOB: 1985
ERIE CO 805167027 BOULDER CO 80301
RPTD: 4-12 TO 1-14 U 11X RPTD: 7-08 TO 9-10 U

------------------------ FRAUD SHIELD SUMMARY ████████████

------------------------ PROFILE SUMMARY ------------------------

------------------------ SCORE SUMMARY

------------------------ TRADES

PPSISL000899

| Form **1065** | **U.S. Return of Partnership Income** | OMB No. 1545-0099 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | For calendar year 2012, or tax year beginning _____ , ending _____ | **2012** |

| | | | |
|---|---|---|---|
| **A** Principal business activity | **EXTENSION GRANTED TO 09/16/13** | | **D** Employer identification number |
| CREDIT CARD PROCESSING | Name of partnership<br>DOING WHAT'S POSSIBLE, LLC | Print or type. | 45-2697508 |
| **B** Principal product or service | Number, street, and room or suite no. If a P.O. box, see the instructions.<br>701 NORTH GREEN VALLEY PRKWY, STE 200 | | **E** Date business started<br>07/06/2011 |
| CREDIT CARD PROCESSING | City or town, state, and ZIP code | | **F** Total assets |
| **C** Business code number<br>525990 | HENDERSON                       NV 89074 | | $          10,132. |

**G** Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return
(6) ☐ Technical termination - also check (1) or (2)

**H** Check accounting method: (1) ☐ Cash (2) ☒ Accrual (3) ☐ Other (specify) ▶ _____

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶       2

**J** Check if Schedules C and M-3 are attached ................................................................. ☐

**Caution.** *Include only trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.*

| | | | | |
|---|---|---|---|---|
| **Income** | **1 a** Gross receipts or sales | | **1a** | 173,596. |
| | **b** Returns and allowances | | **1b** | 18,980. |
| | **c** Balance. Subtract line 1b from line 1a | | **1c** | 154,616. |
| | **2** Cost of goods sold (attach Form 1125-A) | | **2** | |
| | **3** Gross profit. Subtract line 2 from line 1c | | **3** | 154,616. |
| | **4** Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | | **4** | |
| | **5** Net farm profit (loss) (attach Schedule F (Form 1040)) | | **5** | |
| | **6** Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | **6** | |
| | **7** Other income (loss) (attach statement) | | **7** | |
| | **8** Total income (loss). Combine lines 3 through 7 | | **8** | 154,616. |
| **Deductions (see the instructions for limitations)** | **9** Salaries and wages (other than to partners) (less employment credits) | | **9** | 3,000. |
| | **10** Guaranteed payments to partners | | **10** | |
| | **11** Repairs and maintenance | | **11** | |
| | **12** Bad debts | | **12** | |
| | **13** Rent | | **13** | 3,429. |
| | **14** Taxes and licenses             SEE STATEMENT 1 | | **14** | 323. |
| | **15** Interest | | **15** | |
| | **16 a** Depreciation (if required, attach Form 4562) | **16a** | | |
| | **b** Less depreciation reported on Form 1125-A and elsewhere on return | **16b** | **16c** | |
| | **17** Depletion (Do not deduct oil and gas depletion.) | | **17** | |
| | **18** Retirement plans, etc. | | **18** | |
| | **19** Employee benefit programs | | **19** | |
| | **20** Other deductions (attach statement)        SEE STATEMENT 2 | | **20** | 147,428. |
| | **21** Total deductions. Add the amounts shown in the far right column for lines 9 through 20 | | **21** | 154,180. |
| | **22** Ordinary business income (loss). Subtract line 21 from line 8 | | **22** | 436. |

| | |
|---|---|
| **Sign Here** | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member manager) is based on all information of which preparer has any knowledge.<br><br>▶ _____  ▶ _____<br>Signature of general partner or limited liability company member manager          Date | May the IRS discuss this return with the preparer shown below (see instr.)? ☒ Yes ☐ No |

| | | | | | |
|---|---|---|---|---|---|
| **Paid Preparer Use Only** | Print/Type preparer's name<br>CRAIG CHANEY | Preparer's signature | Date | Check ☐ if self-employed | PTIN<br>P00163210 |
| | Firm's name ▶ BROCK AND COMPANY, CPAS, P.C. | | | Firm's EIN ▶ 84-0930288 | |
| | Firm's address ▶ 900 S MAIN STREET, SUITE 200<br>LONGMONT, CO 80501 | | | Phone no. 303-776-2160 | |

LHA  For Paperwork Reduction Act Notice, see separate instructions.                                    Form **1065** (2012)

211001
12-31-12

# 1065
Form
Department of the Treasury
Internal Revenue Service

## U.S. Return of Partnership Income

For calendar year 2013, or tax year beginning _____, ending _____

OMB No. 1545-0099

## 2013

| A  Principal business activity | Name of partnership | D  Employer identification number |
|---|---|---|
| CREDIT CARD PROCESSING | DOING WHAT'S POSSIBLE, LLC | 45-2697508 |
| B  Principal product or service | Type or Print — Number, street, and room or suite no. If a P.O. box, see the instructions. | E  Date business started |
| CREDIT CARD PROCESSING | 701 NORTH GREEN VALLEY PRKWY, STE 200 | 07/06/2011 |
| C  Business code number | City or town, state or province, country, and ZIP or foreign postal code | F  Total assets |
| 525990 | HENDERSON                                      NV 89074 | $ 5,805. |

EXTENSION GRANTED TO 09/15/14

G  Check applicable boxes: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change (5) ☒ Amended return
(6) ☐ Technical termination – also check (1) or (2)

H  Check accounting method: (1) ☐ Cash  (2) ☒ Accrual  (3) ☐ Other (specify) ▶

I  Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year  ▶  2

J  Check if Schedules C and M-3 are attached

Caution. Include only trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

| | | | | |
|---|---|---|---|---|
| Income | 1 a Gross receipts or sales | 1a | 944,374. | |
| | b Returns and allowances | 1b | 184,167. | |
| | c Balance. Subtract line 1b from line 1a | | 1c | 760,207. |
| | 2 Cost of goods sold (attach Form 1125-A) | | 2 | |
| | 3 Gross profit. Subtract line 2 from line 1c | | 3 | 760,207. |
| | 4 Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | | 4 | |
| | 5 Net farm profit (loss) (attach Schedule F (Form 1040)) | | 5 | |
| | 6 Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | 6 | |
| | 7 Other income (loss) (attach statement) | | 7 | |
| | 8 Total income (loss). Combine lines 3 through 7 | | 8 | 760,207. |
| Deductions (see the instructions for limitations) | 9 Salaries and wages (other than to partners) (less employment credits) | | 9 | 3,000. |
| | 10 Guaranteed payments to partners | | 10 | |
| | 11 Repairs and maintenance | | 11 | |
| | 12 Bad debts | | 12 | |
| | 13 Rent | | 13 | 3,141. |
| | 14 Taxes and licenses                  SEE STATEMENT 1 | | 14 | 310. |
| | 15 Interest | | 15 | |
| | 16 a Depreciation (if required, attach Form 4562) | 16a | | |
| | b Less depreciation reported on Form 1125-A and elsewhere on return | 16b | 16c | |
| | 17 Depletion (Do not deduct oil and gas depletion.) | | 17 | |
| | 18 Retirement plans, etc. | | 18 | |
| | 19 Employee benefit programs | | 19 | |
| | 20 Other deductions (attach statement)          SEE STATEMENT 2 | | 20 | 753,729. |
| | 21 Total deductions. Add the amounts shown in the far right column for lines 9 through 20 | | 21 | 760,180. |
| | 22 Ordinary business income (loss). Subtract line 21 from line 8 | | 22 | 27. |

### Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member manager) is based on all information of which preparer has any knowledge.

▶ Signature of general partner or limited liability company member manager                    ▶ Date

May the IRS discuss this return with the preparer shown below (see instr.)?  ☒ Yes  ☐ No

### Paid Preparer Use Only

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| CRAIG CHANEY | | | | P00163210 |
| Firm's name ▶ BROCK AND COMPANY, CPAS, P.C. | | | Firm's EIN ▶ 84-0930288 | |
| Firm's address ▶ 900 S MAIN STREET, SUITE 200  LONGMONT, CO 80501 | | | Phone no. 303-776-2160 | |

LHA  For Paperwork Reduction Act Notice, see separate instructions.                    Form 1065 (2013)

311001
12-18-13

# FULFILLMENT SERVICES AGREEMENT

This Fulfillment Services Agreement ("Agreement") is made and effective January 5, 2015, ("Effective Date").

| | |
|---|---|
| **BETWEEN:** | RevGo (the "RevGo "), a limited liability company organized and existing under the laws of the state of Nevada, with its head office located at:

7565 Commercial Way
Unit E
Henderson, NV 89011 |
| **AND:** | **Doing What's Possible, LLC** (the "Doing What's Possible"), a limited liability company organized and existing under the laws of Nevada with its head office located at:

701 North Green Valley Parkway
Suite 200
Henderson, NV 89074 |

**WITNESSETH:**

WHEREAS, Doing What's Possible is in the business of developing, producing, marketing and selling products direct to consumers;

WHEREAS, Doing What's Possible is interested in using RevGo's services to fulfill certain obligations and RevGo desires to fulfill such obligations, in accordance with the terms and conditions set forth below.

WHEREAS, RevGo desires to provide the fulfillment services to Doing What's Possible on the terms and conditions of this Agreement.

NOW, THEREFORE, in consideration of the mutual covenants and promises herein contained and other good and valuable consideration the sufficiency of which is acknowledged, the parties, each intending to be legally bound, hereby agree as follows:

## 1. SCOPE OF THE AGREEMENT

During the term of this Agreement, RevGo  shall perform certain services for Doing What's Possible including, without limitation, receipt, put away, storage, order selection, shipment, processing of returns, related customer service and administrative functions and other services described in the attachments to this Agreement (collectively, the "Services").  RevGo shall provide all personnel and shall perform the Services in a good and efficient manner. RevGo shall supply all necessary training to employees and staff members working within the fulfillment facility located at 7565 Commercial Way, Unit E, Henderson, NV 89011 (the "Facility").

## 2. INDEPENDENT CONTRACTOR STATUS

This Agreement does not constitute a hiring by either party. It is the parties' intention that RevGo be an independent contractor and not be an employee for any purposes including, but not limited to, Nevada State laws. RevGo shall retain sole and absolute discretion in the manner and means of carrying out their activities and responsibilities under this Agreement. This Agreement shall not be considered or construed

PPSISL000917

and effect without being impaired or invalidated in any way. This Agreement shall not be terminated by the merger or consolidation of Doing What's Possible into or with any other entity.

**25. GOVERNING LAW**

   a.  This Agreement shall be governed by, and construed under, the laws of the state of Nevada.

**26. COUNTERPARTS.** This Agreement may be executed in counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

DOING WHAT'S POSSIBLE, LLC                          RevGo, LLC

_____             _____
Authorized Signature                               Authorized Signature

_____             _____
Taree Doble, Manager                               Brian Lint, Manager

PX11

PPS Attachment G

How and Why Account Documents

## MERCHANT APPLICATION

**GMA Global Merchant Advisors**

Merchant #

☑ New Location  ☐ Additional Location

3000 S. Robertson Blvd • Ste 295 • Los Anglees, CA 90034
310-220-0624 • Fax 310-602-6282
www.globalmerchantadvisors.com

Merchant Accepts Donate Wise Now® ☐Yes ☐No

By checking yes and signing this application and agreement, you indicate your acceptance of the Greenwise Greensuite and DonateWiseNow Program terms and conditions.

**Note:** Failure to provide accurate information may result in a withholding of merchant funding per IRS regulations. See Terms and Conditions for further information.

### ▶ Business Information

| | |
|---|---|
| Legal Name (as it appears on your income tax return): Haw and Why LLC | Name of Account (Doing Business As): 20 Minute Beauty Mobile |
| Legal Address: 2850 W Horizon Ridge Pkwy, Suite 200 | Physical Street Address (No P.O. Box): 2850 W Horizon Ridge Pkwy, Suite 200 |

| City: Henderson | State: NV | Zip: 89052 | City: Henderson | | State: NV | Zip: 89052 |
|---|---|---|---|---|---|---|

| Phone #: ( 702 ) 430-4574 | Contact: Mark Santiago | DBA Phone #: ( 888 ) 628-8669 | Fax #: ( ) |
|---|---|---|---|

| Must Choose One Mailing Address: ☐ DBA Address  ☑ Legal Address | E-Mail Address: mark@20minutebeautymobile.com | Website Address: www. 20minutebeautymobile.com |
|---|---|---|

| Federal Tax # (as it appears on your income tax return) 2 7 6 2 5 4 0 4 0 1 | # of Locations 1 | Years in Business 1.5 | Years Owned Business 1.5 |
|---|---|---|---|

| Place of Legal Formation: Nevada | Country of Primary Business Operations: USA |
|---|---|

| Bank Reference: JP Morgan Chase | Contact: Julio Jauregui | Phone #: ( 702 ) 259-0796 |
|---|---|---|

### ▶ Owners or Officers - Individual Ownership Must be Equal to or Greater than 50%

| Name: 1. Mark Santiago | Title: Manager | Date of Birth: ▓1984 | Applicant's SS #: ▓ | % Equity Ownership: 80 |
|---|---|---|---|---|

| Residence Address: ▓ | City: Longmont | State: CO | Zip: 80503 | # Years: 1 |
|---|---|---|---|---|

| US Government Issued ID#: ▓ | Type of ID: Driver's License | Expiration Date: ▓2014 | Country of Citizenship (if not US): | Home Phone: ▓ |
|---|---|---|---|---|

| Name: 2. | Title: | Date of Birth: | Applicant's SS #: | % Equity Ownership: |
|---|---|---|---|---|

| Residence Address: | City: | State: | Zip: | # Years: |
|---|---|---|---|---|

| US Government Issued ID#: | Type of ID: | Expiration Date: | Country of Citizenship (if not US): | Home Phone: ( ) |
|---|---|---|---|---|

### ▶ Business Profile

Type of Ownership: ☐ Sole Proprietor  ☐ Assoc/Estates/Trusts  ☐ Joint Venture  ☐ Government
☐ Corporation (Privately Traded)  ☐ Corporation (Publicly Traded)  ☐ Medical or Legal Corp
☐ Partnership  ☐ Tax Exempt Org  ☑ Single Member LLC  ☐ Multi Member LLC  ☐ Civic Assoc
☐ Limited Partnership  ☐ Political Org  ☐ Other:

Type of Goods or Services Sold: Skin care products
SIC Code: 5968

Do you currently accept Discover ®/Visa/Mastercard? ☐Yes ☐No
(if yes, you should submit 3 curent months' statements.)

Name of Current Processor: RMS, Meritus

Has Merchant or any associated principal disclosed below filed ☐Yes ☑No
bankruptcy or been subject to involuntary bankruptcy?

### ▶ Sales Profile

Merchant Type:
☐ Retail
☐ Restaurant
☐ Lodging
☐ Service
☑ Internet
☐ Home Based
☐ Other

| Discover/Visa/MasterCard Sales Profile (Be Accurate): | |
|---|---|
| Card Swipe | % |
| Manual Key Entry with imprint, Card Present | % |
| Mail Order/Telephone | % |
| Internet | 100 % |
| Total = | 100% |

### ▶ Business Trade Suppliers - List Two

| Name: TJ Richards | Address: Longmont, CO | Contact: Brandon Scott | Phone #: ( 303 ) 772-6422 |
|---|---|---|---|

| Name: United One Int'l Labs | Address: Farmer's Branch, TX | Contact: James Mitchell | Phone #: ( 972 ) 490-3300 |
|---|---|---|---|

### ▶ Merchant Site Survey Report - To Be Completed by Sales Representative

| Merchant Location: ☐ Retail Location with Store Front  ☑ Office Building  ☑ Internet  ☐ Residence  ☐ Other |
|---|
| Area Zoned: ☑ Commercial  ☐ Industrial  ☐ Residential | Square Footage: ☐ 0-250  ☐ 251-500  ☑ 501-2,000  ☐ 2,001+ |

Does the amount of inventory and merchandise on shelves and floor appear consistent with this type of business? ☐ Yes  ☐ No
If No, explain:

The Merchant: ☐ Owns  ☑ Leases the Business Premises    Landlord Name & Phone #: Deaus

Further Comments by Inspector (Must Complete)    Dallas, TX

I hereby verify that this application has been fully completed by merchant applicant and that I have physically inspected the business premises of the merchant at this address and the information stated above is true and correct to the best of my knowledge and belief.

| Verified and Inspected by: X | Office #: | Representative #: X | Representative Signature: | Date: 10/17/12 |
|---|---|---|---|---|

White Copy - Bank • Pink Copy - Merchant

**Global Merchant Advisors** is a registered ISO/MSP of BMO Harris Bank, N.A., Chicago, IL

Page 1 of 10
Rev2. 10/01/2011

## ▶ ☐ Discover / Visa / Mastercard Standard Retail / High Risk Retail Rates

Merchant Chooses to accept the following:

| | |
|---|---|
| DISC/VS/MC (Other Cards) Discount Rate: | _____ % |
| VS/MC Discount Rate for Debit Cards | _____ % |
| AMEX Discount Rate: | _____ % |

### ▶ Fees

| | |
|---|---|
| DISC/VS/MC Transaction Fee: | Per Item |
| Non-Bankcard Transaction Fee: | Per Item |
| Statement Fee: | Monthly |
| VIMAS Online Service: | Monthly |
| Monthly Minimum: | Monthly |
| Annual Fee: | Per Year |
| Debit Transaction Fee Plus Network Fees: | Per Item |
| EBT Transaction Fee: | Per Item |
| EBT Statement Fee: | Monthly |
| Batch Fee: | Per Batch |
| Manual Imprinter          QTY: | One Time |
| Chargeback Fee: | $35.00 Per Item |
| ACH Reject Fee: | $25.00 Per Item |
| Retrieval Fee: | $5.00 Per Item |
| Voice Authorization Fee: | $0.95 Per Call |
| Gateway Access Fee: | Monthly |
| AVS Surcharge | Per Item |
| Government Compliance Fee: | $6.95 Monthly |
| TIN Mismatch Fee: | $325.00 Until Validated |
| Early Termination Fee: | $495.00 One Time |

| Misc Fees: | Start Mo/Yr: | Amount: | Terms: |
|---|---|---|---|
| #1 | | | |
| #2 | | | |
| #3 | | | |
| #4 | | | |

## ▶ ☐ Mail / Phone / Internet / Touchtone Rates

Merchant Chooses to accept the following:

| | |
|---|---|
| DISC/VS/MC (Other Card) Discount Rate: | 3. % |
| VS/MC Debit Card Discount Rate: | 3. % |
| AMEX: | $7.95 Monthly |

### ▶ Fees

| | |
|---|---|
| DISC/VS/MC Transaction Fee: | .25 Per Item |
| Non-Bankcard Transaction Fee: | .25 Per Item |
| Statement Fee: | $10.00 Per Item |
| VIMAS Online Service: | Monthly |
| Monthly Minimum: | 35 Monthly |
| Annual Fee: | 99 Per Year |
| MOTO/Internet Surcharge: | Per Item |
| AVS Surcharge: | .10 Per Item |
| Batch Fee: | 25 Per Batch |
| Manual Imprinter          QTY: | One Time |
| Chargeback Fee: | $35.00 Per Item |
| ACH Reject Fee: | $25.00 Per Item |
| Retrieval Fee: | $5.00 Per Item |
| Voice Authorization Fee: | $0.95 Per Call |
| Gateway Access Fee: | Monthly |
| Government Compliance Fee: | $6.95 Monthly |
| TIN Mismatch Fee: | $325.00 Until Validated |
| Early Termination Fee: | $495.00 One Time |

| Misc Fees: | Start Mo/Yr: | Amount: | Terms: |
|---|---|---|---|
| #1   G2 3PM - Setup Fee | | $150.00 | One-Time |
| #2   G2 3PM - Monthly Fee | | $150.00 | Monthly |
| #3 | | | |
| #4 | | | |

1) I/We understand and agree that while my/our discount rate as stated above will be charged on most electronically authorized payment card transactions that are in batches closed daily, charges up to 5% higher than my discount rate may apply where additional criteria is not met. Examples where higher rates apply include but are not limited to are MOTO, keyed in transactions, transactions without AVS, business and foreign card transactions. 2) Pass-through Association fees include Visa Acquiring Processing Fee, Visa Risk Identification Fee, Visa Misuse of Auth Fee, Visa International Service Assessment Fee (ISA), Visa Zero Floor Limit Fee, Visa International Acquirer Fee, MC Acquirer Program Support Fee; MC Cross Border Fee; and the MC Network Access and Brand Usage (NABU) Fee. Please visit the Association's website for further details. Do you use a third party to store or transmit Cardholder data? ☐ Yes ☐ No.   Give name /address: (examples include, but not limited to hosting companies, shopping carts, Loyalty Programs, Electronic Data Capture).
Please identify any Software used for storing, transmitting or processing  Card Transaction or Authorization requests.

## ▶ Merchant Benefits Club

☐ Yes, I want to participate in the optional Merchant Benefits Club which includes equipment support and replacement for an additional $14.99 per terminal/peripheral per month.   Initials: X

## ▶ American Express

By signing below, I represent that I have read and am authorized to sign and submit this application for the above entity which agrees to be bound by the American Express® Card Acceptance Agreement ("Agreement"), and that all information provided herein is true, complete and accurate. I authorize ESA and American Express Travel Related Services Company, Inc. ("American Express") and American Express's agents and Affiliates to verify the information in this application and receive and exchange information about me personally, including by requesting reports from consumer reporting agencies, and disclose such information to their agents, subcontractors, Affiliates, and other parties for any purpose permitted by law. I authorize and direct ESA and American Express and American Express's agents and Affiliates to inform me directly, or through the entity above, of reports about me that they have requested from consumer reporting agencies. Such information will include the name and address of the agency furnishing the report. I also authorize American Express to use the reports from consumer reporting agencies for marketing and administrative purposes. I understand that upon American Express's approval of the application, the entity will be provided with the Agreement and materials welcoming it to American Express's Card acceptance campaign.
☐ Retail - $0.10 Trans Fee + 0.30% CNP Downgrade Services          ☐ Wholesale & All Other - $0.15 Trans Fee

Signature: X _____          Date: _____

## ▶ Debit/Credit Authorization • Include a voided check or bank letter verifying bank account information.

Merchant authorizes Cynergy Data, LLC. ("Processor") and BMO Harris Bank, N.A., ("Bank") to present Automated Clearing House credits, Automated Clearing House debits, wire transfers, or depository transfer checks to and from the following account and to and from any other account for which Processor or Bank are authorized to perform such functions under the Merchant Processing Agreement. This authorization extends to such entries in said account concerning lease, rental or purchase agreements for POS terminals and/or accompanying equipment and/or check guarantee fees and amounts due for such equipment entries. This Automated Clearing House authorization cannot be revoked until all Merchant obligations under the Agreement are satisfied, and Merchant gives Cynergy Data written notice of revocation.

DDA: ▓▓▓▓▓▓▓▓ 908          ABA Routing: _____

INVESTIGATIVE CONSUMER REPORT: An investigative or consumer report may be made in connection with application. MERCHANT AUTHORIZES BANK or any of its agents to investigate the references provided or any other statements or data obtained from MERCHANT, from any of the undersigned individual credit or financial responsibility. You have a right, upon written request, to a complete and accurate disclosure of the nature and scope of the investigation requested.

AVERAGE TICKET SIZE: [ 36.00 ]          AVERAGE MONTHLY VOLUME: [ 50,000 ]

Each person certifies that the average ticket size and sales volume indicated is accurate and agrees that any transaction or monthly volume that exceeds either of the above amounts could result in delayed and/or withheld settlement of funds. Also, see paragraphs 5.4 and 15.3 of the MERCHANT Processing Agreement regarding suspension and termination of MERCHANT.

IMPORTANT NOTICE: All information contained in this application was completed, supplied and/or reviewed by the undersigned Merchant. Processor shall not be responsible for any change in printed terms unless specifically agreed to in writing by an officer of Processor and/or BMO Harris Bank, N.A., Chicago, IL. By signing below you are agreeing to the provisions stated within this merchant application, on the reverse side (the Merchant Agreement) and acknowledge receipt of the merchant operating guide. Those provisions must be read before signing. By signing below, you agree to the terms on the front and back of this MERCHANT Processing Agreement and the merchant operating guide.

## ▶ Individual Guaranty • No Titles

As a primary inducement to Processor and Bank to enter into this Agreement, the undersigned Guarantor(s), by signing this Agreement, jointly and severally, unconditionally and irrevocably, personally guarantee the continuing full and faithful performance and payment by Merchant of each of its duties and obligations to Processor and Bank under this Agreement or any other agreement currently in effect or in the future entered into between Merchant or its Guarantor, or as such agreements now exist or are amended from time to time, with or without notice. Guarantor(s) understands further that Processor or Bank may proceed directly against Guarantor(s) without first exhausting their remedies against any other person or entity responsible to it or any security held by Processor and Bank or Merchant. This guarantee will not be discharged or affected by the death of the undersigned, will bind all heirs, administrators, representatives and assigns and may be enforced by or for the benefit of any successor of Processor and Bank. Guarantor(s) understand that the inducement to Processor and Bank to enter into this agreement is consideration for the guaranty, and that this guaranty remains in full force and effect even if the Guarantor(s) receive no additional benefit from the guaranty.

AGREED AND ACCEPTED

X _Signature_          10/12/12
#1 From Application - Signature          Date

X _____
#2 From Application - Signature          Date

## ▶ For All Businesses • Business Resolution

The indicated officer(s) identified in numbers 1 and/or 2 below have the authorization to execute the MERCHANT Processing Agreement on behalf of the here within named business. MERCHANT UNDERSTANDS THAT THIS AGREEMENT SHALL NOT TAKE EFFECT UNTIL MERCHANT HAS BEEN APPROVED BY BANK AND A MERCHANT NUMBER IS ISSUED.
How & Why, LLC

Print Legal Name of Merchant Business

X _Signature_          10/12/12
#1 From Application - Signature          Date

X _____
#2 From Application - Signature          Date

X _____
Accepted by Processor          Date

X _____
Accepted by BMO Harris Bank, N.A., Chicago, IL.          Date

PPS Attachment G-2          Global Merchant Advisors is a registered ISO/MSP of BMO Harris Bank, N.A., Chicago, IL          PPSISLARev 10/01/2011
Page 7 of 10

## Mail, Telephone Order, & Internet Merchant Addendum

**IMPORTANT NOTICE:** Visa and MasterCard have set a minimum standard requirement for accepting credit cards on the Internet. In order to avoid a significant delay in the settlement of your funds, please ensure that your website has the following seven (7) items completed prior to the commencement of your credit card processing:

1. Refund / Cancellation Policy
2. Privacy Policy
3. Terms & Conditions listed
4. Products & the Corresponding Pricing listed
5. 128-bit SSL page(s) where personal and credit card information is obtained (usually provided by shopping cart or gateway)
6. Telephone Customer Service contact number
7. Shipping & Handling method and shipping delivery time after the sale

*URGENT!!!! You must contact your sales representative immediately upon completing the above 7 internet processing requirements!*

**Underwriting & Marketing Review:** (Please answer the following questions as accurately as possible)
Submit sample(s) of product brochure, promotional materials, product catalogue, etc. How will product be advertised or promoted?

If advertising on Internet, list website address: www. 20minutebeautymobile.com

Preferred 23 character (or less) DBA identifier (appears on customers' billing statement)

| h | w | 2 | 0 | m | i | n | * | b | + | y | 8 | 8 | 8 | 5 | 2 | 8 | 8 | 5 | 6 | 9 | | |

List name(s) and address(es) of vendor from which the product is purchased:
United One International Laboratories Farmers Branch, TX and TJ Richards Longmont, CO

List name(s) and address(es) of third party or fulfillment organizations, or parties aside from your staff who will assist or participate with the sales, marketing, processing of orders, or shipping of merchandise:
Uniper Solutions, 7251 W. Lake Mead Blvd., Ste. 300, Las Vegas, NV 89128 702-562-4218

List geographical area(s) in which the product or service will be marketed and sold: US, Canada, UK

List carrier services that will deliver product or service: USPS

What is your return or refund policy? full refund of product price within 30 days of shipment date

How does the customer order the product or service? via the internet

When you receive an authorization, how long before merchandise is shipped or services are provided? same business day

Do you perform recurring monthly billing? **X** Yes ___ No  If Yes, **X** Monthly ___ Quarterly ___ Bi-annual ___ Annual
Is your database collecting entire credit card numbers? **X** Yes ___ No  If Yes, are you PCI compliant? **X** Yes ___ No

This amendment is made by & between BMO Harris Bank, N.A., Chicago, IL ('Bank'), & the undersigned "MERCHANT" & subject to the approval of BANK
**WHEREAS:** Bank is engaged in the general banking business including the purchase of Credit Card Transactions from merchants and provide certain services related to the processing of Credit Card Transactions to MERCHANT; and

**WHEREAS:** MERCHANT desires to honor at this business location(s) Card Numbers presented in connection with the Mail Order/Telephone Order sale of product/ services to customers; and

**WHEREAS:** BANK and MERCHANT has entered into BMO Harris Bank, N.A., Chicago, IL ('Bank') VISA/MasterCard Processing Agreement ('Agreement'). NOW THEREFOR in consideration of the representations, covenants, and promises made herein, the parties hereto agree to amend Agreement as follows:

1. MERCHANT agrees to use and retain proof of a traceable delivery system as means of shipment of product to customer.
2. MERCHANT agrees that transactions will not be processed until products are shipped to Cardholder.
3. MERCHANT agrees to a charge of $0.05 per AVS transaction(s) when applicable.
4. Agreement may be immediately terminated by BANK if MERCHANT fails to comply with any of the terms of this agreement.

AGREED & ACCEPTED BY:                          DATE: 10/12/12

_____                      _____
OWNER / OFFICER                                Authorized BMO Harris Bank, N.A. Agent

Mark Santiago                                  _____
Print Name                                     Print Name



**How and Why, LLC**
2850 W Horizon Ridge Parkway, Suite 200
Henderson, NV 89052

**JPMORGAN CHASE BANK, NA**
90-7162/3222

1001

Pay to the
Order of _____ $

_____ Dollars

⑈⑈00100⑈⑈ ▰▰▰▰▰▰ ▰▰▰ 4908⑈⑈

How and Why, LLC

1001

How and Why, LLC

1001

 

**HOW AND WHY LLC**
2850 W HORIZON RIDGE PKWY STE 200
Henderson, NV 89052

**09901**

DATE _____        90-78/1211

PAY TO THE
ORDER OF _____    $ _____

VOID

_____ DOLLARS

BANK of the WEST

PO BO\* 105
\*\*OT C\* \*\*OF44
1-800-488-\*\*65

FOR _____

2725⑈ 09901



**TransUnion®**

**TRANSUNION CONSUMER CREDIT REPORT**

| | |
|---|---|
| Subscriber Name: | GLOBAL MERCH |
| Subscriber Code/Market: | F 5756620 12 01 |
| Results Issued: | 11/06/12 19:00 CT |

**INPUT PARAMETERS FOR PRIMARY SUBJECT**

| | |
|---|---|
| Reference ID: | |
| SSN: | |
| Name: | Santiago, Mark |
| Current Address: | longmont CO.80503 |

SANTIAGO, MARK A.
Also Known As:           SSN: ▉▉▉▉     Phone:                                    In File Since:   5/03
                              Date of Birth:  ▉/84

| Current Address: | Previous Address: | Previous Address: |
|---|---|---|
| ▉▉▉▉▉▉▉ | ▉▉▉▉▉▉▉ | ▉▉▉▉▉▉▉. |
| LONGMONT CO. 80503 | LAFAYETTE CO. 80026 | BROOMFIELD CO. 80020 |
| Reported 4/12 | Reported 12/07 | |

EMPLOYMENT

CONVERTIS           Position:                        Start:              In File Since:   6/07
                                                     End:                Effective:       6/07

SCORING

| Type | Score | Explanation |
|---|---|---|
| ▉▉▉▉▉ | ▉▉▉ | ▉▉▉▉▉▉▉▉ |
| | | ▉▉▉▉▉▉ |
| | | ▉▉▉▉▉▉▉ |

CREDIT INFORMATION   Summary   (Total History)

TRADES

Remarks:

# PX11

## PPS Attachment H

## Indigo Systems Account Documents

## MERCHANT APPLICATION

# PRIORITY
## PAYMENT SYSTEMS®

Merchant # _____

☐ New Location    ☐ Additional Location

2001 Westside Parkway • Suite 155 • Alpharetta, GA 30004 • 1.800.935.5961
www.prioritypaymentsystems.com

Merchant Accepts GreenSuite – DonateWiseNow  ☐ Yes  ☐ No

By checking yes and signing this application and agreement, you indicate your acceptance of the Greenwise GreenSuite and DonateWiseNow Program terms and conditions.

▶ Business Information

Note: Your Business Legal Name and Tax ID Number must be entered exactly as it appears on your Income Tax Return or on your SS4-Employer Identification Number (EIN) letter to avoid fees and income withholding by the IRS

| Legal Name (as it appears on your Income tax return): | Name of Account (Doing Business As): |
|---|---|
| Indigo Systems, LLC | Blizzard White Ultra |

| Legal Address: | Physical Street Address (No P.O. Box): |
|---|---|
| 8888 Keystone Crossing, Ste. 1300 | 8888 Keystone Crossing, Ste. 1300 |

| City: Indianapolis, IN 46240 | State: | Zip: | City: Indianapolis, IN 46240 | State: | Zip: |

| Phone #: ( 317 ) 575-4125  Contact: Ryan Reichenbach | DBA Phone #: (866) 229-2823  Fax #: (303) 530-0771 |

| Must Choose One Mailing Address: ☐ DBA Address  ☒ Legal Address | E-Mail Address: ryan@blizzardwhiteultra.com | Website Address: www. blizzardwhiteultra.com |

| Federal Tax # H45345319 | # of Locations 1 | Years In Business April 2013 | Years Owned Business April 2013 |

| Place of Legal Formation: Indiana | Country of Primary Business Operations: USA |

| Bank Reference: Great Western Bank | Contact: Pat Walton | Phone #: ( 303 ) 225-7425 |

▶ Owners or Officers – Individual Ownership Must be Equal to or Greater than 50%

| Name: 1. Ryan Reichenbach | Title: Manager | Date of Birth: 1969 | Applicant's SS #: | % Equity Ownership: 80 |

| Residence Address: | City: Superior | State: CO | Zip: 80027 | # Years: 9 |

| US Government Issued ID#: | Type of ID: CO DL | Expiration Date: /2017 | Country of Citizenship (if not US): | Home Phone: |

| Name: 2. | Title: | Date of Birth: | Applicant's SS #: | % Equity Ownership: |

| Residence Address: | City: | State: | Zip: | # Years: |

| US Government Issued ID#: | Type of ID: | Expiration Date: | Country of Citizenship (if not US): | Home Phone: ( ) |

▶ Business Profile

Type of Ownership: ☐ Sole Proprietor  ☐ Assoc/Estates/Trusts  ☐ Joint Venture  ☐ Government  ☐ Corporation (Privately Traded)  ☐ Corporation (Publicly Traded)  ☐ Medical or Legal Corp  ☐ Partnership  ☐ Tax Exempt Org  ☒ Single Member LLC  ☐ Multi Member LLC  ☐ Civic Assoc  ☐ Limited Partnership  ☐ Political Org  ☐ Other

Type of Goods or Services Sold: teeth whitening  SIC Code:

Do you currently accept Discover®/Visa/Mastercard?  ☒ Yes  ☐ No  (If yes, you should submit 3 current months' statements.)  Name of Current Processor: Harris, Woodforest

Has Merchant or any associated principal disclosed below filed bankruptcy or been subject to involuntary bankruptcy?  ☐ Yes  Date: _____  ☒ No

▶ Sales Profile

| Merchant Type: | Discover/Visa/MasterCard Sales Profile Be Accurate: | |
|---|---|---|
| ☐ Retail | Card Swipe | % |
| ☐ Restaurant | Manual Key Entry with Imprint, | |
| ☐ Lodging | Card Present | % |
| ☐ Service | Mail Order/Telephone | % |
| ☒ Internet | Internet | 100 % |
| ☐ Home Based | Total = | 100 % |
| ☐ Other | | |

▶ Business Trade Suppliers – List Two

| Name: Rapid Color Printing | Address: 6445 Karms Park Ct, Las Vegas, NV 89118 | Contact: Kat Cruz | Phone #: ( 702 ) 792-6055 |
| Name: Venm | Address: 8599 Beverly Blvd., Box #310  Los Angeles, CA 90048 | Contact: Shane Lynch | Phone #: ( 323 ) 655-5789 |

▶ Merchant Site Survey Report – To Be Completed by Sales Representative

Merchant Location: ☐ Retail Location with Store Front  ☐ Office Building  ☐ Internet  ☐ Residence  ☐ Other
Area Zoned: ☐ Commercial  ☐ Industrial  ☐ Residential  Square Footage: ☐ 0-250  ☐ 251-500  ☐ 501-2,000  ☐ 2,001+

Does the amount of inventory and merchandise on shelves and floor appear consistent with this type of business?  ☐ Yes  ☐ No
If No, explain:

The Merchant:  ☐ Owns  ☐ Leases the Business Premises  Landlord Name & Phone #:

Further Comments by Inspector (Must Complete)

I hereby verify that this application has been fully completed by merchant applicant and that I have physically inspected the business premises of the merchant at this address and the information stated above is true and correct to the best of my knowledge and belief.

Verified and Inspected by:    Office #:    Representitive #:    Representative Signature:    Date:
x    x

White Copy – Bank    Pink Copy – Merchant    Rev2. 09/25/13
Priority Holdings LLC wholly owns Priority Payment Systems LLC (a registered ISO of Wells Fargo Bank N.A.,   Page 1 of 11
Walnut Creek, CA and Synovus Bank, Columbus, GA) and Cynergy Data, LLC (a registered ISO of BMO Harris Bank N.A., Buffalo Grove, IL).
PPS Attachment H-1    PPSSL 000150

**▶ ☑ Discover / Visa / Mastercard Standard Retail / High Risk Retail Rates** | **▶ ☐ Mail / Phone / Internet / Touchtone Rates**

| Merchant Chooses to accept the following: | | Merchant Chooses to accept the following: | |
|---|---|---|---|
| DISCV/SMC (Other Cards) Discount Rate: | 3.89% + $0.00 / 5.89% + $0.00 | DISCV/SMC (Other Cards) Discount Rate: | |
| VS/MC Discount Rate for Debit Cards | 3.89% + $0.00 / 5.89% | VS/MC Discount Rate for Debit Cards | |

**▶ Fees** | **▶ Fees**

| | | | | | |
|---|---|---|---|---|---|
| DISCV/SMC Transaction Fee: | $0.25 | Per Item | DISCV/SMC Transaction Fee: | | Per Item |
| Non-Bankcard Transaction Fee: | $0.25 | Per Item | Non-Bankcard Transaction Fee: | | Per Item |
| Non-Bankcard: | % Discount Rate | Per Item | Non-Bankcard: | % Discount Rate | Per Item |
| Statement Fee: | $10 | Per Item | Statement Fee: | | Monthly |
| VIMAS Online Service: | | Monthly | VIMAS Online Service: | | Monthly |
| Monthly Minimum: | $25 | Monthly | Monthly Minimum: | | Monthly |
| | | | | | |
| Debit Transaction Fee Plus Network Fees: | | Per Item | MOTO/Internet Surcharge: | | Per Item |
| EBT Transaction Fee: | | Per Item | AVS Surcharge: | | Per Item |
| EBT Statement Fee: | | Monthly | Batch Fee: | | Per Batch |
| Batch Fee: | $0.35 | Per Batch | Manual Imprinter:      QTY: | | One Time |
| Manual Imprinter:      QTY: | | One Time | Chargeback Fee: | | Per Item |
| Chargeback Fee: | $35 | Per Item | ACH Reject Fee: | $25.00 | Per Item |
| ACH Reject Fee: | $25.00 | Per Item | Retrieval Fee: | | Per Item |
| Retrieval Fee: | $5 | Per Item | Voice Authorization Fee: | | Per Call |
| Voice Authorization Fee: | $1.50 | Per Call | Gateway Access Fee: | | Monthly |
| Gateway Access Fee: | | Monthly | Government Compliance Fee: | | Per Month |
| AVS Surcharge: | $0.05 | Per Item | TIN Mismatch Fee: | $4.95 | Until Validated |
| Government Compliance Fee: | $3 | Per Month | DonateWiseNow Fee: | | Per Month |
| TIN Mismatch Fee: | $4.95 | Until Validated | Early Termination Fee: | | One Time |
| DonateWiseNow Fee: | | Per Month | | | |
| Early Termination Fee: | | One Time | | | |

| Misc Fees: | Start Mo/Yr: | Amount | Terms: | Misc Fees: | Start Mo/Yr: | Amount | Terms: |
|---|---|---|---|---|---|---|---|
| #1 | | | | #1 | | | |
| #2 | | | | #2 | | | |
| #3 | | | | #3 | | | |
| #4 | | | | #4 | | | |
| #5 | | % of Volume and/or $ | per item | #5 | | % of Volume and/or $ | per item |

1) I/We understand and agree that while my/our Discount Rate as stated above will be charged on most electronically authorized payment card transactions batched and closed daily, charges up to 5% higher than my discount rate may apply where additional criteria is not met. Examples of where higher rates may apply, include but are not limited to, MOTO, keyed transactions, transactions without AVS, business and foreign card transactions (See Section 7.3 for further information on Discount Rates 2 and 3). 2) Pass-through Association fees include Visa Acquiring Processing Fee, Visa Misuse of Auth Fee, Visa International Service Assessment Fee (ISA), Visa Zero Floor Limit Fee, Visa International Acquirer Fee, MC Acquirer Program Support Fee, MC Cross Border Fee, and the MC Network Access and Brand Usage (NABU) Fee. Please visit the Associations' website for further details. 3) By checking the "Yes" checkbox, I acknowledge that I am using a third party to store, process or transmit cardholder data. ☐ Yes

Give name/address: (examples include, but not limited to hosting companies, shopping carts, Loyalty Programs, Electronic Data Capture). Please identify any software used for storing, transmitting or processing Card Transaction or Authorization requests.

**▶ My Merchants Benefits Club**

☑ The representative has explained the My Merchant Benefits Club program to me and I elect to opt out of the program. I understand I can opt into the program at any time and benefit from great deals, including equipment support and replacement per terminal/peripheral (where applicable), as well as great discounts for items such as car rentals, hotels, office supplies, health, legal services and more for my company and employees for an additional fee of $14.95 per month.      Initials: X _[signature]_

**▶ Next Day Funding**

☐ Next Day Funding*      Per Month (POS Device batch must be closed by 8pm EST/5pm PST)

*Next Day Funding is subject to approval. All payments are provisional and are subject to, including but not limited to, additional fees, chargebacks, withholding, set off, security and reserve rights. Cynergy Data or Bank will not be liable for any delay in receipt of funds, fees for any delays, or errors in debit and credit entries caused by third parties, including but not limited to, any Association or your financial institution. For more information, see Section 5. "Settlement of Card Transactions" of this agreement.

**Priority Holdings LLC wholly owns Priority Payment Systems LLC (a registered ISO of Wells Fargo Bank N.A.,**
**Walnut Creek, CA and Synovus Bank, Columbus, GA) and Cynergy Data, LLC (a registered ISO of BMO Harris Bank N.A., Buffalo Grove, IL.).**

Rev2, 09/25/13
Page 2 of 11

### ▶ American Express

Estimated Annual American Express Charge Volume $ _____   Average Ticket $ _____

| [ ] American Express ESA | Existing ESA SE _____ | Merchant CAP _____ |
|---|---|---|
| | Discount Rate _____ % | Per Transaction Fee $_____ |
| OR | PrePaid Discount Rate _____ % | PrePaid Per Transaction Fee $_____ |

[ ] $7.95/month option for merchants under $5,000 — mandatory for Internet-Physical Delivery, MO/TO and Home-Based regardless of volume (ESA program only)

| [ ] New American Express OnePoint | Discount Rate _____ % | Per Transaction Fee $_____ |
|---|---|---|
| | PrePaid Discount Rate _____ % | PrePaid Per Transaction Fee $_____ |

All fees are applicable to OnePoint and ESA unless otherwise stated.
Card Not Present (CNP) Fee:        0.30% Downgrade
Inbound Fee:        0.40% Downgrade for all Cross-Border Transactions

By signing below, I represent that I have read and am authorized to sign and submit this application for the above entity, which agrees to be bound by the American Express® Card Acceptance Agreement ("Agreement"), and that all information provided herein is true, complete and accurate. I authorize Cynergy Data, LLC. and American Express Travel Related Services Company, Inc. ("AXP"), and AXP's agents and Affiliates to verify the information in this application and receive and exchange information about me personally, including by requesting reports from consumer reporting agencies from time to time, and disclose such information to their agent, subcontractors, Affiliates and other parties for any purpose permitted by law. I authorize and direct Cynergy Data, LLC. and AXP and AXP's agents and Affiliates to inform me directly, or inform the entity above, about the contents of reports about me that they have requested from consumer reporting agencies. Such information will include the name and address of the agency furnishing the report. I also authorize AXP to use the reports en me from consumer reporting agencies for marketing and administrative purposes. I am able to read and understand the English language. Please read the American Express Privacy Statement at http://www.americanexpress.com/privacy to learn more about how American Express protects your privacy and how American Express uses your information. I understand that I may opt out of marketing communications by visiting this website or contacting American Express at 1-800-528-5200.

I understand that upon AXP's approval of the application, the entity will be provided with this Agreement and materials welcoming it either to AXP's program for Cynergy Data, LLC. to perform services for AXP (OnePoint) or to AXP's standard Card acceptance program (ESA) which has different servicing terms (e.g. different speeds of pay).

If qualified for OnePoint, I acknowledge that Cynergy Data will provide merchant instructions on accessing the American Express Terms and Conditions (Agreement for American Express® Card Acceptance American Express OnePoint® Program) and the American Express Merchant Regulations – U.S. including any updates to these regulations as they are made available via https://www.mybackofficetools.com/corporatesite/login.asp. Specific instructions will be delivered to the entity via a welcome letter that will be forthcoming upon account approval.

I understand that if the entity does not qualify for the Cynergy Data, LLC. servicing program that the entity may be enrolled in AXP's standard Card acceptance program, and the entity may terminate the Agreement. By accepting the American Express Card for the purchase of goods and/or services, or otherwise indicating its intention to be bound, the entity agrees to be bound by the Agreement.

Merchant Signature _____   Date: _____

### ▶ Debit/Credit Authorization – include a voided check or bank letter verifying bank account information.

Merchant authorizes Cynergy Data, LLC. ("Processor") or BMO Harris Bank N.A. ("Bank") to present Automated Clearing House credits, Automated Clearing House debits, wire transfers, or depository transfer checks to and from the following account and to and from any other account for which Processor or Bank are authorized to perform such functions under the Merchant Processing Agreement, for the purposes set forth in the Merchant Processing Agreement. This authorization extends to such entries in said account concerning lease, rental or purchase agreements for POS terminals and/or accompanying equipment and/or check guarantee fees and amounts due for supplies and materials. This automated clearing House authorization cannot be revoked until all Merchant obligations under this agreement are satisfied, and Merchant gives Cynergy Data written notice of revocation.

DDA: ████0032                              ABA Routing: _____

INVESTIGATIVE CONSUMER REPORT: An investigative or consumer report may be made in connection with application. MERCHANT authorizes BANK or any of its agents to investigate the references provided or any other statements or data obtained from MERCHANT, from any of the undersigned individual guarantor(s) or from any other person or entity with financial responsibilities under this agreement. You have a right, upon written request, to a complete and accurate disclosure of the nature and scope of the investigation requested. By signing below, or clicking I accept, Merchant represents that the information provided in this Application is true, complete and not misleading in any way.

| AVERAGE TICKET SIZE: | 39.99 | | AVERAGE MONTHLY VOLUME: | 50,000.00 |
|---|---|---|---|---|

Each person certifies that the average ticket size and sales volume indicated is accurate and agrees that any transaction or monthly volume that exceeds either of these amounts could result in delayed and/or withheld settlement of funds. Also, see paragraphs 5.4 and 15.3 of the MERCHANT Processing Agreement regarding suspension and termination of MERCHANT.

*IMPORTANT NOTICE: All information contained in this application was completed, supplied and/or reviewed by the undersigned Merchant. Processor shall not be responsible for any change in printed terms unless specifically agreed to in writing by an officer of Processor and/or BMO Harris Bank N.A. Chicago, IL. By signing below, you are agreeing to the provisions stated within this merchant application, on the reverse side (the Merchant Agreement) and acknowledge receipt of the merchant operating guide. Those provisions must be read before signing. By signing below, you agree to the terms on the front and back of this MERCHANT Processing Agreement and the merchant operating guide.*

<table>
<tr><td>

### ▶ Individual Guaranty – No Titles

As a primary inducement to Processor and Bank to enter into this Agreement, the undersigned Guarantor(s), by signing this Agreement, jointly and severally, unconditionally and irrevocably, personally guarantee the continuing full and faithful performance and payment by Merchant of each of its duties and obligations to Processor and Bank under this Agreement or any other agreement currently in effect or in the future entered into between Merchant or its principals and Processor or Bank, as such agreements now exist or are amended from time to time, with or without notice. Guarantor(s) understands further that Processor or Bank may proceed directly against Guarantor(s) without first exhausting their remedies against any other person or entity responsible to it or any security held by Processor and Bank or Merchant. This guarantee will not be discharged or affected by the death of the undersigned, will bind all heirs, administrators, representatives and assigns and may be enforced by or for the benefit of any successor of Processor and Bank. Guarantor(s) understand that the inducement to Processor and Bank to enter into this agreement is consideration for the guaranty, and that this guaranty remains in full force and effect even if the Guarantor(s) receive no additional benefit from the guaranty.

**AGREED AND ACCEPTED:**

X _~signature~_                              12/3/14
#1 From Application – Signature        Date

X _____
#2 From Application – Signature        Date

</td><td>

### ▶ For All Businesses – Business Resolution

The indicated officer(s) identified in numbers 1 and/or 2 below have the authorization to execute the MERCHANT Processing Agreement on behalf of the here within named business. **MERCHANT UNDERSTANDS THAT THIS AGREEMENT SHALL NOT TAKE EFFECT UNTIL MERCHANT HAS BEEN APPROVED BY BANK AND A MERCHANT NUMBER IS ISSUED.**

Indigo Systems, LLC
Print Legal Name of Merchant Business

X _~signature~_                              12/3/14
#1 From Application – Signature        Date

X _____
#2 From Application – Signature        Date

X _____
Accepted by Processor        Date

X _____
Accepted by BMO Harris Bank N.A. Chicago, IL        Date

</td></tr>
</table>

**Priority Holdings LLC wholly owns Priority Payment Systems LLC (a registered ISO of Wells Fargo Bank N.A., Walnut Creek, CA and Synovus Bank, Columbus, GA) and Cynergy Data, LLC (a registered ISO of BMO Harris Bank N.A., Buffalo Grove, IL).**

PPS Attachment H-3



CASH ONLY IF ALL *CheckLock™* SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Indigo Systems LLC**
8888 Keystone Crossing
Suite 1300
Indianapolis IN 46240

**GREAT WESTERN BANK**
78-873/914

1000

PAY TO THE
ORDER OF

$

DOLLARS

▲ TAMPER RESISTANT TONER AREA ▲

MEMO

⑅⑅00⑅000⑅⑅ 　 　 0032⑅⑅

Indigo Systems LLC

1000



Indigo Systems LLC

1000


PPS Attachment H-4



PPSISL000154


**cynergydata**
All you. All the time.

Cynergy Data
30-30 47th Avenue  9th Floor
Long Island City NY   11101
Tel: 800-933-0064
Fax: 718-559-4522

## CHANGE OF BANK ACCOUNT REQUEST

Date: 9|1|15

To: _____

From: Ryan Reichenbach
Owner's Name

Indigo Systems, LLC
Business Name

38990000021478416
Merchant Number

New Bank/DDA/Routing Information:

US Bank
Bank Name:

[ redacted ]0934
Acct. Number:

[ redacted ]
Routing Number:

I (Merchant) agree, by my signature below, to the above changes and I further agree to these changes with regards to programming.  I have enclosed a voided pre-printed check from the new bank account.

X _____
Merchant Signature

X [ redacted ]
Call Back Contact Number

NOTE: Temporary Checks are not acceptable. A Voided Pre-Printed Check or a Bank Letter for the new account must be attached (if mailed) or faxed to: (718) 559-4522.
**If you have changed Corporate Name, Ownership, Partners, or changed from Sole proprietor to Corporation, you MUST fill out a new application.
***Validation of New Bank Account information is required. Customer Service will contact you for completion upon receiving this request.
**** Please note that this change will only reflect for Visa, MasterCard and Discover processing.

For American Express, please contact them directly at:
**AMERICAN EXPRESS**      (800) 528.5200

**New Bank/DDA/Routing Information**

*PLACE VOIDED CHECK HERE*

PPSISL000156

INDIGO SYSTEMS LLC
8888 KEYSTONE XING STE 1300
INDIANAPOLIS IN 46240-4600

100

DATE

PAY TO THE
ORDER OF _____  $

_____  DOLLARS

**us bank.**   All of us serving you*

**VOID**

MEMO _____                                    AP

0934 0100

PPSISL000157



**PRIORITY** PAYMENT SYSTEMS®

PO Box 246, Alpharetta, GA 30009-0246
Tel: 888-830-0555 I Fax: 516-450-3487
Email: accountchanges@pps.io

# ACCOUNT CHANGE REQUEST FORM

Date: 5/26/15      MID# [redacted] 7846

Doing Business as (DBA) Name: Blizzard White Ultra

Legal Name (Current): Indigo Systems, LLC.
(For Legal Name Changes, a new merchant application will be required. Please contact your Sales Agent or Client Services)

*Please fill out information you wish to have updated:*

Email Address: _____    DBA Phone No: _____

Mailing Address: 8888 Keystone Crossing    DBA Fax No: _____

Ste. 1300    New Web Address: _____

Indianapolis, IN 46240

*The email you provide will be sent either a reminder of your statement availability or your statement. We will also send any communications to that email as well.
Your email address will not be sold to a third party*

*DBA Changes Requested:*

DBA Name: _____
      Additional documents are required along with this form:
DBA Name Change, You must send <u>one</u> of the following:   • Business Certificate   • Preprinted Voided Check

DBA Address: 8888 Keystone Crossing, Ste. 1300
   City: Indianapolis      State: IN    Zip Code: 46240

Additional documents are required along with this form:
DBA Address, a proof of address is required. You must send <u>one</u> of the following:
• A Business Certificate • Preprinted Voided Check • Copy of a Valid Utility Bill • Copy of Business Location Lease.

┌─────────────────────────────────┐
│        PLACE COPY OF            │
│     IDENTIFICATION HERE         │
│   FOR SIGNATURE VERIFICATION PURPOSES │
│   *Without this requirement your request │
│        will not be completed.   │
│   *Please Ensure copy is legible to prevent any │
│        delays with your request. │
└─────────────────────────────────┘

Fax this letter to: 516.450.3487    In care of Account Changes
Or you can scan and email this letter to : account.changes@pps.io

Merchant Owner's Signature: _____    Date: 5/26/15

PPSISL000158

# FULFILLMENT SERVICES AGREEMENT

This Fulfillment Services Agreement ("Agreement") is made and effective June 1, 2013, ("Effective Date").

**BETWEEN:** RevGo (the "RevGo "), a limited liability company organized and existing under the laws of the state of Nevada, with its head office located at:

7565 Commercial Way
Unit E
Henderson, NV 89011

**AND:** **Indigo Systems, LLC** (the "Indigo Systems"), a limited liability company organized and existing under the laws of Indiana with its head office located at:

8888 Keystone Crossing
Suite 1300
Indianapolis, IN 46240

**WITNESSETH:**

WHEREAS, Indigo Systems is in the business of developing, producing, marketing and selling products direct to consumers;

WHEREAS, Indigo Systems is interested in using RevGo's services to fulfill certain obligations and RevGo desires to fulfill such obligations, in accordance with the terms and conditions set forth below.

WHEREAS, RevGo desires to provide the fulfillment services to Indigo Systems on the terms and conditions of this Agreement.

NOW, THEREFORE, in consideration of the mutual covenants and promises herein contained and other good and valuable consideration the sufficiency of which is acknowledged, the parties, each intending to be legally bound, hereby agree as follows:

## 1. SCOPE OF THE AGREEMENT

During the term of this Agreement, RevGo shall perform certain services for Indigo Systems including, without limitation, receipt, put away, storage, order selection, shipment, processing of returns, related customer service and administrative functions and other services described in the attachments to this Agreement (collectively, the "Services"). RevGo shall provide all personnel and shall perform the Services in a good and efficient manner. RevGo shall supply all necessary training to employees and staff members working within the fulfillment facility located at 7565 Commercial Way, Unit E, Henderson, NV 89011 (the "Facility").

## 2. INDEPENDENT CONTRACTOR STATUS

This Agreement does not constitute a hiring by either party. It is the parties' intention that RevGo be an independent contractor and not be an employee for any purposes including, but not limited to, Nevada State laws. RevGo shall retain sole and absolute discretion in the manner and means of carrying out their activities and responsibilities under this Agreement. This Agreement shall not be considered or construed to be a partnership or joint venture, and Indigo Systems shall not be liable for any obligations incurred by RevGo unless specifically authorized in writing by Indigo Systems. RevGo shall not act as an agent of

PPSISL000177

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

INDIGO SYSTEMS, LLC

RevGo, LLC

Authorized Signature

Authorized Signature

Ryan Reichenbach, Manager

Brian Lint, Manager

PPS Attachment H-9

PPSISL000187

# PX11

## PPS Attachment I

## Sandstone Beach Account Documents

# MERCHANT APPLICATION

**GMA Global Merchant Advisors**

Merchant # _____

☑ New Location  ☐ Additional Location

3000 S. Robertson Blvd • Ste 295 • Los Angles, CA 90034
310-220-0624 • Fax 310-602-6282
www.globalmerchantadvisors.com

Merchant Accepts Donate Wise Now® ☐ Yes ☐ No

By checking yes and signing this application and agreement, you indicate your acceptance of the Greenwise GreenSuite and DonateWiseNow Program terms and conditions.
Note: Failure to provide accurate information may result in withholding of merchant funding per IRS regulations.
(See Terms and Conditions for further Information)

## ► Business Information

| | |
|---|---|
| Legal Name (as it appears on your income tax return):<br>Sandstone Beach, LLC | Name of Account (Doing Business As):<br>Sedona Beauty Direct |
| Legal Address:<br>3420 E. Shea Blvd., Ste 200 | Physical Street Address (No P.O. Box):<br>3420 E. Shea Blvd., Ste 200 |

| City: Phoenix | State: AZ | Zip: 85028 | City: Phoenix | State: AZ | Zip: 85028 |
|---|---|---|---|---|---|

| Phone #: ( 602 ) 903-2477   Contact: Ryan McWilliams | DBA Phone #: ( 888 ) 976-2846 | Fax #: ( ) |
|---|---|---|

| Must Choose One Mailing Address:<br>☐ DBA Address  ☑ Legal Address | E-Mail Address:<br>ryan@sedonabeautydirect.com | Website Address:<br>www. sedonabeautydirect.com |
|---|---|---|

| Federal Tax # (as it appears on your income tax return)<br>4 5 6 3 1 5 9 9 1 9 | # of Locations<br>1 | Years in Business<br>8 mos | Years Owned Business<br>8mos |
|---|---|---|---|

| Place of Legal Formation:<br>Arizona | Country of Primary Business Operations:<br>USA |
|---|---|

| Bank Reference: JP Morgan Chase | Contact: Joe Rodriguez | Phone #: ( 480 ) 970-7097 |
|---|---|---|

## ► Owners or Officers - Individual Ownership Must be Equal to or Greater than 50%

| Name:<br>1. Ryan McWilliams | Title:<br>Manager | Date of Birth:<br>1979 | Applicant's SS #: | % Equity Ownership:<br>80 |
|---|---|---|---|---|

| Residence Address: | City:<br>Ft. Lupton | State:<br>CO | Zip:<br>80621 | # Years:<br>10 |
|---|---|---|---|---|

| US Government Issued ID#: | Type of ID:<br>Driver's License | Expiration Date:<br>06/2014 | Country of Citizenship (if not US): | Home Phone: |
|---|---|---|---|---|

| Name:<br>2. | Title: | Date of Birth: | Applicant's SS #: | % Equity Ownership: |
|---|---|---|---|---|

| Residence Address: | City: | State: | Zip: | # Years: |
|---|---|---|---|---|

| US Government Issued ID#: | Type of ID: | Expiration Date: | Country of Citizenship (if not US): | Home Phone: ( ) |
|---|---|---|---|---|

## ► Business Profile

Type of Ownership: ☐ Sole Proprietor  ☐ Assoc/Estates/Trusts  ☐ Joint Venture  ☐ Government
☐ Corporation (Privately Traded)  ☐ Corporation (Publicly Traded)  ☐ Medical or Legal Corp
☐ Partnership  ☐ Tax Exempt Org  ☐ Single Member LLC  ☑ Multi Member LLC  ☐ Civic Assoc
☐ Limited Partnership  ☐ Political Org  ☐ Other:

Type of Goods or Services Sold: anti-aging skin care    SIC Code: 5968

Do you currently accept Discover ®/Visa/Mastercard?  ☑ Yes  ☐ No
(If yes, you should submit 3 recent months' statements.)
Name of Current Processor: Meritus, Trust One

Has Merchant or any associated principal disclosed below filed ☐ Yes  Date: _____
bankruptcy or been subject to involuntary bankruptcy? ☑ No

## ► Sales Profile

Merchant Type: Discover/Visa/MasterCard Sales Profile (Be Accurate):

| Merchant Type | | |
|---|---|---|
| ☐ Retail | Card Swipe | % |
| ☐ Restaurant | Manual Key Entry with Imprint, Card Present | % |
| ☐ Lodging | | |
| ☐ Service | Mail Order/Telephone | % |
| ☑ Internet | Internet | 100 |
| ☐ Home Based | | |
| ☐ Other | Total = | 100% |

## ► Business Trade Suppliers - List Two

| Name:<br>TJ Richards | Address:<br>Longmont, CO | Contact:<br>Brandon Scott | Phone #:<br>( 303 ) 513-1991 |
|---|---|---|---|

| Name:<br>United One Intl Labs | Address:<br>Farmers Branch, TX | Contact:<br>James Mitchell | Phone #:<br>( 972 ) 490-3300 |
|---|---|---|---|

## ► Merchant Site Survey Report - To Be Completed by Sales Representative

Merchant Location:  ☐ Retail Location with Store Front  ☐ Office Building  ☑ Internet  ☐ Residence  ☐ Other____
Area Zoned:  ☑ Commercial  ☐ Industrial  ☐ Residential   Square Footage:  ☐ 0-260  ☐ 261-500  ☑ 501-2,000  ☐ 2,001+

Does the amount of inventory and merchandise on shelves and floor appear consistent with this type of business?  ☑ Yes  ☐ No
If No, explain:

The Merchant:  ☐ Owns  ☑ Leases the Business Premises   Landlord Name & Phone #: Goldenwest Management 877-333-9429

Further Comments by Inspector (Must Complete)

I hereby verify that this application has been fully completed by merchant applicant and that I have physically inspected the business premises of the merchant at this address and the information stated above is true and correct to the best of my knowledge and belief.

Verified and Inspected by:   Office #: _____   Representative #: _____   Representative Signature: _____   Date: 1/25/13
X _____                                          X _____

White Copy - Bank   Pink Copy - Merchant

## ▶ Discover / Visa / Mastercard Standard Retail / High Risk Retail Rates

Merchant Chooses to accept the following:

| | |
|---|---|
| DISC/SVMC (Other Cards) Discount Rate: | _____ % |
| VS/MC Discount Rate for Debit Cards | _____ % |
| AMEX Discount Rate: | _____ % |

## ▶ Fees

| | | |
|---|---|---|
| DISC/SVMC Transaction Fee: | _____ | Per Item |
| Non-Bankcard Transaction Fee: | _____ | Per Item |
| Statement Fee: | _____ | Monthly |
| VIMAS Online Service: | _____ | Monthly |
| Monthly Minimum: | _____ | Monthly |
| Annual Fee: | _____ | Per Year |
| Debit Transaction Fee Plus Network Fees: | _____ | Per Item |
| EBT Transaction Fee: | _____ | Per Item |
| EBT Statement Fee: | _____ | Monthly |
| Batch Fee: | _____ | Per Batch |
| Manual Imprinter:          QTY: _____ | _____ | One Time |
| Chargeback Fee: | $35.00 | Per Item |
| ACH Reject Fee: | $25.00 | Per Item |
| Retrieval Fee: | $5.00 | Per Item |
| Voice Authorization Fee: | $0.95 | Per Call |
| Gateway Access Fee: | _____ | Monthly |
| AVS Surcharge: | _____ | Per Item |
| Government Compliance Fee: | $6.95 | Per Item |
| TIN Mismatch Fee: | $325.00 | Until Validated |
| Early Termination Fee: | $495.00 | One Time |

| Misc Fees | Start Mo/Yr: | Amount: | Terms: |
|---|---|---|---|
| #1 | | | |
| #2 | | | |
| #3 | | | |
| #4 | | | |

## ▶ Mail / Phone / Internet / Touchtone Rates

Merchant Chooses to accept the following:

| | |
|---|---|
| DISC/VSMC (Other Cards) Discount Rate: | 3.48 % |
| VS/MC Debit Card Discount Rate: | 3.48 % |
| | $7.95 Monthly |

## ▶ Fees

| | | |
|---|---|---|
| DISC/VSMC Transaction Fee: | _____ | Per Item |
| Non-Bankcard Transaction Fee: | .12 | Per Item |
| Statement Fee: | $10.00 | Per Item |
| VIMAS Online Service: | _____ | Monthly |
| Monthly Minimum: | 15 | Monthly |
| Annual Fee: | 99 | Per Year |
| MOTO/Internet Surcharge: | _____ | Per Item |
| AVS Surcharge: | .10 | Per Item |
| Batch Fee: | .15 | Per Batch |
| Manual Imprinter:          QTY: _____ | _____ | One Time |
| Chargeback Fee: | $35.00 | Per Item |
| ACH Reject Fee: | $25.00 | Per Item |
| Retrieval Fee: | $5.00 | Per Item |
| Voice Authorization Fee: | $0.95 | Per Call |
| Gateway Access Fee: | _____ | Monthly |
| Government Compliance Fee: | $6.95 | Monthly |
| TIN Mismatch Fee: | $325.00 | Until Validated |
| Early Termination Fee: | $495.00 | One Time |

| Misc Fees | Start Mo/Yr: | Amount: | Terms: |
|---|---|---|---|
| #1   G2 SPM - Setup Fee | | $150.00 | One-Time |
| #2   G2 SPM - Monthly Fee | | $150.00 | Monthly |
| #3 | | | |
| #4 | | | |

1) I/We understand and agree that while my/our discount rate as stated above will be charged on most electronically authorized payment card transactions that are in batches closed daily, charges up to 5% higher than my discount rate may apply where additional criteria is not met. Examples where higher rates apply include but are not limited to are MOTO, keyed in transactions, transactions without AVS, business and foreign card transactions. 2) Pass-through Association fees include Visa Acquiring Processing Fee, Visa Risk Identification Fee, Visa Misuse of Auth Fee, Visa International Service Assessment Fee (ISA), Visa Zero Floor Limit Fee, Visa International Acquirer Fee, MC Annual Program Support Fee, MC Cross Border Fee, and the MC Network Access and Brand Usage (NABU) Fee. Please visit the Association's website for further details. Do you use a third party to store or transmit Cardholder data? ☐ Yes ☐ No.  Give name /address: (examples include, but not limited to hosting companies, shopping carts, Loyalty Programs, Electronic Data Capture) _____ Please identify any Software used for storing, transmitting or processing Card Transaction or Authorization requests _____

## ▶ Merchant Benefits Club

☐ Yes, I want to participate in the optional Merchant Benefits Club which includes enrollment support and replacement for an additional $14.99 per month / per terminal/neighborhood per month.   Initials: X

## ▶ American Express

By signing below, I represent that I have read and am authorized to sign and submit this application for the above entity which agrees to be bound by the American Express Travel Related Services Company, Inc. ("American Express") and American Express's agents and Affiliates to verify the information provided herein is true, complete and accurate. I authorize ESA and American Express Travel Related Services Company, Inc. ("American Express") and American Express's agents and Affiliates to verify the information in this application and receive and exchange information about me personally, including by requesting reports from consumer reporting agencies, and disclose such information to their agents, subcontractors, Affiliates, and other parties for any purpose permitted by law. I authorize and direct ESA and American Express and American Express's agents and Affiliates to inform me directly, or through the entity above, of reports about me that they have requested from consumer reporting agencies. Such information will include the name and address of the agency furnishing the report. I also authorize American Express to use the reports from consumer reporting agencies for marketing and administrative purposes. I understand that upon American Express's approval of the application, the entity will be provided with the Agreement and materials welcoming it to American Express's Card acceptance campaign.
☐ Retail - $0.10 Trans / $0.05 CNP Downgrade Services       ☐ Wholesale & All Other - $0.15 Trans Fee

Signature: X _____

## ▶ Debit/Credit Authorization • Include a voided check or bank letter verifying bank account information

Merchant authorizes Cynergy Data, LLC. ("Processor") or BMO Harris Bank, N.A., ("Bank") to present Automated Clearing House credits, Automated Clearing House debits, wire transfers, or depository transfer checks to and from the following account and to and from any other account for which Processor or Bank are authorized to perform such functions under the Merchant Processing Agreement, for the purposes set forth in the Merchant Processing Agreement. This authorization extends to such entries in said account concerning lease, rental or purchase agreements for POS terminals and/or accompanying equipment and/or check guarantee fees and amounts due for supplies and materials. This Automated Clearing House authorization cannot be revoked until all Merchant obligations under this Agreement are satisfied, and Merchant gives Cynergy Data written notice of revocation.

DDA: ████4094            ABA Routing: _____

INVESTIGATIVE CONSUMER REPORT: An investigative or consumer report may be made in connection with application. MERCHANT authorizes BANK or any of its agents to investigate the references provided or any other statements or data obtained from MERCHANT, from any of the undersigned individual credit or financial responsibility. You have a right, upon written request, to a complete and accurate disclosure of the nature and scope of the investigation requested.

AVERAGE TICKET SIZE: 38.00             AVERAGE MONTHLY VOLUME: 50,000

Each person certifies that the average ticket size and sales volume indicated is accurate and agrees that any transaction or monthly volume that exceeds either of the above amounts could result in delayed and/or withheld settlement of funds. Also, see paragraphs 5.4 and 16.3 of the MERCHANT Processing Agreement regarding suspension and termination of MERCHANT.

IMPORTANT NOTICE: All information contained in this application was completed, supplied and/or reviewed by the undersigned Merchant. Processor shall not be responsible for any change in printed terms unless specifically agreed to in writing by an officer of Processor and/or BMO Harris Bank, N.A., Chicago, IL. By signing below you are agreeing to the provisions stated within this merchant application, on the reverse side (the Merchant Agreement) and acknowledge receipt of the merchant operating guide. Those provisions must be read before signing. By signing below, you agree to the terms on the front and back of this MERCHANT Processing Agreement and the merchant operating guide.

## ▶ Individual Guaranty • No Titles

As a primary inducement to Processor and Bank to enter into this Agreement, the undersigned Guarantor(s), by signing this Agreement, jointly and severally, unconditionally and irrevocably, personally guarantee the continuing full and faithful performance and payment by Merchant of each of its duties and obligations to Processor and Bank under this Agreement or any other agreement currently in effect or in the future entered into between Merchant or its principals and Processor or Bank, as such agreements now exist or are amended from time to time, with or without notice. Guarantor(s) understands further that Processor or Bank may proceed directly against Guarantor(s) without first exhausting their remedies against any other person or entity responsible to it or any security held by Processor and Bank or Merchant. This guarantee will not be discharged or affected by the death of the undersigned, will bind all heirs, administrators, representatives and assigns and may be enforced by or for the benefit of any successor of Processor and Bank. Guarantor(s) understand that the inducement to Processor and Bank to enter into this Agreement is consideration for the guaranty, and that this guaranty remains in full force and effect even if the Guarantor(s) receive no additional benefit from the guaranty.

AGREED AND ACCEPTED

X _____     1/24/2013
#1 From Application - Signature          Date

X _____
#2 From Application - Signature          Date

## ▶ For All Businesses • Business Resolution

The indicated officer(s) identified in numbers 1 and/or 2 below have the authorization to execute the MERCHANT Processing Agreement on behalf of the here within named business. MERCHANT authorizes UNDERSTANDS THAT THIS AGREEMENT SHALL NOT TAKE EFFECT UNTIL MERCHANT HAS BEEN APPROVED BY BANK AND A MERCHANT NUMBER IS ISSUED.

Sandstone Beach, LLC
Print Legal Name of Merchant Business

X _____     1/24/2013
#1 From Application - Signature          Date

X _____
#2 From Application - Signature          Date

X _____
Accepted by Processor          Date

X _____
Accepted by BMO Harris Bank, N.A., Chicago, IL.          Date

Global Merchant Advisors is a registered ISO/MSP of BMO Harris Bank, N.A., Chicago, IL



## Mail, Telephone Order, & Internet Merchant Addendum

**IMPORTANT NOTICE:** Visa and MasterCard have set a minimum standard requirement for accepting credit cards on the Internet. In order to avoid a significant delay in the settlement of your funds, please ensure that your website has the following seven (7) items completed prior to the commencement of your credit card processing:

1. Refund / Cancellation Policy
2. Privacy Policy
3. Terms & Conditions listed
4. Products & the Corresponding Pricing listed
5. 128-bit SSL page(s) where personal and credit card information is obtained (usually provided by shopping cart or gateway)
6. Telephone Customer Service contact number
7. Shipping & Handling method and shipping delivery time after the sale

*URGENT!!!! You must contact your sales representative immediately upon completing the above 7 internet processing requirements!*

**Underwriting & Marketing Review: (Please answer the following questions as accurately as possible)**
Submit sample(s) of product brochure, promotional materials, product catalogue, etc. How will product be advertised or promoted?

If advertising on Internet, list website address: www. sedonabeautydirect.com

Preferred 23 character (or less) DBA identifier (appears on customers' billing statement)

| S | b | S | * | S | e | d | o | n | a | 8 | 8 | 8 | 9 | 7 | 8 | 2 | 8 | 4 | 8 | | | |

List name(s) and address(es) of vendor from which the product is purchased:
TJ Richards - Longmont, CO and United One International Laboratories - Farmers Branch, TX

List name(s) and address(es) of third party or fulfillment organizations, or parties aside from your staff who will assist or participate with the sales, marketing, processing of orders, or shipping of merchandise:
ve Rock, 7702 E. Doubletree Ranch, Ste. 300, Scottsdale, AZ 85258

List geographical area(s) in which the product or service will be marketed and sold: US, Canada, UK

List carrier services that will deliver product or service: USPS

What is your return or refund policy? full refund of product price within 30 days of shipment date

How does the customer order the product or service? via the internet

When you receive an authorization, how long before merchandise is shipped or services are provided? same business day

Do you perform recurring monthly billing?  X  Yes  ___ No   If Yes,  X  Monthly ___ Quarterly ___ Bi-annual ___ Annual
Is your database collecting entire credit card numbers?  X  Yes  ___ No   If Yes, are you PCI compliant?  X  Yes  ___ No

This amendment is made by & between BMO Harris Bank, N.A., Chicago, IL ('Bank'), & the undersigned "MERCHANT" & subject to the approval of BANK. **WHEREAS:** Bank is engaged in the general banking business including the purchase of Credit Card Transactions from merchants and provide certain services related to the processing of Credit Card Transactions to MERCHANT; and

**WHEREAS:** MERCHANT desires to honor at this business location(s) Card Numbers presented in connection with the Mail Order/Telephone Order sale of product/ services to customers; and

**WHEREAS:** BANK and MERCHANT has entered into BMO Harris Bank, N.A., Chicago, IL ('Bank') VISA/MasterCard Processing Agreement ('Agreement'). NOW THEREFORE, in consideration of the representations, covenants, and promises made herein, the parties hereto agree to amend Agreement as follows:

1. MERCHANT agrees to use and retain proof of a traceable delivery system as means of shipment of product to customer.
2. MERCHANT agrees that transactions will not be processed until products are shipped to Cardholder.
3. MERCHANT agrees to a charge of $0.05 per AVS transaction(s) when applicable.
4. Agreement may be immediately terminated by BANK if MERCHANT fails to comply with any of the terms of this agreement.

AGREED & ACCEPTED BY:                               DATE: 1/24/2013

NER / OFFICER                                       Authorized BMO Harris Bank, N.A. Agent
Ryan McWilliams

Print Name                                          Print Name

**SANDSTONE BEACH, LLC**
3420 E Shea Blvd, Suite 200
Phoenix, AZ 85028

**JPMORGAN CHASE BANK, NA**
91-002/1221

1000

PAY TO THE
ORDER OF

$

DOLLARS

MEMO

⑈00⑈000⑈   ⑈4⑈094⑈

SANDSTONE BEACH, LLC

1000

SANDSTONE BEACH, LLC

1000



| | |
|---|---|
| Subscriber Name: | GLOBAL MERCH |
| Subscriber Code/Market: | F 5756620 12 01 |
| Results Issued: | 2/08/13 14:00 CT |

**INPUT PARAMETERS FOR PRIMARY SUBJECT**

Reference ID:
SSN: ████
Name: mcWilliams, ryan
Current Address: Ft Lupton CO.80621

## TransUnion.   TRANSUNION CONSUMER CREDIT REPORT

MCWILLIAMS , RYAN  A.
Also Known As:           SSN: ████      Phone:                    In File Since:   5/98
                  Date of Birth: █/79

Current Address:              Previous Address:              Previous Address:
████                          ████                           ████
PLATTEVILLE CO. 80651         PLATTEVILLE CO. 80651          PLATTEVILLE CO. 80651
**Reported 8/11**             **Reported 7/11**

**EMPLOYMENT**

REV MTN          Position:   WEB DEVELOPER        Start:  1/08     In File Since:  1/13
                                                  End:             Effective:  1/13

**ALERTS AND SPECIAL MESSAGES**
Type                        Explanation

**SCORING**
Type                 Score   Explanation

**CREDIT INFORMATION   Summary   (Total History)**



# MERCHANT ACCOUNT CHANGE REQUEST FORM

## CURRENT INFORMATION

DATE: 8/29   MID: ████████████ 8381

DBA NAME: Sedona Beauty Direct

LEGAL NAME: SandStone Beach, LLC

DBA ADDRESS: www.sedonabeautydirect.com

## CHANGE(S) REQUESTED (Please check all applicable)

___ DBA Name: _____

___ DBA Address: _____

_____

___ DBA Phone Number:  _____-_____-_____

___ DBA Fax Number:  _____-_____-_____

___ Mailing Address: _____

___ Email Address: _____

___ Web Address: _____

## Bank Account Changes **Provide a Copy of a Pre-Printed Voided Check

X New Routing Number: ████████████

X New Account Number: ████████ 3295

All changes that are requested must be signed by the person who signed the original merchant application. (Owner of the merchant account)

Print Name: Ryan McWilliams

Signature: R





PPSISL000646

Print Form



# MERCHANT ACCOUNT CHANGE REQUEST FORM

## CURRENT INFORMATION

DATE: 6/10/15          MID: ███████8387

DBA NAME: Sedona Beauty Direct

LEGAL NAME: Sandstone Beach, LLC

DBA ADDRESS: 3420 E. Shea Blvd., Ste 200, Phoenix, AZ 85028

## CHANGE(S) REQUESTED (Please check all applicable)

___ DBA Name: _____

___ DBA Address: _____

_____

___ DBA Phone Number: _____ - _____ - _____

___ DBA Fax Number: _____ - _____ - _____

___ Mailing Address: _____

___ Email Address: _____

___ Web Address: _____

## Bank Account Changes **Provide a Copy of a Pre-Printed Voided Check

X New Routing Number: ███████

X New Account Number: ████2909

All changes that are requested must be signed by the person who signed the original merchant application. (Owner of the merchant account)

Print Name: Ryan McWilliams

Signature: _____



**Sandstone Beach, LLC**
3420 E Shea Blvd, Suite 200
Phoenix, AZ 85028

GUARANTY BANK AND TRUST COMPANY
23-086/1020

1000

PAY TO THE
ORDER OF _____ $

_____ DOLLARS

MEMO _____

⑈00 1000⑈ ▮▮▮▮▮▮ ▮▮▮ 2909⑈

Sandstone Beach, LLC                                            1000

Sandstone Beach, LLC                                            1000





**SANDSTONE BEACH LLC**
3420 E SHEA BLVE STE 200
Phoenix, AZ  85028

DATE

09901

90-78/1211

PAY TO THE
ORDER OF

$

DOLLARS

BANK of the WEST

FOR

⑂826⑈ 09901⑈

PPSISL000649



PPSISL000650