# PX11

## PPS Attachment J

## Snow Sale Account Documents

V-3

## MERCHANT APPLICATION

Merchant # _____

**GMA**
Global Merchant Advisors

☑ New Location   ☐ Additional Location
11835 W. Olympic Blvd • Ste 650E • Los Angeles, CA 90064
Tel: 310.220.0624 • Fax: 310.602.6282
www.gmapay.com

SWD*SparkWhiteningDirect

### ▶ Business Information

*Note: Your Business Legal Name and Tax ID Number must be entered exactly as it appears on your income Tax Return or on your SS4 Employer Identification Number (EIN) letter to avoid fees and income withholding by the IRS.*

| | |
|---|---|
| Legal Name (as it appears on your income tax return): Snow Sale, LLC | Name of Account (Doing Business As): www.sparkwhiteningdirect.com |
| Legal Address: 4845 Pearl East Circle, Ste. 101 | Physical Street Address (No P.O. Box): 4845 Pearl East Circle, Ste. 101 |
| City: Boulder   State: CO   Zip: 80301 | City: Boulder   State: CO   Zip: 80301 |
| Phone #: (303) 544-2182   Contact: Brian Lint | DBA Phone #: (888) 547-1781   Fax #: (303) 530-0771 |
| Must Choose One Mailing Address: ☐ DBA Address ☑ Legal Address | E-Mail Address: brian@sparkwhiteningdirect.cc | Website Address: www. www.sparkwhiteningdirect.com |

| | | | |
|---|---|---|---|
| Federal Tax # 2 7 1 8 5 8 3 4 4 | # of Locations 1 | Years in Business 4 | Years Owned Business 4 |

| | |
|---|---|
| Place of Legal Formation: Colorado | Country of Primary Business Operations: USA |
| Bank Reference: Great Western Bank | Contact: Pat Walton   Phone #: (303) 225-7425 |

### ▶ Owners or Officers – Individual Ownership Must be Equal to or Greater than 50%

| Name: 1. Brian Lint | Title: Manager | Date of Birth: ███71 | Applicant's SS #: ███ | % Equity Ownership: 80 |
|---|---|---|---|---|
| ███████████ | City: Henderson | | State: NV   Zip: 89015 | # Years: 5 mos |
| US Government Issued ID#: ███ | Type of ID: DL | Expiration Date: 2/14/17 | Country of Citizenship (if not US): | Home Phone: |

| Name: 2. | Title: | Date of Birth: | Applicant's SS #: | % Equity Ownership: |
|---|---|---|---|---|
| Residence Address: | City: | | State:   Zip: | # Years: |
| US Government Issued ID#: | Type of ID: | Expiration Date: mm/dd/yyyy | Country of Citizenship (if not US): | Home Phone: |

### ▶ Business Profile

Type of Ownership: ☐ Sole Proprietor ☐ Assoc/Estates/Trusts ☐ Joint Venture ☐ Government
☐ Corporation (Privately Traded) ☐ Corporation (Publicly Traded) ☐ Medical or Legal Corp
☐ Partnership ☐ Tax Exempt Org ☐ Single Member LLC ☑ Multi Member LLC ☐ Civic Assoc
☐ Limited Partnership ☐ Political Org ☐ Other _____

Type of Goods or Services Sold: TEETH WHITENING   SIC Code: 5968

Do you currently accept Discover®/Visa/Mastercard? ☑ Yes ☐ No
(If yes, you should submit 3 current months' statements.)

Name of Current Processor: NMA, RMS, USMS

Has Merchant or any associated principal disclosed below filed bankruptcy or been subject to involuntary bankruptcy? ☐ Yes Date: _____ ☑ No

#### ▶ Sales Profile

Merchant Type:
☐ Retail
☐ Restaurant
☐ Lodging
☐ Service
☑ Internet
☐ Home Based
☐ Other

Discover/Visa/MasterCard Sales Profile
Be Accurate:
Card Swipe _____%
Manual Key Entry with Imprint,
Card Present _____%
Mail Order/Telephone _____%
Internet 100 %
Total ≡ 100 %

### ▶ Business Trade Suppliers – List Two

| Name: Sunshine Health | Address: Oakland Park, FL | Contact: Ralph Morton | Phone #: (954) 493-5469 |
|---|---|---|---|
| Name: Verifi | Address: Los Angeles, CA | Contact: Shane Lynch | Phone #: (323) 655-5789 |

### ▶ Merchant Site Survey Report – To Be Completed by Sales Representative

Merchant Location: ☐ Retail Location with Store Front ☑ Office Building ☐ Internet ☐ Residence ☐ Other _____
Area Zoned: ☐ Commercial ☐ Industrial ☐ Residential   Square Footage: ☐ 0-250 ☑ 501-2,000 ☐ 2,001+

Does the amount of inventory and merchandise on shelves and floor appear consistent with this type of business? ☑ Yes ☐ No
If No, explain:

The Merchant: ☑ Owns ☐ Leases the Business Premises   Landlord Name & Phone #: N/A

Further Comments by Inspector (Must Complete)

I hereby verify that this application has been fully completed by merchant applicant and that I have physically inspected the business premises of the merchant at this address and the information stated above is true and correct to the best of my knowledge and belief.

Verified and Inspected by:   Office #: 12478   Representative   Representative Signature:   Date:
X _____   X _____   7.15.2014

**▶ ☑ Discover / Visa / Mastercard Standard Retail / High Risk Retail Rates** | **▶ ☑ Mail / Phone / Internet / Touchtone Rates**

Merchant Chooses to accept the following:

| Discover / Visa / Mastercard Standard Retail | | Mail / Phone / Internet / Touchtone Rates | |
|---|---|---|---|
| DISCV/BS/MC (Other Cards) Discount Rate: | | DISCV/BS/MC (Other Cards) Discount Rate: | 4.25 % |
| V/S/MC Discount Rate for Debit Cards | | V/S/MC Discount Rate for Debit Cards | 4.25 % |

**▶ Fees**

| | | | | | |
|---|---|---|---|---|---|
| DISCV/BS/MC Transaction Fee: | | Per Item | DISCV/BS/MC Transaction Fee: | $0.25 | Per Item |
| Non-Bankcard Transaction Fee: | | Per Item | Non-Bankcard Transaction Fee: | | Per Item |
| Non-Bankcard: | % Discount Rate | Per Item | Non-Bankcard: | % Discount Rate | Per Item |
| Statement Fee: | | Per Item | Statement Fee: | $10 | Monthly |
| V/MAS Online Service: | | Monthly | V/MAS Online Service: | | Monthly |
| Monthly Minimum: | | Monthly | Monthly Minimum: | $150 | Monthly |
| Annual Fee: | | Per year | Annual Fee: | $99 | Per year |
| Debit Transaction Fee Plus Network Fees: | | Per Item | MOTO/Internet Surcharge: | $0.10 | Per Item |
| EBT Transaction Fee: | | Per Item | AVS Surcharge: | | Per Item |
| EBT Statement Fee: | | Monthly | Batch Fee: | $1.00 | Per Batch |
| Batch Fee: | | Per Batch | Manual Imprinter:   QTY: | BU | One Time |
| Manual Imprinter:   QTY:   BU   $5.00 | | One Time | Chargeback Fee: | $25.00 | Per Item |
| Chargeback Fee: | $25.00 | Per Item | ACH Reject Fee: | $25.00 | Per Item |
| ACH Reject Fee: | $25.00 | Per Item | Retrieval Fee: | $5.00 | Per Item |
| Retrieval Fee: | $5.00 | Per Item | Voice Authorization Fee: | $0.95 | Per Call |
| Voice Authorization Fee: | $0.95 | Per Call | Gateway Access Fee: | | Monthly |
| Gateway Access Fee: | | Monthly | Government Compliance Fee: | $6.95 | Per Month |
| AVS Surcharge: | | Per Item | TIN Mismatch Fee: | $50.00 | Until Validated |
| Government Compliance Fee: | $6.95 | Per Month | Donate/MaxNew Fee: | $4.95 | Per Month |
| TIN Mismatch Fee: | $50.00 | Until Validated | Early Termination Fee: | $495.00 | One Time   $495 |
| Donate/MaxNew Fee: | $4.95 | Per Month | | | |
| Early Termination Fee: | $495.00 | One Time | | | |

| Misc Fees: | Start Mo/Yr | Amount | Terms | Misc Fees: | Start Mo/Yr | Amount | Terms |
|---|---|---|---|---|---|---|---|
| #1 | | | | #1  BU SET UP | | $150 | ONE TIME |
| #2 | | | | #2  G2 MONTHLY | | $150 | MONTHLY |
| #3 | | | | #3 | | | |
| #4 | | | | #4 | | | |
| #5 | % of Volume and/or $ | | per item | #5 | % of Volume and/or $ | | per item |

1) I/We understand and agree that I/We or my/our Discount Rate as stated above will be charged on most electronically authorized payment card transactions batched and closed daily. charges up to 5% higher than my discount rate may apply where additional criteria is not met. Examples of where higher sales may apply, include but are not limited to, MOTO, keyed in transactions, transactions without AVS, business and foreign card transactions (See Section 7.3 for further information on Discount Rates 2 and 3). 2) Pass-through Association fees include Visa Acquiring Processing Fee, Visa Misuse of Auth Fee, Visa International Service Assessment Fee (ISA), Visa Zero Floor Limit Fee, Visa International Acquirer Fee, MC Acquirer Program Support Fee, MC Cross Border Fee, and the MC Network Access and Brand Usage (NABU) Fee. Please visit the Associations' website for further details. 3) By checking the "Yes" checkbox, I acknowledge that I am using a third party to store, process or transmit cardholder data. ☐ Yes

Give name/address: (examples include, but not limited to hosting companies, shopping carts, Loyalty Programs, Electronic Data Capture). Please identify any software used for storing, transmitting or processing Card Transaction or Authorization requests.

**▶ My Merchants Benefits Club**

☑ The representative has explained the My Merchant Benefits Club program to me and I elect to opt-out of the program. I understand I can opt into the program at any time and benefit from great deals, including equipment support and replacement per terminal/peripheral (where applicable), as well as great discounts for items such as car rentals, hotels, office supplies, health, legal services and more for my company and employees for an additional fee of $14.95 per month.

Global Merchant Advisors is a registered ISO/MSP of BMO Harris Bank, N.A., Chicago, IL.

Rev.2, 09/25/13
Page 2 of 13

PPS Attachment J-2                                                    PPSISL000314

### ▶ American Express

Estimated Annual American Express Charge Volume $ _____     Average Ticket $ _____

[ ] American Express ESA          Existing ESA SE _____          Merchant CAP _____

                                  Discount Rate _____ %          Per Transaction Fee $ _____

OR                                PrePaid Discount Rate _____ %  PrePaid Per Transaction Fee $ _____

                                  [ ] $37.95/month option for merchants under $5,000 – mandatory for Interest-Project Delivery, MO/TO and Home-Based regardless of volume (ESA program only)

[ ] New American Express OnePoint     Discount Rate _____ %      Per Transaction Fee $ _____

                                      PrePaid Discount Rate _____ %   PrePaid Per Transaction Fee $ _____

All fees are applicable to OnePoint and ESA unless otherwise stated.
Card Not Present (CNP) Fee:        0.30% Downgrade
Amount Fee:                        0.40% Downgrade for all Cross-Border Transactions

By signing below, I represent that I have read and am authorized to sign and submit this application for the above entity, which agrees to be bound by the American Express® Card Acceptance Agreement ("Agreement"), and that all information provided herein is true, complete and accurate. I authorize Cynergy Data, LLC and American Express Travel Related Services Company, Inc. ("AXP"), and AXP's agents and Affiliates to verify the information in this application and receive and exchange information about me personally, including by requesting reports from consumer reporting agencies from time to time, and disclose such information to their agent, subcontractors, Affiliates and other parties for any purpose permitted by law. I authorize and direct Cynergy Data, LLC and AXP and AXP's agents and Affiliates to inform our directly, or inform the entity above, about the contacts of any that they have requested from consumer reporting agencies. Such information will include the name and address of the agency furnishing the report. I also authorize AXP to use the reports on me from consumer reporting agencies for marketing and administrative purposes. I am able to read and understand the English language. Please read the American Express Privacy Statement at http://www.americanexpress.com/privacy to learn more about how American Express protects your privacy and how American Express uses your information. I understand that I may opt out of marketing communications by visiting this website or contacting American Express at 1-800-528-5200.

I understand that upon AXP's approval of the application, the entity will be provided with the Agreement and materials welcoming it either to AXP's program for Cynergy Data, LLC, to perform services for AXP (OnePoint) or to AXP's standard Card acceptance program (ESA) which has different servicing terms (e.g. different spreads of pay).

If qualified for OnePoint, I acknowledge that Cynergy Data will provide merchant instructions on accessing the American Express Terms and Conditions (Agreement for American Express® Card Acceptance American Express OnePoint Program) and the American Express Merchant Regulations – U.S. including any updates to such regulations as they are made available via https://www.mycardsmerticles.com/corporate/en/login.asp. Specific instructions will be delivered to the entity via a welcome letter that will be forthcoming upon account approval.

I understand that if the entity does not qualify for the Cynergy Data, LLC. servicing program that the entity may be enrolled in AXP's standard Card acceptance program, and the entity may terminate the Agreement. By accepting the American Express Card for the purchase of goods and/or services, or otherwise indicating its intention to be bound, the entity agrees to be bound by the Agreement.

Merchant Signature _____

### ▶ Debit/Credit Authorization – Indicate a voided check or bank letter verifying bank account information.

Merchant authorizes Cynergy Data, LLC ("Processor") or BMO Harris Bank N.A. ("Bank") to present Automated Clearing House credits, Automated Clearing House debits, wire transfers, or depository transfer checks to and from the following account and to and from with Processor or Bank are authorized to perform such functions under the Merchant Processing Agreement, for the purpose set forth in the Merchant Processing Agreement. This authorization extends to such entries in said account concerning lease, rental or purchase agreements for POS terminals and/or accompanying equipment and/or check guarantee fees and amounts due for supplies and materials. This automated clearing House authorization cannot be revoked until all Merchant obligations under this agreement are satisfied, and Merchant gives Cynergy Data written notice of revocation.

DDA: [____]9612          ABA Routing: [_____]

INVESTIGATIVE CONSUMER REPORT An investigative or consumer report may be made in connection with application. MERCHANT authorizes BANK or any of its agents to investigate the references provided or any other statements or data obtained from MERCHANT, from any of the undersigned individual guarantor(s) or from any other person or entity with financial responsibilities under this agreement. You have a right, upon written request, to a complete and accurate disclosure of the nature and scope of the investigation requested. By signing below, or clicking I accept, Merchant represents that the information provided in this Application is true, complete and not misleading in any way.

AVERAGE TICKET SIZE: $39.99          AVERAGE MONTHLY VOLUME: $50,000.00

Each person certifies that the average ticket size and sales volume indicated is accurate and agrees that any transaction or monthly volume that exceeds either of the above amounts could result in delayed and/or withheld settlement of funds. Also, see paragraphs 5.4 and 15.3 of the MERCHANT Processing Agreement regarding suspension and termination of MERCHANT.

IMPORTANT NOTICE: All information contained in this application was completed, supplied and/or reviewed by the undersigned Merchant. Processor shall not be responsible for any change in printed terms unless specifically agreed to in writing by an officer of Processor and/or BMO Harris Bank N.A. Chicago, IL. By signing below, you are agreeing to the provisions stated within this merchant application, on the reverse side (the Merchant Agreement) and acknowledge receipt of the merchant operating guide. These provisions must be read before signing. By signing below, you agree to the terms on the front and back of this MERCHANT Processing Agreement and the merchant operating guide.

### ▶ Individual Guaranty – No Notices

As a primary indemnitor to Processor and Bank to enter into this Agreement, the undersigned Guarantor(s), by signing this Agreement, jointly and severally, unconditionally and irrevocably personally guarantee the continuing full and faithful performance and payment by Merchant of each of its duties and obligations to Processor and Bank, under this Agreement or any other agreement currently in effect or in the future entered into between Merchant or its principals and Processor or Bank, as such agreements now exist or as later are amended from time to time, with or without notice. Guarantor(s) understands further that Processor or Bank may proceed directly against Guarantor(s) without first exhausting their remedies against any other person or entity as may actually held by Processor and Bank or Merchant. This guarantee shall not be discharged or affected by the death of the undersigned, will bind all heirs, administrators, representatives and assigns and may be enforced by or for the benefit of any successor of Processor and Bank. Guarantor(s) understand that the indemnitor to Processor and Bank to enter into this agreement is consideration for the guaranty, and that this guaranty remains in full force and effect even if the Guarantor(s) receive no additional benefit from the guaranty.

AGREED AND ACCEPTED:

X _____    7/2/14
#1 From Application - Signature          Date

X _____
#2 From Application - Signature          Date

### ▶ For All Businesses – Business Resolution

The indicated officer(s) identified in numbers 1 and/or 2 below have the authorization to execute the MERCHANT Processing Agreement on behalf of the here within named business. MERCHANT UNDERSTANDS THAT THIS AGREEMENT SHALL NOT TAKE EFFECT UNTIL MERCHANT HAS BEEN APPROVED BY BANK AND A MERCHANT NUMBER IS ISSUED.

Snow Sale, LLC
Print Legal Name of Merchant Business

X _____    7/2/14  BL
#1 From Application - Signature          Date

X _____
#2 From Application - Signature          Date

X _____
Accepted by Processor                    Date

X _____
Accepted by BMO Harris Bank N.A. Chicago, IL.          Date

Global Merchant Advisors is a registered ISO/MSP of BMO Harris Bank, N.A., Chicago, IL.

Rev.2. 09/29/13
Page 3 of 13





## HIGH RISK CONCURRENCE WRITE-UP

Date: 7/28/2014

| Merchant: Snow Sale, LLC / SWD*SparkWhiteningDirect | Tax ID: 27-1858344 |
| --- | --- |

**PURPOSE:** New

**SYNOPSIS OF BUSINESS:** Merchant is an online retailer of teeth whitener called Spark Whitening Direct. Products are advertised via www.sparkwhiteningdirect.com. Merchant provides trial / continuity and straight sales.

**Continuity sales with requested ATS of $40 and MV of $50K.**

***Received 2012 Business tax return & 2013 Tax Extension.***
- 2012 Business Tax shows total income of $700K.

**BANKING: Business**

| Bank Name | Statement Date | Beginning Balance | Ending Balance | Deposits |
| --- | --- | --- | --- | --- |
| Great Western Bank | June 2014 | $21,900 | $15,956 | $123K |
| Great Western Bank | May 2014 | $22,869 | $21,900 | $95K |
| Great Western Bank | April 2014 | $27,994 | $22,869 | $121K |
| Great Western Bank | March 2014 | $14,012 | $27,994 | $87K |
| Great Western Bank | February 2014 | $6,714 | $14,012 | $37K |
| Great Western Bank | January 2014 | $153 | $6,714 | $48K |

**PERSONAL CREDIT:**
- ███████████████████████████

**RISK EXPOSURE DETAILS:**
- 10 Day Trial $4.90; followed by monthly subscription of $94.31.
- Delivery: 1-3 days via USPS.
- Refunds: 30 days

**SUMMARY:**
- Merchant is an online retailer of teeth whitener called Spark Whitening Direct. Products are advertised via www.sparkwhiteningdirect.com. Merchant provides trial / continuity and straight sales.
- Merchant using Verifi as a CRM.
- Account approved for $25K with 10% RR
- G2 SPM / GMA monitoring



**Snow Sale LLC**
4845 PEARL EAST CIR STE 101
Boulder, CO 80301

GREAT WESTERN BANK
78-873/914

2001

PAY TO THE
ORDER OF

$

DOLLARS

MEMO

⑈00 200 ⑈⑈⑈            96⑈2⑈

Snow Sale LLC                                                  2001

Snow Sale LLC                                                  2001

PPS Attachment J-6                                            PPSISL000375

Print Form



## MERCHANT ACCOUNT CHANGE REQUEST FORM

### CURRENT INFORMATION

DATE: 8/31/15          MID: ███████1657

DBA NAME: Spark Whitening Direct

LEGAL NAME: Snow Sale, LLC

DBA ADDRESS: 4845 Pearl East Circle, Ste. 101, Boulder, CO 80301

## CHANGE(S) REQUESTED (Please check all applicable)

___ DBA Name: _____

___ DBA Address: _____

___ DBA Phone Number: _____-_____-_____

___ DBA Fax Number: _____-_____-_____

___ Mailing Address: _____

___ Email Address: _____

___ Web Address: _____

### Bank Account Changes **Provide a Copy of a Pre-Printed Voided Check

X New Routing Number: ████████

X New Account Number: ████████2479

All changes that are requested must be signed by the person who signed the original merchant application. (Owner of the merchant account)

Print Name: Brian Lint

Signature: _____

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Snow Sale, LLC**
4845 Pearl East Circle, Suite 101
Boulder, CO 80301

BANK OF AMERICA, NA

1000

84-072/1224

PAY TO THE
ORDER OF _____ $

_____ DOLLARS

MEMO _____

**VOID**

⑈001000⑈ ⑆ ░░░░░░░░ 2479⑈

PPSISL000377

# PX11

## PPS Attachment K

## Snow Sale Account Documents

## MERCHANT APPLICATION

Merchant # _____

**GMA**
Global Merchant Advisors

☑ New Location ☐ Additional Location
11835 W. Olympic Blvd • Ste 650E • Los Angeles, CA 90064
Tel: 310.220.0624 • Fax: 310.602.6282
www.gmapay.com

*BHR*Bella At Home Results*

### Business Information

| Legal Name (as it appears on your income tax return): Snow Sale, LLC | Name of Account (Doing Business As): Bella at Home Results |
|---|---|
| Legal Address: 4845 Pearl East Circle, Ste. 101 | Physical Street Address (No P.O. Box): 4845 Pearl East Circle, Ste. 101 |

| City: Boulder | State: CO | Zip: 80301 | City: Boulder | | State: CO | Zip: 80301 |
|---|---|---|---|---|---|---|

| Phone #: ( 303 ) 544-2182 | Contact: Brian Lint | DBA Phone #: ( 877 ) 766-6239 | | Fax #: ( 303 ) 530-0771 |
|---|---|---|---|---|

| Must Choose One Mailing Address: ☐ DBA Address ☑ Legal Address | E-Mail Address: brian@bellaathomeresults.com | Website Address: www. bellaathomeresults.com |
|---|---|---|

| Federal Tax # 2|7|1|8|5|8|3|4|4| | # of Locations | Years In Business | Years Owned Business 4 |
|---|---|---|---|

| Place of Legal Formation: Colorado | Country of Primary Business Operations: USA |
|---|---|

| Bank Reference: Great Western Bank | Contact: Pat Walton | Phone #: ( 303 ) 225-7425 |
|---|---|---|

### Owners or Officers — Individual Ownership Must be Equal to or Greater than 50%

| Name: 1. Brian Lint | Title: Manager | Date of Birth: ███71 | Applicant's SS #: ████ | % Equity Ownership: 80 |
|---|---|---|---|---|

| Residence Address: 157 Horizon View Drive | City: Henderson | | State: NV | Zip: 89015 | # Years: 2 mos |
|---|---|---|---|---|---|

| US Government Issued ID#: ████ | Type of ID: DL | Expiration Date: ███17 | Country of Citizenship (if not US): | Home Phone: ████ |
|---|---|---|---|---|

| Name: 2 | Title: | Date of Birth: | Applicant's SS #: | % Equity Ownership |
|---|---|---|---|---|

| Residence Address | City | | State | Zip | # Years: |
|---|---|---|---|---|---|

| US Government Issued ID#: | Type of ID: | Expiration Date: mm/dd/yyyy | Country of Citizenship (if not US): | Home Phone: ( ) |
|---|---|---|---|---|

### Business Profile

Type of Ownership: ☐ Sole Proprietor ☐ Assoc/Estates/Trusts ☐ Joint Venture ☐ Government ☐ Corporation (Privately Traded) ☐ Corporation (Publicly Traded) ☐ Medical or Legal Corp ☐ Partnership ☐ Tax Exempt Org ☐ Single Member LLC ☑ Multi Member LLC ☐ Civic Assoc ☐ Limited Partnership ☐ Political Org ☐ Other _____

Type of Goods or Services Sold: *nutra*   SIC Code: *5968*

Do you currently accept Discover/Visa/Mastercard?  ☑ Yes ☐ No    Name of Current Processor: NMA, RMS, USMS

Has Merchant or any associated principal disclosed below filed bankruptcy or been subject to involuntary bankruptcy? ☐ Yes Date _____ ☑ No

### Sales Profile

Merchant Type: Discover/Visa/MasterCard Sales Profile

☐ Retail   Be Accurate.
☐ Restaurant   Card Swipe _____ %
☐ Lodging   Manual Key Entry with Imprint, _____
☐ Service   Card Present _____ %
☑ Internet   Mail Order/Telephone _____ %
☐ Home Based   Internet 100 %
☐ Other   Total % 100 %

### Business Trade Suppliers — List Two

| Name: Sunshine Health | Address: Oakland Park, FL | Contact: Ralph Morton | Phone #: ( 954 ) 493-5469 |
|---|---|---|---|

| Name: Verifi | Address: Los Angeles, CA | Contact: Shane Lynch | Phone #: ( 323 ) 655-5789 |
|---|---|---|---|

### Merchant Site Survey Report — To Be Completed by Sales Representative

Merchant Location: ☐ Retail Location with Store Front ☐ Office Building ☑ Internet ☐ Residence ☐ Other
Area Zoned: ☑ Commercial ☐ Industrial ☐ Residential   Square Footage: ☐ 0-250 ☐ 251-500 ☑ 501-2,000 ☐ 2,001+

Does the amount of inventory and merchandise on shelves and floor appear consistent with this type of business? ☑ Yes ☐ No
If No, explain:

The Merchant: ☐ Owns ☐ Leases the Business Premises   Landlord Name & Phone #: N/A

Further Comments by Inspector (Must Complete):

I hereby verify that this application has been fully completed by merchant applicant and that I have physically inspected the business premises of the merchant at this address and the information stated above is true and correct to the best of my knowledge and belief.

| Verified and Inspected by: *Rachel Leonard* | Office #: 12478   *310.696.1721* | Representative | Representative Signature: *Rachel Leonard* | Date: 5/12/14 |
|---|---|---|---|---|

Rev2 09/25/13
Page 1 of 13

**Global Merchant Advisors is a registered ISO/MSP of BMO Harris Bank, N.A., Chicago, IL.**

**Discover / Visa / Mastercard Standard Retail / High Risk Retail Rates**

| Merchant Chooses to accept the following: | |
|---|---|
| DISC/VS/MC (Other Cards) Discount Rate: | _____ |
| VS/MC Discount Rate for Debit Cards | _____ |

**Mail / Phone / Internet / Touchtone Rates**

| Merchant Chooses to accept the following: | |
|---|---|
| DISC/VS/MC (Other Cards) Discount Rate: | 4.25% |
| VS/MC Discount Rate for Debit Cards | 4.25% |

## Fees

| | | | |
|---|---|---|---|
| DISC/VS/MC Transaction Fee: | _____ | Per Item |
| Non-Bankcard Transaction Fee: | _____ | Per Item |
| Non-Bankcard: | % Discount Rate _____ | Per Item |
| Statement Fee: | _____ | Per Item |
| VIMAS Online Service: | _____ | Monthly |
| Monthly Minimum: | _____ | Monthly |
| Annual Fee | _____ | Per year |
| Debit Transaction Fee Plus Network Fees: | _____ | Per Item |
| EBT Transaction Fee: | _____ | Per Item |
| EBT Statement Fee: | _____ | Monthly |
| Batch Fee: | _____ | Per Batch |
| Manual Imprinter: | QTY: _____ $25.00 ~~$35.00~~ | One Time |
| Chargeback Fee: | $25.00 | Per Item ßC |
| ACH Reject Fee: | $25.00 | Per Item |
| Retrieval Fee: | $5.00 | Per Item |
| Voice Authorization Fee: | $0.95 | Per Call |
| Gateway Access Fee: | _____ | Monthly |
| AVS Surcharge: | _____ | Per Item |
| Government Compliance Fee: | $8.95 | Per Month |
| TIN Mismatch Fee: | $50.00 | Until Validated |
| DonateWiseNow Fee: | $4.95 | Per Month |
| Early Termination Fee: | $495.00 | One Time |

## Fees

| | | | |
|---|---|---|---|
| DISC/VS/MC Transaction Fee: | $.25 | Per Item |
| Non-Bankcard Transaction Fee: | $.25 | Per Item |
| Non-Bankcard: | % Discount Rate _____ | Per Item |
| Statement Fee: | $10 | Monthly |
| VIMAS Online Service: | 0 | Monthly |
| Monthly Minimum: | $150 | Monthly |
| Annual Fee | $99 | Per year |
| MOTO/Internet Surcharge: | 0 | Per Item |
| AVS Surcharge: | $.10 | Per Item |
| Batch Fee: | $1.00 | Per Batch |
| Manual Imprinter: | QTY: _____ 0 | One Time |
| Chargeback Fee: | $25.00 ~~$35.00~~ | Per Item ßC |
| ACH Reject Fee: | $25.00 | Per Item |
| Retrieval Fee: | $5.00 | Per Item |
| Voice Authorization Fee: | $0.95 | Per Call |
| Gateway Access Fee: | _____ | Monthly |
| Government Compliance Fee: | $8.95 | Per Month |
| TIN Mismatch Fee: | $50.00 | Until Validated |
| DonateWiseNow Fee: | $4.95 | Per Month |
| Early Termination Fee: | $495.00 | One Time |

| Misc Fees: | Start Mo/Yr: | Amount: | Terms: |
|---|---|---|---|
| #1 _____ | ___ ___ | _____ | _____ |
| #2 _____ | ___ ___ | _____ | _____ |
| #3 _____ | ___ ___ | _____ | _____ |
| #4 _____ | ___ ___ | _____ | _____ |
| #5 _____ | | % of Volume and/or $ _____ per item |

| Misc Fees: | Start Mo/Yr: | Amount: | Terms: |
|---|---|---|---|
| #1 B2 Set Up Fee | ___ ___ | $150 | _____ |
| #2 B2 Monthly Fee | ___ ___ | $150 | _____ |
| #3 _____ | ___ ___ | _____ | _____ |
| #4 _____ | ___ ___ | _____ | _____ |
| #5 _____ | | % of Volume and/or $ _____ per item |

1) I/We understand and agree that while my/our Discount Rate as stated above will be charged on most electronically authorized payment card transactions batched and closed daily, charges up to 5% higher than my discount rate may apply where additional criteria is not met. Examples of where higher rates may apply, include but are not limited to, MOTO, keyed in transactions, transactions without AVS, business and foreign card transactions (See Section 7.3 for further information on Discount Rates 2 and 3). 2) Pass-through Association fees include Visa Acquiring Processing Fee, Visa Misuse of Auth Fee, Visa International Service Assessment Fee (ISA), Visa Zero Floor Limit Fee, Visa International Acquirer Fee, MC Acquirer Program Support Fee, MC Cross Border Fee, and the MC Network Access and Brand Usage (NABU) Fee. Please visit the Associations' website for further details. 3) By checking the "Yes" checkbox, I acknowledge that I am using a third party to store, process or transmit cardholder data. ☐ Yes

Give name/address: (examples include, but not limited to hosting companies, shopping carts, Loyalty Programs, Electronic Data Capture). Please identify any software used for storing, transmitting or processing Card Transaction or Authorization requests.

## My Merchants Benefits Club

☑ The representative has explained the My Merchant Benefits Club program to me and I elect to opt out of the program. I understand I can opt into the program at any time and benefit from great deals, including equipment support and replacement per terminal/peripheral (where applicable), as well as great discounts for items such as car rentals, hotels, office supplies, health, legal services and more for my company and employees for an additional fee of $14.95 per month.

**Global Merchant Advisors is a registered ISO/MSP of BMO Harris Bank, N.A., Chicago, IL.**

## American Express

Estimated Annual American Express Charge Volume $ _____     Average Ticket $ _____

[ ] American Express ESA          Existing ESA SE _____                    Merchant CAP _____

                                  Discount Rate _____ %                          Per Transaction Fee $ _____

OR                                PrePaid Discount Rate _____ %                  PrePaid Per Transaction Fee $ _____

                                  [ ] $7.95/month option for merchants under $5,000 – mandatory for Internet-Physical Delivery, MO/TO and Home-Based
                                      regardless of volume (ESA program only)

[ ] New American Express OnePoint  Discount Rate _____ %                          Per Transaction Fee $ _____

                                  PrePaid Discount Rate _____ %                  PrePaid Per Transaction Fee $ _____

All fees are applicable to OnePoint and ESA unless otherwise stated.
Card Not Present (CNP) Fee:        0.30% Downgrade
Inbound Fee:                       0.40% Downgrade for all Cross-Border Transactions

By signing below, I represent that I have read and am authorized to sign and submit this application for the above entity, which agrees to be bound by the American Express® Card Acceptance Agreement ("Agreement"), and that all information provided herein is true, complete and accurate. I authorize Cynergy Data, LLC. and American Express Travel Related Services Company, Inc. ("AXP"), and AXP's agents and Affiliates to verify the information in this application and receive and exchange information about me personally, including by requesting reports from consumer reporting agencies from time to time, and disclose such information to their agent, subcontractors, Affiliates and other parties for any purpose permitted by law. I authorize and direct Cynergy Data, LLC. and AXP and AXP's agents and Affiliates to inform me directly, or inform the entity above, about the contents of reports about me that they have requested from consumer reporting agencies. Such information will include the name and address of the agency furnishing the report. I also authorize AXP to use the reports on me from consumer reporting agencies for marketing and administrative purposes. I am able to read and understand the English language. Please read the American Express Privacy Statement at http://www.americanexpress.com/privacy to learn more about how American Express protects your privacy and how American Express uses your information. I understand that I may opt out of marketing communications by visiting this website or contacting American Express at 1-800-528-5200.

I understand that upon AXP's approval of the application, the entity will be provided with the Agreement and materials welcoming it either to AXP's program for Cynergy Data, LLC. to perform services for AXP (OnePoint) or to AXP's standard Card acceptance program (ESA) which has different servicing terms (e.g. different speeds of pay).

If qualified for OnePoint, I acknowledge that Cynergy Data will provide merchant instructions on accessing the American Express Terms and Conditions (Agreement for American Express® Card Acceptance American Express OnePoint® Program) and the American Express Merchant Regulations – U.S. including any updates as they are made available via https://www.mybackofficetools.com/corporatesite/login.asp. Specific instructions will be delivered to the entity via a welcome letter that will be forthcoming upon account approval.

I understand that if the entity does not qualify for the Cynergy Data, LLC. servicing program that the entity may be enrolled in AXP's standard Card acceptance program, and the entity may terminate the Agreement. By accepting the American Express Card for the purchase of goods and/or services, or otherwise indicating its intention to be bound, the entity agrees to be bound by the Agreement.

Merchant Signature _____                    Date _____

## Debit/Credit Authorization – Includes voided check or bank letter verifying bank account information.

Merchant authorizes Cynergy Data, LLC. ("Processor") or BMO Harris Bank N.A. ("Bank") to present Automated Clearing House credits, Automated Clearing House debits, wire transfers, or depository transfer checks to and from the following account and to and from any other account for which Processor or Bank are authorized to perform such functions under the Merchant Processing Agreement, for the purposes set forth in the Merchant Processing Agreement. This authorization extends to such entries in said account concerning lease, rental or purchase agreements for POS terminals and/or accompanying equipment and/or check guarantee fees and amounts due for supplies and materials. This automated clearing House transaction cannot be revoked until all Merchant obligations under this agreement are satisfied, and Merchant gives Cynergy Data written notice of revocation.

DDA: ████9612                                                      ABA Routing ████████████

INVESTIGATIVE CONSUMER REPORT: An investigative or consumer report may be made in connection with application. MERCHANT authorizes BANK or any of its agents to investigate the references provided or any other statements or data obtained from MERCHANT, from any of the undersigned individual guarantor(s) or from any other person or entity with financial responsibilities under this agreement. You have a right, upon written request, to a complete and accurate disclosure of the nature and scope of the investigation requested. By signing below, or clicking I accept, Merchant represents that the information provided in this Application is true, complete and not misleading in any way.

| AVERAGE TICKET SIZE: $39.99 | AVERAGE MONTHLY VOLUME: $50,000.00 |
|---|---|

Each person certifies that the average ticket size and sales volume indicated is accurate and agrees that any transaction or monthly volume that exceeds either of the above amounts could result in delayed and/or withheld settlement of funds. Also, see paragraphs 5.4 and 15.3 of the MERCHANT Processing Agreement regarding suspension and termination of MERCHANT.

IMPORTANT NOTICE: All information contained in this application was completed, supplied and/or reviewed by the undersigned Merchant. Processor shall not be responsible for any change in printed terms unless specifically agreed to in writing by an officer of Processor and/or BMO Harris Bank N.A. Chicago, IL. By signing below, you are agreeing to the provisions stated within this merchant application, on the reverse side (the Merchant Agreement) and acknowledge receipt of the merchant operating guide. Those provisions must be read before signing. By signing below, you agree to the terms on the front and back of this MERCHANT Processing Agreement and the merchant operating guide.

## Individual Guaranty – No rules

As a primary inducement to Processor and Bank to enter into this Agreement, the undersigned Guarantor(s), by signing this Agreement, jointly and severally, unconditionally and irrevocably, personally guarantee the continuing full and faithful performance and payment by Merchant of each of its duties and obligations to Processor and Bank under this Agreement or any other agreement currently in effect or in the future entered into between Merchant or its principals and Processor or Bank, as such agreements now exist or are amended from time to time, with or without notice. Guarantor(s) understands further that Processor and Bank may proceed directly against Guarantor(s) without first exhausting their remedies against any other person or entity responsible to it or any security held by Processor and Bank or Merchant. This guarantee will not be discharged or affected by the death of the undersigned, will bind all heirs, administrators, representatives and assigns and may be enforced by or for the benefit of any successor of Processor and Bank. Guarantor(s) understand that the inducement to Processor and Bank to enter into this agreement is consideration for the guaranty, and that this guaranty remains in full force and effect even if the Guarantor(s) receive no additional benefit from the guaranty.

AGREED AND ACCEPTED:

X ~~signature~~                                         3/18/14
#1 From Application – Signature                         Date

X
#2 From Application – Signature                         Date

## For All Businesses – Business Resolution

The indicated officer(s) identified in numbers 1 and/or 2 below have the authorization to execute the MERCHANT Processing Agreement on behalf of the here within named business. MERCHANT UNDERSTANDS THAT THIS AGREEMENT SHALL NOT TAKE EFFECT UNTIL MERCHANT HAS BEEN APPROVED BY BANK AND A MERCHANT NUMBER IS ISSUED.

Snow Sale, LLC
Print Legal Name of Merchant Business

X ~~signature~~                                         3/18/14
#1 From Application – Signature                         Date

X
#2 From Application – Signature                         Date

X
Accepted by Processor                                   Date

X
Accepted by BMO Harris Bank N.A. Chicago, IL.           Date

**Global Merchant Advisors is a registered ISO/MSP of BMO Harris Bank, N.A., Chicago, IL**

Rev2. 09/25/13
Page 3 of 13

PPS Attachment K-3

PPSISL000043



Snow Sale LLC

2001

Snow Sale LLC

2001

PPS Attachment K-4

PPSISL000052



www.brockcpas.com



September 5, 2013


Blair McNea
Snow Sale, LLC
4845 Pearl East Circle, Suite 101
Boulder, CO  80301


Dear Blair:

Enclosed are your 2012 partnership tax returns, as follows...

2012 U.S. RETURN OF PARTNERSHIP INCOME

2012 COLORADO RETURN OF PARTNERSHIP INCOME

The returns were prepared from the information furnished by
you.  Please review before filing to ensure there are no
omissions or misstatements of material facts.

Your returns have been prepared for electronic filing.  You
must sign and return the efile authorization forms to our
office as explained in the filing instructions. Your copy
should be retained for your files for a minimum of three
years from the due date or extended due date of the return.

We sincerely appreciate the opportunity to serve you.  Please
contact us if you have any questions concerning the tax
returns.

Very truly yours,

BROCK AND COMPANY, CPAs. P.C.



# 2012 TAX RETURN FILING INSTRUCTIONS

### U.S. RETURN OF PARTNERSHIP INCOME

**FOR THE YEAR ENDING**

December 31, 2012

| | |
|---|---|
| **Prepared for** | Blair McNea<br>Snow Sale, LLC<br>4845 Pearl East Circle, Suite 101<br>Boulder, CO 80301 |
| **Prepared by** | Brock and Company, CPAs, P.C.<br>900 S Main Street, Suite 200<br>Longmont, CO 80501 |
| **To be signed and dated by** | A general partner |
| **Amount of tax** | Not applicable |
| **Mail tax return to** | This return has been prepared for electronic filing.  To have it transmitted electronically to the IRS, please sign, date, and return Form 8879-PE to our office.  We will then submit your electronic return. |
| **Forms to be distributed to partners** | |
| **Return must be mailed on or before** | Not applicable |
| **Special Instructions** | Do not mail the paper copy of the return to the IRS.<br><br>You should provide a paper copy of the Schedules K-1 to the respective partners immediately.  If you choose to distribute these schedules electronically, you must distribute them in accordance with the specific requirements contained in IRS Revenue Procedure 2012-17, which generally requires the prior written consent of the partner.  Please contact us if you need assistance regarding these requirements. |

Form **1065**

Department of the Treasury
Internal Revenue Service

# U.S. Return of Partnership Income

For calendar year 2012, or tax year beginning _____ , ending _____ , _____

**EXTENSION GRANTED TO 09/16/13**

OMB No. 1545-0099

**2012**

| | | |
|---|---|---|
| **A** Principal business activity<br>CREDIT CARD<br>PROCESSING | Name of partnership<br>**SNOW SALE, LLC** | **D** Employer identification number<br>**27-1858344** |
| **B** Principal product or service<br>CREDIT CARD<br>PROCESSING | Print<br>or<br>type. Number, street, and room or suite no. If a P.O. box, see the instructions.<br>**4845 PEARL EAST CIRCLE, SUITE 101** | **E** Date business started<br>**01/21/2010** |
| **C** Business code number<br>**525990** | City or town, state, and ZIP code<br>**BOULDER**                    **CO 80301** | **F** Total assets<br>$   **11,724.** |

**G** Check applicable boxes: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change **(5)** ☐ Amended return
**(6)** ☐ Technical termination - also check (1) or (2)

**H** Check accounting method: **(1)** ☐ Cash **(2)** ☒ Accrual **(3)** ☐ Other (specify) ▶ _____

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶    **2**

**J** Check if Schedules C and M-3 are attached .................................................................................... ☐

**Caution.** *Include only* trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

| | | | | |
|---|---|---|---|---:|
| **Income** | **1 a** Gross receipts or sales | **1a** | 807,533. | |
| | **b** Returns and allowances | **1b** | 107,743. | |
| | **c** Balance. Subtract line 1b from line 1a | | **1c** | 699,790. |
| | **2** Cost of goods sold (attach Form 1125-A) | | **2** | |
| | **3** Gross profit. Subtract line 2 from line 1c | | **3** | 699,790. |
| | **4** Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | | **4** | |
| | **5** Net farm profit (loss) (attach Schedule F (Form 1040)) | | **5** | |
| | **6** Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | **6** | |
| | **7** Other income (loss) (attach statement) | | **7** | |
| | **8** Total income (loss). Combine lines 3 through 7 | | **8** | 699,790. |
| **Deductions (see the instructions for limitations)** | **9** Salaries and wages (other than to partners) (less employment credits) | | **9** | 3,000. |
| | **10** Guaranteed payments to partners | | **10** | |
| | **11** Repairs and maintenance | | **11** | |
| | **12** Bad debts | | **12** | |
| | **13** Rent | | **13** | 2,031. |
| | **14** Taxes and licenses                SEE STATEMENT 1 | | **14** | 347. |
| | **15** Interest | | **15** | |
| | **16 a** Depreciation (if required, attach Form 4562) | **16a** | | |
| | **b** Less depreciation reported on Form 1125-A and elsewhere on return | **16b** | | **16c** |
| | **17** Depletion (Do not deduct oil and gas depletion.) | | **17** | |
| | **18** Retirement plans, etc. | | **18** | |
| | **19** Employee benefit programs | | **19** | |
| | **20** Other deductions (attach statement)          SEE STATEMENT 2 | | **20** | 695,131. |
| | **21** Total deductions. Add the amounts shown in the far right column for lines 9 through 20 | | **21** | 700,509. |
| | **22** Ordinary business income (loss). Subtract line 21 from line 8 | | **22** | -719. |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member manager) is based on all information of which preparer has any knowledge.

▶ _____
Signature of general partner or limited liability company member manager

▶ _____  Date

May the IRS discuss this return with the preparer shown below (see instr.)?   ☒ Yes   ☐ No

**Paid Preparer Use Only**

| | | |
|---|---|---|
| Print/Type preparer's name<br>**CRAIG CHANEY** | Preparer's signature | Date | Check ☐ if self-employed | PTIN<br>**P00163210** |
| Firm's name ▶ **BROCK AND COMPANY, CPAS, P.C.** | | Firm's EIN ▶ **84-0930288** |
| Firm's address ▶ **900 S MAIN STREET, SUITE 200**<br>**LONGMONT, CO 80501** | | Phone no. **303-776-2160** |

**LHA   For Paperwork Reduction Act Notice, see separate instructions.**

Form **1065** (2012)

211001
12-31-12

PPS Attachment K-7

Form 1065 (2012) **SNOW SALE, LLC**                                    27-1858344  Page **2**

| Schedule B | Other Information | | | Yes | No |
|---|---|---|---|---|---|

**1** What type of entity is filing this return? Check the applicable box:

a ☐ Domestic general partnership     b ☒ Domestic limited partnership

c ☐ Domestic limited liability company  d ☐ Domestic limited liability partnership

e ☐ Foreign partnership            f ☐ Other ▶

| | | Yes | No |
|---|---|---|---|
| **2** | At any time during the tax year, was any partner in the partnership a disregarded entity, a partnership (including an entity treated as a partnership), a trust, an S corporation, an estate (other than an estate of a deceased partner), or a nominee or similar person? | X | |
| **3** | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | X | |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| **4** | At the end of the tax year, did the partnership: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **5** | Did the partnership file Form 8893, Election of Partnership Level Tax Treatment, or an election statement under section 6231(a)(1)(B)(ii) for partnership-level tax treatment, that is in effect for this tax year? See Form 8893 for more details | | X |
| **6** | Does the partnership satisfy **all four** of the following conditions? | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item L on Schedule K-1. | | |
| **7** | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| **8** | During the tax year, did the partnership have any debt that was cancelled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| **9** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| **10** | At any time during calendar year 2012, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for Form TD F 90-22.1, Report of Foreign Bank and Financial Accounts. If "Yes," enter the name of the foreign country. ▶ | | X |

Form **1065** (2012)

Form 1065 (2012)  SNOW SALE, LLC                                              27-1858344   Page **3**

| **Schedule B** | **Other Information** *(continued)* | | Yes | No |
|---|---|---|---|---|

| | | | Yes | No |
|---|---|---|---|---|
| 11 | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | | X |
| 12a | Is the partnership making, or had it previously made (and not revoked), a section 754 election? See instructions for details regarding a section 754 election. | | | X |
| b | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | | X |
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | | X |
| 13 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly-owned by the partnership throughout the tax year) ▶ ☐ | | | |
| 14 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | | X |
| 15 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities, enter the number of Forms 8858 attached. See instructions ▶ | | | |
| 16 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership. ▶ | | | X |
| 17 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return. ▶ | | | |
| 18a | Did you make any payments in 2012 that would require you to file Form(s) 1099? See instructions | | | X |
| b | If "Yes," did you or will you file required Form(s) 1099? | | | |
| 19 | Enter the number of Form(s) 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return. ▶ | | | |
| 20 | Enter the number of partners that are foreign governments under section 892. ▶ | | | |

**Designation of Tax Matters Partner** (see instructions)

Enter below the general partner or member-manager designated as the tax matters partner (TMP) for the tax year of this return:

| Name of designated TMP ▶ | SASSY SMILE, LLC | Identifying number of TMP ▶ 27-1857779 |
|---|---|---|
| If the TMP is an entity, name of TMP representative ▶ | BLAIR MCNEA | Phone number of TMP ▶ |
| Address of designated TMP ▶ | 6260 LOOKOUT ROAD BOULDER, CO 80301 | |

Form **1065** (2012)

211021
12-31-12

PPS Attachment K-9

PPSISL000060

**SCHEDULE B-1**
**(Form 1065)**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Information on Partners Owning 50% or More of the Partnership

▶ **Attach to Form 1065. See instructions.**

OMB No. 1545-0099

| Name of partnership | Employer identification number |
|---|---|
| SNOW SALE, LLC | 27-1858344 |

**Part I**    **Entities Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 3a)

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, tax-exempt organization, or any foreign government that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| SASSY SMILE, LLC | 27-1857779 | LLC | UNITED STATES | 99.00 |
| CONVERTIS, LLC | 20-4673205 | PARTNERSHIP | UNITED STATES | 99.00 |
| CONVERTIS MARKETING, LLC | 27-0292175 | PARTNERSHIP | UNITED STATES | 99.00 |
| | | | | |
| | | | | |
| | | | | |

**Part II**    **Individuals or Estates Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 3b)

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

LHA   **For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**      **Schedule B-1 (Form 1065)** (Rev. 12-2011)

224551
05-01-12

PPS Attachment K-10

PPSISL000063

651112

**Schedule K-1**
**(Form 1065)**

Department of the Treasury
Internal Revenue Service

**2012**

For calendar year 2012, or tax
year beginning _____
ending _____

**Partner's Share of Income, Deductions,
Credits, etc.**  ▶ See separate instructions.

☐ Final K-1  ☐ Amended K-1   OMB No. 1545-0099

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | |
|---|---|
| 1 Ordinary business income (loss) **-712.** | 15 Credits |
| 2 Net rental real estate income (loss) | |
| 3 Other net rental income (loss) | 16 Foreign transactions |
| 4 Guaranteed payments | |
| 5 Interest income | |
| 6a Ordinary dividends | |
| 6b Qualified dividends | 17 Alternative min tax (AMT) items |
| 7 Royalties | |
| 8 Net short-term capital gain (loss) | 18 Tax-exempt income and nondeductible expenses |
| 9a Net long-term capital gain (loss) | |
| 9b Collectibles (28%) gain (loss) | 19 Distributions |
| 9c Unrecaptured sec 1250 gain | |
| 10 Net section 1231 gain (loss) | 20 Other information |
| 11 Other income (loss) | |
| 12 Section 179 deduction | |
| 13 Other deductions | |
| 14 Self-employment earnings (loss) A **-712.** C **692,792.** | |

*See attached statement for additional information.

---

| Part I | Information About the Partnership |
|---|---|

**A** Partnership's employer identification number
27-1858344

**B** Partnership's name, address, city, state, and ZIP code

SNOW SALE, LLC
4845 PEARL EAST CIRCLE, SUITE 101
BOULDER, CO 80301

**C** IRS Center where partnership filed return
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

| Part II | Information About the Partner |
|---|---|

**E** Partner's identifying number
27-1857779

**F** Partner's name, address, city, state, and ZIP code

SASSY SMILE, LLC
6260 LOOKOUT ROAD
BOULDER, CO 80301

**G** ☒ General partner or LLC member-manager  ☐ Limited partner or other LLC member

**H** ☒ Domestic partner  ☐ Foreign partner

**I1** What type of entity is this partner?  **PARTNERSHIP**

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 99.0000000% | 99.0000000% |
| Loss | 99.0000000% | 99.0000000% |
| Capital | 99.0000000% | 99.0000000% |

**K** Partner's share of liabilities at year end:

| | | |
|---|---|---|
| Nonrecourse | $ | |
| Qualified nonrecourse financing | $ | |
| Recourse | $ | 169,866. |

**L** Partner's capital account analysis:

| | | |
|---|---|---|
| Beginning capital account | $ | -156,454. |
| Capital contributed during the year | $ | |
| Current year increase (decrease) | $ | -712. |
| Withdrawals & distributions | $( | ) |
| Ending capital account | $ | -157,166. |

☐ Tax basis  ☒ GAAP  ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes  ☒ No
If "Yes", attach statement (see instructions)

For IRS Use Only

211261
01-03-13  LHA  **For Paperwork Reduction Act Notice, see Instructions for Form 1065.**   IRS.gov/form1065   **Schedule K-1 (Form 1065) 2012**
PPS Attachment K-11   PPSISL000066   1

651112

**Schedule K-1**
**(Form 1065)**

Department of the Treasury
Internal Revenue Service

## 2012

For calendar year 2012, or tax
year beginning _____
ending _____

**Partner's Share of Income, Deductions,
Credits, etc.**    ▶ See separate instructions.

☐ Final K-1   ☐ Amended K-1    OMB No. 1545-0099

**Part III   Partner's Share of Current Year Income,
Deductions, Credits, and Other Items**

| | |
|---|---|
| **1** Ordinary business income (loss) | **15** Credits |
| -7. | |
| **2** Net rental real estate income (loss) | |
| | **16** Foreign transactions |
| **3** Other net rental income (loss) | |
| **4** Guaranteed payments | |
| **5** Interest income | |
| **6a** Ordinary dividends | |
| | **17** Alternative min tax (AMT) items |
| **6b** Qualified dividends | |
| **7** Royalties | |
| | **18** Tax-exempt income and nondeductible expenses |
| **8** Net short-term capital gain (loss) | |
| **9a** Net long-term capital gain (loss) | |
| **9b** Collectibles (28%) gain (loss) | **19** Distributions |
| **9c** Unrecaptured sec 1250 gain | |
| | **20** Other information |
| **10** Net section 1231 gain (loss) | |
| **11** Other income (loss) | |

### Part I   Information About the Partnership

**A** Partnership's employer identification number
27-1858344

**B** Partnership's name, address, city, state, and ZIP code

SNOW SALE, LLC
4845 PEARL EAST CIRCLE, SUITE 101
BOULDER, CO  80301

**C** IRS Center where partnership filed return
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II   Information About the Partner

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code

BRIAN LINT

LONGMONT, CO 80501

**G** ☐ General partner or LLC
member-manager    ☒ Limited partner or other LLC member

**H** ☒ Domestic partner    ☐ Foreign partner

**I1** What type of entity is this partner?   INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here .......... ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 1.0000000% | 1.0000000% |
| Loss | 1.0000000% | 1.0000000% |
| Capital | 1.0000000% | 1.0000000% |

**K** Partner's share of liabilities at year end:

| | |
|---|---|
| Nonrecourse | $ |
| Qualified nonrecourse financing | $ |
| Recourse | $          0. |

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $      -1,620. |
| Capital contributed during the year | $ |
| Current year increase (decrease) | $          -7. |
| Withdrawals & distributions | $( ) |
| Ending capital account | $      -1,627. |

☐ Tax basis   ☒ GAAP   ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If "Yes", attach statement (see instructions)

**12** Section 179 deduction

**13** Other deductions

**14** Self-employment earnings (loss)
A          0.

*See attached statement for additional information.

For IRS Use Only



**TransUnion.**     TRANSUNION CONSUMER CREDIT REPORT

| Subscriber Name: | GLOBAL MERCH |
| Subscriber Code/Market: | F 5756620 12 01 |
| Results Issued: | 4/21/14 15:10 CT |

**INPUT PARAMETERS FOR PRIMARY SUBJECT**

| Reference ID: | |
| SSN: | |
| Name: | Lint, Brian |
| Current Address: | |
| | Henderson NV.89015 |

LINT , BRIAN  J.

**Also Known As:**          **SSN:**          **Phone:**          **In File Since:**  5/91

          **Date of Birth:**   /71

| Current Address: | Previous Address: | Previous Address: |
|---|---|---|
| HENDERSON NV. 89015 | BERTHOUD CO. 80513 | LONGMONT CO. 80504 |
| Reported 2/14 | Reported 5/12 | |

**EMPLOYMENT**

**REVGUARD LLC**          **Position:**   DIRECTOR OF O          **Start:**          **In File Since:**  12/13

          **End:**          **Effective:**  12/13

**SCORING**

| Type | Score | Explanation |
|---|---|---|

**CREDIT INFORMATION   Summary   (Total History)**

Print Form



## MERCHANT ACCOUNT CHANGE REQUEST FORM

### CURRENT INFORMATION

DATE: 8/31/15                    MID: ████3012

DBA NAME: Bells at Home Results

LEGAL NAME: Snow Sale, LLC

DBA ADDRESS: 4845 Pearl East Circle, Ste. 101, Boulder, CO 80301

## CHANGE(S) REQUESTED (Please check all applicable)

___ DBA Name: _____

___ DBA Address: _____

___ DBA Phone Number:         _____-_____-_____

___ DBA Fax Number:         _____-_____-_____

___ Mailing Address: _____

___ Email Address: _____

___ Web Address: _____

### Bank Account Changes **Provide a Copy of a Pre-Printed Voided Check

X New Routing Number: ████████

X New Account Number: ████████ 2479

All changes that are requested must be signed by the person who signed the original merchant application. (Owner of the merchant account)

Print Name: Brian Lint

Signature: _____

CASH ONLY IF ALL ChecoLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Snow Sale, LLC**
4845 Pearl East Circle, Suite 101
Boulder, CO 80301

BANK OF AMERICA, NA

1000

04-072/1224

PAY TO THE
ORDER OF _____ $

_____ DOLLARS

VOID

MEMO

001000

2479

PPSISL000148

# PX11

## PPS Attachment L

## Solid Ice Account Documents

## MERCHANT APPLICATION

**GMA**
**Global Merchant Advisors**

Merchant # _____
☑ New Location ☐ Additional Location

**3000 S. Robertson Blvd • Ste 295 • Los Angeles, CA 90034**
**310-220-0624 • Fax 310-802-6282**
**www.globalmerchantadvisors.com**

Merchant Accepts Donate Wise Now® ☐ Yes ☐ No

By checking yes and signing this application and agreement, you indicate your acceptance of the Greenwise GreenSuite and DonateWiseNow Program terms and conditions.

### Business Information
Note: Failure to provide accurate information may result in a withholding of merchant funding per IRS regulations. (See Terms and Conditions for further information)

| Legal Name (as it appears on your income tax return): | Name of Account (Doing Business As): |
|---|---|
| Solid Ice, LLC | Action Pro Online |

| Legal Address: | Physical Street Address (No P.O. Box): |
|---|---|
| 1166 E. Warner Rd., Ste. 101 | 1166 E. Warner Rd., Ste. 101 |

| City: | State: | Zip: | City: | State: | Zip: |
|---|---|---|---|---|---|
| Gilbert | AZ | 85296 | Gilbert | AZ | 85296 |

| Phone #: ( 480 ) 719-7997 | Contact: Christy Gould | DBA Phone #: ( 866 ) 711-2832 | | Fax #: |
|---|---|---|---|---|

| Must Choose One Mailing Address: ☐ DBA Address  ☑ Legal Address | E-Mail Address: christy@actionproonline.com | Website Address: www. actionproonline.com |
|---|---|---|

| Federal Tax # (as it appears on your income tax return): 4 5 5 0 7 6 1 9 6 | # of Locations 1 | Years in Business 8 mos | Years Owned Business 8mos |
|---|---|---|---|

| Place of Legal Formation: Arizona | Country of Primary Business Operations: USA |
|---|---|

| Bank Reference: JP Morgan Chase | Contact: Joe Rodriguez | Phone #: ( 480 ) 970-7097 |
|---|---|---|

### Owners or Officers • Individual Ownership Must be Equal to or Greater than 50%

| Name: 1. Christy Gould | Title: Manager | Date of Birth: ███ 1988 | Applicant's SS #: ███ | % Equity Ownership: 80 |
|---|---|---|---|---|

| Residence Address: ████ | City: Superior | State: CO | Zip: 80027 | # Years: 1 |
|---|---|---|---|---|

| US Government Issued ID#: ████ | Type of ID: Driver's License | Expiration Date: 10/28/2017 | Country of Citizenship (if not US): | Home Phone: ████ |
|---|---|---|---|---|

| Name: 2. | Title: | Date of Birth: | Applicant's SS #: | % Equity Ownership: |
|---|---|---|---|---|

| Residence Address: | City: | State: | Zip: | # Years: |
|---|---|---|---|---|

| US Government Issued ID#: | Type of ID: | Expiration Date: | Country of Citizenship (if not US): | Home Phone: ( ) |
|---|---|---|---|---|

### Business Profile

Type of Ownership: ☐ Sole Proprietor ☐ Assoc/Estates/Trusts ☐ Joint Venture ☐ Government ☐ Corporation (Privately Traded) ☐ Corporation (Publicly Traded) ☐ Medical or Legal Corp ☐ Partnership ☐ Tax Exempt Org ☑ Single Member LLC ☐ Multi Member LLC ☐ Civic Assoc ☐ Limited Partnership ☐ Political Org ☐ Other:_____

Type of Goods or Services Sold: at home teeth whitening kits   SIC Code: 5468

Do you currently accept Discover ®/Visa/Mastercard? ☑ Yes ☐ No   Name of Current Processor: Meritus
(If yes, you should submit 3 current month's statements.)

Has Merchant or any associated principal disclosed below filed ☐ Yes Date:_____
bankruptcy or been subject to involuntary bankruptcy? ☑ No

### Sales Profile

| Merchant Type: | Discover/Visa/MasterCard Sales Profile (Be Accurate) | |
|---|---|---|
| ☐ Retail | | |
| ☐ Restaurant | Card Swipe | % |
| ☐ Lodging | Manual Key Entry with Imprint, Card Present | % |
| ☐ Service | Mail Order/Telephone | % |
| ☑ Internet | Internet | 100 % |
| ☐ Home Based | Total = | 100% |
| ☐ Other | | |

### Business Trade Suppliers • List Two

| Name: Sunshine Health | Address: Oakland Park, FL | Contact: Cathie Rhames | Phone #: ( 954 ) 493-5469 |
|---|---|---|---|
| Name: Oratech | Address: Salt Lake City, UT | Contact: Brandi Simpson | Phone #: ( 801 ) 553-4206 |

### Merchant Site Survey Report • To Be Completed by Sales Representative

Merchant Location: ☐ Retail Location with Store Front ☐ Office Building ☐ Internet ☐ Residence ☐ Other:_____
Area Zoned: ☐ Commercial ☐ Industrial ☐ Residential   Square Footage: ☐ 0-250 ☐ 251-500 ☐ 501-2,000 ☐ 2,001+

Does the amount of inventory and merchandise on shelves and floor appear consistent with this type of business? ☐ Yes ☐ No
If No, explain:

The Merchant: ☐ Owns   ☐ Leases the Business Premises   Landlord Name & Phone #: DaVinci

Further Comments by Inspector (Must Complete): 828. 863. 3423

I hereby verify that this application has been fully completed by merchant applicant and that I have physically inspected the business premises of the merchant at this address and the information stated above is true and correct to the best of my knowledge and belief.

| Verified and Inspected by: X | Office #: | Representative #: | Representative Signature: X | Date: 4/20/17 |
|---|---|---|---|---|

White Copy - Bank • Pink Copy - Merchant
**Global Merchant Advisors is a registered ISO/MSP of BMO Harris Bank. N.A., Chicago, IL**

PPSIGL00006   Page 1 of 10   Rev2. 10/01/2011

## Discover / Visa / Mastercard Standard Retail / High Risk Retail Rates

Merchant Chooses to accept the following:

| | | |
|---|---|---|
| DISC/VS/MC (Other Cards) Discount Rate | | % |
| VS/MC Discount Rate for Debit Cards | | % |
| AMEX Discount Rate | | % |

## Mail / Phone / Internet / Touchtone Rates

Merchant Chooses to accept the following:

| | | |
|---|---|---|
| DISC/VS/MC (Other Cards) Discount Rate | 3.99 | % |
| VS/MC Debit Card Discount Rate | 3.99 | % |
| AMEX Discount Rate | $7.95 Monthly | |

## Fees

| | | |
|---|---|---|
| DISC/VS/MC Transaction Fee | | Per Item |
| Non-Bankcard Transaction Fee | | Per Item |
| Internet Fee | | Monthly |
| VIMAS Online Service | | Monthly |
| Monthly Minimum | | Monthly |
| Annual Fee | | Per Year |
| Debit Transaction Fee Plus Network Fees | | Per Item |
| EBT Transaction Fee | | Per Item |
| EBT Statement Fee | | Monthly |
| Batch Fee | | Per Batch |
| Manual Imprinter | QTY: | One Time |
| Chargeback Fee | $35.00 | Per Item |
| ACH Reject Fee | $25.00 | Per Item |
| Retrieval Fee | $5.00 | Per Item |
| Voice Authorization Fee | $0.95 | Per Call |
| Gateway Access Fee | | Monthly |
| AVS Surcharge | | Per Item |
| Government Compliance Fee | $6.95 | Monthly |
| TIN Mismatch Fee | $325.00 | Until Validated |
| Early Termination Fee | $495.00 | One Time |

## Fees

| | | |
|---|---|---|
| DISC/VS/MC Transaction Fee | | Per Item |
| Non-Bankcard Transaction Fee | | Per Item |
| Statement Fee | $10.00 | Per Item |
| VIMAS Online Service | | Monthly |
| Monthly Minimum | | Monthly |
| Annual Fee | 99 | Per Year |
| MOTO Internet Surcharge | | Per Item |
| AVS Surcharge | .10 | Per Item |
| Batch Fee | .25 | Per Batch |
| Manual Imprinter | QTY: | One Time |
| Chargeback Fee | $35.00 | Per Item |
| ACH Reject Fee | $25.00 | Per Item |
| Retrieval Fee | $5.00 | Per Item |
| Voice Authorization Fee | $0.95 | Per Call |
| Gateway Access Fee | | Monthly |
| Government Compliance Fee | $6.95 | Monthly |
| TIN Mismatch Fee | $325.00 | Until Validated |
| Early Termination Fee | $495.00 | One Time |

| Misc Fees: | Start Mo/Yr | Amount | Terms |
|---|---|---|---|
| | | | |

| Misc Fees: | Start Mo/Yr | Amount | Terms |
|---|---|---|---|
| G2 SPM - Setup Fee | | $150.00 | One Time |
| G2 SPM - Monthly Fee | | $150.00 | Monthly |

## Merchant Benefits Club

Yes, I want to participate in the optional Merchant Benefits Club which includes equipment support and replacement for an additional $14.99 per terminal/peripheral per month. Initials X

## American Express

By signing below, I represent that I have read and am authorized to sign and submit this application...

## Debit/Credit Authorization • Include a voided check or bank letter verifying bank account information

Merchant authorizes Cynergy Data, LLC ("Processor") or BMO Harris Bank, N.A. to present Automated Clearing House credits...

| DDA: | ABA Routing: |
|---|---|

INVESTIGATIVE CONSUMER REPORT: An investigative or consumer report may be made in connection with application...

**AVERAGE TICKET SIZE:** 38.00     **AVERAGE MONTHLY VOLUME:** 50,000

Each person certifies that the average ticket size and sales volume indicated is accurate...

IMPORTANT NOTICE: All information contained in this application was completed and/or reviewed by the undersigned Merchant Processor...

## Individual Guaranty • No Titles

As a primary inducement to Processor and Bank to enter into this Agreement, the undersigned Guarantor(s), by signing this Agreement, jointly and severally, unconditionally and irrevocably, personally guarantee the continued full and faithful performance and payment by Merchant of each of its duties and obligations to Processor and Bank under this Agreement...

**AGREED AND ACCEPTED**

x _Christa J. Soule_     11/13/2012
#1 From Application - Signature     Date

x _____     _____
#2 From Application - Signature     Date

## For All Businesses • Business Resolution

The indicated officer(s) identified in numbers 1 and/or 2 below have the authorization to execute the MERCHANT Processing Agreement on behalf of the here within named business **MERCHANT UNDERSTANDS THAT THIS AGREEMENT SHALL NOT TAKE EFFECT UNTIL MERCHANT HAS BEEN APPROVED BY BANK AND A MERCHANT NUMBER IS ISSUED.**

Solid Ice, LLC
Print Legal Name of Merchant Business

x _Christa J. Soule_     11/13/2012
#1 From Application - Signature     Date

x _____     _____
#2 From Application - Signature     Date

X _____     _____
Accepted by Processor

X _____     _____
Accepted by BMO Harris Bank, N.A., Chicago, IL.     Date

PPS Attachment L-2     PPSISL000002
**Global Merchant Advisors is a registered ISO/MSP of BMO Harris Bank, N.A., Chicago, IL**
Rev2 10/01/2011



**Solid Ice, LLC**
1166 E Warner Road, Suite 101
Gilbert, AZ 85296

**JPMORGAN CHASE BANK, NA**
Arizona
91-002/1221

1000

PAY TO THE
ORDER OF

$

DOLLARS

MEMO

Solid Ice, LLC

1000

Solid Ice, LLC

1000



Print Form



## MERCHANT ACCOUNT CHANGE REQUEST FORM

### CURRENT INFORMATION

DATE: 09/02/15          MID: _____7086

DBA NAME: Action Pro Online

LEGAL NAME: Solid Ice, LLC

DBA ADDRESS: 1910 S. Stapley Drive, Suite 221 Mesa, AZ 85204

## CHANGE(S) REQUESTED (Please check all applicable)

___ DBA Name: _____

___ DBA Address: _____

_____

___ DBA Phone Number: _____-_____-_____

___ DBA Fax Number: _____-_____-_____

___ Mailing Address: _____

___ Email Address: _____

___ Web Address: _____

## Bank Account Changes **Provide a Copy of a Pre-Printed Voided Check

X New Routing Number: _____

X New Account Number: _____2024

**All changes that are requested must be signed by the person who signed the original merchant application. (Owner of the merchant account)**

Print Name: Christy Megalo

Signature: *Christina J. Megalo*

SOLID ICE LLC
1910 S STAPLEY DR STE 221
MESA AZ 85204-6680

1001

DATE

PAY TO THE
ORDER OF _____ | $

_____ DOLLARS

**us bank.**   All of us serving you®

VOID

MEMO _____

⑆20 24⑆ 1001⑆

PX11

PPS Attachment M

Thunder Avenue Account Documents

# MERCHANT APPLICATION

**GMA**
Global Merchant Advisors

Merchant # _____

☑ New Location   ☐ Additional Location

11835 W. Olympic Blvd • Ste 650E • Los Angeles, CA 90064
Tel: 310.220.0624 • Fax: 310.602.6282
www.gmapay.com

*ONT \* Dental Pro At Home*

## ► Business Information

| | |
|---|---|
| Legal Name (as it appears on your income tax return): Thunder Avenue, LLC | Name of Account (Doing Business As): Dental Pro at Home Marketing |
| Legal Address: 100 Fillmore Avenue, 5th Floor | Physical Street Address (No P.O. Box): 100 Fillmore Avenue, 5th Floor |
| City: Denver | State: CO | Zip: 80203 | City: Denver | State: CO | Zip: 80203 |
| Phone #: (720) 895-1414   Contact: Marnie Baesler | DBA Phone #: (888) 447-0303 | Fax #: (303) 530-0771 |
| Must Choose One Mailing Address:  E-Mail Address: ☐ DBA Address ☑ Legal Address  marnie@dentalproathomemar | Website Address: www. dentalproathomemarketing.com |
| Federal Tax #: 2 6 3 2 8 0 7 9 | # of Locations: 1 | Years in Business: 5 | Years Owned Business: 5 |
| Place of Legal Formation: Colorado | Country of Primary Business Operations: USA |
| Bank Reference: TCF | Contact: | Phone #: (303) 823-2265 |

## ► Owners or Officers — Individual Ownership Must be Equal to or Greater than 50%

| Name: 1. Marnie Baesler | Title: Manager | Date of Birth: ▓68 | Applicant's SS #: ▓▓ | % Equity Ownership: 80 |
|---|---|---|---|---|
| Residence Address: 976 e. 132nd Circle | City: Thornton | | State: CO | Zip: 80241 | # Years: 5 |
| US Government Issued ID#: ▓▓ | Type of ID: dl | Expiration Date: ▓2015 | Country of Citizenship (if not US): | Home Phone: ▓▓ |
| Name: 2. | Title: | Date of Birth: | Applicant's SS #: | % Equity Ownership: |
| Residence Address: | City: | | State: | Zip: | # Years: |
| US Government Issued ID#: | Type of ID: | Expiration Date: mm/dd/yyyy | Country of Citizenship (if not US): | Home Phone: ( ) |

## ► Business Profile

**Type of Ownership:** ☐ Sole Proprietor  ☐ Assoc/Estates/Trusts  ☐ Joint Venture  ☐ Government
☐ Corporation (Privately Traded)  ☐ Corporation (Publicly Traded)  ☐ Medical or Legal Corp
☐ Partnership  ☐ Tax Exempt Org  ☐ Single Member LLC  ☑ Multi Member LLC  ☐ Civic Assoc
☐ Limited Partnership  ☐ Political Org  ☐ Other _____

Type of Goods or Services Sold: at home teeth whitening

SIC Code: 5968

Do you currently accept Discover/Visa/Mastercard? ☑ Yes ☐ No

Name of Current Processor: 4108

Has Merchant or any associated principal disclosed below filed ☐ Yes Date: _____
bankruptcy or been subject to involuntary bankruptcy? ☑ No

## ► Sales Profile

Merchant Type:
☐ Retail
☐ Restaurant
☐ Lodging
☐ Service
☑ Internet
☐ Home Based
☐ Other

| Discover/Visa/MasterCard Sales Profile | |
|---|---|
| Be Accurate: | |
| Card Swipe | % |
| Manual Key Entry with Imprint, | % |
| Card Present | % |
| Mail Order/Telephone | % |
| Internet | 100 % |
| **Total =** | **100 %** |

## ► Business Trade Suppliers — List Two

| Name: Sunshine Health | Address: Oakland Park, FL | Contact: Ralph Morton | Phone #: (954) 493-5469 |
|---|---|---|---|
| Name: Verili | Address: | Contact: Shane Lynch | Phone #: (323) 655-5789 |

## ► Merchant Site Survey Report — To Be Completed by Sales Representative

Merchant Location: ☑ Retail Location with Store Front  ☐ Office Building  ☑ Internet  ☐ Residence  ☐ Other
Area Zoned: ☑ Commercial  ☐ Industrial  ☑ Residential   Square Footage: ☐ 0-250  ☐ 251-500  ☑ 501-2,000  ☐ 2,001+

Does the amount of inventory and merchandise on shelves and floor appear consistent with this type of business? ☑ Yes ☐ No
If No, explain: _____

The Merchant: ☑ Owns  ☐ Leases the Business Premises   Landlord Name & Phone #: N/A

Further Comments by inspector (Must Complete): _____

I hereby verify that this application has been fully completed by merchant applicant and that I have physically inspected the business premises of the merchant at this address and the information stated above is true and correct to the best of my knowledge and belief.

Verified and inspected by: x *Rachel Leonard*   Office #: 12478   Representative: _____   Representative Signature: x _____   Date: 4.22.14

Global Merchant Advisors is a registered ISO/MSP of BMO Harris Bank, N.A., Chicago, IL.

Rev2 09/25/13
Page 1 of 13

| ▶ ■ Discover / Visa / Mastercard Standard Retail /High Risk Retail Rates | | ▶ ■ Mail / Phone / Internet / Touchtone Rates | |
|---|---|---|---|
| Merchant Chooses to accept the following: | | Merchant Chooses to accept the following: | |
| DISC/VS/MC (Other Cards) Discount Rate: | | DISC/VS/MC (Other Cards) Discount Rate: | 4.25% |
| VS/MC Discount Rate for Debit Cards: | | VS/MC Discount Rate for Debit Cards: | 4.25% |

| ▶ Fees | | | | ▶ Fees | | | |
|---|---|---|---|---|---|---|---|
| DISC/VS/MC Transaction Fee: | | | Per Item | DISC/VS/MC Transaction Fee: | 7.25 | | Per Item |
| Non-Bankcard Transaction Fee: | | | Per Item | Non-Bankcard Transaction Fee: | 7.25 | | Per Item |
| Non-Bankcard: | % Discount Rate | | Per Item | Non-Bankcard: | % Discount Rate | | Per Item |
| Statement Fee: | | | Per Item | Statement Fee: | | $10 | Monthly |
| VIMAS Online Service: | | | Monthly | VIMAS Online Service: | | | Monthly |
| Monthly Minimum: | | | Monthly | Monthly Minimum: | | $150 | Monthly |
| Annual Fee | | | Per year | Annual Fee | | $99 | Per year |
| Debit Transaction Fee Plus Network Fees: | | | Per Item | MOTO/Internet Surcharge: | | $.10 | Per Item |
| EBT Transaction Fee: | | | Per Item | AVS Surcharge: | | $.10 | Per Item |
| EBT Statement Fee: | | | Monthly | Batch Fee: | | $1.00 | Per Batch |
| Batch Fee: | | | Per Batch | Manual Imprinter:    QTY: | 25.00 | 8 | One Time |
| Manual Imprinter:    QTY: | | | One Time | Chargeback Fee: | | $25.00 | Per Item |
| Chargeback Fee: | 25.00 | | Per Item | ACH Reject Fee: | | $5.00 | Per Item |
| ACH Reject Fee: | | $25.00 | Per Item | Retrieval Fee: | | $0.95 | Per Call |
| Retrieval Fee: | | $5.00 | Per Item | Voice Authorization Fee: | | | Monthly |
| Voice Authorization Fee: | | $0.95 | Per Call | Gateway Access Fee: | | | Monthly |
| Gateway Access Fee: | | | Monthly | Government Compliance Fee: | | $8.95 | Per Month |
| AVS Surcharge: | | | Per Item | TIN Mismatch Fee: | NB | $50.00 | Until Validated |
| Government Compliance Fee: | | $8.95 | Per Month | DonateWiseNow Fee: | | $14.95 | Per Month |
| TIN Mismatch Fee: | | $50.00 | Until Validated | Early Termination Fee: | | $495.00 | One Time |
| DonateWiseNow Fee: | NB | $14.95 | Per Month | | | | |
| Early Termination Fee: | | $495.00 | One Time | | | | |

| Misc Fees | Start Mo/Yr. | Amount: | Terms: | Misc Fees | Start Mo/Yr. | Amount: | Terms: |
|---|---|---|---|---|---|---|---|
| #1 | | | | #1 $2 Setup Fee | | $150 | |
| #2 | | | | #2 $2 Monthly Fee | | $150 | |
| #3 | | | | #3 | | | |
| #4 | | | | #4 | | | |
| #5 | | % of Volume and/or $ | per item | #5 | | % of Volume and/or $ | per item |

1) I/We understand and agree that while my/our Discount Rate as stated above will be charged on most electronically authorized payment card transactions batched and closed daily, charges up to 5% higher than my discount rate may apply where additional criteria is not met. Examples of where higher rates may apply, include but are not limited to, MOTO, keyed in transactions, transactions without AVS, business and foreign card transactions (See Section 7.3 for further information on Discount Rates 2 and 3). 2) Pass-through Association fees include Visa Acquiring Processing Fee, Visa Misuse of Auth Fee, Visa International Service Assessment Fee (ISA), Visa Zero Floor Limit Fee, Visa International Acquirer Fee, MC Acquirer Program Support Fee, MC Cross Border Fee, and the MC Network Access and Brand Usage (NABU) Fee. Please visit the Associations' website for further details. 3) By checking the "Yes" checkbox, I acknowledge that I am using a third party to store, process or transmit cardholder data. ☐ Yes

Give name/address: (examples include, but not limited to hosting companies, shopping carts, Loyalty Programs, Electronic Data Capture). Please identify any software used for storing, transmitting or processing Card Transaction or Authorization requests.

### ▶ My Merchants Benefits Club

☐ The representative has explained the My Merchant Benefits Club program to me and I elect to opt out of the program. I understand I can opt into the program at any time and benefit from great deals, including equipment support and replacement per terminal/peripheral (where applicable), as well as great discounts for items such as car rentals, hotels, office supplies, health, legal services and more for my company and employees for an additional fee of $14.95 per month.

## ▸ American Express

Estimated Annual American Express Charge Volume $ _____    Average Ticket $ _____

[ ] American Express ESA

| | Existing ESA SE _____ | Merchant CAP _____ |
| Discount Rate _____ % | Per Transaction Fee $ _____ |
| **OR** | PrePaid Discount Rate _____ % | PrePaid Per Transaction Fee $ _____ |

[ ] $7.95/month option for merchants under $5,000 – mandatory for Internet-Physical Delivery, MO/TO and Home-Based regardless of volume (ESA program only)

[ ] New American Express OnePoint

| Discount Rate _____ % | Per Transaction Fee $ _____ |
| PrePaid Discount Rate _____ % | PrePaid Per Transaction Fee $ _____ |

All fees are applicable to OnePoint and ESA unless otherwise stated.
Card Not Present (CNP) Fee:    0.30% Downgrade
Inbound Fee:    0.40% Downgrade for all Cross-Border Transactions

By signing below, I represent that I have read and am authorized to sign and submit this application for the above entity, which agrees to be bound by the American Express® Card Acceptance Agreement ("Agreement"), and that all information provided herein is true, complete and accurate. I authorize Cynergy Data, LLC. and American Express Travel Related Services Company, Inc. ("AXP), and AXP's agents and Affiliates to verify the information in this application and receive and exchange information about me personally, including by requesting reports from consumer reporting agencies from time to time, and disclose such information to their agent, subcontractors, Affiliates and other parties for any purpose permitted by law. I authorize and direct Cynergy Data, LLC. and AXP and AXP's agents and Affiliates to inform me directly, or inform the entity above, about the contents of reports about me that they have requested from consumer reporting agencies. Such information will include the name and address of the agency furnishing the report. I also authorize AXP to use the reports on me from consumer reporting agencies for marketing and administrative purposes. I am able to read and understand the English language. Please read the American Express Privacy Statement at http://www.americanexpress.com/privacy to learn more about how American Express protects your privacy and how American Express uses your information. I understand that I may opt out of marketing communications by visiting this website or contacting American Express at 1-800-528-5200.

I understand that upon AXP's approval of the application, the entity will be provided with the Agreement and materials welcoming it either to AXP's program for Cynergy Data, LLC. to perform services for AXP (OnePoint) or to AXP's standard Card acceptance program (ESA) which has different servicing terms (e.g. different speeds of pay).

If qualified for OnePoint, I acknowledge that Cynergy Data will provide merchant instructions on accessing the American Express Terms and Conditions (Agreement for American Express® Card Acceptance American Express OnePoint(SM) Program) and the American Express Merchant Regulations – U.S. including any updates to these regulations as they are made available via https://www.mybackofficetools.com/corporatesite/login.asp. Specific instructions will be delivered to the entity via a welcome letter that will be forthcoming upon account approval.

I understand that if the entity does not qualify for the Cynergy Data, LLC. servicing program that the entity may be enrolled in AXP's standard Card acceptance program, and the entity may terminate the Agreement. By accepting the American Express Card for the purchase of goods and/or services, or otherwise indicating its intention to be bound, the entity agrees to be bound by the Agreement.

Merchant Signature _____    Date: _____

## ▸ Debit/Credit Authorization – Include a voided check or bank letter verifying bank account information.

Merchant authorizes Cynergy Data, LLC. ("Processor") or BMO Harris Bank N.A. ("Bank") to present Automated Clearing House credits, Automated Clearing House debits, wire transfers, or depository transfer checks to and from the following account and to and from any other account for which Processor or Bank are authorized to perform such functions under the Merchant Processing Agreement, for the purposes set forth in the Merchant Processing Agreement. This authorization extends to such entries in said account concerning lease, rental or purchase agreements for POS terminals and/or accompanying equipment and/or check guarantee fees and amounts due for supplies and materials. This automated clearing House authorization cannot be revoked until all Merchant obligations under this Agreement are satisfied, and Merchant gives Cynergy Data written notice of revocation.

DDA: ██████████ 5266    ABA Routing: ██████████

**INVESTIGATIVE CONSUMER REPORT:** An investigative or consumer report may be made in connection with application. MERCHANT authorizes BANK or any of its agents to investigate the references provided or any other statements or data obtained from MERCHANT, from any of the undersigned individual guarantor(s) or from any other person or entity with financial responsibilities under this agreement. You have a right, upon written request, to a complete and accurate disclosure of the nature and scope of the investigation requested. By signing below, or clicking I accept, Merchant represents that the information provided in this Application is true, complete and not misleading in any way.

**AVERAGE TICKET SIZE:** | 105.22 |    **AVERAGE MONTHLY VOLUME:** | 100,050 |

Each person certifies that the average ticket size and sales volume indicated is accurate and agrees that any transaction or monthly volume that exceeds either of the above amounts could result in delayed and/or withheld settlement of funds. Also, see paragraphs 5.4 and 15.3 of the MERCHANT Processing Agreement regarding suspension and termination of MERCHANT.

*IMPORTANT NOTICE: All information contained in this application was completed, supplied and/or reviewed by the undersigned Merchant. Processor shall not be responsible for any change in printed terms unless specifically agreed to in writing by an officer of Processor and/or BMO Harris Bank N.A. Chicago, IL. By signing below, you are agreeing to the provisions stated within this merchant application, on the reverse side (the Merchant Agreement) and acknowledge receipt of the merchant operating guide. These provisions must be read before signing. By signing below, you agree to the terms on the front and back of this MERCHANT Processing Agreement and the merchant operating guide.*

## ▸ Individual Guaranty – No Titles

As a primary inducement to Processor and Bank to enter into this Agreement, the undersigned Guarantor(s), by signing this Agreement, jointly and severally, unconditionally and irrevocably, personally guarantee the continuing full and faithful performance and payment by Merchant of each of its duties and obligations to Processor and Bank under this Agreement or any other agreement currently in effect or in the future entered into between Merchant or its principals and Processor or Bank, as such agreements now exist or are amended from time to time, with or without notice. Guarantor(s) understands further that Processor or Bank may proceed directly against Guarantor(s) without first exhausting their remedies against any other person or entity responsible to it or any security held by Processor and Bank or Merchant. This guarantee will not be discharged or affected by the death of the undersigned, will bind all heirs, administrators, representatives and assigns and may be enforced by or for the benefit of any successor of Processor and Bank. Guarantor(s) understand that the inducement to Guarantor(s) to enter into this agreement is consideration for the guaranty, and that guaranty remains in full force and effect even if the Guarantor(s) receive no additional benefit from the guaranty.

**AGREED AND ACCEPTED:**

X _____    4/10/14
#1 From Application – Signature    Date

X _____    _____
#2 From Application – Signature    Date

## ▸ For All Businesses – Business Resolution

The indicated officer(s) identified in numbers 1 and/or 2 below have the authorization to execute the MERCHANT Processing Agreement on behalf of the here within named business. **MERCHANT UNDERSTANDS THAT THIS AGREEMENT SHALL NOT TAKE EFFECT UNTIL MERCHANT HAS BEEN APPROVED BY BANK AND A MERCHANT NUMBER IS ISSUED.**

Thunder Avenue, LLC
Print Legal Name of Merchant Business

X _____    4/10/14
#1 From Application – Signature    Date

X _____    _____
#2 From Application – Signature    Date

Accepted by Processor    Date

X _____    _____

Accepted by BMO Harris Bank N.A. Chicago, IL.    Date

PPS Attachment  Global Merchant Advisors is a registered ISO/MSP of BMO Harris Bank, N.A., Chicago, IL    Rev2 09/25/13    Page 3 of 13

PPSISL000675

## Mail, Telephone Order, & Internet Merchant Addendum

**IMPORTANT NOTICE:** Visa and MasterCard have set a minimum standard requirement for accepting credit cards on the Internet. In order to avoid a significant delay in the settlement of your funds, please ensure that your website has the following seven (7) items completed prior to the commencement of your credit card processing:

1. Refund / Cancellation Policy
2. Privacy Policy
3. Terms & Conditions listed
4. Products & the Corresponding Pricing listed
5. 128-bit SSL page(s) where personal and credit card information is obtained (usually provided by shopping cart or gateway)
6. Telephone Customer Service contact number
7. Shipping & Handling method and shipping delivery time after the sale

*URGENT!!!! You must contact your sales representative immediately upon completing the above 7 internet processing requirements!*

**Underwriting & Marketing Review** Please answer the following questions accurately & completely.

Submit sample(s) of product brochure, promotional materials, product catalogue, etc. How will product be advertised or promoted? internet

If advertising on Internet, list website address: www.dentalproathomemarketing.com

Preferred 23 character (or less) DBA identifier (appears on customers' billing statement)

| T | A | D | * | P | R | O | @ | H | O | M | E | 8 | 8 | 8 | 4 | 4 | 7 | 0 | 3 | 0 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

List name(s) and address(es) of vendor from which the product is purchased:
Sunshine Health, Oakland Park, FL and Oratech, SLC, UT

List name(s) and address(es) of third party or fulfillment organizations, or parties aside from your staff who will assist or participate with the sales, marketing, processing of orders, or shipping of merchandise:
Rev Go Fulfillment, 7565 Commercial Way, Unit E, Henderson, NV 89011

List geographical area(s) in which the product or service will be marketed and sold: US, CAN, UK

List carrier services that will deliver product or service: USPS, Globegistics

What is your return or refund policy? RMA required, full refund if canceled within 30 days of shipment

How does the customer order the product or service? www.dentalproathomemarketing.com

When you receive an authorization, how long before merchandise is shipped or services are provided? 1-3 days

Do you perform recurring monthly billing? __X__ Yes ___ No  If Yes, __X__ Monthly ___ Quarterly ___ Bi-annual ___ Annual
Is your database collecting entire credit card numbers? ___ Yes __X__ No  If Yes, are you PCI compliant? ___ Yes ___ No

This amendment is made by & between BMO Harris Bank, N.A., Chicago, IL ('Bank'), & the undersigned "MERCHANT" & subject to the approval of BANK
**WHEREAS:** Bank is engaged in the general banking business including the purchase of Credit Card Transactions from merchants and provide certain services related to the processing of Credit Card Transactions to MERCHANT; and

**WHEREAS:** BANK desires to honor at this business location(s) Card Numbers presented in connection with the Mail Order/Telephone Order sale of product/services to customers; and

**WHEREAS:** BANK and MERCHANT has entered into BMO Harris Bank, N.A., Chicago, IL ('Bank') VISA/MasterCard Processing Agreement ('Agreement'). **NOW THEREFORE,** in consideration of the representations, covenants, and promises made herein, the parties hereto agree to amend Agreement as follows:

1. **MERCHANT** agrees to use and retain proof of a traceable delivery system as means of shipment of product to customer.
2. **MERCHANT** agrees that transactions will not be processed until products are shipped to Cardholder.
3. **MERCHANT** agrees to a charge of $0.05 per AVS transaction(s) when applicable.
4. Agreement may be immediately terminated by BANK if MERCHANT fails to comply with any of the terms of this agreement.

AGREED & ACCEPTED BY:                    DATE: 4/10/14

OWNER / OFFICER                            Authorized BMO Harris Bank, N.A. Agent

Marnie Baesler
Print Name                                Print Name

**Global Merchant Advisors is a registered ISO/MSP of BMO Harris Bank, N.A., Chicago, IL**



Thunder Avenue, LLC
100 FILLMORE ST FL 5
DENVER CO 80206

TCF NATIONAL BANK
82-644/1070

2001

PAY TO THE
ORDER OF

$

DOLLARS

MEMO

⑆00200⑆ ⑆5266⑈

Thunder Avenue, LLC                                                                 2001

Thunder Avenue, LLC                                                                 2001



**TransUnion**                    **TRANSUNION CONSUMER CREDIT REPORT**

| Subscriber Name: | GLOBAL MERCH |
| Subscriber Code/Market: | F 5756620 12 01 |
| Results Issued: | 5/06/14 11:50 CT |

**INPUT PARAMETERS FOR PRIMARY SUBJECT**

| Reference ID: | |
| SSN: | |
| Name: | Baesier, Marnie |
| Current Address: | Thornton CO.80241 |

BAESLER , MARNIE K.

**Also Known As:**            **SSN:**            **Phone:**            **In File Since:** 6/87

TALMICH,MARNIE,KAY      **Date of Birth:** █/68
BAESLER,MARNIE,KAY
WILSON,MARNIE,K

**Current Address:**                    **Previous Address:**

THORNTON CO. 80241                EASTLAKE CO. 80614
**Reported 10/09**                    **Reported 7/11**

**EMPLOYMENT**

CONVERTIS         **Position:**         **Start:**         **In File Since:** 10/12
                                        **End:**           **Effective:** 10/12

**CREDIT INFORMATION   Summary  (Total History)**



www.brockcpas.com



September 5, 2013


Blair McNea, Member
Thunder Avenue, LLC
100 Fillmore Street, 5th Floor
Denver, CO  80206


Dear Blair:

Enclosed are your 2012 partnership tax returns, as follows...

2012 U.S. RETURN OF PARTNERSHIP INCOME

2012 COLORADO RETURN OF PARTNERSHIP INCOME

The returns were prepared from the information furnished by
you.  Please review before filing to ensure there are no
omissions or misstatements of material facts.

Your returns have been prepared for electronic filing.  You
must sign and return the efile authorization forms to our
office as explained in the filing instructions. Your copy
should be retained for your files for a minimum of three
years from the due date or extended due date of the return.

We sincerely appreciate the opportunity to serve you.  Please
contact us if you have any questions concerning the tax
returns.

Very truly yours,

BROCK AND COMPANY, CPAs. P.C.

# 2012 TAX RETURN FILING INSTRUCTIONS

U.S. RETURN OF PARTNERSHIP INCOME

### FOR THE YEAR ENDING

December 31, 2012

| | |
|---|---|
| **Prepared for** | Blair McNea, Member<br>Thunder Avenue, LLC<br>100 Fillmore Street, 5th Floor<br>Denver, CO  80206 |
| **Prepared by** | Brock and Company, CPAs, P.C.<br>900 S Main Street, Suite 200<br>Longmont, CO 80501 |
| **To be signed and dated by** | A member manager of the LLC |
| **Amount of tax** | Not applicable |
| **Mail tax return to** | This return has been prepared for electronic filing.  To have it transmitted electronically to the IRS, please sign, date, and return Form 8879-PE to our office.  We will then submit your electronic return. |
| **Forms to be distributed to partners** | |
| **Return must be mailed on or before** | Not applicable |
| **Special Instructions** | Do not mail the paper copy of the return to the IRS.<br><br>You should provide a paper copy of the Schedules K-1 to the respective partners immediately.  If you choose to distribute these schedules electronically, you must distribute them in accordance with the specific requirements contained in IRS Revenue Procedure 2012-17, which generally requires the prior written consent of the partner.  Please contact us if you need assistance regarding these requirements. |

210145
05-01-12

PPS Attachment M-8

PPSISL000740

Form **1065**
Department of the Treasury
Internal Revenue Service

# U.S. Return of Partnership Income

For calendar year 2012, or tax year beginning _____ , ending _____

EXTENSION GRANTED TO 09/16/13

OMB No. 1545-0099

**2012**

| | | |
|---|---|---|
| **A** Principal business activity<br>CREDIT CARD PROCESSING | Name of partnership<br>THUNDER AVENUE, LLC | **D** Employer identification number<br>26-4328079 |
| **B** Principal product or service<br>CREDIT CARD PROCESSING | Print or type. Number, street, and room or suite no. If a P.O. box, see the instructions.<br>100 FILLMORE STREET, 5TH FLOOR | **E** Date business started<br>02/25/2009 |
| **C** Business code number<br>525990 | City or town, state, and ZIP code<br>DENVER                     CO 80206 | **F** Total assets<br>$ 22,878. |

**G** Check applicable boxes: **(1)** ☐ Initial return  **(2)** ☐ Final return  **(3)** ☐ Name change  **(4)** ☐ Address change **(5)** ☐ Amended return
**(6)** ☐ Technical termination - also check (1) or (2)

**H** Check accounting method: **(1)** ☐ Cash  **(2)** ☒ Accrual  **(3)** ☐ Other (specify) ▶

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 2

**J** Check if Schedules C and M-3 are attached

**Caution.** Include only trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

| | | | | | |
|---|---|---|---|---|---|
| **Income** | **1 a** Gross receipts or sales | | **1a** | 754,111. | |
| | **b** Returns and allowances | | **1b** | 95,915. | |
| | **c** Balance. Subtract line 1b from line 1a | | | **1c** | 658,196. |
| | **2** Cost of goods sold (attach Form 1125-A) | | | **2** | |
| | **3** Gross profit. Subtract line 2 from line 1c | | | **3** | 658,196. |
| | **4** Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | | | **4** | |
| | **5** Net farm profit (loss) (attach Schedule F (Form 1040)) | | | **5** | |
| | **6** Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | **6** | |
| | **7** Other income (loss) (attach statement) | | | **7** | |
| | **8** **Total income (loss).** Combine lines 3 through 7 | | | **8** | 658,196. |
| **Deductions (see the instructions for limitations)** | **9** Salaries and wages (other than to partners) (less employment credits) | | | **9** | 6,000. |
| | **10** Guaranteed payments to partners | | | **10** | |
| | **11** Repairs and maintenance | | | **11** | |
| | **12** Bad debts | | | **12** | |
| | **13** Rent | | | **13** | 2,770. |
| | **14** Taxes and licenses                                 SEE STATEMENT 1 | | | **14** | 657. |
| | **15** Interest | | | **15** | |
| | **16 a** Depreciation (if required, attach Form 4562) | **16a** | | | |
| | **b** Less depreciation reported on Form 1125-A and elsewhere on return | **16b** | | **16c** | |
| | **17** Depletion (**Do not deduct oil and gas depletion.**) | | | **17** | |
| | **18** Retirement plans, etc. | | | **18** | |
| | **19** Employee benefit programs | | | **19** | |
| | **20** Other deductions (attach statement)                SEE STATEMENT 2 | | | **20** | 648,915. |
| | **21** **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | | | **21** | 658,342. |
| | **22** **Ordinary business income (loss).** Subtract line 21 from line 8 | | | **22** | -146. |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member manager) is based on all information of which preparer has any knowledge.

May the IRS discuss this return with the preparer shown below (see instr.)?   ☒ Yes   ☐ No

▶ Signature of general partner or limited liability company member manager        ▶ Date

| | | | | |
|---|---|---|---|---|
| **Paid Preparer Use Only** | Print/Type preparer's name<br>CRAIG CHANEY | Preparer's signature | Date | Check ☐ if self-employed | PTIN<br>P00163210 |
| | Firm's name ▶ BROCK AND COMPANY, CPAS, P.C. | | | Firm's EIN ▶ 84-0930288 |
| | Firm's address ▶ 900 S MAIN STREET, SUITE 200<br>LONGMONT, CO 80501 | | | Phone no. 303-776-2160 |

LHA   **For Paperwork Reduction Act Notice, see separate instructions.**

Form **1065** (2012)

211001
12-31-12

PPS Attachment M-9

Form 1065 (2012)   **THUNDER AVENUE, LLC**                    26-4328079   Page **2**

| **Schedule B** | **Other Information** | | |
|---|---|---|---|

|  |  | Yes | No |
|---|---|---|---|
| **1** | What type of entity is filing this return? Check the applicable box: | | |
| **a** | ☐ Domestic general partnership     **b** ☐ Domestic limited partnership | | |
| **c** | ☒ Domestic limited liability company  **d** ☐ Domestic limited liability partnership | | |
| **e** | ☐ Foreign partnership           **f** ☐ Other ▶ | | |
| **2** | At any time during the tax year, was any partner in the partnership a disregarded entity, a partnership (including an entity treated as a partnership), a trust, an S corporation, an estate (other than an estate of a deceased partner), or a nominee or similar person? .................. | X | |
| **3** | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership ........... | X | |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership ........... | | X |
| **4** | At the end of the tax year, did the partnership: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below ........... | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

|  |  | | |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

|  |  | Yes | No |
|---|---|---|---|
| **5** | Did the partnership file Form 8893, Election of Partnership Level Tax Treatment, or an election statement under section 6231(a)(1)(B)(ii) for partnership-level tax treatment, that is in effect for this tax year? See Form 8893 for more details ........... | | X |
| **6** | Does the partnership satisfy **all four** of the following conditions? | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** | The partnership's total assets at the end of the tax year were less than $ 1 million. | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 ........... | | X |
|  | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item L on Schedule K-1. | | |
| **7** | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? ........... | | X |
| **8** | During the tax year, did the partnership have any debt that was cancelled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? ........... | | X |
| **9** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? ........... | | X |
| **10** | At any time during calendar year 2012, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for Form TD F 90-22.1, Report of Foreign Bank and Financial Accounts. If "Yes," enter the name of the foreign country. ▶ | | X |

Form **1065** (2012)

211011
12-31-12

Form 1065 (2012)   **THUNDER AVENUE, LLC**                                    26-4328079   Page **3**

| **Schedule B** | **Other Information** *(continued)* | **Yes** | **No** |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| 11 | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | X |
| 12a | Is the partnership making, or had it previously made (and not revoked), a section 754 election? ................................. See instructions for details regarding a section 754 election. | | X |
| b | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions .................................................................................... | | X |
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions ................................................................................... | | X |
| 13 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly-owned by the partnership throughout the tax year) ...................... ▶ ☐ | | |
| 14 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? ............................................................................................................................... | | X |
| 15 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities, enter the number of Forms 8858 attached. See instructions ▶ | | |
| 16 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership. ▶ | | X |
| 17 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return. ▶ | | |
| 18a | Did you make any payments in 2012 that would require you to file Form(s) 1099? See instructions | | X |
| b | If "Yes," did you or will you file required Form(s) 1099? | | |
| 19 | Enter the number of Form(s) 5471, Information Return of U.S. Persons With Respect to Certain Foreign Corporations, attached to this return. ▶ | | |
| 20 | Enter the number of partners that are foreign governments under section 892. ▶ | | |

**Designation of Tax Matters Partner** (see instructions)

Enter below the general partner or member-manager designated as the tax matters partner (TMP) for the tax year of this return:

| | | |
|---|---|---|
| Name of designated TMP ▶ **THINACTION, LLC** | | Identifying number of TMP ▶ **26-4327987** |
| If the TMP is an entity, name of TMP representative ▶ **BLAIR MCNEA** | | Phone number of TMP ▶ |
| Address of designated TMP ▶ **6260 LOOKOUT ROAD** **BOULDER, CO 80301** | | |

Form **1065** (2012)

211021
12-31-12

PPS Attachment M-11                                                          PPSISL000746

**SCHEDULE B-1**
**(Form 1065)**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Information on Partners Owning 50% or More of the Partnership

▶ Attach to Form 1065. See instructions.

OMB No. 1545-0099

| Name of partnership | Employer identification number |
|---|---|
| THUNDER AVENUE, LLC | 26-4328079 |

**Part I**   **Entities Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 3a)

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, tax-exempt organization, or any foreign government that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| THINACTION, LLC | 26-4327987 | LLC | UNITED STATES | 99.00 |
| CONVERTIS, LLC | 20-4673205 | PARTNERSHIP | UNITED STATES | 99.00 |
| CONVERTIS MARKETING, LLC | 27-0292175 | PARTNERSHIP | UNITED STATES | 99.00 |
| | | | | |
| | | | | |
| | | | | |

**Part II**   **Individuals or Estates Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 3b)

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

LHA   **For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**   **Schedule B-1 (Form 1065)  (Rev. 12-2011)**

224551
05-01-12

PPS Attachment M-12

651112

**Schedule K-1**
**(Form 1065)**

Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Deductions,
Credits, etc.**

► See separate instructions.

# 2012

For calendar year 2012, or tax
year beginning _____
ending _____

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0099

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | |
|---|---|---|
| **1** Ordinary business income (loss)   **-145.** | **15** Credits | |
| **2** Net rental real estate income (loss) | | |
| **3** Other net rental income (loss) | **16** Foreign transactions | |
| **4** Guaranteed payments | | |
| **5** Interest income | | |
| **6a** Ordinary dividends | | |
| **6b** Qualified dividends | **17** Alternative min tax (AMT) items | |
| **7** Royalties | | |
| **8** Net short-term capital gain (loss) | **18** Tax-exempt income and nondeductible expenses | |
| **9a** Net long-term capital gain (loss) | | |
| **9b** Collectibles (28%) gain (loss) | **19** Distributions | |
| **9c** Unrecaptured sec 1250 gain | | |
| **10** Net section 1231 gain (loss) | **20** Other information | |
| **11** Other income (loss) | | |

## Part I    Information About the Partnership

**A** Partnership's employer identification number
26-4328079

**B** Partnership's name, address, city, state, and ZIP code

THUNDER AVENUE, LLC
100 FILLMORE STREET, 5TH FLOOR
DENVER, CO 80206

**C** IRS Center where partnership filed return
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II    Information About the Partner

**E** Partner's identifying number
26-4327987

**F** Partner's name, address, city, state, and ZIP code

THINACTION, LLC
6260 LOOKOUT ROAD
BOULDER, CO 80301

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H** ☒ Domestic partner    ☐ Foreign partner

**I1** What type of entity is this partner?    **PARTNERSHIP**

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ........ ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 99.0000000% | 99.0000000% |
| Loss | 99.0000000% | 99.0000000% |
| Capital | 99.0000000% | 99.0000000% |

**K** Partner's share of liabilities at year end:

| | | |
|---|---|---|
| Nonrecourse | $ | |
| Qualified nonrecourse financing | $ | |
| Recourse | $ | 0. |

**L** Partner's capital account analysis:

| | | |
|---|---|---|
| Beginning capital account | $ | 22,359. |
| Capital contributed during the year | $ | |
| Current year increase (decrease) | $ | -145. |
| Withdrawals & distributions | $( | ) |
| Ending capital account | $ | 22,214. |

☐ Tax basis    ☒ GAAP    ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes    ☒ No
If "Yes", attach statement (see instructions)

| | | |
|---|---|---|
| **12** Section 179 deduction | | |
| **13** Other deductions | | |
| **14** Self-employment earnings (loss) | | |
| **A** | | 0. |
| *See attached statement for additional information. | | |

For IRS Use Only

211261
01-03-13 LHA  **For Paperwork Reduction Act Notice, see Instructions for Form 1065.**
PPS Attachment M-13

IRS.gov/form1065

**Schedule K-1 (Form 1065) 2012**
PPSISL000752

1

651112

**Schedule K-1**
**(Form 1065)**

Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Deductions, Credits, etc.**

**2012**

For calendar year 2012, or tax
year beginning _____
ending _____

▶ See separate instructions.

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0099

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |

| | |
|---|---|
| **1** Ordinary business income (loss) -1. | **15** Credits |
| **2** Net rental real estate income (loss) | |
| **3** Other net rental income (loss) | **16** Foreign transactions |
| **4** Guaranteed payments | |
| **5** Interest income | |
| **6a** Ordinary dividends | |
| **6b** Qualified dividends | **17** Alternative min tax (AMT) items |
| **7** Royalties | **18** Tax-exempt income and nondeductible expenses |
| **8** Net short-term capital gain (loss) | |
| **9a** Net long-term capital gain (loss) | |
| **9b** Collectibles (28%) gain (loss) | **19** Distributions |
| **9c** Unrecaptured sec 1250 gain | |
| **10** Net section 1231 gain (loss) | **20** Other information |
| **11** Other income (loss) | |
| **12** Section 179 deduction | |
| **13** Other deductions | |
| **14** Self-employment earnings (loss) A    0. | |

**Part I    Information About the Partnership**

**A** Partnership's employer identification number
26-4328079

**B** Partnership's name, address, city, state, and ZIP code

THUNDER AVENUE, LLC
100 FILLMORE STREET, 5TH FLOOR
DENVER, CO  80206

**C** IRS Center where partnership filed return
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II    Information About the Partner**

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code

MARNIE BAESLER
EASTLAKE, CO 80614

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member
**H** ☒ Domestic partner    ☐ Foreign partner
**I1** What type of entity is this partner?  INDIVIDUAL
**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 1.0000000% | 1.0000000% |
| Loss | 1.0000000% | 1.0000000% |
| Capital | 1.0000000% | 1.0000000% |

**K** Partner's share of liabilities at year end:

| | | |
|---|---|---|
| Nonrecourse | $ | |
| Qualified nonrecourse financing | $ | |
| Recourse | $ | 0. |

**L** Partner's capital account analysis:

| | | |
|---|---|---|
| Beginning capital account | $ | -1,031. |
| Capital contributed during the year | $ | |
| Current year increase (decrease) | $ | -1. |
| Withdrawals & distributions | $( | ) |
| Ending capital account | $ | -1,032. |

☐ Tax basis    ☒ GAAP    ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes    ☒ No
If "Yes", attach statement (see instructions)

*See attached statement for additional information.

For IRS Use Only

211261
01-03-13  LHA  **For Paperwork Reduction Act Notice, see Instructions for Form 1065.**    IRS.gov/form1065    **Schedule K-1 (Form 1065) 2012**
PPS Attachment M-14                                                                            PPSISL000754
                                                                                               2

# PX11

## PPS Attachment N

## Thunder Avenue Account Documents

## MERCHANT APPLICATION

Merchant # _____

☒ New Location    ☒ Additional Location

**GMA**
Global Merchant Advisors

11835 W. Olympic Blvd • Ste 650E • Los Angeles, CA 90064
Tel: 310.220.0624 • Fax: 310.602.6282
www.gmapay.com

SPB*SmilePrbBrands

### Business Information

*Note: Your Business Legal Name and Tax ID Number must be entered exactly as it appears on your income Tax Return or on your SS4-Employer Identification Number (EIN) letter to avoid fees and income withholding by the IRS.*

| | |
|---|---|
| Legal Name (as it appears on your income tax return): Thunder Avenue, LLC | Name of Account (Doing Business As): www.smileprobrands.com |
| Legal Address: 100 Fillmore Avenue, 5th Floor | Physical Street Address (No P.O. Box): 100 Fillmore Avenue, 5th Floor |
| City: Denver | State: CO | Zip: 80203 | City: Denver | State: CO | Zip: 80203 |
| Phone #: (720 ) 895-1414   Contact: Mamie Baesler | DBA Phone #: (866 ) 441-5234 | Fax #: (303 ) 530-0771 |
| Must Choose One Mailing Address: ☐ DBA Address ☒ Legal Address | E-Mail Address: marnie@smileprobrands.com | Website Address: www.smileprobrands.com |
| Federal Tax # 2|6|4|3|2|8|0|7|9| | # of Locations 1 | Years in Business 5 | Years Owned Business 5 |
| Place of Legal Formation: Colorado | Country of Primary Business Operations: USA |
| Bank Reference: TCF | Contact: | Phone #: (303 ) 823-2265 |

### Owners or Officers – Individual Ownership Must be Equal to or Greater than 50%

| | | | | |
|---|---|---|---|---|
| Name: 1. Marnie Baesler | Title: Manager | Date of Birth: ▮▮/68 | Applicant's SS #: ▮▮▮ | % Equity Ownership: 80 |
| Residence Address: ▮▮▮▮▮ | City: Thornton | | State: CO | Zip: 80241 | # Years: 5 |
| US Government Issued ID#: ▮▮▮ | Type of ID: dl | Expiration Date: ▮▮/2015 | Country of Citizenship (if not US): | Home Phone: ▮▮▮ |
| Name: 2. | Title: | Date of Birth: | Applicant's SS #: | % Equity Ownership: |
| Residence Address: | City: | | State: | Zip: | # Years: |
| US Government Issued ID#: | Type of ID: | Expiration Date: | Country of Citizenship (if not US): | Home Phone: ( ) |

### Business Profile

Type of Ownership: ☐ Sole Proprietor  ☐ Assoc/Estates/Trusts  ☐ Joint Venture  ☐ Government
☐ Corporation (Privately Traded)  ☐ Corporation (Publicly Traded)  ☐ Medical or Legal Corp
☐ Partnership  ☐ Tax Exempt Org  ☐ Single Member LLC  ☒ Multi Member LLC  ☐ Civic Assoc
☐ Limited Partnership  ☐ Political Org  ☐ Other _____

| Type of Goods or Services Sold: at home teeth whitening | SIC Code: 5968 |
|---|---|
| Do you currently accept Discover/Visa/Mastercard? ☒ Yes  ☐ No If yes, you should submit 3 current month's statements.) | Name of Current Processor: Hangnet, Cata, Julez |

Has Merchant or any associated principal disclosed below filed bankruptcy or been subject to involuntary bankruptcy?   ☐ Yes  ☒ No

### Sales Profile

Merchant Type:
☐ Retail
☐ Restaurant
☐ Lodging
☐ Service
☒ Home Based
☐ Other

Discover/Visa/MasterCard Sales Profile

Be Accurate:

| | |
|---|---|
| Card Swipe | % |
| Manual Key Entry with Imprint, | % |
| Card Present | % |
| Mail Order/Telephone | % |
| Internet | 100 % |
| **Total =** | 100 % |

### Business Trade Suppliers – List Two

| Name: Sunshine Health | Address: Oakland Park, FL | Contact: Ralph Morton | Phone #: (954 ) 493-5469 |
|---|---|---|---|
| Name: Verifi | Address: | Contact: Shane Lynch | Phone #: (323 ) 655-5789 |

### Merchant Site Survey Report – To Be Completed by Sales Representative

| Merchant Location: ☐ Retail Location with Store Front  ☒ Office Building  ☐ Internet  ☐ Residence  ☐ Other |
|---|
| Area Zoned: ☐ Commercial  ☐ Industrial  ☐ Residential   Square Footage: ☐ 0-250  ☐ 251-500  ☒ 501-2,000  ☐ 2,001+ |

Does the amount of inventory and merchandise on shelves and floor appear consistent with this type of business?   ☐ Yes  ☐ No
If No, explain: _____

The Merchant:  ☒ Owns   ☐ Leases the Business Premises    Landlord Name & Phone #:  N/A

Further Comments (Must Complete): _____

I hereby verify that this application has been fully completed by merchant applicant and that I have physically inspected the business premises of the merchant at this address and the information stated above is true and correct to the best of my knowledge and belief.

| Verified and inspected by: X | Office #: 12476  Representative | Representative Signature: X ▮▮▮ | Date: 7.11.2014 |
|---|---|---|---|

Rev2. 09/25/13
Page 1 of 13

**Global Merchant Advisors is a registered ISO/MSP of BMO Harris Bank, N.A., Chicago, IL.**

| ▶ ☑ Discover / Visa / Mastercard Standard Retail / High Risk Retail Rates | | ▶ ☑ Mail / Phone / Internet / Touchtone Rates | |
|---|---|---|---|
| Merchant Chooses to accept the following: | | Merchant Chooses to accept the following: | |
| DISCV/BANC (Other Cards) Discount Rate: | | DISCV/BANC (Other Cards) Discount Rate: | 4.25 % |
| VS/MC Discount Rate for Debit Cards | | VS/MC Discount Rate for Debit Cards | 4.25 % |

| ▶ Fees | | | ▶ Fees | | |
|---|---|---|---|---|---|
| DISCV/BANC Transaction Fee: | | Per Item | DISCV/BANC Transaction Fee: | $0.25 | Per Item |
| Non-Bankcard Transaction Fee: | | Per Item | Non-Bankcard Transaction Fee: | | Per Item |
| Non-Bankcard: | % Discount Rate | Per Item | Non-Bankcard: | % Discount Rate | Per Item |
| Statement Fee: | | Per Item | Statement Fee: | $10 - | Monthly |
| VIMAS Online Service: | | Monthly | VIMAS Online Service: | | Monthly |
| Monthly Minimum: | | Monthly | Monthly Minimum: | $150 - | Monthly |
| Annual Fee | | Per year | Annual Fee | $99 - | Per year |
| Debit Transaction Fee Plus Network Fees: | | Per Item | MOTO/Internet Surcharge: | $0.10 | Per Item |
| EBT Transaction Fee: | | Per Item | AVS Surcharge: | | Per Item |
| EBT Statement Fee: | | Monthly | Batch Fee: | $1.00 | Per Batch |
| Batch Fee: | | Per Batch | Manual Imprinter: QTY: BL 12500 | $25.00 | One Time $25.00 |
| Manual Imprinter: QTY: BL 85.00 | $25.00 | One Time | Chargeback Fee: | $25.00 | Per Item |
| Chargeback Fee: | $25.00 | Per Item | ACH Reject Fee: | $25.00 | Per Item |
| ACH Reject Fee: | $25.00 | Per Item | Retrieval Fee: | $5.00 | Per Item |
| Retrieval Fee: | $5.00 | Per Item | Voice Authorization Fee: | $0.95 | Per Call |
| Voice Authorization Fee: | $0.95 | Per Call | Gateway Access Fee: | | Monthly |
| Gateway Access Fee: | | Monthly | Government Compliance Fee: | $9.95 | Per Month |
| AVS Surcharge: | | Per Item | TIN Mismatch Fee: | $50.00 | Until Validated |
| Government Compliance Fee: | $9.95 | Per Month | Donate/VoteNow Fee: | $4.95 | Per Month |
| TIN Mismatch Fee: | $50.00 | Until Validated | Early Termination Fee: TC | $495.00 | One Time $495 - |
| Donate/VoteNow Fee: | $4.95 | Per Month | | | |
| Early Termination Fee: | $495.00 | One Time | | | |

| Misc Fees: | Start Mo/Yr: | Amount: | Terms: | Misc Fees: | Start Mo/Yr: | Amount: | Terms: |
|---|---|---|---|---|---|---|---|
| #1 | | | | #1 BL SET UP | | $150 - | ONE TIME |
| #2 | | | | #2 BL MONTHLY | | $150 - | MONTHLY |
| #3 | | | | #3 | | | |
| #4 | | | | #4 | | | |
| #5 | % of Volume and/or $ | | per Item | #5 | % of Volume and/or $ | | per Item |

1) I/We understand and agree that while our/my our Discount Rate as stated above will be changed on most electronically authorized payment card transactions batched and closed daily, charges up to 6% higher than my discount rate may apply where additional criteria is not met. Examples of where higher rates may apply, include but are not limited to, MOTO, keyed in transactions, transactions without AVS, business and foreign card transactions (See Section 7.3 for further information on Discount Rates 2 and 3).  2) Pass-through Association fees include Visa Acquiring Processing Fee, Visa Misuse of Auth Fee, Visa International Service Assessment Fee (ISA), Visa Zero Floor Limit Fee, Visa International Acquirer Fee, MC Acquirer Program Support Fee, MC Cross Border Fee, and the MC Network Access and Brand Usage (NABU) Fee. Please visit the Associations' website for further details.  3) By checking the "Yes" checkbox, I acknowledge that I am using a third party to store, process or transmit cardholder data. ☐ YES

Give name/address: (examples include, but not limited to hosting companies, shopping carts, Loyalty Programs, Electronic Data Capture). Please identify any software used for storing, transmitting or processing Card Transaction or Authorization requests.

### ▶ My Merchants Benefits Club

☑ The representative has explained the My Merchant Benefits Club program to me and I elect to opt-out of the program. I understand I can opt into the program at any time and benefit from great deals, including equipment support and replacement per terminal/peripheral (where applicable), as well as great discounts for items such as car rentals, hotels, office supplies, health, legal services and more for my company and employees for an additional fee of $14.95 per month.

Global Merchant Advisors is a registered ISO/MSP of BMO Harris Bank, N.A., Chicago, IL.

Rev2. 09/25/13
Page 2 of 13

## ▶ American Express

Estimated Annual American Express Charge Volume $ _____     Average Ticket $ _____

[ ] American Express ESA          Existing ESA SE _____          Merchant CAP _____

OR          Discount Rate _____ %          Per Transaction Fee $ _____

          PrePaid Discount Rate _____ %          PrePaid Per Transaction Fee $ _____

          [ ] $7.95/month option for merchants under $5,000 – mandatory for Internet-Physical Delivery, MO/TO and Home-Based
          regardless of volume (ESA program only)

[ ] New American Express OnePoint     Discount Rate _____ %          Per Transaction Fee $ _____

          PrePaid Discount Rate _____ %          PrePaid Per Transaction Fee $ _____

All fees are applicable to OnePoint and ESA unless otherwise stated.
Card Not Present (CNP) Fee:        0.30% Downgrade
Inbound Fee:        0.40% Downgrade for all Cross-Border Transactions

By signing below, I represent that I have read and am authorized to sign and submit this application for the above entity, which agrees to be bound by the American Express® Card Acceptance Agreement ("Agreement"), and that all information provided herein is true, complete and accurate. I authorize Cynergy Data, LLC. and American Express Travel Related Services Company, Inc. ("AXP"), and AXP's agents and Affiliates to verify the information in this application and receive and exchange information about me personally, including by requesting reports from consumer reporting agencies from time to time, and disclose such information to their agent, subcontractors, Affiliates and other parties for any purpose permitted by law. I authorize and direct Cynergy Data, LLC. and AXP and AXP's agents and Affiliates to inform me directly, or inform the entity above, about the contents of reports about me that they have requested from consumer reporting agencies. Such information will include the name and address of the agency furnishing the report. I also authorize AXP to use the reports on me from consumer reporting agencies for marketing and administrative purposes. I am able to read and understand the English language. Please read the American Express Privacy Statement at http://www.americanexpress.com/privacy to learn more about how American Express protects your privacy and how American Express uses your information. I understand that I may opt out of marketing communications by visiting this website or contacting American Express at 1-800-528-5200.

I understand that upon AXP's approval of the application, the entity will be provided with the Agreement and materials welcoming it to either AXP's program for Cynergy Data, LLC. to perform services for AXP (OnePoint) or to AXP's standard Card acceptance program (ESA) which has different servicing terms (e.g. different speeds of pay).

If qualified for OnePoint, I acknowledge that Cynergy Data will provide merchant instructions on accessing the American Express Terms and Conditions (Agreement for American Express® Card Acceptance American Express OnePoint® Program) and the American Express Merchant Regulations – U.S. indicating any updates to these regulations as they are made available via https://www.americanexpress.com/merchantopsguide/us.jsp. Specific instructions will be delivered to the entity via a welcome letter that will be forthcoming upon account approval.

I understand that if the entity does not qualify for the Cynergy Data, LLC. servicing program that the entity may be enrolled in AXP's standard Card acceptance program, and the entity may terminate the Agreement. By accepting the American Express Card for the purchase of goods and/or services, or otherwise indicating its intention to be bound, the entity agrees to be bound by the Agreement.

Merchant Signature _____          Date: _____

## ▶ Debit/Credit Authorization – Include a voided check or bank letter verifying bank account information.

Merchant authorizes Cynergy Data, LLC. ("Processor") and BMO Harris Bank N.A. ("Bank") to present Automated Clearing House debits, wire transfers, or depository transfer checks to and from the following account and to and from any other account for which Processor or Bank are authorized to perform such functions under the Merchant Processing Agreement, for the purposes set forth in the Merchant Processing Agreement. This authorization extends to such entries in said account concerning lease, rental or purchase agreements for POS terminals and/or accompanying equipment and/or check guarantee fees and amounts due for supplies and materials. This automated Clearing House authorization cannot be revoked until all Merchant obligations under this agreement are satisfied, and Merchant gives Cynergy Data written notice of revocation.

DDA █████5266          ABA Routing: _____

INVESTIGATIVE CONSUMER REPORT: An investigative or consumer report may be made in connection with application. MERCHANT authorizes BANK or any of its agents to investigate the references provided or any other statements or data obtained from MERCHANT, from any of the undersigned individual guarantor(s) or from any other person or entity with financial responsibility under this agreement. You have a right, upon written request, to a complete and accurate disclosure of the nature and scope of the investigation requested. By signing below, or clicking I accept, Merchant represents that the information provided in this Application is true, complete and not misleading in any way.

AVERAGE TICKET SIZE: $39.99          AVERAGE MONTHLY VOLUME: $50,000.00

Each person certifies that the average ticket size and sales volume indicated is accurate and agrees that any transaction or monthly volume that exceeds either of the above amounts could result in delayed and/or withheld settlement of funds. Also, see paragraphs 5.4 and 16.3 of the MERCHANT Processing Agreement regarding suspension and termination of MERCHANT.

IMPORTANT NOTICE: All information contained in this application was completed, supplied and/or reviewed by the named Merchant. Processor shall not be responsible for any change in printed terms unless specifically agreed to in writing by an officer of Processor and/or BMO Harris Bank N.A., Chicago, IL. By signing below, you are agreeing to the provisions stated within this merchant application, on the reverse side (the Merchant Agreement) and acknowledge receipt of the merchant operating guide. These provisions must be read before signing. By signing below, you agree to the terms on the front and back of this MERCHANT Processing Agreement and the merchant operating guide.

| ▶ Individual Guaranty – No Titles | ▶ For All Businesses – Business Resolution |
|---|---|
| As a primary inducement to Processor and Bank to enter into this Agreement, the undersigned Guarantor(s), by signing this Agreement, jointly and severally, unconditionally and irrevocably, personally guarantee the continuing full and faithful performance and payment by Merchant of each of its duties and obligations to Processor and Bank under this Agreement or any other agreement currently in effect or in the future entered into between Merchant or its principals and Processor or Bank, as such agreements now exist or are amended from time to time, with or without notice. Guarantor(s) understands further that Processor or Bank may proceed directly against Guarantor(s) without first exhausting their remedies against any other person or entity responsible to it or any security held by Processor and Bank or Merchant. This guarantee will not be discharged or affected by the death of the undersigned, will bind all heirs, administrators, representatives and assigns and may be enforced by or for the benefit of any successor of Processor and Bank. Guarantor(s) understand that the inducement to Processor and Bank to enter into this agreement is consideration for the guaranty, and that this guaranty remains in full force and effect even if the Guarantor(s) receive no additional benefit from the guaranty. | The indicated officer(s) identified in numbers 1 and/or 2 below have the authorization to execute the MERCHANT Processing Agreement on behalf of the here within named business. MERCHANT UNDERSTANDS THAT THIS AGREEMENT SHALL NOT TAKE EFFECT UNTIL MERCHANT HAS BEEN APPROVED BY BANK AND A MERCHANT NUMBER IS ISSUED. |
| AGREED AND ACCEPTED: | Thunder Avenue, LLC |
| | Print Legal Name of Merchant Business |
| X _____ ` 7/2/14 | X _____ 7/2/14 |
| #1 From Application – Signature          Date | #1 From Application – Signature          Date |
| X _____ | X _____ |
| #2 From Application – Signature          Date | #2 From Application – Signature          Date |
| | X _____ |
| | Accepted by Processor          Date |
| | X _____ |
| | Accepted by BMO Harris Bank N.A. Chicago, IL          Date |

Global Merchant Advisors is a registered ISO/MSP of BMO Harris Bank, N.A., Chicago, IL.

Rev2. 09/25/13
Page 3 of 13

## Mail, Telephone Order, & Internet Merchant Addendum

**IMPORTANT NOTICE:** Visa and MasterCard have set a minimum standard requirement for accepting credit cards on the Internet. In order to avoid a significant delay in the settlement of your funds, please ensure that your website has the following seven (7) items completed prior to the commencement of your credit card processing:

1. Refund / Cancellation Policy
2. Privacy Policy
3. Terms & Conditions listed
4. Products & the Corresponding Pricing listed
5. 128-bit SSL page(s) where personal and credit card information is obtained (usually provided by shopping cart or gateway)
6. Telephone Customer Service contact number
7. Shipping & Handling method and shipping delivery time after the sale

*URGENT!!! You must contact your sales representative immediately upon completing the above 7 Internet processing requirements!*

**Underwriting & Marketing Review:** (Please answer the following questions as accurately as possible)

Submit sample(s) of product brochure, promotional materials, product catalogue, etc. How will product be advertised or promoted?

If advertising on Internet, list website address: WWW. smileprobrands.com NB

Preferred 23 character (or less) DBA Identifier (appears on customers' billing statement)

| T | A | S | M | I | L | E | * | P | R | O | 8 | 6 | 6 | 4 | 4 | 1 | 5 | 2 | 3 | 4 | | | |

List name(s) and address(es) of vendor from which the product is purchased:
Sunshine Health, Oakland Park, FL and Oratech, SLC, UT

List name(s) and address(es) of third party or fulfillment organizations, or parties aside from your staff who will assist or participate with the sales, marketing, processing of orders, or shipping of merchandise:
RevGo Fulfillment, 7565 Commercial Way, Unit E, Henderson, NV 89011

List geographical area(s) in which the product or service will be marketed and sold: US, CAN, UK

List carrier services that will deliver product or service: USPS, Globegistics

What is your return or refund policy? RMA required, full refund if canceled within 30 days of shipment

How does the customer order the product or service? www.smileprobrands.com

When you receive an authorization, how long before merchandise is shipped or services are provided? 1-3 days

Do you perform recurring monthly billing? _X_ Yes ___ No   If Yes, _X_ Monthly ___ Quarterly ___ Bi-annual ___ Annual
Is your database collecting entire credit card numbers? ___ Yes _X_ No   If Yes, are you PCI compliant? ___ Yes ___ No

This amendment is made by & between BMO Harris Bank, N.A., Chicago, IL (Bank), & the undersigned "MERCHANT" & subject to the approval of BANK.
WHEREAS: Bank is engaged in the general banking business including the purchase of Credit Card Transactions from merchants and provide certain services related to the processing of Credit Card Transactions to MERCHANT; and

WHEREAS: MERCHANT desires to honor at this business location(s) Card Numbers presented in connection with the Mail Order/Telephone Order sale of product/ services to customers; and

WHEREAS: BANK and MERCHANT has entered into BMO Harris Bank, N.A., Chicago, IL (Bank) VISA/MasterCard Processing Agreement ("Agreement"). NOW THEREFORE, in consideration of the representations, covenants, and promises made herein, the parties hereto agree to amend Agreement as follows:

1. MERCHANT agrees to use and retain proof of a traceable delivery system as means of shipment of product to customer.
2. MERCHANT agrees that transactions will not be processed until products are shipped to Cardholder.
3. MERCHANT agrees to a charge of $0.05 per AVS transaction(s) when applicable.
4. Agreement may be immediately terminated by BANK if MERCHANT fails to comply with any of the terms of this agreement.

AGREED & ACCEPTED BY:                                                DATE: 7/2/14

OWNER / OFFICER:                                    Authorized BMO Harris Bank, N.A. Agent

Marnie Baesler
Print Name                                                 Print Name

Global Merchant Advisors is a registered ISO/MSP of BMO Harris Bank, N.A., Chicago, IL



PPSISL000773



| | |
|---|---|
| Subscriber Name: | GLOBAL MERCH |
| Subscriber Code/Market: | F 5756620 12 01 |
| Results Issued: | 5/06/14 11:50 CT |

**INPUT PARAMETERS FOR PRIMARY SUBJECT**
Reference ID:
SSN:
Name:                     Baesier, Marnie
Current Address:
                          Thornton CO.80241

**TRANSUNION CONSUMER CREDIT REPORT**

BAESLER , MARNIE  K.
**Also Known As:**           **SSN:**          **Phone:**                                    **In File Since:**   6/87
TALMICH,MARNIE,KAY          **Date of Birth:** ▮ /68
BAESLER,MARNIE,KAY
WILSON,MARNIE,K

**Current Address:**                      **Previous Address:**

THORNTON CO. 80241                        EASTLAKE CO. 80614
**Reported 10/09**                        **Reported 7/11**

**EMPLOYMENT**

**CONVERTIS**              **Position:**          **Start:**                **In File Since:**   10/12
                                                 **End:**                  **Effective:**       10/12

**CREDIT INFORMATION   Summary   (Total History)**