AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | |
|---|---|
| Federal Trade Commission | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| RevMountain, LLC, et al. | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 24 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

**2:17-cv-02000-APG-GWF**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RevGuard LLC
6260 Lookout Road
Boulder, CO 80301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

RUSSELL TANKER

Date: 7/24/17

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action



# UNITED STATES DISTRICT COURT

for the

District of Nevada

Federal Trade Commission

)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*

v.

RevMountain, LLC, et al.

*Defendant(s)*

FILED ENTERED ___ RECEIVED
____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 24 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

2:17-cv-02000-APG-GWF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Night Watch Group, LLC
450 E. 96th Street
Suite 500
Indianapolis, Indiana 46240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

RUSSELL TANKER

Date: 7/24/17

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

```
┌─────────────────────────────────────────┐
│  ___ FILED            ___ RECEIVED        │
│  ___ ENTERED          ___ SERVED ON       │
│              COUNSEL/PARTIES OF RECORD    │
│       ┌─────────────────────┐            │
│       │    JUL 2 4 2017      │            │
│       └─────────────────────┘            │
│       CLERK US DISTRICT COURT             │
│       DISTRICT OF NEVADA                  │
│  BY:_____ DEPUTY        │
└─────────────────────────────────────────┘
```

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | | |
|---|---|---|
| Federal Trade Commission | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | **2:17-cv-02000-APG-GWF** |
| RevMountain, LLC, et al. | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Newport Crossing, LLC
3815 River Crossing Parkway
Suite 100
Indianapolis, Indiana 46240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

RUSSELL TANKER

Date: 7/24/17

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### District of Nevada

| | |
|---|---|
| Federal Trade Commission | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | : |
| v. | |
| RevMountain, LLC, et al. | |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 2 4 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## 2:17-cv-02000-APG-GWF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mint House LLC
9233 Park Meadows Drive
Lone Tree, CO 80124

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

RUSSELL TANKER

Date: 7/24/17   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

```
FILED _____     RECEIVED
ENTERED           SERVED ON
          COUNSEL/PARTIES OF RECORD

        JUL 24 2017

   CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

| | |
|---|---|
| Federal Trade Commission | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| RevMountain, LLC, et al. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## 2:17-cv-02000-APG-GWF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Juniper Solutions LLC
1712 Pioneer Ave., Suite 459
Cheyenne, WY 82001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

RUSSELL TANKER

Date:  7/24/17

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada



| | |
|---|---|
| Federal Trade Commission | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| RevMountain, LLC, et al. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

2:17-cv-02000-APG-GWF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Jennifer Johnson
1330 Eversole Drive
Broomfield, CO 80023

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

RUSSELL TANKER

Date: 7/24/17

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

```
┌─────────────────────────────────────┐
│  ___ FILED        ___ RECEIVED      │
│  ___ ENTERED      ___ SERVED ON     │
│      COUNSEL/PARTIES OF RECORD       │
│                                      │
│           JUL 24 2017                │
│                                      │
│      CLERK US DISTRICT COURT         │
│       DISTRICT OF NEVADA             │
│  BY:_____ DEPUTY   │
└─────────────────────────────────────┘
```

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | |
|---|---|
| Federal Trade Commission | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| RevMountain, LLC, et al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

**2:17-cv-02000-APG-GWF**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Danielle Foss
13737 Cook Street
Thornton, Colorado 80602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

RUSSELL TANKER

Date:  7/24/17

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

FILED ____ ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 24 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | | |
|---|---|---|
| Federal Trade Commission | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | **2:17-cv-02000-APG-GWF** |
| RevMountain, LLC, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Blair McNea
6331 Snowberry Lane
Niwot, Colorado 80503

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

RUSSELL TANKER

Date:  7/24/17  _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

FILED
ENTERED

RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 2 4 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

| | |
|---|---|
| Federal Trade Commission | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| RevMountain, LLC, et al. | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

**2:17-cv-02000-APG-GWF**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Salamonie River, LLC
9465 Counselors Row
Suite 200
Indianapolis, Indiana 46240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

RUSSELL TANNER

Date: 7/24/17                                                      _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

```
                                                         ┌─ FILED            RECEIVED ─┐
                                                         └─ ENTERED          SERVED ON ─┘
                                                              COUNSEL/PARTIES OF RECORD
```

# UNITED STATES DISTRICT COURT

for the

District of Nevada

```
                                          JUL 24 2017

                                   CLERK US DISTRICT COURT
                                     DISTRICT OF NEVADA
                                 BY:_____
                                                    DEPUTY
```

| | |
|---|---|
| Federal Trade Commission | ) |
| | ) |
| | ) |
| | ) |
| _____ | : |
| *Plaintiff(s)* | : |
| v. | : **2:17-cv-02000-APG-GWF** |
| RevMountain, LLC, et al. | : |
| | : |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ROIRunner LLC
410 S. Rampart Boulevard, Suite 390
Las Vegas, NV 89145

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

RUSSELL TANKER

Date:  7/24/17                                     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

```
┌──────────────────────────┬──────────────────────────┐
│ ___ FILED                │ ___ RECEIVED             │
│ ___ ENTERED              │ ___ SERVED ON            │
│            COUNSEL/PARTIES OF RECORD                 │
│                                                      │
│              JUL 2 4 2017                            │
│                                                      │
│          CLERK US DISTRICT COURT                    │
│            DISTRICT OF NEVADA                        │
│   BY:_____  DEPUTY              │
└──────────────────────────────────────────────────────┘
```

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | |
|---|---|
| Federal Trade Commission | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| RevMountain, LLC, et al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

**2:17-cv-02000-APG-GWF**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   RoadRunner B2C LLC, also d/b/a RevGo
1712 Pioneer Ave., Suite 459
Cheyenne, WY 82001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  7/24/17                                         RUSSELL TANKER

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

```
                                                    ___ FILED        ___ RECEIVED
                                                    ___ ENTERED      ___ SERVED ON
                                                        COUNSEL/PARTIES OF RECORD
```

# UNITED STATES DISTRICT COURT
### for the
District of Nevada

```
                                                         JUL 2 4 2017

                                                   CLERK US DISTRICT COURT
                                                     DISTRICT OF NEVADA
                                            BY:_____ DEPUTY
```

|  |  |
|---|---|
| Federal Trade Commission | ) |
|  | ) |
|  | ) |
|  | ) |
| _____ | ) |
| *Plaintiff(s)* | |
| v. | **2:17-cv-02000-APG-GWF** |
| RevMountain, LLC, et al. | |
|  | |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   RevMountain LLC
7251 W. Lake Mead Blvd., Suite 310
Las Vegas, NV 89128

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

RUSSELL TANKER

Date:  7/24/17
_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

```
            _____ FILED        _____ RECEIVED
            _____ ENTERED      _____ SERVED ON
                                COUNSEL/PARTIES OF RECORD

                    JUL 2 4 2017

              CLERK US DISTRICT COURT
                DISTRICT OF NEVADA
            BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

### for the

### District of Nevada

Federal Trade Commission                           )
                                                    )
                                                    )
                                                    )
—————————————————————————                          )
            *Plaintiff(s)*
                v.                          **2:17-cv-02000-APG-GWF**

RevMountain, LLC, et al.
                                                    )
—————————————————————————                          )
            *Defendant(s)*                          )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RevLive! LLC
                                      2011 Cherry St., Suite 202
                                      Louisville, CO 80027


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Federal Trade Commission
                                      c/o Sarah Waldrop, Michelle Schaefer
                                      600 Pennsylvania Ave. NW, Mailstop CC-9528
                                      Washington, DC 20580
                                      swaldrop@ftc.gov; mschaefer@ftc.gov
                                      Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                        *CLERK OF COURT*
                                        RUSSELL TANNER

Date: 7/24/17                           _____
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

```
_____ FILED            _____ RECEIVED
_____ ENTERED          _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

        JUL 2 4 2017

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

| | | |
|---|---|---|
| Federal Trade Commission | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | **2:17-cv-02000-APG-GWF** |
| RevMountain, LLC, et al. | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SkinnyIQ, LLC
                              7702 East Doubletree Ranch Road
                              Suite 300
                              Scottsdale, Arizona 85258

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
                                            c/o Sarah Waldrop, Michelle Schaefer
                                            600 Pennsylvania Ave. NW, Mailstop CC-9528
                                            Washington, DC 20580
                                            swaldrop@ftc.gov; mschaefer@ftc.gov
                                            Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

RUSSELL TANKER

Date: 7/24/17

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 2 4 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| | |
|---|---|
| Federal Trade Commission | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| RevMountain, LLC, et al. | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

**2:17-cv-02000-APG-GWF**

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Sedona Beauty Secrets, LLC
7702 East Doubletree Ranch Road
Suite 300
Scottsdale, Arizona 85258

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:  7/24/17

RUSSELL TANKER

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action

FILED _____                     RECEIVED _____
ENTERED                         SERVED ON
                          COUNSEL/PARTIES OF RECORD

JUL 2 4 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | | |
|---|---|---|
| Federal Trade Commission | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | **2:17-cv-02000-APG-GWF** |
| v. | ) | |
| RevMountain, LLC, et al. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Sandstone Beach, LLC
3420 East Shea Boulevard
Suite 200
Phoenix, Arizona 85028

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

RUSSELL TANKER

Date: 7/24/17          _____
                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | |
|---|---|
| Federal Trade Commission | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| RevMountain, LLC, et al. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

FILED
ENTERED                    RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 2 4 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                         DEPUTY

**2:17-cv-02000-APG-GWF**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Solid Ice, LLC
1910 S. Stapley Drive
Suite 221
Mesa, Arizona 85204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

RUSSELL TANKER

Date: 7/24/17                              _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### District of Nevada

```
FILED _____        _____ RECEIVED
_____ ENTERED        _____ SERVED ON
          COUNSEL/PARTIES OF RECORD

        JUL 2 4 2017

   CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
BY: _____ DEPUTY
```

|  |  |
|---|---|
| Federal Trade Commission | ) |
|  | ) |
|  | ) |
| *Plaintiff(s)* |  |
| v. | **2:17-cv-02000-APG-GWF** |
| RevMountain, LLC, et al. |  |
|  | ) |
|  | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Smile Pro Direct, LLC
7702 East Doubletree Ranch Road
Suite 300
Scottsdale, Arizona 85258

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

RUSSELL TANKER

Date:  7/24/17

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | |
|---|---|
| Federal Trade Commission | ) )  ) ) |
| _Plaintiff(s)_ | ) ) |
| v. | ) ) |
| RevMountain, LLC, et al. | ) ) ) |
| _Defendant(s)_ | ) ) |

FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 24 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

**2:17-cv-02000-APG-GWF**

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Snow Sale LLC
4845 Pearl East Circle, Suite 101
Boulder, CO 80301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

RUSSELL TANKER

Date: 7/24/17

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | |
|---|---|
| Federal Trade Commission | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | |
| v. | **2:17-cv-02000-APG-GWF** |
| RevMountain, LLC, et al. | |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

FILED
RECEIVED
ENTERED
SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 2 4 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Thunder Avenue LLC
100 Fillmore Street, Floor 5
Denver, CO 80206

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

RUSSELL TANKER

Date: __7/24/17__                              _____
                                                    _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

FILED
ENTERED          RECEIVED
                 SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 24 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                    DEPUTY

| | |
|---|---|
| Federal Trade Commission | ) ) ) |
| _____ | |
| *Plaintiff(s)* | |
| v. | **2:17-cv-02000-APG-GWF** |
| RevMountain, LLC, et al. | |
| _____ | ) ) ) |
| *Defendant(s)* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Three Lakes LLC
200 S. Virginia St., 8th Floor
Reno, NV 89501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

RUSSELL TANKER

Date:  7/24/17
_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

```
FILED                    RECEIVED
ENTERED            _____ SERVED ON
                   COUNSEL/PARTIES OF RECORD

        JUL 2 4 2017

   CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
BY: _____ DEPUTY
```

Federal Trade Commission                )
                                         )
                                         )
                                         )
_____  \
              *Plaintiff(s)*
                  v.                          **2:17-cv-02000-APG-GWF**
       RevMountain, LLC, et al.
                                         :
                                         :
                                         )
                                         )
_____  )
             *Defendant(s)*               )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Spruce River LLC
                                      6671 S. Las Vegas Boulevard, Building D, Suite 210
                                      Las Vegas, NV 89119

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Federal Trade Commission
                                      c/o Sarah Waldrop, Michelle Schaefer
                                      600 Pennsylvania Ave. NW, Mailstop CC-9528
                                      Washington, DC 20580
                                      swaldrop@ftc.gov; mschaefer@ftc.gov
                                      Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

RUSSELL TANKER

Date:  7 /24/17          _____
                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | |
|---|---|
| Federal Trade Commission | )<br>)<br>)<br>) |
| *Plaintiff(s)* | )<br>) |
| v. | )    2:17-cv-02000-APG-GWF |
| RevMountain, LLC, et al. | )<br>)<br>)<br>)<br>) |
| *Defendant(s)* | ) |

FILED
ENTERED          RECEIVED
                 SERVED ON
         COUNSEL/PARTIES OF RECORD

JUL 2 4 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Turtle Mountains LLC
6331 Snowberry Lane
Niwot, CO 80503

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

RUSSELL TANKER

Date: 7/24/17

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
                      COUNSEL/PARTIES OF RECORD
```

# UNITED STATES DISTRICT COURT

for the

District of Nevada

JUL 24 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY:_____ DEPUTY

| | |
|---|---|
| Federal Trade Commission | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| RevMountain, LLC, et al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

**2:17-cv-02000-APG-GWF**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   TrimXT LLC
170 S. Green Valley Parkway, Suite 300
Henderson, NV 89012

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

RUSSELL TANKER

Date: __7/24/17__                          _____
                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

FILED _____   RECEIVED _____
ENTERED _____   SERVED ON _____
COUNSEL/PARTIES OF RECORD

# UNITED STATES DISTRICT COURT

## for the

### District of Nevada

JUL 2 4 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____
DEPUTY

| | |
|---|---|
| Federal Trade Commission | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| RevMountain, LLC, et al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

2:17-cv-02000-APG-GWF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Titanwhite, LLC
7702 East Doubletree Ranch Road
Suite 300
Scottsdale, Arizona 85258

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

RUSSELL TANKER

Date:  7/24/17

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

|  |  |
|---|---|
| Federal Trade Commission | ) |
|  | ) |
|  | ) |
|  | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| RevMountain, LLC, et al. | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | ) |

```
┌─────────────────────────────────────┐
│ ___ FILED          ___ RECEIVED      │
│ ___ ENTERED        ___ SERVED ON     │
│        COUNSEL/PARTIES OF RECORD     │
│   ┌─────────────────────────┐        │
│   │                         │        │
│   │      JUL 2 4 2017        │        │
│   │                         │        │
│   └─────────────────────────┘        │
│     CLERK US DISTRICT COURT          │
│       DISTRICT OF NEVADA             │
│ BY: _____ DEPUTY    │
└─────────────────────────────────────┘
```

## 2:17-cv-02000-APG-GWF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Wheeler Peak Marketing LLC
1712 Pioneer Ave., Suite 528
Cheyenne, WY 82001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

RUSSELL TANKER

Date:  7/24/17

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

        JUL 2 4 2017

     CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

| | |
|---|---|
| Federal Trade Commission<br><br>_____<br>*Plaintiff(s)*<br>v.<br>RevMountain, LLC, et al.<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**2:17-cv-02000-APG-GWF**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Wave Rock LLC
1712 Pioneer Ave., Suite 528
Cheyenne, WY 82001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 7/24/17        RUSSELL TANKER
_____        _____
                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

FILED _____   RECEIVED
_____ ENTERED   SERVED ON
COUNSEL/PARTIES OF RECORD

# UNITED STATES DISTRICT COURT

### for the

### District of Nevada

JUL 2 4 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Federal Trade Commission                    )
                                            )
                                            )
                                            )
_____         )
        *Plaintiff(s)*                      )
            v.                              )
                                            )      **2:17-cv-02000-APG-GWF**
RevMountain, LLC, et al.                    )
                                            )
                                            )
_____         )
        *Defendant(s)*                      )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Walnut Street Marketing, Inc.
                                      11001 W. 120th Ave., Suite 400
                                      Broomfield, CO 80021

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Federal Trade Commission
                                                c/o Sarah Waldrop, Michelle Schaefer
                                                600 Pennsylvania Ave. NW, Mailstop CC-9528
                                                Washington, DC 20580
                                                swaldrop@ftc.gov; mschaefer@ftc.gov
                                                Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

RUSSELL TANKER

Date: 7/24/17

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 2 4 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| | |
|---|---|
| Federal Trade Commission | ) |
| | ) |
| | ) |
| _____ | |
| *Plaintiff(s)* | |
| v. | **2:17-cv-02000-APG-GWF** |
| RevMountain, LLC, et al. | |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   University & Folsom LLC
9800 Mount Pyramid Ct., Suite 400
Englewood, CO 80112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 7/24/17                                 RUSSELL TANKER

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action



# UNITED STATES DISTRICT COURT

### for the

### District of Nevada

Federal Trade Commission

)
)
)
)
)
)

*Plaintiff(s)*

v.

RevMountain, LLC, et al.

)
)
)
)
)
)

*Defendant(s)*

**2:17-cv-02000-APG-GWF**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Wild Farms LLC
2 W. Dry Creek Circle, Suite 100
Littleton, CO 80120

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

RUSSELL TANKER

Date: 7/24/17

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

```
                                    FILED          RECEIVED
                                    ENTERED        SERVED ON
                                    COUNSEL/PARTIES OF RECORD

                                       JUL 2 4 2017

                                    CLERK US DISTRICT COURT
                                    DISTRICT OF NEVADA
                                    BY:                    DEPUTY
```

| | |
|---|---|
| Federal Trade Commission | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| RevMountain, LLC, et al. | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## 2:17-cv-02000-APG-GWF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Flat Iron Avenue LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

RUSSELL TANKER

Date:  7/24/17                                   _____
                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

```
┌─────────────────────────────────────┐
│  ____ FILED        ____ RECEIVED     │
│  ____ ENTERED      ____ SERVED ON    │
│              COUNSEL/PARTIES OF RECORD│
│                                      │
│            JUL 24 2017               │
│                                      │
│       CLERK US DISTRICT COURT        │
│        DISTRICT OF NEVADA            │
│  BY: _____ DEPUTY   │
└─────────────────────────────────────┘
```

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | | |
|---|---|---|
| Federal Trade Commission | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | **2:17-cv-02000-APG-GWF** |
| v. | ) | |
| RevMountain, LLC, et al. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Cherry Blitz LLC
7565 Commercial Way, Unit E
Henderson, NV 89011

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

RUSSELL TANKER

Date:  7/24/17                          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

Federal Trade Commission ⟩
⟩
⟩
⟩

_____
*Plaintiff(s)*

v.

RevMountain, LLC, et al.

**2:17-cv-02000-APG-GWF**

⟩
⟩
_____
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jasper Woods LLC
7455 Arroyo Crossing, Suite 220
Las Vegas, NV 89113

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  7/24/17

RUSSELL TANKER
_____
*Signature of Clerk or Deputy Clerk*

FILED _____ RECEIVED
_____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 2 4 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

AO 440 (Rev. 06/12)  Summons in a Civil Action

```
┌─────────────────────────────────────┐
│ ──── FILED        ──── RECEIVED      │
│ ──── ENTERED      ──── SERVED ON     │
│         COUNSEL/PARTIES OF RECORD    │
│                                      │
│           JUL 2 4 2017               │
│                                      │
│     CLERK US DISTRICT COURT          │
│ BY:___ DISTRICT OF NEVADA            │
│                          DEPUTY      │
└─────────────────────────────────────┘
```

# UNITED STATES DISTRICT COURT

### for the

### District of Nevada

Federal Trade Commission

)
)
)
)

_____
*Plaintiff(s)*

v.

RevMountain, LLC, et al.

## 2:17-cv-02000-APG-GWF

)
)

_____
*Defendant(s)*

)
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Spark Whitening, LLC
7702 East Doubletree Ranch Road
Suite 300
Scottsdale, Arizona 85258

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  7/24/17

RUSSELL TANKER

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### District of Nevada

|  |  |
|---|---|
| Federal Trade Commission | ) |
|  | ) |
|  | ) |
|  | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| RevMountain, LLC, et al. | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | ) |

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 2 4 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## 2:17-cv-02000-APG-GWF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Absolutely Working LLC
5310 NE County Line Road
Erie, CO 80516

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

RUSSELL TANKER

Date: ___7/24/17___

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | |
|---|---|
| Federal Trade Commission | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| RevMountain, LLC, et al. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

**2:17-cv-02000-APG-GWF**

```
┌──────────────────────────────────────────┐
│ ___ FILED          ___ RECEIVED           │
│ ___ ENTERED        ___ SERVED ON          │
│          COUNSEL/PARTIES OF RECORD        │
│                                           │
│          JUL 2 4 2017                     │
│                                           │
│    CLERK US DISTRICT COURT                │
│    DISTRICT OF NEVADA                     │
│ BY: _____ DEPUTY            │
└──────────────────────────────────────────┘
```

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bridge Ford LLC
1780 Washington St., #304
Denver, CO 80203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

RUSSELL TANKER

Date:  7/24/17

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | |
|---|---|
| Federal Trade Commission | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| RevMountain, LLC, et al. | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

FILED
ENTERED

JUL 2 4 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                          DEPUTY

SERVED ON
COUNSEL/PARTIES OF RECORD

**2:17-cv-02000-APG-GWF**

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  How and Why LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
RUSSELL TANKER

Date:  7/24/17

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action

| | FILED | | RECEIVED |
| | ENTERED | | SERVED ON |

COUNSEL/PARTIES OF RECORD

**JUL 2 4 2017**

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

District of Nevada

Federal Trade Commission

)
)
)
)
)
*Plaintiff(s)*
)
v.
)
RevMountain, LLC, et al.
)
)
)
*Defendant(s)*
)

**2:17-cv-02000-APG-GWF**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Elation White LLC
170 S. Green Valley Parkway, Suite 300
Henderson, NV 89012

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 7/24/17

RUSSELL TANKER

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

```
┌─────────────────────────────────────────┐
│ ___ FILED          ___ RECEIVED          │
│ ___ ENTERED        ___ SERVED ON         │
│        COUNSEL/PARTIES OF RECORD         │
│                                          │
│              JUL 2 4 2017                │
│                                          │
│        CLERK US DISTRICT COURT           │
│          DISTRICT OF NEVADA              │
│ BY:_____ DEPUTY       │
└─────────────────────────────────────────┘
```

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

Federal Trade Commission )
)
)
)
_____ :
*Plaintiff(s)* :
v. :  **2:17-cv-02000-APG-GWF**
RevMountain, LLC, et al. )
)
)
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Doing What's Possible LLC
170 S. Green Valley Parkway, Suite 300
Henderson, NV 89012

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

RUSSELL TANKER

Date: 7/24/17                          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### District of Nevada

| | |
|---|---|
| Federal Trade Commission | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| RevMountain, LLC, et al. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

FILED
ENTERED _____ RECEIVED
_____ SERVED ON
COUNSEL/PARTIES OF RECORD

**JUL 2 4 2017**

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## 2:17-cv-02000-APG-GWF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Convertis Marketing LLC
6260 Lookout Road
Boulder, CO 80301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

RUSSELL TANKER

Date: __7/24/17__

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

FILED ___ ENTERED ___ RECEIVED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

# UNITED STATES DISTRICT COURT

for the

District of Nevada

JUL 2 4 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| | |
|---|---|
| Federal Trade Commission | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| RevMountain, LLC, et al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

**2:17-cv-02000-APG-GWF**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Blue Rocket Brands LLC
2011 Cherry St., Suite 202
Louisville, CO 80027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

RUSSELL TANKER

Date:  7/24/17                               _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

```
        FILED              RECEIVED
        ENTERED            SERVED ON
                    COUNSEL/PARTIES OF RECORD

           JUL 2 4 2017

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
   BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

### for the

### District of Nevada

| | | |
|---|---|---|
| Federal Trade Commission | ) | |
| | ) | |
| | ) | |
| _____ | | |
| *Plaintiff(s)* | | **2:17-cv-02000-APG-GWF** |
| v. | | |
| RevMountain, LLC, et al. | | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Covertis LLC
6260 Lookout Road
Boulder, CO 80301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

RUSSELL TANKER

Date: 7/24/17    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

```
┌─────────────────────────────────────┐
│  ___ FILED        ___ RECEIVED       │
│  ___ ENTERED      ___ SERVED ON      │
│                COUNSEL/PARTIES OF RECORD │
```

# UNITED STATES DISTRICT COURT

for the

District of Nevada

```
┌──────────────────────────┐
│      JUL 2 4 2017         │
│                          │
│  CLERK US DISTRICT COURT  │
│    DISTRICT OF NEVADA     │
│ BY: _____ DEPUTY │
```

| | |
|---|---|
| Federal Trade Commission | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| RevMountain, LLC, et al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

**2:17-cv-02000-APG-GWF**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Boulder Creek Internet Solutions, Inc.
390 Interlocken Crescent, 3rd Floor
Broomfield, CO 80021

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

RUSSELL TANKER

Date: 7/24/17    _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | | |
|---|---|---|
| Federal Trade Commission | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | **2:17-cv-02000-APG-GWF** |
| RevMountain, LLC, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 2 4 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Brand Force LLC
357 S. McCaslin Boulevard, Suite 200
Louisville, CO 80027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

RUSSELL TANKER

Date:  7/24/17                                  _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

Federal Trade Commission                )
                                         )
                                         )
                                         )
_____         )
              *Plaintiff(s)*             `
        v.
                                              **2:17-cv-02000-APG-GWF**
RevMountain, LLC, et al.



_____          )
              *Defendant(s)*              )

FILED
ENTERED                  SERVED ON
                COUNSEL/PARTIES OF RECORD

JUL 2 4 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Indigo Systems, LLC
                                       8888 Keystone Crossing
                                       Suite 1300
                                       Indianapolis, Indiana 46240


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
                                       c/o Sarah Waldrop, Michelle Schaefer
                                       600 Pennsylvania Ave. NW, Mailstop CC-9528
                                       Washington, DC 20580
                                       swaldrop@ftc.gov; mschaefer@ftc.gov
                                       Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


                                              CLERK OF COURT

                                              RUSSELL TANKER

Date:   7/24/17
        _____        _____
                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 2 4 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| | |
|---|---|
| Federal Trade Commission | ) ) ) |
| _____<br>*Plaintiff(s)* | |
| v. | **2:17-cv-02000-APG-GWF** |
| RevMountain, LLC, et al. | |
| _____<br>*Defendant(s)* | ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Greenville Creek, LLC
201 North Illinois Street
16th Floor
South Tower
Indianapolis, Indiana 46204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

RUSSELL TANNER

Date:   7/24/17          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

FILED _____     RECEIVED
ENTERED _____    SERVED ON
COUNSEL/PARTIES OF RECORD

# UNITED STATES DISTRICT COURT

for the

District of Nevada

JUL 2 4 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Federal Trade Commission                )
                                         )
                                         )
                                         )
_____         )
            *Plaintiff(s)*                )
                                         )    **2:17-cv-02000-APG-GWF**
         v.                              )
                                         )
RevMountain, LLC, et al.                 )
                                         )
                                         )
_____         )
            *Defendant(s)*                )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Brookville Lane, LLC
                                        10475 Crosspoint Boulevard
                                        Suite 250
                                        Indianapolis, Indiana 46256

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
                                        c/o Sarah Waldrop, Michelle Schaefer
                                        600 Pennsylvania Ave. NW, Mailstop CC-9528
                                        Washington, DC 20580
                                        swaldrop@ftc.gov; mschaefer@ftc.gov
                                        Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

RUSSELL TANKER

Date: 7/24/17                            _____
                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action



# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | |
|---|---|
| Federal Trade Commission | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| RevMountain, LLC, et al. | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

ENTERED

RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 2 4 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

2:17-cv-02000-APG-GWF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Honey Lake, LLC
1712 Pioneer Avenue
Suite 528
Cheyenne, Wyoming

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

RUSSELL TANKER

Date: __7/24/17__

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

FILED _____ RECEIVED
_____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 2 4 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| | |
|---|---|
| Federal Trade Commission | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| RevMountain, LLC, et al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

**2:17-cv-02000-APG-GWF**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Anasazi Management Partners, LLC
1712 Pioneer Avenue
Suite 251
Cheyenne, Wyoming 82001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

RUSSELL TANKER

Date: 7/24/17       _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| Federal Trade Commission | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| RevMountain, LLC, et al. | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

**2:17-cv-02000-APG-GWF**

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 2 4 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Condor Canyon, LLC
1712 Pioneer Avenue
Suite 459
Cheyenne, Wyoming 82001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

RUSSELL TANKER

Date: __7/24/17__

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | |
|---|---|
| Federal Trade Commission | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | |
| v. | **2:17-cv-02000-APG-GWF** |
| RevMountain, LLC, et al. | |
| | , |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

FILED ENTERED — RECEIVED — SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 2 4 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Brass Triangle, LLC
4600 East Washington Street
Suite 300
Phoenix, Arizona 85003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

RUSSELL TANKER

Date: 7/24/17

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

FILED _____  RECEIVED
ENTERED _____  SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 2 4 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# United States District Court
### for the
### District of Nevada

Federal Trade Commission

)
)
)
)
)

_____

*Plaintiff(s)*

v.

RevMountain, LLC, et al.

)
)
)
)
)
)
)
)

_____

*Defendant(s)*

**2:17-cv-02000-APG-GWF**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Desert Gecko, LLC
1 East Washington Street
Suite 500
Phoenix, Arizona 85004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

RUSSELL TANKER

Date: 7/24/17  _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

```
 ____ FILED          ____ RECEIVED
 ____ ENTERED              ____ SERVED ON
              COUNSEL/PARTIES OF RECORD
```

# UNITED STATES DISTRICT COURT

```
    JUL 2 4 2017
```

for the

District of Nevada

```
 CLERK US DISTRICT COURT
   DISTRICT OF NEVADA
 BY:_____ DEPUTY
```

| | |
|---|---|
| Federal Trade Commission | ) |
| | ) |
| | ) |
| | ) |
| _____ | |
| *Plaintiff(s)* | |
| v. | **2:17-cv-02000-APG-GWF** |
| RevMountain, LLC, et al. | |
| | |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Blizzardwhite, LLC
　　　　　　　　　　　　　　　　　　　7702 East Doubletree Ranch Road
　　　　　　　　　　　　　　　　　　　Suite 300
　　　　　　　　　　　　　　　　　　　Scottsdale, Arizona 85258

　　　　A lawsuit has been filed against you.

　　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　　　Federal Trade Commission
　　　　　　　　　　　　　　　　　　　c/o Sarah Waldrop, Michelle Schaefer
　　　　　　　　　　　　　　　　　　　600 Pennsylvania Ave. NW, Mailstop CC-9528
　　　　　　　　　　　　　　　　　　　Washington, DC 20580
　　　　　　　　　　　　　　　　　　　swaldrop@ftc.gov; mschaefer@ftc.gov
　　　　　　　　　　　　　　　　　　　Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

　　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　*CLERK OF COURT*

Date: 7/24/17　　　　　　　　　　　　　RUSSELL TANKER
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | |
|---|---|
| Federal Trade Commission <br><br><br>_____<br>*Plaintiff(s)*<br>v.<br><br>RevMountain, LLC, et al.<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

FILED ____ RECEIVED
____ ENTERED ____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 24 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

**2:17-cv-02000-APG-GWF**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Action Pro White, LLC
7702 East Doubletree Ranch Road
Suite 300
Scottsdale, Arizona 85258

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 7/24/17

RUSSELL TANKER
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
                      COUNSEL/PARTIES OF RECORD
```

# UNITED STATES DISTRICT COURT

### for the

### District of Nevada

```
                    JUL 2 4 2017

            CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
BY:_____ DEPUTY
```

| | |
|---|---|
| Federal Trade Commission | ) |
| | ) |
| | ) |
| | ） |
| _Plaintiff(s)_ | |
| v. | **2:17-cv-02000-APG-GWF** |
| RevMountain, LLC, et al. | |
| | : |
| | : |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   First Class Whitening, LLC
7702 East Doubletree Ranch Road
Suite 300
Scottsdale, Arizona 85258

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

RUSSELL TANKER

Date:  7/24/17

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | | |
|---|---|---|
| Federal Trade Commission | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | | |
| v. | | **2:17-cv-02000-APG-GWF** |
| RevMountain, LLC, et al. | | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 2 4 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                          DEPUTY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Dental Pro At Home, LLC
7702 East Doubletree Ranch Road
Suite 300
Scottsdale, Arizona 85258

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

RUSSELL TANKER

Date:  7/24/17

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

| | FILED | | RECEIVED |
| | ENTERED | | SERVED ON |
| | | COUNSEL/PARTIES OF RECORD |

# UNITED STATES DISTRICT COURT

### for the

### District of Nevada

JUL 24 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY:_____DEPUTY

Federal Trade Commission            )
                                    )
                                    )
                                    )
_____
          *Plaintiff(s)*
              v.                         **2:17-cv-02000-APG-GWF**

RevMountain, LLC, et al.

_____     )
          *Defendant(s)*            )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Circle of Youth Skincare, LLC
                                      7702 East Doubletree Ranch Road
                                      Suite 300
                                      Scottsdale, Arizona 85258

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Federal Trade Commission
                                    c/o Sarah Waldrop, Michelle Schaefer
                                    600 Pennsylvania Ave. NW, Mailstop CC-9528
                                    Washington, DC 20580
                                    swaldrop@ftc.gov; mschaefer@ftc.gov
                                    Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

RUSSELL TANKER

Date: __7/24/17__

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | | |
|---|---|---|
| Federal Trade Commission | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | : | **2:17-cv-02000-APG-GWF** |
| RevMountain, LLC, et al. | : | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

```
                                    FILED              RECEIVED
                           _____ ENTERED  _____ SERVED ON
                                    COUNSEL/PARTIES OF RECORD

                                    JUL 2 4 2017

                           CLERK US DISTRICT COURT
                             DISTRICT OF NEVADA
                           BY: _____ DEPUTY
```

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DermaGlam, LLC
7702 East Doubletree Ranch Road
Suite 300
Scottsdale, Arizona 85258

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

RUSSELL TANKER

Date:  7/24/17                                          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | |
|---|---|
| Federal Trade Commission | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| RevMountain, LLC, et al. | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

**2:17-cv-02000-APG-GWF**

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 2 4 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                          DEPUTY

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Body Tropical, LLC
7702 East Doubletree Ranch Road
Suite 300
Scottsdale, Arizona 85258

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
RUSSELL TANKER

Date: _7/24/17_

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | |
|---|---|
| Federal Trade Commission | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | |
| v. | **2:17-cv-02000-APG-GWF** |
| RevMountain, LLC, et al. | |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 2 4 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Bellaathome, LLC
7702 East Doubletree Ranch Road
Suite 300
Scottsdale, Arizona 85258

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

RUSSELL TANKER

Date: ___7/24/17___          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 2 4 2017

CLERK US DISTRICT
DISTRICT OF NV

BY:

Federal Trade Commission )
)
)
)
_____ )
*Plaintiff(s)* )
v. )
)
RevMountain, LLC, et al. )
)
)
_____ )
*Defendant(s)* )

## 2:17-cv-02000-APG-GWF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* IvoryPro LLC
170 S. Green Valley Parkway, Suite 300
Henderson, NV 89012

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

RUSSELL TANKER

Date: 7/24/17

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 2 4 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

|  |  |
|---|---|
| Federal Trade Commission | ) |
|  | ) |
|  | ) |
| _____ |  |
| *Plaintiff(s)* |  |
| v. | **2:17-cv-02000-APG-GWF** |
| RevMountain, LLC, et al. |  |
|  | ) |
|  | ) |
| _____ | ) |
| *Defendant(s)* |  |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Boulder Black Diamond LLC
6331 Snowberry Lane
Niwot, CO 80503

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop, Michelle Schaefer
600 Pennsylvania Ave. NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov; mschaefer@ftc.gov
Telephone: 202-326-3444 (Waldrop); -3515 (Schaefer); -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

RUSSELL TANKER

Date: 7/24/17                                  _____
*Signature of Clerk or Deputy Clerk*