DAVID C. SHONKA
Acting General Counsel
SARAH WALDROP
MICHELLE SCHAEFER
Attorneys
Federal Trade Commission
600 Pennsylvania Avenue NW
Mailstop CC-9528
Washington, DC 20580
Telephone: 202-326-3444 (Waldrop)
Telephone: 202-326-3515 (Schaefer)
Facsimile: 202-326-3197
Email: swaldrop@ftc.gov, mschaefer@ftc.gov

STEVEN W. MYHRE
Acting United States Attorney
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov

*Attorneys for Plaintiff Federal Trade Commission.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> REVMOUNTAIN, LLC, *et al.*, <br><br> Defendants. | Case No: 2:17-cv-2000-APG-GWF <br><br> **MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT** <br><br> **FILED UNDER SEAL** |

Pursuant to LR IA 11-3, the Federal Trade Commission respectfully requests that this honorable Court admit government attorney Michelle Schaefer to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of her employment by the United States. Local Rule IA 11-3 provides:

1

Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants.

Michelle Schaefer is an attorney with the Federal Trade Commission, an agency of the federal government, and an active member in good standing of the Bars of the District of Columbia (Bar No. 478773), Virginia (Bar No. 47379) and Florida (Bar No. 0072765).

The following contact information is provided to the Court:

Michelle Schaefer
Staff Attorney
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
Phone: 202-326-3515
Fax: 202-326-3197
mschaefer@ftc.gov.

Accordingly, the Federal Trade Commission respectfully requests that the Court admit Michelle Schaefer to practice in the District of Nevada for the duration of her employment by the United States.

Dated: July 24, 2017

/s/ Sarah Waldrop
Sarah Waldrop

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: 7/24/2017

2