# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) Case No: 17-cv-02000-APG-GWF ) |
| v. | ) **ORDER TO EXTEND TEMPORARY** |
| REVMOUNTAIN, LLC, *et al.*, | ) **RESTRAINING ORDER AND** ) **CONTINUE PRELIMINARY** ) **INJUNCTION HEARING AND** |
| Defendants. | ) **RESPONSE DEADLINES** ) |

Based on the Plaintiff's and Individual Defendants' joint motion, and for good cause shown,

**IT IS ORDERED** that the *Ex Parte* Temporary Restraining Order with Asset Freeze, Appointment of Temporary Receiver, and Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue, ECF No. 16, will remain in full force and effect as to all Defendants until this Court rules on the issuance of a preliminary injunction.

**IT IS FURTHER ORDERED** that the following briefing and hearing schedule is entered:

- August 11, 2017: Plaintiff Federal Trade Commission's ("FTC's") supplemental brief and evidence in support of issuance of a preliminary injunction;
- August 18, 2017: Defendants' opposition to issuance of a preliminary injunction;
- August 25, 2017: FTC's reply;
- __Tuesday, August 29__, 2017, at _3:00 p.m.___, in Courtroom __6C__: Preliminary injunction hearing; and
- September 8, 2017: Defendants' responsive pleadings.

**IT IS SO ORDERED**, this __3rd__ day of __August__, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

1