# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>REVMOUNTAIN, LLC, *et al.*,<br><br>  Defendants. | Case No: 17-cv-02000-APG-GWF<br><br>**ORDER TO EXTEND TEMPORARY RESTRAINING ORDER AND CONTINUE PRELIMINARY INJUNCTION HEARING AND RESPONSE DEADLINES** |

Based on the Plaintiff's and Individual Defendants' joint motion, and for good cause shown,

**IT IS ORDERED** that the *Ex Parte* Temporary Restraining Order with Asset Freeze, Appointment of Temporary Receiver, and Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue, ECF No. 16, will remain in full force and effect as to all Defendants until this Court rules on the issuance of a preliminary injunction.

**IT IS FURTHER ORDERED** that the following briefing and hearing schedule is entered:

- August 11, 2017: Plaintiff Federal Trade Commission's ("FTC's") supplemental brief and evidence in support of issuance of a preliminary injunction;
- August 18, 2017: Defendants' opposition to issuance of a preliminary injunction;
- August 25, 2017: FTC's reply;
- Tuesday, August 29, 2017, at 3:00 p.m., in Courtroom 6C: Preliminary injunction hearing; and
- September 8, 2017: Defendants' responsive pleadings.

**IT IS SO ORDERED**, this 3rd day of August, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

1