

KeyBank
Account Restraints & Seizures
4900 Tiedeman Road
Brooklyn, OH 44144

Tel: (216) 813-7730
Fax: (216) 357-6595

Via Fax/Mail

July 28, 2017



Amber Howe
Federal Trade Commission
Stop 9424
600 Pennsylvania Ave, NW
Washington, DC 20580
Fax #202-326-3197

RE: **Federal Trade Commission vs. Revmountain, LLC, et al.**
Ex Parte Temporary Restraining Order with Asset Freeze
Case No. 17-cv-02000-APG-GWF

Dear Ms. Howe,

In response to the above-mentioned Court Order received by KeyBank on July 27, 2017, ordering KeyBank to freeze any and all bank accounts belonging to the above mentioned defendants, the following has been determined:

| | |
|---|---|
| Danielle C. Foss | No record based on the information provided |
| Blair William McNea | No attachable accounts, account closed |
| Jennifer A. Johnson | Refer to Greenville Creek LLC |
| Brand Force LLC | No record based on the information provided |
| Indigo Systems LLC | No record based on the information provided |
| Night Watch Group LLC | No attachable accounts, account closed |
| Snow Sale LLC | No record based on the information provided |
| Solid Ice LLC | No record based on the information provided |
| Walnut Street Marketing Inc. | No record based on the information provided |
| Wild Farms LLC | No record based on the information provided |
| Absolutely Working LLC | No record based on the information provided |
| Action Pro White LLC | No record based on the information provided |
| Blizzardwhite LLC | No record based on the information provided |

• Page 2                                                                July 28, 2017

| | |
|---|---|
| Brass Triangle LLC | No record based on the information provided |
| Bridge Ford LLC | No record based on the information provided |
| Dental Pro At Home LLC | No record based on the information provided |
| Desert Gecko LLC | No record based on the information provided |
| First Class Whitening LLC | No record based on the information provided |
| Flat Iron Avenue LLC | No record based on the information provided |
| Sandstone Beach LLC | No record based on the information provided |
| Sedona Beauty Secrets LLC | No record based on the information provided |
| Skinnyiq LLC | No record based on the information provided |
| Smile Pro Direct LLC | No record based on the information provided |
| Spark Whitening LLC | No record based on the information provided |
| Bella At Home LLC | No record based on the information provided |
| Circle of Youth Skincare LLC | No record based on the information provided |
| Honey Lake LLC | No record based on the information provided |
| Titanwhite LLC | No record based on the information provided |
| Mint House LLC | No record based on the information provided |
| Brookeville Lane LLC | Deposit Account Number ending in 4565<br>Account Restrained on 7/27/17<br>Account Balance at the Time of Restraint:  $887.80<br>Account Title:  Brookville Lane LLC (Non-Individual)<br>          Brian T. Arndt (Signer) |
| Thunder Avenue LLC | No record based on the information provided |
| Doing What's Possible LLC | No record based on the information provided |
| Newport Crossing LLC | Deposit Account Number ending in 6712<br>Account Restrained on 7/27/17<br>Account Balance at the Time of Restraint:  $1,007.58<br>Account Title:  Newport Crossing (Non-Individual)<br>          Twyla Ryan (Signer) |
| Cherry Blitz LLC | No record based on the information provided |
| Jasper Woods LLC | No record based on the information provided |

- Page 3                                                                                                     July 28, 2017

| | |
|---|---|
| Wheeler Peak Marketing LLC | No record based on the information provided |
| Blue Rocket Brands LLC | No record based on the information provided |
| Spruce River, LLC | No attachable accounts, account closed |
| Condor Canyon LLC | No record based on the information provided |
| Juniper Solutions LLC | No record based on the information provided |
| Three Lakes LLC | No record based on the information provided |
| How and Why LLC | No record based on the information provided |
| Greenville Creek LLC | Deposit Account Number ending in 4532<br>Account Restrained on 7/27/17<br>Account Balance at the Time of Restraint: $2,526.10<br>Account Title: Greenville Creek LLC (Non-Individual)<br>Jennifer A. Johnson (Signer) |
| University & Folsom LLC | No record based on the information provided |
| Dermaglam LLC | No record based on the information provided |
| Body Tropical LLC | No record based on the information provided |
| Salamonie River LLC | No record based on the information provided |
| Wave Rock LLC | No record based on the information provided |
| Roadrunner B2C LLC<br>  d/b/a  Revgo | No record based on the information provided |
| Revguard LLC | No record based on the information provided |
| Revlive! LLC | No record based on the information provided |
| Boulder Creek Internet Solutions Inc. | No record based on the information provided |
| Boulder Black Diamond LLC | No record based on the information provided |
| Revmountain LLC | No record based on the information provided |
| Roirunner LLC | No record based on the information provided |
| Convertis LLC | No record based on the information provided |
| Convertis Marketing LLC | No record based on the information provided |
| Turtle Mountains LLC | No record based on the information provided |

● Page 4                                                                                               July 28, 2017

| | |
|---|---|
| **Anasazi Management Partners LLC** | No record based on the information provided |
| **Trimxt LLC** | No record based on the information provided |
| **Elation White LLC** | No record based on the information provided |
| **Ivorypro LLC** | No record based on the information provided |

Please be advised that the above-mentioned accounts will remain restrained until further order of the court.

Your request for documents will be mailed to you separately.

If you have any questions, please feel free to contact me at (216) 813-7730.

Sincerely,

*[signature]*
Diana J. Holt
Analyst IV, Operational Services
Account Restraints & Seizures

cc:  United States District Court of Nevada



Account Restraints and Seizures
OH-01-49-3001
4900 Tiedeman Rd
Brooklyn, OH 44144



7017 0660 0000 1128 0908

US District Court
District of Nevada - Las Vegas
333 Las Vegas Blvd. South
Las Vegas, NV 89101

89101-706599