HINCH NEWMAN LLP
RICHARD B. NEWMAN
Nevada Bar No. 8203
Email: RNewman@HinchNewman.com
40 Wall Street, 35th Floor
New York, NY 10005

DICKINSON WRIGHT PLLC
ERIC D. HONE
Nevada Bar No. 8499
Email: ehone@dickinsonwright.com
GABRIEL A. BLUMBERG
Nevada Bar No. 12332
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400

*Attorneys for Defendant Jennifer Johnson*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No: 2:17-cv-02000-APG-GWF |
| Plaintiff, | |
| vs. | NOTICE OF APPEARANCE |
| REVMOUNTAIN, LLC, et al. | |
| Defendants. | |

COMES NOW, Richard B. Newman of the law firm of Hinch Newman LLP as lead counsel, and Eric D. Hone and Gabriel A. Blumberg of the law firm of Dickinson Wright PLLC as local counsel, and file an appearance herein as counsel of record for Defendant Jennifer Johnson, and demand that all copies of notices, pleadings, and documents be served upon them at Dickinson Wright PLLC, 8363 West Sunset Rd. Ste. 200, Las Vegas, Nevada 89113.  The main telephone number for the Las Vegas office of Dickinson Wright PLLC is (702) 550-4400.

E-service may be made upon:

Richard B. Newman at RNewman@HinchNewman.com

Eric D. Hone at ehone@dickinson-wright.com

Gabriel A. Blumberg at gblumberg@dickinson-wright.com

DATED this 10th day of August 2017.

        DICKINSON WRIGHT PLLC

        /s/ Eric D. Hone
        ERIC D. HONE
        Nevada Bar No. 8499
        Email:  ehone@dickinsonwright.com
        GABRIEL A. BLUMBERG
        Nevada Bar No. 12332
        8363 West Sunset Road, Suite 200
        Las Vegas, Nevada  89113-2210
        Tel:  (702) 550-4400

        HINCH NEWMAN LLP
        RICHARD B. NEWMAN
        Nevada Bar No. 8203
        Email:  RNewman@HinchNewman.com
        40 Wall Street, 35th Floor
        New York, NY 10005

        *Attorneys for Defendant Jennifer Johnson*

**CERTIFICATE OF SERVICE**

The undersigned, an employee of Dickinson Wright PLLC, hereby certifies that on the 10th day of August 2017, a copy of NOTICE OF APPEARANCE was served electronically to all parties of interest through the Court's CM/ECF system as follows:

| | |
|---|---|
| David C. Shonka, Acting General Counsel<br>Sarah Waldrop/Michelle Schaefer<br>Federal Trade Commission<br>Email: swaldrop@ftc.gov<br>Email: mschaefer@ftc.gov<br><br>Steven W. Myhre<br>Acting United States Attorney<br>Blaine T. Welsh<br>Assistant United States Attorney<br>Email: blaine.welsh@usdoj.gov<br><br>*Attorneys for Plaintiff Federal Trade Commission* | |

/s/ Bobbye Donaldson
An employee of Dickinson Wright PLLC