1  Joshua Teeple
   Grobstein Teeple LLC
2  One Venture Place, Suite 250
   Irvine, CA 92618
3  Telephone: 949.381.5656
   Facsimile: 714.668.1235
4  Email: jteeple@gtfas.com

5  *Federal Court Receiver*

6

7

8              UNITED STATES DISTRICT COURT

9                  DISTRICT OF NEVADA

10 FEDERAL TRADE COMMISSION,       )
   Plaintiff,                      ) Case No: 17-CV-02000-APG-GWF
11                                 )
   v.                              ) **OATH OF RECEIVER**
12                                 )
   REVMOUNTAIN, LLC, a Nevada limited )
13 liability company,              )
                                   )
14 ROADRUNNER B2C, LLC, also d/b/a )
   REVGO, a Nevada limited liability company, )
15                                 )
   WAVE ROCK, LLC, a Nevada limited )
16 liability company,              )
                                   )
17 JUNIPER SOLUTIONS, LLC, a Nevada )
   limited liability company,      )
18                                 )
   JASPER WOODS, LLC, a Nevada limited )
19 liability company,              )
                                   )
20 WHEELER PEAK MARKETING, LLC, a  )
   Nevada limited liability company, )
21                                 )
   ROIRUNNER, LLC, a Nevada limited )
22 liability company,              )
                                   )
23 CHERRY BLITZ, LLC, a Nevada limited )
   liability company,              )
24                                 )
   FLAT IRON AVENUE, LLC, a Nevada )
25 limited liability company,      )
                                   )
26 ABSOLUTELY WORKING, LLC, a Nevada )
   limited liability company,      )
27 _____ )

28

| | | |
|---|---|---|
| 1 | THREE LAKES, LLC, a Nevada limited liability company, | ) ) |
| 2 | | ) ) |
| 3 | BRIDGE FORD, LLC, a Nevada limited liability company, | ) ) |
| 4 | HOW AND WHY, LLC, a Nevada limited liability company, | ) ) |
| 5 | | ) |
| 6 | SPRUCE RIVER, LLC, a Nevada limited liability company, | ) ) |
| 7 | TRIMXT, LLC, a Nevada limited liability company, | ) ) |
| 8 | | ) |
| 9 | ELATION WHITE, LLC, a Nevada limited liability company, | ) ) |
| 10 | IVORYPRO, LLC, a Nevada limited liability company, | ) ) |
| 11 | | ) |
| 12 | DOING WHAT'S POSSIBLE, LLC, a Nevada limited liability company, | ) ) |
| 13 | REVGUARD, LLC, a Colorado limited liability company, | ) ) |
| 14 | | ) |
| 15 | REVLIVE!, LLC, a Colorado limited liability company, | ) ) |
| 16 | BLUE ROCKET BRANDS, LLC, a Colorado limited liability company, | ) ) |
| 17 | | ) |
| 18 | CONVERTIS, LLC, a Colorado limited liability company, | ) ) |
| 19 | CONVERTIS MARKETING, LLC, a Colorado limited liability company, | ) ) |
| 20 | | ) |
| 21 | TURTLE MOUNTAINS, LLC, a Colorado limited liability company, | ) ) |
| 22 | BOULDER BLACK DIAMOND, LLC, a Colorado limited liability company, | ) ) |
| 23 | | ) |
| 24 | MINT HOUSE, LLC, a Colorado limited liability company, | ) ) |
| 25 | THUNDER AVENUE, LLC, a Colorado limited liability company, | ) ) |
| 26 | | ) |
| 27 | UNIVERSITY & FOLSOM, LLC, a Colorado limited liability company, | ) ) |
| 28 | | |

16177.1:3557665.1                                      2

| | |
|---|---|
| 1 | BOULDER CREEK INTERNET )
|   | SOLUTIONS, INC., a Colorado corporation, ) |
| 2 | ) |
|   | WALNUT STREET MARKETING, INC., a ) |
| 3 | Colorado corporation, ) |
|   | ) |
| 4 | SNOW SALE, LLC, a Colorado limited ) |
| 5 | liability company, ) |
|   | ) |
| 6 | BRAND FORCE, LLC, a Colorado limited ) |
|   | liability company, ) |
| 7 | ) |
|   | WILD FARMS, LLC, a Colorado limited ) |
| 8 | liability company, ) |
|   | ) |
| 9 | SALAMONIE RIVER, LLC, an Indiana ) |
|   | limited liability company, ) |
| 10 | ) |
|   | INDIGO SYSTEMS, LLC, an Indiana ) |
| 11 | limited liability company, ) |
|   | ) |
| 12 | NIGHT WATCH GROUP, LLC, an Indiana ) |
|   | limited liability company, ) |
| 13 | ) |
|   | NEWPORT CROSSING, LLC, an Indiana ) |
| 14 | limited liability company, ) |
|   | ) |
| 15 | GREENVILLE CREEK, LLC, an Indiana ) |
|   | limited liability company, ) |
| 16 | ) |
|   | BROOKVILLE LANE, LLC, an Indiana ) |
| 17 | limited liability company, ) |
|   | ) |
| 18 | ANASAZI MANAGEMENT PARTNERS, ) |
|   | LLC, a Wyoming limited liability company, ) |
| 19 | ) |
|   | HONEY LAKE, LLC, a Wyoming limited ) |
| 20 | liability company, ) |
|   | ) |
| 21 | CONDOR CANYON, LLC, a Wyoming ) |
|   | limited liability company, ) |
| 22 | ) |
|   | BRASS TRIANGLE, LLC, an Arizona ) |
| 23 | limited liability company, ) |
|   | ) |
| 24 | SOLID ICE, LLC, an Arizona limited ) |
|   | liability company, ) |
| 25 | ) |
|   | SANDSTONE BEACH, LLC, an Arizona ) |
| 26 | limited liability company, ) |
|   | ) |
| 27 | DESERT GECKO, LLC, an Arizona limited ) |
| 28 | |

16177.1:3557665.1                                3

| | |
|---|---|
| 1 | liability company, ) |
| | ) |
| 2 | BLIZZARDWHITE, LLC, an Arizona ) |
| | limited liability company, ) |
| 3 | ) |
| | ACTION PRO WHITE, LLC, an Arizona ) |
| 4 | limited liability company, ) |
| | ) |
| 5 | FIRST CLASS WHITENING, LLC, an ) |
| | Arizona limited liability company, ) |
| 6 | ) |
| | SPARK WHITENING, LLC, an Arizona ) |
| 7 | limited liability company, ) |
| | ) |
| 8 | TITANWHITE, LLC, an Arizona limited ) |
| | liability company, ) |
| 9 | ) |
| | DENTAL PRO AT HOME, LLC, an Arizona ) |
| 10 | limited liability company, ) |
| | ) |
| 11 | SMILE PRO DIRECT, LLC, an Arizona ) |
| | limited liability company, ) |
| 12 | ) |
| | CIRCLE OF YOUTH SKINCARE, LLC, an ) |
| 13 | Arizona limited liability company, ) |
| | ) |
| 14 | DERMAGLAM, LLC, an Arizona limited ) |
| | liability company, ) |
| 15 | ) |
| | SEDONA BEAUTY SECRETS, LLC, an ) |
| 16 | Arizona limited liability company, ) |
| | ) |
| 17 | BELLA AT HOME, LLC, an Arizona ) |
| | limited liability company, ) |
| 18 | ) |
| | SKINNYIQ, LLC, an Arizona limited ) |
| 19 | liability company, ) |
| | ) |
| 20 | BODY TROPICAL, LLC, an Arizona limited ) |
| | liability company, ) |
| 21 | ) |
| | BLAIR MCNEA, individually and as an ) |
| 22 | officer of REVGUARD, LLC, ) |
| | ) |
| 23 | DANIELLE FOSS, individually and as an ) |
| | officer of BLUE ROCKET BRANDS, LLC ) |
| 24 | and CONVERTIS, LLC, ) |
| | ) |
| 25 | and ) |
| | ) |
| 26 | JENNIFER JOHNSON, individually and as ) |
| | an officer of REVMOUNTAIN, LLC, ) |
| 27 | ) |
| 28 | |

16177.1:3557665.1                          4

1                     Defendants.         )

I, Joshua Teeple, having been appointed Receiver in the above-entitled action, do solemnly swear that I will faithfully perform the duties of Receiver and observe all the instructions of the above-entitled Court.

I, Joshua Teeple, hereby certify to the Court that there are no contracts, agreements, arrangements or other understandings, either directly or indirectly, with the Plaintiff in this matter concerning: (1) my role with respect to any property of the receivership estate following the termination of this receivership, (2) how I will administer the estate or how much I will charge for services or pay for services to appropriate and/or approved third parties hired to provide services except as specifically set forth in the Ex Parte Temporary Restraining Order With Asset Freeze, Appointment of a Temporary Receiver, and Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue ("Order Appointing Receiver"), (3) who I will hire, or seek approval to hire, to perform necessary services, except as specifically set forth in the Order Appointing Receiver, (4) what capital expenditures will made to the property, or otherwise.

Pursuant to provision of the Court's Order Appointing Receiver, no bond shall be required in connection with the appointment of the Receiver.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of August, 2017, at Boulder, Colorado.



JOSHUA TEEPLE

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 9401 Wilshire Boulevard, Ninth Floor, Beverly Hills, CA 90212-2974.

On August 11, 2017, I served true copies of the following document(s) described as **OATH OF RECEIVER** on the interested parties in this action as follows:

**X**     **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the

Blaine T Welsh  Blaine.Welsh@usdoj.gov, CaseView.ECF@usdoj.gov, eunice.jones@usdoj.gov, sue.knight@usdoj.gov

Eric D. Hone  ehone@dickinsonwright.com, LV_LitDocket@dickinsonwright.com, bdonaldson@dickinsonwright.com, lstewart@dickinsonwright.com

Byron Z. Moldo  bmoldo@ecjlaw.com, tmelendez@ecjlaw.com

Bart K Larsen  blarsen@klnevada.com, jierien@klnevada.com, mbarnes@klnevada.com, usdistrict@klnevada.com

Gabriel A. Blumberg  gblumberg@dickinson-wright.com, LV_LitDocket@dickinsonwright.com, bdonaldson@dickinsonwright.com, lstewart@dickinson-wright.com

Sarah Waldrop  swaldrop@ftc.gov, rkim1@ftc.gov

Richard B Newman  rnewman@hinchnewman.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 11, 2017, at Beverly Hills, California.

/s/ Lore Pekrul
Lore Pekrul