DAVID C. SHONKA
Acting General Counsel
SARAH WALDROP
MICHELLE SCHAFER
Attorneys
Federal Trade Commission
600 Pennsylvania Avenue NW
Mailstop CC-9528
Washington, DC 20580
Telephone: 202-326-3444 (Waldrop)
Telephone: 202-326-3515 (Schaefer)
Facsimile: 202-326-3197
Email: swaldrop@ftc.gov, mschaefer@ftc.gov

STEVEN W. MYHRE
Acting United States Attorney
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov

*Attorneys for Plaintiff Federal Trade Commission.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No: 17-cv-02000-APG-GWF |
| Plaintiff, | |
| v. | **EXHIBITS IN SUPPORT OF PLAINTIFF FTC'S SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |
| REVMOUNTAIN, LLC, *et al.*, | |
| Defendants. | |

PX17: Declaration of Crystal Ostrum, Federal Trade Commission Investigator
    Attachment A: Records from office of Danielle Foss
    Attachment B: Records from office of Stelios Cabrera
    Attachments C-L: Records from office of Christy Blackburn
    Attachments M-Y: Records from office of Lindsey Martinez and Seth Davies
    Attachment Z: Records from office of Jennifer Johnson
    Attachment AA: Records from office of Rya Tillman
    Attachment AB: Records from shredder at 2011 Cherry Street offices
    Attachment AC: Loose consumer complaints from 2011 Cherry Street offices
    Attachment AD: Nameplate at 6260 Lookout Road offices
    Attachment AE: Records from office of John Petraglia
    Attachment AF: Records from office of Brooks Arbogast
    Attachment AG: Photographs of file room at 6260 Lookout Road offices
    Attachment AH: Records from office of Rachael McNea
    Attachments AI: Records from office of Ryan Reichenbach
    Attachment AJ: Records from office of Aimee Patterson
    Attachment AK: Records from office of Abby Hawkins
    Attachment AL: Records from office of Blair McNea
    Attachment AM: Records from file cabinet at 6260 Lookout Road offices
    Attachments AN-BD: Electronic documents retrieved from Blair McNea's computer
    Attachments BE-BJ: Electronic documents retrieved from Danielle Foss's computer

PX18: Declaration of Richard Kaplan, Federal Trade Commission Forensic Examiner
    Attachment A: Email account list

PX19: Declaration of Daniel Gillenwater, Federal Trade Commission Digital Investigative Analyst

PX20: Documents Produced by FirstBank

PX21: Documents Produced by Ally Bank

PX22: Documents Produced by Wells Fargo Bank