# PX17

## PX17 Attachment B

## Documents obtained from office of Stelios Cabrera

# COLORADO
**Confidential**
Updated 11/7/2012

## Turtle Mountains, LLC
A Colorado limited liability company formed August 20, 2006, 99.75% owned by Blair W. McNea and .25% Marilyn McNea. Managed by Blair W. McNea.

[Effective 8/1/2011, ownership is 99.75% Blair W. McNea and 0.25% Anasazi Management Partners, LLC; Confirm with Blair]

### Dissolved Colorado Entities:

**2011:**

**Open Waters, LLC** – Dissolved 12/15/11. Owned by OrthoWhite, LLC (99%) and Walter Long (1%).

**Owl Marketing, LLC** – Dissolved 12/15/11. Owned by OrthoWhite, LLC (99%) and Steven Vanderburg (1%).

**Sassy Smile, LLC** – Dissolved 12/15/11. 100% owned by Convertis, LLC.

**September Sunrise, LLC** – Dissolved 12/15/11. Owned by SlimSplash, LLC (99%) and Walter Long (1%).

**Summer Summit, LLC** – Dissolved 12/15/11. Owned by SlimSplash, LLC (99%) and Susan T. Laurent (1%).

**White Flash, LLC** –Changed name from Whitening Fast, LLC to White Flash, LLC on 5/6/11. Dissolved 12/19/11. 100% owned by Convertis, LLC.

**Bright Forever, LLC (fka Bright Fast, LLC)** – Bright Fast, LLC dissolved 3/31/11. Bright Fast, LLC reinstated 5/6/11. Name changed from Bright Fast, LLC to Bright Forever, LLC on 5/6/11. Dissolved 12/15/11. 100% owned by Convertis, LLC.

**2012:**

**Cobalt Supplements, LLC** - Dissolved 9/26/2012

**SlimSplash, LLC** – Dissolved 11/7/2012. Was 100% owned by Convertis, LLC

## RevGuard, LLC
A Colorado limited liability company formed February 17, 2010. Managed by Blair W. McNea

[Prior to Josh Gray's Redemption, ownership was 80% Josh Gray and 20% Turtle Mountains, LLC]

[After Josh Gray's redemption on 8/1/2011, ownership changed to 100% Turtle Mountains, LLC]

[Effective 8/1/2011, ownership changed to 99.75% Turtle Mountains, LLC and 0.25% Anasazi Management Partners, LLC; Confirm with Blair]

## Convertis Marketing, LLC
A Colorado limited liability company formed May 29, 2009. 100% owned by Turtle Mountains, LLC. Managed by Blair W. McNea

[Prior to Josh Gray's Redemption, ownership was 80% Josh Gray and 20% Turtle Mountains, LLC]

[After Josh Gray's redemption on 8/1/2011, ownership changed to 100% Turtle Mountains, LLC]

[Effective 8/1/2011, ownership changed to 99.75% Turtle Mountains, LLC and 0.25% Anasazi Management Partners, LLC; Confirm with Blair]

## CONVERTIS LLC
A Colorado limited liability company formed April 6, 2006. 100% wholly owned by Convertis Marketing, LLC. Managed by Turtle Mountains, LLC. Sells Ivory White product.
**Trade names (dba):** identified cosmetics, Ivory White, 411 Info Beauty, 123 Pretty You, and A1A Glamour Systems

## Gift Retriever LLC
A Colorado limited liability company formed October 1, 2009. 100% wholly owned by Convertis Marketing, LLC. Managed by Blair W. McNea. Sells discount cards.

*(handwritten: dissolve all of those)*

### BellaBrite LLC
A Colorado limited liability company, formed November 12, 2007. 100% wholly owned by Convertis LLC. Managed by Walter Long and Blair W. McNea. Sells BettaBrite product.

Employee Lease Agreement, Inventory Management Agreement and Marketing, Consulting and Services Agreement with Convertis LLC, executed April 7, 2008.

### BellaClear LLC dba Bella's Beauty Products
A Colorado limited liability company, formed November 12, 2007. 100% wholly owned by Convertis LLC. Managed by Walter Long and Blair W. McNea. Sells BellaClear product and Bella's Beauty Products.

Employee Lease Agreement, Inventory Management Agreement and Marketing, Consulting and Services Agreement with Convertis LLC, executed April 7, 2008.

### The Ultimate Facial LLC
A Colorado limited liability company, formed October 31, 2007. 100% wholly owned by Convertis LLC. Managed by Walter Long and Blair W. McNea. Sells TUF product.

Employee Lease Agreement, Inventory Management Agreement and Marketing, Consulting and Services Agreement with Convertis LLC, executed December 31, 2008.

### OrthoWhite LLC
A Colorado limited liability company, formed October 25, 2008. 100% wholly owned by Convertis LLC. Managed by Walter Long and Blair W. McNea. Sells OrthoWhite product.

Employee Lease Agreement, Inventory Management Agreement and Marketing, Consulting and Services Agreement with Convertis LLC, executed December 31, 2008.

### Minoxigen LLC
A Colorado limited liability company, formed August 25, 2010. 100% wholly owned by Convertis LLC. Managed by Blair W. McNea and Danielle DiSalle. Sells Minoxigen product.

Employee Lease Agreement, Inventory Management Agreement and Marketing, Consulting and Services Agreement with Convertis LLC, executed August 25, 2010.

### ThinAction LLC
A Colorado limited liability company, formed February 25, 2009. 100% wholly owned by Convertis LLC. Managed by Walter Long and Blair W. McNea. Sells ThinAction product.

Employee Lease Agreement, Inventory Management Agreement and Marketing, Consulting and Services Agreement with Convertis LLC, executed March 24, 2009.

### Eyepothesis LLC
A Colorado limited liability company, formed November 12, 2007. 100% wholly owned by Convertis LLC. Managed by Walter Long and Blair W. McNea. Sells Eyepothesis product.

Employee Lease Agreement, Inventory Management Agreement and Marketing, Consulting and Services Agreement with Convertis LLC, executed April 7, 2008.

---

### Walnut Street Marketing, Inc.
A Colorado corporation, incorporated November 12, 2007. 1% owned by Sue Laurent and 99% owned BellaBrite LLC. Managed by Blair W. McNea. Provides processing services to BellaBrite LLC.

Processing Agreement with BellaBrite LLC, executed April 7, 2008.

**Trade names (dba):**
BellaBrite
Walnut Street A
Be The Best You
Here's To You
IvoryWhite Solutions
OrthoWhite Results
ThinAction Results
YouthEFX For You

### Boulder Creek Internet Solutions, Inc.
A Colorado corporation, incorporated November 12, 2007. 1% owned by Steve Vanderburg and 99% owned by BellaClear, LLC. Managed by Blair McNea. Provides processing services to BellaClear LLC.

Processing Agreement with BellaBrite LLC, executed April 7, 2008.

**Trade names (dba):**
ThinAction Products
Minoxigen Products
OrthoWhite Products
BellaBrite Online
Ultimate Facial Online
BellaProducts Online
Bella's Beauty Secrets

[Ownership changed to 100% BellaClear, LLC effective July 2012]

### Brand Force LLC
A Colorado limited liability company, formed January 21, 2010, 1% owned by Kelly Clauson and 99% owned by Bright Fast, LLC. (**Note: Bright Fast dissolved; new owner will be BellaClear, LLC**) Managed by Kelly Clauson. Provides processing services to BellaClear LLC.

**Trade names (dba):**
IvoryWhite at Home (filed twice)
Eyepothesis at Home
Minoxigen at Home
Prana at Home
BellaBrite at Home
OrthoWhite at Home
Ultimate Facial at Home
BlizzardWhite at Home
Whitening Fast at Home

[Effective 1/1/2012, ownership changed to 80% Kelly Clauson and 20% Bright Fast, LLC]

### University & Folsom LLC
A Colorado limited liability company, formed March 4, 2008. 1% owned by Marnie Baesler and 99% owned by The Ultimate Facial LLC. Managed by Marnie Baesler. Provides processing services to the Ultimate Facial LLC

Processing Agreement with The Ultimate Facial LLC, executed April 7, 2008.

**Trade names (dba):**
Ticket to Orthowhite
Ticket to Eyepothesis
Minty Ice White
KnockoutWhite Solutions
Dental Pro Direct

[Effective 1/1/2012, ownership changed to 80% Marnie Baesler and 20% The Ultimate Facial, LLC]

### Wild Farms LLC
A Colorado limited liability company, formed January 21, 2010, 1% owned by Eric Fry and 99% owned by Whitening Fast, LLC. **Note: Whitening Fast dissolved; new owner will be OrthoWhite LLC**. Managed by Eric Fry. Provides processing services to OrthoWhite LLC.

**Trade names (dba):**
IvoryWhite Tools
OrthoWhite Tools
BellaBrite Tools
Ultimate Facial Tools
Smile Pro Tools
YouthEFX Tools
SkinnyIQ Tools
Beauty by Provence Tools

[Effective 1/1/2012, ownership changed to 80% Eric Fry and 20% Whitening Fast, LLC]

### Mint House LLC
A Colorado limited liability company, formed August 25, 2010, 1% owned by Danielle (DiSalle) Foss and 99% owned by Minoxigen LLC. Managed by Danielle Foss. Provides processing services to Minoxigen LLC.

Processing Agreement with Minoxigen LLC, executed August 25, 2010.

**Trade names (dba):**
Cobalt Products
OrthoWhite Products
Ultimate Facial Products
Eyepothesis Products
BellaBrite Products
OrthoWhite Marketing
HydraWhite Products
Face Enhancing Solutions
Blizzard White Global
TrimXT Technologies

[Effective 1/1/2012, ownership changed to 80% Danielle Foss and 20% Minoxigen, LLC]

### Snow Sale LLC
A Colorado limited liability company, formed January 21, 2010, 1% owned by Brian Lint and 99% owned by Sassy Smile, LLC. **Note: Sassy Smile dissolved; new owner is ThinAction LLC**. Managed by Brian Lint. Provides processing services to Thin Action LLC.

**Trade names (dba):**
IvoryWhite Marketing
Eyepothesis Marketing
Minoxigen Marketing
ThinAction Marketing
Ultimate Facial Marketing
BellaBrite Marketing
OrthoWhite Marketing
Smile Pro Marketing
Blizzard White Global

[Effective 12/15/2011, ownership changed to 99% ThinAction, LLC and 1% Brian Lint]

### Thunder Avenue LLC
A Colorado limited liability company, formed February 25, 2010, 1% owned by Marnie Baesler and 99% owned by ThinAction, LLC. Managed by Marnie Baesler. Provides processing services to ThinAction LLC

Processing Agreement with ThinAction LLC, executed April 30, 2009.

**Trade names (dba):**
IvoryWhite Products
Eyepothesis Solutions
OrthoWhite Solutions
BellaBrite Solutions

[Effective 1/1/2012, ownership changed to 80% Marnie Baesler and 20% ThinAction, LLC]

### Eyes Have It LLC
A Colorado limited liability company, formed April 7, 2008. 1% owned by Walter Long and 99% owned by Eyepothesis LLC. Managed by Walter Long. Provides processing services to Eyepothesis LLC.

Processing Agreement with Eyepothesis LLC, executed April 7, 2008.

557348_2







Based on Tax Returns

| Sector Risk | Entity | 2015 REV | Est Income | Primary Owner | % | Secondary Owner | % | Other comments/thoughts |
|---|---|---|---|---|---|---|---|---|
| Med | RevGuard | $ 6,000,000 | $ 300,000 | Turtle Mountains | 99.975% | Anasazi | 0.25% | ABC, LLC |
| Med | RevMountain | $ 1,000,000 | $ 150,000 | Turtle Mountains | 99.975% | Anasazi | 0.25% | MNO, LLC |
| Low | RoadRunner B2C | $ 1,500,000 | $ 500,000 | Turtle Mountains | 99.975% | Anasazi | 0.25% | DEF, LLC |
| Low | RevLive | $ 4,500,000 | $ 1,200,000 | Turtle Mountains | 99.975% | Anasazi | 0.25% | Havent file separate tax return yet, can be anyone...DEF, LLC |
| High | Wave Rock | $ 13,000,000 | $ 500,000 | Turtle Mountains | 99.975% | Anasazi | 0.25% | STU, LLC (could just stay Turtle Mountains/Anasazi, LLC) |
| Low | ROIRunner | $ 1,200,000 | $ 150,000 | Turtle Mountains | 99.975% | Anasazi | 0.25% | PQR, LLC |
| High | CherryBlitz | $ 800,000 | $ 150,000 | Turtle Mountains | 99.975% | Anasazi | 0.25% | JKL, LLC |
| High | Juniper Solutions | $ 50,000 | $ 50,000 | Turtle Mountains | 99.975% | Anasazi | 0.25% | GHI, LLC |
| High | Convertis Marketing | $ 50,000 | $ 50,000 | Turtle Mountains | 99.975% | Anasazi | 0.25% | GHI, LLC |
| High | Blue Rocket Brands | $ 1,000,000 | $ 500,000 | Turtle Mountains | 99.975% | Anasazi | 0.25% | WXY, LLC |
| High | Salamonie, LLC | $ 1,000,000 | $ 200,000 | Turtle Mountains | 99.975% | Anasazi | 0.25% | ZAB, LLC |
| High | Wheeler Peak, LLC | $ 1,000,000 | $ 500,000 | Turtle Mountains | 99.975% | Anasazi | 0.25% | CDE, LLC |
| | | $ 31,100,000 | $ 4,250,000 | | | | | |

Dormant LLC'S
Condor Canyon, LLC — processing parent
Honey Lake, LLC

↳ resellers owned by Condor Canyon?

gift cards — blog traffic?

① get Suzanne the
  — 5 or 6 corps we have
  intl set up
② Colorado product companies
  can we dissolve
③ list of foreign entity forms
  danica did
④ conversion of Wave Rock from
  NV to AZ?
⑤ share dropbox folder w/Suzanne

— same form for 3 lakes