# PX17

## PX17 Attachment C

## Documents obtained from office of Christy Blackburn



(COPY)

| Company | Bank | Account Number | Login | Password | Questions |
|---|---|---|---|---|---|
| Walnut | BBVA Compass | ███ | WALNUT2011 | ███ | ███ |
| Wild Farms | Bank of America | ███ | Lindsey0605 | ███ | ███ |
| Snow Sale | Bank of America | ███ | ivorycristy | ███ | ███ |
| Solid Ice | US Bank | ███ | SOLIDICE2011 | ███ | ███ |
| Indigo Systems | US Bank | ███ | BRREICHENBACH0616 | ███ | ███ |
| Flat Iron Avenue | US Bank | ███ | BRMCEVOY0607 | ███ | ███ |
| Brass Triangle | US Bank | ███ | BMGOODMANARNDT0711 | ███ | ███ |
| Bridge Ford | Guaranty Bank | | emily1 | | |
| Absolutely Working | Guaranty Bank | | | For Deposit Only Wave Rock, LLC | |
| Condor Canyon | Guaranty Bank | | DANIELLEF | | |
| Mint house | Guaranty Bank | | | | For Deposit Only Wave Rock, LLC |
| Sandstone Beach | Guaranty Bank | | | | |
| Three Lakes | Guaranty Bank | | | | |
| Mint house | 1st Bank | | M1nthouse | | |
| Night Watch Group | 1st Bank | | NightBRB2 | | |
| Boulder Creek | 1st Bank | | B0uldercreek | | |

Page 1 of 3

5/15/17

| Company | Bank | Account Number | Login | Password | Questions |
|---|---|---|---|---|---|
| Desert Gecko | 1st Bank | ▮ | TR3s3dGeck | ▮ | ▮ |
| How and Why | 1st Bank | ▮ | wHynH0w2011 | ▮ | ▮ |
| Doing Whats Possible | 1st Bank | ▮ | doingWP127 | ▮ | ▮ |
| Doing Whats Possible | TCF | ▮ | DWPbrb2011 | ▮ | ▮ |
| Thunder Ave | TCF | ▮ | ThunderAv32011 | ▮ | ▮ |
| University & Folsom | TCF | ▮ | UFmarnie987 | ▮ | ▮ |
| Greenville Creek | Key Bank | ▮ | gr33nvill3 | ▮ | ▮ |
| Brookville Lane | Key Bank | ▮ | br00kyvilly | ▮ | ▮ |
| Newport Crossing | Key Bank | ▮ | newzp0rtz9 | ▮ | ▮ |
| Brand Force | Wells Fargo | ▮ | KellyBrand2011 | ▮ | ▮ |

PX17 Atatchment C-3

| Company | Bank | Account Number | Login | Password | Questions |
|---|---|---|---|---|---|
| Spruce River | Chase Bank | ▓▓▓ | jaimeahayden72 | ▓▓▓ | |
| Wheeler Peak | Guaranty Bank | ▓▓▓ | MCNEAB | ▓▓▓ | |
| Salamonie Beach | US Bank | ▓▓▓ | SALAMONIE | ▓▓▓ | |
| Wave Rock | Wells Fargo | ▓▓▓ | brbwave | ▓▓▓ | |
| Blue Rocket Brands | Wells Fargo | ▓▓▓ | CEO Company Code - BLUER546 CHRIC521 | ▓▓▓ | |
| Cherry Blitz | Wells Fargo | ▓▓▓ | ENNJ672 | ▓▓▓ | |

Bridge Ford -

WRM -











