# PX17

## PX17 Attachment E

Document containing bank account formation obtained from office of Christy Blackburn

| Company | Bank | Route # | Acct# | Swift | Signers | Opened Date | Closed Date |
|---|---|---|---|---|---|---|---|
| Absolutely Working | Guaranty Bank | 102000966 | | WFBIUS6S | Danielle/Megan Nosel | | |
| Blue Rocket Brands | Wells Fargo | 102000076 | | WFBIUS6S | Blair/Jenny | | |
| Boulder Creek | 1st Bank | 107002532 | | | Blair/Walter/Jenny | | |
| Brand Force | Wells Fargo | 102000076 | | WFBIUS6S | Kelly Clauson | | |
| Brais Triangle | US Bank | 102000021 | | USBKUS44IMT | Goodman | | |
| Bridge Ford | Guaranty Bank | 102000966 | | WFBIUS6S | Emily McEvoy | 5/1/2017 | |
| Brookville Lane | Key Bank | 074001048 | | KEYBUS33 | Brian Arndt | | |
| Condor Canyon | Guaranty Bank | 102000966 | | WFBIUS6S | Blair/Dani | | |
| Desert Gecko | 1st Bank | 107005047 | | | Jenny/Sarah Austin | | |
| Doing Whats Possible | 1st Bank | 107005047 | | | Taree/Danielle | | |
| Doing Whats Possible | TCF | 107006444 | | | Taree/Jenny | | |
| Flat Iron Avenue | US Bank | 102000021 | | USBKUS44IMT | Rob McEvoy | | |
| Greenville Creek | Key Bank | 074001048 | | KEYBUS33 | Jenny Johnson | | |
| Hamilton Hills | Bank of America | 121000358 | | | Calvin Jennings | | |
| How and Why | 1st Bank | 107005047 | | | Jenny/Mark | | |
| Indigo Systems | US Bank | 102000021 | | USBKUS44IMT | Ryan Reichenbach | | |
| Mint house | 1st Bank | 107002532 | | | Danielle/Blair | | |
| Mint house | Guaranty Bank | 102000966 | | WFBIUS6S | Danielle | | |
| Moreta Hills | Bank of America | 121000358 | | | Neva Archuleta | 6/1/2017 | |
| Newport Crossing | Key Bank | 074001048 | | KEYBUS33 | Twyla Ryan | | wire in routing number 041001039 |
| Night Watch Group | 1st Bank | 107005047 | | | Blair McNea | | |
| Salamonie River | US Bank | 102000021 | | USBKUS44IMT | Blair McNea | | |
| Sandstone | Guaranty Bank | 102000966 | | WFBIUS6S | Danielle/Ryan M | | |
| Seminole Mountain | Bank of America | 121000358 | | | Courtney Masters | 6/2/2017 | |
| Snow Sale | Bank of America | 122400724 | | | Brian Lint | | |
| Solid Ice | US Bank | 102000021 | | USBKUS44IMT | Christy Megalo | | |
| Spruce River | Chase Bank | 102001017 | | | Jaime Hayden | | |
| Three Lakes | Guaranty Bank | 102000966 | | WFBIUS6S | Chris Pool/Dani | | |
| Thunder Ave | TCF | 107006444 | | | Jenny/Blair/Marnie | | |
| University & Folsom | TCF | 107006444 | | | Jenny/Blair/Marnie | | |
| Walnut Street | BBVA Compass | 107005319 | | CPASUS44 | Sue/Danielle | | |
| Wave Rock | Wells Fargo | 102000076 | | WFBIUS6S | Jenny Johnson | | |
| Wheeler Peak | Guaranty Bank | 102000966 | | | Blair McNea | | 5/12/2017 |
| Wild Farms | Bank of America | 123103716 | | | Lindsey Martinez | | wire in routing number 026009593 |
| Wind River Range | Bank of America | 121000358 | | | Cristy Blackburn | | |
| Wrangler lake | Bank of America | 121000358 | | | Tiffany | 6/1/2017 | |

### Closed Accounts

| Company | Bank | Route # | Acct# | Signers | Closed Date |
|---|---|---|---|---|---|
| Absolutely Working | Bank of the West | 107002147 | | Danielle/Megan Nosel | 6/16/2015 |
| Brass Triangle | Bank of the West | 107002147 | | Jenny/Megan Goodman | 6/16/2015 |
| Bridge Ford | Bank of the West | 107002147 | | Danielle/Emily | 6/16/2015 |
| Desert Gecko | Bank of the West | 107002147 | | Jenny/Blair | 6/16/2015 |
| Flat Iron Avenue | Bank of the West | 107002147 | | Danielle/Rob | 6/16/2015 |
| How and Why | Bank of the West | 107002147 | | Danielle/Mark | 6/16/2015 |
| Jasper Woods | Bank of the West | 107002147 | | Jenny/Blair | 6/16/2015 |
| Sandstone | Bank of the West | 107002147 | | Jenny/Ryan | 6/16/2015 |
| ActionProWhite | First National Bank | 107000262 | | Jenny/Dani | 4/30/2015 |
| Bella At Home | First National Bank | 107000262 | | Dani | 4/30/2015 |
| Blizzard White | First National Bank | 107000262 | | Dani | 4/30/2015 |
| Circle of Youth | First National Bank | 107000262 | | Dani | 4/30/2015 |
| Dental Pro At Home | First National Bank | 107000262 | | Dani | 4/30/2015 |
| First Class Whitening | First National Bank | 107000262 | | Jenny/Dani | 4/30/2015 |
| Sedona Beauty Secrets | First National Bank | 107000262 | | Jenny/Dani | 4/30/2015 |
| Skinny IQ | First National Bank | 107000262 | | Dani | 4/30/2015 |
| Smile Pro Direct | First National Bank | 107000262 | | Jenny/Dani | 4/30/2015 |
| Spark Whitening | First National Bank | 107000262 | | Dani | 4/30/2015 |
| TitanWhite | First National Bank | 107000262 | | Jenny/Dani | 4/30/2015 |
| Brand Force | Great Western | 091408734 | | Jenny/Blair | 9/18/2015 |
| Indigo Systems | Great Western | 091408734 | | Jenny/Ryan R. | 9/18/2015 |
| Night Watch Group | Great Western | 091408734 | | Jenny/Tony | 9/18/2015 |
| Salamonie River | Great Western | 091408734 | | Jenny/Danielle | 9/18/2015 |
| Snow Sale | Great Western | 091408734 | | Jenny/Brian | 9/18/2015 |
| Solid Ice | Great Western | 091408734 | | Danielle/Christy | 9/18/2015 |
| Walnut | Great Western | 091408734 | | Danielle/Sue | 9/18/2015 |
| Wave Rock | Great Western | 091408734 | | Danielle/Blair | 9/18/2015 |
| Wild Farms | Great Western | 091408734 | | Jenny/Blair | 9/18/2015 |
| Night Watch Group | Key Bank | 307070267 | | Blair McNea | |
| Three Lakes | Wells Fargo | 102000076 | | Walter | |
| Boulder Creek | Vectra Bank | 102003154 | | Jenny Johnson | 5/15/2017 |
| Bridge Ford | Vectra Bank | 102003154 | | Jenny/Emily | 5/15/2017 |
| Wheeler Peak | Vectra Bank | 102003154 | | Blair McNea | 5/15/2017 |

| Bank | Website |
|---|---|
| 1st Bank | https://www.efirstbank.com/ |
| Bank of America | https://www.bankofamerica.com/smallbusiness/ |
| BBVA Compass | https://www.bbvacompass.com/ |
| Chase Bank | https://chaseonline.chase.com/ |
| Guaranty Bank | https://www.guarantybankco.com/ |
| Key Bank | https://www.key.com/personal/index.jsp?key=com |
| TCF | https://www.tcfbank.com/?gclid=CP-MvJag7b8CFQmraQodCoEAuw |
| US Bank | https://www.usbank.com/index.html |
| Vectra Bank | https://www.vectrabank.com/?cid=113-PPC-1-1-%2Bvectra%20%2Bbank |
| Wells Fargo | https://www.wellsfargo.com/ |

Note: TCF does not have a SWIFT code because TCF is not an international bank. The sending bank will usually have a correspondent relationship with a bank in the United States who then routes the funds to TCF.

- Mexico BNF Acct # must be 18 digits
- Turkey & UAE Requires IBANs
- United Kingdom Requires 6-Digit SORT Code
- India Requires Purpose of Payment Listed