# PX17

## PX17 Attachment F

Invoices from affiliate marketers obtained from office of Christy Blackburn





**THE AFFILIATI NETWORK**

# INVOICE

Blue Rocket Brands



| | |
|---|---|
| **Invoice Date** | The Affiliati Network, Inc. |
| Apr 30, 2017 | 1521 Alton Rd. |
| **Invoice Number** | #160 |
| INV-11747 | MIAMI BEACH FLORIDA 33139 |
| **Reference** | |
| April 2017 | |

| Description | Quantity | Unit Price | Tax | Amount USD |
|---|---|---|---|---|
| Whitening Coach - Aff 255 | 242.00 | 38.00 | Tax Exempt | 9,196.00 |
| Whitening Coach - Aff 4154 | 456.00 | 37.00 | Tax Exempt | 16,872.00 |
| Whitening Coach - All Other Aff | 127.00 | 40.00 | Tax Exempt | 5,080.00 |
| First Class Whitening - Aff 255 | 154.00 | 38.00 | Tax Exempt | 5,852.00 |
| First Class Whitening - Aff 4154 | 295.00 | 37.00 | Tax Exempt | 10,915.00 |
| First Class Whitening - All Other Aff | 83.00 | 40.00 | Tax Exempt | 3,320.00 |
| Sedona Beauty Secrets - All Affiliates: | 1.00 | 45.00 | Tax Exempt | 45.00 |
| | | | Subtotal | 51,280.00 |
| | | | **TOTAL USD** | **51,280.00** |

**Due Date: May 14, 2017**
Banking Information

WIRE/ACH
Acct Name: The Affiliati Network
Account Number: ▮▮▮▮
Routing Number: 122016066
Swift Code: CINAUS6L
Bank Name: City National Bank
Bank Address: 11500 W. Olympic Blvd, West Los Angeles, CA 90064
Bank Phone: (310) 445-3640

Registered Office: 1521 Alton Rd., #160, Miami Beach, Florida, 33139.

April

| Publisher | Product | All Orders | Cost Per Order | | Total Owed | | Billable Orders | Total Owed | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Affiliati - Teeth | APW (FCW) | 3 | $ | 38.00 | $ | 114.00 | 3 | $ | 114.00 | |
| | APW (FCW) | 1 | $ | 40.00 | $ | 40.00 | 1 | $ | 40.00 | $ 191.00 |
| | APW (FCW) | 1 | $ | 37.00 | $ | 37.00 | 1 | $ | 37.00 | |
| | GW (FCW) | 267 | $ | 37.00 | $ | 9,879.00 | 244 | $ | 9,028.00 | |
| | GW (FCW) | 130 | $ | 38.00 | $ | 4,940.00 | 122 | $ | 4,636.00 | $ 15,064.00 |
| | GW (FCW) | 40 | $ | 40.00 | $ | 1,600.00 | 35 | $ | 1,400.00 | |
| | INW (FCW) | 50 | $ | 40.00 | $ | 2,000.00 | 47 | $ | 1,880.00 | |
| | INW (FCW) | 58 | $ | 37.00 | $ | 2,146.00 | 50 | $ | 1,850.00 | |
| | INW (FCW) | 36 | $ | 38.00 | $ | 1,368.00 | 29 | $ | 1,102.00 | $ 8,979.00 |
| | INW (WC) | 86 | $ | 37.00 | $ | 3,182.00 | 81 | $ | 2,997.00 | |
| | INW (WC) | 31 | $ | 38.00 | $ | 1,178.00 | 25 | $ | 950.00 | |
| | INW (WC) | 7 | $ | 40.00 | $ | 280.00 | 5 | $ | 200.00 | |
| | SBS | 1 | $ | 45.00 | $ | 45.00 | 1 | $ | 45.00 | $ 45.00 |
| | SV (WC) | 132 | $ | 37.00 | $ | 4,884.00 | 116 | $ | 4,292.00 | |
| | SV (WC) | 65 | $ | 38.00 | $ | 2,470.00 | 60 | $ | 2,280.00 | $ 7,692.00 |
| | SV (WC) | 31 | $ | 40.00 | $ | 1,240.00 | 28 | $ | 1,120.00 | |
| | WC | 226 | $ | 37.00 | $ | 8,362.00 | 204 | $ | 7,548.00 | |
| | WC | 149 | $ | 38.00 | $ | 5,662.00 | 137 | $ | 5,206.00 | $ 16,034.00 |
| | WC | 91 | $ | 40.00 | $ | 3,640.00 | 82 | $ | 3,280.00 | |
| | WT (WC) | 62 | $ | 37.00 | $ | 2,294.00 | 55 | $ | 2,035.00 | |
| | WT (WC) | 22 | $ | 38.00 | $ | 836.00 | 20 | $ | 760.00 | $ 3,275.00 |
| | WT (WC) | 13 | $ | 40.00 | $ | 520.00 | 12 | $ | 480.00 | |
| Total | | 1,502 | | | $ | 56,717.00 | 1,358 | $ | 51,280.00 | $ 51,280.00 |

Monthly Billing Traffic Partners



**WELLS FARGO**    **Wires**

# Payment Confirmation

## THE AFFILIATI NETWORK

## Payment Information

| | | | |
|---|---|---|---|
| **Name** | THE AFFILIATI NETWORK | **Status** | Awaiting 1 approvals. |
| **Payment ID** | 280 | **Modified** | 05/18/2017 01:52 pm ET by ABBYA936 |
| **Type** | Wire | | |

## Debit Account

**Debit Account**    ▓▓▓▓ (USD) WAVE ROCK, LLC.

## Beneficiary

| | | | |
|---|---|---|---|
| **Beneficiary** | The Affiliati Network<br>Acct # ▓▓▓▓ | **Beneficiary Bank** | CITY NATIONAL BANK<br>LOS ANGELES<br>CA<br>United States of America(US)<br>FEDWIRE# 122016066 |

## Payment Details

| | |
|---|---|
| **Debit Currency** | USD - United States Dollar |
| **Credit Currency** | USD - United States Dollar |
| **Amount** | 51,280.00 USD |
| **Value Date** | 05/18/2017 |
| **Cutoff time** | 05:30 pm ET |

## References

| | | | |
|---|---|---|---|
| **Originator to Beneficiary Information**<br>**OBI**   Invoice 11747 | | **Originator** | Wave Rock, LLC<br>7702 E Doubletree Ranch Rd<br>#300<br>Scottsdale, AZ 85258 |
| | | **Payment References ID or Acct #** | ▓▓▓▓ |





# INVOICE

Blue Rocket Brands

**Invoice Date**
May 31, 2017

**Invoice Number**
INV-12173

**Reference**
May 2017

The Affiliati Network, Inc.
1521 Alton Rd.
#160
MIAMI BEACH FLORIDA 33139



| Description | Quantity | Unit Price | Tax | Amount USD |
|---|---|---|---|---|
| Whitening Coach - Aff 4154 | 222.00 | 37.00 | Tax Exempt | 8,214.00 |
| Whitening Coach - Aff 255 - 5/1-5/9 | 208.00 | 38.00 | Tax Exempt | 7,904.00 |
| Whitening Coach - Aff 255 - 5/10-5/31 | 606.00 | 40.00 | Tax Exempt | 24,240.00 |
| Whitening Coach - All Other Aff | 6.00 | 40.00 | Tax Exempt | 240.00 |
| First Class Whitening - Aff 4154 | 151.00 | 37.00 | Tax Exempt | 5,587.00 |
| First Class Whitening - Aff 255 - 5/1-5/9 | 132.00 | 38.00 | Tax Exempt | 5,016.00 |
| First Class Whitening - Aff 255 - 5/10-5/31 | 384.00 | 40.00 | Tax Exempt | 15,360.00 |
| First Class Whitening - All Other Aff | 3.00 | 40.00 | Tax Exempt | 120.00 |
| Sedona Beauty Secrets - All Affiliates: | 3.00 | 45.00 | Tax Exempt | 135.00 |
| Circle of Youth - All Aff | 1.00 | 45.00 | Tax Exempt | 45.00 |
| | | | Subtotal | 66,861.00 |
| | | | **TOTAL USD** | **66,861.00** |

**Due Date: Jun 14, 2017**
Banking Information

WIRE/ACH
Acct Name: The Affiliati Network
Account Number: ▮▮▮▮▮
Routing Number: 122016066
Swift Code: CINAUS6L
Bank Name: City National Bank
Bank Address: 11500 W. Olympic Blvd, West Los Angeles, CA 90064
Bank Phone: (310) 445-3640

Registered Office: 1521 Alton Rd., #160, Miami Beach, Florida, 33139.



| Publisher | Product | All Orders | Cost Per O | Total Owed | Billable Or | Total Owed | |
|---|---|---|---|---|---|---|---|
| Affiliati - Teeth | APW (FCW) | 4.00 | 40.00 | 160.00 | 4.00 | 160.00 | 197.00 |
| | APW (FCW) | 1.00 | 37.00 | 37.00 | 1.00 | 37.00 | |
| | COY | 1.00 | 45.00 | 45.00 | 1.00 | 45.00 | 45.00 |
| | DPH (WC) | 276.00 | 40.00 | 11,040.00 | 249.00 | 9,960.00 | |
| | DPH (WC) | 66.00 | 37.00 | 2,442.00 | 60.00 | 2,220.00 | 12,380.00 |
| | DPH (WC) | 5.00 | 40.00 | 200.00 | 5.00 | 200.00 | |
| | FCW | 72.00 | 38.00 | 2,736.00 | 66.00 | 2,508.00 | |
| | FCW | 41.00 | 40.00 | 1,640.00 | 38.00 | 1,520.00 | 4,990.00 |
| | FCW | 30.00 | 37.00 | 1,110.00 | 26.00 | 962.00 | |
| | GW (FCW) | 163.00 | 40.00 | 6,520.00 | 148.00 | 5,920.00 | |
| | GW (FCW) | 56.00 | 37.00 | 2,072.00 | 49.00 | 1,813.00 | 8,151.00 |
| | GW (FCW) | 11.00 | 38.00 | 418.00 | 11.00 | 418.00 | |
| | INW (FCW) | 54.00 | 38.00 | 2,052.00 | 46.00 | 1,748.00 | |
| | INW (FCW) | 29.00 | 37.00 | 1,073.00 | 28.00 | 1,036.00 | |
| | INW (FCW) | 26.00 | 40.00 | 1,040.00 | 24.00 | 960.00 | 3,969.00 |
| | INW (WC) | 3.00 | 38.00 | 114.00 | 3.00 | 114.00 | |
| | INW (WC) | 3.00 | 37.00 | 111.00 | 3.00 | 111.00 | |
| | SBS | 3.00 | 45.00 | 135.00 | 3.00 | 135.00 | 135.00 |
| | SPD (WC) | 98.00 | 38.00 | 3,724.00 | 92.00 | 3,496.00 | |
| | SPD (WC) | 61.00 | 40.00 | 2,440.00 | 55.00 | 2,200.00 | 6,991.00 |
| | SPD (WC) | 42.00 | 37.00 | 1,554.00 | 35.00 | 1,295.00 | |
| | SV (FCW) | 10.00 | 38.00 | 380.00 | 9.00 | 342.00 | |
| | SV (FCW) | 6.00 | 40.00 | 240.00 | 6.00 | 240.00 | |
| | SV (FCW) | 5.00 | 37.00 | 185.00 | 5.00 | 185.00 | 3,985.00 |
| | SV (WC) | 48.00 | 40.00 | 1,920.00 | 41.00 | 1,640.00 | |
| | SV (WC) | 27.00 | 38.00 | 1,026.00 | 24.00 | 912.00 | |
| | SV (WC) | 19.00 | 37.00 | 703.00 | 18.00 | 666.00 | |
| | SW (FCW) | 182.00 | 40.00 | 7,280.00 | 164.00 | 6,560.00 | |
| | SW (FCW) | 47.00 | 37.00 | 1,739.00 | 42.00 | 1,554.00 | 8,234.00 |
| | SW (FCW) | 3.00 | 40.00 | 120.00 | 3.00 | 120.00 | |
| | WC | 280.00 | 40.00 | 11,200.00 | 253.00 | 10,120.00 | |
| | WC | 106.00 | 37.00 | 3,922.00 | 95.00 | 3,515.00 | 16,485.00 |
| | WC | 88.00 | 38.00 | 3,344.00 | 75.00 | 2,850.00 | |
| | WT (WC) | 16.00 | 38.00 | 608.00 | 14.00 | 532.00 | |
| | WT (WC) | 11.00 | 37.00 | 407.00 | 11.00 | 407.00 | |
| | WT (WC) | 8.00 | 40.00 | 320.00 | 8.00 | 320.00 | 1,299.00 |
| | WT (WC) | 1.00 | 40.00 | 40.00 | 1.00 | 40.00 | |

66,861.00    66,861.00


**WELLS FARGO**    **Wires**

# Payment Confirmation

## THE AFFILIATI NETWORK

### Payment Information

| | | | |
|---|---|---|---|
| **Name** | THE AFFILIATI NETWORK | **Status** | Awaiting 1 approvals. |
| **Payment ID** | 289 | **Modified** | 06/22/2017 02:32 pm ET by ABBYA936 |
| **Type** | Wire | | |

### Debit Account

**Debit Account**    ▉▉▉▉ (USD) WAVE ROCK, LLC.

### Beneficiary

| | | | |
|---|---|---|---|
| **Beneficiary** | The Affiliati Network | **Beneficiary Bank** | CITY NATIONAL BANK |
| | Acct # ▉▉▉▉ | | LOS ANGELES |
| | | | CA |
| | | | United States of America(US) |
| | | | FEDWIRE# 122016066 |

### Payment Details

| | |
|---|---|
| **Debit Currency** | USD - United States Dollar |
| **Credit Currency** | USD - United States Dollar |
| **Amount** | 66,861.00 USD |
| **Value Date** | 06/22/2017 |
| **Cutoff time** | 05:30 pm ET |

### References

| | | | |
|---|---|---|---|
| **Originator to Beneficiary Information** | | **Originator** | Wave Rock, LLC |
| **OBI** | Invoice 12173 | | 7702 E Doubletree Ranch Rd |
| | | | #300 |
| | | | Scottsdale, AZ 85258 |
| | | **Payment References ID or Acct #** | ▉▉▉▉ |



3766

Wave Rock, LLC
Clickbooth

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 5/26/2017 | Bill | CB102342 | 10,091.00 | 10,091.00 | | 10,091.00 |
| 5/26/2017 | Credit | CB102436 | -3.00 | -3.00 | | -3.00 |
| | | | | | Check Amount | 10,088.00 |

6/14/2017

Wells Fargo Checking   Action Pro White

10,088.00

(3/11)

Rev 3/11



Wave Rock, LLC

Clickbooth

| Date | Type | Reference |
|------|------|-----------|
| 5/26/2017 | Bill | CB102343 |
| 5/26/2017 | Credit | CB102437 |

| Original Amt. | Balance Due | 6/14/2017 Discount | Payment |
|---------------|-------------|---------|---------|
| 19,868.00 | 19,868.00 | | 19,868.00 |
| -3.00 | -3.00 | | -3.00 |
| | | Check Amount | 19,865.00 |

3767

Wells Fargo Checking   Blizzard White

19,865.00

PAYMENT RECORD

Rev 3/11

(3/11)



## INVOICE

**Invoice Date:** 05/26/2017
**Invoice #:** CB102342
**Customer #:** 1774

**Clickbooth.com, LLC**
5911 N. Honore Ave
Suite 114
Sarasota, FL 34243
Ph: 941-483-4188
Fax: 941-296-8709

**Bill To:**
**Action Pro White LLC**
7702 E. Doubletree Ranch, Suite 300
Scottsdale, AZ 85258
United States

Attn: Danielle Foss
Phone: 720.238.2418
Email: Danielle@bluerocketbrands.com

**Invoice Period:** Traffic for 05.15.17 - 05.21.17    **Terms:** Net 20                        **Due Date:** 06/15/2017

| Offer | Clickbooth Network Offer Description | Quantity | | Cost | Amount |
|-------|-------------------------------------|----------|---|------|--------|
| 7306-Upsell | Action Pro White - Teeth Tray - US, CA, AU Link ID 444 | 95 | ✔ | $31.00 | $2,945.00 |
| 7306-Upsell | Action Pro White - Teeth Tray - US, CA, AU Link ID 12731 | 120 | ✔ | $32.00 | $3,840.00 |
| 7306-Upsell | Action Pro White - Teeth Tray - US, CA, AU Link ID 295 | 2 | ✔ | $45.00 | $90.00 |
| 7306-Upsell | Action Pro White - Teeth Tray - US, CA, AU All other Link IDs | 57 | | $43.00 | $2,451.00 |
| 16578-Upsell | Action Pro White - LinkID 295 Only Link ID 295 Only | 17 | ✔ | $45.00 | $765.00 |
| | | **TOTAL** | | | **$10,091.00** |

**Payment Instructions:**
Please include your customer ID (1774) with remittance details.
Wire/ACH Details – Account Name: Clickbooth.com LLC / Bank Name: Branch Banking & Trust
Account Number:
Routing #: 263191387
Swift Code: BRBTUS33

Check: (via fax to 941.296.8273 or mail) payable to Clickbooth.com, LLC (US dollars only)
*Thank you for your business!*

Page 1



## INVOICE

**Invoice Date:** 06/07/2017
**Invoice #:** CB102436
**Customer #:** 1774

**Clickbooth.com, LLC**
5911 N. Honore Ave
Suite 114
Sarasota, FL 34243
Ph: 941-483-4188
Fax: 941-296-8709

**Bill To:**
**Action Pro White LLC**
7702 E. Doubletree Ranch, Suite 300
Scottsdale, AZ 85258
United States

Attn: Danielle Foss
Phone: 720.238.2418
Email:  Danielle@bluerocketbrands.com

**Invoice Period:** Credit due for 05.15.17 - 05.21.17**Terms:** Net 20          **Due Date:** 06/27/2017

| Offer | Clickbooth Network Offer Description | Quantity | Cost | Amount |
|-------|-------------------------------------|----------|------|--------|
| 7306-Upsell | Action Pro White - Teeth Tray - US, CA, AU<br>Link ID #21052 / to correct payout. | -1 | $43.00 | $-43.00 |
| 7306-Upsell | Smile Pro Direct - US, CA<br>Link ID #21052 / to correct payout. | 1 | $40.00 | $40.00 |
| | | **TOTAL** | | **$-3.00** |

**Payment Instructions:**
**Please include your customer ID (1774) with remittance details.**
Wire/ACH Details – Account Name: Clickbooth.com LLC / Bank Name: Branch Banking & Trust
**Account Number:** ▮▮▮▮▮▮▮
**Routing #:** 263191387
**Swift Code:** BRBTUS33

Check: (via fax to 941.296.8273 or mail) payable to Clickbooth.com, LLC (US dollars only)
*Thank you for your business!*

Page 1



## INVOICE

**Invoice Date:** 05/26/2017
**Invoice #:** CB102343
**Customer #:** 1775

**Clickbooth.com, LLC**
5911 N. Honore Ave
Suite 114
Sarasota, FL 34243
Ph: 941-483-4188
Fax: 941-296-8709

**Bill To:**
**Blizzard White LLC**
7702 E. Doubletree Ranch, Suite 300
Scottsdale, AZ 85258
United States

Attn: Danielle Foss
Phone: 720.238.2418
Email: Danielle@bluerocketbrands.com

**Invoice Period:** Traffic for 05.15.17 - 05.21.17    **Terms:** Net 20                **Due Date:** 06/15/2017

| Offer | Clickbooth Network Offer Description | Quantity | | Cost | Amount |
|---|---|---|---|---|---|
| 7306 | Blizzard White - Teeth Whitening Pen - US, CA (CB2X: 1 - Action Pro White) Link ID 444 | 168 | ✔ | $31.00 | $5,208.00 |
| 7306 | Blizzard White - Teeth Whitening Pen - US, CA (CB2X: 1 - Action Pro White) Link ID 12731 | 195 | ✔ | $32.00 | $6,240.00 |
| 7306 | Blizzard White - Teeth Whitening Pen - US, CA (CB2X: 1 - Action Pro White) Link ID 18355 | 2 | ✔ | $39.00 | $78.00 |
| 7306 | Blizzard White - Teeth Whitening Pen - US, CA (CB2X: 1 - Action Pro White) Link ID 295 | 2 | ✔ | $45.00 | $90.00 |
| 16578 | Blizzard White - LinkID 295 Only - Teeth Whitening Pen - US, CA (CB2X: 1-Click to Action Pro White) Link ID 295 only | 28 | ✔ | $45.00 | $1,260.00 |
| 7306 | Blizzard White - Teeth Whitening Pen - US, CA (CB2X: 1 - Action Pro White) All other Link IDs | 85 | ✔ | $43.00 | $3,655.00 |
| 12068 | *Excl* Sedona - Skin Cream - US, CA (CB2X: 1-Click to Circle of Youth) - Native Link ID 355      5/16- 5/21 | 7 | ✔ | $39.00 | $273.00 |
| 12068 | *Excl* Sedona - Skin Cream - US, CA (CB2X: 1-Click to Circle of Youth) - Native Link ID 23359 | 9 | ✔ | $41.00 | $369.00 |

**Payment Instructions:**
Please include your customer ID (1775) with remittance details.
Wire/ACH Details – Account Name: Clickbooth.com LLC / Bank Name: Branch Banking & Trust
Account Number: ▮▮▮▮▮
Routing #: 263191387
Swift Code: BRBTUS33

Check: (via fax to 941.296.8273 or mail) payable to Clickbooth.com, LLC (US dollars only)

*Thank you for your business!*

Page 1

| 12068 | *Excl* Sedona - Skin Cream - US, CA (CB2X: 1-Click to Circle of Youth) - Native<br>All other Link IDs | 34 | ✓ | $45.00 | $1,530.00 |
|---|---|---|---|---|---|
| 12068-Upsell | *Excl* Circle of Youth - Anti-Wrinkle Patches - US, CA, AU<br>Link ID 355 | 3 | ✓ | $39.00 | $117.00 |
| 12068-Upsell | *Excl* Circle of Youth - Anti-Wrinkle Patches - US, CA, AU<br>Link ID 23359 | 8 | ✓ | $41.00 | $328.00 |
| 12068-Upsell | *Excl* Circle of Youth - Anti-Wrinkle Patches - US, CA, AU<br>All other Link IDs | 16 | ✓ | $45.00 | $720.00 |
| | | **TOTAL** | | | **$19,868.00** |

**Payment Instructions:**
**Please include your customer ID (1775) with remittance details.**
Wire/ACH Details – Account Name: Clickbooth.com LLC / Bank Name: Branch Banking & Trust
**Account Number:** ████████
**Routing #:** 263191387
**Swift Code:** BRBTUS33

Check: (via fax to 941.296.8273 or mail) payable to Clickbooth.com, LLC (US dollars only)
*Thank you for your business!*

Page 2

PX17 Attachment F-12



## INVOICE

**Invoice Date:** 06/07/2017
**Invoice #:** CB102437
**Customer #:** 1775

**Clickbooth.com, LLC**
5911 N. Honore Ave
Suite 114
Sarasota, FL 34243
Ph: 941-483-4188
Fax: 941-296-8709

**Bill To:**
**Blizzard White LLC**
7702 E. Doubletree Ranch, Suite 300
Scottsdale, AZ 85258
United States

Attn: Danielle Foss
Phone: 720.238.2418
Email: Danielle@bluerocketbrands.com

**Invoice Period:** Credit Memo for 05.15.17 - 05.21.17**Terms:** Net 20              **Due Date:** 06/27/2017

| Offer | Clickbooth Network Offer Description | Quantity | Cost | Amount |
|-------|-------------------------------------|----------|------|--------|
| 7306 | Blizzard White - Teeth Whitening Pen - US, CA (CB2X: 1 - Action Pro White) <br> Link ID #21052 / to correct payout. | -1 | $43.00 | $-43.00 |
| 7306 | Blizzard White - Teeth Whitening Pen - US, CA (CB2X: 1 - Action Pro White) <br> Link ID #21052 / to correct payout. | 1 | $40.00 | $40.00 |
| | | **TOTAL** | | **$-3.00** |

**Payment Instructions:**
Please include your customer ID (1775) with remittance details.
Wire/ACH Details – Account Name: Clickbooth.com LLC / Bank Name: Branch Banking & Trust
Account Number:
Routing #: 263191387
Swift Code: BRBTUS33

Check: (via fax to 941.296.8273 or mail) payable to Clickbooth.com, LLC (US dollars only)
*Thank you for your business!*

Page 1

| Total Orders | Invoice Amount | Product | Campaign |
|---:|---:|---|---|
| 29 | $ 1,043.00 | Action Pro White | APW |
| 399 | $ 13,460.00 | BellaAtHome | |
| 70 | $ 2,722.00 | BlizzardWhite | BW |
| 27 | $ 1,165.00 | Circle of Youth | BW |
| 24 | $ 769.00 | Dental Pro at Home | BW |
| 3 | $ 96.00 | IvoryPro | BW |
| 3 | $ 96.00 | Pronto White | APW |
| 50 | $ 2,172.00 | Sedona Beauty Secrets | BW |
| 225 | $ 7,814.00 | Smile Pro Direct | BW |
| 18 | $ 616.00 | Spark Whitening | BW |
| **848** | **$ 29,953.00** | **5/15-5/21** | |

→   APW  8952.00
BW   4508.00



Wave Rock, LLC

Clickbooth

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 5/31/2017 | Bill | CB102416 | 5,542.00 | 5,542.00 | | 5,542.00 |
| 6/7/2017 | Bill | CB102418 | 6,974.00 | 6,974.00 | | 6,974.00 |

6/26/2017

Check Amount 12,516.00

3778

Wells Fargo Checking   Blizzard White       12,516.00

(3/11)   Rev JF11



Wave Rock, LLC

Clickbooth

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 5/31/2017 | Bill | CB102415 | 2,919.00 | 2,919.00 | | 2,919.00 |
| 6/7/2017 | Bill | CB102417 | 3,617.00 | 3,617.00 | | 3,617.00 |

6/26/2017

Check Amount       6,536.00

Wells Fargo Checking   Action Pro White       6,536.00

3779

Rev 9/11

(3/11)





Clickbooth.com, LLC
5911 N. Honore Ave
Suite 114
Sarasota, FL 34243
Ph: 941-483-4188
Fax: 941-296-8709

## INVOICE

**Invoice Date:** 06/07/2017
**Invoice #:** CB102416
**Customer #:** 1775

**Bill To:**
**Blizzard White LLC**
7702 E. Doubletree Ranch, Suite 300
Scottsdale, AZ 85258
United States

Attn: Danielle Foss
Phone: 720.238.2418
Email: Danielle@bluerocketbrands.com

**Invoice Period:** Traffic for 05.29.17 - 05.31.17    **Terms:** Net 20    **Due Date:** 06/27/2017

| Offer | Clickbooth Network Offer Description | Quantity | Cost | Amount |
|-------|-------------------------------------|----------|------|--------|
| 7306 | Blizzard White - Teeth Whitening Pen - US, CA (CB2X: 1 - Action Pro White) Link ID 444 | 10 | $31.00 | $310.00 |
| 7306 | Blizzard White - Teeth Whitening Pen - US, CA (CB2X: 1 - Action Pro White) Link ID 12731 | 67 | $32.00 | $2,144.00 |
| 7306 | Blizzard White - Teeth Whitening Pen - US, CA (CB2X: 1 - Action Pro White) All other link ids | 68 | $43.00 | $2,924.00 |
| 16578 | Blizzard White - LinkID 295 Only - Teeth Whitening Pen - US, CA (CB2X: 1-Click to Action Pro White) Link ID 295 | 4 | $41.00 | $164.00 |
| | | **TOTAL** | | **$5,542.00** |

**Payment Instructions:**
Please include your customer ID (1775) with remittance details.
Wire/ACH Details – Account Name: Clickbooth.com LLC / Bank Name: Branch Banking & Trust
Account Number: ▮▮▮▮▮▮
Routing #: 263191387
Swift Code: BRBTUS33
Check: (via fax to 941.296.8273 or mail) payable to Clickbooth.com, LLC (US dollars only)
*Thank you for your business!*

Page 1

PX17 Attachment F-17





## INVOICE

**Invoice Date:** 06/07/2017
**Invoice #:** CB102415
**Customer #:** 1774

**Clickbooth.com, LLC**
5911 N. Honore Ave
Suite 114
Sarasota, FL 34243
Ph: 941-483-4188
Fax: 941-296-8709

**Bill To:**
**Action Pro White LLC**
7702 E. Doubletree Ranch, Suite 300
Scottsdale, AZ 85258
United States

Attn: Danielle Foss
Phone: 720.238.2418
Email: Danielle@bluerocketbrands.com

**Invoice Period:** Traffic for 05.29.17 - 05.31.17     **Terms:** Net 20                **Due Date:** 06/27/2017

| Offer | Clickbooth Network Offer Description | Quantity | Cost | Amount |
|-------|-------------------------------------|----------|------|--------|
| 7306-Upsell | Smile Pro Direct - US, CA<br>Link ID 444 | 4 | ✓ $31.00 | $124.00 |
| 7306-Upsell | Smile Pro Direct - US, CA<br>Link ID 12731 | 43 | ✓ $32.00 | $1,376.00 |
| 7306-Upsell | Smile Pro Direct - US, CA<br>All other link ids | 33 | ✓ $43.00 | $1,419.00 |
| | | **TOTAL** | | **$2,919.00** |

---

**Payment Instructions:**
Please include your customer ID (1774) with remittance details.
Wire/ACH Details – Account Name: Clickbooth.com LLC / Bank Name: Branch Banking & Trust
Account Number: ▮▮▮▮▮▮
Routing #: 263191387
Swift Code: BRBTUS33

Check: (via fax to 941.296.8273 or mail) payable to Clickbooth.com, LLC (US dollars only)

*Thank you for your business!*

Page 1

PX17 Attachment F-18

| Total Orders | Invoice Amount | Product | Campaign |
|---:|---:|---|---|
| 130 | $ 4,759.00 | BellaAtHome | BW |
| 19 | $ 783.00 | IvoryPro | BW |
| 11 | $ 451.00 | Pronto White | APW |
| 69 | $ 2,468.00 | Smile Pro Direct | APW |
| - | $ - | | 0 |
| - | $ - | | 0 |
| - | $ - | | 0 |
| - | $ - | | 0 |
| - | $ - | | 0 |
| - | $ - | | 0 |
| - | $ - | | 0 |
| **229** | **$ 8,461.00** | **5/29-5/31** | |





**INVOICE**

Invoice Date: 06/07/2017
Invoice #: CB102418
Customer #: 1775

**Clickbooth.com, LLC**
5911 N. Honore Ave
Suite 114
Sarasota, FL 34243
Ph: 941-483-4188
Fax: 941-296-8709

**Bill To:**
**Blizzard White LLC**
7702 E. Doubletree Ranch, Suite 300
Scottsdale, AZ 85258
United States

Attn: Danielle Foss
Phone: 720.238.2418
Email: Danielle@bluerocketbrands.com

**Invoice Period:** Traffic for 06.01.17 - 06.04.17   **Terms:** Net 20                **Due Date:** 06/27/2017

| Offer | Clickbooth Network Offer Description | Quantity | Cost | Amount |
|-------|-------------------------------------|----------|------|--------|
| 7306 | Blizzard White - Teeth Whitening Pen - US, CA (CB2X: 1 - Action Pro White) Link ID 444 | 7 | ✓ $31.00 | $217.00 |
| 7306 | Blizzard White - Teeth Whitening Pen - US, CA (CB2X: 1 - Action Pro White) Link ID 12731 | 90 | ✓ $32.00 | $2,880.00 |
| 7306 | Blizzard White - Teeth Whitening Pen - US, CA (CB2X: 1 - Action Pro White) Link ID 21052 | 1 | ✓ $40.00 | $40.00 |
| 7306 | Blizzard White - Teeth Whitening Pen - US, CA (CB2X: 1 - Action Pro White) All other link ids | 53 | ✓ $43.00 | $2,279.00 |
| 16578 | Blizzard White - LinkID 295 Only - Teeth Whitening Pen - US, CA (CB2X: 1-Click to Action Pro White) Link ID 295 | 38 | ✓ $41.00 | $1,558.00 |
| | | TOTAL | | $6,974.00 |

**Payment Instructions:**
Please include your customer ID (1775) with remittance details.
Wire/ACH Details – Account Name: Clickbooth.com LLC / Bank Name: Branch Banking & Trust
Account Number: ▮▮▮▮▮▮
Routing #: 263191387
Swift Code: BRBTUS33

Check: (via fax to 941.296.8273 or mail) payable to Clickbooth.com, LLC (US dollars only)
*Thank you for your business!*

Page 1





**INVOICE**

**Invoice Date:** 06/07/2017
**Invoice #:** CB102417
**Customer #:** 1774

**Clickbooth.com, LLC**
5911 N. Honore Ave
Suite 114
Sarasota, FL 34243
Ph: 941-483-4188
Fax: 941-296-8709

**Bill To:**
**Action Pro White LLC**
7702 E. Doubletree Ranch, Suite 300
Scottsdale, AZ 85258
United States

Attn: Danielle Foss
Phone: 720.238.2418
Email: Danielle@bluerocketbrands.com

**Invoice Period:** Traffic for 06.01.17 - 06.04.17    **Terms:** Net 20        **Due Date:** 06/27/2017

| Offer | Clickbooth Network Offer Description | Quantity | Cost | Amount |
|-------|-------------------------------------|----------|------|--------|
| 7306-Upsell | Smile Pro Direct - US, CA<br>Link ID 444 | 1 | $31.00 | $31.00 |
| 7306-Upsell | Smile Pro Direct - US, CA<br>Link ID 12731 | 53 | $32.00 | $1,696.00 |
| 7306-Upsell | Smile Pro Direct - US, CA<br>Link ID 21052 | 1 | $40.00 | $40.00 |
| 7306-Upsell | Smile Pro Direct - US, CA<br>All other link ids | 23 | $43.00 | $989.00 |
| 16578-Upsell | Action Pro White - LinkID 295 Only | 21 | $41.00 | $861.00 |
| | | **TOTAL** | | **$3,617.00** |

**Payment Instructions:**
Please include your customer ID (1774) with remittance details.
Wire/ACH Details – Account Name: Clickbooth.com LLC / Bank Name: Branch Banking & Trust
Account Number:
Routing #: 263191387
Swift Code: BRBTUS33

Check: (via fax to 941.296.8273 or mail) payable to Clickbooth.com, LLC (US dollars only)
*Thank you for your business!*

Page 1

| Total Orders | Invoice Amount | | Product | Campaign |
|---:|:---|---:|:---|:---|
| 189 | $ | 6,974.00 | BellaAtHome | BW |
| 99 | $ | 3,617.00 | Smile Pro Direct | APW |
| - | $ | - | | 0 |
| - | $ | - | | 0 |
| - | $ | - | | 0 |
| - | $ | - | | 0 |
| - | $ | - | | 0 |
| - | $ | - | | 0 |
| - | $ | - | | 0 |
| - | $ | - | | 0 |
| - | $ | - | | 0 |
| **288** | **$** | **10,591.00** | **6/1-6/4** | |



**Wave Rock, LLC**

Clickbooth

| Date | Type | Reference |
|------|------|-----------|
| 5/31/2017 | Bill | CB102381 |

| Original Amt. | Balance Due | 6/22/2017 | Payment |
|---------------|-------------|-----------|---------|
| 9,900.00 | 9,900.00 | Discount | 9,900.00 |
| | Check Amount | | 9,900.00 |

3774

Wells Fargo Checking   Action Pro White

9,900.00

Rev 3/11

(3/11)



Wave Rock, LLC

Clickbooth

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 5/31/2017 | Bill | CB102380 | 15,874.00 | 6/22/2017 15,874.00 | | 15,874.00 |

Check Amount 15,874.00

3775

PAYMENT
RECORD

Wells Fargo Checking   Blizzard White

15,874.00

(3/11)   Rev 3/11





| **INVOICE** |
| --- |

**Invoice Date:** 06/05/2017
**Invoice #:** CB102380
**Customer #:** 1775

**Clickbooth.com, LLC**
5911 N. Honore Ave
Suite 114
Sarasota, FL 34243
Ph: 941-483-4188
Fax: 941-296-8709

**Bill To:**
**Blizzard White LLC**
7702 E. Doubletree Ranch, Suite 300
Scottsdale, AZ 85258
United States

Attn: Danielle Foss
Phone: 720.238.2418
Email: Danielle@bluerocketbrands.com

**Invoice Period:** Traffic for 05.22.17 - 05.28.17    **Terms:** Net 20                          **Due Date:** 06/25/2017

| Offer | Clickbooth Network Offer Description | Quantity | Cost | Amount |
| --- | --- | --- | --- | --- |
| 7306 | Blizzard White - Teeth Whitening Pen - US, CA (CB2X: 1 - Action Pro White) Link ID 444 | 137 | ✓ $31.00 | $4,247.00 |
| 7306 | Blizzard White - Teeth Whitening Pen - US, CA (CB2X: 1 - Action Pro White) Link ID 12731 | 174 | ✓ $32.00 | $5,568.00 |
| 7306 | Blizzard White - Teeth Whitening Pen - US, CA (CB2X: 1 - Action Pro White) Link ID 13787 | 1 | ✓ $33.00 | $33.00 |
| 7306 | Blizzard White - Teeth Whitening Pen - US, CA (CB2X: 1 - Action Pro White) Link ID 15328 | 1 | ✓ $39.00 | $39.00 |
| 7306 | Blizzard White - Teeth Whitening Pen - US, CA (CB2X: 1 - Action Pro White) All other link ids | 110 | ✓ $43.00 | $4,730.00 |
| 16578 | Blizzard White - LinkID 295 Only - Teeth Whitening Pen - US, CA (CB2X: 1-Click to Action Pro White) Link ID 295 only   5/22- 5/24 | 17 | ✓ $45.00 | $765.00 |
| 16578 | Blizzard White - LinkID 295 Only - Teeth Whitening Pen - US, CA (CB2X: 1-Click to Action Pro White) Link ID 295 only   5/25 - 5/28 | 12 | ✓ $41.00 | $492.00 |
| | | | **TOTAL** | **$15,874.00** |

**Payment Instructions:**
Please include your customer ID (1775) with remittance details.
Wire/ACH Details – Account Name: Clickbooth.com LLC / Bank Name: Branch Banking & Trust
Account Number: ▓▓▓▓▓▓
Routing #: 263191387
Swift Code: BRBTUS33

Check: (via fax to 941.296.8273 or mail) payable to Clickbooth.com, LLC (US dollars only)

*Thank you for your business!*

Page 1

PX17 Attachment F-25





## INVOICE

**Invoice Date:** 06/05/2017
**Invoice #:** CB102381
**Customer #:** 1774

**Clickbooth.com, LLC**
5911 N. Honore Ave
Suite 114
Sarasota, FL 34243
Ph: 941-483-4188
Fax: 941-296-8709

**Bill To:**
**Action Pro White LLC**
7702 E. Doubletree Ranch, Suite 300
Scottsdale, AZ 85258
United States

Attn: Danielle Foss
Phone: 720.238.2418
Email: Danielle@bluerocketbrands.com

**Invoice Period:** Traffic for 05.22.17 - 05.28.17    **Terms:** Net 20          **Due Date:** 06/25/2017

| Offer | Clickbooth Network Offer Description | | Quantity | | Cost | Amount |
|---|---|---|---|---|---|---|
| 7306-Upsell | Smile Pro Direct - US, CA<br>Link ID 444 | | 82 | ✓ | $31.00 | $2,542.00 |
| 7306-Upsell | Smile Pro Direct - US, CA<br>Link ID 12731 | | 115 | ✓ | $32.00 | $3,680.00 |
| 7306-Upsell | Smile Pro Direct - US, CA<br>Link ID 13787 | | 1 | ✓ | $33.00 | $33.00 |
| 7306-Upsell | Smile Pro Direct - US, CA<br>Link ID 15328 | | 1 | ✓ | $39.00 | $39.00 |
| 7306-Upsell | Smile Pro Direct - US, CA<br>All other link ids | | 69 | ✓ | $43.00 | $2,967.00 |
| 16578-Upsell | Action Pro White - LinkID 295 Only<br>Link ID 295 only | 5/22 - 5/24 | 6 | ✓ | $45.00 | $270.00 |
| 16578-Upsell | Action Pro White - LinkID 295 Only<br>Link ID 295 only | 5/25 - 5/28 | 9 | ✓ | $41.00 | $369.00 |
| | | | **TOTAL** | | | **$9,900.00** |

---

**Payment Instructions:**
Please include your customer ID (1774) with remittance details.
Wire/ACH Details – Account Name: Clickbooth.com LLC / Bank Name: Branch Banking & Trust
Account Number: ▮▮▮▮▮▮▮▮
Routing #: 263191387
Swift Code: BRBTUS33

Check: (via fax to 941.296.8273 or mail) payable to Clickbooth.com, LLC (US dollars only)

*Thank you for your business!*

Page 1

| Total Orders | Invoice Amount | | Product | Campaign |
|---:|:---:|---:|---|---|
| 340 | $ | 11,720.00 | BellaAtHome | BW |
| 10 | $ | 450.00 | BlizzardWhite | BW |
| 101 | $ | 3,671.00 | IvoryPro | BW |
| 77 | $ | 2,820.00 | Pronto White | APW |
| 206 | $ | 7,080.00 | Smile Pro Direct | APW |
| 1 | $ | 33.00 | Spark Whitening | BW |
| - | $ | - | | 0 |
| - | $ | - | | 0 |
| - | $ | - | | 0 |
| - | $ | - | | 0 |
| - | $ | - | | 0 |
| **735** | **$** | **25,774.00** | **5/22-5/28** | |



**Wave Rock, LLC**

Clickbooth

| Date | Type | Reference | | | | 3786 |
|------|------|-----------|--|--|--|------|
| 6/19/2017 | Bill | CB102594 | Original Amt. | Balance Due | 7/6/2017 | Payment |
| | | | 8,503.00 | 8,503.00 | Discount | 8,503.00 |
| | | | | | | 8,503.00 |

Check Amount

PAYMENT RECORD

Wells Fargo Checking   Action Pro White                 8,503.00

(3/11)                                                   Rev 3/11



Wave Rock, LLC

Clickbooth

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 6/19/2017 | Bill | CB102595 | 14,409.00 | 14,409.00 | 7/6/2017 | 14,409.00 |
| | | | | | Check Amount | 14,409.00 |

3787

PAYMENT RECORD

Wells Fargo Checking   Blizzard White

14,409.00





**INVOICE**

**Invoice Date:** 06/19/2017
**Invoice #:** CB102594
**Customer #:** 1774

**Clickbooth.com, LLC**
5911 N. Honore Ave
Suite 114
Sarasota, FL 34243
Ph: 941-483-4188
Fax: 941-296-8709

**Bill To:**
**Action Pro White LLC**
7702 E. Doubletree Ranch, Suite 300
Scottsdale, AZ 85258
United States

Attn: Danielle Foss
Phone: 720.238.2418
Email:  Danielle@bluerocketbrands.com

**Invoice Period:** Traffic for 06.05.17 - 06.11.17   **Terms:** Net 20              **Due Date:** 07/06/2017

| Offer | Clickbooth Network Offer Description | Quantity | Cost | Amount |
|---|---|---|---|---|
| 7306-Upsell | Smile Pro Direct - US, CA<br>Link ID 444 | 20 ✓ | $31.00 | $620.00 |
| 7306-Upsell | Smile Pro Direct - US, CA<br>Link ID 12731 | 32 ✓ | $32.00 | $1,024.00 |
| 7306-Upsell | Smile Pro Direct - US, CA<br>All other link ids | 129 ✓ | $43.00 | $5,547.00 |
| 16578-Upsell | Action Pro White - LinkID 295 Only | 32 ✓ | $41.00 | $1,312.00 |
|  |  | **TOTAL** |  | **$8,503.00** |

Please note, there was a slight delay in receiving your stats and we have adjusted the invoice due date accordingly.

---

**Payment Instructions:**
Please include your customer ID (1774) with remittance details.
Wire/ACH Details – Account Name: Clickbooth.com LLC / Bank Name: Branch Banking & Trust
Account Number: 
Routing #: 263191387
Swift Code: BRBTUS33

Check: (via fax to 941.296.8273 or mail) payable to Clickbooth.com, LLC (US dollars only)
*Thank you for your business!*

Page 1





## INVOICE

**Invoice Date:** 06/19/2017
**Invoice #:** CB102595
**Customer #:** 1775

**Clickbooth.com, LLC**
5911 N. Honore Ave
Suite 114
Sarasota, FL 34243
Ph: 941-483-4188
Fax: 941-296-8709

**Bill To:**
**Blizzard White LLC**
7702 E. Doubletree Ranch, Suite 300
Scottsdale, AZ 85258
United States

Attn: Danielle Foss
Phone: 720.238.2418
Email:  Danielle@bluerocketbrands.com

**Invoice Period:** Traffic for 06.05.17 - 06.11.17    **Terms:** Net 20                    **Due Date:** 07/06/2017

| Offer | Clickbooth Network Offer Description | Quantity | Cost | Amount |
|---|---|---|---|---|
| 7306 | Blizzard White - Teeth Whitening Pen - US, CA (CB2X: 1 - Action Pro White) <br> Link ID 444 | 34 | ✔ $31.00 | $1,054.00 |
| 7306 | Blizzard White - Teeth Whitening Pen - US, CA (CB2X: 1 - Action Pro White) <br> Link ID 12731 | 51 | ✔ $32.00 | $1,632.00 |
| 7306 | Blizzard White - Teeth Whitening Pen - US, CA (CB2X: 1 - Action Pro White) <br> All other Link IDs | 224 | ✔ $43.00 | $9,632.00 |
| 16578 | Blizzard White - LinkID 295 Only - Teeth Whitening Pen - US, CA (CB2X: 1-Click to Action Pro White) | 51 | ✔ $41.00 | $2,091.00 |
| | | | **TOTAL** | **$14,409.00** |

Please note, there was a slight delay in receiving your stats and we have adjusted the invoice due date accordingly.

---

**Payment Instructions:**
Please include your customer ID (1775) with remittance details.
Wire/ACH Details – Account Name: Clickbooth.com LLC / Bank Name: Branch Banking & Trust
Account Number:
Routing #: 263191387
Swift Code: BRBTUS33

Check: (via fax to 941.296.8273 or mail) payable to Clickbooth.com, LLC (US dollars only)

*Thank you for your business!*

Page 1

| Total Orders | Invoice Amount | Product | Campaign |
|---:|---:|---|---|
| 138 | $ 5,663.00 | Action Pro White | APW |
| 126 | $ 4,815.00 | BellaAtHome | BW |
| 209 | $ 8,519.00 | BlizzardWhite | BW |
| 24 | $ 1,032.00 | Dental Pro at Home | BW |
| 1 | $ 43.00 | IvoryPro | BW |
| 1 | $ 43.00 | Pronto White | APW |
| 74 | $ 2,797.00 | Smile Pro Direct | APW |
| - | $ - | | 0 |
| - | $ - | | 0 |
| - | $ - | | 0 |
| **573** | **$ 22,912.00** | **6/5-6/11** | |