# PX17

## PX17 Attachment G

## RevLive payroll obtained from office of Christy Blackburn



## Payroll Details

| Hours and Earnings | | | | Taxes | | Deductions | | | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |

**Pay Frequency:** Semimonthly
**Employees:**

**Employee: Adams, Steven R** — SSN: ▮

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 3,333.33 | FED FIT | 547.45 | | | 2,396.88 | FED SOCSEC-ER | 206.67 |
| | 0.00 | | 3,333.33 | FED SOCSEC | 206.67 | | | | FED MEDCARE-ER | 48.33 |
| | | | | FED MEDCARE | 48.33 | | | | CO SUI-ER | 165.75 |
| | | | | CO SIT | 134.00 | | | | | 420.75 |
| | | | | | 936.45 | | | | | |

Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: ▮   $100.00
Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: ▮   $2,046.88
Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: ▮   $250.00

**Employee: Aragon, Neil A** — SSN: ▮

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 1,750.00 | FED FIT | 28.42 | AFLAC pre-tax | 19.96 | 1,296.10 | FED SOCSEC-ER | 107.26 |
| Misc | 0.00 | | 50.00 | FED SOCSEC | 107.26 | AFLAC post-tax | 2.40 | | FED MEDCARE-ER | 25.09 |
| Reimbursement | | | | FED MEDCARE | 25.08 | Watch Dog | 4.48 | | | 132.35 |
| | 0.00 | | 1,800.00 | CO SIT | 13.00 | State tax levy 1 | 303.30 | | | |
| | | | | | 173.76 | | 330.14 | | | |

Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: ▮   $1,296.10

**Employee: Archuleta, Neva M** — SSN: ▮

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 1,666.66 | FED FIT | 183.74 | ADP RS | 116.66 | 1,131.75 | FED SOCSEC-ER | 100.38 |
| | 0.00 | | 1,666.66 | FED SOCSEC | 100.38 | employee Roth | | | FED MEDCARE-ER | 23.48 |
| | | | | FED MEDCARE | 23.48 | 401(k) % | | | ADP RS employer | 49.99 |
| | | | | CO SIT | 63.00 | Medical pre-tax 1 | 40.15 | | match | |
| | | | | | 370.60 | Life insurance pre-tax | 7.50 | | | 173.85 |
| | | | | | | | 164.31 | | | |

Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: ▮   $1,131.75

**Employee: Baker, Carl S** — SSN: ▮

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 1,458.34 | FED FIT | 134.32 | | | 1,165.45 | FED SOCSEC-ER | 90.42 |
| | 0.00 | | 1,458.34 | FED SOCSEC | 90.42 | | | | FED MEDCARE-ER | 21.15 |
| | | | | FED MEDCARE | 21.15 | | | | | 111.57 |
| | | | | CO SIT | 47.00 | | | | | |
| | | | | | 292.89 | | | | | |

Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: ▮   $1,165.45

**Employee: Bates, Johnathon S** — SSN: ▮

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 1,583.50 | FED FIT | 178.41 | | | 1,222.94 | FED SOCSEC-ER | 98.18 |
| | 0.00 | | 1,583.50 | FED SOCSEC | 98.18 | | | | FED MEDCARE-ER | 22.96 |
| | | | | FED MEDCARE | 22.97 | | | | FED FUTA | 0.12 |
| | | | | | | | | | CO SUI-ER | 104.99 |

---

Company: RevLive
Check date: 7/7/2017 - Payroll 1
Pay Period: 06/16/2017 to: 06/30/2017

1 of 8

Date Printed: 07/05/2017 18:44
21431803 - RQ/5C6

## Payroll Details

| Hours and Earnings | | | | Taxes | | Deductions | | Net Pay | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | | Liability | Amount |
| | | | | CO SIT | 61.00 | | | | | 226.25 |
| | | | | | 360.56 | | | | | |

Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: $800.00
Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: $422.94

**Employee: Cichella, Matthew P**  SSN:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 40.00 | 15.3800 | 615.20 | FED FIT | 6.94 | Dental pre-tax | 16.68 | 542.79 | FED SOCSEC-ER | 37.11 |
| | 40.00 | | 615.20 | FED SOCSEC | 37.11 | | 16.68 | | FED MEDCARE-ER | 8.68 |
| | | | | FED MEDCARE | 8.68 | | | | FED FUTA | 3.59 |
| | | | | CO SIT | 3.00 | | | | CO SUI-ER | 39.68 |
| | | | | | 55.73 | | | | | 89.06 |

Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: $542.79

**Employee: Earles, Windy A**  SSN:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 1,333.50 | FED FIT | 125.98 | Medical pre-tax 1 | 98.44 | 964.13 | FED SOCSEC-ER | 76.51 |
| | 0.00 | | 1,333.50 | FED SOCSEC | 76.51 | Life insurance pre-tax | 1.07 | | FED MEDCARE-ER | 17.89 |
| | | | | FED MEDCARE | 17.89 | Watch Dog | 4.48 | | | 94.40 |
| | | | | CO SIT | 45.00 | | 103.99 | | | |
| | | | | | 265.38 | | | | | |

Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: $964.13

**Employee: Eisman, Stephen S**  SSN:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 1,333.50 | FED FIT | 90.29 | | | 1,159.71 | FED SOCSEC-ER | 82.68 |
| Misc | 0.00 | | 52.50 | FED SOCSEC | 82.67 | | | | FED MEDCARE-ER | 19.34 |
| Reimbursement | | | | FED MEDCARE | 19.33 | | | | | 102.02 |
| | 0.00 | | 1,386.00 | CO SIT | 34.00 | | | | | |
| | | | | | 226.29 | | | | | |

Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: $1,159.71

**Employee: Erickson, Kimber R**  SSN:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 1,541.66 | FED FIT | 168.08 | AFLAC pre-tax | 27.04 | 1,168.19 | FED SOCSEC-ER | 93.91 |
| | 0.00 | | 1,541.66 | FED SOCSEC | 93.91 | Watch Dog | 4.48 | | FED MEDCARE-ER | 21.96 |
| | | | | FED MEDCARE | 21.96 | | 31.52 | | | 115.87 |
| | | | | CO SIT | 58.00 | | | | | |
| | | | | | 341.95 | | | | | |

Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: $1,168.19

**Employee: Johnson, Jennifer A**  SSN:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 7,500.00 | FED FIT | 1,349.44 | ADP RS employee before-tax % | 300.00 | 5,185.34 | FED MEDCARE-ER | 107.76 |
| Misc | 0.00 | | 50.00 | FED MEDCARE | 107.76 | | | | ADP RS employer match | 225.00 |
| Reimbursement | | | | CO SIT | 314.00 | ADP RS employee Roth 401(k) % | 225.00 | | | |
| | 0.00 | | 7,550.00 | | 1,771.20 | | | | | 332.76 |

---

Company: RevLive  
Check date: 7/7/2017 - Payroll 1  
Pay Period: 06/16/2017 to: 06/30/2017

2 of 8

Date Printed: 07/05/2017 18:44  
21431803 - RQ/5C6

PX17 Attachment G-2

## Payroll Details

| Hours and Earnings | | | | Taxes | | Deductions | | Net Pay | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | | Liability | Amount |
| | | | | | | AFLAC pre-tax | 47.26 | | | |
| | | | | | | Life insurance pre-tax | 21.20 | | | |
| | | | | | | | 593.46 | | | |

Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: ███  $1,000.00
Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: ███  $3,380.34
Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: ███  $805.00

**Employee: Kirkland, Austin J**   SSN: ███

| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 1,875.00 | FED FIT | 146.20 | | | 1,584.36 | FED SOCSEC-ER | 116.25 |
| Misc | 0.00 | | 50.00 | FED SOCSEC | 116.25 | | | | FED MEDCARE-ER | 27.19 |
| Reimbursement | | | | FED MEDCARE | 27.19 | | | | CO SUI-ER | 124.31 |
| | 0.00 | | 1,925.00 | CO SIT | 51.00 | | | | | 267.75 |
| | | | | | 340.64 | | | | | |

Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: ███  $1,584.36

**Employee: Long, Emily J**   SSN: ███

| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 1,550.00 | FED FIT | 114.27 | | | 1,270.15 | FED SOCSEC-ER | 96.10 |
| | 0.00 | | 1,550.00 | FED SOCSEC | 96.10 | | | | FED MEDCARE-ER | 22.48 |
| | | | | FED MEDCARE | 22.48 | | | | | 118.58 |
| | | | | CO SIT | 47.00 | | | | | |
| | | | | | 279.85 | | | | | |

Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: ███  $1,270.15

**Employee: Long, Walter M**   SSN: ███

| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 937.50 | FED FIT | 23.96 | | | 2,878.78 | FED SOCSEC-ER | 58.13 |
| Misc | 0.00 | | 2,047.96 | FED SOCSEC | 58.12 | | | | FED MEDCARE-ER | 13.59 |
| Reimbursement | | | | FED MEDCARE | 13.60 | | | | | 71.72 |
| | 0.00 | | 2,985.46 | CO SIT | 11.00 | | | | | |
| | | | | | 106.68 | | | | | |

Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: ███  $2,878.78

**Employee: Masters, Courtney L**   SSN: ███

| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 1,666.66 | FED FIT | 186.61 | AFLAC pre-tax | 25.75 | 1,262.23 | FED SOCSEC-ER | 101.57 |
| | 0.00 | | 1,666.66 | FED SOCSEC | 101.56 | Life insurance pre-tax | 2.76 | | FED MEDCARE-ER | 23.75 |
| | | | | FED MEDCARE | 23.75 | | | | | 125.32 |
| | | | | CO SIT | 64.00 | | 28.51 | | | |
| | | | | | 375.92 | | | | | |

Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: ███  $1,162.23
Check Date: 07/07/2017 / Direct Deposit / Savings / Account No: ███  $100.00

**Employee: McNea, Blair W**   SSN: ███

| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 3,750.00 | FED FIT | 450.10 | | | 2,864.03 | FED SOCSEC-ER | 232.50 |

Company: RevLive  
Check date: 7/7/2017 - Payroll 1  
Pay Period: 06/16/2017 to: 06/30/2017

3 of 8

Date Printed: 07/05/2017 18:44  
21431803 - RQ/5C6

PX17 Attachment G-3

## Payroll Details

| Hours and Earnings | | | | Taxes | | Deductions | | Net Pay | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | | Liability | Amount |
| | | 0.00 | 3,750.00 | FED SOCSEC | 232.50 | | | | FED MEDCARE-ER | 54.38 |
| | | | | FED MEDCARE | 54.37 | | | | | 286.88 |
| | | | | CO SIT | 149.00 | | | | | |
| | | | | | 885.97 | | | | | |

Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: ███  $2,864.03

**Employee: McNea, Marilyn R**   SSN: ███

| Regular | 0.00 | | 1,250.00 | FED FIT | 77.76 | | | 1,046.61 | FED SOCSEC-ER | 77.50 |
| | 0.00 | | 1,250.00 | FED SOCSEC | 77.50 | | | | FED MEDCARE-ER | 18.13 |
| | | | | FED MEDCARE | 18.13 | | | | | 95.63 |
| | | | | CO SIT | 30.00 | | | | | |
| | | | | | 203.39 | | | | | |

Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: ███  $1,046.61

**Employee: McNea, Taylor M**   SSN: ███

| Regular | 0.00 | | 3,000.00 | FED FIT | 506.30 | | | 2,137.20 | FED SOCSEC-ER | 186.00 |
| | 0.00 | | 3,000.00 | FED SOCSEC | 186.00 | | | | FED MEDCARE-ER | 43.50 |
| | | | | FED MEDCARE | 43.50 | | | | | 229.50 |
| | | | | CO SIT | 127.00 | | | | | |
| | | | | | 862.80 | | | | | |

Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: ███  $2,137.20

**Employee: Mendoza, Monica**   SSN: ███

| Regular | 0.00 | | 1,333.50 | FED FIT | 140.91 | | | 1,041.58 | FED SOCSEC-ER | 82.68 |
| | 0.00 | | 1,333.50 | FED SOCSEC | 82.68 | | | | FED MEDCARE-ER | 19.34 |
| | | | | FED MEDCARE | 19.33 | | | | | 102.02 |
| | | | | CO SIT | 49.00 | | | | | |
| | | | | | 291.92 | | | | | |

Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: ███  $1,041.58

**Employee: Nelson, Brady**   SSN: ███

| Regular | 55.91 | 13.0000 | 726.83 | FED FIT | 75.22 | | | 567.01 | FED SOCSEC-ER | 45.06 |
| | 55.91 | | 726.83 | FED SOCSEC | 45.06 | | | | FED MEDCARE-ER | 10.54 |
| | | | | FED MEDCARE | 10.54 | | | | FED FUTA | 4.36 |
| | | | | CO SIT | 29.00 | | | | CO SUI-ER | 48.19 |
| | | | | | 159.82 | | | | | 108.15 |

Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: ███  $567.01

**Employee: Nelson, Brooke D**   SSN: ███

| Regular | 0.00 | | 2,000.00 | FED FIT | 283.49 | ADP RS | 60.00 | 1,468.51 | FED SOCSEC-ER | 124.00 |
| Misc | 0.00 | | 50.00 | FED SOCSEC | 124.00 | employee | | | FED MEDCARE-ER | 29.00 |
| Reimbursement | | | | FED MEDCARE | 29.00 | before-tax % | | | ADP RS employer match | 30.00 |
| | 0.00 | | 2,050.00 | | | | 60.00 | | | |

---

Company: RevLive
Check date: 7/7/2017 - Payroll 1
Pay Period: 06/16/2017 to: 06/30/2017

4 of 8

Date Printed: 07/05/2017 18:44
21431803 - RQ/5C6

## Payroll Details

| Hours and Earnings | | | | Taxes | | Deductions | | Net Pay | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | | Liability | Amount |
| | | | | CO SIT | 85.00 | | | | | 183.00 |
| | | | | | 521.49 | | | | | |

Check Date: 07/07/2017 / Direct Deposit / Checking / Account No:         $1,468.51

**Employee: Netherland, Kayla N**          SSN:

| Regular | 0.00 | | 1,666.66 | FED FIT | 183.38 | AFLAC pre-tax | 29.32 | 1,246.58 | FED SOCSEC-ER | 100.23 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 0.00 | | 1,666.66 | FED SOCSEC | 100.24 | Life insurance pre-tax | 20.70 | | FED MEDCARE-ER | 23.44 |
| | | | | FED MEDCARE | 23.44 | | | | | 123.67 |
| | | | | CO SIT | 63.00 | | 50.02 | | | |
| | | | | | 370.06 | | | | | |

Check Date: 07/07/2017 / Direct Deposit / Checking / Account No:         $1,246.58

**Employee: Prince, Tiffany**          SSN:

| Regular | 0.00 | | 1,750.00 | FED FIT | 145.08 | Medical pre-tax 1 | 196.88 | 1,286.91 | FED SOCSEC-ER | 94.86 |
|---|---|---|---|---|---|---|---|---|---|---|
| Misc | 0.00 | | 70.00 | FED SOCSEC | 94.86 | Dental pre-tax | 18.85 | | FED MEDCARE-ER | 22.19 |
| Reimbursement | | | | FED | 22.18 | Life insurance pre-tax | 4.24 | | | 117.05 |
| | 0.00 | | 1,820.00 | MEDCARE | | | | | | |
| | | | | CO SIT | 51.00 | | 219.97 | | | |
| | | | | | 313.12 | | | | | |

Check Date: 07/07/2017 / Direct Deposit / Checking / Account No:         $1,286.91

**Employee: Quintana, Javier A**          SSN:

| Regular | 0.00 | | 1,875.00 | FED FIT | 267.24 | | | 1,432.32 | FED SOCSEC-ER | 116.25 |
|---|---|---|---|---|---|---|---|---|---|---|
| Misc | 0.00 | | 50.00 | FED SOCSEC | 116.25 | | | | FED MEDCARE-ER | 27.19 |
| Reimbursement | | | | FED | 27.19 | | | | | 143.44 |
| | 0.00 | | 1,925.00 | MEDCARE | | | | | | |
| | | | | CO SIT | 82.00 | | | | | |
| | | | | | 492.68 | | | | | |

Check Date: 07/07/2017 / Direct Deposit / Checking / Account No:         $1,432.32

**Employee: Quiroz Castillo, Sandy**          SSN:

| Regular | 0.00 | | 1,375.00 | FED FIT | 96.51 | | | 1,137.30 | FED SOCSEC-ER | 85.25 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 0.00 | | 1,375.00 | FED SOCSEC | 85.25 | | | | FED MEDCARE-ER | 19.94 |
| | | | | FED | 19.94 | | | | FED FUTA | 8.25 |
| | | | | MEDCARE | | | | | CO SUI-ER | 91.16 |
| | | | | CO SIT | 36.00 | | | | | 204.60 |
| | | | | | 237.70 | | | | | |

Check Date: 07/07/2017 / Direct Deposit / Checking / Account No:         $1,137.30

**Employee: Raber, Jade A**          SSN:

| Regular | 0.00 | | 3,750.00 | FED FIT | 779.42 | AFLAC pre-tax | 26.26 | 2,491.46 | FED SOCSEC-ER | 230.87 |
|---|---|---|---|---|---|---|---|---|---|---|
| Misc | 0.00 | | 50.00 | FED SOCSEC | 230.87 | | 26.26 | | FED MEDCARE-ER | 53.99 |
| Reimbursement | | | | FED | 53.99 | | | | | 284.86 |
| | 0.00 | | 3,800.00 | MEDCARE | | | | | | |
| | | | | CO SIT | 218.00 | | | | | |
| | | | | | 1,282.28 | | | | | |

Check Date: 07/07/2017 / Direct Deposit / Checking / Account No:         $2,491.46

---

Company: RevLive
Check date: 7/7/2017 - Payroll 1
Pay Period: 06/16/2017 to: 06/30/2017

5 of 8

Date Printed: 07/05/2017 18:44
21431803 - RQ/5C6

## Payroll Details

| Hours and Earnings | | | | Taxes | | Deductions | | | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |
| **Employee: Seale JR, Dave A** | | | | SSN: | | | | | | |
| Regular | 0.00 | | 1,333.50 | FED FIT | 139.28 | AFLAC pre-tax | 10.86 | 1,033.17 | FED SOCSEC-ER | 82.00 |
| | 0.00 | | 1,333.50 | FED SOCSEC | 82.01 | | 10.86 | | FED MEDCARE-ER | 19.18 |
| | | | | FED MEDCARE | 19.18 | | | | | 101.18 |
| | | | | CO SIT | 49.00 | | | | | |
| | | | | | 289.47 | | | | | |
| Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: $1,033.17 | | | | | | | | | | |
| **Employee: Smithson, Jason S** | | | | SSN: | | | | | | |
| Regular | 0.00 | | 1,416.66 | | | | | 1,416.66 | | |
| | 0.00 | | 1,416.66 | | | | | | | |
| Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: $1,416.66 | | | | | | | | | | |
| **Employee: Spaulding, Joshua R** | | | | SSN: | | | | | | |
| Regular | 0.00 | | 1,541.66 | FED FIT | 86.43 | Life insurance pre-tax | 8.50 | 1,283.97 | FED SOCSEC-ER | 95.06 |
| | 0.00 | | 1,541.66 | FED SOCSEC | 95.05 | Watch Dog | 6.48 | | FED MEDCARE-ER | 22.23 |
| | | | | FED MEDCARE | 22.23 | | 14.98 | | | 117.29 |
| | | | | CO SIT | 39.00 | | | | | |
| | | | | | 242.71 | | | | | |
| Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: $1,283.97 | | | | | | | | | | |
| **Employee: Suissa, Rya** | | | | SSN: | | | | | | |
| Regular | 0.00 | | 2,708.33 | FED FIT | 288.02 | Watch Dog | 4.48 | 2,107.65 | FED SOCSEC-ER | 167.92 |
| | 0.00 | | 2,708.33 | FED SOCSEC | 167.91 | | 4.48 | | FED MEDCARE-ER | 39.27 |
| | | | | FED MEDCARE | 39.27 | | | | FED FUTA | 16.25 |
| | | | | CO SIT | 101.00 | | | | CO SUI-ER | 179.56 |
| | | | | | 596.20 | | | | | 403.00 |
| Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: $2,107.65 | | | | | | | | | | |
| **Employee: Timmons, Ryan F** | | | | SSN: | | | | | | |
| Regular | 0.00 | | 1,541.66 | FED FIT | 171.82 | | | 1,200.90 | FED SOCSEC-ER | 95.58 |
| | 0.00 | | 1,541.66 | FED SOCSEC | 95.58 | | | | FED MEDCARE-ER | 22.35 |
| | | | | FED MEDCARE | 22.36 | | | | | 117.93 |
| | | | | CO SIT | 51.00 | | | | | |
| | | | | | 340.76 | | | | | |
| Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: $1,200.90 | | | | | | | | | | |
| **Employee: Torberson, Kari L** | | | | SSN: | | | | | | |
| Regular | 0.00 | | 1,666.66 | FED FIT | 189.85 | Life insurance pre-tax | 6.90 | 1,316.78 | FED SOCSEC-ER | 102.91 |
| Misc Reimbursement | 0.00 | | 38.85 | FED SOCSEC | 102.91 | | 6.90 | | FED MEDCARE-ER | 24.07 |
| | 0.00 | | 1,705.51 | FED MEDCARE | 24.07 | | | | | 126.98 |
| | | | | CO SIT | 65.00 | | | | | |
| | | | | | 381.83 | | | | | |

Company: RevLive
Check date: 7/7/2017 - Payroll 1
Pay Period: 06/16/2017 to: 06/30/2017

6 of 8

Date Printed: 07/05/2017 18:44
21431803 - RQ/5C6

## Payroll Details

| Hours and Earnings | | | | Taxes | | Deductions | | Net Pay | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | | Liability | Amount |
| Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: | | | | $1,316.78 | | | | | | |
| **Employee: Williams, Adrian M** | | | | SSN: | | | | | | |
| Regular | 0.00 | | 1,750.00 | FED FIT | 174.97 | Life insurance pre-tax | 20.70 | 1,362.05 | FED SOCSEC-ER | 107.22 |
| | 0.00 | | 1,750.00 | FED SOCSEC | 107.21 | | | | FED MEDCARE-ER | 25.07 |
| | | | | FED MEDCARE | 25.07 | | 20.70 | | | 132.29 |
| | | | | CO SIT | 60.00 | | | | | |
| | | | | | 367.25 | | | | | |
| Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: | | | | $1,362.05 | | | | | | |
| **Employee Totals:** | | | | | | | | | | |
| Regular | 95.91 | | $62,580.31 | FED FIT | $7,339.89 | ADP RS employee before-tax % | $360.00 | $49,669.49 | FED SOCSEC-ER | $3,291.06 |
| Misc | 0.00 | | $2,509.31 | FED SOCSEC | $3,291.02 | | | | FED MEDCARE-ER | $877.46 |
| Reimbursement | | | | FED MEDCARE | $877.44 | | | | FED FUTA | $32.57 |
| | 95.91 | | $65,089.62 | CO SIT | $2,229.00 | ADP RS employee Roth 401(k) % | $341.66 | | CO SUI-ER | $753.64 |
| | | | | | $13,737.35 | | | | ADP RS employer match | $304.99 |
| | | | | | | Medical pre-tax 1 | $335.47 | | | |
| | | | | | | AFLAC pre-tax | $186.45 | | | $5,259.72 |
| | | | | | | Dental pre-tax | $35.53 | | | |
| | | | | | | Life insurance pre-tax | $93.57 | | | |
| | | | | | | AFLAC post-tax | $2.40 | | | |
| | | | | | | Watch Dog | $24.40 | | | |
| | | | | | | State tax levy 1 | $303.30 | | | |
| | | | | | | | $1,682.78 | | | |
| **Total Employees - 0 - Unassigned: 32** | | | | | | | | | | |
| **Payment Checks:** | | | | | | | | | | |
| Colorado Department Of Revenue | | | | | | | | 303.30 | | |
| **Payment Check Totals:** | | | | | | | | $303.30 | | |
| **Pay Frequency Totals: Semimonthly** | | | | | | | | | | |
| Regular | 95.91 | | $62,580.31 | FED FIT | $7,339.89 | ADP RS employee before-tax % | $360.00 | $49,972.79 | FED SOCSEC-ER | $3,291.06 |
| Misc | 0.00 | | $2,509.31 | FED SOCSEC | $3,291.02 | | | | FED MEDCARE-ER | $877.46 |
| Reimbursement | | | | FED MEDCARE | $877.44 | | | | FED FUTA | $32.57 |
| | 95.91 | | $65,089.62 | CO SIT | $2,229.00 | ADP RS employee Roth 401(k) % | $341.66 | | CO SUI-ER | $753.64 |
| | | | | | $13,737.35 | | | | ADP RS employer match | $304.99 |
| | | | | | | Medical pre-tax 1 | $335.47 | | | |
| | | | | | | AFLAC pre-tax | $186.45 | | | $5,259.72 |
| | | | | | | Dental pre-tax | $35.53 | | | |
| | | | | | | Life insurance pre-tax | $93.57 | | | |
| | | | | | | AFLAC post-tax | $2.40 | | | |
| | | | | | | Watch Dog | $24.40 | | | |
| | | | | | | State tax levy 1 | $303.30 | | | |
| | | | | | | | $1,682.78 | | | |
| **Total Employees - Semimonthly: 32** | | | | | | | | | | |

Company: RevLive  
Check date: 7/7/2017 - Payroll 1  
Pay Period: 06/16/2017 to: 06/30/2017  

7 of 8

Date Printed: 07/05/2017 18:44  
21431803 - RQ/5C6

PX17 Attachment G-7