# PX17

## PX17 Attachment H

## RevGuard payroll obtained from office of Christy Blackburn

## Payroll Summary

| Check Date | Name | Hours | Total Paid | Tax Withheld | Deductions | Net Pay | Check No | Employer Liability | Total Expense |
|---|---|---|---|---|---|---|---|---|---|
| Pay Frequency: | Semimonthly | | | | | | | | |
| 12/06/2013 | Austin, Sarah G | 0.00 | 1,666.50 | 380.20 | 20.08 | 1,266.22 | DD | 125.95 | 1,792.45 |
| 12/06/2013 | Bishoff, Jonathan M | 0.00 | 1,866.50 | 403.12 | 20.09 | 1,443.29 | DD | 141.25 | 2,007.75 |
| 12/06/2013 | Dobie, Taree D | 0.00 | 1,750.00 | 291.59 | 39.92 | 1,418.49 | DD | 24.80 | 1,774.80 |
| 12/06/2013 | Hayden, James A | 0.00 | 3,250.00 | 660.77 | 280.08 | 2,309.15 | DD | 344.59 | 3,594.59 |
| 12/06/2013 | Helmer, Rachelle M | 0.00 | 1,255.00 | 273.54 | 0.00 | 981.46 | DD | 96.01 | 1,351.01 |
| 12/06/2013 | Jennings, Calvin R | 0.00 | 1,268.00 | 277.49 | 0.00 | 990.51 | DD | 126.05 | 1,394.05 |
| 12/06/2013 | Long, Emily J | 0.00 | 1,000.00 | 148.67 | 0.00 | 851.33 | DD | 99.40 | 1,099.40 |
| 12/06/2013 | Long, Walter M | 0.00 | 4,000.00 | 535.40 | 214.89 | 3,249.71 | DD | 54.88 | 4,054.88 |
| 12/06/2013 | Martinez, Lindsey A | 0.00 | 1,643.00 | 373.87 | 20.09 | 1,249.04 | DD | 124.15 | 1,767.15 |
| 12/06/2013 | McEvoy, Emily R | 0.00 | 1,250.00 | 242.12 | 145.09 | 862.79 | 10027 | 131.58 | 1,381.58 |
| 12/06/2013 | McNea, Blair W | 0.00 | 13,750.00 | 4,951.53 | 1,375.00 | 7,423.47 | DD | 1,464.38 | 15,214.38 |
| 12/06/2013 | McNea, Marilyn R | 0.00 | 1,250.00 | 208.66 | 0.00 | 1,041.34 | DD | 131.76 | 1,381.76 |
| 12/06/2013 | McNea, Rachael A | 0.00 | 2,250.00 | 418.13 | 290.08 | 1,541.79 | DD | 238.09 | 2,488.09 |
| 12/06/2013 | McNea, Taylor | 0.00 | 1,950.00 | 367.84 | 0.00 | 1,582.16 | 10028 | 149.18 | 2,099.18 |
| 12/06/2013 | Molter, Anglea M | 0.00 | 5,000.00 | 1,643.72 | 20.08 | 3,336.20 | DD | 380.97 | 5,380.97 |
| 12/06/2013 | Pickering, Drew T | 0.00 | 2,500.00 | 679.51 | 170.09 | 1,650.40 | DD | 264.71 | 2,764.71 |
| 12/06/2013 | Poole, Christopher S | 0.00 | 1,041.50 | 178.26 | 20.08 | 843.16 | DD | 78.14 | 1,119.64 |
| 12/06/2013 | Reichenbach, Ryan W | 0.00 | 4,583.00 | 787.25 | 668.32 | 3,127.43 | DD | 452.80 | 5,035.80 |
| 12/06/2013 | Roberts, Jennifer E | 0.00 | 1,500.00 | 402.41 | 90.00 | 1,007.59 | DD | 159.75 | 1,659.75 |
| 12/06/2013 | Ryan, Twyla J | 0.00 | 1,518.00 | 307.45 | 23.35 | 1,187.20 | DD | 114.34 | 1,632.34 |
| 12/06/2013 | Santiago, Mark | 0.00 | 1,750.00 | 235.25 | 144.92 | 1,369.83 | DD | 183.32 | 1,933.32 |
| 12/06/2013 | Shine, Richard Y | 0.00 | 1,518.00 | 377.49 | 0.00 | 1,140.51 | DD | 116.13 | 1,634.13 |
| 12/06/2013 | Tahiri, M Mehdi | 0.00 | 2,083.50 | 525.87 | 145.84 | 1,411.79 | DD | 221.89 | 2,305.39 |
| 12/06/2013 | Tangorra, Nick A | 22.50 | 525.98 | 40.23 | 31.55 | 454.20 | DD | 56.01 | 581.99 |
| 12/06/2013 | Wallace, Laura E | 0.00 | 1,000.00 | 230.60 | 20.08 | 749.32 | DD | 74.97 | 1,074.97 |
| **Pay Frequency Totals : Semimonthly** | | 22.50 | $61,168.98 | $14,940.97 | $3,739.63 | $42,488.38 | | $5,355.10 | $66,524.08 |
| Total Net Pays for Semimonthly frequency: 25 | | | | | | | | | |
| **Company Totals :** | | 22.50 | $61,168.98 | $14,940.97 | $3,739.63 | $42,488.38 | | $5,355.10 | $66,524.08 |
| Total Net Pays for Company: 25 | | | | | | | | | |

Company: Revguard LLC  
Check date: 12/6/2013 - Payroll 1  
Pay Period: 11/16/2013 to: 11/30/2013

1 of 1  
Run Number: 0153

Date Printed: 12/05/2013 12:30  
20106595 - RQ/C62

PX17 Attachment H-1