# PX17

## PX17 Attachment I

## Blue Rocket Brands payroll obtained from office of Christy Blackburn

## Payroll Liability

**PAY FREQUENCY:** Semimonthly

### Net Pay

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Checks | | | | | 0.00 | |
| | Subtotal Net Pay | | | | | | 0.00 |

### Taxes

| | | | Deposit Responsibility Client | | Deposit Responsibility ADP | | |
|---|---|---|---|---|---|---|---|
| | Agency | Rate | EE withheld | ER contrib | EE withheld | ER contrib | |
| Federal | Federal Income Tax | | | | 3,061.89 | | 3,061.89 |
| | Social Security | | | | 1,449.88 | 1,449.88 | 2,899.76 |
| | Medicare | | | | 339.08 | 339.09 | 678.17 |
| | Federal Unemployment Tax Act | 0.6000 | | | | 7.64 | 7.64 |
| | **Subtotal Federal** | | | | 4,850.85 | 1,796.61 | 6,647.46 |
| State | CO State Income Tax | | | | 927.00 | | |
| | CO State Unemployment (Employer) | 2.1900 | | | | 79.19 | |
| | **Subtotal CO** | | | | 927.00 | 79.19 | 1,006.19 |
| | **Total Taxes** | | | | 5,777.85 | 1,875.80 | 7,653.65 |

### Other Transfers

| | | | | | | |
|---|---|---|---|---|---|---|
| Full Service Direct Deposit (FSDD) | | | | | 18,486.52 | 11 Employee Transactions |
| Pay-by-Pay Insurance | | | | | 32.74 | |
| ADP Retirement Plan | | | 1,518.30 | 409.99 | | |

**Total Semimonthly Pay Frequency**

| | |
|---|---:|
| Total Direct Deposit (FSDD) | $18,486.52 |
| Total Pay-by-Pay Insurance | $32.74 |
| Total ADP Retirement Plan | $1,928.29 |
| Total Taxes | $7,653.65 |
| Total Amount ADP Debited from your Account(s) | $28,101.20 |

**Total For 7/7/2017 - Payroll 1**

| | |
|---|---:|
| Total Direct Deposit (FSDD) | $18,486.52 |
| Total Pay-by-Pay Insurance | $32.74 |
| Total ADP Retirement Plan | $1,928.29 |
| Total Taxes | $7,653.65 |
| Total Amount ADP Debited from your Account(s) | $28,101.20 |

Company: Blue Rocket Brands LLC  
Check date: 7/7/2017 - Payroll 1  
Pay Period: 06/16/2017 to: 06/30/2017  

2 of 2  

Date Printed: 07/05/2017 16:29  
20923621 - RQ/VFK  

PX17 Attachment I-1

## Payroll Liability

| | | | |
|---|---|---|---|
| **Total Cash Required** | | | **$28,101.20** |
| | Debit for FSDD (Full Service Direct Deposit) | WELLSFARGO BANK, Routing/Transit no. (ABA) 102000076, Bank account no. ▓▓▓ | $18,486.52 |
| | Debit for Taxes | WELLSFARGO BANK, Routing/Transit no. (ABA) 102000076, Bank account no. ▓▓▓ | $7,653.65 |
| | Debit for Pay-by-Pay | WELLSFARGO BANK, Routing/Transit no. (ABA) 102000076, Bank account no. ▓▓▓ | $32.74 |
| | Debit for ADP Retirement Plan | WELLSFARGO BANK, Routing/Transit no. (ABA) 102000076, Bank account no. ▓▓▓ | $1,928.29 |
| | Total cash required for WELLSFARGO BANK, Routing/Transit no. (ABA) 102000076, Bank account no. ▓▓▓ | | $28,101.20 |

**Important Note**

Your cash required total does not include your fees for service. The invoice with the details of your fees will be sent the Monday after you process your payroll with the debit from your account occurring 3 banking days later.

---

Company: Blue Rocket Brands LLC
Check date: 7/7/2017 - Payroll 1
Pay Period: 06/16/2017 to: 06/30/2017

1 of 2

Date Printed: 07/05/2017 16:29
20923621 - RQ/VFK

## Payroll Details

| Hours and Earnings | | | | Taxes | | Deductions | | Net Pay | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | | Liability | Amount |
| **Pay Frequency: Semimonthly** | | | | | | | | | | |
| **Employee: Blackburn, Cristy S** | | | | SSN: | | | | | | |
| Regular | 0.00 | | 3,125.00 | FED FIT | 491.30 | Medical pre-tax 1 | 163.05 | 2,322.69 | FED SOCSEC-ER | 182.28 |
| Misc | 0.00 | | 222.92 | FED SOCSEC | 182.28 | Dental pre-tax | 18.85 | | FED MEDCARE-ER | 42.63 |
| reimbursement | | | | FED | 42.63 | Vision pre-tax | 3.12 | | | 224.91 |
| non-taxable | | | | MEDCARE | | | 185.02 | | | |
| | 0.00 | | 3,347.92 | CO SIT | 124.00 | | | | | |
| | | | | | 840.21 | | | | | |

Handwritten: W - 1562.50   T - 112.46

Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: ▮▮▮   $2,222.69
Check Date: 07/07/2017 / Direct Deposit / Savings / Account No: ▮▮▮   $100.00

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Employee: Cabrera, Stelios J** | | | | SSN: | | | | | | |
| Regular | 0.00 | | 4,166.50 | FED FIT | 585.62 | ADP RS | 708.30 | 2,878.39 | FED SOCSEC-ER | 255.65 |
| Misc | 0.00 | | 538.40 | FED SOCSEC | 255.64 | employee Roth | | | FED MEDCARE-ER | 59.79 |
| reimbursement | | | | FED | 59.78 | 401(k) % | | | ADP RS employer | 124.99 |
| non-taxable | | | | MEDCARE | | Medical pre-tax 1 | 43.17 | | match | |
| | 0.00 | | 4,704.90 | CO SIT | 174.00 | | 751.47 | | | 440.43 |
| | | | | | 1,075.04 | | | | | |

Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: ▮▮▮   $1,878.39
Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: ▮▮▮   $1,000.00

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Employee: Davies, Seth P** | | | | SSN: | | | | | | |
| Regular | 0.00 | | 1,750.00 | FED FIT | 196.11 | Medical pre-tax 1 | 40.99 | 1,408.23 | FED SOCSEC-ER | 105.49 |
| Misc | 0.00 | | 100.00 | FED SOCSEC | 105.50 | Life insurance | 7.50 | | FED MEDCARE-ER | 24.67 |
| reimbursement | | | | FED | 24.67 | pre-tax | | | | 130.16 |
| non-taxable | | | | MEDCARE | | | 48.49 | | | |
| | 0.00 | | 1,850.00 | CO SIT | 67.00 | | | | | |
| | | | | | 393.28 | | | | | |

Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: ▮▮▮   $1,408.23

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Employee: Foss, Danielle C** | | | | SSN: | | | | | | |
| Regular | 0.00 | | 4,500.00 | FED FIT | 441.55 | ADP RS | 360.00 | 2,915.64 | FED SOCSEC-ER | 252.70 |
| Misc | 0.00 | | 101.19 | FED SOCSEC | 252.70 | employee | | | FED MEDCARE-ER | 59.10 |
| reimbursement | | | | FED | 59.10 | before-tax % | | | ADP RS employer | 135.00 |
| non-taxable | | | | MEDCARE | | Medical pre-tax 1 | 394.71 | | match | |
| | 0.00 | | 4,601.19 | CO SIT | 148.00 | Dental pre-tax | 16.68 | | | 446.80 |
| | | | | | 901.35 | Life insurance | 12.81 | | | |
| | | | | | | pre-tax | | | | |
| | | | | | | | 784.20 | | | |

Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: ▮▮▮   $2,915.64

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Employee: Martinez, Lindsey A** | | | | SSN: | | | | | | |
| Regular | 0.00 | | 1,916.66 | FED FIT | 233.59 | Life insurance | 7.50 | 1,549.04 | FED SOCSEC-ER | 118.37 |
| Misc | 0.00 | | 100.00 | FED SOCSEC | 118.37 | pre-tax | | | FED MEDCARE-ER | 27.68 |
| reimbursement | | | | FED | 27.68 | WatchDog | 4.48 | | FED FUTA | 7.64 |
| non-taxable | | | | MEDCARE | | | 11.98 | | CO SUI-ER | 41.81 |
| | | | | CO SIT | 76.00 | | | | | |

Company: Blue Rocket Brands LLC
Check date: 7/7/2017 - Payroll 1
Pay Period: 06/16/2017 to: 06/30/2017

1 of 3

Date Printed: 07/05/2017 16:30
20923621 - RQ/VFK

## Payroll Details

| Hours and Earnings | | | | Taxes | | Deductions | | Net Pay | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | | Liability | Amount |
| | 0.00 | | 2,016.66 | | 455.64 | | | | | 195.50 |

Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: $1,549.04

**Employee: McEvoy, Emily**  SSN:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 2,500.00 | FED FIT | 291.75 | ADP RS | 300.00 | 1,665.78 | FED SOCSEC-ER | 151.39 |
| Misc reimbursement non-taxable | 0.00 | | 100.00 | FED SOCSEC | 151.39 | employee before-tax % | | | FED MEDCARE-ER | 35.41 |
| | | | | FED MEDCARE | 35.41 | Medical pre-tax 1 | 41.51 | | CO SUI-ER | 31.20 |
| | 0.00 | | 2,600.00 | CO SIT | 87.00 | Dental pre-tax | 16.68 | | ADP RS employer match | 75.00 |
| | | | | | 565.55 | WatchDog | 10.48 | | | 293.00 |
| | | | | | | | 368.67 | | | |

Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: $1,665.78

**Employee: McNea, Blair**  SSN:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 3,750.00 | FED FIT | 492.29 | | | 2,813.83 | FED SOCSEC-ER | 232.50 |
| | 0.00 | | 3,750.00 | FED SOCSEC | 232.50 | | | | FED MEDCARE-ER | 54.38 |
| | | | | FED MEDCARE | 54.38 | | | | | 286.88 |
| | | | | CO SIT | 157.00 | | | | | |
| | | | | | 936.17 | | | | | |

Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: $2,813.83

**Employee: Nosel, Megan**  SSN:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1099 Misc | 0.00 | | 1,250.00 | | | | | 1,250.00 | | |
| | 0.00 | | 1,250.00 | | | | | | | |

Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: $1,250.00

**Employee: Poole, Christopher**  SSN:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 2,500.00 | FED FIT | 329.68 | ADP RS | 150.00 | 1,682.92 | FED SOCSEC-ER | 151.50 |
| | 0.00 | | 2,500.00 | FED SOCSEC | 151.50 | employee before-tax % | | | FED MEDCARE-ER | 35.43 |
| | | | | FED MEDCARE | 35.43 | Medical pre-tax 1 | 36.31 | | CO SUI-ER | 6.18 |
| | | | | CO SIT | 94.00 | AFLAC pre-tax | 13.26 | | ADP RS employer match | 75.00 |
| | | | | | 610.61 | Life insurance pre-tax | 6.90 | | | 268.11 |
| | | | | | | | 206.47 | | | |

Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: $1,682.92

**Pay Frequency Totals: Semimonthly**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | $24,208.16 | FED FIT | $3,061.89 | ADP RS | $810.00 | $18,486.52 | FED SOCSEC-ER | $1,449.88 |
| 1099 Misc | 0.00 | | $1,250.00 | FED SOCSEC | $1,449.88 | employee before-tax % | | | FED MEDCARE-ER | $339.09 |
| Misc reimbursement non-taxable | 0.00 | | $1,162.51 | FED MEDCARE | $339.08 | ADP RS employee Roth 401(k) % | $708.30 | | FED FUTA | $7.64 |
| | | | | CO SIT | $927.00 | | | | CO SUI-ER | $79.19 |
| | 0.00 | | $26,620.67 | | $5,777.85 | Medical pre-tax 1 | $719.74 | | ADP RS employer match | $409.99 |
| | | | | | | AFLAC pre-tax | $13.26 | | | $2,285.79 |
| | | | | | | Dental pre-tax | $52.21 | | | |

---

Company: Blue Rocket Brands LLC  
Check date: 7/7/2017 - Payroll 1  
Pay Period: 06/16/2017 to: 06/30/2017

2 of 3

Date Printed: 07/05/2017 16:30  
20923621 - RQ/VFK

PX17 Attachment I-4

## Payroll Details

| Hours and Earnings | | | | Taxes | | Deductions | | Net Pay | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | | Liability | Amount |
| | | | | | | Life insurance pre-tax | $34.71 | | | |
| | | | | | | Vision pre-tax | $3.12 | | | |
| | | | | | | WatchDog | $14.96 | | | |
| | | | | | | | $2,356.30 | | | |

**Total Employees - Semimonthly: 9**

**Company Totals:**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | $24,208.16 | FED FIT | $3,061.89 | ADP RS employee before-tax % | $810.00 | $18,486.52 | FED SOCSEC-ER | $1,449.88 |
| 1099 Misc | 0.00 | | $1,250.00 | FED SOCSEC | $1,449.88 | | | | FED MEDCARE-ER | $339.09 |
| Misc reimbursement non-taxable | 0.00 | | $1,162.51 | FED MEDCARE | $339.08 | ADP RS employee Roth 401(k) % | $708.30 | | FED FUTA | $7.64 |
| | | | | CO SIT | $927.00 | | | | CO SUI-ER | $79.19 |
| | 0.00 | | $26,620.67 | | $5,777.85 | Medical pre-tax 1 | $719.74 | | ADP RS employer match | $409.99 |
| | | | | | | AFLAC pre-tax | $13.26 | | | $2,285.79 |
| | | | | | | Dental pre-tax | $52.21 | | | |
| | | | | | | Life insurance pre-tax | $34.71 | | | |
| | | | | | | Vision pre-tax | $3.12 | | | |
| | | | | | | WatchDog | $14.96 | | | |
| | | | | | | | $2,356.30 | | | |

**Total Employees - Company: 9**

Company: Blue Rocket Brands LLC
Check date: 7/7/2017 - Payroll 1
Pay Period: 06/16/2017 to: 06/30/2017

3 of 3

Date Printed: 07/05/2017 16:30
20923621 - RQ/VFK

PX17 Attachment I-5