# PX17

## PX17 Attachment K

Pages from lease for office at 2011 Cherry Street obtained from office of Christy Blackburn

# LEASE

## Summary Page

**Lease Date:** May 8, 2014

**Landlord:** O'Rourke Family LLC

**Address for Rent and Notices:**
2011 Cherry Street, Ste. 104
Louisville, CO 80027
Attn: John O'Rourke

**Tenant:** Wave Rock, LLC

**Address for Notices:**
Wave Rock, LLC
2011 Cherry St., Suite 110
Louisville, CO 80027
Attn:

With a copy to:

_____
_____
_____
_____

**Tenant's Trade Name:** Wave Rock, LLC

**Security Deposit:** Equal to Eight Thousand Eight Hundred Seventy One Dollars and .40/100 ($8,871.40).

**Demised Premises:**

Address: Suite 110, 2011 Cherry Street, Louisville, CO 80027

Square Footage: Approximately 7,577 rentable square feet

**Term:**

Initial Term: Five (5) Years and Two months Base Term.
Option(s): Five (5) years at then fair market lease rates.

**Base Rent:**
**Year 1:**

## ARTICLE 26. RENEWAL OPTIONS

26.1   Tenant shall be permitted to extend this Lease for the renewal period set forth on the Lease Summary Page provided Tenant gives Landlord at least six (6) months' written notice prior to the expiration of the then current term.  Such right to extend the Lease shall be personal to the Tenant, shall expire upon the subletting or assignment of the Premises, and shall not be exercisable by any sublessee or assignee of the Premises.  The Base Rent for the renewal period shall be as set forth on the Lease Summary Page.  Tenant's leasing of the Premises during the renewal period shall be upon all terms and conditions of this Lease, with the exception of any provision that required Landlord to make any alterations, additions or improvements to the Premises.  Failure of Tenant to exercise its option to renew, by giving notice as and when required herein, time being of the essence, shall result in termination of the same.  Further, in no event shall Tenant be entitled to renew the Lease if Tenant is in default under any term or condition of the Lease at the time of giving notice of exercise of the renewal option.

## ARTICLE 27.  RIGHT OF FIRST NOTICE

In the event any space becomes available in the Building, the Landlord will provide the Tenant with notice of such availability no less than five (5) days prior to formally marketing the space.  Tenant has hereby been notified that Suite 204 is currently available.

IN WITNESS WHEREOF, the parties have executed and delivered this Lease as of the date first above written.

**LANDLORD**:

O'Rourke Family LLC,
a Colorado limited liability company

By: _____
Name: John O'Rourke
Title: Manager

**TENANT**:

Wave Rock, LLC,
an Arizona limited liability company

By: _____
Name: Blair McNea
Title: CEO/Owner

23