# PX17

# PX17 Attachment L

# Insurance records obtained from office of Christy Blackburn

△ DELTA DENTAL

Delta Dental of Colorado
PO Box 912148, DENVER, CO  80291-2148
(8:00am - 4:30pm MST)
(303) 889-8618
billing@ddpco.com

**PAID**
7/5/17

# Invoice

**Rate Summary**

July-2017

000140947-00001111-0000   REVLIVE, LLC

| Type | Rate Code | Adjustment Type | Count | Premium Rate | Billed Amount |
|---|---|---|---|---|---|
| Original | Subscriber | | 34 | $36.24 | $1,232.16 |
| Original | Subscriber plus Spouse | | 4 | $69.59 | $278.36 |
| Original | Subscriber plus Family | | 2 | $120.33 | $240.66 |
| Original | Subscriber plus Children | | 6 | $73.94 | $443.64 |
| Adjusted | Subscriber plus Family | Addition | 4 | $120.33 | $481.32 |
| Adjusted | Subscriber plus Children | Termination | 4 | $73.94 | ($295.76) |
| Subtotal | | | 54 | | $2,380.38 |
| Grand Total | | | 54 | | $2,380.38 |

# △ DELTA DENTAL

**Delta Dental of Colorado**
PO Box 912148, DENVER, CO 80291-2148
(8:00am - 4:30pm MST)
(303) 889-8618
billing@ddpco.com

**Invoice**

July-2017

## Billing Details

000140947-00001111-0000   REVLIVE, LLC

| Subscriber ID | Last Name | First Name | Rate Code | Billing Description | Billing Month | Amount |
|---|---|---|---|---|---|---|
| | ADAMS | STEVEN | Subscriber plus Children | Charge for Jul, 2017 | July, 2017 | $73.94 |
| | ARAGON | NEIL | Subscriber | Charge for Jul, 2017 | July, 2017 | $36.24 |
| | ARCHULETA | NEVA | Subscriber | Charge for Jul, 2017 | July, 2017 | $36.24 |
| | BAKER | CARL | Subscriber | Charge for Jul, 2017 | July, 2017 | $36.24 |
| | BATES | JOHNATHON | Subscriber | Charge for Jul, 2017 | July, 2017 | $36.24 |
| | BICKERSTAFF | TIFFANY | Subscriber plus Children | Charge for Jul, 2017 | July, 2017 | $73.94 |
| | BLACKBURN | CRISTY | Subscriber plus Children | Charge for Jul, 2017 | July, 2017 | $73.94 |
| | CABRERA | STELIOS | Subscriber | Charge for Jul, 2017 | July, 2017 | $36.24 |
| | CHWIEDOR | ABIGAIL | Subscriber plus Children | Charge for Jul, 2017 | July, 2017 | $73.94 |
| | CICHELLA | MATTHEW | Subscriber plus Spouse | Charge for Jul, 2017 | July, 2017 | $69.59 |
| | DAVIES | SETH | Subscriber | Charge for Jul, 2017 | July, 2017 | $36.24 |
| | EARLES | WINDY | Subscriber | Charge for Jul, 2017 | July, 2017 | $36.24 |
| | EISMAN | STEPHEN | Subscriber | Charge for Jul, 2017 | July, 2017 | $36.24 |
| | ERICKSON | KIMBER | Subscriber plus Family | Retro-Add for Apr, 2017 | July, 2017 | $120.33 |

**△ DELTA DENTAL**

Delta Dental of Colorado
PO Box 912148, DENVER, CO 80291-2148
(8:00am - 4:30pm MST)
(303) 889-8618
billing@ddpco.com

**Invoice**

July-2017

## Billing Details

000140947-00001111-0000   REVLIVE, LLC

| Subscriber ID | Last Name | First Name | Rate Code | Billing Description | Billing Month | Amount |
|---|---|---|---|---|---|---|
| | ERICKSON | KIMBER | Subscriber plus Family | Retro-Add for May, 2017 | July, 2017 | $120.33 |
| | ERICKSON | KIMBER | Subscriber plus Family | Retro-Add for Jun, 2017 | July, 2017 | $120.33 |
| | ERICKSON | KIMBER | Subscriber plus Family | Retro-Add for Jul, 2017 | July, 2017 | $120.33 |
| | ERICKSON | KIMBER | Subscriber plus Children | Retro-Term for Apr, 2017 | July, 2017 | ($73.94) |
| | ERICKSON | KIMBER | Subscriber plus Children | Retro-Term for May, 2017 | July, 2017 | ($73.94) |
| | ERICKSON | KIMBER | Subscriber plus Children | Retro-Term for Jun, 2017 | July, 2017 | ($73.94) |
| | ERICKSON | KIMBER | Subscriber plus Children | Retro-Term for Jul, 2017 | July, 2017 | ($73.94) |
| | ERICKSON | KIMBER | Subscriber plus Children | Charge for Jul, 2017 | July, 2017 | $73.94 |
| | FERRADINO | STEPHEN | Subscriber | Charge for Jul, 2017 | July, 2017 | $36.24 |
| | FOSS | DANIELLE | Subscriber plus Spouse | Charge for Jul, 2017 | July, 2017 | $69.59 |
| | JENNINGS | CALVIN | Subscriber | Charge for Jul, 2017 | July, 2017 | $36.24 |
| | JOHNSON | JENNY | Subscriber | Charge for Jul, 2017 | July, 2017 | $36.24 |
| | KIRKLAND | AUSTIN | Subscriber | Charge for Jul, 2017 | July, 2017 | $36.24 |
| | LAMBRIGHT | ROBBIE | Subscriber | Charge for Jul, 2017 | July, 2017 | $36.24 |

**△ DELTA DENTAL**

Delta Dental of Colorado
PO Box 912148, DENVER, CO 80291-2148
(8:00am - 4:30pm MST)
(303) 889-8618
billing@ddpco.com

**Invoice**

July-2017

## Billing Details

000140947-00001111-0000   REVLIVE, LLC

| Subscriber ID | Last Name | First Name | Rate Code | Billing Description | Billing Month | Amount |
|---|---|---|---|---|---|---|
| | LINT | BRIAN | Subscriber | Charge for Jul, 2017 | July, 2017 | $36.24 |
| | MASTERS | COURTNEY | Subscriber | Charge for Jul, 2017 | July, 2017 | $36.24 |
| | MCEVOY | EMILY | Subscriber plus Spouse | Charge for Jul, 2017 | July, 2017 | $69.59 |
| | MCNEA | MARILYN | Subscriber | Charge for Jul, 2017 | July, 2017 | $36.24 |
| | MCNEA | TAYLOR | Subscriber plus Children | Charge for Jul, 2017 | July, 2017 | $73.94 |
| | MCWILLIAMS | RYAN | Subscriber plus Family | Charge for Jul, 2017 | July, 2017 | $120.33 |
| | MENDOZA | MONICA | Subscriber | Charge for Jul, 2017 | July, 2017 | $36.24 |
| | MIRANDA | LUIS | Subscriber plus Spouse | Charge for Jul, 2017 | July, 2017 | $69.59 |
| | NEELEY | AMBER | Subscriber | Charge for Jul, 2017 | July, 2017 | $36.24 |
| | NELSON | BROOKE | Subscriber | Charge for Jul, 2017 | July, 2017 | $36.24 |
| | NETHERLAND | KAYLA | Subscriber | Charge for Jul, 2017 | July, 2017 | $36.24 |
| | NICHOLSON | TREVOR | Subscriber | Charge for Jul, 2017 | July, 2017 | $36.24 |
| | PENA | JUAN | Subscriber | Charge for Jul, 2017 | July, 2017 | $36.24 |
| | PETRONELLA | JAMES | Subscriber plus Family | Charge for Jul, 2017 | July, 2017 | $120.33 |

**△ DELTA DENTAL**

Delta Dental of Colorado
PO Box 912148, DENVER, CO 80291-2148
(8:00am - 4:30pm MST)
(303) 889-8618
billing@ddpco.com

**Invoice**

**July-2017**

## Billing Details

000140947-00001111-0000   REVLIVE, LLC

| Subscriber ID | Last Name | First Name | Rate Code | Billing Description | Billing Month | Amount |
|---|---|---|---|---|---|---|
| | POOLE | CHRISTOPHER | Subscriber | Charge for Jul, 2017 | July, 2017 | $36.24 |
| | QUINTANA | JAVIER | Subscriber | Charge for Jul, 2017 | July, 2017 | $36.24 |
| | QUIROZ CASTILLO | SANDY | Subscriber | Charge for Jul, 2017 | July, 2017 | $36.24 |
| | RABER | JADE | Subscriber | Charge for Jul, 2017 | July, 2017 | $36.24 |
| | ROBINSON | GLEN | Subscriber | Charge for Jul, 2017 | July, 2017 | $36.24 |
| | SEALE JR | DAVE | Subscriber | Charge for Jul, 2017 | July, 2017 | $36.24 |
| | SMITHSON | JASON | Subscriber | Charge for Jul, 2017 | July, 2017 | $36.24 |
| | SPAULDING | JOSHUA | Subscriber | Charge for Jul, 2017 | July, 2017 | $36.24 |
| | TIMMONS | RYAN | Subscriber | Charge for Jul, 2017 | July, 2017 | $36.24 |
| | TORBERSON | KARI | Subscriber | Charge for Jul, 2017 | July, 2017 | $36.24 |
| | WILLIAMS | ADRIAN | Subscriber | Charge for Jul, 2017 | July, 2017 | $36.24 |
| | WILLOUGHBY | LINDSEY | Subscriber | Charge for Jul, 2017 | July, 2017 | $36.24 |
| | | | | | Subtotal | $2,380.38 |

PX17 Attachment L-5

## THIS IS YOUR GROUP INSURANCE BILLING STATEMENT.

| PLEASE SEND YOUR PAYMENT TO | NAME & ADDRESS | POLICY NUMBER | DIVSN |
|---|---|---|---|
| NORTHWESTERN MUTUAL         NM<br>GROUP INSURANCE ADMINISTRATION<br>PO BOX 2754<br>PORTLAND  OR  97208-2754 | REVMOUNTAIN LLC<br>ATTN MARNIE BAESLER<br>6260 LOOKOUT RD<br>BOULDER  CO  80301 | | 0003 |

| | DATE PRINTED | PREMIUM DUE DATE |
|---|---|---|
| | JUNE 15, 2017 | JULY 01, 2017 |

YOU ARE RESPONSIBLE FOR VERIFYING, REPORTING, AND MAKING BILLING
ADJUSTMENTS RELATED TO EMPLOYEE ADDITIONS AND TERMINATIONS, AS WELL
AS SALARY/VOLUME INCREASES AND DECREASES. TO INQUIRE ABOUT ONLINE
SERVICES, PLEASE EMAIL DL-LARGEGRP-SERVICE@NORTHWESTERNMUTUAL.COM

| LINE | MEMBER ID | NAME | BILL EFFECTIVE CLASS DATE | STD PREM | STD VOLUME | LTD PREM | LTD VOLUME | PREMIUM DUE |
|---|---|---|---|---|---|---|---|---|
| 1 | | ARAGON, NEIL A | 0100 04/01/15 | 28.64 | 924 | 24.33 | 6,667 | 52.97 |
| 2 | | ARCHULETA, NEVA M | 0100 02/01/16 | 14.32 | 462 | 12.17 | 3,333 | 26.49 |
| 3 | | BAKER, CARL S | 0100 04/01/15 | 12.52 | 404 | 10.65 | 2,917 | 23.17 |
| 4 | | BARTLETT, DAVID | 0100 02/01/17 | 11.47 | 370 | 9.73 | 2,667 | 21.20 |
| 5 | | BLACKBURN, CRISTY | 0100 04/01/15 | 26.85 | 866 | 22.81 | 6,250 | 49.66 |
| 6 | | CABRERA, STELIOS J | 0100 04/01/15 | 35.77 | 1,154 | 30.42 | 8,333 | 66.19 |
| 7 | | CHWIEDOR, ABIGAIL | 0100 11/01/13 | 39.37 | 1,270 | 33.46 | 9,167 | 72.83 |
| 8 | | DAVIES, SETH P | 0100 06/01/15 | 21.48 | 693 | 18.25 | 5,000 | 39.73 |
| 9 | | EARLES, WINDY A | 0100 11/01/15 | 11.47 | 370 | 9.73 | 2,667 | 21.20 |
| 10 | | EISMAN, STEPHAN S | 0100 08/01/16 | 11.47 | 370 | 9.73 | 2,667 | 21.20 |
| 11 | | ERICKSON, KIMBER | 0100 01/01/17 | 13.24 | 427 | 11.25 | 3,083 | 24.49 |
| 12 | | FERRADINO, STEPHEN | 0100 05/01/16 | 7.44 | 240 | 6.33 | 1,733 | 13.77 |
| 13 | | FOSS, DANIELLE C | 0100 04/01/15 | 44.73 | 1,443 | 38.02 | 10,417 | 82.75 |
| 14 | | JENNINGS, CALVIN | 0100 04/01/15 | 17.17 | 554 | 14.60 | 4,000 | 31.77 |
| 15 | | JOHNSON, JENNIFER | 0100 04/01/12 | 77.50 | 2,500 | 76.04 | 20,833 | 153.54 |
| 16 | | LAMBRIGHT, ROBBIE | 0100 04/01/15 | 8.93 | 288 | 7.59 | 2,080 | 16.52 |
| 17 | | LINT, BRIAN J | 0100 04/01/15 | 21.48 | 693 | 18.25 | 5,000 | 39.73 |
| 18 | | MARTINEZ, LINDSEY | 0100 04/01/15 | 16.46 | 531 | 13.99 | 3,833 | 30.45 |
| 19 | | MASTER, COURTNEY L | 0100 03/01/16 | 14.32 | 462 | 12.17 | 3,333 | 26.49 |
| 20 | | MENDOZA, MONICA | 0100 11/01/15 | 11.47 | 370 | 9.73 | 2,667 | 21.20 |
| 21 | | MIRANDA, LUIS | 0100 09/01/16 | 7.44 | 240 | 6.33 | 1,733 | 13.77 |
| 22 | | NEELEY, AMBER N | 0100 04/01/17 | 7.44 | 240 | 6.33 | 1,733 | 13.77 |
| 23 | | NETHERLAND, KAYLA | 0100 09/01/15 | 14.32 | 462 | 12.17 | 3,333 | 26.49 |
| 24 | | PENA, JUAN M | 0100 10/01/15 | 8.18 | 264 | 6.96 | 1,907 | 15.14 |
| 25 | | PETRONELLA, JAMES | 0100 09/01/16 | 12.46 | 402 | 10.59 | 2,900 | 23.05 |
| 26 | | POOLE, CHRISTOPHER | 0100 01/01/12 | 21.48 | 693 | 18.25 | 5,000 | 39.73 |
| 27 | | QUINTANA, JAVIER A | 0100 09/01/16 | 16.12 | 520 | 13.69 | 3,750 | 29.81 |
| 28 | | RABER, JADE A | 0100 05/01/16 | 32.21 | 1,039 | 27.38 | 7,500 | 59.59 |
| 29 | | ROBINSON, GLEN | 0100 04/01/15 | 7.44 | 240 | 6.33 | 1,733 | 13.77 |
| 30 | | SEALE, DAVE A JR | 0100 05/01/16 | 11.47 | 370 | 9.73 | 2,667 | 21.20 |
| 31 | | SMITHSON, JASON S | 0100 05/01/15 | 11.47 | 370 | 9.73 | 2,667 | 21.20 |
| 32 | | SPAULDING, JOSHUA | 0100 07/01/15 | 12.52 | 404 | 10.65 | 2,917 | 23.17 |
| 33 | | TIMMONS, RYAN F | 0100 08/01/16 | 13.24 | 427 | 11.25 | 3,083 | 24.49 |
| 34 | | TORBERSON, KARI L | 0100 02/01/16 | 14.32 | 462 | 12.17 | 3,333 | 26.49 |
| 35 | | WILLIAMS, ADRIAN M | 0100 06/01/15 | 15.04 | 485 | 12.78 | 3,500 | 27.82 |
| 36 | | | | | | SUBTOTAL FOR BILLING CLASS | 0100 | 1214.84 |



Northwestern Mutual
The Northwestern Mutual Life Insurance Company

POLICYOWNER COPY

PAGE  1

PX17 Attachment L-6

**THIS IS YOUR GROUP INSURANCE BILLING STATEMENT.**

| PLEASE SEND YOUR PAYMENT TO | NAME & ADDRESS | POLICY NUMBER | DIVSN |
|---|---|---|---|
| NORTHWESTERN MUTUAL        NM<br>GROUP INSURANCE ADMINISTRATION<br>PO BOX 2754<br>PORTLAND   OR 97208-2754 | (CONT) REVMOUNTAIN LLC<br>ATTN MARNIE BAESLER<br>6260 LOOKOUT RD<br>BOULDER  CO 80301 | ▮▮▮▮▮▮▮ | 0003 |

| DATE PRINTED | PREMIUM DUE DATE |
|---|---|
| JUNE 15, 2017 | JULY 01, 2017 |

---- TOTALS BY COVERAGE ----

| CVRG | LIVES | VOLUME | PREMIUM | LIVES | PREMIUM |
|---|---|---|---|---|---|
| 37 STD | 35 | 21009 | 651.25 | 0 | .00 |
| 38 LTD | 35 | 154403 | 563.59 | 0 | .00 |
| 39 |
| 40 |
| 41 |

-------- BILL SUMMARY TOTALS --------

| TOTAL PREMIUMS | 1214.84 |
| TOTAL MEMBER ADJUSTMENTS | .00 |
| TOTAL THIS BILL | 1214.84 |
| OUTSTANDING BAL AS OF  06/15/17 | 1240.63 |
| PLEASE PAY THIS AMOUNT | 2455.47 |


**Northwestern Mutual**™
The Northwestern Mutual Life Insurance Company

PLEASE SEND PAYMENT AND COUPON FOR AMOUNT BILLED.

**BILLING QUESTIONS?  Please call** (800)378-4665
POLICYOWNER COPY

PAGE    2

PX17 Attachment L-7