PX17

PX17 Attachment M

Photograph of whiteboard in office of Lindsey Martinez and Seth Davies

