# PX17

## PX17 Attachment N

## Photograph of whiteboard in office of Lindsey Martinez and Seth Davies

| | Abs. Working | Boulder Creek | Brand Force | Brass Triangle | Bridge Ford | Brookville Lane | Desert Gecko | DWP –no MET! | Flat Iron | Greenville Creek | How and Why –No Meritus | Indigo Systems | Mint House | Newport Crossing | Night Watch | Sandstone Beach | Snow Silo | Solid Ice | Three Lakes | Thunder Ave/ Univ.+ Folsom | Walnut Street | Wild Farms |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PW 6 | | | Eureka-RMS-W.Amer. 50k | Humboldt-Harris | Meritus-Woodforst 50k | EMC2-Loralpay-Synchros | | | | Viking-NMA-Harris | Cr-Vit 50k | | MF-Cynergy-Harris | Cambridge-Humboldt-Harris 20k | | | GMA-Harris Evolution-Moneris pcom 50k | | | | | Alliance-Humboldt-Harris 60k |
| OAH SLD 7 | | Mes-Tri (Malcolm) 50k | Alliance-Humboldt-Harris USMS TOPS 50k | | | | | | | | Pcom | Meritus-Woodforst | | Merchant Focks-Cynergy-Harris 60k | Cr-Vit 50k | GMA-Harris | | | Viking-NMA-Harris 50k | DMS-Moneris-Harris | Eureka-RMS-W.Amer. 50k |
| W 5 | | Eureka-Select Bank-Mission Valley 50k | Evolution-Moneris 50k | Viking-NMA-Harris 50k | | | | | | Cr-Vit Pcom | MF-Cynergy-Harris | ? 25k | Meritus-Woodforst | Eureka-RMS-W.Amer. mrt-wod 50k | USMS 50k | Humboldt-Harris Pcom 50k | Evolution-Moneris 40k | Alliance-Humboldt-Harris 20k Elavon | | | Crx |
| PH 4 | Eureka-RMS-West Amer. 50k | Evolution-Moneris 50k | Viking-NMA-Harris 50k | | | | | Meritus-Woodforst | | Cr-Vit | | Elavon | Evo-Moneris | CMS-EMS-Harris Alliance-Humboldt-Frontline DTS 50k | Vantiv-Direct | Alliance-Humboldt-Harris 50k | Pcom | USMS mrt-WF | GMA-Harris | Alliance-GET-Merrick | Eureka-Select Bank-Mission Valley |
| FCW 3 | | | | | | Meritus-Woodforst | FrontLine | | | Alliance-Humboldt-Harris 25k | Cr-Vit Evolution-Moneris 40k | Humboldt-Harris 25k | Eureka-RMS-West Amer. 50k | Vantiv-Direct | Eureka-Select Bank-Mission Valley 50k | | | | USMS | GQ | | |
| SW 3 | | | | | | USMS Evolution-Moneris | Evolution-Moneris 50k | | | | Eureka-RMS-West Amer. | | | Meritus-Woodforst | Humboldt-Direct | | | Vantiv-Direct 50k | | | ? Elavon |
| INW 3 | | | | | | Alliance-Humboldt-Harris 15k | Vantiv | | | | | | | Viking NMA Harris 50k | Evolution-Moneris | | | | Eureka-RMS-W. America | | | Evolution-Moneris |
| IP 2 | | | | USMS 25k | NAA Harris | Alliance-Humboldt-Harris 25k | Swift-Pay-Ken Haller | | | Pcom MF-Cynergy-Harris | Evolution-Moneris | Meritus-Woodforst MID Source TBD | Evo Moneris | Cr-Vit | Eureka-RMS-W.America 50k | USMS | Group ISO-PPR Alliance | | | | | 40k |
| SPD CB Stb 3 | | Evolution-Chesapeake-Den Bank | | | Crx | MF-Cynergy-Harris | Eureka-RMS-W.America 50k | | Platinum-World Pay-Citizens | Eureka-Select Bank-Mission Valley | Pcom | | Alliance-Humboldt-Harris | Merchant Service-TBD 40k | Viking-NMA-Harris TOPS 50k | ? Pcom | Humboldt-Direct | GMA-Harris Evolution-Moneris 50k | | | Meritus-Woodforst |
| SV 1s | | | | | Eureka-RMS-W.America 30k | | RU-Card-Flex-Harris 50k | Evolution-Moneris 50k | | | CMS-EMS-Harris | Evolution-Moneris 4k | | Alliance-Humboldt-Harris 2k | Cr-Vit | GMA-Harris 50k | Pcom TOPS | Alliance-Humboldt-Harris 30k Eureka-SB-miss.Valley 50k | | | Viking-NMA-Harris |
| SW 4 | | | | | | Eureka-RMS-W.America 50k | Alliance-Cynergy-Harris 25k | | | | | USMS Humboldt-Harris (Direct) 50k | Viking-NMA-Harris 50k | | | Cr-Vit | Meritus-Woodforst | Supreme-Eben NSBank | | | |
| TW 3 | | Evolution-Moneris 40k | TOPS Evolution-Moneris | RU-T1-Int'l | Eureka-RMS-W.America 30k | GMA-Harris | Eureka-Select Bank-Mission Valley 50k | | Evolution-Moneris | Meritus-Woodforst MF-Cynergy-Harris 50k | | RU-T1-Int'l | Alliance-Humboldt-Harris 3k | | | | | Evolution-Humboldt-Harris 25k |
| WC 5 | | | | | | ? Elavon | RU-Card-Flex-Harris 40k | | | | | | | | | | | | | | Evolution-Harris |
| WT 1 | | | | | | | | | | | | | | | | | | | | | |

PX17 Attachment N-1

36-9