# PX17

## PX17 Attachment O

# Portions of merchant account applications obtained from office of Lindsey Martinez and Seth Davies



**EUREKA payments**

EUREKA PAYMENTS
537 G Street, Suite 201
Eureka, California 95501
Tel: 877-476-0570
Fax: 707-476-0574
www.eurekapayments.com

☐ NEW ACCOUNT
☐ ADDITIONAL LOCATION
☐ ADDITIONAL ACCOUNT
☐ OWNERSHIP CHANGE

# MERCHANT APPLICATION

Eureka Payments is a registered ISO/MSP for Westamerica Bank, Santa Rosa, CA

## OFFICE USE ONLY

APPLICATION DATE: 07/24/2012  OFFICE: 1701

☑ OMAHA  ☐ NASHVILLE  ☐ BUYPASS  ☐ NORTH  ☐ PAYMENTECH

## BUSINESS INFORMATION

LEGAL BUSINESS NAME AS IT APPEARS ON TAX RETURN: **Absolutely Working, LLC**
DBA (SHOWN ON CARDHOLDER STATEMENT): **Dental Pro Global**
MAILING ADDRESS: 1810 E Sahara Avenue Suite 1535
PHYSICAL STREET ADDRESS (NO P.O. BOX): 1810 E Sahara Avenue Suite 1535
CITY: Las Vegas  STATE: NV  ZIP: 89104
CITY: Las Vegas  STATE: NV  ZIP: 89104
CONTACT PERSON: Megan Nosel  NUMBER OF LOCATIONS: 1
PHONE #: 888-874-7603  FAX #:
EMAIL ADDRESS: megan@absolutelyworking.com
WEBSITE ADDRESS: www.dentalproglobal.com
FEDERAL TAX ID NUMBER (NO DASHES) MUST EXACTLY MATCH TAX RETURN:
YEARS IN BUSINESS: 1.5 years  YEARS OWNED BUSINESS: 1.5 years  COUNTRY OF PRIMARY BUSINESS OPERATIONS: US
GOODS OR SERVICES PROVIDED: dental grade teeth whitening
BUSINESS HOURS: 8-5  STATE OF LEGAL FORMATION: Nevada

## OWNERS OR OFFICERS (Total ownership below must be equal to or greater than 51%)

NAME (PRINCIPAL 1): Megan Nosel  TITLE: Manager  DATE OF BIRTH: [redacted]  SSN: [redacted]  OWNERSHIP %: 80
RESIDENCE ADDRESS: [redacted]  CITY: [redacted]  STATE: [redacted]  ZIP: [redacted]  # OF YEARS: 4
US GOVERNMENT ISSUED ID#: [redacted]  EXPIRATION DATE: [redacted]  CITIZENSHIP IF NOT U.S.A.: [redacted]  HOME PHONE #: [redacted]

NAME (PRINCIPAL 2):  TITLE:  DATE OF BIRTH:  SSN:  OWNERSHIP %:
RESIDENCE ADDRESS:  CITY:  STATE:  ZIP:  # OF YEARS:
US GOVERNMENT ISSUED ID#:  STATE ISSUED:  EXPIRATION DATE:  HOME PHONE #:

## REFERENCES

| | | ACCOUNT # | PHONE # | CONTACT |
|---|---|---|---|---|
| BANK | Chase | [redacted] | 702-259-0796 | Julio Jauregui |
| TRADE | Sunshine Health | | 954-493-5469 | Ralph Morton |
| TRADE | Verifi | | 323-297-5072 | Connie Spencer-Adams |

## BUSINESS PROFILE

TYPE OF OWNERSHIP:
☐ Corporation  ☐ Sole Proprietor  ☑ LLC  ☐ LLP
☐ Partnership  ☐ Public Sector  ☐ Non-Profit  ☐ Other

TYPE OF BUSINESS: internet sales  MCC:

HAVE YOU ACCEPTED CREDIT CARDS BEFORE? ☑ YES ☐ NO  If Yes, please attach statements.
UNDER WHAT BUSINESS NAME: Absolutely Working

CURRENT/PREVIOUS PROCESSOR NAME: Select Bank  IF TERMINATED BY PREVIOUS PROCESSOR, ATTACH LETTER WITH EXPLANATION

Has Merchant or any associated Principal disclosed above filed for bankruptcy or been subject to involuntary bankruptcy? ☑ NO ☐ YES, date:

## SALES PROFILE

MERCHANT TYPE:
☐ Retail
☐ Restaurant
☐ Lodging
☐ Service
☑ Internet
☐ Home Based
☐ Other

VISA, MASTERCARD, DISCOVER NETWORK SALES PROFILE:
| | % |
|---|---|
| CARD SWIPE | 0 |
| MANUALLY KEYED WITH IMPRINT CARD PRESENT | 0 |
| MAIL ORDER / TELEPHONE ORDER | 0 |
| INTERNET | 100 |
| TOTAL | 100 |

## REQUESTED PROCESSING PARAMETERS

AVERAGE MONTHLY VOLUME: $ 50,000.00
AVERAGE TICKET AMOUNT: $ 35.00
HIGHEST TICKET AMOUNT: $ 129.99

## CARD SERVICES REQUESTED

| CARD TYPES | CHECK TO ORDER | | QUALIFIED RATE | AUTHORIZATION FEE | PER-ITEM FEE | ADDITIONAL INFORMATION |
|---|---|---|---|---|---|---|
| Visa, MasterCard and Discover Network – CREDIT | ☑ Yes | ☐ No | 2.29 % | $ .25 | $ 0 | ☐ Interchange Pass Through |
| Visa, MasterCard and Discover Network – DEBIT | ☑ Yes | ☐ No | 2.29 % | $ .25 | $ 0 | ☐ Interchange Pass Through |
| Debit Networks (PIN-based) | ☐ Yes | ☐ No | % | $ | $ | ☐ DO NOT Pass Through Debit Network Fees |
| American Express | ☐ Yes | ☐ No | Set by Amex | Same as Visa/MC | $ | EXISTING AMEX # |
| Wright Express and Voyager Fleet Cards | ☐ Yes | ☐ No | Set by WEX/VOY | $ 0.20 | $ | WEX Requires an Additional Separate Agreement |
| Electronic Benefits Transfer (EBT) | ☐ Yes | ☐ No | 0.00 % | $ | $ | EBT Requires an Additional Separate Agreement |

WAB_MerchantApp 2012/01r7  Page 1 of 2  Merchant Initials: MPN

PX17 Attachment O-1



# Merchant Account Application

(p) 855.9HELPME (855.943.5763)
(f) 801.331.8275

03/2011.1

| OFFICE USE | |
|---|---|
| Sales Partner: Eureka Payments | Date Submitted |
| MCC | Merchant Number |

## BUSINESS INFORMATION

**Legal Business Name:** Bridge Ford, LLC
**Business Tax ID:** [redacted] ☑ FEIN ☐ SSN
**Doing Business As (if different) (displayed on the cardholder statement):** BFBLIZZ*WTE8888198114
**Time in Business:** 3 yrs, 2 mos.
**Legal Business Address:** 871 Coronado Center Dr Suite 200
**City:** Henderson **State:** NV **ZIP:** 89052
**Mailing Address (if different):**
**City:** **State:** **ZIP:**
**Website URL:** www.blizzardwhiteglobal.com
**Customer Service Phone Number:** (888) 849-8114
**Customer Service Email Address:** emily@blizzardwhiteglobal.com
**Type of Ownership:** ☐ Sole Proprietor ☐ Partnership ☑ LLC ☐ Corporation ☐ Non-Profit ☐ Government ☐ Private ☐ Public

## OWNER INFORMATION (if private ownership)

**Owner Legal Given Names (First and Middle):** Emily
**Surname (Last Name):** McEvoy
**Ownership Percentage:** 80 %
**Job Title (if applicable):** Manager
**Home Address:** [redacted] ☑ Own ☐ Rent
**City:** [redacted] **State:** [redacted] **ZIP:** [redacted]
**Driver License Number:** [redacted]
**Driver License State:** [redacted]
**Social Security Number:** [redacted]
**Date of Birth:** [redacted]

If the ownership interest above is less than 51%, a second owner's information is required.

**Owner Legal Given Names (First and Middle):**
**Surname (Last Name):**
**Ownership Percentage:** %
**Job Title (if applicable):**
**Home Address:** ☐ Own ☐ Rent
**City:** **State:** **ZIP:**
**Driver License Number:**
**Driver License State:**
**Social Security Number:**
**Date of Birth:**

## PROCESSING INFORMATION

**Which payment products would you like to accept? (check all that apply)**
☑ Visa/MC/Discover/Diners/JCB ☐ Amex ☐ PIN Debit ☐ EBT
**Anticipated Monthly Volume:** $ 50,000.00
**Highest Transaction Amount:** $ 129.99
**Average Transaction Amount:** $ 39.99
**Has the business accepted credit cards previously?** ☑ Yes ☐ No
**American Express Merchant (SE) Number (if any):**
**EBT FNS Number (if any):**

## PRODUCT INFORMATION

**Description of Product or Service:** at home teeth whitening
**Sales Profile** (estimate the percentage of sales in each category - must add up to 100%)
Retail (face-to-face): % | Ecommerce: 100 % | Mail/Telephone: % | Other: %
**Customer Profile** (estimate the percentage of sales in each category - must add up to 100%)
Individual Consumers: 100 % | Businesses: % | Government: %
**Do you offer time-extended services (warranties, subscriptions, memberships, etc.)?** ☐ Yes ☑ No
**Duration of extended service (if any):**
**Description of Refund Policy (attach if more space is needed):** full refund within 30 days of shipment and incl RMA
**Is a fulfillment house or drop shipper used?** ☑ Yes ☐ No
**How long after charging the customer is the product fulfilled or does the service begin?**
Within: ☐ 24 hours ☑ 2 days ☐ 3-10 days ☐ 11-30 days ☐ 31-90 days ☐ 90+ days

## CONTACT INFORMATION

**Contact Given Name (First Name):** Emily
**Surname (Last Name):** McEvoy
**Contact Phone Number:** (702) 932-2644
**Contact Email Address:** emily@blizzardwhiteglobal.com

## BILLING INFORMATION

**Name on Account:** Bridge Ford, LLC
**Acct Type:** ☐ Personal Checking ☐ Personal Savings ☑ Business Checking ☐ Business Savings
**Bank Routing Number:** 107002147
**Bank Account Number:** [redacted]
**Name on Card:**
**Credit Card Number:**
**Credit Card Expiration Date:**

## DATA SECURITY INFORMATION

**Are card numbers stored or transmitted on your systems?** ☐ Yes ☑ No
**Have you completed a PCI DSS Self Assessment or audit?** ☐ Yes ☐ No ☑ Don't Know
**What third-party products and/or systems do you use to process credit/debit cards?** (Examples are Terminals, Point of Sale (POS) Systems, Order Systems, Shopping Carts, Gateways, etc.
Verifi Gateway

## BANK DISCLOSURE

Mission Valley Bank - 9116 Sunland Blvd. Sun Valley, CA 91352 (p) 818.394.2300
**Important Bank Responsibilities:** A Visa Member:
1. Is the only entity approved to extend acceptance of Visa products to a Merchant;
2. Must be a principal (signer) to the Merchant Agreement;
3. Is responsible for and must provide settlement funds to the Merchant and
4. Is responsible for all funds held in reserve that are derived from settlement.
5. Is responsible for educating Merchants on pertinent Visa International Operating Regulations with which Merchants must comply;
**Important Merchant Responsibilities:**
1. Ensure compliance with cardholder data security and storage requirements;
2. Maintain fraud and chargebacks below thresholds;
3. Review and understand the terms of the Merchant Agreement; and
4. Comply with Visa International Operating Regulations.
The responsibilities listed above do not supersede terms of the Merchant Agreement and are provided to ensure the Merchant understands these responsibilities.

# MERCHANT APPLICATION

**PRIORITY PAYMENT SYSTEMS®**

Merchant # _____

☐ New Location   ☐ Additional Location

2001 Westside Parkway • Suite 155 • Alpharetta, GA 30004 • 1.800.935.5961
www.prioritypaymentsystems.com

Merchant Accepts GreenSuite – DonateWiseNow  ☐ Yes  ☐ No
By checking yes and signing this application and agreement, you indicate your acceptance of the Greenwise GreenSuite and DonateWiseNow Program terms and conditions.

▶ **Business Information**

Note: Your Business Legal Name and Tax ID Number must be entered exactly as it appears on your Income Tax Return or on your SS4-Employer Identification Number (EIN) letter to avoid fees and income withholding by the IRS.

Legal Name (as it appears on your income tax return): **Indigo Systems, LLC**
Name of Account (Doing Business As): **Blizzard White Ultra**

Legal Address: **8888 Keystone Crossing, Ste. 1300**
Physical Street Address (No P.O. Box): **8888 Keystone Crossing, Ste. 1300**

City: **Indianapolis, IN 46240**   State:   Zip:
City: **Indianapolis, IN 46240**   State:   Zip:

Phone #: **(317) 575-4125**   Contact: **Ryan Reichenbach**
DBA Phone #: **(866) 229-2623**   Fax #: **(303) 530-0771**

Must Choose One Mailing Address: ☐ DBA Address  ☒ Legal Address
E-Mail Address: **ryan@blizzardwhiteultra.com**
Website Address: **www.blizzardwhiteultra.com**

Federal Tax #: [redacted]   # of Locations: **1**   Years In Business: **April 2013**   Years Owned Business: **April 2013**

Place of Legal Formation: **Indiana**
Country of Primary Business Operations: **USA**

Bank Reference: **Great Western Bank**
Contact: **Pat Walton**   Phone #: **(303) 225-7425**

▶ **Owners or Officers** — Individual Ownership Must be Equal to or Greater than 50%

1. Name: **Ryan Reichenbach**   Title: **Manager**   Date of Birth: [redacted]   Applicant's SS #: [redacted]   % Equity Ownership: **80**

Residence Address: [redacted]   City: [redacted]   State: **CO**   Zip: **80027**   # Years: **9**

US Government Issued ID#: [redacted]   Type of ID:   Expiration Date:   Country of Citizenship (if not US):   Home Phone: ( )

2. Name:   Title:   Date of Birth:   Applicant's SS #:   % Equity Ownership:

Residence Address:   City:   State:   Zip:   # Years:

US Government Issued ID#:   Type of ID:   Expiration Date:   Country of Citizenship (if not US):   Home Phone: ( )

▶ **Business Profile**

Type of Ownership: ☐ Sole Proprietor  ☐ Assoc/Estates/Trusts  ☐ Joint Venture  ☐ Government  ☐ Corporation (Privately Traded)  ☐ Corporation (Publicly Traded)  ☐ Medical or Legal Corp  ☐ Partnership  ☐ Tax Exempt Org  ☒ Single Member LLC  ☐ Multi Member LLC  ☐ Civic Assoc  ☐ Limited Partnership  ☐ Political Org  ☐ Other _____

Type of Goods or Services Sold: **teeth whitening**   SIC Code: _____

Do you currently accept Discover®/Visa/Mastercard? ☒ Yes ☐ No
(If yes, you should submit 3 current months' statements.)
Name of Current Processor: **Harris, Woodforest**

Has Merchant or any associated principal disclosed below filed bankruptcy or been subject to involuntary bankruptcy? ☐ Yes Date: _____  ☒ No

▶ **Sales Profile**

Merchant Type: ☐ Retail  ☐ Restaurant  ☐ Lodging  ☐ Service  ☒ Internet  ☐ Home Based  ☐ Other

Discover/Visa/MasterCard Sales Profile – Be Accurate:

| | % |
|---|---|
| Card Swipe | |
| Manual Key Entry with Imprint, Card Present | |
| Mail Order/Telephone | |
| Internet | 100 |
| Total = | 100 % |

▶ **Business Trade Suppliers** — List Two

Name: **Rapid Color Printing**   Address: **6445 Karms Park Ct, Las Vegas, NV 89118**   Contact: **Kat Cruz**   Phone #: **(702) 792-6055**

Name: **Venn**   Address: **8391 Beverly Blvd., Box #310, Los Angeles, CA 90048**   Contact: **Shane Lynch**   Phone #: **(323) 655-5789**

▶ **Merchant Site Survey Report** — To Be Completed by Sales Representative

Merchant Location: ☐ Retail Location with Store Front  ☐ Office Building  ☐ Internet  ☐ Residence  ☐ Other _____
Area Zoned: ☐ Commercial  ☐ Industrial  ☐ Residential   Square Footage: ☐ 0-250  ☐ 251-500  ☐ 501-2,000  ☐ 2,001+

Does the amount of inventory and merchandise on shelves and floor appear consistent with this type of business? ☐ Yes ☐ No
If No, explain:

The Merchant: ☐ Owns  ☐ Leases the Business Premises   Landlord Name & Phone #:

Further Comments by inspector (Must Complete)

I hereby verify that this application has been fully completed by merchant applicant and that I have physically inspected the business premises of the merchant at this address and the information stated above is true and correct to the best of my knowledge and belief.

Verified and Inspected by:   Office #:   Representitive #:   Representative Signature:   Date:
X                                                              X

White Copy – Bank  •  Pink Copy – Merchant

Priority Holdings LLC wholly owns Priority Payment Systems LLC (a registered ISO of Wells Fargo Bank N.A., Walnut Creek, CA and Synovus Bank, Columbus, GA) and Cynergy Data, LLC (a registered ISO of BMO Harris Bank N.A., Buffalo Grove, IL).

Rev2. 09/25/13
Page 1 of 11

PX17 Attachment O-3

## MERCHANT APPLICATION

Merchant # _____

**CardFlex**

☐ New Location ☐ Additional Location
2900 Bristol Street • F-201 • Costa Mesa, CA 92626
Tel: 866.634.3044
www.cardflexnow.com
Merchant Accepts GreenSuite – DonateWiseNow ☐ Yes ☐ No

By checking yes and signing this application and agreement, you indicate your acceptance of the Greenwise GreenSuite and DonateWiseNow Program terms and conditions.

### ▶ Business Information

Note: Your Business Legal Name and Tax ID Number must be entered exactly as it appears on your Income Tax Return or on your SS4-Employer Identification Number (EIN) letter to avoid fees and income withholding by the IRS.

| | |
|---|---|
| Legal Name (as it appears on your income tax return): **Doing What's Possible, LLC** | Name of Account (Doing Business As): **Smile Vitalize Online** |
| Legal Address: **701 North Green Valley Parkway, Ste 200** | Physical Street Address (No P.O. Box): **701 North Green Valley Parkway, Ste 200** |
| City: **Henderson**  State: **NV**  Zip: **89074** | City: **Henderson**  State: **NV**  Zip: **89074** |
| Phone #: **(702) 990-3225**  Contact: **Taree Dobie** | DBA Phone #: **(800) 627-1650**  Fax #: **(303) 530-0774** |
| Must Choose One Mailing Address: ☐ DBA Address ☑ Legal Address | E-Mail Address: **taree@smilevitalizeonline.com** | Website Address: **www.smilevitalizeonline.com** |
| Federal Tax #: [redacted] | # of Locations: **1** | Years In Business: **3.5** | Years Owned Business: **3.5** |
| Place of Legal Formation: **Nevada** | Country of Primary Business Operations: **USA** |
| Bank Reference: **First Bank** | Contact: | Phone #: **(303) 530-1000** |

### ▶ Owners or Officers – Individual Ownership Must be Equal to or Greater than 50%

| Name: 1. **Taree Dobie** | Title: **Manager** | Date of Birth: [redacted] | Applicant's SS #: [redacted] | % Equity Ownership: **80** |
|---|---|---|---|---|
| Residence Address: [redacted] | City: [redacted] | | State: [redacted] Zip: [redacted] | # Years: **7** |
| US Government Issued ID #: [redacted] | Type of ID: [redacted] | Expiration Date: [redacted] | Country of Citizenship (if not US): | Home Phone: ( ) |

| Name: 2. | Title: | Date of Birth: | Applicant's SS #: | % Equity Ownership: |
|---|---|---|---|---|
| Residence Address: | City: | | State: Zip: | # Years: |
| US Government Issued ID #: | Type of ID: | Expiration Date: mm/dd/yyyy | Country of Citizenship (if not US): | Home Phone: ( ) |

### ▶ Business Profile | ▶ Sales Profile

Type of Ownership: ☐ Sole Proprietor ☐ Assoc/Estates/Trusts ☐ Joint Venture ☐ Government ☐ Corporation (Privately Traded) ☐ Corporation (Publicly Traded) ☐ Medical or Legal Corp ☐ Partnership ☐ Tax Exempt Org ☑ Single Member LLC ☐ Multi Member LLC ☐ Civic Assoc ☐ Limited Partnership ☐ Political Org ☐ Other _____

Type of Goods or Services Sold: **teeth whitening**   SIC Code: _____

Do you currently accept Discover®/Visa/Mastercard? ☐ Yes ☑ No
(If yes, you should submit 3 current months' statements.)
Name of Current Processor: _____

Has Merchant or any associated principal disclosed below filed bankruptcy or been subject to involuntary bankruptcy? ☐ Yes Date: ____ ☑ No

Merchant Type:
☐ Retail
☐ Restaurant
☐ Lodging
☐ Service
☑ Internet
☐ Home Based
☐ Other

Discover/Visa/MasterCard Sales Profile
Be Accurate:

| | % |
|---|---|
| Card Swipe | |
| Manual Key Entry with Imprint, Card Present | |
| Mail Order/Telephone | |
| Internet | 100 % |
| **Total =** | **100 %** |

### ▶ Business Trade Suppliers – List Two

| Name: **Rapid Color Printing** | Address: **6445 Karms Park Ct, Las Vegas** | Contact: **Kat Cruz** | Phone #: **(702) 792-6055** |
|---|---|---|---|
| Name: **Verifi** | Address: **8391 Beverly Blvd., Box #310, LA, CA** | Contact: **Shane Lynch** | Phone #: **(323) 655-5789** |

### ▶ Merchant Site Survey Report – To Be Completed by Sales Representative

Merchant Location: ☐ Retail Location with Store Front ☐ Office Building ☐ Internet ☐ Residence ☐ Other _____
Area Zoned: ☐ Commercial ☐ Industrial ☐ Residential  Square Footage: ☐ 0-250 ☐ 251-500 ☐ 501-2,000 ☐ 2,001+

Does the amount of inventory and merchandise on shelves and floor appear consistent with this type of business? ☐ Yes ☐ No
If No, explain:

The Merchant: ☐ Owns ☐ Leases the Business Premises   Landlord Name & Phone #:
Further Comments by inspector (Must Complete):

I hereby verify that this application has been fully completed by merchant applicant and that I have physically inspected the business premises of the merchant at this address and the information stated above is true and correct to the best of my knowledge and belief.

Verified and Inspected by:   Office #:   Representative #:   Representative Signature:   Date:
X                                                                X

White Copy – Bank  •  Pink Copy – Merchant
CardFlex Inc. is a registered ISO/MS of BMO Harris Bank, N.A., Chicago, IL

Rev2. 09/25/13
Page 1 of 13

**MERCHANT APPLICATION**

**CardFlex**

Merchant # _____

☐ New Location   ☐ Additional Location
2900 Bristol Street • F-201 • Costa Mesa, CA 92626
Tel: 866.634.3044
www.cardflexnow.com

Merchant Accepts GreenSuite – DonateWiseNow   ☐ Yes   ☐ No

By checking yes and signing this application and agreement, you indicate your acceptance of the Greenwise GreenSuite and DonateWiseNow Program terms and conditions.

▶ **Business Information**

Note: Your Business Legal Name and Tax ID Number must be entered exactly as it appears on your Income Tax Return or on your SS4-Employer Identification Number (EIN) letter to avoid fees and income withholding by the IRS.

| Legal Name (as it appears on your income tax return): | Name of Account (Doing Business As): |
|---|---|
| Desert Gecko, LLC | Todays Whitening Trend |

| Legal Address: | Physical Street Address (No P.O. Box): |
|---|---|
| 1 E. Washington St., Ste. 300, Phoenix | 1 E. Washington St., Ste. 300 |

| City: | State: | Zip: | City: | State: | Zip: |
|---|---|---|---|---|---|
| Phoenix | AZ | 85004 | Phoenix | AZ | 85004 |

| Phone #: | Contact: | DBA Phone #: | Fax #: |
|---|---|---|---|
| (602) 533-2840 | Sarah Austin | (800) 630-6329 | (303) 530-0774 |

| Must Choose One Mailing Address: ☐ DBA Address ☑ Legal Address | E-Mail Address: sarah@todayswhiteningtrend | Website Address: www.todayswhiteningtrend.com |
|---|---|---|

| Federal Tax #: [REDACTED] | # of Locations: 1 | Years In Business: 3 | Years Owned Business: 1 |
|---|---|---|---|

| Place of Legal Formation: | Country of Primary Business Operations: |
|---|---|
| Arizona | USA |

| Bank Reference: | Contact: | Phone #: |
|---|---|---|
| First Bank | | (303) 530-1000 |

▶ **Owners or Officers** – Individual Ownership Must be Equal to or Greater than 50%

| Name: 1. Sarah Austin | Title: Manager | Date of Birth: [REDACTED] | Applicant's SS #: [REDACTED] | % Equity Ownership: 80 |
|---|---|---|---|---|

| Residence Address: [REDACTED] | City: [REDACTED] | State: [REDACTED] | Zip: [REDACTED] | # Years: 10 |
|---|---|---|---|---|

| US Government Issued ID#: [REDACTED] | Type of ID: [REDACTED] | Expiration Date: [REDACTED] | Country of Citizenship (if not US): | Home Phone: ( ) |
|---|---|---|---|---|

| Name: 2. | Title: | Date of Birth: | Applicant's SS #: | % Equity Ownership: |
|---|---|---|---|---|

| Residence Address: | City: | State: | Zip: | # Years: |
|---|---|---|---|---|

| US Government Issued ID#: | Type of ID: | Expiration Date: mm/dd/yyyy | Country of Citizenship (if not US): | Home Phone: ( ) |
|---|---|---|---|---|

▶ **Business Profile**                                                                  ▶ **Sales Profile**

Type of Ownership: ☐ Sole Proprietor   ☐ Assoc/Estates/Trusts   ☐ Joint Venture   ☐ Government
☐ Corporation (Privately Traded)   ☐ Corporation (Publicly Traded)   ☐ Medical or Legal Corp
☐ Partnership   ☐ Tax Exempt Org   ☑ Single Member LLC   ☐ Multi Member LLC   ☐ Civic Assoc
☐ Limited Partnership   ☐ Political Org   ☐ Other _____

Type of Goods or Services Sold: teeth whitening       SIC Code: _____

Do you currently accept Discover®/Visa/Mastercard?
☐ Yes  ☑ No
(If yes, you should submit 3 current months' statements.)

Name of Current Processor: _____

Has Merchant or any associated principal disclosed below filed bankruptcy or been subject to involuntary bankruptcy?   ☐ Yes Date: _____   ☑ No

| Merchant Type: | Discover/Visa/MasterCard Sales Profile Be Accurate: | |
|---|---|---|
| ☐ Retail | Card Swipe | % |
| ☐ Restaurant | | |
| ☐ Lodging | Manual Key Entry with Imprint, Card Present | % |
| ☐ Service | | |
| ☑ Internet | Mail Order/Telephone | % |
| ☐ Home Based | Internet | 100 % |
| ☐ Other | Total = | 100 % |

▶ **Business Trade Suppliers** – List Two

| Name: | Address: | Contact: | Phone #: |
|---|---|---|---|
| Rapid Color Printing | 6445 Karms Park Ct, Las Vegas | Kat Cruz | (702) 792-6055 |
| Verifi | 8391 Beverly Blvd., Box #310, LA, CA | Shane Lynch | (323) 655-5789 |

▶ **Merchant Site Survey Report** – To Be Completed by Sales Representative

Merchant Location:   ☐ Retail Location with Store Front   ☐ Office Building   ☐ Internet   ☐ Residence   ☐ Other _____
Area Zoned:   ☐ Commercial   ☐ Industrial   ☐ Residential   Square Footage: ☐ 0-250   ☐ 251-500   ☐ 501-2,000   ☐ 2,001+

Does the amount of inventory and merchandise on shelves and floor appear consistent with this type of business?   ☐ Yes ☐ No
If No, explain:

The Merchant:   ☐ Owns   ☐ Leases the Business Premises       Landlord Name & Phone #:

Further Comments by inspector (Must Complete):

I hereby verify that this application has been fully completed by merchant applicant and that I have physically inspected the business premises of the merchant at this address and the information stated above is true and correct to the best of my knowledge and belief.

Verified and Inspected by:       Office #:       Representative #:       Representative Signature:       Date:

X                                                                                              X

White Copy – Bank   •   Pink Copy – Merchant

CardFlex Inc. is a registered ISO/MS of BMO Harris Bank, N.A., Chicago, IL

Rev2. 09/25/13
Page 1 of 13

PX17 Attachment O-5

# EUREKA payments

EUREKA PAYMENTS
515 J Street, Suite C
Eureka, California 95501
Tel: 877-476-0570
Fax: 707-476-0574
www.eurekapayments.com

☐ NEW ACCOUNT
☐ ADDITIONAL LOCATION
☐ ADDITIONAL ACCOUNT
☐ OWNERSHIP CHANGE

## MERCHANT APPLICATION

Eureka Payments is a registered ISO/MSP for Westamerica Bank, Santa Rosa, CA

### OFFICE USE ONLY

| APPLICATION DATE | OFFICE | ☐ OMAHA ☐ NASHVILLE ☐ BUYPASS ☐ NORTH ☐ PAYMENTECH |
|---|---|---|

### BUSINESS INFORMATION

- LEGAL BUSINESS NAME AS IT APPEARS ON TAX RETURN: **Mint House, LLC**
- DBA (SHOWN ON CARDHOLDER STATEMENT): **First Class Whitening Products**
- MAILING ADDRESS: **9233 Park Meadows Drive**
- PHYSICAL STREET ADDRESS (NO P.O. BOX): **9233 Park Meadows Drive**
- CITY: **Lone Tree** | STATE: **CO** | ZIP: **80124**
- CITY: **Lone Tree** | STATE: **CO** | ZIP: **80124**
- CONTACT PERSON: **Danielle Foss** | NUMBER OF LOCATIONS: **1**
- PHONE #: **303-827-2480** | FAX #: **303-530-0771**
- EMAIL ADDRESS: **danielle@firstclasswhiteningproducts.com**
- WEBSITE ADDRESS: **www.firstclasswhiteningproducts.com**
- FEDERAL TAX ID NUMBER (NO DASHES) MUST EXACTLY MATCH TAX RETURN: [redacted]
- YEARS IN BUSINESS: **3.5** | YEARS OWNED BUSINESS: **3.5** | COUNTRY OF PRIMARY BUSINESS OPERATIONS: **USA**
- GOODS OR SERVICES PROVIDED: **at home teeth whitening**
- BUSINESS HOURS: **7-7** | STATE OF LEGAL FORMATION: **Colorado**

### OWNERS OR OFFICERS (Total ownership below must be equal to or greater than 51%)

- NAME (PRINCIPAL 1): **Danielle Foss** | TITLE: **Manager** | DATE OF BIRTH: [redacted] | SSN: [redacted] | OWNERSHIP %: **80**
- RESIDENCE ADDRESS: [redacted] | CITY: [redacted] | STATE: [redacted] | ZIP: [redacted] | # OF YEARS: **6mos**
- US GOVERNMENT ISSUED ID#: [redacted] | STATE ISSUED: [redacted] | EXPIRATION DATE: [redacted] | CITIZENSHIP IF NOT U.S.A.: | HOME PHONE #: [redacted]

- NAME (PRINCIPAL 2): | TITLE: | DATE OF BIRTH: | SSN: | OWNERSHIP %:
- RESIDENCE ADDRESS: | CITY: | STATE: | ZIP: | # OF YEARS:
- US GOVERNMENT ISSUED ID#: | STATE ISSUED: | EXPIRATION DATE: | CITIZENSHIP IF NOT U.S.A.: | HOME PHONE #:

### REFERENCES

| | ACCOUNT # | PHONE # | CONTACT |
|---|---|---|---|
| BANK: **First Bank of Boulder** | [redacted] | **303-530-1000** | |
| TRADE: **Sunshine Health** | | **954-493-5469** | **Ralph Morton** |
| TRADE: **Verifi** | | **323-655-5789** | **Shane Lynch** |

### BUSINESS PROFILE

- TYPE OF OWNERSHIP: ☐ Corporation ☐ Sole Proprietor ☑ LLC ☐ LLP ☐ Partnership ☐ Public Sector ☐ Non-Profit ☐ Other
- TYPE OF BUSINESS: **ecommerce** | MCC:
- HAVE YOU ACCEPTED CREDIT CARDS BEFORE? ☑ YES ☐ NO — If Yes, please attach statements.
- UNDER WHAT BUSINESS NAME: **Mint House, LLC**
- CURRENT/PREVIOUS PROCESSOR NAME: **RMS, USMS** | IF TERMINATED BY PREVIOUS PROCESSOR, ATTACH LETTER WITH EXPLANATION
- Has Merchant or any associated Principal disclosed above filed for bankruptcy or been subject to involuntary bankruptcy? ☑ NO ☐ YES, date:

### SALES PROFILE

- MERCHANT TYPE: ☐ Retail ☐ Restaurant ☐ Lodging ☐ Service ☑ Internet ☐ Home Based ☐ Other

VISA, MASTERCARD, DISCOVER NETWORK SALES PROFILE:
- CARD SWIPE: ___ %
- MANUALLY KEYED WITH IMPRINT CARD PRESENT: ___ %
- MAIL ORDER / TELEPHONE ORDER: ___ %
- INTERNET: **100** %
- TOTAL: **100** %

### REQUESTED PROCESSING PARAMETERS

- AVERAGE MONTHLY VOLUME: **50,000**
- AVERAGE TICKET AMOUNT: **55.00**
- HIGHEST TICKET AMOUNT: **129.99**

### CARD SERVICES REQUESTED

| CARD TYPES | CHECK TO ORDER | QUALIFIED RATE | AUTHORIZATION FEE | PER-ITEM FEE | ADDITIONAL INFORMATION |
|---|---|---|---|---|---|
| Visa, MasterCard and Discover Network – CREDIT | ☑ Yes ☐ No | 2.49 % | $ | $ | ☐ Interchange Pass Through ☐ ERR |
| Visa, MasterCard and Discover Network – DEBIT | ☑ Yes ☐ No | 2.49 % | $ | $ | ☐ Interchange Pass Through ☐ ERR |
| Debit Networks (PIN-based) | ☐ Yes ☐ No | % | $ | $ | ☐ DO NOT Pass Through Debit Network Fees |
| American Express | ☐ Yes ☐ No | Set by Amex | Same as Visa/MC | $ | EXISTING AMEX #: |
| Wright Express and Voyager Fleet Cards | ☐ Yes ☐ No | Set by WEX/VOY | $ 0.20 | $ | WEX Requires an Additional Separate Agreement |
| Electronic Benefits Transfer (EBT) | ☐ Yes ☐ No | 0.00 % | $ | $ | EBT Requires an Additional Separate Agreement |

WAB_MerchantApp 2013/04r9

Page 1 of 2

Merchant Initials: _DF_

## MERCHANT APPLICATION AND AGREEMENT




Sales Partner ID#: **1276**   Representative Name:   Representative ID#:

☒ New Account   ☐ Additional Location Main Location MID

### 1. BUSINESS INFORMATION

☐ Sole Prop.   ☐ Partnership   ☐ Public Corp.   ☐ Private Corp.   ☒ LLC/LLP   ☐ Non-Profit   State Filed:

| Business Name (DBA – doing business as): | Legal Business Name |
|---|---|
| Just Youthful Effects | Three Lakes, LLC |

Location/Shipping Address    Corporate/Billing Information

| Business Address (No P.O. Box) | | | Mailing Address: | | |
|---|---|---|---|---|---|
| 200 S Virginia St | | | 200 S Virginia St | | |
| City | State | ZIP | City | State | ZIP |
| Reno | NV | 89501 | Reno | NV | 89501 |
| Telephone | Facsimile | | Telephone | Facsimile | |
| 800-646-4631 x | | | 800-646-4631 x | | |

| Business Start Date (MM/YY) | Number of Locations | Federal Tax ID | Customer Service Telephone |
|---|---|---|---|
| 6/24/2014 | | ▓▓▓▓ | 800-646-4631 x |

| Contact Person | Contact E-Mail: | Web Site Address |
|---|---|---|
| Christopher Poole | chris@threelakesllc.com | www.justyouthfuleffects.com |

| Description of Products/Service: | Card Holder Descriptor (21 Characters): | Do you currently accept Visa/MasterCard/Discover Network? |
|---|---|---|
| Beauty | TLL*YouthfulEffects | ☐ Yes   ☒ No (if yes, attach 3 months recent statements) |

Has the business or any Associated Principal been terminated as a Visa/MasterCard/Discover Network Merchant?   ☐ No   ☐ Yes
If Yes, please provide date:

Has Merchant or any Associated Principal disclosed above filed for bankruptcy or been subject to an involuntary bankruptcy?   ☐ No   ☐ Yes

Do you have a refund policy for Visa/MasterCard/Discover/American Express Network? Is the refund policy in writing that is obvious to the cardholder/customer?
☒ Yes   ☐ No   Please describe refund policy. Credit Refund

### 2. OWNERS/OFFICERS (Must reflect ownership of 50% or more)

| Name | Title | Equity / Ownership % |
|---|---|---|
| Christopher Poole | Owner | 80.00 |
| Date of Birth | Driver's License Number / State | Social Security Number |
| ▓▓▓▓ | | ▓▓▓▓ |
| Home Address | City / State / ZIP | Home Telephone |
| ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |

| Name | Title | Equity / Ownership % |
|---|---|---|
| | | |
| Date of Birth | Driver's License Number / State | Social Security Number |
| | | |
| Home Address | City / State / ZIP | Home Telephone |
| | | |

### 3. PROCESSING VOLUME (Visa®, MasterCard® and Discover® Network)

| Average Ticket | Highest Ticket Amount | Average Monthly Volume |
|---|---|---|
| $ 40.00 | $ 130.00 | $ 35,000.00 |

Percent of Business (MUST = 100%)
- 0.00 % Card Swiped
- % Keyed with Imprint
- 100.00 % Keyed without Imprint

- 0.00 % Store Front
- % Trade Show
- % Off Premise

Sales Method (MUST = 100%)
- 100.00 % Internet Services
- 0.00 % MOTO (Mail/Telephone order)
- % Other, specify:

List ALL third parties who have access to cardholder data:

### 4. TRADE REFERENCES

| Trade Name | Company | Telephone |
|---|---|---|
| Verifi | | 323-655-5789 |
| Bank Name | Company | Telephone |
| | | |

### 5. BANKING INFORMATION   ***ATTACH A VOIDED CHECK FROM ACCOUNT***

| Banking Contact | Bank Telephone |
|---|---|
| GUARANTY BANK AND TRUST COMPANY | 800-869-3557 x |
| Routing Number | Account Number |
| 102000966 | 4000562925 |

### 6. ASSOCIATION DISCLOSURE   (Member Bank: Woodforest National Bank, P.O. Box 8339, The Woodlands, TX 77380 (800) 327-0093)

Merchant understands and agrees to the following language regarding responsibilities: (1) A VISA member is the only entity approved to extended acceptance of VISA products directly to a merchant. (2) A VISA member must be a principal (signer) to the Merchant Agreement. (3) Woodforest National Bank is responsible for and must provide settlement funds to the merchant. (4) Woodforest National Bank is responsible for all funds held in reserve that are derived from settlement. (5) Woodforest National Bank is responsible for educating merchants on pertinent VISA International Operating Regulations with which merchants must comply. **Merchant Responsibilities:** (1) Ensure compliance with cardholder data security and storage requirements. (2) Maintain fraud and chargebacks below thresholds. (3) Review and understand the terms of the Merchant Agreement. (4) Comply with VISA International Operating Regulations. (You may download "VISA Regulations" from VISA's website at: http://usa.visa.com/merchants/operations/op_regulations.html. You may download "MasterCard Regulations" from MasterCard's website at: http://www.mastercard.com/us/merchants/support/rules.html). The responsibilities listed above do not supersede the terms of the Merchant Agreement and are provided to ensure the merchant understands some of the important obligations of each party and that the VISA Member – Woodforest National Bank – is the ultimate authority should the Merchant have any problems.

| Merchant Signature 209.200.185.180 | Merchant Name | Merchant Title | Date |
|---|---|---|---|
| /s/ | Christopher Poole | Owner | 11/2/2015 |

Live April 2014

# MERCHANT *EZ* APPLICATION

| Additional Location ☐ Yes ☐ No | Partner Name *(if Applicable)* | APP ID |
|---|---|---|
| MID | | |

| Name of Account *(Doing Business As)* | Contact | Tax Filing Name (Same as Legal Name) | Are you a Foreign Entity? |
|---|---|---|---|
| Titan White Products | Danielle Foss | Mint House, LLC | ☐ Yes ☑ No |

| Address *(No P.O. Box)* | Legal Address |
|---|---|
| 9233 Park Meadows Drive | 9233 Park Meadows Drive |

| City, State/Province, Zip/Postal Code | City, State/Province, Zip/Postal Code |
|---|---|
| Lone Tree, CO 80124 | Lone Tree, CO 80124 |

| DBA Phone NO. | Retrieval Method: ☐ Mail ☐ Fax ☐ EIDS ☐ Mail & EIDS ☐ Auto Fax & EIDS | Client Contact | Phone NO. | Fax NO. |
|---|---|---|---|---|
| ( 888 ) 819-2048 | | Danielle Foss | ( 303 ) 827-2480 | ( 303 ) 530-0771 |

| Mailing Name and Address *(if different from above)* | ATTN: | Website Address |
|---|---|---|
| | | www.titanwhiteproducts.com |

| Merchant Customer Service Phone Number | Merchant Email Address |
|---|---|
| ( 888 ) 819-2048 | danielle@titanwhiteproducts.com |

## MERCHANT PROFILE

Type of Ownership: ☐ Sole Proprietorship ☐ Partnership ☑ Limited Liability Company (LLC) ☐ Not for Profit ☐ Private Corporation ☐ Public Corporation – Ticker Symbol:

Pricing based on: ☐ Retail ☐ Mail/Telephone ☐ eComm Basic ☑ eComm Preferred (VBV) ☐ IVR ☐ Restaurant ☐ Utilities ☐ Other *(Explain)*:

| Percent of Business: | Card Swiped | % | Mail Order/Telephone | % | eCommerce | 100 % | Manual Key Entry with Imprint, Customer Present | % |
|---|---|---|---|---|---|---|---|---|

One Time Event: ☐ Yes ☑ No  Date          Seasonal Sales: ☐ Yes ☑ No  High Volume Months          Dollar Volume $ 50,000.00

Describe goods or services sold: at home teeth whitening

When are your services or products delivered? Within: ☐ 1 Day ☑ 1 Week ☐ 30 Days ☐ Other:

Is merchant currently or has merchant previously been in any Card Brand chargeback or fraud monitoring program? *(If Yes, please explain.)* no

Current PCI DSS Compliance Status *(Please explain)* compliant

| TAXPAYER IDENTIFICATION NO. ☐ FEIN ☐ SSN ☐ GST | Number of Locations | Years in Business | Years Owned Business |
|---|---|---|---|
| ▓▓▓▓▓▓▓▓ | 1 | 3 | 3 |

### OWNERS (Must be a Majority or Primary) / OFFICERS

| NAME (1) | Title | Percentage Ownership | Email Address |
|---|---|---|---|
| Danielle Foss | Manager | 80 % | danielle@titanwhiteproducts.com |

| Social Security # /Insurance # | Date of Birth | Driver's License # | Home Phone | Mobile Phone |
|---|---|---|---|---|

| Home Address | ☑ Own ☐ Rent | City | State/Province | Zip/Postal Code | Years There |
|---|---|---|---|---|---|
| | | | | | 1 |

| Previous Employment *(if less than 1 year in current employment)* | Title | How Long? | Type of Business |
|---|---|---|---|

| NAME (2) | Title | Percentage Ownership | Email Address |
|---|---|---|---|
| | | % | |

| Social Security # /Insurance # | Date of Birth | Driver's License # | Home Phone | Mobile Phone |
|---|---|---|---|---|

| Home Address | ☐ Own ☐ Rent | City | State/Province | Zip/Postal Code | Years There |
|---|---|---|---|---|---|

| Previous Employment *(if less than 1 year in current employment)* | Title | How Long? | Type of Business |
|---|---|---|---|

### BANK INFORMATION (Primary Settlement Account)

| Bank Name | Contact | Phone NO. | Fax NO. |
|---|---|---|---|
| FirstBank of Boulder | | ( 303 ) 530-1000 | ( ) |

| Transit # (ABA Routing) | 1 | 0 | 7 | 0 | 0 | 2 | 5 | 3 | 2 | DDA # (Checking/Savings) | |
|---|---|---|---|---|---|---|---|---|---|---|---|

### SECOND BANK INFORMATION (if applicable)

| Bank Name | Contact | Phone NO. | Fax NO. |
|---|---|---|---|
| | | ( ) | ( ) |

| Transit # (ABA Routing) | | | | | | | | | | DDA # (Checking/Savings) | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| PREPARED BY FIELD SALES REP | Email | FIELD SALES ID |
|---|---|---|

| Prepared by Inside Sales Rep *(if applicable)* | | INSIDE SALES ID |
|---|---|---|

| Range # | Book Number | Corporate Field | Chain # |
|---|---|---|---|

**BMO Harris Bank N.A.®** *National Merchants Association is a registered ISO of BMO Harris Bank N.A., Chicago, IL*

1 of 4

MSFRI-OCG-APP-092012

PX17 Attachment O-8