# PX17

## PX17 Attachment P

Documents and photographs obtained from office of Lindsey Martinez and Seth Davies



| Reseller | Reseller State | Principal | Product Company | Product State | Parent Product Company |
|---|---|---|---|---|---|
| Brass Triangle | Arizona | Megan Goodman-Arndt | Body Tropical | Arizona | Wave Rock |
| Desert Gecko | Arizona | Sarah Austin | Derma Glam | Arizona | Wave Rock |
| Sandstone Beach | Arizona | Ryan McWilliams | Sedona Beauty | Arizona | Wave Rock |
| Solid Ice | Arizona | Christy Gould | Skinny IQ | Arizona | Wave Rock |
| Absolutely Working | Nevada | Megan Nosel | First Class Whitening | Arizona | Wave Rock |
| Bridge Ford | Nevada | Emily McEvoy | Dental Pro At Home | Arizona | Wave Rock |
| Doing Whats Possible | Nevada | Taree Dobie | Circle of Youth Skincare | Arizona | Wave Rock |
| How & Why | Nevada | Mark Santiago | Action Pro White | Arizona | Wave Rock |
| Flat Iron Avenue | Nevada | Rob McEvoy | Pronto White | Nevada | Wheeler Peak Marketing |
| Thunder Avenue | Colorado | Marnie Baesler | Bella At Home | Arizona | Wave Rock |
| University & Folsom | Colorado | Marnie Baesler | Blizzard White | Arizona | Wave Rock |
| Mint House | Colorado | Danielle Foss | Smile Pro Direct | Arizona | Wave Rock |
| Snow Sale | Colorado | Brian Lint | TitanWhite | Arizona | Wave Rock |
| Walnut Street Marketing | Colorado | Sue Laurent | TrimXT | Nevada | Wheeler Peak Marketing |
| Boulder Creek | Colorado | Steven Vanderburg | Elation White | Nevada | Wheeler Peak Marketing |
| Brand Force | Colorado | Kelly Clauson | Ivory Pro | Nevada | Wheeler Peak Marketing |
| Three Lakes | Nevada | Chris Poole | Delight Whitening | Nevada | Wheeler Peak Marketing |
| Wild Farms | Colorado | Lindsey Martinez | Spark Whitening | Arizona | Wave Rock |
| Jasper Woods | Nevada | Sarah Lauchli | Honest Whitening | Nevada | Wheeler Peak Marketing |
| Spruce River | Nevada | Jaime Hayden | Hollywood Pro Smile | Nevada | Wheeler Peak Marketing |
| Greenville Creek | Indiana | Jenny Johnson | Smile Vitalize | Indiana | Salamonie River |
| Indigo Systems | Indiana | Ryan Reichenbach | Innovation White | Indiana | Salamonie River |
| Night Watch Group | Indiana | Tony Carson | Genuine White | Indiana | Salamonie River |
| Newport Crossing | Indiana | Twyla Ryan | Whitening Coach | Indiana | Salamonie River |
| Brookville Lane | Indiana | Brian Arndt | Whitening Trend | Indiana | Salamonie River |



## Megan Goodman

| | |
|---|---|
| **From:** | christy@bluerocketbrands.com |
| **Sent:** | Wednesday, March 26, 2014 4:12 PM |
| **To:** | Megan Goodman |
| **Subject:** | RE: updates needed on www.titanwhitesecrets.com |

This site is good to go!

-----Original Message-----
From: "Megan Goodman" <megan@bluerocketbrands.com>
Sent: Wednesday, March 26, 2014 2:54pm
To: christy@bluerocketbrands.com
Subject: updates needed on www.titanwhitesecrets.com

Time to bring this dba back to life, but we need to make some changes please.

Please change the Who Is info from Brass Triangle to University and Folsom
Please change any instances of "megan" to "marnie"
The marnie@titanwhitesecrets.com is the only e-mail that needs to forward to
me. customerservice@titanwhitesecrets.com needs to forward to customerservice@titanwhite.com
Update the descriptor to "unf*titanwt8773013129"

It looks like the trial is already 10 days/94.31 on here. Just make sure all addresses are updated to either U&F
or Rev Go on Commercial Way in Henderson. Otherwise, no references to CO or NV. AZ only.

Please let me know if you have any questions.

1

PX17 Attachment P-3









