# PX17

## PX17 Attachment R

## Employee indemnification agreements obtained from office of Lindsey Martinez and Seth Davies

7/30/2015

Mr. Jaime Hayden
Manager
Spruce River, LLC
6671 S. Las Vegas Blvd., Bldg. D, Ste. 210
Las Vegas, NV 89119

Re: Indemnification for Key Employees who Sign Personal Guarantees on Behalf of SPRUCE RIVER, LLC ("Company") to Cover Costs Associated with Terminated Merchant Files

Dear JAIME HAYDEN:

In your position with our Company as Manager, you have been, and may be required to, provide your personal guarantee on merchant applications for credit card processing services with the Company's banks ("Bank" or "Banks"). The Banks require this guarantee from many applicants as a measure of protection against possible default on payment obligations.

With regard to your personal guarantee on the above-referenced credit card processing agreements, the Company shall assume responsibility for performance and payment of the Company's obligations. In the event that a bank seeks recovery from you personally for the Company's failure to fulfill the terms of those agreements, the Company will pay all amounts outstanding to the bank, reimburse you for reasonable attorney's fees and legal expenses incurred by you in defending any proceeding, and any judgments, fines and the like to be paid in settlement. Alternatively, we will advance those outstanding amounts to you as to be paid to the Bank, or in the case of expenses, to you, at your request.

The Company will not provide the benefits outlined in this paragraph for losses that are due to your acts of fraud.

To the extent to which the Company does not fulfill our financial obligation to you, then HOLLYWOOD PRO SMILE, LLC will pay those costs. Then, to the extent to which neither Company nor HOLLYWOOD PRO SMILE, LLC fulfills our financial obligation to you, WHEELER PEAK, LLC will pay the balance. In order to receive the benefit of this indemnification, you must promptly notify the Company of the dispute as soon as you become aware of any such matters, and you agree that Company has sole control over the defense and settlement.

Thank you for your continued service to the Company.

Kind regards,

SPRUCE RIVER, LLC              HOLLYWOOD PRO SMILE, LLC          WHEELER PEAK, LLC
Name: Jaime Hayden             Name: Blair McNea                  Name: Blair McNea
Title: Manager                 Title: Manager                     Title: Manager


Accepted and agreed:

_____                          7/31/15
Name: Jaime Hayden                               Date
Title: Manager

11/25/2013

Ms. Danielle Foss
Manager
Mint House, LLC
9233 Park Meadows Drive
Lone Tree, CO 80124

Re: Indemnification for Key Employees who Sign Personal Guarantees on Behalf of MINT HOUSE, LLC ("Company") to Cover Costs Associated with Terminated Merchant Files

Dear DANIELLE FOSS:

In your position with our Company as Manager, you have been, and may be required to, provide your personal guarantee on merchant applications for credit card processing services with the Company's banks ("Bank" or "Banks"). The Banks require this guarantee from many applicants as a measure of protection against possible default on payment obligations.

With regard to your personal guarantee on the above-referenced credit card processing agreements, the Company shall assume responsibility for performance and payment of the Company's obligations. In the event that a bank seeks recovery from you personally for the Company's failure to fulfill the terms of those agreements, the Company will pay all amounts outstanding to the bank, reimburse you for reasonable attorney's fees and legal expenses incurred by you in defending any proceeding, and any judgments, fines and the like to be paid in settlement. Alternatively, we will advance those outstanding amounts to you as to be paid to the Bank, or in the case of expenses, to you, at your request.

The Company will not provide the benefits outlined in this paragraph for losses that are due to your acts of fraud.

To the extent to which the Company does not fulfill our financial obligation to you, then SMILE PRO DIRECT, LLC will pay those costs. Then, to the extent to which neither Company nor SMILE PRO DIRECT, LLC fulfills our financial obligation to you, WAVE ROCK, LLC will pay the balance. In order to receive the benefit of this indemnification, you must promptly notify the Company of the dispute as soon as you become aware of any such matters, and you agree that Company has sole control over the defense and settlement.

Thank you for your continued service to the Company.

Kind regards,

MINT HOUSE, LLC
Name: Danielle Foss
Title: Manager

SMILE PRO DIRECT, LLC
Name: Blair McNea
Title: Manager

WAVE ROCK, LLC
Name: Blair McNea
Title: Manager

Accepted and agreed:

Name: Danielle Foss
Title: Manager

Date: 11/25/13

11/25/2013

Mr. Mark Santiago
Manager
How and Why, LLC
2850 W Horizon Ridge Pkwy
Suite 200
Las Vegas, NV 89052

Re:  Indemnification for Key Employees who Sign Personal Guarantees on Behalf of HOW AND WHY, LLC ("Company") to Cover Costs Associated with Terminated Merchant Files

Dear MARK SANTIAGO:

In your position with our Company as Manager, you have been, and may be required to, provide your personal guarantee on merchant applications for credit card processing services with the Company's banks ("Bank" or "Banks"). The Banks require this guarantee from many applicants as a measure of protection against possible default on payment obligations.

With regard to your personal guarantee on the above-referenced credit card processing agreements, the Company shall assume responsibility for performance and payment of the Company's obligations. In the event that a bank seeks recovery from you personally for the Company's failure to fulfill the terms of those agreements, the Company will pay all amounts outstanding to the bank, reimburse you for reasonable attorney's fees and legal expenses incurred by you in defending any proceeding, and any judgments, fines and the like to be paid in settlement. Alternatively, we will advance those outstanding amounts to you as to be paid to the Bank, or in the case of expenses, to you, at your request.

The Company will not provide the benefits outlined in this paragraph for losses that are due to your acts of fraud.

To the extent to which the Company does not fulfill our financial obligation to you, then ACTION PRO WHITE, LLC will pay those costs. Then, to the extent to which neither Company nor ACTION PRO WHITE, LLC fulfills our financial obligation to you, WAVE ROCK, LLC will pay the balance. In order to receive the benefit of this indemnification, you must promptly notify the Company of the dispute as soon as you become aware of any such matters, and you agree that Company has sole control over the defense and settlement.

Thank you for your continued service to the Company.

Kind regards,

HOW AND WHY, LLC
Name: Mark Santiago
Title: Manager

ACTION PRO WHITE, LLC
Name: Blair McNea
Title: Manager

WAVE ROCK, LLC
Name: Blair McNea
Title: Manager

Accepted and agreed:

Name Mark Santiago
Title Manager

11/25/2013
Date

11/25/2013

Mr. Steven Vanderburg
Manager
Boulder Creek Internet Solutions, Inc.
10955 Westmoor Drive
4th Floor
Westminster, CO 80021


Re: Indemnification for Key Employees who Sign Personal Guarantees on Behalf of BOULDER CREEK INTERNET SOLUTIONS, INC.("Company") to Cover Costs Associated with Terminated Merchant Files

Dear STEVEN VANDERBURG:

In your position with our Company as Manager, you have been, and may be required to, provide your personal guarantee on merchant applications for credit card processing services with the Company's banks ("Bank" or "Banks"). The Banks require this guarantee from many applicants as a measure of protection against possible default on payment obligations.

With regard to your personal guarantee on the above-referenced credit card processing agreements, the Company shall assume responsibility for performance and payment of the Company's obligations. In the event that a bank seeks recovery from you personally for the Company's failure to fulfill the terms of those agreements, the Company will pay all amounts outstanding to the bank, reimburse you for reasonable attorney's fees and legal expenses incurred by you in defending any proceeding, and any judgments, fines and the like to be paid in settlement. Alternatively, we will advance those outstanding amounts to you as to be paid to the Bank, or in the case of expenses, to you, at your request.

The Company will not provide the benefits outlined in this paragraph for losses that are due to your acts of fraud.

To the extent to which the Company does not fulfill our financial obligation to you, then ELATION WHITE, LLC will pay those costs. Then, to the extent to which neither Company nor ELATION WHITE, LLC fulfills our financial obligation to you, WHEELER PEAK, LLC will pay the balance. In order to receive the benefit of this indemnification, you must promptly notify the Company of the dispute as soon as you become aware of any such matters, and you agree that Company has sole control over the defense and settlement.

Thank you for your continued service to the Company.

Kind regards,

BOULDER CREEK INTERNET SOLUTIONS, INC
Name: Steven Vanderburg
Title: Manager

ELATION WHITE, LLC
Name: Blair McNea
Title: Manager

WHEELER PEAK, LLC
Name: Blair McNea
Title: Manager

Accepted and agreed:

Name Steven Vanderburg
Title Manager

Date

6/24/2015

Sarah Lauchli
Manager
Jasper Woods, LLC
7455 Arroyo Crossing, Ste. 220
Las Vegas, NV 89113

Re: Indemnification for Key Employees who Sign Personal Guarantees on Behalf of JASPER WOODS, LLC ("Company") to Cover Costs Associated with Terminated Merchant Files

Dear SARAH LAUCHLI:

In your position with our Company as Manager, you have been, and may be required to, provide your personal guarantee on merchant applications for credit card processing services with the Company's banks ("Bank" or "Banks"). The Banks require this guarantee from many applicants as a measure of protection against possible default on payment obligations.

With regard to your personal guarantee on the above-referenced credit card processing agreements, the Company shall assume responsibility for performance and payment of the Company's obligations. In the event that a bank seeks recovery from you personally for the Company's failure to fulfill the terms of those agreements, the Company will pay all amounts outstanding to the bank, reimburse you for reasonable attorney's fees and legal expenses incurred by you in defending any proceeding, and any judgments, fines and the like to be paid in settlement. Alternatively, we will advance those outstanding amounts to you as to be paid to the Bank, or in the case of expenses, to you, at your request.

The Company will not provide the benefits outlined in this paragraph for losses that are due to your acts of fraud.

To the extent to which the Company does not fulfill our financial obligation to you, then HONEST WHITENING, LLC will pay those costs. Then, to the extent to which neither Company nor HONEST WHITENING, LLC fulfills our financial obligation to you, WHEELER PEAK, LLC will pay the balance. In order to receive the benefit of this indemnification, you must promptly notify the Company of the dispute as soon as you become aware of any such matters, and you agree that Company has sole control over the defense and settlement.

Thank you for your continued service to the Company.

Kind regards,

JASPER WOODS, LLC          HONEST WHITENING, LLC        WHEELER PEAK, LLC
Name: SARAH LAUCHLI        Name: Blair McNea            Name: Blair McNea
Title: Manager             Title: Manager               Title: Manager


Accepted and agreed:

Name: SARAH LAUCHLI                                     6/24/15
Title: Manager                                          Date

PX17 Attachment R-5

11/25/2013

Ms. Megan Nosel
Manager
Absolutely Working, LLC
1810 E. Sahara Avenue
Suite 100
Las Vegas, NV 89104

Re: Indemnification for Key Employees who Sign Personal Guarantees on Behalf of ABSOLUTELY WORKING, LLC ("Company") to Cover Costs Associated with Terminated Merchant Files

Dear MEGAN NOSEL:

In your position with our Company as Manager, you have been, and may be required to, provide your personal guarantee on merchant applications for credit card processing services with the Company's banks ("Bank" or "Banks"). The Banks require this guarantee from many applicants as a measure of protection against possible default on payment obligations.

With regard to your personal guarantee on the above-referenced credit card processing agreements, the Company shall assume responsibility for performance and payment of the Company's obligations. In the event that a bank seeks recovery from you personally for the Company's failure to fulfill the terms of those agreements, the Company will pay all amounts outstanding to the bank, reimburse you for reasonable attorney's fees and legal expenses incurred by you in defending any proceeding, and any judgments, fines and the like to be paid in settlement. Alternatively, we will advance those outstanding amounts to you as to be paid to the Bank, or in the case of expenses, to you, at your request.

The Company will not provide the benefits outlined in this paragraph for losses that are due to your acts of fraud.

To the extent to which the Company does not fulfill our financial obligation to you, then FIRST CLASS WHITENING, LLC will pay those costs. Then, to the extent to which neither Company nor FIRST CLASS WHITENING, LLC fulfills our financial obligation to you, WAVE ROCK, LLC will pay the balance. In order to receive the benefit of this indemnification, you must promptly notify the Company of the dispute as soon as you become aware of any such matters, and you agree that Company has sole control over the defense and settlement.

Thank you for your continued service to the Company.

Kind regards,

ABSOLUTELY WORKING, LLC
Name: Megan Nosel
Title: Manager

FIRST CLASS WHITENING, LLC
Name: Blair McNea
Title: Manager

WAVE ROCK, LLC
Name: Blair McNea
Title: Manager

Accepted and agreed:

Name Megan Nosel
Title Manager

Date

PX17 Attachment R-6

11/25/2013

Mr. Kelly Clauson
Manager
Brand Force, LLC
357 South McCaslin Blvd
Suite 200
Louisville, CO 80027

      Re:    Indemnification for Key Employees who Sign Personal Guarantees on Behalf of BRAND FORCE, LLC ("Company") to Cover Costs Associated with Terminated Merchant Files

Dear KELLY CLAUSON:

In your position with our Company as Manager, you have been, and may be required to, provide your personal guarantee on merchant applications for credit card processing services with the Company's banks ("Bank" or "Banks"). The Banks require this guarantee from many applicants as a measure of protection against possible default on payment obligations.

With regard to your personal guarantee on the above-referenced credit card processing agreements, the Company shall assume responsibility for performance and payment of the Company's obligations. In the event that a bank seeks recovery from you personally for the Company's failure to fulfill the terms of those agreements, the Company will pay all amounts outstanding to the bank, reimburse you for reasonable attorney's fees and legal expenses incurred by you in defending any proceeding, and any judgments, fines and the like to be paid in settlement. Alternatively, we will advance those outstanding amounts to you as to be paid to the Bank, or in the case of expenses, to you, at your request.

The Company will not provide the benefits outlined in this paragraph for losses that are due to your acts of fraud.

To the extent to which the Company does not fulfill our financial obligation to you, then IVORY PRO, LLC will pay those costs. Then, to the extent to which neither Company nor IVORY PRO, LLC fulfills our financial obligation to you, WAVE ROCK, LLC will pay the balance. In order to receive the benefit of this indemnification, you must promptly notify the Company of the dispute as soon as you become aware of any such matters, and you agree that Company has sole control over the defense and settlement.

Thank you for your continued service to the Company.

Kind regards,

| BRAND FORCE, LLC | IVORY PRO, LLC | WAVE ROCK, LLC |
|---|---|---|
| Name: Kelly Clauson | Name: Blair McNea | Name: Blair McNea |
| Title: Manager | Title: Manager | Title: Manager |

Accepted and agreed:

Name: Kelly Clauson
Title: Manager

Date

11/25/2013

Ms. Marnie Baesler
Manager
Thunder Avenue, LLC
100 Fillmore Avenue
5th Floor
Denver, CO 80206


Re: Indemnification for Key Employees who Sign Personal Guarantees on Behalf of THUNDER AVENUE, LLC ("Company") to Cover Costs Associated with Terminated Merchant Files

Dear MARNIE BAESLER:

In your position with our Company as Manager, you have been, and may be required to, provide your personal guarantee on merchant applications for credit card processing services with the Company's banks ("Bank" or "Banks"). The Banks require this guarantee from many applicants as a measure of protection against possible default on payment obligations.

With regard to your personal guarantee on the above-referenced credit card processing agreements, the Company shall assume responsibility for performance and payment of the Company's obligations. In the event that a bank seeks recovery from you personally for the Company's failure to fulfill the terms of those agreements, the Company will pay all amounts outstanding to the bank, reimburse you for reasonable attorney's fees and legal expenses incurred by you in defending any proceeding, and any judgments, fines and the like to be paid in settlement. Alternatively, we will advance those outstanding amounts to you as to be paid to the Bank, or in the case of expenses, to you, at your request.

The Company will not provide the benefits outlined in this paragraph for losses that are due to your acts of fraud.

To the extent to which the Company does not fulfill our financial obligation to you, then BELLA AT HOME, LLC will pay those costs. Then, to the extent to which neither Company nor BELLA AT HOME, LLC fulfills our financial obligation to you, WAVE ROCK, LLC will pay the balance. In order to receive the benefit of this indemnification, you must promptly notify the Company of the dispute as soon as you become aware of any such matters, and you agree that Company has sole control over the defense and settlement.

Thank you for your continued service to the Company.

Kind regards,

THUNDER AVENUE, LLC
Name: Marnie Baesler
Title: Manager

BELLA AT HOME, LLC
Name: Blair McNea
Title: Manager

WAVE ROCK, LLC
Name: Blair McNea
Title: Manager


Accepted and agreed:

Name: Marnie Baesler
Title: Manager

Date

PX17 Attachment R-8

11/25/2013

Ms. Marnie Baesler
Manager
University & Folsom, LLC
9800 Mount Pyramid Court
Englewood, CO 80112

Re: Indemnification for Key Employees who Sign Personal Guarantees on Behalf of UNIVERSITY & FOLSOM, LLC ("Company") to Cover Costs Associated with Terminated Merchant Files

Dear MARNIE BAESLER:

In your position with our Company as Manager, you have been, and may be required to, provide your personal guarantee on merchant applications for credit card processing services with the Company's banks ("Bank" or "Banks"). The Banks require this guarantee from many applicants as a measure of protection against possible default on payment obligations.

With regard to your personal guarantee on the above-referenced credit card processing agreements, the Company shall assume responsibility for performance and payment of the Company's obligations. In the event that a bank seeks recovery from you personally for the Company's failure to fulfill the terms of those agreements, the Company will pay all amounts outstanding to the bank, reimburse you for reasonable attorney's fees and legal expenses incurred by you in defending any proceeding, and any judgments, fines and the like to be paid in settlement. Alternatively, we will advance those outstanding amounts to you as to be paid to the Bank, or in the case of expenses, to you, at your request.

The Company will not provide the benefits outlined in this paragraph for losses that are due to your acts of fraud.

To the extent to which the Company does not fulfill our financial obligation to you, then BLIZZARD WHITE, LLC will pay those costs. Then, to the extent to which neither Company nor BLIZZARD WHITE, LLC fulfills our financial obligation to you, WAVE ROCK, LLC will pay the balance. In order to receive the benefit of this indemnification, you must promptly notify the Company of the dispute as soon as you become aware of any such matters, and you agree that Company has sole control over the defense and settlement.

Thank you for your continued service to the Company.

Kind regards,

| UNIVERSITY & FOLSOM, LLC | BLIZZARD WHITE, LLC | WAVE ROCK, LLC |
|---|---|---|
| Name: Marnie Baesler | Name: Blair McNea | Name: Blair McNea |
| Title: Manager | Title: Manager | Title: Manager |

Accepted and agreed:

Name: Marnie Baesler          Date
Title: Manager