# PX17

## PX17 Attachment V

## Correspondence regarding Night Watch Group obtained from office of Lindsey Martinez and Seth Davies

# NIGHT WATCH GROUP, LLC

NIGHT WATCH GROUP, LLC
headquarters
450 E 96th St
Indianapolis, IN 46240, United States

Colorado Office:
2011 Cherry Street
Unit 202
Louisville, CO 80027-3090

January 8, 2016

Andrew Bell
FirstBank
6500 Lookout Road
Boulder, Colorado 80301

Dear Andrew:

This letter is to confirm to you that Blair William McNea is authorized to open a checking account for Night Watch Group, LLC

Sincerely,

*Tony Carsi* (signature)

Anthony Carson
Night Watch Group, LLC
Manager