# PX17

# PX17 Attachment W

# Corporate charts obtained from office of Lindsey Martinez and Seth Davies



SALAMONIE RIVER
Indiana
Resellers
Brookville lane - Brian A.
Greenville Creek - Jenny
Indigo Systems - Ryan R.
NewPort Crossing - Twyla
Night watch Group - Tony
Brands
Genuine white
Innovation white
Smile Vitalize
Whitening Coach
Whitening Trend

- All resellers are live
- All brands are live

PX17 Attachment W-1

# JUNIPER SOLUTIONS

Nevada

RESELLERS

- Absolutely working - Megan N
- Bridge Ford - Emily
- Doing whats Possible - Taree
- How + Why - Mark

BRANDS

- 20 min Beauty - Skin
- Beauty Bay Provence - Skin
- Hydrawhite - teeth
- Knockout white - teeth
- Whitening Fast - teeth
- Youth EFX - Skin

- Resellers are all still active
- Highlighted brands are still "active" - not applying for processing or taking new orders but still running old stuff



Colorado
CONVERTIS
Boulder Creek - Steve
Brand Force - Kelly
Mint House - Danielle
Snow Sale - Brian L.
Thunder Ave - Marnie
University & Folsom - Marnie
Walnut Street - Sue
Wild Farms Eric → Lindsey
Bella Brite - teeth
Bella Clear - skin
Eyepothesis - skin
Ivory White - teeth
Minoxygen - hair loss
Ortho White - teeth
The Ultimate Facial - skin
Thir
Actio
weight loss

• Resellers are all still active → became Wave Rock

• Brands are all dead

* TUF still has a few customers, no new processing or new orders

Wheeler Peak
Nevada
Resellers
Flat Iron Avenue - Rob McEvoy
Jasper Woods - Blair
Three Lakes - Chris Poole
Brands
Pronto White



WAVE ROCK
Arizona
RESELLERS
Brass Triangle - Megan G.
Desert Gecko - Angie → Sarah
Sandstone Beach - Ryan M.
Solid Ice - Christy
BRANDS
Action Pro White
Bella @ Home
Blizzard White
Dental Pro @ Home
First Class Whitening
Ivory Pro
Sedona Beauty Secrets
Skinny IQ
Smile Pro Direct
Spark Whitening
Titan White
Trim XT
• All resellers are Live
• All brands are Live (still waiting on Trim XT, but we have processing)