# PX17

## PX17 Attachment X

Verifi Presentation obtained from office of Lindsey Martinez and Seth Davies



Verifi Client Visit

September 27th, 2016

PX17 Attachment X-1

# AGENDA

- **Introduction to Attendees**
  - **Verifi**
    - Shane Lynch | Relationship Manager
  - **Blue Rocket Brands**
    - Jenny Johnson | CEO
    - Danielle Foss | SVP
    - Megan Goodman-Arndt | Director of Merchant Processing Operations
    - Seth Davies | Manager of Merchant Processing Business Development
- **Verifi: An Overview**
- **Review of Verifi Services**
- **Blue Rocket Brands in 2016/2017**
- **Verifi in 2016/2017**
- **Wrap Up and Review Follow Up Items**

CONFIDENTIAL | © 2016 Verifi, Inc.  All Rights Reserved.

VERIFI

PX17 Attachment X-2

# ABOUT VERIFI

- Founded in 2005
- Office Locations
  - Los Angeles (Headquarters)
  - Chicago
  - Las Vegas
  - London
- Staff of 210+



Winner of CNP
Best Chargeback
Management
Program 2013,
2014 & 2015



Number of
Chargeback &
Retrieval Disputes
handled by
Verifi in 2015

CONFIDENTIAL | © 2016 Verifi, Inc.  All Rights Reserved.

- 3 -

VERIFI

PX17 Attachment X-3



# Global Payment Gateway

## Transaction Processing & Reporting

CONFIDENTIAL | © 2016 Verifi, Inc.  All Rights Reserved.

- 4 -

VERIFI

# TRANSACTION PROCESSING SUMMARY – BREAKDOWN BY COMPANY
### SEPTEMBER 1ST, 2015 TO AUGUST 31, 2016

- High Level Overview of Sale Volume for all Blue Rocket Brands Companies

| Merchant | Sale Count | Sale Amount | Net Sales | Net Amount |
|---|---|---|---|---|
| Thunder Ave | 42,298 | $ 1,464,317 | 37,157 | $ 1,124,893.97 |
| Snow Sale | 34,303 | $ 1,185,257 | 30,305 | $ 922,966.61 |
| Bridge Ford | 33,001 | $ 1,166,858 | 28,768 | $ 894,056.77 |
| Doing What's Possible | 26,580 | $ 842,545 | 23,833 | $ 676,622.68 |
| Newport Crossing | 21,268 | $ 649,431 | 18,761 | $ 488,136.68 |
| How and Why | 20,937 | $ 677,158 | 18,984 | $ 555,176.12 |
| Walnut Street | 20,885 | $ 635,566 | 18,506 | $ 484,511.96 |
| Mint House | 18,268 | $ 635,942 | 16,507 | $ 518,691.16 |
| Wild Farms | 16,810 | $ 573,817 | 15,030 | $ 464,975.22 |
| Sandstone Beach | 16,009 | $ 513,047 | 14,397 | $ 418,045.25 |
| Brand Force | 14,508 | $ 465,089 | 13,105 | $ 375,709.12 |
| Brookville Lane | 14,196 | $ 481,082 | 12,223 | $ 354,624.46 |
| Desert Gecko | 13,043 | $ 473,836 | 11,662 | $ 386,414.46 |
| Absolutely Working | 12,726 | $ 436,084 | 11,561 | $ 363,022.94 |
| Boulder Creek | 12,567 | $ 403,714 | 11,084 | $ 312,439.30 |
| Solid Ice | 12,266 | $ 415,493 | 10,807 | $ 323,664.64 |
| Brass Triangle | 11,429 | $ 395,809 | 10,391 | $ 329,665.71 |
| Night Watch Group | 11,271 | $ 377,981 | 9,807 | $ 280,796.83 |
| Greenville Creek | 7,448 | $ 229,133 | 6,669 | $ 182,614.29 |
| Flat Iron Avenue | 6,953 | $ 228,155 | 6,342 | $ 191,672.58 |
| Indigo Systems | 5,723 | $ 220,596 | 5,227 | $ 188,820.22 |
| Three Lakes | 2,002 | $ 55,175 | 1,803 | $ 43,237.32 |
| University and Folsom | 1,198 | $ 35,992 | 1,123 | $ 31,759.07 |
| Spruce River | 786 | $ 19,625 | 738 | $ 17,641.30 |

\* All dispute Amounts converted to USD

PX17 Attachment X-5

# TRANSACTION PROCESSING SUMMARY – ALL COMPANIES
### SEPTEMBER 1ST, 2015 TO AUGUST 31, 2016

- **376,475 Sale transactions totaling $12,581,701**
  - Average Ticket Amount = $33.42
- **405,556 Declines totaling $27,783,686**
  - Average Decline Ticket Amount = $68.51
- **Average Approval Ratio = 48%**
- **Prior reporting period comparison Sept-14 to Aug-15**
  - - 0.7% decrease in Sales by count
  - 1.0% increase in Sales by amount
  - 12.5% increase in Declines by count and a 17.2% increase in Declines by amount
    - Average Decline Ticket Amount = $65.74 ($3.00 increase in 2015/2016)
    - Prior period approval ratio = 51% (-3% decrease in 2015/2016)

| Type | 2015/Sep | 2015/Oct | 2015/Nov | 2015/Dec | 2016/Jan | 2016/Feb | 2016/Mar | 2016/Apr | 2016/May | 2016/Jun | 2016/Jul | 2016/Aug | CURRENT-- 2015/2016 | PRIOR-- 2014/2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | 23,285 | 20,038 | 23,862 | 31,295 | 34,717 | 36,441 | 37,121 | 33,358 | 35,068 | 30,114 | 38,102 | 33,074 | 376,475 | 379,282 |
| Sale Amount | 762,308 | 698,878 | 691,450 | 904,123 | 1,020,950 | 1,081,066 | 1,224,835 | 1,154,041 | 1,252,352 | 1,169,794 | 1,355,443 | 1,266,445 | 12,581,701 | 12,451,926 |
| Refunds | 2,047 | 1,855 | 1,394 | 2,077 | 2,398 | 2,527 | 3,098 | 2,749 | 2,600 | 2,435 | 2,552 | 2,822 | 28,554 | 21,640 |
| Refund Amount | (113,056) | (112,696) | (78,080) | (119,393) | (133,668) | (146,158) | (184,165) | (160,602) | (150,972) | (146,198) | (143,681) | (173,710) | (1,662,380) | (1,297,243) |
| Refund Ratio | 8.8% | 9.3% | 5.8% | 6.6% | 6.9% | 6.9% | 8.3% | 8.2% | 7.4% | 8.1% | 6.7% | 8.5% | 13.2% | 10.4% |
| Declines | 27,249 | 24,292 | 26,151 | 39,221 | 48,665 | 44,606 | 42,709 | 34,002 | 32,085 | 27,906 | 29,573 | 29,097 | 405,556 | 360,558 |
| Decline Amount | 1,712,109 | 1,561,748 | 1,555,588 | 2,568,894 | 3,248,003 | 3,044,045 | 3,012,462 | 2,487,029 | 2,330,674 | 2,034,741 | 2,088,585 | 2,139,810 | 27,783,686 | 23,703,977 |
| Decline Ratios | 53.9% | 54.8% | 52.3% | 55.6% | 58.4% | 55.0% | 53.5% | 50.5% | 47.8% | 48.1% | 43.7% | 46.8% | 51.9% | 48.7% |

* All dispute Amounts converted to USD

PX17 Attachment X-6

## CHARGEBACKS AND RETRIEVALS SUMMARY – ALL COMPANIES
### SEPTEMBER 1ST, 2015 TO AUGUST 31, 2016

- 12,055 Chargebacks totaling -$918,833 (Avg Ticket = $76.22)
- 4,262 Retrievals totaling -$334,871 (Avg Ticket = $78.57)
- Avg Visa CB Ratio = 3.17% *(5.21% peak)*
- Avg MC CB Ratio = 3.11% *(4.64% peak)*
- Prior Reporting period comparison (Sept-14 to Aug-15)
  - 31.20% decrease in Chargeback Counts and a 32.60% decrease in Chargeback dollars
  - 325.6% increase in Retrieval Counts and a 229.6% increase in Retrieval dollars

| Type | 2015/Sep | 2015/Oct | 2015/Nov | 2015/Dec | 2016/Jan | 2016/Feb | 2016/Mar | 2016/Apr | 2016/May | 2016/Jun | 2016/Jul | 2016/Aug | CURRENT-- 2015/2016 | PRIOR-- 2014/2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | 23,285 | 20,038 | 23,862 | 31,295 | 34,717 | 36,441 | 37,121 | 33,358 | 35,068 | 30,114 | 38,102 | 33,074 | 376,475 | 379,282 |
| Chargebacks | 753 | 726 | 548 | 680 | 790 | 840 | 960 | 895 | 1,225 | 1,421 | 1,530 | 1,687 | 12,055 | 17,516 |
| Chargeback Amount | (56,411) | (57,296) | (42,977) | (45,284) | (58,255) | (64,903) | (72,476) | (70,762) | (92,175) | (110,815) | (117,968) | (129,511) | (918,833) | (1,440,588) |
| Chargeback Ratio | 3.23% | 3.62% | 2.30% | 2.17% | 2.28% | 2.31% | 2.59% | 2.68% | 3.49% | 4.72% | 4.02% | 5.10% | 3.20% | 4.62% |
| Retrievals | 110 | 163 | 148 | 191 | 245 | 276 | 349 | 345 | 542 | 587 | 595 | 711 | 4,262 | 1,270 |
| Retrieval Amount | (8,642) | (14,508) | (13,092) | (15,492) | (18,409) | (17,741) | (24,838) | (28,806) | (43,167) | (47,746) | (47,941) | (54,489) | (334,871) | (101,599) |
| Discover | 19 | 23 | 31 | 27 | 23 | 31 | 50 | 53 | 81 | 72 | 66 | 125 | 601 | 209 |
| MasterCard | 317 | 232 | 171 | 196 | 248 | 305 | 306 | 324 | 414 | 363 | 478 | 492 | 3846 | 6098 |
| Visa | 417 | 471 | 346 | 457 | 519 | 504 | 604 | 518 | 730 | 986 | 986 | 1070 | 7608 | 11209 |

CONFIDENTIAL | © 2016 Verifi, Inc.  All Rights Reserved.

- 7 -

VERIFI

\* All dispute Amounts converted to USD

PX17 Attachment X-7



*Dispute Representment*

CONFIDENTIAL | © 2016 Verifi, Inc.  All Rights Reserved.

- 8 -

VERIFI

# DISPUTE REPRESENTMENT SUMMARY – ALL COMPANIES
## SEPTEMBER 1ST, 2015 TO AUGUST 31, 2016

- **8,782 Chargeback Representments totaling -$682,021 (Avg Ticket = -$77.60)**
  - Representment Rate of Total = 71%
  - Percent Fraud of Total Chargebacks = 38%
- **4,021 Retrieval Representments totaling -$314,780 (Avg Ticket = -$78.28)**
  - Representment Rate = 94%
- **Prior Reporting period comparison (Sept-14 to Aug-15)**
  - 28.9% decrease in CBR Counts and a 33.1% decrease in CBR dollars
  - 235.6% increase in Retrieval Representment Counts and a 229.5% increase in Retrieval Representment dollars

| Type | 2015/Sep | 2015/Oct | 2015/Nov | 2015/Dec | 2016/Jan | 2016/Feb | 2016/Mar | 2016/Apr | 2016/May | 2016/Jun | 2016/Jul | 2016/Aug | CURRENT-- 2015/2016 | PRIOR-- 2014/2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | 23,285 | 20,038 | 23,862 | 31,295 | 34,717 | 36,441 | 37,121 | 33,358 | 35,068 | 30,114 | 38,102 | 33,074 | 376,475 | 379,282 |
| Sale Amount | 762,308 | 698,878 | 691,450 | 904,139 | 1,020,950 | 1,081,066 | 1,224,835 | 1,154,041 | 1,252,352 | 1,169,794 | 1,355,443 | 1,266,445 | 12,581,701 | 12,451,926 |
| CBR Count | 528 | 478 | 330 | 622 | 482 | 612 | 769 | 679 | 694 | 1,107 | 818 | 1,663 | 8,782 | 12,346 |
| CBR Amount | (39,861) | (38,244) | (25,770) | (45,516) | (37,106) | (47,395) | (58,343) | (55,107) | (52,950) | (87,991) | (65,506) | (128,233) | (682,021) | (1,020,019) |
| RET Rep Count | 104 | 83 | 142 | 181 | 226 | 285 | 323 | 293 | 448 | 599 | 522 | 815 | 4,021 | 1,007 |
| RET Rep Amount | (8,115) | (7,517) | (12,386) | (14,755) | (17,794) | (18,351) | (22,462) | (24,273) | (35,715) | (47,938) | (42,167) | (63,307) | (314,780) | (80,201) |
| Visa CBR Count | 309 | 312 | 225 | 408 | 321 | 355 | 491 | 397 | 379 | 761 | 521 | 1,019 | 5,498 | 8,011 |
| MasterCard CBR Count | 201 | 150 | 86 | 184 | 150 | 225 | 237 | 235 | 257 | 281 | 262 | 514 | 2,782 | 4,199 |
| Discover CBR Count | 18 | 16 | 19 | 30 | 11 | 32 | 41 | 47 | 58 | 65 | 35 | 130 | 502 | 136 |

CONFIDENTIAL | © 2016 Verifi, Inc.  All Rights Reserved.

- 9 -

V E R I F I

\* All dispute Amounts converted to USD

PX17 Attachment X-9

# DISPUTE REPRESENTMENT SUMMARY – TOP REASON CODES ALL COMPANIES
SEPTEMBER 1ST, 2015 TO AUGUST 31, 2016

| | | | Top Chargeback Reason Codes | | | | |
|---|---|---|---|---|---|---|---|
| Rank | Payment Type | Reason Code | Reason Code Description | Rep Count | Rep Amount | ETBW Rate | Rep Rate |
| 1 | Visa | 83 | Fraud - Card Not Present environment | 2,698 | $184,342.75 | 71.7% | 66.2% |
| 2 | MasterCard | 37 | Fraudulent Transaction; No Signature | 1,462 | $91,158.86 | 73.5% | 68.9% |
| 3 | Visa | 41 | Cancelled Recurring Transaction | 1,348 | $120,842.25 | 76.6% | 75.4% |
| 4 | Visa | 85 | Credit Not Processed | 1,076 | $91,533.99 | 73.4% | 71.4% |
| 5 | MasterCard | 41 | Canceled Recurring Transaction | 691 | $56,590.53 | 78.7% | 76.9% |
| 6 | MasterCard | 75 | Cardholder Does Not Recognize Transaction | 318 | $26,353.20 | 70.7% | 69.6% |
| 7 | Visa | 30 | Services not provided or merchandise not received | 223 | $17,705.56 | 78.5% | 75.7% |
| 8 | MasterCard | 53 | Not as Described | 212 | $18,105.02 | 72.6% | 72.6% |
| 9 | MasterCard | 63 | Cardholder does not Recognize | 190 | $16,687.23 | 72.5% | 71.8% |
| 10 | MasterCard | 60 | Credit Not Processed | 186 | $14,857.55 | 68.4% | 67.3% |

| | | | Top Retrieval Reason Codes | | | | |
|---|---|---|---|---|---|---|---|
| Rank | Payment Type | Reason Code | Reason Code Description | Rep Count | Rep Amount | ETBW Rate | Rep Rate |
| 1 | Visa | 23 | T & E - Invalid Transaction | 2,231 | $168,287.63 | 98.8% | 91.7% |
| 2 | MasterCard | 1023 | Personal records request | 1,541 | $115,780.62 | 99.9% | 93.8% |
| 3 | Discover | 3 | Transaction Documentation Request Due to Cardholder Dispute | 435 | $41,528.46 | 83.5% | 81.8% |
| 4 | Visa | 28 | T & E - Card Recovery Bulletin | 25 | $2,155.61 | 92.6% | 88.9% |
| 5 | MasterCard | 41 | Canceled Recurring Transaction | 22 | $1,903.15 | 100.0% | 100.0% |
| 6 | MasterCard | 42 | Late Presentment | 10 | $995.47 | 100.0% | 100.0% |
| 7 | Discover | 4 | Transaction Documentation Request for Fraud Analysis | 8 | $809.03 | 66.7% | 66.7% |
| 8 | Visa | 1033 | Legal Process or Fraud Analysis | 4 | $396.88 | 66.7% | 66.7% |
| 9 | MasterCard | 1041 | Fraud investigation | 4 | $377.24 | 80.0% | 80.0% |
| 10 | MasterCard | 1021 | Cardholder does not recognize | 2 | $96.00 | 50.0% | 50.0% |

CONFIDENTIAL | © 2016 Verifi, Inc.  All Rights Reserved.

VERIFI

PX17 Attachment X-10