# PX17

## PX17 Attachment Y

Consumer complaints obtained from office of Lindsey Martinez and Seth Davies



MARK BRNOVICH
ATTORNEY GENERAL

OFFICE OF THE ARIZONA ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
CONSUMER PROTECTION & ADVOCACY SECTION

CONSUMER INFORMATION &
COMPLAINTS
**(602) 542-5763**
(IN-STATE ONLY) (800) 352-8431

June 15, 2017

Blizzard White - Action Pro White
Attn: Lindsey Martinez, Director of Customer Success
RevLive, LLC
2011 Cherry St Ste 202
Louisville, CO 80027

RevLive, LLC
c/o National Corporate Research, Ltd
12649 W Warren Ave
Lakewood, CO 80228

### RE: CIC 16-010665 / Richard Tingelhoff

Dear Ms. Martinez:

The Consumer Information and Complaints Unit of our office received your most recent response (dated April 24, 2017) to this consumer's complaint. The consumer feels that certain matters have still not been resolved. **Specifically the consumer states that they have only received $219.85 for Blizzard White, *and not a separate refund of $195.17 for Action Pro White.*** Please provide proof of refunds made to this consumer.

We direct your attention to the enclosed letter from the consumer. We ask that you respond to the specific claims the consumer makes concerning this matter **within fifteen (15) days of the date of this letter**.

Thank you for your ongoing cooperation.

Sincerely,
Consumer Information and Complaints

Enclosure
CPA:SP
(Rev 7/15)

RECEIVED

JUN 15 2017

CPA/CIC

From:  Richard Tingelhoff

To:  Peter MacIlvaine

Subject:  Consumer complaint against Blizzard White & Action Pro (CIC 16-10665)

Mr. Peter MacIlvaine,

I would have responded to your e-mail sooner, but we were visiting our daughter and family in Olathe, Kansas.

Revlive claims to have refunded our separate accounts 0f $195.17 an $219.85 to my wife's debit card on 4/24/17.  The debit card has 1 payment for $219.85 but not $195.17.  Enclosed is the debit card statement that shows a refund of $219.85.

Clarification on money lost and money refunded.

| Blizzard White | | Action Pro | |
|---|---|---|---|
| Date | Amount | Date | Amount |
| 4-1 | 3.87 | 4-1 | 3.87 |
| 4-7 | 94.31 | 4-10 | 92.13 |
| 6-8 | 105.22 | 4-30 | *103.04* |
| 9-5 | *20.22* | | 199.04 |
| | 223.62 | | |

Blizzard White has refunded $219.85.  I have $223.62 − 219.85 = $3.77.  Forget the $3.87 and I have Action Pro still needs to refund $195.85.

This is a debit card that the State of NE uses to make payment for her retirement benefits. She did not call the State Retirement about these transactions.

Thanks for your support,

Richard Tingelhoff

*Richard Tingelhoff*

74-1340548

 **BBB**
Start With Trust

BBB Serving Denver/Boulder
1020 Cherokee Street
Denver, CO 80204
Tel: 303-758-2100   Fax :303-577-8101



September 24, 2014

Bella Brite
11001 W 120th Ave Ste 400
Broomfield, CO 80021-3493

Recently our office requested basic updated information regarding your firm. Upon review of our files we find that we have not yet received the completed form. The basic information you supply will help us develop an accurate Business Review and BBB rating to give to inquirers.

Please understand that without this information, the following statement must be implemented into your BBB Business Review:

"The BBB has requested basic information from this company but has not received a response. As a result, the BBB may not have current information about the company."

We are requesting that you review the information we already have in this form to verify its accuracy as well as provide information we do not have.

We encourage you to use our ONLINE Standard Business Questionnaire (SBQ) FORM. The URL (website address) below will take you directly to this form:

**http://denver.app.bbb.org/sbq**

Access to the form requires authorization. Please enter the following business ID and password:

Business ID: 90022164
Password: ▉▉▉▉▉

If you do not have internet access, please complete the form located on the reverse side of this letter and mail or fax it to us.

This is not a solicitation for any money or an invitation for BBB accreditation. Having an accurate Business Review with your BBB is a benefit to your company and the community that we serve.  Thank you.

Sincerely,

Operations Department
BBB Serving Denver Boulder
info@denver.bbb.org

74-1340548

## Better Business Bureau – Standard Business Questionnaire –

*Please verify that the following information regarding your business is complete and accurate. This form may not contain ALL the information the BBB has on file for your business. Please visit our website to view the complete file and make changes to this information. In the case that you do not have access to the internet, please make your changes directly on this form and return it to BBB. Be aware that the Company Name, Address, Phone, Contact Person(s), Type of Business and Business Start Date affect your BBB Rating.*

Please visit **http://denver.app.bbb.org/sbq (UserID: 90022164 Passcode:**

| For BBB use only. |
| --- |
| BBB File # :90022164 |
| Printed: **September 24, 2014** |
| Rating: **F** |
| FOD: **2008-02-21** |

**Business Name (Corporate/Legal Name)**
Bella Brite

This form was filled out by (your name):

**Other Names Attached to Your Business (Doing-Business-As, Operating Names, etc...)**
_ Convertis, LLC

Date business originally began operations (mm/dd/yyyy)
11/01/2006

| Main Location<br>11001 W 120th Ave Ste 400<br>Broomfield, CO  80021-3493 | Mailing Address (if different from main address)<br>11001 W 120th Ave Ste 400<br>Broomfield, CO  80021-3493 | Other Locations<br>22100 E 26th Ave # 100 Aurora, CO  80019-3604<br>6260 Lookout Road Boulder,  80301 |
| --- | --- | --- |

### Correspondence with the BBB

We have the ability to correspond with your business by EMAIL, MAIL, or FAX. Which of these methods do you prefer (circle one) ?          **eMail   Mail   Fax**

Your file is currently configured to correspond by : Mail

In addition to the method of correspondence above, use the following space to indicate which person, address, email address, or fax number we should forward consumer correspondence to.
Please include any special instructions as to how you would like your correspondence sent (if any, ie: all correspondence to one location etc...)

| If your firm qualifies, would you be interested in BBB accreditation? Yes-No-Maybe (Circle one) | **Gross annual sales** (BBB internal use only) Currently: 1,000,000.00 (circle one)<br>($1-$999,999) ($1M-$19,999,999) ($20M-$99,999,999) ($100M-$999,999,999) ($1B-$9,999,999,999) ($10B-$49,999,999,999) (50B+)<br>**Annual # of Customers**(BBB internal use only) Currently: 50000 (circle one)<br>(1-499) (500-49,999) (50,000-99,999) (100,000-999,999) (1,000,000-9,999,999) (10,000,000-49,999,999) (50,000,000+) |
| --- | --- |

| Telephone Numbers<br>866 365-8424 Main Reported | Fax Numbers | Web Addresses<br>www.bellabrite.com<br>www.bellaathome.com |
| --- | --- | --- |
| | | Email Addresses<br>disputes@bellabrite.com<br>support@bellabrite.com<br>customerservice@bellabrite.com |

| Owner/President/CEO (include title)<br>Pat Hall  Customer Resolution Speci | Partners/Managers/Other Contact People (include title)<br>Mr. Brian Lint  Director |
| --- | --- |

The business is a (circle one): Currently LLC          Is a nonprofit business?  Yes  No
Corporation  Proprietorship  Partnership  LLC  Other: _____

| Date business was incorporated (mm/dd/yyyy) (if applicable)<br>11/12/2007 | Incorporated in the state or province of...<br>CO | # of employees (including owner)<br>30 | Date business began operations locally (mm/dd/yyyy) | Date business began operations under current owner (mm/dd/yyyy) | |
| --- | --- | --- | --- | --- | --- |

| Type of Business Category (yellow page categories)<br>*Internet Selling Services | Please provide trade license numbers, issue dates, expiry dates and issuing agencies (if applicable) |
| --- | --- |

Briefly describe your business' products/services

The information you provide to the BBB is used in our general reporting to the public. The information (including email addresses) will NOT be sold or otherwise distributed to any other party. Please provide all the information above that applies to your business. This will enable the BBB to provide a more accurate and reliable report to the thousands of consumers who use the BBB as a source for pre-purchase information. We invite you to use our website to review and update your information on a regular basis. If not provided below, please contact the BBB for a user name and password for this site.

**http://denver.app.bbb.org/sbq (UserID: 90022164 Passcode:**



Better Business Bureau Serving Central, Northern and Western Arizona
4428 N. 12th Street, Phoenix AZ 85014
1569 W. Gurley Street, Prescott AZ 86305
350 W. 16th Street, Suite 205, Yuma AZ 85364
602-264-1721 | 928-772-3410 | 928-919-7940
**arizonabbb.org**

Friday, October 03, 2014

Perry Ross
Action Pro White
7702 E. Doubletree Ranch # 300
Scottsdale AZ 85258

RE: **Complaint ID # 10211474**

Dear Perry Ross:

Thank you for your reply to BBB regarding Robert Fowler 's experience with your company. The information you provided was sent to this customer for review and possible reply.

BBB has not received follow-up comments from the consumer. Therefore, at this time, it is our understanding this dispute is resolved. Should the consumer contact BBB at a later date, you will be notified if further clarification is needed.

BBB appreciates your efforts in bringing this matter to a satisfactory close and thanks you for supporting our mission of advancing marketplace trust.

If you are not BBB Accredited and wish to apply, please visit **http://joinarizona.bbb.org/drsat**

Regards,

Dispute Resolution Consultant
Your Better Business Bureau

BBB Complaint ID: 10211474 (13288499)



Better Business Bureau Serving Central, Northern and Western Arizona
4428 N. 12th Street, Phoenix AZ 85014
1569 W. Gurley Street, Prescott AZ 86305
350 W. 16th Street, Suite 205, Yuma AZ 85364
602-264-1721 | 928-772-3410 | 928-919-7940
**arizonabbb.org**

Friday, October 17, 2014

Perry Ross
Action Pro White
7702 E. Doubletree Ranch # 300
Scottsdale AZ 85258

RE: **Complaint ID # 10211474**

Dear Perry Ross:

BBB appreciates your attention to the dispute filed by Robert Fowler .

BBB has determined that the response from your company addressed the disputed issues and exhibited a reasonable effort to resolve the issues presented. While the consumer has not expressed satisfaction with the outcome, BBB has decided to close the complaint and not pursue it further.

Please note, a copy of this dispute will remain in your company's file for 36 months.

Please feel free to contact us with any further questions.

If you are not BBB Accredited and wish to apply, please visit **http://joinarizona.bbb.org/drsat**

Regards,

Lyndsey Mullens
Your Better Business Bureau

BBB Complaint ID: 10211474 (13395849)



Better Business Bureau Serving Central, Northern and Western Arizona
4428 N. 12th Street, Phoenix AZ 85014
1569 W. Gurley Street, Prescott AZ 86305
350 W. 16th Street, Suite 205, Yuma AZ 85364
602-264-1721 | 928-772-3410 | 928-919-7940
**arizonabbb.org**

Wednesday, December 24, 2014

Owner/Manager
SedonaBeautySecrets.com
7702 E Doubletree Ranch Rd Ste 300
Scottsdale  AZ  85258

RE: **Complaint ID #  10289007**

Dear Owner/Manager:

Thank you for your reply to BBB regarding Sandra Batchelder 's experience with your company. The information you provided was sent to this customer for review and possible reply.

BBB has not received follow-up comments from the consumer. Therefore, at this time, it is our understanding this dispute is resolved. Should the consumer contact BBB at a later date, you will be notified if further clarification is needed.

BBB appreciates your efforts in bringing this matter to a satisfactory close and thanks you for supporting our mission of advancing marketplace trust.

If you are not BBB Accredited and wish to apply, please visit **http://joinarizona.bbb.org/drsat**

Regards,

Dispute Resolution Consultant
Your Better Business Bureau

BBB Complaint ID: 10289007 (13924608)



Better Business Bureau Serving Central, Northern and Western Arizona
4428 N. 12th Street, Phoenix AZ 85014
1569 W. Gurley Street, Prescott AZ 86305
350 W. 16th Street, Suite 205, Yuma AZ 85364
602-264-1721 | 928-772-3410 | 928-919-7940
**arizonabbb.org**

Friday, December 19, 2014

Reese Sawyer
BellaAtHome.com
7702 E Doubletree Ranch Rd Ste 300
Scottsdale  AZ  85258

RE: **Complaint ID #  10295938**

Dear Reese Sawyer:

Thank you for your reply to BBB regarding Virginia Stevens 's experience with your company. The information you provided was sent to this customer for review and possible reply.

BBB has not received follow-up comments from the consumer. Therefore, at this time, it is our understanding this dispute is resolved. Should the consumer contact BBB at a later date, you will be notified if further clarification is needed.

BBB appreciates your efforts in bringing this matter to a satisfactory close and thanks you for supporting our mission of advancing marketplace trust.

If you are not BBB Accredited and wish to apply, please visit **http://joinarizona.bbb.org/drsat**

Regards,

Dispute Resolution Consultant
Your Better Business Bureau

BBB Complaint ID: 10295938 (13882549)

PX17 Attachment Y-8



**MIKE DEWINE**
★ OHIO ATTORNEY GENERAL ★

*has not been refunded*

Consumer Protection Section
30 East Broad Street, 14th Floor
Columbus, Ohio 43215
www.OhioAttorneyGeneral.gov

November 21, 2014

Revguard
6260 LOOKOUT RD
BOULDER, CO 80301-3685

Re:  Bella at Home
     John Coast
     Complaint #: 826037

Dear Sir/Madam:

The Ohio Attorney General's Consumer Protection Section has received the enclosed complaint regarding your company.  In an effort to make you aware of information received by the Attorney General's Consumer Protection Section concerning your company, we are sending this complaint to you for response.

We would appreciate it if you would provide your written reply within ten days of receipt of this request so the complaint can be resolved without further action by the Consumer Protection Section.

In the event this complaint has already been satisfactorily resolved, either because you believed the complaint to be justified or because you offered a good faith adjustment, please advise our office of the terms of the resolution so we can confirm with the consumer that the resolution offered is acceptable and close the file.

Thank you for your prompt attention to this matter.

Respectfully,

MIKE DEWINE
Attorney General of Ohio

Patricia Anderson
Consumer Protection Specialist
Consumer Protection Section
(614) 728-8999
patricia.anderson@ohioattorneygeneral.gov
(866) 721-2282 (Fax)

Enclosure
2202

NOTE:  Please send all communication electronically when possible.



# MIKE DEWINE
## ★ OHIO ATTORNEY GENERAL ★

### Complaint Detail

**Complaint No. 826037**

**Consumer:**

John Coast

██████████████████████

████████ ext. daytime

Email: █████████████

Shopping, Food or Beverages/On-Line Shopping

Solicited Via: Website

**Date Entered: 11/20/2014**

**Supplier:**

Bella at Home

7702 E DOUBLETREE RANCH RD
Ste 300
PARADISE VALLEY, AZ 85258-

(888)552-2402 ext. daytime

(888)986-8154 ext. daytime

**Purchase Information:**

| | |
|---|---|
| Problem Area: | Advertisements |
| Purchase Date: | 11/20/2014 |
| Total Price: | $94.00 |
| Disputed Amount: | $1.00 |
| Amount Paid So Far: | $1.00 |

**Description:**

The consumer clicked on an advertisement he found on the internet for toothpaste. The advertisement was for $1.00 for a free trial. The consumer was automatically enrolled into a program that charges him a yearly $92.00 fee. The consumer contacted the supplier to cancel 5 minutes after he signed up and they told him it was to late because they already shipped it. They told consumer he can opt out of the program for $9.41 and that he would have to ship the product back by 12/2/2014 or he would be charges 94.00. The consumer contacted them again and canceled through their automated system and was automatically charged $9.41. The supplier has also sent consumer close to 69 emails within 24 hours for advertisements for other products.

**Satisfactory Solution:**

The consumer does not want to be charged and he wants the supplier to stop sending him emails.

**Complaint No. 826037**

PX17 Attachment Y-10





**MARK BRNOVICH**
**ATTORNEY GENERAL**

**OFFICE OF THE ARIZONA ATTORNEY GENERAL**

**PUBLIC ADVOCACY & CIVIL RIGHTS DIVISION**
**CONSUMER PROTECTION & ADVOCACY SECTION**

**CONSUMER INFORMATION &**
**COMPLAINTS**
**(602) 542-5763**
**(IN-STATE ONLY) (800) 352-8431**

February 19, 2015

SMILE PRO DIRECT
7702 E DOUBLETREE RANCH RD STE 300
SCOTTSDALE, AZ 85258-2132

### RE: CIC 15-02139 OCTAVIO RODRIGUEZ

Dear Sir or Madam:

The Consumer Protection and Advocacy Section of our office recently received the enclosed consumer complaint. Pursuant to A.R.S. § 44-1524, we are charged with investigating possible violations of Arizona consumer protection laws. Therefore, we request that you respond in writing to the specific allegations made by the consumer.

In your response, please indicate what, if anything, you are willing to do to resolve the complaint. If you resolve this matter directly with the consumer, please provide our office with the resolution. Please send your response and copies of any documentation that supports your position to this office **within ten (10) days**. A copy of your response may be made available to the complainant for review, consideration, and response.

If you need to request an extension of **one week or less** in which to respond to this complaint, please fax your request to the Phoenix office at (602) 542-4579 **or** the Tucson office at (520) 628-6532 and an extension will automatically be granted. Please fax your request to the **appropriate** office. For any other extensions, you must call our office. We appreciate your cooperation.

Sincerely,

Consumer Information &
Complaints

Enclosure
CPA:A

PX17 Attachment Y-11

15-2139

Office of Arizona Attorney General

# **Mark Brnovich**

RECEIVED

### Consumer Complaint Form

FEB 1 1 2015

Submitted by:

CPA/CIC

Full Name:                 OCTAVIO (TOBY) RODRIGUEZ 

Street Address:
City, State:
Zip Code:
Phone:
Best Number to Call During
Day:
E-mail Address:

-  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -

### Statistics of Complaint

Age:                          Over the age of 60
Veteran Status:
Where did you hear about   An Out of State Agency
us:

### Subject of the Complaint

Party/Firm/Business:
        SMILE PRO DIRECT (SMI)
        7702 EAST DOUBLE TREE ROAD
        SCOTTSDALE, ARIZONA
        85258
        866-221-1656
        N/A
        www.smileprodirect.com

### Details of Complaint

May we send a copy of this complaint to the person or business you are complaining against? (By selecting the answer, "Yes", to the question, "May we send a copy of this to the person or business you are complaining against," I hereby authorize the Office of the Arizona Attorney General to communicate with the party(ies) against whom I have filed this complaint. I also authorize the party(ies) against whom I have filed this complaint to communicate with and provide information related to my complaint, including disclosure of non-public personal information, to the Office of the Arizona Attorney General in connection with this complaint. If your response is "no", we may be prevented from taking any action on your complaint.)

        Yes

1275 W. Washington Ave.
Phoenix, AZ 85007

Please explain the entire circumstances surrounding your complaint below:

COMPLAIN TO THE ATTORNEY GENERAL IN ARIZONA.
OCTAVIO (TOBY) RODRIGUEZ, ████████████████████
████████████████ TELLEPHONE: ████████████ OCTAVIO (TOBY) RODRIGUEZ had
filed a complain about SMI back on June 2014. Smile Pro Direct (SMI) have addresses,
one in the State of Nevada as: 7565 Commercial Way, Unit E, Henderson, Nevada 89011,
telephone: 877-281-8823 and in the State of Arizona as: 7702 East Double Tree Road,
Scottsdale, Arizona. 85258, telephone: 866-221-1656. It has been learned that Smile Pro
Direct and Bella at Home have Fulfillment Facility for both companies at 6260 Lockhart
Road, Boulder, Colorado 80301, telephone: 800-964-4593. It has been learned that both
companies uses multiple business addresses in an attempt not to be traced in case of
merchandize returns, scamming practices etc. It seems to me that both companies, SMI
and Bella at Home are scamming companies for the sole purpose in ripping-off people's
hard earning monies. It has been learned that SMI and possibly Bella at Home have
numerous complains in Nevada where Consumer Affair Office is non-existence that is why
these companies resides in Arizona as a mean of scamming people. Furthermore, if these
companies were honest companies they would cooperate with their customers and refund
money back to their customer. On the contrary, these companies want to keep customer's
money. Octavio (Toby) Rodriguez had bought from SMI, 7565 Commercial Way, Unit E,
Henderson, Nevada 89011, telephone: 1- 877-281-8823 on 6/11/2014 a free 30 days
teeth brightener product for $1.03+$3.94 shipping cost and without letting me know cost
for product after the 30 days trial offer was over. SMI on 6/17/2014 withdrew without
ending 30 days free trial offer from Bank of America (BofA) $94.31 without my
authorization-FIRST ATTEMPT TO COLLECT UNAUTHORIZED MONEY. Back in June
2014, Toby had called SMI-Smile Pro Direct (877-281-8823) requesting Return
Merchandize Authorization (RMA) and he was refused or allowed to return their teeth
whitening product back to their company and have my money refunded to my BofA's
credit card; and therefore, Toby returned back their package marked Refuse on their
unopened box. Therefore, learning deceptive, deceiving practice Toby returned back to
sender writing on original unused product "REFUSE-RETURN BACK TO SENDER"
through the USPS. Learning about this fraudulent tactic, Toby filed a claim with Bank of
America (complain #65696149) for a return for the full amount charged on my BofA card
($94.31+$1.03+$3.95 Shipping and Handling). BofA refunded back to my card account
these monies received from SMI. Later, SMI had attempted to go to my former BofA credit
card account ending on 8109 and without my authorization again for the second time tried
to collect $94.31, but the bank blocked this transaction from SMI-SECOND ATTEMPT TO
COLLECT UNAUTHORIZED MONEY.NOW, SMI is re-charging me back on my claimed
returned on $94.31 on my bank card claiming that, "... they have not received back this
package." It seems to me that SMI needs to trace back from the USPS's tracking
number. If the package was lost in the mail, SMI could claim it's lost to the USPS. SMI's
THIRD ATTEMPT TO COLLECT UNAUTHORIZED MONEY. It seems to me
unprofessional and fraudulent to charge me back $94.31 on my account when they could
have traced back or/and make claim to the USPS on their unopened box, unused product.
It seems to me, SMI received their package back and want an extra $94.31 charged
money; thus, making a 200% profit. SMI business practice is NOT ACCEPTABLE and
UNRECOMENDABLE to anyone. Speaking with BofA on September 26, 2014 on Friday
at 2:40 pm (Merchant Response Team with Billing Disputes-866-522-3256). BofA
suggested for me to contact SMI once again and try to obtain SMI's bank name, address,
and phone number for a possible dispute about SMI unprofessional charging practice.
Toby called SMI and spoke with Ms. Me (employee #1246215) at 3:05 pm and she
informed me that since I had filed a complain against SMI back on June 2014, SMI would
not release any information to me or otherwise and Ms. Mel hanged her phone on me.
Toby had to filed a complain against SMI back on June 2014 because SMI refused to
accept back any return packages back to their company, provide me a RMA authorization

1275 W. Washington Ave.
Phoenix, AZ 85007

number for their unused, opened product or issue me a refund back on my BofA's credit card. SMI wanted to force me to keep their unwanted product and charge me money for it. Therefore, Toby has no choice but to request assistance from the Consumer Financial Protection Bureau, The Controller of Currency, The SDIC-Federal Deposit Insurance, The Federal Trade Commission and the Better Business Bureau from these local and federal agencies for their assistance in recovering my hard money from Social Security and report SMI-Smile Pro Direct slick business practice so that internet on-line purchases abuses to consumers are stopped; especially, from those elderly customers that had been taken advanced by ripping off money they don't deserve and have not earned honestly. Moreover, in light of my experiences with SMI, Toby would not use their oral hygiene products in fear of possible further damages to my dental health and physical health in the future; that is why their inferior whitening product was "REFUSED-RETURNED BACK TO THE SENDER." Toby Rodriguez is asking this business/government agencies for my $94.31 back to my BofA credit account and NOT to pursue deceptive, fraudulent, unlawful, trickery practice on your customers; especially, those Senior Citizen with limited income from Social Security. It seems to me an abuse on the part of SMI to continue pursuing money they do not deserved for sending unworthy product, withdrawing money from bank account before the end of 30 days trial period is over, not letting customers know actual product cost and letting customer know withdraws. I am asking for a full investigation about these companies' business practice and full operation procedures. Thank you very much for whatever you can do for recovering my Social Security money needed to be use for worthwhile products. If you have any question, please call ▮▮▮▮▮▮▮

Have you complained to the                No
firm/agency/business?
  *What was their response?*
          COMPLETELY IGNORED MY REQUEST FOR RETURNING THEIR PRODUCT,
          WOULD NOT PROVIDE AN RETURN MERCHANDIZE AUTHORIZATION (RMA#),
          WOULD NOT SPEAK WITH ME REQUESTING RETURNS, A VERY SUSPECIOUS
          COMPANIES, ETC.

Was an oral or written warranty given?
          Yes

Did you sign any documents?
          No

Date of Transaction:               06/11/2014
Place of Transaction:              INTERNET
Total Amount of Damages:           $$99.31+$1.03+$3.95=$100.00
Salesperson's Name:                N/A
Witness to Transaction:            N/A

Was the product or service advertised?      Yes
  *If yes, indicate the date and how it was advertised:*
          www.smileprodirect.com; www.bellathome.com

1275 W. Washington Ave.
Phoenix, AZ 85007

Do you have an attorney?                          No
   *If yes, please provide the attorney's name and address:*


Is any legal action pending?                      No
   *List any other consumer agencies contacted:*
         CONSUMER FINANCIAL PROTECTION BUREAU, THE CONTROLLER OF
         CURRENCY, THE SDIC-FEDERAL DEPOSIT INSURANCE, THE FEDERAL TRADE
         COMMISSION, THE BETTER BUSINESS BUREAU.


May we provide your name and telephone number to the media in the event of an inquiry about this matter?
         Yes


May we send a copy of your complaint to another government agency for their review or investigation?
         Yes


Additional Comments:
         OCTAVIO (TOBY) RODRIGUEZ IS A SENIOR CITIZEN LIVING ON A LIMITED SOCIAL
         SECURITY RETIREMENT; AND THEREFORE, EVERY PENNY COUNT FOR HIS
         SURVIVAL. ALLOWING THESE SCAMMERS OR CRIMINALS GET AWAY WITH
         MURDER IS LIKE PARTICIPATING IN THEIR CORRUPTION TOWARD SENIOR
         CITIZENS AND ANY OTHER CITIZEN THAT WORKS FOR THEIR HARD EARNING
         MONEY.


**Declaration:** I declare under penalty of perjury, that the facts and statements contained in this declaration,
including any attached statements, are true, correct, and based upon my personal knowledge. I understand that
the information contained in this declaration can only be altered by submitting a new declaration. By choosing to
submit this form electronically, I certify and agree that by entering my name in the space below, I bind and legally
obligate myself to the same extent as I would by signing my name on a printed paper version of this form.
         Digital Signature: OCTAVIO (TOBY) RODRIGUEZ
         Date: FEBRUARY 10, 2015



**ATTORNEY GENERAL OF MISSOURI**

**JEFFERSON CITY**

CHRIS KOSTER
ATTORNEY GENERAL

65102

P.O.Box 899
(573) 751-3321

December 10, 2014

BlizzardWhite.com
7702 E Doubletree Ranch Rd, Ste 300
Scottsdale,, AZ 85258

RE: Complaint No. CF-2014-18291                Ms. Marsha k Oroark

Dear Sir/Madam:

Enclosed is a copy of a consumer complaint about your company. You must provide a written response to this office within fourteen days. At that time, we will review the matter and determine if legal action is warranted. Please indicate the above-referenced complaint number in all correspondence.

Also, be advised that this office has the authority to investigate and prosecute violations of the Missouri Merchandising Practices Act, Chapter 407, RSMo, and will take legal action to protect citizens from fraud when appropriate.

Sincerely,

CHRIS KOSTER
Attorney General

*Sue E. Reed*

Sue E. Reed
Consumer Advocate
Consumer Protection Division

Enc.

# Consumer Complaint Form



**RETURN TO:** Attorney General's Office
Consumer Protection Unit, PO Box 899
Jefferson City, MO 65102

**Missouri Attorney General**
**Chris Koster**

Phone: 800-392-8222
Web: www.ago.mo.gov

## CONSUMER INFORMATION

| | |
|---|---|
| NAME | Ms. Marsha k Oroark |
| ADDRESS | ███████████ |
| COUNTY | |
| HOME PHONE | |
| WORK PHONE | ███████████ |
| E-MAIL | ███████████ |

## COMPANY INFORMATION

| | |
|---|---|
| NAME | BlizzardWhite.com |
| CONTACT | |
| ADDRESS | 7702 E Doubletree Ranch Rd, Ste 300 Scottsdale, AZ 85258 |
| COUNTY | |
| PHONE | 888-565-8521 |
| WEBSITE | |
| E-MAIL | |

## TRANSACTION INFORMATION

DATE OF TRANSACTION/PURCHASE 11/28/2014      AMOUNT PAID $94.31      PAYMENT METHOD Debit

**HOW AND WHERE DID YOU LEARN ABOUT PRODUCT OR SERVICE?**
2nd week of Nov 2014 on Facebook

**DID YOU SIGN A CONTRACT, WARRANTY AGREEMENT OR SIMILAR PAPERS?**   No

**BRIEFLY EXPLAIN YOUR COMPLAINT**
I purchased tooth whitening product from them for $1.05 plus, $3.65 for postage. They were paid by debit card. On November 28, they charged my debit card $94.31 that I did not authorize. Provided phone number was a disconnected every time I hit 0, to speak to a representative.

**WHAT ACTION HAVE YOU TAKEN TO RESOLVE THIS COMPLAINT?**
Attempted to contact BlizzardWhite .

**HOW DO YOU WANT THIS COMPLAINT RESOLVED?**
Investigate Co. -

**HAVE YOU BEEN SUED OR FILED A LAWSUIT ABOUT THIS COMPLAINT?**   No

**NAME OF ANY AGENCY CONTACTED**
Bank Liberty.

**Ms. Marsha k Oroark**

## CF-2014-18291



**TOM HORNE**
**ATTORNEY GENERAL**

**OFFICE OF THE ARIZONA ATTORNEY GENERAL**

**PUBLIC ADVOCACY AND CIVIL RIGHTS DIVISION**

**CONSUMER INFORMATION &**
**COMPLAINTS**
(602) 542-5763
(IN-STATE ONLY) (800) 352-8431

August 25, 2014

Action Pro White
7700 Doubletree Ranch, #300
Scottsdale, AZ  85258

      Re: CIC# 14-7631 (Second Notice)

Dear Sir or Madam:

      Our office recently asked you to respond to the attached complaint.  We have not yet received your response.

      It is important that we receive your written response fully addressing the issues raised in the consumer complaint no later than ten (10) days from the date of this letter.  If you will not be able to meet that deadline, please notify the Consumer Information and Complaints Unit at consumerinfo@azag.gov or by phone at (602) 542-5763 (Phoenix) to obtain an extension of time.  Otherwise, we look forward to receiving your response shortly.

      Thank you for your immediate attention to this matter.

Sincerely,

Sharon Simpson
Paralegal
Consumer Information & Complaints

PX17 Attachment Y-18

*14-7631  M08  CFR04*
*A. B*

Office of Arizona Attorney General

# Tom Horne
## Consumer Complaint Form

### Submitted by:

Full Name:     Mary Warren   *CP*



Street Address:
City, State:
Zip Code:
Phone:
Best Number to Call During
Day:
E-mail Address:

**RECEIVED**

**JUN 23 2014**

**CPA/CIC**

- - - - - - - - - - - - - - - - - - - - - - - -

### Statistics of Complaint

Age:                Under the age of 60
Veteran Status:
Where did you hear about   Called Phoenix AG Office
us:

### Subject of the Complaint

Party/Firm/Business:
    Action ProWhite   *PV*
        7700 Doubletree Ranch #300
        Scottsdale, AZ
        85258
        (877) 230-5694
        customerservice@actionprowhite.com
        actionprowhite.com

### Details of Complaint

May we send a copy of this complaint to the person or firm you are complaining against?
      Yes

Please explain the entire circumstances surrounding your complaint below:
      I signed up for a free sample of the company's product for the cost of shipping & handling
      ($1). When it arrived, it came with the full product. I decided I did not want it and
      cancelled. I mailed the product back and never received a refund.

      The company charged me $94.31. (This seems to be their method of operation because
      their other business did the same thing to me under the name of Sedona Beauty Secrets.)
      Nothing on the web site indicates what you will receive the full product with the trial nor
      does it state what you will ultimately be charged. There certainly is no mention anywhere
      of $94.31.

I was told when I finally tracked down a phone number that I was ineligible for a refund because I hadn't followed "procedure" for returns. Never mind I'd already canceled months ago & sent back both trial & full product only days after it arrived. I was told I'd waited "too long" to request a refund. When I suggested that it was outrageous that they took my money and the product, they continued to insist that it was my fault. The agent refused to tell me how I could contact the company, give any sort of mailing address.

Apparently I am not alone:
http://www.ripoffreport.com/reports/specific_search/Action+Pro+white
Most of these people can't even find the Arizona company headquarters address - only the drop ship address out of Henderson, NV.

I have contacted my banking institution to begin a fraud investigation.

What a ripoff!

Have you complained to the firm/agency/business?          Yes
 *What was their response?*
          Too bad. Your loss. That was the essence of it.

Was an oral or written warranty given?
          Yes

Did you sign any documents?
          No

Date of Transaction:              03/14/2014
Place of Transaction:             internet
Total Amount of Damages:          $94.31
Salesperson's Name:               n/a
Witness to Transaction:           n/a

Was the product or service advertised?          Yes
 *If yes, indicate the date and how it was advertised:*
          Through an online survey where you have to complete a series of offers.

Do you have an attorney?          Yes
 *If yes, please provide the attorney's name and address:*


Is any legal action pending?          Yes
 *List any other consumer agencies contacted:*
          BB&T

May we provide your name and telephone number to the media in the event of an inquiry about this matter?
          Yes

May we send a copy of your complaint to another government agency for their review or investigation?
          Yes

Additional Comments:

1275 W. Washington Ave.
Phoenix, AZ 85007

**Declaration:** I declare under penalty of perjury, that the facts and statements contained in this declaration, including any attached statements, are true, correct, and based upon my personal knowledge. I understand that the information contained in this declaration can only be altered by submitting a new declaration. By choosing to submit this form electronically, I certify and agree that by entering my name in the space below, I bind and legally obligate myself to the same extent as I would by signing my name on a printed paper version of this form.

Digital Signature: Mary MacRae Warren

Date: 06/21/2014



**TOM HORNE**
**ATTORNEY GENERAL**

**OFFICE OF THE ARIZONA ATTORNEY GENERAL**

**PUBLIC ADVOCACY AND CIVIL RIGHTS DIVISION**

July 2, 2014

**CONSUMER INFORMATION &**
**COMPLAINTS**
(602) 542-5763
(IN-STATE ONLY) (800) 352-8431

ACTION PRO WHITE
7700 DOUBLETREE RANCH #300
SCOTTSDALE, AZ 85258

**RE: CIC 14-07631 MARY WARREN**

Dear Sir or Madam:

The Consumer Protection and Advocacy Section of our office recently received the enclosed consumer complaint. Pursuant to A.R.S. § 44-1524, we are charged with investigating possible violations of Arizona consumer protection laws. Therefore, we request that you respond in writing to the specific allegations made by the consumer.

In your response, please indicate what, if anything, you are willing to do to resolve the complaint. If you resolve this matter directly with the consumer, please provide our office with the resolution. Please send your response and copies of any documentation that supports your position to this office **within ten (10) days**. A copy of your response may be made available to the complainant for review, consideration, and response.

If you need to request an extension of **one week or less** in which to respond to this complaint, please fax your request to the Phoenix office at (602) 542-4579 **or** the Tucson office at (520) 628-6532 and an extension will automatically be granted. Please fax your request to the **appropriate** office. For any other extensions, you must call our office. We appreciate your cooperation.

Sincerely,

Consumer Information &
Complaints

Enclosure
CPA:A

PX17 Attachment Y-22

14-7631

Office of Arizona Attorney General

# Tom Horne
## Consumer Complaint Form

### Submitted by:

| | |
|---|---|
| Full Name: | Mary Warren |
| Street Address: | |
| City, State: | |
| Zip Code: | |
| Phone: | |
| Best Number to Call During Day: | |
| E-mail Address: | |

RECEIVED

JUN 23 2014

CPA/CIC

- - - - - - - - - - - - - - - - - - - - - - - -

### Statistics of Complaint

| | |
|---|---|
| Age: | Under the age of 60 |
| Veteran Status: | |
| Where did you hear about us: | Called Phoenix AG Office |

### Subject of the Complaint

Party/Firm/Business:
Action ProWhite
7700 Doubletree Ranch #300
Scottsdale, AZ
85258
(877) 230-5694
customerservice@actionprowhite.com
actionprowhite.com

### Details of Complaint

May we send a copy of this complaint to the person or firm you are complaining against?
Yes

Please explain the entire circumstances surrounding your complaint below:
I signed up for a free sample of the company's product for the cost of shipping & handling ($1). When it arrived, it came with the full product. I decided I did not want it and cancelled. I mailed the product back and never received a refund.

The company charged me $94.31. (This seems to be their method of operation because their other business did the same thing to me under the name of Sedona Beauty Secrets.) Nothing on the web site indicates what you will receive the full product with the trial nor does it state what you will ultimately be charged. There certainly is no mention anywhere of $94.31.

I was told when I finally tracked down a phone number that I was ineligible for a refund because I hadn't followed "procedure" for returns. Never mind I'd already canceled months ago & sent back both trial & full product only days after it arrived. I was told I'd waited "too long" to request a refund. When I suggested that it was outrageous that they took my money and the product, they continued to insist that it was my fault. The agent refused to tell me how I could contact the company, give any sort of mailing address.

Apparently I am not alone:
http://www.ripoffreport.com/reports/specific_search/Action+Pro+white
Most of these people can't even find the Arizona company headquarters address - only the drop ship address out of Henderson, NV.

I have contacted my banking institution to begin a fraud investigation.

What a ripoff!

Have you complained to the                    Yes
firm/agency/business?
  *What was their response?*
            Too bad. Your loss. That was the essence of it.

Was an oral or written warranty given?
            Yes

Did you sign any documents?
            No

Date of Transaction:                 03/14/2014
Place of Transaction:                internet
Total Amount of Damages:             $94.31
Salesperson's Name:                  n/a
Witness to Transaction:              n/a

Was the product or service advertised?       Yes
  *If yes, indicate the date and how it was advertised:*
            Through an online survey where you have to complete a series of offers.

Do you have an attorney?               Yes
  *If yes, please provide the attorney's name and address:*


Is any legal action pending?           Yes
  *List any other consumer agencies contacted:*
            BB&T

May we provide your name and telephone number to the media in the event of an inquiry about this matter?
            Yes

May we send a copy of your complaint to another government agency for their review or investigation?
            Yes

Additional Comments:

1275 W. Washington Ave.
Phoenix, AZ 85007

**Declaration:** I declare under penalty of perjury, that the facts and statements contained in this declaration, including any attached statements, are true, correct, and based upon my personal knowledge. I understand that the information contained in this declaration can only be altered by submitting a new declaration. By choosing to submit this form electronically, I certify and agree that by entering my name in the space below, I bind and legally obligate myself to the same extent as I would by signing my name on a printed paper version of this form.

     Digital Signature: Mary MacRae Warren

     Date: 06/21/2014



BBB Serving Denver/Boulder
1020 Cherokee Street
Denver, CO 80204
Tel: 303-758-2100 Fax: 303-577-8101



September 30, 2014

Taree Dobie
Convertis Marketing
6260 Lookout Rd
Boulder, CO 80301-3685

RE: Case # 75230094: Randall Shore

Your BBB offers you the opportunity to maintain positive customer relations by addressing the issues presented in the complaint on the reverse side. Your BBB takes no position as to the validity of the complaint.  Our goal is to help you and the consumer resolve this issue in a mutually satisfactory and timely manner.

In the interest of time and good customer relations, please respond with written verification of your position on this matter by **October 14, 2014** . We request that you address the disputed issues and exhibit a good faith effort to resolve the matter.

We encourage you to use our ONLINE COMPLAINT system to respond to this complaint. In the interest of resolving this matter, please check online periodically for updates from the consumer. The following URL (website address) below will take you directly to this complaint and you will be able to enter your response directly on our website:

**https://denver.app.bbb.org/complaintreply/b**

Use the following to login:

Case ID: **75230094**
Password: █████

If you are unable to respond online, please respond in writing to the address above. Please understand that the customer's complaint and your response will be publicly posted on the BBB website. By submitting your response, you are representing that it is a truthful account of your experience with the customer. Please do not include any personally identifiable information in describing your experience with the consumer. We may edit your response to protect privacy rights and to remove inappropriate language.

We appreciate your prompt attention to this matter. Your BBB looks forward to working with you to achieve a quick and mutually agreeable resolution.

Sincerely,

Lori Lannholm
Trade Practices & Meditation Specialist
llannholm@denver.bbb.org
303 996-3964
303 577-8133Fax

Your BBB encourages you to Start With Trust® before you sign a contract, buy, or donate.
**Always check first at bbb.org**

## BBB Serving Denver/Boulder

COMPLAINT ACTIVITY REPORT  Case # 75230094

**Consumer Info:** Shore, Randall

**Business Info:**   Convertis Marketing

303 997-1366

**Consumer's Original Complaint :**

Hello. I am an American citizen living abroad in the U.K.   On Sunday,Sept. 14.2014 I visited the web address of: http://onlineinsider.com-content.net/uk/teeth/lp1/white.php?s=256020487 The website advertises 'Free Samples' of two teeth whitening products,one from a company named 'Dental Pro At Home' with the following information: Dental Pro at Home7565 Commercial Way, Unit EHenderson, NV 89011877-280-7175https://www.dentalproathome.com ...and the other from a company named 'Spark Whitening' with the following information: Order Date: 09/14/2014Spark Whitening7565 Commercial Way, Unit EHenderson, NV 89011877-498-3391https://www.sparkwhitening.com IMPORTANT:"Please be advised that Dental Pro at Home and Spark Whitening a.k.a. Convertis, LLC has no physical operations in Nevada. All Nevada addresses are mail drops where mail is forwarded to Boulder, Colorado. 'Convertis, LLC' seems to be located at 6260 Lookout Rd, Boulder, Colorado, (303) 218-6609Both companies advertise the offer of their Free Sample for a 'total' cost of 1.00 ($1.63)but the consumer,after agreeing to pay by Direct Debit for either free sample then receives an order reply confirming a higher different cost. Further,the consumer only AFTER ordering the free samples then is informed that if the products are not,within 15 days, returned,unused and in their original packaging that the consumer then is automatically enrolled in a 'club' whereby their bank account, via Direct Debit,is billed a monthly rate in excess of 60.00  ($97.71) per month plu additonal other shipping costs. Thus,I am asking your office to investigate these companies and their activities for suspect false and misleading advertising and/or for suspect fraud.Please further note that it was the office of the Attorney General of Colorado who referred me to you. Thank you for any thought or consideration that you give to my request. Kind Regards,Mr. Randall Shore

Product_Or_Service: Teeth Whitening Products

Order_Number: 3358101 / 3358053

**Consumer's Desired Resolution:**

DesiredSettlementID: No settlement requested - forTo have any and all planned or intended debits of my bank account by either company identified and/or the parent compamy of the two identified companies to be prevented now or at any time.

**BBB Processing**

| | | |
|---|---|---|
| 09/27/2014 | **web BBB** | Case Received by BBB |
| 09/30/2014 | **lori  MAIL** | Manually Inform Business of Case |
| 09/30/2014 | **Otto BBB** | Send Acknowledgement to Consumer |



| | | |
|---|---|---|
| **TOM HORNE**<br>**ATTORNEY GENERAL** | **OFFICE OF THE ARIZONA ATTORNEY GENERAL**<br><br>**PUBLIC ADVOCACY & CIVIL RIGHTS DIVISION**<br>**CONSUMER PROTECTION & ADVOCACY SECTION** | **CONSUMER INFORMATION &**<br>**COMPLAINTS**<br>**(602) 542-5763**<br>**(IN-STATE ONLY) (800) 352-8431** |

September 4, 2014

SMILE PRO DIRECT
7702 E DOUBLETREE RANCH RD STE 300
SCOTTSDALE, AZ 85258

     Re: CIC# 14-9177 (Second Notice)

Dear Sir or Madam:

     Our office recently asked you to respond to the attached complaint. We have not yet received your response.

     It is important that we receive your written response fully addressing the issues raised in the consumer complaint no later than **ten (10) days** from the date of this letter. If you will not be able to meet that deadline, please notify the Consumer Information and Complaints Unit at consumerinfo@azag.gov or by phone at (602) 542-5763 (Phoenix) to obtain an extension of time. Otherwise, we look forward to receiving your response shortly.

     Thank you for your immediate attention to this matter.

              Sincerely,

              *Sharon Simpson*

              Sharon Simpson
              Paralegal
              Consumer Information & Complaints

14-9177

Office of Arizona Attorney General

# Tom Horne
### Consumer Complaint Form

RECEIVED

JUL 23 2014

CPA/CIC

Submitted by:

Full Name:      Charles Hartless
Street Address:
City, State:
Zip Code:
Phone:
Best Number to Call During
Day:
E-mail Address:



- - - - - - - - - - - - - - - - - - - - - - -

### Statistics of Complaint

Age:                 Under the age of 60
Veteran Status:
Where did you hear about
us:

### Subject of the Complaint

Party/Firm/Business:
         Smile Pro Direct
         none
         ScottsDale, Arizona
         800 number only
         800 866 1656
         ?
         ?

### Details of Complaint

May we send a copy of this complaint to the person or firm you are complaining against?
         Yes

Please explain the entire circumstances surrounding your complaint below:
         Smile Pro direct charged my creslyt card , unbeknonst to me, for a "teeth whitening
         program", without my knowledge. THey sent product here and when i contacted them
         regarding it, My only option was to pay $9 and keep what they sent or I owed them $94.
         I canceled my card they have charged it to.

1275 W. Washington Ave.
Phoenix, AZ 85007

another company from NV call Ivory Pro did the same thing on the same date and time as Smile Pro Direct.

THey claim they have nothing to do with each other, yet the return address is the same. I owe them nothing ! THey stole my card info ancd claim I ordered this stuff from the internet. Not true. It is a scam,

THEY ARE COMITTING FRAUD.

I have filed a complaints in Texas and Nevada already .

Have you complained to the          Yes
firm/agency/business?
   *What was their response?*
          The biggest run around from 800 numbers and my only option was to agree to only pay $9 and keep what they sent, or return the product at my own expense within a given time .
          I NEVER ORDERED IT. THEY ARE FRAUDS !

Was an oral or written warranty given?
          No

Did you sign any documents?
          No

Date of Transaction:              07/20/2014
Place of Transaction:             INTERNET I ASSUME
Total Amount of Damages:          $So far $7.72 - but pne co. claims I owee 94
                                  and the other claims I owe 94
Salesperson's Name:               ?
Witness to Transaction:           No one

Was the product or service advertised?      No
   *If yes, indicate the date and how it was advertised:*

Do you have an attorney?           No
   *If yes, please provide the attorney's name and address:*

Is any legal action pending?       No
   *List any other consumer agencies contacted:*
          Not yet

May we provide your name and telephone number to the media in the event of an inquiry about this matter?
          Yes

May we send a copy of your complaint to another government agency for their review or investigation?

1275 W. Washington Ave.
Phoenix, AZ 85007

Yes

Additional Comments:
They fraudulently charged my credit card for a teeth whitening program I did not sign up
for and they would not let me cancel it unless i paid $9 for what they had already sent.
and then they expect me to pay for postage to return something I did not order.

**Declaration:** I declare under penalty of perjury, that the facts and statements contained in this declaration,
including any attached statements, are true, correct, and based upon my personal knowledge. I understand that
the information contained in this declaration can only be altered by submitting a new declaration. By choosing to
submit this form electronically, I certify and agree that by entering my name in the space below, I bind and legally
obligate myself to the same extent as I would by signing my name on a printed paper version of this form.
Digital Signature: Charles Hartless
Date: 7/23/2014

FOR LAW ENFORCEMENT PURPOSES ONLY                                    AZ - SMILE PRO DIRECT - US Businesses

SMILE PRO DIRECT, LLC (Filing State: Arizona / Incorporation State: Arizona) - CORPORATION RECORD

Incorporation State: **AZ**
Filing Date: **01/12/2012**
**SMILE PRO DIRECT, LLC (Primary)**
  Address: **7702 E DOUBLETREE RANCH RD STE 300,**
**SCOTTSDALE, AZ 85258-2132 (MARICOPA COUNTY)**
Filing Number: **L17319798**
FEIN: **None Found**
Filing Office Link Number: **108266825**
Corporation Type: **Corporation**
Address Type: **Business**
Registration Type: **Domestic Limited Liability Company**
Verification Date: **07/15/2014**
Date First Seen: **01/22/2012**
Date Last Seen: **07/18/2014**
Received Date: **07/16/2014**
Perpetual Indicator: **Y**
Filing Office Name: **CORPORATION COMMISSION**
Filing Office Address: **1200 W WASHINGTON ST,   PHOENIX, AZ**
**85007-2927 (MARICOPA COUNTY)**
File Date: **07/19/2014**
Sec Status: **Active/In Good Standing**

<u>Corporate Officers and Directors</u>
**WAVE ROCK LLC, Title: Manager**
 7702 E DOUBLETREE RANCH RD STE 300,   SCOTTSDALE, AZ
85258-2132 (MARICOPA COUNTY)
**WAVE ROCK LLC, Title: Other, MEMBER**
 7702 E DOUBLETREE RANCH RD STE 300,   SCOTTSDALE, AZ
85258-2132 (MARICOPA COUNTY)
**NATIONAL CORPORATE RESEARCH LT, Title: Registered Agent**
 815 N 1ST AVE STE 4,   PHOENIX, AZ 85003-1448 (MARICOPA
COUNTY)

PX17 Attachment Y-32



**TOM HORNE**
ATTORNEY GENERAL

OFFICE OF THE ARIZONA ATTORNEY GENERAL

PUBLIC ADVOCACY AND CIVIL RIGHTS DIVISION

August 6, 2014

CONSUMER INFORMATION &
COMPLAINTS
(602) 542-5763
(IN-STATE ONLY) (800) 352-8431

SMILE PRO DIRECT
7702 E DOUBLETREE RANCH RD STE 300
SCOTTSDALE, AZ 85258-2132

### RE: CIC 14-09177 CHARLES HARTLESS

Dear Sir or Madam:

The Consumer Protection and Advocacy Section of our office recently received the enclosed consumer complaint. Pursuant to A.R.S. § 44-1524, we are charged with investigating possible violations of Arizona consumer protection laws. Therefore, we request that you respond in writing to the specific allegations made by the consumer.

In your response, please indicate what, if anything, you are willing to do to resolve the complaint. If you resolve this matter directly with the consumer, please provide our office with the resolution. Please send your response and copies of any documentation that supports your position to this office **within ten (10) days**. A copy of your response may be made available to the complainant for review, consideration, and response.

If you need to request an extension of **one week or less** in which to respond to this complaint, please fax your request to the Phoenix office at (602) 542-4579 **or** the Tucson office at (520) 628-6532 and an extension will automatically be granted. Please fax your request to the **appropriate** office. For any other extensions, you must call our office. We appreciate your cooperation.

Sincerely,

Consumer Information &
Complaints

Enclosure
CPA:A

PX17 Attachment Y-33



14-9177

Office of Arizona Attorney General

RECEIVED

# Tom Horne

### Consumer Complaint Form

JUL 2 3 2014

#### Submitted by:

CPA/CIC

Full Name:      Charles Hartless
Street Address:
City, State:
Zip Code:
Phone:
Best Number to Call During
Day:
E-mail Address:



- - - - - - - - - - - - - - - - - - - - - - - - -

### Statistics of Complaint

Age:            Under the age of 60
Veteran Status:
Where did you hear about
us:

### Subject of the Complaint

Party/Firm/Business:
       Smile Pro Direct
       none
       ScottsDale, Arizona
       800 number only
       800 866 1656
       ?
       ?

### Details of Complaint

May we send a copy of this complaint to the person or firm you are complaining against?
       Yes

Please explain the entire circumstances surrounding your complaint below:
       Smile Pro direct charged my cresiyt card , unbeknonst to me, for a "teeth whitening
       program", without my knowledge. THey sent product here and when i contacted them
       regarding it, My only option was to pay $9 and keep what they sent or I owed them $94.
       I canceled my card they have charged it to.

1275 W. Washington Ave.
Phoenix, AZ 85007

another company from NV call Ivory Pro did the same thing on the same date and time as
Smile Pro Direct.
THey claim they have nothing to do with each other, yet the return address is the same. I
owe them nothing ! THey stole my card info ancd claim I ordered this stuff from the
internet. Not true. It is a scam,
THEY ARE COMITTING FRAUD.
I have filed a complaints in Texas and Nevada already .

Have you complained to the          Yes
firm/agency/business?
*What was their response?*
          The biggest run around from 800 numbers and my only option was to agree to only pay $9
          and keep what they sent, or return the product at my own expense within a given time .
          I NEVER ORDERED IT. THEY ARE FRAUDS !

Was an oral or written warranty given?
          No

Did you sign any documents?
          No

Date of Transaction:              07/20/2014
Place of Transaction:             INTERNET I ASSUME
Total Amount of Damages:          $So far $7.72 - but pne co. claims I owee 94
                                  and the other claims I owe 94
Salesperson's Name:               ?
Witness to Transaction:           No one

Was the product or service advertised?       No
 *If yes, indicate the date and how it was advertised:*

Do you have an attorney?           No
 *If yes, please provide the attorney's name and address:*

Is any legal action pending?       No
 *List any other consumer agencies contacted:*
          Not yet

May we provide your name and telephone number to the media in the event of an inquiry about this matter?
          Yes

May we send a copy of your complaint to another government agency for their review or investigation?

1275 W. Washington Ave.
Phoenix, AZ 85007

Yes

Additional Comments:

They fraudulently charged my credit card for a teeth whitening program I did not sign up for and they would not let me cancel it unless i paid $9 for what they had already sent. and then they expect me to pay for postage to return something I did not order.

**Declaration:** I declare under penalty of perjury, that the facts and statements contained in this declaration, including any attached statements, are true, correct, and based upon my personal knowledge. I understand that the information contained in this declaration can only be altered by submitting a new declaration. By choosing to submit this form electronically, I certify and agree that by entering my name in the space below, I bind and legally obligate myself to the same extent as I would by signing my name on a printed paper version of this form.

Digital Signature: Charles Hartless
Date: 7/23/2014

PX17 Attachment Y-36



**OFFICE OF THE ARIZONA ATTORNEY GENERAL**

**MARK BRNOVICH**
**ATTORNEY GENERAL**

PUBLIC ADVOCACY & CIVIL RIGHTS DIVISION
CONSUMER PROTECTION & ADVOCACY SECTION

**CONSUMER INFORMATION &**
**COMPLAINTS**
**(602) 542-5763**
(IN-STATE ONLY) (800) 352-8431

February 27, 2015

ACTION PRO WHITE
7700 DOUBLETREE RANCH #300
SCOTTSDALE, AZ 85258

      **RE: CIC 15-02644 EARL VAUGHAN**

Dear Sir or Madam:

      The Consumer Protection and Advocacy Section of our office recently received the enclosed consumer complaint. Pursuant to A.R.S. § 44-1524, we are charged with investigating possible violations of Arizona consumer protection laws. Therefore, we request that you respond in writing to the specific allegations made by the consumer.

      In your response, please indicate what, if anything, you are willing to do to resolve the complaint. If you resolve this matter directly with the consumer, please provide our office with the resolution. Please send your response and copies of any documentation that supports your position to this office **within ten (10) days**. A copy of your response may be made available to the complainant for review, consideration, and response.

      If you need to request an extension of **one week or less** in which to respond to this complaint, please fax your request to the Phoenix office at (602) 542-4579 **or** the Tucson office at (520) 628-6532 and an extension will automatically be granted. Please fax your request to the **appropriate** office. For any other extensions, you must call our office. We appreciate your cooperation.

                Sincerely,

                Consumer Information &
                Complaints

Enclosure
CPA:A

PX17 Attachment Y-37

15 - 2044



Office of Arizona Attorney General

**Mark Brnovich**

**Consumer Complaint Form**

Submitted by:

RECEIVED

FEB 2 3 2015

CPA/CIC

Full Name:      Earl Michael Vaughan
Street Address:
City, State:
Zip Code:
Phone:
Best Number to Call During
Day:
E-mail Address:

- - - - - - - - - - - - - - - - - - - - - - - - -

### Statistics of Complaint

Age:      Over the age of 60
Veteran Status:
Where did you hear about
us:

### Subject of the Complaint

Party/Firm/Business:

     action pro / blizzard wht      7700 Doubletree Ranch #300

     scottsdale, az      Scottsdale, AZ 85258

     www.actionprowhite.com

### Details of Complaint

May we send a copy of this complaint to the person or business you are complaining against? (By selecting the
answer, "Yes", to the question, "May we send a copy of this to the person or business you are complaining
against," I hereby authorize the Office of the Arizona Attorney General to communicate with the party(ies)
against whom I have filed this complaint. I also authorize the party(ies) against whom I have filed this complaint
to communicate with and provide information related to my complaint, including disclosure of non-public personal
information, to the Office of the Arizona Attorney General in connection with this complaint. If your response is
"no", we may be prevented from taking any action on your complaint.)

     Yes

PX17 Attachment Y-38

Please explain the entire circumstances surrounding your complaint below:

> Ordered free samples of actionprowhite and blizzard white ( same company) w/shippig chg of $1.03 ea. On 1/28?/ 15, was also billed additional shipping of $3.87 each ,.
> On 2/6/'15 -$$94.31 (blizzard wht) &2/10/'15 $92.13(action pro) chg'd. My chkg acc. for product I did not authorize and did not receive.
> Upon checking fraud websites this is a long standing practice of this company with outstanding claims in access of $168,000.00 plus .
> I find it hard to accept this company hasn't had a class action suit brought against them,(or some action in lesser courts)

Have you complained to the firm/agency/business?                     Yes

*What was their response?*
> No response to complaint or BBB inquiry.

Was an oral or written warranty given?
> No

Did you sign any documents?
> No

Date of Transaction:                     01/28/2015
Place of Transaction:                    internet transaction
Total Amount of Damages:                 $$194.18
Salesperson's Name:                      ——
Witness to Transaction:                  ——

Was the product or service advertised?          Yes
*If yes, indicate the date and how it was advertised:*
> Ongoing facebook ad.

Do you have an attorney?                     No
*If yes, please provide the attorney's name and address:*

Is any legal action pending?                     No
*List any other consumer agencies contacted:*
> As.Bbb

May we provide your name and telephone number to the media in the event of an inquiry about this matter?
> Yes

---

1275 W. Washington Ave.
Phoenix, AZ 85007

May we send a copy of your complaint to another government agency for their review or investigation?

      Yes

Additional Comments:

**Declaration:** I declare under penalty of perjury, that the facts and statements contained in this declaration, including any attached statements, are true, correct, and based upon my personal knowledge. I understand that the information contained in this declaration can only be altered by submitting a new declaration. By choosing to submit this form electronically, I certify and agree that by entering my name in the space below, I bind and legally obligate myself to the same extent as I would by signing my name on a printed paper version of this form.

      Digital Signature: earl michael vaughan

      Date: feb 23,2015

PX17 Attachment Y-40



**MARK BRNOVICH**
**ATTORNEY GENERAL**

**OFFICE OF THE ARIZONA ATTORNEY GENERAL**

**PUBLIC ADVOCACY & CIVIL RIGHTS DIVISION**
**CONSUMER PROTECTION & ADVOCACY SECTION**

**CONSUMER INFORMATION &**
**COMPLAINTS**
**(602) 542-5763**
**(IN-STATE ONLY) (800) 352-8431**

February 2, 2015

ACTION PRO WHITE
7702 E DOUBLETREE RANCH RD
SCOTTSDALE, AZ 85258

### RE: CIC 14-11451 ROBERT FOWLER

Dear Sir or Madam:

The Consumer Protection and Advocacy Section of our office recently received the enclosed consumer complaint. Pursuant to A.R.S. § 44-1524, we are charged with investigating possible violations of Arizona consumer protection laws. Therefore, we request that you respond in writing to the specific allegations made by the consumer.

In your response, please indicate what, if anything, you are willing to do to resolve the complaint. If you resolve this matter directly with the consumer, please provide our office with the resolution. Please send your response and copies of any documentation that supports your position to this office **within ten (10) days**. A copy of your response may be made available to the complainant for review, consideration, and response.

If you need to request an extension of **one week or less** in which to respond to this complaint, please fax your request to the Phoenix office at (602) 542-4579 **or** the Tucson office at (520) 628-6532 and an extension will automatically be granted. Please fax your request to the **appropriate** office. For any other extensions, you must call our office. We appreciate your cooperation.

Sincerely,

Consumer Information &
Complaints

Enclosure
CPA:A

PX17 Attachment Y-41

14-11451

Robert Fowler

ARIZONA Attorney General
1275 W. Washington St.
Phoenix, ARIZONA 85007

**RECEIVED**

SEP 15 2014

**CPA/CIC**

Gentlemen:
    Enclosed is a copy of a letter written to the Better Business Bureau Regarding Action Prowhite company.
    Is there anything you can do to get a refund of $82.13?
    Your help would be Appreciated.
    Thank you.

Respectfully yours
Dobie Fowler

Robert Fowler

███████████████████

Better Business Bureau
4428 N 12th St
Phoenix, Az 85014

Action ProWhite
7700 Doubletree
Ranch #300
Scottsdale 85258

Gentlemen:

On March 30, 2014 I ordered 2 sample test kits from Action ProWhite — Scottsdale, Az. on the internet which cost $1.03 and I paid for them with my credit card.

When my statement came on April 19 - dated April 14 there was an additional charge of $92.13. charged April 8.

I called the company requesting a refund and they refused - saying it was necessary to cancel within 7 days - which I was Not aware of. This was an unjust - absurdant charge - For Nothing

Please do whatever you can to get my money Refunded.

Thank you.

Respectfully Yours,
Robert Fowler



**TOM HORNE**
ATTORNEY GENERAL

**OFFICE OF THE ARIZONA ATTORNEY GENERAL**

**PUBLIC ADVOCACY AND CIVIL RIGHTS DIVISION**

December 9, 2014

**CONSUMER INFORMATION &
COMPLAINTS**
(602) 542-5763
(IN-STATE ONLY) (800) 352-8431

SEDONA BEAUTY SECRETS
7702 E DOUBLETREE RANCH RD, STE 300
SCOTTSDALE, AZ 85258

### RE: CIC 14-12704 EUGENIA COOK

Dear Sir or Madam:

The Consumer Protection and Advocacy Section of our office recently received the enclosed consumer complaint. Pursuant to A.R.S. § 44-1524, we are charged with investigating possible violations of Arizona consumer protection laws. Therefore, we request that you respond in writing to the specific allegations made by the consumer.

In your response, please indicate what, if anything, you are willing to do to resolve the complaint. If you resolve this matter directly with the consumer, please provide our office with the resolution. Please send your response and copies of any documentation that supports your position to this office **within ten (10) days**. A copy of your response may be made available to the complainant for review, consideration, and response.

If you need to request an extension of **one week or less** in which to respond to this complaint, please fax your request to the Phoenix office at (602) 542-4579 **or** the Tucson office at (520) 628-6532 and an extension will automatically be granted. Please fax your request to the **appropriate** office. For any other extensions, you must call our office. We appreciate your cooperation.

Sincerely,

Consumer Information &
Complaints

Enclosure
CPA:A

PX17 Attachment Y-44

14-12704

RECEIVED

OCT 14 2014

CPA/CIC

Office of Arizona Attorney General

# Tom Horne

## Consumer Complaint Form

### Submitted by:



| Full Name: | Eugenia H. Cook |
| Street Address: | |
| City, State: | |
| Zip Code: | |
| Phone: | |
| Best Number to Call During Day: | |
| E-mail Address: | |

- - - - - - - - - - - - - - - - - - - - - - - -

### Statistics of Complaint

Age:                         Over the age of 60

Veteran Status:

Where did you hear about     An Out of State Agency
us:

### Subject of the Complaint

Party/Firm/Business:

    Sedona Beauty Secrets
    701 N. Green Valley
    Scottsdale, Arizona
    85252
    1-800-918-2757
    none available
    www.sedonabeautysecrets.com

### Details of Complaint

May we send a copy of this complaint to the person or firm you are complaining against?
    Yes

Please explain the entire circumstances surrounding your complaint below:

    I clicked on an ad for a free sample of face cream for $1.00. A few days later there was a
    charge of $1.03, dated 8/26/14, on my bank statement. The next day there was another
    charge from this company for $3.87, dated 8/27/14. A few days later I received the
    package, with not only the face cream but some eye patches which I did not order, and

PX17 Attachment Y-45

have never opened. I read all the accompanying literature carefully and there is no information about cancelling any future shipments, nor were future shipments mentioned at all. I went on my way for approximately a month, when I noticed a shortage in my small social security income and again took a closer look at my bank account, discovered there had been two (TWO) unauthorized deductions from my account. One on 9/02/14 for $94.31 and another for $105.22. I called the 1-800 number listed above and lodged a complaint. They offered me 60% of the last deduction refunded to me but they had a 30 day refund policy on the earlier shipment. I pointed out to him I had not received either shipment, and I would settle for no less than a full refund since I had not authorized either deduction nor received either shipment.

Have you complained to the                Yes
firm/agency/business?
   *What was their response?*
            included in above statement

Was an oral or written warranty given?
      No

Did you sign any documents?
      No

Date of Transaction:              08/26/2014
Place of Transaction:             internet
Total Amount of Damages:          $$199.53
Salesperson's Name:               unknown
Witness to Transaction:           none

Was the product or service advertised?      Yes
   *If yes, indicate the date and how it was advertised:*
            on face book, a popup ad

Do you have an attorney?               No
   *If yes, please provide the attorney's name and address:*

Is any legal action pending?           No
   *List any other consumer agencies contacted:*
            Texas Attorney General where I have filed a consumer fraud claim and who suggested I should also file a claim with your office

May we provide your name and telephone number to the media in the event of an inquiry about this matter?
      Yes

May we send a copy of your complaint to another government agency for their review or investigation?

Yes

Additional Comments:

**Declaration:** I declare under penalty of perjury, that the facts and statements contained in this declaration, including any attached statements, are true, correct, and based upon my personal knowledge. I understand that the information contained in this declaration can only be altered by submitting a new declaration. By choosing to submit this form electronically, I certify and agree that by entering my name in the space below, I bind and legally obligate myself to the same extent as I would by signing my name on a printed paper version of this form.

Digital Signature: Eugenia H. Cook

Date: October 15, 2014



**TOM HORNE**
ATTORNEY GENERAL

OFFICE OF THE ARIZONA ATTORNEY GENERAL

PUBLIC ADVOCACY AND CIVIL RIGHTS DIVISION
November 13, 2014

CONSUMER INFORMATION &
COMPLAINTS
(602) 542-5763
(IN-STATE ONLY) (800) 352-8431

ACTION PRO WHITE
7700 DOUBLETREE RANCH #300
SCOTTSDALE, AZ 85258

  **RE: CIC 14-11451 ROBERT FOWLER (Second Notice)**

Dear Consumer:

  Our office recently asked you to respond to the attached complaint. We have not yet received your response.

  It is important that we receive your written response fully addressing the issues raised in the consumer complaint no later than ten (10) days from the date of this letter. If you will not be able to meet that deadline, please notify the Consumer Information and Complaints Unit at consumerinfo@azag.gov or by phone at (602) 542-5763 (Phoenix) to obtain an extension of time. Otherwise, we look forward to receiving your response shortly.

  Thank you for your immediate attention to this matter.

    Sincerely,


    Consumer Information & Complaints


CPA:SpF

PX17 Attachment Y-48



Mr. Robert K. Fowler
6737 Green Rd
Ottawa Lake, MI 49267-8500

14-11451

Robert Fowler

ARIZONA Attorney General
1275 W. Washington St
Phoenix, ARIZONA 85007

RECEIVED

SEP 15 2014

CPA/CIC

Gentlemen:

Enclosed is a Copy of a letter written to The Better Bussiness Bureau Regarding Action Prowhite company.

Is there anything you can do to get a refund of $82.13?

Your help would be Appreciated.

Thank you.

Respectfuly yours
Robert Fowler

Robert Fowler

[redacted]

Better Business Bureau
4428 N 12th St
Phoenix, AZ 85014

Action ProWhite
7700 Doubletree
          Ranch #300
Scottsdale 85258

Gentlemen:

On March 30, 2014 I ordered 2 sample test kits from Action ProWhite — Scottsdale, AZ on the internet which cost $1.03 and I paid for them with my credit card.

When my statement came on April 19 — dated April 14 there was an additional charge of $92.13. charged April 8.

I called the company requesting a refund and they refused — saying it was necessary to cancel within 7 days — which I was not aware of. This was an unjust, exorbitant charge — for nothing

Please do whatever you can to get my money refunded.

Thank you.

Respectfully yours,

Robert Fowler



Consumer Protection Section
30 East Broad Street, 14th Floor
Columbus, Ohio 43215
www.OhioAttorneyGeneral.gov

September 5, 2014

Revguard
6260 LOOKOUT RD
BOULDER, CO 80301-3685

Re: Bella at HomeBella at Home
Sandy Nadenbush
Complaint #: 809378

Dear Ms. Dobie:

After reviewing your response to the above-referenced complaint and the enclosed information, we wish to inform you the complaint previously filed with the Attorney General's Consumer Protection Section against you has been reopened.

Based on the latest information the consumer has provided, the problem has not been resolved. The refund you indicated in your response would be posted to her credit card account within 2-3 days after 7/29/14, has never been received.

We are requesting that you reevaluate this matter and submit to us your written response within ten days of receipt of this letter.

Please feel free to call us should you have questions.

Respectfully,

MIKE DEWINE
Attorney General of Ohio

*T. Dinsmore*

Theresa Dinsmore
Consumer Protection Specialist
Consumer Protection Section
(614) 466-2706
theresa.dinsmore@ohioattorneygeneral.gov
(866) 451-8991 (Fax)

Enclosure
2237

NOTE: Please send all communication electronically when possible.

**Theresa K. Dinsmore**

| | |
|---|---|
| From: | |
| Sent: | Friday, August 29, 2014 7:59 AM |
| To: | Theresa K. Dinsmore |
| Subject: | Re: Bella at Home, Complaint# 809378 |

Good morning, Theresa
As of this morning I have still not received a penny from Bella at Home, in spite of their offer to end this dispute. I wonder if you could contact them again? Maybe they're just hoping this whole thing will just go away, but I think they're crooks. As always thank you for your kind assistance.

Sandy Nadenbush

On Monday, August 18, 2014 8:55 AM, Sandy Nadenbush <　　　　　　　　　> wrote:

Re Dispute with "Bella at Home"'
Complaint #809378

Hi, Theresa!
This is just to let you know that I have not received the refund that Bella promised. The letter assured that it would take "2 to 3 days" as of July 29. Since today is August 18 I thought I would touch base. I guess I'm just anxious to put this incident behind me. I have been looking for a re-deposit in my bank acct since that was how the payment was transacted on their part.

Thanks again!
Sandy Nadenbush

On Tuesday, August 12, 2014 10:18 PM, Sandy Nadenbush <　　　　　　　　　> wrote:

Thank you for informing me of the latest development in my dispute with Bella at Home. I read the whole communication and although I disagree strongly with their claims of repeated full disclosure (who in their right mind would ever order their product with all those dire warnings?) I am more than happy to concede my naiveté and accept their offer. My hat is off to you and your office for seeing this through on my behalf!!! I think you're wonderful. You have my heartfelt thanks!

Respectfully,

1

#809378



(Revguard, LLC handles all customer service inquiries for Bella At Home®)
6260 Lookout Road
Boulder, Colorado 80301

July 29, 2014

Ms. Theresa Dinsmore
Office of the Attorney General
Consumer Protection Section
30 East Broad St, 14ᵗʰ Floor
Columbus, OH 43215

Ohio Attorney
General's Office

AUG 0 6 2014

Consumer Protection

RE: Sandy Nadenbush
Complaint # 809378

Ms. Dinsmore,

We are in receipt of your letter dated July 10, 2014, in reference to Ms. Nadenbush. Revguard handles all customer service related inquiries for our client, Bella At Home.

Ms. Nadenbush signed up for our client's program on line on February 13, 2014 and agreed to the terms of the program at the time she signed up.  Our client carefully vets through their online purchases to make sure they are legitimate.  They verify that the customer has their credit card in person, verify that they enter the CVV code (the three letter code only visible on the back of the credit card) and also collects the IP address from their computer assist in tracking who is ordering the product.

It is impossible for a consumer (including Ms. Nadenbush) to order the product without having this information and without also clicking on a submit button with the phrase under the submit button "Submitting this order indicates terms acceptance" and the following positioned directly to the left:

Terms and Conditions:
1. You must be 18 years old or older to participate in this Free trial.
2. You must use your own credit card or debit card.
3. Start your Free Trial now to receive a trial supply of Bella At Home. You simply invest $1.03 today plus shipping and handling to evaluate this great teeth whitening product for yourself.
4. Your credit card will be charged the selected S&P charge above.

5. If Bella At Home is not right for you, call 1-888-552-2402 within 10 days from your order date to cancel your trial and you owe nothing more.

6. Shipping charges are the responsibility of the customer.

7. By participating in the Free Trial, you are getting the rate of $92.13 a discount of 40% off of the normal retail price and you will be responsible for taking affirmative action during the Free Trial period to avoid further charges outlined in How the Offer Works.

8. By clicking on the button to the right, you are agreeing to the terms and conditions in How the Offer Works.

9. You may call 1-888-552-2402 anytime to contact customer service regarding your shipment.

Furthermore, Ms. Nadenbush also went through a customer verification process known as Verify By Visa® ("VBV"), which verified her credit card with her bank and **showed her again the full post-trial amount she would be charged before she purchased the product.** This is a "best of class" Visa-certified process used by only a small amount of merchants to assure against fraud and to reiterate pricing, terms and conditions.

After Ms. Nadenbush submitted her order she was sent an order confirmation email. That email included another copy of the full written version of the terms that she indicated that she had read and agreed to at the time of her order.

Our client's program offers a trial, in which she was able to try the product and indicates that billing will take place for the product after the trial.

When Ms. Nadenbush's trial period ended, she was charged in the full agreed amount of $94.31.

We provide myriad ways in which a customer may contact us to cancel their account and avoid further billing. We have a fully automated IVR phone system that is available 24 hours a day, 7 days a week where a customer may cancel their account without needing to speak with a representative. We also have an easy cancel button at the top of our website that is again, available 24 hours a day, 7 days a week. A customer may also email us 24 hour hours a day and their request will be handled within 24 business hours while being credited as of the time it was received by our email server. Lastly, we have live customer service representatives available 24 hours a day, 7 days a week.

The first time we heard from Ms. Nadenbush regarding the cancelation of her account was on February 27, 2014. **At no time did Ms. Nadenbush request a refund or ask to return her product.**

So, we regard this as a clear case of buyer's remorse.

**Typically, we would not issue a refund in this situation.** The period for requesting a refund and returning the product has long since lapsed. **However, in the interest of solving this issue quickly and cleanly for your files, we have issued a full refund to the credit card of Ms. Nadenbush in the amount of $94.31.**

Bella At Home has initiated this credit today on her credit card and it should post within 2-3 days.

Obviously, it is not procedure to refund a customer who has kept the product beyond the trial period and not returned it in accordance with the terms of the offer.  Bella At Home is doing this simply to clear up this issue quickly for your records.

We work under strict guidelines with our legal counsel to assure that we comply with all legal and ethical requirements in consumer sales and affairs.

Should you have any further questions or concerns, please let us know.

Sincerely,

*Taree Dobie*

Ms. Taree Dobie
Director – Customer Service
Revguard, LLC



**MIKE DEWINE**
═══ ★ OHIO ATTORNEY GENERAL ★ ═══

Consumer Protection Section
30 East Broad Street, 14th Floor
Columbus, Ohio 43215
www.OhioAttorneyGeneral.gov

August 12, 2014

Revguard
6260 LOOKOUT RD
BOULDER, CO 80301-3685

Re:   Sandy Nadenbush
Complaint #: 809378

Dear Ms. Dobie:

We have received your response to the complaint filed against your company and appreciate the statement of your position.

Please be advised this matter has been closed and the contents of the file have been recorded in our complaint retention system.

Should this complaint need to be reopened in the future, you will be notified.

Please feel free to contact the Attorney General's Consumer Protection Section with any questions you might have.

Respectfully,

MIKE DEWINE
Attorney General of Ohio

*T. Dinsmore*

Theresa Dinsmore
Consumer Protection Specialist
Consumer Protection Section
(614) 466-2706
theresa.dinsmore@ohioattorneygeneral.gov
(866) 451-8991 (Fax)

2231

**NOTE: Please send all communication electronically when possible.**



Consumer Protection Section
30 East Broad Street, 14th Floor
Columbus, Ohio 43215
www.OhioAttorneyGeneral.gov

**# 809378**

July 30, 2014

Revguard
6260 LOOKOUT RD
BOULDER, CO 80301-3685

Re:   Bella at Home
Sandy Nadenbush
Complaint #: 809378

Dear Sir/Madam:

As of today, we have not yet received any correspondence from you regarding this complaint.  We cannot, in all fairness, make a determination or continue our attempts to resolve this complaint without input from both parties involved.

If this complaint has been resolved please indicate the nature of resolution at the bottom of this letter and return it to our office.

If the complaint has not been resolved, please send us your written response within ten business days offering to resolve the complaint or proposing a good faith adjustment.

Please feel free to call us should you have any questions.

Respectfully,

MIKE DEWINE
Attorney General of Ohio

*T. Dinsmore*

Theresa Dinsmore
Consumer Protection Specialist
Consumer Protection Section
(614) 466-2706
theresa.dinsmore@ohioattorneygeneral.gov
(866) 451-8991 (Fax)

2221

**NOTE: Please send all communication electronically when possible.**



# MIKE DeWINE
### ★ OHIO ATTORNEY GENERAL ★

## Complaint Detail

Complaint No. 809378

**Consumer:**

Sandy Nadenbush

▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇ ext. daytime

Email: ▇▇▇▇▇▇▇▇

Health and Beauty/Miscellaneous Beauty

Solicited Via: Other or Unknown

Date Entered: 4/22/2014

**Supplier:**

Bella at Home

7702 E DOUBLETREE RANCH RD
Ste 300
PARADISE VALLEY, AZ 85258-

(888)552-2402 ext. daytime

(888)986-8154 ext. daytime

**Purchase Information:**

| | |
|---|---|
| Problem Area: | Unauthorized Debit |
| Purchase Date: | |
| Total Price: | $97.03 |
| Disputed Amount: | $97.03 |
| Amount Paid So Far: | $97.03 |

**Description:**

Consumer signed up with Blizzard White Marketing regarding a free trial that turned out to not be free. Consumer has been refunded by this supplier.  Her issues is that another company also showed up as removing funds from her account called Bella.  She believes they were the 'second' brand of toothpaste that the offer referred to, but she has never heard from any of these shysters.  This company has not refunded her account.

**Satisfactory Solution:**

Consumer wishes to have the $97.03 credited back to her account that this company has debited from her account.

Complaint No. 809378

PX17 Attachment Y-58



**MIKE DEWINE**

═══ ★ OHIO ATTORNEY GENERAL ★ ═══

Consumer Protection Section
30 East Broad Street, 14ᵗʰ Floor
Columbus, Ohio 43215
www.OhioAttorneyGeneral.gov

July 30, 2014

Revguard
6260 LOOKOUT RD
BOULDER, CO 80301-3685

Re:   Bella at Home
Sandy Nadenbush
Complaint #: 809378

Dear Sir/Madam:

As of today, we have not yet received any correspondence from you regarding this complaint.  We cannot, in all fairness, make a determination or continue our attempts to resolve this complaint without input from both parties involved.

If this complaint has been resolved please indicate the nature of resolution at the bottom of this letter and return it to our office.

If the complaint has not been resolved, please send us your written response within ten business days offering to resolve the complaint or proposing a good faith adjustment.

Please feel free to call us should you have any questions.


Respectfully,

MIKE DEWINE
Attorney General of Ohio

*T. Dinsmore*

Theresa Dinsmore
Consumer Protection Specialist
Consumer Protection Section
(614) 466-2706
theresa.dinsmore@ohioattorneygeneral.gov
(866) 451-8991 (Fax)

2221

**NOTE: Please send all communication electronically when possible.**

PX17 Attachment Y-59



# MIKE DEWINE
### ★ OHIO ATTORNEY GENERAL ★

## Complaint Detail

**Complaint No. 809378**

**Consumer:**

Sandy Nadenbush



ext. daytime

Email:

Health and Beauty/Miscellaneous Beauty

Solicited Via: Other or Unknown

**Date Entered:** 4/22/2014

**Supplier:**

Bella at Home

7702 E DOUBLETREE RANCH RD
Ste 300
PARADISE VALLEY, AZ 85258-

(888)552-2402 ext. daytime

(888)986-8154 ext. daytime

**Purchase Information:**

| | |
|---|---|
| Problem Area: | Unauthorized Debit |
| Purchase Date: | |
| Total Price: | $97.03 |
| Disputed Amount: | $97.03 |
| Amount Paid So Far: | $97.03 |

**Description:**

Consumer signed up with Blizzard White Marketing regarding a free trial that turned out to not be free. Consumer has been refunded by this supplier. Her issues is that another company also showed up as removing funds from her account called Bella. She believes they were the 'second' brand of toothpaste that the offer referred to, but she has never heard from any of these shysters. This company has not refunded her account.

**Satisfactory Solution:**

Consumer wishes to have the $97.03 credited back to her account that this company has debited from her account.

**Complaint No. 809378**

Wednesday, July 30, 2014

Page 1 of 1



**MIKE DEWINE**
═══ ★ OHIO ATTORNEY GENERAL ★ ═══

Consumer Protection Section
30 East Broad Street, 14ᵗʰ Floor
Columbus, Ohio 43215
www.OhioAttorneyGeneral.gov

July 10, 2014

Revguard
6260 LOOKOUT RD
BOULDER, CO 80301-3685

Re:Bella at HomeBella at Home
Sandy Nadenbush
Complaint #: 809378

Dear Sir/Madam:

The Ohio Attorney General's Consumer Protection Section has received the enclosed consumer complaint regarding your company.  We are contacting you in an effort to reach a resolution to this matter through our dispute resolution program.

Dispute resolution is a process that assists parties in settling their differences and helps them reach a mutually satisfactory resolution to a dispute.  A supplier's willingness to resolve consumer complaints helps establish good customer relations that may, in turn, reduce the need for involvement by the Attorney General and/or the need for formal action.

In reviewing the complaint, the consumer states that either money was withdrawn from their bank account or a charge was made to a credit card account without prior authorization or notification.  We would appreciate it if you would provide with your written reply within ten days of receipt of this request so the complaint can be resolved without further action by the Consumer Protection Section.

In the event this complaint has already been satisfactorily resolved, either because you believed the complaint to be justified or because you have offered a good faith adjustment, please advise us of the terms of the resolution so we can confirm with the consumer that the resolution offered is acceptable and close the file.

Thank you for your prompt attention to this matter.

Respectfully,

MIKE DEWINE
Attorney General of Ohio

*T. Dinsmore*

Theresa Dinsmore
Consumer Protection Specialist
Consumer Protection Section
(614) 466-2706
theresa.dinsmore@ohioattorneygeneral.gov
(866) 451-8991 (Fax)

**NOTE:  Please send all communication electronically when possible.**

PX17 Attachment Y-61



# MIKE DEWINE
### ★ OHIO ATTORNEY GENERAL ★

## Complaint Detail

**Complaint No. 809378**

**Consumer:**

Sandy Nadenbush

███████████████████

███████ ext. daytime

Email: ████████████████

Health and Beauty/Miscellaneous Beauty

Solicited Via: Other or Unknown

**Date Entered:** 4/22/2014

**Supplier:**

Bella at Home

7702 E DOUBLETREE RANCH RD
Ste 300
PARADISE VALLEY, AZ 85258-

(888)552-2402 ext. daytime

(888)986-8154 ext. daytime

**Purchase Information:**

| | |
|---|---|
| Problem Area: | Unauthorized Debit |
| Purchase Date: | |
| Total Price: | $97.03 |
| Disputed Amount: | $97.03 |
| Amount Paid So Far: | $0.00 |

**Description:**

Consumer signed up with Blizzard White Marketing regarding a free trial that turned out to not be free. Consumer has been refunded by this supplier. Her issues is that another company also showed up as removing funds from her account called Bella. She believes they were the 'second' brand of toothpaste that the offer referred to, but she has never heard from any of these shysters. This company has not refunded her account.

**Satisfactory Solution:**

Consumer wishes to have the $97.03 credited back to her account that this company has debited from her account.

**Complaint No. 809378**

PX17 Attachment Y-62



STATE OF ALABAMA
## OFFICE OF THE ATTORNEY GENERAL

**LUTHER STRANGE**
ATTORNEY GENERAL

501 WASHINGTON AVENUE
P.O. BOX 300152
MONTGOMERY, AL 36130-0152
(334) 242-7300
WWW.AGO.ALABAMA.GOV

July 22, 2014

Bella At Home Results
4845 Pearl East Circle, Ste 101
Boulder CO 80301

Re:  *Allen, Jimmie D.*  *(179715-001)*

Dear Sir or Madam:

This is to advise you that the above-referenced complaint has been filed with the Attorney General's Consumer Protection Section regarding a transaction with you or your business.  A copy of the complaint is enclosed for your review.

In furtherance of the Attorney General's desire to informally assist consumers and businesses in resolving such disputes, it is requested that you reply in writing within fifteen (15) days of the date of this letter providing your position concerning the allegations of the complaint.  Your reply allows the Attorney General to know the position of both parties before recommending, or determining, what action could amicably resolve the matter.

Your cooperation in this effort is appreciated.  If you feel you need to discuss the complaint before formally responding, you may contact the undersigned specialist at the number provided.

Sincerely,

Rhonda Lee Barber

Rhonda Lee Barber
Consumer Specialist
(334) 242-7320

Enclosure

PX17 Attachment Y-63

**Barber, Rhonda**

| | |
|---|---|
| From: | server@ago.alabama.gov |
| Sent: | Sunday, July 06, 2014 4:36 PM |
| To: | ConsumerProtection |
| Subject: | New consumer complaint |

submittedDate: 07/06/2014
Prefix:
FirstName: Jimmie
MiddleI: D
LastName: Allen
Suffix:
Age: 72
Address1: ███████████████
Address2:
City: ███████
State:
Zip: ██████
HomePhone: ████████████
WorkPhone:
EMail: ████████████████████
AntiName: Bella At Home Results (Snow Sales, LLC)
AntiAddress1: 4845 Pearl East Circle, Ste. 101
AntiAddress2:
AntiCity: Boulder
AntiState: CO
AntiZip: 80301
AntiPhone: 877-766-6239
DateOccur: 7/6/2014
Contract: No
InformFirm: Yes
ProductService: At home teeth whitening product. Sample ordered never received and they have
shipped the regular monthly treatment package before I even received the sample to try and
charged me for the month supply.
Amount: 92.13
Contacted: Internet
Consult: No
ConsultName:
Court: No
CourtName:
Description: The company came up on Facebook offering a free trial for their teeth whitening
product for shipping and handling fees of $3.87, so I took them up on the offer. On July 1st
they took $3.87 out of my check as agreed upon. Then today July 6th while checking our bank
account saw where they removed $92.13 from our checking account. When we called the company
the woman that I talked to told me that there was. No way they were going to refund the
money, that they had already shipped the product and the address was not correct and they
received it back and resent. I tried to tell her that I had not even received the sample
product and did not want the month supply, but she was not about to refund the money because
it was my fault. I ask if I returned the product would she refund the money and she said
"no". I have never received any product to date not even the sample and they have already
removed $92.13 from checking account. Can you please help me.
Thank You
Jimmie Darlene Allen
CLIENT_ADDRESS: ████████████████

BROWSERTYPE: Mozilla/5.0 (iPad; CPU OS 7_1_1 like Mac OS X) AppleWebKit/537.51.2 (KHTML, like Gecko) Version/7.0 Mobile/11D201 Safari/9537.53

PX17 Attachment Y-65

**Ellen F. Rosenblum**
Attorney General



Portland Area   (503) 229-5576
Salem Area   (503) 378-4320
Toll Free Area   (877) 877-9392
Fax   (503) 378-8910
www.doj.state.or.us

## OREGON DEPARTMENT OF JUSTICE
## CONSUMER COMPLAINT FORM

**Please Note the Following:**

Under Oregon Law, the Attorney General cannot act as your private attorney or give you legal advice.  Deadlines may prevent you from starting a lawsuit if you wait too long.  Filing this complaint does not change those deadlines or guarantee the results you want.  You may wish to consult a private attorney.

| 1. Please use dark ink.  Type or print clearly. | 3. Keep your original papers. |
|---|---|
| 2. Return this form with copies of important papers. | 4. Attach any additional explanation. |

| Paul | Eddy | Yeaton |
|---|---|---|
| First Name | Middle Initial | Last Name |

E-MAILED

Mailing Address

| City | State | Zip |
|---|---|---|

| Day Phone | Evening Phone | Cell phone number | Email address |
|---|---|---|---|

Blizzard White
Name of Business or person about which you are complaining

357 South McCaslin Blvd  Suite 200
Mailing/Street Address

| Louisville | Colorado | 80027 |
|---|---|---|
| City | State | Zip |

877-766-5181
Phone

Date of Transaction(s): 6/14/14 *(Since 1/2014)*
*MONTHLY*

How much money, if any, do you believe you lost? $630.00

Whom have you contacted regarding your complaint?

☐ I am not requesting action on this complaint.

☐ Attorney _____

☐YES ☑NO   Would you like info on **Veteran's Benefits**?

☑ Business Sent Certified letter no reply

☑ **Over 65?**

☑ Other Senator Ron Wyden's Office

If you would like to receive **SCAM ALERTS**, print your email address: Senator Ron Wyden's Office

**FOR OFFICIAL USE ONLY**

FF #: 4347-14

Comp. Code: C242   Bus Code: 44612

Comp. Code: C501   Bus Code: _____

Closing Code: _____   Ltr Type: E1

Rtn to: _____   Notify: _____

Cc: _____   $$Amt: 630 00

☐-ADS ☑-HJM ☐-MML ☐-GJD

Rec'd From: _____

Ref'd To: _____

Uncheck:   ☐-Cons.Comp. ☐-Websrch

Notes: _____

DM#1872911   Rev: 7/13/2012

7/11/14

## DETAILS OF COMPLAINT
(attach additional pages if necessary)

If your complaint is about a cell phone account, please list the cell phone number here:_____

My credit card is being charged for a product I did not order and when a letter with return receipt required was sent along with their product, no reply was sent.  Contacting the company has produced no results but frustration.  I did not order this product, I have refused any delivery from them with my Main Post Office and yet, STILL my credit card is charged every month!  I am an 80 year old man who is taking care of my dementia riddled wife, this is elder abuse.  Please help.

Thank you.

**By my signature below, I understand a) this complaint will become part of DOJ's permanent records and is subject to Oregon's Public Records Law; b) this complaint may be released to the business or person about whom I am complaining; c) this complaint may be referred to another governmental agency.  By my signature below I authorize any party to release to the DOJ any information and documentation relative to this complaint.**

_____          June 17, 2014          ☑ Over 65?
Signature                                                                          Date

MAIL YOUR COMPLAINT TO:
Oregon Department of Justice
Financial Fraud/Consumer Protection Section
1162 Court St., NE
Salem, OR 97301-4096

PX17 Attachment Y-67

BLIZZARD WHITE

357 South McCaslin Blvd.

Suite 200

Louisville, Colorado  80027

TO BLIZARD WHITE:

This has been sent and charged to this credit card ERROUNEOUSLY.  We have already informed
the VISA company to refute and reverse any charges to this card by your company.  If this matter
is not corrected IMMEDIATELY, there will be legal action.

Your company is registered with the SCAM Bureau and the Better Business Bureau as fradulant
and criminal;  any information gathered from these businesses are admissable in court.

REMOVE:

NAME:  Paul Eddy Yeaton

███████████████████████████████████

Effective immediately.

Encl. 1  (product)

CC: District Attorney's Office

        Senator Ron Wyden, Dem Oregon

1



U.S. Postal Service™ Signature Confirmation™ Receipt

Postage and Signature Confirmation fees must be paid before mailing.

Article Sent To: (To be completed by mailer)

BliZZaRd Wm.Jr
357 South McCASlin Blvd # 200
Louisville, CO 80027

SIGNATURE CONFIRMATION NUMBER:
2310 0740 0000 3963 2022

POSTAL CUSTOMER:
Keep this receipt. For inquiries:
Access internet web site at
www.usps.com®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☐ Priority Mail® Service
☐ First-Class Mail® parcel
☒ Package Services parcel

PS Form 153, January 2005          (See Reverse)

---

U.S. Postal Service™ Signature Confirmation™ Receipt

Postage and Signature Confirmation fees must be paid before mailing.

Article Sent To: (To be completed by mailer)

Bella AT HoME #E
1565 Commercial WAY
Henderson, NV 89011

SIGNATURE CONFIRMATION NUMBER:
2310 0740 0000 3963 2374

POSTAL CUSTOMER:
Keep this receipt. For inquiries:
Access internet web site at
www.usps.com®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☐ Priority Mail® Service
☒ First-Class Mail® parcel
☐ Package Services parcel

PS Form 153, January 2005          (See Reverse)

---

U.S. Postal Service™ Signature Confirmation™ Receipt

Postage and Signature Confirmation fees must be paid before mailing.

Article Sent To: (To be completed by mailer)

YoGiS              # 112
5514 North Hollywood WAY
Burbank, CA 91505-3406

SIGNATURE CONFIRMATION NUMBER:
2310 0740 0000 3963 2367

POSTAL CUSTOMER:
Keep this receipt. For inquiries:
Access internet web site at
www.usps.com®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☐ Priority Mail® Service
☐ First-Class Mail® parcel
☒ Package Services parcel

PS Form 153, January 2005          (See Reverse)

---

LAMB'S MARKET AT STROHECKER'S

2855 SW Patton Rd

Portland, OR, 97201-1699

406784-B001

05/16/2014                    10:51:25 AM

--------------- Sales Receipt ---------------

| Product | Sale | Final |
| Description | Qty | Price |

Standard Post            1        $5.87
    (Expected Delivery Day: Thu 05/22)
    (BURBANK, CA  91505)
    (Weight:0 Lb 13.85 Oz)
Sign Conf                1        $2.90
    (@@USPS Signature Tracking #)
    (23100740000039832367)
First-Class Parcel       1        $3.22
    (Expected Delivery Day: Mon 05/19)
    (HENDERSON, NV  89011)
    (Weight:0 Lb 7.80 Oz)
Sign Conf                1        $2.90
    (@@USPS Signature Tracking #)
    (23100740000039832374)
First-Class Parcel       1        $2.86
    (Expected Delivery Day: Mon 05/19)
    (LOUISVILLE, CO  80027)
    (Weight:0 Lb 6.00 Oz)
Sign Conf                1        $2.90
    (@@USPS Signature Tracking #)
    (23100740000039832022)

Total                             $20.65

Cash                              $20.65

@@For tracking or inquiries go to USPS.com
or call 1-800-222-1811.

                Thank you!

Bill#:   1-13875-1-2146171-2

Clerk:   STROHS

    All sales final on stamps and postage.

PX17 Attachment Y-69

June 17, 2014

Oregon Department of Justice

Financial Fraud/Consumer Protection Section

1162 Court Street, N.E.

Salem, Oregon   97301-4096



RECEIVED
JUL 1 0 2014

CIVIL ENFORCEMENT DIVISION

Dear Honorable Rosenblum,

My father is an 80 year old man who has three continuous charges on his credit card by three companies from the internet that HE DID NOT USE.   They repeatedly sent their product to his house; even after a cease and desist letter was sent via certified, signature required letter.   None of these companies ever signed for the letters and repeated calls to these companies have resolved nothing.   The phone is never answered by a person and the information on the internet for these companies pulls up NO INFORMATION from which my father can get any assistance.   The issuing bank has informed him that they cannot do anything, and the charges keep coming every month.   He has issued a refusal of the merchandise at his MAIN post office and the deliveries have since stopped (as of May).   Prior to this, all products were returned, **unopened with the attached letters provided**.   Every month, as you can see from the attached visa statement, these companies continue to charge my father's credit card.   He is struggling caring for his wife of 57 years, ███████████████   He is beyond desperate to have some sort of resolution with these issues.   He has no monies to hire a private lawyer.   Is this not considered Elderly Abuse?   Should I file claims for him? What can be done about this?

Thanking you in advance for your time and consideration,

*Katharine Yeaton*

Katharine Yeaton

████████████████

Encl.   3 letters, 3 Consumer Complaint Forms, VISA statement

## U.S. Postal Service™ Signature Confirmation™ Receipt

SIGNATURE CONFIRMATION NUMBER: 2310 0740 0000 3983 2022

Postage and Signature Confirmation fees must be paid before mailing.

Article Sent To: (To be completed by mailer)

BliZZArD Whiz
357 South McCaslin Blvd #200
Louisville, CO 80027

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries:
Access Internet web site at
www.usps.com ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☐ Priority Mail™ Service
☐ First-Class Mail™ parcel
☑ Package Services parcel

Postmark Here

PS Form 153, January 2005          (See Reverse)

## U.S. Postal Service™ Signature Confirmation™ Receipt

SIGNATURE CONFIRMATION NUMBER: 2310 0740 0000 3983 2374

Postage and Signature Confirmation fees must be paid before mailing.

Article Sent To: (To be completed by mailer)

Bella At HoME HE
1565 Commercial WAY
Henderson, NV 89011

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries:
Access Internet web site at
www.usps.com ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☐ Priority Mail™ Service
☑ First-Class Mail™ parcel
☐ Package Services parcel

Postmark Here

PS Form 153, January 2005          (See Reverse)

## U.S. Postal Service™ Signature Confirmation™ Receipt

SIGNATURE CONFIRMATION NUMBER: 2310 0740 0000 3983 2367

Postage and Signature Confirmation fees must be paid before mailing.

Article Sent To: (To be completed by mailer)

# 112
YoGi5
38A North Hollywood WAY
Burbank, CA 91505 -3406

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries:
Access Internet web site at
www.usps.com ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☐ Priority Mail™ Service
☐ First-Class Mail™ parcel
☑ Package Services parcel

Postmark Here   MAY 16

PS Form 153, January 2005          (See Reverse)

Sent Signature
Conf. Registered Mail
to all 3 Companies.

---

```
================================================

        LAMB'S MARKET AT STROHECKER'S

              2855 SW Patton Rd

          Portland, OR, 97201-1699

                406784-B001

05/16/2014                    10:51:25 AM
================================================

-------------- Sales Receipt --------------

Product              Sale           Final
Description          Qty            Price


Standard Post         1            $5.87
   (Expected Delivery Day: Thu 05/22)
   (BURBANK, CA  91505)
   (Weight:0 Lb 13.85 Oz)
Sign Conf             1            $2.90
   (@@USPS Signature Tracking #)
   (23100740000039832367)
First-Class Parcel    1            $3.22
   (Expected Delivery Day: Mon 05/19)
   (HENDERSON, NV  89011)
   (Weight:0 Lb 7.80 Oz)
Sign Conf             1            $2.90
   (@@USPS Signature Tracking #)
   (23100740000039832374)
First-Class Parcel    1            $2.86
   (Expected Delivery Day: Mon 05/19)
   (LOUISVILLE, CO  80027)
   (Weight:0 Lb 6.00 Oz)
Sign Conf             1            $2.90
   (@@USPS Signature Tracking #)
   (23100740000039832022)

-----------------------------------------
Total                            $20.65
-----------------------------------------

Cash                             $20.65


@@For tracking or inquiries go to USPS.com
or call 1-800-222-1811.

               Thank you!

Bill#:   1-13875-1-2146171-2

Clerk:   STROHS

   All sales final on stamps and postage.
```

## U.S. Postal Service™ Signature Confirmation™ Receipt

Postage and Signature Confirmation fees must be paid before mailing.

**Article Sent To: (To be completed by mailer)**

SIGNATURE CONFIRMATION NUMBER:
2310 0710 0000 3963 2022

BliZZARD Wh.32
957 South McCaslin Blvd #200
Louisville, CO 80027

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

Postmark
Here

CHECK ONE (POSTAL USE ONLY)
☐ Priority Mail™ Service
☐ First-Class Mail® parcel
☑ Package Services parcel

PS Form 153, January 2005 (See Reverse)

## U.S. Postal Service™ Signature Confirmation™ Receipt

Postage and Signature Confirmation fees must be paid before mailing.

**Article Sent To: (To be completed by mailer)**

SIGNATURE CONFIRMATION NUMBER:
2310 0710 0000 3963 2374

Bella At Home #E
1565 Commercial Way
Henderson, NV 89011

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

Postmark
Here

CHECK ONE (POSTAL USE ONLY)
☐ Priority Mail™ Service
☑ First-Class Mail® parcel
☐ Package Services parcel

PS Form 153, January 2005 (See Reverse)

## U.S. Postal Service™ Signature Confirmation™ Receipt

Postage and Signature Confirmation fees must be paid before mailing.

**Article Sent To: (To be completed by mailer)**

SIGNATURE CONFIRMATION NUMBER:
2310 0710 0000 3963 2367

# 112
10 CIGS
551A north Hollywood Way
Burbank, CA 91505 -3406

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

Postmark
Here
MAY 16 2014

CHECK ONE (POSTAL USE ONLY)
☐ Priority Mail™ Service
☐ First-Class Mail® parcel
☑ Package Services parcel

PS Form 153, January 2005 (See Reverse)

*NO Signature Confirmation received on ANY of these.*

---

```
=========================================

       LAMB'S MARKET AT STROHECKER'S

              2855 SW Patton Rd

           Portland, OR, 97201-1699

               406784-B001

05/16/2014                    10:51:25 AM
=========================================
--------------- Sales Receipt ---------------
Product              Sale          Final
Description          Qty           Price

Standard Post         1            $5.87
   (Expected Delivery Day: Thu 05/22)
   (BURBANK, CA 91505)
   (Weight:0 Lb 13.85 Oz)
Sign Conf             1            $2.90
   (@@USPS Signature Tracking #)
   (2310074000003983267) XO CIGS
First-Class Parcel    1            $3.22
   (Expected Delivery Day: Mon 05/19)
   (HENDERSON, NV  89011)
   (Weight:0 Lb 7.80 Oz)
Sign Conf             1            $2.90
   (@@USPS Signature Tracking #)
   (2310074000003983374) BELLA AT HOME
First-Class Parcel    1            $2.86
   (Expected Delivery Day: Mon 05/19)
   (LOUISVILLE, CO  80027)
   (Weight:0 Lb 6.00 Oz)
Sign Conf             1            $2.90
   (@@USPS Signature Tracking #)
   (2310074000003983022)
                     BLIZZARD
-----------------------------------------
Total                            $20.65
-----------------------------------------
Cash                             $20.65


@@For tracking or inquiries go to USPS.com
or call 1-800-222-1811.

              Thank you!

Bill#:  1-13875-1-2145171-2

Clerk:  STROHS

   All sales final on stamps and postage.
```



**TOM HORNE**
**ATTORNEY GENERAL**

**OFFICE OF THE ARIZONA ATTORNEY GENERAL**

**PUBLIC ADVOCACY AND CIVIL RIGHTS DIVISION**
July 2, 2014

**CONSUMER INFORMATION &**
**COMPLAINTS**
(602) 542-5763
(IN-STATE ONLY) (800) 352-8431

SEDONA BEAUTY SECRETS
7702 E DOUBLETREE RANCH RD STE 300
SCOTTSDALE, AZ 85258

### RE: CIC 14-03145 MARY WARREN

Dear Sir or Madam:

Our office recently asked you to respond to the attached complaint.  We have not received your response.

If we do not hear from you **within ten (10) days** of the above date, this complaint will be referred to our legal staff for possible action under A.R.S. §44-1527.

Sincerely,

Consumer Information &
Complaints

Enclosure

CPA:C

**Certified Mail**
**Return Receipt Requested**

PX17 Attachment Y-73

14-3145



Office of Arizona Attorney General

RECEIVED

# Tom Horne
## Consumer Complaint Form

MAR 17 2014

CPA/CIC

### Submitted by:

Full Name:                      Mary MacRae Warren
Street Address:
City, State:
Zip Code:
Phone:
Best Number to Call During
Day:
E-mail Address:

- - - - - - - - - - - - - - - - - - - - - -

### Statistics of Complaint

Age:
Veteran Status:
Where did you hear about     An Out of State Agency
us:

### Subject of the Complaint

Party/Firm/Business:
    Sedona Beauty Secrets
    7702 E Doubletree Ranch Rd. Ste 300
    Scottsdale, AZ
    85258

### Details of Complaint

May we send a copy of this complaint to the person or firm you are complaining against?
    Yes

Please explain the entire circumstances surrounding your complaint below:
    I ordered a trial offer. At no time was I notified of the cosy of the product after the trial
    period. Upon receiving the product, I decided I didn't want it and cancelled my order. I
    then discovered my debit card had been charged $94.31. This same company touts a
    product called Action Pro White. The charged my account 94.31 for this as well. They
    refuse to refund my money. Only a partial refund, not the full amount - despite the product
    being untalented with, unused,undamaged.

Have you complained to the              Yes
firm/agency/business?
  *What was their response?*
    Refusal of full refund. Offered 30%, then 60%, then 75%.

1275 W. Washington Ave.
Phoenix, AZ 85007

Was an oral or written warranty given?
        Yes

Did you sign any documents?
        No

Date of Transaction:            03/06/2014
Place of Transaction:           internet
Total Amount of Damages:        $188.62
Salesperson's Name:             n/a
Witness to Transaction:

Was the product or service advertised?      No
    *If yes, indicate the date and how it was advertised:*

Do you have an attorney?            No
    *If yes, please provide the attorney's name and address:*

Is any legal action pending?            Yes
    *List any other consumer agencies contacted:*
        Better Business Bureau

May we provide your name and telephone number to the media in the event of an inquiry about this matter?
        Yes

May we send a copy of your complaint to another government agency for their review or investigation?
        Yes

Additional Comments:

**Declaration:** I declare under penalty of perjury, that the facts and statements contained in this declaration, including any attached statements, are true, correct, and based upon my personal knowledge. I understand that the information contained in this declaration can only be altered by submitting a new declaration. By choosing to submit this form electronically, I certify and agree that by entering my name in the space below, I bind and legally obligate myself to the same extent as I would by signing my name on a printed paper version of this form.
        Digital Signature: Mary MacRae Warren
        Date: 03/17/14

1275 W. Washington Ave.
Phoenix, AZ 85007



# COMMONWEALTH of VIRGINIA
## Office of the Attorney General

**Mark R. Herring**
Attorney General

900 East Main Street
Richmond, Virginia 23219
804-786-2071
FAX 804-225-4378
Virginia Relay Services
800-828-1120
7-1-1

May 15, 2014

Mr. William C. Lucion

▮▮▮▮▮▮▮▮▮

Re: 916671  Mr. William C. Lucion VS Sedona Beauty Secrets

Dear Mr. William C. Lucion:

Thank you for authorizing the Virginia Attorney General's Office to assist in the resolution of your dispute.

With the assistance of the Dispute Resolution and Investigations Unit, your dispute has been resolved; therefore, we are closing your complaint.

This Office will retain your complaint form and copies of all official correspondence regarding the complaint in accordance with the applicable state retention schedule. Under the Virginia Freedom of Information Act, please be advised that these materials will be available to the public for review, upon request.

If you have any additional information or need further assistance, please contact me at (804) 786-1244 or (800) 552-9963, extension 61244 within Virginia. My email address is ebishop@oag.state.va.us. The fax number is (804) 225-4378.

Sincerely,

Erin B. Bishop
Dispute Resolution Specialist
Dispute Resolution and Investigations Unit

cc: Sedona Beauty Secrets

PX17 Attachment Y-76

| Company name | Complaints closed | Unanswered- The business failed to respond to dispute. | Date of complaint | Complaint having enough information to respond to: yes / no |
|---|---|---|---|---|
| Sedona Beauty Secrets | 20 | 1 | 9.9.14 | No |
| Skinny IQ | 11 | 2 | 3.12.14 1.12.14 | No |
| First Class Whitening | 46 | 1 | 4.8.14 | No |
| Dental Pro At Home | - | - | - | - |
| Action Pro White | 46 | 2 | 3.18.15 3.2.15 | No |
| Bella At Home | 66 | 4 | 6.24.16 11.1.15 8.26.15 1.25.15 | No  *Arizona* |
| Blizzard White | 55 | 6 | 10.28.15 8.3.15 6.7.15 4.22.15 2.27.15 2.27.15 | No |
| Smile Pro Direct | 64 | 47﹜bbb confirmed , sending these with attached cx information to inbox. | | *AZ transferred Complaints to NV* |
| Titan White | 26 | - | | *0 Arizona* |
| Ivory Pro | 26 | 2 | 1.28.14 1.28.14 | |
| Spark Whitening | 40 | 6 | | |
| Smile Vitalize | 15 | | | |
| Innovation White | 9 | 1 | | |
| Genuine White | 22 | 1 | | |
| Whitening coach | We need to submit the background info to view over view. | | | *Indiana* |
| Whitening Trend | | | | |
| Bloom Allure | | | | |
| Just Youthful | | | | |
| Circle of youth | | | | |

*Pronto White*