# PX17

## PX17 Attachment Z

## Handwritten notes and reseller lists obtained from office of Jennifer Johnson

| Arizona-Resellers | Arizona-Products |
|---|---|
| Absolutely Working - rW | Action Pro * |
| Boulder Creek -CO | BellaatHome * |
| Brand Force - CO | BlizzardWhite * |
| Brass Triangle * | Dental Pro * |
| Bridge Ford - rW | First Class Whitening * |
| Desert Gecko * | Sedona Beauty * |
| Doing What's Possible rW | SkinnyIQ * |
| How and Why rW | Smile Pro Direct * |
| Sandstone Beach * | Spark Whitening * |
| Solid Ice * | TitanWhite * |
| Walnut Street CO | Ivory Pro |
| Wave Rock * | |
| Wild Farms CO | |
| Snow Sale · CO | |

Thunder Ave co
University + Folson co
Mint Hwse co

| All teeth products | All viable resellers |
|---|---|
| Action Pro White | Absolutely Working |
| Bella at Home | Boulder Creek |
| Blizzard White | Brand Force |
| Dental Pro at Home | Brass Triangle |
| First Class Whitening | Bridge Ford |
| Genuine White | Brookville Lane |
| Innovation White | Doing What's Possible |
| Ivory Pro | Flat Iron Avenue |
| Smile Pro Direct | Greenville Creek |
| Smile Vitalize | How and Why |
| Spark Whitening | Indigo Systems |
| Titan White | Mint House |
| Whitening Coach | Newport Crossing |
| Whitening Trend | Night Watch Group |
| | Sandstone Beach |
| | Snow Sale |
| | Solid Ice |
| | Thunder Avenue |
| | University and Folsom |
| | Walnut Street Marketing |

# Blair Meeting

Entity set up - Reseller/Product
- articles of org
- SS4
- Register the entity

Revgo - brian comp plan - add salesperson
- financials
- ein (RoadRunner)

Ryan comp plan

Revive - Sales person

Wind Farms

Neil comp plan

New NV company - not use Juniper

Revgo bank @ SVB - that's ok

financials for new building - just do Wave Rock

- make Blair + Jonny bonus like brian's for Revgo
- add operational cash flow     - multiplier by profitability %



- Never put same product at bank
- ~~Never put same reseller at bank~~
- Never same product and reseller at same bank
- Never same bank + processor same
  - Bank can have several accts from us.
  - Can do same reseller w/ diff. product @ same bank

Product
Reseller
Bank
Processor

Regulatory activities & Compliance Best Practices

Ari Pomerantz
Bjarte Rene
Jacob Bennet - head of risk at NMa
Peter Nguyen

- consumers & their money
- too many BBB complaints goes to state AG if ignored

1. Reduce complaints - BBB-AG-FTC
2. ~~scratched out~~ Former employee partner
3. discovery - don't tie brands in emails/IM
4. seek legal counsel
5. Reduce exposure

**Rebranding - have to do - as often**

- 100 BBB complaints - rebrand
- change toll free #
- Return address *        } all trackable
- email
- company name
- my arm/isl a FTC complaint

asset protection

Ideas:
- Market about how we handle BBB & AG complaints
- Rebranding - have to do
- Make sure clients have the class action language in terms
- 30 day trial - cbs & refunds are better
- Pergo market the 2 day average more
- Offer to call back customer on day 4 and make sure they got the refund
- friends & family extra pen

- direct affiliates - no chinese wall

- 500/sales a day per brand
  ~400
- continuously: - a lot of work
  run 1000/day - rebrand 30-45 days

400-500/day - 6-8 months rebrand

② reporting + analytics to measure affiliates

Laura Miller
Walker
Michael Pi☐
Ventata Jinga  cb3200

2-2.5% of products never reach customers
- bad addresses
- wrong name

30 second avg.

35% cb after talking to CS rep

4th day call customer to see if they got
refund #

- email confirmations? - relook at these
- subscription - double to triple cLV
  vs what media costs are
  - varies by country

- ab - big data
  - which orders received by customers

Rearward ab predictor?

③ CRO + optimization hacks

matt martorano - Konnektive
drew puchalski - adexchange
Shahin Rotheinel - venatsy
nick cutman - link builders

- verbiage on call to action
- user interaction - mobile
  - browser stack
  - crazy egg
  - spectre
  - hot 8

jonno

perceived value
- press releases
- looking at google
- answers researching & want to see worth it

amazon?

pass the smell test

disclosures

affirmatively opt in to the checkbox
- better answers?

- free product w/ purchase
- ebook

- how quickly pages load

★ tinypng.com — compress images

- obviously split testing on landing pgs

④ Subscription Campaign Finance

Mary Alderwood - cpa
Brad Malott
Alexis King - nma
Venkata Jarigi

- accrual basis
- cash flow within 5%

pushing out advertising terms

- consistent sustainable growth
- average amount of sales

- Rebill data - 70% + half of that
  25-27% data model
  Rebill 1 - 67%
  drop 5%

every 5% drop cuts profitability by 1%

$8.50 product fulfillment
$8 cb
$3.50-$4 call center



model out a&r find w/ those #'s

- reconciliation
  - fees that are wrong

- squeaky wheel
  - on the prime

- portal - to the bank - book

subscription forecast mgmt.
500% of projection you get money

- squeaky wheel w/ processor

- early reserve releases

- have to get first bill above $500
  w/ $43,000

⑤ domestic vs int'l processing + fulfillment

Heather Petersen - nma
Marc Stansfield - mitigator
Rick Nilson - fulfillment lab

kids clothing box

- project amazonans

- split test packaging

- card present cb's are up
  - mine cardholders
  - debit cardholders do more

- ask me anything advertise

- Nathan Hopkins - biotrust nutrition — Real Dose nutrition
- Michael Witch - babybath water
- Lucas Siegel - aftermaskript

- sample continuity

- automating an offer vs building a brand

- in house media buyer over agency

- Joel Menen / Marin

- make a wish on checkout pg
- stay at home moms
- CS is a profit center
- doing CS in house
- one click upsell for straight sale price

- daily rate to a media buyer agency + train my team
  $20k for 30 days + follow up calls

- have a kickass internal media buying team

How to facebook sally slopsnead

higher cpa - $55 step1 + no step2

PX17 Attachment Z-13