PX17

PX17 Attachment AA

Documents obtained from office of Rya Tillman



## Active Client List

### Austin

- Actus Group
- AE Consultants
- Divine Youth
- DSV2 Media
- Eleven - 4 Media
- Eliska
- Gram LLC
- Jacked Labs, Inc
- Nutribalanz
- Paraiso Holdings
- Precision Rx Labs
- Premium Nutraceuticals
- Pure Beauty Group - Limelight 1 (La Vida)
- Pure Beauty Group - Limelight 3 (Fire Ad)
- Syntratech

### Brooke

- Boulder Botanticals
- Convoy Management
- Ecommerce Essentials
- Edge Brands
- F9 Advertising LLC
- Hartford Scientific
- HEALTHY IMAGE LLC â€" RING PLUS
- Juniper Solutions
- MI6
- Najar Group
- New World Media
- One Place Management
- Salamonie River
- Shoreline

Silk Road Media
Sky Marketing
Splugen Moreen
Strike 54
TruBio Labs   *Ryan & Rob*   *(Ryan Shapiro) & Robyn*
Wave Rock
WinblasTI Limited
X8 Brands

*Rya* / *Ryan*

Baza Marketing   *Ryan and James Swink (ryan@dmcg-inc.com, commerceassist@gmail.com, commdirectass@gmail.co*
Branded Response
Centurion Consultants
Cobra Media Ventures
Commerce Direct
Dynamic Marketing
Hermosa Innovations
Monoceros
New Life Brands
Spartacus Nutra Inc.
Tiberius Management Group

**Grand Total**

**Live Customer Service Call Center Addendum**

**A. SERVICES**

The Services Implementation Date shall be:  ___TBD___ . The Services include the following:

RevLive agrees to work with Customer to optimize customer outcomes with goals of increasing profitability and managing chargeback rates as mutually agreed upon by both parties. This includes, but is not limited to the following:

- Handling customer requests for cancellation of continuity shipments and billing and cleanly cancelling those customers;
- Handling customer requests for refunds on shipments already received and when the customer initiates the request to do a return, when possible, converting those customers to one time instant credit or convert to ongoing discounted continuity.
- Handling customer requests during the trial period to cancel shipments and permit returns of their product(s) so as not to be billed the full amount and when possible, converting those customers to one-time bills whereby customer keeps all of the product or convert to ongoing discounted continuity;
- Handling all escalations of customers seeking quicker resolutions on refunds and other issues.
- Handling email reply correspondence initiated by customers.
- Communication back to customer regarding tracking of missing shipments; and missing returns.
- Assisting with placing orders for new products;
- Issuing of RMAs to customers qualified for a return;
- Answering questions regarding the terms and conditions of the offer; and
- Handling such other customer interactions which may arise.

**B. CALL CENTER HOURS OF COVERAGE**

- 24 hours/day, 7 days/week

- There are several US Holidays when the Call Center will be closed. RevLive will announce the holidays at the beginning of each year and may include, without limitation:

  o  New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day (and the day after), Christmas Eve, Christmas Day.

**C. STAFFING AND SCHEDULING**

It is RevLive's responsibility to staff/schedule the Customer Service Representatives ("CSRs") to meet the Key Performance Indicators ("KPIs") (see matrix A).

It is RevLive's responsibility to manage its CSRs' schedule adherence.

When and if service levels are not met, Customer requires RevLive to make the necessary schedule adjustments in order to meet KPIs.

**D. MANDATORY NOTIFICATION**

The following events require mandatory notification to Customer call center management:

PX17 Attachment AA-4

- Average call wait times in excess of four minutes for longer than two hours.

- System outages longer than 15 minutes.

- RevLive will otherwise notify Customer of any other Service problems within a reasonable timeframe.

### E. TRAINING

- CSRs will be trained using program materials and guides that have been developed by Customer. Training consists of continuity program rules and procedures, cancellation requirements, Return Merchandise Authorization ("RMA") procedures, save return and early cancel trial save return procedures and requirements (see definitions of these terms, below). Each training program will contain appropriate certification testing designed to measure comprehension and competency in handling the customer transactions.

- Modifications to training may be made with prior approval from Customer.

- Each CSR must satisfactorily complete the training program and pass certification testing.

- Any CSR who does not pass the testing will be re-trained at RevLive's expense and pass, or will be removed from the dedicated group.

### F. COACHING

RevLive will be responsible for providing coaching and feedback for all CSRs. Feedback includes, but is not limited to, aspects of call handling, call quality, attendance and schedule adherence.

The Parties will work together to establish an evaluation system of handled calls (the "Call Quality Scoring"). It is anticipated that:

- RevLive will complete monitoring sessions of agents on a regular basis (at least 5 per week per CSR in order to determine the monthly call quality score).

- Both RevLive and Customer will hold joint monitoring sessions of CSRs on a regular basis.

- Both Parties will evaluate the results of the monitoring sessions.

### G. REPORTING

Customer and RevLive will produce reports of call center activity as requested by Customer. A list of reports can be found below. In addition, Customer may request specific reports from time to time.

At inception, RevGuard will provide the following reports daily:

- Average wait time
- Pickup rate
- Average Call Handle time: the amount of time spent from the beginning of the call until the CSR has completed working with the account and is ready for the next call.

At inception, RevLive will provide the following reports weekly:
- Average wait time

---

- Pickup rate
- Average Call Handle time
- # of EC save returns:  cancel for the customer in trial where they accept the discounted sale price option in lieu of returning to avoid the end of trial charge.
- # of Clean Cancels: ongoing customer that cancels without receiving a refund.
- # of Save Returns: ongoing cancel where the customer receives a partial refund in lieu of returning for the full refund.
- Additional data points may be added as agreed to by both parties.

## H.  ACCOUNT SUPPORT

Both Parties agree to provide the following support to each other:

Account Management:  Both Parties will provide the appropriate level of resources and support to this Agreement, including availability of managers, supervisors, and executives when needed, as well as all technical and telecom assistance.   Upon request by Customer, Customer may provide an FTP site for RevLive to upload call recordings to.

Program Management:  Both Parties will have an Account Program Manager assigned to this program who will act as the primary point of contact for all logistics of this Agreement, including, but not limited to, weekly meetings to review performance and suggest improvements, weekly administration of joint call monitoring calibration sessions and weekly operations calls. In addition, this resource would be available for ad hoc requests and to address "day-to-day" activity.

Project Management:  Both Parties will make such resources available on an "as needed" basis.

**[Continued on following page.]**

PX17 Attachment AA-6

## CALL HANDLING

CONTACT CENTER will be measured on its ability to handle calls and meet the following monthly standards:
The following are the goals established for this Service.  Some components that will affect the actual results include,
but are not limited to billing policies, traffic sources, fulfillment center service level and overall program management.

Effective communication must exist between Customer and RevLive on anticipated order volume fluctuations, so
RevLive can hire, staff and train accordingly.  These below Key Performance Indicators assume commercially
reasonable notice is provided relative to any increase or decrease in order volume.

### Matrix A (Key Performance Indicators)

| Measurement | Description | Goal |
|---|---|---|
| **Abandon Rate** | The % of calls abandoned during business hours before handled.  Calls abandoned within 10 seconds are not included. | 10% |
| **Average Wait Time** | Average time calls wait until answered (minus call set-up time). | 90 seconds |
| **Call Quality Score** | Average score of all agents Call Quality session (5 per rep per week minimum required) | 90% |

# <u>THREAT PROTOCOL</u>

**THREAT (AG/FTC/FEDERAL/Department of Justice)**
Full Refund

**THREAT (/BBB/POLICE/BANK REP)**

50% Refund. If customer says no it's a full Refund

**THREAT (BANK/DISPUTE//CREDIT CARD COMPANY/MEDIA/LAWYER/SCAM,CONSUMER AFFAIRS)**
Start with 35%, 50% and then full refund

A. You DO NOT have to cater to both products unless the customer mentions the second product. If customer says everything, anything or all, then we cater to that request. If customer makes a threat but mentions 1 product only, we only refund 1 product but cancel both.

B. You can negotiate for one save after a bank threat, social media, lawyer threat but you must offer a partial refund first plus the save option. If they decline, you go to Threat Protocol, follow next refund in heirarchy 35%, 50% then full if customer objects to all of those)

**FRAUD CLAIM**

Full Refund
(If customer claims fraud and states never ordered trial you must process a full refund)

A. If customer claims they never placed an order or that someone else used their credit card information then we need to refund the account in full. You first must clarify that the customer did not place the trial order.

NOTE: If customer makes a THREAT and the threat only pertains to cancelling then simply cancel the account. Do not refund.

## Basic Procedures:

A. Customer calls to cancel and only mentions the core product (Product 1) we cater to that product only. If we cannot save the customer we cancel that product only. We only double cancel when the customer mentions both products

B. If the customer calls and makes a threat but only mentions one product, we are to cancel both products but only negotiate and process refund on the product the customer mentions.

*Regular*
*Multiple*
*Handle*

## Definitions

**Rep-** The customer service agent.  Works for one of the call centers.  Reps must follow Revlive clients' policies to the letter, and never make offers that are not available and visible in the Revlive system.  The Rep must never operate outside of the Brand's Details.

**Call Center Supervisor (Supe)-** An appointed person with the ability to make decisions on accounts outside the norm.  This includes taking over extremely escalated calls, callbacks to the customer, making reship decisions, approving multiple refunds.  A supervisor must never make decisions that violate Brand Details.

**Revlive Supervisor-** A supervisor in Colorado.  They have higher clearance than a Call Center Supervisor.  Their instructions must be followed by all reps and Call Center Supervisors.  This Supervisor also makes suggestions on how to improve call quality and how to properly handle calls.

**Call Center-** The Company the rep works for.

**Client-** the Company who we work with and who owns multiple brands.

**Brand-** The individual product that customers call in about.  A rep should only handle and mention that particular brand. The exception is if the Brand in question is multiple-handle and if it is a proactive multiple handle.

**Customer-** The individual who calls/emails in about Brands/Products.

**Non-Customer-** A potential Customer that is not in Revlive or the Client's CRM.  Typically inquiring on how the product works or how to place an order.

cycle 0 ← **In-trial Customer-** A customer that has been charged shipping and they have a set amount of time before they are charged an End of Trial fee, the initial full bill.

cycle 1+ **Post-trial Customer-** A customer that has been charged shipping and an End of Trial fee.

cycle 2 → **Ongoing Customer-** A customer that has been charged at least one shipment beyond their End of Trial fee, they are on the continuity program.

**Straight Sale Customer with Continuity-** Customer can be charged either a one-time charge or they can have a recurring charge.  There is no trial for this customer, they paid the full price for the first shipment and may or may not have a recurring monthly charge

**Straight Sale Customer -** A customer that does not have a trial.  Customer can be charged either a one-time charge or they can have the charge broken into 3 payments.  They will not be getting a product every month.

**Multiple Handle-** A term for a brand that has a sister product.  If a Brand is multi handle then if the customer brings up the other brand then you also help them with that other brand.  The rep does not bring up the sister brand, but can assist the customer if they bring it up on the call.

**Proactive Multiple Handle-** A term for a brand where you must help the customer with the sister brand.  You must bring up the sister brand and help the customer with both accounts.

**CRM**- A CRM is where the client stores all information about their clients.  Revlive imports this information whenever an interaction is created.  The most popular CRM is Lime Light but many other CRM's are used by Clients.

**Buzzwords**- Predefined words the Client has identified that trigger special options and refunds.

**Chargeback**- A disputed charge between the customer and the Bank/Credit Card.  Chargebacks are to be avoided if at all possible.

**Bank Rep**- A representative from the Bank/Credit Card.  Most Clients have an instant refund policy when a Bank Rep is on the phone.  A Rep must never argue or antagonize a Bank Rep.

**AG**- Attorney General, with most Clients a valid threat.  (*$50 cost*)

**BBB**- Better Business Bureau, with most Clients a valid threat.  (*$20 cost+*)

**FTC**- Federal Trade Commission, with some Clients a valid threat.

**RMA**- Return Merchandise Authorization.  This is given to customers to put on the outside of the returning package for proper refund credit. (*Think Amazon Prime Return*)
*> early cancel return*
**ECR**- In trial Return Merchandise Authorization.  This is given to customers to put on the outside of the returning package to avoid the End of Trial charge. (*need to return product & cancel account*)

**ECSS**- Early Cancel Save Sale, the charge a customer chooses to take instead of sending the product back with an RMA.  Typically this charge is greatly reduced compared to the EOT charge. *end of trial*  An ECSS may only be offered if the customer has not been charged an EOT charge.  If a customer is In-trial this is the preferred outcome.  Reps should always strive for the ECSS as a better option than an RMA.

**EOT**- End of Trial, the charge that happens after a trial period has expired.

**Trial Extension**- a length of time a customer is given to try the product beyond their initial trial period.  The typical trial extension is 10 days.  A trial extension is preferred over the RMA option.

**Clean Cancel**- A cancelation of all ongoing charges and shipments to the customer.  No refund is issued on a clean cancel.  This is the preferred choice for all <u>Post Trial customers</u>.  Must be offered on every Post Trial Customer that wants a refund.

**SS**- Save sale, also known as a save return.  A refund offered to the customer to keep the product and not return with a RMA.  Usually this is in the form of a percentage refunded to the customer's account.  If the customer won't accept a Clean Cancel this is the next best thing.  Rep must offer the lowest SS first then if the customer rejects keep making other SS offers.  This increases the likelihood of the Customer taking a SS instead of an RMA.

**SR**- Save sale, also known as a save return.  A refund offered to the customer to keep the product and not return with a RMA.  Usually this is in the form of a percentage refunded to the customer's account.  If the customer won't accept a Clean Cancel this is the next best thing.  Rep must offer the lowest SS first then if the customer rejects keep making other SS offers.  This increases the likelihood of the Customer taking a SS instead of an RMA.

If the customer calls on a Clients generic customer service number then the rep must ask the customer what brand are they calling for and help them with that brand.

**Dead Air**- A disposition when the rep only hears silence on the other end of the line.  After the greeting and no response then the rep must apologize and say "At this time I cannot hear you, if you can hear me please call us back and I am more than happy to assist you."

**Auto Dialer**- A disposition for when the rep gets an automated phone message.

**Revlive Application Error**- A disposition that supervisors can assign to interactions.

*reps should never disposition their interaction this way.*

**Other**- A disposition for reps that has an interaction that does not fit into the other type of dispositions. Typically a Supervisor will use when creating a new interaction due to email or faxes.

*Branded Response*

## Policy Review:

### *In Trial Refund Policy:*
**Chargeback Sensitivity:** Low

This brand is REGULAR multiple Handle.

**Same Day Orders:** Do not Void or offer RTS for same day order calls for this client.
**Client does not allow voiding.**

- "I apologize but we cannot stop the shipment, but I have canceled your account. I will give you an RMA number and if you would please write that number on the package and ship back to us" **Issue the RMA like usual and provide that to the customers.**

**If a BBB representative calls in:** Please give them the brand website to contact via email and the brand return address to contact via mail.

**Return Deadline:** 15 Days

**Bank Rep:** Cancel account and explain customer details. If customer and bank rep claim fraud/non order - place in escalation to review for potential refunds. Tell customer and bank rep we will call them back in 48-72 hours.

### *In Trial Offer Maps:*

#### Offer Map Offers

1: Early Extend Trial - Extend Trial Days : 10
2: Early Cancel Save Sale - Save Sale Price : 38.71
3: Early Cancel Save Sale - Save Sale Price : 28.71
4: Early Cancel Save Sale - Save Sale Price : 18.71
5: Early ~~Clean Cancel~~ *Cancel Return*

### *Post Trial Refund Policy:*

**Chargeback Sensitivity:** Low

• Partial refunds <u>cannot</u> be offered if the customer is not threatening - **NO THREATS = NO REFUNDS**

This brand is REGULAR multiple Handle.

**Full Refund for Threats:** YES - BUT Please follow 1, 2, 3, and 4. This is an RMA, customer will need to return for full refund.

**Threats include:** BBB, AG, chargeback, Credit Card Company, bank.
**Not Valid Threats include:** Lawyer, News, Social Media do <u>NOT</u> qualify for a refund

1. ~~Save Sale~~ of <u>50%</u> **MUST** be offered if a customer is making valid threats. **THESE SAVE SALES MUST BE PUSHED AND USED TO DIFUSE!**

2. If the 50% Partial Refund is declined and threats are still being made, **ONLY THEN** can you offer a RMA. - **THIS IS A LAST RESORT**
3. If threats were made, please list the type of threat in the notes.
4. If a customer accepts a partial refund and does not make any new threats, do not make further offers.


• <u>AGENT MUST RECORD THE THREAT USED</u> and only offer the RMA with use of buzzwords

• When a RMA is issued please let customer know the RMA number should be clearly written on return package.

**If a BBB representative calls in:** Please give them the brand website to contact via email and the brand return address to contact via mail.

**Refund if over 30 days:** NO, but with bank rep can issue for <u>most recent charge</u>, escalate for further requests
**Refund multiple packages:** NO
**Return Deadline:** 15 Days

*Post-Trial Offer Maps:*

Offer Map Offers

1: Post Trial Reduced Continuity - Discount Percentage : 50
2: Post Trial Clean Cancel
3: Post Trial Refund - Refund Percentage : 50
4: Post Trial Return - Refund Percentage : 100
   Special Instructions : Please let the customer know that refunds will be issued 4-6 business days after the product is returned to the warehouse.
5: Bank Post Trial Refund - Refund Percentage : 100
   Special Instructions : Use ONLY if bank rep is on the phone


## Policy Overview:

- No voiding (customers cannot cancel or void their shipment. They must ship product back and pay for S&H)
- No refunds for persistent customers. Only threatening customers qualify for a refund
- Threatening customers must be walked through a 50% refund first before receiving an RMA
- Customer must return package to receive a full refund less stocking fee
- No refunds given over 30 days (unless with bank rep, but only most recent package)
- Cannot refund Multiple Packages
- RMA deadline to return product is 15 days (or customer does not qualify for refund)
- Campaigns are REGULAR multiple handle. – Will assist second product only if customer brings up

## Email Protocols

Unlike other clients, we only have two responses we send back to Branded Response customers. They are split between their Skin & Muscle brands and their eBook (LimeLight and Konnektive) brands.

**DO NOT** cancel accounts for **Skin & Muscle** brands. We will only be canceling eBook accounts.

**DO NOT respond if** a customer is replying to an email that Revlive sent them. There is more on that in the **No Response** section.

## Skin & Muscle responses

### "Call In" template

If a customer emails regarding a refund, cancellation, return, or a credit card change, select this template. Change the "[!insert customer inquiry (refund/cancellation/change CC/return product)!]" text in the body of the email response to whatever the inquiry was (section 12 and 13 of **Basic Process**). **IMPORTANT:** do **not** cancel the account or issue a refund! The client wants account cancellations and refund offers for the Skin & Muscle brands to be handled over the phone.

Body:*

Thank you for contacting Customer Care.

We apologize if you were unsatisfied with our product. In order to place a [!insert customer inquiry (refund/cancellation/change CC/return product)!], please reach out to our customer service at (877) 350-2942 to verify your account. Please note that this process needs to take place before we can resolve any billing related inquiries.

We look forward to speaking with you!

Lumanere
Customer Service Toll Free: (877) 350-2942

--------- original message ---------

I should have googled your product and scam before I was duped into ordering. Your scam is all over the internet and I went ahead and left a review of my experience as well.

PX17 Attachment AA-14

**"Info Change" template**

If a customer emails regarding an address change, phone number change, or email address change, select this template. Change the "[!INSERT_ITEM_CHANGED!]" text in the body of the email to whatever the change was (section 12 and 13 of **Basic Process**).

Body:*

> Dear Alli Bradshaw,
>
> Thank you for contacting Customer Care. We have changed your [!INSERT_ITEM_CHANGED!] and your account now reflects these changes. For further assistance, please contact Customer Service at (877) 350-2942.
>
> Thank you!
> Lumanere
>
> -------- original message ----------
>
> I should have googled your product and scam before I was duped into ordering. Your scam is all over the internet and I went ahead and left a review of my experience as well.
>
> Good luck to this crooked company!
>
> From: Lumanere Skin <info@lumanereskin.com>

Body of Email

# eBook (LimeLight and Konnektive) responses

## "eBook Cancel" template

If a customer emails regarding canceling their eBook account or getting a refund, select this template and **cancel the account in Revlive by issuing a Clean Cancel.**

Please select a sub disposition to show available offers based on the current status of Cancelled.

> Ongoing Reduced Continuity - 50 Discount Percentage Allow a customer to stay on continuity program at a lesser price

> Ongoing Clean Cancel Cancel a customers ongoing order stream          Offered

**Offer Details**

Offer:      Ongoing Clean Cancel

Threat Hide    This offer can not be made if the below threats were made.
Restiction:    Better Business Bureau
               Attorney General/Federal Trade Commission
               Bank Dispute/Chargeback/Credit Card Company

Offered    Accepted

PX17 Attachment AA-15

"eBook Info Change" template

If a customer emails regarding an address change, phone number change, or email address change, select this template. Change the "[!INSERT_ITEM_CHANGED!]" text in the body of the email to whatever the change was (section 12 and 13 of **Basic Process**).

Body:*

> Dear Alli Bradshaw,
>
> Thank you for contacting Customer Care. We have changed your [INSERT_ITEM_CHANGED!] and your account now reflects these changes. For further assistance, please contact Customer Service at (877) 350-2942.
>
> Thank you!
> Lumanere
>
> -------- original message ---------
>
> I should have googled your product and scam before I was duped into ordering. Your scam is all over the internet and I went ahead and left a review of my experience as well.
>
> Good luck to this crooked company!
>
> From: Lumanere Skin <info@lumanereskin.com>

Body of Email

## Reships

We will issue reships for the customer if they have entered an incorrect address at the time of order. When the customer has given you their updated address, select the "Info Change" template, update their address in the CRM, and then select "Reship" from the "Transfer to Supervisor" dropdown menu in the "Interaction Details" section. Add your notes and click "Submit" to put the reship into queue and send the email. You may send them their tracking number if they request it, but only after the reship has been processed by the queue team.

## No Response

We do **not respond** if a customer replies to an email message that Revlive sent to them. Do the following in these cases:

1. Set Disposition as "Non-Billable."
2. Set Sub-Disposition as "Price."
3. **Do not** select an email template.
4. Scroll to the "Other Notes" section and add notes saying "Customer already received response – email cleared."
5. Click the blue "Submit" button.

## Account Not Found

If you are unable to find the customer's account in Revlive, scroll below the search section to see the customer's email, disposition details, and interaction details. Follow step 11 and onward in the **Basic Protocol** section. For eBook brands, you may need to cancel in the CRM or switch the search from eBook (LimeLight) to eBook (Konnektive) to find the account.

PX17 Attachment AA-16

## Official emails from BBB, Attorney General, etc

Forward the following emails to Joelle at Branded Response:

- Letters from lawyers/lawyers offices.
- Attorney General Letters.
- Better Business Bureau.
- People's Claim.
- Complaints Board.
- Any other third party dispute organizations not listed above.

Step by step instructions:

1. Set Disposition as "Non-Billable."
2. Set Sub-Disposition as "Price."
3. Select **any** email template.
4. Remove the address in the "To:" field and replace it with joelle@brandedresponse.us.
5. In the template, delete "--------- original message ----------" and everything above that.
6. The Interaction Details should look like this:

Interaction Details

| | |
|---|---|
| **Email Template:** | eBook Cancel (Branded Response) |
| | Choose an Email Template to send the outgoing email |
| **To:*** | joelle@brandedresponse.us |
| | Email address to send to |
| **From:*** | customerservice@brandwhatever.com |
| | Email address to send from. |
| **Subject:*** | BBB Complaint case #0283092 |
| | Subject line to be sent out |
| **Body:*** | yada yada this is the BBB/AG/etc email. We delete our response so that Joelle at Branded Response gets just the complaint. |

7. Enter "Sent to Branded Response" in the notes section.
8. Click submit.

PX17 Attachment AA-17

- Pickup rate
- Average Call Handle time
- # of EC save returns:  cancel for the customer in trial where they accept the discounted sale price option in lieu of returning to avoid the end of trial charge.
- # of Clean Cancels: ongoing customer that cancels without receiving a refund.
- # of Save Returns: ongoing cancel where the customer receives a partial refund in lieu of returning for the full refund.
- Additional data points may be added as agreed to by both parties.

**H. ACCOUNT SUPPORT**

Both Parties agree to provide the following support to each other:

Account Management:  Both Parties will provide the appropriate level of resources and support to this Agreement, including availability of managers, supervisors, and executives when needed, as well as all technical and telecom assistance.  Upon request by Customer, Customer may provide an FTP site for RevLive to upload call recordings to.

Program Management:  Both Parties will have an Account Program Manager assigned to this program who will act as the primary point of contact for all logistics of this Agreement, including, but not limited to, weekly meetings to review performance and suggest improvements, weekly administration of joint call monitoring calibration sessions and weekly operations calls. In addition, this resource would be available for ad hoc requests and to address "day-to-day" activity.

Project Management:  Both Parties will make such resources available on an "as needed" basis.

**[Continued on following page.]**

PX17 Attachment AA-18

**CALL HANDLING**

CONTACT CENTER will be measured on its ability to handle calls and meet the following monthly standards: The following are the goals established for this Service. Some components that will affect the actual results include, but are not limited to billing policies, traffic sources, fulfillment center service level and overall program management.

Effective communication must exist between Customer and RevLive on anticipated order volume fluctuations, so RevLive can hire, staff and train accordingly. These below Key Performance Indicators assume commercially reasonable notice is provided relative to any increase or decrease in order volume.

**Matrix A (Key Performance Indicators)**

| Measurement | Description | Goal |
|---|---|---|
| Abandon Rate | The % of calls abandoned during business hours before handled. Calls abandoned within 10 seconds are not included. | 10% |
| Average Wait Time | Average time calls wait until answered (minus call set-up time). | 90 seconds |
| Call Quality Score | Average score of all agents Call Quality session (5 per rep per week minimum required) | 90% |

PX17 Attachment AA-19



## GoLive! Form

We are very excited to have you on board! Please take a moment to complete the below New Client Form in order for us to set up your configuration. In this document you will find the following items:

Launch Process ...................................................................................................................................1
Goal setting .......................................................................................................................................1
Your RevLive team contact information...........................................................................................1
Configuration & Set Up ....................................................................................................................2
Brand Information.......................................................................................................................... 2-4
Refund Policies ............................................................................................................................. 4-6
Special Instructions ..........................................................................................................................7

Over the next few weeks we will be taking the following steps:

1. Initial Launch Call
2. Account Set Up
3. CRM Migration
4. Launch

| Your RevLive Team | |
|---|---|
| Stelios Cabrera – VP of Operations | Stelios@revlive.net |
| Neil Aragon - VP of Business Development | Neil@revlive.net |
| Lindsey Martinez - GoLive! Manager | Lindsey@revlive.net |
| Jade Raber – Director of Customer Success | Jade@revlive.net |

Please take a moment to highlight your particular goal with our solution; please choose one:

a. High emphasis on driving profitability by cutting my refund and customer service costs; chargebacks are looking good and can stay where they are
b. Looking to drive profitability by cutting my refund and customer service costs AND lower my chargebacks slightly (10-15%)
c. Need to slash chargebacks aggressively and within 30 days by 40% or more. I'm fine with no profitability gain or even a slight cost to complete this.

Please confirm order volume totals across your brand(s):

d. Current orders/day:
e. In 30 days, orders/day:

1



## GoLive! Form

| Company Information | |
|---|---|
| **Company Name:** | |
| **Company Address:** | |
| **Primary Contact:** | |
| **Desired Branding:** | E.g. "Thank you for calling customer service, how may I help you?" |
| **Primary Phone:** | |
| **Primary Email:** | |
| **Technical Contact:** | |
| **Refund Policy Choice:** | |

| *********EXPECTED LAUNCH DATE********* | |
|---|---|
| **Launch Date** | [Our call centers need at least 5-7 business days for training] |

| Customer Service Set-Up | | | |
|---|---|---|---|
| **API Login URL:** | | | |
| **API Username:** | | **API Password:** | |
| **CRM:** | | | |
| **CRM URL:** | | | |
| **CRM User:** | | **CRM Password:** | |
| **Test Credit Card #:** | | **Card Expiration:** | |

| Customer Email Management | | | |
|---|---|---|---|
| If we will be providing support to your customer service email, please provide logins for each brand below. | | | |
| **Brand #1:** | | | |
| **Web Login URL** | | | |
| **Email Address** | | | |
| | | | |
| **Brand #2:** | | | |
| **Web Login URL** | | | |
| **Email Address** | | **Email Password** | |
| | | | |
| If you do not have a URL please provide us with the following: | | | |
| **Account Type** | [POP3 or IMAP] | **SSL?** | [Y/N] |
| **Incoming Mail Server** | | | |
| **Outgoing Mail Server** | | | |

| Brand Information | |
|---|---|
| Please provide each of your brand's information below and add sections for additional brands. | |
| **Brand #1 Name:** | |
| **Landing Page:** | |
| **Phone Number:** | |
| **End of Trial Price:** | |
| **Ongoing Price:** | |

2