PX17

PX17 Attachment AB

Correspondence regarding charge disputes obtained from office shred bin

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010

# DISPUTE
# SUMMARY

Faxed to:

07-05-2017
(MM/DD/YYYY)

BLIZZARD WHITE GLOBAL
STE 200
871 CORONADO CENTER DR
HENDERSON, NV 89052-3977

||·||·||||||·|·|·||||·|·||·||·||||·|·||·||·||·|·|·|·|||||·|||·||·

> The following is a summary of the chargebacks
> processed on
>
> **07-05-2017**
> (MM/DD/YYYY)
> **If you wish to contest any of these transactions,
> please respond using the corresponding
> Chargeback Response form by designated Due
> Date. Please do not return this summary form
> with your response.**

Attached are documents related to chargeback transactions processed by Merchant Services.

Please carefully review each document. If you wish to contest these transactions, please follow the instructions noted on each form.

| Summary | | |
|---|---|---|
| | Item | Amount |
| Chargebacks | 2 | 188.62 |
| Reversals | | |
| **Total Adjusted Amount*** | **2** | **188.62** |

*The total adjusted amount does not include the Non-Financial items listed in the section below.

| Merchant Number | Case Number | Reference Number | Ticket/Cardholder Number | Reason Code | Amount |
|---|---|---|---|---|---|
| **Financial Activity** | | | | | |
| **Chargebacks** | | | | | |
| ▮▮▮▮▮ | 0301718344374 | 24733347149029010375269 | ▮▮▮▮▮ | 41 | 94.31 |
| | 0317181502885 | 85541357137980000236877 | | 37 | 94.31 |

PX17 Attachment AB-1

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE NOTIFICATION

Dispute Type:                    FIRST CHARGEBACK

**07/05/2017 (mm/dd/yyyy)**

| A financial adjustment has been made to your account as a result of a dispute.If you wish to contest, your response must be received no later than: **07/20/2017** (mm/dd/yyyy) |
|---|

BLIZZARD WHITE GLOBAL
871 CORONADO CENTER DR STE 200
HENDERSON NV 89052-3977
US

**Issuer:**                   JPMorgan Chase Bank N.A. - Debit
**Case Number:**              0301718344374
**Adjustment Amount:**        94.31
**Reason:**                   41 / Cancelled Recurring Transaction

## Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | | Credit Card Number: | |
| Card Product Type: | Visa Classic | Transaction Amount: | 94.31 |
| Batch Date (mm/dd/yyyy): | | Transaction Date (mm/dd/yyyy): | 05/27/2017 |
| Invoice Number: | | Alternate Amount: | 0.00 |
| Merchant Xref: | | Transaction Method: | Mail/Telephone Order |
| Reference Number: | 24733347149029010375269 | POS Entry: | 10 / Credential On File |
| Airline Ticket Number: | | MCC: | 5968 |
| Custom Data: | SYS/PRIN: 1073/0200 | | |

**DO NOT ISSUE CREDIT!** The cardholders account has been credited as a result of this chargeback. If you previously issued credit, please provide the date and amount of the credit.

**When responding to this dispute, follow all instructions on the back of the form.**

**Comment:** To refute this chargeback, please provide a signed copy of the contract containing a clause which outlines cardholder liability and the specific terms of the agreement and/or cancellation policy, or proof that the transaction is the result of an installment billing.CH CANCELLED 052317

**Dispute Alert:**Effective April 2018, Visa will restructure the Dispute process with a liability assignment model, Visa Claims Resolution (VCR). This model reduces dispute cycle times. As a result, we encourage the adoption of our electronic solutions offered. You may self-enroll in Dispute Manager via the Business Track portal (www.businesstrack.com), or speak with your Representative for eResponse.

**Questions?**
Call **Merchant Services** at:
**800-672-5008**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and [deleting it from your computer].

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE RESPONSE

| | |
|---|---|
| **Case Number:** | 0301718344374 |
| **Amount:** | 94.31 |
| **Custom Data:** | SYS/PRIN: 1073/0200 |

Date (mm/dd/yyyy): _____

| Why are you requesting a reversal of this Dispute? |
|---|
| |
| |
| |
| |
| |
| **(If additional space is needed please continue on a separate sheet of paper)** |

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

____ Copy of a Signed and/or Electronically Captured Sales Slip
____ Copy of a Signed Cancellation Policy
____ Copy of a Signed Order Form
____ Signed Proof of Delivery, including Proof of Positive AVS
____ Signed Rental Agreement
____ Copy of the Hotel/Motel Folio
____ Copy of the Recurring Billing Agreement
____ Copy of the Credit Receipt
____ Proof that the Authorized Signer was known by the Cardholder
____ Documentation Showing Additional Transactions by this Cardholder
____ T & E-Documentation showing Loyalty Transactions related to this Purchase
____ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
____ Proof that the ticket was received for Passenger Transport
____ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
____ Proof of CVV2 in Lieu of Imprint
____ Proof of Authorization
____ Proof of Verified by Visa or MasterCard Secure Code
____ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
____ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails)
____ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 402-933-1525
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green",
call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

07/05/17 IDS000   0001235

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

**07/05/2017 (mm/dd/yyyy)**

BLIZZARD WHITE GLOBAL
871 CORONADO CENTER DR STE 200
HENDERSON NV 89052-3977
US

# DISPUTE NOTIFICATION

| | |
|---|---|
| Dispute Type: | FIRST CHARGEBACK |

> **A financial adjustment has been made to your
> account as a result of a dispute.If
> you wish to contest, your
> response must be received no later than:
> 07/20/2017** (mm/dd/yyyy)

| | |
|---|---|
| **Issuer:** | BANK OF AMERICA, NATIONAL ASSOCIATION |
| **Case Number:** | 0317181502885 |
| **Adjustment Amount:** | 94.31 |
| **Reason:** | 37 / Fraudulent Transaction - No Cardholder Authorization |

### Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | | Credit Card Number: | |
| Card Product Type: | Debit MasterCard Enhanced | Transaction Amount: | 94.31 |
| Batch Date (mm/dd/yyyy): | | Transaction Date (mm/dd/yyyy): | 05/18/2017 |
| Invoice Number: | | Alternate Amount: | 0.00 |
| Merchant Xref: | | Transaction Method: | Recurring Payment |
| Reference Number: | 85541357137980000236877 | POS Entry: | 01 / Hand Keyed |
| Airline Ticket Number: | | MCC: | 5968 |
| Custom Data: | SYS/PRIN: 1073/0200 | | |

**DO NOT ISSUE CREDIT!** The cardholders account has been credited as a result of this chargeback. If you previously issued credit, please provide the date and amount of the credit.

**When responding to this dispute, follow all instructions on the back of the form.**

**Comment:** To refute this chargeback, please provide proof that the cardholder authorized and participated in this transaction. Proof of positive address verification services (AVS) response and proof of delivery showing the merchandise was shipped to the AVS confirmed address must be provided or any documentation that supports the customer participated in the transaction.

**Dispute Alert:**Effective April 2018, Visa will restructure the Dispute process with a liability assignment model, Visa Claims Resolution (VCR). This model reduces dispute cycle times. As a result, we encourage the adoption of our electronic solutions offered. You may self-enroll in Dispute Manager via the Business Track portal (www.businesstrack.com), or speak with your Representative for eResponse.

**Questions?**
Call **Merchant Services** at:
**800-672-5008**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and (deleting it from your computer).

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE RESPONSE

| | |
|---|---|
| **Case Number:** | 0317181502885 |
| **Amount:** | 94.31 |
| **Custom Data:** | SYS/PRIN: 1073/0200 |

Date (mm/dd/yyyy): _____

| Why are you requesting a reversal of this Dispute? |
|---|
| |
| |
| |
| |
| |
| (If additional space is needed please continue on a separate sheet of paper) |

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

___ Copy of a Signed and/or Electronically Captured Sales Slip
___ Copy of a Signed Cancellation Policy
___ Copy of a Signed Order Form
___ Signed Proof of Delivery, including Proof of Positive AVS
___ Signed Rental Agreement
___ Copy of the Hotel/Motel Folio
___ Copy of the Recurring Billing Agreement
___ Copy of the Credit Receipt
___ Proof that the Authorized Signer was known by the Cardholder
___ Documentation Showing Additional Transactions by this Cardholder
___ T & E Documentation showing Loyalty Transactions related to this Purchase
___ T & E Documentation Showing Subsequent purchases made throughout the Service Period
___ Proof that the ticket was received for Passenger Transport
___ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
___ Proof of CVV2 in Lieu of Imprint
___ Proof of Authorization
___ Proof of Verified by Visa or MasterCard Secure Code
___ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
___ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails)
___ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 402-933-1525
OR, MAIL TO: The address at the top of this page.

**Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.**

## Dispute Resolution Form—
## Fraud



mastercard

**Transaction Information:**

Acquirer's Reference Data or Switch Serial Number: 85541357137980000236877

Merchant Name:  BLIZZARD WHITE GL                    Transaction or Settlement Date: 05/16/2017

Number of Items: 1                                    Disputed Amount:                94.31

If multiple transactions are charged back, include the first transaction detail above and supply on separate pages the remaining unauthorized transactions disputed by the cardholder. Include for each transaction the merchant name, Acquirer Reference Data or Switch Serial Number and transaction amount.

***By completing this form, the issuer certifies its knowledge of the cardholder's*** claim that neither he, she, nor anyone authorized by him or her engaged in the transaction(s) provided with this form.

**Card Status Information:** Check all applicable boxes as required by the Chargeback Guide for this dispute.

| | | |
|---|---|---|
| The card was closed before the chargeback was processed: | ☑ Yes | ☐ No |
| The transaction was reported to SAFE before processing chargeback: | ☑ Yes | ☐ No |
| The card used was lost, stolen or never received issue (NRI): | ☐ Yes | ☑ No |
| The card used was counterfeit: | ☑ Yes | ☐ No |
| The account listed on the Account Management Service Stand-In Account File: | ☑ Yes | ☐ No |
| Reason code 4837 CAT 2:  Was the card lost, stolen, or NRI at the time of the transaction? | ☐ Yes | ☐ No |
| Reason Code 4840: Was one legitimate transaction made at the same merchant location and the cardholder is in possession and control of all cards? | ☐ Yes | ☐ No |

**Additional Information** if needed:

07/05/17 IDS000  0001235

PX17 Attachment AB-6

# Dispute Resolution Form—
# Fraud



mastercard

"I certify that the facts were obtained from my discussion with the cardholder or the company/government agency representative on behalf of the corporate/government card cardholder and that the facts are accurate to the best of my knowledge."

Customer Service/Chargeback Representative:  Sahil Gera                    Date:  07/04/17

## Issuer complete section below for <u>Reason Code 4871- Chip Liability Shift—Lost/Stolen/Never Received Issue (NRI) Fraud Chargeback</u> only:

**Card Issuer Region:**  _____

### Cardholder Verification Method (CVM) Hierarchy List Certification

Number the priority sequence of CVM supported by the card from highest to lowest priority as 1, 2, 3, 4. Number 1 being the highest priority CVM on the card.  If a CVM is not supported, leave that CVM option blank.  See examples below:

_____  Online PIN Preferring
_____  Offline PIN
_____  Signature
_____  None   (No CVM)

**Examples: Card's CVM Priority or Hierarchy**
Example #1 – Card's CVM priority or hierarchy is Online PIN, Offline PIN, Signature and then No CVM.
CVM hierarchy:   1 Online PIN Preferring  2 Offline PIN   3 Signature   4 None (No CVM)

Example #2 – Card's CVM priority or hierarchy is Online PIN, Signature and then No CVM. The card does not support Offline PIN.
CVM hierarchy:   1 Online PIN Preferring  __ Offline PIN  2 Signature  3 None (No CVM)

Example #3 –Card's CVM priority or hierarchy is Offline PIN, Signature and then No CVM.  The card does not support Online PIN.
CVM hierarchy:   __ Online PIN Preferring  1 Offline PIN  2 Signature   3 None (No CVM)

07/05/17 IDS000  0001235

PX17 Attachment AB-7

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010

# DISPUTE
# SUMMARY

Faxed to:

07-07-2017
(MM/DD/YYYY)

| The following is a summary of the chargebacks processed on |
| :---: |
| **07-06-2017** (MM/DD/YYYY) |
| If you wish to contest any of these transactions, please respond using the corresponding Chargeback Response form by designated Due Date. Please do not return this summary form with your response. |

WALNUT STREET MARKETING
11001 W 120TH AVE STE 400
BROOMFIELD, CO 80021-3493
ᵐˡˡˡᵗᵐˡˡˡˡᵗˡˡˡᵘˡˡˡˡˡˡ

Attached are documents related to chargeback transactions processed by Merchant Services.

Please carefully review each document. If you wish to contest these transactions, please follow the instructions noted on each form.

| | Summary | |
| :---: | :---: | :---: |
| | Item | Amount |
| Chargebacks | 2 | 188.62 |
| Reversals | | |
| **Total Adjusted Amount*** | 2 | 188.62 |

*The total adjusted amount does not include the Non-Financial items listed in the section below.

| Merchant Number | Case Number | Reference Number | Ticket/Cardholder Number | Reason Code | Amount |
| --- | --- | --- | --- | --- | --- |
| **Financial Activity** | | | | | |
| **Chargebacks** | | | | | |
| ▉▉▉▉▉▉ | 771666098901 | 5553607705020797370032S | | 53 | 94.31 |
| | 871866528601 | 24110397158207973500760 | | 41 | 94.31 |

07/07/17 IDS000  0003715

PX17 Attachment AB-8

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

**07/06/2017 (mm/dd/yyyy)**

WALNUT STREET MARKETING
11001 W 120TH AVE #400
BROOMFIELD CO 80021-0000

# DISPUTE NOTIFICATION

| | |
|---|---|
| Dispute Type: | SECOND CHARGEBACK |

> **A financial adjustment has been made to your account as a result of a dispute.If you wish to contest, your response must be received no later than: <u>07/21/2017</u> (mm/dd/yyyy)**

| | |
|---|---|
| **Issuer:** | BARCLAYS BANK DELAWARE |
| **Case Number:** | 771666098901 |
| **Adjustment Amount:** | 94.31 |
| **Reason:** | 53 / Cardholder Dispute |

## Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | | Credit Card Number: | |
| Card Product Type: | World MasterCard Card | Transaction Amount: | 94.31 |
| Batch Date (mm/dd/yyyy): | 02/19/2017 | Transaction Date (mm/dd/yyyy): | 02/19/2017 |
| Invoice Number: | 0011128049 | Alternate Amount: | 0.00 |
| Merchant Xref: | | Transaction Method: | Recurring Payment |
| Reference Number: | 55536077050207973700326 | POS Entry: | 01 / Hand Keyed |
| Airline Ticket Number: | | MCC: | 5999 |
| Custom Data: | | | |

**<u>DO NOT ISSUE CREDIT!</u>** The cardholders account has been credited as a result of this chargeback. If you previously issued credit, please provide the date and amount of the credit.

**When responding to this dispute, follow all instructions on the back of the form.**

**Comment:** To refute this chargeback, please provide a written rebuttal addressing all of the cardholder's concerns and provide copies of all sales drafts, order forms, invoices, or contracts to support your rebuttal.

**Dispute Alert:**Effective April 2018, Visa will restructure the Dispute process with a liability assignment model, Visa Claims Resolution (VCR). This model reduces dispute cycle times. As a result, we encourage the adoption of our electronic solutions offered. You may self-enroll in Dispute Manager via the Business Track portal (www.businesstrack.com), or speak with your Representative for eResponse.

**Questions?**
Call **Merchant Services** at:
**1-800-594-9465**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and deleting it from your computer.

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE RESPONSE

| | |
|---|---|
| **Case Number:** | 771666098901 |
| **Amount:** | 94.31 |
| **Custom Data:** | |

Date (mm/dd/yyyy): _____

| Why are you requesting a reversal of this Dispute? |
|---|
| |
| |
| |
| |
| (If additional space is needed please continue on a separate sheet of paper) |

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

___ Copy of a Signed and/or Electronically Captured Sales Slip
___ Copy of a Signed Cancellation Policy
___ Copy of a Signed Order Form
___ Signed Proof of Delivery, including Proof of Positive AVS
___ Signed Rental Agreement
___ Copy of the Hotel/Motel Folio
___ Copy of the Recurring Billing Agreement
___ Copy of the Credit Receipt
___ Proof that the Authorized Signer was known by the Cardholder
___ Documentation Showing Additional Transactions by this Cardholder
___ T & E-Documentation showing Loyalty Transactions related to this Purchase
___ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
___ Proof that the ticket was received for Passenger Transport
___ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
___ Proof of CVV2 in Lieu of Imprint
___ Proof of Authorization
___ Proof of Verified by Visa or MasterCard Secure Code
___ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
___ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails)
___ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 402-933-1525
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

## Dispute Resolution Form—
## Cardholder Dispute Chargeback



**MasterCard**

### Transaction Information:

Acquirer's Reference Data or Switch Serial Number:  55536077050207973700326

Merchant Name:  BELLA@HOME 866238592          Transaction or Settlement Date:  02/19/2017

Transaction Amount:  94.31          Disputed Amount:  $94.31

### Type of Cardholder Dispute (check one):

☐ Goods or services were not as described or defective, includes shipped merchandise received damaged or not suitable for its intended purpose or merchant didn't honor the terms and conditions of a contract.

Delivery date of the goods or services: _____

☐ Goods or services were not provided

Expected delivery date of the goods or services: _____

☐ Digital goods were purchased totaling USD 25.00 or less and did not have adequate purchase controls

☐ Credit not processed

Return or cancellation date: _____

☐ Counterfeit goods alleged to be authentic were purchased

☒ Recurring transaction cancelled prior to billing

Cancellation date:   01/25/2017 _____

☐ Recurring agreement was not properly disclosed

☐ Addendum dispute

☐ "No-Show" hotel charge was billed

☐ Purchase transaction did not complete

☐ Timeshare agreement or similar service provision was cancelled within MasterCard time frame

☐ Credit posted as a purchase

### Cardholder Participation:

Did the cardholder participate in the transaction?          ☐ Yes    ☐ No

07/07/17 IDS000  0003715
PX17 Attachment AB-11

## Dispute Resolution Form
## Cardholder Dispute Chargeback



**MasterCard**

### Dispute Details:

Describe the cardholder's compliant in sufficient detail to meet the requirements for the chargeback as described in the *Chargeback Guide* and to enable all parties to understand the dispute:

Invalid Remedy........cardholder cancelled on 01/25/2017  which is before the transaction date and the merchant continues to charge the cardholder........the cardholder sent an email to cancel.......no credit has been issued

07/07/17 IDS000  0003715

PX17 Attachment AB-12

## Dispute Resolution Form
## Cardholder Dispute Chargeback



**MasterCard**

---

**MasterCard will determine whether this information contains sufficient detail.**

"I certify that the facts were obtained from my discussion with the cardholder or the company/government agency representative on behalf of the corporate/government card cardholder and that the facts are accurate to the best of my knowledge."

Customer Service/Chargeback Representative: <u>Carla Tibbetts</u>          Date: <u>06/30/2017</u>

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE NOTIFICATION

Dispute Type:           FIRST CHARGEBACK

**07/06/2017 (mm/dd/yyyy)**

WALNUT STREET MARKETING
11001 W 120TH AVE #400
BROOMFIELD CO 80021-0000

> **A financial adjustment has been made to your
> account as a result of a dispute.If
> you wish to contest, your
> response must be received no later than:
> <u>07/21/2017</u> (mm/dd/yyyy)**

| | |
|---|---|
| **Issuer:** | JPMorgan Chase Bank N.A. - Debit |
| **Case Number:** | 871866628601 |
| **Adjustment Amount:** | 94.31 |
| **Reason:** | 41 / Cancelled Recurring Transaction |

## Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | | Credit Card Number: | |
| Card Product Type: | Visa Classic | Transaction Amount: | 94.31 |
| Batch Date (mm/dd/yyyy): | 06/07/2017 | Transaction Date (mm/dd/yyyy): | 06/07/2017 |
| Invoice Number: | 0011843245 | Alternate Amount: | 0.00 |
| Merchant Xref: | | Transaction Method: | Recurring Payment |
| Reference Number: | 24110397158207973500760 | POS Entry: | 01 / Hand Keyed |
| Airline Ticket Number: | | MCC: | 5999 |
| Custom Data: | | | |

**<u>DO NOT ISSUE CREDIT!</u>** The cardholders account has been credited as a result of this chargeback. If you previously issued credit, please provide the date and amount of the credit.

**When responding to this dispute, follow all instructions on the back of the form.**

**Comment:** To refute this chargeback, please provide a signed copy of the contract containing a clause which outlines cardholder liability and the specific terms of the agreement and/or cancellation policy, or proof that the transaction is the result of an installment billing.

**Dispute Alert:**Effective April 2018, Visa will restructure the Dispute process with a liability assignment model, Visa Claims Resolution (VCR). This model reduces dispute cycle times. As a result, we encourage the adoption of our electronic solutions offered. You may self-enroll in Dispute Manager via the Business Track portal (www.businesstrack.com), or speak with your Representative for eResponse.

**Questions?**
Call **Merchant Services** at:
**1-800-594-9465**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communications strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and (deleting it from your computer)

PX17 Attachment AB-14

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE RESPONSE

**Case Number:** 871866628601
**Amount:** 94.31
**Custom Data:**

Date (mm/dd/yyyy): _____

| Why are you requesting a reversal of this Dispute? |
| --- |
| |
| |
| |
| |
| |
| (If additional space is needed please continue on a separate sheet of paper) |

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

___ Copy of a Signed and/or Electronically Captured Sales Slip
___ Copy of a Signed Cancellation Policy
___ Copy of a Signed Order Form
___ Signed Proof of Delivery, including Proof of Positive AVS
___ Signed Rental Agreement
___ Copy of the Hotel/Motel Folio
___ Copy of the Recurring Billing Agreement
___ Copy of the Credit Receipt
___ Proof that the Authorized Signer was known by the Cardholder
___ Documentation Showing Additional Transactions by this Cardholder
___ T & E-Documentation showing Loyalty Transactions related to this Purchase
___ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
___ Proof that the ticket was received for Passenger Transport
___ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
___ Proof of CVV2 in Lieu of Imprint
___ Proof of Authorization
___ Proof of Verified by Visa or MasterCard Secure Code
___ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
___ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails)
___ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 402-933-1525
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010

# DISPUTE
# SUMMARY

Faxed to:

07-09-2017
(MM/DD/YYYY)

WALNUT STREET MARKETING
11001 W 120TH AVE STE 400
BROOMFIELD, CO 80021-3493

| The following is a summary of the chargebacks processed on |
|---|
| **07-08-2017**<br>(MM/DD/YYYY) |
| If you wish to contest any of these transactions, please respond using the corresponding Chargeback Response form by designated Due Date. Please do not return this summary form with your response. |

Attached are documents related to chargeback transactions processed by Merchant Services.

Please carefully review each document. If you wish to contest these transactions, please follow the instructions noted on each form.

| | Summary | |
|---|---|---|
| | **Item** | **Amount** |
| **Chargebacks** | 4 | 279.11 |
| **Reversals** | | |
| **Total Adjusted Amount*** | 4 | 279.11 |

*The total adjusted amount does not include the Non-Financial items listed in the section below.

| Merchant Number | Case Number | Reference Number | Ticket/Cardholder Number | Reason Code | Amount |
|---|---|---|---|---|---|
| **Financial Activity** | | | | | |
| **Chargebacks** | | | | | |
| | 871887127701 | 24110397167207973400119 | | 85 | 38.71 |
| | 871890062201 | 24110397075207973200262 | | 83 | 105.22 |
| | 871890239901 | 24110397102207973900215 | | 83 | 61.51 |
| | 871890240001 | 24110397147207973400213 | | 83 | 73.67 |

07/09/17 IDS600  0005485

PX17 Attachment AB-16

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

**07/08/2017 (mm/dd/yyyy)**

WALNUT STREET MARKETING
11001 W 120TH AVE #400
BROOMFIELD CO 80021-0000

# DISPUTE NOTIFICATION

**Dispute Type:**                FIRST CHARGEBACK

> A financial adjustment has been made to your
> account as a result of a dispute.If
> you wish to contest, your
> response must be received no later than:
> **07/23/2017** (mm/dd/yyyy)

| | |
|---|---|
| **Issuer:** | Bank of America Consumer Credit |
| **Case Number:** | 871887127701 |
| **Adjustment Amount:** | 38.71 |
| **Reason:** | 85 / Credit Not Processed |

## Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | | Credit Card Number: | |
| Card Product Type: | Visa Signature Preferred | Transaction Amount: | 38.71 |
| Batch Date (mm/dd/yyyy): | 06/16/2017 | Transaction Date (mm/dd/yyyy): | 06/16/2017 |
| Invoice Number: | 0000494022 | Alternate Amount: | 0.00 |
| Merchant Xref: | | Transaction Method: | Electronic Commerce |
| Reference Number: | 24110397167207973400119 | POS Entry: | 01 / Hand Keyed |
| Airline Ticket Number: | | MCC: | 5999 |
| Custom Data: | | | |

**DO NOT ISSUE CREDIT!** The cardholders account has been credited as a result of this chargeback. If you previously issued credit, please provide the date and amount of the credit.

**When responding to this dispute, follow all instructions on the back of the form.**

**Comment:** To refute this chargeback, please provide an explanation of why credit is not due along with one of the following 1) If cardholder is present at the time of the transaction provide a signed cancellation/return policy 2) If the transaction was mail, phone or ecommerce provide proof cancellation/return policy was accepted by the cardholder.

**Dispute Alert:**Effective April 2018, Visa will restructure the Dispute process with a liability assignment model, Visa Claims Resolution (VCR). This model reduces dispute cycle times. As a result, we encourage the adoption of our electronic solutions offered. You may self-enroll in Dispute Manager via the Business Track portal (www.businesstrack.com), or speak with your Representative for eResponse.

**Questions?**
Call **Merchant Services** at:
**1-800-594-9465**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and deleting it from your computer.

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE RESPONSE

**Case Number:** 871887127701
**Amount:** 38.71
**Custom Data:**

Date (mm/dd/yyyy): _____

| Why are you requesting a reversal of this Dispute? |
|---|
|  |
|  |
|  |
|  |
|  |
| (If additional space is needed please continue on a separate sheet of paper) |

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

___ Copy of a Signed and/or Electronically Captured Sales Slip
___ Copy of a Signed Cancellation Policy
___ Copy of a Signed Order Form
___ Signed Proof of Delivery, including Proof of Positive AVS
___ Signed Rental Agreement
___ Copy of the Hotel/Motel Folio
___ Copy of the Recurring Billing Agreement
___ Copy of the Credit Receipt
___ Proof that the Authorized Signer was known by the Cardholder
___ Documentation Showing Additional Transactions by this Cardholder
___ T & E-Documentation showing Loyalty Transactions related to this Purchase
___ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
___ Proof that the ticket was received for Passenger Transport
___ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
___ Proof of CVV2 in Lieu of Imprint
___ Proof of Authorization
___ Proof of Verified by Visa or MasterCard Secure Code
___ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
___ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails)
___ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 402-933-1525
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

07/09/17 IDS000 0005485

Visa Resolve Online

## Chargeback Questionnaire: ROL Case Number - 1551853793

### Transaction Information

| | | | | | |
|---|---|---|---|---|---|
| Card/Acct #: | ▮▮▮▮▮▮ | Tran Type: | Sale | Issuer: | BANK OF AMERICA - |
| Network: | VISA | Tran Date: | 06/16/17 | | CONSUMER CREDIT |
| Tran ID: | 307167624833335 | Processing Date: | 06/16/17 | CH Name: | |
| ARN: | 2-411039-7167-20797340011-9 | Tran Amount: | 38.71 USD | Acquirer: | BMO HARRIS BANK |
| Retrieval Ref. #: | 716729207973 | Jurisdiction: | DOMESTIC-US | | NATIONAL ASSOCIA-TION |
| | | | | Merchant: | BELLA@HOME 866238592 |
| | | | | Location: | 866-238-5924, CO |
| Acqr BID: | 10000725 | Spec Cond: | | MCC: | 5999 |
| Reimb Attr: | A | MOTO-ECI: | 7 | Network ID: | VISA |
| Action: Chargeback | | | | | |

### Dispute Information

| | |
|---|---|
| Dispute Group | 5 - Cancelled/Returned |
| Dispute Reason | 85 - Credit Not Processed |
| Dispute Amount | 38.71 USD    Cardholder ☐ Debit ☐ Credit ☑ |

### Credit Information

Was a credit voucher, voided transaction receipt or refund acknowledgement given?   ☑ No

### Elaboration Information

What was Purchased?        Other Services

☐ Providing copy of Credit Transaction Receipt not processed

Did you cancel?   ☑ Yes

☐ An original credit was not accepted because either:

### Cancellation Information

| | |
|---|---|
| Cancel Date: | 06/16/2017 |
| Spoke with: | BELLA@HOME 866238592 |
| Was the cardholder given a cancellation policy? | ☑ No |

**Attempt To Resolve**

Did the cardholder attempt to resolve with the merchant?            ☑  Yes

Date of most recent contact:        06/16/2017

Name of Contact:                    BELLA@HOME866238592

Contact Method:                     PHONE

Merchant's Response:

CAN

CELLED

**Questionnaire Notes and Documents**

Comments

CUSTOMER WAS NEVER MADE AWARE OF ANY RECURRING CHARGES AND CANCELLED , MERCHANT PROMISED TO
 CONTACTBACK ABOUT CREDIT AND STILL NO RESPONSE

Documents

No documents attached

Chargeback Reference Number
 186555

**Cardholder Contact Information**

Name

Cardholder did not release contact information.

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE NOTIFICATION

> A financial adjustment has been made to your
> account as a result of a dispute initiated by
> the issuing bank (below).

**07/08/2017 (mm/dd/yyyy)**

WALNUT STREET MARKETING
11001 W 120TH AVE #400
BROOMFIELD CO 80021-0000

Faxed to:

| | |
|---|---|
| **Jurisdiction:** | Visa USA Domestic |
| **Dispute Type:** | INCOMING PRE-ARBITRATION |
| **Reason:** | Fraudulent Transaction - Card Not Present |
| **Case Number:** | 871890062201 |
| **Adjustment Amount:** | 105.22 |

## Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | ▮▮▮▮ | Credit Card Number: | ▮▮▮▮ |
| Transaction Date (mm/dd/yyyy): | 03/16/2017 | Reference Number: | 24110387075207973200262 |
| Transaction Amount: | 105.22 | Foreign Amount: | 0.00 |
| Merchant Xref: | | Airline Ticket Number: | |
| Total Batch Amount: | 785.25 | Batch Date (mm/dd/yyyy): | 03/16/2017 |
| Usage Code: | | Custom Data: | |
| Card Product Type: | Business Tier 1 | Transaction Method: | Recurring Payment |
| Invoice Number: | 0011253313 | POS Entry: | |
| AVS Code: | N | CVV2/CVC2/CID: | |
| UCAF/CAVV: | | MCC: | 5999 |
| Reason Code: | 83 / Fraudulent Transaction - Card Not Present | | |

**Case Summary**
A dispute has been initiated by Capital One because a fictitious/invalid account number was processed or the cardholder denied participation in the transaction.

**Comments:** We provided your previous response to the cardholder's bank and the cardholder is continuing to dispute this transaction as fraud. We are unable to further defend this transaction.

**Questions?**
Call Merchant Services at:
**1-800-594-9465**

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE NOTIFICATION

A financial adjustment has been made to your
account as a result of a dispute initiated by
the issuing bank (below).

07/08/2017 (mm/dd/yyyy)

WALNUT STREET MARKETING
11001 W 120TH AVE #400
BROOMFIELD CO 80021-0000

| | |
|---|---|
| Jurisdiction: | Visa International |
| Dispute Type: | INCOMING PRE-ARBITRATION |
| Reason: | Fraudulent Transaction - Card Not Present |
| Case Number: | 871890239901 |
| Adjustment Amount: | 61.51 |

Faxed to:

## Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | | Credit Card Number: | |
| Transaction Date (mm/dd/yyyy): | 04/12/2017 | Reference Number: | 24110397102207973900215 |
| Transaction Amount: | 59.41 | Foreign Amount: | 0.00 |
| Merchant Xref: | | Airline Ticket Number: | |
| Total Batch Amount: | 283.89 | Batch Date (mm/dd/yyyy): | 04/12/2017 |
| Usage Code: | | Custom Data: | |
| Card Product Type: | Visa Classic | Transaction Method: | Recurring Payment |
| Invoice Number: | 0011563529 | POS Entry: | |
| AVS Code: | M | CVV2/CVC2/CID: | |
| UCAF/CAVV: | | MCC: | 5999 |
| Reason Code: | 83 / Fraudulent Transaction - Card Not Present | | |

## Case Summary

A dispute has been initiated by TD Canada Trust- Account Recovery & Fraud Mgmt because a fictitious/invalid account number was processed or the cardholder denied participation in the transaction.

**Comments:** We provided your previous response to the cardholder's bank and the cardholder is continuing to dispute this transaction as fraud. We are unable to further defend this transaction.

### Questions?
Call **Merchant Services** at:
**1-800-594-9465**

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE NOTIFICATION

A financial adjustment has been made to your
account as a result of a dispute initiated by
the issuing bank (below).

07/08/2017 (mm/dd/yyyy)

WALNUT STREET MARKETING
11001 W 120TH AVE #400
BROOMFIELD CO 80021-0000

Faxed to:

| | |
|---|---|
| Jurisdiction: | Visa International |
| Dispute Type: | INCOMING PRE-ARBITRATION |
| Reason: | Fraudulent Transaction - Card Not Present |
| Case Number: | 871890240001 |
| Adjustment Amount: | 73.67 |

## Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | ▇▇▇▇ | Credit Card Number: | ▇▇▇▇ |
| Transaction Date (mm/dd/yyyy): | 05/27/2017 | Reference Number: | 24110397147207973400213 |
| Transaction Amount: | 70.32 | Foreign Amount: | 0.00 |
| Merchant Xref: | | Airline Ticket Number: | |
| Total Batch Amount: | 1781.55 | Batch Date (mm/dd/yyyy): | 05/27/2017 |
| Usage Code: | | Custom Data: | |
| Card Product Type: | Visa Classic | Transaction Method: | Recurring Payment |
| Invoice Number: | 0011781669 | POS Entry: | |
| AVS Code: | M | CVV2/CVC2/CID: | |
| UCAF/CAVV: | | MCC: | 5999 |
| Reason Code: | 83 / Fraudulent Transaction - Card Not Present | | |

**Case Summary**
A dispute has been initiated by TD Canada Trust- Account Recovery & Fraud Mgmt because a fictitious/invalid account number was processed or the cardholder denied participation in the transaction.

**Comments:** We provided your previous response to the cardholder's bank and the cardholder is continuing to dispute this transaction as fraud. We are unable to further defend this transaction.

**Questions?**
Call **Merchant Services** at:
**1-800-594-9465**

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green",
call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010

# DISPUTE
# SUMMARY

Faxed to:

07-11-2017
(MM/DD/YYYY)

WALNUT STREET MARKETING
11001 W 120TH AVE STE 400
BROOMFIELD, CO 80021-3493

⑴⑴⑴⑴⑴⑴⑴⑴⑴⑴⑴⑴⑴⑴⑴⑴⑴

> The following is a summary of the chargebacks
> processed on
>
> **07-10-2017**
> (MM/DD/YYYY)
> **If you wish to contest any of these transactions,
> please respond using the corresponding
> Chargeback Response form by designated Due
> Date.  Please do not return this summary form
> with your response.**

Attached are documents related to chargeback transactions processed by Merchant Services.

Please carefully review each document.  If you wish to contest these transactions, please follow the instructions noted on each form.

|  | Summary | |
|---|---|---|
|  | **Item** | **Amount** |
| **Chargebacks** | | |
| **Reversals** | | |
| **Total Adjusted Amount*** | 0 | 0.00 |

*The total adjusted amount does not include the Non-Financial items listed in the section below.

| Merchant Number | Case Number | Reference Number | Ticket/Cardholder Number | Reason Code | Amount |
|---|---|---|---|---|---|
| **Non-Financial Activity** | | | | | |
| **Reversal Rejection Letters** | | | | | |
| ▓▓▓▓▓▓ | 771726847701 | 55536077164207973100249 | ▓▓▓▓▓▓ | 41 | 9.91 |

07/11/17 IDS000  0000670

PX17 Attachment AB-24

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

**07/10/2017 (mm/dd/yyyy)**

WALNUT STREET MARKETING
11001 W 120TH AVE #400
BROOMFIELD CO 80021-0000

# REVERSAL REJECTION

We received your request for a reversal of an adjustment made to your account. The information provided was not sufficient to represent the transaction back to the issuer for payment.

| | |
|---|---|
| **Issuer:** | CAPITAL ONE, NATIONAL ASSOCIATION |
| **Case Number:** | 771726847701 |
| **Work Type:** | FIRST CHARGEBACK REVERSAL |
| **Reason Code:** | 41 / Cancelled Recurring and Digital Goods Transactions |

### Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | | Credit Card Number: | |
| Card Product Type: | MC Credit (mixed bins) | Transaction Amount: | 103.04 |
| Batch Date (mm/dd/yyyy): | 06/13/2017 | Transaction Date(mm/dd/yyyy): | 06/13/2017 |
| Invoice Number: | 0011742125 | Alternate Amount: | 0.00 |
| Merchant Xref: | | Transaction Method: | Recurring Payment |
| Reference Number: | 55536077164207973100249 | POS Entry: | 01 / Hand Keyed |
| Airline Ticket Number: | | MCC: | 5999 |
| Custom Data: | | | |

**COMMENTS:** We acknowledge the partial credit; however you must show the CH cancelled on a different date, signed a contract, that this is an installemnt, or they had to click to accept. Terms must be visible with the click to accept not separate. To remedy this CB

**Dispute Alert:** Effective April 2018, Visa will restructure the Dispute process with a liability assignment model, Visa Claims Resolution (VCR). This model reduces dispute cycle times. As a result, we encourage the adoption of our electronic solutions offered. You may self-enroll in Dispute Manager via the Business Track portal (www.businesstrack.com), or speak with your Representative for eResponse.

**Questions?**
Call **Merchant Services** at:
**1-800-594-9465**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and deleting it from your computer.

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE NOTIFICATION

> A financial adjustment has been made to your
> account as a result of a dispute initiated by
> the issuing bank (below).

**07/09/2017 (mm/dd/yyyy)**

BLIZZARD WHITE GLOBAL
871 CORONADO CENTER DR STE 200
HENDERSON NV 89052-3977
US

| | |
|---|---|
| **Jurisdiction:** | Visa USA Domestic |
| **Dispute Type:** | INCOMING PRE-ARBITRATION |
| **Reason:** | Fraudulent Transaction - Card Not Present |
| **Case Number:** | 617190003001 |
| **Adjustment Amount:** | 94.31 |

Faxed to:

---

### Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | | Credit Card Number: | |
| Transaction Date (mm/dd/yyyy): | 04/21/2017 | Reference Number: | 24733347113029010197293 |
| Transaction Amount: | 94.31 | Foreign Amount: | 0.00 |
| Merchant Xref: | | Airline Ticket Number: | |
| Total Batch Amount: | 0.00 | Batch Date (mm/dd/yyyy): | |
| Usage Code: | | Custom Data: | SYS/PRIN: 1073/0200 |
| Card Product Type: | Business Tier 1 | Transaction Method: | Mail/Telephone Order |
| Invoice Number: | | POS Entry: | |
| AVS Code: | Y | CVV2/CVC2/CID: | P |
| UCAF/CAVV: | | MCC: | 5968 |
| Reason Code: | 83 / Fraudulent Transaction - Card Not Present | | |

---

**Case Summary**
A dispute has been initiated by Capital One because a fictitious/invalid account number was processed or the cardholder denied participation in the transaction.

**Comments:** We provided your previous response to the cardholder's bank and the cardholder is continuing to dispute this transaction as fraud. We are unable to further defend this transaction.

### Questions?
Call **Merchant Services** at:
**800-672-5008**

**Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.**

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010

# DISPUTE
# SUMMARY

Faxed to:

07-09-2017
(MM/DD/YYYY)

BLIZZARD WHITE GLOBAL
STE 200
871 CORONADO CENTER DR
HENDERSON, NV 89052-3977

ˡⁱ·ˡ·ˡⁱˡˡⁱˡⁱⁱˡˡⁱⁱ·ˡⁱⁱⁱ·ˡˡⁱˡⁱˡⁱˡˡˡⁱˡⁱⁱⁱⁱˡˡⁱⁱⁱⁱˡⁱˡˡⁱˡⁱ

> The following is a summary of the chargebacks
> processed on
>
> **07-09-2017**
> (MM/DD/YYYY)
> **If you wish to contest any of these transactions,
> please respond using the corresponding
> Chargeback Response form by designated Due
> Date. Please do not return this summary form
> with your response.**

Attached are documents related to chargeback transactions processed by Merchant Services.

Please carefully review each document. If you wish to contest these transactions, please follow the instructions noted on each form.

| Summary | | |
|---|---|---|
| | **Item** | **Amount** |
| Chargebacks | 1 | 94.31 |
| Reversals | | |
| **Total Adjusted Amount*** | 1 | 94.31 |

*The total adjusted amount does not include the Non-Financial items listed in the section below.

| Merchant Number | Case Number | Reference Number | Ticket/Cardholder Number | Reason Code | Amount |
|---|---|---|---|---|---|
| **Financial Activity** | | | | | |
| **Chargebacks** | | | | | |
| ▮▮▮▮▮ | 617190003001 | 24733347113029010197293 | ▮▮▮▮▮ | 83 | 94.31 |

07/09/17 IDS300 0000020
PX17 Attachment AB-27

MERCHANT SERVICES
PO BOX 6602
HAGERSTOWN MD 21741-6602

# REQUEST FOR
## TRANSACTION DOCUMENTATION
### FAX YOUR RESPONSE TO:
### 402-933-1673

July 3, 2017

BLIZZARD WHITE GLOBAL
871 CORONADO CENTER DR STE 200
HENDERSON, NV 89052-3977

> **Your responses must be received by
> the due date.  Failure to respond by the stated date may
> result in a debit to your account.**

PLEASE NOTE:  Since we are requesting information on more than three (3) transactions, the format of the request has changed.

Several of the customer's banks have requested copies of transaction documents.

## NEW REQUESTS

| Due Date | Case Number | Merchant Number | Credit Card Number | Transaction Amount | Tran Date | MCC | Ticket/XRef No. | Reference Number |
|---|---|---|---|---|---|---|---|---|
| 07/23/17 | 216880120R | | | 94.31 | 03/28/17 | 5968 | 00023689 | 7088980000236890 |
| | Request Reason 03 03-Cardholder Requests Due to | | | **Card Product Type** Discover | | | **Transaction Method** Card Present | |
| | Custom Data SYS: 1073  PRIN: 0200 | | | Invoice | | | Alternate 0.00 | |
| 07/23/17 | 216880468R | | | 105.22 | 04/27/17 | 5968 | 00023689 | 7118980000236890 |
| | Request Reason 03 03-Cardholder Requests Due to | | | **Card Product Type** Discover | | | **Transaction Method** Card Present | |
| | Custom Data SYS: 1073  PRIN: 0200 | | | Invoice | | | Alternate 0.00 | |
| 07/23/17 | 216879635R | | | 105.22 | 05/27/17 | 5968 | 00023689 | 7149980000236890 |
| | Request Reason 03 03-Cardholder Requests Due to | | | **Card Product Type** Discover | | | **Transaction Method** Card Present | |
| | Custom Data SYS: 1073  PRIN: 0200 | | | Invoice | | | Alternate 0.00 | |
| 07/23/17 | 216879734R | | | 105.22 | 06/26/17 | 5968 | 00023689 | 7178980000236890 |
| | Request Reason 03 03-Cardholder Requests Due to | | | **Card Product Type** Discover | | | **Transaction Method** Card Present | |
| | Custom Data SYS: 1073  PRIN: 0200 | | | Invoice | | | Alternate 0.00 | |

Questions?  Call MERCHANT SERVICES at: 800-672-5008
070317/DM7R  /HD/4

PAGE 1 of 2

PX17 Attachment AB-28

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010

# DISPUTE
# SUMMARY

Faxed to:

07-07-2017
(MM/DD/YYYY)

BLIZZARD WHITE GLOBAL
STE 200
871 CORONADO CENTER DR
HENDERSON, NV 89052-3977

| The following is a summary of the chargebacks |
| :-: |
| processed on |
| **07-06-2017** |
| (MM/DD/YYYY) |
| If you wish to contest any of these transactions, please respond using the corresponding Chargeback Response form by designated Due Date. Please do not return this summary form with your response. |

Attached are documents related to chargeback transactions processed by Merchant Services.

Please carefully review each document. If you wish to contest these transactions, please follow the instructions noted on each form.

| Summary | | |
| :-: | :-: | :-: |
| | **Item** | **Amount** |
| Chargebacks | 3 | 227.33 |
| Reversals | | |
| **Total Adjusted Amount*** | **3** | **227.33** |

*The total adjusted amount does not include the Non-Financial items listed in the section below.

| Merchant Number | Case Number | Reference Number | Ticket/Cardholder Number | Reason Code | Amount |
| :-- | :-- | :-- | :-- | :-- | :-- |
| **Financial Activity** | | | | | |
| **Chargebacks** | | | | | |
| | 0301718645425 | 24733347180029010171148 | | 83 | 38.71 |
| | 0317185503169 | 85541357174980000236897 | | 60 | 94.31 |
| | 617187027101 | 66204507124980000236890 | | 45 | 94.31 |

07/07/17 IDS000  0001683

PX17 Attachment AB-29

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE NOTIFICATION

Dispute Type:                    FIRST CHARGEBACK

**07/06/2017 (mm/dd/yyyy)**

BLIZZARD WHITE GLOBAL
871 CORONADO CENTER DR STE 200
HENDERSON NV 89052-3977
US

> **A financial adjustment has been made to your account as a result of a dispute. If you wish to contest, your response must be received no later than: 07/21/2017** (mm/dd/yyyy)

**Issuer:**                Bank of America N.A.
**Case Number:**           0301718645425
**Adjustment Amount:**     38.71
**Reason:**   83 / Fraudulent Transaction - Card Not Present

## Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | | Credit Card Number: | |
| Card Product Type: | Visa Classic | Transaction Amount: | 38.71 |
| Batch Date (mm/dd/yyyy): | | Transaction Date (mm/dd/yyyy): | 06/28/2017 |
| Invoice Number: | | Alternate Amount: | 0.00 |
| Merchant Xref: | | Transaction Method: | Electronic Commerce |
| Reference Number: | 24733347180029010171148 | POS Entry: | 01 / Hand Keyed |
| Airline Ticket Number: | | MCC: | 5968 |
| Custom Data: | SYS/PRIN: 1073/0200 | | |

**DO NOT ISSUE CREDIT!** The cardholders account has been credited as a result of this chargeback. If you previously issued credit, please provide the date and amount of the credit.

**When responding to this dispute, follow all instructions on the back of the form.**

**Comment:** Our records indicate Verified by Visa was not utilized to authenticate this transaction or a full authentication response was not received. If merchandise was shipped please provide order information containing matching bill to and ship to addresses, proof of delivery and a positive AVS response or any documentation that supports the customer participated in the transaction.

**Dispute Alert:** Effective April 2018, Visa will restructure the Dispute process with a liability assignment model, Visa Claims Resolution (VCR). This model reduces dispute cycle times. As a result, we encourage the adoption of our electronic solutions offered. You may self-enroll in Dispute Manager via the Business Track portal (www.businesstrack.com), or speak with your Representative for eResponse.

**Questions?**
Call **Merchant Services** at:
**800-672-5008**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and deleting it from your computer.

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE RESPONSE

| | |
|---|---|
| **Case Number:** | 0301718645425 |
| **Amount:** | 38.71 |
| **Custom Data:** | SYS/PRIN: 1073/0200 |

Date (mm/dd/yyyy): _____

| Why are you requesting a reversal of this Dispute? |
|---|
|  |
|  |
|  |
|  |
|  |
| (If additional space is needed please continue on a separate sheet of paper) |

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

___ Copy of a Signed and/or Electronically Captured Sales Slip
___ Copy of a Signed Cancellation Policy
___ Copy of a Signed Order Form
___ Signed Proof of Delivery, including Proof of Positive AVS
___ Signed Rental Agreement
___ Copy of the Hotel/Motel Folio
___ Copy of the Recurring Billing Agreement
___ Copy of the Credit Receipt
___ Proof that the Authorized Signer was known by the Cardholder
___ Documentation Showing Additional Transactions by this Cardholder
___ T & E-Documentation showing Loyalty Transactions related to this Purchase
___ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
___ Proof that the ticket was received for Passenger Transport
___ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
___ Proof of CVV2 in Lieu of Imprint
___ Proof of Authorization
___ Proof of Verified by Visa or MasterCard Secure Code
___ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
___ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails)
___ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 402-933-1525
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

07/07/17 IDS000  0001683

Visa Resolve Online

## Chargeback Questionnaire: ROL Case Number - 1550919584

### Transaction Information

| | | | | | |
|---|---|---|---|---|---|
| Card/Acct #: | ▓▓▓▓▓▓ | Tran Type: | Sale | Issuer: | BANK OF AMERICA, |
| Network: | VISA | Tran Date: | 06/28/17 | | NATIONAL ASSOCIA- |
| Tran ID: | 287179509952736 | Processing Date: | 06/29/17 | | TION |
| ARN: | 2-473334-7180-029010171114-8 | Tran Amount: | 38.71 USD | CH Name: | |
| Retrievel Ref. #: 718028029010 | | Jurisdiction: | DOMESTIC-US | Acquirer: | MISSION VALLEY |
| | | | | | BANK |
| | | | | Merchant: | BLIZZARD WHITE |
| | | | | | GLOBAL |
| | | | | Location: | 888-849-8114, NV |

Action:  Chargeback

### Dispute Information

| | |
|---|---|
| Dispute Group | 2 - Fraud |
| Dispute Reason | 83 - Fraud - Card Absent Environment |
| Dispute Amount | 38.71  USD     Cardholder ☐ Debit ☑ Credit |

### Elaboration Information

☐ Account number used was fictitious or no valid card, and no authorization was obtained

Date Fraud Activity was reported through VisaNet:        07/01/17             mmddyy

Date of listing on Exception File or date token was deactivated:        07/03/17             mmddyy

What was the fraud type based on Issuer investigation?        ☑ Other    Fraud Type 6- Fraudulent use of ac

count number

### Certifications

☑ Issuer certifies Cardholder denies authorizing or participating in the disputed transaction

### Questionnaire Notes and Documents

Comments

**Documents**

No documents attached

Chargeback Reference Number

PX17 Attachment AB-32

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE NOTIFICATION

| | |
|---|---|
| Dispute Type: | FIRST CHARGEBACK |

**07/06/2017 (mm/dd/yyyy)**

BLIZZARD WHITE GLOBAL
871 CORONADO CENTER DR STE 200
HENDERSON NV 89052-3977
US

> A financial adjustment has been made to your
> account as a result of a dispute.If
> you wish to contest, your
> response must be received no later than:
> **07/21/2017** (mm/dd/yyyy)

| | |
|---|---|
| **Issuer:** | WOODFOREST NATIONAL BANK |
| **Case Number:** | 0317185503169 |
| **Adjustment Amount:** | 94.31 |
| **Reason:** | 60 / Credit Not Processed |

---

### Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | | Credit Card Number: | |
| Card Product Type: | Debit MasterCard Enhanced | Transaction Amount: | 94.31 |
| Batch Date (mm/dd/yyyy): | | Transaction Date (mm/dd/yyyy): | 06/24/2017 |
| Invoice Number: | | Alternate Amount: | 0.00 |
| Merchant Xref: | | Transaction Method: | Electronic Commerce |
| Reference Number: | 85541357174980000236897 | POS Entry: | |
| Airline Ticket Number: | | MCC: | 5968 |
| Custom Data: | SYS/PRIN: 1073/0200 | | |

---

**DO NOT ISSUE CREDIT!** The cardholders account has been credited as a result of this chargeback. If you previously issued credit, please provide the date and amount of the credit.

**When responding to this dispute, follow all instructions on the back of the form.**

**Comment:** To refute this chargeback, please provide an explanation of why credit is not due and proof that your cancellation/return policy was accepted by the cardholder from your website.

**Dispute Alert:**Effective April 2018, Visa will restructure the Dispute process with a liability assignment model, Visa Claims Resolution (VCR). This model reduces dispute cycle times. As a result, we encourage the adoption of our electronic solutions offered. You may self-enroll in Dispute Manager via the Business Track portal (www.businesstrack.com), or speak with your Representative for eResponse.

### Questions?
Call **Merchant Services** at:
**800-672-5008**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and deleting it from your computer.

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE RESPONSE

| | |
|---|---|
| **Case Number:** | 0317185503169 |
| **Amount:** | 94.31 |
| **Custom Data:** | SYS/PRIN: 1073/0200 |

Date (mm/dd/yyyy): _____

| Why are you requesting a reversal of this Dispute? |
|---|
| |
| |
| |
| |
| (If additional space is needed please continue on a separate sheet of paper) |

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

___ Copy of a Signed and/or Electronically Captured Sales Slip
___ Copy of a Signed Cancellation Policy
___ Copy of a Signed Order Form
___ Signed Proof of Delivery, including Proof of Positive AVS
___ Signed Rental Agreement
___ Copy of the Hotel/Motel Folio
___ Copy of the Recurring Billing Agreement
___ Copy of the Credit Receipt
___ Proof that the Authorized Signer was known by the Cardholder
___ Documentation Showing Additional Transactions by this Cardholder
___ T & E-Documentation showing Loyalty Transactions related to this Purchase
___ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
___ Proof that the ticket was received for Passenger Transport
___ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
___ Proof of CVV2 in Lieu of Imprint
___ Proof of Authorization
___ Proof of Verified by Visa or MasterCard Secure Code
___ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
___ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails)
___ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions**, the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 402-933-1525
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

## Expedited Billing Dispute Resolution Process Form

**Reason Code 4841—Cancelled Recurring Transaction**



**MasterCard**
Worldwide

---

**Cardholder Information:**

Truncated Account Number:  9492                                    ICA Number:  4082

Cardholder Name (*Optional*): ▮▮▮▮▮▮▮

**Transaction Information:**

Acquirer's Reference Data:    85541357174980000236897

Transaction Date:  06/22/17          Transaction Amount:  94.31          Disputed Amount: 94.31

**Merchant Information:**

Name:    BLIZZARD WHITE GLOBAL  HENDERSON  NVUS

**Dispute Information—For specific requirements for each reason code, please refer to the *Chargeback Guide*. Supporting documentation, regardless of cycle, must provide sufficient detail to enable all parties to understand the nature of the dispute or rebuttal. MasterCard will determine whether the specific documentation presented in a chargeback cycle contains sufficient detail.**

### Reason Code 4841—Cancelled Recurring Transaction

Note     When batching is allowed, the ARD for each transaction included in the batch must be provided as supporting documentation.

If the cardholder cancelled the recurring transaction, provide details about the cancellation and date of cancellation.

Customer cancelled by phone on 6/16/17.

Did the cardholder state that the recurring transaction terms and conditions were not clear and     ☐ Yes     ☒ No
separate and distinct from the general terms and conditions of the sale?

"I certify that the facts were obtained from my discussion with the cardholder or _____,
(who is the company representative or government agency representative on behalf of the corporate card or
government cardholder) and that the facts are accurate to the best of my knowledge."

Brittany Duvall                                                          06/22/17
Customer Service/Chargeback Representative                                Date

07/07/17 IDS000  0001683

PX17 Attachment AB-35

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE NOTIFICATION

Dispute Type:                              FIRST CHARGEBACK

07/06/2017 (mm/dd/yyyy)

BLIZZARD WHITE GLOBAL
871 CORONADO CENTER DR STE 200
HENDERSON NV 89052-3977
US

| A financial adjustment has been made to your account as a result of a dispute. If you wish to contest, your response must be received no later than: **07/21/2017** (mm/dd/yyyy) |
| --- |

| Issuer: | Discover |
| --- | --- |
| Case Number: | 617187027101 |
| Adjustment Amount: | 94.31 |
| Reason: | 4553 / RM - Cardholder Disputes Quality of Goods or Services |

### Original Transaction Detail Information

| Merchant Number: | | Credit Card Number: | |
| --- | --- | --- | --- |
| Card Product Type: | Discover | Transaction Amount: | 94.31 |
| Batch Date (mm/dd/yyyy): | | Transaction Date (mm/dd/yyyy): | 05/03/2017 |
| Invoice Number: | | Alternate Amount: | 94.31 |
| Merchant Xref: | 71249800 | Transaction Method: | Recurring Payment |
| Reference Number: | 66204507124980000236890 | POS Entry: | 01 / Hand Keyed |
| Airline Ticket Number: | | MCC: | 5968 |
| Custom Data: | SYS/PRIN: 1073/0200 | | |

**DO NOT ISSUE CREDIT!** The cardholders account has been credited as a result of this chargeback. If you previously issued credit, please provide the date and amount of the credit.

**When responding to this dispute, follow all instructions on the back of the form.**

**Comment:** To refute this chargeback, please provide a detailed rebuttal addressing all of the cardholders concerns including an explanation of any attempts you made to resolve the issue directly with the cardholder.

**Dispute Alert:** Effective April 2018, Visa will restructure the Dispute process with a liability assignment model, Visa Claims Resolution (VCR). This model reduces dispute cycle times. As a result, we encourage the adoption of our electronic solutions offered. You may self-enroll in Dispute Manager via the Business Track portal (www.businesstrack.com), or speak with your Representative for eResponse.

**Questions?**
Call **Merchant Services** at:
**800-672-5008**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and deleting it from your computer.

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

## DISPUTE RESPONSE

| | |
|---|---|
| **Case Number:** | 617187027101 |
| **Amount:** | 94.31 |
| **Custom Data:** | SYS/PRIN: 1073/0200 |

Date (mm/dd/yyyy): _____

| Why are you requesting a reversal of this Dispute? |
|---|
| |
| |
| |
| |
| |
| (If additional space is needed please continue on a separate sheet of paper) |

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

___ Copy of a Signed and/or Electronically Captured Sales Slip
___ Copy of a Signed Cancellation Policy
___ Copy of a Signed Order Form
___ Signed Proof of Delivery, including Proof of Positive AVS
___ Signed Rental Agreement
___ Copy of the Hotel/Motel Folio
___ Copy of the Recurring Billing Agreement
___ Copy of the Credit Receipt
___ Proof that the Authorized Signer was known by the Cardholder
___ Documentation Showing Additional Transactions by this Cardholder
___ T & E-Documentation showing Loyalty Transactions related to this Purchase
___ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
___ Proof that the ticket was received for Passenger Transport
___ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
___ Proof of CVV2 in Lieu of Imprint
___ Proof of Authorization
___ Proof of Verified by Visa or MasterCard Secure Code
___ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
___ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails)
___ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 402-933-1525
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

| | | |
|---|---|---|
| **Merchant Name:** | BLIZZARD WHITE GLOBAL | **AVS:** |
| | 888-849-8114 NV | **CID Response:** |
| **Merchant Number:** | | **Authorization Source:** |
| **Case Number:** | N12969737992890000RM | **Stand in Limit:** |
| **Transaction Date (mm/dd/yyyy):** | 05/03/2017 | |
| **Dollar Amount:** | 94.31 | |

The following information is being provided so that it may assist you in providing the issuing bank with your response as required by Discover regulations.

**Issuer Comments :**

Your previous response did not address the cardmember?s concern. Please accept this as notice of immediate chargeback.

**Association Comments:**

The Cardholder is disputing the quality of goods or services. Provide additional documentation to indicate that the transaction is valid in a Representment Request. Refer to the Dispute Rules Manual for the Representment Process.

**Additional Information:**

PX17 Attachment AB-38

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010

# DISPUTE
# SUMMARY

Faxed to:

07-06-2017
(MM/DD/YYYY)

WALNUT STREET MARKETING
11001 W 120TH AVE STE 400
BROOMFIELD, CO 80021-3493

| The following is a summary of the chargebacks processed on |
| --- |
| **07-04-2017**<br>(MM/DD/YYYY)<br>If you wish to contest any of these transactions, please respond using the corresponding Chargeback Response form by designated Due Date. Please do not return this summary form with your response. |

Attached are documents related to chargeback transactions processed by Merchant Services.

Please carefully review each document.  If you wish to contest these transactions, please follow the instructions noted on each form.

| Summary | | |
| --- | --- | --- |
| | Item | Amount |
| Chargebacks | 2 | 186.44 |
| Reversals | | |
| **Total Adjusted Amount*** | 2 | 186.44 |

*The total adjusted amount does not include the Non-Financial Items listed in the section below.

| Merchant Number | Case Number | Reference Number | Ticket/Cardholder Number | Reason Code | Amount |
| --- | --- | --- | --- | --- | --- |
| **Financial Activity** | | | | | |
| **Chargebacks** | | | | | |
| ▉▉▉▉▉ | 771796325601 | 5553607172207973900119 | ▉▉▉▉ | 41 | 94.31 |
| | 871846213601 | 2411039713920797360033 | | 41 | 92.13 |

07/06/17 IDS000  0004386

PX17 Attachment AB-39

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE NOTIFICATION

Dispute Type:                                    FIRST CHARGEBACK

**07/05/2017 (mm/dd/yyyy)**

WALNUT STREET MARKETING
11001 W 120TH AVE #400
BROOMFIELD CO 80021-0000

| A financial adjustment has been made to your account as a result of a dispute.If you wish to contest, your response must be received no later than: **07/20/2017** (mm/dd/yyyy) |
|---|

**Issuer:**                                          SYNCHRONY BANK
**Case Number:**                               771796325601
**Adjustment Amount:**                                   94.31
**Reason:**          41 / Cancelled Recurring and Digital Goods
Transactions

### Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | | Credit Card Number: | |
| Card Product Type: | Platinum MasterCard | Transaction Amount: | 94.31 |
| Batch Date (mm/dd/yyyy): | 06/21/2017 | Transaction Date (mm/dd/yyyy): | 06/21/2017 |
| Invoice Number: | 0011823353 | Alternate Amount: | 0.00 |
| Merchant Xref: | | Transaction Method: | Recurring Payment |
| Reference Number: | 55536077172207973900119 | POS Entry: | 01 / Hand Keyed |
| Airline Ticket Number: | | MCC: | 5999 |
| Custom Data: | | | |

**DO NOT ISSUE CREDIT!** The cardholders account has been credited as a result of this chargeback. If you previously issued credit, please provide the date and amount of the credit.

**When responding to this dispute, follow all instructions on the back of the form.**

**Comment:** To refute this chargeback, please provide a signed copy of the contract containing a clause which outlines a cardholder liability and the specific terms of the agreement and/or cancellation policy, proof of digital goods purchase controls and/or proof that the transaction is the result of an installment billing.

**Dispute Alert:**Effective April 2018, Visa will restructure the Dispute process with a liability assignment model, Visa Claims Resolution (VCR). This model reduces dispute cycle times. As a result, we encourage the adoption of our electronic solutions offered. You may self-enroll in Dispute Manager via the Business Track portal (www.businesstrack.com), or speak with your Representative for eResponse.

**Questions?**
Call **Merchant Services** at:
**1-800-594-9465**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and deleting it from your computer).

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE RESPONSE

| | |
|---|---|
| **Case Number:** | 771796325601 |
| **Amount:** | 94.31 |
| **Custom Data:** | |

Date (mm/dd/yyyy): _____

| Why are you requesting a reversal of this Dispute? |
|---|
| |
| |
| |
| |
| **(If additional space is needed please continue on a separate sheet of paper)** |

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

___ Copy of a Signed and/or Electronically Captured Sales Slip
___ Copy of a Signed Cancellation Policy
___ Copy of a Signed Order Form
___ Signed Proof of Delivery, including Proof of Positive AVS
___ Signed Rental Agreement
___ Copy of the Hotel/Motel Folio
___ Copy of the Recurring Billing Agreement
___ Copy of the Credit Receipt
___ Proof that the Authorized Signer was known by the Cardholder
___ Documentation Showing Additional Transactions by this Cardholder
___ T & E-Documentation showing Loyalty Transactions related to this Purchase
___ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
___ Proof that the ticket was received for Passenger Transport
___ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
___ Proof of CVV2 in Lieu of Imprint
___ Proof of Authorization
___ Proof of Verified by Visa or MasterCard Secure Code
___ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
___ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails)
___ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 402-933-1525
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

## Expedited Billing Dispute Resolution Process Form

Reason Code 4841—Cancelled Recurring Transaction



**MasterCard**
Worldwide

---

**Cardholder Information:**

Truncated Account Number: ▓▓▓▓▓▓▓▓                                      ICA Number: 10431

Cardholder Name (Optional): KAAREN WILLIAMS

**Transaction Information:**

Acquirer's Reference Data:   5553607717220797390 0119

Transaction Date: 06/21/2017       Transaction Amount: $94.31          Disputed Amount: $94.31

**Merchant Information:**

Name:   BELLA@HOME 866238592

---

**Dispute Information—For specific requirements for each reason code, please refer to the Chargeback Guide. Supporting documentation, regardless of cycle, must provide sufficient detail to enable all parties to understand the nature of the dispute or rebuttal. MasterCard will determine whether the specific documentation presented in a chargeback cycle contains sufficient detail.**

### Reason Code 4841—Cancelled Recurring Transaction

Note        When batching is allowed, the ARD for each transaction included in the batch must be provided as supporting documentation.

If the cardholder cancelled the recurring transaction, provide details about the cancellation and date of cancellation.

Customer ordered one thing in the beginning of may and then they kept charging her for things she hasnt received and didnt ask for.,

cancel the transaction 05/01/2017

Did the cardholder state that the recurring transaction terms and conditions were not clear and      ☐ Yes   ☒ No
separate and distinct from the general terms and conditions of the sale?

"I certify that the facts were obtained from my discussion with the cardholder or _____ ,
(who is the company representative or government agency representative on behalf of the corporate card or government cardholder) and that the facts are accurate to the best of my knowledge."

Michael Himmelberg                                                    07/04/2017
Customer Service/Chargeback Representative                            Date

408/Exp. Billing Reason Code 4841                **Page 1 of 1**                Revised: October 2013

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE NOTIFICATION

Dispute Type:                     FIRST CHARGEBACK

**07/04/2017 (mm/dd/yyyy)**

| A financial adjustment has been made to your account as a result of a dispute.If you wish to contest, your response must be received no later than: **07/19/2017** (mm/dd/yyyy) |
| :---: |

WALNUT STREET MARKETING
11001 W 120TH AVE #400
BROOMFIELD CO 80021-0000

| | |
| --- | --- |
| **Issuer:** | Bank of America Consumer Credit |
| **Case Number:** | 871846213601 |
| **Adjustment Amount:** | 92.13 |
| **Reason:** | 41 / Cancelled Recurring Transaction |

## Original Transaction Detail Information

| | | | |
| --- | --- | --- | --- |
| Merchant Number: | | Credit Card Number: | |
| Card Product Type: | Visa Signature Preferred | Transaction Amount: | 92.13 |
| Batch Date (mm/dd/yyyy): | 05/19/2017 | Transaction Date (mm/dd/yyyy): | 05/19/2017 |
| Invoice Number: | 0011741617 | Alternate Amount: | 0.00 |
| Merchant Xref: | | Transaction Method: | Recurring Payment |
| Reference Number: | 24110397139207973600333 | POS Entry: | 01 / Hand Keyed |
| Airline Ticket Number: | | MCC: | 5999 |
| Custom Data: | | | |

**DO NOT ISSUE CREDIT!** The cardholders account has been credited as a result of this chargeback. If you previously issued credit, please provide the date and amount of the credit.

**When responding to this dispute, follow all instructions on the back of the form.**

**Comment:** To refute this chargeback, please provide a signed copy of the contract containing a clause which outlines cardholder liability and the specific terms of the agreement and/or cancellation policy, or proof that the transaction is the result of an installment billing.

**Dispute Alert:**Effective April 2018, Visa will restructure the Dispute process with a liability assignment model, Visa Claims Resolution (VCR). This model reduces dispute cycle times. As a result, we encourage the adoption of our electronic solutions offered. You may self-enroll in Dispute Manager via the Business Track portal (www.businesstrack.com), or speak with your Representative for eResponse.

**Questions?**
Call **Merchant Services** at:
**1-800-594-9465**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and deleting it from your computer.

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE RESPONSE

**Case Number:** 871846213601
**Amount:** 92.13
**Custom Data:**

Date (mm/dd/yyyy): _____

| Why are you requesting a reversal of this Dispute? |
|---|
| |
| |
| |
| |
| |
| (If additional space is needed please continue on a separate sheet of paper) |

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

___ Copy of a Signed and/or Electronically Captured Sales Slip
___ Copy of a Signed Cancellation Policy
___ Copy of a Signed Order Form
___ Signed Proof of Delivery, including Proof of Positive AVS
___ Signed Rental Agreement
___ Copy of the Hotel/Motel Folio
___ Copy of the Recurring Billing Agreement
___ Copy of the Credit Receipt
___ Proof that the Authorized Signer was known by the Cardholder
___ Documentation Showing Additional Transactions by this Cardholder
___ T & E-Documentation showing Loyalty Transactions related to this Purchase
___ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
___ Proof that the ticket was received for Passenger Transport
___ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
___ Proof of CVV2 in Lieu of Imprint
___ Proof of Authorization
___ Proof of Verified by Visa or MasterCard Secure Code
___ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
___ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails)
___ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 402-933-1525
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010

# DISPUTE
# SUMMARY

Faxed to:

07-04-2017
(MM/DD/YYYY)

FIRST CLASS WHITENING FORMULA
450 E 96TH ST STE 500
INDIANAPOLIS, IN 46240-3760

| |
|---|
| The following is a summary of the chargebacks processed on |
| **07-04-2017** |
| (MM/DD/YYYY) |
| If you wish to contest any of these transactions, please respond using the corresponding Chargeback Response form by designated Due Date. Please do not return this summary form with your response. |

Attached are documents related to chargeback transactions processed by Merchant Services.

Please carefully review each document. If you wish to contest these transactions, please follow the instructions noted on each form.

### Summary

| | Item | Amount |
|---|---|---|
| Chargebacks | 1 | 92.13 |
| Reversals | | |
| **Total Adjusted Amount*** | 1 | 92.13 |

*The total adjusted amount does not include the Non-Financial items listed in the section below.

| Merchant Number | Case Number | Reference Number | Ticket/Cardholder Number | Reason Code | Amount |
|---|---|---|---|---|---|
| **Financial Activity** | | | | | |
| **Chargebacks** | | | | | |
| ██████ | 617157076001 | 24733347093980000277798 | ██████ | 85 | 92.13 |

Page 1 of 1

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE NOTIFICATION

A financial adjustment has been made to your
account as a result of a dispute initiated by
the issuing bank (below).

07/04/2017 (mm/dd/yyyy)

FIRST CLASS WHITENING FORMULA
450 E 96TH ST STE 500
INDIANAPOLIS IN 46240-3760
US

| | |
|---|---|
| Jurisdiction: | Visa USA Domestic |
| Dispute Type: | INCOMING PRE-ARBITRATION |
| Reason: | Credit Not Processed |
| Case Number: | 617157076001 |
| Adjustment Amount: | 92.13 |

Faxed to:

| Original Transaction Detail Information | | | |
|---|---|---|---|
| Merchant Number: | | Credit Card Number: | |
| Transaction Date (mm/dd/yyyy): | 04/02/2017 | Reference Number: | 24733347093980000277798 |
| Transaction Amount: | 92.13 | Foreign Amount: | 0.00 |
| Merchant Xref: | | Airline Ticket Number: | |
| Total Batch Amount: | 0.00 | Batch Date (mm/dd/yyyy): | |
| Usage Code: | | Custom Data: | SYS/PRIN: 1073/0200 |
| Card Product Type: | Visa Traditional | Transaction Method: | Mail/Telephone Order |
| Invoice Number: | | POS Entry: | |
| AVS Code: | Z | CVV2/CVC2/CID: | P |
| UCAF/CAVV: | | MCC: | 5968 |
| Reason Code: | 85 / Credit Not Processed | | |

**Case Summary**
A dispute has been initiated by Mountain America Credit Union because the cardholder claims that credit was not
processed.

**Comments:**  This disputed transaction cannot be remedied since you failed to respond to the request for additional
information. Please contact the cardholder directly to resolve this dispute.

**Questions?**
Call **Merchant Services** at:
**800-672-5008**

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green",
call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010

# DISPUTE
# SUMMARY

Faxed to:

07-03-2017
(MM/DD/YYYY)

SPARK WHITENING SOLUTIONS
100 FILLMORE ST FL 5
DENVER, CO 80206-4916

| The following is a summary of the chargebacks processed on |
| :---: |
| **07-03-2017** |
| (MM/DD/YYYY) |
| If you wish to contest any of these transactions, please respond using the corresponding Chargeback Response form by designated Due Date. Please do not return this summary form with your response. |

Attached are documents related to chargeback transactions processed by Merchant Services.

Please carefully review each document. If you wish to contest these transactions, please follow the instructions noted on each form.

| Summary | | |
| :---: | :---: | :---: |
| | **Item** | **Amount** |
| Chargebacks | 1 | 94.31 |
| Reversals | | |
| **Total Adjusted Amount*** | 1 | 94.31 |

*The total adjusted amount does not include the Non-Financial items listed in the section below.

| Merchant Number | Case Number | Reference Number | Ticket/Cardholder Number | Reason Code | Amount |
| :--- | :--- | :--- | :--- | :--- | :--- |
| **Financial Activity** | | | | | |
| **Chargebacks** | | | | | |
| ▮▮▮▮▮▮ | 0301718344298 | 24733347094980000234772 | ▮▮▮▮▮ | 83 | 94.31 |

07/03/17 IDS800 0001342

PX17 Attachment AB-47

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE NOTIFICATION

Dispute Type:                    FIRST CHARGEBACK

**07/03/2017 (mm/dd/yyyy)**

SPARK WHITENING SOLUTIONS
100 FILLMORE ST FL 5
DENVER CO 80206-4916
US

| A financial adjustment has been made to your account as a result of a dispute.If you wish to contest, your response must be received no later than: **07/18/2017** (mm/dd/yyyy) |
| --- |

Issuer:                JHA Payment Processing Solutions
Case Number:           0301718344298
Adjustment Amount:                    94.31
Reason:   83 / Fraudulent Transaction - Card Not Present

---

### Original Transaction Detail Information

| | | | |
| --- | --- | --- | --- |
| Merchant Number: | | Credit Card Number: | |
| Card Product Type: | Visa Traditional | Transaction Amount: | 94.31 |
| Batch Date (mm/dd/yyyy): | | Transaction Date (mm/dd/yyyy): | 04/03/2017 |
| Invoice Number: | | Alternate Amount: | 0.00 |
| Merchant Xref: | | Transaction Method: | Mail/Telephone Order |
| Reference Number: | 24733347094980000234772 | POS Entry: | 01 / Hand Keyed |
| Airline Ticket Number: | | MCC: | 5968 |
| Custom Data: | SYS/PRIN: 1073/0200 | | |

---

**DO NOT ISSUE CREDIT!** The cardholders account has been credited as a result of this chargeback. If you previously issued credit, please provide the date and amount of the credit.

**When responding to this dispute, follow all instructions on the back of the form.**

**Comment:** To refute this chargeback, please provide proof that the cardholder authorized and participated in this transaction. Proof of positive address verification services (AVS) response and proof of delivery showing the merchandise was shipped to the AVS confirmed address must be provided or any documentation that supports the customer participated in the transaction.

**Dispute Alert:**Effective April 2018, Visa will restructure the Dispute process with a liability assignment model, Visa Claims Resolution (VCR). This model reduces dispute cycle times. As a result, we encourage the adoption of our electronic solutions offered. You may self-enroll in Dispute Manager via the Business Track portal (www.businesstrack.com), or speak with your Representative for eResponse.

**Questions?**
Call **Merchant Services** at:
**800-672-5008**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and (deleting it from) your computer.

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE RESPONSE

| | |
|---|---|
| **Case Number:** | 0301718344298 |
| **Amount:** | 94.31 |
| **Custom Data:** | SYS/PRIN: 1073/0200 |

Date (mm/dd/yyyy): _____

| Why are you requesting a reversal of this Dispute? |
|---|
| |
| |
| |
| |
| |
| (If additional space is needed please continue on a separate sheet of paper) |

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

___ Copy of a Signed and/or Electronically Captured Sales Slip
___ Copy of a Signed Cancellation Policy
___ Copy of a Signed Order Form
___ Signed Proof of Delivery, including Proof of Positive AVS
___ Signed Rental Agreement
___ Copy of the Hotel/Motel Folio
___ Copy of the Recurring Billing Agreement
___ Copy of the Credit Receipt
___ Proof that the Authorized Signer was known by the Cardholder
___ Documentation Showing Additional Transactions by this Cardholder
___ T & E-Documentation showing Loyalty Transactions related to this Purchase
___ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
___ Proof that the ticket was received for Passenger Transport
___ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
___ Proof of CVV2 in Lieu of Imprint
___ Proof of Authorization
___ Proof of Verified by Visa or MasterCard Secure Code
___ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
___ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails)
___ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 402-933-1525
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

07/03/17 IDS000  0001342
PX17 Attachment AB-49

Visa Resolve Online

## Chargeback Questionnaire: ROL Case Number - 1550839348

### Transaction Information

| | | | | | |
|---|---|---|---|---|---|
| Card/Acct #: | ▮▮▮▮▮▮ | Tran Type: | Sale | Issuer: | EAGLE LOUISIANA |
| Network: | VISA | Tran Date: | 04/03/17 | | FEDERAL CREDIT |
| Tran ID: | 287093310885060 | Processing Date: | 04/05/17 | | UNION |
| ARN: | 2-473334-7094-98000023477-2 | Tran Amount: | 94.31 USD | CH Name: | |
| Retrieval Ref. #: 709422980000 | | Jurisdiction: | DOMESTIC-US | Acquirer: | MISSION VALLEY |
| | | | | | BANK |
| | | | | Merchant: | SPARK WHITENING |
| | | | | | SOLUTIONS |
| | | | | Location: | 877-498-3391, CO |
| Acqr BID: | 00000000 | Spec Cond: | | MCC: | 5968 |
| Reimb Attr: | A | MOTO/ECI: | 2 | Network ID: | VISA |
| Action: Chargeback | | | | | |

### Dispute Information

| | |
|---|---|
| Dispute Group | 2 - Fraud |
| Dispute Reason | 83 - Fraud - Card Absent Environment |
| Dispute Amount | 94.31 USD    Cardholder ☐ Debit ☑ Credit |

### Elaboration Information

☐ Account number used was fictitious or no valid card, and no authorization was obtained

| | | |
|---|---|---|
| Date Fraud Activity was reported through VisaNet: | 06/30/17 | mmddyy |
| Date of listing on Exception File or date token was deactivated: | 06/30/17 | mmddyy |
| What was the fraud type based on Issuer investigation? | ☑ Counterfeit | |

### Certifications

☑ Issuer certifies Cardholder denies authorizing or participating in the disputed transaction

### Questionnaire Notes and Documents

Comments

Documents

No documents attached

PX17 Attachment AB-50

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010

# DISPUTE
# SUMMARY

Faxed to:

07-08-2017
(MM/DD/YYYY)

| The following is a summary of the chargebacks processed on |
| :---: |
| **07-08-2017**<br>(MM/DD/YYYY) |
| **If you wish to contest any of these transactions, please respond using the corresponding Chargeback Response form by designated Due Date. Please do not return this summary form with your response.** |

FIRST CLASS WHITENING FORMULA
450 E 96TH ST STE 500
INDIANAPOLIS, IN 46240-3760

Attached are documents related to chargeback transactions processed by Merchant Services.

Please carefully review each document.  If you wish to contest these transactions, please follow the instructions noted on each form.

| Summary | | |
| :---: | :---: | :---: |
| | Item | Amount |
| Chargebacks | 1 | 3.87 |
| Reversals | | |
| **Total Adjusted Amount*** | 1 | 3.87 |

*The total adjusted amount does not include the Non-Financial items listed in the section below.

| Merchant Number | Case Number | Reference Number | Ticket/Cardholder Number | Reason Code | Amount |
| :--- | :--- | :--- | :--- | :--- | :--- |
| **Financial Activity** | | | | | |
| **Chargebacks** | | | | | |
| | 0301718845036 | 24733347069980000277798 | | 83 | 3.87 |

07/08/17 IDS000  0001343

PX17 Attachment AB-51

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE NOTIFICATION

| | |
|---|---|
| **Dispute Type:** | FIRST CHARGEBACK |

**07/08/2017** (mm/dd/yyyy)

FIRST CLASS WHITENING FORMULA
450 E 96TH ST STE 500
INDIANAPOLIS IN 46240-3760
US

A financial adjustment has been made to your
account as a result of a dispute. If
you wish to contest, your
response must be received no later than:
**07/23/2017**  (mm/dd/yyyy)

| | |
|---|---|
| **Issuer:** | Citibank (USA), N.A. |
| **Case Number:** | 0301718845036 |
| **Adjustment Amount:** | 3.87 |
| **Reason:**  83 / Fraudulent Transaction - Card Not Present | |

## Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | | Credit Card Number: | |
| Card Product Type: | Visa Traditional Rewards | Transaction Amount: | 3.87 |
| Batch Date (mm/dd/yyyy): | | Transaction Date (mm/dd/yyyy): | 03/09/2017 |
| Invoice Number: | | Alternate Amount: | 0.00 |
| Merchant Xref: | | Transaction Method: | Mail/Telephone Order |
| Reference Number: | 24733347069980000277798 | POS Entry: | 01 / Hand Keyed |
| Airline Ticket Number: | | MCC: | 5968 |
| Custom Data: | SYS/PRIN: 1073/0200 | | |

**DO NOT ISSUE CREDIT!** The cardholders account has been credited as a result of this chargeback. If you previously issued
credit, please provide the date and amount of the credit.

**When responding to this dispute, follow all instructions on the back of the form.**

**Comment:**  To refute this chargeback, please provide proof that the cardholder authorized and participated in this
transaction. Proof of positive address verification services (AVS) response and proof of delivery showing the merchandise
was shipped to the AVS confirmed address must be provided or any documentation that supports the customer participated
in the transaction.

**Dispute Alert:** Effective April 2018, Visa will restructure the Dispute process with a liability assignment model, Visa Claims
Resolution (VCR). This model reduces dispute cycle times. As a result, we encourage the adoption of our electronic solutions
offered. You may self-enroll in Dispute Manager via the Business Track portal (www.businesstrack.com), or speak with your
Representative for eResponse.

**Questions?**
Call **Merchant Services** at:
**800-672-5008**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee
or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is
strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and deleting it from your computer.

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE RESPONSE

| | |
|---|---|
| **Case Number:** | 0301718845036 |
| **Amount:** | 3.87 |
| **Custom Data:** | SYS/PRIN: 1073/0200 |

Date (mm/dd/yyyy): _____

| Why are you requesting a reversal of this Dispute? |
|---|
| |
| |
| |
| |
| **(If additional space is needed please continue on a separate sheet of paper)** |

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

___ Copy of a Signed and/or Electronically Captured Sales Slip
___ Copy of a Signed Cancellation Policy
___ Copy of a Signed Order Form
___ Signed Proof of Delivery, including Proof of Positive AVS
___ Signed Rental Agreement
___ Copy of the Hotel/Motel Folio
___ Copy of the Recurring Billing Agreement
___ Copy of the Credit Receipt
___ Proof that the Authorized Signer was known by the Cardholder
___ Documentation Showing Additional Transactions by this Cardholder
___ T & E-Documentation showing Loyalty Transactions related to this Purchase
___ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
___ Proof that the ticket was received for Passenger Transport
___ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
___ Proof of CVV2 in Lieu of Imprint
___ Proof of Authorization
___ Proof of Verified by Visa or MasterCard Secure Code
___ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
___ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails)
___ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 402-933-1525
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

Visa Resolve Online

## Chargeback Questionnaire: ROL Case Number - 1551765231

### Transaction Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Card/Acct #: | ██████████ | Tran Type: | Bill Payment | Issuer: | CITIBANK, NATIONAL |
| Network: | VISA | Tran Date: | 03/09/17 | | ASSOCIATION - CON- |
| Tran ID: | 287068336251882 | Processing Date: | 03/11/17 | | SUMER |
| ARN: | 2-473334-7069-98000027779-8 | Tran Amount: | 3.87 USD | CH Name: | DENNIS SPAULDING |
| Retrieval Ref. #: 706928980000 | | Jurisdiction: | DOMESTIC-US | Acquirer: | MISSION VALLEY |
| | | | | | BANK |
| | | | | Merchant: | FIRST CLASS WHITEN- |
| | | | | | ING FOR |
| | | | | Location: | 800-270-3043, IN |

Action:  Chargeback

### Dispute Information

| | |
|---|---|
| Dispute Group | 2 - Fraud |
| Dispute Reason | 83 - Fraud - Card Absent Environment |
| Dispute Amount | 3.87  USD     Cardholder ☐ Debit ☑ Credit |

### Elaboration Information

☐  Account number used was fictitious or no valid card, and no authorization was obtained

Date Fraud Activity was reported through VisaNet:          07/05/17            mmddyy

Date of listing on Exception File or date token was deactivated:          07/05/17            mmddyy

What was the fraud type based on Issuer Investigation?          ☑   Other    no status

### Certifications

☑   Issuer certifies Cardholder denies authorizing or participating in the disputed transaction

### Questionnaire Notes and Documents

Comments

Documents

No documents attached

Chargeback Reference Number

765231

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010

# DISPUTE
# SUMMARY

Faxed to:

07-04-2017
(MM/DD/YYYY)

BLIZZARD WHITE GLOBAL
STE 200
871 CORONADO CENTER DR
HENDERSON, NV 89052-3977

| The following is a summary of the chargebacks processed on |
| :---: |
| **07-04-2017**<br>(MM/DD/YYYY) |
| **If you wish to contest any of these transactions, please respond using the corresponding Chargeback Response form by designated Due Date. Please do not return this summary form with your response.** |

Attached are documents related to chargeback transactions processed by Merchant Services.

Please carefully review each document. If you wish to contest these transactions, please follow the instructions noted on each form.

|  | Summary | |
| :--- | :---: | :---: |
|  | **Item** | **Amount** |
| Chargebacks | 2 | 188.62 |
| Reversals |  |  |
| **Total Adjusted Amount\*** | 2 | 188.62 |

\*The total adjusted amount does not include the Non-Financial items listed in the section below.

| Merchant Number | Case Number | Reference Number | Ticket/Cardholder Number | Reason Code | Amount |
| :--- | :--- | :--- | :--- | :--- | :--- |
| **Financial Activity** | | | | | |
| **Chargebacks** | | | | | |
|  | 0317182502632 | 85541357123980000236873 |  | 37 | 94.31 |
|  | 617157075001 | 24733347110980000236843 |  | 85 | 94.31 |

07/04/17 IDS000 0000871

PX17 Attachment AB-55

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

**07/04/2017 (mm/dd/yyyy)**

BLIZZARD WHITE GLOBAL
871 CORONADO CENTER DR STE 200
HENDERSON NV 89052-3977
US

# DISPUTE NOTIFICATION

Dispute Type:                    SECOND CHARGEBACK

A financial adjustment has been made to your account
as a result of a dispute. This transaction is not eligible
for representment.

**Issuer:**                       PSCU INCORPORATED
**Case Number:**                      0317182502632
**Adjustment Amount:**                          94.31
**Reason:**          37 / Fraudulent Transaction - No Cardholder
                                          Authorization

## Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | | Credit Card Number: | |
| Card Product Type: | Debit MasterCard Enhanced | Transaction Amount: | 94.31 |
| Batch Date (mm/dd/yyyy): | | Transaction Date (mm/dd/yyyy): | 05/04/2017 |
| Invoice Number: | | Alternate Amount: | 0.00 |
| Merchant Xref: | | Transaction Method: | Recurring Payment |
| Reference Number: | 85541357123980000236873 | POS Entry: | 01 / Hand Keyed |
| Airline Ticket Number: | | MCC: | 5968 |
| Custom Data: | SYS/PRIN: 1073/0200 | | |

**DO NOT ISSUE CREDIT!** The cardholders account has been credited as a result of this chargeback.

**Comment:** We provided your previous response to the cardholder's bank and the cardholder is continuing to dispute this transaction as fraud. We are unable to further defend this transaction.

**Dispute Alert:** Effective April 2018, Visa will restructure the Dispute process with a liability assignment model, Visa Claims Resolution (VCR). This model reduces dispute cycle times. As a result, we encourage the adoption of our electronic solutions offered. You may self-enroll in Dispute Manager via the Business Track portal (www.businesstrack.com), or speak with your Representative for eResponse.

**Questions?**
Call Merchant Services at:
**800-672-5008**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and deleting it from your computer.