## Case Detail 17051100001281 - Action Number 1

| | | | |
|---|---|---|---|
| **Action Type:** | Advanced CB Request | **Action Reason:** | M37-Fraud: No Auth |
| **Reported Date:** | 05/11/2017 | **Processed Date:** | 05/11/2017 10:00:32 |
| **Settlement Date:** | 05/11/2017 | **Expiration Date:** | 11/07/2017 |
| **Exception Entry Mode:** | 0 - Online | **Closed Date:** | |
| **Adjusted Amount:** | 94.31 CR | **Transaction Net Amount:** | 94.31 |
| **Sender PAR ID:** | 540219 - GTE FINANCIAL | **Receiver PAR ID:** | 002513 - MASTERCARD DEBIT CARD |
| **Sender FRDABA:** | A263182794 | **Receiver FRDABA:** | A000012811 |
| **Sender User ID:** | EPSPSCU.XDFRAZIER | **Sending Documentation:** | |
| **Contact Name:** | Debbie Frazier | **Contact Fax:** | 727-540-2283 |
| **Contact Phone:** | 800-235-7728 | **Phone Ext:** | |
| **Report FRS Date:** | | **Fraud Status:** | |
| **Exception File Date:** | | | |
| **Exception Comment:** | CB $94.31, R/C 37 No Cardholder Auth. PSCU will handle doc | | |
| **Message Text:** | SUPPLYING EXPIEDITED BILLING FORM | | |

## Original Transaction Detail

| | | | |
|---|---|---|---|
| **Acquirer FRDABA:** | A000012811 | **Issuer FRDABA:** | A263182794 |
| **Acquirer PAR ID:** | 002513 | **Issuer PAR ID:** | 540219 |
| **Acquirer Network ID:** | MM2 | **Issuer Network ID:** | MAC |
| **Acquirer Switch Platform:** | NE | **Issuer Switch Platform:** | NE |
| **Switch Settlement Date:** | 05/04/2017 | **Trace Number:** | 455266 |
| **Local Date/Time:** | 05/02/2017 02:21:01 | **Transaction Type:** | PCV - Purchase Completion |
| **Switch Terminal ID:** | PS2513 | **Transaction Amount:** | 94.31 |
| **Local Terminal ID:** | 99999999 | **Card Number:** | ██████████ |
| **Terminal Sequence:** | 17455266 | **Account Number:** | |
| **Reg E Address:** | BLIZZARD WHITE GLO HENDERSON NV | **Account Type:** | 000 - FND (funding) |
| **Sender/Payer Name:** | | **CVC2 Validation Participant:** | - Merchant is not a CVC 2 participant |
| **Sender/Payer Address:** | | **QPS/PayPass Chargeback Eligibility Indicator:** | |
| **Money Transfer Data:** | | **Business Application ID:** | null - |
| **Acquirer Reference Number:** | 85541357123080000236873 | **Entry Mode:** | 00 |
| **International Code:** | O | **Merchant Category Code:** | 5968 |
| **Visa Transaction ID:** | | **Visa Network ID:** | |
| **Additional Sender Data:** | | **Source of Funds:** | |
| **Authentication Program:** | | | |

**PSCU** Exception Processing

## Case Detail 17051100001281 - Action Number 4

| | | | |
|---|---|---|---|
| **Action Type:** | Advance 2nd C8 Request | **Action Reason:** | M37-Fraud: No Auth |
| **Reported Date:** | 05/22/2017 | **Processed Date:** | 05/22/2017 14:19:39 |
| **Settlement Date:** | 06/22/2017 | **Expiration Date:** | 12/19/2017 |
| **Exception Entry Mode:** | 0 - Online | **Closed Date:** | |
| **Adjusted Amount:** | 94.31 CR | **Transaction Net Amount:** | 94.31 |
| **Sender PAR ID:** | 540219 - GTE FINANCIAL | **Receiver PAR ID:** | 002513 - MASTERCARD DEBIT CARD |
| **Sender FRDABA:** | A263182794 | **Receiver FRDABA:** | A000012811 |
| **Sender User ID:** | 402060.XDCLAYTON | **Sending Documentation:** | |
| **Contact Name:** | Debra Clayton | **Contact Fax:** | 727-540-2283 |
| **Contact Phone:** | 800-235-7728 | **Phone Ext:** | |
| **Report FRS Date:** | | **Fraud Status:** | |
| **Exception File Date:** | | | |
| **Exception Comment:** | c/h reviewed merchant doc and states she did not make authorize or receive anything c/h information is correct but c/h still certifies  fraud pscu will handle doc | | |
| **Message Text:** | c/h rc 4837 $94.31 sending updated repsonse | | |

## Case Detail 17051100001281 - Action Number 3

| | | | |
|---|---|---|---|
| **Action Type:** | Representment | **Action Reason:** | Representment - Other |
| **Reported Date:** | 06/01/2017 | **Processed Date:** | 06/01/2017 11:38:13 |
| **Settlement Date:** | 06/01/2017 | **Expiration Date:** | 07/11/2017 |
| **Exception Entry Mode:** | 0 - Online | **Closed Date:** | |
| **Adjusted Amount:** | 94.31 DB | **Transaction Net Amount:** | 94.31 |
| **Sender PAR ID:** | 002513 - MASTERCARD DEBIT CARD | **Receiver PAR ID:** | 540219 - GTE FINANCIAL |
| **Sender FRDABA:** | A000012811 | **Receiver FRDABA:** | A263182794 |
| **Sender User ID:** | EPSOMA.NELSENJI | **Sending Documentation:** | |
| **Contact Name:** | Julie Nelsen | **Contact Fax:** | 402-916-7476 |
| **Contact Phone:** | 402-222-0223 | **Phone Ext:** | |
| **Report FRS Date:** | | **Fraud Status:** | |
| **Exception File Date:** | | | |
| **Exception Comment:** | 5-26-2017  PSCU COMP EVID - See Additional Comments | | |

## Case Detail 17051100001281 - Action Number 2

| | | | |
|---|---|---|---|
| **Action Type:** | Chargeback | **Action Reason:** | M37-Fraud: No Auth |
| **Reported Date:** | 05/17/2017 | **Processed Date:** | 05/17/2017 16:21:06 |
| **Settlement Date:** | 05/18/2017 | **Expiration Date:** | 07/16/2017 |
| **Exception Entry Mode:** | 0 - Online | **Closed Date:** | |
| **Adjusted Amount:** | 94.31 CR | **Transaction Net Amount:** | 94.31 |
| **Sender PAR ID:** | 002513 - MASTERCARD DEBIT CARD | **Receiver PAR ID:** | 540219 - GTE FINANCIAL |
| **Sender FRDABA:** | A000012811 | **Receiver FRDABA:** | A263182794 |
| **Sender User ID:** | EPSOMA.SHANKSM | **Sending Documentation:** | |
| **Contact Name:** | Michelle Shanks | **Contact Fax:** | 402-916-8145 |
| **Contact Phone:** | 402-222-5064 | **Phone Ext:** | |
| **Report FRS Date:** | | **Fraud Status:** | |
| **Exception File Date:** | | | |
| **Exception Comment:** | cb | | |
| **Message Text:** | cb | | |

## Dispute Resolution Form— Fraud



mastercard

**Transaction Information:**

Acquirer's Reference Data or Switch Serial Number: 85541357123980002368730

Merchant Name: blizzard white

Transaction or Settlement Date: 5/2/17

Number of Items: 1

Disputed Amount: 94.31

If multiple transactions are charged back, include the first transaction detail above and supply on separate pages the remaining unauthorized transactions disputed by the cardholder. Include for each transaction the merchant name, Acquirer Reference Data or Switch Serial Number and transaction amount.

*By completing this form, the issuer certifies its knowledge of the cardholder's claim that neither he, she, nor anyone authorized by him or her engaged in the transaction(s) provided with this form.*

**Card Status Information:** Check all applicable boxes as required by the *Chargeback Guide* for this dispute.

| | | |
|---|---|---|
| The card was closed before the chargeback was processed: | ☒ Yes | ☐ No |
| The transaction was reported to SAFE before processing chargeback: | ☒ Yes | ☐ No |
| The card used was lost, stolen or never received issue (NRI): | ☐ Yes | ☐ No |
| The card used was counterfeit: | ☐ Yes | ☐ No |
| The account listed on the Account Management Service Stand-In Account File: | ☒ Yes | ☐ No |
| Reason code 4837 CAT 2: Was the card lost, stolen, or NRI at the time of the transaction? | ☐ Yes | ☐ No |
| Reason Code 4840: Was one legitimate transaction made at the same merchant location and the cardholder is in possession and control of all cards? | ☐ Yes | ☐ No |

**Additional Information** if needed:

c/h reviewed merchant doc and states she did not make authorize or receive anything c/h information is correct but c/h still certifies fraud
moto

412

**Page 1 of 2**

Revised: November 2016

## Dispute Resolution Form—
## Fraud



mastercard

"I certify that the facts were obtained from my discussion with the cardholder or the company/government agency representative on behalf of the corporate/government card cardholder and that the facts are accurate to the best of my knowledge."

Customer Service/Chargeback Representative: Debbie Clayton          Date: 6/22/17

**Issuer complete section below for <u>Reason Code 4871- Chip Liability Shift—Lost/Stolen/Never Received Issue (NRI) Fraud Chargeback</u> only:**

**Card Issuer Region:**   Select One:

**Cardholder Verification Method (CVM) Hierarchy List Certification**

Number the priority sequence of CVM supported by the card from highest to lowest priority as 1, 2, 3, 4. Number 1 being the highest priority CVM on the card.  If a CVM is not supported, leave that CVM option blank.  See examples below.

| | |
|---|---|
| _____ | Online PIN Preferring |
| _____ | Offline PIN |
| _____ | Signature |
| _____ | None   (No CVM) |

**Examples: Card's CVM Priority or Hierarchy**
*Example #1 – Card's CVM priority or hierarchy is Online PIN, Offline PIN, Signature and then No CVM.*
CVM hierarchy:   <u>1</u> Online PIN Preferring   <u>2</u> Offline PIN   <u>3</u> Signature   <u>4</u> None (No CVM)

*Example #2 – Card's CVM priority or hierarchy is Online PIN, Signature and then No CVM. The card does not support Offline PIN.*
CVM hierarchy:   <u>1</u> Online PIN Preferring   __ Offline PIN   <u>2</u> Signature   <u>3</u> None (No CVM)

*Example #3 –Card's CVM priority or hierarchy is Offline PIN, Signature and then No CVM.  The card does not support Online PIN.*
CVM hierarchy:   __ Online PIN Preferring   <u>1</u> Offline PIN   <u>2</u> Signature   <u>3</u> None (No CVM)

07/04/17 IDS000  0000871
PX17 Attachment AB-60

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE NOTIFICATION

> A financial adjustment has been made to your
> account as a result of a dispute initiated by
> the issuing bank (below).

**07/04/2017 (mm/dd/yyyy)**

BLIZZARD WHITE GLOBAL
871 CORONADO CENTER DR STE 200
HENDERSON NV 89052-3977
US

Faxed to:

| | |
|---|---|
| **Jurisdiction:** | Visa USA Domestic |
| **Dispute Type:** | INCOMING PRE-ARBITRATION |
| **Reason:** | Credit Not Processed |
| **Case Number:** | 617157075001 |
| **Adjustment Amount:** | 94.31 |

## Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | | Credit Card Number: | |
| Transaction Date (mm/dd/yyyy): | 04/19/2017 | Reference Number: | 24733347110980000236843 |
| Transaction Amount: | 94.31 | Foreign Amount: | 0.00 |
| Merchant Xref: | | Airline Ticket Number: | |
| Total Batch Amount: | 0.00 | Batch Date (mm/dd/yyyy): | |
| Usage Code: | | Custom Data: | SYS/PRIN: 1073/0200 |
| Card Product Type: | Business Tier 1 | Transaction Method: | Mail/Telephone Order |
| Invoice Number: | | POS Entry: | |
| AVS Code: | Z | CVV2/CVC2/CID: | P |
| UCAF/CAVV: | | MCC: | 5968 |
| Reason Code: | 85 / Credit Not Processed | | |

**Case Summary**
A dispute has been initiated by Bank of America N.A. because the cardholder claims that credit was not processed.

**Comments:** This disputed transaction cannot be remedied since you failed to respond to the request for additional information. Please contact the cardholder directly to resolve this dispute.

**Questions?**
Call **Merchant Services** at:
**800-672-5008**

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green",
call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010

# DISPUTE
# SUMMARY

Faxed to:

07-02-2017
(MM/DD/YYYY)

BLIZZARD WHITE GLOBAL
STE 200
871 CORONADO CENTER DR
HENDERSON, NV 89052-3977

‖�dᴵⁱⁱⁱ‖‖‖ⁱⁱₚᵢₗₚᵢₗᵢₘᵢ‖‖ⁱⁱ‖ₙₙₚₗₚₚₗₚₘₘ‖ᵢ‖ₙdᵢᵢ‖‖ₗ

| The following is a summary of the chargebacks processed on |
| :---: |
| **07-01-2017** |
| (MM/DD/YYYY) |
| If you wish to contest any of these transactions, please respond using the corresponding Chargeback Response form by designated Due Date. Please do not return this summary form with your response. |

Attached are documents related to chargeback transactions processed by Merchant Services.

Please carefully review each document. If you wish to contest these transactions, please follow the instructions noted on each form.

|  | Summary | |
| --- | :---: | :---: |
|  | Item | Amount |
| Chargebacks Reversals | 1 | 94.31 |
| **Total Adjusted Amount** | 1 | 94.31 |

*The total adjusted amount does not include the Non-Financial items listed in the section below.

| Merchant Number | Case Number | Reference Number | Ticket/Cardholder Number | Reason Code | Amount |
| --- | --- | --- | --- | --- | --- |
| **Financial Activity** | | | | | |
| Chargebacks | | | | | |
| ▓▓▓▓▓ | 617182049301 | 24733347093980000236893 | ▓▓▓▓▓ | 83 | 94.31 |

07/02/17 IDS000  0000633
PX17 Attachment AB-62

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE NOTIFICATION

> A financial adjustment has been made to your
> account as a result of a dispute initiated by
> the issuing bank (below).

07/01/2017 (mm/dd/yyyy)

BLIZZARD WHITE GLOBAL
871 CORONADO CENTER DR STE 200
HENDERSON NV 89052-3977
US

| | |
|---|---|
| **Jurisdiction:** | Visa USA Domestic |
| **Dispute Type:** | INCOMING PRE-ARBITRATION |
| **Reason:** | Fraudulent Transaction - Card Not Present |
| **Case Number:** | 617182049301 |
| **Adjustment Amount:** | 94.31 |

Faxed to:

**Original Transaction Detail Information**

| | | | |
|---|---|---|---|
| Merchant Number: | | Credit Card Number: | |
| Transaction Date (mm/dd/yyyy): | 04/02/2017 | Reference Number: | 24733347093980000236893 |
| Transaction Amount: | 94.31 | Foreign Amount: | 0.00 |
| Merchant Xref: | | Airline Ticket Number: | |
| Total Batch Amount: | 0.00 | Batch Date (mm/dd/yyyy): | |
| Usage Code: | | Custom Data: | SYS/PRIN: 1073/0200 |
| Card Product Type: | Visa Traditional | Transaction Method: | Mail/Telephone Order |
| Invoice Number: | | POS Entry: | |
| AVS Code: | Z | CVV2/CVC2/CID: | P |
| UCAF/CAVV: | | MCC: | 5968 |
| Reason Code: | 83 / Fraudulent Transaction - Card Not Present | | |

**Case Summary**

A dispute has been initiated by Chase Bank USA, National Association because a fictitious/invalid account number was processed or the cardholder denied participation in the transaction.

**Comments:** We provided your previous response to the cardholder's bank and the cardholder is continuing to dispute this transaction as fraud. We are unable to further defend this transaction.

**Questions?**
**Call Merchant Services** at:
**800-672-5008**

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green",
call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

PX17 Attachment AB-63

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010

# DISPUTE
# SUMMARY

Faxed to:

07-03-2017
(MM/DD/YYYY)

BLIZZARD WHITE GLOBAL
STE 200
871 CORONADO CENTER DR
HENDERSON, NV 89052-3977

| The following is a summary of the chargebacks processed on |
| --- |
| **07-03-2017** (MM/DD/YYYY) |
| If you wish to contest any of these transactions, please respond using the corresponding Chargeback Response form by designated Due Date. Please do not return this summary form with your response. |

Attached are documents related to chargeback transactions processed by Merchant Services.

Please carefully review each document. If you wish to contest these transactions, please follow the instructions noted on each form.

| | Summary | |
| --- | --- | --- |
| | Item | Amount |
| Chargebacks | 1 | 105.22 |
| Reversals | | |
| **Total Adjusted Amount\*** | 1 | 105.22 |

*The total adjusted amount does not include the Non-Financial items listed in the section below.

| Merchant Number | Case Number | Reference Number | Ticket/Cardholder Number | Reason Code | Amount |
| --- | --- | --- | --- | --- | --- |
| **Financial Activity** | | | | | |
| **Chargebacks** | | | | | |
| ▮▮▮▮▮ | 0301718244687 | 2473334717602901 0202378 | ▮▮▮▮ | 83 | 105.22 |

Page 1 of 1

PX17 Attachment AB-64

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE NOTIFICATION

Dispute Type:                                      FIRST CHARGEBACK

**07/03/2017 (mm/dd/yyyy)**

BLIZZARD WHITE GLOBAL
871 CORONADO CENTER DR STE 200
HENDERSON NV 89052-3977
US

> **A financial adjustment has been made to your
> account as a result of a dispute.If
> you wish to contest, your
> response must be received no later than:**
> <u>**07/18/2017**</u> (mm/dd/yyyy)

| | |
|---|---|
| **Issuer:** | U.S. Bank National Association |
| **Case Number:** | 0301718244687 |
| **Adjustment Amount:** | 105.22 |
| **Reason:** | 83 / Fraudulent Transaction - Card Not Present |

### Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | | Credit Card Number: | |
| Card Product Type: | Visa Classic | Transaction Amount: | 105.22 |
| Batch Date (mm/dd/yyyy): | | Transaction Date (mm/dd/yyyy): | 06/23/2017 |
| Invoice Number: | | Alternate Amount: | 0.00 |
| Merchant Xref: | | Transaction Method: | Electronic Commerce |
| Reference Number: | 24733347176029010202378 | POS Entry: | 01 / Hand Keyed |
| Airline Ticket Number: | | MCC: | 5968 |
| Custom Data: | SYS/PRIN: 1073/0200 | | |

**DO NOT ISSUE CREDIT!** The cardholders account has been credited as a result of this chargeback. If you previously issued credit, please provide the date and amount of the credit.

**When responding to this dispute, follow all instructions on the back of the form.**

**Comment:** Our records indicate Verified by Visa was not utilized to authenticate this transaction or a full authentication response was not received. If merchandise was shipped please provide order information containing matching bill to and ship to addresses, proof of delivery and a positive AVS response or any documentation that supports the customer participated in the transaction.

**Dispute Alert:**Effective April 2018, Visa will restructure the Dispute process with a liability assignment model, Visa Claims Resolution (VCR). This model reduces dispute cycle times. As a result, we encourage the adoption of our electronic solutions offered. You may self-enroll in Dispute Manager via the Business Track portal (www.businesstrack.com), or speak with your Representative for eResponse.

**Questions?**
Call **Merchant Services** at:
**800-672-5008**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and (deleting it from your computer).

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE RESPONSE

| | |
|---|---|
| **Case Number:** | 0301718244687 |
| **Amount:** | 105.22 |
| **Custom Data:** | SYS/PRIN: 1073/0200 |

Date (mm/dd/yyyy): _____

| Why are you requesting a reversal of this Dispute? |
|---|
| |
| |
| |
| |
| (If additional space is needed please continue on a separate sheet of paper) |

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

___ Copy of a Signed and/or Electronically Captured Sales Slip
___ Copy of a Signed Cancellation Policy
___ Copy of a Signed Order Form
___ Signed Proof of Delivery, including Proof of Positive AVS
___ Signed Rental Agreement
___ Copy of the Hotel/Motel Folio
___ Copy of the Recurring Billing Agreement
___ Copy of the Credit Receipt
___ Proof that the Authorized Signer was known by the Cardholder
___ Documentation Showing Additional Transactions by this Cardholder
___ T & E-Documentation showing Loyalty Transactions related to this Purchase
___ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
___ Proof that the ticket was received for Passenger Transport
___ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
___ Proof of CVV2 in Lieu of Imprint
___ Proof of Authorization
___ Proof of Verified by Visa or MasterCard Secure Code
___ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
___ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails)
___ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 402-933-1525
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

Visa Resolve Online

**Chargeback Questionnaire: ROL Case Number - 1550389483**

### Transaction Information

| | | | | | |
|---|---|---|---|---|---|
| Card/Acct #: | ▉▉▉▉▉▉ | Tran Type: | Sale | Issuer: | U.S. BANK NATIONAL |
| Network: | VISA | Tran Date: | 06/23/17 | | ASSOCIATION |
| Tran ID: | 087174258548171 | Processing Date: | 06/26/17 | CH Name: | |
| ARN: | 2-473334-7176-02901020237-8 | Tran Amount: | 105.22 USD | Acquirer: | MISSION VALLEY |
| Retrieval Ref. #: 717628029010 | | Jurisdiction: | DOMESTIC-US | | BANK |
| | | | | Merchant: | BLIZZARD WHITE |
| | | | | | GLOBAL |
| | | | | Location: | 888-849-8114, NV |
| Acqr BID: | 00000000 | Spec Cond: | | MCC: | 5968 |
| Reimb Attr: | A | MOTO/ECI: | 7 | Network ID: | VISA |
| Action: Chargeback | | | | | |

### Dispute Information

| | |
|---|---|
| Dispute Group | 2 - Fraud |
| Dispute Reason | 83 - Fraud - Card Absent Environment |
| Dispute Amount | 105.22 USD    Cardholder ☐ Debit ☑ Credit |

### Elaboration Information

☐  Account number used was fictitious or no valid card, and no authorization was obtained

Date Fraud Activity was reported through VisaNet:                06/29/17        mmddyy

Date of listing on Exception File or date token was deactivated:        06/23/17        mmddyy

What was the fraud type based on Issuer investigation?                ☑  Other   FRAUDULENT USE OF ACCCOUNT

### Certifications

☑  Issuer certifies Cardholder denies authorizing or participating in the disputed transaction

### Questionnaire Notes and Documents

Comments

Documents

No documents attached

Chargeback Reference Number

07/03/17 IDS000   0001318

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010

**DISPUTE
SUMMARY**

Faxed to:

07-04-2017
(MM/DD/YYYY)

WALNUT STREET MARKETING
11001 W 120TH AVE STE 400
BROOMFIELD, CO 80021-3493

| The following is a summary of the chargebacks processed on |
|---|
| **07-03-2017** |
| (MM/DD/YYYY) |
| **If you wish to contest any of these transactions, please respond using the corresponding Chargeback Response form by designated Due Date.  Please do not return this summary form with your response.** |

Attached are documents related to chargeback transactions processed by Merchant Services.

Please carefully review each document.  If you wish to contest these transactions, please follow the instructions noted on each form.

| Summary | | |
|---|---|---|
| | Item | Amount |
| Chargebacks | 1 | 92.13 |
| Reversals | | |
| **Total Adjusted Amount\*** | 1 | 92.13 |

*The total adjusted amount does not include the Non-Financial items listed in the section below.

| Merchant Number | Case Number | Reference Number | Ticket/Cardholder Number | Reason Code | Amount |
|---|---|---|---|---|---|
| **Financial Activity** | | | | | |
| **Chargebacks** | | | | | |
| ▆▆▆▆ | 871840104501 | 2411039713320797300118 | ▆▆▆▆ | 83 | 92.13 |
| **Non-Financial Activity** | | | | | |
| **Reversal Rejection Letters** | | | | | |
| ▆▆▆▆ | 771727010101 | 5553607714820797350357 | ▆▆▆▆ | 41 | 103.04 |

07/04/17 IDS000  0001408

PX17 Attachment AB-68

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE NOTIFICATION

> A financial adjustment has been made to your
> account as a result of a dispute initiated by
> the issuing bank (below).

07/03/2017 (mm/dd/yyyy)

WALNUT STREET MARKETING
11001 W 120TH AVE #400
BROOMFIELD CO 80021-0000

Faxed to:

| | |
|---|---|
| **Jurisdiction:** | Visa USA Domestic |
| **Dispute Type:** | INCOMING PRE-ARBITRATION |
| **Reason:** | Fraudulent Transaction - Card Not Present |
| **Case Number:** | 871840104501 |
| **Adjustment Amount:** | 92.13 |

### Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | | Credit Card Number: | |
| Transaction Date (mm/dd/yyyy): | 05/13/2017 | Reference Number: | 24110397133207973000118 |
| Transaction Amount: | 92.13 | Foreign Amount: | 0.00 |
| Merchant Xref: | | Airline Ticket Number: | |
| Total Batch Amount: | 963.92 | Batch Date (mm/dd/yyyy): | 05/13/2017 |
| Usage Code: | | Custom Data: | |
| Card Product Type: | Visa Classic | Transaction Method: | Recurring Payment |
| Invoice Number: | 0011711365 | POS Entry: | |
| AVS Code: | Y | CVV2/CVC2/CID: | |
| UCAF/CAVV: | | MCC: | 5999 |
| Reason Code: | 83 / Fraudulent Transaction - Card Not Present | | |

**Case Summary**

A dispute has been initiated by U.S. Bank National Association because a fictitious/invalid account number was processed or the cardholder denied participation in the transaction.

**Comments:** We provided your previous response to the cardholder's bank and the cardholder is continuing to dispute this transaction as fraud. We are unable to further defend this transaction.

**Questions?**
**Call Merchant Services at:**
**1-800-594-9465**

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

**07/03/2017 (mm/dd/yyyy)**

WALNUT STREET MARKETING
11001 W 120TH AVE #400
BROOMFIELD CO 80021-0000

# REVERSAL REJECTION

We received your request for a reversal of an
adjustment made to your account. The information
provided was not sufficient to represent the
transaction back to the issuer for payment.

| | |
|---|---|
| **Issuer:** | CITIBANK N.A. |
| **Case Number:** | 771727010101 |
| **Work Type:** | FIRST CHARGEBACK REVERSAL |
| **Reason Code:** | 41 / Cancelled Recurring and Digital Goods Transactions |

## Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | | Credit Card Number: | |
| Card Product Type: | World MC for Business | Transaction Amount: | 103.04 |
| Batch Date (mm/dd/yyyy): | 05/28/2017 | Transaction Date(mm/dd/yyyy): | 05/28/2017 |
| Invoice Number: | 0011668997 | Alternate Amount: | 0.00 |
| Merchant Xref: | | Transaction Method: | Recurring Payment |
| Reference Number: | 55536077148207973500357 | POS Entry: | 01 / Hand Keyed |
| Airline Ticket Number: | | MCC: | 5999 |
| Custom Data: | | | |

**COMMENTS:** We acknowledge the documentation provided; however, the cardholder states they were unaware of recurring transaction terms and conditions. Please provide proof was provided showing recurring transaction terms and conditions being clear, separate, and distinct from the general terms and conditions of the sale.

**Dispute Alert:** Effective April 2018, Visa will restructure the Dispute process with a liability assignment model, Visa Claims Resolution (VCR). This model reduces dispute cycle times. As a result, we encourage the adoption of our electronic solutions offered. You may self-enroll in Dispute Manager via the Business Track portal (www.businesstrack.com), or speak with your Representative for eResponse.

**Questions?**
Call **Merchant Services** at:
**1-800-594-9465**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and deleting it from your computer.

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010

# DISPUTE
# SUMMARY

Faxed to:

07-08-2017
(MM/DD/YYYY)

| The following is a summary of the chargebacks processed on |
| :---: |
| **07-07-2017** |
| (MM/DD/YYYY) |
| If you wish to contest any of these transactions, please respond using the corresponding Chargeback Response form by designated Due Date. Please do not return this summary form with your response. |

WALNUT STREET MARKETING
11001 W 120TH AVE STE 400
BROOMFIELD, CO 80021-3493

Attached are documents related to chargeback transactions processed by Merchant Services.

Please carefully review each document. If you wish to contest these transactions, please follow the instructions noted on each form.

| | Summary | |
| :--- | :---: | :---: |
| | Item | Amount |
| Chargebacks | 2 | 195.17 |
| Reversals | | |
| **Total Adjusted Amount\*** | **2** | **195.17** |

\*The total adjusted amount does not include the Non-Financial items listed in the section below.

| Merchant Number | Case Number | Reference Number | Ticket/Cardholder Number | Reason Code | Amount |
| :--- | :--- | :--- | :--- | :--- | :--- |
| **Financial Activity** | | | | | |
| **Chargebacks** | | | | | |
| ▮▮▮▮▮ | 871836974001 | 24110397093207973000033 | ▮▮▮▮▮ | 83 | 92.13 |
| | 871836974101 | 24110397123207973000219 | | 83 | 103.04 |

07/08/17 IDS000  0004263

PX17 Attachment AB-71

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE NOTIFICATION

**07/07/2017 (mm/dd/yyyy)**

WALNUT STREET MARKETING
11001 W 120TH AVE #400
BROOMFIELD CO 80021-0000

Dispute Type:                              FIRST CHARGEBACK

> A financial adjustment has been made to your
> account as a result of a dispute.If
> you wish to contest, your
> response must be received no later than:
> 07/22/2017  (mm/dd/yyyy)

Issuer:                       Chase Bank USA, National
                                                Association
Case Number:                            871836974001
Adjustment Amount:                                 92.13
Reason:   83 / Fraudulent Transaction - Card Not Present

## Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | | Credit Card Number: | |
| Card Product Type: | Visa Signature | Transaction Amount: | 92.13 |
| Batch Date (mm/dd/yyyy): | 04/03/2017 | Transaction Date (mm/dd/yyyy): | 04/03/2017 |
| Invoice Number: | 0011489929 | Alternate Amount: | 0.00 |
| Merchant Xref: | | Transaction Method: | Recurring Payment |
| Reference Number: | 24110397093207973000033 | POS Entry: | 01 / Hand Keyed |
| Airline Ticket Number: | | MCC: | 5999 |
| Custom Data: | | | |

**DO NOT ISSUE CREDIT!** The cardholders account has been credited as a result of this chargeback. If you previously issued credit, please provide the date and amount of the credit.

**When responding to this dispute, follow all instructions on the back of the form.**

**Comment:** To refute this chargeback, please provide proof that the cardholder authorized and participated in this transaction. Proof of positive address verification services (AVS) response and proof of delivery showing the merchandise was shipped to the AVS confirmed address must be provided or any documentation that supports the customer participated in the transaction.

**Dispute Alert:**Effective April 2018, Visa will restructure the Dispute process with a liability assignment model, Visa Claims Resolution (VCR). This model reduces dispute cycle times. As a result, we encourage the adoption of our electronic solutions offered. You may self-enroll in Dispute Manager via the Business Track portal (www.businesstrack.com), or speak with your Representative for eResponse.

**Questions?**
Call **Merchant Services** at:
**1-800-594-9465**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and deleting it from your computer).

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE RESPONSE

| | |
|---|---|
| **Case Number:** | 871836974001 |
| **Amount:** | 92.13 |
| **Custom Data:** | |

Date (mm/dd/yyyy): _____

| Why are you requesting a reversal of this Dispute? |
|---|
| |
| |
| |
| |
| (If additional space is needed please continue on a separate sheet of paper) |

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

___ Copy of a Signed and/or Electronically Captured Sales Slip
___ Copy of a Signed Cancellation Policy
___ Copy of a Signed Order Form
___ Signed Proof of Delivery, including Proof of Positive AVS
___ Signed Rental Agreement
___ Copy of the Hotel/Motel Folio
___ Copy of the Recurring Billing Agreement
___ Copy of the Credit Receipt
___ Proof that the Authorized Signer was known by the Cardholder
___ Documentation Showing Additional Transactions by this Cardholder
___ T & E Documentation showing Loyalty Transactions related to this Purchase
___ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
___ Proof that the ticket was received for Passenger Transport
___ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
___ Proof of CVV2 in Lieu of Imprint
___ Proof of Authorization
___ Proof of Verified by Visa or MasterCard Secure Code
___ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
___ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails)
___ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 402-933-1525
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

07/08/17 IDS000  0004263

Visa Resolve Online

## Chargeback Questionnaire: ROL Case Number - 1551802799

### Transaction Information

| | | | | | |
|---|---|---|---|---|---|
| Card/Acct #: | ████████ | Tran Type: | Sale | Issuer: | CHASE BANK USA, NA-TIONAL ASSOCIATION |
| Network: | VISA | Tran Date: | 04/03/17 | | |
| Tran ID: | 387093306700383 | Processing Date: | 05/08/17 | CH Name: | |
| ARN: | 2-411039-7093-20797300003-3 | Tran Amount: | 92.13 USD | Acquirer: | BMO HARRIS BANK NATIONAL ASSOCIA-TION |
| Retrieved Ref. #: 709323207973 | | Jurisdiction: | DOMESTIC-US | | |
| | | | | Merchant: | BELLA@HOME866238592 |
| | | | | Location: | 866-238-5924, CO |

Action: Chargeback

### Dispute Information

Dispute Group          2 - Fraud

Dispute Reason        83 - Fraud - Card Absent Environment

Dispute Amount       92.13 USD      Cardholder ☐ Debit ☑ Credit

### Elaboration Information

☐ Account number used was fictitious or no valid card, and no authorization was obtained

Date Fraud Activity was reported through VisaNet:          05/08/17          mmddyy

Date of listing on Exception File or date token was deactivated:          06/30/17          mmddyy

What was the fraud type based on Issuer investigation?          ☑ Other   Cardholder in possession of credit card

### Certifications

☑ Issuer certifies Cardholder denies authorizing or participating in the disputed transaction

### Questionnaire Notes and Documents

Comments

Documents

No documents attached

Chargeback Reference Number

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE NOTIFICATION

Dispute Type:                    FIRST CHARGEBACK

**07/07/2017 (mm/dd/yyyy)**

WALNUT STREET MARKETING
11001 W 120TH AVE #400
BROOMFIELD CO 80021-0000

> **A financial adjustment has been made to your
> account as a result of a dispute. If
> you wish to contest, your
> response must be received no later than:
> 07/22/2017** (mm/dd/yyyy)

Issuer:                          Chase Bank USA, National
                                                 Association
Case Number:                     871836974101
Adjustment Amount:                       103.04
Reason:   83 / Fraudulent Transaction - Card Not Present

## Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | | Credit Card Number: | |
| Card Product Type: | Visa Signature | Transaction Amount: | 103.04 |
| Batch Date (mm/dd/yyyy): | 05/03/2017 | Transaction Date (mm/dd/yyyy): | 05/03/2017 |
| Invoice Number: | 0011531989 | Alternate Amount: | 0.00 |
| Merchant Xref: | | Transaction Method: | Recurring Payment |
| Reference Number: | 24110397123207973000219 | POS Entry: | 01 / Hand Keyed |
| Airline Ticket Number: | | MCC: | 5999 |
| Custom Data: | | | |

**DO NOT ISSUE CREDIT!** The cardholders account has been credited as a result of this chargeback. If you previously issued credit, please provide the date and amount of the credit.

**When responding to this dispute, follow all instructions on the back of the form.**

**Comment:** To refute this chargeback, please provide proof that the cardholder authorized and participated in this transaction. Proof of positive address verification services (AVS) response and proof of delivery showing the merchandise was shipped to the AVS confirmed address must be provided or any documentation that supports the customer participated in the transaction.

**Dispute Alert:** Effective April 2018, Visa will restructure the Dispute process with a liability assignment model, Visa Claims Resolution (VCR). This model reduces dispute cycle times. As a result, we encourage the adoption of our electronic solutions offered. You may self-enroll in Dispute Manager via the Business Track portal (www.businesstrack.com), or speak with your Representative for eResponse.

**Questions?**
Call **Merchant Services** at:
**1-800-594-9465**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and deleting it from your computer.

07/08/17  IDS000   0004Z63

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE RESPONSE

**Case Number:**                                871836974101
**Amount:**                                              103.04
**Custom Data:**

Date (mm/dd/yyyy): _____

| Why are you requesting a reversal of this Dispute? |
|---|
| |
| |
| |
| |
| |
| (If additional space is needed please continue on a separate sheet of paper) |

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

___ Copy of a Signed and/or Electronically Captured Sales Slip
___ Copy of a Signed Cancellation Policy
___ Copy of a Signed Order Form
___ Signed Proof of Delivery, including Proof of Positive AVS
___ Signed Rental Agreement
___ Copy of the Hotel/Motel Folio
___ Copy of the Recurring Billing Agreement
___ Copy of the Credit Receipt
___ Proof that the Authorized Signer was known by the Cardholder
___ Documentation Showing Additional Transactions by this Cardholder
___ T & E-Documentation showing Loyalty Transactions related to this Purchase
___ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
___ Proof that the ticket was received for Passenger Transport
___ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
___ Proof of CVV2 in Lieu of Imprint
___ Proof of Authorization
___ Proof of Verified by Visa or MasterCard Secure Code
___ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
___ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails)
___ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 402-933-1525
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

07/08/17 IDS000  0004263

Visa Resolve Online

## Chargeback Questionnaire: ROL Case Number - 1551802767

### Transaction Information

| | | | | | |
|---|---|---|---|---|---|
| Card/Acct #: | ▮▮▮▮▮ | Tran Type: | Sale | Issuer: | CHASE BANK USA, NA-TIONAL ASSOCIATION |
| Network: | VISA | Tran Date: | 05/03/17 | | |
| Tran ID: | 307123323785218 | Processing Date: | 05/08/17 | CH Name: | |
| ARN: | 2-411039-7123-20797300021-9 | Tran Amount: | 103.04 USD | Acquirer: | BMO HARRIS BANK NATIONAL ASSOCIA-TION |
| Retrievel Ref. #: | 712329207973 | Jurisdiction: | DOMESTIC-US | | |
| | | | | Merchant: | BELLA@HOME866238592 |
| | | | | Location: | 866-238-5924, CO . |

Action: Chargeback

### Dispute Information

| | |
|---|---|
| Dispute Group | 2 - Fraud |
| Dispute Reason | 83 - Fraud - Card Absent Environment |
| Dispute Amount | 103.04 USD    Cardholder ☐  Debit ☐  Credit ☑ |

### Elaboration Information

☐  Account number used was fictitious or no valid card, and no authorization was obtained

Date Fraud Activity was reported through VisaNet:          05/08/17          mmddyy

Date of listing on Exception File or date token was deactivated:          05/30/17          mmddyy

What was the fraud type based on Issuer investigation?          ☑ Other   Cardholder in possession of credit card

### Certifications

☑  Issuer certifies Cardholder denies authorizing or participating in the disputed transaction

### Questionnaire Notes and Documents

Comments

Documents

No documents attached

Chargeback Reference Number

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010

# DISPUTE
# SUMMARY

Faxed to:

06-30-2017
(MM/DD/YYYY)

FIRSTCLASSWHITENINGGLOBA
MEGAL NOSEL
1810 E SAHARA AVE # 1535
LAS VEGAS, NV 89104-3707

| The following is a summary of the chargebacks processed on |
| --- |
| **06-29-2017**<br>(MM/DD/YYYY) |
| **If you wish to contest any of these transactions, please respond using the corresponding Chargeback Response form by designated Due Date. Please do not return this summary form with your response.** |

Attached are documents related to chargeback transactions processed by Merchant Services.

Please carefully review each document.  If you wish to contest these transactions, please follow the instructions noted on each form.

|  | Summary |  |
| --- | --- | --- |
|  | **Item** | **Amount** |
| Chargebacks | 1 | 92.13 |
| Reversals |  |  |
| **Total Adjusted Amount\*** | 1 | 92.13 |

\*The total adjusted amount does not include the Non-Financial items listed in the section below.

| Merchant Number | Case Number | Reference Number | Ticket/Cardholder Number | Reason Code | Amount |
| --- | --- | --- | --- | --- | --- |
| **Financial Activity** |  |  |  |  |  |
| **Chargebacks** |  |  |  |  |  |
| ▮▮▮▮▮ | 771786269301 | 55536077157816003161895 | ▮▮▮▮▮ | 41 | 92.13 |

06/30/17 IDS000  0002431

PX17 Attachment AB-78

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE NOTIFICATION

Dispute Type:                  FIRST CHARGEBACK

**06/29/2017 (mm/dd/yyyy)**

FIRSTCLASSWHITENINGGLOBA
MEGAL NOSEL
1810 E SAHARA AVE #1535
LAS VEGAS NV 89104

| A financial adjustment has been made to your account as a result of a dispute.If you wish to contest, your response must be received no later than: __07/14/2017__ (mm/dd/yyyy) |
| --- |

Issuer:            CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION

Case Number:       771786269301
Adjustment Amount:       92.13
Reason:     41 / Cancelled Recurring and Digital Goods Transactions

---

## Original Transaction Detail Information

| Merchant Number: | | Credit Card Number: | |
| --- | --- | --- | --- |
| Card Product Type: | Platinum MasterCard | Transaction Amount: | 92.13 |
| Batch Date (mm/dd/yyyy): | 06/06/2017 | Transaction Date (mm/dd/yyyy): | 06/06/2017 |
| Invoice Number: | | Alternate Amount: | 0.00 |
| Merchant Xref: | | Transaction Method: | Electronic Commerce |
| Reference Number: | 55536077157816003161895 | POS Entry: | 01 / Hand Keyed |
| Airline Ticket Number: | | MCC: | 5968 |
| Custom Data: | | | |

---

**DO NOT ISSUE CREDIT!** The cardholders account has been credited as a result of this chargeback. If you previously issued credit, please provide the date and amount of the credit.

**When responding to this dispute, follow all instructions on the back of the form.**

**Comment:** To refute this chargeback, please provide a signed copy of the contract containing a clause which outlines a cardholder liability and the specific terms of the agreement and/or cancellation policy, proof of digital goods purchase controls and/or proof that the transaction is the result of an installment billing.

**Dispute Alert:**Effective April 2018, Visa will restructure the Dispute process with a liability assignment model, Visa Claims Resolution (VCR). This model reduces dispute cycle times. As a result, we encourage the adoption of our electronic solutions offered. You may self-enroll in Dispute Manager via the Business Track portal (www.businesstrack.com), or speak with your Representative for eResponse.

**Questions?**
Call **Merchant Services** at:
**1-800-594-9465**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and (deleting it from your computer).

06/30/17  IDS000  0002431

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE RESPONSE

| | |
|---|---|
| **Case Number:** | 771786269301 |
| **Amount:** | 92.13 |
| **Custom Data:** | |

Date (mm/dd/yyyy): _____

| Why are you requesting a reversal of this Dispute? |
|---|
| |
| |
| |
| |
| |
| **(If additional space is needed please continue on a separate sheet of paper)** |

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

___ Copy of a Signed and/or Electronically Captured Sales Slip
___ Copy of a Signed Cancellation Policy
___ Copy of a Signed Order Form
___ Signed Proof of Delivery, including Proof of Positive AVS
___ Signed Rental Agreement
___ Copy of the Hotel/Motel Folio
___ Copy of the Recurring Billing Agreement
___ Copy of the Credit Receipt
___ Proof that the Authorized Signer was known by the Cardholder
___ Documentation Showing Additional Transactions by this Cardholder
___ T & E-Documentation showing Loyalty Transactions related to this Purchase
___ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
___ Proof that the ticket was received for Passenger Transport
___ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
___ Proof of CVV2 in Lieu of Imprint
___ Proof of Authorization
___ Proof of Verified by Visa or MasterCard Secure Code
___ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
___ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails)
___ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 402-933-1525
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

06/30/17 IDS000  0002431

**Expedited Billing Dispute Resolution Process Form**

*MasterCard International*

**Reason Code 4841 – Cancelled Recurring Transaction**

When batching is allowed, the ARD for each transaction included in the batch must be provided as supporting documentation.

| | | | | |
|---|---|---|---|---|
| **Cardholder Information** | Account Number | ███████ | ICA Number | 001001 |
| | Name | Trudy W Locke | | |
| **Transaction Information** | Acquirer's Reference Number | 55536077157816003161895 | | |
| | Transaction Date | 06/06/2017 | Transaction Amount | 92.13 |
| | | | Credit Due | |
| **Merchant Description** | FIRSTCLASSWHITENINGGLO 8003923911 CO 80516 USA | | | |

**Dispute Information – For specific requirements for each reason code, please refer to the *Chargeback Guide*. Supporting documentation, regardless of cycle, must provide sufficient detail to enable all parties to understand the nature of the dispute or rebuttal. MasterCard will determine whether the specific documentation presented in a chargeback cycle contains sufficient detail.**

**Reason Code 4841 – Cancelled Recurring Transaction**

**Note**     When batching is allowed, the ARD for each transaction included in the batch must be provided as supporting documentation.

If the cardholder cancelled services or a recurring transaction, provide details about the cancellation and date of cancellation.  Date of Return/Cancel: 01/02/2017; Details: none

Did the cardholder state that the recurring transaction terms and conditions were not clear and separate and distinct from the general terms and conditions of the sale?     Not Specified

"I certify that the facts were obtained from my discussion with the cardholder or          , (who is the company representative or government agency representative on behalf of the corporate card or government cardholder) and the facts are accurate to the best of my knowledge."

| | |
|---|---|
| Gaikwad, Panchshila | 06/25/2017 |
| Customer Service/Chargeback Representative | Date |

**For specific requirements for each reason code, please refer to the *Chargeback Guide*.**

06/30/17 IDS000  0002431

PX17 Attachment AB-81

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010

# DISPUTE
# SUMMARY

Faxed to:

07-07-2017
(MM/DD/YYYY)

FIRST CLASS WHITENING FORMULA
450 E 96TH ST STE 500
INDIANAPOLIS, IN 46240-3760

| The following is a summary of the chargebacks processed on |
| :---: |
| **07-06-2017**<br>(MM/DD/YYYY) |
| If you wish to contest any of these transactions, please respond using the corresponding Chargeback Response form by designated Due Date.  Please do not return this summary form with your response. |

Attached are documents related to chargeback transactions processed by Merchant Services.

Please carefully review each document.  If you wish to contest these transactions, please follow the instructions noted on each form.

| | Summary | |
| --- | :---: | :---: |
| | Item | Amount |
| Chargebacks | 1 | 92.13 |
| Reversals | | |
| **Total Adjusted Amount*** | 1 | 92.13 |

*The total adjusted amount does not include the Non-Financial items listed in the section below.

| Merchant Number | Case Number | Reference Number | Ticket/Cardholder Number | Reason Code | Amount |
| --- | --- | --- | --- | --- | --- |
| **Financial Activity** | | | | | |
| **Chargebacks** | | | | | |
| ▮▮▮▮▮ | 0317185502545 | 85541357093980000277790 | ▮▮▮▮▮▮ | 37 | 92.13 |

Page 1 of 1

07/07/17 IDS000  0000503

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE NOTIFICATION

Dispute Type:                    SECOND CHARGEBACK

**07/06/2017 (mm/dd/yyyy)**

FIRST CLASS WHITENING FORMULA
450 E 96TH ST STE 500
INDIANAPOLIS IN 46240-3760
US

| A financial adjustment has been made to your account as a result of a dispute. This transaction is not eligible for representment. |
| --- |

**Issuer:**              CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION

**Case Number:**                    0317185502545

**Adjustment Amount:**                    92.13

**Reason:**    37 / Fraudulent Transaction - No Cardholder Authorization

## Original Transaction Detail Information

| | | | |
| --- | --- | --- | --- |
| Merchant Number: | | Credit Card Number: | |
| Card Product Type: | Platinum MasterCard | Transaction Amount: | 92.13 |
| Batch Date (mm/dd/yyyy): | | Transaction Date (mm/dd/yyyy): | 04/02/2017 |
| Invoice Number: | | Alternate Amount: | 0.00 |
| Merchant Xref: | | Transaction Method: | Recurring Payment |
| Reference Number: | 85541357093980000277790 | POS Entry: | 01 / Hand Keyed |
| Airline Ticket Number: | | MCC: | 5968 |
| Custom Data: | SYS/PRIN: 1073/0200 | | |

**DO NOT ISSUE CREDIT!** The cardholders account has been credited as a result of this chargeback.

**Comment:** We provided your previous response to the cardholder's bank and the cardholder is continuing to dispute this transaction as fraud. We are unable to further defend this transaction.

**Dispute Alert:** Effective April 2018, Visa will restructure the Dispute process with a liability assignment model, Visa Claims Resolution (VCR). This model reduces dispute cycle times. As a result, we encourage the adoption of our electronic solutions offered. You may self-enroll in Dispute Manager via the Business Track portal (www.businesstrack.com), or speak with your Representative for eResponse.

### Questions?
### Call Merchant Services at:
### 800-672-5008

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and (deleting it from your computer).

## Dispute Resolution Form – Fraud

### Reason Code 4837 – No Cardholder Authorization

**Cardholder Information:**

| | | |
|---|---|---|
| Truncated Account Number | | ICA Number   001001 |
| Name   Patricia Phillips | | |

**Transaction Information:**

| | |
|---|---|
| Acquirer's Reference Data or Switch Serial Number | 85541357093980000277790 |
| Merchant Name | FIRST CLASS WHITENING Indianapolis IN 46240 USA |
| Transaction or Settlement Date | 04/02/2017 |
| Number of Items   1 | Disputed Amount   92.13 |

If multiple transactions are charged back, include the first transaction detail above and supply on separate pages the remaining unauthorized transactions disputed by the cardholder. Include for each transaction the merchant name, Acquirer Reference Data or Switch Serial Number and transaction amount

*By completing this form, the issuer certifies its knowledge of the cardholder's claim that neither he, she, nor anyone authorized by him or her engaged in the transaction(s) provided with this form.*

**Card Status Information:** Check all applicable boxes s required by the Chargeback Guide for this Dispute.

| | | | | |
|---|---|---|---|---|
| The card was closed before the chargeback was processed: | X | Yes | | No |
| The transaction was reported to SAFE before processing chargeback: | X | Yes | | No |
| The card used was lost, stolen or never received issue (NRI): | | Yes | X | No |
| The card used was counterfeit: | | Yes | X | No |
| The account listed on the Account Management Service Stand-In Account File: | X | Yes | | No |
| Reason code 4837 CAT 2: Was the card lost, stolen, or NRI at the time of the transaction? | | Yes | | No |

**Additional Information** if needed: AVS N NO ADDR/ZIP MATCH,CH CONT TO DISP

"I certify that the facts were obtained from my discussion with the cardholder or the company/government agency representative on behalf of the corporate/government card cardholder and the facts are accurate to the best of my knowledge."

| | | |
|---|---|---|
| Customer Service/Chargeback Representative: | Fraud Recovery Agent | Date:  07/02/2017 |

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010

# DISPUTE
# SUMMARY

Faxed to:

07-11-2017
(MM/DD/YYYY)

FIRSTCLASSWHITENINGGLOBA
MEGAL NOSEL
1810 E SAHARA AVE # 1535
LAS VEGAS, NV 89104-3707

ılıılırılıllıılılılıllılıʼlırılılılılılılıllırılılılı

| The following is a summary of the chargebacks processed on |
| :---: |
| **07-10-2017** |
| (MM/DD/YYYY) |
| If you wish to contest any of these transactions, please respond using the corresponding Chargeback Response form by designated Due Date. Please do not return this summary form with your response. |

Attached are documents related to chargeback transactions processed by Merchant Services.

Please carefully review each document.  If you wish to contest these transactions, please follow the instructions noted on each form.

Summary

| | Item | Amount |
| --- | :---: | :---: |
| Chargebacks | | |
| Reversals | _____ | _____ |
| **Total Adjusted Amount*** | 0 | 0.00 |

*The total adjusted amount does not include the Non-Financial items listed in the section below.

| Merchant Number | Case Number | Reference Number | Ticket/Cardholder Number | Reason Code | Amount |
| --- | --- | --- | --- | --- | --- |
| **Non-Financial Activity** | | | | | |
| **Reversal Rejection Letters** | | | | | |
| ▉▉▉▉▉▉▉▉▉ | 771786269301 | 5553607715781600316189 5 | ▉▉▉▉▉▉▉▉▉ | 41 | 92.13 |

Page 1 of 1

07/11/17 IDS000  0000800

PX17 Attachment AB-85

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

**07/10/2017 (mm/dd/yyyy)**

FIRSTCLASSWHITENINGGLOBA
MEGAL NOSEL
1810 E SAHARA AVE #1535
LAS VEGAS NV 89104

# REVERSAL REJECTION

| We received your request for a reversal of an adjustment made to your account. The information provided was not sufficient to represent the transaction back to the issuer for payment. |
|---|

| | |
|---|---|
| **Issuer:** | CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION |
| **Case Number:** | 771786269301 |
| **Work Type:** | FIRST CHARGEBACK REVERSAL |
| **Reason Code:** | 41 / Cancelled Recurring and Digital Goods Transactions |

## Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | | Credit Card Number: | |
| Card Product Type: | Platinum MasterCard | Transaction Amount: | 92.13 |
| Batch Date (mm/dd/yyyy): | 08/06/2017 | Transaction Date(mm/dd/yyyy): | 06/06/2017 |
| Invoice Number: | | Alternate Amount: | 0.00 |
| Merchant Xref: | | Transaction Method: | Electronic Commerce |
| Reference Number: | 55536077157816003161895 | POS Entry: | 01 / Hand Keyed |
| Airline Ticket Number: | | MCC: | 5968 |
| Custom Data: | | | |

**COMMENTS:** We acknowledge the documentation provided; however, the ch claims they cancelled on 010217. Please provide proof that the CH did not cancel according to disclosed cancellation policy.

**Dispute Alert:** Effective April 2018, Visa will restructure the Dispute process with a liability assignment model, Visa Claims Resolution (VCR). This model reduces dispute cycle times. As a result, we encourage the adoption of our electronic solutions offered. You may self-enroll in Dispute Manager via the Business Track portal (www.businesstrack.com), or speak with your Representative for eResponse.

**Questions?**
Call **Merchant Services** at:
**1-800-594-9465**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and deleting it from your computer.

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010

# DISPUTE
# SUMMARY

Faxed to:

07-10-2017
(MM/DD/YYYY)

BLIZZARD WHITE GLOBAL
STE 200
871 CORONADO CENTER DR
HENDERSON, NV 89052-3977

||ı|ıı|ı|ı|ıı|ıı|ı||ı|ıı|ı||ı|ı|ıı||ı||ı|ıı||ı||ı|ı|

> The following is a summary of the chargebacks
> processed on
>
> **07-10-2017**
> (MM/DD/YYYY)
> **If you wish to contest any of these transactions,
> please respond using the corresponding
> Chargeback Response form by designated Due
> Date. Please do not return this summary form
> with your response.**

Attached are documents related to chargeback transactions processed by Merchant Services.

Please carefully review each document. If you wish to contest these transactions, please follow the instructions noted on each form.

|  | Summary |  |
| --- | --- | --- |
|  | Item | Amount |
| Chargebacks | 1 | 94.31 |
| Reversals |  |  |
| **Total Adjusted Amount\*** | 1 | 94.31 |

\*The total adjusted amount does not include the Non-Financial items listed in the section below.

| Merchant Number | Case Number | Reference Number | Ticket/Cardholder Number | Reason Code | Amount |
| --- | --- | --- | --- | --- | --- |
| **Financial Activity** |  |  |  |  |  |
| **Chargebacks** |  |  |  |  |  |
| ▮▮▮▮▮ | 0301719044949 | 24733347101980000236810 | ▮▮▮▮▮ | 83 | 94.31 |

07/10/17 IDS000  0001419

PX17 Attachment AB-87

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE NOTIFICATION

Dispute Type:                     FIRST CHARGEBACK

**07/10/2017 (mm/dd/yyyy)**

BLIZZARD WHITE GLOBAL
871 CORONADO CENTER DR STE 200
HENDERSON NV 89052-3977
US

> A financial adjustment has been made to your
> account as a result of a dispute.If
> you wish to contest, your
> response must be received no later than:
> __07/25/2017__ (mm/dd/yyyy)

| | |
|---|---|
| Issuer: | Bankcard Services |
| Case Number: | 0301719044949 |
| Adjustment Amount: | 94.31 |
| Reason: | 83 / Fraudulent Transaction - Card Not Present |

## Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | | Credit Card Number: | |
| Card Product Type: | Visa Classic | Transaction Amount: | 94.31 |
| Batch Date (mm/dd/yyyy): | | Transaction Date (mm/dd/yyyy): | 04/10/2017 |
| Invoice Number: | | Alternate Amount: | 0.00 |
| Merchant Xref: | | Transaction Method: | Mail/Telephone Order |
| Reference Number: | 24733347101980000236810 | POS Entry: | 01 / Hand Keyed |
| Airline Ticket Number: | | MCC: | 5968 |
| Custom Data: | SYS/PRIN: 1073/0200 | | |

**DO NOT ISSUE CREDIT!** The cardholders account has been credited as a result of this chargeback. If you previously issued credit, please provide the date and amount of the credit.

**When responding to this dispute, follow all instructions on the back of the form.**

**Comment:** To refute this chargeback, please provide proof that the cardholder authorized and participated in this transaction. Proof of positive address verification services (AVS) response and proof of delivery showing the merchandise was shipped to the AVS confirmed address must be provided or any documentation that supports the customer participated in the transaction.

**Dispute Alert:**Effective April 2018, Visa will restructure the Dispute process with a liability assignment model, Visa Claims Resolution (VCR). This model reduces dispute cycle times. As a result, we encourage the adoption of our electronic solutions offered. You may self-enroll in Dispute Manager via the Business Track portal (www.businesstrack.com), or speak with your Representative for eResponse.

**Questions?**
Call **Merchant Services** at:
**800-672-5008**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and (deleting it from your computer)

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE RESPONSE

| | |
|---|---|
| **Case Number:** | 0301719044949 |
| **Amount:** | 94.31 |
| **Custom Data:** | SYS/PRIN: 1073/0200 |

Date (mm/dd/yyyy): _____

| Why are you requesting a reversal of this Dispute? |
|---|
| |
| |
| |
| |
| |
| (If additional space is needed please continue on a separate sheet of paper) |

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

____ Copy of a Signed and/or Electronically Captured Sales Slip
____ Copy of a Signed Cancellation Policy
____ Copy of a Signed Order Form
____ Signed Proof of Delivery, including Proof of Positive AVS
____ Signed Rental Agreement
____ Copy of the Hotel/Motel Folio
____ Copy of the Recurring Billing Agreement
____ Copy of the Credit Receipt
____ Proof that the Authorized Signer was known by the Cardholder
____ Documentation Showing Additional Transactions by this Cardholder
____ T & E-Documentation showing Loyalty Transactions related to this Purchase
____ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
____ Proof that the ticket was received for Passenger Transport
____ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
____ Proof of CVV2 in Lieu of Imprint
____ Proof of Authorization
____ Proof of Verified by Visa or MasterCard Secure Code
____ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
____ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails)
____ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 402-933-1525
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

07/10/17 IDS000  0001419

Visa Resolve Online

## Chargeback Questionnaire: ROL Case Number - 1530242225

### Transaction Information

| | | | | | |
|---|---|---|---|---|---|
| Card/Acct #: | ███████████ | Tran Type: | Bill Payment | Issuer: | TD BANK, NATIONAL |
| Network: | VISA | Tran Date: | 04/10/17 | | ASSOCIATION |
| Tran ID: | 287100311655367 | Processing Date: | 04/12/17 | CH Name: | |
| ARN: | 2-473334-7101-98000023691-0 | Tran Amount: | 94.31 USD | Acquirer: | MISSION VALLEY |
| Retrievel Rel. #: 710120980000 | | Jurisdiction: | DOMESTIC-US | | BANK |
| | | | | Merchant: | BLIZZARD WHITE |
| | | | | | GLOBAL |
| | | | | Location: | 888-849-8114, NV |

Action:  Chargeback

### Dispute Information

| | |
|---|---|
| Dispute Group | 2 – Fraud |
| Dispute Reason | 83 - Fraud - Card Absent Environment |
| Dispute Amount | 94.31  USD     Cardholder  ☐ Debit  ☑ Credit |

### Elaboration Information

☐   Account number used was fictitious or no valid card, and no authorization was obtained

Date Fraud Activity was reported through VisaNet:          04/18/17                    mmddyy

Date of listing on Exception File or date token was deactivated:          04/18/17              mmddyy

What was the fraud type based on Issuer investigation?          ☑   Other   in ch possession

### Certifications

☑   Issuer certifies Cardholder denies authorizing or participating in the disputed transaction

### Questionnaire Notes and Documents

Comments

Documents

No documents attached

Chargeback Reference Number

242225

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010

# DISPUTE
# SUMMARY

Faxed to:

07-14-2017
(MM/DD/YYYY)

BLIZZARD WHITE GLOBAL
STE 200
871 CORONADO CENTER DR
HENDERSON, NV 89052-3977

| The following is a summary of the chargebacks processed on |
| --- |
| **07-13-2017** |
| (MM/DD/YYYY) |
| **If you wish to contest any of these transactions, please respond using the corresponding Chargeback Response form by designated Due Date. Please do not return this summary form with your response.** |

Attached are documents related to chargeback transactions processed by Merchant Services.

Please carefully review each document. If you wish to contest these transactions, please follow the instructions noted on each form.

|  | Summary | |
| --- | :---: | :---: |
|  | Item | Amount |
| Chargebacks | 1 | 94.31 |
| Reversals |  |  |
| **Total Adjusted Amount*** | **1** | **94.31** |

*The total adjusted amount does not include the Non-Financial items listed in the section below.

| Merchant Number | Case Number | Reference Number | Ticket/Cardholder Number | Reason Code | Amount |
| --- | --- | --- | --- | --- | --- |
| **Financial Activity** |  |  |  |  |  |
| **Chargebacks** |  |  |  |  |  |
| ▮▮▮▮ | 0317192502614 | 85541357170980000236891 | ▮▮▮▮ | 53 | 94.31 |

07/14/17 IDS000 0001023

PX17 Attachment AB-91

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

**07/13/2017 (mm/dd/yyyy)**

BLIZZARD WHITE GLOBAL
871 CORONADO CENTER DR STE 200
HENDERSON NV 89052-3977
US

# DISPUTE NOTIFICATION

Dispute Type:                    FIRST CHARGEBACK

A financial adjustment has been made to your
account as a result of a dispute. If
you wish to contest, your
response must be received no later than:
07/28/2017 (mm/dd/yyyy)

| | |
|---|---|
| Issuer: | BANK OF AMERICA, NATIONAL ASSOCIATION |
| Case Number: | 0317192502614 |
| Adjustment Amount: | 94.31 |
| Reason: | 53 / Cardholder Dispute |

## Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | | Credit Card Number: | |
| Card Product Type: | World MasterCard Card | Transaction Amount: | 94.31 |
| Batch Date (mm/dd/yyyy): | | Transaction Date (mm/dd/yyyy): | 06/18/2017 |
| Invoice Number: | | Alternate Amount: | 0.00 |
| Merchant Xref: | | Transaction Method: | Electronic Commerce |
| Reference Number: | 85541357170980000236891 | POS Entry: | |
| Airline Ticket Number: | | MCC: | 5968 |
| Custom Data: | SYS/PRIN: 1073/0200 | | |

**DO NOT ISSUE CREDIT!** The cardholders account has been credited as a result of this chargeback. If you previously issued credit, please provide the date and amount of the credit.

**When responding to this dispute, follow all instructions on the back of the form.**

**Comment:** To refute this chargeback, please provide a written rebuttal addressing all of the cardholder's concerns and provide copies of all sales drafts, order forms, invoices, or contracts to support your rebuttal.

**Dispute Alert:** Effective April 2018, Visa will restructure the Dispute process with a liability assignment model, Visa Claims Resolution (VCR). This model reduces dispute cycle times. As a result, we encourage the adoption of our electronic solutions offered. You may self-enroll in Dispute Manager via the Business Track portal (www.businesstrack.com), or speak with your Representative for eResponse.

**Questions?**
Call **Merchant Services** at:
**800-672-5008**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and deleting it from your computer.

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE RESPONSE

| | |
|---|---|
| **Case Number:** | 0317192502614 |
| **Amount:** | 94.31 |
| **Custom Data:** | SYS/PRIN: 1073/0200 |

Date (mm/dd/yyyy): _____

| Why are you requesting a reversal of this Dispute? |
|---|
| |
| |
| |
| |
| **(If additional space is needed please continue on a separate sheet of paper)** |

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

___ Copy of a Signed and/or Electronically Captured Sales Slip
___ Copy of a Signed Cancellation Policy
___ Copy of a Signed Order Form
___ Signed Proof of Delivery, including Proof of Positive AVS
___ Signed Rental Agreement
___ Copy of the Hotel/Motel Folio
___ Copy of the Recurring Billing Agreement
___ Copy of the Credit Receipt
___ Proof that the Authorized Signer was known by the Cardholder
___ Documentation Showing Additional Transactions by this Cardholder
___ T & E-Documentation showing Loyalty Transactions related to this Purchase
___ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
___ Proof that the ticket was received for Passenger Transport
___ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
___ Proof of CVV2 in Lieu of Imprint
___ Proof of Authorization
___ Proof of Verified by Visa or MasterCard Secure Code
___ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
___ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails)
___ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 402-933-1525
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

PX17 Attachment AB-93

## 4853 - Cardholder Dispute Form

| | | Alternate Account #: | |
|---|---|---|---|
| Document Date: 07/10/2017 | | Name: | MARIE VALENTI |

MISSION VALLEY BANK
MISSION VALLEY BANK
9116 SUNLAND BOULEVARD
SUN VALLEY, CALIFORNIA
91352, UNITED STATES OF AME

☐ Priority Print
☑ Keyed
☐ Manual
☐ Incomplete
☐ Combined
☐ Missing Documentation

| | | |
|---|---|---|
| ACQUIRING ICA: 554135 | ISSUING ICA: 001017 | |
| CARDHOLDER ACCOUNT NUMBER: ■■■■ | AMOUNT: 94.31 | |
| MICROFILM REFERENCE NUMBER: 85541357170980000236891 | ACCOUNT STATUS: | |
| TRANSACTION DATE: 06/18/2017 | PROCESSING DATE: 170 | |
| USAGE CODE: 450   TRANSACTION TYPE: Sale   CAT Ind: | RECORD TYPE: | |
| MERCHANT NAME: BLIZZARD WHITE GLOBAL | MCC CODE: 5968 | |
| CHARGEBACK REFERENCE NUMBER: | ORIG. AMT: 94.31 | |
| REASON CODE: 4853   DOC INDICATOR: 1   CYCLE: 25 | | No |
| INDICATOR:   CURRENCY CODE: | CURRENCY EXPONENT: | |
| DRAFT DATE: 00/00/0000   DRAFT NO.:   TRANSMITTAL AMOUNT: 0.00 | | |
| MERCHANT CITY: HENDERSON   MERCHANT STATE: NV   COUNTRY CODE: USA | | |
| ACQUIRER COMMENT: | | |
| BANKNET REF:   BANKNET DATE:   AUTH CODE:   MERCH ID: | | |

### CardHolder Participation:

Did the Cardholder participate in the transaction?   ● Yes   ○ No

### Type of Cardholder Dispute (Select one):

○ Goods or Services were not as described or defective, includes shipped merchandise received damaged or not suitable for its intended purpose or merchant didn't honor the terms and conditions of a contract.
Delivery Date of the goods or services: _____

○ Goods or Services were not provided.

Expected delivery date of the goods or services:

○ Digital goods were pruchased totalling USD 25.00 or less and did not have adequate purchase controls.

○ Credit not processed.
Return or Cancellation date:

○ Counterfeit goods alleged to be authentic were purchased.

○ Recurring transaction cancelled prior to billing
Cancellation date: _____

● Recurring agreement was not properly disclosed.

○ Addendum Dispute

○ "No Show" hotel charge was billed.

○ Purchase transaction did not complete.

○ Timeshare agreement or similar service provision was cancelled within MasterCard time frame.

○ Credit posted as a purchase.

**4853 - Cardholder Dispute Form**

| Additional Information: | cancel date: 06/12/2017 Policy: N reason: only wanted trial |
|---|---|

MEMBER MESSAGE BLOCK:

PREPARED BY:   ONAM TRIPATHI                                    DATE:  07/10/2017

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010

# DISPUTE
# SUMMARY

Faxed to:

07-08-2017
(MM/DD/YYYY)

BLIZZARD WHITE GLOBAL
STE 200
871 CORONADO CENTER DR
HENDERSON, NV 89052-3977

ıⁿ|ɪ···lɪ|||ɪ|ɪ·ₚ|ɪ·ₚ|ɪ|ɪ·ₗₗₗₚ·ₗ||ɪ·lɪll|ₚ·|ɪₚ·|ɪ|ₚ··l|ɪ||

> The following is a summary of the chargebacks
> processed on
>
> 07-08-2017
> (MM/DD/YYYY)
> If you wish to contest any of these transactions,
> please respond using the corresponding
> Chargeback Response form by designated Due
> Date.  Please do not return this summary form
> with your response.

Attached are documents related to chargeback transactions processed by Merchant Services.

Please carefully review each document.  If you wish to contest these transactions, please follow the instructions noted on each form.

|  | Summary | |
| --- | :---: | :---: |
|  | Item | Amount |
| Chargebacks | 1 | 95.74 |
| Reversals |  |  |
| **Total Adjusted Amount*** | 1 | 95.74 |

*The total adjusted amount does not include the Non-Financial items listed in the section below.

| Merchant Number | Case Number | Reference Number | Ticket/Cardholder Number | Reason Code | Amount |
| --- | --- | --- | --- | --- | --- |
| **Financial Activity** | | | | | |
| **Chargebacks** | | | | | |
| ▮▮▮▮▮ | 0301718844191 | 2473334715002901013 5966 | ▮▮▮▮▮ | 83 | 95.74 |

PX17 Attachment AB-96

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE NOTIFICATION

Dispute Type:                                    FIRST CHARGEBACK

**07/08/2017** (mm/dd/yyyy)

BLIZZARD WHITE GLOBAL
871 CORONADO CENTER DR STE 200
HENDERSON NV 89052-3977
US

| A financial adjustment has been made to your account as a result of a dispute.If you wish to contest, your response must be received no later than: **07/23/2017**  (mm/dd/yyyy) |
| --- |

Issuer:                                              Royal Bank of Canada
Case Number:                                    0301718844191
Adjustment Amount:                                          95.74
Reason:   83 / Fraudulent Transaction - Card Not Present

### Original Transaction Detail Information

| Merchant Number: | | Credit Card Number: | |
| --- | --- | --- | --- |
| Card Product Type: | Visa Classic | Transaction Amount: | 95.74 |
| Batch Date (mm/dd/yyyy): | | Transaction Date (mm/dd/yyyy): | 05/29/2017 |
| Invoice Number: | | Alternate Amount: | 0.00 |
| Merchant Xref: | | Transaction Method: | Mail/Telephone Order |
| Reference Number: | 24733347150029010135966 | POS Entry: | 10 / Credential On File |
| Airline Ticket Number: | | MCC: | 5968 |
| Custom Data: | SYS/PRIN: 1073/0200 | | |

**DO NOT ISSUE CREDIT!** The cardholders account has been credited as a result of this chargeback. If you previously issued credit, please provide the date and amount of the credit.

**When responding to this dispute, follow all instructions on the back of the form.**

**Comment:** To refute this chargeback, please provide proof that the cardholder authorized and participated in this transaction. Proof of positive address verification services (AVS) response and proof of delivery showing the merchandise was shipped to the AVS confirmed address must be provided or any documentation that supports the customer participated in the transaction.

**Dispute Alert:** Effective April 2018, Visa will restructure the Dispute process with a liability assignment model, Visa Claims Resolution (VCR). This model reduces dispute cycle times. As a result, we encourage the adoption of our electronic solutions offered. You may self-enroll in Dispute Manager via the Business Track portal (www.businesstrack.com), or speak with your Representative for eResponse.

**Questions?**
Call **Merchant Services** at:
**800-672-5008**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and deleting it from your computer.

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE RESPONSE

**Case Number:** 0301718844191
**Amount:** 95.74
**Custom Data:** SYS/PRIN: 1073/0200

Date (mm/dd/yyyy): _____

| Why are you requesting a reversal of this Dispute? |
| --- |
| |
| |
| |
| |
| |
| *(If additional space is needed please continue on a separate sheet of paper)* |

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

___ Copy of a Signed and/or Electronically Captured Sales Slip
___ Copy of a Signed Cancellation Policy
___ Copy of a Signed Order Form
___ Signed Proof of Delivery, including Proof of Positive AVS
___ Signed Rental Agreement
___ Copy of the Hotel/Motel Folio
___ Copy of the Recurring Billing Agreement
___ Copy of the Credit Receipt
___ Proof that the Authorized Signer was known by the Cardholder
___ Documentation Showing Additional Transactions by this Cardholder
___ T & E-Documentation showing Loyalty Transactions related to this Purchase
___ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
___ Proof that the ticket was received for Passenger Transport
___ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
___ Proof of CVV2 in Lieu of Imprint
___ Proof of Authorization
___ Proof of Verified by Visa or MasterCard Secure Code
___ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
___ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails)
___ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 402-933-1525
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

Visa Resolve Online

## Chargeback Questionnaire: ROL Case Number - 1552163239

### Transaction Information

| | | | | | |
|---|---|---|---|---|---|
| Card/Acct #: | | Tran Type: | Bill Payment | Issuer: | ROYAL BANK OF |
| Network: | VISA | Tran Date: | 05/29/17 | | CANADA |
| Tran ID: | 167149315037124 | Processing Date: | 05/31/17 | CH Name: | |
| ARN: | 2-473334-7150-02901013596-6 | Tran Amount: | 94.31 USD | Acquirer: | MISSION VALLEY |
| Retrieval Ref. #: 715026029010 | | Jurisdiction: | INTERREGIONAL- | | BANK |
| | | | Canada,US | Merchant: | BLIZZARD WHITE |
| | | | | | GLOBAL |
| | | | | Location: | 888-849-8114, NV |

Action: Chargeback

### Dispute Information

| | |
|---|---|
| Dispute Group | 2 - Fraud |
| Dispute Reason | 83 - Fraud - Card Absent Environment |
| Dispute Amount | 123.72 CAD   Partial Amount    Cardholder ☐ Debit ☑ Credit |

### Elaboration Information

☐  Providing required data for batched Magnetic-Stripe Reading Telephone Transactions

☐  Account number used was fictitious or no valid card, and no authorization was obtained

| | | |
|---|---|---|
| Date Fraud Activity was reported through VisaNet: | 07/06/17 | mmddyy |
| Date of listing on Exception File or date token was deactivated: | 06/16/17 | mmddyy |
| What was the fraud type based on Issuer investigation? | ☑  Other | IN CARDHOLDERS POSSESSIONS |

### Certifications

☑  Issuer certifies Cardholder denies authorizing or participating in the disputed transaction

### Questionnaire Notes and Documents

Comments

0529 F    130.57 2473334715002901013596 6 BLIZZARD WHITE

0519 (    5.40) 2473334714029010206009 BLIZZARD WHITE

0517 (    1.45) 2473334713802901016484 9 BLIZZARD WHITE

Documents

PX17 Attachment AB-99

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010

# DISPUTE SUMMARY

Faxed to:

07-12-2017
(MM/DD/YYYY)

BLIZZARD WHITE GLOBAL
STE 200
871 CORONADO CENTER DR
HENDERSON, NV 89052-3977

> **The following is a summary of the chargebacks processed on**
>
> **07-11-2017**
> (MM/DD/YYYY)
> **If you wish to contest any of these transactions, please respond using the corresponding Chargeback Response form by designated Due Date.  Please do not return this summary form with your response.**

Attached are documents related to chargeback transactions processed by Merchant Services.

Please carefully review each document.  If you wish to contest these transactions, please follow the instructions noted on each form.

| Summary | Item | Amount |
|---|---|---|
| Chargebacks | | |
| Reversals | | |
| **Total Adjusted Amount*** | 0 | 0.00 |

*The total adjusted amount does not include the Non-Financial items listed in the section below.

| Merchant Number | Case Number | Reference Number | Ticket/Cardholder Number | Reason Code | Amount |
|---|---|---|---|---|---|
| **Non-Financial Activity** | | | | | |
| **Pre-Notes** | | | | | |
| ■■■■■■■■■ | 617180069701 | 24733347150029010135925 | ■■■■■■■ | 85 | 94.31 |

PX17 Attachment AB-100

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

07/11/2017 (mm/dd/yyyy)

BLIZZARD WHITE GLOBAL
871 CORONADO CENTER DR STE 200
HENDERSON NV 89052-3977
US

# Dispute Information Request

**Dispute Type:**     INCOMING PRE-ARBITRATION

A dispute has been initiated. If you wish to contest the dispute, your response must be received no later than:
**07/25/2017 (mm/dd/yyyy)**

| | |
|---|---|
| **Issuer:** | First Data Resources, Inc. |
| **Case Number:** | 617180069701 |
| **Adjustment Amount:** | 94.31 |
| **Reason:** | 85 / Credit Not Processed |

### Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | | Credit Card Number: | |
| Card Product Type: | Visa Classic | Transaction Amount: | 94.31 |
| Batch Date (mm/dd/yyyy): | | Transaction Date (mm/dd/yyyy): | 05/29/2017 |
| Invoice Number: | | Alternate Amount: | 0.00 |
| Merchant Xref: | | Transaction Method: | Mail/Telephone Order |
| Reference Number: | 24733347150029010135925 | POS Entry: | |
| Airline Ticket Number: | | MCC: | 5968 |
| Custom Data: | SYS/PRIN: 1073/0200 | | |

**When responding to this dispute, follow all instructions on the back of the form.**

**Comment:** The cardholder reviewed your response with no proper disclosure.They continue to dispute since they cancelled 06/01/17. Please provide a detailed rebuttal addressing cardholders claims. Provide proof the cardholder clicked the I ACCEPT button for the cancellation/refund policy. Provide screen shot from the internet showing the cardholder has to click to accept the terms and conditions before continuing with the transaction. If you have to click into a link or the terms and conditions to view, this is not valid disclosure.

**Dispute Alert:** Effective April 2018, Visa will restructure the Dispute process with a liability assignment model, Visa Claims Resolution (VCR). This model reduces dispute cycle times. As a result, we encourage the adoption of our electronic solutions offered. You may self-enroll in Dispute Manager via the Business Track portal (www.businesstrack.com), or speak with your Representative for eResponse.

**Questions?**
Call **Merchant Services** at:
**800-672-5008**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and deleting it from your computer.

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE RESPONSE

**Case Number:**    617180069701
**Amount:**    94.31
**Custom Data:**    SYS/PRIN: 1073/0200

Date (mm/dd/yyyy): _____

| Why are you requesting a reversal of this Dispute? |
|---|
|  |
|  |
|  |
|  |
|  |
| (If additional space is needed please continue on a separate sheet of paper) |

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

___ Copy of a Signed and/or Electronically Captured Sales Slip
___ Copy of a Signed Cancellation Policy
___ Copy of a Signed Order Form
___ Signed Proof of Delivery, including Proof of Positive AVS
___ Signed Rental Agreement
___ Copy of the Hotel/Motel Folio
___ Copy of the Recurring Billing Agreement
___ Copy of the Credit Receipt
___ Proof that the Authorized Signer was known by the Cardholder
___ Documentation Showing Additional Transactions by this Cardholder
___ T & E-Documentation showing Loyalty Transactions related to this Purchase
___ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
___ Proof that the ticket was received for Passenger Transport
___ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
___ Proof of CVV2 in Lieu of Imprint
___ Proof of Authorization
___ Proof of Verified by Visa or MasterCard Secure Code
___ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
___ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails)
___ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 402-933-1525
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

07/12/17 IDS000  0001077

Visa Resolve Online

## Pre-Arb Questionnaire: ROL Case Number - 1545149521

### Transaction Information

| | | | | | |
|---|---|---|---|---|---|
| Card/Acct #: | ▮▮▮▮▮▮ | Tran Type: | Sale | Issuer: | PNC BANK, NATIONAL AS- |
| Network: | VISA | Tran Date: | 05/29/17 | | SOCIATION |
| Tran ID: | 287149310761904 | Processing Date: | 05/30/17 | CH Name: | |
| ARN: | 2-473334-7150-02901013592-S | Tran Amount: | 94.31 USD | Acquirer: | MISSION VALLEY BANK |
| Retrieval Ref #: | 715025029010 | Jurisdiction: | DOMESTIC-US | Merchant: | BLIZZARD WHITE GLOBAL |
| | | | | Location: | 888-849-8114, NV |

### Case History Summary

| Event | CPD | Dispute Amount | Reason Code |
|---|---|---|---|
| Chargeback: | 06/10/17 | 94.31 USD | 85 - Credit Not Processed |
| Representment: | 06/14/17 | 94.31 USD | 85 - Credit Not Processed |

#### Days Between Events

| | | | |
|---|---|---|---|
| RFC CPD From Tran CPD | N/A | Repre CPD from CB CPD | 4 |
| RFC Response CPD From RFC CPD | N/A | Pre-Arb Date from Repre CPD | 14 |
| CB CPD From Tran CPD | 11 | | |
| CB CPD From RFC CPD | N/A | | |
| CB CPD From RFC Response CPD | N/A | | |

### Issuer's Pre-Arbitration Information

Dispute Amount:                          94.31 USD

Why are you initiating Pre-Arbitration?

CH is still disputing the transaction. CH maintains cancellation on 06/01/17. Merchant stated that CH did not cancel according to terms and conditions; however merchant has not provided proof of proper disclosure. Per Visa, cancellation/ refund policy must be communicated during the order process. Please issue full refund as CH canceled.

Days Given to Respond: 30          Last Day to Respond: 07/28/17  (Based on Pacific Time)

Are you changing your Reason Code?          No
Are you providing new information?          No

### Questionnaire Notes and Documents

Comments

Documents
No documents attached

PX17 Attachment AB-103

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010

# DISPUTE
# SUMMARY

Faxed to:

07-12-2017
(MM/DD/YYYY)

| The following is a summary of the chargebacks processed on |
|---|

The following is a summary of the chargebacks
processed on

**07-12-2017**
( MM/DD/YYYY )

**If you wish to contest any of these transactions,
please respond using the corresponding
Chargeback Response form by designated Due
Date. Please do not return this summary form
with your response.**

BLIZZARD WHITE GLOBAL
STE 200
871 CORONADO CENTER DR
HENDERSON, NV 89052-3977

Attached are documents related to chargeback transactions processed by Merchant Services.

Please carefully review each document.  If you wish to contest these transactions, please follow the instructions noted on each form.

|  | Summary |  |
|---|---|---|
|  | Item | Amount |
| Chargebacks | 1 | 94.31 |
| Reversals |  |  |
| **Total Adjusted Amount*** | 1 | 94.31 |

*The total adjusted amount does not include the Non-Financial Items listed in the section below.

| Merchant Number | Case Number | Reference Number | Ticket/Cardholder Number | Reason Code | Amount |
|---|---|---|---|---|---|
| **Financial Activity** |  |  |  |  |  |
| **Chargebacks** |  |  |  |  |  |
| ███████ | 617165061501 | 24733347117029010165528 | ███████ | 85 | 94.31 |

07/12/17 IDS006  000Z33B

PX17 Attachment AB-104