**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE NOTIFICATION

> A financial adjustment has been made to your
> account as a result of a dispute initiated by
> the issuing bank (below).

07/12/2017 (mm/dd/yyyy)

BLIZZARD WHITE GLOBAL
871 CORONADO CENTER DR STE 200
HENDERSON NV 89052-3977
US

| | |
|---|---|
| **Jurisdiction:** | Visa USA Domestic |
| **Dispute Type:** | INCOMING PRE-ARBITRATION |
| **Reason:** | Credit Not Processed |
| **Case Number:** | 617165061501 |
| **Adjustment Amount:** | 94.31 |

Faxed to:

---

## Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | | Credit Card Number: | |
| Transaction Date (mm/dd/yyyy): | 04/26/2017 | Reference Number: | 24733347117029010165528 |
| Transaction Amount: | 94.31 | Foreign Amount: | 0.00 |
| Merchant Xref: | | Airline Ticket Number: | |
| Total Batch Amount: | 0.00 | Batch Date (mm/dd/yyyy): | |
| Usage Code: | | Custom Data: | SYS/PRIN: 1073/0200 |
| Card Product Type: | Visa Classic | Transaction Method: | Mail/Telephone Order |
| Invoice Number: | | POS Entry: | |
| AVS Code: | Y | CVV2/CVC2/CID: | S |
| UCAF/CAVV: | | MCC: | 5968 |
| Reason Code: | 85 / Credit Not Processed | | |

**Case Summary**

A dispute has been initiated by First Data Resources, Inc. because the cardholder claims that credit was not processed.

**Comments:** This disputed transaction cannot be remedied since you failed to respond to the request for additional information. Please contact the cardholder directly to resolve this dispute.

**Questions?**
Call **Merchant Services** at:
**800-672-5008**

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

MERCHANT SERVICES
PO BOX 6602
HAGERSTOWN MD 21741-6602

## REQUEST FOR
## TRANSACTION
## DOCUMENTATION

July 15, 2017

### FAX YOUR RESPONSE TO:
### 402-933-1673

BLIZZARD WHITE GLOBAL                    2B
871 CORONADO CENTER DR STE 200
HENDERSON, NV 89052-3977
 իկիկիկիկիվիկիկերկկիկերկկիկերկիկիկիկիկիկիկ

### PLEASE FOLLOW THESE INSTRUCTIONS:

◆ Tape your original transaction document within this area.

**Your response must be received by**
## August 4, 2017
Failure to respond may result in a debit to your account.

◆ Do not cover the Transaction Information on the left. If the size of your document exceeds the space provided, then attach the document(s) to separate sheet(s) of 8 1/2 by 11 white paper .

◆ Write the case number on the top right corner of every sheet.

The customer's bank has requested a copy of the transaction document(s) related to the card transaction identified below.

◆ If you have resolved this issue with the cardholder and or if you have already issued credit to the cardholder, your response is still required.

## TRANSACTION DETAIL INFORMATION

| | |
|---|---|
| **Case Number:** | **216936666** |
| Merchant Number | |
| Credit Card Number: | |
| Card Product Type: | Discover |
| Transaction Method: | CHIP |
| MCC: | 5968 |
| Transaction Amount: | 94.31 |
| Alternate Amount: | 0.00 |
| Transaction Date : mm/dd/yy | 05/21/17 |
| Reason Description: | 03 - 03-Cardholder Requests Due to |
| Reference Number: | 7142980000236890 |
| Merchant Xref: | 00023689 |
| Airline Ticket Number: | |
| Invoice Number: | |
| Custom Data: | SYS: 1073  PRIN: 0200 |

◆ For non face-to-face transactions we recommend that you provide as much information as possible to establish cardholder participation in a transaction.

◆ For face-to-face transactions, the rules require a signed and card swiped or imprinted transaction document to establish cardholder participation in a transaction.

### FAX YOUR RESPONSE TO: 402-933-1673

OR, MAIL TO:
MERCHANT SERVICES
PO BOX 6602
HAGERSTOWN MD 21741-6602

Questions?  Call Merchant Services at:
800-672-5008

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify Merchant Services immediately by replying to this message and (deleting it from your computer.)

Affix legible copy of Transaction Document within the this area.

9431R2169366612

PX17 Attachment AB-106

MERCHANT SERVICES
PO BOX 6602
HAGERSTOWN MD 21741-6602

## REQUEST FOR TRANSACTION DOCUMENTATION

July 15, 2017

### FAX YOUR RESPONSE TO:
402-933-1673

BLIZZARD WHITE GLOBAL                    28
871 CORONADO CENTER DR STE 200
HENDERSON, NV 89052-3977
ldldldldllldldlldllnldlldlllldldlllldl

**PLEASE FOLLOW THESE INSTRUCTIONS:**
◆ Tape your original transaction document within this area.

◆ Do not cover the Transaction Information on the left. If the size of your document exceeds the space provided, then attach the document(s) to separate sheet(s) of 8 1/2 by 11 white paper.

---

### Your response must be received by
# August 4, 2017
**Failure to respond may result in a debit to your account.**

◆ Write the case number on the top right corner of every sheet.

◆ If you have resolved this issue with the cardholder and or if you have already issued credit to the cardholder, **your response is still required.**

The customer's bank has requested a copy of the transaction document(s) related to the card transaction identified below.

◆ For non face-to-face transactions we recommend that you provide as much information as possible to establish cardholder participation in a transaction.

### TRANSACTION DETAIL INFORMATION

| | |
|---|---|
| **Case Number:** | **216936781** |
| Merchant Number | |
| Credit Card Number: | |
| Card Product Type: | Discover |
| Transaction Method: | CHIP |
| MCC: | 5968 |
| Transaction Amount: | 105.22 |
| Alternate Amount: | 0.00 |
| Transaction Date : mm/dd/yy | 06/20/17 |
| Reason Description: | 03 - 03-Cardholder Requests Due to |
| Reference Number: | 7172980000236890 |
| Merchant Xref: | 00023689 |
| Airline Ticket Number: | |
| Invoice Number: | |
| Custom Data: | SYS: 1073 PRIN: 0200 |

◆ For face-to-face transactions, the rules require a signed and card swiped or imprinted transaction document to establish cardholder participation in a transaction.

**FAX YOUR RESPONSE TO: 402-933-1673**

OR, MAIL TO:
MERCHANT SERVICES
PO BOX 6602
HAGERSTOWN MD 21741-6602

**Questions?   Call Merchant Services at:**
800-672-5008

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify Merchant Services immediately by replying to this message and (deleting it from your computer.)

*Affix legible copy of Transaction Document within this area.*

*Affix legible copy of Transaction Document within this area.*

10522R216936781112

PX17 Attachment AB-107

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010

# DISPUTE
# SUMMARY

Faxed to:

07-15-2017
(MM/DD/YYYY)

BLIZZARD WHITE GLOBAL
STE 200
871 CORONADO CENTER DR
HENDERSON, NV 89052-3977

| The following is a summary of the chargebacks processed on |
| --- |
| **07-14-2017** |
| (MM/DD/YYYY) |
| **If you wish to contest any of these transactions, please respond using the corresponding Chargeback Response form by designated Due Date.  Please do not return this summary form with your response.** |

Attached are documents related to chargeback transactions processed by Merchant Services.

Please carefully review each document.  If you wish to contest these transactions, please follow the instructions noted on each form.

|  | Summary |  |
| --- | --- | --- |
|  | **Item** | **Amount** |
| Chargebacks | 2 | 199.53 |
| Reversals |  |  |
| **Total Adjusted Amount*** | **2** | **199.53** |

*The total adjusted amount does not include the Non-Financial items listed in the section below.

| Merchant Number | Case Number | Reference Number | Ticket/Cardholder Number | Reason Code | Amount |
| --- | --- | --- | --- | --- | --- |
| **Financial Activity** |  |  |  |  |  |
| **Chargebacks** |  |  |  |  |  |
|  | 0317194500612 | 85541357187980000236850 |  | 41 | 105.22 |
|  | 617195072801 | 24733347169029010216591 |  | 83 | 94.31 |

07/15/17 IDS000 0001688

PX17 Attachment AB-108

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

**07/14/2017 (mm/dd/yyyy)**

BLIZZARD WHITE GLOBAL
871 CORONADO CENTER DR STE 200
HENDERSON NV 89052-3977
US

# DISPUTE NOTIFICATION

Dispute Type:                     FIRST CHARGEBACK

A financial adjustment has been made to your
account as a result of a dispute.If
you wish to contest, your
response must be received no later than:
**07/29/2017** (mm/dd/yyyy)

Issuer:                               CITIBANK N.A.
Case Number:                 0317194500612
Adjustment Amount:                      105.22
Reason:       41 / Cancelled Recurring and Digital Goods
                                              Transactions

## Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | | Credit Card Number: | |
| Card Product Type: | Debit MasterCard Card | Transaction Amount: | 105.22 |
| Batch Date (mm/dd/yyyy): | | Transaction Date (mm/dd/yyyy): | 07/05/2017 |
| Invoice Number: | | Alternate Amount: | 0.00 |
| Merchant Xref: | | Transaction Method: | Electronic Commerce |
| Reference Number: | 85541357187980000236850 | POS Entry: | |
| Airline Ticket Number: | | MCC: | 5968 |
| Custom Data: | SYS/PRIN: 1073/0200 | | |

**DO NOT ISSUE CREDIT!** The cardholders account has been credited as a result of this chargeback. If you previously issued credit, please provide the date and amount of the credit.

**When responding to this dispute, follow all instructions on the back of the form.**

**Comment:** To refute this chargeback, please provide a signed copy of the contract containing a clause which outlines a cardholder liability and the specific terms of the agreement and/or cancellation policy, proof of digital goods purchase controls and/or proof that the transaction is the result of an installment billing.

**Dispute Alert:**Effective April 2018, Visa will restructure the Dispute process with a liability assignment model, Visa Claims Resolution (VCR). This model reduces dispute cycle times. As a result, we encourage the adoption of our electronic solutions offered. You may self-enroll in Dispute Manager via the Business Track portal (www.businesstrack.com), or speak with your Representative for eResponse.

**Questions?**
Call **Merchant Services** at:
**800-672-5008**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and (deleting it from your computer.)

MERCHANT SERVICES
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE RESPONSE

| | |
|---|---|
| **Case Number:** | 0317194500612 |
| **Amount:** | 105.22 |
| **Custom Data:** | SYS/PRIN: 1073/0200 |

Date (mm/dd/yyyy): _____

| Why are you requesting a reversal of this Dispute? |
|---|
| |
| |
| |
| |
| |
| (If additional space is needed please continue on a separate sheet of paper) |

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

___ Copy of a Signed and/or Electronically Captured Sales Slip
___ Copy of a Signed Cancellation Policy
___ Copy of a Signed Order Form
___ Signed Proof of Delivery, including Proof of Positive AVS
___ Signed Rental Agreement
___ Copy of the Hotel/Motel Folio
___ Copy of the Recurring Billing Agreement
___ Copy of the Credit Receipt
___ Proof that the Authorized Signer was known by the Cardholder
___ Documentation Showing Additional Transactions by this Cardholder
___ T & E-Documentation showing Loyalty Transactions related to this Purchase
___ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
___ Proof that the ticket was received for Passenger Transport
___ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
___ Proof of CVV2 in Lieu of Imprint
___ Proof of Authorization
___ Proof of Verified by Visa or MasterCard Secure Code
___ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
___ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails)
___ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 402-933-1525
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

X  Reason Code 4841 – Canceled Recurring Transaction
Note: The issuer or cardholder must notify the merchant of cancellation.  This reason code may be used for recurring
transactions after the date of cancellation.  When batching is allowed, the ARD for each transaction included in the batch must
be provided as supporting documentation.

Cardholder Information
Account number:                                                        ICA Number: 012811
Name:PAUL RICHEY

Transaction Information
Acquirer's Reference Number 85541357187980000236850
Transaction Date 20170705
Transaction Amount 105.22
Dispute Amount 105.22

Merchant Name: -- BLIZZARD WHITE GLOBAL  8888488114   NV

Did the cardholder enter into a recurring transaction arrangement with the card acceptor?  Yes.

Dispute Information
1)   If the cardholder canceled the recurring transaction, provide details about the cancellation and date of cancellation.
     Did the cardholder or issuer attempt contact the card acceptor to cancel the recurring transaction arrangement?
     --Yes.
     On what date did you cancel?
     --20170630
     On what date did you re-contact the merchant?
     --
     What was the merchant's response?
     --
     What was purchased?
     --
     What was the reason you canceled?
     --
     Why was your attempt to re-contact the merchant unsuccessful?
     --
     Are you able to contact the merchant?
     --

2)   Were the terms and conditions of this recurring bill clear, separate, and distinct from the general terms and conditions of the sale?
     --

"I certify that the facts were obtained from my discussion with the cardholder or _____, (who is the
company representative or government agency representative on behalf of the corporate card or government cardholder) and
the facts are accurate to the best of my knowledge."

Customer Service/Chargeback Representative: --IR01038                          Date -- 11-Jul-17

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE NOTIFICATION

A financial adjustment has been made to your
account as a result of a dispute initiated by
the issuing bank (below).

**07/14/2017 (mm/dd/yyyy)**

BLIZZARD WHITE GLOBAL
871 CORONADO CENTER DR STE 200
HENDERSON NV 89052-3977
US

Faxed to:

| | |
|---|---|
| **Jurisdiction:** | Visa USA Domestic |
| **Dispute Type:** | INCOMING PRE-ARBITRATION |
| **Reason:** | Fraudulent Transaction - Card Not Present |
| **Case Number:** | 617195072801 |
| **Adjustment Amount:** | 94.31 |

## Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | | Credit Card Number: | |
| Transaction Date (mm/dd/yyyy): | 06/16/2017 | Reference Number: | 24733347169029010216591 |
| Transaction Amount: | 94.31 | Foreign Amount: | 0.00 |
| Merchant Xref: | | Airline Ticket Number: | |
| Total Batch Amount: | 0.00 | Batch Date (mm/dd/yyyy): | |
| Usage Code: | | Custom Data: | SYS/PRIN: 1073/0200 |
| Card Product Type: | Visa Classic Prepaid | Transaction Method: | Electronic Commerce |
| Invoice Number: | | POS Entry: | |
| AVS Code: | Z | CVV2/CVC2/CID: | P |
| UCAF/CAVV: | | MCC: | 5968 |
| Reason Code: | 83 / Fraudulent Transaction - Card Not Present | | |

## Case Summary

A dispute has been initiated by Star/ First Data Dispute because a fictitious/invalid account number was processed or the cardholder denied participation in the transaction.

**Comments:** We provided your previous response to the cardholder's bank and the cardholder is continuing to dispute this transaction as fraud. We are unable to further defend this transaction.

### Questions?
Call **Merchant Services** at:
**800-672-5008**

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010

# DISPUTE
# SUMMARY

Faxed to:

07-13-2017
(MM/DD/YYYY)

WALNUT STREET MARKETING
11001 W 120TH AVE STE 400
BROOMFIELD, CO 80021-3493

||||·||·||·|·|··||·|·|·|·|·||||··|·||·|·|··||·||·|·||·||···||

---

The following is a summary of the chargebacks
processed on

**07-12-2017**
(MM/DD/YYYY)

If you wish to contest any of these transactions,
please respond using the corresponding
Chargeback Response form by designated Due
Date. Please do not return this summary form
with your response.

---

Attached are documents related to chargeback transactions processed by Merchant Services.

Please carefully review each document. If you wish to contest these transactions, please follow the instructions noted on each form.

|  | Summary | |
|---|---|---|
|  | Item | Amount |
| Chargebacks | | |
| Reversals | | |
| **Total Adjusted Amount*** | 0 | 0.00 |

*The total adjusted amount does not include the Non-Financial items listed in the section below.

| Merchant Number | Case Number | Reference Number | Ticket/Cardholder Number | Reason Code | Amount |
|---|---|---|---|---|---|
| **Non-Financial Activity** | | | | | |
| **Reversal Rejection Letters** | | | | | |
| ██████████ | 871846213601 | 24110397139207973600333 | ██████████ | 41 | 92.13 |

07/13/17 IDS000 0000486

PX17 Attachment AB-113

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

**07/12/2017 (mm/dd/yyyy)**

WALNUT STREET MARKETING
11001 W 120TH AVE #400
BROOMFIELD CO 80021-0000

# REVERSAL REJECTION

We received your request for a reversal of an adjustment made to your account. The information provided was not sufficient to represent the transaction back to the issuer for payment.

| | |
|---|---|
| **Issuer:** | Bank of America Consumer Credit |
| **Case Number:** | 871846213601 |
| **Work Type:** | FIRST CHARGEBACK REVERSAL |
| **Reason Code:** | 41 / Cancelled Recurring Transaction |

## Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | | Credit Card Number: | |
| Card Product Type: | Visa Signature Preferred | Transaction Amount: | 92.13 |
| Batch Date (mm/dd/yyyy): | 05/19/2017 | Transaction Date(mm/dd/yyyy): | 05/19/2017 |
| Invoice Number: | 0011741617 | Alternate Amount: | 0.00 |
| Merchant Xref: | | Transaction Method: | Recurring Payment |
| Reference Number: | 24110397139207973600333 | POS Entry: | 01 / Hand Keyed |
| Airline Ticket Number: | | MCC: | 5999 |
| Custom Data: | | | |

**COMMENTS:** We acknowledge the documentation provided; however, the cardholder withdrew permission to bill their credit card. Please contact the cardholder for another form of payment. CH canceled 050417

**Dispute Alert:** Effective April 2018, Visa will restructure the Dispute process with a liability assignment model, Visa Claims Resolution (VCR). This model reduces dispute cycle times. As a result, we encourage the adoption of our electronic solutions offered. You may self-enroll in Dispute Manager via the Business Track portal (www.businesstrack.com), or speak with your Representative for eResponse.

**Questions?**
Call **Merchant Services** at:
**1-800-594-9465**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and [deleting it] from your computer).

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010

# DISPUTE
# SUMMARY

Faxed to:

07-16-2017
(MM/DD/YYYY)

WALNUT STREET MARKETING
11001 W 120TH AVE STE 400
BROOMFIELD, CO 80021-3493

ᵖᵖᵢᴵᴵᴵᴵᴵᵘᵖᴵᵈᴵᴵᴵᴵᵈᵘᵢᵢᵖᵢᵈᴵᴵᵖᵖᵢᵈᴵᵖᴵᴵᴵᵘᴵᴵᴵᴵᵖᴵᵖᵢᵖᵘᵢᵖᵖᵢ

| The following is a summary of the chargebacks processed on |
|---|
| **07-15-2017** |
| (MM/DD/YYYY) |
| If you wish to contest any of these transactions, please respond using the corresponding Chargeback Response form by designated Due Date. Please do not return this summary form with your response. |

Attached are documents related to chargeback transactions processed by Merchant Services.

Please carefully review each document.  If you wish to contest these transactions, please follow the instructions noted on each form.

| | Summary | |
|---|---|---|
| | Item | Amount |
| Chargebacks | 1 | 105.22 |
| Reversals | | |
| **Total Adjusted Amount*** | 1 | 105.22 |

*The total adjusted amount does not include the Non-Financial items listed in the section below.

| Merchant Number | Case Number | Reference Number | Ticket/Cardholder Number | Reason Code | Amount |
|---|---|---|---|---|---|
| **Financial Activity** | | | | | |
| **Chargebacks** | | | | | |
| ▮▮▮▮▮▮ | 871680306401 | 24110397101207973800226 | ▮▮▮▮▮▮ | 85 | 105.22 |

07/16/17 IDS600 0000839

PX17 Attachment AB-115

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE NOTIFICATION

A financial adjustment has been made to your
account as a result of a dispute initiated by
the issuing bank (below).

**07/15/2017 (mm/dd/yyyy)**

WALNUT STREET MARKETING
11001 W 120TH AVE #400
BROOMFIELD CO 80021-0000

Faxed to:

| | |
|---|---|
| Jurisdiction: | Visa USA Domestic |
| Dispute Type: | INCOMING PRE-ARBITRATION |
| Reason: | Credit Not Processed |
| Case Number: | 871680306401 |
| Adjustment Amount: | 105.22 |

## Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | | Credit Card Number: | |
| Transaction Date (mm/dd/yyyy): | 04/11/2017 | Reference Number: | 24110397101207973800226 |
| Transaction Amount: | 105.22 | Foreign Amount: | 0.00 |
| Merchant Xref: | | Airline Ticket Number: | |
| Total Batch Amount: | 1088.29 | Batch Date (mm/dd/yyyy): | 04/11/2017 |
| Usage Code: | | Custom Data: | |
| Card Product Type: | Visa Classic | Transaction Method: | Recurring Payment |
| Invoice Number: | 0011419257 | POS Entry: | |
| AVS Code: | Y | CVV2/CVC2/CID: | |
| UCAF/CAVV: | | MCC: | 5999 |
| Reason Code: | 85 / Credit Not Processed | | |

**Case Summary**
A dispute has been initiated by JPMorgan Chase Bank N.A. - Debit because the cardholder claims that credit was not
processed.

**Comments:** This disputed transaction cannot be remedied since you failed to respond to the request for additional
information. Please contact the cardholder directly to resolve this dispute.

**Questions?**
Call **Merchant Services** at:
**1-800-594-9465**

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green",
call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010

# DISPUTE
# SUMMARY

Faxed to:

07-15-2017
(MM/DD/YYYY)

| The following is a summary of the chargebacks |
| processed on |
| **07-14-2017** |
| (MM/DD/YYYY) |
| If you wish to contest any of these transactions, |
| please respond using the corresponding |
| Chargeback Response form by designated Due |
| Date.  Please do not return this summary form |
| with your response. |

WALNUT STREET MARKETING
11001 W 120TH AVE STE 400
BROOMFIELD, CO 80021-3493

Attached are documents related to chargeback transactions processed by Merchant Services.

Please carefully review each document.  If you wish to contest these transactions, please follow the instructions noted on each form.

## Summary

|  | Item | Amount |
|---|---|---|
| Chargebacks | 1 | 92.13 |
| Reversals |  |  |
| **Total Adjusted Amount*** | 1 | 92.13 |

*The total adjusted amount does not include the Non-Financial Items listed in the section below.

| Merchant Number | Case Number | Reference Number | Ticket/Cardholder Number | Reason Code | Amount |
|---|---|---|---|---|---|
| **Financial Activity** | | | | | |
| **Chargebacks** | | | | | |
| 295319058885 | 771606463501 | 5553607709120797380 0176 | ▮▮▮▮ | 53 | 92.13 |
| **Non-Financial Activity** | | | | | |
| **Reversal Rejection Letters** | | | | | |
| ▮▮▮▮ | 871866628601 | 2411039715820797350 0760 | ▮▮▮▮ | 41 | 94.31 |

07/15/17 IDS000 0002085

PX17 Attachment AB-117

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

**07/14/2017 (mm/dd/yyyy)**

WALNUT STREET MARKETING
11001 W 120TH AVE #400
BROOMFIELD CO 80021-0000

# DISPUTE NOTIFICATION

| | |
|---|---|
| Dispute Type: | SECOND CHARGEBACK |

> A financial adjustment has been made to your
> account as a result of a dispute.If
> you wish to contest, your
> response must be received no later than:
> **07/29/2017**  (mm/dd/yyyy)

| | |
|---|---|
| Issuer: | BANK OF AMERICA, NATIONAL ASSOCIATION |
| Case Number: | 771606463501 |
| Adjustment Amount: | 92.13 |
| Reason: | 53 / Cardholder Dispute |

## Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | | Credit Card Number: | |
| Card Product Type: | Debit Business Card | Transaction Amount: | 92.13 |
| Batch Date (mm/dd/yyyy): | 04/01/2017 | Transaction Date (mm/dd/yyyy): | 04/01/2017 |
| Invoice Number: | 0011473521 | Alternate Amount: | 0.00 |
| Merchant Xref: | | Transaction Method: | Recurring Payment |
| Reference Number: | 55536077091207973800176 | POS Entry: | 01 / Hand Keyed |
| Airline Ticket Number: | | MCC: | 5999 |
| Custom Data: | | | |

**DO NOT ISSUE CREDIT!** The cardholders account has been credited as a result of this chargeback. If you previously issued credit, please provide the date and amount of the credit.

**When responding to this dispute, follow all instructions on the back of the form.**

**Comment:** We acknowledge receiving your documentation to support this chargeback. The cardholder has provided a progressive letter stating that the order was not received. The documentation provided does not prove that the cardholder received the merchandise.

**Dispute Alert:**Effective April 2018, Visa will restructure the Dispute process with a liability assignment model, Visa Claims Resolution (VCR). This model reduces dispute cycle times. As a result, we encourage the adoption of our electronic solutions offered. You may self-enroll in Dispute Manager via the Business Track portal (www.businesstrack.com), or speak with your Representative for eResponse.

### Questions?
Call **Merchant Services** at:
**1-800-594-9465**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and (deleting it from your computer)

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE RESPONSE

**Case Number:**          771606463501
**Amount:**               92.13
**Custom Data:**

Date (mm/dd/yyyy): _____

| Why are you requesting a reversal of this Dispute? |
|---|
| |
| |
| |
| |
| |
| (If additional space is needed please continue on a separate sheet of paper) |

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

___ Copy of a Signed and/or Electronically Captured Sales Slip
___ Copy of a Signed Cancellation Policy
___ Copy of a Signed Order Form
___ Signed Proof of Delivery, including Proof of Positive AVS
___ Signed Rental Agreement
___ Copy of the Hotel/Motel Folio
___ Copy of the Recurring Billing Agreement
___ Copy of the Credit Receipt
___ Proof that the Authorized Signer was known by the Cardholder
___ Documentation Showing Additional Transactions by this Cardholder
___ T & E-Documentation showing Loyalty Transactions related to this Purchase
___ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
___ Proof that the ticket was received for Passenger Transport
___ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
___ Proof of CVV2 in Lieu of Imprint
___ Proof of Authorization
___ Proof of Verified by Visa or MasterCard Secure Code
___ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
___ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails)
___ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 402-933-1525
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

07/15/17 IDS000  0002083

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

**07/14/2017 (mm/dd/yyyy)**

WALNUT STREET MARKETING
11001 W 120TH AVE #400
BROOMFIELD CO 80021-0000

# REVERSAL REJECTION

We received your request for a reversal of an
adjustment made to your account. The information
provided was not sufficient to represent the
transaction back to the issuer for payment.

| | |
|---|---|
| **Issuer:** | JPMorgan Chase Bank N.A. - Debit |
| **Case Number:** | 871866628601 |
| **Work Type:** | FIRST CHARGEBACK REVERSAL |
| **Reason Code:** | 41 / Cancelled Recurring Transaction |

### Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | | Credit Card Number: | |
| Card Product Type: | Visa Classic | Transaction Amount: | 94.31 |
| Batch Date (mm/dd/yyyy): | 06/07/2017 | Transaction Date(mm/dd/yyyy): | 06/07/2017 |
| Invoice Number: | 0011843245 | Alternate Amount: | 0.00 |
| Merchant Xref: | | Transaction Method: | Recurring Payment |
| Reference Number: | 24110397158207973500760 | POS Entry: | 01 / Hand Keyed |
| Airline Ticket Number: | | MCC: | 5999 |
| Custom Data: | | | |

**COMMENTS:** We acknowledge receipt of your rebuttal; however, the cardholder cancelled and revoked authorization to charge their card at that time. We are unable to reverse this chargeback without proof of installment billings, or proof from the cardholder showing a different cancellation date. CANCELLED 060217

**Dispute Alert:** Effective April 2018, Visa will restructure the Dispute process with a liability assignment model, Visa Claims Resolution (VCR). This model reduces dispute cycle times. As a result, we encourage the adoption of our electronic solutions offered. You may self-enroll in Dispute Manager via the Business Track portal (www.businesstrack.com), or speak with your Representative for eResponse.

**Questions?**
Call **Merchant Services** at:
**1-800-594-9465**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and (deleting it from your computer).

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010

# DISPUTE
# SUMMARY

Faxed to:

07-14-2017
(MM/DD/YYYY)

WALNUT STREET MARKETING
11001 W 120TH AVE STE 400
BROOMFIELD, CO 80021-3493

| The following is a summary of the chargebacks processed on |
|---|
| **07-13-2017** |
| (MM/DD/YYYY) |
| **If you wish to contest any of these transactions, please respond using the corresponding Chargeback Response form by designated Due Date.  Please do not return this summary form with your response.** |

Attached are documents related to chargeback transactions processed by Merchant Services.

Please carefully review each document.  If you wish to contest these transactions, please follow the instructions noted on each form.

| Summary | | |
|---|---|---|
| | Item | Amount |
| Chargebacks | 1 | 92.60 |
| Reversals | | |
| **Total Adjusted Amount\*** | 1 | 92.60 |

*The total adjusted amount does not include the Non-Financial items listed in the section below.

| Merchant Number | Case Number | Reference Number | Ticket/Cardholder Number | Reason Code | Amount |
|---|---|---|---|---|---|
| **Financial Activity** | | | | | |
| **Chargebacks** | | | | | |
| ███████ | 771926116101 | 5553607709520797320O159 | ██████ | 37 | 92.60 |

07/14/17 IDS000  0002082

PX17 Attachment AB-121

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

07/13/2017 (mm/dd/yyyy)

WALNUT STREET MARKETING
11001 W 120TH AVE #400
BROOMFIELD CO 80021-0000

# DISPUTE NOTIFICATION

| | |
|---|---|
| Dispute Type: | FIRST CHARGEBACK |

> A financial adjustment has been made to your
> account as a result of a dispute.If
> you wish to contest, your
> response must be received no later than:
> **07/28/2017** (mm/dd/yyyy)

| | |
|---|---|
| Issuer: | CAPITAL ONE BANK (CANADA BRANCH) |
| Case Number: | 771926116101 |
| Adjustment Amount: | 92.60 |
| Reason: | 37 / Fraudulent Transaction - No Cardholder Authorization |

## Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | | Credit Card Number: | |
| Card Product Type: | MasterCard Standard Card | Transaction Amount: | 92.13 |
| Batch Date (mm/dd/yyyy): | 04/05/2017 | Transaction Date (mm/dd/yyyy): | 04/05/2017 |
| Invoice Number: | 0011474169 | Alternate Amount: | 0.00 |
| Merchant Xref: | | Transaction Method: | Recurring Payment |
| Reference Number: | 55536077095207973200159 | POS Entry: | 01 / Hand Keyed |
| Airline Ticket Number: | | MCC: | 5999 |
| Custom Data: | | | |

**DO NOT ISSUE CREDIT!** The cardholders account has been credited as a result of this chargeback. If you previously issued credit, please provide the date and amount of the credit.

**When responding to this dispute, follow all instructions on the back of the form.**

**Comment:** To refute this chargeback, please provide proof that the cardholder authorized and participated in this transaction. Proof of positive address verification services (AVS) response and proof of delivery showing the merchandise was shipped to the AVS confirmed address must be provided or any documentation that supports the customer participated in the transaction.

**Dispute Alert:** Effective April 2018, Visa will restructure the Dispute process with a liability assignment model, Visa Claims Resolution (VCR). This model reduces dispute cycle times. As a result, we encourage the adoption of our electronic solutions offered. You may self-enroll in Dispute Manager via the Business Track portal (www.businesstrack.com), or speak with your Representative for eResponse.

**Questions?**
Call **Merchant Services** at:
**1-800-594-9465**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and [deleting it from your computer].

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE RESPONSE

**Case Number:**          771926116101
**Amount:**                      92.60
**Custom Data:**

Date (mm/dd/yyyy): _____

| Why are you requesting a reversal of this Dispute? |
|---|
|  |
|  |
|  |
|  |
|  |
| (If additional space is needed please continue on a separate sheet of paper) |

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

___ Copy of a Signed and/or Electronically Captured Sales Slip
___ Copy of a Signed Cancellation Policy
___ Copy of a Signed Order Form
___ Signed Proof of Delivery, including Proof of Positive AVS
___ Signed Rental Agreement
___ Copy of the Hotel/Motel Folio
___ Copy of the Recurring Billing Agreement
___ Copy of the Credit Receipt
___ Proof that the Authorized Signer was known by the Cardholder
___ Documentation Showing Additional Transactions by this Cardholder
___ T & E-Documentation showing Loyalty Transactions related to this Purchase
___ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
___ Proof that the ticket was received for Passenger Transport
___ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
___ Proof of CVV2 in Lieu of Imprint
___ Proof of Authorization
___ Proof of Verified by Visa or MasterCard Secure Code
___ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
___ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails)
___ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 402-933-1525
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

07/14/17 IDS000 0002082

 

PO Box 845 Stn Agincourt
Scarborough ON  M1S 0M9

MERCHANT BANK INFORMATION:
ICA/7249
HARRIS
RISK
700
BUFFALO, IL 60089

July 10, 2017

## Expedited Billing Dispute Resolution Process (Fraud) Form

This Expedited Billing Dispute Resolution Process (Fraud) Form may be used for disputes using message reason codes 4837, 4840, 4870, and 4871. For specific requirements for each reason code, please refer to the *Chargeback Guide.* Failure to provide complete responses may invalidate the chargeback. Supporting documentation, regardless of cycle, must provide sufficient detail to enable all parties to understand the nature of the dispute or rebuttal. Mastercard will determine whether the specific documentation presented in a chargeback cycle contains sufficient detail. By completing this form, the issuer certifies its knowledge of the cardholder's claim that neither he, she, nor anyone authorized by him or her engaged in the transaction.

| | |
|---|---|
| **Cardholder Information:** | Truncated Account Number: xxxx-xxxx-xxxx               ICA Number: 7249 |
| | Cardholder Name (**if allowed by local law**): BREANNE GERRARD |

**Transaction Information:** Acquirer's Reference Data: 55536077095207973200159
Txn Date: April 5, 2017          Txn Amount: $123.68          Disputed Amount: $123.68

**Merchant Information Name:** BELLA@HOME866238592

**If multiple transactions are being charged back, include the first transaction detail above and supply on separate pages the remaining transactions being disputed by the cardholder. On those pages, include the merchant name, Acquirer Reference Data, and transaction amounts.**

## Card Status Information

| | | | |
|---|---|---|---|
| The account was closed before the chargeback was processed: | X | Yes | No |
| The account was listed on the Account Management Service Stand-In Account File before the chargeback was processed: | X | Yes | No |
| The transaction was reported to SAFE before the chargeback was processed: | X | Yes | No |

Capital One has a complaint resolution process in place. For details, please visit www.capitalone.ca/concerns or call us at 1-800-723-3500.

© 2015 Capital One Bank (Canada Branch). Capital One is a registered trademark of Capital One Financial Corporation, used under licence. All rights reserved.



Based on the facts obtained from my discussion with the cardholder (or company or government agency representative as applicable), I have determined and reported to SAFE that the card is:

___ Lost      ☐ Stolen      ___ Never Received as Issued (NRI)      ☒ In the cardholder's possession

The last known valid transaction date:

If processing a message reason code 4837 chargeback on a Cardholder Activated Terminal
(CAT) 2 transaction, was the card lost, stolen or NRI on the date of the transaction?  ☐ Yes      ☐ No

If 4840: Did the cardholder confirm that one legitimate transaction was made at the same merchant location?

Any additional details reported by the      CaseID/WorkItemNumber: 170710562785 FCT# 868082
cardholder:

"I certify that the facts were obtained from my discussion with the cardholder or N/A (who is the company
representative or government agency representative on behalf of the corporate card or government cardholder)
and the facts are accurate to the best of my knowledge."

TLW271                                                        10/07/2017
Customer Service/Chargeback Representative      Date
Our Ref: C170710562785                                 MasterCom Endpoint:

Capital One has a complaint resolution process in place. For details, please visit www.capitalone.ca/concerns or call us at 1-800-723-3500.

© 2015 Capital One Bank (Canada Branch). Capital One is a registered trademark of Capital One Financial Corporation, used under licence.
All rights reserved.

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010

# DISPUTE
# SUMMARY

Faxed to:

07-03-2017
(MM/DD/YYYY)

FIRST CLASS WHITENING FORMULA
450 E 96TH ST STE 500
INDIANAPOLIS, IN 46240-3760

<div style="border:1px solid">

**The following is a summary of the chargebacks processed on**

**07-03-2017**
(MM/DD/YYYY)

**If you wish to contest any of these transactions, please respond using the corresponding Chargeback Response form by designated Due Date. Please do not return this summary form with your response.**

</div>

Attached are documents related to chargeback transactions processed by Merchant Services.

Please carefully review each document. If you wish to contest these transactions, please follow the instructions noted on each form.

| | Summary | |
|---|---|---|
| | Item | Amount |
| Chargebacks | 1 | 103.04 |
| Reversals | | |
| **Total Adjusted Amount*** | 1 | 103.04 |

*The total adjusted amount does not include the Non-Financial items listed in the section below.

| Merchant Number | Case Number | Reference Number | Ticket/Cardholder Number | Reason Code | Amount |
|---|---|---|---|---|---|
| **Financial Activity** | | | | | |
| **Chargebacks** | | | | | |
| ▮▮▮▮▮ | 0301718244280 | 24733347073980000277750 | ▮▮▮▮ | 83 | 103.04 |

Page 1 of 1

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE NOTIFICATION

Dispute Type:                          FIRST CHARGEBACK

**07/03/2017 (mm/dd/yyyy)**

FIRST CLASS WHITENING FORMULA
450 E 96TH ST STE 500
INDIANAPOLIS IN 46240-3760
US

> **A financial adjustment has been made to your account as a result of a dispute.If you wish to contest, your response must be received no later than: 07/18/2017** (mm/dd/yyyy)

**Issuer:**
**Case Number:**                    0301718244280
**Adjustment Amount:**                      103.04
**Reason:**   83 / Fraudulent Transaction - Card Not Present

## Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | | Credit Card Number: | |
| Card Product Type: | Visa Classic | Transaction Amount: | 103.04 |
| Batch Date (mm/dd/yyyy): | | Transaction Date (mm/dd/yyyy): | 03/13/2017 |
| Invoice Number: | | Alternate Amount: | 0.00 |
| Merchant Xref: | | Transaction Method: | Mail/Telephone Order |
| Reference Number: | 24733347073980000277750 | POS Entry: | 01 / Hand Keyed |
| Airline Ticket Number: | | MCC: | 5968 |
| Custom Data: | SYS/PRIN: 1073/0200 | | |

**DO NOT ISSUE CREDIT!** The cardholders account has been credited as a result of this chargeback. If you previously issued credit, please provide the date and amount of the credit.

**When responding to this dispute, follow all instructions on the back of the form.**

**Comment:** To refute this chargeback, please provide proof that the cardholder authorized and participated in this transaction. Proof of positive address verification services (AVS) response and proof of delivery showing the merchandise was shipped to the AVS confirmed address must be provided or any documentation that supports the customer participated in the transaction.

**Dispute Alert:** Effective April 2018, Visa will restructure the Dispute process with a liability assignment model, Visa Claims Resolution (VCR). This model reduces dispute cycle times. As a result, we encourage the adoption of our electronic solutions offered. You may self-enroll in Dispute Manager via the Business Track portal (www.businesstrack.com), or speak with your Representative for eResponse.

**Questions?**
Call **Merchant Services** at:
**800-672-5008**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and (deleting it from your computer).

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE RESPONSE

| | |
|---|---|
| **Case Number:** | 0301718244280 |
| **Amount:** | 103.04 |
| **Custom Data:** | SYS/PRIN: 1073/0200 |

Date (mm/dd/yyyy): _____

| Why are you requesting a reversal of this Dispute? |
|---|
| |
| |
| |
| |
| |
| (If additional space is needed please continue on a separate sheet of paper) |

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

___ Copy of a Signed and/or Electronically Captured Sales Slip
___ Copy of a Signed Cancellation Policy
___ Copy of a Signed Order Form
___ Signed Proof of Delivery, including Proof of Positive AVS
___ Signed Rental Agreement
___ Copy of the Hotel/Motel Folio
___ Copy of the Recurring Billing Agreement
___ Copy of the Credit Receipt
___ Proof that the Authorized Signer was known by the Cardholder
___ Documentation Showing Additional Transactions by this Cardholder
___ T & E-Documentation showing Loyalty Transactions related to this Purchase
___ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
___ Proof that the ticket was received for Passenger Transport
___ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
___ Proof of CVV2 in Lieu of Imprint
___ Proof of Authorization
___ Proof of Verified by Visa or MasterCard Secure Code
___ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
___ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails)
___ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 402-933-1525
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

Visa Resolve Online

## Chargeback Questionnaire: ROL Case Number - 1549712127

### Transaction Information

| | | | | | |
|---|---|---|---|---|---|
| Card/Acct #: | | Tran Type: | Bill Payment | Issuer: | WELLS FARGO BANK, |
| Network: | VISA | Tran Date: | 03/13/17 | | NATIONAL ASSOCIA- |
| Tran ID: | 007072312914359 | Processing Date: | 03/14/17 | | TION |
| ARN: | 2-473334-7073-98000027775-0 | Tran Amount: | 103.04 USD | CH Name: | |
| Retrieval Ref. #: 707320980000 | | Jurisdiction: | DOMESTIC-US | Acquirer: | MISSION VALLEY |
| | | | | | BANK |
| | | | | Merchant: | FIRST CLASS WHITEN- |
| | | | | | ING FOR |
| | | | | Location: | 800-270-3043, IN |

Action:  Chargeback

### Dispute Information

| | |
|---|---|
| Dispute Group | 2 - Fraud |
| Dispute Reason | 83 - Fraud - Card Absent Environment |
| Dispute Amount | 103.04 USD   Cardholder ☐  Debit ☑  Credit |

### Elaboration Information

☐   Account number used was fictitious or no valid card, and no authorization was obtained

Date Fraud Activity was reported through VisaNet:          06/29/17          mmddyy

Date of listing on Exception File or date token was deactivated:          06/29/17          mmddyy

What was the fraud type based on Issuer investigation?          ☑  Other   fraudulent use of account number

### Certifications

☑   Issuer certifies Cardholder denies authorizing or participating in the disputed transaction

### Questionnaire Notes and Documents

Comments

Documents

No documents attached

Chargeback Reference Number

712127

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010

# DISPUTE
# SUMMARY

Faxed to:

07-07-2017
(MM/DD/YYYY)

BLIZZARD WHITE GLOBAL
STE 200
871 CORONADO CENTER DR
HENDERSON, NV 89052-3977
|||||||||||||||||||||||||||||||||||||||||||||||||||

---

**The following is a summary of the chargebacks processed on**

**07-07-2017**
(MM/DD/YYYY)

**If you wish to contest any of these transactions, please respond using the corresponding Chargeback Response form by designated Due Date.  Please do not return this summary form with your response.**

---

Attached are documents related to chargeback transactions processed by Merchant Services.

Please carefully review each document.  If you wish to contest these transactions, please follow the instructions noted on each form.

### Summary

|  | Item | Amount |
|---|---|---|
| Chargebacks | 2 | 38.97 |
| Reversals | | |
| **Total Adjusted Amount\*** | 2 | 38.97 |

\*The total adjusted amount does not include the Non-Financial items listed in the section below.

| Merchant Number | Case Number | Reference Number | Ticket/Cardholder Number | Reason Code | Amount |
|---|---|---|---|---|---|
| **Financial Activity** | | | | | |
| **Chargebacks** | | | | | |
| ██████████ | 0301718742385 | 2473334716702901 0191333 | ██████████ | 85 | 1.25 |
| | 617161052601 | 2473334711602901 0143229 | | 85 | 37.72 |
| **Non-Financial Activity** | | | | | |
| **Pre-Notes** | | | | | |
| ██████████ | 617161052601 | 2473334711602901 0143229 | ██████████ | 85 | 37.72 |

Page 1 of 1

07/07/17 IDS000  0003782

PX17 Attachment AB-130

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

**07/07/2017 (mm/dd/yyyy)**

BLIZZARD WHITE GLOBAL
871 CORONADO CENTER DR STE 200
HENDERSON NV 89052-3977
US

# DISPUTE NOTIFICATION

| | |
|---|---|
| Dispute Type: | FIRST CHARGEBACK |

> A financial adjustment has been made to your
> account as a result of a dispute.If
> you wish to contest, your
> response must be received no later than:
> **07/22/2017** (mm/dd/yyyy)

| | |
|---|---|
| Issuer: | Chase Bank USA, National Association |
| Case Number: | 0301718742385 |
| Adjustment Amount: | 1.25 |
| Reason: | 85 / Credit Not Processed |

## Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | | Credit Card Number: | |
| Card Product Type: | Visa Traditional | Transaction Amount: | 1.25 |
| Batch Date (mm/dd/yyyy): | | Transaction Date (mm/dd/yyyy): | 06/15/2017 |
| Invoice Number: | | Alternate Amount: | 0.00 |
| Merchant Xref: | | Transaction Method: | Mail/Telephone Order |
| Reference Number: | 24733347167029010191333 | POS Entry: | 10 / Credential On File |
| Airline Ticket Number: | | MCC: | 5968 |
| Custom Data: | SYS/PRIN: 1073/0200 | | |

**DO NOT ISSUE CREDIT!** The cardholders account has been credited as a result of this chargeback. If you previously issued credit, please provide the date and amount of the credit.

**When responding to this dispute, follow all instructions on the back of the form.**

**Comment:**  To refute this chargeback, please provide an explanation of why credit is not due along with one of the following 1) If cardholder is present at the time of the transaction provide a signed cancellation/return policy 2) If the transaction was mail, phone or ecommerce provide proof cancellation/return policy was accepted by the cardholder.

**Dispute Alert:**Effective April 2018, Visa will restructure the Dispute process with a liability assignment model, Visa Claims Resolution (VCR). This model reduces dispute cycle times. As a result, we encourage the adoption of our electronic solutions offered. You may self-enroll in Dispute Manager via the Business Track portal (www.businesstrack.com), or speak with your Representative for eResponse.

### Questions?
Call **Merchant Services** at:
**800-672-5008**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and (deleting it from your computer).

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE RESPONSE

**Case Number:** 0301718742385
**Amount:** 1.25
**Custom Data:** SYS/PRIN: 1073/0200

Date (mm/dd/yyyy): _____

| Why are you requesting a reversal of this Dispute? |
|---|
| |
| |
| |
| |
| |
| (If additional space is needed please continue on a separate sheet of paper) |

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

____ Copy of a Signed and/or Electronically Captured Sales Slip
____ Copy of a Signed Cancellation Policy
____ Copy of a Signed Order Form
____ Signed Proof of Delivery, including Proof of Positive AVS
____ Signed Rental Agreement
____ Copy of the Hotel/Motel Folio
____ Copy of the Recurring Billing Agreement
____ Copy of the Credit Receipt
____ Proof that the Authorized Signer was known by the Cardholder
____ Documentation Showing Additional Transactions by this Cardholder
____ T & E-Documentation showing Loyalty Transactions related to this Purchase
____ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
____ Proof that the ticket was received for Passenger Transport
____ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
____ Proof of CVV2 in Lieu of Imprint
____ Proof of Authorization
____ Proof of Verified by Visa or MasterCard Secure Code
____ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
____ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails)
____ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 402-933-1525
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

Visa Resolve Online

## Chargeback Questionnaire: ROL Case Number - 1551438186

### Transaction Information

| | | | | | |
|---|---|---|---|---|---|
| Card/Acct #: | ███████████ | Tran Type: | Sale | Issuer: | CHASE BANK USA, NA- |
| Network: | VISA | Tran Date: | 06/15/17 | | TIONAL ASSOCIATION |
| Tran ID: | 167166514802834 | Processing Date: | 06/17/17 | CH Name: | |
| ARN: | 2-473334-7167-029010191333-3 | Tran Amount: | 1.25 USD | Acquirer: | MISSION VALLEY |
| Retrieval Ref. #: 716723029010 | | Jurisdiction: | DOMESTIC-US | | BANK |
| | | | | Merchant: | BLIZZARD WHITE |
| | | | | | GLOBAL |
| | | | | Location: | 888-849-8114, NV |
| Acqr BID: | 00000000 | Spec Cond: | | MCC: | 5968 |
| Reimb Attr: | A | MOTO/ECI: | 2 | Network ID: | VISA |
| Action: Chargeback | | | | | |

### Dispute Information

| | |
|---|---|
| Dispute Group | 5 - Cancelled/Returned |
| Dispute Reason | 85 - Credit Not Processed |
| Dispute Amount | 1.25 USD   Cardholder ☐ Debit ☑ Credit |

### Credit Information

Was a credit voucher, voided transaction receipt or refund acknowledgement given?   ☑ No

### Elaboration Information

What was Purchased?         Other Services
☐ Providing copy of Credit Transaction Receipt not processed
Did you cancel?   ☑ Yes
☐ An original credit was not accepted because either:

### Cancellation Information

| | |
|---|---|
| Cancel Date: | 2017-06-16 |
| Spoke with: | Customer Service |
| Was the cardholder given a cancellation policy? | ☑ Yes |
| What was the policy? | |
| Can cancel at anytime | |

**Attempt To Resolve**

Did the cardholder attempt to resolve with the merchant?          ☑  Yes

Date of most recent contact:          2017-07-04

Name of Contact:          Customer Service

Contact Method:          Phone

Merchant's Response:

Call cannot be completed as dial.

**Questionnaire Notes and Documents**

Comments

**Documents**

No documents attached

Chargeback Reference Number

438186

**Cardholder Contact Information**

Name

Cardholder did not release contact information.

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE NOTIFICATION

> A financial adjustment has been made to your
> account as a result of a dispute initiated by
> the issuing bank (below).

**07/07/2017 (mm/dd/yyyy)**

BLIZZARD WHITE GLOBAL
871 CORONADO CENTER DR STE 200
HENDERSON NV 89052-3977
US

| | |
|---|---|
| **Jurisdiction:** | Visa USA Domestic |
| **Dispute Type:** | INCOMING PRE-ARBITRATION |
| **Reason:** | Credit Not Processed |
| **Case Number:** | 617161052601 |
| **Adjustment Amount:** | 37.72 |

Faxed to:

## Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | | Credit Card Number: | |
| Transaction Date (mm/dd/yyyy): | 04/25/2017 | Reference Number: | 24733347116029010143229 |
| Transaction Amount: | 94.31 | Foreign Amount: | 0.00 |
| Merchant Xref: | | Airline Ticket Number: | |
| Total Batch Amount: | 0.00 | Batch Date (mm/dd/yyyy): | |
| Usage Code: | | Custom Data: | SYS/PRIN: 1073/0200 |
| Card Product Type: | Visa Classic | Transaction Method: | Mail/Telephone Order |
| Invoice Number: | | POS Entry: | |
| AVS Code: | Z | CVV2/CVC2/CID: | P |
| UCAF/CAVV: | | MCC: | 5968 |
| Reason Code: | 85 / Credit Not Processed | | |

**Case Summary**
A dispute has been initiated by U.S. Bank National Association because the cardholder claims that credit was not processed.

**Comments:** We acknowledge your response however, the cardholder continued this dispute stating service was cancelled and a credit is due. We did not receive sufficient documentation to reflect service was rendered and the cardholder did not cancel nor did we receive proof the cardholder was aware of and agreed to a no cancellation/no refund policy. We are unable to remedy this dispute.

**Questions?**
Call **Merchant Services** at:
**800-672-5008**

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green",
call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

Visa Resolve Online

**Pre-Arb Questionnaire: ROL Case Number - 1538115332**

**Transaction Information**

| | | | | | |
|---|---|---|---|---|---|
| Card/Acct #: | ████████ | Tran Type: | Sale | Issuer: | U.S. BANK NATIONAL AS- SOCIATION |
| Network: | VISA | Tran Date: | 04/25/17 | | |
| Tran ID: | 007115306351117 | Processing Date: | 04/26/17 | CH Name: | |
| ARN: | 2-473334-7116-02901014322-9 | Tran Amount: | 94.31 USD | Acquirer: | MISSION VALLEY BANK |
| Retrieval Ref #: | 711629029010 | Jurisdiction: | DOMESTIC-US | Merchant: | BLIZZARD WHITE GLOBAL |
| | | | | Location: | 888-849-8114, NV |

**Case History Summary**

| Event | CPD | Dispute Amount | Reason Code |
|---|---|---|---|
| Chargeback: | 05/17/17 | 94.31 USD | 85 - Credit Not Processed |
| Representment: | 05/23/17 | 94.31 USD | 85 - Credit Not Processed |
| Pre-Arb: | 06/09/17 | 94.31 USD | 85 - Credit Not Processed |
| Pre-Arb Response: | 06/20/17 | 94.31 USD | 85 - Credit Not Processed |
| Pre-Arb: | 06/21/17 | 37.72 USD | 85 - Credit Not Processed |

**Days Between Events**

| | | | |
|---|---|---|---|
| RFC CPD From Tran CPD | N/A | Repre CPD from CB CPD | 6 |
| RFC Response CPD From RFC CPD | N/A | Pre-Arb Date from Repre CPD | 29 |
| CB CPD From Tran CPD | 21 | | |
| CB CPD From RFC CPD | N/A | | |
| CB CPD From RFC Response CPD | N/A | | |

**Acquirer's Response Information**

| | |
|---|---|
| Response: | Decline |
| Why are you declining Pre-Arbitration? | Declining: Partial credit issued ARN 74733347118029010163725 prior to the dispute and your center has failed to address the credit and adjust the dispute amount |
| Are you providing new information? | Yes |
| Additional Information | |
| Documents: | |
| Other 2 | |

**Acquirer's Contact Information**

| | |
|---|---|
| Name: | Jeremy List |
| Phone: | Fax: | 1-301-766- 5419 |

**Merchant Contact Information**

Contact Name:

Merchant did not release contact information.

## Issuer's Pre-Arbitration Information

Dispute Amount:                              37.72 USD  Partial Amount

Why are you initiating Pre-Arbitration?

Upon review of the merchant#s supplied documentation, we maintain that our cardholder is due a partial refund of $37.72.The merchant states we did not address the partial credit issued; however, on their member message text, there is no indication that they issued credit, date credit was issued, or a reference number to show credit was given. It only stated #improper supplying supporting doc#. The merchant has supplied no proof that they have a cancellation policy which complies with Visa Operating Regulations. Per Visa Operating Regulations, An electronic Commerce Merchant Web Site must communicate its refund/cancellation policy to the cardholder during the order process and require the cardholder to select a #click to accept# or #other affirmative# button to acknowledge the policy. The terms and conditions of the purchase must be displayed on the same screen view as the checkout screen used to present the total purchase amount. The cardholder attempted to resolve this issue with the merchant with no resolution. Again, per Visa Operating Regulations, the merchant has not met the requirements to prove their policy was properly disclosed at the time of purchase and it is, therefore, invalid. The cardholder cancelled and attempted to resolve this issue with the merchant on 04/26/17, with no resolution. The cardholder has returned the merchandise through FedEx on 04/27/17. Please refund immediately or we will pursue Arbitration with the Visa Committee. Thank you.

Days Given to Respond:  10                Last Day to Respond:  07/06/17  (Based on Pacific Time)

Are you changing your Reason Code?          No

Are you providing new information?          No

## Questionnaire Notes and Documents

Comments

**Documents**

No documents attached

## Issuer's Contact Information

Name:         Rhonda Heiberg

Phone:                                          Fax:

Email:

## Cardholder Contact Information

Name

Cardholder did not release contact information.

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# Dispute Information Request

**Dispute Type:**     INCOMING PRE-ARBITRATION

07/07/2017 (mm/dd/yyyy)

BLIZZARD WHITE GLOBAL
871 CORONADO CENTER DR STE 200
HENDERSON NV 89052-3977
US

A dispute has been initiated. If you wish to contest the
dispute, your response must be received no later than:
**07/21/2017 (mm/dd/yyyy)**

| | |
|---|---|
| **Issuer:** | U.S. Bank National Association |
| **Case Number:** | 617161052601 |
| **Adjustment Amount:** | 37.72 |
| **Reason:** | 85 / Credit Not Processed |

## Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | | Credit Card Number: | |
| Card Product Type: | Visa Classic | Transaction Amount: | 94.31 |
| Batch Date (mm/dd/yyyy): | | Transaction Date (mm/dd/yyyy): | 04/25/2017 |
| Invoice Number: | | Alternate Amount: | 0.00 |
| Merchant Xref: | | Transaction Method: | Mail/Telephone Order |
| Reference Number: | 24733347116029010143229 | POS Entry: | |
| Airline Ticket Number: | | MCC: | 5968 |
| Custom Data: | SYS/PRIN: 1073/0200 | | |

**When responding to this dispute, follow all instructions on the back of the form.**

**Comment:** We acknowledge your response however, the cardholder continued this dispute stating service was cancelled and a credit is due. We did not receive sufficient documentation to reflect service was rendered and the cardholder did not cancel nor did we receive proof the cardholder was aware of and agreed to a no cancellation/no refund policy. We are unable to remedy this dispute.

**Dispute Alert:** Effective April 2018, Visa will restructure the Dispute process with a liability assignment model, Visa Claims Resolution (VCR). This model reduces dispute cycle times. As a result, we encourage the adoption of our electronic solutions offered. You may self-enroll in Dispute Manager via the Business Track portal (www.businesstrack.com), or speak with your Representative for eResponse.

**Questions?**
Call **Merchant Services** at:
**800-672-5008**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and deleting it from your computer.

**MERCHANT SERVICES**
PO BOX 6010
HAGERSTOWN, MD 21741-6010
USA

# DISPUTE RESPONSE

| | |
|---|---|
| **Case Number:** | 617161052601 |
| **Amount:** | 37.72 |
| **Custom Data:** | SYS/PRIN: 1073/0200 |

Date (mm/dd/yyyy): _____

| Why are you requesting a reversal of this Dispute? |
|---|
|  |
|  |
|  |
|  |
|  |
| (If additional space is needed please continue on a separate sheet of paper) |

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

___ Copy of a Signed and/or Electronically Captured Sales Slip
___ Copy of a Signed Cancellation Policy
___ Copy of a Signed Order Form
___ Signed Proof of Delivery, including Proof of Positive AVS
___ Signed Rental Agreement
___ Copy of the Hotel/Motel Folio
___ Copy of the Recurring Billing Agreement
___ Copy of the Credit Receipt
___ Proof that the Authorized Signer was known by the Cardholder
___ Documentation Showing Additional Transactions by this Cardholder
___ T & E-Documentation showing Loyalty Transactions related to this Purchase
___ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
___ Proof that the ticket was received for Passenger Transport
___ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
___ Proof of CVV2 in Lieu of Imprint
___ Proof of Authorization
___ Proof of Verified by Visa or MasterCard Secure Code
___ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
___ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails)
___ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 402-933-1525
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

07/07/17 IDS000  0003282

Visa Resolve Online

## Pre-Arb Questionnaire: ROL Case Number - 1538115332

### Transaction Information

| | | | | | |
|---|---|---|---|---|---|
| Card/Acct #: | | Tran Type: | Sale | Issuer: | U.S. BANK NATIONAL AS- |
| Network: | VISA | Tran Date: | 04/25/17 | | SOCIATION |
| Tran ID: | 007115306351117 | Processing Date: | 04/26/17 | CH Name: | |
| ARN: | 2-473334-7116-029010014322-9 | Tran Amount: | 94.31 USD | Acquirer: | MISSION VALLEY BANK |
| Retrieval Ref #: | 711629029010 | Jurisdiction: | DOMESTIC-US | Merchant: | BLIZZARD WHITE GLOBAL |
| | | | | Location: | 888-849-8114, NV |

### Case History Summary

| Event | CPD | Dispute Amount | Reason Code |
|---|---|---|---|
| Chargeback: | 05/17/17 | 94.31 USD | 85 - Credit Not Processed |
| Representment: | 05/23/17 | 94.31 USD | 85 - Credit Not Processed |
| Pre-Arb: | 06/09/17 | 94.31 USD | 85 - Credit Not Processed |
| Pre-Arb Response: | 06/20/17 | 94.31 USD | 85 - Credit Not Processed |
| Pre-Arb: | 06/21/17 | 37.72 USD | 85 - Credit Not Processed |

### Days Between Events

| | | | |
|---|---|---|---|
| RFC CPD From Tran CPD | N/A | Repre CPD from CB CPD | 6 |
| RFC Response CPD From RFC CPD | N/A | Pre-Arb Date from Repre CPD | 29 |
| CB CPD From Tran CPD | 21 | | |
| CB CPD From RFC CPD | N/A | | |
| CB CPD From RFC Response CPD | N/A | | |

### Acquirer's Response Information

| | |
|---|---|
| Response: | Decline |
| Why are you declining Pre-Arbitration? | Declining: Partial credit issued ARN 74733347118029010163725 prior to the dispute and your center has failed to address the credit and adjust the dispute amount |
| Are you providing new information? | Yes |
| Additional Information | |
| Documents: | |
| Other 2 | |

**Acquirer's Contact Information**

| | |
|---|---|
| Name: | Jeremy List |
| Phone: | Fax: |
| | 1-301-766-5419 |

**Merchant Contact Information**

Contact Name:

Merchant did not release contact information.

### Issuer's Pre-Arbitration Information

Dispute Amount:                              37.72 USD  Partial Amount

Why are you initiating Pre-Arbitration?

Upon review of the merchant#s supplied documentation, we maintain that our cardholder is due a partial refund of $37.72.The merchant states we did not address the partial credit issued; however, on their member message text, there is no indication that they issued credit, date credit was issued, or a reference number to show credit was given. It only stated #improper supplying supporting doc#. The merchant has supplied no proof that they have a cancellation policy which complies with Visa Operating Regulations. Per Visa Operating Regulations, An electronic Commerce Merchant Web Site must communicate its refund/cancel-lation policy to the cardholder during the order process and require the cardholder to select a #click to accept# or #other affirma-tive# button to acknowledge the policy. The terms and conditions of the purchase must be displayed on the same screen view as the checkout screen used to present the total purchase amount. The cardholder attempted to resolve this issue with the merchant with no resolution. Again, per Visa Operating Regulations, the merchant has not met the requirements to prove their policy was properly disclosed at the time of purchase and it is, therefore, invalid. The cardholder cancelled and attempted to resolve this is-sue with the merchant on 04/26/17, with no resolution. The cardholder has returned the merchandise through FedEx on 04/27/17. Please refund immediately or we will pursue Arbitration with the Visa Committee. Thank you.

Days Given to Respond:  10            Last Day to Respond:  07/06/17  (Based on Pacific Time)

Are you changing your Reason Code?            No

Are you providing new information?            No

### Questionnaire Notes and Documents

Comments

Documents

No documents attached

### Issuer's Contact Information

Name:        Rhonda Helberg

Phone:                                      Fax:

Email:

### Cardholder Contact Information

Name

Cardholder did not release contact information.