# PX17

# PX17 Attachment AC

# Consumer complaints obtained from floor of the suite at 2011 Cherry Street

2-7-14

From: Cynthia Pascascio cell: [redacted]

SmileProline

Via fax 303-530-0771

Attached is the confirmation that I did call and spoke with someone and faxed to your office on 1-2-13 and the first call was not on 1-13 as the operator suggested. He is the same person I spoke with on 1-2 and on 2-4. I know because of his accent.

On 1-2-14 I called your company as there was a $94.31 charge on my credit card posted on 12-11-13 which I did not authorize. In speaking with your customer service person, unfortunately I did not get a name, but this person is a male with a heavy accent and it sounded like the same person that I spoke with on 2-4-14, even though he denies it.

I was told to fax a copy of my statement showing the charges and I did, a copy is attached on which I noted the time and date and also attached is a copy of my confirmation that I fax my information on 1-2-14. On this same date I closed my account. You should be able to verify this information unless that person did not do his job; it should be notated on your notes. You can verify the date of fax and the date of the original call. I should not have to go thru all this.

A person by the name of Joe, or a name close to that did call me back within the 48 hours as requested but I did not call me back right away. You should be able to verify this too as all this should be noted on my account. I was told to mail the product back and I did that on 1-21-14 @2:35.

I found out today 2-4-14 that another charge was added to my credit card for $105.22 posted on 1-10-14 more than the original charge. Of course I called to find out what the heck is going on. The person I spoke to tells me that I did not cancel until 1-13-14 when I spoke to "Joe" so I cannot be refunded, that is incorrect again I originally called on 1-2-14. The person I spoke to on 1-2 & 2-4 is a liar and a dishonest person he knows I called because he is the same person I spoke to on both occasions. Why would I not close my account when I called on 1-2-14 after seeing this charge what sense does that make? See attached that it was faxed on 1-2-13; all these conversations and the outcome should be notated on my account.

I have called my credit card company to start a dispute for this charge. I no longer have any of your products.

I am looking forward to a resolution to this matter in the form of a refund and a response within 48 hours.

I have no desire to deal with this company for any other purchase; you have dishonest people working for you.

Sincerely,

Cynthia Pascascio

Cell: [redacted] Wk: [redacted]

FROM : FAX NO. :4 Feb. 07 2014 10:36AM P1

FACSIMILE TRANSMITTAL

TO Zymbiotix

FAX # 1-303-530-0771

FROM: Rita Hathaway

DATE: 2-7-14 # OF PGS. 2

(including this one)

Thank You!
Please deposit my refund into my Capital One Credit Card acct.

Rita Hathaway

(Order # 171117)

Attention Aljun

I expect a full refund + overdraft charge. This account was cancelled one month ago + should not have come. I will press charges if not taken effect now!

Feb. 7. 2014 12:11PM KROGER RX #255 No. 2372 P. 1

CORE - Eastman Credit Union (235)

Wizards | Maintenance | Quick Inquiries | Collateral | Agreements | Print | Calculators | My Forms | System | Logout

open solutions

Mary K. Hayden | Member # 8000253092 | Share Account Number
TIN 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 | Member Since 12-14-2012

[redacted]

Relationships

Services | Favorites | Help

Person - Richie, J. | Person - Richie, J. | Person - Richie, J. | Person - Hayden, M. | Person - Hayden, M. | Person - Hayden, M.

## Card Transaction Detail

Print

| | | | | | |
|---|---|---|---|---|---|
| Card Number | [redacted] | Card Sequence Number | | Store and Forward | Yes |
| Card Holder | Mary K Hayden | ISO Transaction Code(s) | Financial Advice (220) | | |
| Transaction Type | Purchase PreAuthorization | | | | |
| Response Code | Approved | Transaction Amount | 89.85 | | |
| Reversal Reason | | Authorized Amount | 89.85 | | |
| Advice Reason | | Fee Amount | 0.00 | | |

**Dates**

| | |
|---|---|
| Settlement Date | 02-04-2014 |
| Transmission Date / Time | 02-04-2014 12:00:00 AM |
| Activity Date | 02-04-2014 |
| Local Date / Time | 01-28-2014 / 82128 |

**Accounts**

| | From Account | | To Account |
|---|---|---|---|
| Account Number | [redacted] | Account Number | |
| Account Type | Checking - Beyond Free | Account Type | |
| Account Balance | 109.48 | Account Balance | |
| Available Balance | 90.98 | Available Balance | |

External: ZYMEXOTIX NONE NONEXXXXXXXXXXXUS

Note: Balances represent the state of the account(s) at the time of authorization

**Acquirer / Network**

| | |
|---|---|
| Terminal Sequence | 2310352 |
| Trace / Audit | 423283 |
| Retrieval Reference | 502310352 |
| Network | Debit Network |

Initializing background communication for sending stored batches | PRODUCTION | 22024 | 02-04-2014 | 839 | Sherry Bradley | 1113

Feb. 7. 2014 12:11PM KROGER RX #255 No. 2372 P. 2

2014/02/07 13:26:34 1 /4

Vantage West Credit Union
8465 E. Broadway Blvd.
Tucson
AZ 85701

**FROM**

Name: Star Olague

Phone: Fax:

E-mail: Star.Olague@vantagewest.org

**TO**

13035300771

Sent: 2/7/14 at: 1:26:34 PM 4 page(s) (including cover)

---

Subject: Fraud Department!!!!!!!!!

Comments:

---

4032 Central Ave.
Hot Springs, AR 71913
(501) 525-6530 Office
(501) 520-8361 Fax

**Diamond Lakes**
**Federal Credit Union**

# FAX

To: ______________________ From: Susan

Fax: 1-303-530-0771 Pages: 2

Phone: ______________________ Date: 2-7-14

Re: ______________________

Urgent For Review Please Comment Please Reply Please Recycle

- Comments

12/25/13 12/25/13 POS Purchase; 9402 USPS 04520205712 AR LONSDALE USPS 04520205712229US -3.14

02/03/14 02/03/14 Courtesy Pay Fee; 5499 SKINNYIQ ONLINE AVL BAL BEFORE W/D 36.71 -32.00

02/03/14 02/03/14 POS Purchase; 5499 SKINNYIQ ONLINE NV HENDERSON SKINNYIQ ONLINE US -94.31

Diamond Lakes
Federal Credit Union
4032 Central Ave.
Hot Springs, AR 71913

Susan Joplin
Head Teller
501-525-6530 ext. 3100



# complimentary fax cover sheet

408 Madison St. • Shelbyville, TN 37160
931.684.3977 Fax 931.684.1056

Date: 7-7-14

Number of pages 2 (including cover page)

**TO:**

Name:

Company: Blizzard White

Phone:

Fax: 303-530-0771

**FROM:**

Name:

Company:

Phone:

**Comments:**

Attn: Avery

*We also offer these additional services plus many more!*

- High Speed Black and White Copying
- Full Service Printing
- Binding Services
- Digital Color Copying
- Laminating
- Custom Checks and Forms
- Self Serve Copying
- Custom Stamps & Engraving
- Personalized Calendars
- Banners and Signs
- Private Postal Mailbox Rentals
- Wedding and Social Invitations
- FedEx and UPS Shipping
- Boxing and Packing Service

January 29, 2014

Anthony Charles Leslie

Account Number:

Dear Anthony Charles Leslie:

Thank you for your recent call to out Contact Center regarding the above referenced account. Our records indicate that as of February 3, 2014, there has been no credit in the amount of $70.00 from Blizzard White posted to the account.

At Regions, we believe relationships are built by understanding and meeting your financial needs. If you have any questions or need any further assistance, please feel free to contact us at 1-800-REGIONS (1-800-734-4667).

Sincerely,

Jacqueline D. Taylor
Relationship Banker

Banking products and services are provided by Regions Bank. Regions Bank is a division and trade name of Regions Bank. Member FDIC. Equal Housing Lender.

# LUDVIGSON LAW OFFICE

# Facsimile

***From:*** Ludvigson Law Office
PO Box 207
215 ½ N. Cascade St.
Osceola, WI 54020
**Phone:**(715) 294-4950
**Fax:** (715) 294-4951

***To: First Class Whitening***

***Fax No.303.530.0771***

**Re:** refund

**Pages:** 2 **Reply-** **Urgent-** **Review-**

***Comments:***

***CONFIDENTIAL***

*The information contained within this fax is confidential. Therefore, if this fax was received in error please destroy the contents.*

February 7, 2014

First Class Whitening System SENT VIA FAX 303.530.0771

To Whom It May Concern:

I am writing to let you know what my experience with your company has been and it has not been a positive one.

I placed an order for a trial of your product. When I received the product I realized that it was not something that I wanted so I got on the phone and canceled my account. This was on January 7, 2014. I received an email confirming the cancellation and what to do to return the complete program. I followed the instructions, wrote the RMA number (158-603744) on the outside of the shipping package and took it to the post office very soon after. Earlier this week I noticed a charge on my bank account for $95.06 to be paid to your company so I called your customer service number to get the charge removed. Unfortunately, I have been unable to locate the tracking number or the receipt from the post office which I have been told I need to have. All three of the customer service reps told me to call the post office and they would give me the tracking number. First of all, this is incorrect information; the post office is unable to do that and your reps should not be saying that. Secondly, I was told that unless I come up with the tracking number there is nothing that can be done. I understand that it was my responsibility to keep the tracking number but as I explained to your representatives, it is no where to be found. I find it hard to believe that someone could not contact the warehouse and find out when this package was returned to the address I was given and remove the charges. Am I the only customer who has called about this issue? Either way, it doesn't seem to be good customer service or good business practice.

I think I have been scammed and I am not happy about it. I would appreciate a complete refund. At the very least, I think that another trial and complete package that I have paid for and don't have in my possession, could be sent to me.

I look forward to hearing from you.

Rhonda Dunham