# PX17

## PX17 Attachment AD

## Photograph of address plate at 6260 Lookout Road

