# PX17

## PX17 Attachment AD

## Photograph of address plate at 6260 Lookout Road

## Understanding Customers

For trial/continuity nutra/health and beauty,
- 95% of customer interactions related to cancelling/refund
- Have anxiety prior to call
- Preparing for a 'fight'
- Want non-confrontational and quick remedy

Your customers are your lifeblood. Handing them correctly will make or break your business. Don't cut corners.

# Customer Service – Automated Technology

## Advanced IVR with Technology

Benefits:
- Eliminate Hold Times for 80%+ calls — *powerful in ↓ CBs*
- 24/7/365 Availability
- Eases Live CS from spikey traffic (January)
- Consistent Messaging
- Controlled environment allows for scientific A/B split testing } *A/B test human vs tech*
- Cloud-based = reliable uptime and redundant

*not a competition b/w human + technology*
*advertiser wants lower CB + higher revenue - best way to do that? increase customer satisfaction*
*we do that thru blended approach of tech + live CS*

### Introduction:
- Introduce self
- How you got in touch
- 10 minutes?
- Reason for call/Goals for the Call:
  - I want to find out if you are a good fit
  - And give you enough info to see if you are interested in talking to an expert to learn more

### Questions about Advertiser:
(Pre-Fill in known info. If none or limited info, have advertiser provide high-level overview)
- Product:
- Trial or Non-Trial Continuity:
- Call Center:
- Call Center Hours:
- CRM:
- If non-integrated, ask if public or private APIs
- Customer Communication Channels:
- How many call center calls per day to you get OR how many order per day due you get?:
- Current Challenges: ie: chargebacks, low CLV, high refunds?
- Number of orders per day?

### RevGuard information:
- Typical results are a $5 increase in profit per customer and 23% lower chargebacks
- So, based on you doing X orders per day, in a year, we'd expect to increase your bottom line profits, NET OF OUR COST, by $_____
- Reduce customer service expenses by 30%
- Reduce refunds by 17%
- Increase your revenue per customer with save sales and retention
- Cloud-based Technology company.
- Our software is the first point of contact for customers (whether phone, web or email)
- Systems greets customers by name
- Is customer status based;
- Uses A/B split testing based on customer segments and we then...
- Lower chargebacks, cut expenses and increase profits
- Exclusively focused on subscription/continuity
- We work with (mention relevant details about advertiser)
- Set up demo call with Walter – specific date and time