# PX17

# PX17 Attachment AF

# Document obtained from office of Brooks Arbogast



# Blue Rocket Konnektive Transition Plan

## Early clean cancel prompt for customers w/in 24 hour time period on hold

- Action Pro White
- Smilepro Direct
- BlizzardWhite
- Dental Pro at Home
- Spark Whitening
- Sedona Beauty Secrets
- Bella At Home
- Ivory Pro
- First Class Whitening
- Smile Vitalize
- Whitening Trend
- Genuine White
- Whitening Coach
- Innovation White
- Circle of Youth
- Just Youthful
- Bloom Allure

## Top Volume Brands: Whitening Coach, Bella At Home, Spark Whitening, and Smile Pro Direct

**In Trial: Keep new save sale price points being setup
*New* End of Trial Group: Clean cancel vs. OTS ($38.71) (Decline to clean cancel)
Ongoing: Clean cancel vs. OTS ($38.71) (Decline to clean cancel)
Already Been Cancelled – Confirm Cancellation, let them know of any details
PROFIT Test - 5% to Call Center

**Save Sale PPs:
- 20% $9.41
- 40% $18.71
- 40% $28.71

Recommended:
- ~~10%/$8.71~~ wait
- 40% $28.71
- 45% $38.71

*[handwritten: WEB CANCEL]*