# PX17

## PX17 Attachment AG

Photographs of files located in file room at 6260 Lookout Road











PX17 Attachment AG-5

