# PX17

# PX17 Attachment AH

# Documents obtained from office of Rachael McNea

2.0 Client User Names.xlsx

6/5/2017

| Company | ExampleUserName | Password | CSM |
|---|---|---|---|
| 11-4 Branding | YourUserName249@revguard.net | Your OPIE PW | Brooks |
| ACMG | YourUserName149@revguard.net | Your OPIE PW | Laura |
| AE Consultants | YourUserName257@revguard.net | Your OPIE PW | Brooks |
| Angel Rush (Healthright) | YourUserName222@revguard.net | Your OPIE PW | Laura |
| Bayside Media | YourUserName217@revguard.net | Your OPIE PW | Laura |
| Baza Marketing | YourUserName255@revguard.net | Your OPIE PW | Brooks |
| Big Attack | YourUserName83@revguard.net | Your OPIE PW | Brooks |
| Blue Rocket Brands (Konnektive) | YourUserName252@revguard.net | Your OPIE PW | Brooks |
| Blue Rocket Brands (Wave Rock) | YourUserName46@revguard.net | Your OPIE PW | Brooks |
| Branded Response Inc. | YourUserName242@revguard.net | Your OPIE PW | Brooks |
| Breakthrough Consulting | YourUserName248@revguard.net | Your OPIE PW | Max |
| BSD Labs | YourUserName247@revguard.net | Your OPIE PW | Laura |
| Centurion Consultants | YourUserName245@revguard.net | Your OPIE PW | Laura |
| CollectPros | YourUserName225@revguard.net | Your OPIE PW | Max |
| Consumer Protection Services | | Your OPIE PW | Laura for now |
| Convoy Management | YourUserName152@revguard.net | Your OPIE PW | Brooks |
| Credit Secret | YourUserName204@revguard.net | Your OPIE PW | Max |
| DMNT | YourUserName244@revguard.net | Your OPIE PW | Brooks |
| DSV2 | YourUserName102@revguard.net | Your OPIE PW | Brooks |
| Dynamic Marketing | YourUserName223@revguard.net | Your OPIE PW | Laura |
| E com Ventures | YourUserName208@revguard.net | Your OPIE PW | Max |
| EHL, Inc. | YourUserName231@revguard.net | Your OPIE PW | Max |
| Elevated Brands | YourUserName234@revguard.net | Your OPIE PW | Max |
| Electronic Cigarettes International Group | YourUserName193@revguard.net | Your OPIE PW | Brooks |
| Eliska, LLC | YourUserName137@revguard.net | Your OPIE PW | Max |
| Fort Media | YourUserName232@revguard.net | Your OPIE PW | Brooks |
| F9 Advertising | YourUserName198@revguard.net | Your OPIE PW | Laura |
| Globaltek Distribution Services | YourUserName243@revguard.net | Your OPIE PW | Max |
| Goldman Reeves | YourUserName258@revguard.net | Your OPIE PW | Max |
| Grandstand, LLC | YourUserName202@revguard.net | Your OPIE PW | Brooks |
| Halo River Management | YourUserName209@revguard.net | Your OPIE PW | Laura |
| Hartford Scientific | YourUserName143@revguard.net | Your OPIE PW | Brooks |
| Hermosa Innovations | YourUserName256@revguard.net | Your OPIE PW | Brooks |
| High Water Group | YourUserName219@revguard.net | Your OPIE PW | Max |
| IHPD | YourUserName251@revguard.net | Your OPIE PW | Robert |
| Jerny Inc (Snaps, Mooster, Oneders) | YourUserName95@revguard.net | Your OPIE PW | Brooks |
| JJR Media | YourUserName65@revguard.net | Your OPIE PW | Brooks |
| Kaizen Marketing/Elevated Enterprises | YourUserName246@revguard.net | Your OPIE PW | Brooks |
| MG Advisors | YourUserName228@revguard.net | Your OPIE PW | Laura |
| MI6 | YourUserName51@revguard.net | Your OPIE PW | Max |
| NetMarkets, LLC | YourUserName85@revguard.net | Your OPIE PW | Brooks |
| New Life Brands, LLC | YourUserName241@revguard.net | Your OPIE PW | Max |
| New World Media LLC | YourUserName233@revguard.net | Your OPIE PW | Laura |
| NuAge Consulting | YourUserName226@revguard.net | Your OPIE PW | Brooks |
| Nutra Science | YourUserName253@revguard.net | Your OPIE PW | Brooks |
| Optimal Health Products | YourUserName229@revguard.net | Your OPIE PW | Laura |
| Optimized Media LLC | YourUserName240@revguard.net | Your OPIE PW | Brooks |
| Pacific Northwest Wellness | | Your OPIE PW | Brooks |
| Paraiso Holdings | YourUserName250@revguard.net | Your OPIE PW | Laura |
| Praza LLC | YourUserName254@revguard.net | Your OPIE PW | Laura |
| Premium Nutraceuticals, LLC (Vydox) | YourUserName84@revguard.net | Your OPIE PW | Max |
| Shoreline Marketing | YourUserName98@revguard.net | Your OPIE PW | Max |
| Silk Road Media | YourUserName211@revguard.net | Your OPIE PW | Max |
| Streamlined Efficiency (Driftwood) | YourUserName69@revguard.net | Your OPIE PW | Max |
| Syntratech | YourUserName92@revguard.net | Your OPIE PW | Max |
| Triangle Media Corporation (Hardwire) | YourUserName70@revguard.net | Your OPIE PW | Laura |
| Triple M Media | YourUserName218@revguard.net | Your OPIE PW | Max |

