# PX17

## PX17 Attachment A1

Photograph of document in office of Ryan Reichenbach

| First | Last | Office Email | Office Line | Extension | Cell | AIM/Skype/etc |
|---|---|---|---|---|---|---|
| Marnie | Baesler | marnie@convertismarketing.com | 303.218.6620 | 112 | 303.888.8924 | marnathajane@yahoo.com |
| Jonathan | Bishoff | jonathan@revguard.net | 303.218.6615 | 126 | 214.686.4405 | Jbishoff (astra) |
| Christi | Cameron | christi@revmountain.com | 303.218.6647 | 107 | 303.521.4224 | revmtnchristi |
| Colin | Campbell | colin@revguard.net | X | X | 303.596.1355 | colincampbell01@mac.com |
| Tony | Carson | tony@revmountain.com | 303.218.63645 | 114 | 480.529.0857 | Google talk: tony(revmountain)@aol.com |
| Taree | Dobie | taree@convertismkareting.com | 303.218.6665 | 211 | 303.210.0090 | flizzake (astra, yahoo) flizzake@hotmail.com (msn) |
| Danielle | Foss | danielle@convertismarketing.com | 303.218.6626 | 105 | 720.238.2418 | ConvertisDD (aim, yahoo, astra) |
| Eric | Fry | eric@convertismarketing.com | 303.218.6621 | 113 | 303.562.5242 | eric_b_fry@yahoo.com / bennington.fry (Skype) |
| Shannon | Golden-Schubert | sgs@bhgrlaw.com | X | X | 720.323.1237 | |
| Megan | Goodman | goodman@convertismarketing.com | 303.218.6638 | 215 | 303.437.6485 | m_goodmanarndt@msn.com |
| Christy | Gould | christy@convertismarketing.com | X | X | 713.204.0171 | Astra - cgould; aim/yahoo skype: clgould28; clgould28@gmail.com |
| Abby | Hawkins | abby@convertismarketing.com | X | X | 303.514.4007 | ahawkins0616@yahoo.com |
| Jenny | Johnson | jenny@revmountain.com | 303.218.6617 | 109 | 303.915.1928 | Aim: revmtnjenny |
| Sue | Laurent | sue@revmountain.com | 303.218.6637 | 102 | 303.641.6589 | slaurent@hotmail.com; astra: smccarthy; AIM: slaurent5280; Skype: sue.laurent |
| Rachel | Leonard | rachel@revmountain.com | 303.218.6627 | 111 | 561.891.1195 | |
| Brian | Lint | brian@revguard.net | 303.219.6619 | 110 | 720.684.9942 | brianlint@hotmail.com; brianlint@yahoo.com; ajrimmer19 on AIM |
| Walter | Long | walter@revguard.net | 877.301.3135 | 101 | 720.231.5850 | wlong5280 (aol.im) |
| Rachael | Malone | rachael@revmountain.com | 303.218.6622 | 108 | 479.650.9696 | malone.rachael@gmail.com |
| Blair | McNea | blair@convertismarketing.com | 303.218.6628 | 100 | 303.884.9152 | |
| Ryan | McWilliams | ryan@revmountain.com | X | X | 303.506.8033 | ryanamcwilliams |
| Megan | Nosel | megan@convertismarketing.com | X | X | 303.718.1410 | mpnosel@hotmail.com; mpnosel@yahoo.com |
| Derrick | Osborne | derrickosborne@gmail.com | 702.235.2433 | | | |
| ~~Gabriel~~ Chad | ~~Perry~~ Wallace | gabriel@convertismarketing.com | 303.218.6631 | 116 | 720.470.0897 ©; home: 720.565.1569 | yaflupe (on Yahoo), MisterPitch (on AIM) |
| Drew | Pickering | drew@revguard.net | X | X | 414.732.4869 | pickerdr@gmail.com |
| Ryan | Reinchenbach | ryan@revguard.net | | 106 | | |
| Jenny | Roberts | jenny@revguard.net | 303.218.6661 | 210 | 720.277.6085 | swimlobsterjnr@msn.com; astra: jenny.Roberts |
| Mark | Santiago | mark@convertismarketing.com | X | X | 989.493.3893 | mrksantiago@gmail.com |
| Emily | Springmann | emily@revguard.net | 303.218.6630 | 104 | 303.905.4988 | emilyspringmann@gmail.com (AIM) emilyspringmann@ymail.com (yahoo) |
| Nick | Tangorra | nick@revguard.net | 303.218.6224 | 120 | 303.791.6769 | n_tangor@yahoo.com |