# PX17

## PX17 Attachment AJ

## Photograph of document obtained in office of Aimee Patterson



# PARTNERSHIPS

CONTRACT? **PROCESSING:**

✓ PAYKINGS → PAUL KRUEGER
ST. PETES, FL    SARA

VANTIV → PAUL FINLEY
OH/WA

✓ PAYMENT ADVISORS → STEVE DUNIEC
CHARLOTTE, NC

NICK PALADINO → GE PAYMENTS
ST. PETERSBURG, FL

CHOICE MERCHANT → MARC TENORE
ESSEX, CT

ALLIANCE PROCESSING → SETH PROPER
PORTLAND, ME

MERCHANT FOCUS → MARVIN/TRAVIS
PORTLAND, ME       JOHN/JOHN

PRIORITY PAYMENTS EAST → ANGEL TERSIGNI
ESSEX, CT

✓ CONCEPT PAYMENTS → BRENT PICKLES

✓ BENCHMARK PAYMENTS → STEVEN CRON
NEW YORK

DECISIVE MERCHANT → GARY
TAMPA, FL

**CB's**

✓ PINPOINT INTELLIGENCE → BEN GROSSMAN
NYC/DELRAY BEACH, FL       NICO

✓ CHARGEBACKS 911 → GARY CARDONE
CLEARWATER, FL    BEN SCHRANCHER
                  SANDRA

---

Personalized Automation    Side by side → call cen[ter]
optimize advertisers' CS   Preferred comm chan[nel]
                           ↑CLV ↓CB's

RESULTS:
* Increase profit on every customer by $8 per step.
* LOWER chargebacks by 23%.
* LOWER refunds & Live CS

BENEFITS:
* Powerful real-time reporting & analytics to track:
  CLV, CB trends, overall Profitability
* Quick Ex. Quality of traffic
Fun → * Product created to continuously perform A/B split testing
Part    TEST TEST TEST → optimize your offers.
      * 1 week Launch → KEEP GETTING BETTE[R]

WEBINAR
& customer case studies
* glimpse into our real time analytics portal
* share both of our roadmaps for product developme[nt]

June 16th Apple Watch

4a