# PX17

## PX17 Attachment AK

## Photographs taken in office of Abby Hawkins



