1) Demo Call, Kristina init
   — Push sheet along
2) Strategy Call, Laura
3) Contract, can vary
4) NBIS

Google 60%
MSFT 28%
Return Merchandise Apple 21%
Authorization Walmart
RMA

30%

2.6%
BH 8%
Amzn 3%

— Prepopulate
  Wartily outbound
  @ platform

1/1    +127

                          100    %      Total
— Trial Fee,  $ 5.95   100    $595
  (trial + shipping)
— InsureShip  $ 2.00    40     $ 80

— Early Cancel/
  InTrial Cancel         20%

— Early Cancel Save $39.85  5%  $199.25

→ Decline              22%   -0-

3i day 1/15 — EOT   $98.75   58%  $5,727.50
      2/15 — 2     107.75   29   $3,124.75
      3/15 — 3     107.75   15   $1,616.35
      4/15 — 4     107.75   7.5  $ 808.20
      5/15 — 5     107.75   3.75 $ 404.10
      6/15 — 6     107.75   3    $ 202.05
                                 $12,752.93

4d