# PX17

# PX17 Attachment AM

# Administrative citation from Utah Department of Commerce, Division of Consumer Protection

 **CT Corporation**

**Service of Process Transmittal**
02/24/2011
CT Log Number 518090742

TO: Blair McNea
Convertis LLC
6260 Lookout Road
Boulder, CO 80301

RE: **Process Served in Colorado**

FOR: Convertis, LLC (Domestic State: CO)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | In the Matter of: Convertis, LLC, etc., et al., Respondents |
| DOCUMENT(S) SERVED: | Administrative Citation, Certificate of Service, Notice, Informal Hearings |
| COURT/AGENCY: | State of Utah, Department of Commerce, Division of Consumer Protection, UT Case # DCP Case 73780 |
| NATURE OF ACTION: | Violation of Consumer Sales Practices Act 13-11-4 - Deceptive act or practice by supplier |
| ON WHOM PROCESS WAS SERVED: | The Corporation Company, Denver, CO |
| DATE AND HOUR OF SERVICE: | By Regular Mail on 02/24/2011 postmarked on 02/18/2011 |
| JURISDICTION SERVED: | Colorado |
| APPEARANCE OR ANSWER DUE: | Within 10 days |
| ATTORNEY(S) / SENDER(S): | David P. Furlong - Investigator
Utah Division of Consumer Protection
160 East 300 South
Box 146704
Salt Lake City, UT 84114-6704
801-530-6601 |
| ACTION ITEMS: | SOP Papers with Transmittal, via Fed Ex Standard Overnight, 796803936804
Email Notification, Angela Johnson ajj@bhgrlaw.com |
| SIGNED: | The Corporation Company |
| PER: | Joyce Romero |
| ADDRESS: | 1675 Broadway
Suite 1200
Denver, CO 80202 |
| TELEPHONE: | 303-629-2500 |

Page 1 of 1 / OQ

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

PX17 Attachment AM-1

BEFORE THE DIVISION OF CONSUMER PROTECTION
OF THE DEPARTMENT OF COMMERCE
OF THE STATE OF UTAH

IN THE MATTER OF:

**Convertis, LLC d/b/a
OrthoWhite and
IvoryWhite**

**DCP Case #73780**

Respondents

## ADMINISTRATIVE CITATION
\* \* \* \* \* \* \* \* \* \* \*

  PURSUANT TO THE AUTHORITY granted by UTAH CODE ANNOTATED §13-2-6(3), as amended, which empowers the Division of Consumer Protection to issue a citation upon any person reasonably believed to be engaged in the violation of any statute listed in UTAH CODE ANNOTATED §13-2-1, as amended, it appears, upon information and belief, that you are in violation of the *Consumer Sales Practices Act*, UTAH CODE ANNOTATED §13-11-4 *et seq*. In particular, the Division of Consumer Protection alleges:

1. That on January 26, 2011, Kimberly Christensen was on Facebook when she clicked on a pop-up ad for a Risk Free trial offer for two teeth whitening products. Once Ms. Christensen clicked on the pop-up ad she was taken to the following website: http://weekly-consumer-tips.com. This website is a fake blog with a headline stating "Don't Break the Bank: A Mom's Trick to Whiter Teeth". This website is being used to drive internet traffic to two different teeth whitening product websites, one being OrthoWhite (OW) and the other being IvoryWhite (IW).

2. That at this time Ms. Christensen made an advertised "Risk Free" trial purchase from both the OW website and the IW website using her husband's credit card. The name on the credit card is Samuel Christensen. Ms. Christensen received the IW product during

the advertised trial period and cancelled during that time, therefore incurring no additional charges. Ms. Christensen did not receive the OW product until after the trial period had expired and so Mr. Christensen received an unauthorized credit card charge of $68.41. Ms. Christensen called OW and mailed the product back, but did not receive a refund.

3. That on February 15, 2011, I noted numerous misrepresentations made on the fake blog including, but not limited to, "Don't Break the Bank: A Mom's Trick to Whiter Teeth", "NEWS ALERTS", "NEWS 6", "Online teeth whitening companies are DESPERATE for new customers and are giving away free trials as a way to find new clients and offload excess inventory", and "Amy, a Salt lake City school teacher and full time mother, is one such consumer". In addition, there were several fake blog postings on the website. There are at least six (6) Consumer Sales Practices Act violations on this website.

4. That on this date I ran a domain name registration records check on the OW website, which was privacy protected by Domains By Proxy (DBP). I sent an email to DBP to get the registrant information for the website. I received a reply from DBP that advised Convertis, LLC (CL) of Boulder, Colorado was listed as the registrant for the website. I also learned through my investigation that both OW and IW are teeth whitening products being sold by CL. Therefore, CL is receiving internet traffic to both their teeth whitening websites through this fake blog.

The above actions are in violation of the *Consumer Sales Practices Act*, UTAH CODE ANNOTATED §13-11-4, Deceptive act or practice by supplier.
 (1) A deceptive act or practice by a supplier in connection with a consumer transaction violates this chapter whether it occurs before, during, or after the transaction.
 (2) Without limiting the scope of Subsection (1), a supplier commits a deceptive act or practice if the supplier knowingly or intentionally:
  (d) indicates that the subject of a consumer transaction is available to the consumer for a reason that does not exist;

**(6 Counts-Potential Fine $15,000)**

THIS CITATION ISSUED this the **16th day of February 2011**

David P. Furlong, Investigator
Utah Division of Consumer Protection

2

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that the undersigned duly mailed by regular mail and certified mail a true and exact copy of the above and foregoing Administrative Citation to the following:

CONVERTIS LLC
6260 LOOKOUT RD
BOULDER CO  80301

CONVERTIS LLC
c/o THE CORPORATION COMPANY
1675 BROADWAY STE 1200
DENVER CO  80202

David P. Furlong, Investigator
Utah Division of Consumer Protection

3

# **IMPORTANT NOTICE - READ CAREFULLY**

This citation may be contested by filing a request for a hearing, in writing, within ten (10) days from receipt of this citation. Such hearing shall be conducted as an informal hearing under Title 63, Chapter 46b, of the Administrative Procedures Act. A citation which is not so contested becomes the final order of the Division and is not subject to further agency review. In addition to any fines which might be levied, a cease and desist order shall be entered against you. An intentional violation of a final cease and desist order is a third degree felony pursuant to Utah Code Annotated 13-2-6(2) as amended. If you desire a hearing on this citation you may mail your request to:

    Traci Gundersen, Director
    Utah Division of Consumer Protection
    PO Box 146704
    Salt Lake City, UT  84114-6704

Please be advised that all inquiries, correspondence, or other contacts concerning this citation, with the exception of any written request for hearing as set out above, should be directed to the below named Division employee, designated by the Director of the Division of Consumer Protection pursuant to UTAH CODE ANNOTATED §13-2-6(3)(a)(iv) and §63-46b-3(2)(a)(i)(1953), as amended:

    David P. Furlong, Investigator
    Utah Division of Consumer Protection
    160 East 300 South
    PO Box 146704
    Salt Lake City, UT  84114-6704
    Telephone:  (801) 530-6601

```
DIVISION OF CONSUMER PROTECTION
DEPARTMENT OF COMMERCE
STATE OF UTAH
160 EAST 300 SOUTH
P.O. BOX 146704
SALT LAKE CITY, UTAH 84114-6704
```

# INFORMAL HEARINGS BEFORE THE
# DIVISION OF CONSUMER PROTECTION

```
You may request an informal hearing to contest an administrative citation issued
by the Division of Consumer Protection within ten (10) business days after the
date of the citation.  Your request should be in writing, include the case number
from your citation, and be directed to the Director of the Utah Division of
Consumer Protection at the address listed above.  As you prepare for your
hearing, please keep in mind all of the following:
```

- **Notice:** You will receive a Notice of Administrative Hearing with the time and date of the hearing. On the day of the hearing the Division receptionist, at the address listed above on the second floor, will give you the room number for the hearing. The name of the presiding officer for the hearing is on that notice. Please address the presiding officer by name (e.g. "Mr. Smith").
- **Open Hearing:** The hearing is open to all parties, and is open to the public unless closed by the presiding officer. The Division will record the hearing.
- **Access to Information:** Discovery is prohibited, but parties may have access to all materials and information the Division intends to present at the hearing. You may contact the investigator or licensor whose name appears on your citation to request access to this information.
- **Legal Representation:** You may represent yourself or be represented by an attorney. Ordinarily the Division is not represented by an attorney at hearings.
- **Issues:** The primary issues for the hearing are:
  ```
  Was there a factual and legal basis to issue the citation?
  If so, was it fair to issue the citation?
  If so, what is the appropriate penalty?
  ```
- **Burden of Proof:** If you are denying the offense, the Division is responsible to prove its case against you by a preponderance of the evidence. If you are admitting the offense, you are responsible to prove that the citation should be dismissed or that the penalty should be reduced.
- **Evidence:** All parties may testify, present evidence, and comment on the issues. In presenting evidence, any party may examine witnesses and submit exhibits. At the request of either party, or at his or her own initiative, the presiding officer may examine a witness. Any party may ask to present a witness by telephone. The presiding officer will exclude any evidence he or she deems irrelevant, repetitious, or improper.
- **Final Order:** Following the hearing, the presiding officer will take the matter under advisement and make a recommendation to the Division Director, who will issue a Final Order to uphold, dismiss, or modify the citation. The Final Order will include a notice of any right of administrative or judicial review.

```
You should not rely on this letter alone for instructions regarding informal
hearings.  The hearing is governed by law (Utah Administrative Procedures Act:
Utah Code Title 63G, Chapter 4; Division of Consumer Protection: Utah Code Title
13, Chapter 2) and rule (Department of Commerce Administrative Procedures Act
Rules:  Utah Admin. Code R151-46b).  You may access these laws and rules at your
local library or at the following Internet sites:

http://www.le.state.ut.us/~code/TITLE63G/63G04.htm
http://www.le.state.ut.us/~code/TITLE13/13_02.htm
```

5

PX17 Attachment AM-6



**State of Utah**
**DEPARTMENT OF COMMERCE**
DIVISION OF CONSUMER PROTECTION
Heber M. Wells Building
160 East 300 South
P.O. Box 146704
Salt Lake City, Utah 84114-6704

RETURN SERVICE REQUESTED

PRESORTED
FIRST CLASS

US POSTAGE $00.335
PITNEY BOWES
02 1M
0004292019   FEB 18 2011
MAILED FROM ZIP CODE 84116

CONVERTIS LLC
c/o THE CORPORATION COMPANY
1675 BROADWAY STE 1200
DENVER, CO 80202

LAXDS51 80202



**State of Utah**
**DEPARTMENT OF COMMERCE**
DIVISION OF CONSUMER PROTECTION
Heber M. Wells Building
160 East 300 South
P.O. Box 146704
Salt Lake City, Utah 84114-6704

RETURN SERVICE REQUESTED

PRESORTED
FIRST CLASS

US POSTAGE $00.336
PITNEY BOWES
FEB 25 2011
02 1M
0004240935
MAILED FROM ZIP CODE 84114

CONVERTIS, LLC
6260 LOOKOUT ROAD
BOULDER, CO 80301

LAX0551 80301



## BEFORE THE DIVISION OF CONSUMER PROTECTION
## OF THE DEPARTMENT OF COMMERCE
## OF THE STATE OF UTAH

| In the matter: | NOTICE OF |
| --- | --- |
| CONVERTIS, LLC dba ORTHOWHITE AND IVORYWHITE, | ADMINISTRATIVE HEARING |
| Respondents. | DCP Case No. 73780 |

TO ALL PARTIES:

Please take notice that this matter will come for hearing before the person designated as the presiding officer by the Director of the Division of Consumer Protection, at the Division's offices located at the Heber M. Wells Building, 160 East 300 South, 2nd Floor, Salt Lake City, Utah, on **Tuesday, April 5, 2011 at 9:00 A.M.** Hearings before the Division of Consumer Protection are designated as informal proceedings to be conducted pursuant to the Utah Administrative Procedures Act, Utah Code Title 63G, Chapter 4. For further information, please see the enclosed document: **INFORMAL HEARINGS BEFORE THE DIVISION OF CONSUMER PROTECTION.**

DATED this 24th day of February, 2011.

_____
ANGELA HENDRICKS, Presiding Officer
Utah Division of Consumer Protection
160 East 300 South
Salt Lake City, Utah 84114-6704
Telephone: (801) 530-6601

CERTIFICATE OF SERVICE

I certify that I have this ____ day of February, 2011 served the foregoing NOTICE OF ADMINISTRATIVE HEARING on the parties in this proceeding by mailing a copy, properly addressed by first class mail with postage prepaid, to:

> TERRANCE D. CARROLL
> GREENBERG TRAURING, LLP
> 1200 17TH STREET, SUITE 2400
> DENVER, CO 80202
>
> CONVERTIS, LLC
> 6260 LOOKOUT ROAD
> BOULDER, CO 80301
>
> CONVERTIS, LLC
> c/o THE CORPORATION COMPANY
> 1675 BROADWAY, SUITE 1200
> DENVER, CO 80202

And by hand-delivery to:

> David P. Furlong, Investigator
> Utah Division of Consumer Protection

_____

DIVISION OF CONSUMER PROTECTION
DEPARTMENT OF COMMERCE
STATE OF UTAH
160 EAST 300 SOUTH
P.O. BOX 146704
SALT LAKE CITY, UTAH 84114-6704

# INFORMAL HEARINGS BEFORE THE
# DIVISION OF CONSUMER PROTECTION

You may request an informal hearing to contest an administrative citation issued by the Division of Consumer Protection within ten (10) business days after the date of the citation. Your request should be in writing, include the case number from your citation, and be directed to the Director of the Utah Division of Consumer Protection at the address listed above. As you prepare for your hearing, please keep in mind all of the following:

- **Notice:** You will receive a Notice of Administrative Hearing with the time and date of the hearing. On the day of the hearing the Division receptionist, at the address listed above on the second floor, will give you the room number for the hearing. The name of the presiding officer for the hearing is on that notice. Please address the presiding officer by name (e.g. "Mr. Smith").
- **Open Hearing:** The hearing is open to all parties, and is open to the public unless closed by the presiding officer. The Division will record the hearing.
- **Access to Information:** Discovery is prohibited, but parties may have access to all materials and information the Division intends to present at the hearing. You may contact the investigator or licensor whose name appears on your citation to request access to this information.
- **Legal Representation:** You may represent yourself or be represented by an attorney. Ordinarily the Division is not represented by an attorney at hearings.
- **Issues:** The primary issues for the hearing are:
    - o Was there a factual and legal basis to issue the citation?
    - o If so, was it fair to issue the citation?
    - o If so, what is the appropriate penalty?
- **Burden of Proof:** If you are denying the offense, the Division is responsible to prove its case against you by a preponderance of the evidence. If you are admitting the offense, you are responsible to prove that the citation should be dismissed or that the penalty should be reduced.
- **Evidence:** All parties may testify, present evidence, and comment on the issues. In presenting evidence, any party may examine witnesses and submit exhibits. At the request of either party, or at his or her own initiative, the presiding officer may examine a witness. Any party may ask to present a witness by telephone. The presiding officer will exclude any evidence he or she deems irrelevant, repetitious, or improper.
- **Final Order:** Following the hearing, the presiding officer will take the matter under advisement and make a recommendation to the Division Director, who will issue a Final Order to uphold, dismiss, or modify the citation. The Final Order will include a notice of any right of administrative or judicial review.

You should not rely on this letter alone for instructions regarding informal hearings. The hearing is governed by law (Utah Administrative Procedures Act: Utah Code Title 63G, Chapter 4; Division of Consumer Protection: Utah Code Title 13, Chapter 2) and rule (Department of Commerce Administrative Procedures Act Rules: Utah Admin. Code R151-46b). You may access these laws and rules at your local library or at the following Internet sites:

http://www.le.state.ut.us/~code/TITLE63G/63G04.htm
http://www.le.state.ut.us/~code/TITLE13/13_02.htm
http://www.rules.utah.gov/publicat/code/r151/r151-46b.htm

You may contact the presiding officer with any technical or procedural questions, but the presiding officer may not discuss the merits of the case with you.

*Revision Date: March 26, 2009*