# PX17

# PX17 Attachment AN

# Documents regarding Better Business Bureau complaints

BBB 3 - Gail Guscott Rebuttal.docx

Ms. Guscott,

We have received your response from the BBB and take your complaint seriously.  In an effort to assist you we have already cancelled your account and we have received your product back. You will not receive any further charges. You have been issued a full refund of $94.31.

We apologize for any confusion, and always do our best to resolve any customer complaint or concern in a timely manner. If there is anything more you need please feel free to call our customer service at 877-825-9064. We're happy to assist you in any way we can.

Sincerely,
Whitening Coach

BBB 8 - Stockton Rebuttal.docx

Ms. Stockton,

We have received your response from the BBB and take your complaint seriously.  In an effort to assist you we have already cancelled your account and we have received your product back. You will not receive any further charges. <u>We do not refund the shipping and handling fees.</u>

We apologize for any confusion, and always do our best to resolve any customer complaint or concern in a timely manner. If there is anything more you need please feel free to call our customer service at 877-808-6170. We're happy to assist you in any way we can.

Sincerely,

Smile Vitalize
877-808-6170

| | |
|---|---|
| **From:** | Taree Dobie <taree@revguard.net> |
| **Sent:** | Wednesday, September 5, 2012 4:03 PM |
| **To:** | Blair McNea <blair@revguard.net> |
| **Subject:** | FW: [PUBLIC]MRs Mary McColm, 15 Newton Street, Kilbirnie, Ayrshire, Scotland, KA256HN. marymccolm587@mail.com |

Hi Blair,

Thoughts on this? Should we treat this as an AG or BBB? Website information
is below. Unsure if they can actually enforce anything.

http://www.north-ayrshire.gov.uk/BusinessAndTrade/TradingStandards/Trading
St
andards.aspx


Director of Customer Service • 303.218.6665



-----Original Message-----
From: Twyla Ryan [mailto:twyla@convertismarketing.com]
Sent: Friday, August 31, 2012 3:48 PM
To: 'Taree Dobie'
Subject: FW: [PUBLIC]MRs Mary McColm, 15 Newton Street, Kilbirnie,
Ayrshire,
Scotland, KA256HN. marymccolm587@mail.com
Importance: High

I think this is the UK version of BBB, so I am forwarding this to you for
a
response.

Twyla Ryan
Reporting Analyst
Email & Fulfillment Specialist
Convertis, LLC


-----Original Message-----
From: mhamilton@north-ayrshire.gov.uk
[mailto:mhamilton@north-ayrshire.gov.uk]
Sent: Friday, August 31, 2012 8:46 AM
To: customerservice@bellabrite.com
Subject: [PUBLIC]MRs Mary McColm, 15 Newton Street, Kilbirnie, Ayrshire,
Scotland, KA256HN. marymccolm587@mail.com


Mrs McColm has contacted this service for assistance in relation to an
OrthoWhite/BellaBrite trial offer.

The following unauthorised payments have been taken out of Mrs McColm's
account and she would like them refunded directly total value of £56.37p..
    18 July 2012  00.82p
    18 July 2102   1.00
    18 July 2012   2.55

18 July 2012     1.00
2 August 2012   50.00
2 August 2012    1.00

Can you refund Mrs McColm by Wednesday 5th September 2012.

However should you wish to discuss any of the above information please do not hesitate to contact me.


NB My days of work now are every Thursday 9am -4.45pm & Friday 9am - 4.30pm
and every alternative Wednesday.
Yours sincerely

Margaret - Anne Hamilton
Advisory Officer

Trading Standards
North Ayrshire Council
12 Bridgegate House, Irvine, KA12 8BD

TEL: (01294) 324915
FAX: (01294) 324918
E-MAIL:-mhamilton@north-ayrshire.gov.uk

(PUBLIC) No measures
(INTERNAL) Council employees only
(RESTRICTED) Defined distribution list
(CLASSIFIED) Need to know basis/sensitive data


*  Please help reduce waste.  Don't print this email unless absolutely necessary.  **

This document should only be read by those persons to whom it is addressed and is not intended to be relied upon by any person without subsequent written confirmation of its contents. Accordingly, North Ayrshire Council disclaim all responsibility and accept no liability (including in negligence) for the consequences for any person acting, or refraining from acting, on such information prior to the receipt by those persons of subsequent written confirmation.

If you have received this e-mail message in error, please notify us immediately by telephone. Please also destroy and delete the message from your computer.

Any form of unauthorised reproduction, dissemination, copying, disclosure, modification, distribution and/or publication of any part of this e-mail message (or attachments transmitted with it) by the addressee(s) is strictly
prohibited.

Please be advised that North Ayrshire Council's incoming and outgoing e-mail
is subject to regular monitoring.

This footnote also confirms that this email message has been swept by Sophos

for the presence of computer viruses.

```xml
<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple//DTD PLIST 1.0//EN" "http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
    <key>date-last-viewed</key>
    <integer>0</integer>
    <key>date-received</key>
    <integer>1346860933</integer>
    <key>flags</key>
    <integer>8590064641</integer>
    <key>gmail-label-ids</key>
    <array>
        <integer>41</integer>
    </array>
    <key>remote-id</key>
    <string>5808</string>
</dict>
</plist>
```

Page 1 of 1

| | |
|---|---|
| **From:** | Taree Dobie <taree@revguard.net> |
| **Sent:** | Monday, July 18, 2011 10:08 PM |
| **To:** | blair@revguard.net |
| **Subject:** | AG Complaint |

Hi Blair,

I realized after I sent the AG complaint for Torrence Davis to you that he had requested his overdraft fees refunded, how would you like me to word that? For BBB's we use the template "I apologize but we are unable to refund any overdraft fees as we are only responsible for charges which we directly apply." Would you like me to stick with this?



Director of Customer Service • 303.218.6665

| | |
|---|---|
| **From:** | Taree Dobie <taree@revguard.net> |
| **Sent:** | Monday, July 11, 2011 8:52 PM |
| **To:** | blair@revguard.net |
| **Subject:** | Bill Walters BBB 2 pkgs OR rcvd |
| **Attach:** | Bill Walters BBB 2 pkgs OR rcvd.docx |

For you to review!

Thank you,

Taree

| | |
|---|---|
| **From:** | Taree Dobie <taree@revguard.net> |
| **Sent:** | Thursday, July 7, 2011 8:19 PM |
| **To:** | 'Blair McNea' <blair@convertismarketing.com> |
| **Subject:** | RE: Lashawn Baker BBB ECR not rcvd reviewed response |

Yep absolutely, the last 3 I sent had the global changes, I did make one adjustment which is highlighted under Terrance Skirving.

---

**From:** Blair McNea [mailto:blair@convertismarketing.com]
**Sent:** Thursday, July 07, 2011 2:15 PM
**To:** 'Taree Dobie'
**Subject:** Lashawn Baker BBB ECR not rcvd reviewed response

I did not review a couple others since they appeared to be redundant in "type" (ie; VBVB, etc.) to others I previously reviewed.

I am assuming that you will apply the global changes I did and then also apply the specific nuances I applied to each one, such as this one.

---

No virus found in this message.
Checked by AVG - www.avg.com
Version: 10.0.1388 / Virus Database: 1516/3749 - Release Date: 07/07/11

|  |  |
|---|---|
| **From:** | Taree Dobie <taree@revguard.net> |
| **Sent:** | Thursday, July 7, 2011 8:13 PM |
| **To:** | blair@revguard.net |
| **Subject:** | Susan Turmell BBB VBV |
| **Attach:** | Susan Turmell BBB VBV.docx |

|          |                                                |
|----------|------------------------------------------------|
| **From:**    | Taree Dobie <taree@revguard.net>           |
| **Sent:**    | Thursday, July 7, 2011 8:07 PM             |
| **To:**      | blair@revguard.net                         |
| **Subject:** | Lashawn Baker BBB ECR not rcvd             |
| **Attach:**  | Lashawn Baker BBB ECR not rcvd.docx        |

| | |
|---|---|
| **From:** | Blair McNea <bmcnea@gmail.com> |
| **Sent:** | Thursday, September 1, 2016 8:29 PM |
| **To:** | lindsey@revlive.net |
| **Subject:** | |
| **Attach:** | BBB 6 - Laurie Tretheway with edit.docx |

| | |
|---|---|
| **From:** | Taree Dobie <taree@revguard.net> |
| **Sent:** | Tuesday, March 19, 2013 7:17 PM |
| **To:** | Blair McNea <blair@revguard.net>; goodman@convertismarketing.com; Eric Fry <eric@convertismarketing.com>; Danielle <danielle@convertismarketing.com>; 'Megan Nosel' <megan@convertismarketing.com> |
| **Subject:** | Ivory Pro BBB Registration |

Hi All,

We received a call from a BBB representative who wanted more information on Ivory Pro in regards to the complaints she received. I gave her a call back through Five9 on the Ivory Pro phone campaign (so a call back would go directly through ivory pro) and gave her all the information she needed for ivory pro.

She also advised me that she is going to be listing the first complaint filed against Ivory Pro and this most recent complaint under the information I provided her and will be emailing me those complaints shortly. All brand confusion has been cleared up!

Looks like we are officially set up on Ivory Pro with the Nevada BBB! ☺



Director of Customer Service • 303.218.6665

| | |
|---|---|
| **From:** | Taree Dobie <taree@revguard.net> |
| **Sent:** | Wednesday, January 23, 2013 7:41 PM |
| **To:** | Blair McNea <blair@revguard.net> |
| **Subject:** | FW: BBB Complaint Case#90082333(Ref#114-90004112-90082333-3-14100) |



Director of Customer Service • 303.218.6665

---

**From:** Eric Fry [mailto:eric_b_fry@yahoo.com]
**Sent:** Wednesday, January 23, 2013 10:26 AM
**To:** taree@revguard.net
**Subject:** Fw: BBB Complaint Case#90082333(Ref#114-90004112-90082333-3-14100)


----- Forwarded Message -----
**From:** Better Business Bureau <lasvegas.acm@bureaudata.com>
**To:** Tim Smith <eric_b_fry@yahoo.com>
**Sent:** Wednesday, January 23, 2013 9:18 AM
**Subject:** BBB Complaint Case#90082333(Ref#114-90004112-90082333-3-14100)

Complaint ID#: 90082333
Business Name: Bella At Home

The company's customer service is handled outside our service area.

For your convenience, we have forwarded your complaint. If you have any further questions, please contact the following BBB:

BBB of Denver / Boulder Colorado
1020 Cherokee Street
Denver, CO 80204-4039


Sincerely,

Adelina Morente
Information Specialist
BBB Complaint Department

| | |
|---|---|
| **From:** | Taree Dobie <taree@revguard.net> |
| **Sent:** | Friday, December 21, 2012 10:53 PM |
| **To:** | 'Blair McNea' <blair@revguard.net> |
| **Cc:** | 'Megan Goodman' <goodman@convertismarketing.com> |
| **Subject:** | RE: Decline Salvage BBB Complaints |

Not at all, these have all had other aspects to them like VBV, claiming they canceled previously, or claiming they didn't receive the package originally.



Director of Customer Service • 303.218.6665

**From:** Blair McNea [mailto:blair@revguard.net]
**Sent:** Friday, December 21, 2012 3:23 PM
**To:** 'Taree Dobie'
**Cc:** Megan Goodman
**Subject:** RE: Decline Salvage BBB Complaints

Ok.  Well I think the delayed aspect goes away after awhile.

Are they complaining about us reducing the price?

*"Judge yourself by the distance of your leaps,
not by the sureness of your landings."*

*Blair William McNea*
*CEO - RevGuard, LLC*
*303-884-9152*
*blair@revguard.net*

**From:** Taree Dobie [mailto:taree@revguard.net]
**Sent:** Friday, December 21, 2012 3:13 PM
**To:** Eric Fry; goodman@convertismarketing.com; Blair McNea
**Subject:** RE: Decline Salvage BBB Complaints

Sorry, I've found another just now.

Araceli Puno 29708 OW was charged $72.26 4 months after her original order date. She also mentions the order date and the delayed charge date.



Director of Customer Service • 303.218.6665

---

**From:** Taree Dobie [mailto:taree@revguard.net]
**Sent:** Friday, December 21, 2012 12:28 PM
**To:** Eric Fry (eric@convertismarketing.com); goodman@convertismarketing.com; Blair McNea (blair@revguard.net)
**Subject:** Decline Salvage BBB Complaints

Hello,

Just wanted to follow regarding two BBB complaints I have received directly related to the decline salvages we ran.

Rachel Schmidt 68104 IW was scrubbed under the $28.41 cascade and filed a complaint regarding the charge and the timing of the charge.

Rebecca Whitehead 92058 EP was scrubbed 5 months after her initial order date and received a charge of $74.54. Her complaint mentions the 5 month delay in her charge numerous times.

I will continue to send on any BBB or AG correspondence we receive regarding these scrubs as they come in.

Let me know if you have any questions.



Director of Customer Service • 303.218.6665

| | |
|---|---|
| **From:** | Jenny Johnson <jenny@revlive.net> |
| **Sent:** | Wednesday, May 20, 2015 8:49 PM |
| **To:** | 'Blair McNea' <bmcnea@gmail.com> |
| **Subject:** | RE: AG's |
| **Attach:** | Lorraine Vitale BBB OR.docx |

Jenny Johnson
Phone: 303-218-6617

---

**From:** Jenny Johnson [mailto:jenny@revlive.net]
**Sent:** Wednesday, May 20, 2015 2:36 PM
**To:** 'Blair McNea'
**Subject:** RE: AG's


Jenny Johnson
Phone: 303-218-6617

**From:** Blair McNea [mailto:bmcnea@gmail.com]
**Sent:** Wednesday, May 20, 2015 2:35 PM
**To:** Jenny Johnson
**Subject:** AG's

Head,
Read,
Speed,
Bleed.

| | |
|---|---|
| **From:** | bmcnea@gmail.com on behalf of Blair McNea <blair@revguard.net> |
| **Sent:** | Friday, October 17, 2014 8:09 PM |
| **To:** | complaints@bellaathome.com |
| **Subject:** | Re: FW: You have a new message from the BBB complaint #10262110. |

Who sent this just now internally?

Jaime. Wouldn't this have been escalated on our current mwthod?

On Oct 17, 2014 2:15 PM, <complaints@bellaathome.com> wrote:

> **Hi Guys,**
>
> **We received a BBB complaint for a BAH customer stating that she has emailed multiple times but never received a response. I checked the email queue and saw four emails from this customer (in the attached spreadsheet), all requesting a refund. We never received an escalated email to support@bellaathome.com.**
>
> **The customer's first point of contact was a phone call (also attached) where the customer had the terms explained to her. The customer never requested a refund or made threats, so a refund wasn't offered. I believe this BBB complaint is entirely due to the fact that customer reached out several times via email without any resolution.**
>
> **QA analysis of the call:**
>
> PASS
>
> This was a pretty straight forward call. The customer was frustrated but not escalated, and was asking questions about the EOT charge. The rep followed policy and explained the T&Cs and why the customer was charged. The customer asked for a supervisor once, but the rep was able to answer her question and she did not ask again. The customer stated she was at work and that when she got home she would look into this because she did not think it was right that she was charged. She did not ask for a refund on this call. The rep informed her that the account was canceled and that she would receive an email confirmation of the cancelation.

Lisa Jensen
548 E DADE 162
Everton , MO 65646
**Daytime Phone:** 417-693-5073
E-mail: lisaj2@hotmail.com


**From:** complaints@arizonabbb.org [mailto:complaints@arizonabbb.org]
**Sent:** Sunday, October 12, 2014 4:32 AM
**To:** complaints@bellaathome.com
**Subject:** You have a new message from the BBB complaint #10262110.


You have a new message waiting for you from the Better Business Bureau in regards to consumer complaint #10262110. Please click on the link below to access the online dispute resolution web site and read this message.

Click Here to see the complaint

**If your email program does not support HTML copy and paste the link below into your browser**

http://odrcomplaint.bbb.org/ODRWeb/Home/SecureLogin.aspx?SecureLinkGuid=44e4b0df-5b88-4081-956b-61c8972cdfe0

This is a post-only mailing. Replies to this message are not monitored or answered. If you have any further questions or concerns, please do not hesitate to contact us at 602-264-1721.

Thank you,

Better Business Bureau (Phoenix, AZ) 4428 N. 12th Street Phoenix, AZ 85014-4585 Phone: 602-264-5299 Fax: 602-798-8279 Email: complaints@arizonabbb.org Web: arizonabbb.org

**Confidentiality Notice:** This e-mail message (including any attachments or embedded documents) is intended for the exclusive and confidential use of the individual or entity to which this message is addressed, and unless otherwise expressly indicated, is confidential and privileged information of BBB. Any dissemination, distribution or copying of the enclosed material is prohibited.