PX17

PX17 Attachment AO

Documents regarding volume of complaints

| From: | Taree Dobie <taree@revguard.net> |
|---|---|
| Sent: | Friday, July 22, 2011 2:20 PM |
| To: | 'Blair McNea' <blair@revguard.net>; 'Steven Vanderburg' <steven@convertismarketing.com> |
| Subject: | RE: Phillipines Stats.xls |

The BBBs are for all products other than Ivory White.

The EC saves have gone down since transferring to the Philippines and the clean cancels have doubled. This is about what I would expect considering we are having continuous complaints that customers are being denied refunds.



Director of Customer Service • 303.218.6665

---

**From:** Blair McNea [mailto:blair@revguard.net]
**Sent:** Friday, July 22, 2011 7:51 AM
**To:** 'Steven Vanderburg'; 'Taree Dobie'
**Subject:** FW: Phillipines Stats.xls

Taree is trying to do an analysis for us here.

In general, what I want to know is, is our EC Save and Clean Cancel rate going up on calls.  I asked her to look at last 30 days.  I'll let you analyze.

Taree, are the BBB complaints for all brands?

*"Judge yourself by the distance of your leaps,
not by the sureness of your landings."*

*Blair William McNea
CEO - RevGuard, LLC
303-884-9152
blair@revguard.net*

---

**From:** Taree Dobie [mailto:taree@revguard.net]
**Sent:** Thursday, July 21, 2011 9:47 PM
**To:** 'Blair McNea'
**Subject:** Phillipines Stats.xls

Hi Blair,

Here are the stats for tomorrows calls. The first three tabs will include the important data for you.

The numbers for the Philippines are taken from exact reports from the Revguard system. Unfortunately these reports do not exist for the Excalibur system (the system the Boulder reps were using) so I had to base their numbers off of claimed saves and Excalibur Searches. I do not have a way to get early cancel return data as includes both the IVR cancelations as well as rep cancelations. In order to provide an estimate for these types of cancelations I went off of our normal percentage of calls handled by the IVR  - about 30% of those calls would be handled by the IVR.

Additionally I did my best to assign a dollar value based on hourly costs for reps here in Boulder versus per call costs for the Philippines.

Please let me know if you have any questions.

Thank you,

Taree

No virus found in this message.
Checked by AVG - www.avg.com
Version: 10.0.1390 / Virus Database: 1518/3779 - Release Date: 07/21/11

**From:**      Blair McNea <bmcnea@gmail.com>
**Sent:**       Thursday, September 1, 2016 8:23 PM
**To:**           Lindsey Martinez <lindsey@revlive.net>
**Subject:**   Re: Most Recent BBB Responses for Review

Product Company
Body Tropical
Derma Glam
Sedona Beauty
Skinny IQ
First Class Whitening
Dental Pro At Home
Circle of Youth Skincare
Action Pro White
Pronto White
Bella At Home
Blizzard White
Smile Pro Direct
TitanWhite
TrimXT
Elation White
Ivory Pro
Delight Whitening
Spark Whitening
Honest Whitening
Hollywood Pro Smile
Smile Vitalize
Innovation White
Genuine White
Whitening Coach
Whitening Trend

On Thu, Sep 1, 2016 at 1:28 PM, Lindsey Martinez <lindsey@revlive.net> wrote:

> For today's meeting.
>
>
> Thanks!
>
>
> **Lindsey Martinez**
>
> Go Live! Manager

RevLive, LLC

303-835-7372

| | |
|---|---|
| **From:** | Taree Dobie <taree@revguard.net> |
| **Sent:** | Wednesday, February 27, 2013 8:40 PM |
| **To:** | 'Blair McNea' <bwmcnea@msn.com> |
| **Subject:** | RE: Were you going to |

BB has decreased by 60%, IW has decreased by 75% in the last two weeks.



Director of Customer Service • 303.218.6665

---

**From:** Blair McNea [mailto:bwmcnea@msn.com]
**Sent:** Tuesday, February 26, 2013 12:22 PM
**To:** taree@revguard.net
**Subject:** Were you going to

Get me stats on bbb activity for iw bb and ow?

| | |
|---|---|
| **From:** | Blair McNea <bmcnea@gmail.com> |
| **Sent:** | Tuesday, December 13, 2016 11:10 PM |
| **To:** | Danielle Foss <danielle@bluerocketbrands.com>; Jenny Johnson <jenny@revlive.net> |
| **Subject:** | Do you remember when we analyzed the BRB |

brands for number of BBB complaints, etc.

Do you guys have that spreadsheet and can you send it to me please?

| | |
|---|---|
| **From:** | Blair McNea <bmcnea@gmail.com> |
| **Sent:** | Tuesday, December 13, 2016 11:19 PM |
| **To:** | Jenny Johnson <jenny@revlive.net>; lindsey@revlive.net |
| **Cc:** | Danielle Foss <danielle@bluerocketbrands.com> |
| **Subject:** | Re: FW: Internal BBB/AG Counts |

These were all the issues she had had since she had taken over, but I also asked her to go to the BBB websites and tally the number of total complaints under each of these brands from the beginning of time and make sure she has taken care of any lingering unresolved complaints that were out there for any of those brands.

So, i'd like to get confirmation that that was done and then get the updated report.

On Tue, Dec 13, 2016 at 4:15 PM, Jenny Johnson <jenny@revlive.net> wrote:

> This is the one Lindsey had done, I thought she had gone to the BBB sites as well, let me ask her real quick.
>
>
> Jenny Johnson - CEO | RevLive
>
> p : 303.218.6617 | skype: jennyfredjohn
>
>
> ---
>
> **From:** Lindsey Martinez [mailto:lindsey@revlive.net]
> **Sent:** Thursday, March 3, 2016 8:49 AM
> **To:** 'Jenny Johnson' <jenny@revlive.net>
> **Subject:** RE: Internal BBB/AG Counts
>
>
> Since May 13, 2015.
>
>
> Thanks!
>
> Lindsey
>
> ---
>
> **From:** Jenny Johnson [mailto:jenny@revlive.net]
> **Sent:** Thursday, March 3, 2016 8:47 AM

**To:** 'Lindsey Martinez' <lindsey@revlive.net>
**Subject:** RE: Internal BBB/AG Counts

Thanks!  And this is since when again?

---

**From:** Lindsey Martinez [mailto:lindsey@revlive.net]
**Sent:** Wednesday, March 2, 2016 8:42 PM
**To:** 'Jenny Johnson' <jenny@revlive.net>
**Subject:** Internal BBB/AG Counts

Hi Jenny,

Below are the **Internal** AG/BBB counts in the history of me taking over this task.

AG's – **11** total

Spark Whitening – 3

Smile Pro Direct – 1

Blizzard White – 2

Whitening Coach – 2

Bella at Home – 1

Genuine White – 1

Dental Pro at Home – 1

-

-

-

-

BBB's – **118** total

Spark Whitening – 8

Smile Pro Direct – 1

Blizzard White – 7

Whitening Coach – 38

Bella at Home – 11

Genuine White – 2

Dental Pro at Home – 1

Sedona Beauty Secrets – 7

Skinny IQ – 1

Titan White – 2

Action Pro White – 13

First Class Whitening – 15

Smile Vitalize – 12

Let me know if you need anything else.

Thanks,

Lindsey

-

-

| | |
|---|---|
| **From:** | Jenny Johnson <jenny@revlive.net> |
| **Sent:** | Wednesday, December 14, 2016 10:25 PM |
| **To:** | Stelios Cabrera <stelios@revlive.net>; 'Blair McNea' <bmcnea@gmail.com> |
| **Subject:** | FW: BBB website Unanswered complaints |
| **Attach:** | BBB website complaints.docx |

Here you go.  I put a meeting on the calendar for tomorrow morning as this needs to be cleaned up as far as what contact information has at the BBB.   We also have a form we need to fill out for one of the brands, let's go over it tomorrow as I have never done one before.

Jenny Johnson - CEO | RevLive
p : 303.218.6617 | skype: jennyfredjohn

**From:** Nikki [mailto:nikki@revlive.net]
**Sent:** Wednesday, December 14, 2016 12:58 PM
**To:** 'Jenny Johnson' <jenny@revlive.net>
**Cc:** 'Lindsey Martinez' <lindsey@revlive.net>
**Subject:** BBB website Unanswered complaints

Jenny, here is our list that we gathered from the bbb websites that we want to talk to you about for our meeting today. Thank you.

Page 1 of 1

| | |
|---|---|
| **From:** | Taree Dobie <taree@revguard.net> |
| **Sent:** | Friday, June 22, 2012 11:29 PM |
| **To:** | Blair McNea <blair@revguard.net> |
| **Subject:** | BBB Portal |

Hi Blair,

Just got into the complaints portal – 421 unresolved complaints since 2009. Currently there are only 2 complaints in the portal – taking care of them now.



Director of Customer Service • 303.218.6665

BBB website complaints.docx

| Company name | Complaints closed | Unanswered- The business failed to respond to dispute. | Date of complaint | Complaint having enough information to respond to: yes / no |
|---|---|---|---|---|
| Sedona Beauty Secrets | 20 | 1 | 9.9.14 | No |
| Skinny IQ | 11 | 2 | 3.12.14 1.12.14 | No |
| First Class Whitening | 46 | 1 | 4.8.14 | No |
| Dental Pro At Home | - | - | - | - |
| Action Pro White | 46 | 2 | 3.18.15 3.2.15 | No |
| Bella At Home | 66 | 4 | 6.24.16 11.1.15 8.26.15 1.25.15 | No |
| Blizzard White | 55 | 6 | 10.28.15 8.3.15 6.7.15 4.22.15 2.27.15 2.27.15 | No |
| Smile Pro Direct | 64 | 47- bbb confirmed , sending these with attached cx information to inbox. | | |
| Titan White | 26 | - | | 0 |
| Ivory Pro | 26 | 2 | 1.28.14 1.28.14 | |
| Spark Whitening | 40 | 6 | | |
| Smile Vitalize | 15 | | | |
| Innovation White | 9 | 1 | | |
| Genuine White | 22 | 1 | | |
| Whitening coach | We need to submit the background info to view over view. | | | |
| Whitening Trend | | | | |
| Bloom Allure | | | | |
| Just Youthful | | | | |
| Circle of youth | | | | |

BBB website complaints.docx

| Pronto White | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | |
|---|---|
| **From:** | Taree Dobie <taree@revguard.net> |
| **Sent:** | Friday, January 18, 2013 12:28 AM |
| **To:** | Blair McNea <blair@revguard.net> |
| **Subject:** | BBB Records Convertis with new orders.xlsx |
| **Attach:** | BBB Records Convertis with new orders.xlsx |

Here is the summary of complaints by brand. I also included new order numbers and the percent of complaints to new orders. If you'd like me to include ongoing orders as well please let me know.