# PX17

## PX17 Attachment AP

## Notes from conference

## Regulatory Activities and Compliance Best Practices
- Ari Rothman, Bjarte Rene, Jacob Bennet, Peter Nguyen
- Mitigate issues on the front end before they escalate
- BBB knows who to call if the consumers are not satisfied
- Refund customers, don't upsell 10 different things - Peter Nguyen
- Peter Nguyen's Rules for Advertiser Success
    - Reduce Complaints
        - starts with BBB
        - for every 20 BBB complaints 1 AG complaint
    - Monitor and Respond to FTC Complaints
        - FTC will make the rounds (mainly for diet)
        - FTC looks for the advertisers with the most complaints, and most money, they will check BBB profile and then follow the trail
    - Rebrand
        - Don't just change the name, change the phone, address, everything
        - Try to file FTC complaint - you will see what information FTC has, and clean this up every rebrand
    - Keep yourself asset-protected
        - Limit the amount of money you keep on hand
        - By the time you are in trouble, it's too late to start asset protecting
        - Offshore
    - Treat people right
        - sometimes a former employee will file a complaint
        - possible to get in trouble through vendor connections
            - keep communication private, without paper trails
    - Seek legal council
        - Hire a good attorney
        - Keep money ready for legal counsel, perhaps in escrow in case SHTF
    - Reduce Exposure
        - Do your best to limit mistakes
        - Pay close attention to Privacy Policy and Terms & Conditions
            - Include "no class action lawsuit"
            - Make sure consumers can see these
- Product liability compliance - Bjarte Rene & Jacob Benner
    - Do random testing
    - Make sure you work with a good product manufacturer
    - Don't assume that your manufacturing partner is compliant
        - You are responsible for the product you are advertising

- - Countdown timers, limited availability - can become an issue, make sure your marketing is in check
    - Poor marketing can lead to significant increases in chargebacks
    - Be creative - you can always find headlines that are 100% compliant and still keep a great conversion rate
- When running a free trial offer, what's the best volume to run it at?
    - Don't run anything over 500 sales a day - Peter Nguyen - anything more, create another brand
    - Make sure you have facilities to
- How often should a rebrand take place?
    - Some people will run 1000 sales a day, and rebrand every 30 days
    - They feel if the brand doesn't last that long, FTC won't catch me - not a great strategy
    - If you run 500/day, rebrand every 6 to 8 months
    - If you hit too many BBB complaints, like near 100, rebrand
    - If you are featured on Dr. Oz or Dr. Phil - rebrand
- What's the opinion on running a 30 day trial vs 15 day trial
    - Rebills are nearly the same
    - Chargebacks and lower overall
    - CLV remains the same
    - Requires more capital, so if you have money - might as well
- what are you more worried about State AG's or Federal Regulatory Bodies? Who are you more afraid of?
    - I saw more state AG investigations this year in my practice, but we did also see at least two FTC actions.  I would treat state AGs and the FTC equally because they both have powers to shut down companies in appropriate circumstances (and I have seen a single state AG shut down an entire nationwide business) - Ari Rothman

## Using Reporting and Analytics to Measure Affiliates, Reduce Fraud, Build Successful Campaigns

- Laura Miller, Walter Long, Rick Del Rio, Venkata Janga
- Ready Aim Fire - book on direct response marketing
- Chargebacks 360
    - Fulfillment analytics
    - Callcenter
    - Chargebacks
- Some industry insight from Venkata Janga of Chargebacks 360
    - 2-2.2% of your products never reach your customers, due to wrong address

Full AdSumAspen2016Notes.docx

- There is an option in USPS to reject a product, so you may never know if it was rejected - this causes chargebacks, bbb complaints, etc…
        - Due to Amazon, people expect your product very quickly - people have high expectations - zip codes on northern hemisphere get the product after 7-8 days, and they are rebilled on the 14th day
        - After 2.5-3 days max in fulfillment, chargebacks will go up
        - People expect their refunds within 7.5 days
        - Make sure calls are being answered within 30-47 seconds
        - 35% of customers will chargeback, even after talking to your customer service
        - Customers will chargeback after getting a full or partial refund
            - Call your customer on the 4th day to see if they have gotten the money
- Some advertisers will create very complex spreadsheets to track operations
    - They export data from CRM, and look for KPIs manually
    - The analyze for hours, tedious process - often only look at this once a month maybe every other month - not often enough
- Not all traffic is created equal - tracking platforms face technology challenges
    - If you don't go the extra step and make sure you are properly tacking with affiliates, you are doing yourself a disservice - Nate Lind
- When adveriser started running international campaigns, he started getting more returns
    - Realized that most of the internalional trafic was mobile
    - Email confirms were too prominent in showing the cancel button
- Is survey-based traffic good?
    - Survey traffic has evolved - no longer just *incentivised traffic*
    - Advertisers are encouraged to set monetize campaigns separately, creates high volume and consistent volume, and keeps mids clean
    - No incoming new orders puts mids in jeopardy
    - Advertisers with healthy mids and good customer service use survey-based traffic
- 2017 will be the year of analytics and data
    - Knowledge is power but knowledge is only based on the amount of data you have available - Walter Long
    - Metrics should be real-time and available online
    - Get CLV and be able to analyzie traffic performance, and optimize fulfillment
- Limelight and *bank reconciliation*
- What kind of CLV do I look for?

- Subscription based, you're looking for double or triple what you are spending on media
- Any ideas estimating future chargebacks?
    - *Affiliate fraud*
    - Customers BIN data

## Conversions and Optimization Hacks
- Matt Martorano, Drew Puchalski, Shahin Rothermel, Nick Cuttonaro (open to interview)
- Biggest challenge for optimization
    - Not going to get an optimized page if you are stealing someone else's page
    - You will not outperform
    - Set up a program to optimize your pages on a monthly bases
    - Only one statistically significant result out of 8 tests
    - Go for a big win, with an 30% conversion or higher
    - Biggest optimization overlooked is user integration
        - Browser Stack, Inspectlet to test
        - Test on mobile devices
- When optimizing pages, look at how many times (page layering)
- GT, webpagetest.org metrics to test page speed
- Move to a full *NMI* set up, for gateways
    - iNovio
- Gateway can play a difference in conversions
- Perceived value is a big aspect of optimization
    - Appear larger than life
    - Validate what you are selling, and the price point you're selling at
    - Some will have an Amazon store, and price the product higher on Amazon - this encourages customers to purchase directly from you after researching on Google
    - Amazon offers a brand legitimacy, and adds the option to ship prime
- What are regulators cracking down on right now?
    - The name of the game is disclosures - Shahin
    - Attorneys will show the FTL landing page conversions data, along with heat map
    - FTC uses this data to find if consumers are able to inform themselves
    - FTC wants to see how many people are converting, and when do the disclosures appear and how many go to the next page to look at them
- Figure out how to work together to promote the industry, as a whole
    - Make sure consumers consent to the offer

Full AdSumAspen2016Notes.docx

- - Change terms and conditions to have important information and have customers opt-in
- Offer a free product with purchase to build value
- TinyPNG is a lossless compression website which will shrink the size of your graphics without loss of quality
- What are your thoughts on regaining or getting ahead of domains that come up in a google search. I think these are sites that are created from affiliates?
    - Before the brand launches, own and control all 10 first SERP results
        - Launch Press releases
        - Social media
    - Apply for trademark
    - Send cease and desist orders
- Split testing platforms
    - Optimizely - run split testing and optimizations
    - The more volume you're able to get into a test, the better the result
    - Launch split tests without developers, by placing a javascript snippet on your site (optimizely)

## Subscription Campaign Finance
- Missed presenter names for this one
- Cash vs. accrual based accounting - accrual offers more flexibility
- Figure out cash flow up to 30 days - you're in great shape if you are able to do this
- Try to go for consistent sustainable growth - Mary Calderwood
- Sometimes it's good to stop selling product - to look at chargebacks, refunds, which can kick in over time
- Take a proactive approach to finding an average amount of sales consistently
    - How do you do this? Diversify products/brands?
    - Manage incoming advertising/traffic - have a good relationship with affiliates, and diversify incoming traffic
    - Evaluate the capital you have, and you will see how much you have at the low point
    - The breaking point is any rebill below 50% and you're losing money
- Payments ecosystem in a nutshell
    - ISO/agent - someone you submit business to
    - Processor - sets up the accounts and backend systems
    - Acquiring bank
    - Issuing banks - the ones who issue a consumer a card
- Every bank has different funding cutoff times
- Maintain constant communication with vendors and providers

Full AdSumAspen2016Notes.docx

- What is my reserve agreement?
- What are the cutoff times?
- Where is the money coming from?
    - Account receivables
- Where is the money going to?
    - Accounts payable
- KPIs you need to look into'
    - Rebill data - if rebills suck you are going under
        - First rebill 70%
        - Then half of that every time after that - so 35%, 17%, etc.. until you get 1-2% on the sixth rebill
        - Rebills have dwindled won - not typically at 68%
        - Playing with a margin of 6-7% of cash in the bank - this is too low
    - Fulfillment cost should be around $8-8.5
    - Chargeback cost should be around $8
- When chargebacks go up, processors do not want to release money 6 months out
- The more you sell, the more money you lose - especially in the beginning - Bruce Malott
- Because you sell a product, and because you're inventorying a product - you have to be on accrual accounting for sales and cost of sales
- Book to portal to bank - Mary Calderwood (see if I can get an interview for more on this)

## Domestic vs International Processing and Fulfillment
- Heather Peterson, Rick Nelson, Mark Standfield
- Payment processing in 2016 and future
    - Eliminate deceptive practices
    - ETA - electronics transaction association - have been targeting nutraceuticals in the last couple of years
    - Processors and regulators don't understand the trial continuity model - Heather Petersen
- Continuity model was thought of as a flawed model by crd brands and regulators
    - Now everyone is buying on continuity - Amazon, Target, etc…
    - Regulators now paying more attention to working with this model
- How do you use data on the backend, to look at customer experience?
    - Split test packaging, to look at which works better for customer
    - Bubble mailers vs. retail cartons
    - Assign a code to how a product was packaged, then run an analysis on whether increased packaging cost lead to greater revenue

Full AdSumAspen2016Notes.docx

- Could we get as a group a effort to get visa / Mc to stop putting all "high risk" into one box with one ratio and ask them to give us a sliding scale that allows us to stick and scale a mid vs these silly 50k caps and what was really the the route cause of the whole IBO straw structure?
    - Trial is not a high risk category, but requires additional due diligence
    - Telemarketing, adult - require additional registration with card brands
    - Visa's chargeback threshold dropping over the years - they are looking at average chargeback rate globally and it's around .001%
- As a merchant you are responsible for every fee on your account, otherwise the ISO has to pay it, otherwise the acquiring bank has to pay it
    - With established businesses like Amazon, Walmart, the risk level is much lover
    - Now card-present is creating more chargebacks
    - Chargebacks going up because more cardholders out there, and due to friendly fraud
    - Debit cardholders are typically the worst offenders in friendly fraud
        - You can now flag habitual chargebackers - Heather Petersen, NMA (Ask to extrapolate?)
- *MCC codes*
- Can you explain to us the shift to using the term *Authorized Resellers* over other previous terms from a legal standpoint?

Can reach out to Ryan Shapiro (advertiser) for interview.