# PX17

# PX17 Attachment AQ

# Emails regarding sales volume caps

| | |
|---|---|
| **From:** | Blair William McNea <bmcnea@gmail.com> |
| **Sent:** | Thursday, October 10, 2013 12:22 AM |
| **To:** | 'Danielle Foss' <danielle@bluerocketbrands.com> |
| **Subject:** | RE: Quick Queshie |

$300k is max, $200k is better.

Average revenue per order is $90

So, 3,333 customers per month.

Complaints run about 1 per 182 customers.

$300k will get you about 18 complaints per month with BBB.

Prefer to keep it at around 10-12.

**From:** Danielle Foss [mailto:danielle@bluerocketbrands.com]
**Sent:** Wednesday, October 09, 2013 5:02 PM
**To:** blair@bluerocketbrands.com
**Subject:** Quick Queshie

Blair,

Is there a max amount of processing per brand you've shot for in the past? If so, can you let me know what that is and why?

Thanks!

Danielle Foss | Blue Rocket Brands
p : 720.238.2418 | f: 303.530.0771

 BlueRocketLogo_small

**From:** Megan Goodman-Arndt [mailto:megan@bluerocketbrands.com]
**Sent:** Wednesday, October 09, 2013 2:32 PM
**To:** danielle@bluerocketbrands.com
**Subject:** Processing needed per brand

If $300k is our mark, here is what we have room for:

BAH – 90k
TW – 200k
SPD – 135k
BW – 35k
DPH – 135k
SW – 35k

Page 2 of 2

APW – 110k
FCW – 200k
IP – 200k

Megan Goodman-Arndt | Blue Rocket Brands
p : 303.437.6485 | f: 303.530.0771
Please note my new phone number

 BlueRocketLogo_small

| | |
|---|---|
| **From:** | bmcnea@gmail.com on behalf of Blair McNea <blair@bluerocketbrands.com> |
| **Sent:** | Sunday, January 17, 2016 8:52 PM |
| **To:** | Danielle Foss <danielle@bluerocketbrands.com> |
| **Cc:** | jenny@bluerocketbrands.com; seth@bluerocketbrands.com; ryan@bluerocketbrands.com; nosel.megan@bluerocketbrands.com; brian@revgo.net; blair@bluerocketbrands.com |
| **Subject:** | Re: Daily Order Report - 01-16-2016 |

With that new affiliate, have you checked out his web level decline rate?

On Sunday, January 17, 2016, Danielle Foss <danielle@bluerocketbrands.com> wrote:

> Update on volume:
>
> We have had a couple things going on right now contributing to higher volume…all of which are now under control. Here's a short outline of what's been going on:
>
> 1.) Our brand new affiliates are capped at no more than 150 orders per week until we get a quality read on them. Affiliati had a new affiliate who blew past that cap last weekend right before the show (hit about 300 orders instead of 150). We talked to them about it and confirmed the overage and they confirmed it wouldn't happen again. Then, this week, the same pub blew past cap again hitting 600 orders in only 3 days. Affiliati knows they may not get additional cap at all after this overage for the next week or 2, and they also know if the quality doesn't back out for us we may be refusing to pay for some of these orders. This resulted in our high order volume last week.
>
> 2.) Without my knowledge, that same Affiliati pub reached out to go live with Clickbooth on Friday after we paused him via Affiliati. Clickbooth gave him a new pub cap of 150 for the week and the pub has since blown through that cap by over double in the last 2 days. This combined with our approved/normal Clickbooth affiliate picking up volume has resulted in higher than normal/expected volume for this weekend.
>
> We now know this is the same pub across both overages, but that wasn't clear until today.
>
> Clickbooth and Affiliati are both being told caps will be reduced this coming week and possibly the week after, and this pub is 100% paused until we get a quality read now, no exceptions.
>
> So far we have had 2 instances now of being burned by pubs "playing us" because they have 2 big avenues to our offers…Clickbooth and Affiliati Network. Regardless, this still falls on Clickbooth and Affiliati not managing caps and waiting for us to report things to them before they realize what's going on.
>
> Just wanted to let everyone know we're handling this and should see some volume relief this coming week.
>
> Danielle Foss | Blue Rocket Brands
>
> p : 720.238.2418 | skype: foss.danielle
>
> BlueRocketLogo_small

**From:** Blue Rocket Brands [mailto:admin@bluerocketbrands.com]
**Sent:** Sunday, January 17, 2016 9:05 AM
**To:** danielle@bluerocketbrands.com; jenny@bluerocketbrands.com; megan@bluerocketbrands.com; seth@bluerocketbrands.com; ryan@bluerocketbrands.com; nosel.megan@bluerocketbrands.com; brian@revgo.net; blair@bluerocketbrands.com; sue@revmountain.com; taree@revlive.net; abby@bluerocketbrands.com; cristy@bluerocketbrands.com
**Subject:** Daily Order Report - 01-16-2016



# Daily Order Report

## Domain Totals - 01-16-2016

| ID | Name | Orders | US | GB | CA | AU |
|---|---|---|---|---|---|---|
| 65 | Whitening Coach | 282 | 282 | 0 | 0 | 0 |
| 61 | Smile Vitalize | 195 | 195 | 0 | 0 | 0 |
| 18 | BellaAtHome | 28 | 28 | 0 | 0 | 0 |
| 17 | IvoryPro | 27 | 27 | 0 | 0 | 0 |
| 13 | Spark Whitening | 23 | 21 | 0 | 2 | 0 |
| 53 | Innovation White | 22 | 22 | 0 | 0 | 0 |
| 22 | First Class Whitening | 20 | 13 | 3 | 4 | 0 |
| 8 | TitanWhite | 16 | 16 | 0 | 0 | 0 |
| 21 | Sedona Beauty Secrets | 14 | 12 | 0 | 1 | 1 |
| 11 | SkinnyIQ | 3 | 3 | 0 | 0 | 0 |
| 77 | Circle of Youth | 1 | 0 | 0 | 1 | 0 |
|  |  | 631 | 619 | 3 | 8 | 1 |

VIEW REPORT

Blue Rocket Brands 2015