# PX17

# PX17 Attachment AS

# Emails regarding rebranding

| | |
|---|---|
| **From:** | Taree Dobie <taree@revguard.net> |
| **Sent:** | Friday, January 25, 2013 12:00 AM |
| **To:** | Blair McNea <blair@revguard.net> |
| **Subject:** | FW: TFNs |

I believe so, Blair can you please confirm?



Director of Customer Service • 303.218.6665

**From:** Megan Nosel [mailto:megan@convertismarketing.com]
**Sent:** Thursday, January 24, 2013 4:29 PM
**To:** 'Taree Dobie'
**Subject:** RE: TFNs

So I'm assuming that the new EP/TUF brand replacements will also need new phone #s and new packaging then?

**From:** Taree Dobie [mailto:taree@revguard.net]
**Sent:** Wednesday, January 23, 2013 2:54 PM
**To:** 'Megan Nosel'
**Subject:** RE: TFNs

Yeah, the BBB registration process has not been as easy as we hoped. They instantly linked bella at home and ivory pro with their former names because of the phone number. Would it be cheaper to pay for the stickers and extra labor, or to just get new inserts?



Director of Customer Service • 303.218.6665

**From:** Megan Nosel [mailto:megan@convertismarketing.com]
**Sent:** Wednesday, January 23, 2013 2:51 PM
**To:** 'Taree Dobie'
**Subject:** RE: TFNs

ah. so these are the new customer service #s? I'm going to need cover-up stickers for the packaging I already have then.

**From:** Taree Dobie [mailto:taree@revguard.net]
**Sent:** Wednesday, January 23, 2013 2:45 PM
**To:** Emily Springman; Brian Lint
**Cc:** Eric Fry; 'Megan Nosel'; Blair McNea; goodman@convertismarketing.com
**Subject:** TFNs

Hi Guys,

I need new toll free numbers for the following:

IvoryPro

Bella At Home

I know we previously thought we would be using the old TFN's, however we are now changing that and assigning new phone numbers.



Director of Customer Service • 303.218.6665

| | |
|---|---|
| **From:** | Blair McNea <bmcnea@gmail.com> |
| **Sent:** | Thursday, July 10, 2014 6:50 PM |
| **To:** | Danielle Foss <danielle@bluerocketbrands.com> |
| **Subject:** | Re: FW: About " eyepothesis " Trademark And Domains Dispute In China |

I also think its a cool name so I would consider ginning it up again in 2015.

We can just register it as a different company and get it worked into BBB in Az or Nevada.


On Thu, Jul 10, 2014 at 12:46 PM, Danielle Foss <danielle@bluerocketbrands.com> wrote:

> No we do not. It was a Convertis brand so we killed it a long time ago. Give its association with Convertis, I think it's best to just keep the brand dead for now.
>
>
> Let me know if you want me to respond to this message below or not.
>
> Thanks!
>
>
> Danielle Foss | Blue Rocket Brands
>
> p : 720.238.2418 | f: 303.530.0771
>
>  BlueRocketLogo_small
>
>
> **From:** Blair McNea [mailto:bmcnea@gmail.com]
> **Sent:** Thursday, July 10, 2014 12:41 PM
> **To:** Danielle Foss
> **Subject:** Re: FW: About " eyepothesis " Trademark And Domains Dispute In China
>
>
> do we sell eyepothesis right now?
>
>
> Should we?

On Wed, Jul 9, 2014 at 10:12 PM, Danielle Foss <danielle@bluerocketbrands.com> wrote:

FYI

Danielle Foss

Blue Rocket Brands, LLC

720.238.2418

-------- Original message --------

From: Taree Dobie

Date:07/09/2014 10:04 PM (GMT-07:00)

To: 'Danielle Foss'

Subject: FW: About " eyepothesis " Trademark And Domains Dispute In China

---

**From:** Eyepothesis Customer Service [mailto:customerservice@eyepothesis.com]
**Sent:** Wednesday, July 09, 2014 9:25 PM
**To:** taree@revguard.net
**Subject:** FW: About " eyepothesis " Trademark And Domains Dispute In China

?

---

**From:** wesley [mailto:wesley@iproffice.com]
**Sent:** Wednesday, July 09, 2014 9:55 AM
**Subject:** About " eyepothesis " Trademark And Domains Dispute In China

**(Please forward this to your CEO or President, because this is urgent. Thank you.)**

Dear President & CEO,

This email is from CN Intellectual Property Office, which mainly deal with the IPR registration and dispute internationally. We received an application from Mr Tong(COO/TLL Industries Ltd) on July 9, 2014. They want to register "eyepothesis" as their trademark in China,Hong Kong,Taiwan and some Domain (.asia/.cn/.com.cn/.hk/.com.hk/.tw/.com.tw).

After our examination, we found that your company were using the keyword, so we inform you to confirm whether this registration will affect your company. If this registration will not affect and conflict your company, then we can finish registering for Mr Tong(COO/TLL Industries Ltd) as per our duty. If this registration will affect and conflict your company. Please contact us by telephone or email within 10 workdays, so we can better handle the dispute.

Best Regards,

Wesley Ren

Auditing Department/Manager
**CN Intellectual Property Office**
Add:3/F,1st Building ZongFu Street No. 47, Jinjiang District, ChengDu, China.
Tel: (+86) 28 8777 5008│Fax: (+86) 28 6246 5008│Web: http://www.iproffice.com

**Please consider the environment before you print this e-mail.**

PX17 Attachment AS-5