# PX17

# PX17 Attachment AT

# Emails discussing CRM load-balancing

| | |
|---|---|
| **From:** | Blair McNea <bmcnea@gmail.com> |
| **Sent:** | Thursday, March 9, 2017 6:36 PM |
| **To:** | Ryan McWilliams <ryan@revlive.net> |
| **Cc:** | Stelios Cabrera <stelios@bluerocketbrands.com> |
| **Subject:** | Re: One thing Matt pointed out about Konnektive as well |

Yeah, support is always a question, but we've honestly seen better data integrity with them in the last 90 days vs LL.

On Thu, Mar 9, 2017 at 11:24 AM, Ryan McWilliams <ryan@revlive.net> wrote:
> I was actually pretty impressed with the demo yesterday.. As far as actual demos are concerned, it blew away the LL one.  But I think it had a lot of good features in there as well.
>
> I still don't love the data structure, and I based on other RL clients, once you are out of the initial setup process, getting support is really tough ( at least it has been historically ).
>
> Really want to get more details in regards to how they load balance, the actual data that is driving it. But all in all, I think its a solid option.
>
> Ryan
>
> On Mar 9, 2017, at 11:20 AM, Stelios Cabrera <stelios@bluerocketbrands.com> wrote:
>
> Yeah the demo looked good and they have a tracking feature…we are just sorting through the T&Cs now and should have something firm by next week.
>
> **Stelios Cabrera** – CEO
> Skype – Stelios.BlueRocket
> 303.536.1967
> stelios@bluerocketbrands.com
> <image001.png>
>
> **From:** Blair McNea [mailto:bmcnea@gmail.com]
> **Sent:** Thursday, March 9, 2017 11:19 AM
> **To:** Stelios Cabrera <stelios@bluerocketbrands.com>; Ryan McWilliams <ryan@revlive.net>
> **Subject:** One thing Matt pointed out about Konnektive as well
>
> is that there 2nd page landing page is really fast and limelight is really slow.
>
> Why, I do not know.