# PX17

# PX17 Attachment AU

# Payment processing accounts spreadsheet

Reserves & Fees_2014 (1).xlsx

| Product | Broker | Reseller | Mid # | Cap | Qual rate | NQ Rate | NQ Total Rate | Trans Fee | CB Fee | Reserve Terms | Notes | Account Live Date | Closed Month |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Action Pro White | Eureka Payments - Scott Bartlett | Brand Force | 4275041701002204 | $ 50,000 | 2.40% | 1.19% | 3.59% | $0.25 | $25.00 | Hold first $20K | Spot checked and good | 3/1/2013 | |
| Action Pro White | Alliance - Seth Proper | Wild Farms, LLC | 897202028881 | $ 20,000 | 3.99% | 1.89% | 5.88% | $0.25 | $25.00 | 10% of processed until $10k is reached | | 10/15/2014 | |
| Bella at Home | N/A | Boulder Creek | 941000116523 | $ 50,000 | 3.28% | | 3.28% | $0.45 | $25.00 | Hold first $12.5K | Confirmed $12.5k in reserves | 1/1/2008 | |
| Bella at Home | DMS - Shane Kairalla | Walnut Street Marketing, Inc. | 4194045010194099/ 295319058885 | $ 50,000 | 3.28% | 1.75% | 5.03% | $0.30 | $25.00 | $50K upfront, held until life of acct +6 Mo | | 2/1/2009 | |
| Bella at Home | Eureka Payments - Scott Bartlett | Wild Farms, LLC | 4275041701002071 | $ 50,000 | 2.60% | 1.19% | 3.79% | $0.20 | $25.00 | Hold first $20K | Spot checked and good | 3/1/2013 | |
| Blizzard White | Eureka Payments - Scott Bartlett | Bridge Ford | 55413502190081 | $ 50,000 | 2.89% | 1.79% | 4.68% | $0.25 | $25.00 | 10% of processed until $10,000 then 10% | | 6/12/2014 | |
| Blizzard White | Eureka Payments - Scott Bartlett | Sandstone Beach | 4275041802000016 | $ 50,000 | 2.29% | 1.59% | 3.88% | $0.25 | $25.00 | Hold first $20K | Spot checked and good | 12/1/2012 | |
| Bloom Allure | GMA - Tony Runestad and Trey Smith | Brookville Lane, LLC | 3899000003003348 | $ 25,000 | | | 4.78% | $0.25 | $35.00 | | | | |
| Circle of youth | Eureka Payments - Scott Bartlett | University and Folsom | 4275041701004911 | $ 50,000 | 2.58% | 0.00% | 2.58% | $0.25 | $25.00 | Hold first $20K | | 10/21/2015 | |
| Dental Pro at Home | Eureka Payments - Scott Bartlett | Absolutely Working | 4275041701004002 | $ 50,000 | 2.29% | 1.59% | 3.88% | $0.25 | $25.00 | Hold first $20K | Spot checked and good | 11/1/2012 | |
| First Class Whitening | Eureka Payments - Scott Bartlett | Mint House | 4275041701004598 | $ 50,000 | 2.49% | 1.79% | 4.28% | $0.20 | $25.00 | Hold first $20K | spot checked and good | 4/1/2014 | |
| Genuine White | Eureka Payments - Scott Bartlett | How and Why | 4275041701003560 | $ 50,000 | 2.29% | 1.59% | 3.88% | $0.25 | $25.00 | Hold first $20K | Will need to spot check | 4/1/2014 | |
| Innovation White | Eureka Payments - Scott Bartlett | Thunder Avenue | 4275041701004713 | $ 50,000 | 2.89% | 1.79% | 4.68% | $0.25 | $25.00 | 100% until $20K is reached | Will need to spot check | 9/25/2014 | |
| Ivory Pro | Eureka Payments - Scott Bartlett | Snow Sale | 4275041701000992 | $ 50,000 | 2.60% | 1.79% | 4.39% | $0.20 | $25.00 | reserves are collected upon each deposit and held until reserve holds a balance of $20K | spot checked and good | 1/1/2011 | |
| Just Youthful | GMA - Tony Runestad and Trey Smith | Brookville Lane, LLC | 3899000003003447 | $ 25,000 | | | 4.78% | $0.25 | $25.00 | | | | |
| Just Youthful | Brittany Amos - PaySafe | ThreeLakes LLC | 5482984000813958 | $ 35,000 | 4.75% | | 6.55% | $0.30 | $35.00 | | | | |
| Pronto White | Quantum - William Stapleton | Spruce River | | | | | | | | | | | |
| Sedona Beauty | Eureka Payments - Scott Bartlett | Doing Whats Possible | 554135021900980 | $ 50,000 | 3.08% | | 3.98% | $0.25 | $25.00 | | | | |
| SBS-Sandstone-GMA-Harris | GMA - Tony Runestad and Trey Smith | Sandstone Beach | 3899000002368387 | $ 50,000 | | | 4.10% | $0.25 | $35.00 | | | | |
| SIQ-BridgeFord-GMA-Harris | GMA - Tony Runestad and Trey Smith | BridgeFord | 3899000002313235 | $ 50,000 | | | | $0.25 | $35.00 | | | | |
| SIQ-DesertGecko-Meritus-Woodforest | Brittany Amos - PaySafe | Desert Gecko | 5482984000801813 | $ 50,000 | | | | $0.30 | $35.00 | | | | |
| Smile Pro Direct | Eureka Payments - Scott Bartlett | Desert Gecko | 4275041801001296 | $ 50,000 | 2.29% | 1.59% | 3.88% | $0.25 | $25.00 | Hold first $20K | Will need to spot check | 1/1/2013 | |
| Smile Pro Direct | GMA - Tony Runestad and Trey Smith | Thunder Avenue | 3899000002667887 | $ 50,000 | 4.28% | | 4.28% | $0.25 | $25.00 | witholding 10% from each gross deposit | | 7/25/2014 | |
| Smile Vitalize | Eureka Payments - Scott Bartlett | Bridge Ford | 42750410701004689 | $ 30,000 | 2.49% | 1.79% | 4.28% | $0.25 | $35.00 | holding first $12,000 | | 7/2/2014 | |
| Spark Whitening | Eureka Payments - Scott Bartlett | Doing What's Possible | 4275041802000032 | $ 50,000 | 2.29% | 1.59% | 3.88% | $0.25 | $25.00 | Hold first $20K | Will need to spot check | 1/11/2013 | |
| Whitening Coach | Eureka Payments - Scott Bartlett | Brass Triangle | 4275041802000024 | $ 50,000 | 2.29% | 1.59% | 3.88% | $0.25 | $25.00 | Hold first $20K | checked and good | 6/1/2014 | |
| Whitening Coach | GMA - Tony Runestad and Trey Smith | Bridge Ford | 3899000002667002 | $ 50,000 | 4.28% | | 4.28% | $0.25 | $25.00 | 10% from each gross deposit | | 7/24/2014 | |
| Whitening Trend | RU Accountable - Michelle | Desert Gecko | 3899000002802971 | $ 50,000 | 4.59% | | 4.59% | $0.25 | $35.00 | 10% of processed | | 3/24/2015 | |
| MONTHLY TOTALS | | | | | | | | | | | | | |
| special | Open/Active | | | | | | | | | | | | |
| Due for release | | | | | | | | | | | | | |

| Product | 2013 Balance | 2014 Balance | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | 2015 Jan | Feb | March |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Action Pro White | -20000 | | | | | | | | | | | | | | 0 | 0 | 0 |
| Action Pro White | | | | | | | | | | | | -0.2 | -44.56 | -657.15 | -855.14 | -1130.45 | -1229.79 |
| Bella at Home | -12500 | | | | | | | | | | | | | | 0 | 0 | 0 |
| Bella at Home | -76692.28 | | | | | | | | | | | | | | 26962.28 | 0 | 0 |
| Bella at Home | -20000 | | | | | | | | | | | | | 0 | 0 | 0 | 0 |
| Blizzard White | | | | | | | | -1764.76 | -5677.19 | -1651.07 | -4263.4 | -4693.89 | -3396.39 | -4692.22 | -4745.64 | -3766.83 | -4243.1 |
| Blizzard White | -22221.49 | | | | | | | | | | | | | 45 | 0 | 2176.49 | 0 |
| Bloom Allure | | | | | | | | | | | | | | | | | |
| Circle of youth | | | | | | | | | | | | | | | | | |
| Dental Pro at Home | -21328.61 | | | | | | | | | | | | | 6536.77 | 0 | 0 | 0 |
| First Class Whitening | -19418.69 | | | | | | -581.31 | | | | | | | | 0 | 0 | 0 |
| Genuine White | | -20000 | | | | | | | | | | | | | 0 | | 0 |
| Innovation White | | | | | | | | | | | -0.49 | -535.56 | -311.31 | -434.31 | -2210.18 | -5169.71 | -2952.71 |
| Ivory Pro | -20000 | | | $ 70.00 | | | | | | | | | | $ 45.00 | $ - | $ (115.00) | $ - |
| Just Youthful | | | | | | | | | | | | | | | | | |
| Just Youthful | | | | | | | | | | | | | | | | | |
| Pronto White | | | | | | | | | | | | | | | | | |
| Sedona Beauty | | | | | | | | | | | | | | | -1104.94 | -587.88 | -5769.93 |
| SBS-Sandstone-GMA-Harris | -$4,954.00 | -4163.62 | | | | | | | | | | | | | | | |
| SIQ-BridgeFord-GMA-Harris | | | | | | | | | | | | | | | | | |
| SIQ-DesertGecko-Meritus-Woodforest | | | | | | | | | | | | | | | | | |
| Smile Pro Direct | -20000 | | | | | | | | | | | | | 0 | 0 | 0 | 0 |
| Smile Pro Direct | | | | | | | | | -2.8 | -1761.16 | -4057.09 | -3771.63 | -3131 | -3519.96 | -4621.62 | -3895.98 | -3595.39 |
| Smile Vitalize | | | | | | | | | -13.17 | -17034.92 | -2904.73 | 8000 | | 45 | 0 | 0 | 0 |
| Spark Whitening | -20000 | | | | | | | | | | | | | 0 | 0 | 0 | 0 |
| Whitening Coach | -49958.46 | | | | | 30000 | | | | | | | | | 0 | 0 | 0 |
| Whitening Coach | | | | | | | | | -0.63 | -9.43 | -354.13 | -775.65 | -2245.12 | -2660.15 | -2092.81 | -2642.67 | -4094.66 |
| Whitening Trend | | | | | | | | | | | | | | | | | -0.51 |
| MONTHLY TOTALS | | | 0 | 70 | 0 | 30000 | -581.31 | -1764.76 | -5693.79 | -20456.58 | -11579.84 | -1776.93 | -9128.38 | -5292.02 | 11331.95 | -15132.03 | -21886.09 |

OpenActive MIDS

Reserves & Fees_2014 (1).xlsx

| April | May | June | July | Aug | sept | Oct | Nov | Dec | Jan | Feb | March | April | May | June | July | August | Sept | Oct | Nov | Dec | Jan | Feb | March | April | Total Reserves Held | Portal reserve $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | | | | 0 | $ (20,000.00) | |
| -843.2 | -570.3 | -474.85 | -503.85 | -526.43 | -785.42 | -358.87 | -391.08 | -1495.1 | -133.61 | 0 | 0 | 0 | 0 | -588.42 | -1268.97 | -867.39 | -1323.52 | -1244.54 | -799.57 | -1148.59 | -1363.42 | -882.68 | -326.46 | 0 | $ (19,813.56) | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | 0 | $ (12,500.00) | |
| 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | | | | | | | | | | | | | 0 | $ (49,730.00) | |
| 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | | | | | | | | | | | | | 0 | $ (20,000.00) | |
| -4186.71 | -2464.69 | -2435.93 | -1665.28 | -2810.36 | -3964.04 | -3429.78 | 14232.27 | -2057.15 | -2382.62 | -2229.19 | Blizzard White | -2228.23 | -1934.41 | -2247.69 | 17725.53 | -2200.61 | -2353.84 | -2185.48 | -2179.31 | -2160.55 | -1659.09 | -1759.24 | -1591.94 | -1618.33 | $ (58,681.16) | $64140.05 (3/8) |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | | | | | | | | | | | 0 | $ (20,000.00) | |
| | | | | | | | | | | | | | | | | | | | | | | | | -18.38 | $ (834.18) | (4/14) |
| | | | | | | -6.33 | -1072.74 | -1824.09 | -1686.29 | -596.82 | -526.98 | -689.75 | -1190.36 | -3186.28 | -7737.94 | -1482.42 | | | | | | | | 0 | $ (20,000.00) | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | | | | | | | | | | | | 0 | $ (14,791.84) | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | | | | 0 | $ (20,000.00) | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | | | | 0 | $ (20,000.00) | |
| -3922.44 | 0 | -903.61 | -943.02 | 0 | 0 | | | | | | | | | | | | | | | | | | | 0 | $ (17,383.34) | |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 0 | | | | | | | | | | | | | | | | 0 | $ (20,000.00) | |
| | | | | | | | | | | | | | | | | | | | | | | | | -18.62 | $ (18.62) | 166.22 (4/14) |
| | | | | | | | | | | | | | | | | | | -7.57 | -44.56 | -27.93 | -18.62 | | | 0 | $ (98.68) | |
| | | | | | | | | | | | | | | | | | | | | | | -36.1 | -373.54 | -326.61 | $ (736.25) | |
| -513.89 | -505.05 | -329.19 | -302.71 | -446.98 | -363.82 | -264.09 | -1165.39 | -3230.12 | -2767.16 | -2137.43 | -2098.24 | -1026.56 | -646.06 | -894.98 | -1616.65 | -1596.86 | -2400.33 | -4899.51 | -2947.1 | -2947.1 | -1181.81 | -2168.42 | -3569.61 | -2817.56 | $ (50,299.37) | 46692.26 (5/11) |
| | | | | | | | | | | | | | | | | | -1460.47 | -3033.18 | -2235.88 | -1514.64 | -619.43 | -1627.57 | -2485.7 | -1807.68 | $ (23,902.17) | 24450.15 (5/10) |
| | | | | | | | | | | | | | | | | | | | | | | | | 0 | $ - | $34,286.73 (3/13) |
| | | | | | | | | | | | | | | | | | 0 | -150.61 | -129.42 | -44.17 | -20.14 | -6.31 | -6.31 | 0 | $ (356.96) | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | | | | 0 | $ (20,000.00) | |
| -3713.03 | -2484.55 | -2402.32 | -2114.55 | -4345.77 | -2071.53 | -4160.94 | 38880.75 | -3773.31 | -2285.1 | -4609.11 | -2952.56 | -3734.98 | -4206.38 | -3749.28 | -3371.45 | -4316.66 | -105.22 | 0 | | | -3007.17 | -2860.16 | -2688.52 | -2529.83 | $ (43,872.62) | 64260.67 (5/10) |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | 0 | 0 | 0 | 0 | $ (11,907.82) | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | 0 | 0 | 0 | 0 | $ (20,000.00) | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | 0 | 0 | 0 | 0 | $ (19,958.46) | |
| -2325.07 | -1837.18 | -1523.93 | -2251.63 | -2114.73 | -2443.02 | -676.08 | -1126.2 | 8691.03 | -3608.26 | -3978.81 | -3621.11 | -3430.36 | -4359.27 | -2715.87 | -4668.22 | -3977.99 | -3944.05 | -4522.24 | -4351.98 | -2169.64 | -1976.9 | -1952.1 | -1982.45 | -1967.7 | $ (73,709.01) | 74739.71 (5/10) |
| 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | | | | | | -4.19 | -36.86 | -407.09 | -105.85 | -366.59 | -472.92 | -725.1 | -629.56 | $ (2,748.67) | |
| -15504.34 | -7861.77 | -8069.83 | -7781.04 | -10244.27 | -9627.83 | -8896.09 | 49357.61 | -3688.74 | -12863.04 | -13551.36 | -9198.89 | -11109.88 | -12336.48 | -13382.52 | -937.7 | -14441.93 | -11591.62 | -16079.99 | -13094.91 | -10118.47 | -10213.17 | -11765.5 | -13749.63 | -11734.27 | | |

Reserves & Fees_2014 (1).xlsx

| Product | Broker | Reseller | Mid # | Cap | Qual rate | NQ Rate | NQ Total Rate | Trans Fee | CB Fee | Reserve Terms | Notes | Account Live Date | Closed Month | 2013 Balance | 2014 Balance | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Smile Pro Direct | Bancard - Eugene | Solid Ice | 100151001 | $50,000 | 3.75% | 1.80% | 6.00% | $0.30 | $50.00 | 10% rolling reserve 12 Months | Stopped using in Oct - Payment world | 3/1/2013 | bank of victoria | -10246.77 | | -7390.69 | -14464.53 | -13724.84 | -14731.28 | -15277.07 | -8049.55 | -2720.45 | -5749.49 | -1685.1 | -2.43 | 0 |
| Whitening Coach | Morlos - Brittney Amos | Greenville Creek, LLC | 5482984000380632 | $50,000 | 3.75% | 1.00% | 5.55% | $0.30 | $25.00 | 6% rolling reserve 6 Months | got money back in oct | 9/16/2014 | 1/27/2015 | | | | | | | | | | -4.6 | -305.02 | -1348.3 |
| Dental Pro at Home | Viking - Matt and Clinton | Brand Force, LLC | 29537966881 | $50,000 | 5.00% | 1.00% | 6.00% | $0.30 | $20.00 | 15% of processed until $50k | | 10/1/2014 | 4/23/2016 | | | | | | | | | | | -235.21 | -128.8 |
| Spark Whitening | Alliance - Seth Proper | Flat Iron Avenue, LLC | 8990000002787792 | $25,000 | 4.49% | 0.00% | 4.49% | $0.25 | $25.00 | 10% of processed | | 3/4/2015 | 6/15/2016 | | | | | | | | | | | | |
| Genuine White | NMA-Harris | Spruce River | 29645969188 | $50,000 | | | | | | | | | 10/27/2016 | | | | | | | | | | | | | |
| Circle of youth | NMA-Harris | Spruce River | 29645548669 | $50,000 | | | | | | | | | 10/27/2016 | | | | | | | | | | | | | |
| Bella at Home | GMA - Tony Runestad and Troy Smith | Snow Sale | 3899000002633012 | $50,000 | 4.28% | | 4.28% | $0.25 | $25.00 | 10% of processed | | 5/1/2014 | 11/7/2016 | | | | | | | -1419.34 | -4068.13 | -2976.63 | -2984.26 | -2980.11 | -975.4 |
| Spark Whitening | GMA - Tony Runestad and Troy Smith | Snow Sale | 3899000002671657 | $50,000 | 2.39% | 1.59% | 3.98% | $0.25 | $25.00 | 10% from each gross deposit | | 8/11/2014 | 11/7/2016 | | | | | | | | -1376.65 | -1645.37 | -4158.87 | -3703.32 | |
| Bella at Home | Viking Capital Matt and Clinton | Thunder Avenue | 29537486488 | $50,000 | 4.25% | 0.74% | 4.99% | $0.30 | $20.00 | 20% of processed until $50k is reached | | 7/22/2014 | | | | | | | | | -4.86 | -1491.64 | -1818.92 | -1091.93 | -1010.44 |
| Circle of youth | Bankable-Ryan-power pay | Greenville Creek, LLC | 271507647201 | $20,000 | 3.50% | 0.00% | 3.50% | $0.25 | $25.00 | 10% 6 month rolling | | 2/20/2015 | 11/10/2014 | | | | | | | | | | | | |
| Bran White | Humboldt- Leonard | How and Why | 8972028548840 | $50,000 | 3.99% | 1.99% | 5.98% | $0.25 | $25.00 | 5% of processed until $25k is reached | | 2/11/2015 | 11/19/2016 | | | | | | | | | | | | |
| Smile Vitalite | RU Accountable - Michelle | Doing What's Possible | 3899000002801049 | $50,000 | 4.59% | 0.00% | 4.59% | $0.25 | $35.00 | 10% of processed | | 3/13/2015 | 11/25/2016 | | | | | | | | | | | | |
| Sedona Beauty | Bankable-Ryan-power pay | Flat Iron Avenue, LLC | 271507647102 | $20,000 | 3.50% | | 3.50% | $0.35 | $25.00 | 10% 6 month rolling | | 2/20/2015 | 11/25/2016 | | | | | | | | | | | | |
| Circle of youth | Brittany - Paysafe | Absolutely Working | 5482984000801690 | $50,000 | | | | | | | | 12/2/2015 | | | | | | | | | | | | | | |
| Bran White | EPS - Steven Braier | Walnut Street Marketing, Inc. | 8972031688 | $25,000 | 4.99% | 1.99% | 6.98% | $0.35 | $25.00 | 15% of processed until $15k is reached | | 3/19/2015 | 12/16/2016 | | | | | | | | | | | | |
| APW-MintHouse-Swift-Cashflows | Swift - Ken | | | | | | | | | | | | | | | | | | | | | | | | | |
| BW - NewportCrossing - Swift - Cashflows | Swift - Ken | | | | | | | | | | | | | | | | | | | | | | | | | |
| DPH-BrassTriangle-Swift-Cashflows | Swift - Ken | | | | | | | | | | | | | | | | | | | | | | | | | |
| GW - Flatiron - Swift - Cashflows | Swift - Ken | | | | | | | | | | | | | | | | | | | | | | | | | |
| JW - Solid Ice - Swift - Cashflows | Swift - Ken | | | | | | | | | | | | | | | | | | | | | | | | | |
| SV - Sandstone - Swift - Cashflows | Swift - Ken | | | | | | | | | | | | | | | | | | | | | | | | | |
| WC - ThunderAvenue-Swift-Cashflows | Swift - Ken | | | | | | | | | | | | | | | | | | | | | | | | | |
| BW-DoingWhatsPossible-AlliedWallet-NMI | CardMax - Seth Proper | Doing Whats Possible | | $75,000 | | | | | | | | | | | | | | | | | | | | | | |
| DPH-WalnutSt-Foscolo-Triangle-CashFlows | Blangle - Brian Phillips | Walnut Street Marketing, Inc | | $50,000 | | | | | | | | | | | | | | | | | | | | | | |
| Pro Class Whitening | PrayKings - NMA - Harris | Absolutely Working | 29545022388 | $50,000 | 4.99% | | 5.95% | $0.35 | $25.00 | | | 6/25/2014 | | | | | | | | | | | | | | |
| GW-WalnutSt-Godin-Triangle-CashFlows | Blangle - Brian Phillips | Walnut Street Marketing, Inc. | | $75,000 | | | | | | | | | | | | | | | | | | | | | | |
| SPD-WalnutSt-Humop-Triangle-CashFlows | Blangle - Brian Phillips | Walnut Street Marketing, Inc. | | $75,000 | | | | | | | | | | | | | | | | | | | | | | |
| SV-WalnutSt-Jumoke-Triangle-CashFlows | Blangle - Brian Phillips | Walnut Street Marketing, Inc. | | $75,000 | | | | | | | | | | | | | | | | | | | | | | |
| Whitening Coach | Alliance - Seth Proper | Newport Crossing | 8972023v3863 | $50,000 | 3.99% | 1.99% | 5.98% | $0.25 | $25.00 | 10% of processed until $25k | | 2/5/2015 | | | | | | | | | | | | | | |
| Action Pro White | Viking - Matt and Clinton | Greenville Creek, LLC | 39537866038I | $50,000 | 4.25% | | 4.25% | $0.25 | $25.00 | 15% of processed until $50k is reached | | 11/5/2014 | | | | | | | | | | | | | -63.74 |
| Bun YouthFul | Eureka Payments - Scott Bartlett | Absolutely Working | 5541350215697105 | $50,000 | 2.19% | | 1.79% | $0.25 | $25.00 | | | | | | | | | | | | | | | | | |
| First Class Whitening | Eureka Payments - Scott Bartlett | Night Watch Group, LLC | 5541350219054b6 | $50,000 | 4.68% | | 4.68% | $0.35 | $25.00 | hold first $25K | | 12/1/2014 | | | | | | | | | | | | | | |
| Spark Whitening | Eureka Payments - Scott Bartlett | Thunder Avenue | 5541350219046028 | $50,000 | 2.89% | 1.79% | 4.68% | $0.25 | $25.00 | 1st $10,000 processed will be held at 100% reserve, thereafter reserve percent will be reduced to 10%, cap at 35K | got capped again 9/29 | 6/3/2014 | | | | | | | | -565.32 | -6162.94 | -2104.49 | -1946.07 | -4040.68 | -4295.5 |
| Whitening Coach | Eureka Payments - Scott Bartlett | Brookville Lane, LLC | 5541350219046201 | $50,000 | 4.68% | | 4.68% | $0.25 | $25.00 | 10% upfront, 10% reserve up to 40-75% of first $50k set after 3 months | | 2/13/2015 | | | | | | | | | | | | | | |
| Dec | | #REF! | | | | | | | | | | | | | | | | | | | | | | | | |
| Jan | | #REF! | | | | | | | | | | | | | | | | | | | | | | | | |
| Mar | | #REF! | | | | | | | | | | | | | | | | | | | | | | | | |
| May | | #REF! | | | | | | | | | | | | | | | | | | | | | | | | |
| June | | | | | | | | | | | | | | | | | | | | | | | | | | |

Closed reserves due

Reserves & Fees_2014 (1).xlsx

| | 2015 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dec | Jan | Feb | March | April | May | June | July | Aug | sept | Oct | Nov | Dec | Jan | Feb | march | April | Total Reserves Held | | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | | | | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | | $ (98,252.39) | Unable to verify reserve release | | | | | | | | | | | | |
| -1478.12 | -2297.31 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | | $ (5,433.35) | Unable to verify reserve release | | | | | | | | | | | | |
| -1258.12 | -566.15 | -653.56 | -1009.97 | -1207.06 | -1271.59 | -940.91 | -897.5 | -874.61 | -679.11 | -799.78 | -441.95 | -1350.49 | -816.94 | -738.05 | -916.9 | -1261.46 | -2345.19 | -2766.72 | $ (21,160.07) | | | | | | | | | | | |
| | | 0 | -886.6 | -440.45 | -289.61 | -77.57 | -374.57 | -919.03 | -910.18 | -1012.68 | -1272.02 | -1748.79 | 1897.33 | -1830.28 | -1861.9 | -1763.22 | -1614.61 | | $ (13,104.18) | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | -2014.79 | $ (1,912.88) | -145.15 | -1001.52 | | | | | | |
| | | | | | | | | | | | | | | | | | | | -352.54 | -221.43 | -430.04 | | $ (1,004.01) | 1469.31 | | | | | | |
| -3442.21 | -5177.82 | -3159.14 | -5784.93 | -4577.44 | -4090.28 | -3034.47 | -2616.15 | -2823.91 | -2484.25 | -1883.65 | -4092.1 | 25897.04 | -4623.36 | -4732.06 | -5806.43 | -5294.91 | -6426.94 | -3848.18 | -7067.47 | -8834.78 | | $ (79,307.81) | | | | | | | | |
| -4221.36 | -4394.96 | -4038.72 | -3413.53 | -2587.12 | -1690.51 | -1349.78 | -2400.39 | -2360.89 | -2535.85 | -2515.07 | -3967.25 | 5927.7 | -4484.16 | -2717.33 | -4115.2 | -4023.28 | -4078.11 | -3385.63 | -4154.87 | -3146.11 | -549 | $ (71,064.64) | | | | | | | | |
| -1085.21 | -1255.32 | -1386.38 | -1291.74 | -1026.5 | -832.8 | -1357 | -1321.9 | -1561.77 | -1098.74 | -758.6 | -1429.41 | -1833.23 | -973.36 | -920.27 | -2243.68 | -3331.02 | -3951.87 | -3999.05 | -4380.75 | -3708.31 | -3309.54 | $ (48,476.24) | | | | | | | | |
| | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | | | | | $ - | | | | | | | | |
| | 0 | -0.05 | -262.6 | -254.93 | -174.44 | -120.14 | -148.55 | -171.47 | -164.83 | -149.19 | -189.86 | -185.94 | -299.57 | -308.88 | -1780.65 | -891.89 | -1345.54 | -2866.9 | -2991.47 | -4171.88 | -3383.07 | -3802.78 | $ (23,664.63) | | | | | | | |
| | | | -0.22 | -138.47 | -136.7 | -82.71 | -481.31 | -295.24 | -185.8 | -242.71 | -344.21 | -327.79 | -2281.31 | -2968 | -2729.51 | -3424.03 | -3243.06 | -2361.84 | -3822.43 | -3463.95 | -22.3 | | $ (26,551.59) | | | | | | | |
| | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | | | | | | | | $ - | | | | | | | |
| | | | | | | | | | | | -0.18 | -11.97 | -11.7 | -6.18 | -1.2 | -5.75 | -6.78 | -62.96 | -136.36 | -122.69 | -184.08 | | $ (549.85) | | | | | | | |
| | | | -0.15 | -676.86 | -479.33 | -226.17 | -581.5 | -435.97 | -550.89 | -411.61 | -387.38 | -676.95 | -675.92 | -541.52 | -2287.87 | -935.21 | -1525.7 | -2075.66 | -2437 | 0 | 0 | | | ##### | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | ##### | | | | | |
| | | | | | | | | | | | | | | | | -596.91 | -896.58 | -1034.73 | -1663.91 | -3490.18 | -3890.85 | -5751.87 | -5378.81 | -1574.18 | ##### | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | ##### | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | ##### | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | ##### | | | | | |
| | 0 | -936.7 | -802.94 | -597.23 | -351.75 | -459.12 | -740.51 | -1797.48 | -1259.02 | -994.44 | -1275.35 | -4230.79 | -3915.11 | -3653.02 | -2782.11 | -6118.57 | 0 | -188.62 | 0 | | | | | | ##### | | | | | |
| -849.3 | -902.67 | -759.54 | -1017.37 | -738.03 | -546.21 | -523.23 | -444.55 | -9.34 | -696.69 | -51.17 | -312.51 | -1153.03 | -98.14 | -679.58 | -1940.46 | -2520.38 | -3312.34 | -2352.12 | -6680.94 | -3370.26 | -4692.47 | -4919.72 | -4076.31 | -354.99 | -110.17 | -54.66 | ##### | | | |
| | | | | | | | | | | | | | | | | | | | | | -73.16 | -2698.66 | -1041.81 | -102.41 | -37.24 | -37.24 | -9.31 | | ##### | 5077.35 (3/ |
| -108.5 | -4966.34 | -4074.57 | -5769.93 | -3044.32 | -4736.67 | -2299.67 | 0 | 0 | 0 | 0 | 0 | | | | | | | | | | | | | | | | | | ##### | 5956.77 (3/ |
| -4283.08 | -4773.94 | -4250.71 | -3088.28 | -2291.09 | -2097.1 | -1489.21 | -3725.6 | -3020.91 | -2240.98 | 0 | 0 | 0 | 0 | 0 | | | | | | | | | | | 0 | 0 | 0 | 0 | ##### | 5476.40 (3/ |
| | 0 | -10612.36 | -1483.25 | -929.35 | -830.18 | -709.4 | -891.76 | -1713.46 | -1601.86 | -1025.8 | -1716.68 | -3531.54 | -4406.51 | -4482.3 | -4005.83 | -4347.25 | -4520.33 | -3827.08 | -4592.22 | -4664.37 | -4270.8 | -4451.89 | 22923.15 | 0 | | | | | ##### | 50000 (3/8 |

Closed reserves due

PX17 Attachment AU-4

Reserves & Fees_2014 (1).xlsx

| Product | Broker | Reseller | Bank | Mid # | Cap | Qual rate | NQ Rate | NQ Total Rate | Trans Fee | CB Fee | Reserve Terms | Notes | Account Live Date | Closed Month | 2013 Balance | 2014 Balance | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bella at Home | PayKings-Paul | Brand Force | Deutsche Bank | 272400395872 | $ 50,000 | 4.40% | 1.45% | 5.85% | $0.29 | $30.00 | 10% upfront and 10% rolling reserve 6 Months | get money in February | 6/25/2014 | 7/1/2014 | | -1567.14 | |
| Bella at Home | PayKings-Paul | Brand Force | Deutsche Bank | 272400395849 | $ 50,000 | 4.40% | 1.45% | 5.85% | $0.29 | $30.00 | 10% upfront and 10% rolling reserve 6 Months | get money in February | 6/25/2014 | 7/1/2014 | -95.37 | -1549.14 | |
| Blizzard White | Meritus - Brittney Amos | Newport Crossing | Woodforest | 5482984000081515 | $ 50,000 | 3.75% | 1.74% | 5.49% | $0.30 | $25.00 | 6% rolling reserve 6 Months | get money back in oct | 10/31/2014 | 1/27/2015 | | | |
| Blizzard White | PayKings-Paul | Snow Sale | Deutsche Bank | 272400381906 | $ 50,000 | 3.99% | 1.95% | 5.94% | $0.29 | $30.00 | 15% of processed until $50k is reached then 10% rolling 6 month reserve | get money in March | 4/30/2014 | 9/1/2014 | -1632.12 | -53689.19 | |
| Blizzard White | PayKings-Paul | Snow Sale | Deutsche Bank | 272400390428 | $ 50,000 | 3.99% | 1.95% | 5.94% | $0.29 | $30.00 | 15% of processed until $50k is reached then 10% rolling 6 month reserve | get money in March | 2/1/2014 | 9/1/2014 | | -30945.32 | |
| Blizzard White | Humboldt- Leonard | Solid Ice | Harris | 897201496881 | $ 50,000 | 4.00% | 1.99% | 5.99% | $0.30 | $25.00 | 10% of processed until $25k is reached | get money back sept | 7/1/2014 | 3/17/2015 | | | |
| Circle of youth | Humboldt- Leonard | Brookville Lane, LLC | Harris | 897202758883 | $ 25,000 | 4.00% | 1.99% | 5.99% | $0.30 | $25.00 | | get money in sept | 2/5/2015 | 3/23/2015 | | | |
| Dental Pro at Home | Meritus - Brittney Amos | Flat Iron Avenue, LLC | Woodforest | 5482984000081523 | $ 50,000 | 3.75% | 1.84% | 5.59% | $0.30 | $25.00 | 6% rolling reserve 6 Months | get money back in oct | 10/29/2014 | 1/27/2015 | | | |
| Dental Pro at Home | Choice Merchant Solutions - Marc | Night Watch Group, LLC | Harris | 500000112389 | $ 50,000 | 5.95% | | 5.95% | $0.25 | $45.00 | | get money march/june | 6/10/2014 | 9/1/2014 | | | |
| Dental Pro at Home | Alliance - Seth Proper | Snow Sale | Harris | 897201526885 | $ 50,000 | 3.25% | 1.24% | 4.49% | $0.25 | $25.00 | 10% of processed until $25k is reached | get money sept/Dec | 6/20/2014 | 3/17/2015 | | | |
| Dental Pro at Home | GMA - Tony Runestad and Trey Smith | Thunder Avenue | Harris | 3899000002638482 | $ 50,000 | 4.28% | | 4.28% | $0.25 | $25.00 | 10% of processed | get money june/aug | 6/6/2014 | 11/1/2014 | | | |
| Dental Pro at Home | PayKings-Paul | University and Folsom | Deutsche Bank | 272400395468 | $ 50,000 | 3.99% | 1.95% | 5.94% | $0.29 | $30.00 | 10% upfront and 10% rolling reserve 6 Months | get money in March | 6/19/2014 | 9/1/2014 | | -4842.57 | |
| Dental Pro at Home | PayKings-Paul | University and Folsom | Deutsche Bank | 272400395054 | $ 50,000 | 3.99% | 1.95% | 5.94% | $0.29 | $30.00 | 10% upfront and 10% rolling reserve 6 Months | get money in March | 6/19/2014 | 9/1/2014 | | -4891.07 | |
| First Class Whitening | Meritus - Brittney Amos | Brookville Lane, LLC | Woodforest | 5482984000080640 | $ 50,000 | 3.80% | 5.60% | 9.40% | $0.30 | $25.00 | 6% rolling reserve 6 Months | get money back in oct | 9/24/2014 | 1/27/2015 | | | |
| First Class Whitening | PayKings-Paul | Thunder Avenue | Deutsche Bank | 272400384108 | $ 50,000 | 3.99% | 1.95% | 5.94% | $0.29 | $30.00 | 15% of processed until $50k is reached then 10% rolling 6 month reserve | get money in March | 3/6/2014 | 9/1/2014 | -706.21 | -38492.55 | |
| Genuine White | PayKings-Paul | Bridge Ford | Deutsche Bank | 272400394172 | $ 50,000 | 4.40% | 1.45% | 5.85% | $0.29 | $30.00 | 10% upfront and 10% rolling reserve 6 Months | get money in March | 6/11/2014 | 9/1/2014 | -2385.29 | -10541.18 | |
| Genuine White | PayKings-Paul | Bridge Ford | Deutsche Bank | 272400394115 | $ 50,000 | 4.40% | 1.45% | 5.85% | $0.29 | $30.00 | 10% upfront and 10% rolling reserve 6 Months | get money in March | 6/11/2014 | 9/1/2014 | | -10819.07 | |
| Ivory Pro | Alliance - Seth | Brookville Lane, LLC | Harris | 897201910881 | $ 25,000 | 3.99% | 1.89% | 5.88% | $0.25 | $25.00 | 10% to $12,500 | get money sept/Dec | 9/22/2014 | 3/17/2015 | | | |
| Ivory Pro | Meritus - Brittney Amos | Mint House | Woodforest | 5482984000083719 | $ 50,000 | 5.49% | | 5.49% | $0.30 | $25.00 | 6% rolling reserve 6 Months | get money back in oct | 1/9/2015 | 1/26/2015 | | | |
| Ivory Pro | PayKings-Paul | Solid Ice | Deutsche Bank | 272400395542O1 | $ 50,000 | 4.40% | 1.45% | 5.85% | $0.29 | $30.00 | 10% upfront and 10% rolling reserve 6 Months | get money in March | 6/20/2014 | 9/1/2014 | -583.62 | -4101.02 | |
| IvoryPro | VoltagePay-David | Solid Ice | Deutsche Bank | 272400367913 | $ 50,000 | | | 0.00% | $0.25 | $30.00 | 10% upfront and 10% rolling reserve 6 Months | get money in April | 6/20/2014 | 9/1/2014 | | -51859.88 | |
| Sedona Beauty | Humboldt- Leonard | Brookville Lane, LLC | Harris | 897202759881 | $ 25,000 | 4.00% | 1.99% | 5.99% | $0.30 | $25.00 | 10% 6 month rolling | get money in sept | 2/9/2015 | 3/23/2015 | | | |
| Smile Pro Direct | PayKings-Paul | Brass Triangle | Deutsche Bank | 272400393265 | $ 50,000 | 3.55% | 1.95% | 5.50% | $0.29 | $30.00 | 15% of processed until $50k is reached then 10% rolling 6 month reserve | get money in March | 5/28/2014 | 7/1/2014 | -1365.58 | -14019.43 | |
| Smile Pro Direct | PayKings-Paul | Brass Triangle | Deutsche Bank | 272400375973 | $ 50,000 | 3.55% | 1.95% | 5.50% | $0.29 | $30.00 | 15% of processed until $50k is reached then 10% rolling 6 month reserve | get money in March | 10/26/2013 | 9/1/2014 | -1954.77 | -90432.26 | |
| Smile Pro Direct | Viking Capital Matt and Clinton | Snow Sale | Harris | 295373559885 | $ 25,000 | 5.00% | 1.00% | 6.00% | $0.35 | $25.00 | 15% of processed until $25k is reached | get money june/aug | 3/1/2014 | 11/1/2014 | | | |
| Spark Whitening | Choice Merchant Solutions - Marc | Indigo Systems | Harris | 500000112454 | $ 40,000 | 5.95% | | 5.95% | | $45.00 | 10% of processed | get money may/aug | 6/18/2014 | 11/1/2014 | | | |
| Spark Whitening | Alliance - Seth Proper | University and Folsom | Harris | 897201516886 | $ 25,000 | 3.25% | 1.24% | 4.49% | $0.25 | $25.00 | 10% of processed until $12.5k is reached | get money sept/Dec | 6/19/2014 | 3/17/2015 | | | |
| Spark Whitening | Viking - Matt and Clinton | Wild Farms | Harris | 295378407882 | $ 50,000 | 4.25% | | 4.25% | $0.25 | $25.00 | 15% of processed until $50k is reached | get money july/oct | 10/24/2014 | 1/1/2015 | | | |
| Titan White | PayKings-Paul | How and Why | Deutsche Bank | 272400393281O1 | $ 50,000 | 4.40% | 1.45% | 5.85% | $0.29 | $30.00 | 15% of processed until $50k is reached then 10% rolling 6 month reserve | get money in February | 5/28/2014 | 7/1/2014 | -199.53 | -6812.06 | |
| Titan White | PayKings-Paul | How and Why | Deutsche Bank | 272400387473 | $ 50,000 | 4.40% | 1.45% | 5.85% | $0.29 | $30.00 | 15% of processed until $50k is reached then 10% rolling 6 month reserve | get money in March | 4/9/2014 | 9/1/2014 | -3118.32 | -30220.39 | |
| Titan White | Meritus - Brittney Amos | Solid Ice | Woodforest | 5482984000801318 | $ 50,000 | 3.50% | 1.80% | 5.30% | $0.30 | $35.00 | 6% 6 month rolling | get money back in oct | 8/1/2012 | 1/27/2015 | -6664.42 | | -187.77 |
| Titan White | Supreme Payments - Sherif Khalil | University and Folsom | US Bank | 8027621484 | $ 40,000 | 4.00% | | 4.00% | $0.35 | $15.00 | n/a-call tix # 1010 | No reserves-holding funds | 10/3/2014 | 1/1/2015 | | | |
| Bella at Home | Alliance - Seth Proper | Brand Force | Harris | 897201577888 | $ 50,000 | 3.25% | 4.49% | 7.74% | $0.25 | $40.00 | 10% of processed until $25k is reached | get money nov/feb | 7/3/2014 | 5/5/2015 | | | |
| Ivory Pro | Viking Capital Matt and Clinton | Bridge Ford | Harris | 295375045883 | $ 25,000 | 4.25% | 0.74% | 4.99% | $0.25 | $20.00 | 20% of processed until $25k is reached | get money nov/feb | 6/10/2014 | 5/27/2015 | | | |
| Genuine White | Humboldt- Leonard | Greenville Creek, LLC | Harris | 897201891883 | $ 25,000 | 4.00% | 1.99% | 5.99% | $0.30 | $25.00 | 10% of processed until $12.5k is reached | Get money in Dec | 9/16/2014 | 6/15/2015 | | | |
| Genuine White | Meritus - Brittney Amos | Night Watch Group, LLC | Woodforest | 5482984000080517 | $ 50,000 | 3.59% | 1.50% | 5.09% | $0.30 | $25.00 | 6% rolling reserve 6 Months | get money back in oct | 8/26/2014 | 1/27/2015 | | | |
| Whitening Trend | Supreme Payments - Sherif Khalil | Bridge Ford, LLC | US Bank | 8027650616 | $ 40,000 | 4.00% | | 4.00% | $0.35 | $15.00 | n/a | no reserve at US Bank | 10/31/2014 | | | | |
| Action Pro White | Humboldt -leonard | Brass Triangle | Harris | 897201786885 | $ 50,000 | 4.00% | 1.99% | 5.99% | $0.30 | $25.00 | 10% of processed until $25k is reached | get money in Dec | 8/22/2014 | 6/15/2015 | | | |
| Bella at Home | Meritus - Brittney Amos | Indigo Systems, LLC | Woodforest | 897201786885 | $ 50,000 | 3.59% | 1.50% | 5.09% | $0.30 | $25.00 | 6% rolling reserve 6 Months | get money back in oct | 8/22/2014 | 1/27/2015 | | | |
| First Class Whitening | Alliance - Seth Proper | Flat Iron Avenue, LLC | Harris | 897202111885 | $ 25,000 | 3.99% | 1.89% | 5.88% | $0.25 | $25.00 | 10% of processed until $12.5k is reached | get money Dec | 10/29/2014 | 6/15/2015 | | | |
| First Class Whitening | Vantiv | Newport Crossing | Vantiv Litte | 9179872 | $ 50,000 | 2.90% | 0.00% | 2.90% | $0.20 | $15.00 | no reserve | | 9/30/2015 | 2/20/2016 | | | |
| Genuine White | Vantiv | 3 Lakes | Vantiv Litte | 9196349 | $ 50,000 | 2.90% | 0.00% | 2.90% | $0.20 | $15.00 | 2% rolling reserve | | 9/30/2015 | 2/20/2016 | | | |
| Innovation White | Viking - Matt and Clinton | Night Watch Group, LLC | Harris | 295378303883 | $ 50,000 | 4.25% | | 4.25% | $0.25 | $20.00 | 15% of processed until $50k is reached | get money in Febuary 2016 | 10/24/2014 | 8/18/2015 | | | |
| Ivory Pro | EPS- Steven Breier | Night Watch Group, LLC | Moneris - Harris | 295381819883 | $ 40,000 | 4.99% | 2.00% | 6.99% | $0.35 | $20.00 | 15% until $40K | get money back in feb | 4/3/2015 | 8/18/2015 | | | |
| Action Pro White | Cambridge Commerce - John | Night Watch Group, LLC | Harris | 897201895884 | $ 20,000 | 3.97% | 1.99% | 5.96% | $0.20 | $25.00 | 10% of processed until $10k is reached | | 9/22/2014 | 10/1/2015 | | | |
| Action Pro White | EPS- Steven Breier | Solid Ice | Moneris - Harris | 295382109888 | $ 50,000 | 5.00% | 1.99% | 6.99% | $0.35 | $20.00 | 15% until $50K | | 4/20/2015 | 11/17/2015 | | | |
| Blizzard White | EPS- Steven Breier | 3 Lakes | Moneris - Harris | 295382039887 | | 5.00% | 1.99% | 6.99% | $0.35 | $20.00 | 15% until 40K | Get $ in May 2016 | 4/14/2015 | 11/13/2015 | | | |
| Blizzard White | Viking - Matt and Clinton | Brookville Lane, LLC | Harris | 295378442889 | $ 50,000 | 4.25% | | 4.25% | $0.25 | $20.00 | 15% of processed until $50k is reached and 3 day funding delay | get $ in April 2016 | 10/24/2014 | 10/30/2015 | | | |
| Blizzard White | Alliance - Seth Proper | Thunder Avenue | Harris | 897201232880 | $ 25,000 | 3.25% | 1.24% | 4.49% | $0.25 | $20.00 | 10% of processed until $12.5k is reached | get money in April 2016 | 5/19/2014 | 10/9/2015 | | | |
| Dental Pro at Home | EPS- Steven Breier | Boulder Creek | Moneris - Harris | 295382154884 | $ 50,000 | 5.00% | 1.99% | 6.99% | $0.35 | $20.00 | 25% until $50K | Get $ in May 2016 | 4/22/2015 | 11/13/2015 | | | |
| Dental Pro at Home | EPS- Steven Breier | Newport Crossing | Moneris - Harris | 295381576889 | $ 50,000 | 4.99% | 1.99% | 6.98% | $0.35 | $20.00 | 15% of processed until $50k | get money in April 2016 | 3/23/2015 | 10/9/2015 | | | |
| First Class Whitening | EPS- Steven Breier | How and Why | Moneris - Harris | 295381761887 | $ 40,000 | 5.00% | 1.99% | 6.99% | $0.35 | $20.00 | 15% until $40K | get $ in April 2016 | 4/6/2015 | 11/15/2015 | | | |
| Genuine White | EPS- Steven Breier | Brookville Lane, LLC | Moneris - Harris | 295381325881 | $ 50,000 | 3.99% | 1.99% | 5.98% | $0.35 | $20.00 | 15% of processed until $50k | get $ in April 2016 | 3/11/2015 | 10/30/2015 | | | |
| Innovation White | Alliance - Seth Proper | Bridge Ford | Harris | 897201369880 | $ 15,000 | 3.25% | 1.24% | 4.49% | $0.25 | $20.00 | 10% of processed until $7.5k is reached | get money in April 2016 | 5/19/2014 | 10/2/2015 | | | |
| Innovation White | EPS- Steven Breier | Wild Farms | Moneris - Harris | 295381800883 | $ 40,000 | 5.00% | 1.99% | 6.99% | $0.35 | $20.00 | 15% until 40K | get $ in April 2016 | 4/6/2015 | 10/20/2015 | | | |
| Smile Pro Direct | Alliance - Seth Proper | Mint House | Harris | 897201197885 | $ 25,000 | 3.99% | 1.89% | 5.88% | $0.25 | $25.00 | 10% of processed until $12.5k is reached | get money in April 2016 | 4/1/2014 | 10/14/2015 | | | |
| Smile Vitalize | EPS- Steven Breier | Greenville Creek, LLC | Moneris - Harris | 295381493887 | $ 50,000 | 4.99% | 1.99% | 6.98% | $0.35 | $20.00 | 15% of processed until $50k | Get $ in May 2016 | 3/25/2015 | 11/13/2015 | | | |
| Smile Vitalize | Alliance - Seth Proper | Night Watch Group, LLC | Harris | 897202036884 | $ 20,000 | 3.99% | 1.89% | 5.88% | $0.25 | $40.00 | 10% of processed until $10k is reached | get money in April 2016 | 10/15/2014 | 10/14/2015 | | | |
| Spark Whitening | EPS- Steven Breier | Mint House | Moneris - Harris | 295381764881 | $ 40,000 | 5.00% | 1.99% | 6.99% | $0.35 | $20.00 | 15% until $40K | Get $ May 2016 | 4/8/2015 | 11/13/2015 | | | |
| Titan White | EPS- Steven Breier | Brand Force | Moneris - Harris | 295382036883 | $ 40,000 | 5.00% | 1.99% | 6.99% | $0.35 | $20.00 | 15% until $40K | Get $ in May 2016 | 4/14/2015 | 11/13/2015 | | | |
| Titan White | EPS- Steven Breier | Brass Triangle | Moneris - Harris | 295381963889 | $ 40,000 | 5.00% | 1.99% | 6.99% | $0.35 | $20.00 | 15% until $40K | Get $ in May 2016 | 4/8/2015 | 11/13/2015 | | | |
| Whitening Coach | EPS- Steven Breier | Flat Iron Avenue, LLC | Moneris - Harris | 295381165881 | $ 50,000 | 3.99% | 1.99% | 5.98% | $0.35 | $20.00 | 15% of processed until $50k | Get $ in May 2016 | 3/9/2015 | 11/13/2015 | | | |
| Ivory Pro | Group ISO-Emily | 3 Lakes | Harris | 3899000002899258 | $ 25,000 | 3.50% | 0.00% | 3.50% | $0.25 | $0.25 | 20% rolling | | 8/27/2015 | | | | |
| SBS-University&amp;Folsom-Fortis | | | | | | | | | | | | | | | | | |
| Bella at Home | Merchant Focus-Travis Cynergy | Newport Crossing | Harris | 000002785572 | $ 25,000 | 3.89% | 0.00% | 3.89% | $0.34 | $25.00 | 10% 9 month rolling | Get $ in Sept 2016 | 2/19/2015 | 3/23/2016 | | | |
| Ivory Pro | Group ISO-Emily | 3 Lakes | Harris | 3899000002899258 | $ 25,000 | 3.50% | 0.00% | 3.50% | $0.25 | $0.25 | 20% rolling | | 8/27/2015 | | | | |
| Blizzard White | Cynergy Merchant Focus | Indigo Systems | Harris | 000002747846 | $ 25,000 | 3.89% | | 3.89% | $0.34 | $35.00 | 10% of each gross deposit | | 12/18/2014 | 10/2/2016 | | | |
| Action Pro White | GMA - Tony Runestad and Trey Smith | Solid Ice | Harris | 3899000002327080 | $ 50,000 | 4.28% | | 4.28% | $0.25 | $35.00 | witholding 10% from each gross deposit | | 1/1/2013 | 9/7/? | -22293.7 | | -2147.3 |
| Titan White | Viking Capital Matt and Clinton | Mint House | Harris | 295373724885 | $ 50,000 | 7.95% | | 7.95% | $0.25 | $20.00 | 15% of processed until $50k is reached | | 4/1/2014 | | | | |

Closed reserves received

Reserves & Fees_2014 (1).xlsx

| Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | March | April | May | June | July | Aug | sept | Oct | Total Reserves Held |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 1067.14 | | 0 | 500 | | | | | | | | | $ - |
| | | | | | | | | | 1049.14 | | 0 | 595.37 | | | | | | | | | $ - |
| | | | | | | | | -0.4 | -130.36 | -2877.39 | -2191.41 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | $ (5,199.56) |
| | | | | | | | | | 18689.19 | | 0 | 36132.12 | 500 | | | | | | 0 | | $ (0.00) |
| | | | | | | | | | 5945.32 | | 0 | 25897.13 | 0 | 500 | 0 | 0 | 0 | 0 | 0 | | $ 1,397.13 |
| | | | | | -613.62 | -4381.39 | -3132.02 | -4020.39 | -4032.62 | -3010.77 | -4115.96 | -1836.17 | 0 | 0 | 0 | 0 | 0 | 0 | 36600 | | $ 11,457.06 |
| | | | | | | | | | | | 0 | -0.24 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | $ (0.24) |
| | | | | | | | | | | | 0 | 0 | 0 | 189.95 | 0 | 0 | 0 | 0 | 0 | | $ (2,111.96) |
| | | | | | -24.06 | -532.5 | -695.9 | | -0.4 | -89.81 | -1273.27 | -938.43 | 0 | 1252.46 | 695.9 | | | | | | $ 695.90 |
| | | | | | -2.98 | -404.45 | -1513.85 | -3502.94 | -3824.97 | -3293.88 | -3425.33 | -2733.75 | -3193.58 | -1134.36 | 0 | 0 | 0 | 0 | 28300 | | $ 5,269.91 |
| | | | | | -45.61 | -1387.17 | -2067.96 | -3892.51 | -4012.72 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | $ (11,405.97) |
| | | | | | | | | | 1842.57 | | 0 | 5163.28 | 0 | 774.16 | | | | | | | $ 2,937.44 |
| | | | | | | | | | 1891.07 | | 0 | 5038.17 | 0 | 778.06 | | | | | | | $ 2,816.23 |
| | | | | | | | | -675.95 | -587.2 | -1404.22 | -1682.17 | | 0 | 0 | 0 | 0 | 0 | 0 | | | $ (4,349.54) |
| | | | | | | | | | 28492.55 | | 0 | 10206.21 | 500 | | | | | | | | $ (0.00) |
| | | | | | | | | | 2541.18 | | 0 | 10045.61 | 339.68 | | | | | | | | $ - |
| | | | | | | | | | 18689.19 | | 0 | 9661.07 | 0 | 680.47 | | | | | | | $ 18,211.66 |
| | | | | | | -0.45 | -614.25 | -838.06 | -841.09 | -526.66 | -776.33 | -219.24 | 0 | 0 | 0 | 0 | 7900 | | | | $ 4,083.92 |
| | | | | | | | | | | -752.41 | | 0 | 0 | 0 | 0 | 0 | 0 | | | | $ (752.41) |
| | | | | | | | | | 2812.88 | | 0 | 2488.21 | 500 | | | | | | | | $ 1,116.45 |
| | | | | | | | | | 29859.88 | | 0 | | 0 | 22386.51 | | | | | | | $ 386.51 |
| | | | | | | | | | | | 0 | -144.09 | -4.33 | 0 | 0 | 0 | 0 | 570.78 | | | $ 422.36 |
| | | | | | | | | | 10019.43 | | 0 | 4865.58 | 500 | | | | | | | | $ - |
| | | | | | | | | | 35432.26 | | 0 | 56454.77 | 500 | | | | | | | | $ - |
| | -1173.9 | -6431.25 | -2338.61 | -328.17 | -7212.25 | -5669.97 | -4890.11 | -2060.96 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | $ (30,105.22) |
| | | | | -52.06 | -1502.05 | -2286.17 | 0 | | | | 0 | 3840.28 | 2286.17 | | | | | | | | $ 2,286.17 |
| | | | | -64.97 | -1367.85 | -2021.01 | -179.74 | -1618.11 | -1952.75 | -1599.47 | -1807.15 | -1994.17 | 0 | 0 | -1427.36 | 0 | 0 | 30089.39 | | | $ 16,056.81 |
| | | | | | | | | | -143.95 | -1599.47 | -963.01 | 0 | -963.01 | 0 | 0 | 0 | | | | | $ (3,669.44) |
| | | | | | | | | | 3812.06 | | 0 | 3199.53 | | | | | | | | | $ - |
| | | | | | | | | | 5220.9 | | 0 | 27522.86 | 594.95 | | | | | | | | $ 0.00 |
| -135.27 | -1072.45 | 844.47 | -2891.37 | -2960.92 | -2685.58 | -1184.87 | 3667.96 | 4473.12 | -1518.62 | 1430.07 | -225.72 | 1205.71 | 0 | 2995.14 | 0 | 0 | 0 | 0 | 0 | | $ (4,910.52) |
| | | | | | | -2471.61 | | | | | 0 | | 2471.61 | | | | | | | | $ - |
| | | | | | -912.35 | -2355.12 | -2900.15 | 2986.45 | -2589.21 | -1554.87 | -2416.82 | -1564.98 | -3629.14 | -2686.4 | 0 | 0 | 0 | 0 | 0 | | $ (17,622.58) |
| | | | | -1249.56 | -2105.81 | -1482.77 | -2536.84 | -2865.28 | -2493.95 | -2241.95 | -1185.7 | -1032.81 | -1196.13 | -1435 | 0 | 0 | 0 | 0 | 0 | | $ (19,825.84) |
| | | | | | | | -0.33 | -173.66 | -570.69 | -1256.28 | -1486.35 | -1832.99 | -1773.22 | -1467.6 | -1297.64 | -67 | 0 | 0 | 0 | | $ (9,925.78) |
| | | | | | | | -30.28 | -1606.35 | -1181.75 | -1668.07 | -1130.08 | 1500.93 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| | | | | | | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | ##### |
| | | | | | | | -0.53 | -14.23 | -1714.45 | -1293.55 | -4034.59 | -3217.35 | -2613.69 | -3706.65 | -2902.9 | -3264.81 | -255 | 0 | 0 | | ##### |
| | | | | | | | -224.81 | -4177.15 | -266.98 | -2181.14 | -1478.56 | -2203.75 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | ##### |
| | | | | | | | | | -198.58 | -547.78 | -1083.59 | -1810.67 | -1852.17 | -1444.8 | -1571.29 | -209 | 0 | 0 | 0 | | ##### |
| | | | | | | | | | | | | | | | | | 0 | 0 | 0 | | $ - |
| | | | | | | | | | | | | | | | | | 0 | 0 | 0 | | $ - |
| | | | | | | | -0.73 | -15.24 | -773.88 | -671.95 | -686.64 | -517.96 | -377.72 | -230.53 | -172 | -281 | -610 | 0 | | | ##### |
| | | | | | | | | | | | | 0 | -110.38 | -494.08 | -247 | -138 | -178 | 0 | | | ##### |
| | | | | | | | | -0.45 | -130.36 | -73.32 | -314.07 | -295.07 | -628.8 | -1099.6 | -863.18 | -770.47 | -1068 | -988 | ### | -1076.88 | -20 | 0 | | | | ##### |
| | | | | | | | | | | | | | -2.05 | -449.18 | -509 | -389 | ### | -1328.09 | -654 | | -283.68 | | | | | ##### |
| | | | | | | | | | | | 0 | -0.8 | 0 | -578 | -447 | -252 | -1064.95 | ## | -55 | | ##### |
| | | | | | | | -0.62 | -102.43 | -703.34 | -424.97 | -821.85 | -836.7 | -1252.5 | -737.09 | -583 | -492 | -624 | -952.18 | -917 | | ##### |
| | | | | -76.87 | -2573.09 | -1839.27 | -1765.47 | -1776.87 | -285.07 | -67.52 | -10.52 | -18.86 | 0 | -290.9 | -424.62 | -494.96 | -842 | -860 | -959 | -215.42 | | ##### |
| | | | | | | | | | | | | | -13 | -656.87 | -504 | -331 | -507 | -754.1 | -559 | -152.87 | ##### |
| | | | | | | | | | | | | -101.48 | -834.87 | -604.15 | -573 | -643 | -789 | -1219.23 | -6.9 | 0 | ##### |
| | | | | | | | | | | | | -0.66 | -443.92 | -608.24 | -814 | -960 | -911 | -1197.37 | -972 | -449.54 | -75.38 | -57.6 | -227.45 | ##### |
| | | | | | | | | | | | | -254.44 | -888.4 | -772.55 | -716 | ### | ### | -2782.44 | -878 | | ##### |
| | | -0.21 | 0 | -268.12 | -688.76 | -507.21 | -1403.1 | -877.92 | -767.81 | -801.62 | -628.88 | -639.21 | -805.85 | -111.31 | 0 | 0 | 0 | | | | ##### |
| | | | | | | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | -58.97 | -29 | -36000 | ##### |
| | | -923.12 | -2625.84 | -2104.98 | -1729.03 | -1889.01 | -1876.54 | -673.66 | -677.82 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | ##### |
| | | | | | | | | | | | | -0.19 | -64.59 | -175.07 | -77.9 | ### | -589 | -692.03 | -695 | -235.55 | ##### |
| | | | | | | | -28.51 | -131.83 | -254.95 | -879.42 | -1120.61 | -743.92 | -606.03 | -614.96 | -296 | ### | -642 | -251.38 | | | ##### |
| | | | | | | | | | | | 0 | -609.01 | -396.13 | -325 | -804 | ### | -735.38 | ## | -92.06 | | ##### |
| | | | | | | | | | | | 0 | -0.8 | -288.08 | -101 | -367 | -360 | -257.74 | -414 | -28.1 | | ##### |
| | | | | | | | | | | | 0 | -399.48 | -407.19 | -75.1 | -320 | -321 | -452.85 | -425 | -24.96 | | ##### |
| | | | | | | | | | | | -110.92 | -682.89 | -583.23 | -552 | -599 | -847 | -884.34 | -745 | -798.27 | | ##### |
| | | | | | | | | | | | | | | | | 0 | -49.61 | -932 | -634.94 | -248.18 | -143.24 | -103.15 | -1200.98 | -517.07 | -1314.67 | -837.72 | ##### |
| | | | | | | | | | | | -0.67 | -762.11 | -304.34 | -286.72 | -433 | -416 | -835 | -817.1 | -330 | -3547.17 | -2628.89 | -2737.6 | -2954.95 | | | | | |
| | | | | | | | | | | | | | 0 | -49.61 | -932 | -634.94 | -248.18 | -143.24 | -103.15 | -1200.98 | -517.07 | -1314.67 | -837.72 | ##### |
| | | | | | | | | -296.16 | -419.03 | -1516.72 | -2084.5 | -1030.5 | -906 | -889 | -926 | -731.12 | -925 | -1909.72 | -1788.08 | -1622.83 | -1879.69 | -1765.9 | -1763.81 | -1414.68 | -1658.69 | -2051.34 | ##### |
| -763.68 | | | | | | | | | | -2143.01 | -763.68 | 0 | 0 | 0 | 0 | 0 | 0 | 5204.63 | | | ##### |
| | | | -29.03 | -4039.19 | -1857.37 | -2404.93 | -2224.11 | -1469.55 | -875.02 | -832.48 | -1094.91 | -735.37 | -546.67 | -502.31 | -422 | -380 | -434 | -509.37 | -286 | -203.66 | -734.78 | -327.74 | -464.14 | -1257.57 | -788.04 | -1997.2 | -2132.61 | -2615.46 | 2228.61 | ##### |

Closed reserves received