# PX17

# PX17 Attachment AV

# Emails regarding chargebacks and "threats"

| | |
|---|---|
| **From:** | Jenny Johnson <jenny@revlive.net> |
| **Sent:** | Friday, February 10, 2017 9:32 PM |
| **To:** | 'Blair McNea' <bmcnea@gmail.com> |
| **Subject:** | % of threats that chargeback |
| **Attach:** | Threat %.xlsx |

Ok, so I think this is what you are looking for, this breaks out what kind of threats and then shows of all the threats we received, what % became a chargeback. I then broke it down based on if they got a partial refund, full refund or save sale.

I attached all clients, here is Wave Rock. In November of last year there were 9472 interactions, 829 of those made a threat and 68 turned into a chargeback. That's 8.2% that threatened and turned into a chargeback. 1041 of those interactions were a full refund, 665 of those had made a threat and 56 became a chargeback, so 8.42% What you can see if most of your chargebacks are coming from the people getting 100% refunds, so does it make sense to be giving them 100%?

| Name | Total | CBThreat | CBThreat % | BBBThreat | % |
|---|---|---|---|---|---|
| Wave Rock | 9472 | 420 | 4.43% | 166 | |
| 100 | 1041 | 351 | 33.72% | 126 | |
| 75 | 33 | 5 | 15.15% | 0 | |
| 60 | 167 | 9 | 5.39% | 0 | |
| 50 | 37 | 3 | 8.11% | 1 | |
| 35 | 180 | 5 | 2.78% | 3 | |
| 15 | 1 | 0 | 0.00% | 0 | |
| 10 | 72 | 2 | 2.78% | 1 | |
| 18.71 | 14 | 0 | 0.00% | 0 | |
| 9.41 | 310 | 1 | 0.32% | 0 | |
| 0 | 6234 | 24 | 0.38% | 23 | |
| RMA/Clean Cancel | 1383 | 20 | 1.45% | 12 | |

Jenny Johnson - CEO | RevLive
p : 303.218.6617 | skype: jennyfredjohn

| | |
|---|---|
| **From:** | Jenny Johnson <jenny@revlive.net> |
| **Sent:** | Friday, February 10, 2017 9:49 PM |
| **To:** | bmcnea@gmail.com |
| **Subject:** | RE: Walk through threat Cb analysis |

I have my demo with Connect First at this time, can we do 4pm?

Jenny Johnson - CEO | RevLive

p : 303.218.6617 | skype: jennyfredjohn

-----Original Appointment-----
**From:** Google Calendar [mailto:calendar-notification@google.com] **On Behalf Of** Blair McNea
**Sent:** Friday, February 10, 2017 2:48 PM
**To:** jenny@revlive.net; stelios@bluerocketbrands.com; laura@revguard.com
**Subject:** Walk through threat Cb analysis
**When:** Monday, February 13, 2017 3:00 PM-4:00 PM (UTC-07:00) Mountain Time (US & Canada).
**Where:**

Manage all your calendars in one place.
Download the Google Calendar app.


more details »

### Walk through threat Cb analysis

*When*

Mon Feb 13, 2017 3pm – 4pm Mountain Time

*Calendar*

jenny@revlive.net

*Who*

- Blair McNea

- organizer

- stelios@bluerocketbrands.com

- laura@revguard.com

- jenny@revlive.net

Going?

**Yes** -

**Maybe** -

**No** more options »

Invitation from Google Calendar

You are receiving this courtesy email at the account jenny@revlive.net because you are an attendee of this event.

To stop receiving future updates for this event, decline this event. Alternatively you can sign up for a Google account at https://www.google.com/calendar/ and control your notification settings for your entire calendar.

Forwarding this invitation could allow any recipient to modify your RSVP response. Learn More.

 << File: invite.ics >>