# PX17

## PX17 Attachment AX

## Email regarding roles in launching new brand

| | |
|---|---|
| **From:** | Taree Dobie <taree@revguard.net> |
| **Sent:** | Monday, March 18, 2013 7:56 PM |
| **To:** | 'Eric Fry' <eric@convertismarketing.com>; 'Danielle' <danielle@convertismarketing.com>; 'Emily Springmann' <emily@revguard.net>; 'Mark Santiago' <mark@convertismarketing.com>; christy@convertismarketing.com; goodman@convertismarketing.com; 'Megan Nosel' <megan@convertismarketing.com>; abby@convertismarketing.com; 'Sue Laurent' <sue@convertismarketing.com>; jenny@revmountain.com; blair@convertismarketing.com; 'Colin Campbell' <colin@echelondata.com>; 'Ryan McWilliams' <ryan@convertismarketing.com> |
| **Subject:** | RE: First Class Whitening - Launch Checklist |

Hi Everyone,

Just an update on FCW – I spoke with Emily about getting First Class live on OCO we're about a week out. Right now Ryan has all his attention focused on the Limelight cutover for 2.0 and is going to be finished soon. Once that is completed we will get First Class up and running.

Let me know if you have any questions!



Director of Customer Service • 303.218.6665

---

**From:** Eric Fry [mailto:eric@convertismarketing.com]
**Sent:** Monday, March 11, 2013 11:23 AM
**To:** Danielle; Emily Springmann; Mark Santiago; christy@convertismarketing.com; goodman@convertismarketing.com; Taree; 'Megan Nosel'; abby@convertismarketing.com; 'Sue Laurent'; jenny@revmountain.com; blair@convertismarketing.com; 'Colin Campbell'; 'Ryan McWilliams'
**Subject:** First Class Whitening - Launch Checklist

Hello Everyone,
We are looking to launch the new product First Class whitening in 2 weeks (Monday, March 25th).

| 25-Mar | First Class White | Done |
|---|---|---|
| RevGuard | | |
| | Send UK Phone # to Christy/Mark | |
| | OCO | |
| | Web Cancel | |
| | Recordings | |
| | Customer Service Event Codes | |
| | Customer Service Prompts | |
| | | |

| | | |
|---|---|---|
| Design | | |
| | Home Page Designed | |
| | QC Landing Pages | |
| | Design/Build/Test Layouts | |
| Tech (Convertis) | | |
| | Purchase / Setup Rackspace server | |
| | Send Taree Email Addresses | |
| | Create techsupport email alias | |
| | Central Data Feed | |
| | Setup new SSL cert | |
| BizDev | | |
| | SoftSlate Store Setup | |
| | Send Processing PromoIDs (home page and landing page) for FMP | |
| | Send Processing Team Test Order Link | |
| | Setup Redirects | |
| | Setup any necessary fraud filter settings | |
| RevMountain | | |
| | Setup Upsells | |
| Product Development | | |
| | Order Product/Confirm Delivery Date | |
| | Send Warehouse Kit List | |
| | Confirm Warehouse(s) is/are ready for traffic | |
| Processing | | |
| | Build Live and Homepage Promo IDs in FMP | |
| | Gateways setup in Excalibur | |
| | Verifi Setup and VBV | |
| | Verifi activate account | |
| | Place Live Test Orders on new accounts | |
| | QC Main Pages | |
| Accounting | | |
| | Confirm bank accounts are setup | |
| Colin | | |
| | Product set to ship from correct warehouse | |
| | All Completes/Incompletes flowing to RevMountain | |
| | US Completes flowing to USAB | |
| | CA/UK Completes flowing to Aragon | |

Thank you,
Eric Fry
303.218.6621
Skype: bennington.fry
Convertis Marketing LLC