# PX17

# PX17 Attachment AY

# Emails regarding presentation

**From:** Kirill Kniazev <kirill@revguard.com>
**Sent:** Wednesday, March 22, 2017 4:10 PM
**To:** Walter Long <walter@revguard.com>
**Cc:** Blair Gmail (bmcnea@gmail.com)
**Subject:** RE: RevGuard and CB911

---

Walter,

I believe these points are addressed on the deck I sent. Am I misunderstanding?

By what % does personalized, automated CS lower chargebacks?
By what % does personalized web interactions lower chargebacks?

- 23% -- the impact of OCO on the typical customer -- slide 18

On point 2, it mentions personalized, automated CS reduces hold times and on point 4, it mentions it eliminates hold times.

- eliminate hold times - Slide 14 / reduce hold times 3-10 mins to 0 - Slide 16

What impact does personalized, automated CS have on abandon rates?
- 1% Abandons vs 6-9% - slide 14

Thank you,
Kirill Kniazev
*Marketing Director*
Skype: srdkirill

rglogo_xs
RevGuard increases your Customer Lifetime Value (CLV). We do this by **increasing your revenue**, **lowering your costs and chargebacks**. It's our unending mission...to make you more money and lower chargebacks.

RevGuard | FB | LI | TW | Read our blog for awesome tips.

---

**From:** Walter Long
**Sent:** Wednesday, March 22, 2017 9:57 AM
**To:** Kirill Kniazev <kirill@revguard.com>
**Subject:** FW: RevGuard and CB911

Sent this last month.

Do we have any more specifics? I think the webinar is lacking in this area which would show a lot of value to attendees.

Walter Long RevGuard Skype: revguard_wl
o: 303.218.6623 c: 720.231.5850 RevGuard.net

rglogo_xs
RevGuard increases your Customer Lifetime Value (CLV). We do this by **increasing your revenue**, **lowering your costs and chargebacks**. It's our unending mission...to make you more money and lower chargebacks.

RevGuard | FB | LI | TW | Read our blog for awesome tips.

---

**From:** Walter Long <walter@revguard.com>
**Date:** Tuesday, February 28, 2017 at 12:30 PM
**To:** Kirill Kniazev <kirill@revguard.com>
**Cc:** Blair McNea <blair@revguard.com>, Laura Turner <laura@revguard.com>
**Subject:** Re: RevGuard and CB911

It would be ideal to include some specific metrics to give this some meat.

Such as:
By what % does personalized, automated CS lower chargebacks?
On point 2, it mentions personalized, automated CS reduces hold times and on point 4, it mentions it eliminates hold times.
What impact does personalized, automated CS have on abandon rates?

By what % does personalized web interactions lower chargebacks?

Walter LongRevGuard Skype: revguard_wlo: 303.218.6623 c: 720.231.5850 RevGuard.net

rglogo_xs
RevGuard increases your Customer Lifetime Value (CLV). We do this by **increasing your revenue**, **lowering your costs and chargebacks**. It's our unending mission...to make you more money and lower chargebacks.

RevGuard | FB | LI | TW | Read our blog for awesome tips.

---

**From:** Kirill Kniazev <kirill@revguard.com>
**Date:** Tuesday, February 28, 2017 at 11:15 AM
**To:** Walter Long <walter@revguard.com>
**Cc:** Blair McNea <blair@revguard.com>, Laura Turner <laura@revguard.com>
**Subject:** RE: RevGuard and CB911

Hello Walter,

I just spoke with Blair and got his comments on this outline for the CB911 webinar. If you are ok with the title and

outline, I will run this by CB911 today and put together a landing page and marketing materials. We will begin promoting this webinar this week.

Title
**Cut Chargebacks with Fraud Filter and Customer Service**

**Our bullets for landing page:**

- Poor customer service leads to chargebacks
- Advanced IVR and web presence reduces chargebacks
- Tips on optimizing customer service

**Outline of our slides:**

1. Understanding End User Needs
    a. Trial/continuity skin, nutra and muscle
        i. 95% of customers want to cancel
        ii. Have anxiety about CSR interaction
        iii. Preparing for a “fight”
        iv. Make it easier than calling a bank and doing a chargeback
2. Reduce anxiety through personalized, automated customer service
    a. Combine live human CSR with an intelligent automated system
    b. Give ability to 0 out at any time
    c. Decrease call center hold times
3. Why “dummy” IVR isn’t the best choice
    a. No personalization
    b. Feels generic
    c. Typically performs worse than live CSR on its own
4. Advanced, personalized IVR
    a. Creates personal experience
    b. Customized for your brand specifically
    c. Allows brands to optimize customer outcomes
    d. Available 24/7/365
    e. Eliminate hold times
    f. Consistent experience, quality control
5. Advanced personalized web interaction
    a. Personal experience
    b. Customized for your brand
    c. Allows brand to optimize customer outcome, A/b testing
    d. Available 24/7/365
    e. Almost all banks now have web portals
        i. Can do a chargeback on a Capital Bank app
    f. Consistent experience, quality control
    g. Make cancellation process much easier
6. Optimized customer service leads to
    a. Lower chargebacks
    b. Lower refund rate
    c. Lower customer service costs
    d. Increased customer lifetime value