# PX17

# PX17 Attachment AZ

# Charts of companies and owners

2015 Reseller Recap.xlsx

| Reseller | Net Income | K1 1% | | K1 99% | | | 2014 Product |
|---|---|---|---|---|---|---|---|
| Absolutely Working | (30.23) | Megan Nosel | (0.30) | First Class Whitening | (29.93) | WR | 20min |
| Boulder Creek | 45.78 | Steve Vanderburg | 0.46 | Elation White | 45.32 | WPM | bella clear |
| Brand Force | 32.01 | Kelly Clauson | 0.32 | Ivory Pro | 31.69 | WPM | bright fast |
| Brass Triangle | 42.43 | Megan Goodman | 0.42 | Body Tropical | 42.01 | WR | ok |
| Bridge Ford | (67.66) | Emily McEvoy | (0.68) | Dental Pro at Home | (66.98) | WR | Brazilian Skin Secrets |
| Brookville Lane | (174.92) | Brian Arndt | (1.75) | Whitening Trend | (173.17) | SR | ok |
| Desert Gecko | 10.50 | Sarah Austin | 0.10 | Derma Glam | 10.39 | WR | ok |
| Doing Whats Possible | (23.90) | Taree Dobie | (0.24) | Circle of Youth Skincare | (23.66) | WR | Youth EFX |
| Flat Iron Avenue | 49.54 | Rob McEvoy | 0.50 | Pronto White | 49.04 | WPM | ok |
| Greenville Creek | 45.60 | Jenny Johnson | 0.46 | Smile Vitalize | 45.14 | SR | ok |
| How & Why | 45.13 | Mark Santiago | 0.45 | Action Pro White | 44.68 | WR | Hydrawhite |
| Indigo Systems | (18.74) | Ryan Reichenbach | (0.19) | Innovation White | (18.55) | SR | ok |
| Mint House | 89.07 | Danielle Foss | 0.89 | Smile Pro Direct | 88.18 | WR | Minoxigen |
| Newport Crossing | (43.47) | Twyla Ryan | (0.43) | Whitening Coach | (43.04) | SR | ok |
| Night Watch Group | (30.17) | Tony Carson | (0.30) | Genuine White | (29.87) | SR | ok |
| Sandstone Beach | (34.76) | Ryan McWilliams | (0.35) | Sedona Beauty | (34.41) | WR | ok |
| Snow Sale | 149,667.91 | Brian Lint | 1,496.68 | Titan White | 148,171.23 | WR | Sassy Smile |
| Solid Ice | (109.36) | Christy Gould | (1.09) | Skinny IQ | (108.27) | WR | ok |
| Spruce River | (1,887.17) | Jaime Hayden | (18.87) | Hollywood Pro Smile | (1,868.30) | WPM | |
| Three Lakes | (137.51) | Chris Poole | (1.38) | Delight Whitening | (136.13) | WPM | ok |
| Thunder Ave | (20,784.02) | Marnie Baesler | (207.84) | Bella at Home | (20,576.18) | WR | ThinAction |
| University & Folsume | (5.18) | Marnie Baesler | (0.05) | Blizzard White | (5.13) | WR | Ultimate Facial |
| Walnut Street Marketing | (50.42) | Sue Laurent | (0.50) | TrimXT | (49.92) | WPM | BellaBrite |
| Wild Farms | (42.15) | Lindsey Martinez | (0.42) | Spark Whitening | (41.73) | WR | White Flash |
| **Totals** | **126,588.31** | | **1,265.88** | | **125,322.43** | | |

| Parent Company | Net Income | 2014 K1 Ending Capital $ | | | | Reseller K1 Adj | Adjusted Net Income |
|---|---|---|---|---|---|---|---|
| Wave Rock | (280,320.24) | Anasazi - .25% | (700.80) | Turtle Mnt - 99.75% | (279,619.44) | 127,470.20 | (152,850.04) |
| Salamonie River | (35,042.11) | Anasazi - .25% | (87.61) | Turtle Mnt - 99.75% | (34,954.50) | (219.48) | (35,261.59) |
| Wheeler Peak | 9,236.70 | Anasazi - .25% | 23.09 | Turtle Mnt - 99.75% | 9,213.61 | (1,928.29) | 7,308.41 |
| Blue Rocket Brands | 6,982.75 | Anasazi - .25% | 17.46 | Turtle Mnt - 99.75% | 6,965.29 | - | 6,982.75 |
| | | | | | | - | (173,820.47) |

New Product Ownership for Jenny.xlsx

| Reseller | Reseller State | Principal | Product Company | Product State | Parent Product Company |
|---|---|---|---|---|---|
| Brass Triangle | Arizona | Megan Goodman-Arndt | Body Tropical | Arizona | Wave Rock |
| Desert Gecko | Arizona | Sarah Austin | Derma Glam | Arizona | Wave Rock |
| Sandstone Beach | Arizona | Ryan McWilliams | Sedona Beauty | Arizona | Wave Rock |
| Solid Ice | Arizona | Christy Gould | Skinny IQ | Arizona | Wave Rock |
| Absolutely Working | Nevada | Megan Nosel | First Class Whitening | Arizona | Wave Rock |
| Bridge Ford | Nevada | Emily McEvoy | Dental Pro At Home | Arizona | Wave Rock |
| Doing Whats Possible | Nevada | Taree Dobie | Circle of Youth Skincare | Arizona | Wave Rock |
| How & Why | Nevada | Mark Santiago | Action Pro White | Arizona | Wave Rock |
| Flat Iron Avenue | Nevada | Rob McEvoy | Pronto White | Nevada | Wheeler Peak Marketing |
| Thunder Avenue | Colorado | Marnie Baesler | Bella At Home | Arizona | Wave Rock |
| University & Folsom | Colorado | Marnie Baesler | Blizzard White | Arizona | Wave Rock |
| Mint House | Colorado | Danielle Foss | Smile Pro Direct | Arizona | Wave Rock |
| Snow Sale | Colorado | Brian Lint | TitanWhite | Arizona | Wave Rock |
| Walnut Street Marketing | Colorado | Sue Laurent | TrimXT | Nevada | Wheeler Peak Marketing |
| Boulder Creek | Colorado | Steven Vanderburg | Elation White | Nevada | Wheeler Peak Marketing |
| Brand Force | Colorado | Kelly Clauson | Ivory Pro | Nevada | Wheeler Peak Marketing |
| Three Lakes | Nevada | Chris Poole | Delight Whitening | Nevada | Wheeler Peak Marketing |
| Wild Farms | Colorado | Lindsey Martinez | Spark Whitening | Arizona | Wave Rock |
| Jasper Woods | Nevada | Sarah Lauchli | Honest Whitening | Nevada | Wheeler Peak Marketing |
| Spruce River | Nevada | Jaime Hayden | Hollywood Pro Smile | Nevada | Wheeler Peak Marketing |
| Greenville Creek | Indiana | Jenny Johnson | Smile Vitalize | Indiana | Salamonie River |
| Indigo Systems | Indiana | Ryan Reichenbach | Innovation White | Indiana | Salamonie River |
| Night Watch Group | Indiana | Tony Carson | Genuine White | Indiana | Salamonie River |
| Newport Crossing | Indiana | Twyla Ryan | Whitening Coach | Indiana | Salamonie River |
| Brookville Lane | Indiana | Brian Arndt | Whitening Trend | Indiana | Salamonie River |