# PX17

# PX17 Attachment BA

# Emails regarding management of merchant entities

| | |
|---|---|
| **From:** | Ryan McWilliams <ryan@revlive.net> |
| **Sent:** | Wednesday, July 2, 2014 9:54 PM |
| **To:** | ryan@revguard.net |
| **Cc:** | 'Jaime Hayden' <jaime@revguard.net>; mark@revguard.net; blair@revguard.net; jenny@revlive.net |
| **Subject:** | Re: RevLive Integration |

Yeah I saw that, but didnt know the extent of the extra work or if there was some other reasons about lumping Wave Rock and Juniper together. In Mona we have the separated out for reporting purposes.

On that note, how long before I can use one username password for all 3 companies and also can you give me the company id for Convertis, I have the other 2.

Ryan

On 7/2/2014 3:24 PM, Ryan Reichenbach wrote:

> Per my email yesterday, "We could consolidate all the brands to a single company, but that would be a bunch of extra work that would just delay our efforts on this project plus is would require you change the companyID that you send over from Mona."
>
> **From:** Ryan McWilliams [mailto:ryan@revlive.net]
> **Sent:** Wednesday, July 02, 2014 3:00 PM
> **To:** ryan@revguard.net
> **Cc:** 'Jaime Hayden'; mark@revguard.net; blair@revguard.net; jenny@revlive.net
> **Subject:** Re: RevLive Integration
>
> Can we not lump all of these into the same company?
>
> Blair or Jenny?
>
> Ryan
>
> On 7/2/2014 1:56 PM, Ryan Reichenbach wrote:
>
>> Ryan, we can make it so that the apiusername and apipassword are the same for all three companies so that you wouldn't have to configure that differently for each company, but the companyID would still need to change to align with the different companies in the RevGuard DB.
>>
>> Let us know if you want us to do this and let us know what you would like to use for the apiusername and apipassword.
>>
>> The password has PCI compliance requirements that it be at least 8 characters long with at least one capital letter and one number.
>>
>> **From:** Jaime Hayden [mailto:jaime@revguard.net]
>> **Sent:** Wednesday, July 02, 2014 1:52 PM
>> **To:** 'Ryan McWilliams'
>> **Cc:** ryan@revguard.net; mark@revguard.net; blair@revguard.net; jenny@revlive.net
>> **Subject:** RE: RevLive Integration
>>
>> Password is incorrect, should be. W@v3rock
>>
>> Jaime
>>
>> Jaime Hayden
>> Senior Development Engineer
>> jaime@revguard.net
>> RevGuard, Inc.
>> http://www.revguard.net
>>
>> **From:** Ryan McWilliams [mailto:ryan@revlive.net]
>> **Sent:** Wednesday, July 02, 2014 1:42 PM
>> **To:** Jaime Hayden
>> **Cc:** ryan@revguard.net; mark@revguard.net; blair@revguard.net; jenny@revlive.net
>> **Subject:** Re: RevLive Integration
>>
>> If I go here
>>
>> https://staging.revguard.net/csrapi/callapiCSR.php
>>
>> and enter

```
{"authentication":[{"apiusername":"waverock",
     "apipassword":"W@v3r0ck",
     "apicompanyid":847}],
 "controller":"Order",
 "method":"getOrder",
 "params": [{"ivrorderid":"736887"}]
}
```

>> I get this
>>
```
{
  "error": {
     "heading": "Error",
     "body": "Invalid authentication credentials"
  }
}
```

Do I have the wrong company ID or something?

Ryan

On 7/2/2014 1:38 PM, Jaime Hayden wrote:
> Ryan,
>
> Use json calls.  I haven't fully validated the xml path.
>
> j
>
> Jaime Hayden
> Senior Development Engineer
> jaime@revguard.net
> RevGuard, Inc.
> http://www.revguard.net
>
> **From:** Ryan McWilliams [mailto:ryan@revlive.net]
> **Sent:** Wednesday, July 02, 2014 12:48 PM
> **To:** Jaime Hayden
> **Cc:** ryan@revguard.net; mark@revguard.net; blair@revguard.net; jenny@revlive.net
> **Subject:** Re: RevLive Integration
>
> ```
> <?xml version="1.0"?>
> <PortalAPIRequest>
>   <authentication>
>     <apiusername>waverock</apiusername>
>     <apipassword>W@v3r0ck</apipassword>
>     <apicompanyid>847</apicompanyid>
>   </authentication>
>   <method>getOrder</method>
>   <controller>Order</controller>
>   <parameters>
>     <ivrorderid>736887</ivrorderid>
>   </parameters>
> </PortalAPIRequest>
> ```
>
> returns
>
> `<PortalAPIResponse><error><heading>Error</heading><body>Invalid authentication credentials</body></error></PortalAPIResponse>`
>
> Am I using the wrong IDs somewhere?
>
> Ryan
>
>
> On 7/2/2014 8:23 AM, Jaime Hayden wrote:
>> That is the production site equivalent to the link that was in my email on June 20th.
>>
>> Jaime
>>
>> Jaime Hayden
>> Senior Development Engineer
>> jaime@revguard.net
>> RevGuard, Inc.
>> http://www.revguard.net
>>
>> **From:** Ryan McWilliams [mailto:ryan@revlive.net]
>> **Sent:** Wednesday, July 02, 2014 8:00 AM
>> **To:** Jaime Hayden
>> **Cc:** ryan@revguard.net; mark@revguard.net; blair@revguard.net; jenny@revlive.net
>> **Subject:** Re: RevLive Integration
>>
>> Thanks, I dont see that endpoint on any of the documentation I have.  I will test it out today.
>>
>> On 7/2/2014 7:57 AM, Jaime Hayden wrote:
>>> Ryan,
>>>
>>> You are posting to the wrong endpoint.  You should be going to https://oco.revguard.net/csrapi/indexCSR.php.  Let me know if you have more problems.
>>>
>>> Jaime
>>>
>>> Jaime Hayden
>>> Senior Development Engineer
>>> jaime@revguard.net
>>> RevGuard, Inc.
>>> http://www.revguard.net
>>>
>>> **From:** Ryan McWilliams [mailto:ryan@revlive.net]

**Sent:** Tuesday, July 01, 2014 10:54 PM
**To:** ryan@revguard.net
**Cc:** jaime@revguard.net; mark@revguard.net; blair@revguard.net; jenny@revlive.net
**Subject:** Re: RevLive Integration

I am posting this

{"method":"getOrder","controller":"Event","authentication":
{"apiusername":"waverock","apipassword":"W@v3rock","apicompanyid":"847"},"params":{"id":734122}}

to here

https://oco.revguard.net/csrapi/index.php

and I am not getting anything in return.  The form here https://staging.revguard.net/csrapi/callapiCSR.php works, but I cant find anywhere in any of the documentation if I am posting to the right end point or not.  Or exactly how the cURL needs to be formatted.  Please advise.

Ryan


On 6/24/2014 10:21 AM, Ryan Reichenbach wrote:

> Attached is a spreadsheet with ALL the data configured for CSR events for ALL Convertis/Juniper/Wave Rock brands.  The username/password combinations are as follows for the three brands:
>
> Convertis:        convertis/C0nv3rt1$
> Juniper:          juniper/Jun1p3r
> Wave Rock:        waverock/W@v3r0ck
>
> **Using Wave Rock's Blizzard White Early Cancel Save Sale for $9.41 when the customer is in BW Within Trial status (CSR Prompt Group) as an example:**
>
> companyID: 847
> companybrandID: 153
> promptID: 1501  **(this is not required since you are firing the event, if we fed you the CSR prompt/offer map, then we would give you an ID that you would return to us that represents the offer, this is where we configure all the event data (price, return days, etc))**
> companyphpcodeID: 1674  (this is the actual event ID, still named after the old FM system where Drew actually had to create PHP code)
> clientorderkey:  [[LLclientorderkey]]
> ivrcallkey: [[Five9ivrcallkey]]
> event data:
>         unitprice: 9.41
>         datescheduled: [[date the event should have fired and completed in YYYY-MM-DD format]]
>         timescheduled: [[time the event should have fired and completed in HH:MM format using 24 hour time]]
>         dateactual: [[date the event actually fired and completed in YYYY-MM-DD format, in case it did not actually fire or make it to LL when it was scheduled]]
>         timeactual: [[time the event should have fired and completed in HH:MM format using 24 hour time, in case it did not actually fire or make it to LL when it was scheduled]]
> completed: 1
>
>
> **If you use the form at https://staging.revguard.net/csrapi/callapiCSR.php to generate the JSON package for this, you'll get this JSON package:**
>
> {"authentication":[{"apiusername":"waverock",
>                   "apipassword":"W@v3rock",
>                   "apicompanyid":"847"}],
> "controller":"Event",
> "method":"execEvent",
> "params": [{"clientorderkey":"LLclientorderkey",
>           "companybrandid":"153",
>           "eventid":"1674",
>           "ivrcallkey":"Five9ivrcallkey",
>           "eventdata":"[{"dateactual":"[[YYYY-MM-DD actual date]]",
>                         "datescheduled":"[[YYYY-MM-DD scheduled date]]",
>                         "timeactual":"[[HH:MM actual time]]",
>                         "timescheduled":"[[HH:MM scheduled time]]",
>                         "unitprice":"9.41"}]",
>            "completed":"1",
>           "promptid":"1501"}]
> }
>
>
> **From:** Ryan McWilliams [mailto:ryan@revlive.net]
> **Sent:** Tuesday, June 24, 2014 9:03 AM
> **To:** ryan@revguard.net
> **Cc:** 'Jaime Hayden'; mark@revguard.net
> **Subject:** Re: RevLive Integration

PX17 Attachment BA-3

Sounds good.  I wont actually be there, just on a call.  So ideally you could just shoot me an example of what I would need to post to you guys if a BW customer takes an early cancel save sale and maybe if a customer takes an ongoing partial refund or something like that.  Then just get me all the IDs and I should be good to go.

Ryan

On 6/24/2014 8:30 AM, Ryan Reichenbach wrote:

> I can give you access to RevGuard so you can create the events.  Time frame for creating them through an API is unknown.  We have to a ton of API development that falls in the same realm of creating configuration in RevGuard via API and we'll have to discuss with Blair on where this one falls in the priority list.
>
> In the interim, we can give you a login and you can login to create them.  It'll be super quick since you won't have to deal with all the CSR Prompts and RG Event=>CRM Event mapping and merging of data.  That's the stuff that takes up Emily's teams time.  Creating the base event record is just one entry in the database.
>
> The test page that Jaime built https://staging.revguard.net/csrapi/callapiCSR.php  allows you to enter certain values and it creates the JSON package that you need to send over.  We can run through some examples in our meeting this afternoon and get the integration for BlizzardWhite all worked out, then you'll be good to go on the all the others.
>
> **From:** Ryan McWilliams [mailto:ryan@revlive.net]
> **Sent:** Tuesday, June 24, 2014 7:58 AM
> **To:** ryan@revguard.net
> **Cc:** 'Jaime Hayden'; mark@revguard.net
> **Subject:** Re: RevLive Integration
>
> Sounds good.  And I really dont know what I am looking at below.  Can you give me a little more info on what you need me to pass there?  What values I will need to store on my side..etc..
>
> We plan to test BlizzardWhite, Bella At Home, Genuine White.  SO please get me all of those IDs
>
> What is the time frame for the ability for us to create events in RG?
>
> Ryan
>
> On 6/23/2014 4:53 PM, Ryan Reichenbach wrote:
>
>> Ryan,
>>
>> Jaime was planning to push this code into production at end of day today, not sure if that happened or not.
>>
>> Additionally, all the code for tracking the Five9 call_id (ivrcallkey in our API) is in place in production as of today, so we should be ready to do some end to end testing as soon as tomorrow.
>>
>> I think we need to get you a report of the different events that you'll need for this first brand.  We'll get to you tomorrow.
>>
>> -RR
>>
>> **From:** Jaime Hayden [mailto:jaime@revguard.net]
>> **Sent:** Friday, June 20, 2014 4:12 PM
>> **To:** 'Ryan McWilliams'; ryan@revguard.net
>> **Cc:** mark@revguard.net
>> **Subject:** RE: RevLive Integration
>>
>> Ryan,
>>
>> I have an additional endpoint for you to access, and this new endpoint will replace the current CSR API.  Can you start testing on the staging system?
>> Test page = https://staging.revguard.net/csrapi/callapiCSR.php
>> End point = https://staging.revguard.net/csrapi/indexCSR.php
>>
>> The event data field needs to be a json array and the fields listed below are the only ones supported.
>> [{"dateactual":"",
>> "datescheduled":"",
>> "executiontime":"",
>> "refundamount":"",
>> "responsecode":"",
>> "timeactual":"",
>> "timescheduled":"",
>> "unitprice":"",
>> "unitpricesummary":""}]
>>
>> For most of your posts, you will need to send the completed flag.  If completed is set, a prompt id is not used.  If completed is not set then prompt is required.

Example:



Let's catch up on Monday with any questions.
Thanks
Jaime

Jaime Hayden
Senior Development Engineer
jaime@revguard.net
RevGuard, Inc.
http://www.revguard.net

**From:** Ryan McWilliams [mailto:ryan@revlive.net]
**Sent:** Friday, June 20, 2014 1:21 PM
**To:** ryan@revguard.net
**Cc:** jaime@revguard.net; mark@revguard.net
**Subject:** Re: RevLive Integration

BlizzardWhite will be our first test.

On 6/20/2014 11:16 AM, Ryan Reichenbach wrote:

> Jaime's been working on the API yesterday and today.  We were planning to have an API endpoint that you could post to by end of day today, but I'm not sure if we're going to be ready today or not.  Mark's been working with him as well to ensure that all our API's are PCI compliant, so there may have been a little bit of increase in scope on the project.
>
> Jaime, please send Ryan an update whenever you have a chance, let him know the endpoint and how/what he needs to post to us.
>
> What are the first brands you're going to be moving over?  We have to set up credentials on our end and since you guys can actually be Convertis, Wave Rock, or Juniper in our database, we'll want to set up potentially three different accounts, but we'll set them all up with the same credentials so that your configuration can be the same in terms of authentication.  At least I think we can do it that way.  You may have to pass a different company ID depending upon which brand you are posting data for.
>
> **From:** Ryan McWilliams [mailto:ryan@revlive.net]
> **Sent:** Friday, June 20, 2014 10:40 AM
> **To:** ryan@revguard.net
> **Cc:** jaime@revguard.net; 'Jenny Johnson'; 'Jonathan Bishoff'; blair@revguard.net
> **Subject:** Re: RevLive Integration
>
> Hey guys,
>
> Any progress made on this? We are getting ready to start testing out the new app next week on a couple brands.
>
> Ryan

On 6/10/2014 11:20 AM, Ryan Reichenbach wrote:

> We haven't made any progress on this. We're right in the middle of a sprint and are short-handed this week, so all hands are busy with the current priorities for this sprint which are our Portal API and split test report.
>
> I have time blocked out later this week to spec out the required modifications to the CSR API to support logging an event without firing it which will result in development to modify the API in the next sprint.
>
> My best guess at this point is that we will have the modified CSR API method available end of next week to start testing this integration.

---

**From:** Ryan McWilliams [mailto:ryan@revlive.net]
**Sent:** Tuesday, June 10, 2014 10:53 AM
**To:** ryan@revguard.net; jaime@revguard.net
**Cc:** 'Jenny Johnson'; 'Jonathan Bishoff'; blair@revguard.net
**Subject:** RevLive Integration

Hey guys.

Just checking in on things. I think we left it at RL getting the IDs for the events that we need to report back to RG for Whitening Coach. Below are the events that we have set up for the campaign. Is there any progress on how we will communicate these events to you. I think we were gonna base it on the Call ID or the IVROrderID.

**In Trial**

Extend Trial 10 days
9.41 save sale
Early Cancel Return

**Post Trial**

Clean Cancel
35% Refund
60% Refund
75% Refund / Return

**Ongoing**

Clean Cancel
35% Refund
60% Refund
100% Refund / Return

Nothing for Already Cancelled.

C


The next steps would be the ability to create events on the fly using your API. Any timeline on that? Or where we might be in the queue there.



--
----------------------------------------------------------
----------------------------------------------------------
--------------------
Ryan McWilliams | Developer | RevLive | Email: ryan@revlive.net