# PX17

## PX17 Attachment BB

Emails mentioning design or testing of sales websites

| **From:** | Stelios Cabrera <stelios@bluerocketbrands.com> |
|-----------|------------------------------------------------|
| **Sent:** | Wednesday, February 15, 2017 8:25 PM |
| **To:** | Blair McNea <bmcnea@gmail.com> |
| **Subject:** | RE: can you send me a BRB brand page? |

Any landing page or a bank page?

**Stelios Cabrera** – CEO
Skype – Stelios.BlueRocket
303.536.1967
stelios@bluerocketbrands.com

 BlueRocketLogo_small

**From:** Blair McNea [mailto:bmcnea@gmail.com]
**Sent:** Wednesday, February 15, 2017 1:21 PM
**To:** Stelios Cabrera <stelios@bluerocketbrands.com>
**Subject:** can you send me a BRB brand page?

Thanks

| | |
|---|---|
| **From:** | Taree Dobie <taree@revguard.net> |
| **Sent:** | Wednesday, February 20, 2013 7:38 PM |
| **To:** | 'Eric Fry' <eric@convertismarketing.com>; 'Danielle Foss' <danielle@convertismarketing.com>; 'Megan Goodman' <goodman@convertismarketing.com> |
| **Cc:** | 'Christy Gould' <Christy@convertismarketing.com>; 'Mark Santiago' <mark@convertismarketing.com>; 'Blair (Work)' <blair@convertismarketing.com>; 'Emily Springmann' <emily@revguard.net> |
| **Subject:** | RE: BellaAtHome: Launch on 2/21? |

Hi All,

Just an update – Bella at home has been registered with the AZ BBB ☺ Next week we will file a test complaint.

Let me know if you have any questions!



Director of Customer Service • 303.218.6665

---

**From:** Eric Fry [mailto:eric@convertismarketing.com]
**Sent:** Wednesday, February 13, 2013 4:12 PM
**To:** 'Danielle Foss'; 'Taree Dobie'; 'Megan Goodman'
**Cc:** 'Christy Gould'; 'Mark Santiago'; 'Blair (Work)'; 'Emily Springmann'
**Subject:** RE: BellaAtHome: Launch on 2/21?

My preference would be to not take any transactions on 2 of the 3 BellaAtHome accounts as getting below the 100 CBs on Visa in February will help us immensely. This gives us one account (RMS) that we can start taking orders on next week then we can phase out of that account and into the other two in March.  Once that RMS account hits 650 (total) that will charge in March we'll want to cut it off.  I'm not sure how much traffic you're planning in to BellaAtHome though.

Thank you,
Eric Fry
303.218.6621
Skype: bennington.fry
Convertis Marketing LLC

---

**From:** Danielle Foss [mailto:danielle@convertismarketing.com]
**Sent:** Tuesday, February 12, 2013 4:56 PM
**To:** Taree Dobie; Megan Goodman; Eric Fry
**Cc:** Christy Gould; Mark Santiago; Blair (Work); Emily Springmann

**Subject:** BellaAtHome: Launch on 2/21?

Hi Team!

Blair is thinking we take BellaAtHome live again starting 2/21 (knowing that orders that originate on 2/22 or later end up charging the EOT in the March processing month). This is NEXT THURSDAY. Please filter in any comments/concerns you might have with this plan.

- Eric/Megan: I'm assuming this means we're only going to really be using about $200k of the available BAH processing until further notice, correct?
- Taree: Does this given you enough time to setup BBB items? For any customer service related items?
- Emily: Does RevGuard need anything else from us? Are there any pending items?
- Christy/Mark: I will add the home page design update to Ace

What else are we missing?

IvoryPro will likely be another 3-4 weeks down the road.

Thanks, Everyone!

Danielle Foss | Convertis, LLC
VP of Business Development
p : 720.238.2418 | f: 303.530.0771
AIM: ConvertisDD | Skype: foss.danielle

Page 1 of 1

| | |
|---|---|
| **From:** | Taree Dobie <taree@revguard.net> |
| **Sent:** | Friday, December 28, 2012 5:33 PM |
| **To:** | Danielle <danielle@convertismarketing.com> |
| **Cc:** | Blair McNea <blair@revguard.net> |
| **Subject:** | Thin Action Terms |

Hello,

Can we please have the terms on this page updated to say 8 days? I have received 2 BBB complaints within the last 30 days directly quoting this website and the BBB is pushing back on these complaints because of this page.

http://www.thinaction.com/ProductGroupList.do

Thank you!



Director of Customer Service • 303.218.6665

| From: | Emily Long <emily@convertismarketing.com> |
|---|---|
| **Sent:** | Monday, September 10, 2012 11:18 PM |
| **To:** | 'Danielle Foss' <danielle@convertismarketing.com> |
| **Cc:** | blair@revmountain.com |
| **Subject:** | RE: Tracking Code for Product Pages |

Great, thanks! I am seeing the visits come in so that is perfect. I'm having some trouble mapping the form fields - there is something about checkout.do that Net-Results doesn't like,  so I've contacted them to see what we need to do. They've solved this problem in the past so I'm sure they will have the answer which I will send to you when I hear back.

On the test link - I can put in any info I like and it won't trigger an order, right?

Thanks!
E

**From:** Danielle Foss [mailto:danielle@convertismarketing.com]
**Sent:** Monday, September 10, 2012 4:22 PM
**To:** 'Emily Long'
**Cc:** blair@revmountain.com
**Subject:** RE: Tracking Code for Product Pages

Hi Emily,

Here is a test link for Ultimate Facial. We've pushed this feature live…so you may have already been seeing some hits on your side (some since Friday while we've been testing).

www.theultimatefacial.com/Redirect.do?campaign=ufBright_hyd

Let me know if you need anything else from me on this. Thanks!

Danielle Foss
Convertis, LLC
p: 720 238 2418
aim: ConvertisDD
skype: foss.danielle

**From:** Danielle Foss [mailto:danielle@convertismarketing.com]
**Sent:** Monday, September 10, 2012 9:55 AM
**To:** 'Emily Long'
**Cc:** 'blair@revmountain.com'
**Subject:** RE: Tracking Code for Product Pages

Hey Emily!

Haven't forgotten about this – we're just finishing up some testing to make sure all works with this code on the page. I'll have a test link over to you today.

Thanks!

Danielle Foss

Convertis, LLC
p: 720 238 2418
aim: ConvertisDD
skype: foss.danielle

---

**From:** Emily Long [mailto:emily@convertismarketing.com]
**Sent:** Friday, September 07, 2012 1:54 PM
**To:** 'Danielle Foss'
**Cc:** blair@revmountain.com
**Subject:** RE: Tracking Code for Product Pages

Hi Danielle,

Two email types is a good idea for getting people over to BeautyIs - I will certainly work on that. The code is the same no matter what action they take - it's done more by timing, so I would set up a filter that says "Did complete page one but did not complete page two within 20 minutes" to trigger the email. Does that make sense?

Thanks!
Emily

---

**From:** Danielle Foss [mailto:danielle@convertismarketing.com]
**Sent:** Friday, September 07, 2012 1:24 PM
**To:** 'Emily Long'
**Cc:** blair@revmountain.com
**Subject:** RE: Tracking Code for Product Pages

Hey Emily,

RevMountain is already doing something with those abandons, but we can definitely try to get them signed up for BeautyIs regardless of whether or not they abandoned or ordered UF. Do you intend to have different email/BeautyIs verbiage for customers who abandon vs customers who successfully order? If so, does that mean you want 2 different codes placed (one type of code for the abandoned user and another code for a user or ordered the product)?

As soon as we have this setup I'll send you a test link.

Thanks!

Danielle Foss
Convertis, LLC
p: 720 238 2418
aim: ConvertisDD
skype: foss.danielle

---

**From:** Emily Long [mailto:emily@convertismarketing.com]
**Sent:** Friday, September 07, 2012 10:47 AM
**To:** 'Danielle Foss'
**Cc:** blair@revmountain.com
**Subject:** RE: Tracking Code for Product Pages

Hi Danielle,

Thanks for your help! If you can put the code on all the pages, that would be great. If someone bails on the process we can actually send them abandon emails to come back and complete their order for Ultimate Facial (if you don't already), then get them on the beautyis path after that - if you are interested in that we can talk more about it! Otherwise I can just send them our beautyis emails.

Can you send me a link to the landing page and whatever test info I can put in to get through the order path but not actually trigger an order in the system?

Thanks!
Emily

---

**From:** Danielle Foss [mailto:danielle@convertismarketing.com]
**Sent:** Thursday, September 06, 2012 5:35 PM
**To:** 'Emily Long'
**Cc:** blair@revmountain.com
**Subject:** RE: Tracking Code for Product Pages

Hey Emily!

No problem on this. My team will be working on implementing this for Ultimate Facial tomorrow. I will shoot you an email as soon as it's live along with a link that it's live on.

Yes, all of the orders originate from theultimatefacial.com domain.

And all of our layouts are a 2-page submit (3-page is you count the Thank You/Confirmation page). Quick question, are you only interested in us firing this pixel for customers who actually order UF? Or are you also interested in customers who abandon in the middle of the process and don't end up ordering?

Thank you!

Danielle Foss
Convertis, LLC
p: 720 238 2418
aim: ConvertisDD
skype: foss.danielle

---

**From:** Emily Long [mailto:emily@convertismarketing.com]
**Sent:** Thursday, September 06, 2012 1:52 PM
**To:** danielle@convertismarketing.com
**Cc:** blair@revmountain.com
**Subject:** Tracking Code for Product Pages

Hi Danielle,

We are working on remarketing email campaigns to people who order Convertis products to get them to start shopping on BeautyIs. We're testing with Net-Results, a marketing automation and tracking system to gather order information and trigger autoresponse emails.

When I met with Blair earlier this week we talked about testing this on the Ultimate Facial as it's the lowest volume product right now. What I would need is to get someone from your team to implement the tracking code (the same way you install Google Analytics) above the </body> tag of each page:

```
<script id="__maSrc" type="text/javascript" data-pid="6183">
(function () {
    var d=document,t='script',c=d.createElement(t),s=(d.URL.indexOf('https:')==0?'s':''),p;
    c.type = 'text/java'+t;
    c.src = 'http'+s+'://'+s+'c.cdnma.com/apps/capture.js';
    p=d.getElementsByTagName(t)[0];p.parentNode.insertBefore(c,p);
}());
</script>
```

Your team will want to test this code to make sure it doesn't interfere with the order processing, ROI runner functionality, etc. The code is already on Beautyis and Ryan has not seen any issues, but we do want to test it well on theultimatefacial.com to make sure we're not losing any orders.

When it's ready, I would just map the existing web forms so that when someone completes an order on the landing page, their info would be captured by Net-Results and trigger an email to them about BeautyIs. If you can send me a link to those landing pages, that would be great.

Just to confirm - all the landing pages live on the domain theultimatefacial.com, correct? If there are any other urls that capture UF orders that the code will be implemented on, let me know.

Also, are all the pages a one-form submit, or do they have to go through two pages to complete the order?

Thanks!
Emily

---

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2012.0.2197 / Virus Database: 2437/5254 - Release Date: 09/07/12

---

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2012.0.2197 / Virus Database: 2437/5254 - Release Date: 09/07/12

---

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2012.0.2221 / Virus Database: 2437/5260 - Release Date: 09/10/12

| From: | Danielle Foss <danielle@bluerocketbrands.com> |
|---|---|
| Sent: | Tuesday, July 12, 2016 9:08 PM |
| To: | 'Blair McNea' <bmcnea@gmail.com>; 'jenny' <jenny@bluerocketbrands.com> |
| Cc: | 'Ryan McWilliams' <ryan@bluerocketbrands.com>; 'Chris Poole' <chris@bluerocketbrands.com> |
| Subject: | Landing Page Test Results Update: 7/12 |

Hi Team,

Here are some stats to show what we've learned since we began our split testing a couple weeks ago.

Ryan/Chris – I only cc'd you in case you were curious how things were going. No response needed for you guys on this. (Chris – you should know your version of toothy beat mine by a landslide haha. Yay for you! Sad for meee).

Take aways:
- Results are all over the board and there isn't one confirmed winner. It varies by pub.
- Optimizing landing pages for a network with 6+ active affiliates is a bit of a crap shoot
  o We have pubs within Clickbooth that are winning on toothy, while the others are winning on the new control. Clickbooth and I are working on a solution
  o When you break these results down by affiliate, most of them don't have big enough samples sizes to call any test complete. But on the other hand, if we see a big drop in conversion overall, we'll lose placement. So we are having to make moves a little quicker than I'd normally like sample size wise.

Link to preview "Toothy" for Blair: https://www.whiteningcoach.com/go/c/665?pub_id=17

| Dates: | 6/30-7/6 | | All Affiliati Pubs | | |
|---|---|---|---|---|---|
| **Test** | **Landing Page** | **Clicks** | **Orders** | **Conv** | **Diff** |
| A | Control (White Pen) | 720 | 54 | 7.50% | |
| D | Toothy | 2194 | 284 | 12.94% | 72.59% |

| Dates: | 6/30-7/6 | | Clickbooth Aff 295 Only | | |
|---|---|---|---|---|---|
| **Test** | **Landing Page** | **Clicks** | **Orders** | **Conv** | **Diff** |
| A | Control (Hollywood) | 511 | 33 | 6.46% | |
| B | Control + Pg2 Changes | 470 | 28 | 5.96% | -7.75% |
| C | Control + Pearl Page2 | 399 | 24 | 6.02% | -6.86% |

| Dates: | 7/7-7/12 | | Clickbooth Aff 295 Only | | |
|---|---|---|---|---|---|
| **Test** | **Landing Page** | **Clicks** | **Orders** | **Conv** | **Diff** |
| A | Control (Hollywood) | 395 | 29 | 7.34% | |
| B | Control + Pg2 Changes | 472 | 42 | 8.90% | 21.20% |
| D | Toothy | 748 | 53 | 7.09% | -3.49% |

| Dates: | 6/30-7/5 | Clickbooth Aff's Minus 295 |
|---|---|---|

| Test | Landing Page | Clicks | Orders | Conv | Diff |
|------|--------------|--------|--------|------|------|
| A | Control (Hollywood) | 964 | 53 | 5.50% | |
| B | Control + Pg2 Changes | 1025 | 64 | 6.24% | 13.57% |
| C | Control + Pearl Page2 | 707 | 26 | 3.68% | -33.11% |

| Dates: | 7/6-7/12 | | CB Aff's Minus 295 | | |
|--------|----------|--------|--------|------|------|
| Test | Landing Page | Clicks | Orders | Conv | Diff |
| B | Control + Pg2 Changes | 1990 | 100 | 5.03% | |
| D | Toothy | 762 | 30 | 3.94% | -21.65% |

Let me know if you have any questions on this. If you want more detail on each of these tests, including what %'s they're currently running on, let me know.

Thanks,

Danielle Foss | Blue Rocket Brands
p : 720.238.2418 | skype: foss.danielle

 BlueRocketLogo_small

F   rom:   "Danielle Foss" <danielle@bluerocketbrands.com>
To:        <jenny@bluerocketbrands.com>, <megan@bluerocketbrands.com>, <seth@bluerocketbrands.com>,
<ryan@bluerocketbrands.com>, <nosel.megan@bluerocketbrands.com>, <blair@bluerocketbrands.com>, "'Chris Poole'"
<chris@bluerocketbrands.com>
Subject:  RE: Daily Order Report - 06-16-2016
Date:      Fri, 17 Jun 2016 15:23:36 -0600

Hi Team,

I wanted to send an update out on volume. Right now we are combating a few different things that have been bringing our volume down.
The biggest thing is that our competition at Clickbooth has seen a large increase in performance so some of the smaller to medium
sized affiliates that were running with us have moved over to the competition. We have since made landing pages adjustments to help
combat this and are testing a new mobile landing page feature in addition to a new 1-click upsell page. We're already seeing good
results on both of these and hopefully those tests will be complete by next week. Additionally, Chris is working on another teeth landing
page for me right now plus we have another upsell in the queue to test once we determine the winner on the current test. So we're
optimizing like crazy. Additionally, our largest affiliate is having tech issues which has decreased their volume as well. We are not sure
on the validity of this reason as server issues don't usually involve us seeing from drop by 75%...it usually means dropping by 100%. I'm
working on decoding this and we'll know more soon.

The other reason order volume has dipped is because we have had a couple affiliates lose momentum with Direct Focus last week and
part of this week. Yesterday's increase in orders is due to Direct Focus finally working back towards normal levels. I expect to see a
volume increase over the weekend and also next week.

I'll send another update as things change. Thanks!


Danielle Foss | Blue Rocket Brands
p : 720.238.2418 | skype: foss.danielle
 BlueRocketLogo_small


From: Blue Rocket Brands [mailto:admin@bluerocketbrands.com]
Sent: Friday, June 17, 2016 9:05 AM
To: danielle@bluerocketbrands.com; jenny@bluerocketbrands.com; megan@bluerocketbrands.com; seth@bluerocketbrands.com;
ryan@bluerocketbrands.com; nosel.megan@bluerocketbrands.com; brian@revgo.net; blair@bluerocketbrands.com;
sue@revmountain.com; taree@revlive.net; abby@bluerocketbrands.com; cristy@bluerocketbrands.com
Subject: Daily Order Report - 06-16-2016

PX17 Attachment BB-11

logo

Daily Order Report

Domain Totals - 06-16-2016

ID
Name
Orders
US
GB
CA
AU

18
BellaAtHome
151
126
0
14
11

15
Action Pro White
144
117
0
12
15

8
TitanWhite

PX17 Attachment BB-12

94
76
0
1
17

22
First Class Whitening
18
18
0
0
0

65
Whitening Coach
16
13
0
3
0

17
IvoryPro
9
9
0
0
0

57
Genuine White
6
6
0
0
0

53
Innovation White
2
2
0
0
0

21
Sedona Beauty Secrets
2
1
0
1
0

77
Circle of Youth
2
1
0
1
0

14
Dental Pro at Home
1
1

PX17 Attachment BB-13

0
0
0


445
370
0
32
43

VIEW REPORT

Blue Rocket Brands 2015

Content-Transfer-Encoding: quoted-printable
Content-Type: text/html; charset=UTF-8

Content-Type: multipart/alternative; boundary="----=_NextPart_001_03F0_01D1C8AC.3888BAF0"

Page 4

PX17 Attachment BB-14

Sender:  "Danielle Foss" <danielle@bluerocketbrands.com>
Recipient:           "<jenny@bluerocketbrands.com>";
 " <megan@bluerocketbrands.com>";
 " <seth@bluerocketbrands.com>";
 " <ryan@bluerocketbrands.com>";
 " <nosel.megan@bluerocketbrands.com>";
 " <blair@bluerocketbrands.com>";
 " 'Chris Poole' <chris@bluerocketbrands.com>"
Images:  image001.png

PX17 Attachment BB-15

| | |
|---|---|
| **From:** | Danielle Foss <danielle@bluerocketbrands.com> |
| **Sent:** | Friday, November 14, 2014 8:00 PM |
| **To:** | 'Blair McNea' <bmcnea@gmail.com> |
| **Subject:** | RE: please send me a current landing page |

Here's one. Let me know if you need others.

https://www.whiteningcoach.com/go/c/473?pub_id=17

Danielle Foss | Blue Rocket Brands
p : 720.238.2418 | f: 303.530.0771

☒ BlueRocketLogo_small

**From:** Blair McNea [mailto:bmcnea@gmail.com]
**Sent:** Friday, November 14, 2014 12:50 PM
**To:** Danielle Foss
**Subject:** please send me a current landing page

**From:**      Danielle Foss <danielle@bluerocketbrands.com>
**Sent:**      Thursday, April 30, 2015 2:34 AM
**To:**        'Blair McNea' <bmcnea@gmail.com>; 'Jenny Johnson'
               <jenny@bluerocketbrands.com>
**Subject:**   RE: Clickbooth Update

To answer both of you…

Jenny – I am positive they are referring to EPC's when they refer to performance. What I mean when I said I'm asking Melissa for specifics is me asking how far we're off from hitting the epc's they need to give us more traffic. Are we talking about a couple % in conversion? Is it a couple dollar difference on their epc? We really don't know, so having a basis for how close we are to what they need allows us to make educated moves to make this work for them.

Blair – We can't really just pause/remove TOM completely all at once. That is dead giveaway on what we're doing on TOM. However, there are absolutely ways for us to go about getting the same outcome without making it so painfully obvious. If Melissa comes back to me and says "if you can get the conversion rate up about 2-3% we can get more volume" then I can start making things happen in a way that makes sense. For example, we have some new landing page tests coming up and adjustments we're making to the page. We could give them the bump they need by decreasing TOM during new landing page testing. The pub would think it's related to the new landing page changes but in reality it's related to our dropping TOM.

I have already moved TOM down slightly on those two pubs to give us a head start since they are looking so good profitability wise. But TOM takes so much time to get back up without being detected that I'd rather not decrease TOM unnecessary and lose profitability if we don't have to. The campaign is obviously working for them well enough that they're consistently running our offers. So my guess is that we're close to making this really work for them.

Danielle Foss | Blue Rocket Brands
p : 720.238.2418 | f: 303.530.0771

BlueRocketLogo_small

**From:** Blair McNea [mailto:bmcnea@gmail.com]
**Sent:** Wednesday, April 29, 2015 5:51 PM
**To:** Jenny Johnson
**Cc:** Danielle Foss
**Subject:** Re: Clickbooth Update

Why not pause Tom with them?

On Wednesday, April 29, 2015, Jenny Johnson <jenny@bluerocketbrands.com> wrote:
Do you think they mean by EPC and if we were to increase the CPA that would get the EPC where they need it to be?  Of course, if they are still at $24.78 and $26.02 an order, then we could decrease tom some so the epc goes up on their side too.

Jenny Johnson
Phone: 303-218-6617

**From:** Danielle Foss [mailto:danielle@bluerocketbrands.com]
**Sent:** Wednesday, April 29, 2015 4:13 PM
**To:** 'Blair McNea'

**Cc:** 'Jenny Johnson'
**Subject:** RE: Clickbooth Update

Clickbooth is still working on ways we can increase traffic with those two affiliates. Both affiliates told Clickbooth that they couldn't scale because "performance" was too low on our offers. I told Melissa I need specifics since we have made big strides lately with increasing conversion, especially with mobile. She is working with the aff managers to figure out what can be done here.

I'll let you know once we hear more.

Danielle Foss | Blue Rocket Brands
p : 720.238.2418 | f: 303.530.0771

 BlueRocketLogo_small

---

**From:** Danielle Foss [mailto:danielle@bluerocketbrands.com]
**Sent:** Tuesday, April 28, 2015 7:46 PM
**To:** Blair McNea
**Cc:** Jenny Johnson
**Subject:** Re: Clickbooth Update

Should have mentioned they're working with the affiliate managers that handle those affiliates that we want more traffic from and I should have an update tomorrow on whether or not more traffic is an option.

The general reaction was positive. What I mean by that is that she was very responsive and concerned and immediately paused traffic. The structure of Clickbooth is setup so the person who manages our account has nothing to do with traffic affiliates. The primary concern of our AM, Melissa, is to make this work for us. They have affiliate managers who handle the affiliates and traffic so there is no issue with our needs being a conflict or comp issue for our AM, Melissa. Over the last month as we've been communicating quality issues to them I have been very pleased with how they've handled it.

As long as things continue this way I feel confident we'll be able to rebuild.

Danielle Foss
Blue Rocket Brands, LLC
720.238.2418

| | |
|---|---|
| **From:** | Ryan McWilliams <ryan@convertismarketing.com> |
| **Sent:** | Friday, June 24, 2011 5:46 PM |
| **To:** | bwmcnea@msn.com; Danielle Disalle <Danielle@Convertismarketing.com> |
| **Subject:** | Living Social Ads |

Here is what we have for all stores and how they are handling the living social ads. NOTE:: I just noticed that in my Internet Explorer, the popunder does go all the way to the bottom of my desktop

**BB**

All Landing Pages have the popunder from page 1 to page 2 as long as its not Modern Ad

www.bellabrite.com/Redirect.do?campaign=bbBrightSpring_uptoterms_a_ls2 <- this landing page has the iframe ad on page 1 if the network state exemption is not being used

**EP**

All Landing Pages have the popunder from page 1 to page 2 as long as its not Modern Ad

www.eyepothesis.com/Redirect.do?campaign=epBright_ls2  <- this landing page has the iframe ad on page 1 if the network state exemption is not being used

**IW**

All Landing Pages have the popunder from page 1 to page 2 as long as its not Modern Ad

www.ivorywhite.com/Redirect.do?campaign=iwBrightSpring_uptoterms_a_ls2 <- this landing page has the iframe ad on page 1 if the network state exemption is not being used

**BC**

All Landing Pages have the popunder from page 1 to page 2 as long as its not Modern Ad

www.bellaclear.com/Redirect.do?campaign=bcBright_ls2 <- this landing page has the iframe ad on page 1 if the network state exemption is not being used

**UF**

All Landing Pages have the popunder from page 1 to page 2 as long as its not Modern Ad

http://www.theultimatefacial.com/Redirect.do?campaign=ufBright_ls2 <- this landing page has the iframe ad on page 1 if the network state exemption is not being used

**TA**

All Landing Pages have the popunder from page 1 to page 2 as long as its not Modern Ad

http://www.thinaction.com/Redirect.do?campaign=taBright_ls2 <- this landing page has the iframe ad on page 1 if the network state exemption is not being used

**MX**

All Landing Pages have the popunder from page 1 to page 2 as long as its not Modern Ad

**OW**

All Landing Pages have the popunder from page 1 to page 2 as long as its not Modern Ad