# PX17

## PX17 Attachment BD

## Email notes from Blair McNea

| | |
|---|---|
| **From:** | Blair McNea <bmcnea@gmail.com> |
| **Sent:** | Sunday, October 16, 2016 5:25 PM |
| **To:** | |
| **Subject:** | When getting email addresses always ask their statu |

When getting email addresses always ask their status. Put them in a bucket

Foundation of a sale is a series of micro commitments

Shrink the size of a step to keep easy flow

Getbucket.com

Upwork.com

Instant email response

Tax strategy
Wealth capture account
Sweep relationship, take 18% off of the top
6% into living well account that is for guilt free spending
Parkinson's law - you spend to your increase

Don't defer taxes

You can have 14 or fewer events at your home that the revenue is tax free

Clothing for presentations etc can be uniforms

Don't let one expense be more that 20% of deductions

Amazing selling machine course

Pay your kids

Reclassify your income by selling licenses to people

You can set up your insurance company

Push more money to distributions or ip

Be proactive about doing this

Garrick

VR is going to be huge

(SU) at the start of subject line on email for StarightUp

Use your tag line as a constant headline or

Use word "your" a lot

Automated webinars

Authentic leadership is goal number one

Start with low cost product then upgrade

Start with a high cost online product then work down to lower price add ons when you are first starting

Careerjimmy product

Create a cheat sheet for your webinar when they are filling in the blanks

Promise a big reveal at the end

For wedding planner free webinar (long one with is best)

Jeff vacek

Go deep not wide. People want quality

Get a physical product that combines with your knowledge

Check out the book ABUNDANCE

Yannik.

Hootsuite

Content schedule

Know the times that people engage on content

Honesteonline.com/super/free/mavericks

Camp maverick

Psychology of achievement  Brian Tracy

Entrepreneurial tragedy

Intention based ad copy landing pages offers email nurture blog posts social media

On search. Look at related searches

Five rules
O Regular bed time and wake up time
0 focus on your number one priority for 15 minutes each morning

Priorities are wealth building , health and family, personal enrichment (giving)
O one health rule that has biggest impact
O #1 wealth building activity every day
O not to do rule. (Surf internet during work for non work stuff)

Things google hates on adds

Certainty
Boldness
Promise of a cure

Words like trick hack secret

Facebook hacks to up conversion

VSL ok but add product info and add a navigation bar keep the sales copy below each navigation location

Product info on landing page

Change the game

If a network denies a copy cater to paranoia

date-last-viewed 0 date-received 1476638671 flags 8590195713 remote-id 159528