# PX17

# PX17 Attachment BE

# Email regarding sales website design

**To:** chris@bluerocketbrands.com[chris@bluerocketbrands.com]; 'Danielle Foss'[danielle@bluerocketbrands.com]; seth[seth@bluerocketbrands.com]
**Cc:** 'Ryan McWilliams'[ryan@revlive.net]
**From:** Stelios Cabrera
**Sent:** Tue 3/28/2017 1:19:04 PM
**Importance:** Normal
**Subject:** RE: Possible Fraud Prevention/ Conversion improvements
**MAIL_RECEIVED:** Tue 3/28/2017 1:19:06 PM

I like some of these a lot, let's get together and discus later this week or early next week.

**Stelios Cabrera** – CEO

Skype – Stelios.BlueRocket

303.536.1967

stelios@bluerocketbrands.com



**From:** Chris Poole [mailto:chris@bluerocketbrands.com]
**Sent:** Tuesday, March 28, 2017 11:10 AM
**To:** Stelios Cabrera <stelios@bluerocketbrands.com>; 'Danielle Foss' <danielle@bluerocketbrands.com>; seth <seth@bluerocketbrands.com>
**Cc:** 'Ryan McWilliams' <ryan@revlive.net>
**Subject:** Possible Fraud Prevention/ Conversion improvements

Hello everyone,

I was looking through Midigator and I noticed that about half of all of our chargebacks are code 83 for fraud. So I started doing some research on possible techniques that we aren't already using that could maybe decrease those CBs. I thought we could run some split tests on these to see if there is any difference and if so, it is a positive difference. I don't know if these are things that we have tried in the past and have failed, or if there is some glaring processing reason we can't do them that I don't know about, but based on some reading I have done this is what I came up with so far.

1)   Breaking up the payments for the products from one payment of say $95.00 every 30 days, to $47.50 every 15 days

2)   Instead of offering $4.95 for "Shipping and Processing", say it's $4.95 for processing, and shipping is free. (I think we may already offer free shipping on some of our landing pages, but there are no bad ideas in brainstorming right haha)

3)   Test out offering a coupon code on the "Thank You" page. Basically on the thank you page, we could give them a "code" that they could use to call into the CSRs to get a one-time discount on either their first rebill, or

maybe their first ongoing shipment. That way they have already ordered, but they would be more aware of the fact that they were going to be billed which would decrease the chances of them getting the bill and reporting it as fraud. If they don't want to be charged the full price they would be more inclined to contact us, as opposed to contacting their bank. Also, hopefully increasing the trust they have for us because we let them know they would be charged definitively, and we are making it cheaper. I don't think doing it on the thank you page should hurt conversion at all, since they have already ordered.

4)   Test out offering a survey on the landing pages asking how their experience with the site was. This could give us valuable insight into where we could improve our landing pages to increase conversion, and again possibly build on the trust. We could also incorporate the coupon idea into this as an incentive to complete the survey.

That is basically what I came up with so far. Let me know if any of these sound plausible, or if it's back to the drawing board!

Thanks!

Chris