# PX17

## PX17 Attachment BF

## Email enclosing sales website screenshot

| | |
|---|---|
| **To:** | 'Daniel Foster \| Dedicated Media'[daniel.foster@dedicatedmedia.com] |
| **From:** | Danielle Foss |
| **Sent:** | Fri 9/11/2015 5:03:15 PM |
| **Importance:** | Normal |
| **Subject:** | RE: ASE Follow Up- Dedicated Media |
| **MAIL_RECEIVED:** | Fri 9/11/2015 5:03:15 PM |

Hey Dan,

Thanks for your response. Let me speak with accounting and see what I can do. I certainly understand your side of things and will make sure they understand that as well. In the meantime, here is one of our step #2 upsell example pages. Brands names and details are not specific to the campaigns we'll run with you, but this gives you an idea.




Thanks!

Danielle Foss | Blue Rocket Brands

p : 720.238.2418 | skype: foss.danielle



**From:** Daniel Foster | Dedicated Media [mailto:daniel.foster@dedicatedmedia.com]
**Sent:** Thursday, September 10, 2015 3:47 PM
**To:** Danielle Foss
**Subject:** RE: ASE Follow Up- Dedicated Media

Hi Danielle,

Thanks for the update and the credit app!

I'll do what I can to push it through but our finance team may require a pre-payment to test. Do you have a D & B number that could help us?

Please know that we were recently purchased by a multi-billion dollar company and that we have our operation buttoned up. Any banking information will not be shared, nor disclosed for any other reasons other than my finance manager calling to obtain financial standing with your bank. If this is still not possible, as I said I'll do my best to push it through but I can't make any promises. All clients are required to submit this information.

Also, please send over the "step 2" screenshots at your earliest convenience as these are crucial to us obtaining a commitment to testing.

Thanks again Danielle!

Cheers,

Daniel

**From:** Danielle Foss [mailto:danielle@bluerocketbrands.com]
**Sent:** Thursday, September 10, 2015 5:05 PM
**To:** Daniel Foster | Dedicated Media

**Subject:** RE: ASE Follow Up- Dedicated Media

Hi Dan,

Since we were able to connect today via the phone, I wanted to at least send you the credit app as is. This is the signed version.

The major thing I wanted to discuss with you today was that accounting let me know we cannot provide banking information on these forms. We're happy to provide as many trade references as you'd like and definitely understand that by not providing the banking information, we may have to start with lower credit terms. Regardless, I don't think having low terms will impact our growth schedule. Like we discussed previously, we will be starting out with low test caps in order to get acquainted with your pubs on a quality level (and to let your pubs get acquainted with us). Of course, it is as much of a risk to us to take on unknown traffic as it is for you guys to extend credit to an advertiser you haven't worked with previously, so starting slow seems like the best bet.

As soon as we get a quality read on things we can open cap up right away and discuss your level of financial comfortability at that point.

Let me know if this works for you. If so, I think we can get moving pretty quickly on this whole thing now that we're past the accounting side.

Thanks, Dan.

Danielle Foss | Blue Rocket Brands

p : 720.238.2418 | skype: foss.danielle

bluerocket BRANDS

**From:** Danielle Foss [mailto:danielle@bluerocketbrands.com]
**Sent:** Thursday, September 10, 2015 9:50 AM
**To:** 'Daniel Foster | Dedicated Media'
**Subject:** RE: ASE Follow Up- Dedicated Media

Hey Dan,

Do you have a few minutes to chat today? I finally figured out what's been holding this up on my accounting's side. Let me know if you have a few mins today or tomorrow.

Thanks!

Danielle Foss | Blue Rocket Brands

p : 720.238.2418 | skype: foss.danielle



**From:** Daniel Foster | Dedicated Media [mailto:daniel.foster@dedicatedmedia.com]
**Sent:** Wednesday, September 09, 2015 2:58 PM
**To:** Danielle Foss
**Subject:** RE: ASE Follow Up- Dedicated Media

Hi Danielle,

Thanks and no problem! Looking forward to getting the screenshot of step 2 and the credit app. I'll do my best to get a commitment to test.

Cheers,

**Daniel Foster | Performance Specialist**



*Dedicated Media*

Email: Daniel.foster@dedicatedmedia.com

Skype: danfoster2011

Office: 646-835-2744

Mobile: 201-388-5019

**From:** Danielle Foss [mailto:danielle@bluerocketbrands.com]
**Sent:** Wednesday, September 09, 2015 4:47 PM
**To:** Daniel Foster | Dedicated Media
**Subject:** RE: ASE Follow Up- Dedicated Media

Hi Daniel,

My apologies for the delayed response on all this. I was out of the office for a little over a week and my main accounting person was out as well (holding up the credit app) but everyone seems to be back in the office so we can get some much deserved movement on this thing.

The answers to your questions are below in Red.

Also, accounting let me know I will have the credit app ready by tomorrow at the latest. Thank you!

Danielle Foss | Blue Rocket Brands

p : 720.238.2418 | skype: foss.danielle



**From:** Daniel Foster | Dedicated Media [mailto:daniel.foster@dedicatedmedia.com]
**Sent:** Tuesday, September 01, 2015 12:07 PM
**To:** Danielle Foss
**Subject:** RE: ASE Follow Up- Dedicated Media

Hey Danielle,

I hope all is well. Not sure if you received my last email but I have just a couple more quick questions…before you head out of town next week! Enjoy your time off!

1. Can you provide a sample LP for the Step 2 (1 click upsell option) as well? Let me see what I can do on this. I may have to send you a screen shot since a lot of the upsell content is pulled from the originating/step#1 customer information. So just sending you a link to the upsell page doesn't work.

2. The $93 average rebill to the consumer,…is that for both steps/products? The price point for Step #1 is slightly different than Step #2 but they are both between $92 and $94.

3. Also, any idea of which brand we can test? We need to provide as close to the real offer flow to our pubs as possible in order to get a commitment to testing. If you're going to primarily be pushing blog then I'll assign you guys Genuine White as Step #1 and Smile Pro Direct as Step #2.

Thanks again for all the info so far Danielle! Please also send back the credit app at your earliest convenience! Speed to market is key for us!

Cheers,

**From:** Danielle Foss [mailto:danielle@bluerocketbrands.com]
**Sent:** Tuesday, August 18, 2015 5:53 PM
**To:** Daniel Foster | Dedicated Media
**Subject:** RE: ASE Follow Up- Dedicated Media

Hey Dan,

No problem. Here are the answers on those.

Couple other quick question:

1. For the Step 1 and Step 2 as a one click upsell…I'm assuming the rates are the same for each product- $40/40? Yes $40/$40

2. What is the upfront cost to the user for the products on avg…I see "**$1.03**" on the Spark Whitening lander you sent over. Are there any S & H charges? Yes, there is a shipping charge that can vary depending on the country the customer is in, but most of the time it is $3.87. You, however, are paid your CPA on the successful $1.03 conversion. The shipping fee is charged later and does not impact your conversion rate.

3. Also just dbl-checking, are the offers open to any type of search, social, and/or email traffic? We have seen the most success with display traffic actually. Email is a very low priority for us and if you guys decide you want to test that out we'd need you to let us know what creative you want/etc (of course we'd make it exclusive to you guys only) and your recommendations on to/from/subject lines as well.

I am hoping to have an update for you on the credit application items by today or tomorrow as well. Thanks!

Danielle Foss | Blue Rocket Brands

p : 720.238.2418 | skype: foss.danielle



**From:** Daniel Foster | Dedicated Media [mailto:daniel.foster@dedicatedmedia.com]
**Sent:** Monday, August 17, 2015 6:39 PM
**To:** Danielle Foss

PX17 Attachment BF-7

**Subject:** RE: ASE Follow Up- Dedicated Media

Hey Danielle,

Hope all is well. Just figured I'd follow up with you on the couple additional questions I had about the offers.

Thanks! Looking forward to hearing back form you!

**From:** Danielle Foss [mailto:danielle@bluerocketbrands.com]
**Sent:** Friday, August 14, 2015 12:00 AM
**To:** Daniel Foster | Dedicated Media
**Subject:** RE: ASE Follow Up- Dedicated Media

Hey Dan,

Just wanted you to know I haven't forgotten about this. I am waiting to get some extra info from accounting and will have this back over to you soon. Thanks!

Danielle Foss | Blue Rocket Brands

p : 720.238.2418 | skype: foss.danielle



**From:** Daniel Foster | Dedicated Media [mailto:daniel.foster@dedicatedmedia.com]
**Sent:** Tuesday, August 11, 2015 2:47 PM
**To:** Danielle Foss
**Subject:** RE: ASE Follow Up- Dedicated Media

Hi Danielle,

Sounds great! Attached here is a copy of our credit app for your completion and signature.

For the unique landers I'll let you know if/when the time comes, nothing crazy.

Couple other quick question:

1. For the Step 1 and Step 2 as a one click upsell…I'm assuming the rates are the same for each product- $40/40?

2. What is the upfront cost to the user for the products on avg…I see "**$1.03**" on the Spark Whitening lander you sent over. Are there any S & H charges?

3. Also just dbl-checking, are the offers open to any type of search, social, and/or email traffic?

Thank you Danielle!

Cheers,

**Daniel Foster | Performance Specialist**



*Dedicated Media*

Email: Daniel.foster@dedicatedmedia.com

Skype: danfoster2011

Office: 212.686.9300   x117

**From:** Danielle Foss [mailto:danielle@bluerocketbrands.com]
**Sent:** Tuesday, August 11, 2015 4:31 PM
**To:** Daniel Foster | Dedicated Media
**Subject:** RE: ASE Follow Up- Dedicated Media

Hi Dan,

Here's a landing page example. I won't know exactly what brands we'll be using for your campaigns until we get to the paperwork stage of things but this is a good example of one of our top performing landers right now for display traffic.
https://www.sparkwhitening.com/go/c/477?pub_id=17   (example link only)


As far as unique landers specific for you guys, that's no problem at all. I assume you guys have landers in mind that you prefer us to run? We can easily build those out on our side once we see the landers from you and make them exclusive to you guys. We may have to make minor tweaks to the page for compliance but usually it's very minimal.


To answer your questions below, yes, we are capable of sub sub IDs and no, there are not weekday restrictions on cap. You can choose to hit your cap in a day or two or take the whole week if you prefer. Totally up to you.


At this point I'd love to move forward with you guys. Are you open to doing things on our paper or do you require using yours?


Thanks!


Danielle Foss | Blue Rocket Brands

p : 720.238.2418 | skype: foss.danielle




**From:** Daniel Foster | Dedicated Media [mailto:daniel.foster@dedicatedmedia.com]
**Sent:** Tuesday, August 11, 2015 9:35 AM
**To:** Danielle Foss
**Subject:** RE: ASE Follow Up- Dedicated Media


Hi Danielle,


Thanks for following up so quickly, and thoroughly! Below in red are the answers to your questions. Could you shoot over some preview landers of the offers with both steps and the one click upsell when you have a moment? Also, are you able to create unique landers for our use only? This helps tremendously. Thanks!


Questions for you guys:

1.)   Do you have pubs looking for teeth offers right now? We hear mixed answers on this and have seen results with both answers.- Yes and No- Not currently but we have health & beauty sources who have run similar offers in the past.

2.)   Do you have many other trial health and beauty offers in your network? Yes, health & beauty is one of our larger verticals.

3.)   Where are you seeing the most success with your trial health and beauty clients in regards to traffic type? We've seen the most success with display in terms of total revenue generated. But more recently we're seeing that email typically trumps display in terms of quality and LTV of the user.

4.)   We start with a test cap (250 orders) per week to gain a quality read before opening up more cap. Is that going to make it difficult to gain interest from your affiliates? We can work with that. As long as there aren't any weekend traffic restrictions or anything like that.

5.)   What is the order volume potential with Dedicated Media? That's difficult to say. Every offer is unique with a dozen or so variables that all need to be working symbiotically for an offer to perform well. I've seen us deliver $60,000+ monthly on quite a few health & beauty offers such as Force Factor.

6.)   Are your affiliates open to passing IDs specific to each of their sites/sub sources so we can pass you guys information on quality for each of their sub sources? Yes, we are able pass sub id's and even sub id's within pub id's (PID's) allowing us to optimize down even further to the specific placements/creatives/etc. for each PID running. Do you have parameters for sub sub id tracking?

Looking forward to working together potentially! Let me know if you have any further questions Danielle.

Cheers,

**Daniel Foster | Performance Specialist**



*Dedicated Media*

Email: Daniel.foster@dedicatedmedia.com

Skype: danfoster2011

Office: 212.686.9300   x117

**From:** Danielle Foss [mailto:danielle@bluerocketbrands.com]
**Sent:** Monday, August 10, 2015 5:29 PM
**To:** Daniel Foster | Dedicated Media

**Subject:** RE: ASE Follow Up- Dedicated Media

Hi Daniel,

Thanks for reaching out and great meeting you in NY. Looking forward to testing with you guys.

Below is the information you requested. Our main focus is our teeth whitening offers right now, so that is what I'm referring to below. Please let me know if you have any questions/comments on the items below or if you see any points of concern or difference in what you guys are looking for. I also included a few questions below.

1. CPA rates $40.00. After we get a read on quality we are more than happy to give payout increases to the affiliates sending high quality traffic.

2. Traffic Types and Restrictions We're seeing the most success on display traffic right now leading to advertorials/blogs. Restrictions would include any/all incentivized traffic. On blog placement or anything with multiple placements, our offers may only be placed with our own offers.

3. Mobile Optimized-(Y or N) Yes

4. Conversion point Our order process is a 2 step landing page.

5. Geos US, CA, and AU allowed

6. Rebill amount/Cost to consumer approx. $93 depending on the campaign.

7. 2 Steps or 1 Step We have a step #1 and step #2 option with a 1click upsell option as well.

Questions for you guys:

1.) Do you have pubs looking for teeth offers right now? We hear mixed answers on this and have seen results with both answers.

2.) Do you have many other trial health and beauty offers in your network?

3.) Where are you seeing the most success with your trial health and beauty clients in regards to traffic type?

4.) We start with a test cap (250 orders) per week to gain a quality read before opening up more cap. Is that going to make it difficult to gain interest from your affiliates?

5.) What is the order volume potential with Dedicated Media?

6.) Are your affiliates open to passing IDs specific to each of their sites/sub sources so we can pass you guys information on quality for each of their sub sources?

Once we can get through the basics, next step would be paperwork and then everything can move pretty fast after that point. ☺

Thanks, Daniel! Speak soon.

Danielle Foss | Blue Rocket Brands

p : 720.238.2418 | skype: foss.danielle



**From:** Daniel Foster | Dedicated Media [mailto:daniel.foster@dedicatedmedia.com]
**Sent:** Monday, August 10, 2015 2:48 PM
**To:** danielle@bluerocketbrands.com
**Subject:** ASE Follow Up- Dedicated Media

Hi Danielle,

It was a pleasure meeting you recently at ASE! I just wanted to follow-up with you regarding your O & O offers and see if there is the potential of working together. I believe we spoke about driving high intent users towards your free trial offers in the health & beauty vertical. Feel free to send over your best current performing offers (with preview links) as well the following details for each at your earliest convenience:

1. CPA rates
2. Traffic Types and Restrictions
3. Mobile Optimized-(Y or N)
4. Conversion point
5. Geos
6. Rebill amount/Cost to consumer
7. 2 Steps or 1 Step

Thank you Danielle! Looking forward to hearing back from you!

Cheers,

**Daniel Foster | Performance Specialist**

PX17 Attachment BF-13



*Dedicated Media*

Email: Daniel.foster@dedicatedmedia.com

Skype: danfoster2011

Office: 212.686.9300  x117