# PX17

# PX17 Attachment BG

# Emails regarding "1-click upsell"

**To:** jenny@bluerocketbrands.com[jenny@bluerocketbrands.com]; megan@bluerocketbrands.com[megan@bluerocketbrands.com]; stelios@bluerocketbrands.com[stelios@bluerocketbrands.com]; ryan@bluerocketbrands.com[ryan@bluerocketbrands.com]; nosel.megan@bluerocketbrands.com[nosel.megan@bluerocketbrands.com]; brian@revgo.net[brian@revgo.net]; blair@bluerocketbrands.com[blair@bluerocketbrands.com]; sue@revmountain.com[sue@revmountain.com]; cristy@bluerocketbrands.com[cristy@bluerocketbrands.com]
**From:** Danielle Foss
**Sent:** Tue 10/20/2015 12:01:30 AM
**Importance:** Normal
**Subject:** RE: Daily Order Report - 10-18-2015
**MAIL_RECEIVED:** Tue 10/20/2015 12:01:30 AM

Evenin' BRB Team,

The reason order volume has been down so much recently is because we have ourselves some competition in the teeth space right now. The two offers that are competing for our placements and actually seeing success are Illumi White and Elite White. These are supposedly Clickbooth exclusive offers, meaning we should only be seeing a drop from Clickbooth as a result. But we are also seeing volume reductions from RUA and Affiliati so the offer is out there more than Clickbooth realizes (it's something I notified them of today).

As usual, this new teeth advertiser is going pretty aggressive with big caps on new MIDs, I'm sure. It usually takes a little bit of time to see these guys fizzle out. But as of right now the big reason they're beating us so easily and gaining our volume is their landing page is out performing ours. The issue is, they're out performing us in a way we have no control over. Their 1-click upsell is converting at 80%+ while ours is converting at 50%. And the only reason ours converts so low is because we are forced to make the customer re-enter their credit card number on the upsell for compliance reasons. Our competitor is not compliant in that way.

I spoke to Jenny today and we are working on new ways to try and make our upsell page more competitive. We are also working on as many skincare options as possible to try and balance things out a bit while we wait for Illumi and Elite to blow up all their MIDs. Fingers crossed this process doesn't take long so we can get our traffic back.

Please don't hesitate to reach out to me or stop by my office if anyone ever has questions regarding our volume.

Thanks!

Danielle Foss | Blue Rocket Brands

p : 720.238.2418 | skype: foss.danielle



**From:** Danielle Foss [mailto:danielle@bluerocketbrands.com]
**Sent:** Monday, October 19, 2015 9:09 AM
**To:** 'admin@bluerocketbrands.com'; 'jenny@bluerocketbrands.com'; 'megan@bluerocketbrands.com'; 'stelios@bluerocketbrands.com'; 'ryan@bluerocketbrands.com'; 'nosel.megan@bluerocketbrands.com'; 'brian@revgo.net'; 'blair@bluerocketbrands.com'; 'sue@revmountain.com'; 'taree@revlive.net'; 'abby@bluerocketbrands.com'; 'cristy@bluerocketbrands.com'
**Subject:** RE: Daily Order Report - 10-18-2015

Hi Gang,

I'll be sending everyone an order volume update today so everyone knows what's up with these smaller numbers.

Thanks!

Danielle Foss | Blue Rocket Brands

p : 720.238.2418 | skype: foss.danielle

**From:** Blue Rocket Brands [mailto:admin@bluerocketbrands.com]
**Sent:** Monday, October 19, 2015 9:05 AM
**To:** danielle@bluerocketbrands.com; jenny@bluerocketbrands.com; megan@bluerocketbrands.com; stelios@bluerocketbrands.com; ryan@bluerocketbrands.com; nosel.megan@bluerocketbrands.com; brian@revgo.net; blair@bluerocketbrands.com; sue@revmountain.com; taree@revlive.net; abby@bluerocketbrands.com; cristy@bluerocketbrands.com
**Subject:** Daily Order Report - 10-18-2015

# Daily Order Report

## Domain Totals - 10-18-2015

| ID | Name | Orders | US | GB | CA | AU |
|---|---|---|---|---|---|---|
| 13 | Spark Whitening | 73 | 71 | 0 | 2 | 0 |
| 10 | BlizzardWhite | 38 | 26 | 0 | 12 | 0 |
| 18 | BellaAtHome | 11 | 10 | 0 | 1 | 0 |
| 8 | TitanWhite | 7 | 7 | 0 | 0 | 0 |
| 22 | First Class Whitening | 7 | 1 | 0 | 6 | 0 |
| 14 | Dental Pro at Home | 5 | 4 | 0 | 1 | 0 |
| 11 | SkinnyIQ | 2 | 2 | 0 | 0 | 0 |
| 21 | Sedona Beauty Secrets | 2 | 2 | 0 | 0 | 0 |
| 9 | Smile Pro Direct | 2 | 2 | 0 | 0 | 0 |
|  |  | 147 | 125 | 0 | 22 | 0 |

☒ VIEW REPORT

Blue Rocket Brands 2015

PX17 Attachment BG-3

| | |
|---|---|
| To: | 'Jenny Johnson'[jenny@cherryblitz.com] |
| From: | Danielle Foss |
| Sent: | Tue 11/3/2015 4:21:38 PM |
| Importance: | Normal |
| Subject: | RE: Featured November Campaigns |
| MAIL_RECEIVED: | Tue 11/3/2015 4:21:38 PM |

Man, we're not even on the list for them. Has your CherryBlitz email ever seen one of these come through with say, Whitening Coach, on them?


Danielle Foss | Blue Rocket Brands

p : 720.238.2418 | skype: foss.danielle




**From:** Jenny Johnson [mailto:jenny@cherryblitz.com]
**Sent:** Tuesday, November 03, 2015 2:02 PM
**To:** 'Danielle Foss'
**Subject:** FW: Featured November Campaigns


We should get them to send out our offers now that we have one click upsell. ☺


Jenny Johnson

Phone: 303-218-6617

Skype: jennyfredjohn


**From:** The Affiliati Network [mailto:support@affiliatinetwork.com]
**Sent:** Tuesday, November 03, 2015 2:00 PM
**To:** Christi Cameron
**Subject:** Featured November Campaigns


Can't read or see images? View this email in a browser



Hey Filliati' Fam,

We are pleased to feature some solid skin combinations this week:

L'Amour Skin Cream Step1 (US) (OID 8887) and L'Amour Eye Serum Step2 (US), (OID 8888) is a solid Two-Step combo with an AWESOME conversion rate of 10% on Step1! If you're looking to take skin traffic to the next level, this is the combination for you!

Our next featured skin combination is Dermaessence Step1 (US), ID 9028 and Dermaessence Step2 (US), ID 9029. Step1 is hitting $4 and we're seeing an 80-85% attach rate. Get in touch with your AM and get cap while it is available!

## Featured Offer



| Name: SKIN - L'Amour Skin Cream Step1 (US) | | 8887 | |
|---|---|---|---|
| Traffic | Social, Display, Search | Vertical | SKIN |
| Payouts | $38.00 Step1 / $37.00 Step2 | Countries | US |

| Name: SKIN - Dermaessence Step1 (US) | | 9028 | |
|---|---|---|---|
| Traffic | Social, Display, Search | Vertical | SKIN |
| Payouts | $37.00 Step1 / $37.00 Step2 | Countries | (US) |

## NEW / NON INCENT Campaigns

| Offer | | |
|---|---|---|
| SKIN - Trū Belleza Anti-Wrinkle Step1 (US CA) E | $37.00 | 9111 |
| SKIN - Trū Belleza Eye Serum Step2 (US CA) | $36.00 | 9112 |
| SKIN - Natural Ceramides Step1 (US CA) | $40.00 | 8083 |
| SKIN - Hydroxacel Step2 (US CA) | $38.00 | 8084 |
| SKIN - iFirmation Step1 (US) [EXCLUSIVE] | $39.00 | 6528 |
| SKIN - iFirmation Step2 (US) | $38.00 | 6529 |
| SKIN - RadianC Step1 (US) | $38.00 | 9150 |
| SKIN - RadianC Serum Step2 (US) | $36.00 | 9151 |
| SKIN - Cellumis Step1 (US) | $37.00 | 8923 |
| SKIN - Cellumis Step2 (US) | $37.00 | 8924 |
| SKIN - Renew Collagen Serum Step1 (US) | $38.00 | 8839 |
| SKIN - Renew Anti-Aging Cream Step2 (US) | $37.00 | 8840 |





### Sonny Palta
sp@affiliatinetwork.com
TheAffiliati

### Traci Thornburg
traci@affiliatinetwork.com
misstracimichelle

### Victoria Hansen
victoria@affiliatinetwork.com
victoria.hansen2010

### Todd R. Hebert
todd@affiliatinetwork.com
toddrhebert

### Russell Talbott

### Sean Falls

Russ@affiliatinetwork.com

RussEPC

sean@affiliatinetwork.com

SeanEPC

### Rahul Palta

rp@affiliatinetwork.com

bigkahunastudios

### John Burkowski

john@affiliatinetwork.com

johnbukowski963

---

This email was sent by support@affiliatinetwork.com to christi@revmountain.com

Not interested? Unsubscribe | Update profile | Interested Subscribe | Impressed? Tell-A-Friend

The Affiliati Network | 80 SW 8th Street Suite 2000 | Miami, FL, 33130

Email Marketing by

**To:** Direct Source Media Ltd.[directsource@neomailbox.ch]
**From:** Danielle Foss
**Sent:** Mon 11/16/2015 11:12:47 AM
**Importance:** Normal
**Subject:** Order Stats: 9/21-10/31
**MAIL_RECEIVED:** Mon 11/16/2015 11:12:47 AM

Hi Bryce,

Here are the order stats since our last invoice. Can you please send a new invoices over for these counts?

**Spark Whitening – 9**

**Dental Pro At Home – 8**

FYI – our conversion is way up on other sources due to the changes and optimization we've made on our 1 click upsell. Will we ever be able to get some testing done with you guys again? ☺ I hope so! Let me know!

Thanks,

Danielle Foss | Blue Rocket Brands

p : 720.238.2418 | skype: foss.danielle



| | |
|---|---|
| To: | 'Chip Lewis'[chip.lewis@directfocusonline.com] |
| Cc: | 'Evan Mavrovitis'[evan.mavrovitis@directfocusonline.com] |
| From: | Danielle Foss |
| Sent: | Tue 3/29/2016 11:21:20 AM |
| Importance: | Normal |
| Subject: | RE: Last Week's Stats + Performance Update |
| MAIL_RECEIVED: | Tue 3/29/2016 11:21:00 AM |

Hey Chip – no prob. Let's connect later today and discuss when you have an update from your pub. Just ping me on skype and we can chat or jump on the phone, whatever works best.

Regarding our 1 click upsell, it depends on the traffic, but on average we see between 80-90% take rate on Step #2 with our upsell in place. You guys averaged 75% last week so that is certainly not bad by any means…but if you're open to us testing ours we can see if we can get a small lift on that number.

As a side note, your take rate is even better this week so far on your exclusive upsell (86%), so it might make sense to just let it run for another week or so to get good metrics before we start implementing tests.

Thanks!


Danielle Foss | Blue Rocket Brands

p : 720.238.2418 | skype: foss.danielle




**From:** Chip Lewis [mailto:chip.lewis@directfocusonline.com]
**Sent:** Monday, March 28, 2016 1:39 PM
**To:** Danielle Foss
**Cc:** 'Evan Mavrovitis'
**Subject:** Re: Last Week's Stats + Performance Update


Hey Danielle-


Thanks for sending the #s.  My pub is not back in until tomorrow so I will have more information then.


What is your typical take rate on the 1 click upsell?   We'd be happy to split test both if you want.  Let's discuss though before you implement any changes.

Can we speak tomorrow?

On Mar 28, 2016, at 2:11 PM, Danielle Foss wrote:

Hey Chip,

Hope you had a nice weekend. Below are the stats for last week, 3/21-3/27.

**Spark Whitening – 47**

**Smile Pro Direct – 35**

Can you please let me know how this is doing for your pub?

Also, it looks like the "affiliate ID" you guys are passing is pretty massive. It is showing "6b82db2d-9479-4b96-9930-a97b02958b98". Is that accurate? If not, can we please get that updated today?

Lastly, historically we see slightly higher attach rates on the Step #2 upsell. Would you be open to us testing 50/50 on our upsell vs. yours? That's something I can do on my side without any changes from you guys. I'll leave it as is for now until confirm you guys would actually want to do that.

Thank you!

Danielle Foss | Blue Rocket Brands

p : 720.238.2418 | skype: foss.danielle