# PX17

# PX17 Attachment BH

# Emails mentioning RevGo shipping

| | |
|---|---|
| To: | 'Neva Archuleta'[neva@bluerocketbrands.com] |
| From: | Danielle Foss |
| Sent: | Thur 3/2/2017 1:38:57 PM |
| Importance: | Normal |
| Subject: | FW: BBB Next Steps |
| MAIL_RECEIVED: | Thur 3/2/2017 1:38:00 PM |

BBBAudit_Feb2017_Dani Edits.xlsx

Danielle Foss | Blue Rocket Brands

p : 720.238.2418 | skype: foss.danielle



**From:** Danielle Foss [mailto:danielle@bluerocketbrands.com]
**Sent:** Wednesday, February 08, 2017 9:46 AM
**To:** 'Neva'
**Cc:** 'Stelios Cabrera'
**Subject:** BBB Next Steps


Hi Neva!


Here are the details for the BBB project. Please let me know if you have any questions.

- Company Name

o   This should always just be the product name. Example: Action Pro White, Bella At Home, etc.

o   Example of one that is wrong: Dental Pro Global

- Alternate Business Names

o   There really shouldn't be alternate business names ever

o   The Whitening Trend Alternate Name example on the sheet is the only one I see that is acceptable

- 1800# A

o   This should match the home page website (example: www.actionprowhite.com)

- 1800# B

o   There really shouldn't be alternate phone numbers listed

- Website Listed

- o   Should only be the home page site (no DBA sites)
  - Example of a bad one: dentalproglobal.com (should be dentalproathome.com)
- Email Address Listed
- o   Should always be complaints@productname.com
  - Example: complaints@BellaAtHome.com or complaints@sparkwhitening.com
- Business Category
- o   These should all be Internet Shopping (except Sedona and Skinny IQ)
- Address
- o   Should always be RevGo's address (7565 Commercial Way, STE E, Henderson, NV 89011-6616)
- Other
- o   Should be no fax #'s listed
- o   Should be no additional websites listed
- o   We have questions on the principal detail regarding RevLive being the contact company. We can discuss more with Stelios.

The items highlighted in Red indicate information that needs to be updated.

The items highlighted in Gray indicate BBB listings that need to be removed completely because they're duplicates

The items highlighted in Blue indicate super low priority right now.

Side note: there are some things on here we should ask to get updated, but it's not a huge deal if they say no. For example, SkinnyIQ alternate business name is SkinnyIQ.com. Technically, that's not true. But it doesn't really cause us issues for them to have that on there. If the info is still correct, we can still use it. But, for example, if the alternate business name was skinnyiq.org or skinnyiqdirect.com, that'd actually be misinformation, so we'd really want to push them to get it updated.

We'll talk more about this in our meeting at 10a. Thanks!

Danielle Foss | Blue Rocket Brands

p : 720.238.2418 | skype: foss.danielle



| | |
|---|---|
| Cc: | admin@revgo.net[admin@revgo.net]; Danielle Foss[danielle@bluerocketbrands.com]; abby@bluerocketbrands.com[abby@bluerocketbrands.com]; Megan Goodman-Arndt[megan@bluerocketbrands.com]; Neil Aragon[neil@revgo.net]; Nosel.megan@bluerocketbrands.com[Nosel.megan@bluerocketbrands.com]; Taree Dobie[taree@revguard.net]; cristy@bluerocketbrands.com[cristy@bluerocketbrands.com]; Jenny Johnson - Elation[jenny@elationmarketing.net]; Walter[walter@revguard.net]; Brian Lint[brian@revgo.net] |
| To: | Blair McNea[blair@revguard.net] |
| From: | Ryan McWilliams |
| Sent: | Fri 8/1/2014 7:25:30 PM |
| Importance: | Normal |
| Subject: | Re: Wave Rock Daily Overview Report from RevGo |
| MAIL_RECEIVED: | Fri 8/1/2014 7:25:36 PM |

Yeah, this is the first run. Gonna make it a nice professional design moving forward, need a logo. These will go out to clients of RevGo and the same type of stuff will be automated for revlive.

Ryan McWilliams

On Aug 1, 2014, at 5:02 PM, Blair McNea <blair@revguard.net> wrote:


Dats some fancy ass shit mofos.

Did Ryan design this?

On Aug 1, 2014 4:12 PM, "RevGo" <admin@revgo.net> wrote:

### Today's Fullfimment Status for Wave Rock

Below is a breakdown of what was shipped, returned, and charged today from RevGo

| Brand Name | Downloaded | Shipped | International | US Postage | International Postage (Est) | Returns | Canceld |
|---|---|---|---|---|---|---|---|
| TitanWhite | 45 | 45 | 0 | $116.21 | $0.00 | 3 | 0 |
| SparkWhitening | 86 | 86 | 85 | $2.25 | $260.84 | 0 | 0 |
| Action Pro White | 151 | 151 | 61 | $233.10 | $210.25 | 1 | 0 |
| BellaAtHome | 35 | 34 | 11 | $59.57 | $36.80 | 9 | 1 |
| BlizzardWhite | 68 | 68 | 18 | $114.37 | $49.96 | 2 | 0 |
| Dental Pro at Home | 41 | 41 | 41 | $0.00 | $151.49 | 0 | 0 |
| First Class Whitening | 18 | 18 | 11 | $16.77 | $34.19 | 1 | 0 |
| IvoryPro | 19 | 19 | 6 | $32.31 | $19.50 | 3 | 0 |
| Sedona Beauty Secrets | 22 | 22 | 0 | $64.46 | $0.00 | 0 | 0 |
| SkinnyIQ | 31 | 31 | 0 | $59.83 | $0.00 | 0 | 1 |
| Smile Pro Direct | 173 | 173 | 63 | $264.50 | $193.22 | 7 | 0 |
| Total | 689 | 688 | 296 | $963.37 | $956.25 | 26 | 2 |

.