PX17

PX17 Attachment BI

Emails regarding tasks and assignments

**To:**       Danielle Foss[danielle@bluerocketbrands.com]; Jenny Johnson[jenny@bluerocketbrands.com]; Blair McNea[bmcnea@gmail.com]
**From:**     Blair McNea
**Sent:**     Thur 4/2/2015 3:36:14 PM
**Importance:**       Normal
**Subject:**   priorities with a few things for Dani and Jenny to discuss
**MAIL_RECEIVED:**   Thur 4/2/2015 3:36:14 PM
BRB Responsibilities and rankings 04012015.xlsx

| Rank | Issue | Topic | Who | Comments |
|------|-------|-------|-----|----------|
| 1 | Account Management of Partners | Marketing | Dani | veto |
| 2 | Traffic Quality | Marketing | Dani | veto |
| 3 | Traffic and MID Load Balancing | Marketing | Dani | veto |
| 4 | Business Development of New Pubs/Affiliates | Marketing | Dani | |
| 3 | AP/AR | Accounting | Cristy | Dani needs to train her |
| 2 | Spec for Mona on regular basis, Ryan's tool | Operations | Dani | Cant avoid a lot of Dani Interactions |
| 5 | One Click Upsell | Marketing | Dani | |
| 6 | Employee Mgmt of Christy Gould | Marketing | Dani | |
| 7 | Optimize Conversion | Marketing | Dani | |
| 8 | Legal when needed | Marketing | Dani | |
| 9 | Customer Conversions | Marketing | Dani | This uses a lot of time |
| 10 | Straight Sale | Marketing | Dani | |
| 11 | Claude Meeting to do items | Marketing | Dani | |
| 12 | COY -skincare | Marketing | Dani | |
| 13 | Employee Mgmt of Megan Nosel | Marketing | Dani | |
| 1 | Employee Mgmt of Megan & Stelios | Operations | Jenny | |
| 2 | Employee Mgmt of Ryan/Mona | Operations | Jenny | Cant avoid a lot of Dani Interactions |
| 3 | Chargeback Reduction & Management | Operations | Jenny | |
| 4 | Cash Flow | Operations | Jenny | |
| 5 | Bank Issues | Operations | Jenny | |
| 6 | Payroll | Operations | Jenny | |
| 7 | New Bank Accounts | Operations | Jenny | |
| 8 | BRB Summary-will need some Dani imput | Operations | Jenny | |
| 9 | Legal | Operations | Jenny | |
| 10 | CFO Hiring | Operations | Jenny | |
| 11 | Card Ready | Operations | Jenny | |
| 7 | Banking Relationship Mgmt | Accounting | jenny | Someone needs to meet with them regularly |
| 1 | Bank Runs | Accounting | Office Manager | Who |
| 2 | Regus Mgmt | Accounting | Office Manager | Who |
| 3 | Lunch Orders | Accounting | Office Manager | Who |
| 4 | Grocery Orders | Accounting | Office Manager | Who |
| 5 | QC Christy Pages | Accounting | Office Manager | Who |
| 1 | Processing Bus Dev | Processing | Stelios | Dani is doing a fair amount |
| 2 | Chargeback Reduction & Management | Processing | Stelios | |
| 3 | Decline Rates | Processing | Stelios | |
| 4 | Declined Refunds-Megan | Processing | Stelios | |
| 1 | Moving Money | Accounting | Cristy | |
| 2 | Cash Flow | Accounting | Cristy | |
| 4 | Payroll | Accounting | Cristy | |
| 5 | Sending Wires | Accounting | Cristy | Not doing |
| 6 | New Bank Accounts | Accounting | Cristy | |
| 8 | BRB Summary | Accounting | Cristy | Blair & Craig need to help |

Need a Dani, Craig, Cristy, Abby, Jenny and Bla

air meeting

**To:** 'Jade Raber'[jade@revlive.net]
**Cc:** 'Jenny Johnson'[jenny@revlive.net]
**From:** Danielle Foss
**Sent:** Fri 5/20/2016 12:34:19 PM
**Importance:** Normal
**Subject:** RE: Threats with FTC, BBB, and legal action
**MAIL_RECEIVED:** Fri 5/20/2016 12:34:00 PM


Hey Jade!


I will let Jenny handle this for you. She is the one that handles decisions involved with our customer service methods these days.


Thank you!


Danielle Foss | Blue Rocket Brands

p : 720.238.2418 | skype: foss.danielle




**From:** Jade Raber [mailto:jade@revlive.net]
**Sent:** Friday, May 20, 2016 10:02 AM
**To:** 'Danielle Foss' (danielle@bluerocketbrands.com)
**Cc:** Jenny Johnson
**Subject:** FW: Threats with FTC, BBB, and legal action


Hey Danielle,


I had a question on internal brands I was hoping you could answer for me! Can you please see Jeff's email below and is there a way to simplify this in the brand details?

I guess my first question would be to verify that yes, we can refund charges over 30 days but NOT multiple packages, correct?

And if so, how can we simplify this in brand details - This internal brand allows refunds over 30 days but NOT for multiple packages? Or just no refunds over 45 days +? What are some thoughts?

Thanks for your help with this!
Jade Raber


**From:** Jeff [mailto:jeffrey@revlive.net]
**Sent:** Friday, May 20, 2016 8:42 AM

**To:** Jade Raber
**Cc:** Stelios Cabrera; javier@revlive.net
**Subject:** FW: Threats with FTC, BBB, and legal action

Hey!

Quick question on the issue below – the brand details state that we CAN refund charges over 30 days, but not multiple packages (there aren't even any qualifiers to that, it's just a hard no). The agent saw that this customer was refunded for one previous charge already, so he told her that no further refunds were possible, which would be correct according to the brand details.

My question is this – do you think we should/could change the refund policy on this, as it seems to be a bit contradictory? To be more specific, this internal brand allows refunds over 30 days but NOT for multiple packages, meaning a customer with multiple charges could get one particular month credited, no matter how old it was, but only that month. Maybe we can just change it to nothing over 30/45 days or something to simplify? That way we still only refund one month's charge and we eliminate the possibility of having to refund charges from 3 months ago or longer. Just a thought. ☺

Jeff

**From:** Ryan Timmons [mailto:ryan.timmons@revlive.net]
**Sent:** Thursday, May 19, 2016 12:55 PM
**To:** jeffrey@revlive.net; javier@revlive.net
**Cc:** stelios@revlive.net; adrian@revlive.net
**Subject:** Threats with FTC, BBB, and legal action

Gentlemen,

Angela Riley (cx) called in to let the CSR (Jorge Ortegon) know that she had filed a formal complaint with the FTC, is following up with the BBB, and stated that she was an attorney and would be pursuing legal action. The cx displayed a high level of legal knowledge and claimed to work closely with Senators in Jackson, MI. Again, the cx displayed knowledge of legal processes and with her presenting an FTC reference number I am taking this threat seriously.

http://launch.revlive.net/interaction/edit/2649218

Ryan