# PX17

## PX17 Attachment BJ

## Email regarding unified health insurance

**To:** taree@revguard.net[taree@revguard.net]; 'Lindsey Martinez'[lindsey@revlive.net]; ellen@revguard.net[ellen@revguard.net]; 'Kiernan Donnelly'[kiernan@revlive.net]; calvin@revguard.net[calvin@revguard.net]; twyla@revguard.net[twyla@revguard.net]; 'Danielle Foss'[danielle@bluerocketbrands.com]; megan@bluerocketbrands.com[megan@bluerocketbrands.com]; Tony Carson[tony@roirunner.com]; sue@revmountain.com[sue@revmountain.com]; 'Ryan McWilliams'[ryan@revmountain.com]; 'Cristy Blackburn'[cristy@revmountain.com]
**Cc:** Jenny Johnson[jenny@revmountain.com]
**From:** Abby Hawkins
**Sent:** Mon 7/14/2014 1:16:36 PM
**Importance:** Normal
**Subject:** Insurance
**MAIL_RECEIVED:** Mon 7/14/2014 1:15:54 PM

Hi All

Just a few things to note about your insurance plans;

**Anthem Blue Cross Blue Shield** – www.anthem.com - hopefully you have received your cards by now, if not please let me know. Also, when you were enrolled the system auto-picked a doctor for you and printed the doctor's name on your card. You are able to pick your own doctor so disregard the name on the card. This is some new quirky thing they added in their system

**United Health – Vision Coverage** – You will need to go to www.myuhcvision.com and register, and then print your ID card from the website. We already had an issue with the vision coverage not showing an employee active. If you have any problems please let me know.

**Delta Dental –** go to www.deltadentalco.com and log in to print your ID card. You will need your social security # and our group # (000140947-00001111-0000) to register

Please let me know if you have any questions or issues, I will also be handing out cards for our insurance rep Intrepid, they can help answer questions as well

Thanks!

Abby