PX18

DECLARATION OF RICK KAPLAN

FEDERAL TRADE COMMISSION COMPUTER FORENSIC EXAMINER

## DECLARATION OF RICHARD KAPLAN
### Pursuant to 28 U.S.C. § 1746,

I, Richard Kaplan, hereby state that I have personal knowledge of the facts and matters set forth below, and if called as a witness, would testify competently thereto:

1. I am a U.S. citizen over the age of eighteen years old.
2. I am a Technical Computer Forensic Examiner for the U.S. Federal Trade Commission (FTC) in Washington, DC. My duties include managing the collection, preservation, examination, and analysis of evidentiary electronically stored information ("ESI"), which the FTC collects through voluntary submissions, discovery, and legal proceedings.
3. Prior to working for the FTC, I was employed by the United States Department of Justice (DOJ), Criminal Division, Child Exploitation and Obscenity Section, High Technology Investigative Unit (HTIU), in Washington DC as a Digital Investigative Analyst. As a Digital Investigative Analyst, my duties included conducting computer forensic examinations on various computer media, which included: hard drives, CDs/DVDs, thumb drives, mobile devices and memory cards. Additionally, my duties included preserving, collecting, and analyzing digital evidence.
4. I have a Bachelors of Science degree in Information Sciences and Technology from the Pennsylvania State University, a Masters of Sciences degree in Information Management from Syracuse University, and a Juris Doctor degree from Syracuse University.
5. I have completed formal classroom training in computer forensics and I am certified by the International Association of Computer Investigative Specialists (IACIS) as a Certified Electronic Evidence Collection Specialist (CEECS) and a Certified Computer Forensic Computer Examiner (CFCE).
6. I have completed formal classroom training in the use of forensic software programs from Guidance Software (EnCase) and the Access Data Corporation Forensic Toolkit (FTK). EnCase and FTK are two computer forensic software packages that are generally accepted by the scientific community for use in acquiring, processing and analyzing ESI. I have met the requirements for the EnCase Certified Examiner (EnCE) and the Access Data Certified Examiner (ACE) programs and was awarded both certifications.
8. As a forensic examiner for the FTC, my job duties include providing computer forensic support to FTC attorneys and FTC investigators. In the course of my duties, I was assigned to work on the case of *FTC v RevMountain, et al.*.
9. On July 27 and 28, 2017, I arrived at 6260 Lookout Rd. Boulder, CO. While onsite, I forensically imaged the devices listed below:
   - AMP-6260-Fl2_1-IT01-BlairMcNea Image of Apple Desktop Model A1419 S/N# c02r10hagg7n - Floor 2 - Suite 1 - Office 4
   - AMP-6260-Fl2_1-IT03-BlairMcNea Image of Apple Laptop Model # 1498 S/N# c02r26d6g8wp - Floor 2 - Suite 1 - Office 4
   - AMP-6260-Fl2_1-IT06-BlairToshibaEXT Image of Toshiba External HDD Model v73600 SN#: 34rbteizt1bb - Floor 2 - Suite 1 - Office 4
   - AMP-6260-Fl2_1-IT07-BlairWD Image of Western Digital My Passport HD SN# wx81a3319391 - Floor 2 - Suite 1 - Office 4
   - AMP-6260-Fl2_2-IT10-Hawkins Image of Apple Dekstop Model # A1419 HDD S/N# D25TC05WG17 - Floor 2 - Suite 2 - Office 3
   - AMP-6260-Fl2_1-IT09-BlairEA Image of Apple laptop A1707 serial # c02tc53mgtfl - Floor 2 - Suite 1 - Office 4

1

- AMP-6260-Fl2_1-IT11-BlairMcNea Image of HP Laptop hp envoy x360 m6 HDD S/N# 8cg71517y4 - Floor 2 - Suite 1 - Office 4
- AMP-IT16-Accounting Files from RightNetworks.com

10. A forensic working copy of each image was made and I exported the user created files; the files were provided to the FTC eDiscovery section, who made specific files available to the case team for them to conduct a review.

11. On August 9, 2017, Brian Lundeenan — an authorized agent of the temporary Receiver Josh Teeple—provided me with a listing of email accounts for RevGuard, RevLive, RevGo, and Blue Rocket Brands. The listing is included with this declaration as Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on this 10th day of August 2017, in Washington, DC.

Richard Kaplan

PX18 Attachment A

Listing of Email Accounts for RevGuard, RevLive, RevGo, and Blue Rocket Brands

| DisplayName | Name | Email | UsedStorage | Enabled | LastName | FirstName |
|---|---|---|---|---|---|---|
| Aimee Paterson | aimee | aimee@revguard.com | 2704 | 0 | Paterson | Aimee |
| Annie McConville | annie | annie@revguard.com | 604 | 0 | McConville | Annie |
| Ashley Salmela | ashley | ashley@revguard.com | 3 | 0 | Salmela | Ashley |
| Ben Gemperline | ben | ben@revguard.com | 835 | 1 | Gemperline | Ben |
| Blair McNea | blair | blair@revguard.com | 41 | 0 | McNea | Blair |
| Brian Arndt | brian | brian@revguard.com | 35 | 0 | Arndt | Brian |
| Brooks Arbogast | brooks | brooks@revguard.com | 1136 | 1 | Arbogast | Brooks |
| Caitlin Browne | caitlin | caitlin@revguard.com | 126 | 0 | Browne | Caitlin |
| Clay Norgard | clay | clay@revguard.com | 176 | 0 | Norgard | Clay |
| Corinna Rose | corinna | corinna@revguard.com | 405 | 0 | Rose | Corinna |
| Davey Bartlett | davey | davey@revguard.com | 72 | 0 | Bartlett | Davey |
| Dev Team Calendar | devcalendar | devcalendar@revguard.com | 3 | 0 | | Dev Team Calendar |
| Drew Pickering | drew | drew@revguard.com | 406 | 0 | Pickering | Drew |
| Emily McEvoy | emily | emily@revguard.com | 17971 | 0 | McEvoy | Emily |
| Gina Madura | gina | gina@revguard.com | 91 | 0 | Madura | Gina |
| Heang Lim | heang | heang@revguard.com | 77 | 0 | Lim | Heang |
| Jaime Hayden | jaime | jaime@revguard.com | 317 | 0 | Hayden | Jaime |
| Jenny Roberts | jenny | jenny@revguard.com | 2217 | 0 | Roberts | Jenny |
| Jess Brown | jess | jess@revguard.com | 31 | 0 | Brown | Jess |
| Joe Erario | joe | joe@revguard.com | 1226 | 1 | Erario | Joe |
| John Jones II | johnj | johnj@revguard.com | 450 | 0 | Jones II | John |
| John Kernagis | johnk | johnk@revguard.com | 108 | 0 | Kernagis | John |
| John Otterson | john | john@revguard.com | 567 | 0 | Otterson | John |
| John Petraglia | johnp | johnp@revguard.com | 4795 | 0 | Petraglia | John |
| Jonathan Bishoff | jonathan | jonathan@revguard.com | 5300 | 0 | Bishoff | Jonathan |
| Katie Hitchcock | katie | katie@revguard.com | 353 | 0 | Hitchcock | Katie |
| Kirill Kniazev | kirill | kirill@revguard.com | 2529 | 1 | Kniazev | Kirill |
| Kristina Barry | kristina | kristina@revguard.com | 1381 | 0 | Barry | Kristina |
| Laura Turner | laura | laura@revguard.com | 12083 | 1 | Turner | Laura |
| Mark Coup | mark.coup | mark.coup@revguard.com | 189 | 0 | Coup | Mark |
| Mark Coup | markc | markc@revguard.com | 416 | 0 | Coup | Mark |
| Mark Santiago | mark | mark@revguard.com | 1851 | 0 | Santiago | Mark |
| Max Koplar | max | max@revguard.com | 8669 | 1 | Koplar | Max |
| Rachael McNea | rachael | rachael@revguard.com | 4848 | 0 | McNea | Rachael |
| Robert Powell | robert | robert@revguard.com | 476 | 0 | Powell | Robert |
| Ryan Reichenbach | ryan | ryan@revguard.com | 3886 | 0 | Reichenbach | Ryan |
| Sarah Austin | sarah | sarah@revguard.com | 3035 | 1 | Austin | Sarah |
| Walter Long | walter | walter@revguard.com | 16138 | 0 | Long | Walter |

| Name | Email | FirstName | LastName | DisplayName | Created | LastLogin | UsedStorage | MaxSize |
|---|---|---|---|---|---|---|---|---|
| abby | abby@revguard.com | Abby | Hawkins | Abby Hawkins | 12/6/2016 12:35 | 8/8/2017 16:56 | 9556 | 25600 |
| alvin | alvin@revguard.com | Alvin | Butterfree | Alvin Butterfree | 12/5/2016 13:32 | 2/28/2017 13:39 | 0 | 25600 |
| cancel | cancel@revguard.com | cancel | | cancel | 8/25/2014 10:42 | 8/25/2014 11:03 | 0 | 25600 |
| cruciblereviews | cruciblereviews@revguard.com | Crucible Reviews | | Crucible Reviews | 6/21/2017 16:04 | 7/27/2017 11:11 | 0 | 25600 |
| hiring | hiring@revguard.com | Hiring | Revguard | Hiring Revguard | 3/4/2014 18:38 | | 1 | 25600 |
| walter.long | walter.long@revguard.com | Walter | Long | Walter Long | 5/11/2017 15:34 | 5/30/2017 4:41 | 3 | 25600 |
| walter.redirect | walter.redirect@revguard.com | Walter | Redirect | Walter Redirect | 5/11/2017 17:45 | 5/12/2017 15:27 | 0 | 25600 |

Email Accounts - RevGuard RevLive RevGo BRB.xlsx

| Name | Email | FirstName | LastName | DisplayName | Created | LastLogin | UsedStorage | MaxSize |
|---|---|---|---|---|---|---|---|---|
| abby | abby@revguard.net | Abby | Hawkins | Abby Hawkins | 3/14/2012 13:45 | 8/8/2017 19:01 | 470 | 25600 |
| accounting | accounting@revguard.net | RevGuard | Accounting | RevGuard Accounting | 9/18/2013 17:02 | 3/16/2017 12:45 | 31 | 25600 |
| admin | admin@revguard.net | Admin | RevGuard | Admin RevGuard | 6/10/2010 16:05 | 12/18/2013 13:04 | 0 | 25600 |
| aida | aida@revguard.net | Aida | Aguado | Aida Aguado | 5/16/2014 12:36 | 1/13/2015 14:39 | 0 | 25600 |
| angie | angie@revguard.net | Angie | Molter | Angie Molter | 6/21/2013 14:01 | 7/22/2014 14:01 | 136 | 25600 |
| bizdev | bizdev@revguard.net | Business Development Team | | Business Development Team | 8/3/2015 13:19 | 1/16/2016 1:56 | 0 | 25600 |
| blair | blair@revguard.net | | | | 4/20/2010 16:17 | 7/28/2017 17:22 | 2248 | 25600 |
| bob | bob@revguard.net | Bob | Balsman | Bob Balsman | 10/15/2014 19:14 | 7/28/2017 17:18 | 0 | 25600 |
| brian | brian@revguard.net | | | | 6/2/2010 13:58 | 7/27/2017 13:39 | 2 | 25600 |
| btuttle | btuttle@revguard.net | Brent | Tuttle | Brent Tuttle | 4/1/2014 12:46 | 8/26/2015 1:40 | 347 | 25600 |
| calvin | calvin@revguard.net | Calvin | Jennings | Calvin Jennings | 8/30/2013 11:47 | 7/29/2015 20:20 | 10 | 25600 |
| catchall | catchall@revguard.net | | | | 12/3/2013 12:56 | 1/17/2014 13:24 | 4 | 25600 |
| catherine | catherine@revguard.net | Catherine | Roy | Catherine Roy | 9/16/2010 14:54 | 8/15/2013 15:48 | 39 | 25600 |
| chris | chris@revguard.net | | | | 3/25/2013 12:48 | 6/27/2015 3:40 | 32 | 25600 |
| christy | christy@revguard.net | Christy | Gould | Christy Gould | 3/24/2014 14:30 | 9/15/2015 19:36 | 2671 | 25600 |
| cj | cj@revguard.net | CJ | Haas | CJ Haas | 4/22/2014 12:11 | 1/16/2015 11:11 | 250 | 25600 |
| clintest | clintest@revguard.net | Clin | Test | ClinTest | 8/29/2014 12:32 | | 0 | 25600 |
| colin | colin@revguard.net | | | | 5/27/2010 15:47 | 1/2/2015 5:15 | 57 | 25600 |
| cristy | cristy@revguard.net | Cristy | Blackburn | Cristy Blackburn | 4/14/2014 12:43 | 7/27/2017 11:56 | 244 | 25600 |
| customerservice | customerservice@revguard.net | Customer | Service | Customer Service | 2/5/2013 12:08 | 6/2/2014 12:44 | 0 | 25600 |
| danica | danica@revguard.net | Danica | Robles | Danica Robles | 4/22/2013 14:19 | 7/14/2014 15:53 | 262 | 25600 |
| david | david@revguard.net | David | Seigle | David Seigle | 8/28/2013 13:41 | | 1 | 25600 |
| diane | diane@revguard.net | Diane | Winters | Diane Winters | 8/1/2012 12:04 | 6/10/2013 13:43 | 1 | 25600 |
| ellen | ellen@revguard.net | Ellen | Gustafson | Ellen Gustafson | 1/29/2014 21:08 | 10/21/2015 21:24 | 1 | 25600 |
| eric | eric@revguard.net | Eric | Fry | Eric Fry | 6/14/2011 13:05 | 7/23/2013 7:55 | 10 | 25600 |
| goodman | goodman@revguard.net | | | | 10/10/2011 15:28 | 4/28/2017 14:43 | 0 | 25600 |
| hiring | hiring@revguard.net | Hiring | Revguard | Hiring Revguard | 11/5/2013 13:24 | | 131 | 25600 |
| info | info@revguard.net | | | | 5/27/2015 13:03 | 9/10/2015 20:19 | 1 | 25600 |
| jbtuttle | jbtuttle@revguard.net | Brent | Tuttle | Brent Tuttle | 9/17/2014 16:21 | 6/19/2015 22:34 | 52 | 25600 |
| jonathanb | jonathanb@revguard.net | Jonathan | Bishoff | Jonathan Bishoff | 10/21/2014 12:04 | 4/29/2015 3:12 | 9 | 25600 |
| kellenm | kellenm@revguard.net | | | | 1/9/2015 16:06 | 2/11/2015 18:39 | 30 | 25600 |
| kyle | kyle@revguard.net | Kyle | Beach | Kyle Beach | 5/17/2013 14:54 | 8/1/2013 14:01 | 257 | 25600 |
| lindsey | lindsey@revguard.net | Lindsey | Martinez | Lindsey Martinez | 6/1/2011 14:43 | 6/20/2015 2:58 | 14 | 25600 |
| megan | megan@revguard.net | Megan | Nosel | Megan Nosel | 3/15/2011 16:33 | 10/31/2012 17:23 | 0 | 25600 |
| nick | nick@revguard.net | Nick | Tangorra | Nick Tangorra | 10/21/2010 12:05 | 8/22/2014 22:14 | 0 | 25600 |
| opie | opie@revguard.net | | | | 2/2/2012 14:40 | 8/10/2015 5:00 | 0 | 25600 |
| rachelle | rachelle@revguard.net | Rachelle | Helmer | Rachelle Helmer | 12/3/2012 15:59 | 10/27/2014 19:14 | 1 | 25600 |
| recordings | recordings@revguard.net | Recordings | | Recordings | 4/30/2014 15:26 | 5/27/2014 12:21 | 4 | 25600 |
| rendl | rendl@revguard.net | Rendl | Clark | Rendl Clark | 6/12/2014 14:23 | 10/16/2014 5:17 | 670 | 25600 |
| reports | reports@revguard.net | | | | 9/22/2010 12:50 | 7/17/2012 19:49 | 2 | 25600 |
| rmcwilliams | rmcwilliams@revguard.net | Ryan | McWilliams | Ryan McWilliams | 10/26/2012 15:38 | 12/5/2016 3:01 | 10 | 25600 |
| sales | sales@revguard.net | | | | 3/22/2010 18:40 | 7/20/2017 10:14 | 72 | 25600 |
| scans | scans@revguard.net | | | | 6/27/2011 18:12 | 7/25/2017 14:44 | 0 | 25600 |
| sfryan | sfryan@revguard.net | | | | 6/10/2015 13:52 | 6/22/2015 22:29 | 0 | 25600 |
| slauchli | slauchli@revguard.net | | | | 1/9/2015 16:07 | 9/11/2015 1:18 | 103 | 25600 |
| steven | steven@revguard.net | | | | 5/26/2010 16:11 | 10/2/2012 20:21 | 0 | 25600 |
| sue | sue@revguard.net | Sue | Laurent | Sue Laurent | 9/16/2010 13:40 | 8/4/2015 18:18 | 38 | 25600 |
| support | support@revguard.net | support | | support | 1/21/2011 16:27 | 11/5/2013 14:14 | 1 | 25600 |
| taree | taree@revguard.net | | | | 8/3/2010 13:33 | 7/13/2015 23:48 | 3713 | 25600 |
| twyla | twyla@revguard.net | Twyla | Ryan | Twyla Ryan | 10/21/2013 17:00 | 6/4/2015 21:05 | 3 | 25600 |
| valuedrivers | valuedrivers@revguard.net | | | | 4/12/2013 15:17 | 7/1/2015 1:05 | 0 | 25600 |
| web | web@revguard.net | RevGuard Web Admin | | RevGuard Web Admin | 10/17/2013 12:17 | 8/7/2014 23:50 | 10 | 25600 |

| DisplayName | Name | Email | LastLogin | UsedStorage | Enabled |
| --- | --- | --- | --- | --- | --- |
| Austin Kirkland | austin | austin@revlive.net | 7/27/2017 12:20 | 614 | 0 |
| Brooke Nelson | brooke | brooke@revlive.net | 7/29/2017 9:58 | 3019 | 0 |
| Jade Raber | jade | jade@revlive.net | 8/8/2017 18:15 | 19886 | 1 |
| Jenny Johnson | jenny | jenny@revlive.net | 7/28/2017 23:39 | 1598 | 1 |
| Maya Manseur | maya | maya@revlive.net | 3/1/2017 11:05 | 670 | 0 |
| Neil Aragon | neil | neil@revlive.net | 7/29/2017 10:22 | 5224 | 1 |
| Rya Tillman | rya | rya@revlive.net | 7/29/2017 9:56 | 352 | 0 |
| Stelios Cabrera | stelios | stelios@revlive.net | 6/28/2017 12:45 | 14223 | 0 |
| Steve | steve | steve@revlive.net | 7/29/2017 10:19 | 360 | 0 |
| Tiffany Prince | tiffany | tiffany@revlive.net | 7/29/2017 10:18 | 532 | 0 |

| Name | Email | Enabled | FirstName | LastName | AlternateEmail | ForwardingAddresses | DisplayName | Created | LastLogin | UsedStorage | MaxSize |
|---|---|---|---|---|---|---|---|---|---|---|---|
| abby | abby@revlive.net | 1 | | | | | | 3/11/2014 11:16 | 8/8/2017 19:01 | 33 | 25600 |
| adrian | adrian@revlive.net | 1 | | | | | | 3/6/2015 12:57 | 8/8/2017 18:52 | 5333 | 25600 |
| alerts | alerts@revlive.net | 0 | | | | | | 8/7/2014 3:12 | | 6 | 25600 |
| aliciam | aliciam@revlive.net | 0 | Alicia M | Centurion | | jen@teleiman.com | Alicia M Centurion | 6/30/2017 15:28 | | 0 | 25600 |
| alvaro | alvaro@revlive.net | 0 | Alvaro | Centurion | | faith.arnold@conceptol.com,neetu.ahluwalia@conceptol.com | Alvaro Centurion | 6/30/2017 15:59 | | 0 | 25600 |
| amanda | amanda@revlive.net | 0 | Amanda | Centurion | | brankoz@gruponoainternational.com,natasas@gruponoainternational.com | Amanda Centurion | 6/30/2017 16:26 | | 0 | 25600 |
| amber | amber@revlive.net | 0 | Amber | Centurion | | faith.arnold@conceptol.com,neetu.ahluwalia@conceptol.com | Amber Centurion | 6/30/2017 15:59 | | 0 | 25600 |
| amberb | amberb@revlive.net | 0 | Amber B | Centurion | | jen@teleiman.com | Amber B Centurion | 6/30/2017 15:26 | | 0 | 25600 |
| amberf | amberf@revlive.net | 0 | Amber F | Centurion | | jen@teleiman.com | Amber F Centurion | 6/30/2017 15:26 | | 0 | 25600 |
| ashleyb | ashleyb@revlive.net | 0 | Ashley B | Centurion | | faith.arnold@conceptol.com,neetu.ahluwalia@conceptol.com | Ashley B Centurion | 6/30/2017 15:59 | | 0 | 25600 |
| ashleym | ashleym@revlive.net | 0 | Ashley M | Centurion | | faith.arnold@conceptol.com,neetu.ahluwalia@conceptol.com | Ashley M Centurion | 6/30/2017 15:59 | | 0 | 25600 |
| ashleyp | ashleyp@revlive.net | 0 | Ashley P | Centurion | | jen@teleiman.com | Ashley P Centurion | 6/30/2017 15:27 | | 0 | 25600 |
| azaria | azaria@revlive.net | 0 | Azaria | Centurion | | faith.arnold@conceptol.com,neetu.ahluwalia@conceptol.com | Azaria Centurion | 6/30/2017 15:59 | | 0 | 25600 |
| baylee | baylee@revlive.net | 0 | | | | | | 1/27/2016 16:54 | 10/28/2016 19:35 | 1644 | 25600 |
| bbb | bbb@revlive.net | 0 | | | | lindsey@revlive.net | | 8/30/2016 14:20 | 2/8/2017 12:42 | 0 | 25600 |
| bea | bea@revlive.net | 0 | | | | | | 10/4/2016 10:30 | 11/2/2016 4:40 | 5 | 25600 |
| benm | benm@revlive.net | 0 | Ben M | Centurion | | jen@teleiman.com | Ben M Centurion | 6/30/2017 16:00 | | 0 | 25600 |
| billym | billym@revlive.net | 0 | Billy M | Centurion | | faith.arnold@conceptol.com,neetu.ahluwalia@conceptol.com | Billy M Centurion | 6/30/2017 16:00 | | 0 | 25600 |
| blair | blair@revlive.net | 0 | | | | | | 3/11/2014 11:16 | 3/11/2014 12:17 | 0 | 25600 |
| brady | brady@revlive.net | 0 | | | | | Brady Nelson | 5/4/2017 12:42 | 7/26/2017 16:58 | 62 | 25600 |
| branko | branko@revlive.net | 0 | Branko | Centurion | | brankoz@gruponoainternational.com,natasas@gruponoainternational.com | Branko Centurion | 6/30/2017 16:26 | | 0 | 25600 |
| brian | brian@revlive.net | 0 | | | | | | 2/29/2016 14:30 | 4/25/2017 7:44 | 857 | 25600 |
| brians | brians@revlive.net | 0 | Brian S | Centurion | | jen@teleiman.com | Brian S Centurion | 6/30/2017 15:27 | | 0 | 25600 |
| brittnei | brittnei@revlive.net | 0 | Brittnei | Centurion | | brankoz@gruponoainternational.com,natasas@gruponoainternational.com | Brittnei Centurion | 6/30/2017 16:26 | | 0 | 25600 |
| caitlin | caitlin@revlive.net | 0 | | | | adrian@revlive.net | | 4/12/2016 15:26 | 12/3/2016 1:45 | 116 | 25600 |
| calvin | calvin@revlive.net | 0 | | | | | | 3/11/2014 11:21 | 7/10/2017 15:11 | 1150 | 25600 |
| carl | carl@revlive.net | 1 | Carl | | | | Carl | 8/21/2014 16:52 | 8/3/2017 13:59 | 1565 | 25600 |
| carla | carla@revlive.net | 0 | | | | | | 3/10/2015 15:34 | 7/2/2015 20:58 | 210 | 25600 |
| caseye | caseye@revlive.net | 0 | Casey E | Centurion | | jen@teleiman.com | Casey E Centurion | 6/30/2017 15:26 | | 0 | 25600 |
| charlottew | charlottew@revlive.net | 0 | Charlotte W | Centurion | | jen@teleiman.com | Charlotte W Centurion | 6/30/2017 15:27 | | 0 | 25600 |
| chris | chris@revlive.net | 0 | | | | | | 6/29/2015 15:19 | 7/29/2017 10:13 | 589 | 25600 |
| chriss | chriss@revlive.net | 0 | Chris S | Centurion | | faith.arnold@conceptol.com,neetu.ahluwalia@conceptol.com | Chris S Centurion | 6/30/2017 16:00 | | 0 | 25600 |
| christopher | christopher@revlive.net | 0 | Christopher | Centurion | | jen@teleiman.com | Christopher Centurion | 6/30/2017 15:26 | | 0 | 25600 |
| courtney | courtney@revlive.net | 1 | | | | | | 8/6/2015 17:48 | 8/8/2017 17:01 | 1074 | 25600 |
| cristinac | cristinac@revlive.net | 0 | Cristina C | Centurion | | jen@teleiman.com | Cristina C Centurion | 6/30/2017 15:27 | | 0 | 25600 |
| cristy | cristy@revlive.net | 1 | | | | jade@revlive.net | | 6/3/2014 14:41 | 8/4/2017 10:50 | 497 | 25600 |
| crystled | crystled@revlive.net | 0 | Crystle D | Centurion | | jen@teleiman.com | Crystle D Centurion | 6/30/2017 15:26 | | 0 | 25600 |
| dave | dave@revlive.net | 0 | | | | | | 2/12/2016 13:46 | 7/25/2017 13:54 | 1038 | 25600 |
| david | david@revlive.net | 0 | | | | adrian@revlive.net | | 10/10/2016 14:19 | 12/6/2016 1:36 | 42 | 25600 |
| denisa | denisa@revlive.net | 0 | Denisa | Centurion | | faith.arnold@conceptol.com,neetu.ahluwalia@conceptol.com | Denisa Centurion | 6/30/2017 16:00 | | 0 | 25600 |
| devon | devon@revlive.net | 0 | Devon | Centurion | | jen@teleiman.com | Devon Centurion | 6/30/2017 15:27 | | 0 | 25600 |
| dexter | dexter@revlive.net | 0 | Dexter | Centurion | | faith.arnold@conceptol.com,neetu.ahluwalia@conceptol.com | Dexter Centurion | 6/30/2017 16:00 | | 0 | 25600 |
| dfontyn | dfontyn@revlive.net | 0 | | | | neil@revlive.net | | 8/31/2015 11:50 | 10/30/2015 2:50 | 0 | 25600 |
| dra | dra@revlive.net | 0 | Dra | Centurion | | faith.arnold@conceptol.com,neetu.ahluwalia@conceptol.com | Dra Centurion | 6/30/2017 16:00 | | 0 | 25600 |
| ebonie | ebonie@revlive.net | 0 | Ebonie | Centurion | | faith.arnold@conceptol.com,neetu.ahluwalia@conceptol.com | Ebonie Centurion | 6/30/2017 16:00 | | 0 | 25600 |
| ede | ede@revlive.net | 0 | Ed E | Centurion | | jen@teleiman.com | Ed E Centurion | 6/30/2017 15:26 | | 0 | 25600 |
| ella | ella@revlive.net | 0 | Ella | Centurion | | faith.arnold@conceptol.com,neetu.ahluwalia@conceptol.com | Ella Centurion | 6/30/2017 16:00 | | 0 | 25600 |
| ellen | ellen@revlive.net | 0 | | | | | | 3/11/2014 11:19 | 3/4/2016 21:05 | 1421 | 25600 |
| email | email@revlive.net | 0 | | | | | | 7/10/2015 17:45 | | 0 | 25600 |
| emma | emma@revlive.net | 0 | Emma | Centurion | | faith.arnold@conceptol.com,neetu.ahluwalia@conceptol.com | Emma Centurion | 6/30/2017 16:00 | | 0 | 25600 |
| employment | employment@revlive.net | 0 | | | | | | 2/12/2015 13:23 | 5/2/2015 6:36 | 0 | 25600 |
| ericka | ericka@revlive.net | 0 | Ericka | Centurion | | brankoz@gruponoainternational.com,natasas@gruponoainternational.com | Ericka Centurion | 6/30/2017 16:26 | | 0 | 25600 |
| errentia | errentia@revlive.net | 0 | Errentia | Centurion | | brankoz@gruponoainternational.com,natasas@gruponoainternational.com | Errentia Centurion | 6/30/2017 16:26 | | 0 | 25600 |
| faith | faith@revlive.net | 0 | Faith | Centurion | | faith.arnold@conceptol.com,neetu.ahluwalia@conceptol.com | Faith Centurion | 6/30/2017 16:00 | | 0 | 25600 |
| faxes | faxes@revlive.net | 0 | | | | | | 5/29/2014 15:58 | 7/27/2017 12:17 | 1360 | 25600 |
| garetk | garetk@revlive.net | 0 | Garet K | Centurion | | jen@teleiman.com | Garet K Centurion | 6/30/2017 15:26 | | 0 | 25600 |
| gloria | gloria@revlive.net | 0 | Gloria | Centurion | | faith.arnold@conceptol.com,neetu.ahluwalia@conceptol.com | Gloria Centurion | 6/30/2017 16:00 | | 0 | 25600 |
| gregor | gregor@revlive.net | 0 | Gregor | Centurion | | jen@teleiman.com | Gregor Centurion | 6/30/2017 15:27 | | 0 | 25600 |
| hannaha | hannaha@revlive.net | 0 | Hannaha | Centurion | | faith.arnold@conceptol.com,neetu.ahluwalia@conceptol.com | Hannaha Centurion | 6/30/2017 16:00 | | 0 | 25600 |
| ivan | ivan@revlive.net | 0 | Ivan | Centurion | | faith.arnold@conceptol.com,neetu.ahluwalia@conceptol.com | Ivan Centurion | 6/30/2017 16:00 | | 0 | 25600 |
| ivy | ivy@revlive.net | 0 | Ivy | Centurion | | jen@teleiman.com | Ivy Centurion | 6/30/2017 15:27 | | 0 | 25600 |
| jason | jason@revlive.net | 0 | | | | | | 1/14/2015 18:13 | 7/29/2017 2:00 | 911 | 25600 |
| javier | javier@revlive.net | 0 | | | | javier@revlive.net | | 5/16/2016 18:11 | 7/29/2017 10:03 | 3657 | 25600 |
| jeffrey | jeffrey@revlive.net | 0 | | | | | | 3/10/2015 15:35 | 5/21/2016 2:28 | 2264 | 25600 |
| jen | jen@revlive.net | 0 | jen | centurion | | jen@teleiman.com | jen | 6/30/2017 14:06 | | 50 | 25600 |
| jessicat | jessicat@revlive.net | 0 | Jessica T | Centurion | | brankoz@gruponoainternational.com,natasas@gruponoainternational.com | Jessica T Centurion | 6/30/2017 16:26 | | 0 | 25600 |
| jimmie | jimmie@revlive.net | 0 | Jimmie | Centurion | | brankoz@gruponoainternational.com,natasas@gruponoainternational.com | Jimmie Centurion | 6/30/2017 16:26 | | 0 | 25600 |
| johnny | johnny@revlive.net | 0 | | | | | Johnny Bates | 4/10/2017 13:01 | 7/27/2017 12:15 | 127 | 25600 |
| jorge | jorge@revlive.net | 0 | Jorge | Centurion | | jen@teleiman.com | Jorge Centurion | 6/30/2017 15:26 | | 0 | 25600 |
| josh | josh@revlive.net | 0 | | | | | | 3/10/2015 15:33 | 7/26/2017 10:40 | 1580 | 25600 |
| julia | julia@revlive.net | 0 | Julia | Centurion | | faith.arnold@conceptol.com,neetu.ahluwalia@conceptol.com | Julia Centurion | 6/30/2017 16:01 | | 0 | 25600 |
| juliav | juliav@revlive.net | 0 | Julia V | Centurion | | jen@teleiman.com | Julia V Centurion | 6/30/2017 15:27 | | 0 | 25600 |
| kaitlyn | kaitlyn@revlive.net | 0 | | | | lindsey@revlive.net,jade@revlive.net | | 3/17/2015 17:49 | 1/5/2016 1:47 | 530 | 25600 |
| kara | kara@revlive.net | 0 | | | | | | 9/26/2016 14:02 | 11/17/2016 22:04 | 2 | 25600 |
| karen | karen@revlive.net | 0 | Karen | Centurion | | faith.arnold@conceptol.com,neetu.ahluwalia@conceptol.com | Karen Centurion | 6/30/2017 16:01 | | 0 | 25600 |
| karenv | karenv@revlive.net | 0 | Karen V | Centurion | | jen@teleiman.com | Karen V Centurion | 6/30/2017 15:27 | | 0 | 25600 |
| kari | kari@revlive.net | 1 | | | | | | 10/29/2015 10:35 | 8/8/2017 19:00 | 5503 | 25600 |
| karri | karri@revlive.net | 0 | Karri | Centurion | | brankoz@gruponoainternational.com,natasas@gruponoainternational.com | Karri Centurion | 6/30/2017 16:26 | | 0 | 25600 |
| kayla | kayla@revlive.net | 1 | | | | | | 3/10/2015 19:54 | 8/8/2017 18:19 | 3657 | 25600 |
| kennesha | kennesha@revlive.net | 0 | Kennesha | Centurion | | faith.arnold@conceptol.com,neetu.ahluwalia@conceptol.com | Kennesha Centurion | 6/30/2017 16:01 | | 0 | 25600 |
| kevin | kevin@revlive.net | 0 | Kevin | Centurion | | jen@teleiman.com | Kevin Centurion | 6/30/2017 15:26 | | 0 | 25600 |
| kimber | kimber@revlive.net | 0 | | | | | | 9/28/2016 12:08 | 7/27/2017 12:05 | 812 | 25600 |
| kristal | kristal@revlive.net | 0 | Kristal | Centurion | | faith.arnold@conceptol.com,neetu.ahluwalia@conceptol.com | Kristal Centurion | 6/30/2017 16:01 | | 0 | 25600 |
| kristylt | kristylt@revlive.net | 0 | Kristyl T | Centurion | | brankoz@gruponoainternational.com,natasas@gruponoainternational.com | Kristyl T Centurion | 6/30/2017 16:26 | | 0 | 25600 |
| latonya | latonya@revlive.net | 0 | Latonya | centurion | | faith.arnold@conceptol.com,neetu.ahluwalia@conceptol.com | Latonya centurion | 7/6/2017 15:06 | | 0 | 25600 |
| latoya | latoya@revlive.net | 0 | Latoya | Centurion | | faith.arnold@conceptol.com,neetu.ahluwalia@conceptol.com | Latoya Centurion | 6/30/2017 16:01 | | 0 | 25600 |
| latoyap | latoyap@revlive.net | 0 | Latoya P | Centurion | | brankoz@gruponoainternational.com,natasas@gruponoainternational.com | Latoya P Centurion | 6/30/2017 16:27 | | 0 | 25600 |
| leiyala | leiyala@revlive.net | 0 | Leiyala | Centurion | | faith.arnold@conceptol.com,neetu.ahluwalia@conceptol.com | Leiyala Centurion | 6/30/2017 16:01 | | 0 | 25600 |
| lindsey | lindsey@revlive.net | 0 | | | | kayla@revlive.net | | 3/14/2014 18:13 | 7/29/2017 10:21 | 2621 | 25600 |
| lorrie | lorrie@revlive.net | 0 | Lorrie | | | jen@teleiman.com | Lorrie Centurion | 6/30/2017 15:28 | | 0 | 25600 |
| mandy | mandy@revlive.net | 0 | Mandy | Centurion | | faith.arnold@conceptol.com,neetu.ahluwalia@conceptol.com | Mandy Centurion | 6/30/2017 16:01 | | 0 | 25600 |
| marla | marla@revlive.net | 0 | Marla | Centurion | | faith.arnold@conceptol.com,neetu.ahluwalia@conceptol.com | Marla Centurion | 6/30/2017 16:01 | | 0 | 25600 |
| matthew | matthew@revlive.net | 0 | | | | | Matthew Cichella | 4/25/2017 11:59 | 6/20/2017 22:50 | 50 | 25600 |
| michael | michael@revlive.net | 0 | | | | jade@revlive.net | | 5/20/2016 17:44 | 11/7/2016 21:23 | 10456 | 25600 |
| michelle | michelle@revlive.net | 0 | | | | | | 4/7/2015 21:42 | | 2 | 25600 |
| monica | monica@revlive.net | 0 | | | | | | 7/2/2015 11:06 | 7/19/2017 14:56 | 10 | 25600 |
| n.aragon | n.aragon@revlive.net | 0 | | | | | | 10/8/2014 13:14 | 9/3/2015 1:53 | 17 | 25600 |
| natasa | natasa@revlive.net | 0 | Natasa | Centurion | | brankoz@gruponoainternational.com,natasas@gruponoainternational.com | Natasa Centurion | 6/30/2017 16:27 | | 0 | 25600 |
| neetu | neetu@revlive.net | 0 | Neetu | Centurion | | faith.arnold@conceptol.com,neetu.ahluwalia@conceptol.com | Neetu Centurion | 6/30/2017 16:01 | | 0 | 25600 |
| neil | neil1@revlive.net | 0 | Neil1 | centurion | | faith.arnold@conceptol.com,neetu.ahluwalia@conceptol.com | Neil1 centurion | 6/30/2017 16:19 | | 0 | 25600 |
| neva | neva@revlive.net | 1 | | | | adrian@revlive.net | | 10/8/2015 11:36 | 7/27/2017 22:48 | 348 | 25600 |
| nickm | nickm@revlive.net | 0 | Nick M | Centurion | | jen@teleiman.com | Nick M Centurion | 6/30/2017 15:26 | | 0 | 25600 |
| nikki | nikki@revlive.net | 0 | | | | | | 10/6/2015 13:59 | 4/21/2017 15:44 | 2452 | 25600 |
| patrick | patrick@revlive.net | 0 | | | | jenny@revlive.net | | 4/20/2015 14:19 | 7/20/2015 3:42 | 3294 | 25600 |
| rachel | rachel@revlive.net | 0 | Rachel | Centurion | | faith.arnold@conceptol.com,neetu.ahluwalia@conceptol.com | Rachel Centurion | 6/30/2017 16:01 | | 0 | 25600 |
| returns | returns@revlive.net | 0 | | | | | | 10/28/2014 17:41 | 4/29/2016 9:30 | 32 | 25600 |
| ryan.timmons | ryan.timmons@revlive.net | 0 | | | | | | 4/12/2016 17:27 | 7/27/2017 18:10 | 1928 | 25600 |
| ryan | ryan@revlive.net | 0 | | | | s.adams@revlive.net | | 3/11/2014 11:14 | 7/5/2017 17:02 | 3814 | 25600 |
| s.adams | s.adams@revlive.net | 0 | | | | | | 5/2/2014 12:14 | 7/29/2017 10:15 | 184 | 25600 |
| sales | sales@revlive.net | 0 | | | | jenny@revlive.net,taree@revlive.net | | 3/19/2014 12:58 | | 0 | 25600 |
| sandy | sandy@revlive.net | 0 | | | | | Sandy Quiroz | 4/19/2017 11:54 | 7/27/2017 12:07 | 62 | 25600 |

| name | email | count | first | label | forwards | display | created | last | size | quota |
|---|---|---|---|---|---|---|---|---|---|---|
| sentbox | sentbox@revlive.net | 0 | | | | | 4/21/2016 11:11 | 3/7/2017 12:44 | 746 | 25600 |
| seth | seth@revlive.net | 0 | | | | | 3/6/2015 12:57 | 12/12/2016 12:17 | 571 | 25600 |
| shaniquiap | shaniquiap@revlive.net | 0 | Shaniquia P | Centurion | faith.arnold@conceptol.com,neetu.ahluwalia@conceptol.com | Shaniquia P Centurion | 6/30/2017 16:01 | | 0 | 25600 |
| shaniquias | shaniquias@revlive.net | 0 | Shaniquia S | Centurion | faith.arnold@conceptol.com,neetu.ahluwalia@conceptol.com | Shaniquia S Centurion | 6/30/2017 16:02 | | 0 | 25600 |
| shay | shay@revlive.net | 0 | | | | | 3/10/2015 19:54 | 4/17/2015 2:37 | 46 | 25600 |
| smashbidethoca | smashbidethoca@revlive.net | 0 | | | | | 7/8/2015 11:12 | 7/30/2015 3:36 | 0 | 25600 |
| sophie | sophie@revlive.net | 0 | Sophie | Centurion | faith.arnold@conceptol.com,neetu.ahluwalia@conceptol.com | Sophie Centurion | 6/30/2017 16:02 | | 0 | 25600 |
| stephanie | stephanie@revlive.net | 0 | Stephanie | Centurion | faith.arnold@conceptol.com,neetu.ahluwalia@conceptol.com | Stephanie Centurion | 6/30/2017 16:02 | | 0 | 25600 |
| sunny | sunny@revlive.net | 0 | Sunny | Centurion | faith.arnold@conceptol.com,neetu.ahluwalia@conceptol.com | Sunny Centurion | 6/30/2017 16:02 | | 0 | 25600 |
| support | support@revlive.net | 1 | | | jenny@revlive.net,taree@revlive.net | | 3/19/2014 12:57 | | 0 | 25600 |
| taree | taree@revlive.net | 0 | | | jenny@revlive.net,patrick@revlive.net | | 3/11/2014 11:17 | 2/4/2016 3:00 | 2662 | 25600 |
| teddie | teddie@revlive.net | 0 | Teddie | Centurion | faith.arnold@conceptol.com,neetu.ahluwalia@conceptol.com | Teddie Centurion | 6/30/2017 16:02 | | 0 | 25600 |
| thaimei | thaimei@revlive.net | 0 | Thaimei | Centurion | faith.arnold@conceptol.com,neetu.ahluwalia@conceptol.com | Thaimei Centurion | 6/30/2017 16:02 | | 0 | 25600 |
| toni | toni@revlive.net | 0 | Toni | Centurion | jen@teleiman.com | Toni Centurion | 6/30/2017 15:27 | | 0 | 25600 |
| tonia | tonia@revlive.net | 0 | Tonia | Centurion | brankoz@gruponoainternational.com,natasas@gruponoainternational.com | Tonia Centurion | 6/30/2017 16:27 | | 0 | 25600 |
| twyla | twyla@revlive.net | 0 | | | patrick@revlive.net,jeffrey@revlive.net | | 3/11/2014 11:18 | 6/4/2015 21:05 | 228 | 25600 |
| valener | valener@revlive.net | 0 | Valene R | Centurion | jen@teleiman.com | Valene R Centurion | 6/30/2017 15:27 | | 0 | 25600 |
| windy | windy@revlive.net | 1 | | | | | 7/6/2015 11:16 | 8/8/2017 10:01 | 344 | 25600 |
| zoe | zoe@revlive.net | 0 | Zoe | Centurion | faith.arnold@conceptol.com,neetu.ahluwalia@conceptol.com | Zoe Centurion | 6/30/2017 16:02 | | 0 | 25600 |

RevLive Rackspace

PX18 Kaplan
Attachment A-6

| DisplayName | Name | Email | LastLogin | UsedStorage | Enabled |
|---|---|---|---|---|---|
| Calvin Jennings | calvin | calvin@revgo.net | 8/8/2017 18:55 | 537 | 0 |
| jason | jason | jason@revgo.net | 6/19/2017 15:01 | 1552 | 0 |
| jenny | jenny | jenny@revgo.net | 7/27/2017 12:04 | 48 | 0 |

RevGo Exchange

Email Accounts - RevGuard RevLive RevGo BRB.xlsx

| Name | Email | Enabled | Created | LastLogin | UsedStorage | MaxSize |
|---|---|---|---|---|---|---|
| abby | abby@revgo.net | 1 | 3/11/2014 11:13 | 8/8/2017 18:48 | 27 | 25600 |
| alerts | alerts@revgo.net | 1 | 8/2/2014 2:36 | | 8 | 25600 |
| blair | blair@revgo.net | 0 | 3/11/2014 11:14 | 3/11/2014 12:25 | 0 | 25600 |
| brian | brian@revgo.net | 1 | 3/11/2014 11:12 | 8/8/2017 16:15 | 47 | 25600 |
| chris | chris@revgo.net | 1 | 6/29/2015 15:20 | 7/27/2017 11:59 | 1 | 25600 |
| cristy | cristy@revgo.net | 0 | 7/28/2014 15:10 | 7/27/2017 11:56 | 0 | 25600 |
| devin | devin@revgo.net | 1 | 7/14/2015 14:48 | 12/19/2015 1:50 | 23 | 25600 |
| inquiries | inquiries@revgo.net | 1 | 3/1/2017 17:57 | | 1 | 25600 |
| james | james@revgo.net | 1 | 3/21/2017 15:16 | 8/8/2017 18:59 | 0 | 25600 |
| jamos | jamos@revgo.net | 1 | 4/22/2015 14:14 | 5/19/2017 19:53 | 58 | 25600 |
| maya | maya@revgo.net | 1 | 11/2/2015 11:00 | 11/4/2016 22:15 | 61 | 25600 |
| neil | neil@revgo.net | 1 | 4/29/2014 11:46 | 12/31/2017 23:59 | 100 | 25600 |
| ryan | ryan@revgo.net | 1 | 3/11/2014 11:11 | 7/29/2017 10:10 | 836 | 25600 |
| sales | sales@revgo.net | 1 | 3/19/2014 12:55 | | 5 | 25600 |
| steve | steve@revgo.net | 1 | 4/15/2016 10:28 | 7/27/2017 19:04 | 66 | 25600 |
| support | support@revgo.net | 1 | 3/19/2014 12:55 | | 1 | 25600 |
| tiffany | tiffany@revgo.net | 1 | 10/25/2016 12:24 | 8/8/2017 18:44 | 54 | 25600 |

| DisplayName | Name | Email | LastLogin | UsedStorage | Enabled |
|---|---|---|---|---|---|
| Emily McEvoy | emily | emily@bluerocketbrands.com | 7/28/2017 22:33 | 504 | 0 |
| jenny | jenny | jenny@bluerocketbrands.com | 7/27/2017 12:04 | 1175 | 0 |
| Lindsey Martinez | lindsey | lindsey@bluerocketbrands.com | 7/29/2017 10:19 | 731 | 0 |
| Patrick Milton | patrick | patrick@bluerocketbrands.com | 4/4/2017 9:27 | 455 | 0 |
| seth | seth | seth@bluerocketbrands.com | 7/27/2017 16:20 | 5295 | 0 |
| Stelios Cabrera | stelios | stelios@bluerocketbrands.com | 7/28/2017 14:50 | 3555 | 0 |

| Name | Email | Enabled | DisplayName | Created | LastLogin | UsedStorage | MaxSize |
|---|---|---|---|---|---|---|---|
| abby | abby@bluerocketbrands.com | 0 | | 5/31/2013 15:30 | 7/29/2017 10:30 | 4 | 25600 |
| accounting | accounting@bluerocketbrands.com | 0 | | 3/4/2016 12:54 | 7/27/2017 11:56 | 54 | 25600 |
| admin | admin@bluerocketbrands.com | 0 | | 2/11/2014 15:38 | 3/3/2017 12:03 | 82 | 25600 |
| alerts | alerts@bluerocketbrands.com | 0 | | 7/1/2013 14:05 | 7/1/2013 14:31 | 1 | 25600 |
| blair | blair@bluerocketbrands.com | 0 | | 5/31/2013 15:28 | 7/29/2017 10:04 | 1975 | 25600 |
| careers | careers@bluerocketbrands.com | 0 | careers | 5/21/2014 17:24 | 12/3/2015 22:43 | 25 | 25600 |
| chris | chris@bluerocketbrands.com | 0 | | 9/10/2015 13:25 | 8/2/2017 13:19 | 889 | 25600 |
| christy | christy@bluerocketbrands.com | 0 | | 5/31/2013 15:32 | 9/15/2015 19:36 | 1323 | 25600 |
| complaints | complaints@bluerocketbrands.com | 0 | | 3/9/2017 13:51 | 7/27/2017 11:55 | 5 | 25600 |
| cristy | cristy@bluerocketbrands.com | 0 | | 5/28/2014 18:26 | 7/29/2017 10:16 | 2615 | 25600 |
| danica | danica@bluerocketbrands.com | 0 | Danica Robles | 8/15/2013 16:50 | 2/28/2017 11:34 | 2956 | 25600 |
| danielle | danielle@bluerocketbrands.com | 0 | Danielle | 5/31/2013 15:18 | 7/29/2017 10:19 | 8828 | 25600 |
| megan | megan@bluerocketbrands.com | 0 | | 5/31/2013 15:29 | 1/3/2017 14:43 | 1601 | 25600 |
| neva | neva@bluerocketbrands.com | 0 | Neva Archuleta | 2/8/2017 12:02 | 7/27/2017 22:48 | 132 | 25600 |
| nosel.megan | nosel.megan@bluerocketbrands.com | 0 | | 5/31/2013 15:31 | 7/29/2017 10:19 | 986 | 25600 |
| ryan | ryan@bluerocketbrands.com | 0 | Ryan McWilliams | 5/31/2013 15:03 | 7/11/2017 14:31 | 598 | 25600 |
| sales | sales@bluerocketbrands.com | 0 | | 1/9/2017 15:00 | 4/19/2017 14:22 | 0 | 25600 |