PX19

DECLARATION OF DANIEL GILLENWATER

FEDERAL TRADE COMMISSION DIGITAL INVESTIGATIVE ANALYST

# DECLARATION OF DANIEL GILLENWATER
## PURSUANT TO 28 U.S.C. § 1746

I, *Daniel Gillenwater*, state that I have personal knowledge of the facts and matters set forth below, and if called as a witness would testify competently thereto:

1. I am a U.S. citizen over the age of eighteen years old.

2. I am a Digital Investigative Analyst with The Federal Trade Commission ("FTC") in Washington, D.C. My duties include managing the collection, preservation, examination, and analysis of evidentiary electronically stored information ("ESI"), which the FTC collects through voluntary submissions, discovery, and legal proceedings.

3. I have completed formal classroom training in computer forensics and I am certified by the International Association of Computer Investigative Specialists (IACIS) as a Certified Electronic Evidence Collection Specialist (CEECS).

4. I have completed formal classroom training in the use of forensic software programs from Guidance Software (EnCase) and the Access Data Corporation Forensic Toolkit (FTK). EnCase and FTK are two computer forensic software packages that are generally accepted by the scientific community for use in acquiring, processing and analyzing ESI. I am EnCE Certified Examiner and have been practicing forensics for more than fifteen (15) years.

5. As a forensic examiner for the FTC, my job duties include providing computer forensic support to FTC attorneys and investigators. In the course of my duties, I was assigned to work on the case *FTC v. RevMountain, et al.*.

1

6. On July 27 and 28, 2017, I arrived at 2011 Cherry St., Suite 202, Louisville, CO. 80027. I forensically imaged the devices listed below:

- AMP-LOU-IT01-JennyJohnson- Physical Image of Dell Inspiron S/T# FDTQV52 located in room 26, desk 26-1.
- AMP-LOU-IT02-CristyBlackburn- Physical Image of Dell IInspiron S/T# 6LKNZD2 located in room 30, desk 30-1.
- AMP-LOU-IT03-DanielleFoss- Physical Image of Dell Inspiron S/T# 65HMD22 located in room 31, desk 31-1.
- AMP-LOU-IT04-EmilySpringman- Physical Image of Dell Inspiron S/T# JL6YBH2 located in room 32, desk 32-1.
- AMP-LOU-IT05-ChrisPoole - Physical Image of Dell Inspiron S/T# 9YG4W52 located in room 35, desk 35-1.
- AMP-LOU-IT06-SteveAdams - Physical Image of Dell Vostro S/T# GX1RWR1, located in room 37, desk 37-1.
- AMP-LOU-IT07-SethDavies - Physical Image of Dell Vostro S/T# GOPFJ02, located in room 36, desk 36-2.
- AMP-LOU-IT08-LindsayMartinez - Logical image of HP 110-210 S/N# 4C15200SRQ, located in room 36, desk 36-1.

7. I maintained the digital media on my person or in a secure location until I handed them over to Richard Kaplan on July 29th, 2017.

8. I exported the user created files from forensic working copies of the images; the files were provided to the FTC eDiscovery section, who made specific files available to the case team for them to conduct a review.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on the 10th day of August, 2017, in Washington, D.C.

*[Daniel Gillenwater]*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25