# PX20

# Documents produced by FirstBank



12345 WEST COLFAX AVENUE  LAKEWOOD, COLORADO 80215  303-232-3000

Affidavit of Authenticity

State of ___ Colorado

County of _Jefferson_

    I, <u>Amanda Costner</u>, in my capacity as Custodian of Records for FirstBank, depose and say:

1. That I am the duly authorized Custodian of Records for FirstBank, and I am authorized to make the affidavit on its behalf.
2. Attached to this affidavit is a full and complete copy of records consisting of 495 pages.
3. I have personal knowledge of the filing or record keeping system of FirstBank.
4. I have photocopied the record from the business records of FirstBank; that it is a full and complete copy of the record.
5. That the record was made at or near the time stated; that it was the regular practice of FirstBank to make and keep such records.
6. That the record was made and kept in the normal course of business.

                                                      _____
                                                     Custodian of Records
                                                     FirstBank

Subscribed and sworn to before me this _2nd_ day of _August_, 2017, by _Amanda Costner_, known to me as such.

_____
Notary Public

ASHLEY DIANE MIGL
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20154021729
MY COMMISSION EXPIRES JUNE 3, 2019

```
DD10-7  DEMAND SYSTEM -      INTERIM STATEMENT FOR ACCOUNT..        8650 / BOLD
BLAIR WILLIAM MCNEA                                    CURR BAL      17,320.30
                                                       AVAIL RSV      1,000.00
NIWOT                        CO  80503-7146            PENDING          707.65-
                                                       AMT HELD    9999,999.99
                                                       AVAILABLE           0.00
                         ** MEMOS AND STOP/HOLDS--SEE DD10-4
**   ELECTRONIC AND MISCELLANEOUS WITHDRAWALS                     PAGE    2 OF   3
     DATE......AMOUNT...DESCRIPTION
     7-17       403.25  ATM* 3333  ARAPAHOE  RD          ERIE       CO ON 07-16
                                            CARD #
     7-20       304.50  ATM* FBN SAN JUAN LUIS           SAN JUAN   PR ON 07-20
                                            CARD #
     7-21    15,000.00  MOBILE TRANSFER #772459 TO XXX-XXX-2179
     7-24        10.00  ANNUAL FIRSTBANK VISA DEBIT CARD FEE
     7-25     2,500.00  INTERNET CRED CARD PMT #853708 TO VISA
     7-28       500.00  ATM  6500 LOOKOUT ROAD           BOULDER    CO ON 07-27
                                            CARD #


FUNCTION _  ACCOUNT/CUSTOMER NBR _____  BRANCH: _____   PAGE:  _____
** LAST PAGE OF ELECTRONIC/MISC WITHDRAWALS **                  **PA2=DD10 MENU
```

```
DD10-7  DEMAND SYSTEM -     INTERIM STATEMENT FOR ACCOUNT..       8650 / BOLD
BLAIR WILLIAM MCNEA                                   CURR BAL      17,320.30
                                                      AVAIL RSV      1,000.00
NIWOT                       CO  80503-7146            PENDING          707.65-
                                                      AMT HELD    9999,999.99
                                                      AVAILABLE          0.00
                      ** MEMOS AND STOP/HOLDS--SEE DD10-4
  ** DEPOSITS AND OTHER ADDITIONS                              PAGE   3 OF  3
     DATE......AMOUNT...DESCRIPTION
     7-21    3,546.20   EFT   DIRECT DEP REVGO LLC
     7-21    4,749.16   EFT   DIRECT DEP REVLIVE
     7-21   12,599.72   EFT   DIRECT DEP BLUE ROCKET BRAN
     7-21   14,113.96   EFT   DIRECT DEP REVGUARD, LLC
     7-25    6,503.27   INTERNET TRANSFER #853694 FROM XXX-XXX-2179
     7-28   10,000.00   MOBILE TRANSFER #928600 FROM XXX-XXX-2179




FUNCTION _ ACCOUNT/CUSTOMER NBR _____ BRANCH: _____ PAGE: _____
** LAST PAGE OF DEPOSITS AND OTHER ADDITIONS **                **PA2=DD10 MENU
```

```
DD10-7  DEMAND SYSTEM -    INTERIM STATEMENT FOR ACCOUNT..      2179 / BOLD
BLAIR WILLIAM MCNEA                                CURR BAL           0.00
                                                   AVAIL RSV          0.00
NIWOT                      CO  80503-7146          PENDING            0.00+
                                                   AMT HELD    9999,999.99
                                                   AVAILABLE          0.00
                    ** MEMOS AND STOP/HOLDS--SEE DD10-4
**   ELECTRONIC AND MISCELLANEOUS WITHDRAWALS                 PAGE   1 OF  2
     DATE......AMOUNT...DESCRIPTION
     7-25    6,503.27   INTERNET TRANSFER #853694 TO XXX-XXX-8650
     7-28   10,000.00   MOBILE TRANSFER #928600 TO XXX-XXX-8650




FUNCTION _   ACCOUNT/CUSTOMER NBR _____   BRANCH: _____   PAGE: _____
** LAST PAGE OF ELECTRONIC/MISC WITHDRAWALS **                  **PA2=DD10 MENU
```

Deposit Account Name: (Last Name, First, M.I.)  BOULDER BLACK DIAMOND, LLC

Account Number: ▮3619

Account Category: Comm/Non Pers   Ownership: Comm/Other   No. of Signers Required: ONE

Open Date: 10/08/2004   Closed Date: _____

UNLESS OTHERWISE INDICATED ABOVE, WE (THE BANK) MAY RECOGNIZE ANY ONE OF SIGNATURES BELOW AS AUTHORITY TO PAY FUNDS OR TRANSACT ANY BUSINESS FOR THIS ACCOUNT BY SIGNING THE FORM, YOU (ALL ACCOUNT HOLDERS) ACKNOWLEDGE RECEIPT OF COPIES OF THE FIRSTBANK DEPOSIT ACCOUNT AGREEMENT AND ELECTRONIC BANKING AGREEMENT AND AGREE TO BE BOUND BY THEIR TERMS AS WELL AS ALL OTHER ACCOUNT RULES AND REGULATIONS OF THE BANK. YOU AUTHORIZE THE BANK TO ISSUE AN AUTOMATED BANKING CARD AND PERSONAL IDENTIFICATION NUMBER.

CERTIFICATION: UNDER PENALTIES, MY SIGNATURE (INCLUDES ALL INDIVIDUAL OR AUTHORIZED PERSONS SIGNING BELOW) ON THIS ACCOUNT SIGNATURE FORM CERTIFIES THAT THE NUMBER SHOWN ON THIS FORM IS MY CORRECT TAXPAYER IDENTIFICATION NUMBER (TIN) AND I AM NOT SUBJECT TO BACKUP WITHHOLDING BECAUSE (1) I AM EXEMPT FROM BACKUP WITHHOLDING, (2) I HAVE NOT BEEN NOTIFIED BY THE INTERNAL REVENUE SERVICE (IRS) THAT I AM SUBJECT TO BACKUP WITHHOLDING AS A RESULT OF A FAILURE TO REPORT ALL INTEREST OR DIVIDENDS, OR (3) THE IRS HAS NOTIFIED THAT I AM NO LONGER SUBJECT TO BACKUP WITHHOLDING. CERTIFICATION IS REQUIRED BY THE IRS. THE IRS DOES NOT REQUIRE YOUR CONSENT TO ANY PROVISIONS ON THIS DOCUMENT OTHER THAN THE CERTIFICATIONS REQUIRED TO AVOID BACKUP WITHHOLDING.

Signature: _[signed]_   Name: BOULDER BLACK DIAMOND, LLC

Customer Number: ▮   DOB: _____   TIN: ▮
Address: ▮
BOULDER, CO 80301-

| | Primary Identification | | Secondary Identification |
|---|---|---|---|
| Type/Nbr: | | Type/Nbr: | |
| Place of Iss: | | Place of Iss: | |
| Iss/Exp. Date: | | Iss/Exp. Date: | |

Signature: _[signed]_   Name: BLAIR WILLIAM MCNEA

Customer Number: ▮   DOB: ▮   TIN: ▮
Address: ▮
BOULDER, CO 80301-4230

| | Primary Identification | | Secondary Identification |
|---|---|---|---|
| Type/Nbr: | In state driver's license/▮ | Type/Nbr: | |
| Place of Iss: | | Place of Iss: | |
| Iss/Exp. Date: | NA  NA | Iss/Exp. Date: | |

Signature: _____   Name: _____

Customer Number: _____   DOB: _____   TIN: _____
Address: _____

| | Primary Identification | | Secondary Identification |
|---|---|---|---|
| Type/Nbr: | | Type/Nbr: | |
| Place of Iss: | | Place of Iss: | |
| Iss/Exp. Date: | | Iss/Exp. Date: | |

Signature: _____   Name: _____

Customer Number: _____   DOB: _____   TIN: _____
Address: _____

| | Primary Identification | | Secondary Identification |
|---|---|---|---|
| Type/Nbr: | | Type/Nbr: | |
| Place of Iss: | | Place of Iss: | |
| Iss/Exp. Date: | | Iss/Exp. Date: | |

```
DD10-7  DEMAND SYSTEM -   INTERIM STATEMENT FOR ACCOUNT..         3619 / BOLD
        BOULDER BLACK DIAMOND LLC                        CURR BAL
                                                         AVAIL RSV           0.00
        NIWOT                      CO  80503-7146        PENDING             0.00+
                                                         AMT HELD     9999,999.99
                                                         AVAILABLE            0.00
                          ** MEMOS AND STOP/HOLDS--SEE DD10-4
**      ELECTRONIC AND MISCELLANEOUS WITHDRAWALS                     PAGE   7 OF  9
        DATE......AMOUNT...DESCRIPTION
                                       CARD #
        7-27       71.24   VISA BED BATH & BEYOND #651   615-111-1111 NJ ON 07-26
                                       CARD #
        7-28       35.53   VISA CORNER STORE 1147        LONGMONT       CO ON 07-26
                                       CARD #
        7-28        3.90   VISA SQ *BOXCAR COFFEE R      BOULDER        CO ON 07-27
                                       CARD #
        7-28      657.19   VISA CO MOTOR VEHICLE S       303-534-3468   CO ON 07-27
                                       CARD #
        7-28      475.86   VISA CO MOTOR VEHICLE S       303-534-3468   CO ON 07-27
                                       CARD #

FUNCTION _ ACCOUNT/CUSTOMER NBR _____  BRANCH: _____   PAGE: _____
** ELECTRONIC/MISC WITHDRAWS CONTINUED ON NEXT PAGE **              **PA2=DD10 MENU
```