# PX21

# Documents produced by Ally Bank



COMBINED CUSTOMER STATEMENT

**Statement Date**
08/05/2017
Page 2

**Customer Care Information**
Toll Free 877-247-ALLY (2559)
www.ally.com

## Online Savings Account
**Summary For:** Jenny Johnson    Leviy Johnson

**Account Number:** xxxxxx9605
**Product:** Online Savings Account
**Open Date:** 09/10/2015

### Summary

| | | | |
|---|---|---|---|
| Beginning Balance, as of 07/06/2017 | $23,913.56 | Days In Statement Period | 31 |
| Deposits and Other Credits | $8,571.28 | Annual Percentage Yield Earned | 1.15% |
| Interest Paid This Period | $▇ | Average Daily Balance This Period | $17,918.16 |
| Withdrawals and Other Debits | -$32,484.00 | Interest Paid Year to Date | $340.07 |
| **Ending Balance, as of 08/05/2017** | $▇ | | |

### Overdraft Fee Summary

| | This Period | Year-to-Date |
|---|---|---|
| Overdraft Items Paid | $0.00 | $0.00 |
| Overdraft Items Returned | $0.00 | $0.00 |

### Activity

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 07/06/2017 | Beginning Balance | | | $23,913.56 |
| 07/07/2017 | Direct Deposit<br>REVLIVE DIRECT DEP~ Future Amount: 3380.34 ~ Tran: DDIR<br>DIRECT DEP | $3,380.34 | -$0.00 | $27,293.90 |
| 07/20/2017 | NOW Withdrawal<br>Requested transfer to Jenny Johnson<br>(WELLS FARGO BANK NA<br>Checking XXXXXX3819) | $0.00 | -$6,500.00 | $20,793.90 |
| 07/21/2017 | Direct Deposit<br>REVLIVE DIRECT DEP~ Future Amount: 5190.94 ~ Tran: DDIR<br>DIRECT DEP | $5,190.94 | -$0.00 | $25,984.84 |
| 07/27/2017 | NOW Withdrawal<br>Requested transfer to Jenny Johnson<br>(WELLS FARGO BANK NA<br>Checking XXXXXX3825) | $0.00 | -$25,984.00 | $0.84 |
| 08/05/2017 | Ending Balance | | | $▇ |

Ally Bank Member FDIC

PX21
STMTCMB100 05/2013

188203/818621//188203/0000/000000/847546 000 02   STMTCMB1C