# PX22

# Documents produced by Wells Fargo Bank



Summons and Subpoenas Department
PO Box 29728 S4001-01F
Phoenix, AZ 85038
Voice: (480)724-2000

# BUSINESS RECORDS DECLARATION

I, Evonne Sepeda, declare that I am employed by Wells Fargo Bank, N.A. in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. The Bank reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

    A)    Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

    B)    It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

**The records produced are described as follows:**

Case number: 18450848

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Official Checks | XXXXXX3819 | 0 | 0 |
| Unable to locate Official Checks for account 3819 for the time frame requested. | | | |
| Official Checks | XXXXXX8880 | 0 | 0 |
| Unable to locate Official Checks for account 8880 for the time frame requested. | | | |
| Official Checks | XXXXXX1778 | 0 | 0 |
| Unable to locate Official checks for account 1778 for the time frame requested. | | | |
| Signature Cards | XXXXXX0539 | 5 | 5 |
| Signature Cards | XXXXXX2302 | 13 | 13 |
| Signature Cards | XXXXXX0547 | 6 | 6 |
| Deposits with offsets | XXXXXX1778 | 0 | 0 |
| No records found with the information provided | | | |
| Checks/Debits | XXXXXX3825 | 0 | 0 |
| Unable to locate for time frame requested. | | | |
| XCC Payment Items | XXXXXXXXXXX0428 | 0 | 0 |
| Unable to locate any payments for account -0428 for time frame requested | | | |
| Wire Request | XXXXXX9509 | 0 | 0 |
| Unable to locate Wires for the time frame requested for account 9509. | | | |
| Deposits with offsets | XXXXXX3819 | 3 | 3 |
| Statements | XXXXXX9509 | 39 | 39 |
| Wire Request | XXXXXX2302 | 0 | 0 |
| Unable to locate Wires for the time frame requested for account 2302. | | | |
| Statements | XXXXXX3819 | 97 | 97 |
| Statements | XXXXXX8880 | 45 | 45 |

Case No: 18450848; Agency Case No: 17CV02000APGGWF

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Wire Request | XXXXXX0539 | 7 | 7 |
| Wire Request | XXXXXX3825 | 0 | 0 |
| Unable to locate Wires for the time frame requested for account ▮3825. | | | |
| XCC Applications | XXXXXXXXXXXX0428 | 0 | 0 |
| Unable to locate application for account -0428. Application is electronic. No image available | | | |
| Wire Request | XXXXXX0547 | 0 | 0 |
| Unable to locate Wires for the time frame requested for account ▮0547. | | | |
| Signature Cards | XXXXXX9756 | 6 | 6 |
| Official Checks | XXXXXX0547 | 0 | 0 |
| Unable to locate Official Checks for account ▮0547 for the time frame requested | | | |
| Signature Cards | XXXXXX3819 | 7 | 7 |
| Official Checks | XXXXXX9509 | 0 | 0 |
| Unable to locate Official Checks for account ▮9509 for the time frame requested | | | |
| Checks/Debits | XXXXXX0547 | 5 | 5 |
| Deposits with offsets | XXXXXX2302 | 2 | 2 |
| Signature Cards | XXXXXX3825 | 4 | 4 |
| Signature Cards | XXXXXX9509 | 6 | 6 |
| Wire Request | XXXXXX9756 | 0 | 0 |
| Unable to locate Wires for the time frame requested for account ▮9756. | | | |
| Official Checks | XXXXXX2302 | 0 | 0 |
| Unable to locate Official Checks for account ▮2302 for the time frame requested. | | | |
| Checks/Debits | XXXXXX1778 | 0 | 0 |
| Unable to locate for time frame requested. | | | |
| Statements | XXXXXX3825 | 80 | 80 |
| Checks/Debits | XXXXXX2302 | 1 | 1 |
| Payment History | XXXXXXXXXX0001 | 0 | 0 |
| Unable to locate any payments for account ▮0001 for time frame requested | | | |
| Official Checks | XXXXXX0539 | 0 | 0 |
| Unable to locate Official checks for account ▮0539 for the time frame requested. | | | |
| Checks/Debits | XXXXXX9509 | 0 | 0 |
| Unable to locate for time frame requested. | | | |
| Statements | XXXXXX9756 | 32 | 32 |
| Official Checks | XXXXXX3825 | 0 | 0 |
| Unable to locate Official Checks for account ▮3825 for the time frame requested. | | | |
| Checks/Debits | XXXXXX9756 | 0 | 0 |
| Unable to locate for time frame requested. | | | |
| Deposits with offsets | XXXXXX0547 | 0 | 0 |
| Unable to locate for time frame requested. | | | |
| Deposits with offsets | XXXXXX8880 | 2 | 2 |
| Checks/Debits | XXXXXX8880 | 0 | 0 |
| Unable to locate for time frame requested. | | | |

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Wire Request | XXXXXX8880 | 0 | 0 |
| Unable to locate Wires for the time frame requested for account ▇8880. | | | |
| Deposits with offsets | XXXXXX9756 | 0 | 0 |
| Unable to locate for time frame requested. | | | |
| Deposits with offsets | XXXXXX3825 | 0 | 0 |
| Unable to locate for time frame requested. | | | |
| Deposits with offsets | XXXXXX9509 | 2 | 2 |
| XCC Statements | XXXXXXXXXXXX0428 | 6 | 6 |
| Wire Request | XXXXXX1778 | 0 | 0 |
| Unable to locate Wires for the time frame requested for account ▇1778. | | | |
| Checks/Debits | XXXXXX0539 | 20 | 20 |
| Statements | XXXXXX0547 | 58 | 58 |
| Official Checks | XXXXXX9756 | 0 | 0 |
| Unable to locate Official Checks for account ▇9756 for the time frame requested. | | | |
| Application | XXXXXXXXXX0001 | 0 | 0 |
| Unable to locate application for account ▇0001 for time frame requested | | | |
| Signature Cards | XXXXXX8880 | 1 | 1 |
| Statements | XXXXXX0539 | 96 | 96 |
| Deposits with offsets | XXXXXX0539 | 56 | 56 |
| Wire Request | XXXXXX3819 | 0 | 0 |
| Unable to locate Wires for the time frame requested for account ▇3819. | | | |
| Financial Statements | XXXXXXXXXX0001 | 0 | 0 |
| Unable to locate any statements for account ▇0001 for time frame requested | | | |
| Statements | XXXXXX1778 | 29 | 29 |
| Signature Cards | XXXXXX1778 | 7 | 7 |
| Checks/Debits | XXXXXX3819 | 1 | 1 |
| Statements | XXXXXX2302 | 44 | 44 |
| | **Total Copies Delivered:** | | **680** |

Additional comments: Unable to locate records during the period of time requested for Three Lakes LLC or account# 1339149443. Unable to locate any records for the following entities:  Danielle C Foss, Indigo Systems LLC; Night Watch Group LLC; Snow Sale LLC; Solid Ice LLC; Walnut Street Marketing Inc; Wild Farms LLC; Absolutely Working LLC; Action Pro White LLC; Blizzardwhite LLC; Brass Triangle LLC; Bridge Ford LLC; Dental Pro At Home LLC; Desert Gecko LLC; First Class Whitening LLC; Flat Iron Avenue LLC; Sandstone Beach LLC; Sedona Beauty Secrets LLC; Skinnyiq LLC; Smile Pro Direct LLC; Spark Whitening LLC; Bella At Home LLC; Circle of Youth Skincare LLC; Honey Lake LLC; Titanwhite LLC; Mint House LLC; Brookville Lane LLC; Thunder Avenue LLC; Doing What's Possible LLC; Newport Crossing LLC; Jasper Woods LLC; Wheeler Peak Marketing LLC; Spruce River LLC; Condor Canyon LLC; Juniper Solutions LLC; How and Why LLC; Greenville Creek LLC; University & Folsom LLC; Dermaglam LLC; Body Tropical LLC; Salamonie River LLC; Roadrunner B2C LLC; Revguard LLC; Revlive! LLC; Boulder Creek Internet Solutions Inc;Boulder Black Diamond LLC; Convertis LLC; Convertis Marketing LLC; Turtle Mountains LLC; Anasazi Management Partners LLC; Trimxt LLC; Elation White LLC and Ivorypro LLC.

**Additional comments:** <optional>

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of D.C. that the foregoing is true and correct according to my knowledge and belief. Executed on this 9th day of August, 2017, in the City of Chandler, State of ARIZONA.

_____
Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons: Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s). If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

Account number: ▓▓▓▓▓▓▓▓3819 ■ June 28, 2017 - July 28, 2017 ■ Page 5 of 7    WELLS FARGO

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 7/24 | | Purchase authorized on 07/22 King Soop 2355 W. 136T Broomfield CO P00000000242806380 Card 4613 | | 138.99 | |
| 7/24 | | Purchase authorized on 07/23 Kfc/Tb #461 Denver CO S387204637406862 Card 4613 | | 31.49 | |
| 7/24 | | McKay Shores Mas Assn Dues 10107425-Echeck Jenny Johnson | | 64.00 | |
| 7/24 | | Cardmember Serv Web Pymt 170721 ***********8438 Payable,Accounts 01 | | 108.87 | |
| 7/24 | | † Merchant Issued Payment Card - Target Debit Crd ACH Tran 170723 000611967792197 080 Target - Westminster CO | | 11.35 | |
| 7/24 | | † Merchant Issued Payment Card - Target Debit Crd ACH Tran 170723 000611967792197 124 Target - Westminster CO | | 53.49 | 6,940.91 |
| 7/25 | | Purchase authorized on 07/23 Caring Hands Veter Thornton CO S467204681328192 Card 4613 | | 74.69 | 6,866.22 |
| 7/26 | | Purchase authorized on 07/25 Paypal *Moprian 402-935-7733 CA S307206683621845 Card 4613 | | 26.10 | |
| 7/26 | | Purchase authorized on 07/25 Paypal *Kellisclos 402-935-7733 CA S587206697005695 Card 4613 | | 48.66 | 6,791.46 |
| 7/27 | | Online Transfer From Johnson L Wells Fargo at Work Checking xxxxxx3825 Ref #Ib03M864Gh on 07/27/17 | 200.00 | | |
| 7/27 | | Recurring Payment authorized on 07/26 Vzwrlss*Apocc Visw 800-922-0204 FL S587207375740850 Card 4613 | | 290.68 | |
| 7/27 | | Purchase authorized on 07/27 Amazon.Com Amzn.Com/Bill WA S387207603036880 Card 4613 | | 17.14 | |
| 7/27 | | Purchase authorized on 07/26 Amazonfresh WWW.Amzn/Frsh WA S587207631870814 Card 4613 | | 46.32 | |
| 7/27 | | Purchase authorized on 07/26 Tokyo Joes Louisvi Louisville CO S387207730599899 Card 4613 | | 15.62 | |
| 7/27 | | Purchase authorized on 07/26 E 470 Express Toll 303-5373470 CO S587207785446350 Card 4613 | | 81.80 | |
| 7/27 | | Recurring Payment authorized on 07/27 Hellofresh 800-7332414 NY S387208293546114 Card 4613 | | 59.94 | |
| 7/27 | | Online Transfer to Johnson L Wells Fargo at Work Checking xxxxxx3825 Ref #Ib03M7Chz8 on 07/27/17 | | 6,400.00 | 79.96 |
| 7/28 | | Online Transfer From Johnson L Wells Fargo at Work Checking xxxxxx3825 Ref #Ib03M8Bq83 on 07/27/17 | 290.00 | | 369.96 |
| Ending balance on 7/28 | | | | | 369.96 |
| Totals | | | $40,727.43 | $48,603.24 | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

† **Merchant-Issued Payment Card:** This transaction is related to a purchase(s) made using a merchant-issued payment card. The date the merchant submitted the transaction to Wells Fargo may not be the date the transaction was conducted.

**Summary of checks written** (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount |
|---|---|---|
| 2568 | 7/14 | 30,000.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 06/28/2017 - 07/28/2017 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee**<br>Have any **ONE** of the following account requirements | Minimum required | This fee period |

Account number: ▮▮▮▮3880 ■ July 1, 2017 - July 31, 2017 ■ Page 2 of 3



## Transaction history (continued)

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|
| 7/11 | * Online Transfer to Johnson J Custom Management(Rm) xxxxxx3819 Ref #Ib03Kyr8Vq on 07/11/17 | | 30,000.00 | 42,424.72 |
| 7/19 | * Online Transfer to Johnson J Custom Management(Rm) xxxxxx3819 Ref #Ib03Lfgx4W on 07/18/17 | | 50.00 | 42,374.72 |
| 7/20 | * Online Transfer to Johnson J Custom Management(Rm) xxxxxx3819 Ref #Ib03Lpx8Qy on 07/20/17 | | 50.00 | 42,324.72 |
| 7/27 | * Online Transfer to Johnson L Wells Fargo at Work Checking xxxxxx3825 Ref #Ib03M7Ckgw on 07/27/17 | | 42,300.00 | 24.72 |
| 7/31 | Interest Payment | 0.28 | | |
| 7/31 | Monthly Service Fee | | 10.00 | 15.00 |
| **Ending balance on 7/31** | | | | **15.00** |
| **Totals** | | **$64,837.78** | **$73,410.00** | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

* indicates transaction counts toward the Regulation D and Wells Fargo savings withdrawal and transfer limit. Except outgoing wire transfers, there is no limit on the number of withdrawals or transfers made in person at an ATM or Wells Fargo location or on any types of deposits. For more information, please refer to your Account Agreement.

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 07/01/2017 - 07/31/2017 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $3,500.00 | $24.72 ☐ |

cs/cs