HINCH NEWMAN LLP
RICHARD B. NEWMAN
Nevada Bar No. 8203
Email: RNewman@HinchNewman.com
40 Wall Street, 35th Floor
New York, NY 10005

DICKINSON WRIGHT PLLC
ERIC D. HONE
Nevada Bar No. 8499
Email: ehone@dickinsonwright.com
GABRIEL A. BLUMBERG
Nevada Bar No. 12332
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400

*Attorneys for Defendant Jennifer Johnson*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>REVMOUNTAIN, LLC, et al.<br><br>Defendants. | Case No: 2:17-cv-02000-APG-GWF<br><br>**INDEX OF EXHIBITS TO DEFENDANT JENNIFER JOHNSON'S RESPONSE TO ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE AND REQUEST TO MODIFY ASSET FREEZE TO PERMIT ACCESS TO FUNDS FOR BASIC LIVING EXPENSES AND ATTORNEYS' FEES** |

| No. | Description |
|---|---|
| 1. | Declaration of Jennifer Johnson |
| A. | Copy of weekly unemployment benefit statement |
| B. | Copy of July 2017 mortgage statement |
| C. | Copy of the contract with Great Service Landscape |
| D. | Copy of the monthly Mercedes loan payment |
| E. | Copy of last energy (utility) bill |
| F. | Copy of last water (utility) bill |
| G. | Copy of initial IRA account statement from December 31, 2012 and August |

1

| No. | Description |
|---|---|
|  | 2013 |
| H. | Copy of Edward Jones IRA account statement |
| I. | Copy of Fidelity IRA account statement |
| J. | Copy of Shareholder Services Group IRA account statement |
| K. | Copy of TD Ameritrade account statement |
| L. | Copy of Individual Financial Disclosure Form ("IFD") in accordance with the Court's order |
| 2. | Declaration of Leviy Johnson |
| A. | Copy of most recent paystub from Adams County, Colorado |
| B. | Copy of student loan monthly payment schedule |
| 3. | Copy of *FTC v. Asset & Capital Management Group et al.*, Case No. 13-cv-01107 (C.D. Cal. Oct. 1, 2013), Defendants' Unopposed Motion for Release of Funds, Dkt. No. 77 |
| 4. | Copy of *FTC v. Premier Precious Metals, Inc.*, Case No. 12-cv-60504-SCOLA (S.D. Fla. Apr. 2, 2013), Order Granting Limited Modification of Asset Freeze, ECF No. 112 |
| 5. | Copy of *FTC v. Burnlounge, Inc.*, Case No. 2:07-cv-03654-GW-FMO (C.D. Ca. Aug. 8, 2007), Stipulated Preliminary Injunction Order, ECF No. 83 |
| 6. | Copy of *FTC v. Credit Bureau Center, LLC et al.*, Case No. 1:17-cv-00194 (N.D. Ill. Aug. 3, 2017), Order on Petition for Attorneys' Fees and Costs, ECF No.112 |
| 7. | Copy of *Kokesh v. SEC*, 137 S. Ct. 1635 (2017) |