# EXHIBIT 1

# CASE NO. 2:17-cv-02000-APG-GWF

# Declaration of Jennifer Johnson

1  HINCH NEWMAN LLP
   RICHARD B. NEWMAN
2  Nevada Bar No. 8203
   Email:  rnewman@hinchnewman.com
3  40 Wall Street, 35th Floor
   New York, NY 10005
4  Tel:  (212) 756-8777

5  DICKINSON WRIGHT PLLC
   ERIC D. HONE
6  Nevada Bar No. 8499
   Email:  ehone@dickinsonwright.com
7  GABRIEL A. BLUMBERG
   Nevada Bar No. 12332
8  8363 West Sunset Road, Suite 200
   Las Vegas, Nevada  89113-2210
9  Tel:  (702) 550-4400

10  *Attorneys for Defendant Jennifer Johnson*

11              UNITED STATES DISTRICT COURT

12                  DISTRICT OF NEVADA

13

14  FEDERAL TRADE COMMISSION,        | Case No: 2:17-cv-02000-APG-GWF

15                      Plaintiff,   | DECLARATION OF JENNIFER JOHNSON

16  vs.

17  REVMOUNTAIN, LLC, et al.

18                      Defendants.

19

20          I, JENNIFER JOHNSON, do hereby swear and affirm as follows:

21          1.      I am over the age of 18 and have personal knowledge of all facts addressed

22  herein, and if called upon to testify, could and would do so.

23          2.      I make this declaration in support of my Response to Order to Show Cause Why a

24  Preliminary Injunction Should Not Issue and Request to Modify Asset Freeze to Permit Access

25  to Funds for Basic Living Expenses and Attorneys' Fees.

26          3.      I am currently unemployed.  I receive weekly unemployment benefits of $573.  A

27  true and correct copy of my weekly unemployment benefit statement is attached hereto as

28                                      1

Exhibit 1-A.  After taxes, this weekly benefit translates to monthly net income of approximately $1,968.00.  This income is insufficient to pay for my family's housing, utilities, and food.

4.      I am married to Leviy Johnson.  Leviy's monthly net income, even when combined with my current unemployment income, is insufficient to pay for our family's housing, utilities, and food.

5.      My family has consistently relied on my earnings to pay for the mortgage on our home at 1330 Eversole Drive, Broomfield, CO 80023 (the "Residence").  Leviy and I purchased the Residence in January 2017 in part with viable funds inherited from a deceased relative and otherwise non-attributable to the allegations set forth in the Federal Trade Commission's Complaint.  We obtained a mortgage with Wells Fargo in the principal amount of $750,000 with a monthly mortgage payment of $3,722.75.  Our combined monthly net income is less than our mortgage payment and therefore I believe any freeze order should allow me to utilize my assets to pay the monthly $3,722.75 mortgage payment until we are able to sell the home.  A true and correct copy of my July 2017 mortgage statement is attached hereto as Exhibit 1-B.

6.      We purchased the Residence as a new build without any landscaping.  In order to comply with local rules and regulations, Leviy and I engaged a landscaping company to perform $65,000 worth of landscaping improvements to the Residence prior to this case.  A true and correct copy of the contract with Great Service Landscape is attached hereto as Exhibit 1-C.  In late June 2017, Leviy and I took out a home equity loan of $65,000 to pay for the landscaping. Prior to this case, we made the first required installment payment of $30,000 to the landscaping company.  The remaining $35,000 balance was due on July 27, 2017.  Due to the Temporary Restraining Order, we were barred from timely paying the remaining $35,000 balance.  I have been informed that the landscaping company intends to place a lien on the Residence if we are unable to make the $35,000 payment in the coming month.

7.      If the freeze order precludes us from using my assets to pay the mortgage on the Residence, however, we will not be able to make our monthly mortgage payments and the bank

may foreclose on the Residence.  This likely will preclude the opportunity to acquire assets for any potential judgment against me.

8.      With the Court's approval, Leviy and I will list the Residence for sale in an effort to maximize the assets available for the FTC in the event the FTC obtains a judgment against me. It is my belief that there currently is equity in the Residence of approximately $150,000, even after paying off the mortgage, the outstanding home equity loan, and the balance of the landscaping bill.  I am willing to place any proceeds from the sale of the Residence into a frozen account during the pendency of any asset freeze.  It is my understanding that this procedure would allow for a much greater recovery than if we are forced to default on our mortgage and the bank forecloses on the Residence.

9.      Similarly, I believe I can slightly decrease monthly living expenditures if allowed to sell the 2015 Mercedes ML 400 we possess.  The remaining balance on the Mercedes loan is $37,620.04 and I make monthly payments of $750.  A true and correct copy of the monthly Mercedes loan payment is attached hereto as Exhibit 1-D.  It is my belief that the fair market value of the Mercedes is slightly greater than the remaining balance on the Mercedes loan. Similar to the funds received from the sale of the Residence, I will place any funds received from the sale of the Mercedes—that exceed the Mercedes loan payoff—into a frozen account during the pendency of any asset freeze.

10.     My family also incurs monthly expenses for energy and water.  My last energy bill was for $226.68 and my last water bill was for $114.61.  A true and correct copy of my last energy bill is attached hereto as Exhibit 1-E.  A true and correct copy of my last water bill is attached hereto as Exhibit 1-F.

11.     In addition to the monthly mortgage, vehicle, and utility payments, my family incurs recurring monthly charges for food.  As noted in my IFD, our family's monthly food expenses have traditionally totaled $850 per month. I am willing to reduce our family's monthly food expenses to $600 per month.

3

12.     Prior to commencing my employment with the corporate defendants, I made and received contributions to a 401k account that totaled $63,700.44 as of December 31, 2012 and totaled $73,146.41 as of August 2013.   A true and correct copy of my initial IRA account statement from December 31, 2012 and August 2013 is attached hereto as Exhibit 1-G.   In August 2013, I rolled over the balance of my 401k account into an IRA with Fidelity.  A true and correct copy of my Fidelity IRA account statement is attached hereto as Exhibit 1-H.  I made no contributions to the Fidelity IRA and ultimately rolled over that account to an Edward Jones IRA in January 2014.  A true and correct copy of my Edward Jones IRA account statement is attached hereto as Exhibit 1-I.  Once again, I made no contributions to the account while my IRA remained at Edward Jones.   In October 2015, I rolled over her Edward Jones IRA to Shareholder Service Group.   A true and correct copy of my Shareholder Services Group IRA account statement is attached hereto as Exhibit 1-J.  I did not make any contributions to my IRA while it was with Shareholder Service Group.  In June 2017, I moved my IRA from Shareholder Service Group to TD Ameritrade (ending in 8171).  A true and correct copy of my TD Ameritrade account statement is attached hereto as Exhibit 1-K.  This account currently has a balance of $89,127.97.

13.     Following the asset freeze, I completed an Individual Financial Disclosure Form ("IFD") in accordance with the Court's order.  A true and correct copy of my IFD is attached hereto as Exhibit 1-L.

14.     I have twin daughters, Kylie and Kennedy, who are both two years old and rely on me for basic necessities such as food and shelter to survive.  I would request that the Court take the best interests of my children into consideration when determining whether, and to what extent, the asset freeze can be lifted or modified to allow me to provide for Kylie and Kennedy.

...

...

...

...

4

15.     To the extent the FTC believes we have substantial family resources to aid in our time of need, the FTC is sorely mistaken.  My mother is deceased and my father is retired with limited assets.  As a result of the asset freeze, my father already has been forced to utilize such limited assets to aid in paying my attorneys' fees which, in turn, has resulted in significant strain on him.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this _____ day of August 2017.

JENNIFER JOHNSON

5

6

# EXHIBIT 1-A
# to Declaration of Jennifer Johnson

## CASE NO. 2:17-cv-02000-APG-GWF

## Copy of weekly unemployment benefit statement



| Current Claim | My Profile | Online Forms |
|---|---|---|

| General Information | My Benefits | Issues & Appeals | Payment Information | Work Search |

## Current Claim: General Information

**Weekly Benefit Amount:** 573.00

**Maximum Payable Amount:** 14,898.00

**Amount Paid to Date:** 0.00

**Last Payment Date:**

**Current Balance:** 14,898.00

**Your Claim is Effective From:** 07/30/2017

**Your Claim is Effective To:** 07/28/2018

**Income Tax Withholding Choice:** Both Federal and State Taxes. You can change your withholding choice in My Profile.

# EXHIBIT 1-B
# to Declaration of Jennifer Johnson

## CASE NO. 2:17-cv-02000-APG-GWF

Copy of July 2017 mortgage statement

Page 1 of 1

**WELLS FARGO HOME MORTGAGE**

Return Mail Operations
PO Box 14411
Des Moines IA 50306-3411

Statement date: 07/02/17
Loan number: ████0552

Property address
1330 EVERSOLE DR
BROOMFIELD, CO 80023

## Customer Service

**Online** wellsfargo.com

**Correspondence** PO Box 10335 Des Moines IA 50306

**Payments** PO Box 660278 Dallas TX 75266

**Telephone** 1-800-762-6659

**Fax** 1-866-278-1179

**Hours of operation** Mon - Fri 6 a.m. - 10 p.m. Sat 8 a.m. - 2 p.m. CT

**Purchase or refinance** 1-866-867-3026

We accept telecommunications relay service calls.

JENNIFER A JOHNSON
LEVIY PERRY JOHNSON
1330 EVERSOLE DR
WESTMINSTER, CO 80023-9253

## Payment summary

| | |
|---|---|
| Principal | $1,197.65 |
| Interest | $2,170.19 |
| Escrow | $354.91 |
| Current payment | $3,722.75 |
| Total payment due 08/01/17 | $3,722.75 |
| After 08/16/17 a late charge may apply | $168.39 |

## Balance summary

| | |
|---|---|
| Unpaid principal balance | $744,063.77 |
| Escrow balance | $2,788.64 |
| (Contact Customer Service for your payoff balance) | |
| Interest rate | 3.500% |
| Maturity date | 02/47 |

## Year-to-date summary

| | |
|---|---|
| Total received* | $19,627.84 |
| Principal | $5,936.23 |
| Interest** | $10,902.97 |
| Escrow | $2,788.64 |

*This total may include the Unapplied funds balance from the Balance summary section.
**This information should not be used for tax purposes. If you have tax related questions, please consult your tax advisor.

## Activity since your last statement

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 07/02 | Payment | $3,722.75 | $1,194.17 | $2,173.67 | $354.91 | |

## Important messages

This is not a bill, our records indicate your payments are scheduled to withdraw automatically. All funds are applied when sufficient funds have accumulated to make a full monthly payment as outlined in your mortgage note. A payment remitted via another source will not stop the drafting process. If you are paying off your loan, please contact us at least five (5) days prior to your next withdrawal date.

**Revised Agreement for Online Access**
We're updating our Online Access Agreement, effective September 15, 2017. To see what is changing, please visit wellsfargo.com/onlineupdates

## For your consideration

**Ready to buy your next home?**
We're here to help you understand your home financing options, so you can make informed home financing decisions. Learn about our low down payment programs, financing options, and how we can help make buying your next home a rewarding experience. Visit your local home mortgage consultant today.

**Insurance is an important factor in the total cost of owning a home.**
Now may be a good time to talk to a Wells Fargo Insurance agent about your coverage and rate. They can help you understand your options and compare rates from a wide range of highly rated companies. Bundle your home and auto insurance to see if you can save.
**Call Wells Fargo Insurance today! 1-866-444-0479**

Insurance is: Not insured by the FDIC or any federal government agency. Not a deposit of or guaranteed by any bank.

Wells Fargo Insurance, Inc. is a licensed agency that represents -- and is compensated by -- the insurer based on the amount of insurance sold. No purchase of an insurance product through Wells Fargo is required.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JENNIFER A JOHNSON
LEVIY PERRY JOHNSON
1330 EVERSOLE DR
WESTMINSTER, CO 80023

Loan number
████0552
After 08/16/17 a late charge may apply
$168.39

Please specify additional funds

| | | |
|---|---|---|
| Payment x pmt amt | A | $ |
| Additional principal | B | $ |
| Late charges | C | $ |
| Other charges | D | $ |
| Additional escrow (if applicable) | E | $ |
| Total amount enclosed (Please do not send cash) | F | $ |

Check here and see reverse for address correction.

WELLS FARGO HOME MORTGAGE
PO Box 660278
Dallas TX 75266-0278

This is not a bill, but for your information only.

0000000  0000000000000000000  9

**Make Wells Fargo your first choice**

Thinking of Buying A New Home or Refinancing Your Mortgage?

Stop by the Wells Fargo Home Mortgage store in your area or call   1-866-867-3026

Wells Fargo also offers:
- Checking, Savings, CDs, Personal Loans   1-800-932-6736
- Home Rebate Credit Card   1-800-932-6736
- Home Equity Lines of Credit   1-888-237-0186
- Homeowners and Flood Insurance   1-866-444-0479
- Auto Insurance   1-866-586-9771
- Identity Theft Protection   1-877-247-1533
- Student Loans   1-888-511-7304
- International access (where available)   00-800-28832122

**Fee schedule**
Fees for assumptions, partial releases, and other services will be quoted upon request. Allowable fees for checks and drafts that are not honored by your bank vary by state and will be assessed automatically. States with fixed fees are as follows: ID-$20, NV-$25, SD-$30. Fees are subject to change without notice.

**Important information**
Payments received after normal business hours will be credited the following business day.

If you send your payment to any other location, it may cause a processing delay. When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. If your mortgage check does not clear upon initial presentment, your bank may charge a fee and we may attempt to withdraw funds from your account electronically up to a maximum of three times. If we are not able to successfully collect these funds, the check amount will be reversed from your loan.

**Disputing account information reported to credit bureaus**
We may furnish information about your account to credit bureaus. You have the right to dispute the accuracy of information that we have reported by writing to us at the correspondence address noted on the front of this statement and describing the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that you believe relates to identity theft, you will need to provide us with an identity theft report.

**Access your account online any time**
View details of your mortgage account, including official tax information, payment activity and more. Please visit the website listed on the front of this statement.

**Payment options**
There are multiple ways to make a payment:
-Online - You can schedule free payments online. Simply sign on to the website listed on the front of this statement and schedule your payment securely at your convenience.
-Pay by Phone - Payments can be scheduled by calling Customer Service; A fee for an automated telephone payment of $6 and for an agent-assisted telephone payment of $12 may be applicable based on the status of your account.
-By Mail or in person - You can mail your payment or bring it into any Wells Fargo Branch at no charge. Please be sure to include your payment coupon from your statement.

**Need to wire payment funds?** For assistance in finding the nearest location, call 1-800-926-9400 for MoneyGram® Express Payments or 1-800-325-6000 for Western Union® "Quick Collect" payments.

For those customers who reside in the state of Texas, we will not recognize 3rd Party Property Tax Lien Transfers or Property Tax Deferrals These programs create a lien on your property which takes priority over your mortgage. A change in lien position violates your mortgage agreement and we will take the necessary steps needed to ensure the mortgage lien is not at risk.

**Servicemembers Civil Relief Act** - The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If either you have been called to active duty, or you are the spouse, registered domestic partner, partner in a civil union, or financial dependent of a person who has been called to active duty, and you haven't yet made us aware of your status, please contact our Military Customer Service Center at 1-866-936-7272 or fax your Active Duty Orders to 1-877-658-4585, attention SCRA.

**Housing counselor information**
For help exploring options, the Federal government provides contact information for housing counselors, which you can access by contacting the Consumer Financial Protection Bureau at http://www.consumerfinance.gov/find-a-housing-counselor/, or obtain no-cost assistance by contacting the Department of Housing and Urban Development at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.

**Contact us**
If you'd like to request information, notify us of an error, or share any concerns you may have about the servicing of your loan, please contact us at P.O. Box 10335, Des Moines, IA 50306. Please include your account number with all correspondence.

**Special note for customers with New York properties**
For those customers who reside in the state of New York, the debtor may file complaints about the servicer and obtain further information from the New York Banking Department by calling the Department's Consumer Help Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov

---

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. Member FDIC ©2017 Wells Fargo Bank, N.A. Member FDIC All rights reserved.
NMLSR ID 399801            -adv-May 2017



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Address and phone number change** -Please be sure to check the box on the front of payment coupon.

| Borrower first name | | Borrower last name | |

| Co-borrower first name | | Co-borrower last name | |

| New mailing address | |

| City, state/zip | |

| Home phone | | Work phone | |

# EXHIBIT 1-C
# to Declaration of Jennifer Johnson

## CASE NO. 2:17-cv-02000-APG-GWF

## Copy of contract with Great Service Landscape

# GREAT SERVICE LANDSCAPE

**CUSTOMER PROPOSAL**

182 S Saulsbury Street, Lakewood, CO 80226

**DATE**   June 11, 2017

### CLIENT INFORMATION

| | |
|---|---|
| Name | Jenny and Leviy Johnson |
| Address | 1330 Eversole Drive, Broomfield |
| Email | leviy_johnson@yahoo.com |
| Phone | 720.884.7132 |

### LANDSCAPE DESIGNER INFORMATION

Nick Pisani       303.242.9180       npisani826@gmail.com

| **BACK AND SIDE YARD LANDSCAPE** | **LINE TOTAL** |
|---|---|
| Automatic irrigation - extend mainline, manifolds, valves, sod zones, and (1) drip zone | $3,450.00 |
| Rolled top edging (570 LF) | $2,135.00 |
| 1.5" river rock with weed barrier (1,570 SF) | $2,375.00 |
| Wood mulch with weed barrier (1,190 SF) | $1,190.00 |
| 4" - 12" cobble with weed barrier | $1,760.00 |
| Playground wood chips with weed barrier | $980.00 |
| Pea gravel with weed barrier (dog run) | $935.00 |
| Breeze pathway with weed barrier | $405.00 |
| Concrete patio preparation - machine compact subsoil and machine compact (24) tons of road base | $2,420.00 |
| Colored concrete - lower patio and steps (approx. 1,345 SF): | $13,235.00 |
| Concrete poured at 4000 PSI with mini fiber mesh, wire mesh, rebar, expansion joints, and light broom finish | |
| Pour new stoop / landing at back door | |
| Granite boulders (11 tons) | $2,640.00 |
| Bluegrass sod with soil preparation (2,565 SF) | $2,710.00 |
| Berming select bed areas, backfill patios and boulders (100 yards fill dirt) | $2,385.00 |
| Bury select downspouts and finish grade to ensure positive drainage | $1,210.00 |
| Planters mix (soil amendments) (15 yards) | $1,455.00 |
| Trees: | $7,280.00 |
| (1) 7' Baby Blue Eyes Spruce, (3) 8' Colorado Spruce, (1) 2.5" Autumn Blaze Red Maple, (3) 8' Austrian Pines | |
| (1) #25 Bosnian Pines, (1) #15 Dwarf Lilac | |
| Tax, Deliveries, Clean up | $600.00 |
| Plants: (13) #5 Flowering shrubs, (23) #1 Ornamental Grass, (35) #1 Perennials | $2,865.00 |
| Landscape lighting: includes transformer, timer, wire, (8) LED step lights | $2,130.00 |
| Gas Fire Pit: | $5,245.00 |
| Trench and bury gas line with tracer wire 18" to 24" deep, includes all gas connections and fittings | |
| Includes burner, key valve, large black lava rock, concrete block construction with stucco veneer and gray capstones | |
| Bar/Grill Station: | $5,815.00 |
| Concrete block with stucco veneer on all sides except street side and neighbors side install stone veneer | |
| Under bar section keep open and install one pillar under far end of bar too | |
| Note** *Does not include grill, accessories, or countertop* | |
| | **PROPOSAL TOTAL**   **$63,220.00** |

**Notes:**

Reposition dog run fence between grill station and existing fence, install (2) multi-stem Aspens #10 in dog run to hide neighbors - No charge

13

| OPTIONAL FEATURES | LINE TOTAL |
|---|---|
| L - shaped stone seat wall bench with back: | $9,320.00 |
|    Concrete block construction with stucco veneer and gray capstones | |
|    Includes (8) undermount lights | |
| Colored concrete sidewalk (machine compacted road base for prep) in place of breeze sidewalk | $2,980.00 |

**PAYMENT TERMS (Does not include optional features).**

| | |
|---|---|
| Back and Side Yard Proposal Total: | $63,220.00 |
|   50% of the project cost will be paid after the second day of work: | $31,610.00 |
|   50% of remaining project cost will be paid upon completion and final walk through: | $31,610.00 |

## PROJECT CONDITIONS

Contractor is responsible for design execution; furnishing all tools, materials, equipment, and labor needed for project completion; and exercising reasonable skill and judgement throughout the project. Contractor reserves the right to delay or postpone projects due to weather delays and/or site conditions. Minor on-site adjustments may be made by contractor to maintain project goals. Unknown site factors such as utility lines, concrete, tree stumps, and/or other materials that need to be removed will result in a change order to client. Contractor is not responsible for existing drainage defects or other existing defects on property. Contractor is not responsible for improperly compacted soil settling. All warranties are void if proposal is not paid in full upon project completion. Proposal does not include any building permit, inspection, or HOA fees, and if needed, fees will result in additional cost to homeowner.

## PLANT MATERIAL WARRANTY

All plant material is limited to a one year plant replacement. Provided warranty is contingent upon proper irrigation and maintenance. Plant material is not covered under warranty due to acts of nature such as hail, snow, and/or animals. Replacement of plant material will be executed when proposal is paid in full. Substitute varieties may be used.

## IRRIGATION WARRANTY

All irrigation equipment is guaranteed to the extent of internal equipment failure. Damage to sprinkler heads and drip irrigation caused by mowing, animals, and/or freezing is not covered under warranty. Damage to backflow preventers due to winter freezing is not covered under warranty. Irrigation system winterization and spring start ups are not included in irrigation price or proposal warranty. System winterization and spring start up are client responsibility.

## CONCRETE WARRANTY

Concrete is not covered under warranty in any way. Homeowner assumes all responsibility in concrete surfaces such as hairline fractures, subgrade compaction failure, heaving, foundation & patio separation, surface maintenance, tree roots, ice melts, etc.

## PAVER WARRANTY

All paver products are covered under manufacturer warranty. Workmanship is covered under a one year warranty. Splitting, chipping, staining, breakage, etc. caused to pavers from improper overloading, liquids, ice melts, etc. are not covered under manufacturer or workmanship warranty.

Client Approval:                               Date:

Contractor Approval:                       Date:

14

# EXHIBIT 1-D
# to Declaration of Jennifer Johnson

# CASE NO. 2:17-cv-02000-APG-GWF

# Copy of monthly Mercedes loan payment

## Account Information

**Account Number : XXXXXXXX08**          **Statement Period : 06-01-17 to 06-30-17**                              **Page: 1**

**Suffix: 00 MEMBERSHIP SAVINGS ACCOUNT**

| Trans. Date | Transaction Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| 06-01 | Balance Forward | | | 25.00 |
| 06-30 | Ending Balance | | | 25.00 |
| | YTD Dividends Paid : 0.00 | | | |

**Suffix: 01 2015 MERCEDES-BENZ M CLASS**

Joint Owner: JENNIFER A JOHNSON
Annual Percentage Rate (APR) 2.990%          Daily Periodic Rate .008191%

**Transactions**

| Trans Date | Description of Transaction or Credit | Interest Charge | Late Charge | Amount | Principal Change | Balance Subject to Interest Rate* |
|---|---|---|---|---|---|---|
| 06-01 | Balance Forward | | | | | 38272.85 |
| 06-15 | Payments ACH ELEVATIONS CU CO: ELEVATIONS CU | 97.19 | 0.00 | -750.00 | -652.81 | 37620.04 |
| 06-30 | Ending Balance | | | | | 37620.04 |

**Loan Information**

| | |
|---|---|
| Current Payment: | 734.55 |
| Amount Past Due: | 0.00 |
| Total Due: | 734.55 |
| Due Date: | 07-18-17 |
| 1 Payments for 750.00 | |

**Fees**

          TOTAL FEES FOR THIS PERIOD                                        0.00

Interest Charged

# EXHIBIT 1-E
# to Declaration of Jennifer Johnson

# CASE NO. 2:17-cv-02000-APG-GWF

# Copy of last energy (utility) bill



PUBLIC SERVICE COMPANY OF COLORADO                                      Page 1 of 6

| MAILING ADDRESS | ACCOUNT NUMBER | DUE DATE |
|---|---|---|
| JENNIFER A. JOHNSON<br>1330 EVERSOLE DR<br>BROOMFIELD CO 80023 | ▓▓▓233-3 | **08/04/2017** |
| | STATEMENT NUMBER | STATEMENT DATE | AMOUNT DUE |
| | 554177041 | 07/17/2017 | **$226.68** |

## QUESTIONS ABOUT YOUR BILL

See our website: xcelenergy.com
Email us at: Customerservice@xcelenergy.com
Call 24 hours a day, 7 days a week

Please Call: 1-800-895-4999
Hearing Impaired: 1-800-895-4949
Español: 1-800-687-8778

Or write us at: XCEL ENERGY
PO BOX 8
EAU CLAIRE WI 54702-0008

## ACCOUNT BALANCE

| | | |
|---|---|---|
| Previous Balance | As of 05/30 | $161.91 |
| Payment Received | Check Free 07/10 | -$161.91 CR |
| Balance Forward | | **$0.00** |
| Current Charges | | $226.68 |
| **Amount Due** | | **$226.68** |

## PREMISES SUMMARY

| PREMISES NUMBER | PREMISES IDENTIFIER | PREMISES DESCRIPTOR | CURRENT BILL |
|---|---|---|---|
| 304573201 | 1330 EVERSOLE DR | | $226.68 |
| **Total** | | | **$226.68** |

## INFORMATION ABOUT YOUR BILL

Thank you for your payment.

**Call *before* you move**

If you're moving, remember to contact us          so we can stop your natural gas
and electricity billing at your current address and start service, if needed, at your new
one. Save yourself money and ensure a smooth transition to your new place. Please
call or submit your changes at xcelenergy.com up to 45 days in advance.

RETURN BOTTOM PORTION WITH YOUR PAYMENT • **PLEASE DO NOT USE STAPLES, TAPE OR PAPER CLIPS**



Please help our neighbors in need of energy assistance by contributing to Energy
Outreach Colorado. To participate, check the box in the lower left corner and mark
your contribution amount on the back of this payment stub using blue or black ink.

| ACCOUNT NUMBER | DUE DATE | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|
| ▓▓▓233-3 | 08/04/2017 | $226.68 | |

Please see the back of this bill for more information
regarding the late payment charge.
Make your check payable to XCEL ENERGY

| AUGUST | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

— manifest line —

JENNIFER A JOHNSON
1330 EVERSOLE DR
BROOMFIELD CO 80023

XCEL ENERGY
P.O. BOX 9477
MPLS MN 55484-9477

2333 0000002266800000022668

Page 2 of 6



| MAILING ADDRESS | ACCOUNT NUMBER | | DUE DATE |
|---|---|---|---|
| JENNIFER A JOHNSON<br>1330 EVERSOLE DR<br>BROOMFIELD CO 80023 | 233-3 | | **08/04/2017** |
| | STATEMENT NUMBER | STATEMENT DATE | AMOUNT DUE |
| | 554177041 | 07/17/2017 | **$226.68** |

## YOUR MONTHLY ELECTRICITY USAGE



| DAILY AVERAGES | Last Year | This Year |
|---|---|---|
| Temperature | 70° F | 70° F |
| Electricity kWh | 0.0 | 52.3 |
| Electricity Cost | $0.00 | $7.30 |

## YOUR MONTHLY NATURAL GAS USAGE



| DAILY AVERAGES | Last Year |
|---|---|
| Temperature | 70° F |
| Gas Therms | 0.0 |
| Gas Cost | $0.00 |

**SERVICE ADDRESS:** 1330 EVERSOLE DR BROOMFIELD, CO 80023
**NEXT READ DATE:** 07/28/17

### ELECTRICITY SERVICE DETAILS

**PREMISES NUMBER:** 304573201
**INVOICE NUMBER:** 0680962168

| METER READING INFORMATION | | | |
|---|---|---|---|
| METER 75703753 | | Read Dates: 05/30/17 - 06/27/17 (28 Days) | |
| DESCRIPTION | CURRENT READING | PREVIOUS READING | USAGE |
| Total Energy | 7972 Actual | 6508 Actual | 1464 kWh |

### ELECTRICITY CHARGES — RATE: R Residential General

| DESCRIPTION | USAGE UNITS | RATE | CHARGE |
|---|---|---|---|
| Service & Facility | | | $5.39 |
| Non-Summer | 52.29 kWh | $0.054610 | $2.86 |
| Summer Tier 1* | 482.14 kWh | $0.054610 | $26.33 |
| Summer Tier 2* | 929.57 kWh | $0.099020 | $92.05 |
| Trans Cost Adj | 1464 kWh | $0.001090 | $1.60 |
| Elec Commodity Adj | 1464 kWh | $0.029850 | $43.70 |
| Demand Side Mgmt Cost | 1464 kWh | $0.001320 | $1.93 |
| Purch Cap Cost Adj | 1464 kWh | $0.004650 | $6.81 |
| CACJA | 1464 kWh | $0.005030 | $7.36 |
| Renew. Energy Std Adj | | | $3.74 |
| GRSA | | | - $1.19 CR |
| **Subtotal** | | | **$190.58** |
| Franchise Fee | | 3.00% | $5.71 |
| Sales Tax | | | $8.14 |
| **Total** | | | **$204.43** |

**SERVICE ADDRESS:** 1330 EVERSOLE DR BROOMFIELD, CO 80023
**NEXT READ DATE:** 07/28/17

### NATURAL GAS SERVICE DETAILS

**PREMISES NUMBER:** 304573201
**INVOICE NUMBER:** 0343524520



## Check a box. Impact a life.

**Energy Outreach Colorado (EOC)** is the only independent, non-profit organization in the state, raising money to fund energy bill payment assistance, as well as energy efficiency upgrades for affordable housing and non-profit facilities.

**Please fill out a box below to make a monthly, tax-deductible contribution and check the box on the front.**

**Monthly Donation:** ☐ $20   ☐ $10   ☐ $5   ☐ Other $ _____

The amount you entered will be added to your energy bill each month as a separate line item, "Voluntary EOC Donation." Your donation will continue until you no longer wish to contribute, at which time you can inform us by calling 1-800-895-4999



ENERGY OUTREACH Colorado

For information about **Energy Outreach Colorado**, please call **1-866-HEAT-HELP** (1-866-432-8435) or visit EnergyOutreach.org

Page 3 of 6

# Xcel Energy

| MAILING ADDRESS | ACCOUNT NUMBER | | DUE DATE |
|---|---|---|---|
| JENNIFER A JOHNSON<br>1330 EVERSOLE DR<br>BROOMFIELD CO 80023 | ▮▮▮▮233-3 | | 08/04/2017 |
| | STATEMENT NUMBER | STATEMENT DATE | AMOUNT DUE |
| | 554177041 | 07/17/2017 | $226.68 |

**METER READING INFORMATION**

METER 20623411 — Read Dates: 05/30/17 - 06/26/17 (27 Days)

| DESCRIPTION | CURRENT READING | PREVIOUS READING | USAGE |
|---|---|---|---|
| Total Energy | 1230 Actual | 1215 Actual | 15 ccf |

**NATURAL GAS ADJUSTMENTS**

| DESCRIPTION | VALUE UNITS | CONVERSION | VALUE UNITS |
|---|---|---|---|
| Therm Multiplier | 15 ccf | x 0.999888 | 15 therms |

**NATURAL GAS CHARGES** — **RATE: RG Residential**

| DESCRIPTION | USAGE UNITS | RATE | CHARGE |
|---|---|---|---|
| Service & Facility | | | $13.65 |
| Usage Charge | 15 therms | $0.104000 | $1.56 |
| Interstate Pipeline | 15 therms | $0.068950 | $1.03 |
| Natural Gas 2 Qtr | 15 therms | $0.267660 | $4.01 |
| Pipe Sys Int Adj | 15 therms | $0.033550 | $0.50 |
| **Subtotal** | | | **$20.75** |
| Franchise Fee | | 3.00% | $0.62 |
| Sales Tax | | | $0.88 |
| **Total** | | | **$22.25** |
| **Premises Total** | | | **$226.68** |



## AC Rebates + Furnace Rebates =

Even bigger rebates and better energy savings **all year long!**

Check it out:
www.xcelenergy.com/co-ac

## Stay cool in the summer heat

An evaporative cooling system can be up to 75 percent more efficient than a traditional central air conditioning system and cost half as much to install—now that's a cool deal.

With up to **$1,200** in rebates available for qualifying equipment, there's no better time to install.

Beat the heat! Call us at **800.895.4999** or visit **xcelenergy.com/CO-Evap** to get started.

**Xcel** Energy®
RESPONSIBLE BY NATURE®



# Natural gas safety alert. Did you know?

## 1. You might own a natural gas line.
## 2. If so, you are responsible for maintaining it.

Xcel Energy owns and maintains the natural gas piping from the street to our customers' gas meters, but as the property owner you are responsible for maintaining any natural gas lines from the meter outlet to gas appliances and equipment (see example at right). In some cases, the meter may be located at your property line or a distance away from your home or business.

The customer-owned piping may be above or below ground, and buried gas lines may run from the meter to a detached garage, workshop, pool heater, outdoor gas grill, or other locations.

Buried gas pipes can leak and metal pipes may corrode with age, causing a potentially dangerous situation. For the sake of safety, please have your buried gas pipes inspected periodically and repair them as needed.

You should always call 811 to locate underground lines owned by your utility providers; however, the natural gas piping you own will not be located as part of this process. Licensed plumbing or heating contractors can provide assistance with locating, inspection, repairs and maintenance, if necessary.

After all the buried gas piping on your property has been located, any digging near it should be done by hand.



Meter outlet: Customer responsibility starts here

Regulator

Meter

Service line

For more information on this and other safety topics, visit **xcelenergy.com/Safety**.

02173S 3/3

07/17/2017

233-3



# EXHIBIT 1-F
# to Declaration of Jennifer Johnson

# CASE NO. 2:17-cv-02000-APG-GWF

Copy of last water (utility) bill

Pd $242 3/1/17

# CITY AND COUNTY OF BROOMFIELD • UTILITY STATEMENT

One DesCombes Drive • Broomfield, CO 80020-2495 • 303.438.6319 • www.Broomfield.org

If you have any questions, please call 303.438.6319
After hours emergency: 303.438.6400
PAY ONLINE: www.Broomfield.org/waterbill
AUTOMATED PHONE PAYMENTS: 855.442.6900
Read our City Newsletter at: www.Broomfield.org/CityNewsletter

|  |  |
|---|---|
| Account Number: | 4607 |
| Bill Date: | 07/27/2017 |
| Due Date: | 08/11/2017 |
| Total Amount Due: | $114.61 |

## Billing Detail

| Service | Charge |
|---|---|
| Water Service Base Charge | 9.63 |
| Water Usage Charge | 80.60 |
| Sewer Service Charge | 19.26 |
| Federal Mandate | 3.12 |
| Environ Comp Fee Base Charge | 2.00 |
| **Total** | **114.61** |

## Billing Summary

| | |
|---|---|
| Last Bill Amount | 80.51 |
| Payments | -80.51 |
| Adjustments | 0.00 |
| Balance Forward | 0.00 |
| Current Charges | 114.61 |
| **Total Amount Due** | **114.61** |

## Usage Information

| | |
|---|---|
| Service Address | 1330 EVERSOLE DR |
| Cycle/Route | 4 - 4490 |
| Service Period | 06/14/2017 to 07/19/2017 |
| Number of Days | 35 |
| Current Reading | 65 |
| Previous Reading | 39 |
| Current Usage | 26,000   GAL |
| Previous Year | 0 |

## Message Center

Broomfield's water quality report is available online at www.BroomfieldWaterReport.com.

To request a print copy, please call 303-464-5600.

Delinquent Accounts assessed a $5.00 late charge 15 days after due date a $5.00 late charge 15 days after due date with service terminated 45 days after billing date. Reconnection charge is $25.00

25

# EXHIBIT 1-G
# to Declaration of Jennifer Johnson

CASE NO. 2:17-cv-02000-APG-GWF

Copy of initial IRA account statement from December 31, 2012 and August 2013

AS OF 08/14/2017

14:45

PLAN NAME:  MEDIA BREAKAWAY, LLC

PLAN NUMBER:  ███ 688

ADMINISTRATOR:

MEDIA BREAKAWAY, LLC

STATEMENT OF ACCOUNT FOR THE PERIOD 01/01/2013 TO 09/01/2013

JENNIFER A JOHNSON

DIVISION: LOCATION NAME NOT AVAILABLE

| | VMMXX FUND | FRDAX FUND | VMISX FUND | PHY2X FUND | SWTSX FUND | NAESX FUND |
|---|---|---|---|---|---|---|
| ROLLOVER | | | | | | |
| PRIOR BALANCE AS OF 12/31/2012 | $103.44 | $246.88 | $117.44 | $134.64 | $395.02 | $132.51 |
| 01/02/2013 ERN: GAIN/LOSS | -0.03 | -0.08 | -0.04 | -0.04 | -0.11 | -0.04 |
| 01/02/2013 Fees | 0.03 | 0.00 | -0.04 | 0.04 | 0.13 | 0.04 |
| 01/11/2013 Conversion Cr | 0.00 | 0.00 | 0.00 | 0.33 | 0.00 | 0.00 |
| 01/31/2013 Dividends | 0.00 | 0.01 | 0.00 | 0.78 | 0.01 | 0.00 |
| 01/31/2013 ERN: GAIN/LOSS | -0.03 | -0.01 | -0.04 | -0.05 | 0.00 | -0.01 |
| 02/01/2013 Fees | 0.00 | 0.00 | 0.04 | 0.69 | -0.14 | -0.05 |
| 02/28/2013 Dividends | 0.00 | 0.00 | -0.04 | 0.00 | 0.00 | -0.01 |
| 03/01/2013 ERN: GAIN/LOSS | -0.03 | 0.00 | 0.00 | 0.05 | 0.14 | -0.05 |
| 03/01/2013 Fees | 0.00 | 0.01 | 0.03 | 0.03 | 0.00 | 0.00 |
| 03/08/2013 Dividends | 0.00 | 0.09 | 0.01 | 0.98 | 0.00 | 0.00 |
| 03/11/2013 Cash Earnings | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | -0.02 |
| 03/19/2013 Dividends | 0.00 | 0.01 | 0.01 | -0.05 | 0.02 | 0.01 |
| 03/28/2013 Dividends | 0.00 | 0.01 | 0.04 | -0.05 | -0.15 | -0.05 |
| 04/01/2013 ERN: GAIN/LOSS | -0.03 | 0.09 | 0.01 | 0.83 | 0.02 | 0.00 |
| 04/01/2013 Fees | 0.00 | 0.01 | 0.05 | -0.05 | -0.15 | -0.05 |
| 04/30/2013 Dividends | 0.00 | 0.09 | 0.04 | -0.05 | 0.03 | 0.00 |
| 04/30/2013 ERN: GAIN/LOSS | -0.03 | 0.01 | 0.05 | 0.00 | -0.15 | -0.05 |
| 05/01/2013 Fees | 0.00 | 0.09 | 0.01 | 0.01 | 0.00 | 0.00 |
| 05/31/2013 Dividends | 0.00 | 0.00 | 0.01 | 0.01 | 0.02 | 0.01 |
| 05/31/2013 ERN: GAIN/LOSS | -0.03 | 0.09 | 0.05 | 0.05 | 0.15 | 0.05 |
| 06/03/2013 Fees | 0.00 | 58.37 | 31.95 | 2.56 | 96.15 | 40.76 |
| 06/10/2013 Dividends | -103.23 | -296.02 | -142.84 | -140.20 | -475.65 | -163.99 |
| 06/28/2013 Dividends | 0.00 | -8.67 | -6.33 | -2.11 | -14.63 | -9.02 |
| ENDING BALANCE AS OF 09/01/2013 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MEDIA BREAKAWAY, LLC

PAGE   2

STATEMENT OF ACCOUNT FOR THE PERIOD 01/01/2013 TO 09/01/2013

JENNIFER A JOHNSON

|  | DFEMX FUND | TOTAL FUNDS |
|---|---|---|
| ROLLOVER (CON'T) | | |
| PRIOR BALANCE AS OF 12/31/2012 | $113.30 | $1,243.23 |
| 01/02/2013 ERN: GAIN/LOSS | -0.04 | -0.01 |
| 01/02/2013 Fees | -0.00 | -0.40 |
| 01/11/2013 Conversion Cr | -0.00 | 0.33 |
| 01/31/2013 Dividends | -0.00 | 0.78 |
| 02/01/2013 ERN: GAIN/LOSS | -0.00 | 0.03 |
| 02/01/2013 Fees | -0.04 | -0.44 |
| 02/28/2013 Dividends | -0.00 | 0.69 |
| 03/01/2013 ERN: GAIN/LOSS | -0.04 | 0.04 |
| 03/01/2013 Fees | -0.04 | -0.14 |
| 03/08/2013 Dividends | -0.10 | 0.10 |
| 03/11/2013 Cash Earnings | -0.00 | 0.03 |
| 03/19/2013 Dividends | -0.00 | 0.05 |
| 03/28/2013 Dividends | -0.00 | 0.78 |
| 04/01/2013 ERN: GAIN/LOSS | -0.04 | -0.05 |
| 04/01/2013 Fees | -0.04 | -0.45 |
| 04/30/2013 Dividends | -0.00 | 0.75 |
| 05/01/2013 ERN: GAIN/LOSS | -0.04 | -0.45 |
| 05/01/2013 Fees | -0.00 | 0.83 |
| 05/31/2013 Dividends | -0.04 | 0.46 |
| 06/03/2013 ERN: GAIN/LOSS | -0.82 | 0.82 |
| 06/10/2013 Dividends | -0.00 | 0.71 |
| 06/28/2013 Dividends | -0.00 | 0.75 |
| 07/01/2013 ERN: GAIN/LOSS | -0.03 | 0.45 |
| 07/01/2013 Fees | -0.53 | 229.26 |
| 07/23/2013 Dividends | -105.19 | -1,427.55 |
| 07/23/2013 Termination | -8.23 | -48.99 |
| UNREALIZED EARNINGS | | |
| ENDING BALANCE AS OF 09/01/2013 | $0.00 | $0.00 |

PAGE   3

MEDIA BREAKAWAY, LLC

STATEMENT OF ACCOUNT FOR THE PERIOD 01/01/2013 TO 09/01/2013

JENNIFER A JOHNSON

EMPLOYEE PRE-TAX

| | VMMXX FUND | FRDAX FUND | VMISX FUND | PHYZX FUND | SWTSX FUND | NAESX FUND |
|---|---|---|---|---|---|---|
| PRIOR BALANCE AS OF 12/31/2012 | $2,898.31 | $6,968.48 | $3,262.50 | $3,659.54 | $10,965.48 | $3,680.86 |
| 01/02/2013 ERN: GAIN/LOSS | -0.00 | -0.13 | -0.08 | -0.03 | -0.23 | -0.11 |
| 01/02/2013 Fees | -0.96 | -0.35 | -1.00 | -1.21 | -1.70 | -1.24 |
| 01/11/2013 Conversion Cr | 0.00 | 0.00 | 0.00 | 8.97 | 0.00 | 0.00 |
| 01/31/2013 Dividends | 0.03 | 0.00 | 0.00 | 21.30 | 0.07 | 0.00 |
| 02/01/2013 ERN: GAIN/LOSS | -0.96 | 2.45 | 0.14 | -1.23 | -0.88 | -0.37 |
| 02/01/2013 Fees | 0.02 | 0.00 | -0.17 | -1.23 | -0.00 | -1.31 |
| 02/28/2013 Dividends | -0.07 | 0.00 | -0.15 | 18.65 | -0.39 | -0.00 |
| 03/01/2013 ERN: GAIN/LOSS | -0.97 | 0.26 | -0.18 | -0.03 | -3.31 | -0.18 |
| 03/01/2013 Fees | 0.00 | -0.00 | -1.18 | -1.24 | -0.00 | -1.02 |
| 03/08/2013 Dividends | 0.02 | -2.50 | 0.00 | -1.00 | -3.01 | 0.00 |
| 03/11/2013 Cash Earnings | 0.00 | 0.00 | 0.81 | 0.70 | 0.00 | 0.57 |
| 03/19/2013 Dividends | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03/28/2013 Dividends | 0.02 | 0.00 | 0.00 | 21.08 | 0.00 | 0.00 |
| 04/01/2013 ERN: GAIN/LOSS | -0.97 | 0.33 | 0.19 | -1.03 | 0.52 | -0.23 |
| 04/01/2013 Fees | -0.97 | -2.58 | -1.22 | -1.25 | -4.04 | -1.37 |
| 04/30/2013 Dividends | 0.02 | 0.35 | 0.21 | 20.55 | 0.56 | 0.22 |
| 05/01/2013 ERN: GAIN/LOSS | -0.97 | -2.60 | -1.24 | -1.28 | -4.09 | -1.36 |
| 05/01/2013 Fees | 0.03 | 0.00 | 0.00 | 22.55 | 0.00 | 0.00 |
| 05/31/2013 Dividends | -0.96 | -0.44 | -1.27 | -1.26 | -4.23 | -1.43 |
| 06/03/2013 ERN: GAIN/LOSS | 0.00 | -2.67 | 0.00 | 0.03 | 0.00 | 0.00 |
| 06/03/2013 Fees | 0.03 | 0.00 | 0.00 | 19.26 | 0.00 | 0.00 |
| 06/10/2013 Dividends | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/28/2013 Dividends | -0.96 | -2.64 | -1.26 | -1.23 | -4.17 | -1.43 |
| 07/01/2013 Fees | -0.96 | -2.64 | -1.26 | 69.31 | -4.17 | -1.43 |
| 07/23/2013 ERN: GAIN/LOSS | 1,647.30 | 1,644.30 | 887.71 | 84.92 | 2,668.90 | 1,132.51 |
| 07/23/2013 Dividends | -2,891.74 | -8,355.23 | -3,967.86 | -3,814.92 | -13,203.57 | -4,555.48 |
| 07/23/2013 Termination | 0.00 | -244.90 | -175.97 | -57.20 | -406.25 | -250.50 |
| UNREALIZED EARNINGS | | | | | | |
| ENDING BALANCE AS OF 09/01/2013 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

30

MEDIA BREAKAWAY, LLC

PAGE   4

STATEMENT OF ACCOUNT FOR THE PERIOD 01/01/2013 TO 09/01/2013

JENNIFER A JOHNSON

| | DFEMX FUND | TOTAL FUNDS |
|---|---|---|
| EMPLOYEE PRE-TAX (CON'T) | | |
| PRIOR BALANCE AS OF 12/31/2012 | $3,131.76 | $34,566.93 |
| 01/02/2013 ERN: GAIN/LOSS | -0.05 | -10.67 |
| 01/11/2013 Fees | -1.00 | -11.97 |
| 01/31/2013 Conversion Cr | 0.00 | 21.61 |
| 01/31/2013 Dividends | 0.00 | 21.33 |
| 02/01/2013 ERN: GAIN/LOSS | -0.09 | 21.02 |
| 02/01/2013 Fees | -1.05 | -18.23 |
| 02/28/2013 Dividends | 0.00 | 18.67 |
| 03/01/2013 ERN: GAIN/LOSS | 0.07 | 1.08 |
| 03/01/2013 Fees | -1.84 | -12.46 |
| 03/08/2013 Dividends | 0.00 | 12.85 |
| 03/11/2013 Cash Earnings | 0.00 | 0.70 |
| 03/19/2013 Dividends | 0.00 | 1.38 |
| 03/28/2013 Dividends | 0.00 | 21.30 |
| 04/01/2013 ERN: GAIN/LOSS | -1.02 | 1.35 |
| 04/01/2013 Fees | 0.00 | -12.45 |
| 04/30/2013 Dividends | 0.00 | 20.52 |
| 05/01/2013 ERN: GAIN/LOSS | -0.06 | 0.55 |
| 05/01/2013 Fees | -1.13 | -12.57 |
| 05/31/2013 Dividends | 0.00 | 22.58 |
| 06/03/2013 ERN: GAIN/LOSS | 0.03 | 5.05 |
| 06/03/2013 Fees | 0.00 | -11.82 |
| 06/10/2013 Dividends | 22.74 | 22.74 |
| 06/28/2013 Dividends | 0.00 | 19.29 |
| 07/01/2013 ERN: GAIN/LOSS | -0.03 | 1.59 |
| 07/01/2013 Fees | -0.94 | -12.63 |
| 07/23/2013 ERN: GAIN/LOSS | -15.08 | 6,390.65 |
| 07/23/2013 Dividends | 0.00 | 14.95 |
| 07/23/2013 Termination | -2,908.13 | -39,640.95 |
| UNREALIZED EARNINGS | -229.37 | -1,362.19 |
| | | |
| ENDING BALANCE AS OF 09/01/2013 | $0.00 | $0.00 |

PAGE  5

MEDIA BREAKAWAY, LLC

STATEMENT OF ACCOUNT FOR THE PERIOD 01/01/2013 TO 09/01/2013

JENNIFER A JOHNSON

EMPLOYER MATCH

| | VMMXX FUND | FRDAX FUND | VMISX FUND | PHYZX FUND | SWTSX FUND | NAESX FUND |
|---|---|---|---|---|---|---|
| PRIOR BALANCE AS OF 12/31/2012 | $2,338.34 | $5,621.40 | $2,632.56 | $2,953.08 | $8,847.68 | $2,970.03 |
| 01/02/2013 ERN: GAIN/LOSS | -0.00 | 0.10 | -0.07 | 0.02 | -0.18 | 0.09 |
| 01/02/2013 Fees | -0.77 | -1.89 | -0.97 | -0.97 | -0.99 | -0.01 |
| 01/11/2013 Conversion Cr | -0.02 | 0.00 | 0.00 | -7.25 | 0.00 | 0.00 |
| 01/31/2013 Dividends | 0.00 | 0.00 | 0.00 | 17.19 | 0.00 | 0.00 |
| 02/01/2013 ERN: GAIN/LOSS | -0.78 | -1.98 | 0.11 | -0.02 | -3.10 | 0.14 |
| 02/01/2013 Fees | -0.01 | -0.02 | -0.94 | -0.09 | 0.00 | -1.06 |
| 02/28/2013 Dividends | 0.00 | 0.21 | 0.12 | 15.05 | 0.32 | 0.14 |
| 03/01/2013 ERN: GAIN/LOSS | -0.08 | -2.02 | -0.95 | -0.02 | -3.15 | -1.06 |
| 03/01/2013 Fees | 0.00 | 0.00 | 0.00 | 0.57 | 0.00 | -1.06 |
| 03/08/2013 Dividends | 0.00 | 0.00 | 0.65 | 0.00 | 0.00 | 0.00 |
| 03/11/2013 Cash Earnings | 0.00 | 0.00 | 0.00 | 17.01 | 0.00 | 0.46 |
| 03/19/2013 Dividends | 0.00 | 0.00 | 0.15 | 0.03 | 0.00 | 0.00 |
| 04/01/2013 Dividends | 0.00 | 0.27 | -0.98 | -1.01 | 0.41 | 0.18 |
| 04/01/2013 ERN: GAIN/LOSS | -0.78 | -2.08 | 0.07 | 16.54 | -3.26 | -1.11 |
| 04/01/2013 Fees | -0.02 | 0.00 | -1.00 | -1.03 | 0.00 | 0.00 |
| 04/30/2013 Dividends | 0.00 | -2.09 | 0.00 | 18.19 | -3.31 | 0.18 |
| 05/01/2013 ERN: GAIN/LOSS | -0.78 | 0.00 | -0.12 | -0.02 | 0.58 | -1.10 |
| 05/01/2013 Fees | -0.02 | -9.15 | 0.00 | 0.00 | -3.42 | -0.14 |
| 05/31/2013 Dividends | 0.00 | 0.00 | 0.00 | 15.54 | 0.00 | -1.16 |
| 06/03/2013 ERN: GAIN/LOSS | -0.78 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| 06/03/2013 Fees | 0.02 | 0.00 | -1.01 | -0.99 | 0.04 | 0.00 |
| 06/10/2013 Dividends | 0.00 | 2.13 | 716.33 | 55.94 | -3.37 | -1.15 |
| 06/28/2013 Dividends | 0.00 | 1,328.86 | -3,201.04 | 712.04 | 2,153.45 | 913.81 |
| 07/01/2013 ERN: GAIN/LOSS | -0.77 | -6,740.08 | -142.01 | -3,072.99 | -10,653.90 | -3,679.00 |
| 07/23/2013 Dividends | -2,333.02 | -197.56 | | -46.16 | -327.78 | -202.14 |
| UNREALIZED EARNINGS | 0.00 | | | | | |
| ENDING BALANCE AS OF 09/01/2013 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MEDIA BREAKAWAY, LLC

PAGE   6

STATEMENT OF ACCOUNT FOR THE PERIOD 01/01/2013 TO 09/01/2013

JENNIFER A JOHNSON

| | DFEMX FUND | TOTAL FUNDS |
|---|---|---|
| EMPLOYER MATCH (CON'T) | | |
| PRIOR BALANCE AS OF 12/31/2012 | $2,527.19 | $27,890.28 |
| 01/02/2013 ERN: GAIN/LOSS | 0.08 | 0.54 |
| 01/02/2013 Fees | -0.85 | -5.37 |
| 01/11/2013 Conversion Cr | 0.00 | -7.25 |
| 01/31/2013 Dividends | 0.00 | 17.21 |
| 02/01/2013 ERN: GAIN/LOSS | 0.07 | 0.92 |
| 02/01/2013 Fees | -0.85 | -5.06 |
| 02/28/2013 Dividends | 0.00 | 15.06 |
| 03/01/2013 ERN: GAIN/LOSS | 0.06 | 0.87 |
| 03/01/2013 Fees | -0.84 | -9.80 |
| 03/08/2013 Dividends | 2.30 | 2.30 |
| 03/11/2013 Cash Earnings | 0.00 | 0.57 |
| 03/19/2013 Dividends | 0.00 | 1.11 |
| 03/26/2013 Dividends | 0.00 | 17.03 |
| 04/01/2013 ERN: GAIN/LOSS | 0.04 | 1.08 |
| 04/01/2013 Fees | -0.82 | -10.04 |
| 04/30/2013 Dividends | 0.05 | 16.56 |
| 05/01/2013 ERN: GAIN/LOSS | 0.05 | 1.77 |
| 05/01/2013 Fees | -0.83 | -10.14 |
| 05/31/2013 Dividends | 0.00 | 18.21 |
| 06/03/2013 ERN: GAIN/LOSS | 0.80 | 2.40 |
| 06/10/2013 Dividends | 18.35 | 18.35 |
| 06/28/2013 Dividends | 0.00 | 15.56 |
| 07/01/2013 ERN: GAIN/LOSS | 0.03 | 1.57 |
| 07/01/2013 Fees | -0.76 | -10.18 |
| 07/23/2013 ERN: GAIN/LOSS | -12.18 | 5,156.21 |
| 07/23/2013 Dividends | 0.00 | 32.16 |
| 07/23/2013 Termination | -2,346.00 | -32,082.06 |
| UNREALIZED EARNINGS | -183.47 | -1,099.12 |
| | ——————— | ——————— |
| ENDING BALANCE AS OF 09/01/2013 | $0.00 | $0.00 |

ACCOUNT AS OF 09/01/2013:

TOTAL ACCOUNT VALUE

33

MEDIA BREAKAWAY, LLC

STATEMENT OF ACCOUNT FOR THE PERIOD 01/01/2013 TO 09/01/2013

TOTAL PAGE #PARTS:        1                                        DIVISION:

| | VMMXX FUND | PRDAX FUND | VMISX FUND | PHYZX FUND | SWTSX FUND | NAESX FUND |
|---|---|---|---|---|---|---|
| ROLLOVER | | | | | | |
| PRIOR BALANCE AS OF 12/31/2012 | $103.44 | $246.88 | $117.44 | $134.64 | $395.02 | $132.51 |
| 01/02/2013 ERN: GAIN/LOSS | -0.00 | 0.00 | -0.00 | -0.00 | -0.11 | -0.00 |
| 01/02/2013 Fees | -0.03 | -0.08 | -0.04 | -0.04 | -0.13 | -0.04 |
| 01/11/2013 Conversion Cr | 0.00 | 0.00 | 0.00 | 0.34 | 0.00 | 0.00 |
| 01/31/2013 Dividends | 0.00 | 0.00 | 0.00 | 0.78 | 0.00 | 0.00 |
| 01/31/2013 ERN: GAIN/LOSS | 0.00 | -0.01 | -0.01 | -0.00 | 0.01 | -0.01 |
| 02/01/2013 Fees | -0.03 | 0.00 | -0.04 | -0.05 | -0.14 | -0.05 |
| 02/28/2013 Dividends | 0.00 | 0.00 | 0.00 | 0.69 | 0.00 | 0.00 |
| 03/01/2013 ERN: GAIN/LOSS | -0.00 | -0.01 | -0.01 | -0.00 | -0.01 | -0.01 |
| 03/01/2013 Fees | -0.03 | -0.09 | -0.04 | -0.05 | -0.14 | -0.05 |
| 03/08/2013 Dividends | 0.00 | 0.00 | 0.00 | 0.03 | 0.00 | 0.00 |
| 03/11/2013 Cash Earnings | 0.00 | 0.00 | 0.00 | 0.03 | 0.00 | 0.00 |
| 03/29/2013 Dividends | 0.00 | 0.00 | 0.00 | 0.98 | 0.00 | 0.02 |
| 03/29/2013 Dividends | 0.00 | 0.01 | 0.01 | 0.78 | 0.01 | 0.01 |
| 04/01/2013 ERN: GAIN/LOSS | -0.03 | -0.09 | -0.04 | -0.00 | -0.15 | -0.05 |
| 04/01/2013 Fees | -0.03 | -0.01 | 0.01 | -0.05 | 0.02 | 0.00 |
| 04/30/2013 Dividends | 0.00 | 0.01 | 0.01 | 0.05 | -0.15 | -0.01 |
| 05/01/2013 ERN: GAIN/LOSS | -0.03 | -0.09 | -0.04 | -0.00 | -0.15 | -0.05 |
| 05/01/2013 Fees | -0.03 | 0.00 | 0.00 | -0.83 | -0.03 | 0.00 |
| 05/31/2013 Dividends | 0.00 | 0.01 | 0.01 | 0.00 | -0.15 | -0.05 |
| 05/31/2013 ERN: GAIN/LOSS | -0.03 | 0.00 | -0.05 | -0.05 | 0.00 | -0.00 |
| 06/03/2013 Fees | -0.03 | -0.09 | -0.04 | -0.00 | 0.00 | 0.01 |
| 06/10/2013 Dividends | 0.00 | 0.00 | 0.00 | 0.05 | 0.02 | 0.00 |
| 06/28/2013 Dividends | 0.00 | 0.01 | 0.01 | 0.07 | 0.00 | 0.01 |
| 06/28/2013 ERN: GAIN/LOSS | -0.03 | -0.09 | -0.05 | -0.00 | -0.15 | -0.05 |
| 07/01/2013 Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | -0.00 |
| 07/23/2013 ERN: GAIN/LOSS | 0.00 | 58.37 | 31.95 | -0.05 | 96.15 | 40.76 |
| 07/23/2013 Dividends | -103.23 | -296.02 | -142.84 | 2.56 | -475.65 | -163.99 |
| 07/23/2013 Liquidation | 0.00 | -8.67 | -6.33 | -140.20 | -14.63 | -9.02 |
| UNREALIZED EARNINGS | | | | -2.11 | | |
| ENDING BALANCE AS OF 09/01/2013 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MEDIA BREAKAWAY, LLC

STATEMENT OF ACCOUNT FOR THE PERIOD 01/01/2013 TO 09/01/2013

PAGE   2

TOTAL PAGE #PARTS:   1

| | DFEMX FUND | TOTAL FUNDS |
|---|---|---|
| ROLLOVER (CON'T) | | |
| PRIOR BALANCE AS OF 12/31/2012 | $113.30 | $1,243.23 |
| 01/02/2013 ERN: GAIN/LOSS | | -0.01 |
| 01/02/2013 Fees | | -0.40 |
| 01/11/2013 Conversion Cr | 0.00 | 0.33 |
| 01/31/2013 Dividends | 0.00 | 0.78 |
| 02/01/2013 ERN: GAIN/LOSS | -0.04 | 0.44 |
| 02/28/2013 Fees | 0.00 | 0.69 |
| 03/01/2013 Dividends | 0.00 | 0.04 |
| 03/01/2013 ERN: GAIN/LOSS | -0.04 | 0.04 |
| 03/08/2013 Dividends | 0.10 | -0.10 |
| 03/11/2013 Cash Earnings | 0.00 | 0.03 |
| 03/19/2013 Dividends | 0.00 | 0.05 |
| 03/28/2013 Dividends | 0.00 | 0.78 |
| 04/01/2013 ERN: GAIN/LOSS | -0.04 | 0.05 |
| 04/01/2013 Fees | 0.00 | -0.45 |
| 04/30/2013 Dividends | -0.04 | 0.05 |
| 05/01/2013 ERN: GAIN/LOSS | 0.00 | -0.45 |
| 05/01/2013 Fees | -0.04 | 0.83 |
| 05/31/2013 Dividends | 0.00 | 0.06 |
| 06/03/2013 ERN: GAIN/LOSS | -0.04 | -0.46 |
| 06/03/2013 Fees | 0.00 | 0.82 |
| 06/10/2013 Dividends | 0.82 | 0.71 |
| 06/28/2013 Dividends | 0.00 | 0.75 |
| 07/01/2013 ERN: GAIN/LOSS | 0.00 | -0.45 |
| 07/01/2013 Fees | -0.03 | 229.26 |
| 07/23/2013 ERN: GAIN/LOSS | -0.53 | -1,427.12 |
| 07/23/2013 Dividends | 0.00 | -48.99 |
| 07/31/2013 Termination | -105.19 | |
| UNREALIZED EARNINGS | -8.23 | |
| ENDING BALANCE AS OF 09/01/2013 | $0.00 | $0.00 |

PAGE   3

MEDIA BREAKAWAY, LLC

STATEMENT OF ACCOUNT FOR THE PERIOD 01/01/2013 TO 09/01/2013

TOTAL PAGE #PARTS:   1

| | VMMXX FUND | FRDAX FUND | VMISX FUND | PHYZX FUND | SWTSX FUND | NAESX FUND |
|---|---|---|---|---|---|---|
| EMPLOYEE PRE-TAX | | | | | | |
| PRIOR BALANCE AS OF 12/31/2012 | $2,898.31 | $6,968.48 | $3,262.50 | $3,659.54 | $10,965.48 | $3,680.86 |
| 01/02/2013 ERN: GAIN/LOSS | -0.96 | 0.13 | -0.08 | 0.03 | -0.23 | 0.11 |
| 01/02/2013 Fees | -0.96 | -0.35 | -0.10 | -0.03 | -0.70 | -0.14 |
| 01/11/2013 Conversion Cr | 0.00 | 0.00 | 0.00 | 8.97 | 0.00 | 0.00 |
| 01/31/2013 Dividends | 0.03 | 0.00 | 0.00 | 21.30 | 0.00 | 0.00 |
| 02/01/2013 ERN: GAIN/LOSS | 0.03 | 0.45 | 0.14 | 1.23 | 0.07 | 0.17 |
| 02/01/2013 Fees | -0.96 | 0.00 | -1.17 | -1.23 | -0.88 | -1.31 |
| 02/28/2013 Dividends | 0.02 | 0.00 | 0.00 | 18.65 | 0.00 | 0.00 |
| 03/01/2013 ERN: GAIN/LOSS | 0.00 | 0.26 | -0.15 | 0.03 | 0.39 | 0.18 |
| 03/01/2013 Fees | -0.97 | -2.00 | -0.18 | -1.24 | -3.01 | -1.02 |
| 03/08/2013 Dividends | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03/11/2013 Cash Earnings | 0.02 | 0.00 | 0.81 | 0.70 | 0.00 | 0.57 |
| 03/19/2013 Dividends | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03/28/2013 Dividends | 0.02 | 0.33 | 0.19 | 2.03 | 0.52 | 0.23 |
| 04/01/2013 ERN: GAIN/LOSS | -0.97 | -2.58 | -1.22 | -1.25 | -4.04 | -1.37 |
| 04/01/2013 Fees | 0.03 | 0.05 | 0.01 | 20.55 | 0.56 | 0.22 |
| 04/30/2013 Dividends | -0.97 | -2.60 | -1.24 | -1.28 | -4.09 | -1.36 |
| 05/01/2013 ERN: GAIN/LOSS | 0.03 | 0.00 | 0.00 | 22.55 | 0.00 | 0.00 |
| 05/01/2013 Fees | -0.96 | -2.67 | -1.27 | -1.26 | -4.23 | -1.43 |
| 05/31/2013 Dividends | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/03/2013 ERN: GAIN/LOSS | 0.00 | 0.00 | 0.00 | 19.26 | 0.00 | 0.00 |
| 06/03/2013 Fees | -0.96 | -2.64 | -1.26 | -1.23 | -4.17 | -1.43 |
| 06/10/2013 Dividends | 0.03 | 1,647.10 | 887.71 | 69.31 | 2,668.90 | 1,132.51 |
| 06/28/2013 Dividends | | | | | | |
| 07/01/2013 ERN: GAIN/LOSS | | | | | | |
| 07/01/2013 Fees | | | | | | |
| 07/23/2013 ERN: GAIN/LOSS | | | | | | |
| 07/23/2013 Dividends | | | | | | |
| 09/01/2013 Termination | -2,891.74 | -8,359.23 | -3,967.86 | -3,814.92 | -13,206.90 | -4,555.48 |
| UNREALIZED EARNINGS | | -244.90 | -175.97 | -57.20 | -406.25 | -250.50 |
| ENDING BALANCE AS OF 09/01/2013 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MEDIA BREAKAWAY, LLC

PAGE 4

STATEMENT OF ACCOUNT FOR THE PERIOD 01/01/2013 TO 09/01/2013

TOTAL PAGE #PARTS:          1

| | DFEMX FUND | TOTAL FUNDS |
|---|---|---|
| EMPLOYEE PRE-TAX (CON'T) | | |
| PRIOR BALANCE AS OF 12/31/2012 | $3,131.76 | $34,566.93 |
| 01/02/2013 ERN: GAIN/LOSS | -0.09 | -10.67 |
| 01/02/2013 Fees | -0.05 | -1.61 |
| 01/11/2013 Conversion Cr | 0.00 | -8.97 |
| 01/31/2013 Dividends | 0.00 | 21.33 |
| 02/01/2013 ERN: GAIN/LOSS | -0.05 | -1.02 |
| 02/01/2013 Fees | 0.00 | -13.05 |
| 02/28/2013 Dividends | 0.00 | 18.67 |
| 03/01/2013 ERN: GAIN/LOSS | 0.07 | -1.08 |
| 03/01/2013 Fees | -1.04 | -12.66 |
| 03/08/2013 Dividends | 1.85 | 2.85 |
| 03/11/2013 Cash Earnings | 0.00 | 0.70 |
| 03/19/2013 Dividends | 0.00 | 21.38 |
| 03/26/2013 Dividends | 0.05 | 3.10 |
| 04/01/2013 ERN: GAIN/LOSS | -1.02 | -1.35 |
| 04/01/2013 Fees | 0.06 | -12.45 |
| 04/30/2013 Dividends | -1.03 | 20.52 |
| 05/01/2013 ERN: GAIN/LOSS | 0.00 | -12.57 |
| 05/01/2013 Fees | 0.03 | 22.58 |
| 05/31/2013 Dividends | -1.00 | 22.75 |
| 06/03/2013 ERN: GAIN/LOSS | 22.74 | -13.82 |
| 06/03/2013 Fees | -0.03 | 22.74 |
| 06/10/2013 Dividends | | 19.29 |
| 06/28/2013 Dividends | -0.94 | -1.63 |
| 07/01/2013 ERN: GAIN/LOSS | -15.08 | -12.63 |
| 07/01/2013 Fees | | 6,390.65 |
| 07/23/2013 ERN: GAIN/LOSS | | 94.95 |
| 07/23/2013 Dividends | -2,908.13 | -39,694.99 |
| 07/23/2013 Termination | -227.37 | -1,362.19 |
| UNREALIZED EARNINGS | | |
| ENDING BALANCE AS OF 09/01/2013 | $0.00 | $0.00 |

MEDIA BREAKAWAY, LLC

STATEMENT OF ACCOUNT FOR THE PERIOD 01/01/2013 TO 09/01/2013

PAGE 5

TOTAL PAGE #PARTS:     1

| | VMMXX FUND | FRDAX FUND | VMISX FUND | PHYZX FUND | SWTSX FUND | NAESX FUND |
|---|---|---|---|---|---|---|
| EMPLOYER MATCH | | | | | | |
| PRIOR BALANCE AS OF 12/31/2012 | $2,338.34 | $5,621.40 | $2,632.56 | $2,953.08 | $8,847.68 | $2,970.03 |
| 01/02/2013 ERN: GAIN/LOSS | 0.07 | -0.10 | -0.07 | -0.05 | 0.18 | 0.09 |
| 01/12/2013 Fees | -0.07 | -1.89 | -0.89 | -0.97 | -2.99 | -1.01 |
| 01/12/2013 Conversion Cr | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01/31/2013 Dividends | 0.00 | 0.00 | 0.00 | 17.19 | 0.00 | 0.00 |
| 02/01/2013 ERN: GAIN/LOSS | 0.00 | -0.18 | -0.11 | -0.02 | -0.30 | -0.14 |
| 02/28/2013 Fees | -0.01 | -1.98 | -0.94 | -0.09 | -3.00 | -1.06 |
| 03/01/2013 Dividends | 0.00 | 0.00 | 0.00 | 10.95 | 0.00 | 0.00 |
| 03/01/2013 ERN: GAIN/LOSS | 0.00 | 0.21 | 0.12 | 10.02 | 0.32 | 0.14 |
| 03/01/2013 Fees | -0.78 | -2.02 | -0.95 | -1.00 | -3.15 | -1.06 |
| 03/08/2013 Dividends | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03/11/2013 Cash Earnings | 0.00 | 0.00 | 0.65 | 0.57 | 0.00 | 0.46 |
| 03/19/2013 Dividends | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03/28/2013 Dividends | 0.02 | 0.00 | 0.00 | 17.01 | 0.00 | 0.00 |
| 04/01/2013 ERN: GAIN/LOSS | 0.02 | 0.27 | -0.95 | -1.03 | 0.41 | 0.18 |
| 04/01/2013 Fees | -0.78 | -2.08 | -0.98 | -1.01 | -3.26 | -1.11 |
| 04/30/2013 Dividends | 0.02 | 0.00 | 0.07 | 16.54 | 0.00 | 0.00 |
| 05/01/2013 ERN: GAIN/LOSS | 0.02 | 0.00 | 0.00 | -1.03 | -0.45 | 0.00 |
| 05/01/2013 Fees | -0.78 | -2.09 | -1.00 | -1.01 | -3.31 | -1.10 |
| 05/31/2013 Dividends | 0.02 | 0.00 | 0.00 | 18.19 | 0.00 | 0.00 |
| 06/03/2013 ERN: GAIN/LOSS | 0.00 | -0.35 | -0.19 | -0.02 | -0.58 | -0.24 |
| 06/03/2013 Fees | -0.78 | -2.15 | -1.02 | -1.01 | -3.42 | -1.16 |
| 06/10/2013 Dividends | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/28/2013 Dividends | 0.02 | 0.00 | -1.00 | 15.54 | 0.00 | 0.00 |
| 07/01/2013 ERN: GAIN/LOSS | -0.97 | 0.00 | -0.19 | -0.90 | 0.54 | -0.24 |
| 07/01/2013 Fees | 0.00 | -2.13 | 0.00 | -0.99 | -3.37 | 0.00 |
| 07/23/2013 ERN: GAIN/LOSS | 0.02 | 1,328.86 | 716.33 | 55.94 | 2,153.45 | 913.81 |
| 07/23/2013 Dividends | -0.02 | 0.00 | 0.00 | 12.04 | 0.00 | 0.00 |
| 07/23/2013 Termination | -2,333.10 | -6,740.58 | -3,201.00 | -3,075.39 | -10,653.14 | -3,675.72 |
| UNREALIZED EARNINGS | 0.00 | -197.56 | -142.01 | -46.16 | -327.78 | -202.14 |
| ENDING BALANCE AS OF 09/01/2013 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MEDIA BREAKAWAY, LLC

PAGE   6

STATEMENT OF ACCOUNT FOR THE PERIOD 01/01/2013 TO 09/01/2013

TOTAL PAGE #PARTS:      1

| | DFEMX FUND | TOTAL FUNDS |
|---|---|---|
| EMPLOYER MATCH (CON'T) | | |
| PRIOR BALANCE AS OF 12/31/2012 | $2,527.19 | $27,890.28 |
| 01/02/2013 ERN: GAIN/LOSS | 0.08 | 0.54 |
| 01/02/2013 Fees | -0.85 | -9.75 |
| 01/11/2013 Conversion Cr | 0.00 | -7.25 |
| 01/31/2013 Dividends | 0.00 | 17.21 |
| 02/01/2013 ERN: GAIN/LOSS | 0.07 | 0.82 |
| 02/01/2013 Fees | -0.85 | -9.72 |
| 02/28/2013 Dividends | 0.06 | 15.06 |
| 03/01/2013 ERN: GAIN/LOSS | 0.84 | 9.87 |
| 03/01/2013 Fees | -0.06 | -9.80 |
| 03/08/2013 Dividends | 2.30 | -2.80 |
| 03/11/2013 Cash Earnings | 0.00 | 0.57 |
| 03/19/2013 Dividends | 0.00 | 1.51 |
| 03/26/2013 Dividends | 0.04 | 17.03 |
| 04/01/2013 ERN: GAIN/LOSS | | 1.08 |
| 04/01/2013 Fees | -0.82 | -10.04 |
| 04/30/2013 Dividends | 0.05 | 16.56 |
| 05/01/2013 ERN: GAIN/LOSS | 0.05 | 1.17 |
| 05/01/2013 Fees | -0.83 | -10.14 |
| 05/31/2013 Dividends | 0.00 | 18.21 |
| 06/03/2013 ERN: GAIN/LOSS | 0.02 | 1.40 |
| 06/03/2013 Fees | -0.80 | -10.34 |
| 06/10/2013 Dividends | 18.35 | 18.35 |
| 06/28/2013 Dividends | -0.03 | 15.56 |
| 07/01/2013 Dividends | 1.27 | 15.27 |
| 07/01/2013 ERN: GAIN/LOSS | -0.76 | -10.18 |
| 07/01/2013 Fees | -12.18 | -10.21 |
| 07/23/2013 ERN: GAIN/LOSS | 0.00 | 5,156.06 |
| 07/23/2013 Dividends | | |
| 07/23/2013 Termination | -2,346.73 | -32,036.20 |
| UNREALIZED EARNINGS | -183.47 | -1,099.12 |
| ENDING BALANCE AS OF 09/01/2013 | $0.00 | $0.00 |

ACCOUNT AS OF 09/01/2013 :

TOTAL ACCOUNT VALUE

AS OF 08/14/2017                                                      14:45

PLAN NAME:   MEDIA BREAKAWAY, LLC

PLAN NUMBER:   ████ 688

ADMINISTRATOR:

MEDIA BREAKAWAY, LLC

STATEMENT OF ACCOUNT FOR THE PERIOD 01/01/2012 TO 12/31/2012

JENNIFER A JOHNSON

DIVISION: LOCATION NAME NOT AVAILABLE

## ROLLOVER

| | VMMXX FUND | FRDAX FUND | VMISX FUND | PHYZX FUND | SWTSX FUND | NAESX FUND | DFEMX FUND | TOTAL FUNDS |
|---|---|---|---|---|---|---|---|---|
| PRIOR BALANCE AS OF 12/31/2011 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/31/2012 ERN: GAIN/LOSS | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 |
| 12/31/2012 Dividends | 0.00 | 4.11 | 1.62 | 1.18 | 8.15 | 2.20 | 1.55 | 18.81 |
| 12/31/2012 Conversion Cr | 103.48 | 234.22 | 109.55 | 131.41 | 372.51 | 121.35 | 103.58 | 1,176.10 |
| 12/31/2012 Fees | -0.04 | -0.12 | -0.06 | -0.06 | -0.28 | -0.06 | -0.06 | -0.68 |
| UNREALIZED EARNINGS | 0.00 | 8.66 | 6.33 | 2.11 | 14.64 | 9.02 | 8.23 | 48.99 |
| ENDING BALANCE AS OF 12/31/2012 | $103.44 | $246.88 | $117.44 | $134.64 | $395.02 | $132.51 | $113.30 | $1,243.23 |

## EMPLOYER PRE-TAX

| | VMMXX FUND | FRDAX FUND | VMISX FUND | PHYZX FUND | SWTSX FUND | NAESX FUND | DFEMX FUND | TOTAL FUNDS |
|---|---|---|---|---|---|---|---|---|
| PRIOR BALANCE AS OF 12/31/2011 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/31/2012 ERN: GAIN/LOSS | 0.00 | 0.12 | 0.08 | 0.01 | 0.34 | 0.12 | 0.07 | 0.74 |
| 12/31/2012 Dividends | 0.11 | 112.09 | 45.09 | 72.15 | 226.17 | 61.11 | 42.87 | 559.59 |
| 12/31/2012 Conversion Cr | 2,900.18 | 6,615.94 | 3,043.49 | 3,532.62 | 10,340.02 | 3,371.54 | 2,863.45 | 32,667.24 |
| 12/31/2012 Fees | -1.98 | -4.57 | -2.13 | -2.44 | -7.30 | -2.41 | -2.00 | -22.83 |
| UNREALIZED EARNINGS | 0.00 | 244.90 | 175.97 | 57.20 | 406.25 | 250.50 | 227.37 | 1,362.19 |
| ENDING BALANCE AS OF 12/31/2012 | $2,898.31 | $6,968.48 | $3,262.50 | $3,659.54 | $10,965.48 | $3,680.86 | $3,131.76 | $34,566.93 |

MEDIA BREAKAWAY, LLC

PAGE   2

STATEMENT OF ACCOUNT FOR THE PERIOD 01/01/2012 TO 12/31/2012

JENNIFER A JOHNSON

| | VMMXX FUND | FRDAX FUND | VMISX FUND | PHYZX FUND | SWTSX FUND | NAESX FUND | TOTAL FUNDS |
|---|---|---|---|---|---|---|---|
| **EMPLOYER MATCH** | | | | | | | |
| PRIOR BALANCE AS OF 12/31/2011 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/31/2012 ERN: GAIN/LOSS | 0.00 | 0.09 | 0.06 | 0.06 | 0.29 | 0.09 | 0.60 |
| 12/31/2012 Dividends | 0.09 | 93.57 | 36.39 | 25.95 | 183.01 | 49.11 | 422.40 |
| 12/31/2012 Conversion Cr | 2,339.81 | 5,333.90 | 2,455.81 | 2,882.92 | 8,343.01 | 2,720.46 | 26,386.58 |
| 12/31/2012 Fees | -1.56 | -3.72 | -1.71 | -1.96 | -5.89 | -1.97 | -18.42 |
| UNREALIZED EARNINGS | 0.00 | 197.56 | 142.01 | 46.16 | 327.78 | 202.14 | 1,099.12 |
| **ENDING BALANCE AS OF 12/31/2012** | $2,338.34 | $5,621.40 | $2,632.56 | $2,953.08 | $8,847.68 | $2,970.03 | $27,890.28 |

| | DFEMX FUND |
|---|---|
| **EMPLOYER MATCH (CON'T)** | |
| PRIOR BALANCE AS OF 12/31/2011 | $0.00 |
| 12/31/2012 ERN: GAIN/LOSS | 0.06 |
| 12/31/2012 Dividends | 34.67 |
| 12/31/2012 Conversion Cr | 2,310.61 |
| 12/31/2012 Fees | -1.62 |
| UNREALIZED EARNINGS | 183.47 |
| **ENDING BALANCE AS OF 12/31/2012** | $2,527.19 |

ACCOUNT AS OF 12/31/2012:

| Fund | | |
|---|---|---|
| VMMXX | 5,340.0900 | 5,340.09 |
| FRDAX | 339.9564 | 12,836.76 |
| VMISX | 366.5967 | 6,632.50 |
| PHYZX | | 6,747.26 |
| SWTSX | 1,179.5901 | 20,208.18 |
| NAESX | 784.4791 | 6,783.40 |
| DFEMX | 205.5952 | 5,772.25 |
| TOTAL ACCOUNT VALUE | 8,215.6510 | 63,700.44 |

| | 0.00 |
|---|---|
| | 0.00 |
| | 0.00 |
| | 0.00 |
| | 0.00 |
| | 0.00 |
| | 0.00 |
| | 0.00 |

MEDIA BREAKAWAY, LLC

STATEMENT OF ACCOUNT FOR THE PERIOD 01/01/2012 TO 12/31/2012

DIVISION:

TOTAL PAGE #PARTS:        1

| ROLLOVER | VMMXX FUND | FRDAX FUND | VMISX FUND | PHYZX FUND | SWTSX FUND | NAESX FUND | TOTAL FUNDS |
|---|---|---|---|---|---|---|---|
| PRIOR BALANCE AS OF 12/31/2011 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/31/2012 ERN: GAIN/LOSS | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.01 |
| 12/31/2012 Dividends | 0.00 | 4.11 | 1.65 | 1.18 | 8.15 | 2.00 | 18.81 |
| 12/31/2012 Conversion Cr | 103.48 | 234.22 | 109.55 | 131.41 | 372.51 | 121.35 | 1,176.10 |
| 12/31/2012 Fees | -0.04 | -0.12 | -0.06 | -0.06 | -0.28 | -0.06 | -0.68 |
| UNREALIZED EARNINGS | 0.00 | 8.67 | 6.33 | 2.11 | 14.63 | 9.02 | 48.99 |
| ENDING BALANCE AS OF 12/31/2012 | $103.44 | $246.88 | $117.44 | $134.64 | $395.02 | $132.51 | $1,243.23 |

| ROLLOVER (CON'T) | DFEMX FUND |
|---|---|
| PRIOR BALANCE AS OF 12/31/2011 | $0.00 |
| 12/31/2012 ERN: GAIN/LOSS | 0.00 |
| 12/31/2012 Dividends | 1.55 |
| 12/31/2012 Conversion Cr | 101.58 |
| 12/31/2012 Fees | -0.06 |
| UNREALIZED EARNINGS | 8.23 |
| ENDING BALANCE AS OF 12/31/2012 | $113.30 |

| EMPLOYEE PRE-TAX | VMMXX FUND | FRDAX FUND | VMISX FUND | PHYZX FUND | SWTSX FUND | NAESX FUND |
|---|---|---|---|---|---|---|
| PRIOR BALANCE AS OF 12/31/2011 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/31/2012 ERN: GAIN/LOSS | 0.00 | 0.12 | 0.08 | 0.01 | 0.34 | 0.12 |
| 12/31/2012 Dividends | 0.11 | 115.99 | 45.09 | 32.15 | 226.17 | 61.11 |
| 12/31/2012 Conversion Cr | 2,900.18 | 6,612.94 | 3,043.49 | 3,572.62 | 10,340.02 | 3,371.54 |
| 12/31/2012 Fees | -1.98 | -4.57 | -2.13 | -2.44 | -7.30 | -2.41 |
| UNREALIZED EARNINGS | 0.00 | 244.90 | 175.97 | 57.20 | 406.25 | 250.50 |
| ENDING BALANCE AS OF 12/31/2012 | $2,898.31 | $6,968.48 | $3,262.50 | $3,659.54 | $10,965.48 | $3,680.86 |

| EMPLOYEE PRE-TAX (CON'T) | DFEMX FUND | TOTAL FUNDS |
|---|---|---|
| PRIOR BALANCE AS OF 12/31/2011 | $0.00 | $0.00 |
| 12/31/2012 ERN: GAIN/LOSS | 0.07 | 0.74 |
| 12/31/2012 Dividends | 42.87 | 523.49 |
| 12/31/2012 Conversion Cr | 2,863.45 | 32,703.34 |
| 12/31/2012 Fees | -2.00 | -22.83 |
| UNREALIZED EARNINGS | 227.37 | 1,362.19 |
| ENDING BALANCE AS OF 12/31/2012 | $3,131.76 | $34,566.93 |

PAGE 2

MEDIA BREAKAWAY, LLC

STATEMENT OF ACCOUNT FOR THE PERIOD 01/01/2012 TO 12/31/2012

TOTAL PAGE #PARTS:          1

|  | VMMXX FUND | FRDAX FUND | VMISX FUND | PHY2X FUND | SWTSX FUND | NAESX FUND |
|---|---|---|---|---|---|---|
| **EMPLOYER MATCH** | | | | | | |
| PRIOR BALANCE AS OF 12/31/2011 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/31/2012 ERN: GAIN/LOSS | 0.00 | 0.09 | 0.06 | 0.01 | 0.29 | 0.09 |
| 12/31/2012 Dividends | 0.09 | 93.57 | 36.39 | 25.95 | 182.49 | 49.31 |
| 12/31/2012 Conversion Cr | 2,339.81 | 5,333.90 | 2,455.81 | 2,882.92 | 8,343.01 | 2,720.46 |
| 12/31/2012 Fees | -1.56 | -3.72 | -1.71 | -1.96 | -5.89 | -1.97 |
| UNREALIZED EARNINGS | 0.00 | 197.56 | 142.01 | 46.16 | 327.78 | 202.14 |
| ENDING BALANCE AS OF 12/31/2012 | $2,338.34 | $5,621.40 | $2,632.56 | $2,953.08 | $8,847.68 | $2,970.03 |

|  | DFEMX FUND | TOTAL FUNDS |
|---|---|---|
| **EMPLOYER MATCH (CON'T)** | | |
| PRIOR BALANCE AS OF 12/31/2011 | $0.00 | $0.00 |
| 12/31/2012 ERN: GAIN/LOSS | 0.06 | 0.60 |
| 12/31/2012 Dividends | 34.67 | 422.40 |
| 12/31/2012 Conversion Cr | 2,311.61 | 26,386.58 |
| 12/31/2012 Fees | -1.61 | -18.42 |
| UNREALIZED EARNINGS | 183.47 | 1,099.12 |
| ENDING BALANCE AS OF 12/31/2012 | $2,527.19 | $27,890.28 |

ACCOUNT AS OF 12/31/2012:

| | | |
|---|---|---|
| VNMXX | 5,340.09 | 5,340.0900 |
| FRDAX | 12,336.76 | 386.8564 |
| VMISX | 6,212.50 | 38.8597 |
| PHYZX | 6,747.26 | 1,179.5901 |
| SWTSX | 20,208.18 | 784.4791 |
| NAESX | 6,183.40 | 205.1605 |
| DFEMX | 5,772.25 | 209.5952 |
| TOTAL ACCOUNT VALUE | 63,700.44 | 8,215.6510 |

# EXHIBIT 1-H
# to Declaration of Jennifer Johnson

## CASE NO. 2:17-cv-02000-APG-GWF

## Copy of Edward Jones IRA account statement

# Edward Jones
### MAKING SENSE OF INVESTING

Account Holder(s) Jennifer A Johnson
Account Number ████ 42-1-1
Custodian Edward Jones Trust Company for your Traditional IRA
Financial Advisor David A. Cooper, 303-693-7037
Piney Creek Square, 15436 East Orchard Road, Centennial, CO 80016.

**Statement Date Sep 26 - Oct 30, 2015**            **Page 1 of 4**

JENNIFER A JOHNSON
4649 SPINNING WHEEL DR
BRIGHTON  CO  80601-4587

## Stay Connected Anytime, Anywhere

Online Access allows you to keep in touch with your accounts and
investments when the time is right for you. You can review your
current account balance and recent activity, access the latest market
news and research from Edward Jones analysts, and securely send
financial documents and messages to your financial advisor. Call your
branch office to learn more or visit www.edwardjones.com/access to
tour Online Access and enroll in this service.

## Account Value

# $0.00

| | |
|---|---|
| 1 Month Ago | $73,796.29 |
| 1 Year Ago | $77,278.79 |
| 3 Years Ago | $0.00 |
| 5 Years Ago | $0.00 |

## Value Summary

| | This Period | This Year |
|---|---|---|
| Beginning value | $73,796.29 | $76,982.44 |
| Assets added to account | 11,870.62 | 11,870.62 |
| Income | 25.89 | 486.06 |
| Assets withdrawn from account | -85,975.75 | -85,975.75 |
| Fees and charges | -171.99 | -967.50 |
| Change in value | 454.94 | -2,395.87 |
| **Ending Value** | | **$0.00** |

## Retirement Summary

| | This Period | Cumulative |
|---|---|---|
| 2015 Contributions | $0.00 | $0.00 |
| 2014 Contributions | 0.00 | 0.00 |
| Transfers Received | 11,870.61 | 11,870.61 |
| Transfers Out | 86,190.40 | 86,190.40 |

## Retirement Fees Paid

| | This Period | This Year |
|---|---|---|
| Fee paid by this account | $95.00 | $95.00 |

## Investment and Other Activity by Date

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 0/28 | Liquidation of JP Morgan Fed Money Mkt @ 1.00 | 82.76 | $82.76 |
| 9/28 | Program and Administrative Fee | | -82.76 |
| 9/29 | Dividend on JPMorgan Short Duration Bond on 819.702 Shares @ 0.009 | | 7.38 |
| 9/29 | Reinvestment into JPMorgan Short Duration Bond @ 10.88 | 0.678 | -7.38 |
| 10/01 | Dividend on MainStay ICAP Select Equity on 188.459 Shares @ 0.098 | | 18.51 |



Account Holder(s) Jennifer A Johnson
Account Number XXXX2-1-1
Custodian Edward Jones Trust Company for your Traditional IRA
Financial Advisor David A. Cooper, 303-693-7037
Piney Creek Square, 15436 East Orchard Road, Centennial, CO 80016.

Statement Date Sep 26 - Oct 30, 2015                          Page 2 of 4



## Investment and Other Activity by Date (continued)

| Date | Description | Quantity | Amount |
|------|-------------|---------:|-------:|
| 10/01 | Reinvestment into MainStay ICAP Select Equity @ 41.37 | 0.447 | -18.51 |
| 10/02 | Transfer to Pershing LLC | | 107.35 |
| 10/02 | Termination/Distribution Fee | | -95.00 |
| 10/02 | Transfer JP Morgan Fed Money Mkt Pershing LLC | -1,244.65 | |
| 10/02 | Transfer Buffalo Small Cap Pershing LLC | -244.305 | |
| 10/02 | Transfer Delaware Emerging Markets Pershing LLC | -384.506 | |
| 10/02 | Transfer Franklin High Income Pershing LLC | -1,251.722 | |
| 10/02 | Transfer T Rowe Price Instl Lrge Cp Gr Pershing LLC | -410.606 | |
| 10/02 | Transfer JPMorgan Short Duration Bond Pershing LLC | -819.702 | |
| 10/02 | Transfer John Hancock Disc Val Pershing LLC | -461.52 | |
| 10/02 | Transfer Jh Disciplined Value Mid Cap Pershing LLC | -192.65 | |
| 10/02 | Transfer MainStay ICAP Select Equity Pershing LLC | -188.459 | |
| 10/02 | Transfer Templeton Global Bond Pershing LLC | -267.104 | |
| 10/02 | Transfer Thornburg International Value Pershing LLC | -544.598 | |
| 10/08 | Transfer T Rowe Price Instl Lrge Cp Gr Pershing LLC | 410.606 | |
| 10/08 | Transfer to Pershing LLC | | -40.00 |
| 10/08 | Transfer JPMorgan Short Duration Bond Pershing LLC | -0.678 | |
| 10/08 | Transfer MainStay ICAP Select Equity Pershing LLC | -0.447 | |
| 10/13 | Transfer to Pershing LLC | | -11,870.62 |
| 10/14 | Sell T Rowe Price Instl Lrge Cp Gr @ 28.91 | -410.606 | 11,870.62 |
| 10/20 | Fee Offset | | 5.77 |
| 10/22 | Transfer to Pershing LLC | | -5.77 |

## Retirement Money Market Detail by Date

**Beginning Balance on Sep 26**                                                          **$27.65**

| Date | Transaction | Description | Deposits | Withdrawals | Balance |
|------|-------------|-------------|---------:|------------:|--------:|
| 10/01 | Withdrawal | Money Market Sale | | -27.65 | $0.00 |
| **Total** | | | | **-$27.65** | |

| **Ending Balance on Oct 30** | **$0.00** |
|---|---:|

**IRA Account Statements -** For those IRA accounts in which Edward Jones Trust Company is serving as the custodian of the assets, this Edward Jones brokerage statement is also being provided by Edward Jones Trust Company as its custodial account statement. No other account statement will be provided by Edward Jones Trust Company for the period of time reflected on this statement.

Account Holder(s) Jennifer A Johnson
Account Number ████████2-1-1
Custodian Edward Jones Trust Company for your Traditional IRA
Financial Advisor David A. Cooper, 303-693-7037
Piney Creek Square, 15436 East Orchard Road, Centennial, CO 80016,

Statement Date Sep 26 - Oct 30, 2015                    Page 3 of 4

# Edward Jones
## MAKING SENSE OF INVESTING

## Cash, Check or Phone? Payments Get a Mobile Makeover

Smartphones have changed the way the world operates. Think of all the tasks your mobile phone can handle: calls, maps, calculators, cameras and a host of other things.

You can now add purchases to that list: The recent and rapid proliferation of mobile devices around the world is redefining the payments landscape. While shoppers still use computers for the majority of their digital purchases, they are increasingly buying via mobile devices due to convenience, improved security and customer loyalty programs.

This has led to a fast-growing market known as mobile commerce, or m-commerce for short. M-commerce includes mobile transactions at the point of sale, through a web browser or app, or as a peer-to-peer transaction (for example, a college student paying his roommate for a portion of the rent). If you use a mobile device to complete a transaction, whether shopping online or paying at a smart terminal, you're participating in m-commerce.

We estimate that m-commerce sales will grow from $191 billion in 2014 to $1 trillion by 2019, representing a compound annual growth rate of 39%. Approximately two-thirds of those purchases will be made via a mobile web browser or within an app. We believe this growth is creating opportunities across numerous industries, including payment networks, marketing analytics and software applications. As with any emerging market, however, there are risks involved.

If you're looking for investment ideas within the digital payments industry, talk to your financial advisor. Together, you can discuss the current trends in this market and which companies may be appropriate for your portfolio.

To read this entire report, go to www.edwardjones.com/mobilemakeover.



# Edward Jones
## MAKING SENSE OF INVESTING

**Account Holder(s)** Jennifer A Johnson
**Account Number** ████████2-1-1
**Custodian** Edward Jones Trust Company for your Traditional IRA
**Financial Advisor** David A. Cooper, 303-693-7037
Piney Creek Square, 15436 East Orchard Road, Centennial, CO 80016.

**Statement Date Sep 26 - Oct 30, 2015**          **Page 4 of 4**

**About Edward Jones**
Edward D. Jones & Co., L.P. is dually registered with the Securities and Exchange Commission (SEC) as a broker-dealer and an investment adviser. Edward Jones is also a member of FINRA.
**Statement of Financial Condition** — Edward Jones' statement of financial condition is available for your personal review:
- at your local branch office
- at www.edwardjones.com/en_US/company/index.html
- by mail upon written request

**About Your Account**
**Account Information** — Your Account Agreement contains the complete conditions that govern your account. Please contact your financial advisor if you have any changes to your financial situation, contact information or investment objectives.
**Account Safety** — Please review your statement carefully. If you believe there are errors on your account, you must notify us promptly of your concerns. You may either contact our Client Relations department or your financial advisor. You should re-confirm any oral communication by sending us a letter within 30 days to protect your rights, including your rights under the Securities Investor Protection Act (SIPA).
**Errors or Questions about your Electronic Transfers** — Contact Client Relations at (800) 441-2357.
**Complaints about Your Account** — If you have a complaint please call (800) 441-2357 or send a letter to Edward Jones, Attn: Complaints Dept., 12555 Manchester Rd. St. Louis, MO 63131.
**Ratings and Recommendations** — Edward Jones research opinions, Standard & Poor's, Moody's and Fitch ratings may be shown for certain securities. Ratings or recommendations should not be considered an indication of future performance.

**Withholding on Distributions or Withdrawals** — Federal law requires Edward Jones to withhold income tax on distribution(s) from your retirement accounts and other plans unless you elect not to have withholding apply. You may elect a percentage to be withheld from your distribution or not to have the withholding apply by signing and dating the appropriate form and returning it to the address specified on the form. Your election will remain in effect until you change or revoke it by returning another signed and dated form. If you do not return the form by the date your distributions are scheduled to begin, Federal income tax will be withheld. If you do not have enough income tax withheld from your distributions, you may need to pay estimated tax. You may incur penalties if the amounts withheld and your estimated tax payments are not equal to the tax you owe. State withholding, if applicable, is subject to the state's withholding requirements.
**Fees and Charges** – The "Fees and charges" amount shown in your Value Summary includes all activity fees, except dividend reinvestment fees.
**Fair Market Value for Individual Retirement Accounts** Your fair market value as of December 31st will be reported to the IRS as required by law.
**Rights to Your Money Market Fund, Bank Deposit and Free Credit Balances** — Your free credit balances are payable on demand. You may require us to liquidate your bank deposit or money market fund balance. We will then disburse the proceeds to you or place them in your securities account. Your instructions must be made during normal business hours and are subject to terms and conditions of the Account Agreement.

**Important disclosures and other information relating to your account(s)** are available at www.edwardjones.com/disclosures.

 **Go Green!** Did you know you can receive your statements and other documents online instead of on paper? Visit www.edwardjones.com/edelivery for more information.

## Contact Information

| Client Relations | Online Access | Other Contacts |
|---|---|---|
| ☎ Toll Free Phone  Monday-Friday<br>800-441-2357  7am-7pm CST | ☎ Online Account Access<br>www.edwardjones.com/access | ☎ Edward Jones Personal MasterCard®<br>866-874-6711 |
| ✉ 201 Progress Parkway<br>Maryland Heights, MO 63043 | ☎ Edward Jones Online Support<br>800-441-5203 | ☎ Edward Jones Business MasterCard®<br>866-874-6712 |
| | | ☎ Edward Jones Visa Debit Card<br>888-289-6635 |

S1EDJR01 rev 08-15 SG

# EXHIBIT 1-I

# to Declaration of Jennifer Johnson

## CASE NO. 2:17-cv-02000-APG-GWF

## Copy of Fidelity IRA account statement

**Statement Period : 01/01/13 to 12/31/13**



Your IRA Fair Market Value (FMV) is reported on this Fidelity Advisor Funds Customer Statement for the period 1/1/13-12/31/13. The 12/31/13 FMV will also be reported to the IRS. You will not receive an IRS Form 5498 in January. If you make or have made a contribution to your IRA, including a recharacterization or Roth IRA conversion contribution for tax year 2013, or a rollover contribution, you will receive IRS Form 5498 in May.

## STATEMENT

Env # 8 088124844 D
FMTC CUSTODIAN IRA
ROLLOVER PROVISION
FBO JENNIFER A JOHNSON
4649 SPINNING WHEEL DR
BRIGHTON, CO 80601-4587

PAYCHEX SECURITIES CORP
1175 JOHN ST
W HENRIETTA, NY 14586-9102
Rep. Name: ROLLOVER          Dealer #: 44444
Rep. #: 22222                Branch #: 222



### Account Number: 6488

#### PORTFOLIO ALLOCATION BY ASSET CLASS



- 86.40% Growth And Income
- 13.60% Money Market

#### PORTFOLIO SUMMARY

| | | |
|---|---|---|
| Portfolio Value as of 12/31/12 | $ | 0.00 |
| Additions | $ | 73,081.41 |
| Withdrawals | $ | 0.00 |
| Change in Investment Value | $ | 3,635.35 |
| **Ending Value as of 12/31/13** | $ | 76,716.76 |

Change in Investment value represents any appreciation or depreciation of your portfolio as well as any sales load paid.

#### MUTUAL FUND ACCOUNT SUMMARY

| Fund Name | Fund - Account # | Market Value 12/31/12 | Market Value 12/31/13 | Shares Held 12/31/13 | NAV 12/31/13 | % of Total |
|---|---|---|---|---|---|---|
| PRIME FUND - DAILY MONEY CLASS | 6488 | 0.00 | 10,500.45 | 10,500.450 | 1.00 | 13.60 |
| FIDELITY ADV ASSET MANAGER 50% CL C | 6488 | 0.00 | 66,216.31 | 3,798.985 | 17.43 | 86.40 |
| TOTAL | | $0.00 | $76,716.76 | | | 100.00 |

#### DIVIDEND AND CAPITAL GAIN SUMMARY

| Fund Name | Fund - Account # | Dividend | Short Term Capital Gain | Long Term Capital Gain | Total |
|---|---|---|---|---|---|
| PRIME FUND - DAILY MONEY CLASS | 6488 | | | | |
| DIVIDEND OPTION : REINVEST | CURRENT PERIOD | 0.45 | 0.00 | 0.00 | 0.45 |
| CAPITAL GAIN OPTION :REINVEST | YEAR TO DATE | 0.45 | 0.00 | 0.00 | 0.45 |

Web Address: advisor.fidelity.com
Fidelity Distributors Corporation (General Distribution Agent)
Regular Mail: Fidelity Investments Institutional Operations Company, Inc., PO Box 770002, Cincinnati, OH 45277-0083
Overnight Delivery: Fidelity Investments Institutional Operations Company, Inc., 100 Crosby Parkway Mail Zone KC1G, Covington, KY 41015-4325

Statement Period : 01/01/13 to 12/31/13



# STATEMENT

FMTC CUSTODIAN IRA
ROLLOVER PROVISION
FBO JENNIFER A JOHNSON

Rep. Name: ROLLOVER
Rep. #: 22222

Dealer #: 44444
Branch #: 222

## DIVIDEND AND CAPITAL GAIN SUMMARY continued

| Fund Name | Fund - Account # | Dividend | Short Term Capital Gain | Long Term Capital Gain | Total |
|---|---|---|---|---|---|
| FIDELITY ADV ASSET MANAGER 50%-CL C | 5488 | | | | |
| DIVIDEND OPTION : REINVEST | CURRENT PERIOD | 122.42 | 695.28 | 2,593.67 | 3,411.37 |
| CAPITAL GAIN OPTION :REINVEST | YEAR TO DATE | 122.42 | 695.28 | 2,593.67 | 3,411.37 |
| TOTAL | CURRENT PERIOD $ | 122.87 | 695.28 | 2,593.67 | 3,411.82 |
| | YEAR TO DATE | 122.87 | 695.28 | 2,593.67 | 3,411.82 |

## MUTUAL FUND ACTIVITY

FMTC CUSTODIAN IRA
ROLLOVER PROVISION
FBO JENNIFER A JOHNSON
(Activity with Associated Equity Impact)

### PRIME FUND - DAILY MONEY CLASS          Fund # 0083     Account # 5488     CUSIP # 233809102

| Transaction Description | Front-End Sales Charge | Confirm Date | Trade Date | Dollar Amount | Share Price | Share Amount | Share Balance |
|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | 0.000 |
| Rollover-In By Check | N/A | 07/31/13 | 07/31/13 | $10,500.00 | $1.00 | 10,500.000 | 10,500.000 |
| Reinvest Dividend | | 08/30/13 | 08/30/13 | 0.09 | 1.00 | 0.090 | 10,500.090 |
| Reinvest Dividend | | 09/30/13 | 09/30/13 | 0.09 | 1.00 | 0.090 | 10,500.180 |
| Reinvest Dividend | | 10/31/13 | 10/31/13 | 0.09 | 1.00 | 0.090 | 10,500.270 |
| Reinvest Dividend | | 11/29/13 | 11/29/13 | 0.09 | 1.00 | 0.090 | 10,500.360 |
| Reinvest Dividend | | 12/31/13 | 12/31/13 | 0.09 | 1.00 | 0.090 | 10,500.450 |
| Ending Balance | | | | | | | 10,500.450 |

### FIDELITY ADV ASSET MANAGER 50%-CL C          Fund # 1768     Account # 5488     CUSIP # 316069522

| Transaction Description | Front-End Sales Charge | Confirm Date | Trade Date | Dollar Amount | Share Price | Share Amount | Share Balance |
|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | 0.000 |
| Rollover-In By Check | N/A | 07/31/13 | 07/31/13 | $62,581.41 | $17.39 | 3,598.701 | 3,598.701 |
| Reinvested Dividend | | 10/04/13 | 10/04/13 | 64.76 | 17.72 | 3.656 | 3,602.357 |
| Reinvested Dividend | | 12/13/13 | 12/13/13 | 57.64 | 17.02 | 3.387 | 3,605.744 |
| Lt Cap Gain Reinvest | | 12/13/13 | 12/13/13 | 2,593.67 | 17.02 | 152.390 | 3,758.134 |
| St Capital Gain Reinvest | | 12/13/13 | 12/13/13 | 695.28 | 17.02 | 40.851 | 3,798.985 |
| Ending Balance | | | | | | | 3,798.985 |

Web Address: advisor.fidelity.com
Fidelity Distributors Corporation (General Distribution Agent)
Regular Mail: Fidelity Investments Institutional Operations Company, Inc., PO Box 770002, Cincinnati, OH 45277-0063
Overnight Delivery: Fidelity Investments Institutional Operations Company, Inc., 100 Crosby Parkway Mail Zone KC1G, Covington, KY 41015-4325
M # 123113 1300 088124644

52

Statement Period : 01/01/13 to 12/31/13



# STATEMENT

FMTC CUSTODIAN IRA
ROLLOVER PROVISION
FBO JENNIFER A JOHNSON

Rep. Name: ROLLOVER
Rep. #: 22222

Dealer #: 44444
Branch #: 222

Note: If you send in a check to make an IRA or Roth IRA contribution before the IRS deadline you should indicate on the memo line of the check whether the money should be applied as a prior or current year contribution.  All contributions not noted as prior year will be coded as a current year contribution.

If you had any tax reportable activity in 2013, you can expect Forms 1099-B and 1099-DIV to be mailed out prior to their regulatory deadline of February 15, 2014. Forms 1099-R and 1099-Q will be mailed out prior to their regulatory deadline of January 31, 2014.

Web Address: advisor.fidelity.com
Fidelity Distributors Corporation (General Distribution Agent)
Regular Mail: Fidelity Investments Institutional Operations Company, Inc., PO Box 770002, Cincinnati, OH 45277-0063
Overnight Delivery: Fidelity Investments Institutional Operations Company, Inc., 100 Crosby Parkway Mail Zone KC1G, Covington, KY 41015-4325
PAGE 3 of 4                                                                                              M # 123113 1300 088124844

53

## How to Contact Fidelity

If you have a question about your account or require service, please contact your Financial Advisor. When contacting Fidelity, please have your fund, account, and Social Security numbers ready. You may contact Fidelity:

**ON THE WEB**

Log on to advisor.fidelity.com for virtually 24 hour online access to:

- Account Balances
- Statements and Trade Confirmations
- Daily Fund Prices
- Beneficiary Information
- Fund Performance
- Address Change Maintenance

**BY MAIL (Regular)**

Fidelity Investments Institutional Operations Company, Inc. (FIIOC)
P.O. Box 770002
Cincinnati, OH 45277-0083

**BY PHONE**

Automated Phone Services

For 24 hour access to fund and account information: 800-842-4585

Shareholder: 877-208-0098

Choose Option 1 for virtually 24 hour automated phone service, or choose Option 2 to speak to a representative between 8:30 AM - 7:00 PM ET

Broker/Dealers, Financial Planners and Insurance: 800-522-7297

Speak to a representative between 8:30 AM - 7:00 PM ET

## How to Register for advisor.fidelity.com

Shareholder: To register yourself on our Web site, go to advisor.fidelity.com and click the "Register" link in the Individual Investor box. Please have the fund and account number on the front of your statement and your social security number (SSN). You must create a User ID and Password which is 6-12 digits. Note: 9 digits length cannot be used. (By selecting a numeric User ID, you may also access the automated phone system.)

## Definitions of Key Terms

**Additions/Contributions** - money added to your portfolio during the statement period such as a purchase or retirement contribution.

**CBE (Cost Basis Election)** - the cost basis depletion method applied to the associated transaction

**Change in Investment Value** - the appreciation or depreciation of your holdings due to price changes, plus any distributions and income earned this statement period, less any sales charges or fees you may have paid.

**Confirm Date** - date transaction is executed.

**Dividend** - the distribution of earnings to mutual fund shareholders representing the passthrough of dividends from its underlying investments, usually paid on a quarterly basis.

**Dividend and Capital Gain Summary** - a summary of income by tax status for the statement period. Fidelity Investments Institutional Operations Company, Inc. (FIIOC) reports dividends and capital gains from taxable securities held in non-retirement accounts and capital gains in tax-free securities, as taxable income. FIIOC reports income earned on municipal bond funds as tax exempt income. A portion of this income may be subject to state and local taxes and the federal alternative minimum tax. FIIOC reports earnings from investments in Traditional, Rollover, SEP and SIMPLE IRAs as tax-deferred income. Earnings from Roth IRAs are reported as tax-free income, since distributions may be tax-free after meeting the five-year aging requirement and certain other conditions.

**Front-End Sales Charge** - a sales charge assessed at the time mutual fund shares are purchased. Also known as a "load", a sales charge is added to the Net Asset Value (NAV) to determine the Public Offering Price (POP). The amount of sales charge may vary slightly from the rate disclosed in the fund's prospectus due to rounding that occurs in the calculations. For some exchange credits, you may see more than one line item listed, as when shares that display 0.00% in the Front-End Sales Charge column have already been assessed a sales charge in a previous transaction.

**Long-Term Capital Gain** - earnings generated by the purchase and profitable sale of a security held for more than one year.

**Market Value** - net asset value of the fund(s) in your portfolio as of the statement end date.

**Mutual Fund Account Summary** - a summary of the value of your account(s), for the current statement period.

**Mutual Fund Activity** - a summary of activity in each of your account(s) for the statement period.

**N/A (not applicable)** - Certain share classes are not subject to a front-end sales charge.

**Net Asset Value (NAV)** - the value of a mutual fund share calculated by taking the total assets of a mutual fund, subtracting the total liabilities, and dividing by the total number of shares outstanding.

**Portfolio Allocation by Asset Class** - breakdown of mutual fund portfolio into categories of assets such as growth, growth and income, taxable bond, municipal bond, money market, sector etc.

**Portfolio Summary** - a summary of activity in your portfolio for the time period noted on your statement.

**Public Offering Price (POP)** - is a fund's NAV, divided by the difference between 1 (one) and the applicable front end sales charge percentage.

**Short-Term Capital Gain** - earnings generated by the purchase and profitable sale of a security held for less than one year.

**Trade Date** - the date and price assigned to a particular transaction.

**Withdrawals/Distributions** - money taken out of your portfolio during the statement period such as a redemption or a retirement distribution. Retirement distributions are generally taxable and reportable events.

## In Case of Errors or Questions About your Covered Electronic Funds Transfers;

When you use electronic fund transfers for transfers other than those for which the primary purpose is the purchase or sale of securities ("Covered Transfer") your transfers may be covered under the Electronic Funds Transfer Act, Regulation E and related laws and regulations and you may be entitled to the following disclosures:

A. Contact us as soon as you can, if you think your statement or receipt is wrong or if you need more information about a "Covered Transfer" on your statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared. In order to preserve your rights, your request must be in writing. In your letter, please give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error or why you need more information.

B. We will investigate your complaint and correct any error promptly. If we take more than 10 business days (10 calendar days if you are a resident of Massachusetts) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes to complete our investigation.

## Information about your Statement

**Terms and Conditions of the Statement** - FIIOC does not endorse or recommend any particular investment, trading activity or financial advisor. FIIOC has no responsibility and will not undertake to review, monitor or supervise the suitability of trading by you or your financial advisor. FIIOC has not verified the content of any logo or artwork on this statement which identifies a firm other than Fidelity. The firm represented by such logo or artwork is not an agent of or affiliated with Fidelity.

**Price Information** - Fidelity calculates prices for Fidelity products.

Fidelity Investments Institutional Services Company, Inc. (FIIS) registered broker-dealer responsible for sales and marketing of all Institutional products and services.

Fidelity Distributors Corporation (FDC)- registered broker-dealer and General Distribution Agent for all Fidelity funds.

Fidelity Investments Institutional Operations Company, Inc. (FIIOC) registered transfer agent responsible for processing, recordkeeping and shareholder servicing for all institutional and certain retail mutual funds.

Information about Mutual Funds and their Performance- a fund's share price, yield, and return will fluctuate and may result in a gain or loss when you redeem shares. Mutual fund shares and Insurance products are neither deposits or obligations of, nor endorsed

or guaranteed by, any bank or other depositing institution, nor are they federally insured by the Federal Deposit Insurance Corporation (FDIC) or any other agency. An investment in a money market fund is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. Although a money market fund seeks to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in the fund. Call FIIOC for a fund's current performance. Past performance is no guarantee of future results. For more complete information on any fund or insurance product offered through FIIS, including fees, expenses, and charges, please call for a free prospectus. Read it carefully before you invest or send money. Each fund reserves the right to terminate or modify its exchange privilege in the future.

Systematic Investment Plans - do not assure a profit and do not protect against loss in a declining market. The strategy assumes you continue the plan in all market conditions.

**Front-End Sales Charge Reductions**

You may have been entitled to a reduced front-end sales charge on Class A & T as a result of one or more of the programs listed below. Please refer to the prospectus for detailed information on each program or visit our website advisor.fidelity.com. You and/or your advisor must inform Fidelity if you are eligible for these privileges prior to the purchase:

- Eligible Accounts
- Combined Purchases
- Rights of Accumulation
- Letter of Intent
- Reinstatement Privilege

402808.4.0

M # 123113 1300 088124844

**Statement Period : 01/01/14 to 12/31/14**



Your IRA Fair Market Value (FMV) is reported on this Fidelity Advisor Funds Customer Statement for the period 1/1/14-12/31/14. The 12/31/14 FMV will also be reported to the IRS. You will not receive an IRS Form 5498 in January. If you make or have made a contribution to your IRA, including a recharacterization or Roth IRA conversion contribution for tax year 2014, or a rollover contribution, you will receive IRS Form 5498 in May.

# STATEMENT

Env # 8 088083215 D
FMTC CUSTODIAN IRA
ROLLOVER PROVISION
FBO JENNIFER A JOHNSON
4649 SPINNING WHEEL DR
BRIGHTON, CO 80601-4587

PAYCHEX SECURITIES CORP
1175 JOHN ST
W HENRIETTA, NY 14586-9102
Rep. Name: ROLLOVER                 Dealer #: 44444
Rep. #: 22222                        Branch #: 222

## Account Number          5488

### PORTFOLIO ALLOCATION BY ASSET CLASS

☐ 0.0%

### PORTFOLIO SUMMARY

| | | |
|---|---|---|
| Portfolio Value as of 12/31/13 | $ | 76,716.76 |
| Additions | $ | 0.00 |
| Withdrawals | $ | 0.00 |
| Transfers | $ | (76,587.79) |
| Change in Investment Value | $ | (128.97) |
| **Ending Value as of 12/31/14** | $ | 0.00 |

Change in investment value represents any appreciation or depreciation of your portfolio as well as any sales load paid.

### MUTUAL FUND ACCOUNT SUMMARY

| | | Market Value | | Shares Held | NAV | % of |
|---|---|---|---|---|---|---|
| Fund Name | Fund - Account # | 12/31/13 | 12/31/14 | 12/31/14 | 12/31/14 | Total |
| PRIME FUND - DAILY MONEY CLASS | 5488 | 10,500.45 | 0.00 | 0.000 | 1.00 | 0.00 |
| FIDELITY ADV ASSET MANAGER 50%-CL C | 5488 | 66,216.31 | 0.00 | 0.000 | 16.91 | 0.00 |
| **TOTAL** | | **$76,716.76** | **$0.00** | | | **0.00** |

FMTC CUSTODIAN IRA
ROLLOVER PROVISION
FBO JENNIFER A JOHNSON

MUTUAL FUND ACTIVITY
(entered with account's Mutual Funds)

IRAF FMV AS OF 12/31/13
0.00

Web Address: advisor.fidelity.com
Fidelity Distributors Corporation (General Distribution Agent)
Regular Mail: Fidelity Investments Institutional Operations Company, Inc., PO Box 770002, Cincinnati, OH 45277-0083
Overnight Delivery: Fidelity Investments Institutional Operations Company, Inc., 100 Crosby Parkway Mail Zone KC1G, Covington, KY 41015-4325
PAGE 1 of 2                                         M# 20141231 1300 088083215 0001

Statement Period : 01/01/14 to 12/31/14



# STATEMENT

FMTC CUSTODIAN IRA
ROLLOVER PROVISION
FBO JENNIFER A JOHNSON

Rep. Name: ROLLOVER
Rep. #: 22222

Dealer #: 44444
Branch #: 222

| PRIME FUND - DAILY MONEY CLASS | | | Fund # 0083 | Account # ████5488 | | CUSIP # 233809102 | |
|---|---|---|---|---|---|---|---|
| Transaction Description | Front-End Sales Charge | Confirm Date | Trade Date | Dollar Amount | Share Price | Share Amount | Share Balance |
| Beginning Balance | | | | | | | 10,500.450 |
| Transfer Debit To | | 01/13/14 | 01/13/14 | $ (10,485.45) | $ 1.00 | (10,485.450) | 15.000 |
| Acct:   008301473724589 | | | | | | | |
| Pay Retire Fee | | 01/13/14 | 01/13/14 | (15.00) | 1.00 | (15.000) | 0.000 |
| Ending Balance | | | | | | | 0.000 |

| FIDELITY ADV ASSET MANAGER 50%-CL C | | | Fund # 1768 | Account # ████5488 | | CUSIP # 316069822 | |
|---|---|---|---|---|---|---|---|
| Transaction Description | Front-End Sales Charge | Confirm Date | Trade Date | Dollar Amount | Share Price | Share Amount | Share Balance |
| Beginning Balance | | | | | | | 3,798.985 |
| Transfer Debit To | | 01/13/14 | 01/13/14 | $ (66,102.34) | $ 17.40 | (3,798.985) | 0.000 |
| Acct:   ████4589 | | | | | | | |
| Ending Balance | | | | | | | 0.000 |

Note: If you send in a check to make an IRA or Roth IRA contribution before the IRS deadline you should indicate on the memo line of the check whether the money should be applied as a prior or current year contribution.  All contributions not noted as prior year will be coded as a current year contribution.

If you had any tax reportable activity in 2014, you can expect Forms 1099-B and 1099-DIV to be mailed out prior to their regulatory deadline of February 17, 2015. Forms 1099-R and 1099-Q will be mailed out prior to their regulatory deadline of February 2, 2015.

Web Address: advisor.fidelity.com
Fidelity Distributors Corporation (General Distribution Agent)
Regular Mail: Fidelity Investments Institutional Operations Company, Inc., PO Box 770002, Cincinnati, OH 45277-0083
Overnight Delivery: Fidelity Investments Institutional Operations Company, Inc., 100 Crosby Parkway Mail Zone KC1G, Covington, KY 41015-4325
PAGE 2 of 2
M# 20141231 1300 088083215 0001

56

## How to Contact Fidelity

If you have a question about your account or require service, please contact your Financial Advisor. When contacting Fidelity, please have your fund, account, and Social Security numbers ready. You may contact Fidelity:

### ON THE WEB

Log on to advisor.fidelity.com for virtually 24 hour online access to:

- Account Balances
- Statements and Trade Confirmations
- Daily Fund Prices
- Beneficiary Information
- Fund Performance
- Address Change Maintenance

### BY MAIL (Regular)

Fidelity Investments Institutional Operations Company, Inc. (FIIOC)
P.O. Box 770002
Cincinnati, OH 45277-0083

### BY PHONE

Automated Phone Services

For 24 hour access to fund and account information:    800-843-4685

Shareholder:    877-208-0098

Choose Option 1 for virtually 24 hour automated phone service, or choose Option 2 to speak to a representative between 8:30 AM - 7:00 PM ET

Broker/Dealers, Financial Planners and Insurance:    800-522-7297

Speak to a representative between 8:30 AM - 7:00 PM ET

## How to Register for advisor.fidelity.com

Shareholder: To register yourself on our Web site, go to advisor.fidelity.com and click the "Register" link in the Individual Investor box. Please have the fund and account number on the front of your statement and your social security number (SSN). You must create a User ID and Password which is 6-12 digits. Note: 9 digits length cannot be used. (By selecting a numeric User ID, you may also access the automated phone system.)

## Definitions of Key Terms

Additions/Contributions - money added to your portfolio during the statement period such as a purchase or retirement contribution.

CBE (Cost Basis Election) - the cost basis depletion method applied to the associated transaction.

Change in Investment Value - the appreciation or depreciation of your holdings due to price changes, plus any distributions and income earned the statement period, less any sales charges or fees you may have paid.

Confirm Date - transaction is executed.

Dividend - the distribution of earnings to mutual fund shareholders representing the passthrough of dividends from its underlying investments, usually paid on a quarterly basis.

Dividend and Capital Gain Summary - a summary of income by tax status for the statement period. Fidelity Investments Institutional Operations Company, Inc. (FIIOC) reports dividends and capital gains from taxable securities held in non-retirement accounts and capital gains in tax-free securities, as taxable income. FIIOC reports income earned on municipal bond funds as tax exempt income. A portion of this income may be subject to state and local taxes and the federal alternative minimum tax. FIIOC reports earnings from investments in Traditional, Rollover, SEP and SIMPLE IRA's as tax-deferred income. Earnings from Roth IRAs are reported as tax-free income, since distributions may be tax-free after meeting the five-year aging requirement and certain other conditions.

Front-End Sales Charge - a sales charge assessed at the time mutual fund shares are purchased. Also known as a "load", a sales charge is added to the Net Asset Value (NAV) to determine the Public Offering Price (POP). The amount of sales charge may vary slightly from the rate disclosed in the fund's prospectus due to rounding that occurs in the calculations. For some exchange credits, you may see more than one line item listed, as when shares that display 0.00% in the Front-End Sales Charge column have already been assessed a sales charge in a previous transaction.

Long-Term Capital Gain - earnings generated by the purchase and profitable sale of a security held for more than one year.

Market Value - net asset value of the fund(s) in your portfolio as of the statement end date.

Mutual Fund Account Summary - a summary of the value of your account(s), for the current statement period.

Mutual Fund Activity - a summary of activity in each of your account(s) for the statement period.

N/A (not applicable) - Certain share classes are not subject to a front-end sales charge.

Net Asset Value (NAV)- the value of a mutual fund share calculated by taking the total assets of a mutual fund, subtracting the total liabilities, and dividing by the total number of shares outstanding.

Portfolio Allocation by Asset Class - breakdown of mutual fund portfolio into categories of assets such as growth, growth and income, taxable bond, municipal bond, money market, sector etc.

Portfolio Summary - a summary of activity in your portfolio for the time period noted on your statement.

Public Offering Price (POP) - is a fund's NAV, divided by the difference between 1 (one) and the applicable front end sales charge percentage.

Short-Term Capital Gain - earnings generated by the purchase and profitable sale of a security held for less than one year.

Trade Date - the date and price assigned to a particular transaction.

Withdrawals/Distributions - money taken out of your portfolio during the statement period such as a redemption or a retirement distribution. Retirement distributions are generally taxable and reportable events.

## In Case of Errors or Questions About your Covered Electronic Funds Transfers:

When you use electronic fund transfers for transfers other than those for which the primary purpose is the purchase or sale of securities ("Covered Transfer") your transfers may be covered under the Electronic Funds Transfer Act. Regulation E and related laws and regulations and you may be entitled to the following disclosures:

A. Contact us as soon as you can, if you think your statement or receipt is wrong or if you need more information about a "Covered Transfer" on your statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared. In order to preserve your rights, your request must be in writing. In your letter, please give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error or why you need more information.

B. We will investigate your complaint and correct any error promptly. If we take more than 10 business days (10 calendar days if you are a resident of Massachusetts) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes to complete our investigation.

## Information about your Statement

Terms and Conditions of the Statement - FIIOC does not endorse or recommend any particular investment, trading activity or financial advisor. FIIOC has no responsibility and will not undertake to review, monitor or supervise the suitability of trading by you or your financial advisor. FIIOC has not verified the content of any logo or artwork on this statement which identifies a firm other than Fidelity. The firm represented by such logo or artwork is not an agent of or affiliated with Fidelity.

Price Information - Fidelity calculates prices for Fidelity products.

Fidelity Investments Institutional Services Company, Inc. (FIISC) - registered broker-dealer responsible for sales and marketing of all institutional products and services.

Fidelity Distributors Corporation (FDC) - registered broker-dealer and General Distribution Agent for all Fidelity funds.

Fidelity Investments Institutional Operations Company, Inc. (FIIOC) -registered transfer agent responsible for processing, recordkeeping and shareholder servicing for all institutional and certain retail mutual funds.

Information about Mutual Funds and their Performance - a fund's share price, yield, and return will fluctuate and may result in a gain or loss when you redeem shares. Mutual fund shares and insurance products are neither deposits or obligations of, nor endorsed

or guaranteed by, any bank or other depositing institution, nor are they federally insured by the Federal Deposit Insurance Corporation (FDIC) or any other agency. An investment in a money market fund is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. Although a money market fund seeks to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in the fund. Call FIIOC for a fund's current performance. Past performance is no guarantee of future results. For more complete information on any fund or insurance product offered through FIISC, including fees, expenses, and charges, please call for a free prospectus. Read it carefully before you invest or send money. Each fund reserves the right to terminate or modify its exchange privilege in the future.

Systematic Investment Plans - do not assure a profit and do not protect against loss in a declining market. The strategy assumes you continue the plan in all market conditions.

Front-End Sales Charge Reductions

You may have been entitled to a reduced front-end sales charge on Class A & T as a result of one or more of the programs listed below. Please refer to the prospectus for detailed information on each program or visit our website advisor.fidelity.com. You and/or your advisor must inform Fidelity if you are eligible for these privileges prior to the purchase:

- Eligible Accounts
- Combined Purchases
- Rights of Accumulation
- Letter of Intent
- Reinstatement Privilege

402808.5.0

This page intentionally left blank

# EXHIBIT 1-J
# to Declaration of Jennifer Johnson

## CASE NO. 2:17-cv-02000-APG-GWF

## Copy of Shareholder Services Group IRA account statement

**SHAREHOLDERS SERVICE GROUP**
9845 Erma Road, Suite 312
San Diego, CA 92131
1-800-380-7370
Member FINRA/SIPC/Reg'd MSRB

### Rollover
### Individual Retirement
### Account Statement

Account Number: ███████953
Statement Period: 09/24/2015 - 10/31/2015

IRA FBO JENNIFER A JOHNSON
PERSHING LLC AS CUSTODIAN
ROLLOVER ACCOUNT
4649 SPINNING WHEEL DR
BRIGHTON CO 80601 - 4587

## Portfolio at a Glance

| | This Period | Year-to-Date |
|---|---|---|
| Beginning Account Value | $0.00 | $0.00 |
| Deposits (Cash & Securities) | 86,083.05 | 86,083.05 |
| Withdrawals (Cash & Securities) | -11,977.96 | -11,977.96 |
| Dividends, Interest and Other Income | 28.89 | 28.89 |
| Net Change in Portfolio | 2,802.81 | 2,802.81 |
| Ending Account Value | $76,936.79 | $76,936.79 |
| Estimated Annual Income | $920.76 | |

Your Financial Adviser is:
YELLOWSTONE FINANCIAL, INC.
(303) 449-5552

## Asset Allocation

| | Last Period | This Period | % Allocation |
|---|---|---|---|
| Cash, Money Funds, and Bank Deposits[1] | 0.00 | 11,809.10 | 15% |
| Mutual Funds | 0.00 | 65,127.69 | 85% |
| Account Total (Pie Chart) | $0.00 | $76,936.79 | 100% |

Please review your allocation periodically with your Financial Advisor.

[1] The Bank Deposits in your account are FDIC insured bank deposits.
FDIC insured bank deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). These bank deposits are covered by the Federal Deposit Insurance Corporation (FDIC), up to allowable limits.



PAR 02 ROLL          B0095305CEP30035          **Go paperless** ASK ABOUT E-DELIVERY

Rated Excellent Every Year Since 2007 DALBAR RATED COMMUNICATIONS EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon) Pershing LLC, member FINRA, NYSE, SIPC

## For Your Information

Please note that the *Valuation at a Glance* section on page one of your account statement will be updated and renamed *Portfolio at a Glance* beginning with the October 2015 statement. This change does not apply to accounts which display only opening and closing balances on page one.

## Client Service Information

| Your Financial Adviser Is: 420 | Contact Information |
|---|---|
| YELLOWSTONE FINANCIAL, INC.<br>DAVID GARDNER<br>3800 ARAPAHOE AVE SUITE 210<br>BOULDER      CO 80303-1070 | Telephone Number: (303) 449-5552<br>Fax Number: (866) 472-4609 |

## Your Account Information

### Retirement Information

**Year-End Fair Market Value** (12/31/2014): $0.00.

The year end fair market value is furnished to the Internal Revenue Service for Individual Retirement Accounts. Your fair market value may change based on transaction or asset valuation adjustments made after 12/31/2014.

### Tax Lot Default Disposition Method

Default Method for Mutual Funds: HIGH COST LONG TERM
Default Method for Stocks in a Dividend Reinvestment Plan: HIGH COST LONG TERM
Default Method for all Other Securities: HIGH COST LONG TERM
Bond Amortization Elections:
Amortize premium on taxable bonds based on Constant Yield Method: Yes
Accrual market discount method for all other bond types: Constant Yield Method
Include market discount in income annually: No

### Electronic Delivery

You are currently enrolled to receive the following account communications via electronic delivery:
Statements and Reports
Trade Confirmations
Notifications
Prospectus*
Please log in to your account to make any changes to your electronic delivery preferences.

E-mail notifications are delivered to the following e-mail address(es):
\#\#\#\#\#\#\#\#\#\#\#\#@yahoo.com
*\#\#\#\#\#\#\#\#\#\#\#@yahoo.com is on file for these documents
The above e-mail address is partially masked for your security. Please log into your account to review the full e-mail address.

B00953095CSP34035        PAR 07-ROLL        Account Number ▓953        Go paperless        Rated Excellent        Clearing through Pershing LLC, a wholly owned subsidiary
IRA FBO JENNIFER A JOHNSON        ASK ABOUT E-DELIVERY        Every Year Since 2007        of The Bank of New York Mellon Corporation (BNY Mellon)
DALBAR RATED COMMUNICATIONS        Pershing LLC, member FINRA, NYSE, SIPC
EXCELLENCE

61



| SHAREHOLDERS SERVICE GROUP | 9845 Erma Road, Suite 312<br>San Diego, CA 92131<br>1-800-380-7370<br>Member FINRA/SIPC Reg'd MSRB |

**Rollover**
**Individual Retirement**
**Account Statement**

Statement Period: 09/24/2015 - 10/31/2015

## Portfolio Holdings

| Description | Quantity | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-Day Yield |
|---|---|---|---|---|---|---|
| **Cash, Money Funds, and Bank Deposits   15.00% of Portfolio** | | | | | | |
| FDIC Insured Bank Deposits | | | | | | |
| INTERLINK INS BANK DEPOSIT C | 11,809.100 | 0.00 | 11,809.10 | 0.37 | 0.06 | N/A |
| Total FDIC Insured Bank Deposits | | $0.00 | $11,809.10 | $0.37 | $0.06 | |
| **Total Cash, Money Funds, and Bank Deposits** | | **$0.00** | **$11,809.10** | **$0.37** | **$0.06** | |

| Description | Quantity | Market Price | Market Value | | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Mutual Funds   85.00% of Portfolio** | | | | | | |
| BUFFALO SMALL-CAP FUND | 244.305 | 30.1700 | 7,370.68 | | | |
|   Security Identifier: BUFSX | | | | | | |
|   CUSIP: 119804102 | | | | | | |
|   Open End Fund | | | | | | |
|   Dividend Option: Reinvest; Capital Gains Option: | | | | | | |
|   Reinvest | | | | | | |
| DELAWARE EMERGING MARKETS FUND | 384.506 | 12.9300 | 4,971.66 | | 40.75 | 0.81% |
| (INSTITUTIONAL CLASS) | | | | | | |
|   Security Identifier: DEMIX | | | | | | |
|   CUSIP: 245914817 | | | | | | |
|   Open End Fund | | | | | | |
|   Dividend Option: Reinvest; Capital Gains Option: | | | | | | |
|   Reinvest | | | | | | |
| FRANKLIN HIGH INCOME FUND ADVISOR | 1,259.061 | 1.8000 | 2,266.31 | | 154.86 | 6.83% |
| CLASS | | | | | | |
|   Security Identifier: FYHIX | | | | | | |
|   CUSIP: 353538309 | | | | | | |
|   Open End Fund | | | | | | |
|   Dividend Option: Reinvest; Capital Gains Option: | | | | | | |
|   Reinvest | | | | | | |

Page 3 of 10

B009530SCBF3C035        PAR 07 RGIL      Account Number ████953    Rated Excellent<br>IRA FBO JENNIFER A JOHNSON  ASK ABOUT E-DELIVERY  Every Year Since 2007<br>DALBAR RATED COMMUNICATIONS EXCELLENCE  Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon) Pershing LLC, member FINRA, NYSE, SIPC



## Portfolio Holdings *(continued)*

| Description | Quantity | Market Price | Market Value | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|
| **Mutual Funds** *(continued)* | | | | | |
| JOHN HANCOCK DISCIPLINED VALUE FUND CLASS I<br>Security Identifier: JVLIX<br>CUSIP: 47803U640<br>Open End Fund<br>Dividend Option: Reinvest; Capital Gains Option: Reinvest | 461.520 | 18.5600 | 8,565.81 | 67.85 | 0.79% |
| JOHN HANCOCK DISCIPLINED VALUE MID CAP FUND CLASS I<br>Security Identifier: JVMIX<br>CUSIP: 47803W406<br>Open End Fund<br>Dividend Option: Reinvest; Capital Gains Option: Reinvest | 192.650 | 20.6700 | 3,982.08 | 20.31 | 0.51% |
| JP MORGAN FEDERAL MONEY MARKET FUND INSTITUTIONAL SHARES<br>Security Identifier: JFMXX<br>CUSIP: 4812A2785<br>Open End Fund<br>Dividend Option: Reinvest; Capital Gains Option: Reinvest | 1,244.650 | 1.0000 | 1,244.65 | 0.12 | |
| JP MORGAN SHORT DURATION BOND FUND SELECT CLASS<br>Security Identifier: HLLVX<br>CUSIP: 4812C1130<br>Open End Fund<br>Dividend Option: Reinvest; Capital Gains Option: Reinvest | 821.058 | 10.8700 | 8,924.90 | 83.74 | 0.93% |
| MAINSTAY ICAP SELECT EQUITY FUND CLASS I<br>Security Identifier: ICSLX<br>CUSIP: 56063J575<br>Open End Fund<br>Dividend Option: Reinvest; Capital Gains Option: Reinvest | 188.906 | 45.2200 | 8,542.33 | 239.68 | 2.80% |
| TEMPLETON GLOBAL BOND FUND ADVISOR CLASS<br>Security Identifier: TGBAX<br>CUSIP: 880208400<br>Open End Fund<br>Dividend Option: Reinvest; Capital Gains Option: Reinvest | 267.847 | 11.7200 | 3,139.17 | 104.67 | 3.33% |

**Page 4 of 10**

B00953052SPJ1003S          PAR 07 ROLL          Account Number [REDACTED]5953
IRA FBO JENNIFER A JOHNSON

Go paperless
ASK ABOUT E-DELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

**SHAREHOLDERS SERVICE GROUP**

9845 Erma Road, Suite 312
San Diego, CA 92131
1-800-380-7370
Member FINRA/SIPC/MSRB

## Rollover
## Individual Retirement
### Account Statement

Statement Period: 09/24/2015 - 10/31/2015

## Portfolio Holdings *(continued)*

| Description | Quantity | Market Price | Market Value | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|
| **Mutual Funds** *(continued)* | | | | | |
| THORNBURG INTERNATIONAL VALUE FUND CLASS I | 544.598 | 29.6000 | 16,120.10 | 208.72 | 1.29% |
| Security Identifier: TGVIX | | | | | |
| CUSIP: 885215566 | | | | | |
| Open End Fund | | | | | |
| Dividend Option: Reinvest; Capital Gains Option: Reinvest | | | | | |
| **Total Mutual Funds** | | | **$65,127.69** | **$920.70** | |

| | Market Value | Accrued Interest | Estimated Annual Income |
|---|---|---|---|
| **Total Portfolio Holdings** | **$76,938.79** | **$0.00** | **$920.76** |

## Portfolio Holdings Disclosures

**Pricing**
This section includes the net market value of the securities in your account on a settlement date basis, including short positions, at the close of the statement period. The market prices, unless otherwise noted, have been obtained from independent vendor services, which we believe to be reliable. Market prices do not constitute a bid or an offer, and may differ from the actual sale price. Securities for which a price is not available are marked "N/A" and are omitted from the Total.
THE AS OF PRICE DATE ONLY APPEARS WHEN THE PRICE DATE DOES NOT EQUAL THE STATEMENT DATE.

**Estimated Annual Figures**
The estimated annual income (EAI) and estimated annual yield (EAY) figures are estimates and for informational purposes only. These figures are not considered to be a forecast or guarantee of future results. These figures are computed using information from providers believed to be reliable; however, no assurance can be made as to the accuracy. Since interest and dividend rates are subject to change at any time, and may be affected by current and future economic, political, and business conditions, they should not be relied on for making investment, trading, or tax decisions. These figures assume that the position quantities, interest and dividend rates, and prices remain constant. A capital gain or return of principal may be included in the figures for certain securities, thereby overstating them. Refer to www.pershing.com/business_continuity.html for specific details as to formulas used to calculate the figures. Accrued interest represents interest earned but not yet received.

**Reinvestment**
The dollar amount of Mutual Fund distributions, Money Market Fund dividend income, Bank Deposit interest income, or dividends for other securities shown on your statement may have been reinvested. You will not receive confirmation of these reinvestments. Upon written request to your financial institution, information pertaining to these transactions, including the time of execution and the name of the person from whom your security was purchased, may be obtained. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow.

**Option Disclosure**
Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning

Page 5 of 10

Account Number █████953
IRA FBO JENNIFER A JOHNSON

 Go paperless
ASK ABOUT E-DELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon). Pershing LLC, member FINRA, NYSE, SIPC

## Portfolio Holdings Disclosures *(continued)*

**Option Disclosure** *(continued)*

your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation.  Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

**Foreign Currency Transactions**

Pershing may execute foreign currency transactions as principal for your account. Pershing may automatically convert foreign currency to or from U.S. dollars for dividends and similar corporate action transactions unless you instruct your financial organization otherwise. Pershing's currency conversion rate will not exceed the highest interbank conversion rate identified from customary banking sources on the conversion date or the prior business day, increased by up to 1%, unless a particular rate is required by applicable law.  Your financial organization may also increase the currency conversion rate.  This conversion rate may differ from rates in effect on the date you executed a transaction, incurred a charge, or received a credit.  Transactions converted by agents (such as depositories) will be billed at the rates such agents use

**Proxy Vote**

Securities not fully paid for in your margin account may be lent by Pershing to itself or others in accordance with the terms outlined in the Margin Agreement. The right to vote your shares held on margin may be reduced by the amount of shares on loan. The Proxy Voting Instruction Form sent to you may reflect a smaller number of shares entitled to vote than the number of shares in your margin account.

## Income and Expense Summary

| | Current Period Tax Deferred | Year-to-Date Tax Deferred |
|---|---|---|
| **Dividend Income** | | |
| Other Dividends | 28.83 | 28.83 |
| **Interest Income** | | |
| FDIC Insured Bank Deposits | 0.06 | 0.06 |
| **Total Dividends, Interest, Income and Expenses** | **$28.89** | **$28.89** |

## Activity Summary *(All amounts shown are in base currency)*

| | Credits This Period | Debits This Period | Net This Period | Credits Year-to-Date | Debits Year-to-Date | Net Year-to-Date |
|---|---|---|---|---|---|---|
| **Securities** | | | | | | |
| Securities Bought | 0.00 | -28.83 | -28.83 | 0.00 | -28.83 | -28.83 |
| Securities Withdrawn | 0.00 | -11,870.61 | -11,870.61 | 0.00 | -11,870.61 | -11,870.61 |
| Securities Deposited | 74,166.66 | 0.00 | 74,166.66 | 74,166.66 | 0.00 | 74,166.66 |
| **Total Securities** | **$74,166.66** | **-$11,899.44** | **$62,267.22** | **$74,166.66** | **-$11,899.44** | **$62,267.22** |
| **Dividends and Interest** | **$28.89** | **$0.00** | **$28.89** | **$28.89** | **$0.00** | **$28.89** |
| **Cash** | | | | | | |
| Withdrawals | 0.00 | -107.35 | -107.35 | 0.00 | -107.35 | -107.35 |
| Deposits | 11,916.39 | 0.00 | 11,916.39 | 11,916.39 | 0.00 | 11,916.39 |
| **Total Cash** | **$11,916.39** | **-$107.35** | **$11,809.04** | **$11,916.39** | **-$107.35** | **$11,809.04** |
| **FDIC Insured Bank Deposits** | **$0.00** | **-$11,809.10** | **-$11,809.10** | **$0.00** | **-$11,809.10** | **-$11,809.10** |
| **Totals** | **$86,111.94** | **-$23,815.89** | **$62,296.05** | **$86,111.94** | **-$23,815.89** | **$62,296.05** |

B0095305C5F31035        PAR D7 RCHL        Account Number ████953
IRA FBO JENNIFER A JOHNSON



Go paperless
ASK ABOUT E-DELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE



SHAREHOLDERS
SERVICE
GROUP

9845 Erma Road, Suite 312
San Diego, CA 92131
1-800-380-7370
Member FINRA/MSRB/SIPC MSRB

**Rollover**
**Individual Retirement**
**Account Statement**

Statement Period: 09/24/2015 - 10/31/2015

## Transactions in Date Sequence

| Process/ Settlement Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount | Currency |
|---|---|---|---|---|---|---|---|
| 10/02/15 | YOUR ASSET TRANSFERRED USD999997 | ACAT BALANCE 0057 EDWARD D. JONES & CO. A/C ▨▨542 | | | | -107.35 | USD |
| 10/02/15 | YOUR ASSET TRANSFERRED BUFSX | BUFFALO SMALL-CAP 4 - FRAC.3050 0057 EDWARD D. JONES & CO. A/C▨▨542 | 244.305 | | | 7,197.22 | USD |
| 10/02/15 | YOUR ASSET TRANSFERRED DEMIX | DELAWARE EMERGING 4 - FRAC.5060 0057 EDWARD D. JONES & CO. A/C▨▨542 | 384.506 | | | 4,502.56 | USD |
| 10/02/15 | CASH DIVIDEND RECEIVED FVHIX | FRANKLIN HIGH INCOME FUND ADVISOR CLASS 1251.7220 SHRS RD 09/30 PD 10/05/15 | | | | 12.77 | USD |
| 10/02/15 | REINVEST CASH INCOME FVHIX | FRANKLIN HIGH INCOME FUND ADVISOR CLASS 1251.7220 SHRS SHRS PURCH. AT $1.74000 RD 09/30 PD 10/05/15 | 7.339 | | | -12.77 | USD |
| 10/02/15 | YOUR ASSET TRANSFERRED FVHIX | FRANKLIN HIGH 4 - FRAC.7220 0057 EDWARD D. JONES & CO. A/C▨▨542 | 1,251.722 | | | 2,165.47 | USD |
| 10/02/15 | YOUR ASSET TRANSFERRED TRLGX | T ROWE PRICE 5 - FRAC.6060 0057 EDWARD D. JONES & CO. A/C▨▨542 | 410.606 | | | 11,718.69 | USD |
| 10/02/15 | YOUR ASSET TRANSFERRED JVLIX | JOHN HANCOCK 4 - FRAC.5200 0057 EDWARD D. JONES & CO. A/C▨▨542 | 461.520 | | | 8,076.60 | USD |
| 10/02/15 | YOUR ASSET TRANSFERRED JVMIX | JOHN HANCOCK 4 - FRAC.6500 0057 EDWARD D. JONES & CO. A/C▨▨542 | 192.650 | | | 3,785.57 | USD |
| 10/02/15 | YOUR ASSET TRANSFERRED JFMXX | JP MORGAN FEDERAL 4 - FRAC.6500 0057 EDWARD D. JONES & CO. A/C▨▨542 | 1,244.650 | | | 1,244.65 | USD |
| 10/02/15 | YOUR ASSET TRANSFERRED HLLVX | JP MORGAN SHORT 4 - FRAC.7020 0057 EDWARD D. JONES & CO. A/C▨▨542 | 819.702 | | | 8,934.75 | USD |
| 10/02/15 | YOUR ASSET TRANSFERRED ICSLX | MAINSTAY ICAP 4 - FRAC.4590 0057 EDWARD D. JONES & CO. A/C▨▨542 | 109.459 | | | 7,945.43 | USD |
| 10/02/15 | YOUR ASSET TRANSFERRED TGBAX | TEMPLETON GLOBAL 4 - FRAC.1040 0057 EDWARD D. JONES & CO. A/C▨▨542 | 267.104 | | | 3,047.65 | USD |
| 10/02/15 | YOUR ASSET TRANSFERRED TGVIX | THORNBURG 4 - FRAC.5980 0057 EDWARD D. JONES & CO. A/C▨▨542 | 544.598 | | | 15,521.84 | USD |
| 10/08/15 | YOUR ASSET TRANSFERRED USD999997 | ACAT BALANCE 0057 EDWARD D. JONES & CO. A/C ▨▨542 | | | | 40.00 | USD |

**Page 7 of 10**

Account Number: ▨▨953
IRA FBO JENNIFER A JOHNSON



Go paperless
ASK ABOUT E-DELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary
of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

66

## Transactions in Date Sequence *(continued)*

| Process/<br>Settlement<br>Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount | Currency |
|---|---|---|---|---|---|---|---|
| 10/08/15 | TRANSFER OF ASSET REVERSAL<br>TRLGX | T ROWE PRICE INSTITUTIONAL LARGE CAP GROWTH FUND<br>NON-DELIVERABLE 0057 EDWARD D. JONES & CO. A/C<br>█████8542 | -410.606 | | | -11,870.61 | USD |
| 10/08/15 | YOUR ASSET TRANSFERRED<br>HLLVX | JP MORGAN SHORT 4 - FRAC.6780 0057 EDWARD D.<br>JONES & CO. A/C █████8542 | 0.678 | | | 7.38 | USD |
| 10/08/15 | YOUR ASSET TRANSFERRED<br>ICSLX | MAINSTAY ICAP 4 - FRAC.4470 0057 EDWARD D. JONES &<br>CO. A/C █████8542 | 0.447 | | | 19.55 | USD |
| 10/13/15 | YOUR ASSET TRANSFERRED<br>USD999997 | ACAT BALANCE 0057 EDWARD D. JONES & CO. A/C<br>█████8542 | | | | 11,870.82 | USD |
| 10/13/15 | FDIC INSURED BANK DEPOSIT<br>USD999997 | INTERLINK INS BANK DEPOSIT PROGRAM C | | | | -11,803.27 | USD |
| 10/15/15 | FDIC INSURED BANK<br>DEPOSITS INTEREST<br>REINVESTED<br>448998575 | INTERLINK INS BANK INTEREST REINVESTED | | | | -0.06 | USD |
| 10/15/15 | FDIC INSURED BANK<br>DEPOSITS INTEREST<br>RECEIVED<br>448998575 | INTERLINK INS BANK INTEREST CREDITED | | | | 0.06 | USD |
| 10/16/15 | CASH DIVIDEND RECEIVED<br>TGBAX | TEMPLETON GLOBAL BOND FUND ADVISOR CLASS<br>267.1040  SHRS RD 10/14 PD 10/19/15 | | | | 8.88 | USD |
| 10/16/15 | REINVEST CASH INCOME<br>TGBAX | TEMPLETON GLOBAL BOND FUND ADVISOR CLASS<br>267.1040  SHRS SHRS PURCH. AT $11.68000 RD 10/14 PD<br>10/19/15 | 0.743 | | | -8.68 | USD |
| 10/22/15 | YOUR ASSET TRANSFERRED<br>USD999997 | ACAT BALANCE 0057 EDWARD D. JONES & CO. A/C<br>█████8542 | | | | 5.77 | USD |
| 10/22/15 | FDIC INSURED BANK DEPOSIT<br>USD999997 | INTERLINK INS BANK DEPOSIT PROGRAM C | | | | -5.77 | USD |
| 10/29/15 | CASH DIVIDEND RECEIVED<br>HLLVX | JP MORGAN SHORT DURATION BOND FUND SELECT<br>CLASS 820.3800  SHRS RD 10/27 PD 10/29/15 | | | | 7.38 | USD |
| 10/29/15 | REINVEST CASH INCOME<br>HLLVX | JP MORGAN SHORT DURATION BOND FUND SELECT<br>CLASS 820.3800  SHRS SHRS PURCH. AT $10.88000 RD<br>10/27 PD 10/29/15 | 0.678 | | | -7.38 | USD |
| **Total Value of Transactions** | | | | | $0.00 | $62,296.85 | USD |

The price and quantity displayed may have been rounded.

B00953052BF1C035     PAR 07 ROLL     Account Number █████953          Go paperless     ASK ABOUT E-DELIVERY
IRA FBO JENNIFER A JOHNSON

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

67



SHAREHOLDERS SERVICE GROUP

9845 Erma Road, Suite 312
San Diego, CA 92131
1-800-380-7370
Member FINRA/SIPC/MSRB

**Rollover**
**Individual Retirement**
**Account Statement**

Statement Period: 09/24/2015 - 10/31/2015

## FDIC Insured Bank Deposits

| Date | Activity Type | Description | Amount | Balance |
|---|---|---|---|---|
| **Sweep FDIC Insured Bank Deposits** | | | | |
| INTERLINK INS BANK DEPOSIT C | | | | |
| Account Number: ___5953    Activity Ending: 10/30/15 | | | | |
| 09/24/15 | Opening Balance | | 0.00 | 0.00 |
| 10/13/15 | Deposit | DEPOSIT | 11,803.27 | 11,803.27 |
| 10/15/15 | Deposit | INTEREST CREDITED | 0.06 | 11,803.33 |
| | | APY 0.06% | | |
| | | FIVE STAR | | |
| | | A/O 10/15 $11,803.29 | | |
| | | FIRST CHOICE | | |
| | | A/O 10/15    $0.04 | | |
| 10/22/15 | Deposit | DEPOSIT | 5.77 | 11,809.10 |
| 10/30/15 | Closing Balance | | | $11,809.10 |
| **Total FDIC Insured Bank Deposits** | | | | **$11,809.10** |

The FDIC Insured Bank Deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). The Bank Deposits at each bank are insured by the Federal Deposit Insurance Corporation (FDIC) up to $250,000 for each category of legal ownership including individual retirement accounts and certain other self directed retirement accounts. Please review this in connection with other deposits you may have at each respective bank.

## Messages

FEDERAL DEPOSIT INSURANCE CORPORATION (FDIC)-INSURED BANK DEPOSITS ARE NOT PROTECTED BY SECURITIES INVESTOR PROTECTION CORPORATION (SIPC). YOU MAY VIEW CURRENT MONEY MARKET FUND RATES BY VISITING WWW.PERSHING.COM AND SELECTING THE LINK AT THE BOTTOM OF THE PAGE TITLED "MONEY MARKET MUTUAL FUND & FDIC-INSURED DEPOSITS PROGRAM RATES & BANK LISTS". PLEASE NOTE THAT WE MAY NOT OFFER ALL OF THE MONEY MARKET FUNDS LISTED ON THE PERSHING WEBSITE.

Please note that the *Valuation at a Glance* section on page one of your account statement will be updated and renamed *Portfolio at a Glance* beginning with the October 2015 statement. This change does not apply to accounts which display only opening and closing balances on page one.

Although a money market mutual fund seeks to preserve the value of your investment at $1 per share, it is possible to lose money by investing in a money market mutual fund. Shares of a money market mutual fund or the balance of a bank deposit product held in your brokerage account may be liquidated upon request with the proceeds credited to your brokerage account. Please see the money market mutual fund's prospectus or the bank deposit product's disclosure document or contact your advisor for additional information.

Important Information Regarding Euro Deposit Interest Rates

On September 4, 2014, the European Central Bank (ECB) announced a reduction in its overnight deposit rate to -0.20% from the previous rate of -0.10%. This action will increase the negative rate of return on euro deposits held at the ECB and other credit institutions.

Page 9 of 10

68



[redacted]

## Messages *(continued)*

Effective January 1, 2015, Pershing will begin charging for client and firm euro deposit balances. The charge will be reported as "Free Credit Balance Interest Charge" on NetX360® and client account statements, and will be reported on your Forms 1099 and/or 1042-S for tax year 2015.

## Important Information and Disclosures

**The Role of Pershing**

- Pershing carries your account as clearing broker pursuant to a clearing agreement with your financial institution. Pershing may accept from your financial institution without inquiry or investigation (i) orders for the purchase and sale of securities and other property and (ii) any other instructions concerning your account. Pershing is not responsible or liable for any acts or omissions of your financial institution or its employees and it does not supervise them. Pershing provides no investment advice nor does it assess the suitability of any transaction or order. Pershing acts as the agent of your financial institution and you agree that you will not hold Pershing or any person controlling or under common control with it liabe for any investment losses incurred by you.
- Pershing performs several key functions at the direction of your financial institution. It acts as custodian for funds and securities you may deposit with it directly or through your financial institution or that it receives as the result of securities transactions it processes.
- Your financial institution is responsible for adherence to the securities laws, regulations and rules which apply to it regarding its own operations and the supervision of your account, its sales representatives and other personnel. Your financial institution is also responsible for approving the opening of accounts and obtaining account documents; the acceptance and, in certain instances, execution of securities orders; the assessment of the suitability of those transactions, where applicable; the rendering of investment advice, if any, to you and in general, for the ongoing relationship that it has with you.
- Inquiries concerning the positions and balances in your account may be directed to the Pershing Customer Service Department at (201) 413-3333. All other inquiries regarding your account or activity should be directed to your financial institution. Your financial organization's contact information can be found on the first page of this statement.
- For a description of other functions performed by Pershing please consult the Disclosure Statement provided to you upon the opening of your account. This notice is not meant as a definitive enumeration of every possible circumstance, but as a general disclosure. If you have any questions regarding this notice or if you would like additional copies of the Disclosure Statement, please contact your financial institution.
- Pershing is a member of the Securities Investor Protection Corporation (SIPC®). Please note that SIPC does not protect against loss due to market fluctuation. In addition to SIPC protection, Pershing provides coverage in excess of SIPC limits. For more detailed information please visit: www.pershing.com/about/strength-and-stability.
- This statement will be deemed conclusive. You are advised to report any inaccuracy or discrepancy (including unauthorized trading) promptly, but no later than ten days after receipt of this statement, to your financial organization and Pershing. Please be advised that any oral communication should be re-confirmed in writing to further protect your rights, including your rights under the Securities Investor Protection Act.
- Your financial organization's contact information can be found on the first page of this statement. Pershing's contact information is as follows: **Pershing LLC, Legal Department, One Pershing Plaza, Jersey City, New Jersey 07399; (201) 413-3330.** Errors and Omissions excepted.

**Important Arbitration Disclosures**

- All parties to this agreement are giving up the right to sue each other in court, including the right to a trial by jury, except as provided by the rules of the arbitration forum in which a claim is filed.
- Arbitration awards are generally final and binding; a party's ability to have a court reverse or modify an arbitration award is very limited.
- The ability of the parties to obtain documents, witness statements and other discovery is generally more limited in arbitration than in court proceedings.
- The arbitrators do not have to explain the reason(s) for their award, unless, in an eligible case, a joint request for an explained decision has been submitted by all parties to the panel at least 20 days prior to the first scheduled hearing date.
- The panel of arbitrators will typically include a minority of arbitrators who were or are affiliated with the securities industry.
- The rules of some arbitration forums may impose time limits for bringing a claim in arbitration. In some cases, a claim that is ineligible for arbitration may be brought in court.
- The rules of the arbitration forum in which the claim is filed, and any amendments thereto, shall be incorporated into this agreement.

**Important Arbitration Agreement**

Any controversy between you and Pershing LLC shall be submitted to arbitration before the Financial Industry Regulatory Authority. No person shall bring a putative or certified class action to arbitration, nor seek to enforce any predispute arbitration agreement against any person who has initiated in court a putative class action, who is a member of a putative class who has not opted out of the class with respect to any claims encompassed by the putative class action until; (I) the class certification is denied; (II) the class is decertified; or (III) the client is excluded from the class by the court. Such forbearance to enforce an agreement to arbitrate shall not constitute a waiver of any rights under this agreement except to the extent stated herein. The laws of the State of New York govern.

Pershing's contact information is as follows: **Pershing LLC, Legal Department, One Pershing Plaza, Jersey City, New Jersey 07399; (201) 413-3330.**

**SHAREHOLDERS SERVICE GROUP**

9845 Erma Road, Suite 312
San Diego, CA 92131
1-800-380-7370
Member FINRA, AASIP SPay'd MSRB

# Rollover
## Individual Retirement
Account Statement

IRA FBO JENNIFER A JOHNSON
PERSHING LLC AS CUSTODIAN
ROLLOVER ACCOUNT
1330 EVERSOLE DR
WESTMINSTER CO 80023-9253

June 1, 2017 - June 30, 2017
Account Number: ████5953

**Your Financial Advisor Is:**
NO ADVISOR ASSIGNED
**ACCOUNT CLOSED ON 05/24/2017**

### Portfolio at a Glance

| | This Period | Year-to-Date |
|---|---|---|
| BEGINNING ACCOUNT VALUE | $0.00 | $82,433.21 |
| Withdrawals (Cash & Securities) | 0.00 | -88,246.54 |
| Dividends, Interest and Other Income | 0.00 | 229.93 |
| Net Other Activity | 0.00 | -90.00 |
| Net Change in Portfolio | 0.00 | 5,673.40 |
| ENDING ACCOUNT VALUE | $0.00 | $0.00 |
| Estimated Annual Income | $0.07 | |

### Asset Summary

| Percent | Asset Type | Last Period | This Period |
|---|---|---|---|
| 0% | Account Total | $0.00 | $0.00 |

Please review your allocation periodically with your Financial Advisor.

### Client Service Information

Your Financial Advisor is: NAA
NO ADVISOR ASSIGNED

### Your Account Information

**RETIREMENT INFORMATION**
Year-End Fair Market Value (12/31/2016): $82,433.21
The year-end fair market value is furnished to the Internal Revenue Service for Individual Retirement Accounts. Your fair market value may change based on transaction or asset valuation adjustments made after 12/31/2016.

Page 1 of 8


Go paperless
ASK ABOUT E-DELIVERY


Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned
subsidiary of the Bank of New York Mellon
Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

## Your Account Information *(continued)*

**TAX LOT DEFAULT DISPOSITION METHOD**

| | |
|---|---|
| Default Method for Mutual Funds: | High Cost Long Term |
| Default Method for Stocks in a Dividend Reinvestment Plan: | High Cost Long Term |
| Default Method for all Other Securities: | High Cost Long Term |

**BOND AMORTIZATION ELECTIONS**

| | |
|---|---|
| Amortize premium on taxable bonds based on Constant Yield Method: | Yes |
| Accrual market discount method for all other bond types: | Constant Yield Method |
| Include market discount in income annually: | No |

**ELECTRONIC DELIVERY**

You have not selected any account communications for electronic delivery. To register and turn off paper communications, log in to your account or contact your Financial Advisor for more information.

## Portfolio Holdings

| Description | Quantity | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-Day Yield |
|---|---|---|---|---|---|---|
| **CASH, MONEY FUNDS, AND BANK DEPOSITS 0.00% of Portfolio** | | | | | | |
| **FDIC Insured Bank Deposits** | | | | | | |
| INTERLINK INS BANK DEPOSIT C | | 0.00 | 0.00 | 0.00 | 0.07 | N/A |
| **Total FDIC Insured Bank Deposits** | | $0.00 | $0.00 | $0.00 | $0.07 | |
| **TOTAL CASH, MONEY FUNDS, AND BANK DEPOSITS** | | $0.00 | $0.00 | $0.00 | $0.07 | |

| | Market Value | Accrued Interest | Estimated Annual Income |
|---|---|---|---|
| **TOTAL PORTFOLIO HOLDINGS** | $0.00 | $0.00 | $0.07 |

## Portfolio Holdings Disclosures

**Pricing**

This section includes the net market value of the securities in your account on a settlement date basis, including short positions, at the close of the statement period. The market prices, unless otherwise noted, have been obtained from independent vendor services, which we believe to be reliable. Market prices do not constitute a bid or an offer, and may differ from the actual sale price. Securities for which a price is not available are marked "N/A" and are omitted from the Total.
THE AS OF PRICE DATE ONLY APPEARS WHEN THE PRICE DATE DOES NOT EQUAL THE STATEMENT DATE.

**Estimated Annual Figures**

The estimated annual income (EAI) and estimated annual yield (EAY) figures are estimates and for informational purposes only. These figures are not considered to be a forecast or guarantee of future results. These figures are computed using information from providers believed to be reliable; however, no assurance can be made as to the accuracy. Since interest and dividend rates are subject to change at any time, and may be affected by current and future economic, political, and business conditions, they should not be relied on for making investment, trading, or tax decisions. These figures assume that the position quantities, interest and dividend rates, and prices remain constant. A capital gain or return of principal

Page 2 of 8

    

5953

Go paperless
ASK ABOUT E-DELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of the Bank of New York Mellon Corporation (BNY Mellon).
Pershing LLC, member FINRA, NYSE, SIPC

**SHAREHOLDERS SERVICE GROUP**
*Member FINRA/SIPC Reg'd MSRB*

9845 Erma Road, Suite 312
San Diego, CA 92131
1-800-380-7370

June 1, 2017 - June 30, 2017
IRA FBO JENNIFER A JOHNSON

## Portfolio Holdings Disclosures *(continued)*

**Estimated Annual Figures** *(continued)*
may be included in the figures for certain securities, thereby overstating them. Refer to www.pershing.com/business_continuity.html for specific details as to formulas used to calculate the figures. Accrued interest represents interest earned but not yet received.

**Foreign Currency Transactions**
Pershing may execute foreign currency transactions as principal for your account. Pershing may automatically convert foreign currency to or from U.S. dollars for dividends and similar corporate action transactions unless you instruct your financial organization otherwise. Pershing's currency conversion rate will not exceed the highest interbank conversion rate identified from customary banking sources on the conversion date or the prior business day, increased by up to 1%, unless a particular rate is required by applicable law. Your financial organization may also increase the currency conversion rate. This conversion rate may differ from rates in effect on the date you executed a transaction, incurred a charge, or received a credit. Transactions converted by agents (such as depositories) will be billed at the rates such agents use.

**Proxy Vote**
Securities not fully paid for in your margin account may be lent by Pershing to itself or others in accordance with the terms outlined in the Margin Agreement. The right to vote your shares held on margin may be reduced by the amount of shares on loan. The Proxy Voting Instruction Form sent to you may reflect a smaller number of shares entitled to vote than the number of shares in your margin account.

## Income and Expense Summary

| | Current Period Tax Deferred | Year-to-Date Tax Deferred |
|---|---|---|
| **Dividend Income** | | |
| Other Dividends | 0.00 | 229.86 |
| **Interest Income** | | |
| FDIC Insured Bank Deposits | 0.00 | 0.07 |
| **Total Dividends, Interest, Income and Expenses** | $0.00 | $229.93 |

## Activity Summary *(All amounts shown are in base currency)*

| | Credits This Period | Debits This Period | Net This Period | Credits Year-to-Date | Debits Year-to-Date | Net Year-to-Date |
|---|---|---|---|---|---|---|
| **Securities** | | | | | | |
| Securities Bought | 0.00 | 0.00 | 0.00 | 0.00 | -229.86 | -229.86 |
| Securities Withdrawn | 0.00 | 0.00 | 0.00 | 0.00 | -88,193.77 | -88,193.77 |
| **Total Securities** | $0.00 | $0.00 | $0.00 | $0.00 | -$88,423.63 | -$88,423.63 |
| **Dividends and Interest** | $0.00 | $0.00 | $0.00 | $229.93 | $0.00 | $229.93 |

Page 3 of 8

5953


Go paperless
ASK ABOUT E-DELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of the Bank of New York Mellon Corporation (BNY Mellon).
Pershing LLC, member FINRA, NYSE, SIPC

## Activity Summary (continued)

| | Credits This Period | Debits This Period | Net This Period | Credits Year-to-Date | Debits Year-to-Date | Net Year-to-Date |
|---|---|---|---|---|---|---|
| Fees | $0.00 | $0.00 | $0.00 | $0.00 | -$90.00 | -$90.00 |
| Cash | | | | | | |
| Withdrawals | 0.00 | 0.00 | 0.00 | 0.00 | -52.77 | -52.77 |
| Total Cash | $0.00 | $0.00 | $0.00 | $0.00 | -$52.77 | -$52.77 |
| FDIC Insured Bank Deposits | $0.00 | $0.00 | $0.00 | $142.77 | -$0.07 | $142.70 |
| Totals | $0.00 | $0.00 | $0.00 | $372.70 | -$88,566.47 | -$88,193.77 |

## FDIC Insured Bank Deposits

| Date | Activity Type | Description | Amount | Balance |
|---|---|---|---|---|
| | Other FDIC Insured Bank Deposits | | | |
| | INTERLINK INS BANK DEPOSIT C | | | |
| | Activity Ending: 06/30/17 | | | |
| 06/01/17 | Opening Balance | | 0.00 | 0.00 |
| | | APY 0.00% | | |
| 06/30/17 | Closing Balance | | | $0.00 |
| | Total FDIC Insured Bank Deposits | | | $0.00 |

The FDIC Insured Bank Deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). The Bank Deposits at each bank are insured by the Federal Deposit Insurance Corporation (FDIC) up to $250,000 for each category of legal ownership including individual retirement accounts and certain other self directed retirement accounts. Please review this in connection with other deposits you may have at each respective bank.

## Messages

FEDERAL DEPOSIT INSURANCE CORPORATION (FDIC)-INSURED BANK DEPOSITS ARE NOT PROTECTED BY SECURITIES INVESTOR PROTECTION CORPORATION (SIPC). YOU MAY VIEW CURRENT MONEY MARKET FUND RATES BY VISITING WWW.PERSHING.COM AND SELECTING THE LINK AT THE BOTTOM OF THE PAGE TITLED "MONEY MARKET MUTUAL FUND & FDIC-INSURED DEPOSITS PROGRAM RATES & BANK LISTS". PLEASE NOTE THAT WE MAY NOT OFFER ALL OF THE MONEY MARKET FUNDS LISTED ON THE PERSHING WEBSITE.

Although a money market mutual fund seeks to preserve the value of your investment at $1 per share, it is possible to lose money by investing in a money market mutual fund. Shares of a money market mutual fund or the balance of a bank deposit product held in your brokerage account may be liquidated upon request with the proceeds credited to your brokerage account. Please see the money market mutual fund's prospectus or the bank deposit product's disclosure document or contact your advisor for additional information. Pursuant to SEC Rule 10b-10(b)(1) confirmations are not sent for purchases into money market mutual funds processed on the sweep platform.

The U.S. will adopt a shortened settlement timeframe beginning with trade date September 5, 2017, for equities, corporate and municipal bonds, and unit investment trusts. Moving from a T+3 to a T+2 settlement cycle will provide faster access to sale proceeds, but it also means that funds will be due on purchase transactions earlier. This may be a good time to consider e-delivery of your account documents–including trade confirmations, account statements and more. Ask your advisor or financial insititution about how you can set up e-delivery.



Go paperless
ASK ABOUT E-DELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of the Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC



SHAREHOLDERS
SERVICE
GROUP

9845 Erma Road, Suite 312
San Diego, CA 92131
1-800-380-7370
Member FINRA/SIPC Reg'd SEC

June 1, 2017 - June 30, 2017
IRA FBO JENNIFER A JOHNSON

## Messages *(continued)*

**Security Procedure-Confirmations, Account Statements, and Notices.** Communications from SSG or its clearing firm are the only true record of the activity, trades, transactions, assets, and value of my account. You agree to promptly notify SSG of any unauthorized activity and/or discrepancies. You understand and agree that SSG will deem any communications it sends to you regarding your account to be authorized and ratified by you if you do not provide written objection within ten (10) days after such communication is sent to you. In all cases, SSG reserves the right to determine the validity of any objection. Your continued use of your account constitutes your acceptance of these notices and of the terms of the Account Agreement, which may be modified from time to time. You may transfer or close your account at any time. You may view full details of the Account Agreement at any time on our website at www.ssginstitutional.com.

SSG does not make investment recommendations or give advice. SSG is not a fiduciary with respect to investment advice. You acknowledge that SSG is not an advisor or fiduciary and that SSG will not provide legal, tax or accounting advice or advice regarding securities, investments or investment strategies. You agree to hold SSG and its officers, directors, employees, agents and affiliates harmless with respect to the suitability of investments and/or transactions for your account.

Shareholders Service Group, Inc. ("SSG") does not make investment recommendations or give investment, legal or tax advice. Your Advisor exercises independent judgment in evaluating recommendations for your account. SSG does not review, select or supervise your Advisor.

Shareholders Service Group (SSG) considers the confidentiality of customer information a top priority. In accordance with the Gramm-Leach-Bliley Act and SEC Regulation S-P, "Privacy of Consumer Financial Information," SSG has adopted this privacy policy to address safeguards for the protection of your records and information. We want you to know how we use and protect personal information we obtain from you or other sources in the course of providing you with investment products and services.

What Information We May Collect

We collect information needed, including what is required by law and regulation, for our everyday business purposes so that we can provide services to you, such as process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus. Most if not all the personal information we have about you comes directly from you, on applications, forms and other information you provide, whether in writing, in person, by telephone, through your Advisor, electronically or by other means. Such information includes your name, address, financial information, occupation, address of employer, birth date, social security number, e-mail address, phone number, etc. We also maintain records of your account history. We may collect personal information from outside sources, including credit reporting agencies, and CRD (Central Registration Depository) if you are or were associated with the securities industry.

Protecting Your Information

We maintain both physical and electronic safeguards in accordance with federal law and regulatory standards. Employee access to customer information is restricted to those who have a need to know in order to provide you with our services or to comply with laws and regulations. Employees who have access to individual information receive training required to follow company procedures designed to keep that information confidential. We destroy documents that may contain customer information before discarding them. When you are *no longer* our customer, we continue to safeguard and share your information as described in this notice.

*Disclosure of Nonpublic Personal Information*

SSG DOES NOT SELL OR SHARE CUSTOMER INFORMATION WITH ANY AFFILIATES OR NON-AFILLIATES FOR THE PURPOSES OF MARKETING OR JOINTLY MARKETING

Page 5 of 8

5953



Go paperless
ASK ABOUT E-DELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned
subsidiary of the Bank of New York Mellon
Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

## Messages *(continued)*

PRODUCTS OR SERVICES TO YOU. WE WILL ONLY SHARE CUSTOMER INFORMATION WITH OTHERS AS STATED IN THIS POLICY, UNLESS WE PROVIDE YOU WITH ADDITIONAL NOTICE OR ASK FOR YOUR PERMISSION, AS REQUIRED BY LAW OR RULE.

We may share Customer Information with unaffiliated third parties who perform services for SSG or in connection with servicing the accounts and products that you have with us. These parties include your Advisor, other financial service providers, clearing firms, such as Pershing LLC, attorneys, accountants, auditors, administrators, insurance companies, payment processing companies, and data processing companies, who assist us in a number of ways in servicing accounts, for example, in fulfilling service requests, processing transactions, producing or providing reports, statements or other communications for you or your Advisor.

We may disclose Customer Information we maintain about you to credit bureaus, regulatory agencies and similar organizations when required or permitted by law. Such shared information may include a disclosure in connection with a subpoena or similar legal process, an investigation, an audit, or examination or requirement under the USA PATRIOT Act. In addition, we may exchange information with reference sources and clearinghouse services for purposes of credit reporting and verification, but we do not share information with affiliates or non-affiliates about your creditworthiness. Protecting your privacy is an ongoing concern. We evaluate security standards and procedures in order to protect your information with the best available means. Please notify us if it ever appears that our records contain incomplete or inaccurate information about you. We will promptly investigate your concerns and make any necessary corrections. SSG will provide customers an initial notice of its privacy policy at the time of opening an account, and thereafter it will provide annual privacy updates. SSG reserves the right to make changes to this policy. The statement of this Privacy Policy including updates is available at our home office, on our company website at www.ssginstitutional.com, and wherever such documents are required. The Compliance Officer is responsible for implementing and monitoring this policy.

Your Advisor is your agent acting under your authority. All trades entered for your account are entered under the trading authorization you submitted. Your advisor is not an employee, contractor, solicitor, agent, associate, broker, registered representative or affiliate of SSG. SSG does not control or supervise your advisor. You, and not SSG, are responsible for oversight, review, and approval of the services provided by your advisor. Any fees paid to your advisor from your account are paid under the fee payment authorization you have provided. You may withdraw this authorization at any time by sending us written instructions. Please review your fee payment authorization for full details.

## Important Information and Disclosures

**The Role of Pershing**
- Pershing carries your account as clearing broker pursuant to a clearing agreement with your financial institution. Pershing may accept from your financial institution without inquiry or investigation (i) orders for the purchase and sale of securities and other property and (ii) any other instructions concerning your account. Pershing is not responsible or liable for any acts or omissions of your financial institution or its employees and it does not supervise them. Pershing provides no investment advice nor does it assess the suitability of any transaction or order. Pershing acts as the agent of your financial institution and you agree that you will not hold Pershing or any person controlling or under common control with it liable for any investment losses incurred by you.
- Pershing performs several key functions at the direction of your financial institution. It acts as custodian for funds and securities you may deposit with it directly or through your financial institution or that it receives as the result of securities transactions it processes.
- Your financial institution is responsible for adherence to the securities laws, regulations and rules which apply to it regarding its own operations and the supervision of your account, its sales representatives and other personnel. Your financial institution is also responsible for approving the opening of accounts and obtaining account documents; the acceptance and, in certain instances, execution of securities orders; the assessment of the suitability of those transactions, where applicable; the rendering of investment advice, if any, to you and in general, for the ongoing relationship that it has with you.
- Inquiries concerning the positions and balances in your account may be directed to the Pershing Customer Service Department at (201) 413-3333. All other inquiries regarding your account or activity should be directed to your financial institution. Your financial organization's contact information can be found on the first page of this statement.
- For a description of other functions performed by Pershing please consult the Disclosure Statement provided to you upon the opening of your account. This notice is not meant as a definitive enumeration of every possible circumstance, but as a general disclosure. If you have any questions regarding this notice or if you would like additional copies of the Disclosure Statement, please contact your financial institution.
- Pershing is a member of the Securities Investor Protection Corporation (SIPC®). Please note that SIPC does not protect against loss due to market fluctuation. In addition to SIPC protection, Pershing provides coverage in excess of SIPC limits. For more detailed information please visit: www.pershing.com/about/strength-and-stability.
- This statement will be deemed conclusive. You are advised to report any inaccuracy or discrepancy (including unauthorized trading) promptly, but no later than ten days after receipt of this statement, to your financial organization and Pershing. Please be advised that any oral communication should be re-confirmed in writing to further protect your rights, including your rights under the Securities Investor Protection Act.

Page 6 of 8





SHAREHOLDERS
SERVICE
GROUP

9845 Erma Road, Suite 312
San Diego, CA 92131
1-800-380-7370
Member FINRA/MSRB Reg'd MSRB

June 1, 2017 - June 30, 2017
IRA FBO JENNIFER A JOHNSON

## Important Information and Disclosures (continued)

**The Role of Pershing** (continued)
- Your financial organization's contact information can be found on the first page of this statement. Pershing's contact information is as follows:  **Pershing LLC, Legal Department, One Pershing Plaza, Jersey City, New Jersey 07399; (201) 413-3330.** Errors and Omissions excepted.

**Important Arbitration Disclosures**
- All parties to this agreement are giving up the right to sue each other in court, including the right to a trial by jury, except as provided by the rules of the arbitration forum in which a claim is filed.
- Arbitration awards are generally final and binding; a party's ability to have a court reverse or modify an arbitration award is very limited.
- The ability of the parties to obtain documents, witness statements and other discovery is generally more limited in arbitration than in court proceedings.
- The arbitrators do not have to explain the reason(s) for their award, unless, in an eligible case, a joint request for an explained decision has been submitted by all parties to the panel at least 20 days prior to the first scheduled hearing date.
- The panel of arbitrators will typically include a minority of arbitrators who were or are affiliated with the securities industry.
- The rules of some arbitration forums may impose time limits for bringing a claim in arbitration. In some cases, a claim that is ineligible for arbitration may be brought in court.
- The rules of the arbitration forum in which the claim is filed, and any amendments thereto, shall be incorporated into this agreement.

**Important Arbitration Agreement**
Any controversy between you and Pershing LLC shall be submitted to arbitration before the Financial Industry Regulatory Authority. No person shall bring a putative or certified class action to arbitration, nor seek to enforce any predispute arbitration agreement against any person who has initiated in court a putative class action, who is a member of a putative class who has not opted out of the class with respect to any claims encompassed by the putative class action until: (I) the class certification is denied; (II) the class is decertified; or (III) the client is excluded from the class by the court. Such forbearance to enforce an agreement to arbitrate shall not constitute a waiver of any rights under this agreement except to the extent stated herein. The laws of the State of New York govern.

Pershing's contact information is as follows: **Pershing LLC, Legal Department, One Pershing Plaza, Jersey City, New Jersey 07399; (201) 413-3330.**

Page 7 of 8

5953

Go paperless
ASK ABOUT E-DELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned
subsidiary of the Bank of New York Mellon
Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

## TERMS AND CONDITIONS

**TRANSACTIONS**

- ALL ORDERS AND TRANSACTIONS SHALL BE SOLELY FOR YOUR ACCOUNT AND RISK SHALL BE SUBJECT TO THE CONSTITUTION, RULES, REGULATIONS, CUSTOMS, USAGES, RULINGS AND INTERPRETATIONS OF THE EXCHANGE OR MARKET AND THE CLEARING FACILITY, IF ANY, WHERE THE TRANSACTIONS ARE EXECUTED AND/OR SETTLED, OR IF APPLICABLE, OF THE FINANCIAL INDUSTRY REGULATORY AUTHORITY AND TO ALL APPLICABLE LAWS AND REGULATIONS.
- TITLE TO SECURITIES SOLD TO YOU, WHERE PERSHING HAS ACTED AS PRINCIPAL, SHALL REMAIN WITH PERSHING UNTIL THE ENTIRE PURCHASE PRICE IS RECEIVED OR UNTIL THE SETTLEMENT DATE, WHICHEVER IS LATER.
- YOU MAY HAVE RECEIVED CONFIRMATIONS FOR TRANSACTIONS WHICH DO NOT APPEAR ON YOUR STATEMENT. IF SO, THE TRANSACTIONS WILL APPEAR ON YOUR NEXT PERIODIC STATEMENT. SUCH TRANSACTIONS MUST BE CONSIDERED BY YOU WHEN COMPUTING THE VALUE OF YOUR ACCOUNT. THIS IS ESPECIALLY TRUE IF YOU HAVE WRITTEN OPTIONS WHICH HAVE BEEN EXERCISED.

**FREE CREDIT BALANCES:** ANY FREE CREDIT BALANCE CARRIED FOR YOUR ACCOUNT REPRESENTS FUNDS PAYABLE UPON DEMAND WHICH, ALTHOUGH PROPERLY ACCOUNTED FOR ON PERSHING'S BOOKS OF RECORD, ARE NOT SEGREGATED AND MAY BE USED IN THE CONDUCT OF ITS BUSINESS.

**DEBIT BALANCES:** INTEREST CHARGED ON DEBIT BALANCES IN YOUR ACCOUNT APPEARS ON THE STATEMENT. THE RATE OF INTEREST AND PERIOD COVERED ARE INDICATED. THE RATE MAY CHANGE FROM TIME TO TIME DUE TO FLUCTUATIONS IN MONEY RATES OR OTHER REASONS. INTEREST IS COMPUTED AS DESCRIBED IN MATERIAL PREVIOUSLY FURNISHED TO YOU. PLEASE CONTACT YOUR FINANCIAL INSTITUTION IF YOU DESIRE ADDITIONAL COPIES.

**MARGIN INFORMATION:** IF YOU MAINTAIN A MARGIN ACCOUNT, THIS IS A COMBINED STATEMENT OF YOUR GENERAL ACCOUNT AND A SPECIAL MEMORANDUM ACCOUNT MAINTAINED FOR YOU UNDER REGULATION T OF THE BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM. THE PERMANENT RECORD OF THE SEPARATE ACCOUNT AS REQUIRED BY REGULATION T IS AVAILABLE FOR YOUR INSPECTION UPON REQUEST.

**TAX INFORMATION**

- AFTER YEAR END, PERSHING IS REQUIRED TO PROVIDE TAX INFORMATION TO THE INTERNAL REVENUE SERVICE AND OTHER GOVERNMENTAL AUTHORITIES. AT THAT TIME PERSHING WILL PROVIDE THAT INFORMATION ON THE ANNUAL TAX INFORMATION STATEMENT TO YOU; USE THAT STATEMENT TO PREPARE YOUR TAX FILINGS. THE TAX STATEMENT ALSO INCLUDES OTHER USEFUL INFORMATION TO ASSIST IN ACCUMULATING THE DATA TO PREPARE YOUR TAX RETURNS.
- DIVIDENDS, INTEREST AND OTHER DISTRIBUTIONS SHOWN ON THIS STATEMENT WERE CLASSIFIED AS TAXABLE OR NONTAXABLE BASED ON CERTAIN INFORMATION KNOWN AS OF THE DISTRIBUTION DATE. THIS CLASSIFICATION IS SUBJECT TO CHANGE AND IS SOLELY INTENDED FOR USE AS GENERAL INFORMATION.
- PERSHING DOES NOT PROVIDE TAX, INVESTMENT OR LEGAL ADVISORY SERVICES AND NO ONE ASSOCIATED WITH PERSHING IS AUTHORIZED TO RENDER SUCH ADVICE. DO NOT RELY UPON ANY SUCH ADVICE, IF GIVEN. INVESTORS ARE ENCOURAGED TO CONSULT THEIR TAX ADVISORS TO DETERMINE THE APPROPRIATE TAX TREATMENT OF THEIR BUSINESS.

**GENERAL INFORMATION**

- WHENEVER YOU ARE INDEBTED TO PERSHING LLC ("PERSHING") FOR ANY AMOUNT, ALL SECURITIES HELD BY IT FOR YOU IN ANY ACCOUNT IN WHICH YOU HAVE ANY INTEREST SHALL SECURE ALL YOUR LIABILITIES TO PERSHING, AND PERSHING MAY IN ITS DISCRETION AT ANY TIME, WITHOUT TENDER, DEMAND OR NOTICE TO YOU, CLOSE OR REDUCE ANY OR ALL OF YOUR ACCOUNTS BY PUBLIC OR PRIVATE SALE OR PURCHASE OR BOTH OF ALL OR ANY SECURITIES CARRIED IN SUCH ACCOUNTS; ANY BALANCE REMAINING DUE PERSHING TO BE PROMPTLY PAID BY YOU.
- WHENEVER YOU ARE INDEBTED TO PERSHING FOR ANY AMOUNT, ALL SECURITIES CARRIED FOR YOUR ACCOUNT ARE OR MAY BE, WITHOUT FURTHER NOTICE TO YOU, LOANED OR PLEDGED BY PERSHING, EITHER SEPARATELY OR UNDER CIRCUMSTANCES WHICH WILL PERMIT THE COMMINGLING THEREOF, WITH OTHER SECURITIES FOR ANY AMOUNT LESS THAN, EQUAL TO OR GREATER THAN YOUR LIABILITIES TO PERSHING, BUT NOT UNDER CIRCUMSTANCES FOR AN AMOUNT PROHIBITED BY LAW.

- PERSHING MAY TRADE FOR ITS OWN ACCOUNT AS A MARKET MAKER, SPECIALIST, ODD LOT DEALER, BLOCK POSITIONER, ARBITRAGEUR OR INVESTOR. CONSEQUENTLY, AT THE TIME OF ANY TRANSACTION YOU MAY MAKE, PERSHING MAY HAVE A POSITION IN SUCH SECURITIES, WHICH POSITION MAY BE PARTIALLY OR COMPLETELY HEDGED.
- IF AVERAGE PRICE TRANSACTION IS INDICATED ON THE FRONT OF THIS STATEMENT YOUR FINANCIAL INSTITUTION OR PERSHING MAY HAVE ACTED AS PRINCIPAL, AGENT OR BOTH. DETAILS AVAILABLE UPON REQUEST
- A FINANCIAL STATEMENT OF PERSHING IS AVAILABLE FOR YOUR PERSONAL INSPECTION AT PERSHING'S OFFICES, A COPY OF IT WILL BE MAILED UPON YOUR WRITTEN REQUEST OR YOU CAN VIEW IT ONLINE AT WWW.PERSHING.COM.
- FOR BUSINESS CONTINUITY AND ADDITIONAL DISCLOSURES: WWW.PERSHING.COM/DISCLOSURES.
- THIS STATEMENT SHOULD BE RETAINED FOR YOUR RECORDS.

**PAYMENT FOR ORDER FLOW AND ORDER ROUTING POLICIES DISCLOSURES [REGULATION NMS—RULE 607(A)(1)–(2)]**

PERSHING SENDS CERTAIN EQUITY ORDERS TO EXCHANGES, ELECTRONIC COMMUNICATION NETWORKS, OR BROKER-DEALERS DURING NORMAL BUSINESS HOURS AND DURING EXTENDED TRADING SESSIONS. CERTAIN OF THESE VENUES PROVIDE PAYMENTS TO PERSHING OR CHARGE ACCESS FEES TO PERSHING DEPENDING UPON THE CHARACTERISTICS OF THE ORDER AND ANY SUBSEQUENT EXECUTION. THE DETAILS OF THESE PAYMENTS AND FEES ARE AVAILABLE UPON WRITTEN REQUEST. PERSHING RECEIVES PAYMENTS FOR DIRECTING LISTED OPTIONS ORDER FLOW TO CERTAIN OPTION EXCHANGES. IN ADDITION, PERSHING ROUTES CERTAIN EQUITY AND OPTION ORDERS TO ITS AFFILIATE, BNY MELLON CAPITAL MARKETS, LLC, FOR EXECUTION AS PRINCIPAL. COMPENSATION IS GENERALLY IN THE FORM OF A PER OPTION CONTRACT CASH PAYMENT.

**BEST EXECUTION:** NOTWITHSTANDING THE PREVIOUS PARAGRAPH REGARDING PAYMENT FOR ORDER FLOW, PERSHING SELECTS CERTAIN MARKET CENTERS TO PROVIDE EXECUTION OF OVER-THE-COUNTER AND EXCHANGE-LISTED SECURITIES TRANSACTIONS WHICH AGREE TO ACCEPT ORDERS, TRANSMITTED ELECTRONICALLY UP TO A SPECIFIED SIZE, AND TO EXECUTE THEM AT OR BETTER THAN THE NATIONAL BEST BID OR OFFER (NBBO). ON CERTAIN LARGER ORDERS, OR IF THE DESIGNATED MARKET CENTERS DO NOT MAKE A MARKET IN THE SUBJECT SECURITY, PERSHING DIRECTLY CONTACTS MARKET CENTERS TO OBTAIN AN EXECUTION. THE DESIGNATED MARKET CENTERS TO WHICH ORDERS ARE AUTOMATICALLY ROUTED ARE SELECTED BASED ON THE CONSISTENT HIGH QUALITY OF THEIR EXECUTIONS IN ONE OR MORE MARKET SEGMENTS AND THEIR ABILITY TO PROVIDE OPPORTUNITIES FOR EXECUTIONS AT PRICES SUPERIOR TO THE NBBO. PERSHING ALSO REGULARLY REVIEWS REPORTS FOR QUALITY OF EXECUTION PURPOSES.

IF ANY OF THE ABOVE TERMS AND CONDITIONS ARE UNACCEPTABLE TO YOU, PLEASE NOTIFY PERSHING IMMEDIATELY IN WRITING BY CERTIFIED MAIL TO ONE PERSHING PLAZA, JERSEY CITY, NJ 07399, ATTN: LEGAL DEPT.

 5953


Go paperless
ASK ABOUT E-DELIVERY


Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of the Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE, SIPC

# EXHIBIT 1-K
# to Declaration of Jennifer Johnson

# CASE NO. 2:17-cv-02000-APG-GWF

# Copy of TD Ameritrade account statement



Institutional

JENNIFER A JOHNSON ROLLOVER IRA
TD AMERITRADE CLEARING, CUSTODIAN
1330 EVERSOLE DR
BROOMFIELD, CO 80023

# Terms and Conditions

**TD Ameritrade provides monthly statements for active accounts and inactive accounts with assets.[1]**

**Account Summary** Tracks the current value of your account as of the report date and compares it to the prior month.

**Retirement Account Activity Overview** Review the IRS regulated transactions for the current and prior years. IRS Form 5498 fair market value is based on the current account value including Alternative Investments as of December 31 of the previous year and will be furnished to the IRS.

**Holdings Detail** View your investments at the current market value. The display of cost basis information is optional. Estimated Annual Income is strictly an estimate for future earnings based on past performance. The value is calculated by taking the number of shares owned multiplied by the dividend rate, not a yield by 12 month period. Estimated Yield is a value obtained by TD Ameritrade from quotation services or other independent sources. The display of estimated income and yield is for informational purposes only and is displayed at the Advisors request. This statement represents a statement of account assets and account activity of your account only.

**Transaction Detail** All account activity is listed in date order, and reflected in the closing cash balance.

**Trades Pending Settlement** Executed trades with a settlement date after month end. These transactions will be reflected in the Transaction Detail section next month.

**Cash Services** Cash management transactions (including checks, debit card, credit card and ATM activity) that cleared this month are listed in date order.

TD Ameritrade does not provide legal or tax advice. Please consult your legal advisor or tax accountant when necessary. As a standard industry practice, phone conversations may be recorded for quality control and transaction verification purposes.

For TD Ameritrade Institutional clients, your advisor firm is separate from and not affiliated with TD Ameritrade, Inc. or TD Ameritrade Clearing, Inc., and each firm is not responsible for the products and services of the other.

**Accuracy of Reports  Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify us at 800-431-3500 within ten (10) days of the receipt of this statement. Any oral statements that you have made to us should be confirmed in writing. The statement will otherwise be considered conclusive.**

**Account Protection** Deposits held by TD Bank, N.A. and TD Bank USA, N.A., are insured by the FDIC (not covered by SIPC) up to $250,000. Limits are per account ownership per institution. To learn more about FDIC coverage go to www.fdic.gov. Securities, including mutual funds, held in your brokerage account are not deposits or obligations of or guaranteed by any bank, are not FDIC insured, and involve investment risks, including possible loss of principal. TD Ameritrade is a member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure is available on request at www.sipc.org.

Additionally, TD Ameritrade provides each client $149.5 million worth of protection for securities and $2 million of protection for cash through supplemental coverage provided by London insurers. In the event of a brokerage insolvency, a client may receive amounts due from the trustee in bankruptcy and then SIPC. Supplemental coverage is paid out after the trustee and SIPC payouts and under such coverage each client is limited to a combined return of $152 million from a trustee, SIPC and London insurers. The TD Ameritrade supplemental coverage has an aggregate limit of $500 million over all customers. This policy provides coverage following brokerage insolvency and does not protect against loss in market value of the securities.

An investment in a money market fund is not insured or guaranteed by the FDIC or any other government agency. Although certain money market funds may seek to preserve their value of your investment at $1 per share, it is possible to lose money by investing in such a fund. Mutual fund purchases may be subject to eligibility and other restrictions, as well as charges and expenses. Certain money market funds may impose liquidity fees and redemption gates in certain circumstances. Dividends are declared daily and paid/reinvested monthly. The prospectus contains this and other important information. Read the prospectus carefully before investing. Non-deposit investments held by your broker-dealer are NOT FDIC INSURED / NOT BANK GUARANTEED / MAY LOSE VALUE.

The balance in your bank deposit account or shares of your money market mutual fund can be liquidated on your order, and the proceeds returned to your securities account or credited to you.

**Tax Reporting** The portfolio report is not a tax document. You will receive Form 1099 for annual tax reporting in accordance with IRS requirements (includes taxable interest, dividends, capital gains, taxes withheld, and sales proceeds). Some payments are subject to reclassification which will be reflected on subsequent tax reports.

[1] Due to rounding adjustments, the statement details may not equal the statement totals.

**Cost Basis** Cost-Basis, tax lot and performance reporting and Gain&Loss are offered and conducted by CCH INCORPORATED. TD Ameritrade is not responsible for the reliability or suitability of the information. TD Ameritrade and its information providers do not guarantee the accuracy of the information and data provided. CCH INCORPORATED is a separate company and is not affiliated with TD Ameritrade.

**Margin and Options Account Agreements** Promptly advise TD Ameritrade in writing of any change in your investment objectives or financial situation as they pertain to your margin or options account agreements. Commission/Fee represents base commission and any options contract, exercise, and assignment fees.

**Current Market Prices** The market values of securities have been obtained, if available, from quotation services and other independent sources. Values are based on the closing price, the mean between the bid and asking prices, or other methods. If no market value is available from a quotation service, the security is subject to being reflected as Not Available ("NA"). The valuations on your portfolio report are provided as general information and we do not guarantee the accuracy of any estimated market price. Portfolio values may not represent actual sales proceeds. The secondary market for Certificates of Deposits ("CDs") is generally illiquid and the actual value may be different from the purchase price. A significant loss of principal may result from the sale of a CD prior to maturity. Bonds and/or Fixed Income Securities trade differently than equity securities and do not trade on a listed exchange. Rather, they trade in the OTC (over the counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of bonds prior to maturity may result in a loss of principal.

**Alternative Investments ("AI"), also called Non Standard Assets ("NSA"), are typically** investments in direct participation program securities (partnerships, limited liability companies, or real estate investment trusts), commodity pools, private equity, private debt or hedge funds. AI are typically illiquid investments and do not trade on a national securities exchange. The values shown for these investments are estimated values derived from various methods, including, but not limited to, unconfirmed management estimates, independent appraisals, the program's net assets, and/or third party lender offers that have been provided by the administrator, sponsor or custodian of each program, or by a third-party vendor where independent verification by TD Ameritrade. Values may not reflect the actual purchase price, actual market value or the market value upon liquidation. If an estimated value is not available using these methods, the valuation may be reflected as Not Available ("NA"). For additional detail regarding valuation for Alternative Investments, please contact Client Services. These investments are not covered under the SIPC. AI transaction fees are applicable to purchases, capital call processing, and redemptions.

A Distributions on Direct Participation Programs and/or REITs are reported and is not investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the accounting for such party) and will be reported to you on a Form 1099 or K-1, as applicable.

**Auction Rate Securities ("ARS") Pricing** The market values for ARS securities have been obtained, if available, from quotation services or other independent sources. The accuracy of the pricing is not guaranteed and market values may not reflect a liquid market with ready liquidity/and, as a result, there can be no assurance that such securities can be sold under current market conditions.

**REGULATORY DISCLOSURES**
All transactions are subject to the constitution, rules, regulations, customs and usages of the exchange or market, and its clearing house, if any, on which such transactions are executed, (ii) federal laws and state laws, and the rules and regulations promulgated thereunder; and the rules and regulations of FINRA and the Federal Reserve System.

For an investor brochure that includes information describing FINRA's Public Disclosure Program, please contact FINRA at 800-289-9999 or www.finra.org.

The interest rate shown for TD Ameritrade Cash is taken from the applicable interest rate tier for the total account balance. The interest rate will be the applicable interest rate tier. Simple interest is accrued daily based on the interest rate tier applicable to each day's balance.

**Financial Statement Notification** The statement of financial condition for TD Ameritrade Clearing, Inc. is available twice a year and may be obtained at no cost, via the internet at http://www.tdameritrade.com/financialstatement.html.

**Option Assignment** All short equity option positions and some index option positions are available for assignment. Exercise assignment notices for equity or index options are randomly allocated among all clients' short positions by an automated procedure.

**Free Credit Balances** (Rule 15c2-1 & 3) Under the client protection rules, we may use the credit balances in your account in the ordinary course of our business which are payable to you on demand.

**Margin Accounts (Regulation T)** If you have a margin account, this report is a combination of your margin account and a special memorandum account. Trading on margin poses additional risks and is not suitable for all investors. A complete list of the risks associated with margin trading is available in the margin risk disclosure document. You may obtain a copy of the document by contacting us at the number listed on your statement.

**Payment for Order Flow Disclosure (Rules 606 and 607)** TD Ameritrade receives compensation for directing listed and OTC securities, and options order flow to selected market centers (e.g. broker-dealers, exchanges and alternative trading systems (including electronic communications networks)) for execution. Compensation generally is in the form of a per share or per contract cash payment. TD Ameritrade may also receive payments in connection with certain currency exchange component of transactions in foreign securities from market centers executing such trades. TD Ameritrade posts SEC Rule 606 quarterly reports that include order routing disclosures at www.tdameritrade.com. In addition, as required by SEC Rule 606, in addition, upon request, TD Ameritrade will provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the transactions, if any, that resulted from such orders.

TD Ameritrade regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. If no market center posts order, it is our duty to route orders to those market centers so that a number of factors are discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price improvement of execution, the marketability of the order size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Trade Confirmations (Rule 10b-10)** All confirmations are transmitted on the transaction date. If you subscribe to on-line statements and have chosen to suppress the immediate printed statement of dividends will be included on your monthly statements. TD Ameritrade will act as agent in having your DR P purchases executed.

**Taxes** Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item.

**Privacy Policy Notification** A copy of the TD Ameritrade privacy policy is available at www.tdameritrade.com

**Callable Securities** The allocation of partial redemptions or calls is done using a pro-rata lottery system. A description of the procedures for callable securities is available on the website or hard copies are available upon request.

In case of errors or questions about your Electronic Fund Transfers, please contact us at 1-800-669-3900, or in writing to P.O. Box 2209, Omaha, NE 68103, or by email at clientservices@tdameritrade.com. You must contact us as soon as you can if you think your statement is wrong. If you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will re-credit your account for the amount in error, so that you will have the use of the money during the time it takes us to complete our investigation.

TDAI 02/17

80

# MONTHLY STATEMENT

Reporting Period: June 1 - 30, 2017

Account ███3171
JENNIFER A JOHNSON ROLLOVER IRA
TD AMERITRADE CLEARING, CUSTODIAN

ROLLOVER IRA

## ACCOUNT SUMMARY

**Total Account Value:** **$89,127.97**

**YOUR INDEPENDENT ADVISOR**

FULLCIRCLE WEALTH LLC
15660 NORTH DALLAS PKWY
STE 910
DALLAS TX 75248

For questions regarding the services provided by your Independent Advisor call
(972) 480-6201

**Questions? - Contact us.**
(800) 431-3500

*TD Ameritrade Clearing, Inc., Member SIPC*

### CHANGE IN ACCOUNT VALUE

| | This Month 6/1/17 - 6/30/17 | Year to Date 1/1/17 - 6/30/17 |
|---|---|---|
| **BEGINNING VALUE** | $87,820.14 | - |
| Deposits to Account | - | 52.77 |
| Securities Transferred In | - | 87,886.92 |
| Dividends and Interest | 518.62 | 518.62 |
| Market Appreciation/(Depreciation) | 789.21 | 669.66 |
| **ENDING VALUE** | **$89,127.97** | **$89,127.97** |
| **CHANGE IN VALUE** | **$1,307.83** | **$89,127.97** |

*Market Appreciation/ Depreciation*
*The change in value of investments due to the market assessment of their worth, which is separate from value added by corporate actions (such as the issuance of dividend or interest payments) and your own additions or withdrawals.*

### SUMMARY OF HOLDINGS (does not represent an asset allocation)

| | Market Value as of 6/30/17 | Percent of Account |
|---|---|---|
| Cash and Cash Alternatives | $52.77 | <.1% |
| Mutual Funds | 89,075.20 | 99.94 |
| **TOTAL VALUE** | **$89,127.97** | **100.0%** |

**TD Ameritrade**
Institutional

# MONTHLY STATEMENT

Reporting Period: **June 1 - 30, 2017**

Account [████] 8171

JENNIFER A JOHNSON ROLLOVER IRA
TD AMERITRADE CLEARING, CUSTODIAN

ROLLOVER IRA

## ACCOUNT SUMMARY *(continued)*

### RETIREMENT ACCOUNT ACTIVITY OVERVIEW

| | This Month | Year to Date 1/1/17 - 6/30/17 Reported for 2017 | Reported for 2016 |
|---|---|---|---|
| **CONTRIBUTIONS** | | | |
| Direct Transfer | $      - | $87,939.69 | $      - |

**Contributions to your IRA**
*The amount of money you have deposited into your IRA.*

**Questions? Consult your Independent Advisor:**
FULLCIRCLE WEALTH LLC (972) 480-6201

**TD Ameritrade**
Institutional

Page 2 of 7

# MONTHLY STATEMENT

Reporting Period: **June 1 - 30, 2017**

Account ▊▊▊ 171
JENNIFER A JOHNSON ROLLOVER IRA
TD AMERITRADE CLEARING, CUSTODIAN

ROLLOVER IRA

## HOLDINGS DETAIL

### CASH AND CASH ALTERNATIVES

| Investment Description | Quantity | Price | Market Value |
|---|---|---|---|
| FDIC INSURED DEPOSIT ACCOUNT IDA12 NOT COVERED BY SIPC | - | $ - | $52.77 |
| **TOTAL CASH & CASH ALTERNATIVES** | | | **$52.77** |

### MUTUAL FUNDS

| Investment Description | Symbol/ CUSIP | Quantity | Closing Price | Market Value |
|---|---|---|---|---|
| DFA INTERNATIONAL CORE EQU PTFL | DFIEX | 1,496.28 | $13.16 | $19,691.04 |
| DFA EMERGING MARKETS CORE EQUITY I | DFCEX | 658.281 | 20.54 | 13,521.09 |
| DFA US MICRO CAP FD | DFSCX | 752.755 | 21.16 | 15,928.30 |
| DFA INTL SMCAP VAL PORT | DISVX | 475.07 | 21.73 | 10,323.27 |
| DFA REAL ESTATE PT | DFREX | 378.202 | 34.86 | 13,184.12 |

**Questions? Consult your Independent Advisor:**
FULLCIRCLE WEALTH LLC (972) 480-6201

**TD Ameritrade** Institutional

Page 3 of 7

# MONTHLY STATEMENT

Reporting Period: June 1 - 30, 2017

Account ███████3171

**JENNIFER A JOHNSON ROLLOVER IRA**
**TD AMERITRADE CLEARING, CUSTODIAN**

ROLLOVER IRA

## HOLDINGS DETAIL *(continued)*

### MUTUAL FUNDS

| Investment Description | Symbol/ CUSIP | Quantity | Closing Price | Market Value |
|---|---|---|---|---|
| VANGUARD SH-TERM CORP BOND IDX ADMIRAL | VSCSX | 756.325 | 21.72 | 16,427.38 |
| **TOTAL MUTUAL FUNDS** | | | | **$89,075.20** |

| **TOTAL HOLDINGS** | | | | **$89,127.97** |
|---|---|---|---|---|
| **TOTAL ACCOUNT VALUE** | | | | **$89,127.97** |

## TRANSACTIONS DETAIL

| Transaction Date | Settlement Date | Activity Type | Description | Symbol/ CUSIP | Quantity | Price | Transaction Amount |
|---|---|---|---|---|---|---|---|
| 06/01 | 06/01 | Dividends and Interest | VANGUARD SH-TERM CORP BOND IDX ADMIRAL PAYABLE: 06/01/2017 ORDINARY DIVIDENDS 30.95 | VSCSX | - | $ - | $30.95 |
| 06/01 | 06/01 | Buy | VANGUARD SH-TERM CORP BOND IDX ADMIRAL REINVESTED AT 21.76 PER SHARE | VSCSX | 1.422 | 21.76 | (30.95) |
| 06/30 | 06/30 | Dividends and Interest | DFA REAL ESTATE PT PAYABLE: 06/30/2017 ORDINARY DIVIDENDS 121.91 | DFREX | - | - | 121.91 |

**Questions? Consult your Independent Advisor:**
FULL CIRCLE WEALTH LLC (972) 480-6201

**TD Ameritrade**
Institutional

Page 4 of 7

**MONTHLY STATEMENT**

Reporting Period: **June 1 - 30, 2017**

Account [    ]3171
JENNIFER A JOHNSON ROLLOVER IRA
TD AMERITRADE CLEARING, CUSTODIAN

ROLLOVER IRA

## TRANSACTIONS DETAIL (continued)

| Transaction Date | Settlement Date | Activity Type | Description | Symbol/CUSIP | Quantity | Price | Transaction Amount |
|---|---|---|---|---|---|---|---|
| 06/30 | 06/30 | Buy | DFA REAL ESTATE PT REINVESTED AT 34.90 PER SHARE | DFREX | 3.493 | 34.90 | (121.91) |
| 06/30 | 06/30 | Dividends and Interest | DFA US MICRO CAP FD PAYABLE: 06/30/2017 ORDINARY DIVIDENDS 29.72 | DFSCX | - | - | 29.72 |
| 06/30 | 06/30 | Buy | DFA US MICRO CAP FD REINVESTED AT 21.17 PER SHARE | DFSCX | 1.404 | 21.17 | (29.72) |
| 06/30 | 06/30 | Dividends and Interest | DFA INTL SM CAP VAL PORT PAYABLE: 06/30/2017 ORDINARY DIVIDENDS 27.34 | DISVX | - | - | 27.34 |
| 06/30 | 06/30 | Buy | DFA INTL SM CAP VAL PORT REINVESTED AT 21.67 PER SHARE | DISVX | 1.262 | 21.67 | (27.34) |
| 06/30 | 06/30 | Dividends and Interest | DFA INTERNATIONAL CORE EQU PTFL PAYABLE: 06/30/2017 ORDINARY DIVIDENDS 234.61 | DFIEX | - | - | 234.61 |
| 06/30 | 06/30 | Buy | DFA INTERNATIONAL CORE EQU PTFL REINVESTED AT 13.15 PER SHARE | DFIEX | 17.841 | 13.15 | (234.61) |
| 06/30 | 06/30 | Dividends and Interest | DFA EMERGING MARKETS CORE EQUITY I PAYABLE: 06/30/2017 ORDINARY DIVIDENDS 74.09 | DFCEX | - | - | 74.09 |
| 06/30 | 06/30 | Buy | DFA EMERGING MARKETS CORE EQUITY I REINVESTED AT 20.47 PER SHARE | DFCEX | 3.619 | 20.47 | (74.09) |

**Questions? Consult your Independent Advisor:**
FULLCIRCLE WEALTH LLC (972) 480-6201

**TD Ameritrade** Institutional

Page 5 of 7

Account ███████3171

**JENNIFER A JOHNSON ROLLOVER IRA**
**TD AMERITRADE CLEARING, CUSTODIAN**

ROLLOVER IRA

# MONTHLY STATEMENT

Reporting Period: **June 1 - 30, 2017**

## INSURED DEPOSIT ACCOUNT TD AMERITRADE INTEREST CREDIT/EXPENSE

| Begin Date | Balance | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD Paid |
|---|---|---|---|---|---|---|
| 06/01 | $52.77 | 30 | 0.0100 | $- | $- | $ - |

**TOTAL INTEREST INCOME**

## INSURED DEPOSIT ACCOUNT ACTIVITY

| Transaction Date | Settlement Date | Transaction | Description | Amount | Balance |
|---|---|---|---|---|---|
| **Opening Balance** | | | | | **$27.77** |
| 06/01 | 06/01 | Received | FDIC INSURED DEPOSIT ACCOUNT IDA12 NOT COVERED BY SIPC PURCHASE FDIC INSURED DEPOSIT ACCOUNT | $25.00 | 52.77 |
| **Closing Balance** | | | | | **$52.77** |

**TD Bank NA**                                                                              **$52.77**

FDIC Insured Deposit Account (IDA) balances reflected in your brokerage account are FDIC-insured up to applicable limits and held by TD Bank, N.A., or TD Bank USA, N.A., or both. The IDA balances are not covered by the Securities Investor Protection Corporation (SIPC) protection applicable to your brokerage account.

**Questions? Consult your Independent Advisor:**
FULLCIRCLE WEALTH LLC (972) 480-6201

**TD Ameritrade**
Institutional

Account ▮3171
JENNIFER A JOHNSON ROLLOVER IRA
TD AMERITRADE CLEARING, CUSTODIAN

ROLLOVER IRA

# MONTHLY STATEMENT

Reporting Period: June 1 - 30, 2017

## IMPORTANT INFORMATION

### STATEMENT OF FINANCIAL CONDITION

The most recent statement of financial condition for TD Ameritrade Clearing, Inc. may be obtained at no cost, via the Internet at http://www.tdameritrade.com/financialstatement.html or by contacting TD Ameritrade Clearing, Inc. at 1-800-669-3900. As of March 31, 2017, TD Ameritrade Clearing, Inc. had net capital and a net capital requirement of $1.5 billion and $291 million, respectively. A copy of the report and comments is currently available for customers' inspection at the principal office of the Securities and Exchange Commission in Washington DC and the Denver, CO office of the Commission.

### FINRA INFORMATION

Required Annual FINRA Information: Investors may request disclosable background information on any U.S. licensed broker or broker-dealer via FINRA's BrokerCheck, a free online tool. Visit brokercheck.finra.org. Additionally, FINRA has a brochure which describes the BrokerCheck program. You may request this brochure either through the FINRA web site www.finra.org or by calling (800) 289-9999, the BrokerCheck Hotline Number.

**** THANK YOU FOR CHOOSING TD AMERITRADE INSTITUTIONAL - END OF STATEMENT ****

**Questions? Consult your Independent Advisor:**
FULLCIRCLE WEALTH LLC (972) 480-6201

**TD Ameritrade**
Institutional

Page 7 of 7

# EXHIBIT 1-L

# to Declaration of Jennifer Johnson

# CASE NO. 2:17-cv-02000-APG-GWF

# Copy of Individual Financial Disclosure (IFD) Form

## BACKGROUND INFORMATION

**Item 1. Information About You**

Full Name Jennifer Ann Johnson

Social Security No. ▮▮▮▮ 3911

Current Address of Primary Residence
1330 Eversole Dr.
Broomfield, CO 80023

Driver's License No. ▮▮▮▮ 0648

State Issued CO

Phone Numbers
Home: ▮▮▮ 1928
Fax:

Date of Birth (mm/dd/yyyy) ▮▮▮ 1977

Place of Birth Las Cruces NM

☐ Rent  ☑ Own   From (Date) 01/12/2017 (mm/dd/yyyy)

E-Mail Address jennyfred@gmail.com

Internet Home Page n/a

**Previous Addresses for past five years** (if required, use additional pages at end of form)

| Address | From / Until |
|---|---|
| 14310 Grant St. #4-105 Thornton, CO 80023 | From: 05/03/2016 Until: 01/31/2017 (mm/dd/yyyy) ☑ Rent ☐ Own |
| 4649 Spinning Wheel Dr. Brighton, CO 80601 | From 12/09/2012 Until 05/03/2016 ☐ Rent ☑ Own |
| 1631 S. Deframe St. A2 Lakewood, CO 80228 | From 07/18/2005 Until 12/09/2012 ☐ Rent ☑ Own |

Identify any other name(s) and/or social security number(s) you have used, and the time period(s) during which they
were used: Jennifer Frederick  09/04/1977 – 08/01/2010

**Item 2. Information About Your Spouse or Live-In Companion**

Spouse/Companion's Name
Leviy Perry Johnson

Social Security No. ▮▮▮▮ 3101

Date of Birth ▮▮▮ 1979 (mm/dd/yyyy)

Address (if different from yours)

Phone Number ▮▮▮ 7132

Place of Birth Cody, WY

☐ Rent ☑ Own   From (Date) 01/12/2017 (mm/dd/yyyy)

Identify any other name(s) and/or social security number(s) you have used, and the time period(s) during which they were used:
n/a

Employer's Name and Address
Adams County District Attorney's office
1000 Judicial Center Dr.
Brighton CO 80601

Job Title Deputy District Attorney

Years in Present Job 3

Annual Gross Salary/Wages $ 77,328 —

**Item 3. Information About Your Previous Spouse**

Name and Address
n/a

Social Security No.

Date of Birth / / (mm/dd/yyyy)

**Item 4. Contact Information** (name and address of closest living relative other than your spouse)

Name and Address
John Frederick
12101 Beach St.
Westminster, CO 80234

Phone Number ▮▮▮ 054-

Initials JX

**Item 24. Document Requests**
Provide copies of the following documents with your completed Financial Statement.

| | |
|---|---|
| | Federal tax returns filed during the last three years by or on behalf of you, your spouse, or your dependents. |
| | All applications for bank loans or other extensions of credit (other than credit cards) that you, your spouse, or your dependents have submitted within the last two years, including by obtaining copies from lenders if necessary. |
| Item 9 | For each bank account listed in Item 9, all account statements for the past 3 years. |
| Item 11 | For each business entity listed in Item 11, provide (including by causing to be generated from accounting records) the most recent balance sheet, tax return, annual income statement, the most recent year-to-date income statement, and all general ledger files from account records. |
| Item 17 | All appraisals that have been prepared for any property listed in Item 17, including appraisals done for insurance purposes. You may exclude any category of property where the total appraised value of all property in that category is less than $2,000. |
| Item 18 | All appraisals that have been prepared for real property listed in Item 18. |
| Item 21 | Documentation for all debts listed in Item 21. |
| Item 22 | All executed documents for any trust or escrow listed in Item 22. Also provide any appraisals, including insurance appraisals that have been done for any assets held by any such trust or in any such escrow. |

## SUMMARY FINANCIAL SCHEDULES

**Item 25. Combined Balance Sheet for You, Your Spouse, and Your Dependents**

| Assets | | Liabilities | |
|---|---|---|---|
| Cash on Hand (Item 9) | $ 20— | Loans Against Publicly Traded Securities (Item 10) | $ — |
| Funds Held in Financial Institutions (Item 9) | $81,239.06 | Vehicles - Liens (Item 16) | $37,620.04 |
| U.S. Government Securities (Item 10) | $4204.88 | Real Property – Encumbrances (Item 18) | $ — |
| Publicly Traded Securities (Item 10) | $ — | Credit Cards (Item 19) | $10475.15 |
| Non-Public Business and Financial Interests (Item 11) | $ — | Taxes Payable (Item 20) | $ — |
| Amounts Owed to You (Item 12) | $ — | Amounts Owed by You (Item 21) | $1,049,152.45 |
| Life Insurance Policies (Item 13) | $8653.2 | **Other Liabilities (Itemize)** | |
| Deferred Income Arrangements (Item 14) | $54,014.59 | | $ |
| Vehicles (Item 16) | $42,800 | | $ |
| Other Personal Property (Item 17) | $ 0 | | $ |
| Real Property (Item 18) | $1,020,000 | | $ |
| **Other Assets (Itemize)** | | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| **Total Assets** $1,448,801.74 | | **Total Liabilities** | $1,097,747.64 |

**Item 26. Combined Current Monthly Income and Expenses for You, Your Spouse, and Your Dependents**
Provide the current monthly income and expenses for you, your spouse, and your dependents. Do not include credit card payments separately; rather, include credit card expenditures in the appropriate categories.

| Income (State source of each item) | | Expenses | |
|---|---|---|---|
| Salary - After Taxes<br>Source: spouse job | $5077.57 | Mortgage or Rental Payments for Residence(s) | $3722.75 |
| Fees, Commissions, and Royalties<br>Source: | $ 0 | Property Taxes for Residence(s) in mortgage payment above | $ 0 |
| Interest<br>Source: | $ 0 | Rental Property Expenses, Including Mortgage Payments, Taxes, and Insurance | $ 0 |
| Dividends and Capital Gains<br>Source: | $ 0 | Car or Other Vehicle Lease or Loan Payments | $1605— |
| Gross Rental Income<br>Source: | $ 0 | Food Expenses | $850— |
| Profits from Sole Proprietorships<br>Source: | $ 0 | Clothing Expenses credit cards allocated | $125— |
| Distributions from Partnerships, S-Corporations, and LLCs<br>Source: | $ 0 | Utilities —electric & water | $25— |

Initials: [signature]

| Item 26. Combined Current Monthly Income and Expenses for You, Your Spouse, and Your Dependents (cont.) | | | | |
|---|---|---|---|---|
| Distributions from Trusts and Estates Source: | $ | 0 | Medical Expenses, Including Insurance | $599.81 |
| Distributions from Deferred Income Arrangements Source: | $ | 0 | Other Insurance Premiums | $293.83 |
| Social Security Payments | $ | 0 | Other Transportation Expenses | $250.00 |
| Alimony/Child Support Received | $ | 0 | **Other Expenses (Itemize)** | |
| Gambling Income | $ | 0 | daycare | $216+ |
| **Other Income (Itemize)** | | | student loans | $1408.46 |
| | $ | | nonrecourse loan | $557.14 |
| | $ | | cell phones | $80.- |
| | $ | | internet | $99.90 |
| Total Income | $5107.51 | | Total Expenses | $12960.95 |

## ATTACHMENTS

**Item 27. Documents Attached to this Financial Statement**
List all documents that are being submitted with this financial statement. For any Item 24 documents that are not attached, explain why.

| Item No. Document Relates To | Description of Document |
|---|---|
| 6 | excel spreadsheet / flash drive |
| 9 | excel spreadsheet / flash drive |
| 14 | excel spreadsheet / flash drive |
| 21 | excel spreadsheet / flash drive |
| 18 | purchased from spouse's dad with cash. there has never been an appraisal done on this property |
| 11 | B+G Tech no longer operating |
| | |

I am submitting this financial statement with the understanding that it may affect action by the Federal Trade Commission or a federal court. I have used my best efforts to obtain the information requested in this statement. The responses I have provided to the items above are true and contain all the requested facts and information of which I have notice or knowledge. I have provided all requested documents in my custody, possession, or control. I know of the penalties for false statements under 18 U.S.C. § 1001, 18 U.S.C. § 1621, and 18 U.S.C. § 1623 (five years imprisonment and/or fines). I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on:

7/31/2017
(Date)

Signature