# EXHIBIT 4

## CASE NO. 2:17-cv-02000-APG-GWF

Copy of *FTC v. Premier Precious Metals, Inc.,* Case No. 0:12-cv-60504-RNS (S.D. Fla. Apr. 2, 2013), Order Granting Limited Modification of Asset Freeze, ECF No. 112

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 12-cv-60504-SCOLA

FEDERAL TRADE COMMISSION,

    Plaintiff,

vs.

PREMIER PRECIOUS METALS, INC., *et al.*

    Defendants.

_____/

## ORDER GRANTING IN PART DEFENDANT COLOMBO'S
## MOTION FOR LIMITED MODIFICATION OF ASSET FREEZE

    THIS MATTER is before the Court on Defendant Anthony Columbo's Motion For Limited Modification Of Asset Freeze To Permit Access To Funds To Preserve Certain Properties, For Basic Living Expenses, and For Attorneys' Fees (ECF No. 89) and Columbo's Unopposed Motion To Modify Asset Freeze To Preserve Assets (ECF No. 111). Most of the expenses being requested by Columbo are focused on preserving Columbo's three properties, which make up the majority of his assets. The FTC has agreed to Columbo's request to modify the asset freeze to provide payment of property taxes, but objects to the release of other funds requested by Columbo for living and legal expenses.

    Having reviewed the motion, the record, and the relevant legal authorities, and noting the FTC's objection to the request, it is **ORDERED** that the Motion for limited modification (ECF No. 89) is **GRANTED in part and DENIED in part**, and the unopposed Motion (ECF No. 111) is **GRANTED**. The asset freeze imposed in this matter is modified as follows:

    (1) $19,888.21 in frozen funds shall be released from Columbo's frozen ScottTrade Account to pay the property taxes for the Pompano Beach lot and the Boynton Beach condominium;

    (2) $1,847.00 in frozen funds shall be released each month to pay the mortgages, association fees, and utility bills for the Boca Raton residence (5970 Buena Vista Court);

(3) $15,000.00 in frozen funds shall be released to pay for legal fees and expenses incurred by Columbo in the defense of this matter. The asset freeze is further modified as follows:

(4) $810.00 in frozen funds shall be released each month to pay for Columbo's living expenses.

These funds shall be released into Columbo's attorney's trust account to be used solely for the Court-ordered purposes, i.e., paying the property taxes (regarding the lot and condominium), paying taxes and related expenses (regarding the residence), paying monthly living expenses and paying for legal expenses.

Relatedly, the FTC's Motion to Strike Uncertified Deposition Transcript (ECF No. 91) is **DENIED**.

**DONE and ORDERED** in Chambers, at Miami, Florida on April 2, 2013.

ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE