# EXHIBIT B

| ID | Name | Orders | Active | Transactions | Success | Declines | Success PO | Refunds PC |
|---|---|---|---|---|---|---|---|---|
| 4 | Clickbooth | 230189 | 6106 | 1202149 | 667836 | 459371 | 2.9 | 0.16 |
| 45 | N&amp;A Consulting | 40752 | 182 | 201422 | 127030 | 62241 | 3.12 | 0.09 |
| 157 | Affiliati | 40575 | 2886 | 215224 | 115714 | 82894 | 2.85 | 0.2 |
| 2 | Cactus Media | 39996 | 273 | 239915 | 95995 | 134481 | 2.4 | 0.13 |
| 25 | QInteractive | 31366 | 274 | 182938 | 80195 | 95481 | 2.56 | 0.12 |
| 177 | IMMSL/Direct Focus | 24760 | 519 | 130421 | 76457 | 45372 | 3.09 | 0.18 |
| 101 | Media Crowd | 8070 | 79 | 37707 | 22017 | 13851 | 2.73 | 0.06 |
| 41 | Orange Star | 5911 | 45 | 32369 | 17543 | 13002 | 2.97 | 0.16 |
| 189 | Aperture | 4224 | 31 | 21759 | 12837 | 7479 | 3.04 | 0.16 |
| 137 | GrabAds | 1652 | 7 | 9832 | 4551 | 4608 | 2.75 | 0.2 |
| 6 | Webclients | 1386 | 12 | 8595 | 3592 | 4719 | 2.59 | 0.11 |
| 133 | RUA | 1168 | 4 | 6273 | 3287 | 2475 | 2.81 | 0.23 |
| 149 | XY7 | 633 | 3 | 3489 | 1483 | 1766 | 2.34 | 0.12 |
| 113 | G8 Direct | 496 | 4 | 2489 | 1503 | 831 | 3.03 | 0.2 |
| 53 | Blue Rocket Brands Upsell | 373 | 240 | 404 | 373 | 0 | 1 | 0.04 |
| 165 | Offer Conversion | 333 | 2 | 1987 | 945 | 952 | 2.84 | 0.16 |
| 161 | Ad Exchange | 206 | 6 | 830 | 502 | 277 | 2.44 | 0.19 |
| 145 | PeerFly | 181 | 0 | 976 | 403 | 542 | 2.23 | 0.1 |
| 21 | Megan Test Publisher | 166 | 0 | 422 | 220 | 10 | 1.33 | 1.03 |
| 9 | Home Page Publisher | 149 | 74 | 289 | 210 | 36 | 1.41 | 0.23 |
| 129 | Ryan Test | 88 | 0 | 571 | 208 | 335 | 2.36 | 0.17 |
| 185 | Oasis Ads | 84 | 7 | 489 | 253 | 217 | 3.01 | 0.15 |
| 153 | Ecentric | 66 | 0 | 464 | 147 | 302 | 2.23 | 0.14 |
| 109 | W4 | 33 | 0 | 149 | 108 | 34 | 3.27 | 0.15 |
| 173 | Chris Test | 28 | 2 | 51 | 28 | 16 | 1 | 0.07 |
| 93 | H2H | 13 | 0 | 65 | 37 | 22 | 2.85 | 0.08 |
| 169 | Traffic Jam Media | 5 | 0 | 23 | 11 | 9 | 2.2 | 0.2 |
| 197 | IMS | 4 | 0 | 32 | 5 | 27 | 1.25 | 0 |
| 5 | Testing Publisher | 2 | 0 | 5 | 3 | 0 | 1.5 | 1 |
| 121 | RevLive Test Publisher | 1 | 0 | 2 | 1 | 0 | 1 | 1 |
|   |   | 432910 | 10756 | 2301341 | 1233494 | 931350 | 2.85 | 0.15 |

| CB Count | CB PO | CDRN PO | B4E PO | Revenue | Refund | CB | CDRN | B4E | CPA |
|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| 27576 | 0.12 | 0.03 | 0.01 | $22,282,092.63 | $2,254,668.77 | $2,211,197.20 | $503,727.95 | $54,182.69 | $8,319,419.00 |
| 8310 | 0.2 | 0 | 0 | $4,672,553.92 | $211,344.36 | $700,033.07 | $2,504.71 | $412.63 | $1,394,652.00 |
| 5461 | 0.13 | 0.06 | 0.01 | $3,967,089.06 | $514,687.27 | $418,464.94 | $143,636.91 | $15,560.27 | $1,429,948.50 |
| 3178 | 0.08 | 0.01 | 0 | $2,551,346.85 | $288,993.93 | $234,822.62 | $30,790.75 | $6,583.00 | $670,306.00 |
| 2420 | 0.08 | 0.02 | 0.01 | $2,309,866.46 | $225,614.26 | $185,297.07 | $38,693.17 | $4,693.83 | $529,110.00 |
| 2655 | 0.11 | 0.05 | 0.01 | $2,856,258.37 | $288,090.21 | $202,037.00 | $74,947.17 | $7,402.07 | $908,000.00 |
| 1308 | 0.16 | 0 | 0 | $621,946.09 | $28,778.52 | $97,562.13 | $910.38 | $108.50 | $248,270.00 |
| 648 | 0.11 | 0.02 | 0 | $613,858.94 | $58,315.07 | $54,740.85 | $9,736.61 | $633.55 | $205,480.00 |
| 476 | 0.11 | 0.05 | 0.01 | $450,921.41 | $41,094.65 | $37,127.57 | $14,278.88 | $1,151.68 | $152,200.00 |
| 251 | 0.15 | 0.05 | 0 | $154,859.09 | $21,058.62 | $20,709.95 | $5,293.93 | $201.22 | $59,266.00 |
| 124 | 0.09 | 0 | 0 | $113,768.58 | $8,909.86 | $9,416.52 | $381.86 | $0.00 | $26,430.00 |
| 159 | 0.14 | 0.06 | 0.01 | $105,008.36 | $17,526.07 | $10,974.41 | $3,913.98 | $402.85 | $42,025.00 |
| 105 | 0.17 | 0.05 | 0.04 | $42,055.91 | $4,754.15 | $5,446.40 | $1,596.22 | $235.36 | $19,480.00 |
| 43 | 0.09 | 0.02 | 0 | $48,960.17 | $6,277.42 | $3,422.87 | $891.45 | $95.34 | $17,640.00 |
| 14 | 0.04 | 0.01 | 0 | $7,165.33 | $205.56 | $269.29 | $57.63 | $0.00 | $0.00 |
| 21 | 0.06 | 0.03 | 0.02 | $33,038.09 | $3,256.90 | $1,821.14 | $560.11 | $196.24 | $11,240.00 |
| 9 | 0.04 | 0 | 0.01 | $22,938.06 | $2,202.52 | $785.98 | $0.00 | $182.23 | $4,933.00 |
| 10 | 0.06 | 0.01 | 0 | $8,983.93 | $882.29 | $582.91 | $92.13 | $0.00 | $6,720.00 |
| 0 | 0 | 0 | 0 | $1,220.17 | $777.48 | $0.00 | $0.00 | $0.00 | $3,320.00 |
| 7 | 0.05 | 0 | 0 | $19,997.22 | $1,404.30 | $988.74 | $0.00 | $0.00 | $0.00 |
| 5 | 0.06 | 0.08 | 0 | $5,605.11 | $609.08 | $69.68 | $445.84 | $0.00 | $1,467.33 |
| 5 | 0.06 | 0 | 0 | $9,858.94 | $895.73 | $489.01 | $0.00 | $0.00 | $3,420.00 |
| 5 | 0.08 | 0.02 | 0 | $4,180.15 | $536.40 | $287.83 | $94.31 | $0.00 | $1,635.00 |
| 1 | 0.03 | 0.03 | 0 | $3,922.30 | $293.39 | $105.22 | $10.91 | $0.00 | $1,350.00 |
| 0 | 0 | 0 | 0 | $99.40 | $2.06 | $0.00 | $0.00 | $0.00 | $1,120.00 |
| 0 | 0 | 0.38 | 0 | $1,118.74 | $94.31 | $0.00 | $298.74 | $0.00 | $520.00 |
| 1 | 0.2 | 0 | 0.2 | $209.25 | $56.59 | $94.31 | $0.00 | $1.03 | $120.00 |
| 0 | 0 | 0 | 0 | $7.99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 0 | 0 | $5.93 | $1.03 | $0.00 | $0.00 | $0.00 | $90.00 |
| 0 | 0 | 0 | 0 | $1.03 | $1.03 | $0.00 | $0.00 | $0.00 | $0.00 |
| 52792 | 0.12 | 0.03 | 0.01 | $40,908,937.48 | $3,981,331.83 | $4,196,746.71 | $832,863.64 | $92,042.49 | $14,058,161.83 |

| Fullfillment | CS | Processing | Net | Net PO | EOTSFA |
|---:|---:|---:|---:|---:|---:|
| $2,726,087.90 | $668,892.51 | $1,627,704.79 | $3,916,211.82 | $17.01 | 101382 |
| $516,304.37 | $81,336.50 | $276,996.94 | $1,488,969.34 | $36.54 | 21525 |
| $481,895.34 | $141,713.50 | $342,009.48 | $479,172.84 | $11.81 | 19368 |
| $429,521.57 | $99,127.60 | $216,456.37 | $574,745.00 | $14.37 | 11271 |
| $333,420.36 | $76,179.90 | $172,045.72 | $744,812.15 | $23.75 | 10362 |
| $324,560.37 | $88,341.20 | $181,302.46 | $781,577.88 | $31.57 | 12494 |
| $96,341.53 | $20,544.50 | $51,040.95 | $78,389.58 | $9.71 | 2717 |
| $70,108.32 | $13,618.80 | $36,560.68 | $164,665.06 | $27.86 | 2797 |
| $53,376.93 | $15,208.20 | $33,770.31 | $102,713.19 | $24.32 | 2057 |
| $19,530.19 | $6,332.80 | $13,865.21 | $8,601.17 | $5.21 | 686 |
| $18,864.56 | $4,041.20 | $6,584.73 | $39,139.85 | $28.24 | 432 |
| $13,384.68 | $4,661.80 | $9,551.50 | $2,568.07 | $2.20 | 543 |
| $6,660.53 | $1,781.30 | $6,006.67 | ($3,904.72) | ($6.17) | 199 |
| $5,954.64 | $1,948.00 | $2,707.37 | $10,023.08 | $20.21 | 215 |
| $1,590.25 | $638.70 | $726.33 | $3,677.57 | $9.86 | 0 |
| $4,209.50 | $1,309.30 | $2,077.10 | $8,367.80 | $25.13 | 131 |
| $2,123.95 | $621.80 | $497.94 | $11,590.64 | $56.27 | 104 |
| $1,785.20 | $631.50 | $731.28 | ($2,441.38) | ($13.49) | 37 |
| $740.58 | $301.20 | $175.15 | ($4,094.24) | ($24.66) | 8 |
| $1,523.46 | $360.70 | $288.65 | $15,431.37 | $103.57 | 12 |
| $967.79 | $304.60 | $601.35 | $1,139.44 | $12.95 | 20 |
| $797.43 | $329.20 | $330.25 | $3,597.32 | $42.83 | 42 |
| $636.89 | $167.00 | $391.09 | $431.63 | $6.54 | 12 |
| $551.49 | $49.50 | $167.62 | $1,394.17 | $42.25 | 19 |
| $141.82 | $42.00 | $1.65 | ($1,208.13) | ($43.15) | 0 |
| $122.75 | $39.90 | $224.30 | ($181.26) | ($13.94) | 10 |
| $45.35 | $24.50 | $68.10 | ($200.63) | ($40.13) | 2 |
| $20.68 | $6.00 | $10.35 | ($29.04) | ($7.26) | 0 |
| $13.17 | $3.00 | $1.00 | ($102.27) | ($51.13) | 0 |
| $4.09 | $1.50 | $0.50 | ($6.09) | ($6.09) | 0 |
| $5,111,285.70 | $1,228,558.21 | $2,982,895.86 | $8,425,051.21 | $19.46 | 186445 |