# EXHIBIT E

8/17/2017                                          ADSUM Aspen 2016 Speakers – ADSUM



**Aspen, Colorado**
**Dec 8-10, 2017**

time left

days      hrs      min      sec

Blog      Join Our Community      Webinars      Past Events                    Register Now!      About

# ADSUM Aspen 2016 Speakers



f  Share      Tweet      👍 Like

## Regulatory Activities and Compliance Best Practices

 Bjarte Rene

 Ari Rothman

Jacob Bennett

 Peter Nguyen

*Chief Executive Officer,*
*Private Label*
*Nutraceuticals*

Bjarte Rene is the CEO of
Private Label
Nutraceuticals. Bjarte has
over 20 years of
experience manufacturing
and wholesaling
nutraceuticals for retail
and direct response
marketing companies.
Bjarte's companies have
sold tens of millions of
dollars in nutraceuticals
for some of the largest
specialty retailers in the
world.

*Attorney,*
*Venable LLP*

Ari Rothman's nationwide
practice focuses on all
legal facets of Internet and
mobile marketing,
telemarketing,
and payment
processing.  He represents
advertisers, affiliate
networks, publishers,
advertising agencies,
payment
processors, ISOs and
others in contract
negotiations, compliance
matters, federal and state
government investigations
including before the
Federal Trade Commission
and state attorney
generals, and other private
litigation.

*VP, Risk & Underwriting,*
*National Merchants*
*Association*

A leader in the payments
industry, Mr. Bennett is a
member of the Merchant
Acquirer's Committee
(MAC), the Electronic
Transactions Association
(ETA) Professional
Development Committee,
and is an ETA Certified
Payments Professional™.
He has more than 10 years
of bankcard industry
experience.

*CEO & Founder,*
*Ad Exchange Group*

Peter Nguyen is currently
the CEO and Founder of
Ad Exchange Group. He
has also the Co-Founder of
Push Innovation, Push
Innovation Live, and
Chargeback360. He has
been an advertiser who
has launched dozens of
campaigns for almost a
decade. Peter also wrote
the curriculum at
Accelerated Ventures, the
highest-rated course at
Baylor University.

Exhibit E - Page 1 of 6

# Using Reporting and Analytics to Measure Affiliates, Reduce Fraud, Build Successful Campaigns

 Rick Del Rio

 Laura Miller

 Venkata Janga

 Walter Long

*Founder & Owner, Limelight CRM*

As the sole founder and owner of Lime Light CRM, Rick created a technology that would change the way commerce is done on the Internet and revolutionize the Direct Response industry. Today his CRM technology platform, which generates annually approved revenue in excess of $2B, dominates the industry with 80% of market share and over 80mm+ transactions annually. He recently sold Lime Light CRM to a San Francisco-based technology company, marking one of his greatest accomplishments.

*Vice President of Business Development, Clickbooth*

Laura Miller, Vice President of Business Development, has been with Clickbooth since 2006 and was originally hired as an Advertising Account Executive and quickly promoted to Sr. Advertising Executive. In less than a year, she became the Director of Advertising and oversaw the entire Advertising Department. In 2010, she moved home to Cincinnati, Ohio and back into a client management position. This was a welcomed change, since she is most passionate about working directly with clients and enabling them to grow through Clickbooth's premium and exclusive traffic sources.

*Co-Founder, Chargeback360*

Venkata Janga(VJ) is Co-Founder of Chargeback360, a leader in chargeback prevention, re-presentment and risk mitigation services using data driven techniques. Prior to establishing Chargeback360, VJ built and managed over $100M profitable direct response marketing campaigns in high and low risk merchant portfolios. Using his prior experience on wall street he built predictive financial and risk models that direct response advertisers use today.

*Sr. VP of Business Development, RevGuard*

Walter Long is the Sr. VP of Business Development at RevGuard, a SaaS company that created a patented software that applies A/B split-testing to existing customer interactions. This software called Optimized Customer Outcome™ is guaranteed to increase Customer Lifetime Value (CLV), lower costs and reduce chargebacks for continuity and subscription advertisers.

## Conversions and Optimization Hacks

 Drew Puchalski

 Matthew Martorano

 Nick Cuttonaro

 Shahin Rothermel

Exhibit E - Page 2 of 6

*Chief Operating Officer,*
*Ad Exchange Group*

Drew Puchalski is the Chief Operating Officer for Ad Exchange Group, a leader in data-driven performance marketing. Responsible for driving AdEx's operational strategy and execution, he also oversees the company's design team and optimization culture. Drew's background is in the entertainment industry where he held management roles at DreamWorks Animation and Universal Pictures before co-founding the commercial agency, STADIUM.

*CEO & Founder,*
*Konnektive CRM*

Matthew has a proven executive management track record and over 20 years of experience driving sales growth in the technology industry. Prior to launching Konnektive CRM, Matthew owned and operated a large product company, driving thousands of sales into his 150 seat call center and to his online offers. He built several brands, which he sold through radio, print and online affiliate advertising. After selling the product and call center company, he took the homegrown technology and built Konnektive CRM.

*Founder & President,*
*The Link Builders*

Mr. Cuttonaro founded Microsite Masters, a search engine analytics company and Arctic Hosting, a hosting company tailored to servicing the SEO industry. Successful exits were made from both ventures in 2014 which enabled the rapid growth of The Link Builders over the last few years.

*Attorney,*
*Venable LLP*

Shahin Rothermel is an attorney in Venable's advertising and practice group.  Shahin routinely advises clients on compliance with federal and state laws associated with advertising across a wide array of verticals and all channels of marketing, including online continuity and subscription offers.  She has successfully defended clients before the Federal Trade Commission, National Advertising Division of the Better Business Bureau, Electronic Retailing Self-Regulatory Program, Children's Advertising Review Unit, and state attorneys general and

# Subscription Campaign Finance

 Mary Calderwood

 Alexis King

 Bruce Malott

 Venkata Janga

*Chief Financial Officer,*
*Halo River Management*

Mary Calderwood has over 20 years of operational involvement in retail financial operations. Her experience includes, reconciling over $16 billion in revenue through all distribution channels for one of the largest specialty retailers in the world. In addition to reconciling funds coming in to the company she also managed the distribution of over $7 billion in

*Director of Partner Relations,*
*National Merchants Association*

Alexis King is the director of Partner Relations at National Merchants Association, serving as the main liaison between the company and its independent agent partners. She is instrumental in building relationships with the agent partners and implementing programs that will help them achieve their goals of helping

*Founder,*
*O2 CPA Consulting Group*

Bruce F. Malott, CPA, CFF, is the founder and managing principal of O2 CPA Consulting Group. O2 CPA is a boutique consulting and tax firm that specializes in helping small businesses navigate complex tax, funding, and profitability issues, as well as helping individuals achieve their personal financial goals. Beyond tax advice and business consulting, Bruce is a nationally recognized

*Co-Founder,*
*Chargeback360*

Venkata Janga(VJ) is Co-Founder of Chargeback360, a leader in chargeback prevention, re-presentment and risk mitigation services using data driven techniques. Prior to establishing Chargeback360, VJ built and managed over $100M profitable direct response marketing campaigns in high and low risk merchant portfolios. Using his prior experience on wall street he built

domestic and international
payments.

businesses reduce credit
card processing fees.

forensic accounting expert
with experience in
testifying in over 100
cases.

predictive financial and
risk models that direct
response advertisers use
today.

# Domestic vs International Processing and Fulfillment

 Heather Petersen

 Rick Nelson

 Mark Standfield

 Ross Tembly

*CEO & Founder,
National Merchants
Association*
Founded in 2004, Ms.
Petersen's efforts have led
National Merchants
Association to become a
recognized leader in
payment processing
services for all risk levels.
Under her direction,
National Merchants
Association also serves as
an advocacy group for
credit card processing,
working on behalf of
businesses to eliminate the
unnecessary and
unreasonable fees
associated with accepting
electronic transactions.

*Founder & Owner,
The Fulfillment Lab*
Rick's experiences and
observations of the
logistics and fulfillment as
an Operations Manager at
Florida Central Binder
highlighted the need for
infrastructure with faster
communication, better
inventory management,
and an accessible real-time
dashboard. He's also adept
at overhauling training
practices, development,
and payroll methods to
maximize profitability.
Rick credits the rapid
expansion of The
Fulfillment Lab to the
establishment of a
scalable, replicable model
on the macro level and an
unrelenting customer
focus on the micro level.

*President,
Midigator*
Over the last decade Mark
has worked in the CNP
space with Chargeback
Guardian and Ethoca
creating and offering
solutions to help prevent
chargebacks and reduce
friendly fraud. In Dec
2015, Mark joined
Midigator, to continue the
fight against chargebacks
by providing real-time
analytics, reporting, and
automation in one
technology platform.

*Principal,
Concept Payments*
Ross has been entrenched
in the world of payment
technologies for over a
decade and has been
working in other facets of
the online world since
before learning to walk.
Subscribing to a personal
and professional mantra of
generosity and respect he
works tirelessly for the
advancement of people
around him and takes
great pleasure in aiding
their success.

# Advertiser — Ask Me Anything (Advertisers Only)

 Lucas Siegel

 Michael Lovitch

 Nathan Hopkins

 Nate Lind

*CEO & Co-Founder,*
*AlternaScript*

In 2013, Lucas co-founded AlternaScript, a direct to consumer, direct response, e- commerce company that leverages algorithms and data science to deliver personalized consumer experiences. AlternaScript's mission is to help healthy people stay healthy and empower them to take control of their lives through adaptive, personalized care. They create premium lifestyle products with the most powerful, scientifically studied ingredients on the planet.

*Founder,*
*The Baby Bathwater*
*Institute*

Michael Lovitch is a former special education teacher turned entrepreneur.  After creating some smaller companies, he created RealDose Nutrition which ended up in the mid 8-figure range. He has never done CPA style offers, but instead has focused on straight to sale while providing great products and customer service to increase  lifetime value. To him it is more about retention than acquisition. After exiting RealDose, Michael now throws events for  nutty entrepreneurs with new company:  The Baby Bathwater Institute

*BioTRUST Nutrition,*
*Vice President of Business*
*Development*

Currently the VP of Business Development, previously VP of Marketing. On the road to BioTrust, Nathan launched his first ebook offer out of his college apartment in 2001 on 'how to fund pilot training' based on his experiences as a licensed pilot. Post graduation he managed, and help re-build a Fortune 500 outside sales organization. Consulted and created breakthrough growth in Fortune 100 energy companies and then transitioned back to being full time online in 2005. He Co-founded two different online startups from the ground floor and grew to $25+ million in annual revenue. In 2012 joined senior management team at BioTrust Nutrition, playing a major role in scaling company from 40 people to 300+ employees and $100+ million annual revenue in less than 3 years. (Faster than any supplement company ever and the current largest US based ecommerce nutrition brand)

*ADSUM Founder,*
*ADSUM*

Nate Lind is a managing member of HaloRiver and the founder of ADSUM, the first conference of its kind designed specifically for Performance Marketing advertisers. Nate's background as an entrepreneur taught him how to navigate networking without a safety belt. He translates that experience into a passion for facilitating connections and providing an opportunity for networking and education to online advertisers/ owners of consumer products. As a managing member of HaloRiver, he has helped generate millions in revenue for clients selling health and beauty products online and around the world.

## Terms and Conditions

Attendee Terms and Conditions
Exhibitor and Sponsor Terms and Conditions
Privacy Policy

## Recent Posts

ADSUM Speaker Proposals
ADSUM 2017 Attendee Registration Opening Soon
ADSUM ASPEN 2017 Sponsor Preregistration
ADSUM_house
ADSUM Certified Affiliate Networks

## Latest Tweets

I Recently Hired My Husband to Join My Business. Here's How We Made It Work. https://t.co/S3ofmokw8E…
https://t.co/tROfvLT2AC   *0 minutes ago*

Marketing Day: Back-to-school shopping, Pinterest updates & the FTC-Uber settlement https://t.co/NAA4mMgK1I…
https://t.co/8Qw3q8gChm   *0 minutes ago*

Follow @theadsum

Exhibit E - Page 5 of 6

ADSUM Aspen 2016 Speakers – ADSUM

Exhibit E - Page 6 of 6