# EXHIBIT F-1 (RevGuard Web Site Pages 1-29)



## RevGuard®

HOW REVGUARD WORKS    SOLUTIONS    RESOURCES    ABOUT    LOGIN

# Optimize CLV, Lower Chargebacks, Every Time.

**Increase Your Profits in 60 Days, or We Pay You $10,000**

REQUEST A DEMO

*Did you know you can* **AUTOMATICALLY OPTIMIZE** *customer lifetime value?*

Take the RevGuard **$10,000** PROFIT Challenge!

LEARN MORE!


### Increase Your Profit
Calculate the impact RevGuard will have on your revenue.


### Treat Each Customer Uniquely
Increase the net value of each customer through A/B Testing.


### 24,270,323
Customers Served


### Scientific Testing Works Every Time
RevGuard's clients see significant results fast.


### Real-Time Reporting
See the results and impacts of your optimization tests.


### 515
Brands Live

**Keep Customers Longer. Increase Customer Profitability.**

CONTACT US TODAY!

## Companies We Work With

    

### About
Just like the A/B split tests you do in marketing; RevGuard's platform allows you to set up a control (A) and a test (B) for a specific segment of your customers when they contact your company through phone, email or web communication channels.

Those specific customers are then randomly presented with either A or B option and

### Sitemap

**Home**

**Request a Guided Tour**

**How It Works**
Step by Step Process
CEO / CMO / CFO / CTO
Optimizing CLV
Profit Calculator
Analytics

**Resources**
Blog
Case Studies
Client Testimonials

**About**
How It All Started
Meet the Team
Working Here

## RevGuard®

1-877-301-3135

Contact us!

Mon - Fri: 9:00 AM to 5:00 PM MT

6260 Lookout Road



their reactions are recorded by the RevGuard system, which is fully integrated with your CRM.

The testing results are shown to you through an analytics dashboard, which allows you to instantly see which tests are most profitable, so you can make more money with your customers.

Technology

**Solutions**
For Trial/Continuity Companies
For Subscription Companies
Products - Phone/IVR
Products - Web
Products - Email

Partners
Pricing
Contact

Boulder, Colorado 80301

© 2016 RevGuard, LLC. All rights reserved

Privacy Policy   Terms & Conditions   Standards   Product Releases

Google Chrome                60.0.3112.90                    2:44:40 PM 8/17/2017          Windows 10 Pro 64-bit Build 14393



**RevGuard®**

HOW REVGUARD WORKS   SOLUTIONS   RESOURCES   ABOUT   LOGIN

## Step by Step Process
The Scientific Method of Increasing CLV

REVGUARD | IMPROVE CUSTOMER RETENTION AND LTV, CUT CHARGEBACKS / HOW REVGUARD WORKS

## How A/B Testing is Used to Optimize CLV

The same science used for years in website optimization, landing page optimization, email campaign optimization and many other marketing applications can now be used to increase the profitability of the customers you already have. In fact, you could **increase your Customer Lifetime Value (CLV) 43%, and reduce Chargebacks 23% in 90 days**!

Here's How It Works: Out of all of your customers, a segmented customer group is defined and selected. This is called a **cohort**.

Customers belonging to the segmented group are presented with one of two offers, offer A or offer B. Data is collected on which offer is most popular with your customers, as well as which offer is the most profitable for your company.

That offer then becomes the new standard for your customers, and the process is repeated over and over again to continuously improve your customer lifetime value. This strategy to optimize CLV works every time – guaranteed!



## Step 1: Integration

RevGuard works within any customer service environment (phone, web, email, etc.) to improve communication with your customers.

RevGuard is already integrated with popular CRMs (SalesForce®, Netsuite®, Lime Light®, Triangle®, Konnektive®, OrderLogix®, Orange CRM®, UltraCart® and OrderMotion®) but it can also be integrated with your own custom system.

The integration typically takes two days of time, and RevGuard provides the technical resources to do this free of charge.





## Step 2: Customers Directed to RevGuard

You'll get the power of RevGuard's ability to split-test messaging to the consumer so when they attempt to cancel, downgrade, etc...

You learn over time exactly what to do to increase your revenues (and reduce expenses by lowering chargebacks and refunds).



RevGuard's system also reduces servicing costs by providing a CRM-integrated self-service platform so most of your customers do not incur costs of live customer service.

## Step 3: The Power of Testing and Hand Holding

You get a dedicated team of analysts to help you quickly define the sweet spot between additional revenue and the right mix of refunds or chargebacks.

You can design tests on your own or design tests with RevGuard analysts. Either way, RevGuard will hold your hand the entire time.





## Step 4: Test and Performance Analysis

You'll have access to your own **Client Portal** for real-time A/B testing results.

Plus, you'll also get CLV calculations on all your traffic, affiliates, countries, brands, marketing channels and cohorts.

## Step 5: Increased Profit Per Customer

By changing your customers' experiences based on the A/B test results collected by RevGuard's system, you will find new methods that generate more value out of your existing customers.

This methodology is guaranteed to increase profits. It works every time and keeps working because you repeat the optimization process over and over.

After running thousands of tests with millions of customers in over 15 different countries, we ABSOLUTLEY GUARANTEE your profit per customer will increase. **We are so confident in this, that we are offering a $10,000 PROFIT Challenge**.



**Interested in Seeing a Demo? Contact Us Today!**

**First Name:**

**Last Name:**

## About

Just like the A/B split tests you do in marketing; RevGuard's platform allows you to set up a control (A) and a test (B) for a specific segment of your customers when they contact your company through phone, email or web communication channels.

Those specific customers are then randomly presented with either A or B option and their reactions are recorded by the RevGuard system, which is fully integrated with your CRM.

The testing results are shown to you through an analytics dashboard, which allows you to instantly see which tests are most profitable, so you can make more money with your customers.

## Sitemap

**Home**

**Request a Guided Tour**

**How It Works**
Step by Step Process
CEO / CMO / CFO / CTO
Optimizing CLV
Profit Calculator
Analytics
Technology

**Solutions**
For Trial/Continuity Companies
For Subscription Companies
Products - Phone/IVR
Products - Web
Products - Email

**Resources**
Blog
Case Studies
Client Testimonials

**About**
How It All Started
Meet the Team
Working Here
Partners
Pricing
Contact



1-877-301-3135

Contact us!

Mon - Fri: 9:00 AM to 5:00 PM MT

6260 Lookout Road
Boulder, Colorado 80301

© 2016 RevGuard, LLC. All rights reserved      Privacy Policy    Terms & Conditions    Standards    Product Releases

Google Chrome                    60.0.3112.90                    2:45:36 PM 8/17/2017                    Windows 10 Pro 64-bit Build 14393



## Find Out Why Executives Love RevGuard

**RevGuard for CEOs**

Just like the A/B split tests you do in marketing, RevGuard's platform allows you to set up a control (A) and a test (B) for a specific segment of your customers when they contact your company through phone, email or web communication channels.

Those specific customers are then randomly presented with either A or B option and their reactions are recorded by the RevGuard system, which is fully integrated with your CRM.

The testing results are shown to you through an analytics dashboard, which allows you to instantly see which tests are most profitable, so you can make more money with your customers.

**Home**

**Request a Guided Tour**

**How It Works**
Step by Step Process
CEO / CMO / CFO / CTO
Optimizing CLV
Profit Calculator
Analytics
Technology

**Solutions**
For Trial/Continuity Companies
For Subscription Companies
Products - Phone/IVR
Products - Web
Products - Email

**Resources**
Blog
Case Studies
Client Testimonials

**About**
How It All Started
Meet the Team
Working Here
Partners
Pricing
Contact

1-877-301-3135

Contact us!

Mon - Fri: 9:00 AM to 5:00 PM MT

6260 Lookout Road
Boulder, Colorado 80301

© 2016 RevGuard, LLC. All rights reserved    Privacy Policy    Terms & Conditions    Standards    Product Releases

| Google Chrome | 60.0.3112.90 | 2:47:10 PM 8/17/2017 | Windows 10 Pro 64-bit Build 14393 |

## You'll see a 30% lift in profits.  And it's guaranteed.

Our proven SaaS technology will increase your profits by:

- Increasing your revenue per customer
- Reducing your refunds
- Cutting your live customer service costs

## What is RevGuard?

RevGuard is a Boulder, Colorado technology company which performs A/B split testing on your post-sale customer interactions.

We work exclusively with continuity and subscription businesses to lift and optimize Customer Lifetime Value (CLV).

## Typical Results You'll See

- Reduce live CSR costs 34%
- Reduce refunds 31%
- Reduce chargebacks 23%
- Increase save sales 23%
- Increase CLV 43%

> *"Since adding RevGuard in front of my live reps, I've had stability on my campaigns for over 2 years and my profit margins are at an all-time high. Their team is simply amazing and very responsive. RevGuard's reporting and analytics is unmatched in the industry, saving me a ton of time crunching numbers."*
>
> **RevGuard Customer of Four Years**

## Why it Works, Every Time

- The process we use is the same science B2C merchants have been using for years to test optimize marketing campaigns – A/B testing;
- But with RevGuard, we optimize the value of customers you have already acquired;
- Our Optimized Customer Outcome (OCO) system tests variables against one another and identifies the combination which works best for your customers.

> *"RevGuard is consistently helping me improve my business' bottom line. We appreciate their sincere interest in our success."*
>
> Lexxi A.

Exhibit F - Page 7 of 110

## RevGuard Keeps Things Simple

Doing a free trial is easy.

- We are fully integrated with the most popular CRM platforms: SalesForce, Netsuite, LimeLight, Triangle, Konnektive, OrderLogix, Orange CRM, UltraCart and OrderMotion and others;
- We also do integrations to your custom, internal CRM system
- You'll get a **No-risk Guarantee.** *Use our system for 30 days. If you don't think it's the most impactful, dynamic profit increasing technology you've used, then leave and owe us nothing.*
- There are no long term contracts. We earn your business every day.

## Safe and Secure

- We don't acquire any credit card or sensitive information. You retain that;
- Over 75 merchants and 508 brands are already using our system;
- Over 19 million customers have been tested and optimized through our system;
- Fully PCI-compliant;

## Hand Holders

- Free customer success support for life. We literally will do all the testing and the optimizing for you if you prefer but…,
- Most customers eventually choose to dynamically run the tests themselves;
- Dedicated customer success management team works to optimize your profits, design and deploy A/B tests and keep your profits growing;

## SaaS Technology

- 100% Cloud-based, no hardware or software to support;
- 99.85% uptime over last twelve months;
- Fastest growing customer optimization technology;

## Still have questions? Ready to see a demo? Great, let's get in touch!

**Ready to Learn More? Contact Us for A Short Demo!**





HOW REVGUARD WORKS    SOLUTIONS    RESOURCES    ABOUT    LOGIN

## Lift CLV = Greater Adspend

Our proven SaaS technology will increase your profits and customer lifetime value (CLV) by:

- Increasing your revenue per customer;
- Reducing your refunds;
- Cutting your live customer service costs;

Higher CLV frees up a higher eCPA budget for greater adspend.

Plus our SaaS-based technology user interface will give you live, real-time data on affiliate and channel partner CLV performance, allowing you to optimize traffic buys.

## What is RevGuard?

RevGuard is a Boulder, Colorado technology company which performs A/B split testing on your post-sale customer interactions.

We work exclusively with continuity and subscription businesses to lift and optimize Customer Lifetime Value (CLV).

## Typical Results You'll See

- Reduce live CSR costs 34%
- Reduce refunds 31%
- Reduce chargebacks 23%
- Increase save sales 23%
- Increase CLV 43%

> *"Since adding RevGuard in front of my live reps, I've had stability on my campaigns for over 2 years and my profit margins are at an all-time high. Their team is simply amazing and very responsive. RevGuard's reporting and analytics is unmatched in the industry, saving me a ton of time crunching numbers."*
>
> **RevGuard Customer of Four Years**

## Why it Works, Every Time

- The process we use is the same science B2C merchants have been using for years to test optimize marketing campaigns – A/B testing;
- But with RevGuard, we optimize the value of customers you have already acquired;
- Our Optimized Customer Outcome (OCO) system tests variables against one another and identifies the combination which works best for your customers.

> *"RevGuard is consistently helping me improve my business' bottom line. We appreciate their sincere interest in our success."*
>
> Lexxi A.

## RevGuard Keeps Things Simple

Doing a free trial is easy.

- We are fully integrated with the most popular CRM platforms: SalesForce, Netsuite, LimeLight, Triangle, Konnektive, OrderLogix, Orange CRM, UltraCart and OrderMotion and others;
- We also do integrations to your custom, internal CRM system
- You'll get a **No-risk Guarantee.** *Use our system for 30 days. If you don't think it's the most impactful, dynamic profit increasing technology you've used, then leave and owe us nothing.*
- There are no long term contracts. We earn your business every day.

## Safe and Secure

- We don't acquire any credit card or sensitive information. You retain that;
- Over 75 merchants and 508 brands are already using our system;
- Over 19 million customers have been tested and optimized through our system;
- Fully PCI-compliant;

## Hand Holders

- Free customer success support for life. We literally will do all the testing and the optimizing for you if you prefer but...,
- Most customers eventually choose to dynamically run the tests themselves;
- Dedicated customer success management team works to optimize your profits, design and deploy A/B tests and keep your profits growing;

## SaaS Technology

- 100% Cloud-based, no hardware or software to support;
- 9985% uptime over last twelve months;
- Fastest growing customer optimization technology;

## Excited to pitch this to your CEO, board or executive team? Still have questions? Ready to see a demo? Great, let's get in touch!



## Ready to Learn More? Contact Us for A Short Demo!

### About

Just like the A/B split tests you do in marketing; RevGuard's platform allows you to set up a control (A) and a test (B) for a specific segment of your customers when they contact your company through phone, email or web communication channels.

Those specific customers are then randomly presented with either A or B option and their reactions are recorded by the RevGuard system, which is fully integrated with your CRM.

The testing results are shown to you through an analytics dashboard, which allows you to instantly see which tests are most profitable, so you can make more money with your customers.

### Sitemap

**Home**

**Request a Guided Tour**

**How It Works**
Step by Step Process
CEO / CMO / CFO / CTO
Optimizing CLV
Profit Calculator
Analytics
Technology

**Solutions**
For Trial/Continuity Companies
For Subscription Companies
Products - Phone/IVR
Products - Web
Products - Email

**Resources**
Blog
Case Studies
Client Testimonials

**About**
How It All Started
Meet the Team
Working Here
Partners
Pricing
Contact

### RevGuard®

📞 1-877-301-3135
✉ Contact us!
🕐 Mon - Fri: 9:00 AM to 5:00 PM MT
📍 6260 Lookout Road
   Boulder, Colorado 80301

© 2016 RevGuard, LLC. All rights reserved     Privacy Policy     Terms & Conditions     Standards     Product Releases

Google Chrome          60.0.3112.90                    2:48:53 PM 8/17/2017          Windows 10 Pro 64-bit Build 14393

## The Power to Double Your Profits

*Every. Single. Time.*

## The Science

Everyone uses A/B testing to optimize customer acquisition. Now, you can also use A/B testing to optimize customer lifetime value (CLV).

## The Payoff

- Reduce live CSR costs 34%
- Reduce refunds 31%
- Reduce chargebacks 23%
- Increase save sales 23%
- Increase CLV 43%

The improvement never stops because this process uses the same A/B testing science your marketing team uses to lift conversion and click through rates. Our system is fully integrated with your CRM through IVR, Web and Email communications.

> *"RevGuard is consistently helping me improve my business' bottom line. We appreciate their sincere interest in our success."*
>
> **Lexxi A.**

## The Numbers

RevGuard gives your company an enormous advantage over your competitors because you'll:

- Join over 75 clients using the same technology daily for a combined 15 million+ customers.
- Reduce headcount and contracted call center costs (RevGuard automatically handles 60% of all customer interactions).
- Ensure secure, reliable protection of data and customer information (all credit card or billing information).
- Offer 24×7 customer service availability.
- Have consitent, quality-controlled interactions with all customers, assuring legal compliance.
- Get in-depth CLV analytics to help identify areas for profit improvement.
- Have a second pair of eyes to watch your company's performance statistics.
- Experience expert consulting regarding improving your financial performance from RevGuard business analysts.
- Have infrastructure flexibility with the RevGuard system, which immediately and automatically ramps at the same time as sales ramp and causes no lag in infrastructure or personnel.

> *"Since adding RevGuard in front of my live reps, I've had stability on my campaigns for over 2 years and my profit margins are at an all-time high. Their team is simply amazing and very responsive. RevGuard's reporting and analytics is unmatched in the industry, saving me a ton of time crunching numbers."*

Exhibit F - Page 13 of 110

RevGuard Customer of Four Years

## Easy Does It

Going live and doing a test is easy because:

- We are already integrated with several CRM platforms, such as SalesForce®, Netsuite®, Lime Light®, Triangle®, Konnektive®, OrderLogix®, Orange CRM®, UltraCart® and OrderMotion®

- We perform custom integrations to your unique internal system at no cost.

- We offer a no risk guarantee. Use our system for 30 days. If you don't think it's the most impactful, dynamic profit increasing technology you've used, then leave and owe us nothing.

- There are no long term contracts. We earn your business every day.

## Excited to pitch this to your CEO, board or executive team? Still have questions? Ready to see a demo? Great, let's get in touch!

### Ready to Learn More? Contact Us for A Short Demo!



#### About

Just like the A/B split tests you do in marketing; RevGuard's platform allows you to set up a control (A) and a test (B) for a specific segment of your customers when they contact your company through phone, email or web communication channels.

Those specific customers are then randomly presented with either A or B option and their reactions are recorded by the RevGuard system, which is fully integrated with your CRM.

The testing results are shown to you through an analytics dashboard, which allows you to instantly see which tests are most profitable, so you can make more money with your customers.

#### Sitemap

**Home**

**Request a Guided Tour**

**How It Works**
Step by Step Process
CEO / CMO / CFO / CTO
Optimizing CLV
Profit Calculator
Analytics
Technology

**Solutions**
For Trial/Continuity Companies
For Subscription Companies
Products - Phone/IVR
Products - Web
Products - Email

**Resources**
Blog
Case Studies
Client Testimonials

**About**
How It All Started
Meet the Team
Working Here
Partners
Pricing
Contact

RevGuard®

1-877-301-3155
Contact us!
Mon - Fri: 9:00 AM to 5:00 PM MT
6260 Lookout Road
Boulder, Colorado 80301

© 2016 RevGuard, LLC. All rights reserved     Privacy Policy    Terms & Conditions    Standards    Product Releases

Google Chrome          60.0.3112.90               2:49:37 PM 8/17/2017          Windows 10 Pro 64-bit Build 14393

## A Secure Technology to Increase Profits

*Integrated to Leading CRMs, Including Salesforce® And NetSuite®*

### The Science

Everyone uses A/B testing to optimize customer acquisition. Now, you can also use A/B testing to optimize customer lifetime value (CLV).

### Easy Does It

Going live and doing a test is easy and you'll get a system where:

- We are already integrated with, and meet the security protocols for, several CRM platforms, such as SalesForce®, Netsuite®, Lime Light®, Triangle®, Konnektive®, OrderLogix®, Orange CRM®, UltraCart® and OrderMotion®
- Already-integrated CRMs take about two business days to go live.
- New internal CRMs take two to five days, depending on your current CRM platform and its level of API development.
- Our system availability runs at 99.9%. **Click here** for 12 month stats.
- We perform custom integrations to your unique internal system at no cost.
- We offer a no risk guarantee. Use our system for 30 days. If you don't think it's the most impactful, dynamic profit increasing technology you've used, then leave and owe us nothing.
- There are no long term contracts. We earn your business every day.

> *"RevGuard is consistently helping me improve my business' bottom line. We appreciate their sincere interest in our success."*
>
> Lexxi A.

### Strong and Secure

Security is priority #1.

- You retain all credit card informaiton.
- RevGuard accesses information only by going through your CRM. We keep minimal personal information.
- Our firewall, infrastructure, and applications are architected for PCI compliance at a Level 2 Service Provider.
- Constant system monitoring and support provided by RackSpace.
- System updates happen by customer, not database, so scheduled downtime is typically less than 5 minutes per month.
- Automated server patching.
- Unmetered managed backups (weekly full and daily incremental with two week onsite retention).
- Load balanced cloud web servers for peak traffic spikes.
- The ability to add cloud web servers and dedicated database servers on demand to ramp with demand.

> *"Since adding RevGuard in front of my live reps, I've had stability on my campaigns for over 2 years and my profit margins are at an all-time high. Their team is simply amazing and very responsive. RevGuard's reporting and analytics is unmatched in the industry, saving me a ton of time crunching numbers."*
>
> **RevGuard Customer of Four Years**

## The Payoff

- Reduce live CSR costs 34%
- Reduce refunds 31%
- Reduce chargebacks 23%
- Increase save sales 23%
- Increase CLV 43%

The improvement never stops because this process uses the same A/B testing science your marketing team uses to lift conversion and click through rates. Our system is fully integrated with your CRM through IVR, Web and Email communications.

**Ready to Learn More? Contact Us for A Short Demo!**



**About**

Just like the A/B split tests you do in marketing; RevGuard's platform allows you to set up a control (A) and a test (B) for a specific segment of your customers when they contact your company through phone, email or web communication channels.

Those specific customers are then randomly presented with either A or B option and their reactions are recorded by the RevGuard system, which is fully integrated with your CRM.

The testing results are shown to you through an analytics dashboard, which allows you to instantly see which tests are most profitable, so you can make more money with your customers.

**Sitemap**

**Home**

**Request a Guided Tour**

**How It Works**
Step by Step Process
CEO / CMO / CFO / CTO
Optimizing CLV
Profit Calculator
Analytics
Technology

**Solutions**
For Trial/Continuity Companies
For Subscription Companies
Products - Phone/IVR
Products - Web
Products - Email

**Resources**
Blog
Case Studies
Client Testimonials

**About**
How It All Started
Meet the Team
Working Here
Partners
Pricing
Contact

**RevGuard**

1-877-301-3135

Contact us!

Mon - Fri: 9:00 AM to 5:00 PM MT

6260 Lookout Road
Boulder, Colorado 80301

© 2016 RevGuard, LLC. All rights reserved     Privacy Policy    Terms & Conditions    Standards    Product Releases

Google Chrome     60.0.3112.90     2:50:24 PM 8/17/2017     Windows 10 Pro 64-bit Build 14393



## Profit Calculator
Calculate the Profit Increase from RevGuard

REVGUARD | IMPROVE CUSTOMER RETENTION AND LTV, CUT CHARGEBACKS / **PROFIT IMPACT CALCULATOR**

Based on historical client successes, we can calculate your expected profits from initiating integration with RevGuard. Simply enter your company's order volume, refund percentage and average order size.

| Orders Per Day | Refund Rate (as a % of Revenue) | Subscription/Continuity Price |
|---|---|---|
|  |  |  |

**NEXT**

Ready to calculate your Customer Lifetime Value? **Contact us today** and we will let you know the impact RevGuard will have on your CLV.



### About

Just like the A/B split tests you do in marketing; RevGuard's platform allows you to set up a control (A) and a test (B) for a specific segment of your customers when they contact your company through phone, email or web communication channels.

Those specific customers are then randomly presented with either A or B option and their reactions are recorded by the RevGuard system, which is fully integrated with your CRM.

The testing results are shown to you through an analytics dashboard, which allows you to instantly see which tests are most profitable, so you can make more money with your customers.

### Sitemap

**Home**
**Request a Guided Tour**
**How It Works**
Step by Step Process
CEO / CMO / CFO / CTO
Optimizing CLV
Analytics
Technology
**Solutions**
For Trial/Continuity Companies
For Subscription Companies
Products - Phone/IVR
Products - Web
Products - Email

**Resources**
Blog
Case Studies
Client Testimonials
**About**
How It All Started
Meet the Team
Working Here
Partners
Pricing
Contact

1-877-301-3135
Contact us!
Mon - Fri: 9:00 AM to 5:00 PM MT
6260 Lookout Road
Boulder, Colorado 80301

© 2016 RevGuard, LLC. All rights reserved     Privacy Policy    Terms & Conditions    Standards    Product Releases

| Google Chrome | 60.0.3112.90 | 2:51:41 PM 8/17/2017 | Windows 10 Pro 64-bit Build 14393 |
|---|---|---|---|



SOLUTIONS   RESOURCES   ABOUT   LOGIN

HOW REVGUARD WORKS

## CLV & Optimizing CLV
Increase Profits with Your Existing Customers

REVGUARD | IMPROVE CUSTOMER RETENTION AND LTV, CUT CHARGEBACKS / **OPTIMIZING CUSTOMER LIFETIME VALUE**

## What is Customer Lifetime Value?

Customer Lifetime Value (CLV) is the net profit attributed to the entire future relationship with a customer. For subscription/continuity businesses, the most important metric to driving long term profitability and cash flow is CLV.

There is a revolution going on in the market today. Companies have learned that, though profitable acquisition of customers is important, it's just as important to use science and technology to lift overall CLV. Most analysts expect CLV optimization will be commonly applied to all customer relationships in the next 5-7 years. The companies that adopt and exploit CLV optimization technologies first will be the market winners in the decades to come.

We calculate CLV as all of your direct product revenues less all of your direct product costs because including non-variable overhead in CLV calculations lessens the focus on variables that can improve performance.

Interested in an example of CLV applied to subscription and continuity businesses? Read this article.

## Components of Optimizing CLV

There are three main components necessary to optimize CLV.

First, the ability to get analytical data. The RevGuard system integrates with your CRM and pulls key data fields, either actual data results or key predictive components. It then uses that data to do a raw CLV-To-Date calculation as well as an extrapolated CLV calculation. With the RevGuard system, you have the power to group and analyze the data by any range of factors that are in your database, customizing CLV analysis reports to target your focused area.

The second component of CLV optimization is having the ability to create cohorts. A **cohort** is a group that you define and establish and it can be grouped by affiliate, country, brand, gender or any other variable within your CRM. CLV-based cohort segmentation models allow companies to predict the most profitable group of customers, understand their common characteristics, and focus more on them. The ability to market to specific cohorts, instead of all your customers, is a key component of how RevGuard's system improves CLV.

Lastly, and final component necessary for optimizing CLV is the ability to have automated A/B testing and customer service interactions. RevGuard is the only system that allows you to get segmentation *and* automated customer service customization by cohorts.

### About

Just like the A/B split tests you do in marketing; RevGuard's platform allows you to set up a control (A) and a test (B) for a specific segment of your customers when they contact your company through phone, email or web communication channels.

Those specific customers are then randomly presented with either A or B option and their reactions are recorded by the RevGuard system, which is fully integrated with your CRM.

The testing results are shown to you through an analytics dashboard, which allows you to instantly see which tests are most profitable, so you can make more

### Sitemap

Home
Request a Guided Tour

**How It Works**
Step by Step Process
CEO / CMO / CFO / CTO
Optimizing CLV
Profit Calculator
Analytics
Technology

**Solutions**
For Trial/Continuity Companies
For Subscription Companies
Products - Phone/IVR
Products - Web
Products - Email

**Resources**
Blog
Case Studies
Client Testimonials

**About**
How It All Started
Meet the Team
Working Here
Partners
Pricing
Contact

RevGuard

📞 1-877-301-3135

✉ Contact us!

🕐 Mon - Fri: 9:00 AM to 5:00 PM MT

📍 6260 Lookout Road
Boulder, Colorado 80301





## Get to Know RevGuard's A/B Testing and CLV Platform

Utilizing RevGuard's CLV (Customer Lifetime Value) application, businesses can now segment their customers like never before. The CLV application allows you to gain invaluable insights into how your customers are similar, and by leveraging these similarities, create targeted A/B tests to optimize their customer relationships.

Watch the video to see a walk-through of the Online CLV Reporting Portal from VP of Analytics, Jonathan Bishoff.

*VP of Analytics, Jonathan Bishoff*

---

**Want to Start Collecting CLV Data For Your Company?**   **GET STARTED TODAY!**

## A/B Testing



You are using A/B testing right now to optimize customer acquisition through landing pages, emails, etc.

When you use the RevGuard system, you are using the same A/B science, but it is used to optimize the profitability of customers once you've acquired them.

RevGuard's UI provides you with an interactive tool to analyze test results, pick winners and losers and move your customer interactions to profit lifting results.

## CLV Application



Your foundation of CLV optimization, as well as affiliate management, is the capacity



When you use the RevGuard system, you have the ability to do automated, comprehensive CLV analysis of multiple cohorts. A cohort is a group that you define and establish, and it can be grouped by affiliate, country, brand, gender or any other variable within your CRM.

The RevGuard system will show you a flash CLV status, as well as a predicted CLV value for the life of customers in that cohort.

## Detailed Customer Behavior







their reactions are recorded by the
RevGuard system, which is fully integrated
with your CRM.

Technology

Pricing

Contact

**Solutions**
For Trial/Continuity Companies
For Subscription Companies
Products - Phone/IVR
Products - Web
Products - Email

The testing results are shown to you
through an analytics dashboard, which
allows you to instantly see which tests are
most profitable, so you can make more
money with your customers.

© 2016 RevGuard, LLC. All rights reserved   Privacy Policy   Terms & Conditions   Standards   Product Releases

| Google Chrome | 60.0.3112.90 | 2:53:27 PM 8/17/2017 | Windows 10 Pro 64-bit Build 14393 |



**HOW REVGUARD WORKS** | SOLUTIONS | RESOURCES | ABOUT | LOGIN

## Technology
RevGuard's Functionality

REVGUARD | IMPROVE CUSTOMER RETENTION AND LTV, CUT CHARGEBACKS / TECHNOLOGY

# SaaS

There is a revolution going on in computing and software. It's called Software as a Service (SaaS) and Infrastructure as a Service (IaaS). International Data Coporation projects the SaaS industry to grow to $67 billion by 2016, a cumulative average growth rate of 24%. Gartner Group projects IaaS growth to reach $36 billion by 2016, a cumulative average growth rate of 36%.

This growth is due to many positive aspects of SaaS platforms. First, SaaS platforms are cheaper because they bundle several customers on just one platform and one hosting environment. Second, SaaS maintenance is easier because there is much less need to manage your technical environment, and the capital expenses for hardware and software are nonexistent. Third, SaaS is entirely virtual. Distributed employees can work on software through the Cloud from anywhere.

# The Cloud

RevGuard is a SaaS technology company – it is 100% SaaS/IaaS Cloud-based and hosted by RackSpace, Inc. InContact, the largest Cloud-based multi-tier IVR technology platform, is our inbound calls platform. Sendgrid is our email management and optimization platform. Because RevGuard is a Cloud-based service, this migrates some of your infrastructure to the Cloud, which increases efficiency and accessibility within your company.

# Stability

**RevGuard is Your Communications Backbone**

All of your customer service calls will initiate into our system. About half will go to your live customer service solution, but the other half will go through our automated testing system. So we'd better have a pretty robust system – right?

**Rackspace and InContact**

We think Rackspace is the most robust, most responsive commercial hosting company available, which is why we use **Rackspace** for our server and firewall infrastructure.

In Best Practices 2012, Frost & Sullivan North American Cloud Contact Center Solutions crowned inContact the best Cloud-based contact center. The inContact backbone handles more than a billion calls a year, and we're built on an **InContact** platform.

**Robust System-Wide Service Level Agreements**

Our Service Level Agreement is 99.5% – our performance is usually at 99.95%. In other words, our system (and our underlying Cloud-based services) stumbles for only 20 minutes a month on average. Maintenance is typically performed in the early mornings on weekends and takes place for about an hour, once a month.

# Security

**Limited Customer Data**

We rarely keep personal customer information that isn't already available on the web, and we never hold information on credit cards, social security and/or driver's license. Customer information is usually limited to name, phone, email, product purchased and characteristics of the purchase (assembly date, pricing, etc.)

**PCI Compliance**

However, security is still a priority. Our firewall, infrastructure, and applications are architected for PCI compliance at a Level 2 Service Provider.



**Ready to learn more?**

First Name:

Last Name:



**Email Address:** *

**Company Name:** *

**Phone Number:** *

SUBMIT

## Customer Relationship Management Platforms

    



to set up a control (A) and a test (B) for a specific segment of your customers when they contact your company through phone, email or web communication channels.

Those specific customers are then randomly presented with either A or B option and their reactions are recorded by the RevGuard system, which is fully integrated with your CRM.

The testing results are shown to you through an analytics dashboard, which allows you to instantly see which tests are most profitable, so you can make more money with your customers.

**Request a Guided Tour**

**How It Works**
Step by Step Process
CEO / CMO / CFO / CTO
Optimizing CLV
Profit Calculator
Technology

**Solutions**
For Trial/Continuity Companies
For Subscription Companies
Products - Phone/IVR
Products - Web
Products - Email

Case Studies
Client Testimonials

**About**
How It All Started
Meet the Team
Working Here
Partners
Pricing
Contact

1-877-301-3135

Contact us!

Mon - Fri: 9:00 AM to 5:00 PM MT

6260 Lookout Road
Boulder, Colorado 80301

© 2016 RevGuard, LLC. All rights reserved    Privacy Policy    Terms & Conditions    Standards    Product Releases

| Google Chrome | 60.0.3112.90 | 2:54:14 PM 8/17/2017 | Windows 10 Pro 64-bit Build 14393 |



## Continuity Companies
What RevGuard Does For You

REVGUARD | IMPROVE CUSTOMER RETENTION AND LTV, CUT CHARGEBACKS / **CONTINUITY COMPANIES**

HOW REVGUARD WORKS    SOLUTIONS    RESOURCES    ABOUT    LOGIN

RevGuard was started by people who have worked in the trial/continuity industry for years. They know exactly what it takes to be successful in the industry, and having an outstanding customer service system in place is one of the most valuable assets of your company. Every one of your customers will interface with your customer service system, so it is imperative that your system is the best it can be to keep your customers happy and make your business money.

**That's where RevGuard comes in. They are exactly what you need to ensure your customer service system is the most profitable asset possible through their A/B Split Testing methodology.**

As a trial/continuity business, you are constantly battling increasing charge backs, customer complaints and long, inefficient customer service calls. RevGuard can eliminate all of these issues in your business with their tested and proven customer service optimization techniques. When your customers are happy with their customer service experience, they are less likely to file a charge back, submit a negative complaint or tie up your customer service lines with their problems. Instead of trying to get more new customers at a cheaper cost, RevGuard will help you make more money with the customers you already have.

Knowing what it takes to run a successful trial/continuity company, RevGuard has identified Top 10 Key Performance Indicators, which they have found drive the most success for businesses. They constantly monitor these metrics of your business to ensure you are as profitable as possible.

RevGuard also knows they make the most impact when working with trial/continuity companies that use **Lime Light**, **Orange CRM**, **Order Logix**, **OrderMotion**, **Response CRM**, **Triangle CRM**, or **UltraCart** as their CRM (Customer Relationship Manager).



**Download PDF:**
*The Top 10 Reasons Why Trial/Continuity Business Models Should Use RevGuard™*

*"Working with RevGuard helped increase my revenue over working with just a live call center."*

Anthony P.

## Ready to See A Short Demo? Contact Us Today!

* First Name:

[                                                    ]

* Last Name:

[                                                    ]

* Email Address:

[                                                    ]

* Company Name:

[                                                    ]

* Daily Orders

[ Select...                                        ▼ ]

SUBMIT

About          Sitemap



### About

Just like the A/B split tests you do in marketing, RevGuard's platform allows you to set up a control (A) and a test (B) for a specific segment of your customers when they contact your company through phone, email or web communication channels.

Those specific customers are then randomly presented with either A or B option and their reactions are recorded by the RevGuard system, which is fully integrated with your CRM.

The testing results are shown to you through an analytics dashboard, which allows you to instantly see which tests are most profitable, so you can make more money with your customers.

### Sitemap

**Home**

**Request a Guided Tour**

**How It Works**
Step by Step Process
CEO / CMO / CFO / CTO
Optimizing CLV
Profit Calculator
Analytics
Technology

**Solutions**
For Trial/Continuity Companies
For Subscription Companies
Products - Phone/IVR
Products - Web
Products - Email

**Resources**
Blog
Case Studies
Client Testimonials

**About**
How It All Started
Meet the Team
Working Here
Partners
Pricing
Contact

**RevGuard**

1-877-301-3135

Contact us!

Mon - Fri: 9:00 AM to 5:00 PM MT

6260 Lookout Road
Boulder, Colorado 80301

© 2016 RevGuard, LLC. All rights reserved   Privacy Policy   Terms & Conditions   Standards   Product Releases

| Google Chrome | 60.0.3112.90 | 2:55:06 PM 8/17/2017 | Windows 10 Pro 64-bit Build 14393 |
|---|---|---|---|



SOLUTIONS

HOW REVGUARD WORKS      SOLUTIONS      RESOURCES      ABOUT      LOGIN

## Subscription Companies
What RevGuard Does For You

REVGUARD | IMPROVE CUSTOMER RETENTION AND LTV, CUT CHARGEBACKS / **SUBSCRIPTION COMPANIES**

Subscription companies want to keep customers interested in their unique business and products for as long as possible. RevGuard knows subscription companies can make huge profit gains from lengthening the time their customers stay subscribers, even by just a month or two.

As a subscription business owner, you need to know how and what to say to your customers to make them want to stay subscribers for as long as possible.

**Leave that to us. Through our A/B Split Testing process, we determine exactly what your customer service system needs to offer your customers to retain them as subscribers.**

Your subscription company constantly battles to uphold a positive reputation, to deter customer complaints and to avoid long, inefficient customer service calls.

RevGuard can eliminate all of these issues in your business with our tested and proven customer service optimization techniques.

When your customers are happy with their customer service experience, they are more likely to form a positive opinion of your company and less likely to file a complaint or tie up your customer service lines with their problems.

Instead of trying to get more new customers at a cheaper cost, RevGuard will help you make more money with the customers you already have.

*"RevGuard is consistently helping me improve my business' bottom line. We appreciate their sincere interest in our success."*

**Lexxi A.**

*"Since adding RevGuard in front of my live reps, I've had stability on my campaigns for over 2 years and my profit margins are at an all-time high. Their team is simply amazing and very responsive. RevGuard's reporting and analytics is unmatched in the industry, saving me a ton of time crunching numbers."*

**RevGuard Customer of Four Years**

## Typical Results RevGuard Advertisers See

- Lower live CSR costs 31%
- Reduce refunds 17%
- Reduce chargebacks 23%
- Increase save sales 23%
- Increase Customer Lifetime Value 31%

### Ready to See A Short Demo? Contact Us Today!

* First Name:

* Last Name:

* Email Address:

* Company Name:

Exhibit F - Page 27 of 110



**About**

Just like the A/B split tests you do in marketing; RevGuard's platform allows you to set up a control (A) and a test (B) for a specific segment of your customers when they contact your company through phone, email or web communication channels.

Those specific customers are then randomly presented with either A or B option and their reactions are recorded by the RevGuard system, which is fully integrated with your CRM.

The testing results are shown to you through an analytics dashboard, which allows you to instantly see which tests are most profitable, so you can make more money with your customers.

**Sitemap**

**Home**

**Request a Guided Tour**

**How It Works**
Step by Step Process
CEO / CMO / CFO / CTO
Optimizing CLV
Profit Calculator
Analytics
Technology

**Solutions**
For Trial/Continuity Companies
For Subscription Companies
Products - Phone/IVR
Products - Web
Products - Email

**Resources**
Blog
Case Studies
Client Testimonials

**About**
How It All Started
Meet the Team
Working Here
Partners
Pricing
Contact

**REVGUARD**

1-877-301-3135

Contact us!

Mon - Fri: 9:00 AM to 5:00 PM MT

6260 Lookout Road
Boulder, Colorado 80301

© 2016 RevGuard, LLC. All rights reserved    Privacy Policy    Terms & Conditions    Standards    Product Releases

Google Chrome                    60.0.3112.90                    2:57:30 PM 8/17/2017              Windows 10 Pro 64-bit Build 14393



## Products
Phone/IVR

REVGUARD | IMPROVE CUSTOMER RETENTION AND LTV, CUT CHARGEBACKS / **INTERACTIVE VOICE RESPONSE**

## Outcome

RevGuard's phone OCO has been used on over 200 brands for 75+ companies on 24,270,428 customers.

We've never had a situation where we didn't do two things:
1) Make you more money
2) Make your customers happier

## Why It Works

When customers interact with your company, **surveys show** they want two critical things when dealing with your customer service:
1) Speed/Ease
2) Resolution

## Customer Malleability

Provide your customers with Speed/Ease and Resolution, and they will reward you with:

- Higher revenues per customer on average
- Lower refunds per customer on average
- Lower chargebacks per customer on average
- Higher customer satisfaction per customer on average

When you use the RevGuard OCO® system, you give your customers fast, targeted resolutions tested and optimized to maximize customer lifetime value.

## The Basics – How Phones Work

The foundation of our technology is A/B testing. We use the same tried and true science you've used for years to lift landing page, email, PPC and other channel conversion to lift customer lifetime value (CLV) for the customers you've already acquired.

When a customer uses the phone to reach out to you, our system quickly identifies the customer (80% of identifications occur with no customer input) and then puts them into a testing **cohort**. We then quickly serve them up with an option or a set of options based on their status.

A typical RevGuard OCO® handled customer is off the phone with a happy, more profitable outcome in less than 35 seconds.

RevGuard's software and team of customer success managers then analyze and review the results of the various A/B tests in various cohorts. By calculating out the CLV impact of various actions and choices and the rate at which customers choose those choices, we create actionable information for you to modify your current customer service interactions, pricing methods and retention options to increase CLV.

To date, every customer who has used our system has generated a solid, provable, economic lift in CLV and an ROI in excess of 350%. Every. Single. Time.

The process of improvement is never ending and always based on the science of A/B testing.

## OCO® Beats Live CSRs Every Single Time

One misconception some merchants have is that they think their customers prefer live customer service representatives. It's true that some people, some of the time have some issues they want to solve with live customer service. But almost always, customers prefer speed/ease and resolution in a fast, status targeted method.

A live CSR agent interaction usually takes 3-5 minutes after a typical hold time of 1 minute or more. In addition to the increased time, live CSRs also go through a series of questions to get to the point of resolution, which increases customer agitation. The negative impact of 100% Live CSRs is shown through higher CSR costs, higher refunds and higher chargebacks.



IVR API INTEGRATION

PHONE   API   API