# EXHIBIT F-2 (RevGuard Web Site Pages 30-40)



CALLING CUSTOMER    CLOUD BASED IVR    OCO – IVR API    CLIENT'S CRM

1. Customer calls support
2. IVR routes call to OCO
3. OCO communicates with CRM
4. OCO instructs IVR response
5. IVR responds to customer
6. Customer accepts offer

7. IVR communicates to OCO
8. OCO communicates to CRM
9. CRM responds with confirmation
10. OCO instructs IVR response
11. IVR responds to customer

## Ready to Learn More? Contact Us For a Short Demo!

* First Name:

* Last Name:

* Email Address:

* Company Name:

## About

Just like the A/B split tests you do in marketing; RevGuard's platform allows you to set up a control (A) and a test (B) for a specific segment of your customers when they contact your company through phone, email or web communication channels.

Those specific customers are then randomly presented with either A or B option and their reactions are recorded by the RevGuard system, which is fully integrated with your CRM.

The testing results are shown to you through an analytics dashboard, which allows you to instantly see which tests are most profitable, so you can make more money with your customers.

## Sitemap

**Home**
**Request a Guided Tour**
**How It Works**
Step by Step Process
CEO / CMO / CFO / CTO
Optimizing CLV
Profit Calculator
Analytics
Technology
**Solutions**
For Trial/Continuity Companies
For Subscription Companies
Products - Phone/IVR
Products - Web
Products - Email

**Resources**
Blog
Case Studies
Client Testimonials
**About**
How It All Started
Meet the Team
Working Here
Partners
Pricing
Contact

**RevGuard®**

📞 1-877-301-3135
✉ Contact us!
🕐 Mon - Fri: 9:00 AM to 5:00 PM MT
📍 6260 Lookout Road
   Boulder, Colorado 80301

© 2016 RevGuard, LLC. All rights reserved    Privacy Policy    Terms & Conditions    Standards    Product Releases

Google Chrome | 60.0.3112.90 | 2:59:26 PM 8/17/2017 | Windows 10 Pro 64-bit Build 14393

**REVGUARD**   HOW REVGUARD WORKS   SOLUTIONS   RESOURCES   ABOUT   LOGIN

# Products
## Online Communication Tools

REVGUARD | IMPROVE CUSTOMER RETENTION AND LTV, CUT CHARGEBACKS / ONLINE WEB INTERFACE

**Outcome**

RevGuard's web interface uses the same technology as RevGuard's phone/IVR OCO, which has been used on over 200 brands for 75+ companies on 24,270,428 customers.

We've never had a situation where we didn't do two things:
1) Make you more money
2) Make your customers happier

**Why It Works**

When customers interact with your company, **surveys show** they want two critical things when dealing with your customer service:
1) Speed/Ease
2) Resolution

**Customer Malleability**

Provide your customers with Spead/Ease and Resolution, and they will reward you with:

- Higher revenues per customer on average
- Lower Refunds per customer on average
- Lower chargebacks per customer on average
- Higher customer satisfaction per customer on average

When you use the RevGuard OCO® system, you give your customers fast, targeted resolutions tested and optimized to maximize customer lifetime value.

**The Basics – How Web Works**

The foundation of our technology is A/B testing. We use the same tried and true science you've used for years to lift landing page, email, PPC and other channel conversion to lift customer lifetime value (CLV) for the customers you've already acquired.

When you use the RevGuard system, you use an embedded javascript app which can be placed anywhere within your website, in one location or in several.

Using the RevGuard wysiwyg interface, you have the ability to create branded interfaces which look and feel completely coherent with your current website.The RevGuard UI allows you to create various messages, graphics, pricing points and offer points for testing.

When a customer uses the phone to reach out to you, our system quickly identifies the customer (98% of identifications occur with no customer input) and then puts them into a testing **cohort**. We then

RevGuard's software and team of customer success managers then analyze and review the results of the various A/B tests in various cohorts. By calculating out the CLV impact of various actions and choices and the rate at which customers choose those choices, we create actionable information for you to modify your current customer service interactions, pricing methods and retention options to increase CLV.

To date, every customer who has used our system has generated a solid, provable, economic lift in CLV and an ROI in excess of 350%. Every. Single. Time.

The process of improvement is never ending and always based on the science of A/B testing.

**Better Outcomes**

By providing with a fast, targeted and A/B tested optimized response we get better customer outcomes.

How fast? Web customers are typically at the page of interaction and done in less than one minute.

Targeted? Your customers' web interactions are targeted to their specific status and testing cohort you've assigned to them. Leading to a better outcome or, at a minimum, better knowledge on who to drive a better outcome.

A/B tested? Every interaction is being tested and measured for its impact on CLV, providing you valuable data on how to life and improve CLV and company profitability.

**OCO® Beats Live CSRs Every Single Time**

One misconception some merchants have is that they think their customers prefer live customer service representatives. It's true that some people, some of the time have some issues they want to solve with live customer service. But almost always, customers prefer speed/ease and resolution in a fast, status targeted method.

A live CSR agent interaction usually takes 3-5 minutes after a typical hold time of 1 minute or more. In addition to the increased time, live CSRs also go through a series of questions to get to the point of resolution, which increases customer agitation. The negative impact of 100% Live CSRs is shown through higher CSR costs, higher refunds and higher chargebacks.

quickly serve them up with an option or a set of options based on their status.



# WEB API INTEGRATION
## FIVE9 OR OTHER PROGRAMMABLE IVR APPLICATION

ONLINE CUSTOMER — WEB — CUSTOMER SUPPORT WEB SITE — API — OCO – WEB API — API — CLIENT'S CRM

1. Customer visits support page
2. Web page communicates to OCO
3. OCO communicates with CRM
4. OCO instructs web response
5. Web responds to customer
6. Customer accepts offer
7. Web page communicates to OCO
8. OCO communicates to CRM
9. CRM responds with confirmation
10. OCO instructs web response
11. Web responds to customer

**Contact Us Today!**

## About

Just like the A/B split tests you do in marketing; RevGuard's platform allows you to set up a control (A) and a test (B) for a specific segment of your customers when they contact your company through phone, email or web communication channels.

Those specific customers are then randomly presented with either A or B option and their reactions are recorded by the RevGuard system, which is fully integrated with your CRM.

The testing results are shown to you through an analytics dashboard, which allows you to instantly see which tests are most profitable, so you can make more money with your customers.

## Sitemap

**Home**

**Request a Guided Tour**

**How It Works**
Step by Step Process
CEO / CMO / CFO / CTO
Optimizing CLV
Profit Calculator
Analytics
Technology

**Solutions**
For Trial/Continuity Companies
For Subscription Companies
Products - Phone/IVR
Products - Web
Products - Email

**Resources**
Blog
Case Studies
Client Testimonials

**About**
How It All Started
Meet the Team
Working Here
Partners
Pricing
Contact

**$ RevGuard®**

☎ 1-877-301-3135

✉ Contact us!

🕐 Mon - Fri: 9:00 AM to 5:00 PM MT

📍 6260 Lookout Road
Boulder, Colorado 80301



**RevGuard**

HOW REVGUARD WORKS | SOLUTIONS | RESOURCES | ABOUT | LOGIN

Products
Email Communication Tools

REVGUARD | IMPROVE CUSTOMER RETENTION AND LTV, CUT CHARGEBACKS / CUSTOMER EMAIL INTERACTIONS

## Outcome

RevGuard's email uses the same technology as RevGuard's phone/IVR OCO, which has been used on over 200 brands for 75+ companies on 24,270,435 customers.

We've never had a situation where we didn't do two things:
1) Make you more money
2) Make your customers happier

## Why It Works

When customers interact with your company, surveys show they want two critical things when dealing with your customer service:
1) Speed/Ease
2) Resolution

## Customer Malleability

Provide your customers with Spead/Ease and Resolution, and they will reward you with:

- Higher revenues per customer on average
- Lower Refunds per customer on average
- Lower chargebacks per customer on average
- Higher customer satisfaction per customer on average

When you use the RevGuard OCO® system, you give your customers fast, targeted resolutions tested and optimized to maximize customer lifetime value.

## The Basics – How Email Works

When a customer sends an email to reach out to you, our system quickly identifies the customer (95% of identifications occur with no additional customer input) and then puts them into a testing cohort. We then quickly serve them up with an option or a set of options based on their status.

The foundation of our technology is A/B testing. We use the same tried and true science you've used for years to lift landing page, email, PPC and other channel conversion to lift customer lifetime value (CLV) for the customers you've already acquired.

A typical RevGuard OCO® handled customer is off the phone with a happy, more profitable outcome in less than 35 seconds.

RevGuard's software and team of customer success managers then analyze and review the results of the various A/B tests in various cohorts. By calculating out the CLV impact of various actions and choices and the rate at which customers choose those choices, we create actionable information for you to modify your current customer service interactions, pricing methods and retention options to increase CLV.

To date, every customer who has used our system has generated a solid, provable, economic lift in CLV and an ROI in excess of 350%. Every. Single. Time.

The process of improvement is never ending and always based on the science of A/B testing.

## Better Outcomes

By providing with a fast, targeted and A/B tested optimized response we get better customer outcomes.

How fast? A customer sends an email, he/she has a response sent in 1-2 seconds that is customized to their status and their testing cohort.

Targeted? Your customers email is targeted to their specific status and testing cohort you've assigned to them. Leading to a better outcome or, at a minimum, better knowledge on who to drive a better outcome.

A/B tested? Every interaction is being tested and measured for its impact on CLV, providing you valuable data on how to life and improve CLV and company profitability.

## OCO® Beats Live CSRs Every Single Time

One misconception some merchants have is that they think their customers prefer live customer service representatives. It's true that some people, some of the time have some issues they want to solve with live customer service. But almost always, customers prefer speed/ease and resolution in a fast, status targeted method.

A live CSR agent interaction usually takes 3-5 minutes after a typical hold time of 1 minute or more. In addition to the increased time, live CSRs also go through a series of questions to get to the point of resolution, which increases customer agitation. The negative impact of 100% Live CSRs is shown through higher CSR costs, higher refunds and higher chargebacks.






HOW REVGUARD WORKS  SOLUTIONS  RESOURCES  ABOUT  LOGIN

# Blog
RevGuard Business Technology News



REVGUARD | IMPROVE CUSTOMER RETENTION AND LTV, CUT CHARGEBACKS / BLOG



**06 JUN**

## RevGuard Happy Hour | The Affiliati Network | Sonny Palta

0 Comments   June 6, 2017   By Kirill Kniazev

advertiser best practices - affiliate fraud - affiliate network - affiliati - affilitate marketing - sonny palta



This is the first interview in the RevGuard Happy Hour series. The primary goal of the series is to host informal interviews with industry experts and thought leaders, and provide educational or interesting information for continuity, free trial, direct response advertisers. The secondary goal is, of course, to enjoy a drink or two while we are at it!

In this short interview with Sonny Palta, of The Affiliati Network, our own Aimee Paterson asks the important questions.

CONTINUE READING

---



**22 MAR**

## 6 Surprising Ways Customer Service Impacts Chargebacks

0 Comments   March 22, 2017   By Monica Cardone

chargebacks - chargebacks911 - fraud - interview series





SIGN UP TO RECEIVE NEW ARTICLES

* Your email:

SUBSCRIBE

Search

### INTERESTING ARTICLES

- RevGuard Happy Hour | The Affiliati Network | Sonny Palta
- 6 Surprising Ways Customer Service Impacts Chargebacks
- How to Lower Chargebacks, Combat Affiliate Fraud and Increase Profitability
- Call Center Hold Times are Killing Your Business – How You Can Fix That, Today
- Advertiser Summit Aspen Review and Recap

### CONTACT

- 1-877-301-3135
- Get in touch.
- Mon - Fri: 9:00 AM to 5:00 PM MT
- 6260 Lookout Road
  Boulder, Colorado 80301



Transaction disputes are a complex issue with hundreds of potential triggers. However, all chargebacks ultimately can be traced to one of three sources: criminal fraud, merchant error, or friendly fraud.

Most preventable chargebacks are the result of merchant error. Up to 40% of all transaction disputes are caused by simple oversights or easily corrected mistakes. Additionally, poor customer service is one of those merchant errors that leads to unnecessary chargebacks.

**CONTINUE READING**

---

**23 JAN**

## How to Lower Chargebacks, Combat Affiliate Fraud and Increase Profitability

0 Comments   January 23, 2017   By Kirill Kniazev

affiliate fraud - chargeback mitigation - interview series - pinpoint intelligence - subscription - trial continuity



This article is part of an interview series with experts in the continuity, subscription and trial-offer ecommerce space.

The focus of this series is to provide valuable insider information from the people who work in the industry, for novice and advanced online entrepreneurs and advertisers alike.

The first interview in the series is with Ben Grossman, CEO of Pinpoint Intelligence. Ben is a veteran in the trial offer space, having been an advertiser himself. These days, Ben is focused on risk management and chargeback mitigation for high risk merchants and high volume subscription services.

**CONTINUE READING**

---

**10**

## Call Center Hold Times are Killing Your Business –

**JAN**

How You Can Fix That, Today

💬 0 Comments   📅 January 10, 2017   👤 By Kirill Kniazev

🏷 call centers - call hold times - chargebacks - hold times - live customer service - trial continuity



Whether it's time to work on that Summer beach body, or New Year's resolutions are yet to be broken, ecommerce trial and subscription businesses are booming during these periods – new customers are signing up for skin, muscle and diet offers.

That's great for business.

On the flip side, your call center will soon inevitably start receiving a record number of calls.

Which every year seems to mean the same thing… longer hold times and higher chargebacks.

**CONTINUE READING**

**13 DEC**

## Advertiser Summit Aspen Review and Recap

💬 0 Comments   📅 December 13, 2016   👤 By Kirill Kniazev

🏷 adsumaspen - advertiser summit - advertiser summit review - asdumaspen review - event recap - event review - event sponsorship - nate lind

