# EXHIBIT F-3
# (RevGuard Web Site Pages 41-44)

The RevGuard team recently had an opportunity to attend the Advertiser Summit at the St. Regis and Hotel Jerome, in Aspen. The event was hosted by Nate Lind of HaloRiver.

TL;DR the event was full of trial offer advertisers and partners, providing an excellent opportunity to network and get to know successful players in the trial/continuity niche.

In this detailed review we will look at what makes #AdSumAspen an excellent investment for anyone partnering with, or marketing to, trial offer merchants. Read on!

**CONTINUE READING**

## 13 OCT — 6 Ways to Avoid Recurring Billing Chargebacks

 0 Comments    October 13, 2016    By Emily Burkhart    chargeback - optimizing clv - reducing chargebacks



In the final post of our guest series, the Chargeback team outlines the best practices for avoiding recurring billing chargebacks.

**CONTINUE READING**

## 29 SEP — Recurring Billing Chargebacks: The Reason Codes to Know

 0 Comments    September 29, 2016    By Emily Burkhart

 chargeback - chargeback reason codes - payment processing - recurring payments - reduce chargebacks





Subscription billing merchants are typically more familiar with customer disputes compared to merchants who don't use a recurring payment strategy. But not through any fault of their own—recurring billing chargebacks essentially come with the territory. Last week, the Chargeback team kicked-off a 3 part series with a merchant introduction to chargebacks and customer disputes. Now we're honing in on the specifics of customer disputes as they apply to subscription billing merchants specifically.

Today's post takes a look at the chargeback reason codes used to describe recurring billing disputes and the main variations in dispute types.



## 28 SEP
## The Patented Technology That Reduces Chargebacks While Increasing Profits

💬 0 Comments    📅 September 28, 2016    👤 By Kirill Kniazev

🏷 chargebacks - fintech - patent - revguard news - technology



We are proud to announce that we have been awarded a patent for our software that does A/B testing to optimize customer lifetime value. If you're familiar with what we do, then this may come as no surprise.

If you haven't yet heard of us…

Our patented SaaS platform assists subscription and continuity advertisers in reducing chargebacks, increasing customer lifetime value, reducing customer churn and increasing profits.

**CONTINUE READING**

**22**
**SEP**

## A Merchant Primer on Customer Disputes and Chargeback Management

💬 0 Comments  📅 September 22, 2016  👤 By Emily Burkhart



Chargebacks are one of the biggest pain points for subscription merchants. It seems that with every billing cycle comes a new slew of recurring billing disputes. Not only are these pesky things time-consuming, but they're also a serious drain on revenue. Even worse, if your chargeback ratio is above 1 percent for more than a month, your merchant account could be shut down.

Over the next three weeks, the team from Chargeback, the only technology-driven chargeback management solution on the market, will join the RevGuard blog to share our specialized knowledge of dispute resolution. The goal is to give you a comprehensive rundown of how chargebacks work, what subscription merchants should know about them, and how to prevent them from ever happening.

In this first post, we'll outline 7 fundamentals about chargebacks and the chargeback process that all merchants should understand.

**CONTINUE READING**

---

**06**
**SEP**

## Optimizing Profitability: A Chargebacks911 Review

💬 0 Comments  📅 September 6, 2016  👤 By Kirill Kniazev

🏷 chargebacks - chargebacks911 - continuity marketing - partner review - reducing chargebacks - subscription ecommerce



Today's ecommerce environment is driven by consumer preferences and customer satisfaction. This means merchants need to be even more attentive to the delicate balance between risk and reward. Indulging customers too much becomes an unmanageable liability. On the other hand, stringent risk mitigation can severely hinder

profitability.

The solution is a comprehensive combination of products and services that creates an equitable solution for both the merchant and customer.

Chargebacks911 is a key element to mitigating risk while optimizing revenue retention, and an excellent complementary chargeback reduction service to RevGuard.

**CONTINUE READING**

