# EXHIBIT F-4 (RevGuard Web Site Pages 45-58)



HOW REVGUARD WORKS · SOLUTIONS · RESOURCES · ABOUT · LOGIN

## Blog
RevGuard Business Technology News

REVGUARD | IMPROVE CUSTOMER RETENTION AND LTV, CUT CHARGEBACKS / BLOG PAGE 2

**26 AUG**

## How to Prevent Recurring Billing Chargebacks

💬 0 Comments · 📅 August 26, 2016 · 👤 By Alice Chen

🏷 continuity merchants - payfirma - recurring billing - recurring payments - reducing chargebacks - subscription ecommerce - subscription marketing



Whether you use installment billing or negative option (continuity) billing, the recurring billing model is susceptible to chargebacks. This this article, we'll explore a few ways to combat chargebacks.

**CONTINUE READING**

**14 JUN**

## 3 Proven Techniques to Reduce Ecommerce Chargebacks by 50%

💬 0 Comments · 📅 June 14, 2016 · 👤 By Blair McNea

🏷 chargeback reduction - continuity business - how to - reduce online chargebacks - subscription business



### SIGN UP TO RECEIVE NEW ARTICLES


* Your email:

**SUBSCRIBE**

Search 🔍

### INTERESTING ARTICLES

- RevGuard Happy Hour | The Affiliati Network | Sonny Palta
- 6 Surprising Ways Customer Service Impacts Chargebacks
- How to Lower Chargebacks, Combat Affiliate Fraud and Increase Profitability
- Call Center Hold Times are Killing Your Business – How You Can Fix That, Today
- Advertiser Summit Aspen Review and Recap

### CONTACT

📞 1-877-301-3135
✉ Get in touch.
🕐 Mon - Fri: 9:00 AM to 5:00 PM MT
📍 6260 Lookout Road
   Boulder, Colorado 80301



By applying certain best practices, subscription and continuity merchants can drop their chargeback rates with no additional costs. In fact, they can lift their profits. Here's how.

**CONTINUE READING**


**09 MAY**

## Using Live Customer Service Exclusively Is Costing You Millions

💬 0 Comments    📅 May 9, 2016    👤 By Blair McNea

🏷 call centers · continuity business · customer service · customer service testing · subscription business



Continuity businesses focused on customer retention or customer lifetime value (CLV) are making a BIG change.

Many of these businesses are testing automated systems in front of their live customer service agents. They now know that personalized, status-based automated interactions always make them more money, make their customers happier and always decrease complaints and chargebacks.

**CONTINUE READING**


**03 MAY**

## Customer Lifetime Value Explained: For Subscription and Continuity Businesses

💬 0 Comments    📅 May 3, 2016    👤 By Blair McNea

🏷 clv · continuity business · customer lifetime value · subscription business





For subscription & continuity businesses, the difference between those who succeed and those who fail is sustained optimal Customer Lifetime Value (CLV). This post will explain what CLV is and how it applies to your subscription or continuity business model.

CONTINUE READING


**24**
MAR

## People are different. Companies that know this, earn more...

💬 0 Comments    📅 March 24, 2015    👤 By wordpress_administrator

As a consumer goes through their lifetime with a subscription based company, they are at different stages of buying, usage or exiting. At each stage they respond differently to different options or offers. Don't treat them the same.

Segmentation of consumers into their logical groups (depending on where they are in their lifecycle) allows a company to provide different offers to consumers which increases their conversion or save sale rates. After millions of tests presented to consumers at different places in the typical trial/subscription/exit lifecycle, RevGuard has determined that by providing the right message at the right time, companies can increase their profits 50% or more.

Want to keep your customers longer and make more money per customer? Ask for a demo of the RevGuard system.

CONTINUE READING

**04**
MAR

## Tubing for Team Building

💬 0 Comments    📅 March 4, 2015    👤 By wordpress_administrator

The RevGuard team journeyed into the mountains to spend the day tubing at Fraser Hill in Winter Park. The team lucked out by being able to enjoy 40 degree weather in the middle of February, and we'll be back up in the mountains later this month to visit Eldora for a day of skiing and snow shoeing.



CONTINUE READING



## How to Improve Your Customer Service Metrics

💬 0 Comments    📅 November 12, 2014    👤 By wordpress_administrator

In a previous article, we addressed the importance of 5 Metrics to Score Your Customer Service. These 5 metrics included queue wait time, call abandon rate, call handle times, expected revenue per call, and expected refunds per call. While important, these customer service metrics are almost impossible to accurately measure when dealing with live customer service representatives. This is due to the inconsistency from one representative to another, which is impossible to eliminate, unless an automated IVR customer service system is in place.

*HOW TO IMPROVE YOUR CUSTOMER SERVICE METRICS*

An automated IVR customer service system handles every call exactly the same with consistent messaging, tone of voice, etc. This provides a perfect baseline for your customer service metrics. When your automated IVR is integrated with your CRM, the system is able to identify your customer (by their phone number or other variables). This allows the automated IVR to greet customers by name, pull up their record and know what state their order is in. With this additional information, you can begin testing your customer service system for specific groups of customers and know, without any doubt, you are improving the performance of your customer service.

If strictly using an automated IVR customer service system is not applicable to your company, there is always the option to blend the two approaches. Start out with an automated system, but offer the option to speak to a live representative at every step in the phone tree. Until a customer chooses the option to speak to a live representative, their interaction with your automated system can be added to the statistics contributing to the baseline performance of your customer service.

Another pro for using an automated IVR customer service system is the 24/7 availability. The automated system can receive calls at any time, including holidays, which allows you to constantly collect data contributing to your customer service metrics. More data means you can come to conclusions about your customer service metrics (with a statistically valid sample size) much more quickly than limiting your data collection to standard business hours.

**CONTINUE READING**

## Customer Value Optimization

💬 0 Comments    📅 November 5, 2014    👤 By wordpress_administrator

Due to the instant gratification mentality of modern customers, at least half of customers are no longer leaving voicemails. Customers do not believe their issues will be addressed in a timely manner and search for other ways to contact a business instead. This poses a problem for many businesses who do not offer 24/7 customer service.



businesses who do not offer 24/7 customer service.
Whether the business is providing live or automated 24/7
customer service, they are still able to receive half of their customers who otherwise
would have abandoned the call.

Not being readily available to address customer concerns has a direct impact on a
company's customer value optimization. Customers who are not satisfied with their
customer service experience will limit their spending and their number of transactions
with a company. Their negativity also has the potential to turn away new customers.
These factors cause the revenue per customer to drop, and therefore, customer value
optimization to deteriorate.

To keep costs as low as possible and still be able to answer customer calls 24/7, installing
an automated customer service IVR is the ideal option for many companies who can
address simple customer requests with an automated system. Requests such as checking
their account information, learning the shipping status of their order, cancelling their
account, etc. These common requests can all be handled through an automated IVR
customer service system, which is good news for companies who want to constantly work
on their customer value optimization.

**CONTINUE READING**

---

### 21 OCT

## Customer Retention Strategies

💬 0 Comments    📅 October 21, 2014    👤 By wordpress_administrator

Subscription and recurring billing companies want to keep
customers as long as possible. These types of companies
can make huge profit gains from lengthening the time
their customers stay paying customers, even by just a
month or two. Therefore, it is imperative to know how and
what to say to customers to make them choose to
continue being a paying customer as long as possible.



Developing customer retention strategies is not a guessing game – your customer
retention strategies should be developed through a method of testing and analyzing
those test results. Not taking the time to understand your customer retention strategies'
impacts on every level of your business leaves you with very little knowledge to continue
the process of effectively improving your company.

When brainstorming ideas for improving customer retention, offering discounts through
email, coupons, etc. is a common strategy. But what about offering those discounted
promotions when customers actively contact your company through phone, email or the
web? Instead of peppering your customers with emails they can delete and coupons they
can throw away, offer your promotions when customers are already taking the time to
interact with your company.

This is especially true if the customer is attempting to cancel their subscription with your
company. Try to get cancelling customers to stay subscribed at a discounted rate. The
worst answer they can give is no, in which case they will simply unsubscribe like they had
originally intended. However, if they say yes, whatever discounted rate they accept is
money in your pocket that would otherwise not be there. Finding the discount most
cancelling customers accept is where the money is at – money you didn't even know
existed!

Customer retention strategies should be more precise than the commonplace coupons we are barraged with daily. Utilizing customer service channels to extend the subscription life of your customers is a much more specific way to connect with your customers. Identify why they are contacting your business, make them an offer in conjunction with their needs, and watch your profits increase along with your customers' satisfaction.

**CONTINUE READING**

---



## Customer Lifetime Value: Historical CLV Calculation

💬 0 Comments    📅 September 22, 2014    👤 By wordpress_administrator

In the last article, Customer Lifetime Value: A Beginner's Overview, two key forms of Customer Lifetime Value ("CLV") were covered: Historical and Predicted. This article focuses on how to calculate and use Historical CLV analysis for a single customer.



From the previous article, we know Historical CLV looks at a customer's entire transaction history and shows the total value of that customer at some point in time. From this definition, we select three important items needed for the calculation: entire transaction history, total value, and point in time. Let's start with transaction history.

Obtain transaction history data from where your customer and their corresponding order data is stored. Most businesses use modern day Customer Relationship Management ("CRM") systems, which assign unique customer ID's to individual customers and group the child orders those customers produce. An example of a business using a CRM is an online retailer who makes customers register online before they are able to make an online purchase. By registering online, the customer now has a unique username (a type of ID), which allows the online retailer to combine all of the orders this customer places. Given this data structure, it's simple to track all orders relating to the transaction history for this unique customer.

Let's take customer 01. This customer is known to shop with the business on a contractual basis, purchasing a set amount of products over a pre-defined frequency. An export of all of his order records shows the following information:

CUSTOMER ID

ORDER ID

DATE

AMOUNT

ORDER STATUS

01

165651

1/1/2014

$152.00

Success

01

171651

2/1/2014

$152.00

Success
$152.00

Success

This export gives us the transaction history for customer 01. We can see from the data export that the customer was acquired on 1/1/2014, has 4 orders, 3 which are successful and 1 refunded. Let's use this information to start the construction of a total value analysis.

Total value is a quantitative measurement of what an order is "worth". Value is always defined as Revenue minus Expenses. However, which expenses (and sometimes revenue) a business uses to calculate value vary. Due to this variance, the items included in the calculation are subjective. For example: a business thinks including the cost of paper communications is important, while others find it negligible.

The goal is to find the value items that make up the majority of the customer's worth on a variable basis. Variable costs are the expenses that change and relate directly to an individual customer. We want to avoid including fixed costs in this analysis since fixed costs are sunk costs and incorrectly add expenses to a customer's value. Instead, we want to locate expenses related to acquiring and servicing a customer's specific orders. The most common variable costs that makeup CLV expenses are: Marketing and Acquisition, Product & Shipping, Maintenance, Transaction Fees, Refunds, Chargebacks, and Customer Service Inquires. Each business tracks and stores these items differently. Ideally, these expense items are fields contained in an order spreadsheet row and update automatically with any changes. However, most businesses have a good idea of these costs and can approximate them fairly accurately. Let's extend our earlier data table with this new information:

CUSTOMER ID

ORDER ID

DATE OF SALE

AMOUNT OF ORDER

ACQUISITION COST

PRODUCT COST

REFUNDS

CUSTOMER SERVICING COSTS

NET VALUE

01

165651

1/1/2014

$152.00

$85.00

$58.00

$0.00

$14.50

($5.50)

01

171651

2/1/2014

$152.00

$0.00

$58.00

$0.00

$5.75

$88.25

01

196545

3/1/2014

$152.00

$0.00

$58.00

$0.00

$21.50

$72.50

01

256913

4/1/2014

$152.00

$0.00

$58.00

$152.00

$4.00

($62.00)

We can now calculate the Historical CLV of customer 01. From the table above, we see the
sum of the net value is $93.25 (-$5.50 + $88.25 + $72.50 + -$62.00). Therefore, the
Historical CLV of customer 01 on 4/1/2014 is $93.25.

Historical CLV of customer 01 on 4/1/2014 is $93.25.

When assessing Historical CLV, it is helpful to create a cumulative running total of the customer to see the changes in their CLV over time. An example of a cumulative table is:

| CUSTOMER ID | DATE | CLV(T) |
|---|---|---|
| 01 | 1/1/2014 | ($5.50) |
| 01 | 2/1/2014 | $82.75 |
| 01 | 3/1/2014 | $155.25 |
| 01 | 4/1/2014 | $93.25 |

To create the cumulative table, take the previous CLV value and add it to the next CLV value. From the data, we see the customer had a starting CLV at 1/1/2014 of -$5.50. The next time period with an order shows a CLV of $88.25. To create the cumulative amount, we add the previous period CLV of -$5.50 to the next time period CLV of $88.25 to get the cumulative CLV of $82.75. We repeat this process through the entire date range for orders associated with the customer. It's important to see your cumulative CLV at 4/1/2014 matches the overall CLV on 4/1/2014. Our data above shows the sum of all the net values equals the cumulative running total on 4/1/2014.

The last component of calculating Historical CLV is the point in time. From the information presented above, you can see we've already calculated Historical CLV. The point in time is relevant because it tells us the value of Historical CLV at that specific point in time. As one would expect, Historical CLV increases over time as long as the customer is active. This is typically the case; however, Historical CLV can decrease if refunds are given on previous orders.

Since customer 01 kept the last product, and the business refunded them, we can safely conclude they are no longer an active customer. This idea of active versus inactive customers alerts you if a customer's CLV will be changing in the future. For the purpose of this article, we will assume a cancelled customer is inactive indefinitely. However, this is not always the case. It is completely possible that this customer returns and purchases more products in the future. You can account for this by switching to a Predictive CLV calculation. We will discuss that application in later articles.

Now that we have a cumulative Historical CLV table, we can begin to answer many questions relating to the value of this customer. If a decision maker were to ask, "What is the Return on Investment for the acquisition method used for customer 01?", you can answer it. Let's walk through how in an example.

First, we need to understand time impacts value. Everyone would prefer to receive $100.00 today as opposed to one year from today. Because of that, you need to look at the time value of money when assessing the ROI for a customer. The idea of time value is to adjust the dollar value at some point in time to account for cost of capital. There is a large amount of information on the Time Value of Money, so we will assume here that you have basic knowledge of the topic. We will assume a 10% discount factor for our analysis. Here is a table showing the adjustment for time value (Present Value):

CUSTOMER ID

DATE

NET VALUE

DISCOUNT

PRESENT VALUE

01

1/1/2014

($5.50)

$0.00

($5.50)

01

2/1/2014

$88.25

($0.70)

$87.55

01

3/1/2014

$72.50

($1.14)

$71.36

01

4/1/2014

($62.00)

$1.46

($60.54)

Our example is a small series of orders over a short period of time. As you can imagine, the longer the order history, the more impact the Time Value of Money will have on the ROI of you customer. Let's create the cumulative CLV table showing the Present Value of the orders:

CUSTOMER ID

DATE

DATE

PV [ CLV(T) ]

01

1/1/2014

($5.50)

01

2/1/2014

$82.05

01

3/1/2014

$153.41

01

4/1/2014

$92.87

Recall the acquisition cost of the customer is $85.00 on 1/1/2014. From our table above, we see customer 01 created a PV of CLV of $92.87. Therefore, the ROI for this customer under the acquisition method is 109% ($92.87 / $85.00). One pitfall people often make is forgetting the $85.00 value is already built into the CLV calculation, so subtracting it will double count the acquisition cost.

Though the information above relates to a simple example with one customer and 4 orders, it demonstrates the entire process of assembling Historical CLV and shows how it can be used to answer real world questions. The next article will extend these concepts to a group of customers and will expand on using Historical CLV for more real life problem solving.



CONTINUE READING

‹ 1 **2** 3 4 ›

## About

Just like the A/B split tests you do in marketing; RevGuard's platform allows you to set up a control (A) and a test (B) for a specific segment of your customers when they contact your company through phone, email or web communication channels.

Those specific customers are then randomly presented with either A or B option and their reactions are recorded by the RevGuard system, which is fully integrated with your CRM.

The testing results are shown to you through an analytics dashboard, which

## Sitemap

**Home**

**Request a Guided Tour**

**How It Works**
Step by Step Process
CEO / CMO / CFO / CTO
Optimizing CLV
Analytics
Technology

**Solutions**
For Trial/Continuity Companies
For Subscription Companies
Products - Phone/IVR
Products - Web

**Resources**
Blog
Case Studies
Client Testimonials

**About**
How It All Started
Meet the Team
Working Here
Partners
Pricing
Contact



RevGuard®


1-877-301-3135

✉ Contact us!

🕐 Mon - Fri: 9:00 AM to 5:00 PM MT

📍 6260 Lookout Road
Boulder, Colorado 80301



© 2016 RevGuard, LLC. All rights reserved

 **RevGuard**®

HOW REVGUARD WORKS    SOLUTIONS    **RESOURCES**    ABOUT    LOGIN

## Blog
RevGuard Business Technology News

REVGUARD | IMPROVE CUSTOMER RETENTION AND LTV, CUT CHARGEBACKS / **BLOG PAGE 3**

**16 SEP**

## A Devious Spin on the Ice Bucket Challenge

💬 0 Comments   📅 September 16, 2014   👤 By wordpress_administrator

RevGuard received a second challenge from Brand Ingenuity Group to take part in the ALS Ice Bucket Challenge. RevGuard once again accepted the challenge and donated $100 to the ALS Foundation (A Life Story Foundation for Amyotrophic Lateral Sclerosis). However, this time, the employees of RevGuard had an idea to make this challenge much more interesting...

The weather on the lawn in front of the RevGuard office in Boulder, Colorado was barely 50 degrees and was being smattered with freezing rain. Not ideal weather conditions for pouring ice water on yourself! So, a devious plan was concocted to make RevGuard VP, Walter Long, the prime target of ALL the ice water. Thank you, Walter, for making our second challenge even better than the first!

PayKings and Lime Light, we challenge YOU!

CONTINUE READING

**26 AUG**

## No Need for Tech Support When You've Got RevGuard Analytics Computing Your LTV Prediction

💬 0 Comments   📅 August 26, 2014   👤 By wordpress_administrator

Computing Customer Lifetime Value (LTV) doesn't need to be a puzzling dilemma. The most important aspect of LTV is understanding the dynamics of the metric and how to increase the value. To effectively increase LTV, a successful business capitalizes on its valuable, already-existing client relationships over a long period of time.

A critical component in increasing LTV is customer segmentation since some customers are more profitable than others. By focusing on your existing consumer base and identifying defining attributes of your customers, businesses are able to accurately predict profitable groups of customers. RevGuard analyzes your customer base through their patent-pending technology, which integrates seamlessly into virtually any CRM. The automated platform recognizes customers based on their unique characteristics, personalizes messages with no guesswork, and communicates attractive offers on pricing, discounts, down-sells and save-sales based on the science of A/B split testing.

LTV is all about anticipating future consumer concerns. By testing different promotions and incentives to engage customers, companies have the ability to increase conversion, save, and retention rates, providing decision-makers with a keen awareness of a client's needs and how to best answer them. Using RevGuard's intelligent data analysis and A/B metrics to optimize LTV, businesses can offer their customers tailored, intuitive offers that maximize profitability and the dollar value associated with the long term relationship of

### SIGN UP TO RECEIVE NEW ARTICLES

**\* Your email:**

SUBSCRIBE

Search 🔍

### INTERESTING ARTICLES

- RevGuard Happy Hour | The Affiliati Network | Sonny Palta
- 6 Surprising Ways Customer Service Impacts Chargebacks
- How to Lower Chargebacks, Combat Affiliate Fraud and Increase Profitability
- Call Center Hold Times are Killing Your Business – How You Can Fix That, Today
- Advertiser Summit Aspen Review and Recap

### CONTACT



📞 1-877-301-3135
✉ Get in touch.
🕐 Mon - Fri: 9:00 AM to 5:00 PM MT
📍 6260 Lookout Road
   Boulder, Colorado 80301

the customer.

**CONTINUE READING**

---



## RevGuard Takes on the Ice Bucket Challenge

💬 0 Comments    📅 August 19, 2014    👤 By wordpress_administrator

On August 13, 2014, RevGuard received a challenge from AdBoom Group to participate in the wildly popular ALS Ice Bucket Challenge. RevGuard gladly accepted the challenge and donated $600 to the ALS Foundation (A Life Story Foundation for Amyotrophic Lateral Sclerosis.) The employees of RevGuard took to the company's front lawn in Boulder, Colorado and doused themselves in freezing ice water. Earlier that day, RevGuard VPs Walter Long and Jonathan Bishoff joined our efforts in Times Square and passed the challenge off to PayKings, Lime Light, Verifi Inc., and RevLive.

**CONTINUE READING**

---

## Many Customers Die After 90 Seconds

💬 0 Comments    📅 August 12, 2014    👤 By wordpress_administrator

Studies within the customer service and call center industry show that 7 out of 10 consumers placed on hold longer than 90 seconds will form an adverse opinion about a company even if their prior experiences have been positive. Besides alienating customers, not planning for peak contact periods almost always creates higher expenses and reduces opportunities to optimize revenues as well.

Long hold times cause higher chargebacks because customers often get frustrated and call their banks instead of "waiting for the next available CSR". In fact, chargebacks increase exponentially the longer a customer is on hold past 90 seconds. Additionally, frustrated customers are known to take more time on the phone to vent—thus costing more in per-minute CSR expense. Finally, there is a significant yet often overlooked expense incurred by alienating your customers enough to cause them to complain externally. These unhappy consumers are more likely to complain to friends (or publicly on review and social media sites) and therefore damage the value of a brand and make new customer acquisition harder.

Revenues (and profits) decrease when customers become frustrated at the point of contact because they are less likely to take a save offer, up-sell, subscription hold or other incentive. By providing pre-cancellation options to customers who receive quick service, subscription/recurring billing companies can increase revenue-per-customer by 5% to 10% and profits significantly more.

By using RevGuard's patent-pending optimization tools that interact with virtually any CRM, companies can service customers "with no hold times," 24 hours a day. In addition, built in split-testing options quickly determine which offers and messages consumers like best. This ensures that companies make the most money possible and improve their online reputations and brand value.