# EXHIBIT F-5 (RevGuard Web Site Pages 59-82)

**CONTINUE READING**

---

## 05 AUG

# Testing to Develop Customer Retention Strategies

💬 0 Comments    📅 August 5, 2014    👤 By wordpress_administrator

The most effective way to increase customer lifetime value is to improve customer satisfaction. By giving customers what they want, they inherently have more positive feelings towards your company and remain customers longer. When presenting customers with offers, it is impossible to know whether option A, B or C will perform best without structuring a scientific test around the offers.

By picking a few different offers and applying them to specific segments of customers, it is possible to determine which customer segments respond best to an offer. The testing doesn't stop there. For example, determine what inactive customers favor versus what internet customers favor. Rock-paper-scissors might be what some companies are comfortable with, but we see no reason for guessing.

At RevGuard, we not only want to get rid of guessing when developing customer retention strategies, but human error as well. To make our process scientifically precise, we take different offers and subtract inconsistent human components. Each offer is presented in exactly the same way every single time. Customers do not even have the opportunity to deal with a tired, annoyed, or uninformed employee when they call in, which significantly reduces the number of emotion-based responses. Every call is handled exactly the same. This way, we are able to compare our numbers without factoring in any discrepancies. No guessing required.

**CONTINUE READING**

---

## 01 AUG

# 5 Metrics to Score Your Customer Service

💬 0 Comments    📅 August 1, 2014    👤 By wordpress_administrator

These 5 metrics are crucial to the success of your business and illustrate how well your customer service group is performing.

1. Queue Wait Time

Queue Wait Time ("QWT") is the time a customer waits on hold to speak with a live agent. This is the most important metric driving the success of your customer service system. In the current fast-paced, technology-driven world, customers have less patience to wait for service. There is a big movement in the broader commerce market called "self-service", where customers dictate the pace of their service. This can be seen in the use of IPads® for ordering at restaurants, beer vending machines, self-checkout at grocery stores, etc.



RevGuard analytics show the longer a customer waits to perform a task associated with their account, the less responsive they are to revenue and refund reducing techniques. A

Exhibit F - Page 59 of 110

customer has a set amount of time they want to spend with your business representative, and instead of them spending that time hearing down-sell and refund mitigation techniques, they are waiting on hold. Being on hold is an inefficient use of the customer's valuable time, as well as a lost opportunity for your business.

QWT standards vary by industry. However, most industries must aim for QWT of less than 90 seconds. After 90 seconds, your customer loses interest in dealing with your representatives. RevGuard's OCO™ Product Suite targets this issue by providing customers automated outlets to handle their account at their own pace. By focusing on the underlying trend of movement to a "self-service" economy, RevGuard helps businesses design customer service solutions desired by their customer base. By utilizing automated technologies that have been optimized through A/B testing, businesses are able to free up their live agents to handle more escalated issues. This leads to lower QWT and increased profit from their customers.

2. Call Abandon Rate

Customer service success is also determined by the Call Abandon Rate ("Abandon Rate"). As discussed previously, the best practice for most industries is to have a QWT of less than 90 seconds. After that amount of time, customers' attitudes towards dealing with the business become negative, and the likelihood of a customer not waiting long enough to speak with an agent increases. When a customer fails to speak with a live agent after some period of QWT, their call is said to be "abandoned." Call abandons are absolutely terrible for a business. An abandoned call is a non-serviced customer, as well as a non-serviced business opportunity.

There is a distinct relationship between call abandons and negative social media. How often have you read online about a customer who tried to call a business and no one would answer? This type of negative social media substantially impacts a business due to the direct effect it has on potential customer opportunities, not to mention the negativity present when dealing with that specific customer. Abandoned customers use banks to chargeback subscriptions, discontinue new sale opportunities, and voice dissent about the business online.

Abandon rate guidelines are relatively the same across industries. All businesses should make sure no more than 7% of their callers are abandoning. After the 7% threshold, businesses begin to suffer financially and see an online deterioration of their reputation. If you are suffering from high abandon rates, you have two options: 1) Add more live agents or 2) Open up automated customer service handling methods.

Live agents are costly and are not always the preferred contact method demanded by customers (i.e. "self-servicing" trend). RevGuard designed its OCO™ Product Suite to help businesses A/B test customer servicing methods and automate them. This process leads to lower call volume, which leads to lower abandon rates. RevGuard has found that studying customer analytics to effectively automate customer handling options leads to greater profitability.

3. Call Handle Times

Call Handle Time ("CHT") is the average amount of time a live agent spends with a customer on a customer service call. As you can see, multiple customer service metrics are conditional on one another. For example, if you have a team of live agents with very high CHT, you will begin to have a greater QWT, which leads to a higher Abandon Rate. Monitoring the length of time agents correspond with customers is important to make sure QWT and Abandon Rate do not spike and that customers are having their accounts handled in an effective manner.

Call center managers tend to believe high CHT mean "extra attention" is being given to

customers, but in actuality, a high CHT is representative of poorly designed customer service handling options. The higher the CHT, the longer a customer must listen to a customer service representative offer options they are not interested in. By being offered consecutive, unattractive options, customers inevitably tune out an agent, waiting for the agent to pause so that the customer can reiterate the intention they had when they initially called. The goal of the customer service department is to find ways to anticipate that initial intention and offer handling options designed to get the call resolved as effectively as possible.

How can a business anticipate the intention of a caller? RevGuard's approach is designed around the methodology of customer segmentation, as well as testing options within each customer segment to study customer responses. Organizations should aim to locate similar customer attributes and group those customers into large segments. For example, a company may find when testing the group of customers who have multiple purchases against the group of those with a single purchase, the multiple purchases group are more susceptible to higher revenue opportunities. Customers with a high propensity to purchase multiple items may be more inclined to take a smaller discount than those who purchased once. RevGuard's OCO™ Product Suite answers these questions on how to segment and produce optimal customer service options through A/B testing.

Any good customer handling program should resolve customers' needs in approximately 5 minutes. Anything longer, and the customer begins to tune out what will inevitably come across as a never-ending sales pitch. Businesses need to be cognizant that extended CHT will not lead to improved customer profitability and satisfaction.

4. Expected Revenue Per Call

Expected Revenue per Call ("ERPC") is the measurement of expected revenue generated, on average, for any given customer service call. It is calculated as the product of two metrics: the weighted average of revenue items available and the conversion rate of that average. This metric reveals the ability of the customer service team to successfully present offers, as well as the responsiveness of the customer base to the offers being presented. As higher CHT can lead to higher QWT and Abandon Rates, it can also lead to lower ERPC.

Increasing ERPC is the Key Performance Indicator used to gauge the success of the customer service management team and the individual customer service agents. ERPC evaluates how well the customer service management team provides individual agents with options customers are likely to convert with. The worst thing a business can do when targeting ERPC is to offer customer service options in an unmethodical way.

RevGuard's systematic approach relies on A/B testing to determine high-converting customer service offers. By testing multiple offers, customer service management teams can confidently conclude which options specific customer segments respond well to. This pattern of continually testing new customer segments and offers, studying the resulting data analytics, and refining offers based on the data is known as Customer Service Optimization. RevGuard simplifies this optimization process with their OCO™ Product Suite and Analytic toolset.

Unlike other metrics, ERPC is contingent on the industry and the product offering. There is no average price or conversion rate. It is recommended to track ERPC through an application like RevGuard since RevGuard details the conversion rate and the average revenue price. Focusing on the tradeoff between conversion rate and average revenue will help you learn how to receive higher ERPCs.

5. Expected Refunds Per Call

Expected Refunds per Call is similar to ERPC, where each call can have an expected refund

Expected Refunds per Call is similar to ERPC, where each call can have an expected refund impact associated with it. The implementation of ERPC is identical to this metric, with the only difference being the study of refunds instead of revenue. The calculation is the product of two metrics: the weighted average of refund items available and the conversion rate of that average. Just as higher CHT can lead to higher QWT and Abandon rates, they can lead to lower ERPC and higher Expected Refunds.

By building customer segments, businesses can test a variety of customer satisfaction techniques related to negative revenue items such as refunds. Instead of trying to maximize ERPC, the business attempts to minimize the expectation of a refund. Here, the term conversion rate equates to the probability of a customer getting a refund. By building Key Performance Indicators around these rates, business owners are able to see if their team is giving out too many refunds and / or too high of a refund amount.

Just like ERPC, expected refund impact is completely contingent on the industry and product offering. However, you can follow the same logic to track it and optimize it. Focusing on the tradeoff between conversion and average refunds helps you learn how to minimize expected refunds.

You should now be armed with the right questions to be asking of your customer service management team. And remember, RevGuard's focus on developing products and services for Customer Service Optimization can help you maximize the profits out of your customer service operation.

CONTINUE READING

---


**29**
**JUL**

## How to Create Money Making Offers

💬 0 Comments   📅 July 29, 2014   👤 By wordpress_administrator

Creating appealing offers for your audience is key. It's certainly better than vandalizing vehicles like Mr. Mustache, to drum up business. You must clearly craft your advertisements, offers, and promotions to your specific target audience.

Creating money making offers for new and current customers is an ever-evolving process. An offer that worked well during the holidays may be less successful during the summer months, and vice versa. You should continuously test offers against one another to determine which offer makes your business the most money overall.

While generating new customers is important, retaining customers is equally if not more important. Using the same strategy of testing offers against one another when you acquire customers, on your existing customer base, you can identify which messages works best for each of your customer types or segments.

Continuously testing your offers, whether they are for acquiring customers or for keeping customers is the key to long term profitability.

CONTINUE READING

---

**25**
**JUL**

## Customer Lifetime Value: A Beginner's Overview

💬 0 Comments      📅 July 25, 2014      👤 by wordpress_administrator

Customer Lifetime Value ("CLV") is becoming a very mainstream data metric used to quickly gauge the value of an individual customer or group of customers. Because of this growing popularity, more businesses are seeking knowledge around the data metric and how it can be used to help them understand the profitability of their customer base.



CUSTOMER LIFETIME VALUE:
A BEGINNER'S OVERVIEW

This article will go through a high-level overview of CLV uses; however, actual CLV calculations will be avoided until later articles as they can become complex and difficult to understand. Instead, the goal of this article is to familiarize the reader with the conceptual types and uses of CLV. Let's begin with discussing the difference in how businesses choose to utilize CLV analysis.

In CLV analysis, there are two ways to view the value of a customer: Historical and Predicted. Historical looks at a customer's entire transaction history and shows the total value of that customer at some point in time. Predicted CLV looks at trends within customer behavior to estimate the expected value of a customer who shares similar characteristics with past customers. We will start with Historical CLV and walk through a simple business example to illustrate the importance of this metric.

Historical Customer Lifetime Value

"ABC" Corp. is in the business of selling data system software to large organizations. These data systems are sold as-is and typically have a lifespan of 10 years. The data system in question does not offer maintenance or upgrades and is sold on a non-contracted basis. ABC Corp. currently utilizes standard financial reporting where decision makers are checking the net profitability of the business as a whole. After several quarters of new customers, profitability growth continues to stagnate. What should ABC Corp. do to uncover the stalled growth in the profits of the business? The answer is Historical CLV analysis.

Historical CLV analysis for ABC Corp. begins with a list of customers organized by the business quarter in which they were acquired. The list should detail the total revenues and expenses relating to each of these customers with a corresponding net value. In reviewing the customer list, ABC Corp. uncovers that large expenses for most customers made them unprofitable, and it was only one very large customer that delivered profitability to the overall business. ABC Corp. has just conducted a Historical CLV analysis and concluded that the majority of customers they are acquiring are actually losing the business money. This level of detail is masked within normal financial reporting where all customer revenue and expenses are aggregated. By reviewing the Historical CLV analysis, it is easy to see that most customers are losing the business money and that adding more similar customers will not lead to profit growth. What should the business do? Simple. They should begin to analyze the expenses of these net loss customers to see what trends exist. Once identified, these trends are used to preemptively identify attributes of unprofitable customers and stay clear.

Now that we have a simple business case around Historical CLV, let's look at Predicted.

Predicted Customer Lifetime Value

JMB Corp. is a major online retailer of t-shirts. These t-shirts are sold as-is and sold on a non-contracted basis. To view the available t-shirts, customers must set up an online membership account for free. JMB Corp. decision makers are looking at ways to increase the total membership signups in an effort to increase sales. The advertising division notifies the decision makers that an opportunity exists with an online website owner to

advertise on a Cost per Acquisition ("CPA") basis. Under the CPA agreement, JMB Corp. will pay the CPA fee for every new membership. How should the decision makers determine what CPA fee makes the membership profitable? They need to estimate, or predict, the value of a membership.

JMB Corp. reaches out to an old consultant who does database analytics and statistics for guidance on the issue. The Consultant informs JMB Corp. that he can perform an analysis to determine the expected value of a membership. He spares the decision makers the tedious details, other than informing them that it utilizes the latest and greatest probability theories generated by the most distinguished academics. After some data crunching, the Consultant informs them that for any membership signup the predicted value of that membership is $100.00. He goes on to share some more statistically relevant terms about margins for error, etc., but ends with this expected value of $100.00. To make it presentable to JMB Corp.'s decision makers, he writes it as E[Membership] = $100.00. Now what?

Armed with this powerful analysis, JMB Corp. knows that if they get a member, they are likely to generate $100.00 AFTER they are acquired. JMB Corp. knows that the $100.00 already takes into consideration the cost of the products sold and the time value associated with the sales, so the only remaining item is how much they can afford to pay to acquire this membership. Since JMB Corp. likes a hefty profit margin of 80%, they are willing to pay $20.00 to acquire this member ($100.00 – $20.00 = $80.00; $80.00 / $100.00 = 80% margin). JMB Corp. goes back to the website owner and offers a $20.00 CPA per member signup generated by the website.

JMB Corp. has just used a Predicted CLV concept to determine how much an acquired membership is worth in order to decide how much to pay for those memberships while maintaining their current profit margins. Now what? JMB Corp. needs to monitor this new program and see if the historical CLV is close to the predicted CLV at the same point in time. If it's off, then they need to refine how the estimate is made. If it's on, they need to keep utilizing these techniques and find new CPA opportunities.

ABC Corp. and JMB Corp. had very different problems, yet utilized the concept of CLV analysis to find a solution. The reader should see that although the concept of CLV seems simple, its complexity lies in the intended use of the data metric. To analyze current customer trends, Historical CLV might be the way to go. However, if a business needs to make customer acquisition cost estimates, the only choice is Predicted CLV. In the next article, we will focus entirely on calculating Historical CLV.

**CONTINUE READING**

---



## Why Upset a Customer Before You Even Talk to Them?

💬 0 Comments     📅 July 22, 2014     👤 By wordpress_administrator

Having a short wait time for your customers that call your business is a no-brainer, right?

Unfortunately, most companies find it difficult to staff appropriately to keep wait times under 60 seconds or so (which independent studies have confirmed is the most consumers will wait before becoming frustrated). And to make matters worse, even when a company does have staffing in place for normal fluctuations in volume (Mondays are usually heavy call days) other factors such as shipping delays, website problems or other

technical glitches can cause calls to spike.

Events or lack of planning that cause spikes in call volume can quickly lead to problems with chargebacks for subscription or continuity billing based businesses. When callers become frustrated because they are unable to get to a CSR cancel or get an RMA to return an item, they begin weighing the pros and cons of just calling their bank and refuting the charge. Whether consumers are upset with themselves for not cancelling or not happy with the quality of the product, a few days of long hold times can adversely affect a company's credit card processing relationships.

What to do? Consider using a customer self-service solution, which integrates directly into your CRM/CMS and allows customers to cancel, get RMA's, etc. to handle a portion of your volume.

**CONTINUE READING**





## Strategies to Increase Sales Through Proper Customer Care

💬 0 Comments     📅 July 8, 2014     👤 By wordpress_administrator

If a call center cares less about the customer, it will probably show. After all, angry customers can be intimidating and no one wants to deal with them. Thankfully, there are a couple of easy ways to save the situation and your business' reputation even when they are calling to cancel.

The less time your customers have to wait, the more patient they will be when they get a hold of someone at your call center. This simple act can instantly start the interaction off well and make a person more willing to communicate. If this is not done, the already frustrated customer will probably just jump to calling their bank for a chargeback. Depending on how many times they try calling, they might feel compelled to leave negative reviews about your company and services.

In the event the customer is calling to cancel whatever product or service they have purchased, you can't hide from them and hope they go away. They won't. Instead, immediately address the issue. If they are wanting to cancel, you can come up with other solutions that make your customer happy as well as your business. Through these creative means, you can easily increase their customer lifetime value, avoid restocking fees and maintain the customer's high opinion of your company and product.

While it may be easy to avoid a customer, it is not a solution. Small things like answering their call quickly, being able to anticipate a cancellation, and giving the customer less hassle, can actually save a company from detrimental charge backs, angry customers, restocking fees, and negative product reviews.

**CONTINUE READING**

**About**

Just like the A/B split tests you do in marketing; RevGuard's platform allows you to set up a control (A) and a test (B) for a specific segment of your customers when they contact your company through phone, email or web communication channels.

**Sitemap**

Home
Request a Guided Tour
**How It Works**
Step by Step Process
CEO / CMO / CFO / CTO

Resources
Blog
Case Studies
Client Testimonials
**About**
How It All Started



📞 1-877-301-3135

✉ Contact us!

🕐 Mon - Fri 9:00 AM to 5:00 PM MT

Those specific customers are then randomly presented with either A or B option and their reactions are recorded by the RevGuard system, which is fully integrated with your CRM.

The testing results are shown to you through an analytics dashboard, which allows you to instantly see which tests are most profitable, so you can make more money with your customers.

Optimizing CLV
Profit Calculator
Analytics
Technology

**Solutions**
For Trial/Continuity Companies
For Subscription Companies
Products - Phone/IVR
Products - Web
Products - Email

Meet the Team
Working Here
Partners
Pricing
Contact

Mon - Fri: 9:00 AM to 5:00 PM MT

6260 Lookout Road
Boulder, Colorado 80301

© 2016 RevGuard, LLC. All rights reserved     Privacy Policy    Terms & Conditions    Standards    Product Releases

**Google Chrome**          60.0.3112.90                    3:06:27 PM 8/17/2017          Windows 10 Pro 64-bit Build 14393

 **RevGuard**

HOW REVGUARD WORKS    SOLUTIONS    RESOURCES    ABOUT    LOGIN

## Blog
RevGuard Business Technology News

REVGUARD | IMPROVE CUSTOMER RETENTION AND LTV, CUT CHARGEBACKS / BLOG PAGE 4

**01 JUL**

## Do You Know YOUR Number?

💬 0 Comments    📅 July 1, 2014    👤 By wordpress_administrator

For a subscription or continuity based business—knowing your number, also known as Customer Lifetime Value or Profit per Customer is absolutely critical. Knowing your per customer profit enables a company to know the maximum it can spend on marketing to acquire new customers and/or the maximum it can spend on overhead and still be profitable.

Increasing this profit-per-customer is the key activity of every subscription based business...and its easier to increase than you might think.

But, Instead of the traditional focus on optimizing your marketing campaigns or websites, by focusing on your existing (and exiting customers) you can usually drive up profits per customer by 50% to 75%.

Most companies neglect this key area—and only run a few tests to optimize in this area each year. In fact, there are usually hundreds of variations a company can test when a customer exits—either to extend, upgrade or downgrade a customer's existing program.

Want to easily improve your profit per customer NUMBER?

Use RevGuard's patent-pending optimization tools across the touch points (phone, email, web requests) that subscribers use to reach you and you can now optimize the messaging, price points, save options, etc. that work to make the customer happy and you more money.

Once RevGuard is in place, every customer interaction becomes a data point that just keeps on improving your operations, your profits and your brand's reputation. You gotta love those customers!

CONTINUE READING

**28 MAY**

## Why the "Mood Factor" Can Invalidate Your CLV Tests and Calculations

💬 0 Comments    📅 May 28, 2014    👤 By wordpress_administrator

From Brent Tuttle, VP – Strategic Partnerships

Is the "Mood Factor" Skewing Your CLV?

Advertisers have been using a very solid scientific method to optimize their individual ads on television, in newspapers, magazines, etc., for well over over 100 years. Whenever there is significant money spent on acquiring customers, it is vital to test the different advertising



### SIGN UP TO RECEIVE NEW ARTICLES


**Your email:**

SUBSCRIBE

Search 🔍

### INTERESTING ARTICLES

- RevGuard Happy Hour | The Affiliati Network | Sonny Palta
- 6 Surprising Ways Customer Service Impacts Chargebacks
- How to Lower Chargebacks, Combat Affiliate Fraud and Increase Profitability
- Call Center Hold Times are Killing Your Business – How You Can Fix That, Today
- Advertiser Summit Aspen Review and Recap

### CONTACT

📞 1-877-301-3135
✉️ Get in touch.
🕐 Mon - Fri: 9:00 AM to 5:00 PM MT
📍 6260 Lookout Road
   Boulder, Colorado 80301

campaigns and 'paths to purchase' consumers are
responding to in order to maximize the return on advertising costs.

Recently, the internet and a plethora of new tools has emerged that now allows analysis-
loving CMOs and other marketing executives to easily and precisely measure the number
of views an ad receives, clicks through to a website, conversion rates of vistors becoming
subscribers, etc.

Unfortunately, the exactness of the calculations to determine a customer's lifetime value
is often skewed by company methods of handling customers. Instead of deriving an exact
value, the unique personality qualities of customer service representatives often causes
calculations to be inexact.

Any company using 'live' agents to servcie customers will have inconsistencies that affect
the actual statistics regarding refunds, chargebacks, save sale revenues, etc.

While the cost of acquiring a customer can be plotted with 100% accuracy, overall
revenues from each customer can be skewed up or down by the "mood factor" when
customers interact with live humans in customer service. Whether these humans were
handling phone calls, email respones or support tickets, they are rarely consistent enough
to provide the same experience for every customer.

In fact, depending on the level of consistency (or lack thereof), the actual customer
lifetime value (CLV) calculation could be skewed 10% or more either way—by rep, by hour
or even by day. These inconsistencies make it difficult to judge the true dollar value of
each customer and can lead to wrong decisions.

Typical CLV Calculations

There are literally hundreds of calculations to determine CLV. Some are complex, like the
one below taught in a Harvard CLV Analysis workshop.

Unfortunately, in every case, the calculations assume the data being collected is static and
not influenced by the mood of the customer service rep or team.

Even Further Complexity

Many companies make things even more complicated by running tests to influence
customers as they go through the purchasing experience.

For example, a company selling a golf product runs tests to see if traditional green and
white colors makes customers perceive the product has a higher value opposed to when
the product has a matte black finish.

Instead of simply focusing on the front-end experience customers have with their
product, the company should test communications with customers when customers try to
leave, cancel, return, refund, etc. to see if exit offers or down sell offers generate more
revenue. Post-exit strategies include testing emails, postcards, catalogs, and other tactics
used to entice consumers to buy again or buy more.

The Flaw Caused by Humans

While most of these data points will be absolute, the 'human factor' can skew the results
where sample set revenue values are completely invalid. What we are talking about is
Mary.

The Problem

One day, Mary is feeling overly generous and grants refunds to practically every
customer, thus skewing the refund percentage for the green and white box test. The next
day, after a fight with her boyfriend, she's angry and doesn't give anyone a refund. This

skews the chargeback ratio and losses for another test you have running. Then, for two weeks, she's fine and gets almost all the customers she interacts with to stay with your program at a reduced save sale rate.

REGARDLESS OF HOW CAREFUL YOU ARE, REGARDLESS OF HOW SCIENTIFIC YOU ARE, REGARDLESS OF HOW MANY (OR FEW) TESTS YOU RUN IN FRONT OF THE "MOOD FACTOR", YOU CANNOT BE SURE YOUR CUSTOMER LIFETIME VALUE (CLV) CALCULATION IS VALID.



| | |
|---|---|
| RevGuard | HOW REVGUARD WORKS   SOLUTIONS   RESOURCES   ABOUT   LOGIN |

Traffic Source 1

$15 a month

Short Copy

Save Sale Offer 1 X Lucy

$84

Traffic Source 1

$15 a month

Short Copy

Save Sale Offer 2 X Patty

$77

With different live agents either handling live chats, email tickets, or answering phones directly, you can see having just 5 different individuals with their own "mood factor" can skew results by as much as 20%.

How to Avoid the "Mood Factor" in CLV Calculations

In order to validate your CLV numbers and the retention tests you have running, it is a good idea to replace the human factor for at least a portion of your customer interactions. This allows you to remove the "mood factor" and any skew on your results to achieve a more statistically sound calculation.

This is possible with an Interactive Voice Responder (IVR), integrated IVR or Web Service platform. The exact same message is delivered every time with the same tone and same options.

Running a percentage of your customers through this path allows you to determine a near exact CLV. Having an exact number will allow you to confidently make decisions about what to do with your profits and what actions to take to become more profitable.

Using an automated platform such as RevGuard's OCO ® IVR or OCO ® Web Platform allows you to test various save sale, down sell and other options that significantly enhance revenues, reduce refunds and reduce charge backs. In most cases, it is less expensive to systematically present customers with common self-service requests instead of spending money for live Customer Service Representatives (CSRs) to handle routine requestes. This saves money and gives your live agents time to work on more complex and difficult service requests.

CONTINUE READING



## Make More Money and Create Happier Customers by Understanding Society's Tendencies

💬 0 Comments    📅 May 21, 2014    👤 By wordpress_administrator

From Walter Long, RevGuard Senior VP – Biz Dev

We are a self-serving and on-demand society. We use an ATM instead of speaking to a bank teller in a bank. We go online to book airfare as opposed to calling a representative. We use iPads for ordering food and drink as opposed to speaking with wait staff. When we want something, we want it right away on our terms. Your customers are the same way.



The premise is simple: provide your customers an efficient and effective way to interact with your company that is easily accessible and you will be rewarded with happy customers, a positive reputation, more revenue and lower costs.

Merchants have responded by providing outlets for customers to manage their seemingly never-ending communication channels: phone, web, email, social media, chat, and SMS to name a few. The challenge is to provide the best technology and coverage of these channels to respond effectively to customer inquiries.

Interactive technology components, such as an Interactive Voice Responder (IVR), website form, auto-response email and artificial intelligence chat exist. However, what enhancements will make a customer's experience more enticing, positive, productive, loyalty-inducing, and generate more revenue for you?

It comes down to three important components: personalization, customization and optimization.

Personalization

These are your customers, you value your relationship with them. You immediately greet them by name and offer the best care possible. Utilize information you already have within your CRM to match information provided by the customer to greet them. For example, matching the inbound ANI to an existing phone record within your CRM allows you to greet the customer by name when they call. Matching an inbound customer email address to an existing address within your CRM allows you to personalize an auto-response email, which will provide a first level of comfort and hospitality for your customer. Social media provides access to a variety of personal details; utilize as much as possible to create a personalized and automated environment.

Customization

Once an inbound inquiry is matched to a specific individual, anticipate the reason why the customer is reaching out. This can be done by knowing the history of your customers' characteristics and their associated desired actions. For example, if history tells you customers attempting to contact you within 5 days of ordering have a high tendency to ask for a delivery status, present that specific information right after you welcome the customer. All this can be done automatically, either through the phone using an IVR, by sending an auto-response email, etc. Addressing the most common reasons for customer interactions will give you a great head start in creating a personalized and custom environment.

Optimization

Now you are utilizing quick and effective solutions to personalize and customize the messaging for your customers. You are on your way to providing an efficient and pleasant customer experience. Now you can turn your customer service into a profit engine. Test different components of your customer service interactions to determine what the best mix of messaging, choices, sequences and pricing. The best mix will result in the highest profits and biggest cost savings. For example, if you incorporate a save sale strategy for customers looking to downgrade their subscription, test different price points, promotions and options to see what results in the highest retention and revenue. To drive down your live representative expense, determine messaging options that efficiently and effectively handle your customer interactions. Once you determine what is best, use that mixture as the standard for how you handle all your customer interactions. However, keep 10-20% of interactions available for further testing. Be diligent; what you assume is a bad option could be your next great find.

As society becomes less patient, needier and more reliant on technology, you have more and more of an opportunity to make a positive impact by addressing customer desires. You can utilize technology to make customer service a pleasant, efficient experience that will generate success for your company.

**CONTINUE READING**

---



## Customer Service Tips of the Week

💬 0 Comments    📅 May 9, 2014    👤 By wordpress_administrator

From Walter Long, RevGuard Senior VP – Biz Dev



1. Check Hold Times

Call into your customer service lines on different days and times throughout the week to get an indication of hold times and what the experience is for your customers.

2. Control Your Destination

It's best to own your toll free numbers directly so you can determine where they are pointed. It makes it easier to test against another call center and switch if you are getting better performance elsewhere.

3. Test. Test. Test.

Are new handling options/price points being introduced to continue to lift campaign performance or Is your group offering the same save sale price points from six months ago? Just like you optimize on customer acquisition, introduce, test and optimize new variables on customer service.

4. Understand Your Reports

Do you understand your call center KPIs and how they are trending across days and weeks? At what point does a KPI create a warning sign that there may be issues such as chargebacks or excessive refunds coming? Understand your reports and ask a lot of questions to your account rep.

5. CS Pricing Structure

Does your CS pricing structure align your goals with theirs? A common pricing structure is

a per minute rate. The incentive for the call center is to keep customers on the phone; is that your goal? Come up with a plan so that the pricing structure is in line with your goals.

6. Incentives Drive Outcomes

How are the CS reps paid by your call center? Is there additional pay for superior performance and/or for particular outcomes? Understand how your center compensates their agents as this will dictate outcomes on your program.

**CONTINUE READING**





## WHAT IS RevGuard?

RevGuard is a Boulder, CO technology company which performs SaaS automated A/B testing of customer interactions, for high-volume subscription and continuity merchants.

### WE GIVE TO GET

With **500+ brands** live, RevGuard actively exchanges leads with its Referral Partners. Our partners include payment processors, ad networks, media buyers, consultants, etc.

### PAYMENT

RevGuard Referral Partners earn **$10,000 to $250,000** per year in additional income.

**REFERRAL COMMISSIONS PAID**

$ 2,084,068

### COMPS CALCULATOR

Daily Orders for Your Current Customer Base:

SUBMIT

## TYPICAL ADVERTISER RESULTS

**Typical Revguard Results**

## LEAD QUALIFICATIONS

The qualifications we look for in our ideal prospects / referrals:

**Continuity & Subscription Business model**

**Customers call in to cancel subscription / apply for refund**

**Approx. 250+ orders processed/day**

**Want to reduce refunds & chargebacks**

Exhibit F - Page 73 of 110

## MEET YOUR PARTNERSHIP MANAGERS



*I have been talking with Aimee Paterson with RevGuard every week religiously for several months now.  She is extremely professional and methodical in assuring the strategic relationship between Red Crane Media and RevGuard is successful.  Since we have met Aimee, we have onboarded several new clients increasing their revenue significantly.  She makes sure her clients are well informed about our company before she even introduces us, so that they are comfortable.  Red Crane Media considers RevGuard one of their most valued referral partners and will always continue to reciprocate the relationship.*

*Sincerely,*
*Jennifer Oaks*
*Director of Strategic Partnerships*



*RevGuard not only sees you as a partner – they want to see you do well, they want to see you succeed, they want to see you do better in your business.*

*Sincerely,*
*Nate Lind*
*Founder of Advertiser Summit*

### Contact John or Aimee to Learn About Referral Partner Incentives!

\* First Name:

\* Last Name:

## About

Just like the A/B split tests you do in marketing; RevGuard's platform allows you to set up a control (A) and a test (B) for a specific segment of your customers when they contact your company through phone, email or web communication channels.

Those specific customers are then randomly presented with either A or B option and their reactions are recorded by the RevGuard system, which is fully integrated with your CRM.

The testing results are shown to you through an analytics dashboard, which allows you to instantly see which tests are most profitable, so you can make more money with your customers.

## Sitemap

**Home**

**Request a Guided Tour**

**How It Works**
Step by Step Process
CEO / CMO / CFO / CTO
Optimizing CLV
Profit Calculator
Analytics
Technology

**Solutions**
For Trial/Continuity Companies
For Subscription Companies
Products - Phone/IVR
Products - Web
Products - Email

**Resources**
Blog
Case Studies
Client Testimonials

**About**
How It All Started
Meet the Team
Working Here
Partners
Pricing
Contact

## RevGuard®

📞 1-877-301-3135

✉ Contact us!

🕐 Mon - Fri: 9:00 AM to 5:00 PM MT

📍 6260 Lookout Road
Boulder, Colorado 80301

© 2016 RevGuard, LLC. All rights reserved

Privacy Policy    Terms & Conditions    Standards    Product Releases

| Google Chrome | 60.0.3112.90 | 3:09:00 PM 8/17/2017 | Windows 10 Pro 64-bit Build 14393 |



RevGuard®

HOW REVGUARD WORKS     SOLUTIONS     RESOURCES     ABOUT     LOGIN

## Client Testimonials
RevGuard Reviews

REVGUARD | IMPROVE CUSTOMER RETENTION AND LTV, CUT CHARGEBACKS / CLIENT TESTIMONIALS

Our clients have responded so positively to our services and the subsequent increase in their profits, that we would like to highlight some of the awesome RevGuard reviews our clients have shared with us.

### Nate Lind of AdSum Aspen, and Halo River Speaks About His Experience With RevGuard.



Nate Lind of HaloRiver and ADSUMASPEN - RevGuard Review & Recommendation

*"I really enjoy the ability to design A/B tests for customer service and to see the impact they have on my business."*

Dan C.

*"Since adding RevGuard in front of my live reps, I've had stability on my campaigns for over 2 years and my profit margins are at an all-time high. Their team is simply amazing and very responsive. RevGuard's reporting and analytics is unmatched in the industry, saving me a ton of time crunching numbers."*

RevGuard Customer of Four Years

*"RevGuard has been an awesome decision for my company. By utilizing their OCO suite of products, I've been able to lower chargebacks and increase revenue per customer. This has translated into an over lift in my CLV."*

Zach S.

*"RevGuard takes my company as seriously and urgently as I do. Their staff is an extension of my internal team and are dedicated to making my business better."*

RevGuard Client

*"We're very happy with the fruits of this service so far, thanks guys!"*

Jordan K.

*"RevGuard is consistently helping me improve my business' bottom line. We appreciate their sincere interest in our success."*

Lexxi A.





HOW REVGUARD WORKS    SOLUTIONS    RESOURCES    ABOUT    LOGIN

## Business White Papers
Additional Information Resources

REVGUARD | IMPROVE CUSTOMER RETENTION AND LTV, CUT CHARGEBACKS / WHITE PAPERS



Please enter your information to be taken to the White Papers, where you can learn more about RevGuard and its industry.

First Name:

Last Name:

* Email Address:

Job Title:

SUBMIT

*By submitting this form, you agree to receive emails from RevGuard and can unsubscribe at any time. You understand and agree that use of RevGuard's web sites are subject to the RevGuard.net Terms of Use and RevGuard's Privacy Policy.*



### About

Just like the A/B split tests you do in marketing; RevGuard's platform allows you to set up a control (A) and a test (B) for a specific segment of your customers when they contact your company through phone, email or web communication channels.

Those specific customers are then randomly presented with either A or B option and their reactions are recorded by the RevGuard system, which is fully integrated with your CRM.

The testing results are shown to you through an analytics dashboard, which allows you to instantly see which tests are most profitable, so you can make more money with your customers.

### Sitemap

**Home**

**Request a Guided Tour**

**How It Works**
Step by Step Process
CEO / CMO / CFO / CTO
Optimizing CLV
Profit Calculator
Analytics
Technology

**Solutions**
For Trial/Continuity Companies
For Subscription Companies
Products - Phone/IVR
Products - Web
Products - Email

**Resources**
Blog
Case Studies
Client Testimonials

**About**
How It All Started
Meet the Team
Working Here
Partners
Pricing
Contact

1-877-301-3135

Contact us!

Mon - Fri: 9:00 AM to 5:00 PM MT

6260 Lookout Road
Boulder, Colorado 80301

© 2016 RevGuard, LLC. All rights reserved    Privacy Policy    Terms & Conditions    Standards    Product Releases

Google Chrome    60.0.3112.90    3:10:36 PM 8/17/2017    Windows 10 Pro 64-bit Build 14393



## Client Case Studies
The Success of RevGuard's Clients

REVGUARD | IMPROVE CUSTOMER RETENTION AND LTV, CUT CHARGEBACKS / **CASE STUDIES**

HOW REVGUARD WORKS    SOLUTIONS    RESOURCES    ABOUT    LOGIN

## Online Merchant Gains a 588% Increase in Revenue Per Trial with RevGuard

### Challenge

An online merchant wanted to find a way to generate revenue from customers who cancel during a trial promotion they were offering.

### Hypothesis

The online merchant wanted to increase revenue on trial promotion customers who had decided to cancel during the trial promotion. They chose to use RevGuard's system to split test save sale tactics and different price points for cancelling trial customers.

### Test

Before using RevGuard, the save sale tactics used by the online merchant only targeted discounted recurring charges and aimed to keep a customer on recurring monthly billing for 25–75% off. On average, this process generated only $1.72 per trial order. RevGuard worked with the online merchant to take a different approach. They began to test different offers to present to customers to see which options had the best performance.

### Results

The testing results showed that offering a one time charge instead of a discounted recurring rate to a cancelling customer had the largest impact on increasing revenue. Once the optimal one time amount was tested and determined, an average of 35% of customers converted under this save sale tactic. On average, this process generated $13.55 in revenue per trial order for those who cancelled during the trial promotion. RevGuard's solution increased the expected revenue per trial by $11.83, a 588% increase!

### Takeaways

Using RevGuard's patent pending platform, companies can see increases in customer lifetime value (CLV) of up to 100% or more. Many software applications exist to study and estimate CLV, but RevGuard is the only software suite that performs split tests to scientifically and effectively maximize CLV and automatically execute the customer transaction.

---

**Typical RevGuard Client Results**

- Reduce live CSR costs 34%
- Reduce refunds 31%
- Reduce chargebacks 23%
- Increase save sales 23%
- Increase CLV 43%

**Ready for More Case Studies? Contact Us!**

---

### About

Just like the A/B split tests you do in marketing; RevGuard's platform allows you to set up a control (A) and a test (B) for a specific segment of your customers when they contact your company through phone,

### Sitemap

Home
Request a Guided Tour
How It Works
Step by Step Process

Resources
Blog
Case Studies
Client Testimonials
About



 1-877-301-3135

 Contact us!



email or web communication channels.

Those specific customers are then randomly presented with either A or B option and their reactions are recorded by the RevGuard system, which is fully integrated with your CRM.

The testing results are shown to you through an analytics dashboard, which allows you to instantly see which tests are most profitable, so you can make more money with your customers.

CEO / CMO / CFO / CTO
Optimizing CLV
Profit Calculator
Analytics
Technology

**Solutions**
For Trial/Continuity Companies
For Subscription Companies
Products - Phone/IVR
Products - Web
Products - Email

**About**
How It All Started
Meet the Team
Working Here
Partners
Pricing
Contact

Mon - Fri: 9:00 AM to 5:00 PM MT

6260 Lookout Road
Boulder, Colorado 80301

© 2016 RevGuard, LLC. All rights reserved    Privacy Policy    Terms & Conditions    Standards    Product Releases

www.revguard.com/product-releases/

Google Chrome    60.0.3112.90    3:11:15 PM 8/17/2017    Windows 10 Pro 64-bit Build 14393

  HOW REVGUARD WORKS   SOLUTIONS   RESOURCES   ABOUT   LOGIN

## Documentation and Code Samples

REVGUARD | IMPROVE CUSTOMER RETENTION AND LTV, CUT CHARGEBACKS / **API DOCUMENTATION**

# CRM API

The RevGuard CRM API is used to communicate order and transactional information to RevGuard. The API support inserts and updates to a client database.

API Document

**Code Samples**

- C# .Net
- Java
- PHP
- Python

# Web API

The Revguard Web OCO App allows for self hosted integrations into the RevGuard platform.

Installation Instructions

**Code Samples for Server Side Thin Client/Secure Proxy**

- C# .Net
- Java
- PHP
- Python

---

**About**

Just like the A/B split tests you do in marketing; RevGuard's platform allows you to set up a control (A) and a test (B) for a specific segment of your customers when they contact your company through phone, email or web communication channels.

Those specific customers are then randomly presented with either A or B option and their reactions are recorded by the RevGuard system, which is fully integrated with your CRM.

The testing results are shown to you through an analytics dashboard, which allows you to instantly see which tests are most profitable, so you can make more money with your customers.

**Sitemap**

**Home**

**Request a Guided Tour**

**How It Works**
Step by Step Process
CEO / CMO / CFO / CTO
Optimizing CLV
Profit Calculator
Analytics
Technology

**Solutions**
For Trial/Continuity Companies
For Subscription Companies
Products - Phone/IVR
Products - Web
Products - Email

**Resources**
Blog
Case Studies
Client Testimonials

**About**
How It All Started
Meet the Team
Working Here
Partners
Pricing
Contact

REVGUARD

1-877-301-3135

Contact us!

Mon - Fri: 9:00 AM to 5:00 PM MT

6260 Lookout Road
Boulder, Colorado 80301



© 2016 RevGuard, LLC. All rights reserved    Privacy Policy    Terms & Conditions    Standards    Product Releases

| Google Chrome | 60.0.3112.90 | 3:12:08 PM 8/17/2017 | Windows 10 Pro 64-bit Build 14393 |