# EXHIBIT F-6
# (RevGuard Web Site
# Pages 83-90)



**HOW REVGUARD WORKS**  **SOLUTIONS**  **RESOURCES**  **ABOUT**  **LOGIN**

## How It All Started
### The Creation of RevGuard

REVGUARD | IMPROVE CUSTOMER RETENTION AND LTV, CUT CHARGEBACKS / HOW IT ALL STARTED

RevGuard's founders and owners, previously owned a company that sold subscription/continuity products to consumers over the web. Testing and optimizing customer acquisition by using A/B testing was an everyday process.

When they were getting ready to deploy a new automated phone system, they had the idea to test their new system using the same A/B testing methodology. They developed the software to track their results, and within 90 days DOUBLED their profits.

The ability to perform automated A/B testing on customer interactions had been realized, and RevGuard was born.

Through RevGuard's years of testing, we have learned that every B2C sales program has an optimal combination of returns, save sales, save returns, continuity incentives, pricing and customer service policies. This optimal combination maximizes each customer's lifetime value and keeps a business moving forward with new, innovative tests to optimize performance.

Plus, we combine A/B testing with a best-of-class automated customer service solution which allows for CLV optimization and dramatically reduces customer service costs. All of this is done while at the same time lifting customer satisfaction.

And that's what makes it so much fun.



*Blair McNea (CEO) and Walter Long (Senior VP)*

---

### About

Just like the A/B split tests you do in marketing; RevGuard's platform allows you to set up a control (A) and a test (B) for a specific segment of your customers when they contact your company through phone, email or web communication channels.

Those specific customers are then randomly presented with either A or B option and their reactions are recorded by the RevGuard system, which is fully integrated with your CRM.

The testing results are shown to you through an analytics dashboard, which allows you to instantly see which tests are most profitable, so you can make more money with your customers.

### Sitemap

**Home**

**Request a Guided Tour**

**How It Works**
Step by Step Process
CEO / CMO / CFO / CTO
Optimizing CLV
Profit Calculator
Analytics
Technology

**Solutions**
For Trial/Continuity Companies
For Subscription Companies
Products - Phone/IVR
Products - Web
Products - Email

**Resources**
Blog
Case Studies
Client Testimonials

**About**
How It All Started
Meet the Team
Working Here
Partners
Pricing
Contact



📞 1-877-301-3135

✉ Contact us!

🕘 Mon - Fri: 9:00 AM to 5:00 PM MT

📍 6260 Lookout Road
Boulder, Colorado 80301

---

© 2016 RevGuard, LLC. All rights reserved    Privacy Policy    Terms & Conditions    Standards    Product Releases

    



# RevGuard

HOW REVGUARD WORKS | SOLUTIONS | RESOURCES | ABOUT | LOGIN

## Meet the Team
### The Faces of RevGuard Management

REVGUARD | IMPROVE CUSTOMER RETENTION AND LTV, CUT CHARGEBACKS / MEET THE TEAM

## What do you look for in a management team?

RevGuard has a culture that fosters passionate performers who want to make their career at RevGuard and make our customers the most profitable in their industry. Employee-driven turnover is nonexistent.

**Innovation?**
RevGuard invented A/B testing for customer service – we literally own the patent! – a technology which is leading a revolution in how recurring revenue and subscription businesses manage and optimize customer relationships.

**Experience?**
The RevGuard team has over 63 years combined trial/continuity and subscription ecommerce industry experience.

**Consistency?**
Here, managers are owners. RevGuard has had the same ownership and management team since its inception.

**Hand holders?**
A/B testing is a science that everybody knows, but RevGuard is a new application of that technology. As such, we hold our customers' hands through the whole process of A/B testing to optimize customer service (at no extra charge). We do this as long as our customers want, to make sure our customers are comfortable testing, cohort building, analyzing and deploying the technology to drive additional profitability. For our customers, we do it all for them until our customers want to hold some, or all, of the reins.



**Blair McNea**
CEO

**Blair McNea** is the founder and CEO of RevGuard, LLC. He is passionate about driving increased profits and customer satisfaction for RevGuard's clients using RevGuard's SaaS A/B testing platform. Blair has served on the Board of Directors of several private and publicly held companies. His professional roles and specialties include CEO, SaaS, Business Development, Board of Directors and Finance.



**Walter Long**
Senior VP - Biz Dev

**Walter Long** is a Direct Response and Ecommerce Sales and Marketing executive with over 10 years of experience creating triple-digit profitability gains for merchants. Since starting RevGuard as a Sr. Vice President of Business Development, Walter has doubled revenue and client counts every year since 2009 and has established key strategic relationships with a variety of service providers, including CRMs, Payment Processors, Ad Networks and Fulfillment Centers.

Walter enjoys hiking and running in Colorado's foothills and spending time with his wife Emily and daughter McKinley.



**Ryan Reichenbach**
Chief Technology Officer

**Ryan Reichenbach** has been delivering engineering solutions for the last 22 years, with a focus on high volume web based software solutions.

Ryan enjoys skiing and playing rock music with his band.



**John Petraglia**
Director, Strategic Partnerships

**John Petraglia** manages strategic partnerships with RevGuard's Mountain and Pacific Time referral partners. He focuses on providing invaluable resources to make our customers as profitable as possible, and has a rolodex of partners in the online marketing arena that drive business for RevGuard's sales efforts.

John is a native New Yorker who is proud to call Colorado home and likes playing basketball and exploring the world.



**Aimee Paterson**
Strategic Partnerships – East Coast

**Aimee Paterson** manages RevGuard's East Coast and Central strategic partnerships. She is focused on building and nurturing partnerships to facilitate mutually beneficial relationships and develop new business for RevGuard.

In her free time, Aimee enjoys traveling, hitting the slopes, trying new restaurants, or cooking at home with a glass of wine in hand.



**Rachael McNea**'s passions are talent acquisition and creating a fun work hard, play hard office culture. Rachael graduated with a BA in Public Relations from Webster University and a degree in Dance from Leigh Gerdine College of Fine Arts.

Rachael enjoys spending time with her family and friends,

volunteering, yoga, skiing, rollerblading, venturing outdoors in Colorado and traveling.



**Rachael McNea**
Director of Recruiting & Retention



**Laura Turner**
Vice President of Customer Success

**Laura Turner** is focused on managing and growing the customer success team, and ensures RevGuard customers fully understand their OCO performance metrics and are continuously moving the needle to increase CLV and optimize their program through A/B testing.

Laura enjoys traveling, spending time with friends and anything outdoors.



**Kirill Kniazev**
Marketing Director

**Kirill Kniazev** brings over a decade of start-up and small business marketing experience to RevGuard. Kirill's focus is on organic and content digital marketing, and inbound lead generation. Kirill works with RevGuard's partners to produce educational articles and webinars.

In his free time, Kirill enjoys playing volleyball and running his electronic music label.



**Sarah LaRoche**
GoLive! Director

**Sarah LaRoche** works closely with the CSM team to set up and manage all customer configuration requests. Sarah also handles RevGuard's telecom system.

When Sarah is not working tirelessly on configuration requests, you will most likely find her adventuring in the mountains or at a beer festival.



**Brooks Arbogast** has a corporate Sales-Management background originally. At RevGuard, Brooks transitioned to Customer Success Management, and brings experience from highly analytical startups in the Silicon Valley to our team.

Brooks loves watching the Miami Dolphins, Atlanta Braves, & Colorado Buffaloes, enjoys playing basketball, cycling, investing, and spending time with family/friends.

**Brooks Arbogast**
Senior Customer Success Manager



**Kristina Barry** works with business development to engage new RevGuard clients. She also works closely with the CSM and GoLive team to ensure a timely launch.

When she's not in the office she spends too much time with her 5 lb dog monster. She spends her weekends buying and returning useless items from Amazon.

**Kristina Barry**
New Customer Champion



**Max Koplar** is dedicated to ensuring the success of RevGuard's clientele by demonstrating the value of OCO through performance metrics and optimization strategies. Max strives to ensure that her clients are getting the most out of OCO.

Max enjoys traveling, hiking, and cooking.

**Max Koplar**
Customer Success Manager



**John Jones II** works on the lead generation team to ensure the sales team has a steady incoming flow of qualified partners and advertisers. John is typically the first point of communication for new partners and potential customers.

John enjoys playing volleyball around Denver and enjoying the great Colorado outdoors.

**John Jones II**
Strategic Partnership Development Specialist

in

## Board of Advisors



**Blair McNea**
CEO

✉ in



**Walter Long**
Senior VP - Biz Dev

✉ in



**David Seigle**
Board Advisor

in



**John Martin**
Board Advisor

in



**C. Finnegan Faldi**
Board Advisor

in



**Lindsay Lanning**
Board Advisor

in

## RevGuard Fun



