# EXHIBIT F-7 (RevGuard Web Site Pages 91-110)

**RevGuard**

HOW REVGUARD WORKS    SOLUTIONS    RESOURCES    ABOUT    LOGIN

## Working Here
### Give Us Your Best, We'll Do the Same

REVGUARD | IMPROVE CUSTOMER RETENTION AND LTV, CUT CHARGEBACKS / **WORKING HERE**

## What It's Like to Work at RevGuard

- **Unlimited Vacation**. You're a grown up, and we respect that you make choices like one. You take the time you need all the while delivering on your responsibilities.
- **Health insurance**, dental, vision, 401k – the works.
- **Refrigerator at your desk**. Nobody else's science experiments in the back of the 'fridge but yours.
- **Fun work environment** – lots of parties and events.
- **We're all team players**.

## Culture

Our culture is free and easy, with a flat organization philosophy.

At RevGuard, we all work and make decisions as a team. As part of that team, your voice is heard, respected and involved in the process.

Everyone parties a lot, works a lot, eats too much, drinks too much and makes a little too much noise. We like it that way, because it works.

In the last six months, revenue has grown at an annual rate of 200%.

Take a look at our reviews on **Glassdoor**!

## Open Positions

**Technical Project Manager**
**Senior Customer Success Manager**
**Full Stack Developer**
**Referral Manager**

Don't see a position you're interested in? Reach out and let's see if you might be a good fit anyway.

**HIRING@REVGUARD.COM**












# RevGuard Fun






...marketing... a... to set up a control (A) and a test (B) for a specific segment of your customers when they contact your company through phone, email or web communication channels.

Those specific customers are then randomly presented with either A or B option and their reactions are recorded by the RevGuard system, which is fully integrated with your CRM.

The testing results are shown to you through an analytics dashboard, which allows you to instantly see which tests are most profitable, so you can make more money with your customers.

**Request a Guided Tour**

**How It Works**
Step by Step Process
CEO / CMO / CFO / CTO
Optimizing CLV
Profit Calculator
Analytics
Technology

**Solutions**
For Trial/Continuity Companies
For Subscription Companies
Products - Phone/IVR
Products - Web
Products - Email

Case Studies
Client Testimonials

**About**
How It All Started
Meet the Team
Working Here
Partners
Pricing
Contact

☎ 1-877-301-3135

✉ Contact us!

🕐 Mon - Fri: 9:00 AM to 5:00 PM MT

📍 6260 Lookout Road
Boulder, Colorado 80301

© 2016 RevGuard, LLC. All rights reserved    Privacy Policy    Terms & Conditions    Standards    Product Releases

| Google Chrome | 60.0.3112.90 | 3:14:45 PM 8/17/2017 | Windows 10 Pro 64-bit Build 14393 |



**How RevGuard Works    SOLUTIONS    RESOURCES    ABOUT    LOGIN**

## Pricing
Optimization & Professional Services

REVGUARD | IMPROVE CUSTOMER RETENTION AND LTV, CUT CHARGEBACKS / **PRICING**

There are three critical components to RevGuard pricing:

1. **Cash flow matching.** Billing is timed to interactions with customers, matching customer cash flows with billing. As you grow your business, costs are deferred until the cash flows come in from customers.

2. **No long term contracts.** You'll never be asked to sign a long term contract and can leave anytime you want. The value of RevGuard can be seen almost immediately, so no long term contracts are needed. You'll make more money day one with RevGuard and your profits will keep going up after that.

3. **No setup fees.** You'll never pay a setup fee on the many CRMs that are integrated with our technology. You get constant **hand holding** at no cost to help you drive profits in your business.

4. **Instant profit.** You'll enjoy a profit impact, which typically is 4x to 5x higher than the per customer fee you pay us. Contact us and we will get on the phone and get pricing to you within the day.

### Per-Recognized Interaction Pricing – New Model

| Recognized Interactions/Month | Cost/Recognized Interaction |
|---|---|
| 1 – 10,000 | $2.25 |
| 10,001 – 20,000 | $2.15 |
| 20,001 – 30,000 | $2.05 |
| 30,001 + | $2.00 |

Viewing on your phone? Click here for an image of the pricing table.



## I Would Love to Learn More!

* First Name:

* Last Name:

* Email Address:

* Company Name:

* Phone Number:

* Daily Orders:
Select...

SUBMIT

### About

Just like the A/B split tests you do in marketing; RevGuard's platform allows you to set up a control (A) and a test (B) for a specific segment of your customers when they contact your company through phone, email or web communication channels.

Those specific customers are then randomly presented with either A or B option and their reactions are recorded by the RevGuard system, which is fully integrated with your CRM.

The testing results are shown to you through an analytics dashboard, which allows you to instantly see which tests are most profitable, so you can make more

### Sitemap

**Home**

**Request a Guided Tour**

**How It Works**
Step by Step Process
CEO / CMO / CFO / CTO
Optimizing CLV
Profit Calculator
Analytics
Technology

**Solutions**
For Trial/Continuity Companies
For Subscription Companies
Products - Phone/IVR
Products - Web
Products - Email

**Resources**
Blog
Case Studies
Client Testimonials

**About**
How It All Started
Meet the Team
Working Here
Partners
Pricing
Contact

1-877-301-3135

Contact us!

Mon - Fri: 9:00 AM to 5:00 PM MT

6260 Lookout Road
Boulder, Colorado 80301

Exhibit F - Page 93 of 110



money with your customers.

© 2016 RevGuard, LLC. All rights reserved     Privacy Policy    Terms & Conditions    Standards    Product Releases

| Google Chrome | 60.0.3112.90 | 3:15:27 PM 8/17/2017 | Windows 10 Pro 64-bit Build 14393 |



## Contact RevGuard
### 1-877-301-3135

REVGUARD | IMPROVE CUSTOMER RETENTION AND LTV, CUT CHARGEBACKS / **CONTACT US**

We'd love to teach you more about how A/B testing to optimize CLV can increase your profits. Please reach out by phone or use the contact form on the right. We look forward to speaking with you soon!

📞 1-877-301-3135

🕐 Mon – Fri: 9:00 AM to 5:00 PM MT

📍 6260 Lookout Road, Boulder, Colorado 80301





**I Would Love to Learn More!**

First Name:

Last Name:

Email Address:

Company Name:

Phone Number:

Business Type:

Select...

Message:

SUBMIT

During business hours, your request submitted via our contact form will be answered shortly.

---

### About

Just like the A/B split tests you do in marketing; RevGuard's platform allows you to set up a control (A) and a test (B) for a specific segment of your customers when they contact your company through phone, email or web communication channels.

Those specific customers are then randomly presented with either A or B option and their reactions are recorded by the RevGuard system, which is fully integrated

### Sitemap

**Home**

**Request a Guided Tour**

**How It Works**
Step by Step Process
CEO / CMO / CFO / CTO
Optimizing CLV
Profit Calculator
Analytics
Technology

**Solutions**

**Resources**
Blog
Case Studies
Client Testimonials

**About**
How It All Started
Meet the Team
Working Here
Partners
Pricing

1-877-301-3135

Contact us!

Mon - Fri: 9:00 AM to 5:00 PM MT

6260 Lookout Road
Boulder, Colorado 80301



with your CRM.

The testing results are shown to you
through an analytics dashboard, which
allows you to instantly see which tests are
most profitable, so you can make more
money with your customers.

**Solutions**
For Trial/Continuity Companies
For Subscription Companies
Products - Phone/IVR
Products - Web
Products - Email

Contact

© 2016 RevGuard, LLC. All rights reserved     Privacy Policy     Terms & Conditions     Standards     Product Releases

www.revguard.com/meet-the-team/

Google Chrome                    60.0.3112.90                    3:16:09 PM 8/17/2017                    Windows 10 Pro 64-bit Build 14393





HOW REVGUARD WORKS   SOLUTIONS   RESOURCES   ABOUT   LOGIN

## Privacy Policy
of RevGuard.net

REVGUARD | IMPROVE CUSTOMER RETENTION AND LTV, CUT CHARGEBACKS / **PRIVACY POLICY**

## Effective as of November 1, 2013.

RevGuard, LLC. ("RevGuard" or "We") knows that you care about how your personal information is used and shared, and we take your privacy seriously. RevGuard has created this privacy statement ("Statement") in order to demonstrate our commitment to your privacy. Please read the following to learn more about our privacy policy.

By accessing the RevGuard website at **www.RevGuard.net** or **www.Revguard.com**, including all related pages ("Site"), including any subscription based features or services offered by RevGuard through the Site or through apps offered by Revguard.net (collectively, the "Service"), you are accepting the practices outlined in this Statement.

**1. What Does This Privacy Policy Cover?**

This Statement covers RevGuard's collection and use of personal information that RevGuard gathers when you are on the Site and when you use the Service.

This Statement does not apply to the practices of third parties that RevGuard does not own or control, or to individuals that RevGuard does not employ or manage.

For avoidance of doubt, this Statement does not apply to any third party information gathered by RevGuard's Clients (i.e., information about customers of RevGuard Clients) and submitted by them to the Service for use in connection with their customer service activities and other promotional activities ("Customer Data"). RevGuard will not review, share, distribute, print, or reference any such Customer Data except as provided in the Service Agreement or as may be required by law. Notwithstanding the foregoing, Customer Data may at times be viewed or accessed by RevGuard for the purpose of aggregating customer responses and actions, resolving a problem, support issue, or for investigating a suspected violation of the Service Agreement, or as may be required by law.

RevGuard adheres to the Safe Harbor Privacy Principles published by US Department of Commerce ("Safe Harbor Principles") with respect to Customer Data that we receive from our customers and other business partners in the European Economic Area. RevGuard complies with the U.S.-EU and the U.S.-Swiss Safe Harbor Frameworks regarding the collection, use, and retention of personal information from European Union member countries and Switzerland.

The scope of our Safe Harbor Certification is defined by our **Safe Harbor Notice located below**.

**2. What Personal Information About Customers Does RevGuard Collect?**

Our primary goal in collecting information is to provide you with a friendly, customized, and efficient experience. We collect the following types of information from our customers:

**Information You Provide to Us:**

RevGuard collects identifying information when you use the Service, when you visit the Site (including, without limitation, any RevGuard.com or Revguard.net web pages or landing pages), and when you enter promotions or contests. For example, we require customers who register to use the Service to give us the following personal information: their name, Company name, address, phone number, and e-mail address, and financial qualification and billing information, such as billing name and address, credit card number, and the identity of users within the organization that will be using the Service. When you initially express interest obtaining additional information about the Service, or when you register for the Service, we may also ask for additional types personal information, such as title, department name, fax number, or additional company information, such as annual revenues or marketing spend. We may also request demographic information and unique identifiers in order to provide you with a more personalized experience or verify your passwords.

All financial and billing information that we collect from you is used for the purposes of checking your qualifications as a prospective customer and billing you for the Service. Such billing information is not used by RevGuard for marketing or promotional purposes.

RevGuard may use a third-party intermediary to manage the credit card and billing processing. This intermediary is solely a link in the distribution chain, and is not permitted to store, retain, or use the information provided, except for the sole purpose of credit card and billing processing.

If you are a registered user of RevGuard's subscription-based Service, please note that some information about you may remain in our records after the end of your trial or subscription.

**Automatic Information:**

We receive and store certain types of information whenever you interact with us via our website. RevGuard automatically receives and records certain "traffic data" on our server logs including your IP address, RevGuard cookie information, the page you requested, and your communications and interactions with other site registrants. RevGuard uses this traffic data to help diagnose problems with its server, analyze trends and administer the Service.

We automatically collect usage information, such as the numbers and frequency of visitors to our Site and use of components of our Service. We may use this information to provide research, advice and information, including, without limitation, for benchmarking purposes (e.g. we may publish an industry white paper that uses data collected through the use of our Service). This data is only used in the aggregate. This type of collective data also enables us to figure out how often customers use parts of the Service so we can make the Service appealing to as many customers as possible. In addition, we may provide statistical information to our partners about how our customers, collectively, use our Site and Service. We may share this type of statistical data so that our partners also understand how often people use areas of our Site and our Service, so that they, too, may provide you with an optimal experience.

We also collect and use information for internal purposes. For example, if you are a registered user of the RevGuard's subscription-based Service, we may keep records in your account history of your complaints about other registered users online behavior, and any reported violation of our Service Agreement that you or someone on your account may have committed.

Many companies offer programs that help you to visit web sites anonymously. While RevGuard will not be able to provide you with a personalized experience if we cannot recognize you, we want you to be aware that these programs are available.

**E-mail Communications:**

We may receive a confirmation when you open an e-mail from RevGuard if your computer supports this type of program, in order to help us make e-mails more interesting and helpful. We may also send out emails with information regarding RevGuard or our partners including promotions and events. Customers can opt out of being contacted by us by sending an email to **support@RevGuard.net**.

If a user elects to use our referral features for informing a friend about our Site or Service, we ask them for the friend's name and email address. RevGuard will automatically send the friend an email on behalf of the user who made the referral, inviting such friend to visit the Site and try the Service. RevGuard does not store this information.

**Information From Other Sources:**

For purposes such as improving personalization of our Service, we may receive information about you from other sources and add it to our account information.

**3. What about Cookies?**

Cookies are alphanumeric identifiers that we transfer to your computer's hard drive through your Web browser to enable our systems to recognize your browser and tell us how and when pages in our site are visited and by how many people. RevGuard employs cookies in order for its server to recognize a return visitor as a unique user. The cookies placed by the RevGuard server are readable only by RevGuard, and cookies cannot access, read or modify any other data on a computer.

The "help" portion of the toolbar on the majority of browsers will direct you on how to prevent your browser from accepting new cookies, how to command the browser to tell you when you receive a new cookie, or how to fully disable cookies. We strongly recommend that you leave the cookies activated, however, because cookies enable you to take advantage of some of RevGuard's most attractive features.

**4. Will RevGuard Share Any of the Information it Receives?**

Information about our customers is an integral part of our business. We neither rent nor sell your personal information to anyone. We share your personal information only with entities that are controlled or controlled by or under common control of RevGuard, and as described below:

**Affiliated Business We Do Not Control:**

We are affiliated or partnered with a variety of businesses and work closely with them. In certain situations, these businesses operate within the Service or through the Site. In other situations, RevGuard markets or sells products or services jointly with affiliated businesses.

**Agents:**

We employ other companies and people to perform tasks on our behalf and may need to share your information with them to provide products or services to you. Examples may include removing repetitive information from customer lists, analyzing data, providing marketing assistance, processing credit card payments, and providing customer service. We may also provide your personal information to agents who will use it to verify aggregate usage data that we provide to our partners. In all cases where we share your information with such agents, we explicitly require the agent to acknowledge and adhere to RevGuard's privacy and customer data handling policies.

**Promotional Offers:**

We may send offers to certain customers on behalf of other businesses with whom we have a partnership. However, when we do so, we do not give the other business your name and address. If you are a registered user of the RevGuard's subscription-based Service and do not wish to receive these offers, please send an email to **support@RevGuard.net**.

**Business Transfers:**

In some cases, we may choose to buy or sell assets or businesses. In these types of transactions, customer information is typically one of the business assets that are transferred. Moreover, if RevGuard, or substantially all of its assets, were acquired, customer information would be one of the assets that are transferred.

**Protection of RevGuard and Others:**

We may release personal information when we believe in good faith that release is necessary to comply with that law; enforce or apply our conditions of use and other agreements; or protect the rights, property, or safety of RevGuard, our employees, our users, or others. This includes exchanging information with other companies and organizations for fraud protection and credit risk reduction.

**With Your Consent:**

Except as set forth above, you will be notified when your personal information may be shared with third parties.

## 5. Is Information About Me Secure?

All customer information collected and stored by RevGuard is maintained in a secure corporate data center and/or otherwise subject to best practices access protection. Only employees who need customer information to perform a specific job (for example, a customer service representative) are granted access to it. All of our employees are kept up to date on our privacy and security practices.

## 6. How Can I Correct or Remove Information About Me?

If you feel that any personal information about you that has been collected and stored by RevGuard might be wrong, or you would like for us to remove you from our systems, please notify us at **support@RevGuard.net** so that we may correct or delete the information.

## 7. What Choices Do I Have?

As stated previously, you can always opt not to disclose information, even though it may be needed to make a purchase or take advantage of certain RevGuard features.

You are able to add or update certain information as described in the "How can I correct or remove information about Me" section above. When you update information, however, we may maintain a copy of the unrevised information in our records.

As explained earlier, the "help" portion of the toolbar on the majority of browsers will direct you on how to prevent your browser from accepting new cookies, how to command the browser to tell you when you receive a new cookie, or how to fully disable cookies. Please note, however, that if you do not enable cookies, you will not be able to take advantage of some of our attractive features.

## 8. Can Children Use RevGuard's services?

Our site and the use of services made available through RevGuard are not intended for children under the age of 13. RevGuard does not knowingly or specifically collect information about children under the age of 13 and believes that children of any age should get their parents' consent before giving out any personal information. If you believe that we have mistakenly or unintentionally collected such

information through our website, please notify us at **support@RevGuard.net** so that we may immediately delete the information from our servers.

**9. Conditions of Use**

If you decide to visit the RevGuard Site, your visit and any possible dispute over privacy is subject to this Privacy Policy and our Terms of Use, including limitations on damages, arbitration of disputes, and application of California law.

**10. Third Party Sites**

The Service may permit you to link to other websites on the Internet, and other websites may contain links to the RevGuard site. These other websites are not under RevGuard control, and such links do not constitute an endorsement by RevGuard of those other websites or the services offered through them. The privacy and security practices of websites linked to or from the RevGuard site are not covered by this Privacy Statement, and RevGuard is not responsible for the privacy or security practices or the content of such websites.

**11. Changes to this Privacy Policy**

RevGuard may amend this Privacy Policy. Use of information we collect now is subject to the Privacy Policy in effect at the time such information is used. If we make changes to our privacy policy, we will notify you by posting the revised notice on our Site or sending you an email so you are always aware of what information we collect, how we use it and under what circumstances if any, it is disclosed.

**12. Questions or Concerns**

If you have any questions or concerns regarding privacy at RevGuard site, please email **support@RevGuard.net**. Your privacy is important to us and we will make every effort to resolve your concerns.

**Privacy Policy Effective Date: 6/7/2010**

## RevGuard Safe Harbor Notice

We self-certify compliance with



**Scope of Safe Harbor Certification:** RevGuard, Inc. ("RevGuard" or "we") recognizes that the European Community has established a data protection regime pursuant to Directive 95/46/EC, which applies to the European Economic Area ("EEA") and restricts companies in the EEA in transferring personal data about individuals in the EEA to the United States, unless there is "adequate protection" for such personal data when it is received in the United States. To create such "adequate protection," we adhere to the Safe Harbor Privacy Principles published by US Department of Commerce ("Safe Harbor Principles") with respect to personal data about individuals in the EEA that we receive from our customers and other business partners. Our Safe Harbor Certification does not extend to data that we receive directly through RevGuard's publicly accessible websites (any of our websites such as www.RevGuard.com that can be accessed without a password). More information on the Safe Harbor Principles and RevGuard's scope of participation is available at **http://export.gov/safeharbor/eu/eg_main_018476.asp**.

**Scope of this Notice:** This Notice addresses data subjects residing in the EEA ("EEA Persons") whose data we may receive from one of our customers, suppliers or other business partners in the EEA e.g., referral partners, integration partners, etc.

**Categories of EEA Data:** We sell integrated web-based business application software largely to small and midsize businesses. We receive mostly business-related information from the EEA, including contact information of individual representatives of the businesses with whom we are dealing, including, without limitation, names, addresses, work phone numbers, work email addresses, etc. of EEA Persons ("EEA Data"). In connection with some services, e.g., RevGuard's Lead Management services, our customers use our hosted technology platform to store and process EEA Data at their own discretion. Since EEA Data covered by this Notice is by definition sent to us by another company in the EEA (e.g., a customer of RevGuard), the categories of data sent and the purposes of processing often depend on such other company, with whom the EEA Persons typically have a closer employment or business relationship (and which, therefore, can provide additional information on categories of data shared with us).

**Purposes:** We collect and use EEA Data for purposes of providing products and services to our customers, communicating with corporate

**Purposes:** We collect and use EEA Data for providing products and services to our customers, communicating with corporate business partners about business matters, processing EEA Data on behalf of corporate customers, providing information on our services, and conducting related tasks for legitimate business purposes.

**Disclosure:** We share EEA Data with our affiliates and contractors, who process EEA Data on behalf of RevGuard. We also share EEA Data with other third parties for the purposes for which we receive the EEA Data (e.g., performance of contractual obligations and rights), and we may also disclose EEA Data where we are legally required to disclose (e.g., under statutes, contracts or otherwise) or the disclosure is permitted by law or the Safe Harbor Principles and we have a legitimate business interest in such disclosure.

With respect to marketing emails, EEA Persons may opt-out of receiving further email marketing communications from RevGuard by sending an email to **support@RevGuard.net**, or by following opt-out instructions that are contained in each marketing email. EEA Persons may also send an email to this address to ask to opt-out of disclosures to third parties, but such a limitation on data sharing may make it difficult or impossible for us to provide the requested services.

**Access and Review:** If you are an EEA Person about whom we hold EEA Data, you may request access to, and the opportunity to update, correct or delete, such EEA Data. To submit such requests or raise any other questions, please contact the business that provided your EEA Data to us. You can also contact our Safe Harbor Contact. We reserve the right to take appropriate steps to authenticate an applicant's identity, to charge an adequate fee before providing access and to deny requests, except as required by the Safe Harbor Principles.

**Safe Harbor Contact:** If you have questions, please contact RevGuard's Chief Security Officer, e-mail:**support@RevGuard.net**. If you have a comment or concern that cannot be resolved with us directly, you may contact the competent local data protection authority.

**Safe Harbor Statement Effective Date: 11/1/2013**



## Terms & Conditions
of RevGuard.net

REVGUARD | IMPROVE CUSTOMER RETENTION AND LTV, CUT CHARGEBACKS / **TERMS & CONDITIONS**

## Terms And Conditions Of Site

**Copyright**

All content available at this site, such as text, graphics, logos, button icons, images, audio clips, video clips and/or other content (collectively "Content"), is the property of RevGuard, LLC and/or its suppliers and is protected by U.S. and international copyright laws. The compilation (meaning the collection, arrangement, and assembly) of all Content on this site is the exclusive property of RevGuard and is protected by U.S. and international copyright laws. RevGuard reserves the right to remove all Content, from whatever source, at any time, for any reason (including, but not limited to, claims or allegations made by third parties relating to such Content), or for no reason at all.

All software used or provided by RevGuard and/or its suppliers in connection with this site or RevGuard's proprietary software and associated services (collectively, "Service") is the property of RevGuard and/or its software suppliers and is protected by U.S. and international copyright laws. Except as set forth in the Service Agreement, the Content and Service may only be used for personal, non-commercial and informational use.

Any other use, unless otherwise authorized in writing by RevGuard and/or its suppliers or as otherwise permitted on the site (e.g. all use of the blog on RevGuard's website is covered by the Creative Commons 2.0 license), including the framing, linking to, reproduction, modification, distribution, transmission, republication, display, or performance, of the content on this site is strictly prohibited.

**Copyright Notice**

Copyright © 2010-2013, RevGuard, LLC All Rights Reserved.

**Trademarks**

The RevGuard name and other RevGuard graphics, logos, and service names are trademarks of RevGuard, LLC RevGuard's trademarks may not be used in connection with any product or service that is not RevGuard's, in any manner that is likely to cause confusion among customers, or in any manner that disparages or discredits RevGuard.

**Reservation of Rights**

Except as expressly and unambiguously provided herein, RevGuard and its suppliers do not grant you any express or implied rights under any patents, copyrights, trademarks, trade secret, or other intellectual or industrial property rights.

**Use of Site**

This site or any portion of this site may not be reproduced, duplicated, copied, sold, resold, or otherwise exploited for any commercial purpose that is not expressly permitted by RevGuard in a writing signed by an executive of RevGuard. RevGuard and its affiliates reserve the right to refuse service, terminate access, and/or cancel usage in its discretion, including, without limitation, if RevGuard believes that your conduct violates applicable law or is harmful to the interests of RevGuard and its affiliates.

**User Submissions**

If you transmit or post any content, information, review or comment on the site, you grant RevGuard and sublicensees a non-exclusive, royalty-free, perpetual, irrevocable, and fully sublicensable right to fully exploit, make, use, reproduce, modify, adapt, publish, translate, transmit, create derivative works of, distribute, and display such content, information, reviews and comments throughout the world in any media.You also grant RevGuard and sublicensees the right to use the name that you submit with any content, information, review or comment, if any, in connection with such content, information, review or comment. You warrant, represent and agree that nothing you transmit or post will be infringing, libelous, defamatory, obscene, pornographic, abusive, offensive or otherwise violates any law or right of any third party. RevGuard reserves the right to remove anything you transmit or post at any time, for any reason (including, but not limited to, upon receipt of claims or allegations from third parties or authorities or if RevGuard is concerned that you may have breached the

immediately preceding sentence), or for no reason at all.

**General Disclaimer**

THIS SITE IS PROVIDED BY REVGUARD ON AN "AS IS" BASIS. REVGUARD MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, AS TO THE OPERATION OF THE SITE OR THE INFORMATION, CONTENT, MATERIALS, OR PRODUCTS INCLUDED ON THIS SITE. TO THE FULL EXTENT PERMISSIBLE BY APPLICABLE LAW, MARKETP DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT.

Although RevGuard has attempted to provide accurate information on this website, RevGuard assumes no responsibility for the accuracy or completeness of the information. RevGuard may change the programs or services mentioned on this site at any time without notice, but RevGuard makes no commitment to update the programs or services mentioned on this site in any respect.

REVGUARD WILL NOT BE LIABLE UNDER ANY THEORY OF LAW, FOR ANY INDIRECT, INCIDENTAL, PUNITIVE OR CONSEQUENTIAL DAMAGES, INCLUDING, BUT NOT LIMITED TO LOSS OF PROFITS, BUSINESS INTERRUPTION, LOSS OF INFORMATION OR DATA OR COSTS OF REPLACEMENT GOODS, ARISING OUT OF THE USE OR INABILITY TO USE THIS SITE OR ANY REVGUARD SERVICE OR RESULTING FROM USE OF OR RELIANCE ON THE INFORMATION PRESENTED, EVEN IF REVGUARD MAY HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

**Links to Third Party Websites**

This website may contain links to third party websites. Access to any other Internet websites linked to this website is at the user's own risk and RevGuard is not responsible for the accuracy, availability or reliability of any information, goods, data, opinions, advice or statements made available on these websites. As such, RevGuard is not liable for any damage or loss caused or alleged to be caused by or in connection with use of or reliance on any such third party website. RevGuard provides these links merely as a convenience and the inclusion of such links does not imply an endorsement or recommendation.

**Changes to the Site/Updates/Terms**

RevGuard may make changes to the Content, Service or the products provided by RevGuard, at any time without notice. RevGuard makes no commitment to update Content or Service or site. RevGuard reserves the right to make changes to its site and these disclaimers, terms, and conditions at any time. Your access or use of the site, Content or Service subsequent to such a change will signify your assent to be bound by such changes.

**Applicable Law**

This site is created and controlled by RevGuard in the State of Colorado, USA. As such, the laws of the State of Colorado will govern these disclaimers, terms, and conditions, without giving effect to any principles of conflicts of laws.

**Contact/Address for Legal Notices**

RevGuard, LLC.
6260 Lookout Road
Boulder, Colorado 80301
**support@RevGuard.net**

## About

Just like the A/B split tests you do in marketing, RevGuard's platform allows you to set up a control (A) and a test (B) for a specific segment of your customers when they contact your company through phone, email or web communication channels.

Those specific customers are then randomly presented with either A or B option and

## Sitemap

**Home**
**Request a Guided Tour**
**How It Works**
Step by Step Process
CEO / CMO / CFO / CTO
Optimizing CLV
Profit Calculator
Analytics
Technology

**Resources**
Blog
Case Studies
Client Testimonials
**About**
How It All Started
Meet the Team
Working Here
Partners

## $ REVGUARD®

📞 1-877-301-3185

✉ Contact us!

🕐 Mon - Fri: 9:00 AM to 5:00 PM MT

📍 6260 Lookout Road
Boulder, Colorado 80301



their reactions are recorded by the
RevGuard system, which is fully integrated
with your CRM.

The testing results are shown to you
through an analytics dashboard, which
allows you to instantly see which tests are
most profitable, so you can make more
money with your customers.

Technology

**Solutions**
For Trial/Continuity Companies
For Subscription Companies
Products - Phone/IVR
Products - Web
Products - Email

Pricing
Contact

© 2016 RevGuard, LLC. All rights reserved

Privacy Policy    Terms & Conditions    Standards    Product Releases

| Google Chrome | 60.0.3112.90 | 3:20:32 PM 8/17/2017 | Windows 10 Pro 64-bit Build 14393 |



| HOW REVGUARD WORKS | SOLUTIONS | RESOURCES | ABOUT | LOGIN |

## Standards
of RevGuard.net

REVGUARD | IMPROVE CUSTOMER RETENTION AND LTV, CUT CHARGEBACKS / **STANDARDS**

## Email, Consumer Data Collection, Advertising, Telemarketing and Regulatory Compliance Standards (the "RevGuard Standards")

The following additional terms apply to all services conducted under the OCO Services Agreement and the RevGuard Master Services Agreement.

**1. Spam Policy.**

RevGuard has a strict policy against sending unsolicited commercial email ("UCE"), commonly referred to as "spam." Client represents and warrants that all emails delivered under through RevGuard will be to permission-based subscribers/Consumers. (" "Transaction Correspondence" or "TC") means the graphic or text file(s) made available to RevGuard to communicate transactional or existing business relationship messages on behalf of Client.) Any claims against RevGuard from TC recipients that such TC constitute UCE will be directed to Client, and Client shall make reasonable efforts to satisfactorily resolve the issue with the recipient.

**2. Email Lists.**

(a) A "List Owner" is an entity that has email lists that it provides to third parties (such as RevGuard) to send TC messages. All emails sent by RevGuard on behalf of Client shall be delivered to email lists owned or managed solely by Client. As a List Owner, Client is responsible for honoring opt-out requests or adding those email addresses to its own suppression list where Client is the Sender of the email communication. Where either Client or RevGuard learns of an opt-out request from an address on Client's email address list, it shall not further sell, lease, exchange or otherwise transfer that address, except to comply with the CAN-SPAM Act or other law.

(b) Client shall maintain at all times during the term of the OCO Services Agreement or Master Services Agreement (as the case may be), and for a period of three years thereafter, complete and accurate subscriber sign-up/registration data for every subscriber to Client's email list(s). Client agrees that, within one business day of RevGuard's request, it shall provide, at a minimum, the following subscriber sign-up/registration data for any email address to which Client sends an TC: (i) subscriber email address used to sign-up/register for Client's email list; (ii) subscriber's IP address; (iii) date and time of subscriber's sign-up/registration for Client's email list; and (iv) location (URL) of subscriber's sign-up/registration.

**3. Campaign Preparation.**

(a) Prior to issuing a request to RevGuard to send any TC or initiate telephone contact to Consumers, Client shall download the applicable suppression file for the campaign and "scrub" its list against the file. Client shall not use any suppression file(s) for any other purpose, or permit others to do so.

(b) Client will ensure that all data it provides to RevGuard has been supplied by Consumers who have expressly requested or consented to receive commercial marketing direct mail, and e-mail from Client (or its affiliates) and its third party vendors, and represents and warrants that the provision of data to RevGuard will not violate any privacy policies or other agreements that the Consumer accepted at the time he/she provided such data.

**4. Campaign Requirements for all Advertising and OCO Services.**

Client represents and warrants:

(a) Applicable Laws.

(i). Client has and will obtain, collect, compile, manage, maintain, share and transfer data without using unfair or deceptive acts or practices and in compliance the Federal Trade Commission's Telemarketing Sales Rule, the Telemarketing and Consumer Fraud and Abuse Prevention Act of 1994 ("TCPA"), and Federal Communications Commission rules implementing the TCPA.

(ii). For each requested Service, Client shall comply with all applicable international, federal, state, and local laws, rules and regulations

(ii). For each requested service, Client shall comply with all applicable international, federal, state, and local laws, rules and regulations governing commercial email, and telephone solicitations, including but not limited to the California Business and Professions Code, §§ 17529 et seq., and any applicable state registry laws, such as the Michigan Children's Protection Registry (https://www.protectmichild.com/senders/) and the Utah Child Protection Registry (https://www.registrycompliance.com/apply.html), to the extent that such acts are within Client's reasonable ability to control.(iii). No campaign is targeted to children under the age of thirteen (13) and/or offers products or services that are illegal for minors to buy, possess or participate in.

(b) Content of Commercial Messaging and Transactional/Relationship Messaging and CAN-SPAM.

Client shall use RevGuard to promote only those campaigns that are lawful. Client acknowledges its responsibilities as a "Sender" under 15 U.S.C.A. Section 7705 (16)(A), and as such it shall comply with CAN-SPAM Act in all of its commercial electronic communications directed at Consumers that pass through RevGuard. A "Sender" is an initiator of a communication whose goods, services or products are promoted in the message, and in the case of a message promoting multiple promotions, it is identified as the exclusive sender in the "from" line of the message. Client will bear responsibility for approval of all external email marketing communications and determining whether the message is commercial or transactional/relationship in nature. The context of the message will determine whether the message must be CAN-SPAM compliant.

(i). Transactional or Relationship Messages are those where the primary purpose is to:

(a) Confirm, facilitate, or complete a commercial transaction that the recipient has previously agreed to enter into with the sender;

(b) To provide warranty information, product recall information, or safety information with respect to a commercial product or service used or purchased by the recipient;

(c) With respect to a subscription, membership, account or ongoing commercial relationship involving the ongoing purchase or use by a recipient of products or services offered by the sender, to provide:

Notification concerning a change in the terms or features;
Notification of a change in the recipient's standing or status; or
At periodic and regular intervals, account balance information or other type of account statement;
To deliver goods or services, including product updates or upgrades, that the recipient is entitled to receive under the terms of a transaction that the recipient has previously agreed to enter into with the sender.

(ii). Creative content and email subject lines shall follow these guidelines, at a minimum:

(a) Client has a reasonable basis for all claims made within the TC, possesses appropriate documentation to substantiate such claims and shall fulfill all commitments made in its advertising campaigns; and

(b) The use, reproduction, distribution, transmission or display of any TC and any materials to which Consumers can link such as any products or services made available to users through the creative graphics, emails, banner advertisements, hyperlinks, web pages, and/or other advertising material and its use of the Services shall not give rise to criminal or civil liability or infringe any copyright, patent, trademark or service mark, trade secret rights or any other personal, moral, contract, property or privacy right of any third party (collectively "Unlawful Conduct"); contain or promote viruses, obscene, abusive, violent, bigoted, or hate-oriented content or conduct (collectively "Offensive Conduct"); or encourage conduct that would constitute Unlawful Conduct or Offensive Conduct.

(iii) Text/MMS/SMS.

Such messages are governed by the Telephone Consumer Protection Act ("TCPA"), and will only be sent where consent has been obtained. RevGuard shall only send SMS/MMS/text messaging to United States email addresses for which a message to such address would not constitute a mobile service message as defined by the CAN-SPAM Act of 2003.

(iv) Opting Out.

1. Client shall allow Consumers to opt-out without requiring, (by way of example and not limitation): (a) payment, (b) information other than the Consumer's email address, (c) any other obligation as a condition for accepting or honoring the Consumer's opt-out request, or (d) that the Consumer visits more than a single Internet Web page.

2. Client must honor all opt-out requests within 48 consecutive hours of receipt.

3. Client may not send subsequent commercial email more than ten (10) business days after the recipient's request not to receive further

emails has been received (unless there is a subsequent affirmative consent by the recipient to receive such emails).

4. Once Client receives such a request, Client may not sell, lease, exchange or otherwise transfer or release that email address.

(v) Email-Specific Rules.

1. Headers. Client shall not require RevGuard to send any TC with false, deceptive or misleading header information (source, destination and routing information), subject lines or from lines. TC shall accurately identify Client as the initiator of the email in the "from" line. Client shall not, for example: (1) use a brand name (other than their own) in the from line; (2) use a celebrity's name in the from line; (3) send email "from" individuals that do not exist or are not actually involved in sending the email; or (4) send, or otherwise indicate an email is "from," a group or department that does not exist.

2. Domains. All mailing domains shall be publicly registered. Client shall provide the WHOIS database the accurate name and physical postal address of Client, such that the domain name in the "from" and "reply-to" headers of each email identify Client via a WHOIS database search. Client shall not use WHOIS Guard or a similar technology which masks the identity of a sender, in connection with its performance of this Agreement.

3. Dates. Emails may not be shall not pre-dated or post-dated.

4. Scrubbing. Client shall scrub its email list against the list of wireless domains found at http://www.fcc.gov/cgb/policy/DomainNameDownload.html at least once every 30 days.

5. Sender Identity. Client shall not request RevGuard to send any TC via newsletters or other emails having multiple senders.

6. Commercial messaging. Any and all commercial email messaging sent at the instruction of Client shall include: (1) a clear and conspicuous identification that the message is an advertisement; (2) a functioning return electronic mail address; (3) a clear and conspicuous Internet-based opt-out mechanism for the advertiser and Client that function for at least 30 days after the transmission of the message; and (4) valid physical postal addresses for the advertiser and Client.

7. Disclosure. The body of the email must describe how the email address was obtained, for example, "You opted in to receive this email promotion from our web site, or from one of our partner sites," and information on how to request evidence of the consent, for example, "If you would like to learn more about how we received you email address please contact us at abuse@yourdomain.com." Client must post an abuse@yourdomain.com email address on the first page of any Web site associated with the email, must register that address at abuse.net, and you must promptly respond to messages sent to that address.

8. Proper Collection of Email Addresses. RevGuard does not initiate nor assist in the transmission of commercial email using an email address: (1) that was collected through automated means, from a third party web site in violation of that third party's posted privacy policy, or (2) that was generated through automated means by combining name, letters or numbers into numerous permutations. Client may not conduct fraudulent activities related to electronic mail, including but not limited to the material falsification of header or transmission information, the unauthorized use of someone else's computer to send bulk commercial email, and the registration of an email account that materially falsifies the identity of the actual registrant.

(vi ) Complaint Tracking.

Client must have the means to track anonymous complaints. Upon RevGuard's request, Client shall provide RevGuard with documentation demonstrating that the recipients consented to receive the marketing communication at issue.

(vii) Privacy Policy.

The landing page for each campaign (i.e., the Client's website page where a Consumer is directed when the consumer clicks on the TC, fills in a registration form or takes a similar action) shall contain a prominent link to Client's privacy policy, which policy provides, at a minimum, adequate notice, disclosure and choices to consumers regarding Client's use, collection, disclosure and security of Consumer personal information.

(viii) Safety.

Client will not load nor cause to be loaded any computer program onto an individual's computer, in connection with the campaign, including without limitation programs commonly referred to as adware or spyware but excluding cookies, without RevGuard's prior written approval and the individual's express consent after receiving clear and conspicuous notice about the nature of the application to be

downloaded.

**5. Remedies.**

(a) Client recognizes that a breach of the RevGuard Standards could result in immediate, extraordinary and irreparable damage to RevGuard and/or its affiliated companies and that such damages may be difficult to measure. Accordingly, Client agrees that should it be in breach of any of the RevGuard Standards, RevGuard may, in addition to other legal remedies, terminate the RevGuard OCO Services Agreement or RevGuard Master Services Agreement immediately (including any payment obligations) and be entitled to liquidated damages of up to $1,000.00 per breach. Client further agrees that such liquidated damages are reasonable and do not constitute a penalty.

(b) Client shall indemnify, defend and hold RevGuard harmless for any Losses arising out of any breach of these RevGuard Standards pursuant to the indemnification provisions of the relevant services agreement of which this is a part.

**6. Payment Card Industry Data Security Standard (PCI DSS)**

RevGuard is a certified Level 2 Service Provider and employs an independent PCI Approved Scanning Vendor (ASV) to perform monthly vulnerability scans. The RevGuard Product Development group completes an annual PCI Self-Assessment Questionnaire D (SAQ Type D-SP) and Attestation of Compliance (AOC) covering the 12 PCI DSS requirements for the design, implementation, and continuous improvement of controls for safeguarding cardholder data and sensitive information.

Additionally, RevGuard employs AlertLogic 24X7 Threat Monitoring and Log Monitoring services as additional real time protection against intrusion, security, and integrity threats.



**About**

Just like the A/B split tests you do in marketing; RevGuard's platform allows you to set up a control (A) and a test (B) for a specific segment of your customers when they contact your company through phone, email or web communication channels.

Those specific customers are then randomly presented with either A or B option and their reactions are recorded by the RevGuard system, which is fully integrated with your CRM.

The testing results are shown to you through an analytics dashboard, which allows you to instantly see which tests are most profitable, so you can make more money with your customers.

**Sitemap**

**Home**

**Request a Guided Tour**

**How It Works**
Step by Step Process
CEO / CMO / CFO / CTO
Optimizing CLV
Profit Calculator
Analytics
Technology

**Solutions**
For Trial/Continuity Companies
For Subscription Companies
Products - Phone/IVR
Products - Web
Products - Email

**Resources**
Blog
Case Studies
Client Testimonials

**About**
How It All Started
Meet the Team
Working Here
Partners
Pricing
Contact

**REVGUARD**

📞  1-877-301-3135

✉  Contact us!

🕐  Mon - Fri: 9:00 AM to 5:00 PM MT

📍  6260 Lookout Road
    Boulder, Colorado 80301

© 2016 RevGuard, LLC. All rights reserved    Privacy Policy   Terms & Conditions   Standards   Product Releases

Google Chrome          60.0.3112.90          3:21:32 PM 8/17/2017          Windows 10 Pro 64-bit Build 14393

