# EXHIBIT H

1  ERIC W. SWANIS
   GREENBERG TRAURIG, LLP
2  3773 Howard Hughes Parkway
   Suite 400 North
3  Las Vegas, Nevada 89169
4  Telephone: 702-792-3773
   Facsimile: 702-792-9002
5  Email: swanise@gtlaw.com

6  GIOVANNI M. RUSCITTI (Has complied with LR IA 11-2)
7  (*Pro Hac Vice Pending*)
   BERG HILL GREENLEAF RUSCITTI LLP
8  1712 Pearl Street
   Boulder, Colorado 80302
9  Telephone: 303-402.1600
   Facsimile: 303-402-1601
10 Email: gmr@bhgrlaw.com

11
   CLAUDE WILD (Has complied with LR IA 11-2)
12 (*Pro Hac Vice Pending*)
   9247 Mornington Way
13 Lone Tree, CO 80124
   Telephone: 303-916-9082
14 Email: cwild@claudewildlaw.com

15 *Attorneys for Defendants RevMountain, et al.*

16
                    **UNITED STATES DISTRICT COURT**
17
                           **DISTRICT OF NEVADA**
18
19 FEDERAL TRADE COMMISSION,      )
                                  )   Case No. 17-cv-02000-APG-GWF
20        Plaintiff,              )
                                  )   **DECLARATION OF LAURA WALLACE**
21                                )
                                  )
22    v.                          )
                                  )
23 REVMOUNTAIN, LLC, *et al.*,    )
                                  )
24        Defendants.             )
                                  )
25 _____)

26
       I, Laura Wallace, hereby declare as follows:
27
       1.   I am over the age of twenty one and am a citizen of the United States.
28

---

1

2.  Unless stated otherwise, I have personal knowledge of the facts stated herein and, if called as a witness, would completely testify thereto.

3.  I was employed by RevGuard, LLC ("RevGuard") from approximately April 15, 2013 until July 27, 2017, when the TRO was issued in this case. I served as the VP Customer Success at RevGuard beginning inMarch 2017, and was responsible for managing all customer relations. After the TRO was issued, I was hired by the Receiver to assist in running RevGuard. In that capacity, and at the direction of the Receiver, I continue to assist in operating the RevGuard business.

4.  In connection with the Receivership, I prepared the attached PowerPoint presentation, which was presented to the Receiver and his counsel in connection with the Receiver's process for determining whether to operate RevGuard after the TRO was issued. The PowerPoint accurately summarizes and explains RevGuard's business.

5.  After I presented the PowerPoint presentation to the Receiver, he made the decision to operate RevGuard and I continue to work for RevGuard at the direction of the Receiver. RevGuard has operated in the same fashion since the commencement of the receivership as it did prior to the commencement of the receivership.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 18, 2017.

_____
Laura Wallace