# EXHIBIT I



HOME    PRODUCTS    THE REVLIVE ADVANTAGE    HYBRID APPROACH    ABOUT US    FAQ    CONTACT US



# Flat Rate Billing Model

## *Predictable and Simple*

## Where Your Success is Our Life

RevLIVE!® offers superior call quality with continuous focus on your profitability. We don't just answer your calls, we closely monitor your campaigns to ensure their success. Call us today and let us prove our difference to you.


**Products**
Our highly skilled representatives provide the best inbound call services, quality customer care, and outstanding order management.


**Hybrid Approach**
At RevLive, we are highly dedicated to our employees, who not only represent the face of our business, but also act as the frontline of your business too.


**Optimized Client Metrics**
When it comes to reporting, RevLive gives you access to everything you would want to know about how our call center is performing for you.


**Expertise**
We have over 10 years of experience in the continuity industry, as well as a specialization in customer retention and free trial offers.


**QA Process**
Every member of RevLive experiences constant coaching, call monitoring, and continuing education and training to improve.


**A/B Split Testing**
At RevLive, we're able to offer you the benefit of A/B Split Testing on your campaigns at any time using our live agents.

## Contact RevLive



**REVLIVE'S OFFICE**

🏠 2011 Cherry Street, Ste. 202
Louisville, CO 80027

📞 866-899-4906

**NEIL ARAGON**

VP of Business Development

📞 Direct: 303-835-6828
📱 Toll Free: 866-899-4906
✉ neil@revlive.net

## Our Testimonials



**D. Foss**

*Working with RevLive I didn't feel like just another customer. With their personal services I felt like their only customer. I got*

**T. Carson**

*RevLive has the best customer portal and reporting hands down. It allows me to see how my campaigns are doing with all the important KPI's anytime I want.*

Exhibit I - Page 1 of 27

*the dedication and time that made me feel
special.*

● ○

CONTACT US

🏠 2011 Cherry Street, Ste. 202
   Louisville, CO 80027

📞 866-899-4906

NEIL ARAGON

VP of Business Development

📞 Direct: 303-835-6828

📱 Toll Free: 866-899-4906

✉ neil@revlive.net

© 2014 RevLive - All Rights Reserved | Privacy Policy | Terms & Conditions

| Google Chrome | 60.0.3112.90 | 2:31:12 PM 8/17/2017 | Windows 10 Pro 64-bit Build 14393 |

Exhibit I - Page 2 of 27



HOME    PRODUCTS    THE REVLIVE ADVANTAGE    HYBRID APPROACH    ABOUT US    FAQ    CONTACT US

## Contracted to meet Key Performance Indicators (KPI's)

- **Average Hold Time 90 sec**
- **Pick-Up Rate 90%**
- **Agent Quality Score 90%**
- **Agent Error Rate 2%**



## Where Your Success is Our Life

RevLIVE!® offers superior call quality with continuous focus on your profitability. We don't just answer your calls, we closely monitor your campaigns to ensure their success. Call us today and let us prove our difference to you.


**Products**
Our highly skilled representatives provide the best inbound call services, quality customer care, and outstanding order management.


**Hybrid Approach**
At RevLive, we are highly dedicated to our employees, who not only represent the face of our business, but also act as the frontline of your business too.


**Optimized Client Metrics**
When it comes to reporting, RevLive gives you access to everything you would want to know about how our call center is performing for you.


**Expertise**
We have over 10 years of experience in the continuity industry, as well as a specialization in customer retention and free trial offers.


**QA Process**
Every member of RevLive experiences constant coaching, call monitoring, and continuing education and training to improve.


**A/B Split Testing**
At RevLive, we're able to offer you the benefit of A/B Split Testing on your campaigns at any time using our live agents.

## Contact RevLive



**REVLIVE'S OFFICE**

🏠 2011 Cherry Street, Ste. 202
Louisville, CO 80027

📞 866-899-4906

**NEIL ARAGON**

VP of Business Development

📞 Direct: 303-835-6828

📱 Toll Free: 866-899-4906

✉ neil@revlive.net

## Our Testimonials



**T. Carson**

*RevLive has the best customer portal and reporting hands down. It allows me to see how my campaigns are doing with all the important KPI's anytime I want.*

**D. Foss**

*Working with RevLive I didn't feel like just another customer. With their personal services I felt like their only customer. I got*

Exhibit I - Page 3 of 27

*the dedication and time that made me feel
special.*

● ●

CONTACT US

🏠 2011 Cherry Street, Ste. 202
   Louisville, CO 80027

📞 866-899-4906

NEIL ARAGON

VP of Business Development

📞 Direct: 303-835-6828

📱 Toll Free: 866-899-4906

✉ neil@revlive.net                    ⇗

© 2014 RevLive - All Rights Reserved | Privacy Policy | Terms & Conditions

| Google Chrome | 60.0.3112.90 | 2:32:04 PM 8/17/2017 | Windows 10 Pro 64-bit Build 14393 |

Exhibit I - Page 4 of 27



HOME  PRODUCTS  THE REVLIVE ADVANTAGE  HYBRID APPROACH  ABOUT US  FAQ  CONTACT US



# Online client portal for real time reporting:

- Profitability report
- Refund impact report
- Error accountability report
- Plus many more KPI metric reports…

## Where Your Success is Our Life

RevLIVE!® offers superior call quality with continuous focus on your profitability. We don't just answer your calls, we closely monitor your campaigns to ensure their success. Call us today and let us prove our difference to you.

 **Products**
Our highly skilled representatives provide the best inbound call services, quality customer care, and outstanding order management.

 **Hybrid Approach**
At RevLive, we are highly dedicated to our employees, who not only represent the face of our business, but also act as the frontline of your business too.

 **Optimized Client Metrics**
When it comes to reporting, RevLive gives you access to everything you would want to know about how our call center is performing for you.

 **Expertise**
We have over 10 years of experience in the continuity industry, as well as a specialization in customer retention and free trial offers.

 **QA Process**
Every member of RevLive experiences constant coaching, call monitoring, and continuing education and training to improve.

 **A/B Split Testing**
At RevLive, we're able to offer you the benefit of A/B Split Testing on your campaigns at any time using our live agents.

## Contact RevLive



**REVLIVE'S OFFICE**

🏠 2011 Cherry Street, Ste. 202
Louisville, CO 80027

📞 866-899-4906

**NEIL ARAGON**

VP of Business Development

📞 Direct: 303-835-6828

📱 Toll Free: 866-899-4906

✉ neil@revlive.net

## Our Testimonials




**T. Carson**

*RevLive has the best customer portal and reporting hands down. It allows me to see how my campaigns are doing with all the important KPI's anytime I want.*

**D. Foss**

*Working with RevLive I didn't feel like just another customer. With their personal services I felt like their only customer. I got*

Exhibit I - Page 5 of 27

*the dedication and time that made me feel special.*

CONTACT US

 2011 Cherry Street, Ste. 202
   Louisville, CO 80027

 866-899-4906

NEIL ARAGON

VP of Business Development

 Direct: 303-835-6828

 Toll Free: 866-899-4906

 neil@revlive.net

© 2014 RevLive - All Rights Reserved | Privacy Policy | Terms & Conditions

Exhibit I - Page 6 of 27



HOME   PRODUCTS   THE REVLIVE ADVANTAGE   HYBRID APPROACH   ABOUT US   FAQ   CONTACT US

## Inbound Call Center

What makes a great inbound call center provider? Is it the ability to answer a customer's call quickly, efficiently and with low queue wait times? Those are some of the key elements in delivering top-notch service to your customers and we excel at all of those. How do you know if your customer was handled properly? We learn about your business, your products, your service and your customers from top to bottom to ensure they receive a pleasant experience and have an 83% first call resolution rate.



When you partner with RevLive, you're partnering with a company that has the experience you'll come to know and trust. Our years of experience in the industry have taught us the importance of constant training and testing. We're always striving to be the leader and your trusted partner in fulfilling your customer's needs. Our agents are among the most talented in the industry, and we train them not only on emerging trends in customer service, but on your company, your products and services, your culture.

### Flat Rate Billing Model

No one likes the stress associated with trying to predict business expenses. That's why RevLive has taken the guess work out of it with our Flat Rate Billing model, your expenses are predictable and simple.  We charge a flat rate to take care of your customer's needs no matter how long it takes to get a resolution. With other call centers invoicing by per minute billing, you never know if you're over paying for a call or if your customer was rushed off the phone to save on expenses.

CONTACT US

2011 Cherry Street, Ste. 202
Louisville, CO 80027

866-899-4906

NEIL ARAGON

VP of Business Development

Direct: 303-835-6828

Toll Free: 866-899-4906

neil@revlive.net

© 2014 RevLive - All Rights Reserved | Privacy Policy | Terms & Conditions

| Google Chrome | 60.0.3112.90 | 2:33:14 PM 8/17/2017 | Windows 10 Pro 64-bit Build 14393 |

Exhibit I - Page 7 of 27



HOME   PRODUCTS   THE REVLIVE ADVANTAGE   HYBRID APPROACH   ABOUT US   FAQ   CONTACT US

## Email Management

More people than ever are using email to resolve their customer service issues. Our Email Services Team adds value by providing the ability for us to effectively communicate to your customers via email.

Our agents will respond and react your customer's needs all through email. All emails received are promptly answered within a 24-hour timeframe. This will allow you to accommodate your customer's needs in the communication type they prefer. Our Email Services Team also adopts the same Flat Rate pricing that our call center utilizes. We can also respond to emails through an outbound phone call to resolve issues quickly and cleanly for your customers.



CONTACT US

⌂ 2011 Cherry Street, Ste. 202
Louisville, CO 80027

☎ 866-899-4906

NEIL ARAGON

VP of Business Development

☎ Direct: 303-835-6828

▢ Toll Free: 866-899-4906

✉ neil@revlive.net

© 2014 RevLive - All Rights Reserved | Privacy Policy | Terms & Conditions

Google Chrome          60.0.3112.90              2:33:51 PM 8/17/2017          Windows 10 Pro 64-bit Build 14393

Exhibit I - Page 8 of 27



HOME    PRODUCTS    THE REVLIVE ADVANTAGE    HYBRID APPROACH    ABOUT US    FAQ    CONTACT US

## BBB & AG Complaint Resolution

### BBB Response Handling:

When a customer calls the BBB with a complaint on a business, it is the policy of the BBB to refer the caller back to the company for assistance. Approximately 85 percent of complaints are resolved at this level and the BBB never gets involved. However for the 15 percent that do involve the BBB it can become a stressful process.

RevLive has a great working relationship with the BBB and can quickly take action against your pending complaint for you. We work on your behalf to get the issue resolved quickly. We'll respond directly to the complaint and take control of the situation.

### Attorney General Complaint:

Having a complaint filed to the Attorney General is no laughing matter. Our customer support specialists at RevLive have the expertise to handle these issues on your behalf to ensure that everything is handled properly to reach the desired outcome.

We'll continually follow up and remain engaged until the issue is resolved and closed. This takes the stress and burden of our client's shoulders and allows them to remain focused on what's important to them– the success of their business.



CONTACT US

🏠 2011 Cherry Street, Ste. 202
    Louisville, CO 80027

📞 866-899-4906

NEIL ARAGON

VP of Business Development

📞 Direct: 303-835-6828

📱 Toll Free: 866-899-4906

✉ neil@revlive.net

© 2014 RevLive - All Rights Reserved | Privacy Policy | Terms & Conditions

| Google Chrome | 60.0.3112.90 | 2:34:28 PM 8/17/2017 | Windows 10 Pro 64-bit Build 14393 |

Exhibit I - Page 9 of 27



HOME    PRODUCTS    THE REVLIVE ADVANTAGE    HYBRID APPROACH    ABOUT US    FAQ    CONTACT US

## Optimized Client Metrics

When it comes to reporting, RevLive gives you access to everything you would want to know about how our call center is performing for you. We want to show you how we can impact your business in a positive way by increasing your profitability.



We're able to generate reports on the metrics you need to be able to run your business and make timely decisions. A few of the reports that you will see in your real-time reporting portal include:

› **Customer wait time**
› **Average call length**
› **Abandonment rate**
› **Conversion rate**
› **Refund Rate**
› **Agent Error Rate Report**
› **Refund Impact Report**
› **Save Sales**
› **And much more...**

Our reports monitor metrics and key performance indicators (KPIs) that measure the success of your programs, enabling you to continuously refine and optimize your customer experience. You simply log into your account using our secure site, select a report and date range, and instantly receive the data. You'll also have the ability to download the data to your computer so you can immediately use it in your CRM application or other systems you're running in-house.

We create summaries and detailed reports so you can see both the big picture at a glance and get the specifics you need to understand trends and patterns in calls and customer service. Not only do you have instant access, but our Client Success Managers will go over the stats in detail to explain what they mean for your business.

## Contracted To Meet Key Performance Indicators (KPI's)

As a client of RevLive, you'll enjoy the benefit of our Contracted KPI's guarantee.

Our KPI's consist of...

› **Average Hold Time Of 90 Seconds Or Less**
› **Pick-Up Rate Of 90% Or Higher**
› **Agent Quality Score Of 90% Or Higher**

This will give you the peace of mind that your campaigns are being handled correctly and efficiently. The way they should be. Our Hybrid approach along with our extensive reporting will allow you to view the KPI's by campaign.

CONTACT US

NEIL ARAGON

 2011 Cherry Street, Ste. 202
   Louisville, CO 80027

 866-899-4906

VP of Business Development

 Direct: 303-835-6828

 Toll Free: 866-899-4906

 neil@revlive.net

© 2014 RevLive - All Rights Reserved | Privacy Policy | Terms & Conditions

Exhibit I - Page 10 of 27

| Google Chrome | 60.0.3112.90 | 2:34:56 PM 8/17/2017 | Windows 10 Pro 64-bit Build 14393 |

Exhibit I - Page 11 of 27



HOME    PRODUCTS    THE REVLIVE ADVANTAGE    HYBRID APPROACH    ABOUT US    FAQ    CONTACT US

## A/B Split Testing

The benefit you receive from utilizing RevLive to handle your call center's needs is that we're the experts in the Continuity, Retention, and Free-Trial verticals. We're able to offer you the benefit of A/B Split Testing at any time using our agents. The science of split testing has been around for decades and has proven to be effective in finding what combination or price points, verbiage and offers work the best.

A/B testing helps you determine which marketing campaign is most effectively delivering the optimal results for your business. Split provides companies a way to support recommended changes and improvements based on hard numbers. By utilizing RevLive agents, our agents are familiar with using the A/B testing method and are able to adapt on the fly.



CONTACT US

🏠 2011 Cherry Street, Ste. 202
   Louisville, CO 80027

📞 866-899-4906

NEIL ARAGON

VP of Business Development

📞 Direct: 303-835-6828

📱 Toll Free: 866-899-4906

✉ neil@revlive.net

© 2014 RevLive - All Rights Reserved | Privacy Policy | Terms & Conditions

Google Chrome           60.0.3112.90              2:35:29 PM 8/17/2017          Windows 10 Pro 64-bit Build 14393

Exhibit I - Page 12 of 27



HOME    PRODUCTS    THE REVLIVE ADVANTAGE    HYBRID APPROACH    ABOUT US    FAQ    CONTACT US

## Account Management

RevLive values building and maintaining strong client relationships through communication, collaboration, and service excellence. We create strategic goals for every single client. Collaborating and aligning strategies with our clients is important to achieving high quality levels and ensuring everyone's success.



We strive to assemble a strong foundation for your account by optimizing and reporting your quality performance levels. Your Client Success Manager will provide you with updates about your campaigns as well as any optimizing opportunities we have identified for you.

Throughout the new account process, implementation, and going live, you will have a designated Client Success Manager. They will be your single point of contact throughout the life of your account. They'll be responsible for the performance and growth of your program. Your CSM will be tasked with providing leadership and accountability to Team Leaders and call center agents to ensure goals, performance objectives and standards are met and accurately communicated to everyone involved.

---

CONTACT US

🏠 2011 Cherry Street, Ste. 202
Louisville, CO 80027

📞 866-899-4906

NEIL ARAGON

VP of Business Development

📞 Direct: 303-835-6828

📱 Toll Free: 866-899-4906

✉ neil@revlive.net                    ↗

© 2014 RevLive - All Rights Reserved | Privacy Policy | Terms & Conditions

| Google Chrome | 60.0.3112.90 | 2:35:59 PM 8/17/2017 | Windows 10 Pro 64-bit Build 14393 |
|---|---|---|---|

Exhibit I - Page 13 of 27



HOME    PRODUCTS    THE REVLIVE ADVANTAGE    HYBRID APPROACH    ABOUT US    FAQ    CONTACT US

## Expertise in Subscription/Continuity

Revlive knows continuity! Revlive was born from the business needs of our own internal continuity offers. With over 10 years of experience of interacting with customers on a continuity program, we have optimized the call center process to deliver our clients performance driven results.

Our agents have been given the training to not only satisfy the customer, but to also help maximize revenue for our clients. Through our A/B testing, save sale, and price point strategies, we're able to maximize revenue for our clients while keeping refunds and chargebacks in check.



CONTACT US

⌂ 2011 Cherry Street, Ste. 202
   Louisville, CO 80027

☎ 866-899-4906

NEIL ARAGON

VP of Business Development

☎ Direct: 303-835-6828

▢ Toll Free: 866-899-4906

✉ neil@revlive.net

© 2014 RevLive - All Rights Reserved | Privacy Policy | Terms & Conditions

| Google Chrome | 60.0.3112.90 | 2:36:29 PM 8/17/2017 | Windows 10 Pro 64-bit Build 14393 |
| --- | --- | --- | --- |

Exhibit I - Page 14 of 27



HOME    PRODUCTS    THE REVLIVE ADVANTAGE    HYBRID APPROACH    ABOUT US    FAQ    CONTACT US

## Constant Coaching

What does a call center coaching environment look like? It is a call center where everybody from the manager to the newest representative is actively working to improve communication, relationship & sales skills to achieve better call outcomes for our clients.



Here are some of the skills we coach in our call center:

1. How to control a conversation, so it is kept to a reasonable timeframe
2. How to identify the needs of the caller and quickly resolved
3. How to handle angry callers
4. How to be outcome focused and achieve optimal results

RevLive has some of the best coaches in the industry and we incorporate our coaching tactics daily. We take the time to ensure that our agents are getting the best information possible. Through our optimized coaching process, our clients see the results of our ongoing agent coaching sessions.

---

CONTACT US

🏠 2011 Cherry Street, Ste. 202
   Louisville, CO 80027

📞 866-899-4906

NEIL ARAGON

VP of Business Development

📞 Direct: 303-835-6828

📱 Toll Free: 866-899-4906

✉ neil@revlive.net ↗

© 2014 RevLive - All Rights Reserved | Privacy Policy | Terms & Conditions

| Google Chrome | 60.0.3112.90 | 2:36:59 PM 8/17/2017 | Windows 10 Pro 64-bit Build 14393 |
|---|---|---|---|

Exhibit I - Page 15 of 27



HOME    PRODUCTS    THE REVLIVE ADVANTAGE    HYBRID APPROACH    ABOUT US    FAQ    CONTACT US

## Call Monitoring

At RevLive, we are highly dedicated to our employees, who not only represent the face of our business, but also act as the frontline of your business too. We know first impressions matter and we do everything possible to ensure our agents put the best image forward.

The focus is on quality and ongoing improvement. Our dedicated Quality Assurance Team works closely with our support staff of Supervisors and Managers in the call center to ensure high service levels and effective first call resolutions throughout the center.

With Supervisors and members from the Quality Assurance Team conducting frequent monitoring sessions, each Agent and Product is monitored daily. During each QA session, agents are evaluated and scored on various quality criteria for their calls, including information accuracy, customer experience, business impact, resolution and professionalism. Agents are consulted on their performance in real-time and after the call. They are given constructive criticism, including areas they are excelling and those that require improvement. Agents also provide any feedback they have heard repetitively from customers which could indicate an issue with the campaign, this information is then shared with the client so you have a constant pulse on your campaign.



CONTACT US

🏠 2011 Cherry Street, Ste. 202
   Louisville, CO 80027

📞 866-899-4906

NEIL ARAGON

VP of Business Development

📞 Direct: 303-835-6828

📱 Toll Free: 866-899-4906

✉ neil@revlive.net

© 2014 RevLive - All Rights Reserved | Privacy Policy | Terms & Conditions

| Google Chrome | 60.0.3112.90 | 2:37:31 PM 8/17/2017 | Windows 10 Pro 64-bit Build 14393 |

Exhibit I - Page 16 of 27



HOME    PRODUCTS    THE REVLIVE ADVANTAGE    HYBRID APPROACH    ABOUT US    FAQ    CONTACT US

## Continuing Education & Training

At RevLive, we recruit, train, and educate a broad range of agents. We hire agents who have a desire to outlast and outshine the competition. We also look for agents who bring an array of energy, who are task oriented & hard working, and who enable professional brilliance in this industry. Our strength and soul is our agents. We strive to develop our agents through phenomenal and professional training. Our state-of-the-art technology allows our training team to motivate and teach at a level that surpasses the rest. Our Supervisors and Managers lead the organizational effort in customer satisfaction on a daily basis.

A few of our agent qualifications include...



› **100% of the agents are PCI Compliant**
› **100% of the agents must be able to pass a Background Check and Personality Assessment**
› **At least 75% of the agents possess college education**

CONTACT US

🏠 2011 Cherry Street, Ste. 202
   Louisville, CO 80027
📞 866-899-4906

NEIL ARAGON

VP of Business Development

📞 Direct: 303-835-6828
📱 Toll Free: 866-899-4906
✉ neil@revlive.net

© 2014 RevLive - All Rights Reserved | Privacy Policy | Terms & Conditions

| Google Chrome | 60.0.3112.90 | 2:38:18 PM 8/17/2017 | Windows 10 Pro 64-bit Build 14393 |

Exhibit I - Page 17 of 27



HOME   PRODUCTS   THE REVLIVE ADVANTAGE   HYBRID APPROACH   ABOUT US   FAQ   CONTACT US

## About Us

RevLive was created in 2004 through the growing needs of our own continuity offers. For us, it was challenging to find the perfect call center that understood the continuity industry and could help us achieve our customer service goals. We were looking for the uniqueness of a call center which could quickly grow with us and nurture our programs. Every continuity offer is different, and we had a difficult time finding a call center that was able to provide the custom service that we needed. After exhausting all of the possible options available we decided to create a call center for ourselves and RevLive was born. After seeing the remarkable results with our own campaigns, we decided to offer our premium services to the market, and many clients have made the switch to RevLive.

Today RevLive is a leader in the live Customer Service industry. We are committed that your business thrives by cutting your customer service costs and customizing your campaign based on your company's goals. We have the ability to scale quickly for your rapid growth in any language while providing superior service and outcomes. Our reporting system is unmatched by the competition and ensures you have a constant pulse on your business. It's no surprise that Revlive is one of the fastest growing call centers in the world. We are passionate about your success and are excited to show you a new, results oriented approach to your business.

Contact a Program Manager today 1-866-899-4906 to see how RevLive can help grow your business and contribute to your bottom line.

---

**CONTACT US**

🏠 2011 Cherry Street, Ste. 202
Louisville, CO 80027

📞 866-899-4906

**NEIL ARAGON**

VP of Business Development

📞 Direct: 303-835-6828

📱 Toll Free: 866-899-4906

✉ neil@revlive.net

© 2014 RevLive - All Rights Reserved | Privacy Policy | Terms & Conditions

| Google Chrome | 60.0.3112.90 | 2:38:50 PM 8/17/2017 | Windows 10 Pro 64-bit Build 14393 |

Exhibit I - Page 18 of 27

# REVLIVE
WHERE YOUR SUCCESS IS OUR LIFE

HOME   PRODUCTS   THE REVLIVE ADVANTAGE   HYBRID APPROACH   ABOUT US   FAQ   CONTACT US

## FAQ



**Where are your call centers located?**

Our call centers are located in Louisville, Colorado and multiple locations in Philippines. We also have at-home agents located around the globe.

**How many years have you been in business?**

RevLive has been in the business for over 8 years servicing customers throughout North and South America along with Europe.

**What are RevLive's hours of operations??**

RevLive is open 24×7 except for New Year's Day, Christmas, Easter, and Thanksgiving.

**How do you price your services?**

RevLive utilizes flat rate billing. This allows our clients to accurately predict their call center expenses. It also takes away any confusion or surprises in their billing. If a customer requires extra care and time on the phone to resolve their issue, it costs you nothing extra!

**What is your business mix of inbound call center services versus outbound call center services?**

80% Inbound/10% Outbound/10% Email reply services.

**Do you provide after-hours call center services, overflow, and disaster recovery support for in-house call centers?**

Yes. We  are highly customizable and will support all of your call center needs.

**Do you handle free-trial, continuity offers?**

Free trial and continuity offers are RevLive's area of expertise. Our agents are trained in save sale tactics and excel on these programs with the coaching and support of our management staff.

**Do you provide call recording services?**

Yes. All calls are recoded and saved for 30 days. We can provide copies of the recorded calls upon request.

**Do you provide e-mail management services?**

Yes. We have a response time of less than 24 hours. We can also provide an outbound call to ensure that the customer received the email reply.

**What is your ratio of customer service agents to supervisors?**

8 to 1

**Do you provide reporting?**

Yes. We have a client portal that allows our clients to pull multiple reports based on a variety of KPI's. This can be done in real-time. 24

Exhibit I - Page 19 of 27

Yes. We have a client portal that allows our clients to pull multiple reports based on a variety of KPI's. This can be done in real time, 24 hours a day.

CONTACT US

🏠 2011 Cherry Street, Ste. 202
Louisville, CO 80027

📞 866-899-4906

NEIL ARAGON

VP of Business Development

📞 Direct: 303-835-6828

📱 Toll Free: 866-899-4906

✉ neil@revlive.net

© 2014 RevLive - All Rights Reserved | Privacy Policy | Terms & Conditions

| Google Chrome | 60.0.3112.90 | 2:39:24 PM 8/17/2017 | Windows 10 Pro 64-bit Build 14393 |

Exhibit I - Page 20 of 27



HOME    PRODUCTS    THE REVLIVE ADVANTAGE    HYBRID APPROACH    ABOUT US    FAQ    CONTACT US

## Contact Us

Your Name (required)

Your Email (required)

Subject

Your Message

Send

CONTACT US

2011 Cherry Street, Ste. 202
Louisville, CO 80027

866-899-4906

NEIL ARAGON

VP of Business Development

Direct: 303-835-6828

Toll Free: 866-899-4906

neil@revlive.net

© 2014 RevLive - All Rights Reserved | Privacy Policy | Terms & Conditions

Google Chrome                60.0.3112.90                2:39:58 PM 8/17/2017                Windows 10 Pro 64-bit Build 14393

Exhibit I - Page 21 of 27

## Privacy Policy

**Effective as of January 1, 2014**

RevLive, LLC. ("RevLive" or "We") knows that you care about how your personal information is used and shared, and we take your privacy seriously. RevLive has created this privacy statement ("Statement") in order to demonstrate our commitment to your privacy. Please read the following to learn more about our privacy policy.

By accessing the RevLive website at www.RevLive.net, RevLive, including all related pages ("Site"), including any subscription based features or services offered by RevLive through the Site or through apps offered by RevLive.net (collectively, the "Service"), you are accepting the practices outlined in this Statement.

**1. What Does This Privacy Policy Cover?**

This Statement covers RevLive's collection and use of personal information that RevLive gathers when you are on the Site and when you use the Service.

This Statement does not apply to the practices of third parties that RevLive does not own or control, or to individuals that RevLive does not employ or manage.

For avoidance of doubt, this Statement does not apply to any third party information gathered by RevLive's Clients (i.e., information about customers of RevLive Clients) and submitted by them to the Service for use in connection with their customer service activities and other promotional activities ("Customer Data"). RevLive will not review, share, distribute, print, or reference any such Customer Data except as provided in the Service Agreement or as may be required by law. Notwithstanding the foregoing, Customer Data may at times be viewed or accessed by RevLive for the purpose of aggregating customer responses and actions, resolving a problem, support issue, or for investigating a suspected violation of the Service Agreement, or as may be required by law.

RevLive adheres to the Safe Harbor Privacy Principles published by US Department of Commerce ("Safe Harbor Principles") with respect to Customer Data that we receive from our customers and other business partners in the European Economic Area. RevLive complies with the U.S.-EU and the U.S.-Swiss Safe Harbor Frameworks regarding the collection, use, and retention of personal information from European Union member countries and Switzerland.

The scope of our Safe Harbor Certification is defined by our Safe Harbor Notice located below.

**2. What Personal Information About Customers Does RevLive Collect?**

Our primary goal in collecting information is to provide you with a friendly, customized, and efficient experience. We collect the following types of information from our customers:

**Information You Provide to Us:**

RevLive collects identifying information when you use the Service, when you visit the Site (including, without limitation, any or RevLive.net web pages or landing pages), and when you enter promotions or contests. For example, we require customers who register to use the Service to give us the following personal information: their name, Company name, address, phone number, and e-mail address, and financial qualification and billing information, such as billing name and address, credit card number, and the identity of users within the organization that will be using the Service. When you initially express interest obtaining additional information about the Service, or when you register for the Service, we may also ask for additional types personal information, such as title, department name, fax number, or additional company information, such as annual revenues or marketing spend. We may also request demographic information and unique identifiers in order to provide you with a more personalized experience or verify your passwords.

All financial and billing information that we collect from you is used for the purposes of checking your qualifications as a prospective customer and billing you for the Service. Such billing information is not used by RevLive for marketing or promotional purposes. RevLive may use a third-party intermediary to manage the credit card and billing processing. This intermediary is solely a link in the distribution chain, and is not permitted to store, retain, or use the information provided, except for the sole purpose of credit card and billing processing.

If you are a registered user of RevLive's subscription-based Service, please note that some information about you may remain in our records after the end of your trial or subscription.

**Automatic Information:**

We receive and store certain types of information whenever you interact with us via our website. RevLive automatically receives and records certain "traffic data" on our server logs including your IP address, RevLive cookie information, the page you requested, and your communications and interactions with other site registrants. RevLive uses this traffic data to help diagnose problems with its server, analyze trends and administer the Service.

Exhibit I - Page 22 of 27

We automatically collect usage information, such as the numbers and frequency of visitors to our Site and use of components of our Service. We may use this information to provide research, advice and information, including, without limitation, for benchmarking purposes (e.g. we may publish an industry white paper that uses data collected through the use of our Service). This data is only used in the aggregate. This type of collective data also enables us to figure out how often customers use parts of the Service so we can make the Service appealing to as many customers as possible. In addition, we may provide statistical information to our partners about how our customers, collectively, use our Site and Service. We may share this type of statistical data so that our partners also understand how often people use areas of our Site and our Service, so that they, too, may provide you with an optimal experience.

We also collect and use information for internal purposes. For example, if you are a registered user of the RevLive's subscription-based Service, we may keep records in your account history of your complaints about other registered users online behavior, and any reported violation of our Service Agreement that you or someone on your account may have committed.

Many companies offer programs that help you to visit web sites anonymously. While RevLive will not be able to provide you with a personalized experience if we cannot recognize you, we want you to be aware that these programs are available.

**E-mail Communications:**

We may receive a confirmation when you open an e-mail from RevLive if your computer supports this type of program, in order to help us make e-mails more interesting and helpful. We may also send out emails with information regarding RevLive or our partners including promotions and events. Customers can opt out of being contacted by us by sending an email to neil@revlive.net.

If a user elects to use our referral features for informing a friend about our Site or Service, we ask them for the friend's name and email address. RevLive will automatically send the friend an email on behalf of the user who made the referral, inviting such friend to visit the Site and try the Service. RevLive does not store this information.

**Information From Other Sources:**

For purposes such as improving personalization of our Service, we may receive information about you from other sources and add it to our account information.

**3. What about Cookies?**

Cookies are alphanumeric identifiers that we transfer to your computer's hard drive through your Web browser to enable our systems to recognize your browser and tell us how and when pages in our site are visited and by how many people. RevLive employs cookies in order for its server to recognize a return visitor as a unique user. The cookies placed by the RevLive server are readable only by RevLive, and cookies cannot access, read or modify any other data on a computer.

The "help" portion of the toolbar on the majority of browsers will direct you on how to prevent your browser from accepting new cookies, how to command the browser to tell you when you receive a new cookie, or how to fully disable cookies. We strongly recommend that you leave the cookies activated, however, because cookies enable you to take advantage of some of RevLive's most attractive features.

**4. Will RevLive Share Any of the Information it Receives?**

Information about our customers is an integral part of our business. We neither rent nor sell your personal information to anyone. We share your personal information only with entities that are controlled or controlled by or under common control of RevLive, and as described below:

**Affiliated Business We Do Not Control:**

We are affiliated or partnered with a variety of businesses and work closely with them. In certain situations, these businesses operate within the Service or through the Site. In other situations, RevLive markets or sells products or services jointly with affiliated businesses.

**Agents:**

We employ other companies and people to perform tasks on our behalf and may need to share your information with them to provide products or services to you. Examples may include removing repetitive information from customer lists, analyzing data, providing marketing assistance, processing credit card payments, and providing customer service. We may also provide your personal information to agents who will use it to verify aggregate usage data that we provide to our partners. In all cases where we share your information with such agents, we explicitly require the agent to acknowledge and adhere to RevLive's privacy and customer data handling policies.

**Promotional Offers:**

We may send offers to certain customers on behalf of other businesses with whom we have a partnership. However, when we do so, we do not give the other business your name and address. If you are a registered user of the RevLive's subscription-based Service and do not wish to receive these offers, please send an email to neil@revlive.net.

**Business Transfers:**

In some cases, we may choose to buy or sell assets or businesses. In these types of transactions, customer information is typically one of the business assets that are transferred. Moreover, if RevLive, or substantially all of its assets, were acquired, customer information would be one of the assets that are transferred.

**Protection of RevLive and Others:**

We may release personal information when we believe in good faith that release is necessary to comply with that law; enforce or apply our conditions of use and other agreements; or protect the rights, property, or safety of RevLive, our employees, our users, or others. This includes exchanging information with other companies and organizations for fraud protection and credit risk reduction.

Exhibit I - Page 23 of 27

**With Your Consent:**

Except as set forth above, you will be notified when your personal information may be shared with third parties.

**5. Is Information About Me Secure?**

All customer information collected and stored by RevLive is maintained in a secure corporate data center and/or otherwise subject to best practices access protection. Only employees who need customer information to perform a specific job (for example, a customer service representative) are granted access to it. All of our employees are kept up to date on our privacy and security practices.

**6. How Can I Correct or Remove Information About Me?**

If you feel that any personal information about you that has been collected and stored by RevLive might be wrong, or you would like for us to remove you from our systems, please notify us at neil@revlive.net so that we may correct or delete the information.

**7. What Choices Do I Have?**

As stated previously, you can always opt not to disclose information, even though it may be needed to make a purchase or take advantage of certain RevLive features.

You are able to add or update certain information as described in the "How can I correct or remove information about Me" section above. When you update information, however, we may maintain a copy of the unrevised information in our records.

As explained earlier, the "help" portion of the toolbar on the majority of browsers will direct you on how to prevent your browser from accepting new cookies, how to command the browser to tell you when you receive a new cookie, or how to fully disable cookies. Please note, however, that if you do not enable cookies, you will not be able to take advantage of some of our attractive features.

**8. Can Children Use RevLive's services?**

Our site and the use of services made available through RevLive are not intended for children under the age of 13. RevLive does not knowingly or specifically collect information about children under the age of 13 and believes that children of any age should get their parents' consent before giving out any personal information. If you believe that we have mistakenly or unintentionally collected such information through our website, please notify us at neil@revlive.net so that we may immediately delete the information from our servers.

**9. Conditions of Use**

If you decide to visit the RevLive Site, your visit and any possible dispute over privacy is subject to this Privacy Policy and our Terms of Use, including limitations on damages, arbitration of disputes, and application of California law.

**10. Third Party Sites**

The Service may permit you to link to other websites on the Internet, and other websites may contain links to the RevLive site. These other websites are not under RevLive control, and such links do not constitute an endorsement by RevLive of those other websites or the services offered through them. The privacy and security practices of websites linked to or from the RevLive site are not covered by this Privacy Statement, and RevLive is not responsible for the privacy or security practices or the content of such websites.

**11. Changes to this Privacy Policy**

RevLive may amend this Privacy Policy. Use of information we collect now is subject to the Privacy Policy in effect at the time such information is used. If we make changes to our privacy policy, we will notify you by posting the revised notice on our Site or sending you an email so you are always aware of what information we collect, how we use it and under what circumstances if any, it is disclosed.

**12. Questions or Concerns**

If you have any questions or concerns regarding privacy at RevLive site, please email neil@revlive.net. Your privacy is important to us and we will make every effort to resolve your concerns.

**Privacy Policy Effective Date: 6/7/2010**

**RevLive Safe Harbor Notice**

We self-certify compliance with



**Scope of Safe Harbor Certification:** RevLive, Inc. ("RevLive" or "we") recognizes that the European Community has established a data protection regime pursuant to Directive 95/46/EC, which applies to the European Economic Area ("EEA") and restricts companies in the EEA in transferring personal data about individuals in the EEA to the United States, unless there is "adequate protection" for such personal data when it is received in the United States. To create such "adequate protection," we adhere to the Safe Harbor Privacy Principles published by US Department of Commerce ("Safe Harbor Principles") with respect to personal data about individuals in the EEA that we receive from our customers and other business partners. Our Safe Harbor Certification does not extend to data that we receive directly through RevLive's publicly accessible websites (any of our websites such as www.RevLive.net that can be accessed without a password). More information on the Safe Harbor Principles and RevLive's scope of participation is available at http://export.gov/safeharbor/eu/eg_main_018476.asp.

Exhibit I - Page 24 of 27

**Scope of this Notice:** This Notice addresses data subjects residing in the EEA ("EEA Persons") whose data we may receive from one of our customers, suppliers or other business partners in the EEA e.g., referral partners, integration partners, etc.

**Categories of EEA Data:** We sell integrated web-based business application software largely to small and midsize businesses. We receive mostly business-related information from the EEA, including contact information of individual representatives of the businesses with whom we are dealing, including, without limitation, names, addresses, work phone numbers, work email addresses, etc. of EEA Persons ("EEA Data"). In connection with some services, e.g., RevLive's Lead Management services, our customers use our hosted technology platform to store and process EEA Data at their own discretion. Since EEA Data covered by this Notice is by definition sent to us by another company in the EEA (e.g., a customer of RevLive), the categories of data sent and the purposes of processing often depend on such other company, with whom the EEA Persons typically have a closer employment or business relationship (and which, therefore, can provide additional information on categories of data shared with us).

**Purposes:** We collect and use EEA Data for purposes of providing products and services to our customers, communicating with corporate business partners about business matters, processing EEA Data on behalf of corporate customers, providing information on our services, and conducting related tasks for legitimate business purposes.

**Disclosure:** We share EEA Data with our affiliates and contractors, who process EEA Data on behalf of RevLive. We also share EEA Data with other third parties for the purposes for which we receive the EEA Data (e.g., performance of contractual obligations and rights), and we may also disclose EEA Data where we are legally required to disclose (e.g., under statutes, contracts or otherwise) or the disclosure is permitted by law or the Safe Harbor Principles and we have a legitimate business interest in such disclosure.

With respect to marketing emails, EEA Persons may opt-out of receiving further email marketing communications from RevLive by sending an email to neil@revlive.net, or by following opt-out instructions that are contained in each marketing email. EEA Persons may also send an email to this address to ask to opt-out of disclosures to third parties, but such a limitation on data sharing may make it difficult or impossible for us to provide the requested services.

**Access and Review:** If you are an EEA Person about whom we hold EEA Data, you may request access to, and the opportunity to update, correct or delete, such EEA Data. To submit such requests or raise any other questions, please contact the business that provided your EEA Data to us. You can also contact our Safe Harbor Contact. We reserve the right to take appropriate steps to authenticate an applicant's identity, to charge an adequate fee before providing access and to deny requests, except as required by the Safe Harbor Principles.

**Safe Harbor Contact:** If you have questions, please contact RevLive's Chief Security Officer, e-mail:neil@revlive.net. If you have a comment or concern that cannot be resolved with us directly, you may contact the competent local data protection authority.

**Safe Harbor Statement Effective Date: 11/1/2013**

---

CONTACT US

⌂ 2011 Cherry Street, Ste. 202
Louisville, CO 80027

☎ 866-899-4906

NEIL ARAGON

VP of Business Development

☎ Direct: 303-835-6828

▯ Toll Free: 866-899-4906

✉ neil@revlive.net

© 2014 RevLive - All Rights Reserved | Privacy Policy | Terms & Conditions

| Google Chrome | 60.0.3112.90 | 2:41:23 PM 8/17/2017 | Windows 10 Pro 64-bit Build 14393 |

Exhibit I - Page 25 of 27

## Terms & Conditions

**Terms And Conditions Of Site**

**Copyright**

All content available at this site, such as text, graphics, logos, button icons, images, audio clips, video clips and/or other content (collectively "Content"), is the property of RevLive, LLC and/or its suppliers and is protected by U.S. and international copyright laws. The compilation (meaning the collection, arrangement, and assembly) of all Content on this site is the exclusive property of RevLive and is protected by U.S. and international copyright laws. RevLive reserves the right to remove all Content, from whatever source, at any time, for any reason (including, but not limited to, claims or allegations made by third parties relating to such Content), or for no reason at all.

All software used or provided by RevLive and/or its suppliers in connection with this site or RevLive's proprietary software and associated services (collectively, "Service") is the property of RevLive and/or its software suppliers and is protected by U.S. and international copyright laws. Except as set forth in the Service Agreement, the Content and Service may only be used for personal, non-commercial and informational use.

Any other use, unless otherwise authorized in writing by RevLive and/or its suppliers or as otherwise permitted on the site (e.g. all use of the blog on RevLive's website is covered by the Creative Commons 2.0 license), including the framing, linking to, reproduction, modification, distribution, transmission, republication, display, or performance, of the content on this site is strictly prohibited.

**Copyright Notice**

Copyright ©2013, RevLive, LLC All Rights Reserved.

**Trademarks**

The RevLive name and other RevLive graphics, logos, and service names are trademarks of RevLive, LLC RevLive's trademarks may not be used in connection with any product or service that is not RevLive's, in any manner that is likely to cause confusion among customers, or in any manner that disparages or discredits RevLive.

**Reservation of Rights**

Except as expressly and unambiguously provided herein, RevLive and its suppliers do not grant you any express or implied rights under any patents, copyrights, trademarks, trade secret, or other intellectual or industrial property rights.

**Use of Site**

This site or any portion of this site may not be reproduced, duplicated, copied, sold, resold, or otherwise exploited for any commercial purpose that is not expressly permitted by RevLive in a writing signed by an executive of RevLive. RevLive and its affiliates reserve the right to refuse service, terminate access, and/or cancel usage in its discretion, including, without limitation, if RevLive believes that your conduct violates applicable law or is harmful to the interests of RevLive and its affiliates.

**User Submissions**

If you transmit or post any content, information, review or comment on the site, you grant RevLive and sublicensees a non-exclusive, royalty-free, perpetual, irrevocable, and fully sublicensable right to fully exploit, make, use, reproduce, modify, adapt, publish, translate, transmit, create derivative works of, distribute, and display such content, information, reviews and comments throughout the world in any media.You also grant RevLive and sublicensees the right to use the name that you submit with any content, information, review or comment, if any, in connection with such content, information, review or comment. You warrant, represent and agree that nothing you transmit or post will be infringing, libelous, defamatory, obscene, pornographic, abusive, offensive or otherwise violates any law or right of any third party. RevLive reserves the right to remove anything you transmit or post at any time, for any reason (including, but not limited to, upon receipt of claims or allegations from third parties or authorities or if RevLive is concerned that you may have breached the immediately preceding sentence), or for no reason at all.

**General Disclaimer**

THIS SITE IS PROVIDED BY REVLIVE ON AN "AS IS" BASIS. REVLIVE MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, AS TO THE OPERATION OF THE SITE OR THE INFORMATION, CONTENT, MATERIALS, OR PRODUCTS INCLUDED ON THIS SITE. TO THE FULL EXTENT PERMISSIBLE BY APPLICABLE LAW, MARKETP DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT.

Although RevLive has attempted to provide accurate information on this website, RevLive assumes no responsibility for the accuracy or completeness of the information. RevLive may change the programs or services mentioned on this site at any time without notice, but RevLive makes no commitment to update the programs or services mentioned on this site in any respect.

Exhibit I - Page 26 of 27

REVLIVE WILL NOT BE LIABLE UNDER ANY THEORY OF LAW, FOR ANY INDIRECT, INCIDENTAL, PUNITIVE OR CONSEQUENTIAL DAMAGES, INCLUDING, BUT NOT LIMITED TO LOSS OF PROFITS, BUSINESS INTERRUPTION, LOSS OF INFORMATION OR DATA OR COSTS OF REPLACEMENT GOODS, ARISING OUT OF THE USE OR INABILITY TO USE THIS SITE OR ANY REVLIVE SERVICE OR RESULTING FROM USE OF OR RELIANCE ON THE INFORMATION PRESENTED, EVEN IF REVLIVE MAY HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

**Links to Third Party Websites**

This website may contain links to third party websites. Access to any other Internet websites linked to this website is at the user's own risk and RevLive is not responsible for the accuracy, availability or reliability of any information, goods, data, opinions, advice or statements made available on these websites. As such, RevLive is not liable for any damage or loss caused or alleged to be caused by or in connection with use of or reliance on any such third party website. RevLive provides these links merely as a convenience and the inclusion of such links does not imply an endorsement or recommendation.

**Changes to the Site/Updates/Terms**

RevLive may make changes to the Content, Service or the products provided by RevLive, at any time without notice. RevLive makes no commitment to update Content or Service or site. RevLive reserves the right to make changes to its site and these disclaimers, terms, and conditions at any time. Your access or use of the site, Content or Service subsequent to such a change will signify your assent to be bound by such changes.

**Applicable Law**

This site is created and controlled by RevLive in the State of Colorado, USA. As such, the laws of the State of Colorado will govern these disclaimers, terms, and conditions, without giving effect to any principles of conflicts of laws.

**Contact/Address for Legal Notices**

RevLive, LLC.
2011 Cherry Street, Ste. 202
Louisville, Colorado 80027
neil@revlive.net

---

CONTACT US

🏠 2011 Cherry Street, Ste. 202
   Louisville, CO 80027

📞 866-899-4906

NEIL ARAGON

VP of Business Development

📞 Direct: 303-835-6828

📱 Toll Free: 866-899-4906

✉ neil@revlive.net

© 2014 RevLive - All Rights Reserved | Privacy Policy | Terms & Conditions

| Google Chrome | 60.0.3112.90 | 2:42:27 PM 8/17/2017 | Windows 10 Pro 64-bit Build 14393 |

Exhibit I - Page 27 of 27