# EXHIBIT K

ERIC W. SWANIS
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: 702-792-3773
Facsimile: 702-792-9002
Email: swanise@gtlaw.com

GIOVANNI M. RUSCITTI (Has complied with LR IA 11-2)
(*Pro Hac Vice Pending*)
BERG HILL GREENLEAF RUSCITTI LLP
1712 Pearl Street
Boulder, Colorado 80302
Telephone: 303-402.1600
Facsimile: 303-402.1601
Email: gmr@bhgrlaw.com

CLAUDE WILD (Has complied with LR IA 11-2)
(*Pro Hac Vice Pending*)
9247 Mornington Way
Lone Tree, CO 80124
Telephone: 303-916-9082
Email: cwild@claudewildlaw.com

*Attorneys for Defendants RevMountain, et al.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | Case No. 17-cv-02000-APG-GWF |
| Plaintiff, ) | |
| ) | **DECLARATION OF JADE RABER** |
| ) | |
| v. ) | |
| ) | |
| REVMOUNTAIN, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

I, Jade Raber, hereby declare as follows:

1. I am over the age of twenty one and am a citizen of the United States.

1

2.      Unless stated otherwise, I have personal knowledge of the facts stated herein and, if called as a witness, would completely testify thereto.

3.      I was employed by RevLive, LLC ("RevLive") from approximately January 2016 until July 27, 2017, when the TRO was issued in this case.  During that time, I worked as VP of Operations and was responsible for client management and call center operations.  After the TRO was issued, I was hired by the Receiver to assist in running RevLive.  In that capacity, and at the direction of the Receiver, I continue to operate the RevLive business.

4.      In connection with the Receivership, I prepared the attached PowerPoint presentation, which was presented to the Receiver and his counsel in connection with the Receiver's process for determining whether to operate RevLive after the TRO was issued.  The PowerPoint accurately summarizes and explains RevLive's business (the expense figures in the presentation were preliminary and were later updated for the Receiver).

5.      After I presented the PowerPoint presentation to the Receiver, he made the decision to operate RevLive and I continue to work for RevLive.  RevLive has operated in the same fashion since the commencement of the receivership as it did prior to the commencement of the receivership.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on August 18, 2017.

*Jade Raber*
Jade Raber