# EXHIBIT L



# We Ship Same Day, Or You Don't Pay

## That's a Promise We Can Keep

With over 10 years of experience in the continuity business, we know how important it is to get your orders shipped out the same day. That's why we stand behind our guaranteed Service Level Agreement; All orders received by 4:30pm EST are shipped out that same day, or you don't pay!

Plus we'll process all of your returns within 24 hours – ensuring quicker refunds and less chargebacks.

Still not convinced? We're prepared to offer you 30 days of service, completely risk free!
If after 30 days, you don't think we're the best fulfillment center you've ever used, you can walk away and never pay a dime.

## Why Us

what separates us from them



| $ | our SLA guarantee and always put our clients first. | ⅄ |
|---|---|---|
| Price | | Technology |



Exhibit L - Page 1 of 23



Numbers are important. We offer some of the lowest pricing and fees in the market.

Information is key. We offer top of the line reporting and an industry best user interface.

## Our Partners

companies we call friends

## Testimonials

what our clients think of us

"Easily, the best fulfillment center we've ever used."

- Danielle F.

© 2015 RevGo, LLC. All Rights Reserved    Privacy Policy    Terms & Conditions

Exhibit L - Page 2 of 23

https://twitter.com/RevGo_Fulfill

**Google Chrome**                    60.0.3112.90                    2:21:52 PM 8/17/2017                    Windows 10 Pro 64-bit Build 14393

Exhibit L - Page 3 of 23



HOME    ABOUT ▾    RESOURCES ▾    CONTACT    QUOTE

## Why RevGo

# We Know You Have Choices

we just want to be sure you make the right one

**About Us**

- RevGo is a full-service order management and fulfillment company with years of experience servicing businesses and shipping products from all markets.  With top of the line technology and a dynamic customer service philosophy, we have the capability and infrastructure to offer a premium service.
- With our global reach in the fulfillment industry, we're able to offer a variety of options for our clients. Inventory stocking, order management, picking, packaging and shipping can all be accomplished though our RevGo fulfillment center.
- Our system provides our clients the ability to manage orders, and inventory remotely. We handle all the shipping and order fulfillment allowing you to focus on sales!

**Our Industry Best SLA Guarantee**

- With over 10 years of experience in the continuity business, we know how important it is to get your orders shipped out the same day. That's why we stand behind our guaranteed Service Level Agreement;
  - All orders received by 4:30pm EST are shipped out that same day, or you don't pay!
- Plus we'll process all of your returns within 24 hours – ensuring quicker refunds and less chargebacks.

**How It Works**

- The first step is using RevGo as your fulfillment source is getting your products into our fulfillment center and integrating your shopping cart system with the RevGo technology. RevGo offers plug-in integration with all major shopping carts and CRM's, but you can also use our custom API to set it up.
- You can customize and add marketing messages and logos to your shipping labels to give your own unique spin on your fulfillment. If you'd prefer, RevGo will not put our logo anywhere on your packaging.
- Once setup is complete, orders flow automatically from your eCommerce site into our facility, where they are printed out and processed in real-time, the same day. The order is then pulled and picked by one of our experienced staff members and delivered to the quality assurance team to check for accuracy. All Revgo orders go through three separate quality checks to ensure that the product is not damaged, that the number of items is correct and that it's the right type of item. They are then packaged and shipped out the door.
- RevGo applies advanced analytics to the order-fulfillment process, automatically calculating the optimal shipment method so orders are delivered at the lowest cost while allowing retailers to meet guaranteed delivery times. This has also been proven to reduce shipping costs. Any returns would also be sent back to our facility, where they would be processed according to your instructions.

Exhibit L - Page 4 of 23



© 2015 RevGo, LLC. All Rights Reserved   Privacy Policy   Terms & Conditions

**Google Chrome**          60.0.3112.90          2:23:08 PM 8/17/2017          Windows 10 Pro 64-bit Build 14393

Exhibit L - Page 5 of 23



HOME    ABOUT ▾    RESOURCES ▾    CONTACT    QUOTE

## Technology

# Your Time Is Money

we're here to help you save it

In our day to day operations, one key distinction that sets us apart from the competition is our advanced technology. Not only have we devolved the top of the line software, but we actually allow our clients to track the progress of their orders by offering them access to that same high-level software. During each step of the fulfillment and supply chain process, our clients are able to know the exact location of all the materials and eventually, of the finished products. And during the delivery process, we use an email notification system to keep clients up to date on the status of products in route to customers.

| Dashboard | 944 | 2620 | 0 | $6,818.29 |
|---|---|---|---|---|
| Welcome Jason! | Received Today | Shipped Today | Returns | Postage |

Aside from our tracking software, our warehouse uses the top equipment available for sorting, packaging, labeling, and shipping. Over the years we have perfected a process that delivers amazing results and consistency.   The quality of our technology, while it does not replace the necessary human components of the process, does allow the system to function seamlessly and quickly with very little room for error.



Exhibit L - Page 6 of 23

The quality of our technology, while it does not replace the necessary human components of the process, it does allow the system to function seamlessly and quickly with very little room for error



© 2015 RevGo, LLC. All Rights Reserved    Privacy Policy    Terms & Conditions

javascript:scroll_top()

**Google Chrome**          60.0.3112.90                    2:24:31 PM 8/17/2017          Windows 10 Pro 64-bit Build 14393

Exhibit L - Page 7 of 23



# Become a Partner

it's just that easy

## Do you own a business that is integrated with, serves or sells products with a recurring billing model? If so, we should talk

Over 75% of our new clients come from referrals, and we would not want it any other way.

Our partnership opportunities program works in a way that is mutually beneficial: You tell others about us, and we'll compensate you. Or, since we work with so many other great companies, we'll gladly refer our clients to you.

Regardless of how you find potential RevGo clients, we pay you a referral bonus for each new customer you introduce to us. Many of our referral partners earn over $100,000 just by referring us a few clients a year.

After helping our clients improve their net profits for over 2 years, 99% of them are still growing with us. At RevGo, we care for your clients just as much as you.



© 2015 RevGo, LLC. All Rights Reserved   Privacy Policy   Terms & Conditions

| Google Chrome | 60.0.3112.90 | 2:25:13 PM 8/17/2017 | Windows 10 Pro 64-bit Build 14393 |
|---|---|---|---|

Exhibit L - Page 8 of 23



HOME   ABOUT ▾   RESOURCES ▾   CONTACT   QUOTE

Testimonials

# Don't Just Listen to Us

hear it from them

We've been developing and marketing dietary supplements for over 19 years. Timely fulfillment and attention to detail is paramount to continued success. RevGo provides a state-of-the-art solution and the best competent staff in the industry. If a worry-free option is what you're looking for, look no further than RevGo.

Steve M.

By far, RevGo is the BEST fulfillment center we've used in the past 10 years. They ship all of our orders in the United States, Canada, Great Britain and Australia. Our packages get to our customers on-time and I always know my returns are handeled quickly - so I can focus on building my business.

Danielle F.

I have been working with RevGo fulfillment for over a year and have been extremely impressed by their staff and their ability to get things done. The RevGo team has continually shown our company that we come first; From Saturday pick ups to late night integration... There is nothing that will get in the way of RevGo making sure that my company is taken care of.

Zach S.

Exhibit L - Page 9 of 23



© 2015 RevGo, LLC. All Rights Reserved   Privacy Policy   Terms & Conditions

Google Chrome          60.0.3112.90          2:25:59 PM 8/17/2017          Windows 10 Pro 64-bit Build 14393

Exhibit L - Page 10 of 23



HOME    ABOUT ▾    RESOURCES ▾    CONTACT    QUOTE

## Events

# We'd Love to Meet

here's where you'll find us

SCHEDULE A MEETING FOR ANY OF THESE EVENTS



### Ad:tech West

May 20 - 21 / San Francisco



### Affiliate Summit East

August 2 - 4 / New York



### ERA D2C Convention

October 6 - 8 / Las Vegas



### Ad:tech East

November 4 - 5 / New York

Exhibit L - Page 11 of 23



© 2015 RevGo, LLC. All Rights Reserved    <u>Privacy Policy</u>    <u>Terms & Conditions</u>

https://twitter.com/RevGo_Fulfill

| Google Chrome | 60.0.3112.90 | 2:26:48 PM 8/17/2017 | Windows 10 Pro 64-bit Build 14393 |

Exhibit L - Page 12 of 23



Exhibit L - Page 13 of 23



HOME    ABOUT ▾    RESOURCES ▾    CONTACT    QUOTE

Contact

# Give Us a Shout

we'd love to hear from you



Name:

Email:

Message:

Let's Make Sure You're Human:  [  ]  + 3 = 5

SEND

📍 7350 Eastgate Rd Suite 140
Henderson, NV 89011

✉ sales@revgo.net

📞 Sales Office: 720-907-1993
Warehouse: 702-545-0174

Exhibit L - Page 14 of 23



© 2015 RevGo, LLC. All Rights Reserved    Privacy Policy    Terms & Conditions

javascript:scroll_top()

| Google Chrome | 60.0.3112.90 | 2:28:02 PM 8/17/2017 | Windows 10 Pro 64-bit Build 14393 |

Exhibit L - Page 15 of 23



HOME   ABOUT ▾   RESOURCES ▾   CONTACT   QUOTE

Quote

# We Know Fulfillment

let us handle it for you

We like to think we're the best, and we'd be happy to prove it. Please tell us a little about your business, and we'll provide a free quote back to you within 48 hours

Name:

Email:

Phone:

Company:

Website:

Product Type:

Number of Products:

Average Number of Orders per Month:

Special Requirements, Needs or Comments:

Exhibit L - Page 16 of 23

Special Requirements, Needs or Comments:

Let's Make Sure You're Human:  [  ]  + 3 = 5

SEND



© 2015 RevGo, LLC. All Rights Reserved    Privacy Policy    Terms & Conditions

https://twitter.com/RevGo_Fulfill

| Google Chrome | 60.0.3112.90 | 2:28:40 PM 8/17/2017 | Windows 10 Pro 64-bit Build 14393 |

Exhibit L - Page 17 of 23



# Privacy Policy

**Effective as of November 1, 2013.**

RevGo, LLC. ("RevGo" or "We") knows that you care about how your personal information is used and shared, and we take your privacy seriously. RevGo has created this privacy statement ("Statement") in order to demonstrate our commitment to your privacy. Please read the following to learn more about our privacy policy. By accessing the RevGo website at **www.RevGo.net** or **www.RevGo.com**, including all related pages ("Site"), including any subscription based features or services offered by RevGo through the Site or through apps offered by RevGo.net (collectively, the "Service"), you are accepting the practices outlined in this Statement.

1. **What Does This Privacy Policy Cover?**

This Statement covers RevGo's collection and use of personal information that RevGo gathers when you are on the Site and when you use the Service. This Statement does not apply to the practices of third parties that RevGo does not own or control, or to individuals that RevGo does not employ or manage. For avoidance of doubt, this Statement does not apply to any third party information gathered by RevGo's Clients (i.e., information about customers of RevGo Clients) and submitted by them to the Service for use in connection with their customer service activities and other promotional activities ("Customer Data"). RevGo will not review, share, distribute, print, or reference any such Customer Data except as provided in the Service Agreement or as may be required by law. Notwithstanding the foregoing, Customer Data may at times be viewed or accessed by RevGo for the purpose of aggregating customer responses and actions, resolving a problem, support issue, or for investigating a suspected violation of the Service Agreement, or as may be required by law. RevGo adheres to the Safe Harbor Privacy Principles published by US Department of Commerce ("Safe Harbor Principles") with respect to Customer Data that we receive from our customers and other business partners in the European Economic Area. RevGo complies with the U.S.-EU and the U.S.-Swiss Safe Harbor Frameworks regarding the collection, use, and retention of personal information from European Union member countries and Switzerland. The scope of our Safe Harbor Certification is defined by our **Safe Harbor Notice located below**.

2. **What Personal Information About Customers Does RevGo Collect?**

Our primary goal in collecting information is to provide you with a friendly, customized, and efficient experience. We collect the following types of information from our customers:

**Information You Provide to Us:**

RevGo collects identifying information when you use the Service, when you visit the Site (including, without limitation, any RevGo.com or RevGo.net web pages or landing pages), and when you enter promotions or contests. For example, we require customers who register to use the Service to give us the following personal information: their name, Company name, address, phone number, and e-mail address, and financial qualification and billing information, such as billing name and address, credit card number, and the identity of users within the organization that will be using the Service. When you initially express interest obtaining additional information about the Service, or when you register for the Service, we may also ask for additional types personal information, such as title, department name, fax number, or additional company information, such as annual revenues or marketing spend. We may also request demographic information and unique identifiers in order to provide you with a more personalized experience or verify your passwords. All financial and billing information that we collect from you is used for the purposes of checking your qualifications as a prospective customer and billing you for the Service. Such billing information is not used by RevGo for marketing or promotional purposes. RevGo may use a third-party intermediary to manage the credit card and billing processing. This intermediary is solely a link in the distribution chain, and is not permitted to store, retain, or use the information provided, except for the sole purpose of credit card and billing processing. If you are a registered user of RevGo's subscription-based Service, please note that some information about you may remain in our records after the end of your trial or subscription.

**Automatic Information:**

We receive and store certain types of information whenever you interact with us via our website. RevGo automatically receives and records certain "traffic data" on our server logs including your IP address, RevGo cookie information, the page you requested, and your communications and interactions with other site registrants. RevGo uses this traffic data to help diagnose problems with its server, analyze trends and administer the Service. We automatically collect usage information, such as the numbers and frequency of visitors to our Site and use of components of our Service. We may use this information to provide research, advice and information, including, without limitation, for benchmarking purposes (e.g. we may publish an industry white paper that uses data collected through the use of our Service). This data is only used in the aggregate. This type of collective data also enables us to figure out how often customers use parts of the Service so we can make the Service appealing to as many customers as possible. In addition, we may provide statistical information to our partners about how our customers, collectively, use our Site and Service. We may share this type of statistical data so that our partners also understand how often people use areas of our Site and our Service, so that they, too, may provide you with an optimal experience. We also collect and use information for internal purposes. For example, if you are a registered user of the RevGo's subscription-based Service, we may keep records in your account history of your complaints about other registered users online behavior, and any reported violation of our Service Agreement that you or someone on your account may have committed. Many companies offer programs that help you to visit web sites anonymously. While RevGo will not be able to provide you with a personalized experience if we cannot recognize you, we want you to be aware that these programs are available.

Exhibit L - Page 18 of 23

**E-mail Communications:**

We may receive a confirmation when you open an e-mail from RevGo if your computer supports this type of program, in order to help us make e-mails more interesting and helpful. We may also send out emails with information regarding RevGo or our partners including promotions and events. Customers can opt out of being contacted by us by sending an email to **support@RevGo.net**. If a user elects to use our referral features for informing a friend about our Site or Service, we ask them for the friend's name and email address. RevGo will automatically send the friend an email on behalf of the user who made the referral, inviting such friend to visit the Site and try the Service. RevGo does not store this information.

**Information From Other Sources:**

For purposes such as improving personalization of our Service, we may receive information about you from other sources and add it to our account information.

3. **What about Cookies?**

Cookies are alphanumeric identifiers that we transfer to your computer's hard drive through your Web browser to enable our systems to recognize your browser and tell us how and when pages in our site are visited and by how many people. RevGo employs cookies in order for its server to recognize a return visitor as a unique user. The cookies placed by the RevGo server are readable only by RevGo, and cookies cannot access, read or modify any other data on a computer. The "help" portion of the toolbar on the majority of browsers will direct you on how to prevent your browser from accepting new cookies, how to command the browser to tell you when you receive a new cookie, or how to fully disable cookies. We strongly recommend that you leave the cookies activated, however, because cookies enable you to take advantage of some of RevGo's most attractive features.

4. **Will RevGo Share Any of the Information it Receives?**

Information about our customers is an integral part of our business. We neither rent nor sell your personal information to anyone. We share your personal information only with entities that are controlled or controlled by or under common control of RevGo, and as described below:

**Affiliated Business We Do Not Control:**

We are affiliated or partnered with a variety of businesses and work closely with them. In certain situations, these businesses operate within the Service or through the Site. In other situations, RevGo markets or sells products or services jointly with affiliated businesses.

**Agents:**

We employ other companies and people to perform tasks on our behalf and may need to share your information with them to provide products or services to you. Examples may include removing repetitive information from customer lists, analyzing data, providing marketing assistance, processing credit card payments, and providing customer service. We may also provide your personal information to agents who will use it to verify aggregate usage data that we provide to our partners. In all cases where we share your information with such agents, we explicitly require the agent to acknowledge and adhere to RevGo's privacy and customer data handling policies.

**Promotional Offers:**

We may send offers to certain customers on behalf of other businesses with whom we have a partnership. However, when we do so, we do not give the other business your name and address. If you are a registered user of the RevGo's subscription-based Service and do not wish to receive these offers, please send an email to **support@RevGo.net**.

**Business Transfers:**

In some cases, we may choose to buy or sell assets or businesses. In these types of transactions, customer information is typically one of the business assets that are transferred. Moreover, if RevGo, or substantially all of its assets, were acquired, customer information would be one of the assets that are transferred.

**Protection of RevGo and Others:**

We may release personal information when we believe in good faith that release is necessary to comply with that law; enforce or apply our conditions of use and other agreements; or protect the rights, property, or safety of RevGo, our employees, our users, or others. This includes exchanging information with other companies and organizations for fraud protection and credit risk reduction.

**With Your Consent:**

Except as set forth above, you will be notified when your personal information may be shared with third parties.

5. **Is Information About Me Secure?**

All customer information collected and stored by RevGo is maintained in a secure corporate data center and/or otherwise subject to best practices access protection. Only employees who need customer information to perform a specific job (for example, a customer service representative) are granted access to it. All of our employees are kept up to date on our privacy and security practices.

Exhibit L - Page 19 of 23

6. How Can I Correct or Remove Information About Me?

If you feel that any personal information about you that has been collected and stored by RevGo might be wrong, or you would like for us to remove you from our systems, please notify us at **support@RevGo.net** so that we may correct or delete the information.

7. What Choices Do I Have?

As stated previously, you can always opt not to disclose information, even though it may be needed to make a purchase or take advantage of certain RevGo features. You are able to add or update certain information as described in the "How can I correct or remove information about Me" section above. When you update information, however, we may maintain a copy of the unrevised information in our records. As explained earlier, the "help" portion of the toolbar on the majority of browsers will direct you on how to prevent your browser from accepting new cookies, how to command the browser to tell you when you receive a new cookie, or how to fully disable cookies. Please note, however, that if you do not enable cookies, you will not be able to take advantage of some of our attractive features.

8. Can Children Use RevGo's services?

Our site and the use of services made available through RevGo are not intended for children under the age of 13. RevGo does not knowingly or specifically collect information about children under the age of 13 and believes that children of any age should get their parents' consent before giving out any personal information. If you believe that we have mistakenly or unintentionally collected such information through our website, please notify us at **support@RevGo.net** so that we may immediately delete the information from our servers.

9. Conditions of Use

If you decide to visit the RevGo Site, your visit and any possible dispute over privacy is subject to this Privacy Policy and our Terms of Use, including limitations on damages, arbitration of disputes, and application of California law.

10. Third Party Sites

The Service may permit you to link to other websites on the Internet, and other websites may contain links to the RevGo site. These other websites are not under RevGo control, and such links do not constitute an endorsement by RevGo of those other websites or the services offered through them. The privacy and security practices of websites linked to or from the RevGo site are not covered by this Privacy Statement, and RevGo is not responsible for the privacy or security practices or the content of such websites.

11. Changes to this Privacy Policy

RevGo may amend this Privacy Policy. Use of information we collect now is subject to the Privacy Policy in effect at the time such information is used. If we make changes to our privacy policy, we will notify you by posting the revised notice on our Site or sending you an email so you are always aware of what information we collect, how we use it and under what circumstances if any, it is disclosed.

12. Questions or Concerns

If you have any questions or concerns regarding privacy at RevGo site, please email **support@RevGo.net**. Your privacy is important to us and we will make every effort to resolve your concerns.

**Privacy Policy Effective Date: 6/7/2010**

**RevGo Safe Harbor Notice**

We self-certify compliance with **Scope of Safe Harbor Certification:** RevGo, Inc. ("RevGo" or "we") recognizes that the European Community has established a data protection regime pursuant to Directive 95/46/EC, which applies to the European Economic Area ("EEA") and restricts companies in the EEA in transferring personal data about individuals in the EEA to the United States, unless there is "adequate protection" for such personal data when it is received in the United States. To create such "adequate protection," we adhere to the Safe Harbor Privacy Principles published by US Department of Commerce ("Safe Harbor Principles") with respect to personal data about individuals in the EEA that we receive from our customers and other business partners. Our Safe Harbor Certification does not extend to data that we receive directly through RevGo's publicly accessible websites (any of our websites such as www.RevGo.com that can be accessed without a password). More information on the Safe Harbor Principles and RevGo's scope of participation is available at **http://export.gov/safeharbor/eu/eg_main_018476.asp**. **Scope of this Notice:** This Notice addresses data subjects residing in the EEA ("EEA Persons") whose data we may receive from one of our customers, suppliers or other business partners in the EEA e.g., referral partners, integration partners, etc. **Categories of EEA Data:** We sell integrated web-based business application software largely to small and midsize businesses. We receive mostly business-related information from the EEA, including, contact information of individual representatives of the businesses with whom we are dealing, including, without limitation, names, addresses, work phone numbers, work email addresses, etc. of EEA Persons ("EEA Data"). In connection with some services, e.g., RevGo's Lead Management services, our customers use our hosted technology platform to store and process EEA Data at their own discretion. Since EEA Data covered by this Notice is sent to us by another company in the EEA (e.g., a customer of RevGo), the categories of data sent and the purposes of processing often depend on such other company, with whom the EEA Persons typically have a closer employment or business relationship (and which, therefore, can provide additional information on categories of data shared with us). **Purposes:** We collect and use EEA Data for purposes of providing products and services to our customers, communicating with corporate business partners about business matters, processing EEA Data on behalf of corporate customers, providing information on our services, and conducting related tasks for legitimate business purposes. **Disclosure:** We share EEA Data with our affiliates and contractors, who process EEA Data on behalf of RevGo. We also share EEA Data with other third parties for the purposes for which we receive the EEA Data (e.g., performance of contractual obligations and rights), and we may also disclose EEA Data where we are legally required to disclose (e.g., under statutes, contracts or

Exhibit L - Page 20 of 23

otherwise) or the disclosure is permitted by law or the Safe Harbor Principles and we have a legitimate business interest in such disclosure. With respect to marketing emails, EEA Persons may opt-out of receiving further email marketing communications from RevGo by sending an email to **support@RevGo.net**, or by following opt-out instructions that are contained in each marketing email. EEA Persons may also send an email to this address to ask to opt-out of disclosures to third parties, but such a limitation on data sharing may make it difficult or impossible for us to provide the requested services. **Access and Review:** If you are an EEA Person about whom we hold EEA Data, you may request access to, and the opportunity to update, correct or delete, such EEA Data. To submit such requests or raise any other questions, please contact the business that provided your EEA Data to us. You can also contact our Safe Harbor Contact. We reserve the right to take appropriate steps to authenticate an applicant's identity, to charge an adequate fee before providing access and to deny requests, except as required by the Safe Harbor Principles. **Safe Harbor Contact:** If you have questions, please contact RevGo's Chief Security Officer, e-mail:**support@RevGo.net**. If you have a comment or concern that cannot be resolved with us directly, you may contact the competent local data protection authority.

**Safe Harbor Statement Effective Date: 11/1/2013**



© 2015 RevGo, LLC. All Rights Reserved    Privacy Policy    Terms & Conditions

Exhibit L - Page 21 of 23



## Terms & Conditions

**Copyright**

All content available at this site, such as text, graphics, logos, button icons, images, audio clips, video clips and/or other content (collectively "Content"), is the property of RevGo, LLC and/or its suppliers and is protected by U.S. and international copyright laws. The compilation (meaning the collection, arrangement, and assembly) of all Content on this site is the exclusive property of RevGo and is protected by U.S. and international copyright laws. RevGo reserves the right to remove all Content, from whatever source, at any time, for any reason (including, but not limited to, claims or allegations made by third parties relating to such Content), or for no reason at all.

All software used or provided by RevGo and/or its suppliers in connection with this site or RevGo's proprietary software and associated services (collectively, "Service") is the property of RevGo and/or its software suppliers and is protected by U.S. and international copyright laws. Except as set forth in the Service Agreement, the Content and Service may only be used for personal, non-commercial and informational use.

Any other use, unless otherwise authorized in writing by RevGo and/or its suppliers or as otherwise permitted on the site (e.g. all use of the blog on RevGo's website is covered by the Creative Commons 2.0 license), including the framing, linking to, reproduction, modification, distribution, transmission, republication, display, or performance, of the content on this site is strictly prohibited.

**Copyright Notice**

Copyright © 2011-2015, RevGo, LLC All Rights Reserved.

**Trademarks**

The RevGo name and other RevGo graphics, logos, and service names are trademarks of RevGo, LLC RevGo's trademarks may not be used in connection with any product or service that is not RevGo's, in any manner that is likely to cause confusion among customers, or in any manner that disparages or discredits RevGo.

**Reservation of Rights**

Except as expressly and unambiguously provided herein, RevGo and its suppliers do not grant you any express or implied rights under any patents, copyrights, trademarks, trade secret, or other intellectual or industrial property rights.

**Use of Site**

This site or any portion of this site may not be reproduced, duplicated, copied, sold, resold, or otherwise exploited for any commercial purpose that is not expressly permitted by RevGo in a writing signed by an executive of RevGo. RevGo and its affiliates reserve the right to refuse service, terminate access, and/or cancel usage in its discretion, including, without limitation, if RevGo believes that your conduct violates applicable law or is harmful to the interests of RevGo and its affiliates.

**User Submissions**

If you transmit or post any content, information, review or comment on the site, you grant RevGo and sublicensees a non-exclusive, royalty-free, perpetual, irrevocable, and fully sublicensable right to fully exploit, make, use, reproduce, modify, adapt, publish, translate, transmit, create derivative works of, distribute, and display such content, information, reviews and comments throughout the world in any media.You also grant RevGo and sublicensees the right to use the name that you submit with any content, information, review or comment, if any, in connection with such content, information, review or comment. You warrant, represent and agree that nothing you transmit or post will be infringing, libelous, defamatory, obscene, pornographic, abusive, offensive or otherwise violates any law or right of any third party. RevGo reserves the right to remove anything you transmit or post at any time, for any reason (including, but not limited to, upon receipt of claims or allegations from third parties or authorities or if RevGo is concerned that you may have breached the immediately preceding sentence), or for no reason at all.

**General Disclaimer**

THIS SITE IS PROVIDED BY REVGO ON AN "AS IS" BASIS. REVGO MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, AS TO THE OPERATION OF THE SITE OR THE INFORMATION, CONTENT, MATERIALS, OR PRODUCTS INCLUDED ON THIS SITE. TO THE FULL EXTENT PERMISSIBLE BY APPLICABLE LAW, MARKETP DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY

Exhibit L - Page 22 of 23

AND FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT.

Although RevGo has attempted to provide accurate information on this website, RevGo assumes no responsibility for the accuracy or completeness of the information. RevGo may change the programs or services mentioned on this site at any time without notice, but RevGo makes no commitment to update the programs or services mentioned on this site in any respect.

REVGO WILL NOT BE LIABLE UNDER ANY THEORY OF LAW, FOR ANY INDIRECT, INCIDENTAL, PUNITIVE OR CONSEQUENTIAL DAMAGES, INCLUDING, BUT NOT LIMITED TO LOSS OF PROFITS, BUSINESS INTERRUPTION, LOSS OF INFORMATION OR DATA OR COSTS OF REPLACEMENT GOODS, ARISING OUT OF THE USE OR INABILITY TO USE THIS SITE OR ANY REVGO SERVICE OR RESULTING FROM USE OF OR RELIANCE ON THE INFORMATION PRESENTED, EVEN IF REVGO MAY HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

**Links to Third Party Websites**

This website may contain links to third party websites. Access to any other Internet websites linked to this website is at the user's own risk and RevGo is not responsible for the accuracy, availability or reliability of any information, goods, data, opinions, advice or statements made available on these websites. As such, RevGo is not liable for any damage or loss caused or alleged to be caused by or in connection with use of or reliance on any such third party website. RevGo provides these links merely as a convenience and the inclusion of such links does not imply an endorsement or recommendation.

**Changes to the Site/Updates/Terms**

RevGo may make changes to the Content, Service or the products provided by RevGo, at any time without notice. RevGo makes no commitment to update Content or Service or site. RevGo reserves the right to make changes to its site and these disclaimers, terms, and conditions at any time. Your access or use of the site, Content or Service subsequent to such a change will signify your assent to be bound by such changes.

**Applicable Law**

This site is created and controlled by RevGo in the State of Colorado, USA. As such, the laws of the State of Colorado will govern these disclaimers, terms, and conditions, without giving effect to any principles of conflicts of laws.

**Contact/Address for Legal Notices**

RevGo, LLC. 7350 Eastgate Rd Suite 140 Henderson, NV 89011 support@RevGo.net



© 2015 RevGo, LLC. All Rights Reserved    Privacy Policy    Terms & Conditions

https://twitter.com/RevGo_Fulfill

Google Chrome          60.0.3112.90                    2:30:12 PM 8/17/2017          Windows 10 Pro 64-bit Build 14393

Exhibit L - Page 23 of 23