# EXHIBIT N

ERIC W. SWANIS
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: 702-792-3773
Facsimile: 702-792-9002
Email: swanise@gtlaw.com

GIOVANNI M. RUSCITTI (Has complied with LR IA 11-2)
*(Pro Hac Vice Pending)*
BERG HILL GREENLEAF RUSCITTI LLP
1712 Pearl Street
Boulder, Colorado 80302
Telephone: 303-402.1600
Facsimile: 303-402-1601
Email: gmr@bhgrlaw.com

CLAUDE WILD (Has complied with LR IA 11-2)
*(Pro Hac Vice Pending)*
9247 Mornington Way
Lone Tree, CO 80124
Telephone: 303-916-9082
Email: cwild@claudewildlaw.com

*Attorneys for Defendants RevMountain, et al.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 17-cv-02000-APG-GWF |
| Plaintiff, | **DECLARATION OF GIOVANNI M. RUSCITTI** |
| v. | |
| REVMOUNTAIN, LLC, *et al.*, | |
| Defendants. | |

I, Giovanni M. Ruscitti, hereby declare as follows:

1. I am over the age of twenty one and am a citizen of the United States.

1

2. Unless stated otherwise, I have personal knowledge of the facts stated herein and, if called as a witness, would completely testify thereto.

3. I am one of the attorneys representing Defendants Blair McNea ("**Mr. McNea**") and the Entity Defendants, and in that capacity, I assisted in preparing the Memorandum in Opposition to the Federal Trade Commission's Motion for Preliminary Injunction and continuation of the asset freeze and the Emergency Motion for Ex Parte Temporary Restraining Order (the "**Opposition Brief**") that was filed today.

4. I have been licensed to practice law in Colorado since 1993, and am also admitted in New York. I am also an arbitrator for the American Arbitration Association (the "**AAA**") and serve on the AAA's large complex commercial, construction, employment, energy and M&A panels. I have submitted an Application to be admitted Pro Hac Vice in this case.

5. The exhibits attached to the Opposition Brief are true and correct copies of documents from the following sources:

    a. Exhibits C, E, F, I, LW, Z, FF, II, and NN are true and correct copies of documents printed from the internet;

    b. Exhibits GG, HH and MM are true and correct copies of documents from Mr. McNea's files;

    c. Exhibit M is a true and correct copy of a presentation that was made to the Receiver in this case; and

    d. Exhibits B, D, O, P, Q, R, S, T, U, V, X, Y, AA, CC, DD, EE, JJ, KK, and LL are true and correct copies of the referenced documents.

6. I have no personal knowledge of the contents of any of the Exhibits.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 18, 2017.

_____
Giovanni M. Ruscitti

3