# EXHIBIT Q

Entity Details - Secretary of State, Nevada                                                         Page 1 of 1

# ROADRUNNER B2C, LLC

### Business Entity Information

| Status: | Active | File Date: | 3/28/2013 |
|---|---|---|---|
| Type: | Domestic Limited-Liability Company | Entity Number: | E0155802013-1 |
| Qualifying State: | NV | List of Officers Due: | 3/31/2014 |
| Managed By: | Managers | Expiration Date: | |
| NV Business ID: | NV20131189372 | Business License Exp: | 3/31/2014 |

### Registered Agent Information

| Name: | RESIDENT AGENTS OF NEVADA, INC. | Address 1: | 711 S CARSON ST STE 4 |
|---|---|---|---|
| Address 2: | | City: | CARSON CITY |
| State: | NV | Zip Code: | 89701 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Commercial Registered Agent - Corporation | | |
| Jurisdiction: | NEVADA | Status: | Active |

### Officers                                                                                            ☐ Include Inactive Officers

| Manager - ANASAZI MANAGEMENT PARTNERS, LLC | | | |
|---|---|---|---|
| Address 1: | 2710 THOMAS AVENUE | Address 2: | |
| City: | CHEYENNE | State: | WY |
| Zip Code: | 82001 | Country: | |
| Status: | Active | Email: | |

### Actions\Amendments

| Action Type: | Articles of Organization | | |
|---|---|---|---|
| Document Number: | 20130207850-58 | # of Pages: | 1 |
| File Date: | 3/28/2013 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Initial List | | |
| Document Number: | 20130271295-72 | # of Pages: | 1 |
| File Date: | 4/24/2013 | Effective Date: | |
| (No notes for this action) | | | |



# CERTIFICATE OF REGISTRATION

I, BARBARA K. CEGAVSKE, the duly elected and qualified Nevada Secretary of State, do hereby certify that the following **Trade Name** was filed by **ROADRUNNER B2C, LLC**, the business address of 7565 COMMERICAL WAY UNIT B HENDERSON NV, 89011, on the 4th day of April, 2014:

>   Mark (copy attached):  REVGO
>   Class No:  101
>   Description of goods or services: SHIPPING SERVICES
>   Registrant's state of incorporation:  NV
>   Date of first use in Nevada:  January 1, 2014
>   Date of first use anywhere:  January 1, 2014
>   Date of expiration:  April 4, 2019

Said registration was submitted with a description thereof and duly verified as required by law, and that the same is now on file and of record in this office.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office on February 26, 2015.

*Barbara K. Cegavske*

BARBARA K. CEGAVSKE
Secretary of State

Certified By: Delaina Marzullo
Certificate Number: C20150226-2344
You may verify this certificate
online at **http://www.nvsos.gov/**

