# EXHIBIT W

Sign in    Join now

# Jenny Johnson



Currently seeking a new opportunity in product development, operations, client success, account management.

Greater Denver Area | Internet

500+ connections

🌐 View this profile in another language

| | |
|---|---|
| Previous | RevLive, ROI Runner & RevMountain, Media Breakaway |
| Education | Texas Tech University |
| Recommendations | **1 person has recommended Jenny** |
| Websites | Company Website |

## View Jenny's full profile. It's free!

Your colleagues, classmates, and 500 million other professionals are on LinkedIn.

**View Jenny's Full Profile**

## Summary

When you're working with people and their businesses, a strong mix of skills is always essential. My limitless passion, thought leadership and creative execution mean I bring my clients measurable value year after year. My 15+ years of experience in online marketing, including sales, product development, email, customer service, and optimization allow me to look at the limitless potential to earn you revenue — and execute it . My proven track record of success comes from dynamic, hands-on experience in this industry.

## Experience

### Operations
RevLive
March 2014 – August 2017 (3 years 6 months)

RevLive- Customer Service Contact Center

•Oversee call centers across the globe and contractually guarantee and met a 90 second average hold time across all clients while maintaining profitability
•Managed all aspects of Operations, Revenue, Gross Margin, Profitability, Operating Income, Cash Flow, Accounting, HR, Sales, Tech, Design, Go Live, QA, Account Managers
•Responsible for the full product development and management of RevLive software
•Defined all functionality and technical specifications for reps, accounting, internal users and clients
•Oversaw all aspects of project progression, scheduling projects, setting deadlines, and monitoring the progress of each project
•Implemented new technology upgrades for customer service reps that cut down on errors and handle time
•Evaluated new products for viability, resources, profitability, ROI, timeliness and market opportunity.
•Developed reporting tools to enable faster and easier performance analysis and identification of areas of opportunity and risk
•Implemented new technology upgrades for customer service reps that cut down on errors and handle time.
•Developed reporting tools to enable faster and easier performance analysis and identification of areas of opportunity and risk

### Vice President of Operations - ROI Runner & RevMountain
ROI Runner & RevMountain
January 2012 – March 2014 (2 years 3 months)

•Oversaw all aspects of project progression, scheduling projects, setting deadlines, and monitoring the progress of each project
•Business development, acquired new customers and advertisers
•Analytical Intensive Role

**Public profile badge**

Include this LinkedIn profile on other websites

[View profile badges]

**Find a different Jenny Johnson**

[First Name] [Last Name] 🔍

Example: Jenny Johnson

**Jenny Johnson**
United States

**Jenny Prosser Johnson**
Vice President of Conferences & Sales at LeadingAge Minnesota
United States

**Jenny Crawford**
United States

**Jenny (Anderson) Johnson**
Partner Lead, CPG - MaxPoint Solutions
United States



United States

More professionals named Jenny Johnson

### Vice President - Special Projects
Media Breakaway
June 2006 – January 2012 (5 years 8 months)

• Product Development of Theparkingplace.com software system, all functionality and reporting of the platform
• Launched a domain registrar, provided domain and website set up for customers
• Responsible for the email division, developed relationships with ISP's to determine best practices mailing guidelines
• Managed launches of new products for our mobile campaigns
• Evaluated new projects / verticals for viability, resources, profitability, ROI, timeliness and market opportunity.
• Designed marketing materials, websites, email campaigns for all new products and companies



Find your next opportunity

[Update your profile]

### Ecommerce Systems Manager
Video Professor
2003 – 2006 (3 years)

• Developed new ecommerce tool that allowed optimization of landing pages, paths, creative, and price points in an expeditious fashion
• Developed reporting that allowed drilldown into explicit detail regarding offers, orders, and customer behavior
• Coordinated with all Video Professor departments to ensure that every component of the new system functioned properly in conjunction with current Video Professor processes and billing systems
• Developed VP Flex, a new customer service site for our in-house customer service reps
• Responsible for implementing the functionality required for exits, upsells and bonus offers and the ongoing analysis of their effectiveness
• Development and implementation of the Kids Software Savers program
• Development and implementation of the Identity Theft Prevention program
• Launched retention email program

### Skills

Online Advertising    Affiliate Marketing    Online Lead Generation    Lead Generation

PPC    E-commerce    Mobile Marketing    Email Marketing    SEM

Search Advertising    Customer Acquisition    Affiliate Management    Commercial Lending

Credit    Analytics    See 35+

### Education

**Texas Tech University**
BBA, Marketing & International Business
1996 – 2000

### Recommendations

A preview of what LinkedIn members have to say about Jenny:

> Jenny is an integral member of the Media Breakaway organization. Not only is she willing and able to handle every project that comes her way, but she also has a ke…
> See more

Sign up to see who recommended Jenny

### View Jenny's full profile to...

8/18/2017                                                           Jenny Johnson | Professional Profile



Contact Jenny directly

**View Jenny's Full Profile**

Not the Jenny you're looking for? View more

---

LinkedIn member directory: a b c d e f g h i j k l m n o p q r s t u v w x y z more | Browse members by country

© 2017 | User Agreement | Privacy Policy | Community Guidelines | Cookie Policy | Copyright Policy | Unsubscribe