# EXHIBIT Z

8/17/2017                                      Brian Lint | Professional Profile



Sign in     Join now

# Brian Lint

CEO and Co-Founder at Black Mountain Fulfillment

Las Vegas, Nevada Area | Marketing and Advertising

**248**
connections

| | |
|---|---|
| Current | Black Mountain Fulfillment |
| Previous | RevGo, LLC, Roadrunner B2C, LLC, RevGuard |
| Recommendations | **2 people have recommended Brian** |

## View Brian's full profile. It's free!

Your colleagues, classmates, and 500 million other professionals are on LinkedIn.

Experience

**CEO and Co-Founder**
Black Mountain Fulfillment
August 2017 – Present (1 month)

**VP-Fulfillment**
RevGo, LLC
March 2014 – August 2017 (3 years 6 months)

**revgo**

**VP-Fulfillment**
Roadrunner B2C, LLC
April 2013 – August 2017 (4 years 5 months)

**Director of Operations**
RevGuard
June 2010 – December 2014 (4 years 7 months)

**RevGuard**

**Director-Customer Service**
RevGuard
May 2010 – June 2011 (1 year 2 months)

**Director-Customer Service/Fulfillment**
Convertis, LLC
October 2007 – June 2011 (3 years 9 months)

Oversee operations of Call Center and Fulfillment services

**Pension Specialist**
Hewitt Associates
September 2005 – December 2006 (1 year 4 months)

**Team Lead**
Washington Mutual
April 2002 – May 2004 (2 years 2 months)

Include this LinkedIn profile on other websites

View profile badges

**Find a different Brian Lint**

First Name    Last Name    🔍

**Example:** Brian Lint

**Brian Lint**
Member at PaySure, LLC
United States

**Brian Lint**
Computer Field
United States

**Brian Lint**
Student at George Mason University
United States

**Brian Lint**
—
United States

Exhibit Z, Page 1 of 2

8/17/2017                                          Brian Lint | Professional Profile



**Co-Owner**
Neighborhood Painters, Inc.
June 1991 – August 2001 (10 years 3 months)

More professionals named Brian Lint



## Skills

| | | | |
|---|---|---|---|
| Customer Acquisition | Affiliate Marketing | Salesforce.com | Online Lead Generation |
| Leadership | Call Centers | CRM | Strategic Partnerships | Marketing |
| Account Management | Customer Relationship Management (CRM) | Customer Service |
| Lead Generation | Online Advertising | Management | Online Marketing |

## Recommendations

A preview of what LinkedIn members have to say about Brian:

❝ *Brian has warranted praise unlikely to be comparable to many supervisors in a similar esteem. As well as being a firm and respectful leader, he also encouraged the...*
See more

❝ *We had the pleasure of working with Brian Lint recently as our top group course coach for our core 'Skills for Success!' program. Brian proved to be a true Leader and...*
See more

Sign up to see who recommended Brian

## Groups

**CallCentre Search**          **CallCentre Search - …**

## View Brian's full profile to...

• See who you know in common
• Get introduced
• Contact **Brian** directly

[ **View Brian's Full Profile** ]

Not the Brian you're looking for? View more

LinkedIn member directory: a b c d e f g h i j k l m n o p q r s t u v w x y z more  |  Browse members  by country

© 2017  |  User Agreement  |  Privacy Policy  |  Community Guidelines  |  Cookie Policy  |  Copyright Policy  |  Unsubscribe

Exhibit Z, Page 2 of 2