# EXHIBIT BB



**YOUR CARD PROCESSING STATEMENT**

| | |
|---|---|
| Page 1 of 9 | **THIS IS NOT A BILL** |
| Statement Period | 03/01/17 - 03/31/17 |
| Merchant Number | ▮▮▮▮▮8885 |
| Customer Service | Phone - 1-866-415-2636 |

022851/000001/773032/0001/22351/0000/150040 000 01 000000
WALNUT STREET MARKETING
11001 W 120TH AVE STE 400
BROOMFIELD CO  80021-3493

| SUMMARY | An overview of account activity for the statement period. Fees charged for March activity will appear on April statement. | |
|---|---|---|
| Page 5 | **Total Amount Submitted** | $33,267.43 |
| Page 5 | **Third Party Transactions** | 0.00 |
| Page 5 | **Chargebacks/Reversals** | -$1,565.00 |
| Page 7 | **Adjustments** | $372.89 |
| Page 7 | **Fees Charged** | -$3,736.51 |
| **Total Amount Funded to Your Bank** | | **$28,338.81** |
| See page 2 for Key Definition of Terms | | |

All amounts shown are in U.S. funds
(Amount Submitted - Third Party) + Chargebacks/Reversals + Adjustments + Fees Charged = Amount Funded

**IMPORTANT INFORMATION ABOUT YOUR ACCOUNT**

Please review your merchant statements for accuracy. Errors must be reported to your Merchant Services Representative within 30 days of the statement date. Requests for refunds or adjustments will not be accepted after 30 days.

In late December, Vantiv announced the acquisition of Moneris USA. Vantiv is a leading provider of payment processing services for merchants of all sizes, from local coffee shops to the largest national retailers. This will allow you or, if you process through a POS system, your systems integrator, access to a broad set of leading payments products and solutions, as well as secure, reliable systems.

We are pleased to announce that Moneris USA has transitioned to the Vantiv brand. In addition to the new logo you see on your statement, you will see a few other changes such as:

* All Moneris USA employees will now use Vantiv email addresses, which will come from an @vantiv.com email account

## Key Card Processing Terms in Plain Language

**Total Amount You Submitted** - The total dollar amount of card transactions submitted and processed during the Statement Period.

**Third-Party Transactions** - These are transactions that are passed directly to third party service providers for processing and/or funding. Common third-parties include American Express® and Discover®.

**Chargebacks/Reversals** - Those transactions that are challenged or disputed by a cardholder or card-issuing bank. A Chargeback equals the transaction amount that is disputed by the cardholder or card-issuing bank. A Reversal is the amount that was initially resolved against the merchant, but has subsequently been resolved in favor of the merchant.

**Adjustments** - The amounts credited to, or deducted from, your account to resolve processing and billing discrepancies.

**Interchange Charges** - These are the variable fees charged by Card Organizations for processing transactions. Factors that affect Interchange Charges include card type, information contained in the transaction, and how/when the transaction was processed.

**Service Charges** - Also known as Discount Rate; the amounts charged to authorize, process and settle card transactions.

**Fees** - The range of transaction-based and/or fixed amounts charged for specific card processing services.

**Total Amount Funded to Your Bank** - The total dollar amount of credited/paid to your account transactions during the Statement Period.

**Merchant Number** - The unique account number assigned to every merchant and merchant location. You'll find it at the top of your statement.

**YOUR CARD PROCESSING STATEMENT**

| | | |
|---|---|---|
| Merchant Number | ▇▇▇▇8885 | Page 3 of 9 |
| Customer Service | Phone - 1-866-415-2636 | Statement Period  03/01/17 - 03/31/17 |

**IMPORTANT INFORMATION ABOUT YOUR ACCOUNT  (continued)**

\* The monerisusa.com website will redirect to vantiv.com

\* All materials, including your statements going forward, will reflect the Vantiv brand

\* Customer service agents, where appropriate, will now reference Vantiv

Your business is extremely important to us. We want to assure you that you will continue to experience the same high level of service with Vantiv as you have been accustomed to with Moneris USA, and we look forward to our continued relationship.

Your account will continue to be serviced through your normal customer service channel. Please contact them with any questions you might have.

In 2016, MasterCard introduced a new annual merchant location fee of $15.00 per merchant location. Beginning in the second quarter of 2017, a change has been implemented to have the fee billed monthly. On your April statement, you will see a $3.75 charge per merchant location for the first quarter of 2017. Going forward, you will be billed monthly at a rate of $1.25 per merchant location, and you will see this monthly charge starting with your May statement.

For information on Payment Network changes that go into effect April 2017, please visit
https://www.vantiv.com/info/network-newsletters

Effective April 1, 2016, MasterCard implemented the SecureCode transaction based fee for each verification request through the MasterCard SecureCode program.  The fee is $0.03 per authentication request.  For more information on the above and other Payment Network changes, please visit https://www.vantiv.com/info/network-newsletters

Effective April 21, 2017, MasterCard is implementing a new fee for Integrity authorizations.  The Integrity Authorization fee of $0.045 will be assessed to authorizations that are either not reversed or settled within specific time frames.  The applicable time frames are 30 calendar days for authorizations properly identified as pre-authorizations and seven calendar days for all others.  For more information on the above and other Payment Network changes, please visit
https://www.vantiv.com/info/network-newsletters

As indicated in the letter you received, you have been pre-enrolled in the Moneris PCI Compliance Program with our partner, Trustwave.  The monthly compliance fee of $6.95 will be charged as billing line item PCI DSS COMPLIANCE ADMIN FEE.  To complete and maintain your validation or to learn more about the program, please visit https://pci.trustwave.com/moneris.  If you do not successfully complete and maintain your validation you will be assessed a non-compliance fee of $19.95 per month as billing line item PCI DSS NON-COMPLIANCE.

## Your Card Processing Statement

| Merchant Number | ████ 8885 | Page 4 of 9 | |
|---|---|---|---|
| Customer Service | Phone - 1-866-415-2636 | Statement Period | 03/01/17 - 03/31/17 |

### Summary By Card Type

(Total Sales You Submitted - Refunds = Total Amount You Submitted)

| Card Type | Average Ticket | Total Gross Sales You Submitted | | Refunds | | Total Amount You Submitted | |
|---|---|---|---|---|---|---|---|
| | | Items | Amount | Items | Amount | Items | Amount |
| MasterCard | $39.18 | 398 | $16,126.20 | 30 | $1,708.96 | 368 | $14,417.24 |
| Visa | $39.13 | 511 | $21,035.43 | 68 | $3,702.73 | 443 | $17,332.70 |
| Discover | $54.01 | 37 | $2,074.64 | 2 | $184.26 | 35 | $1,890.38 |
| Diners | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| JCB | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| Adjustments | 0.00 | 0 | 0.00 | 0 | $372.89 | 0 | -$372.89 |
| **Total** | | **946** | **$39,236.27** | **100** | **$5,968.84** | **846** | **$33,267.43** |

(Amount Submitted - Third Party) + Chargebacks/Reversals + Adjustments + Fees Charged = Amount Funded

### Amounts Funded By Batch

| Date Submitted | Batch Number | Submitted Amount | Third Party Transactions | Chargebacks/ Reversals | Adjustments | Fees Charged* | Date Funded | Funded Amount |
|---|---|---|---|---|---|---|---|---|
| 02/28/17 | | $2,643.29 | 0.00 | 0.00 | 0.00 | 0.00 | | $2,643.29 |
| 03/01/17 | | $1,242.17 | 0.00 | -$314.63 | 0.00 | 0.00 | | $927.54 |
| 03/02/17 | | $1,959.23 | 0.00 | -$293.84 | 0.00 | 0.00 | | $1,665.39 |
| 03/03/17 | | $687.14 | 0.00 | -$94.31 | 0.00 | 0.00 | | $592.83 |
| 03/04/17 | | $1,901.20 | 0.00 | -$230.76 | 0.00 | 0.00 | | $1,670.44 |
| 03/05/17 | | $2,159.48 | 0.00 | 0.00 | 0.00 | 0.00 | | $2,159.48 |
| 03/06/17 | | $1,442.12 | 0.00 | $2.84 | $278.58 | 0.00 | | $1,723.54 |
| 03/07/17 | | $1,627.60 | 0.00 | $286.45 | 0.00 | 0.00 | | $1,914.05 |
| 03/08/17 | | $1,089.27 | 0.00 | $291.66 | $94.31 | 0.00 | | $1,475.24 |
| 03/09/17 | | $595.18 | 0.00 | -$169.80 | 0.00 | 0.00 | | $425.38 |
| 03/10/17 | | $1,035.16 | 0.00 | -$95.56 | 0.00 | 0.00 | | $939.60 |
| 03/11/17 | | $713.57 | 0.00 | -$89.95 | 0.00 | 0.00 | | $623.62 |
| 03/12/17 | | $1,368.59 | 0.00 | -$184.26 | 0.00 | 0.00 | | $1,184.33 |
| 03/13/17 | | $519.99 | 0.00 | $105.22 | 0.00 | 0.00 | | $625.21 |
| 03/14/17 | | $482.08 | 0.00 | $307.28 | 0.00 | 0.00 | | $789.36 |
| 03/15/17 | | $999.34 | 0.00 | -$92.13 | 0.00 | 0.00 | | $907.21 |
| 03/16/17 | | $785.25 | 0.00 | $4.36 | 0.00 | 0.00 | | $789.61 |
| 03/17/17 | | $739.99 | 0.00 | -$195.17 | 0.00 | 0.00 | | $544.82 |
| 03/18/17 | | $23.14 | 0.00 | -$103.04 | 0.00 | 0.00 | | -$79.90 |
| 03/19/17 | | $222.75 | 0.00 | -$394.70 | 0.00 | 0.00 | | -$171.95 |
| 03/20/17 | | $748.65 | 0.00 | $184.26 | 0.00 | 0.00 | | $932.91 |
| 03/21/17 | | $1,079.25 | 0.00 | -$175.25 | 0.00 | 0.00 | | $904.00 |
| 03/22/17 | | $1,034.07 | 0.00 | 0.00 | 0.00 | 0.00 | | $1,034.07 |
| 03/23/17 | | $1,233.94 | 0.00 | $83.40 | 0.00 | 0.00 | | $1,317.34 |
| 03/24/17 | | $1,282.87 | 0.00 | $96.49 | 0.00 | 0.00 | | $1,379.36 |
| 03/25/17 | | $277.16 | 0.00 | -$184.26 | 0.00 | 0.00 | | $92.90 |
| 03/26/17 | | $1,036.36 | 0.00 | -$94.31 | 0.00 | 0.00 | | $942.05 |
| 03/27/17 | | $973.89 | 0.00 | $103.04 | 0.00 | 0.00 | | $1,076.93 |
| 03/28/17 | | $116.89 | 0.00 | $94.31 | 0.00 | 0.00 | | $211.20 |
| 03/29/17 | | $285.91 | 0.00 | $99.17 | 0.00 | 0.00 | | $385.08 |
| 03/30/17 | | $1,419.71 | 0.00 | -$94.31 | 0.00 | 0.00 | | $1,325.40 |
| 03/31/17 | | $1,542.19 | 0.00 | -$417.20 | 0.00 | -$3,736.51 | | -$2,611.52 |
| **Total** | | **$33,267.43** | **0.00** | **-$1,565.00** | **$372.89** | **-$3,736.51** | | **$28,338.81** |

*Certain fees and charges may relate to a prior period

DURANGO MERCHANT SERVICES, PO BOX 59390, SCHAUMBURG, IL  60173

022851/000001/773032/0001/22351/0000/150043 000 04

Exhibit BB - Page 4 of 9

# Your Card Processing Statement

| | | | |
|---|---|---|---|
| Merchant Number | ▇▇▇▇▇8885 | Page 5 of 9 | |
| Customer Service | Phone - 1-866-415-2636 | Statement Period | 03/01/17 - 03/31/17 |

## Amounts Submitted By Batch

| Date Submitted | Batch Submitted | MasterCard | Visa | Discover | Other | Total Submitted |
|---|---|---|---|---|---|---|
| 02/28/17 | | $917.84 | $1,536.83 | $188.62 | 0.00 | $2,643.29 |
| 03/01/17 | | $825.35 | $416.82 | 0.00 | 0.00 | $1,242.17 |
| 03/02/17 | | $583.68 | $1,075.16 | $300.39 | 0.00 | $1,959.23 |
| 03/03/17 | | $312.39 | $175.22 | $199.53 | 0.00 | $687.14 |
| 03/04/17 | | $820.31 | $1,173.02 | -$92.13 | 0.00 | $1,901.20 |
| 03/05/17 | | $834.52 | $1,221.92 | $103.04 | 0.00 | $2,159.48 |
| 03/06/17 | | $1,022.06 | $698.64 | 0.00 | -$278.58 | $1,442.12 |
| 03/07/17 | | $586.79 | $937.77 | $103.04 | 0.00 | $1,627.60 |
| 03/08/17 | | $523.41 | $659.14 | $1.03 | -$94.31 | $1,089.27 |
| 03/09/17 | | $268.50 | $316.24 | $10.44 | 0.00 | $595.18 |
| 03/10/17 | | $512.21 | $519.08 | $3.87 | 0.00 | $1,035.16 |
| 03/11/17 | | $1.03 | $607.32 | $105.22 | 0.00 | $713.57 |
| 03/12/17 | | $689.06 | $574.31 | $105.22 | 0.00 | $1,368.59 |
| 03/13/17 | | $189.65 | $330.34 | 0.00 | 0.00 | $519.99 |
| 03/14/17 | | $146.41 | $241.36 | $94.31 | 0.00 | $482.08 |
| 03/15/17 | | $411.51 | $377.39 | $210.44 | 0.00 | $999.34 |
| 03/16/17 | | $321.14 | $454.70 | $9.41 | 0.00 | $785.25 |
| 03/17/17 | | $417.47 | $322.52 | 0.00 | 0.00 | $739.99 |
| 03/18/17 | | $107.28 | -$84.14 | 0.00 | 0.00 | $23.14 |
| 03/19/17 | | $120.70 | $102.05 | 0.00 | 0.00 | $222.75 |
| 03/20/17 | | $423.97 | $218.43 | $106.25 | 0.00 | $748.65 |
| 03/21/17 | | $289.07 | $790.18 | 0.00 | 0.00 | $1,079.25 |
| 03/22/17 | | $548.19 | $375.76 | $110.12 | 0.00 | $1,034.07 |
| 03/23/17 | | $313.54 | $803.71 | $116.69 | 0.00 | $1,233.94 |
| 03/24/17 | | $430.78 | $844.35 | $7.74 | 0.00 | $1,282.87 |
| 03/25/17 | | $34.92 | $242.24 | 0.00 | 0.00 | $277.16 |
| 03/26/17 | | $577.92 | $458.44 | 0.00 | 0.00 | $1,036.36 |
| 03/27/17 | | $799.69 | $173.17 | $1.03 | 0.00 | $973.89 |
| 03/28/17 | | $119.22 | -$3.36 | $1.03 | 0.00 | $116.89 |
| 03/29/17 | | $158.38 | $119.79 | $7.74 | 0.00 | $285.91 |
| 03/30/17 | | $447.41 | $774.95 | $197.35 | 0.00 | $1,419.71 |
| 03/31/17 | | $662.84 | $879.35 | 0.00 | 0.00 | $1,542.19 |
| | Sub Totals | $14,417.24 | $17,332.70 | $1,890.38 | -$372.89 | $33,267.43 |
| **Total** | | | | | | **$33,267.43** |

## Third Party Transactions

| Date | Description | Amount |
|---|---|---|
| | No Third Party Transactions for this Statement Period | |
| **Total** | | **0.00** |

## Chargebacks/Reversals

| Date | Reference No. | Description | Card Number (Last 4 Digits) | Amount |
|---|---|---|---|---|
| 03/01/17 | 870600146901 | DEBIT: SEE ATTACHED | 3009 | -$105.22 |
| 03/01/17 | 770596459401 | THE CARDHOLDER WAS NEVER CREDITED FOR A CANCEL | 3497 | -$105.22 |
| 03/01/17 | 870600147001 | DEBIT: SEE ATTACHED | 3009 | -$105.22 |
| 03/01/17 | 770603141301 | REVERSAL REVERSAL NO DESCRIPTION | 2369 | $1.03 |
| 03/02/17 | 870606759001 | CARDHOLDER CANCELED ORDER-NO CREDIT ISSUED. | 3639 | -$94.31 |

DURANGO MERCHANT SERVICES, PO BOX 59390, SCHAUMBURG, IL  60173

## YOUR CARD PROCESSING STATEMENT

| Merchant Number | 8885 | | Page 6 of 9 | |
|---|---|---|---|---|
| Customer Service | Phone - 1-866-415-2636 | | Statement Period | 03/01/17 - 03/31/17 |

### CHARGEBACKS/REVERSALS

| Date | Reference No. | Description | Card Number (Last 4 Digits) | Amount |
|---|---|---|---|---|
| 03/02/17 | 870606759101 | CARDHOLDER CANCELED ORDER-NO CREDIT ISSUED. | 3639 | -$105.22 |
| 03/02/17 | 870610303301 | DEBIT: SEE ATTACHED | 3009 | -$94.31 |
| 03/03/17 | 870616393001 | CARDHOLDER CANCELED ORDER-NO CREDIT ISSUED. | 0655 | -$94.31 |
| 03/04/17 | 770626923001 | THE CARDHOLDER DID NOT AUTHORIZE THE CHARGE | 5662 | -$20.32 |
| 03/04/17 | 870616550001 | THE CARDHOLDER DID NOT AUTHORIZE THE CHARGE. | 6444 | -$105.22 |
| 03/04/17 | 870626753501 | THE CARDHOLDER INDICATES CREDIT HAS NOT BEEN I | 2415 | -$105.22 |
| 03/06/17 | 770316636101 | THE CARDHOLDER DID NOT AUTHORIZE THE CHARGE | 5808 | -$1.03 |
| 03/06/17 | 770653028901 | REVERSAL REVERSAL NO DESCRIPTION | 1547 | $3.87 |
| 03/07/17 | 770663177401 | REVERSAL REVERSAL NO DESCRIPTION | 6976 | $92.13 |
| 03/07/17 | 770663193501 | REVERSAL REVERSAL NO DESCRIPTION | 3729 | $94.31 |
| 03/07/17 | 770663201201 | REVERSAL REVERSAL NO DESCRIPTION | 7677 | $38.71 |
| 03/07/17 | 870663076301 | REVERSAL SERVICES OR CASH NOT PROVIDED TO CARD | 4379 | $61.30 |
| 03/08/17 | 870626653101 | THE CARDHOLDER DID NOT AUTHORIZE THE CHARGE. | 0692 | -$94.31 |
| 03/08/17 | 770673196401 | REVERSAL REVERSAL NO DESCRIPTION | 4280 | $94.31 |
| 03/08/17 | 870673367301 | REVERSAL SERVICES OR CASH NOT PROVIDED TO CARD | 8356 | $92.13 |
| 03/08/17 | 870673419501 | REVERSAL SERVICES OR CASH NOT PROVIDED TO CARD | 6618 | $94.31 |
| 03/08/17 | 870673603401 | REVERSAL SERVICES OR CASH NOT PROVIDED TO CARD | 2415 | $105.22 |
| 03/09/17 | 770666342601 | THE CARDHOLDER DID NOT AUTHORIZE THE CHARGE | 4280 | -$105.22 |
| 03/09/17 | 770676334001 | THE CARDHOLDER DID NOT AUTHORIZE THE CHARGE | 4280 | -$105.22 |
| 03/09/17 | 770683191701 | REVERSAL REVERSAL NO DESCRIPTION | 5662 | $20.32 |
| 03/09/17 | 770683360001 | REVERSAL REVERSAL NO DESCRIPTION | 5662 | $20.32 |
| 03/10/17 | 870686931401 | CARDHOLDER CANCELED ORDER-NO CREDIT ISSUED. | 3802 | -$1.25 |
| 03/10/17 | 870686931501 | CARDHOLDER CANCELED ORDER-NO CREDIT ISSUED. | 3802 | -$94.31 |
| 03/11/17 | 870696966001 | THE CARDHOLDER DID NOT AUTHORIZE THE CHARGE. | 7826 | -$92.13 |
| 03/11/17 | 870697773601 | CARDHOLDER CANCELED ORDER-NO CREDIT ISSUED. | 9535 | -$103.04 |
| 03/11/17 | 570703001801 | REVERSAL SERVICES OR CASH NOT PROVIDED TO CARD | 6142 | $105.22 |
| 03/12/17 | 870707595801 | THE CARDHOLDER DID NOT AUTHORIZE THE CHARGE. | 0150 | -$92.13 |
| 03/12/17 | 870707776201 | THE CARDHOLDER DID NOT AUTHORIZE THE CHARGE. | 6726 | -$92.13 |
| 03/13/17 | 870723244101 | REVERSAL SERVICES OR CASH NOT PROVIDED TO CARD | 6444 | $105.22 |
| 03/14/17 | 770733013901 | REVERSAL REVERSAL NO DESCRIPTION | 8192 | $28.71 |
| 03/14/17 | 870733020201 | REVERSAL SERVICES OR CASH NOT PROVIDED TO CARD | 9929 | $94.31 |
| 03/14/17 | 870733461401 | REVERSAL SERVICES OR CASH NOT PROVIDED TO CARD | 7826 | $92.13 |
| 03/14/17 | 870733574401 | REVERSAL SERVICES OR CASH NOT PROVIDED TO CARD | 6726 | $92.13 |
| 03/15/17 | 570740039401 | DEFECTIVE MERCHANDISE | 8282 | -$92.13 |
| 03/16/17 | 870746984801 | THE CARDHOLDER DID NOT AUTHORIZE THE CHARGE. | 4305 | -$103.04 |
| 03/16/17 | 870746984901 | THE CARDHOLDER DID NOT AUTHORIZE THE CHARGE. | 4305 | -$103.04 |
| 03/16/17 | 770753215701 | REVERSAL REVERSAL NO DESCRIPTION | 4280 | $105.22 |
| 03/16/17 | 770753237301 | REVERSAL REVERSAL NO DESCRIPTION | 4280 | $105.22 |
| 03/17/17 | 870480126601 | DEBIT: SEE ATTACHED | 8323 | -$103.04 |
| 03/17/17 | 870480126701 | DEBIT: SEE ATTACHED | 8323 | -$103.04 |
| 03/17/17 | 870480126801 | DEBIT: SEE ATTACHED | 8323 | -$103.04 |
| 03/17/17 | 870756530101 | CARDHOLDER CANCELED ORDER-NO CREDIT ISSUED. | 6766 | -$92.13 |
| 03/17/17 | 870763518201 | REVERSAL SERVICES OR CASH NOT PROVIDED TO CARD | 4305 | $103.04 |
| 03/17/17 | 870763518301 | REVERSAL SERVICES OR CASH NOT PROVIDED TO CARD | 4305 | $103.04 |
| 03/18/17 | 770766735601 | THE CARDHOLDER DID NOT AUTHORIZE THE CHARGE | 1359 | -$103.04 |
| 03/19/17 | 870510020101 | DEBIT: SEE ATTACHED | 3538 | -$94.31 |
| 03/19/17 | 770766722401 | THE CARDHOLDER WAS NEVER CREDITED FOR A CANCEL | 4604 | -$103.04 |
| 03/19/17 | 870777642801 | THE CARDHOLDER INDICATES CREDIT HAS NOT BEEN I | 6470 | -$94.31 |
| 03/19/17 | 870780108101 | DEBIT: SEE ATTACHED | 9581 | -$103.04 |
| 03/20/17 | 870787344701 | THE CARDHOLDER INDICATES CREDIT HAS NOT BEEN I | 5449 | -$94.31 |
| 03/20/17 | 870793078901 | REVERSAL SERVICES OR CASH NOT PROVIDED TO CARD | 0692 | $94.31 |
| 03/20/17 | 870793412801 | REVERSAL SERVICES OR CASH NOT PROVIDED TO CARD | 0150 | $92.13 |
| 03/20/17 | 570793021001 | REVERSAL SERVICES OR CASH NOT PROVIDED TO CARD | 8282 | $92.13 |
| 03/21/17 | 870800113601 | DEBIT: SEE ATTACHED | 4305 | -$103.04 |

DURANGO MERCHANT SERVICES, PO BOX 59390, SCHAUMBURG, IL 60173

022851/000001/773032/0001/22351/0000/150045 000 06

## YOUR CARD PROCESSING STATEMENT

| Merchant Number | ▇▇▇▇▇8885 | Page 7 of 9 | |
|---|---|---|---|
| Customer Service | Phone - 1-866-415-2636 | Statement Period | 03/01/17 - 03/31/17 |

### CHARGEBACKS/REVERSALS

| Date | Reference No. | Description | Card Number (Last 4 Digits) | Amount |
|---|---|---|---|---|
| 03/21/17 | 770776312401 | THE CARDHOLDER DID NOT AUTHORIZE THE CHARGE | 6767 | -$94.31 |
| 03/21/17 | 870800113701 | DEBIT:  SEE ATTACHED | 4305 | -$103.04 |
| 03/21/17 | 870800176501 | DEBIT:  SEE ATTACHED | 4379 | -$61.30 |
| 03/21/17 | 770803006401 | REVERSAL REVERSAL NO DESCRIPTION | 0514 | $92.13 |
| 03/21/17 | 870803045701 | REVERSAL SERVICES OR CASH NOT PROVIDED TO CARD | 0655 | $94.31 |
| 03/22/17 | 770806193501 | MERCHANDISE WAS NOT RECEIVED | 8062 | -$94.31 |
| 03/22/17 | 770806388801 | THE CARDHOLDER DID NOT AUTHORIZE THE CHARGE | 4997 | -$94.31 |
| 03/22/17 | 870813855201 | REVERSAL SERVICES OR CASH NOT PROVIDED TO CARD | 6470 | $94.31 |
| 03/22/17 | 870813926301 | REVERSAL SERVICES OR CASH NOT PROVIDED TO CARD | 5449 | $94.31 |
| 03/23/17 | 870816122101 | THE CARDHOLDER INDICATES CREDIT HAS NOT BEEN I | 7241 | -$105.22 |
| 03/23/17 | 770823324101 | REVERSAL REVERSAL NO DESCRIPTION | 6767 | $94.31 |
| 03/23/17 | 770823355701 | REVERSAL REVERSAL NO DESCRIPTION | 8062 | $94.31 |
| 03/24/17 | 770826125501 | THE CARDHOLDER DID NOT AUTHORIZE THE CHARGE | 0191 | -$103.04 |
| 03/24/17 | 770833289201 | REVERSAL REVERSAL NO DESCRIPTION | 4997 | $94.31 |
| 03/24/17 | 870833514101 | REVERSAL SERVICES OR CASH NOT PROVIDED TO CARD | 7241 | $105.22 |
| 03/25/17 | 870840363901 | DEBIT:  SEE ATTACHED | 8356 | -$92.13 |
| 03/25/17 | 870840383701 | DEBIT:  SEE ATTACHED | 7826 | -$92.13 |
| 03/26/17 | 870847750901 | CARDHOLDER DISPUTE DEFECTIVE NOT AS DESCRIBED. | 0197 | -$94.31 |
| 03/27/17 | 770863216101 | REVERSAL REVERSAL NO DESCRIPTION | 1359 | $103.04 |
| 03/28/17 | 870873850401 | REVERSAL SERVICES OR CASH NOT PROVIDED TO CARD | 0197 | $94.31 |
| 03/29/17 | 770876908301 | THE CARDHOLDER DID NOT AUTHORIZE THE CHARGE | 2032 | -$3.87 |
| 03/29/17 | 770883316701 | REVERSAL REVERSAL NO DESCRIPTION | 0191 | $103.04 |
| 03/30/17 | 570890036101 | SERVICES OR MERCHANDISE NOT PROVIDED TO CARDHO | 2094 | -$94.31 |
| 03/31/17 | 770356734001 | THE CARDHOLDER DID NOT AUTHORIZE THE CHARGE | 5662 | -$20.32 |
| 03/31/17 | 770886642201 | THE SALES TICKET IS ILLEGIBLE. PLS PROVIDE A L | 8707 | -$94.31 |
| 03/31/17 | 870610400701 | DEBIT:  SEE ATTACHED | 8365 | -$103.04 |
| 03/31/17 | 870610400801 | DEBIT:  SEE ATTACHED | 8365 | -$94.31 |
| 03/31/17 | 870896380201 | CARDHOLDER CANCELED ORDER-NO CREDIT ISSUED. | 4230 | -$105.22 |
| **Total** | | | | **-$1,565.00** |

### ADJUSTMENTS

| Date | Description | Amount |
|---|---|---|
| 03/06/17 | ELECTRONIC DEPOSIT REJECTS      | | 278.58 |
| 03/08/17 | ELECTRONIC DEPOSIT REJECTS      | | 94.31 |
| **Total** | | **$372.89** |

### FEES CHARGED

| Date | Type | Description | Total |
|---|---|---|---|
| 03/31/17 | IC | MC NTWRK ACCESS SETTLEMENT FEE         28 TRANSACTIONS AT     .018500 | -0.52 |
| 03/31/17 | IC | MASTERCARD ASSESSMENT FEE  .001200      TIMES         $16,126.20 | -19.35 |
| 03/31/17 | IC | VISA ASSESSMENT FEE DB  .001300      TIMES         $12,704.35 | -16.52 |
| 03/31/17 | IC | VISA ASSESSMENT FEE CR  .001300      TIMES         $8,331.08 | -10.83 |
| 03/31/17 | IC | DISCOVER DUES/ASSESSMENT FEE  .001300      TIMES         $2,074.64 | -2.70 |
| 03/31/17 | SC | DISCOVER RETURNS DISCOUNT  .031700 DISC RATE TIMES         $184.26 | -5.84 |
| 03/31/17 | SC | DISCOVER DATA USAGE FEE            39 TRANSACTIONS AT     .020000 | -0.78 |
| 03/31/17 | SC | VI REWARD SALES DISCOUNT  .033100 DISC RATE TIMES         $3,259.75 | -107.90 |
| 03/31/17 | SC | MC WORLD NON-QUAL SALES DISC  .034200 DISC RATE TIMES         $5,864.15 | -200.55 |
| 03/31/17 | SC | MASTERCARD SALES DISCOUNT  .031700 DISC RATE TIMES         $1,891.34 | -59.96 |

DURANGO MERCHANT SERVICES, PO BOX 59390, SCHAUMBURG, IL  60173

022851/000001/773032/0001/22351/0000/150046 000 07

## Your Card Processing Statement

| Merchant Number | ▉▉▉▉▉ 8885 | Page 8 of 9 | |
|---|---|---|---|
| Customer Service | Phone - 1-866-415-2636 | Statement Period | 03/01/17 - 03/31/17 |

### Fees Charged

| Date | Type | Description | Total |
|---|---|---|---|
| 03/31/17 | SC | MASTERCARD RETURNS DISCOUNT  .031700 DISC RATE TIMES      $1,061.16 | -33.64 |
| 03/31/17 | SC | VISA SALES DISCOUNT  .031700 DISC RATE TIMES      $1,470.66 | -46.62 |
| 03/31/17 | SC | VISA RETURNS DISCOUNT  .031700 DISC RATE TIMES      $1,883.44 | -59.71 |
| 03/31/17 | SC | VISA MID-QUAL SALES DISCOUNT  .041400 DISC RATE TIMES      $2,417.31 | -100.08 |
| 03/31/17 | SC | MASTERCARD NON-QUAL SALES DISC  .050300 DISC RATE TIMES      $1,402.63 | -70.55 |
| 03/31/17 | SC | MASTERCARD NON-QUAL RETN DISC  .050300 DISC RATE TIMES      $33.01 | -1.66 |
| 03/31/17 | SC | VISA NON-QUAL SALES DISCOUNT  .050300 DISC RATE TIMES      $1,183.36 | -59.52 |
| 03/31/17 | SC | MASTERCARD DEBIT SALES DISC  .031400 DISC RATE TIMES      $6,328.91 | -198.73 |
| 03/31/17 | SC | MASTERCARD DEBIT RETURNS DISC  .031400 DISC RATE TIMES      $614.79 | -19.30 |
| 03/31/17 | SC | VISA DEBIT SALES DISCOUNT  .031400 DISC RATE TIMES      $11,193.47 | -351.47 |
| 03/31/17 | SC | VISA DEBIT RETURN DISCOUNT  .031400 DISC RATE TIMES      $1,819.29 | -57.13 |
| 03/31/17 | SC | VI DEBIT NON-QUAL SALES DISC  .050000 DISC RATE TIMES      $1,510.88 | -75.54 |
| 03/31/17 | SC | MC DEBIT MID-QUAL SALES DISC  .041100 DISC RATE TIMES      $639.17 | -26.27 |
| 03/31/17 | SC | DISCOVER MIDQUAL SALES DISC  .041400 DISC RATE TIMES      $1,572.54 | -65.10 |
| 03/31/17 | SC | DISCOVER NONQUAL SALES DISC  .050300 DISC RATE TIMES      $502.10 | -25.26 |
| 03/31/17 | FEE | VISA NETWORK FEE CNP 2-05 | -15.00 |
| 03/31/17 | FEE | MC MERCH MONTHLY LOCATION FEE | -3.75 |
| 03/31/17 | FEE | VISA INTL SERVICE FEE - BASE       43 TRANS TOTALING    $869.88 | -10.87 |
| 03/31/17 | FEE | BATCH SETTLEMENT FEE       34 TRANSACTIONS AT    .300000 | -10.20 |
| 03/31/17 | FEE | DIGITAL ENABLEMENT FEE  .000100 X    391 TRNS    $15,431.11 | -1.54 |
| 03/31/17 | FEE | RETRIEVAL FEE       1 TRANSACTIONS AT  7.000000 | -7.00 |
| 03/31/17 | FEE | CLIENTLINE MONTHLY FEE       1 TRANSACTIONS AT  5.000000 | -5.00 |
| 03/31/17 | FEE | MONTHLY MAINTENANCE FEE | -10.00 |
| 03/31/17 | FEE | PCI DSS COMPLIANCE ADMIN FEE | -6.95 |
| 03/31/17 | FEE | GATEWAY FEE | -10.00 |
| 03/31/17 | FEE | PCI DSS NON COMPLIANCE | -19.95 |
| 03/31/17 | FEE | US CROSS BORDER FEE       36 TRANS TOTALING    $884.57 | -12.83 |
| 03/31/17 | FEE | CHARGEBACK FEE       49 TRANSACTIONS AT  25.000000 | -1225.00 |
| 03/31/17 | FEE | DISCOVER CHARGEBACK FEE       2 TRANSACTIONS AT  25.000000 | -50.00 |
| 03/31/17 | FEE | NETWORK AUTHORIZATION FEE       51 TRANSACTIONS AT    .002500 | -0.13 |
| 03/31/17 | FEE | MC NETWORK ACCESS AUTH FEE       607 TRANSACTIONS AT    .018500 | -11.23 |
| 03/31/17 | FEE | ACQUIRER PROCESSOR FEE CREDIT       384 TRANSACTIONS AT    .019500 | -7.49 |
| 03/31/17 | FEE | ACQUIRER PROCESSOR FEE DB/PP       651 TRANSACTIONS AT    .019500 | -12.69 |
| 03/31/17 | FEE | MASTERCARD AUTH FEE       662 TRANSACTIONS AT    .300000 | -198.60 |
| 03/31/17 | FEE | VISA AUTH FEE       1,042 TRANSACTIONS AT    .300000 | -312.60 |
| 03/31/17 | FEE | DISCOVER AUTH FEE       51 TRANSACTIONS AT    .300000 | -15.30 |
| 03/31/17 | FEE | MC CVC2 TRANSACTION FEE       139 TRANSACTIONS AT    .002500 | -0.35 |
| 03/31/17 | FEE | AVS WATS AUTHORIZATION FEE       1,745 TRANSACTIONS AT    .100000 | -174.50 |

| | |
|---|---|
| **Total Service Charges** | **-$1,565.61** |
| **Total Interchange Charges** | **-$49.92** |
| **Total Fees** | **-$2,120.98** |
| **Total (Service Charges, Interchange Charges, and Fees)** | **-$3,736.51** |

**Fee Type Legend**

SC = Service Charges
IC = Interchange Charges
FEE = Fees

DURANGO MERCHANT SERVICES, PO BOX 59390, SCHAUMBURG, IL  60173

022851/000001/773032/0001/22351/0000/150047 000 08

## YOUR CARD PROCESSING STATEMENT

| | | | |
|---|---|---|---|
| Merchant Number | ████8885 | Page 9 of 9 | |
| Customer Service | Phone - 1-866-415-2636 | Statement Period | 03/01/17 - 03/31/17 |

### TAX GROSS REPORTABLE SALES BY TIN

Total dollar amount of aggregate reportable payment card transactions funded and third party network transactions, for each participating payee, without regard to any adjustments for credits, cash equivalents, discount amount, fees, refunded amounts, or any other amounts per respective tax identification number.

| Month | Description | Total |
|---|---|---|
| February | GROSS REPORTABLE SALES-TIN#####5058 | $33,876.88 |
| | **2017 YTD Gross Reportable Sales** | **$69,241.90** |

DURANGO MERCHANT SERVICES, PO BOX 59390, SCHAUMBURG, IL  60173

**022851/000001/773032/0001/22351/0000/150048 000 09**

Exhibit BB - Page 9 of 9