# EXHIBIT CC

| ID | Name | S Count | S Rev | P Count | P Rev | Total | Limit | P Available | CB | CB% | CB$ | CB%$ | Proj CB% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 597 | SW-WildFarms-NMA-Harrisd | 106 | $5,599.72 | 106 | $0.00 | $5,599.72 | $10,000.00 | $0.00 | 31 | 29.25% | $2,086.75 | 37.27% | 29.25% |
| 461 | IP-BridgeFord-NMA-Harrisd | 929 | $40,888.02 | 929 | $0.00 | $40,888.02 | $10,000.00 | $0.00 | 180 | 19.38% | $16,023.46 | 39.19% | 19.38% |
| 213 | SIQ-WildFarms-NMA-Harrisd | 36 | $1,623.92 | 36 | $0.00 | $1,623.92 | $10,000.00 | $0.00 | 6 | 16.67% | $486.33 | 29.95% | 16.67% |
| 541 | BAH-IndigoSystems-Paysafe-Woodforestd | 972 | $49,090.82 | 972 | $0.00 | $49,090.82 | $47,000.00 | $0.00 | 95 | 9.77% | $8,455.96 | 17.23% | 9.77% |
| 493 | DPH-SnowSale-Humboldt-Harrisd | 2983 | $99,425.53 | 2983 | $0.00 | $99,425.53 | $45,000.00 | $0.00 | 284 | 9.52% | $25,358.14 | 25.50% | 9.52% |
| 565 | IP-BrookvilleLane-Alliance-Humboldt-Harrisd | 1054 | $26,128.46 | 1054 | $0.00 | $26,128.46 | $22,000.00 | $0.00 | 91 | 8.63% | $7,032.13 | 26.91% | 8.63% |
| 497 | SW-UnivAndFolsom-Humboldt-Harrisd | 1548 | $49,773.11 | 1548 | $0.00 | $49,773.11 | $22,000.00 | $0.00 | 133 | 8.59% | $11,947.55 | 24.00% | 8.59% |
| 481 | BW-SolidIce-Humboldt-Harrisd | 2981 | $120,477.59 | 2981 | $0.00 | $120,477.59 | $5,000.00 | $0.00 | 243 | 8.15% | $19,958.47 | 16.57% | 8.15% |
| 613 | DPH-FlatIron-Paysafe-Woodforestd | 564 | $18,910.51 | 564 | $0.00 | $18,910.51 | $30,000.00 | $0.00 | 45 | 7.98% | $3,918.53 | 20.72% | 7.98% |
| 561 | FCW-BrookvilleLane-Paysafe-Woodforestd | 1080 | $35,683.12 | 1080 | $0.00 | $35,683.12 | $47,000.00 | $0.00 | 83 | 7.69% | $6,384.79 | 17.89% | 7.69% |
| 209 | SIQ-DoingWhatsPoss-VPSd | 341 | $11,947.13 | 341 | $0.00 | $11,947.13 | $25,000.00 | $0.00 | 23 | 6.74% | $1,344.92 | 11.26% | 6.74% |
| 617 | BW-NewportCrossing-Paysafe-Woodforestd | 1102 | $39,649.42 | 1102 | $0.00 | $39,649.42 | $47,000.00 | $0.00 | 73 | 6.62% | $6,261.70 | 15.79% | 6.62% |
| 517 | BAH-BrandForce-Humboldt-Harrisd | 4475 | $133,125.01 | 4475 | $0.00 | $133,125.01 | $47,000.00 | $0.00 | 269 | 6.01% | $21,056.98 | 15.82% | 6.01% |
| 121 | TW-SolidIce-Paysafe-Woodforestd | 913 | $32,079.51 | 913 | $0.00 | $32,079.51 | $47,000.00 | $0.00 | 51 | 5.59% | $4,143.93 | 12.92% | 5.59% |
| 609 | FCW-FlatIron-Humboldt-Harrisd | 3274 | $106,063.53 | 3274 | $0.00 | $106,063.53 | $22,000.00 | $0.00 | 176 | 5.38% | $15,376.75 | 14.50% | 5.38% |
| 537 | APW-BrassTriangle-Humboldt-Harrisd | 7748 | $219,607.55 | 7748 | $0.00 | $219,607.55 | $5,000.00 | $0.00 | 404 | 5.21% | $32,927.90 | 14.99% | 5.21% |
| 433 | WC-BrassTriangle-RMS-WestAmericad | 9832 | $317,742.88 | 9832 | $0.00 | $317,742.88 | $40,000.00 | $0.00 | 506 | 5.15% | $40,659.88 | 12.80% | 5.15% |
| 549 | WC-GreenvilleCreek-Paysafe-Woodforestd | 2495 | $64,791.73 | 2495 | $0.00 | $64,791.73 | $47,000.00 | $0.00 | 127 | 5.09% | $9,098.45 | 14.04% | 5.09% |
| 225 | IP-SnowSale-RMSd | 9849 | $328,761.25 | 9849 | $0.00 | $328,761.25 | $35,000.00 | $0.00 | 496 | 5.04% | $38,501.08 | 11.71% | 5.04% |
| 405 | SPD-MintHouse-Humboldt-Harrisd | 6325 | $183,870.42 | 6325 | $0.00 | $183,870.42 | $22,000.00 | $0.00 | 309 | 4.89% | $25,567.13 | 13.90% | 4.89% |
| 533 | SW-SnowSale-GMA-Harrisd | 11528 | $405,682.47 | 11528 | $0.00 | $405,682.47 | $45,000.00 | $0.00 | 562 | 4.88% | $48,101.84 | 11.86% | 4.88% |
| 737 | APW-SolidIce-Moneris-Harrisd | 1201 | $37,124.03 | 1201 | $0.00 | $37,124.03 | $47,000.00 | $0.00 | 58 | 4.83% | $4,674.40 | 12.59% | 4.83% |
| 721 | IP-NightWatch-Monerisd | 520 | $19,766.13 | 520 | $0.00 | $19,766.13 | $6,500.00 | $0.00 | 25 | 4.81% | $2,399.72 | 12.14% | 4.81% |
| 705 | DPH-NewportCrossing-Monerisd | 1533 | $41,750.68 | 1533 | $0.00 | $41,750.68 | $10,000.00 | $0.00 | 73 | 4.76% | $4,768.84 | 11.42% | 4.76% |
| 449 | SW-ThunderAve-SelectBank-MissionValleyd | 12115 | $396,470.52 | 12115 | $0.00 | $396,470.52 | $35,000.00 | $0.00 | 570 | 4.70% | $44,958.41 | 11.34% | 4.70% |
| 93 | DPH-AbsolutelyWorking-RMS-WestAmericad | 9013 | $297,214.78 | 9013 | $0.00 | $297,214.78 | $40,000.00 | $0.00 | 423 | 4.69% | $33,217.82 | 11.18% | 4.69% |
| 621 | SBS-HowAndWhy-USMS-DeutscheBankd | 322 | $7,711.62 | 322 | $0.00 | $7,711.62 | $30,000.00 | $0.00 | 15 | 4.66% | $1,264.45 | 16.40% | 4.66% |
| 397 | FCW-MintHouse-RMSd | 9573 | $347,278.28 | 9573 | $0.00 | $347,278.28 | $40,000.00 | $0.00 | 426 | 4.45% | $34,492.17 | 9.93% | 4.45% |
| 573 | DPH-BrandForce-NMA-Harrisd | 2864 | $88,961.56 | 2864 | $0.00 | $88,961.56 | $25,000.00 | $0.00 | 127 | 4.43% | $10,235.63 | 11.51% | 4.43% |
| 429 | INW-BridgeFord-Humboldt-Harrisd | 2461 | $73,659.94 | 2461 | $0.00 | $73,659.94 | $13,000.00 | $0.00 | 108 | 4.39% | $9,459.28 | 12.84% | 4.39% |
| 33 | BAH-WalnutSt-Moneris-Harrisd | 17797 | $449,094.11 | 17797 | $0.00 | $449,094.11 | $40,000.00 | $0.00 | 753 | 4.23% | $56,221.10 | 12.52% | 4.23% |
| 605 | INW-NightWatch-NMA-Harrisd | 767 | $24,089.40 | 767 | $0.00 | $24,089.40 | $10,000.00 | $0.00 | 32 | 4.17% | $2,070.51 | 8.60% | 4.17% |
| 529 | SPD-ThunderAve-GMA-Harrisd | 12302 | $460,339.53 | 12302 | $0.00 | $460,339.53 | $35,000.00 | $0.00 | 510 | 4.15% | $42,364.61 | 9.20% | 4.15% |
| 717 | INW-WildFarms-Moneris-Harrisd | 2794 | $66,822.00 | 2794 | $0.00 | $66,822.00 | $37,000.00 | $0.00 | 116 | 4.15% | $8,290.25 | 12.41% | 4.15% |
| 425 | BW-ThunderAve-Humboldt-Harrisd | 2203 | $63,525.96 | 2203 | $0.00 | $63,525.96 | $22,000.00 | $0.00 | 91 | 4.13% | $7,847.88 | 12.35% | 4.13% |
| 713 | SW-MintHouse-Monerisd | 1687 | $44,771.87 | 1687 | $0.00 | $44,771.87 | $30,000.00 | $0.00 | 69 | 4.09% | $5,198.55 | 11.61% | 4.09% |
| 525 | WC-BridgeFord-GMA-Harrisd | 8043 | $291,427.60 | 8043 | $0.00 | $291,427.60 | $25,000.00 | $0.00 | 319 | 3.97% | $26,843.50 | 9.21% | 3.97% |
| 553 | GW-GreenvilleCreek-Alliance-Humboldt-Harrisd | 3188 | $103,089.47 | 3188 | $0.00 | $103,089.47 | $5,000.00 | $0.00 | 126 | 3.95% | $11,149.13 | 10.82% | 3.95% |
| 521 | BAH-ThunderAve-NMA-Harrisd | 3172 | $97,340.97 | 3172 | $0.00 | $97,340.97 | $45,000.00 | $0.00 | 124 | 3.91% | $10,550.60 | 10.84% | 3.91% |
| 545 | GW-NightWatch-Paysafe-Woodforestd | 1288 | $39,863.42 | 1288 | $0.00 | $39,863.42 | $47,000.00 | $0.00 | 50 | 3.88% | $4,550.84 | 11.42% | 3.88% |
| 601 | BW-BrookvilleLane-NMA-Harrisd | 1914 | $62,837.15 | 1914 | $0.00 | $62,837.15 | $10,000.00 | $0.00 | 74 | 3.87% | $6,467.31 | 10.29% | 3.87% |
| 29 | BAH-BoulderCreek-MesTrid | 9419 | $283,864.71 | 9419 | $0.00 | $283,864.71 | $40,000.00 | $0.00 | 363 | 3.85% | $28,676.00 | 10.10% | 3.85% |
| 97 | SW-DoingWhatsPoss-RMSd | 8766 | $302,562.47 | 8766 | $0.00 | $302,562.47 | $40,000.00 | $0.00 | 333 | 3.80% | $28,422.63 | 9.39% | 3.80% |
| 401 | TW-MintHouse-NMA-Harrisd | 1905 | $56,139.69 | 1905 | $0.00 | $56,139.69 | $45,000.00 | $0.00 | 71 | 3.73% | $5,157.15 | 9.19% | 3.73% |
| 409 | GW-HowandWhy-RMS-WestAmericad | 9843 | $337,787.94 | 9843 | $0.00 | $337,787.94 | $40,000.00 | $0.00 | 365 | 3.71% | $30,280.51 | 8.96% | 3.71% |
| 473 | BW-BridgeFord-SelectBank-MissionValleyd | 13603 | $427,895.85 | 13603 | $0.00 | $427,895.85 | $35,000.00 | $0.00 | 496 | 3.65% | $40,498.33 | 9.46% | 3.65% |
| 45 | APW-SolidIce-GMA-Harrisd | 11350 | $367,979.70 | 11350 | $0.00 | $367,979.70 | $45,000.00 | $0.00 | 407 | 3.59% | $31,501.08 | 8.56% | 3.59% |
| 25 | BAH-WildFarms-RMS-WestAmericad | 8637 | $291,144.21 | 8637 | $0.00 | $291,144.21 | $40,000.00 | $0.00 | 308 | 3.57% | $24,512.35 | 8.42% | 3.57% |
| 645 | COY-GreenvilleCreek-Bankable-PPd | 113 | $2,897.95 | 113 | $0.00 | $2,897.95 | $10,000.00 | $0.00 | 4 | 3.54% | $368.52 | 12.72% | 3.54% |
| 445 | BAH-SnowSale-GMA-Harrisd | 8754 | $339,222.49 | 8754 | $0.00 | $339,222.49 | $45,000.00 | $0.00 | 309 | 3.53% | $25,100.53 | 7.40% | 3.53% |
| 513 | SV-BridgeFord-RMSd | 2640 | $94,377.17 | 2640 | $0.00 | $94,377.17 | $20,000.00 | $0.00 | 93 | 3.52% | $8,297.76 | 8.79% | 3.52% |
| 105 | SPD-DesertGecko-RMS-WestAmericad | 11238 | $388,238.51 | 11238 | $0.00 | $388,238.51 | $40,000.00 | $0.00 | 392 | 3.49% | $32,309.24 | 8.32% | 3.49% |
| 685 | GW-BrookvilleLane-Monerisd | 2197 | $70,095.14 | 2197 | $0.00 | $70,095.14 | $47,000.00 | $0.00 | 76 | 3.46% | $6,377.90 | 9.10% | 3.46% |
| 709 | FCW-HowandWhy-Monerisd | 1857 | $59,128.69 | 1857 | $0.00 | $59,128.69 | $37,000.00 | $0.00 | 64 | 3.45% | $4,520.11 | 7.64% | 3.45% |
| 569 | INW-ThunderAve-RMSd | 1540 | $57,506.12 | 1540 | $0.00 | $57,506.12 | $30,000.00 | $0.00 | 53 | 3.44% | $4,557.64 | 7.93% | 3.44% |
| 729 | BW-ThreeLakes-Monerisd | 1283 | $32,517.65 | 1283 | $0.00 | $32,517.65 | $30,000.00 | $0.00 | 44 | 3.43% | $3,332.96 | 10.25% | 3.43% |
| 593 | SV-NightWatch-Humboldt-Harrisd | 2430 | $77,751.61 | 2430 | $0.00 | $77,751.61 | $17,000.00 | $0.00 | 82 | 3.37% | $6,628.32 | 8.52% | 3.37% |

Exhibit CC - Page 1 of 3

| # | Name | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 37 | APW-BrandForce-RMS-WestAmericad | 8835 | $280,672.79 | 8835 | $0.00 | $280,672.79 | $40,000.00 | $0.00 | 291 | 3.29% | $24,281.48 | 8.65% | 3.29% |
| 557 | APW-NightWatch-Cambridge-Humboldt-Harrisd | 3311 | $105,190.09 | 3311 | $0.00 | $105,190.09 | $17,000.00 | $0.00 | 107 | 3.23% | $9,491.73 | 9.02% | 3.23% |
| 633 | FCW-NightWatch-SelectBank-MissionValleyd | 1916 | $54,585.61 | 1916 | $0.00 | $54,585.61 | $35,000.00 | $0.00 | 61 | 3.18% | $5,146.56 | 9.43% | 3.18% |
| 129 | BW-Sandstone-RMS-WestAmericad | 10219 | $338,966.72 | 10219 | $0.00 | $338,966.72 | $40,000.00 | $0.00 | 324 | 3.17% | $25,445.89 | 7.51% | 3.17% |
| 57 | SBS-Sandstone-GMA-Harrisd | 1202 | $34,808.71 | 1202 | $0.00 | $34,808.71 | $30,000.00 | $0.00 | 36 | 3.00% | $2,355.92 | 6.77% | 3.00% |
| 733 | TW-BrandForce-Monerisd | 681 | $14,479.55 | 681 | $0.00 | $14,479.55 | $37,000.00 | $0.00 | 20 | 2.94% | $1,544.95 | 10.67% | 2.94% |
| 741 | DPH-BoulderCreek-Monerisd | 592 | $17,031.94 | 592 | $0.00 | $17,031.94 | $5,000.00 | $0.00 | 17 | 2.87% | $963.57 | 5.66% | 2.87% |
| 693 | SV-GreenvilleCreek-Monerisd | 962 | $26,507.12 | 962 | $0.00 | $26,507.12 | $30,000.00 | $0.00 | 27 | 2.81% | $1,819.18 | 6.86% | 2.81% |
| 681 | WC-FlatIron-Moneris-Harrisd | 1387 | $42,376.73 | 1387 | $0.00 | $42,376.73 | $47,000.00 | $0.00 | 39 | 2.81% | $2,761.21 | 6.52% | 2.81% |
| 205 | SIQ-BridgeFord-GMA-Harris | 1323 | $41,314.52 | 1323 | $0.00 | $41,314.52 | $15,000.00 | ($26,314.52) | 36 | 2.72% | $2,503.68 | 6.06% | 2.72% |
| 725 | TW-BrassTriangle-Monerisd | 852 | $19,090.31 | 852 | $0.00 | $19,090.31 | $37,000.00 | $0.00 | 23 | 2.70% | $1,664.41 | 8.72% | 2.70% |
| 589 | APW-WildFarms-Humboldt-Harrisd | 3821 | $109,213.93 | 3821 | $0.00 | $109,213.93 | $15,000.00 | $0.00 | 100 | 2.62% | $8,295.99 | 7.60% | 2.62% |
| 653 | WC-NewportCrossing-Humboldt-Harrisd | 6352 | $169,275.04 | 6352 | $0.00 | $169,275.04 | $20,000.00 | $0.00 | 166 | 2.61% | $13,818.89 | 8.16% | 2.61% |
| 669 | TW-HowandWhy-Humboldt-Harrisd | 1489 | $41,933.37 | 1489 | $0.00 | $41,933.37 | $45,000.00 | $0.00 | 36 | 2.42% | $2,638.61 | 6.29% | 2.42% |
| 217 | SIQ-DesertGecko-Paysafe-Woodforest | 1532 | $43,591.25 | 1532 | $0.00 | $43,591.25 | $30,000.00 | ($13,591.25) | 37 | 2.42% | $2,534.00 | 5.81% | 2.42% |
| 649 | SBS-FlatIronAve-Bankable-PP-DeutscheBankd | 773 | $14,492.12 | 773 | $0.00 | $14,492.12 | $15,000.00 | $0.00 | 18 | 2.33% | $909.46 | 6.28% | 2.33% |
| 665 | WC-BrookvilleLane-SelectBank-MissionValleyd | 5683 | $154,021.90 | 5683 | $0.00 | $154,021.90 | $25,000.00 | $0.00 | 130 | 2.29% | $10,378.37 | 6.74% | 2.29% |
| 625 | APW-GreenvilleCreek-NMA-Harrisd | 2292 | $67,252.88 | 2292 | $0.00 | $67,252.88 | $45,000.00 | $0.00 | 51 | 2.23% | $3,260.83 | 4.85% | 2.23% |
| 745 | FCW-NewportCrossing-Vantivd | 1674 | $40,119.74 | 1674 | $0.00 | $40,119.74 | $47,000.00 | $0.00 | 35 | 2.09% | $2,615.77 | 6.52% | 2.09% |
| 257 | SBS-DoingWhatsPoss-SelectBank-MissionValleyd | 2349 | $64,120.35 | 2349 | $0.00 | $64,120.35 | $30,000.00 | $0.00 | 48 | 2.04% | $2,180.95 | 3.40% | 2.04% |
| 701 | TW-WalnutStreet-Humboldt-Harrisd | 1376 | $33,811.00 | 1376 | $0.00 | $33,811.00 | $20,000.00 | $0.00 | 25 | 1.82% | $1,804.40 | 5.34% | 1.82% |
| 657 | SBS-BrookvilleLane-Humboldt-Harrisd | 83 | $1,959.34 | 83 | $0.00 | $1,959.34 | $5,000.00 | $0.00 | 1 | 1.20% | $94.31 | 4.81% | 1.20% |
| 641 | IP-MintHouse-Paysafe-Woodforestd | 230 | $807.26 | 230 | $0.00 | $807.26 | $5,000.00 | $0.00 | 1 | 0.43% | $3.82 | 0.47% | 0.43% |
| 677 | SW-FlatIron-Cynergy-Harrisd | 3293 | $93,403.36 | 3293 | $0.00 | $93,403.36 | $20,000.00 | $0.00 | 7 | 0.21% | $566.89 | 0.61% | 0.21% |
| 637 | BW-Indigo Systems-Cynergyd | 4033 | $151,062.95 | 4033 | $0.00 | $151,062.95 | $20,000.00 | $0.00 | 7 | 0.17% | $436.18 | 0.29% | 0.17% |
| 697 | WT-DesertGecko-CardFlexd | 1 | $1.03 | 1 | $0.00 | $1.03 | $10,000.00 | $0.00 | 0 | 0.00% | $0.00 | 0.00% | 0.00% |
| 673 | BAH-NewportCrossing-Cynergy-Harrisd | 2249 | $63,938.96 | 2249 | $0.00 | $63,938.96 | $22,000.00 | $0.00 | 0 | 0.00% | $0.00 | 0.00% | 0.00% |
| 761 | COY-AbsolutelyWorking-Paysafe-Woodforestd | 11 | $204.89 | 11 | $0.00 | $204.89 | $10,000.00 | $0.00 | 0 | 0.00% | $0.00 | 0.00% | 0.00% |
| 661 | COY-BrookvilleLane-Humboldt-Harrisd | 1 | $1.03 | 1 | $0.00 | $1.03 | $5,000.00 | $0.00 | 0 | 0.00% | $0.00 | 0.00% | 0.00% |
| 689 | SV-DoingWhatsPoss-CardFlex-Harrisd | 893 | $23,410.67 | 893 | $0.00 | $23,410.67 | $45,000.00 | $0.00 | 0 | 0.00% | $0.00 | 0.00% | 0.00% |
| 749 | IP-ThreeLakes-GroupISO-Harrisd | 338 | $10,223.92 | 338 | $0.00 | $10,223.92 | $20,000.00 | $0.00 | 0 | 0.00% | $0.00 | 0.00% | 0.00% |
| 753 | GW-ThreeLakes-Vantivd | 8 | $107.86 | 8 | $0.00 | $107.86 | $5,000.00 | $0.00 | 0 | 0.00% | $0.00 | 0.00% | 0.00% |
| 757 | COY-UnivFolsom-RMS-WestAmericad | 147 | $3,034.35 | 147 | $0.00 | $3,034.35 | $30,000.00 | $0.00 | 0 | 0.00% | $0.00 | 0.00% | 0.00% |
| 345 | SPD-SolidIce-PaymentWorldd | 0 | $0.00 | 0 | $0.00 | $0.00 | $47,000.00 | $0.00 | 0 | 0% | $0.00 | 0% | 0% |
| 465 | GW-BridgeFord-USMSd | 0 | $0.00 | 0 | $0.00 | $0.00 | $47,000.00 | $0.00 | 1 | 0% | $3.57 | 0% | 0% |
| 437 | SPD-BrassTriangle-USMS2d | 0 | $0.00 | 0 | $0.00 | $0.00 | $47,000.00 | $0.00 | 0 | 0% | $0.00 | 0% | 0% |
| 117 | TW-BrassTriangle-TOPSd | 0 | $0.00 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | 0% | $0.00 | 0% | 0% |
| 581 | TW-UniversityandFolsom-Elavond | 0 | $0.00 | 0 | $0.00 | $0.00 | $5,000.00 | $0.00 | 0 | 0% | $0.00 | 0% | 0% |
| 501 | IP-SolidIce-USMS2-DeuBankd | 0 | $0.00 | 0 | $0.00 | $0.00 | $47,000.00 | $0.00 | 0 | 0% | $0.00 | 0% | 0% |
| 165 | KW-UnivFolsom-TOPSd | 0 | $0.00 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | 0% | $0.00 | 0% | 0% |
| 389 | BW-ThunderAve-USBankd | 0 | $0.00 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | 0% | $0.00 | 0% | 0% |
| 485 | SW-IndigoSystems-EMS-Harrisd | 0 | $0.00 | 0 | $0.00 | $0.00 | $20,000.00 | $0.00 | 0 | 0% | $0.00 | 0% | 0% |
| 337 | SPD-BrassTriangle-USMSd | 0 | $0.00 | 0 | $0.00 | $0.00 | $47,000.00 | $0.00 | 0 | 0% | $0.00 | 0% | 0% |
| 113 | SPD-SnowSale-TOPSd | 0 | $0.00 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | 0% | $0.00 | 0% | 0% |
| 453 | DPH-ThunderAve-GMA-Harrisd | 0 | $0.00 | 0 | $0.00 | $0.00 | $47,000.00 | $0.00 | 14 | 0% | $1,319.03 | 0% | 0% |
| 369 | FCW-ThunderAve-USMSd | 0 | $0.00 | 0 | $0.00 | $0.00 | $47,000.00 | $0.00 | 0 | 0% | $0.00 | 0% | 0% |
| 77 | HW-AbsolutelyWorking-Rietumud | 0 | $0.00 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | 0% | $0.00 | 0% | 0% |
| 457 | DPH-NightWatch-EMS-Harrisd | 0 | $0.00 | 0 | $0.00 | $0.00 | $20,000.00 | $0.00 | 0 | 0% | $0.00 | 0% | 0% |
| 393 | TW-HowandWhy-USMSd | 0 | $0.00 | 0 | $0.00 | $0.00 | $47,000.00 | $0.00 | 0 | 0% | $0.00 | 0% | 0% |
| 101 | SW-SolidIce-TOPSd | 0 | $0.00 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | 0% | $0.00 | 0% | 0% |
| 477 | DPH-University&amp;Folsom;-USMS-DeuBankd | 0 | $0.00 | 0 | $0.00 | $0.00 | $47,000.00 | $0.00 | 0 | 0% | $0.00 | 0% | 0% |
| 505 | BAH-BrandForce-USMS-DeuBankd | 0 | $0.00 | 0 | $0.00 | $0.00 | $35,000.00 | $0.00 | 0 | 0% | $0.00 | 0% | 0% |
| 9 | BBP-WildFarms-SelectBankd | 0 | $0.00 | 0 | $0.00 | $0.00 | $50,000.00 | $0.00 | 0 | 0% | $0.00 | 0% | 0% |
| 373 | SPD-SnowSale-NMA-Harrisd | 0 | $0.00 | 0 | $0.00 | $0.00 | $18,928.00 | $0.00 | 26 | 0% | $2,149.86 | 0% | 0% |
| 441 | TW-HowandWhy-USMS2d | 0 | $0.00 | 0 | $0.00 | $0.00 | $47,000.00 | $0.00 | 0 | 0% | $0.00 | 0% | 0% |
| 133 | BW-BrandForce-TOPSd | 0 | $0.00 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | 0% | $0.00 | 0% | 0% |
| 361 | BW-SnowSale-USMSd | 0 | $0.00 | 0 | $0.00 | $0.00 | $47,000.00 | $0.00 | 1 | 0% | $94.31 | 0% | 0% |
| 469 | GW-BridgeFord-USMS2d | 0 | $0.00 | 0 | $0.00 | $0.00 | $47,000.00 | $0.00 | 3 | 0% | $189.66 | 0% | 0% |

Exhibit CC - Page 2 of 3

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 489 | DPH-University&amp;Folsom;-USMS2-DeuBankd | 0 | $0.00 | 0 | $0.00 | $0.00 | $47,000.00 | $0.00 | 0 | 0% | $0.00 | 0% | 0% |
| 509 | BAH-BrandForce-USMS2-DeuBankd | 0 | $0.00 | 0 | $0.00 | $0.00 | $35,000.00 | $0.00 | 0 | 0% | $0.00 | 0% | 0% |
| 353 | SW-MintHouse-USMSd | 0 | $0.00 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | 0% | $0.00 | 0% | 0% |
| 413 | BW-SnowSale-USMS2d | 0 | $0.00 | 0 | $0.00 | $0.00 | $47,000.00 | $0.00 | 0 | 0% | $0.00 | 0% | 0% |
|   |   | 330375 | $10,554,181.91 | 330375 | $0.00 | $10,554,181.91 | $3,407,428.00 | ($39,905.77) | 13424 | 4.06% | $1,083,532.18 | 10.27% | 4.06% |
| | | | | | | | | | | as % of transactions | | as % of $ volume | |

Exhibit CC - Page 3 of 3