# EXHIBIT DD

| ID | Name | S Count | S Rev | P Count | P Rev |
|---|---|---|---|---|---|
| 645 | COY-GreenvilleCreek-Bankable-PPd | 542 | $16,680.75 | 542 | $0.00 |
| 853 | DPH-BrassTriangle-Swift-Cashflowsd | 271 | $6,111.64 | 271 | $0.00 |
| 809 | INW-WalnutSt-Hecht-Triangle-CashFlowsd | 346 | $8,821.09 | 346 | $0.00 |
| 813 | BW-DoingWhatsPossible-AlliedWallet-NMId | 494 | $15,180.81 | 494 | $26.41 |
| 821 | GW - Flatiron - Swift - Cashflowsd | 429 | $10,334.63 | 429 | $59.88 |
| 521 | BAH-ThunderAve-NMA-Harrisd | 5462 | $191,095.98 | 5462 | $0.00 |
| 789 | COY-SpruceRiver-NMA-Harrisd | 395 | $10,588.54 | 395 | $0.00 |
| 257 | SBS-DoingWhatsPoss-SelectBank-MissionValleyd | 4890 | $171,901.91 | 4890 | $0.00 |
| 57 | SBS-Sandstone-GMA-Harrisd | 4543 | $158,523.21 | 4543 | $0.00 |
| 649 | SBS-FlatIronAve-Bankable-PP-DeutscheBankd | 1275 | $43,892.40 | 1275 | $0.00 |
| 473 | BW-BridgeFord-SelectBank-MissionValleyd | 13395 | $542,993.04 | 13395 | $13.20 |
| 825 | INW - Solid Ice - Swift - Cashflowsd | 475 | $11,433.31 | 475 | $12.90 |
| 849 | WC-ThunderAvenue-Swift-Cashflowsd | 287 | $7,591.75 | 287 | $61.30 |
| 573 | DPH-BrandForce-NMA-Harrisd | 2560 | $90,840.15 | 2560 | $0.00 |
| 769 | SBS-University&amp;Folsom;-Fortisd | 563 | $17,528.11 | 563 | $0.00 |
| 533 | SW-SnowSale-GMA-Harrisd | 12106 | $422,792.70 | 12106 | $0.00 |
| 525 | WC-BridgeFord-GMA-Harrisd | 13437 | $511,242.52 | 13437 | $0.00 |
| 45 | APW-SolidIce-GMA-Harrisd | 8857 | $300,812.22 | 8857 | $0.00 |
| 449 | SW-ThunderAve-SelectBank-MissionValleyd | 14599 | $535,591.18 | 14599 | $65.41 |
| 745 | FCW-NewportCrossing-Vantivd | 2464 | $60,387.22 | 2464 | $0.00 |
| 805 | GW-SpruceRiver-NMA-Harrisd | 2136 | $44,436.27 | 2136 | $179.65 |
| 665 | WC-BrookvilleLane-SelectBank-MissionValleyd | 13515 | $508,837.06 | 13515 | $52.81 |
| 589 | APW-WildFarms-Humboldt-Harrisd | 3962 | $153,517.89 | 3962 | $0.00 |
| 445 | BAH-SnowSale-GMA-Harrisd | 10282 | $383,119.67 | 10282 | $0.00 |
| 401 | TW-MintHouse-NMA-Harrisd | 4087 | $127,106.49 | 4087 | $0.00 |
| 653 | WC-NewportCrossing-Humboldt-Harrisd | 13745 | $509,649.71 | 13745 | $0.00 |
| 633 | FCW-NightWatch-SelectBank-MissionValleyd | 13362 | $494,729.73 | 13362 | $310.00 |
| 833 | SV - Sandstone - Swift - Cashflowsd | 287 | $7,632.53 | 287 | $0.00 |
| 801 | FCW-AbsWorking-PayKings-NMA-Harrisd | 5202 | $175,033.02 | 5202 | $12.90 |
| 397 | FCW-MintHouse-RMSd | 12737 | $513,463.40 | 12737 | $13.20 |
| 625 | APW-GreenvilleCreek-NMA-Harrisd | 9703 | $328,838.06 | 9703 | $2,059.97 |
| 701 | TW-WalnutStreet-Humboldt-Harrisd | 4721 | $171,673.05 | 4721 | $430.12 |
| 677 | SW-FlatIron-Cynergy-Harrisd | 3024 | $114,517.31 | 3024 | $0.00 |

| ID | Name | Qty | Amount | Qty2 | Balance |
|---|---|---|---|---|---|
| 757 | COY-UnivFolsom-RMS-WestAmericad | 2385 | $92,922.60 | 2385 | $0.00 |
| 841 | GW-WalnutSt-Godin-Triangle-CashFlowsd | 1341 | $34,330.62 | 1341 | $235.85 |
| 829 | BW - NewportCrossing - Swift - Cashflowsd | 475 | $12,390.61 | 475 | $122.60 |
| 217 | SIQ-DesertGecko-Paysafe-Woodforest | 338 | $10,399.04 | 338 | $0.00 |
| 205 | SIQ-BridgeFord-GMA-Harris | 233 | $9,712.23 | 233 | $0.00 |
| 529 | SPD-ThunderAve-GMA-Harrisd | 13005 | $494,909.60 | 13005 | $0.00 |
| 97 | SW-DoingWhatsPoss-RMSd | 14301 | $530,872.44 | 14301 | $0.00 |
| 797 | JY-AbsolutelyWorking-SelectBank-MissionValleyd | 115 | $6,052.01 | 115 | $0.00 |
| 29 | BAH-BoulderCreek-MesTrid | 13144 | $490,750.47 | 13144 | $0.00 |
| 689 | SV-DoingWhatsPoss-CardFlex-Harrisd | 12102 | $369,795.27 | 12102 | $1,230.64 |
| 569 | INW-ThunderAve-RMSd | 11618 | $383,992.56 | 11618 | $502.17 |
| 637 | BW-Indigo Systems-Cynergyd | 4093 | $162,892.20 | 4093 | $0.00 |
| 33 | BAH-WalnutSt-Moneris-Harrisd | 13804 | $498,233.73 | 13804 | $0.00 |
| 433 | WC-BrassTriangle-RMS-WestAmericad | 14295 | $508,318.83 | 14295 | $13.20 |
| 105 | SPD-DesertGecko-RMS-WestAmericad | 13017 | $504,935.74 | 13017 | $0.00 |
| 669 | TW-HowandWhy-Humboldt-Harrisd | 10945 | $353,497.63 | 10945 | $1,092.23 |
| 845 | SPD-WalnutSt-Humep-Triangle-CashFlowsd | 1011 | $27,893.40 | 1011 | $578.12 |
| 409 | GW-HowandWhy-RMS-WestAmericad | 12965 | $461,946.52 | 12965 | $0.00 |
| 93 | DPH-AbsolutelyWorking-RMS-WestAmericad | 12596 | $478,321.84 | 12596 | $0.00 |
| 37 | APW-BrandForce-RMS-WestAmericad | 12864 | $457,558.76 | 12864 | $0.00 |
| 837 | DPH-WalnutSt-Foscolo-Triangle-CashFlowsd | 1007 | $23,064.55 | 1007 | $517.77 |
| 817 | SV-WalnutSt-Jumoke-Triangle-CashFlowsd | 1501 | $37,909.63 | 1501 | $332.91 |
| 25 | BAH-WildFarms-RMS-WestAmericad | 12631 | $489,162.75 | 12631 | $0.00 |
| 129 | BW-Sandstone-RMS-WestAmericad | 14573 | $537,116.94 | 14573 | $0.00 |
| 513 | SV-BridgeFord-RMSd | 7545 | $253,907.43 | 7545 | $12.90 |
| 225 | IP-SnowSale-RMSd | 5824 | $255,509.27 | 5824 | $0.00 |
| 749 | IP-ThreeLakes-GroupISO-Harrisd | 847 | $22,476.32 | 847 | $0.00 |
| 697 | WT-DesertGecko-CardFlexd | 334 | $10,421.87 | 334 | $0.00 |
| 765 | BA-University&amp;Folsom;-Vantivd | 1 | $1.03 | 1 | $0.00 |
| 773 | BA-HowandWhy-Fortisd | 49 | $1,112.06 | 49 | $0.00 |
| 857 | APW-MintHouse-Swift-Cashflowsd | 1 | $1.03 | 1 | $0.00 |
| 781 | JY-ThreeLakes-Paysafe | 24 | $810.13 | 24 | $0.00 |
| 673 | BAH-NewportCrossing-Cynergy-Harrisd | 1348 | $42,627.13 | 1348 | $0.00 |
| 5 | Test Merchant | 22 | $431.30 | 22 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 793 | BA-BrookvilleLane-GMA-Harris | 161 | $7,242.01 | 161 | $0.00 |
| 761 | COY-AbsolutelyWorking-Paysafe-Woodforestd | 570 | $17,341.24 | 570 | $0.00 |
| 777 | JY-HowandWhy-Fortisd | 38 | $604.55 | 38 | $0.00 |
| 785 | JY-BrookvilleLane-GMA-Harris | 27 | $735.15 | 27 | $0.00 |
| 709 | FCW-HowandWhy-Monerisd | 0 | $0.00 | 0 | $0.00 |
| 425 | BW-ThunderAve-Humboldt-Harrisd | 0 | $0.00 | 0 | $0.00 |
| 601 | BW-BrookvilleLane-NMA-Harrisd | 0 | $0.00 | 0 | $0.00 |
| 729 | BW-ThreeLakes-Monerisd | 0 | $0.00 | 0 | $0.00 |
| 721 | IP-NightWatch-Monerisd | 0 | $0.00 | 0 | $0.00 |
| 557 | APW-NightWatch-Cambridge-Humboldt-Harrisd | 0 | $0.00 | 0 | $0.00 |
| 177 | 20MB-HowWhy-GMA-Harris | 0 | $0.00 | 0 | $0.00 |
| 693 | SV-GreenvilleCreek-Monerisd | 0 | $0.00 | 0 | $0.00 |
| 717 | INW-WildFarms-Moneris-Harrisd | 0 | $0.00 | 0 | $0.00 |
| 705 | DPH-NewportCrossing-Monerisd | 0 | $0.00 | 0 | $0.00 |
| 441 | TW-HowandWhy-USMS2d | 0 | $0.00 | 0 | $0.00 |
| 593 | SV-NightWatch-Humboldt-Harrisd | 0 | $0.00 | 0 | $0.00 |
| 741 | DPH-BoulderCreek-Monerisd | 0 | $0.00 | 0 | $0.00 |
| 685 | GW-BrookvilleLane-Monerisd | 0 | $0.00 | 0 | $0.00 |
| 737 | APW-SolidIce-Moneris-Harrisd | 0 | $0.00 | 0 | $0.00 |
| 681 | WC-FlatIron-Moneris-Harrisd | 0 | $0.00 | 0 | $0.00 |
| 405 | SPD-MintHouse-Humboldt-Harrisd | 0 | $0.00 | 0 | $0.00 |
| 733 | TW-BrandForce-Monerisd | 0 | $0.00 | 0 | $0.00 |
| 609 | FCW-FlatIron-Humboldt-Harrisd | 0 | $0.00 | 0 | $0.00 |
| 713 | SW-MintHouse-Monerisd | 0 | $0.00 | 0 | $0.00 |
| 429 | INW-BridgeFord-Humboldt-Harrisd | 0 | $0.00 | 0 | $0.00 |
| 725 | TW-BrassTriangle-Monerisd | 0 | $0.00 | 0 | $0.00 |
| 337 | SPD-BrassTriangle-USMSd | 0 | $0.00 | 0 | $0.00 |
| 605 | INW-NightWatch-NMA-Harrisd | 0 | $0.00 | 0 | $0.00 |
|   |   | 395303 | $14,257,097.84 | 395303 | $7,936.16 |

| Total | Limit | P Available | CB | CB% | CB$ | CB%$ | Proj CB% |
|---:|---:|---:|---:|---:|---:|---:|---:|
| $16,680.75 | $10,000.00 | $0.00 | 65 | 11.99% | $4,021.07 | 24.11% | 11.99% |
| $6,111.64 | $5,000.00 | $0.00 | 31 | 11.44% | $1,438.00 | 23.53% | 11.44% |
| $8,821.09 | $5,000.00 | $0.00 | 34 | 9.83% | $1,803.60 | 20.45% | 9.83% |
| $15,180.81 | $5,000.00 | $0.00 | 47 | 9.51% | $2,964.88 | 19.53% | 9.51% |
| $10,334.63 | $5,000.00 | $0.00 | 36 | 8.39% | $1,952.35 | 18.89% | 8.39% |
| $191,095.98 | $45,000.00 | $0.00 | 412 | 7.54% | $30,764.04 | 16.10% | 7.54% |
| $10,588.54 | $10,000.00 | $0.00 | 29 | 7.34% | $2,197.09 | 20.75% | 7.34% |
| $171,901.91 | $30,000.00 | $0.00 | 351 | 7.18% | $26,800.71 | 15.59% | 7.18% |
| $158,523.21 | $30,000.00 | $0.00 | 313 | 6.89% | $23,094.50 | 14.57% | 6.89% |
| $43,892.40 | $15,000.00 | $0.00 | 86 | 6.75% | $6,402.97 | 14.59% | 6.75% |
| $542,993.04 | $35,000.00 | $0.00 | 881 | 6.58% | $70,509.39 | 12.99% | 6.58% |
| $11,433.31 | $5,000.00 | $0.00 | 30 | 6.32% | $1,418.09 | 12.40% | 6.32% |
| $7,591.75 | $5,000.00 | $0.00 | 18 | 6.27% | $1,053.14 | 13.87% | 6.27% |
| $90,840.15 | $25,000.00 | $0.00 | 160 | 6.25% | $13,699.83 | 15.08% | 6.25% |
| $17,528.11 | $15,000.00 | $0.00 | 34 | 6.04% | $2,233.70 | 12.74% | 6.04% |
| $422,792.70 | $45,000.00 | $0.00 | 710 | 5.86% | $58,793.94 | 13.91% | 5.86% |
| $511,242.52 | $25,000.00 | $0.00 | 775 | 5.77% | $59,023.45 | 11.55% | 5.77% |
| $300,812.22 | $45,000.00 | $0.00 | 508 | 5.74% | $37,568.79 | 12.49% | 5.74% |
| $535,591.18 | $35,000.00 | $0.00 | 823 | 5.64% | $66,532.08 | 12.42% | 5.64% |
| $60,387.22 | $47,000.00 | $0.00 | 138 | 5.60% | $9,869.03 | 16.34% | 5.60% |
| $44,436.27 | $30,000.00 | $0.00 | 119 | 5.57% | $7,279.22 | 16.38% | 5.57% |
| $508,837.06 | $25,000.00 | $0.00 | 749 | 5.54% | $57,774.38 | 11.35% | 5.54% |
| $153,517.89 | $15,000.00 | $0.00 | 217 | 5.48% | $16,391.75 | 10.68% | 5.48% |
| $383,119.67 | $45,000.00 | $0.00 | 559 | 5.44% | $40,601.16 | 10.60% | 5.44% |
| $127,106.49 | $45,000.00 | $0.00 | 216 | 5.29% | $15,983.96 | 12.58% | 5.29% |
| $509,649.71 | $20,000.00 | $0.00 | 726 | 5.28% | $58,155.65 | 11.41% | 5.28% |
| $494,729.73 | $35,000.00 | $0.00 | 701 | 5.25% | $55,682.18 | 11.26% | 5.25% |
| $7,632.53 | $5,000.00 | $0.00 | 15 | 5.23% | $869.38 | 11.39% | 5.23% |
| $175,033.02 | $7,500.00 | $0.00 | 266 | 5.11% | $18,745.15 | 10.71% | 5.11% |
| $513,463.40 | $40,000.00 | $0.00 | 651 | 5.11% | $53,144.02 | 10.35% | 5.11% |
| $328,838.06 | $45,000.00 | $0.00 | 494 | 5.09% | $35,450.87 | 10.78% | 5.09% |
| $171,673.05 | $20,000.00 | $0.00 | 238 | 5.04% | $19,093.45 | 11.12% | 5.04% |
| $114,517.31 | $20,000.00 | $0.00 | 152 | 5.03% | $13,131.84 | 11.47% | 5.03% |

| | | | | | | | |
|---:|---:|---:|---:|---:|---:|---:|---:|
| $92,922.60 | $30,000.00 | $0.00 | 118 | 4.95% | $9,290.34 | 10.00% | 4.95% |
| $34,330.62 | $20,000.00 | $0.00 | 66 | 4.92% | $2,243.93 | 6.54% | 4.92% |
| $12,390.61 | $5,000.00 | $0.00 | 23 | 4.84% | $1,669.60 | 13.47% | 4.84% |
| $10,399.04 | $30,000.00 | $19,600.96 | 16 | 4.73% | $1,072.75 | 10.32% | 4.73% |
| $9,712.23 | $15,000.00 | $5,287.77 | 11 | 4.72% | $795.98 | 8.20% | 4.72% |
| $494,909.60 | $35,000.00 | $0.00 | 569 | 4.38% | $46,240.77 | 9.34% | 4.38% |
| $530,872.44 | $40,000.00 | $0.00 | 624 | 4.36% | $44,797.14 | 8.44% | 4.36% |
| $6,052.01 | $5,000.00 | $0.00 | 5 | 4.35% | $422.48 | 6.98% | 4.35% |
| $490,750.47 | $40,000.00 | $0.00 | 567 | 4.31% | $42,662.22 | 8.69% | 4.31% |
| $369,795.27 | $45,000.00 | $0.00 | 510 | 4.21% | $35,030.30 | 9.47% | 4.21% |
| $383,992.56 | $30,000.00 | $0.00 | 478 | 4.11% | $35,369.09 | 9.21% | 4.11% |
| $162,892.20 | $20,000.00 | $0.00 | 168 | 4.10% | $12,982.81 | 7.97% | 4.10% |
| $498,233.73 | $40,000.00 | $0.00 | 565 | 4.09% | $40,367.50 | 8.10% | 4.09% |
| $508,318.83 | $40,000.00 | $0.00 | 580 | 4.06% | $42,086.01 | 8.28% | 4.06% |
| $504,935.74 | $40,000.00 | $0.00 | 521 | 4.00% | $42,124.59 | 8.34% | 4.00% |
| $353,497.63 | $45,000.00 | $0.00 | 433 | 3.96% | $33,340.75 | 9.43% | 3.96% |
| $27,893.40 | $20,000.00 | $0.00 | 36 | 3.56% | $2,144.04 | 7.69% | 3.56% |
| $461,946.52 | $40,000.00 | $0.00 | 453 | 3.49% | $30,823.39 | 6.67% | 3.49% |
| $478,321.84 | $40,000.00 | $0.00 | 437 | 3.47% | $32,878.58 | 6.87% | 3.47% |
| $457,558.76 | $40,000.00 | $0.00 | 442 | 3.44% | $33,970.91 | 7.42% | 3.44% |
| $23,064.55 | $20,000.00 | $0.00 | 33 | 3.28% | $1,723.55 | 7.47% | 3.28% |
| $37,909.63 | $20,000.00 | $0.00 | 49 | 3.26% | $2,527.47 | 6.67% | 3.26% |
| $489,162.75 | $40,000.00 | $0.00 | 405 | 3.21% | $29,060.93 | 5.94% | 3.21% |
| $537,116.94 | $40,000.00 | $0.00 | 468 | 3.21% | $34,750.70 | 6.47% | 3.21% |
| $253,907.43 | $20,000.00 | $0.00 | 236 | 3.13% | $18,024.50 | 7.10% | 3.13% |
| $255,509.27 | $35,000.00 | $0.00 | 180 | 3.09% | $14,289.21 | 5.59% | 3.09% |
| $22,476.32 | $20,000.00 | $0.00 | 23 | 2.72% | $1,690.23 | 7.52% | 2.72% |
| $10,421.87 | $10,000.00 | $0.00 | 7 | 2.10% | $474.27 | 4.55% | 2.10% |
| $1.03 | $5,000.00 | $0.00 | 0 | 0.00% | $0.00 | 0.00% | 0.00% |
| $1,112.06 | $5,000.00 | $0.00 | 0 | 0.00% | $0.00 | 0.00% | 0.00% |
| $1.03 | $5,000.00 | $0.00 | 0 | 0.00% | $0.00 | 0.00% | 0.00% |
| $810.13 | $5,000.00 | $4,189.87 | 0 | 0.00% | $0.00 | 0.00% | 0.00% |
| $42,627.13 | $22,000.00 | $0.00 | 0 | 0.00% | $0.00 | 0.00% | 0.00% |
| $431.30 | $50,000.00 | $49,568.70 | 0 | 0.00% | $0.00 | 0.00% | 0.00% |

| | | | | | | | |
|---:|---:|---:|---:|---:|---:|---:|---:|
| $7,242.01 | $5,000.00 | ($2,242.01) | 0 | 0.00% | $0.00 | 0.00% | 0.00% |
| $17,341.24 | $10,000.00 | $0.00 | 0 | 0.00% | $0.00 | 0.00% | 0.00% |
| $604.55 | $5,000.00 | $0.00 | 0 | 0.00% | $0.00 | 0.00% | 0.00% |
| $735.15 | $5,000.00 | $4,264.85 | 0 | 0.00% | $0.00 | 0.00% | 0.00% |
| $0.00 | $37,000.00 | $0.00 | 9 | 0% | $663.30 | 0% | 0% |
| $0.00 | $22,000.00 | $0.00 | 0 | 0% | $0.00 | 0% | 0% |
| $0.00 | $10,000.00 | $0.00 | 1 | 0% | $88.03 | 0% | 0% |
| $0.00 | $30,000.00 | $0.00 | 9 | 0% | $498.81 | 0% | 0% |
| $0.00 | $6,500.00 | $0.00 | 0 | 0% | $0.00 | 0% | 0% |
| $0.00 | $17,000.00 | $0.00 | 0 | 0% | $0.00 | 0% | 0% |
| $0.00 | $47,000.00 | $47,000.00 | 0 | 0% | $0.00 | 0% | 0% |
| $0.00 | $30,000.00 | $0.00 | 2 | 0% | $206.08 | 0% | 0% |
| $0.00 | $37,000.00 | $0.00 | 14 | 0% | $1,158.44 | 0% | 0% |
| $0.00 | $10,000.00 | $0.00 | 0 | 0% | $0.00 | 0% | 0% |
| $0.00 | $47,000.00 | $0.00 | 0 | 0% | $0.00 | 0% | 0% |
| $0.00 | $17,000.00 | $0.00 | 0 | 0% | $0.00 | 0% | 0% |
| $0.00 | $5,000.00 | $0.00 | 0 | 0% | $0.00 | 0% | 0% |
| $0.00 | $47,000.00 | $0.00 | 2 | 0% | $210.44 | 0% | 0% |
| $0.00 | $47,000.00 | $0.00 | 3 | 0% | $301.90 | 0% | 0% |
| $0.00 | $47,000.00 | $0.00 | 4 | 0% | $204.43 | 0% | 0% |
| $0.00 | $22,000.00 | $0.00 | 12 | 0% | $1,063.10 | 0% | 0% |
| $0.00 | $37,000.00 | $0.00 | 0 | 0% | $0.00 | 0% | 0% |
| $0.00 | $22,000.00 | $0.00 | 0 | 0% | $0.00 | 0% | 0% |
| $0.00 | $30,000.00 | $0.00 | 5 | 0% | $483.87 | 0% | 0% |
| $0.00 | $13,000.00 | $0.00 | 0 | 0% | $0.00 | 0% | 0% |
| $0.00 | $37,000.00 | $0.00 | 2 | 0% | $109.09 | 0% | 0% |
| $0.00 | $47,000.00 | $0.00 | 0 | 0% | $0.00 | 0% | 0% |
| $0.00 | $10,000.00 | $0.00 | 0 | 0% | $0.00 | 0% | 0% |
| $14,257,097.84 | $2,411,000.00 | $127,670.14 | 18670 | 4.72% | $1,412,285.19 | 9.91% | 4.72% |