# EXHIBIT EE

| ID | Name | Orders | Active | Transactions | Success | Declines | Success PO | Refunds PO |
|---|---|---|---|---|---|---|---|---|
| 4 | Clickbooth | 21830 | 4697 | 104642 | 58659 | 39460 | 2.69 | 0.18 |
| 157 | Affiliati | 8668 | 2529 | 38108 | 22143 | 13347 | 2.55 | 0.18 |
| 177 | IMMSL/Direct Focus | 3193 | 266 | 16078 | 9530 | 5592 | 2.98 | 0.18 |
| 173 | Chris Test | 28 | 2 | 51 | 28 | 16 | 1 | 0.07 |
| 9 | Home Page Publisher | 8 | 4 | 14 | 10 | 1 | 1.25 | 0.38 |
| 197 | IMS | 4 | 0 | 32 | 5 | 27 | 1.25 | 0 |
| 2 | Cactus Media | 4 | 0 | 15 | 9 | 6 | 2.25 | 0 |
| 165 | Offer Conversion | 3 | 0 | 7 | 5 | 1 | 1.67 | 0.33 |
| 45 | N&amp;A Consulting | 2 | 0 | 9 | 8 | 1 | 4 | 0 |
| 129 | Ryan Test | 1 | 0 | 3 | 1 | 1 | 1 | 0 |
| 121 | RevLive Test Publisher | 1 | 0 | 2 | 1 | 0 | 1 | 1 |
|   |   | 33742 | 7498 | 158961 | 90399 | 58452 | 2.68 | 0.18 |

| CB Count | CB PO | CDRN PO | B4E PO | Revenue | Refund | CB | CDRN | B4E | CPA | Fullfillment |
|---|---|---|---|---|---|---|---|---|---|---|
| 1333 | 0.06 | 0.04 | 0.01 | $1,751,061.38 | $233,094.62 | $102,976.85 | $54,549.43 | $3,286.85 | $749,024.00 | $233,532.94 |
| 477 | 0.06 | 0.06 | 0 | $627,092.76 | $90,026.34 | $36,219.84 | $29,092.67 | $821.01 | $297,938.50 | $95,410.63 |
| 195 | 0.06 | 0.05 | 0 | $343,059.97 | $39,946.81 | $15,669.80 | $9,071.33 | $126.93 | $118,522.00 | $40,164.93 |
| 0 | 0 | 0 | 0 | $99.40 | $2.06 | $0.00 | $0.00 | $0.00 | $1,120.00 | $141.82 |
| 0 | 0 | 0 | 0 | $710.33 | $223.38 | $0.00 | $0.00 | $0.00 | $0.00 | $65.46 |
| 0 | 0 | 0 | 0 | $7.99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $20.68 |
| 0 | 0 | 0 | 0 | $32.21 | $0.00 | $0.00 | $0.00 | $0.00 | $90.00 | $31.98 |
| 0 | 0 | 0 | 0 | $40.51 | $1.03 | $0.00 | $0.00 | $0.00 | $0.00 | $22.10 |
| 0 | 0 | 0 | 0 | $505.85 | $0.00 | $0.00 | $0.00 | $0.00 | $80.00 | $36.94 |
| 0 | 0 | 0 | 0 | $1.03 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4.07 |
| 0 | 0 | 0 | 0 | $1.03 | $1.03 | $0.00 | $0.00 | $0.00 | $0.00 | $4.09 |
| 2005 | 0.06 | 0.05 | 0 | $2,722,612.46 | $363,295.27 | $154,866.49 | $92,713.43 | $4,234.79 | $1,166,774.50 | $369,435.64 |
| 2.22% | | | | | | | | | | |

| CS | Processing | Net | Net PO | EOTSFA |
|---:|---:|---:|---:|---:|
| $64,699.20 | $126,413.24 | $183,484.24 | $8.41 | 9452 |
| $24,974.40 | $50,722.38 | $1,886.99 | $0.22 | 3648 |
| $10,123.50 | $18,481.18 | $90,953.49 | $28.49 | 1593 |
| $42.00 | $1.65 | ($1,208.13) | ($43.15) | 0 |
| $22.20 | $6.40 | $392.89 | $49.11 | 1 |
| $6.00 | $10.35 | ($29.04) | ($7.26) | 0 |
| $9.40 | $5.35 | ($104.52) | ($26.13) | 0 |
| $11.30 | $3.00 | $3.08 | $1.03 | 0 |
| $3.00 | $3.90 | $382.01 | $191.00 | 2 |
| $1.50 | $0.75 | ($5.29) | ($5.29) | 0 |
| $1.50 | $0.50 | ($6.09) | ($6.09) | 0 |
| $99,894.00 | $195,648.71 | $275,749.63 | $8.17 | 14696 |