# EXHIBIT HH

# **FILED UNDER SEAL**

Case 2:17-cv-02000-APG-GWF   Document 42-40   Filed 08/18/17   Page 2 of 2