# EXHIBIT B

## AFFIDAVIT OF BLAIR WILLIAM McNEA

I, Blair William McNea, hereby submit to the Court-appointed Receiver, Joshua Teeple, the following files identified as "RevLive Active Client List Blair related *s.docx"; "RevGo blair related entities.xlsx"; and "RevGuard Contacts blair *s.xlsx". These files constitute client lists for each of RevLive, LLC; RevGo, LLC; and RevGuard, LLC, respectively. Each list identifies by an asterisk ("*") and highlighting each client that is a Blue Rocket Company or is otherwise under my ownership or control or under the ownership or control of a relative of mine or one of my designees.

These lists are complete and accurate to the best of my knowledge. I do not have any ownership interest or other type of interest in the listed clients other than the clients indicated with the asterisk and highlighting.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: _____08/10/2017_____

_____
Blair William McNea