# EXHIBIT C



FTC v. RevMountain, et al.
Funds Recovered from Known Bank Accounts

| No. | Account Holder | Bank Name | Bank Account No. | Amount at Bank as of 8/15/2017 | Amount of Funds Frozen/Held | Amount of Funds Recovered by Receiver | Date Disbursed to Receiver |
|---|---|---|---|---|---|---|---|
| 1 | Hamilton Hills, LLC | Bank of America | -0419 | Undetermined | Undetermined | - | |
| 2 | Monetta Hills, LLC | Bank of America | -0237 | Undetermined | Undetermined | - | |
| 3 | Seminole Mountain, LLC | Bank of America | -2991 | Undetermined | Undetermined | - | |
| 4 | Snow Sale, LLC | Bank of America | -2479 | - | $ 6,534.99 | $ 6,534.99 | 8/9/2017 |
| 5 | Wild Farms, LLC | Bank of America | -8155 | - | $ 7,600.65 | $ 8,156.88 | 8/9/2017 |
| 6 | Wind River Range, LLC | Bank of America | -5738 | Undetermined | Undetermined | - | |
| 7 | Walnut Street Marketing, Inc | BBVA Compass | -3450 | $ 10,412.22 | - | - | |
| 8 | Spruce River, LLC | Chase Bank | -7070 | Undetermined | Undetermined | $ 3,443.08 | 8/9/2017 |
| 9 | Boulder Creek Internet Solutions, Inc | First Bank | -8386 | Undetermined | Undetermined | - | |
| 10 | Convertis, LLC | First Bank | Unknown | Undetermined | Undetermined | - | |
| 11 | Desert Gecko, LLC | First Bank | -8012 | Undetermined | Undetermined | - | |
| 12 | Doing What's Possible, LLC | First Bank | -6180 | Undetermined | Undetermined | - | |
| 13 | How and Why, LLC | First Bank | -1863 | Undetermined | Undetermined | - | |
| 14 | Juniper E-Solutions, LLC | First Bank | Unknown | Undetermined | Undetermined | - | |
| 15 | Mint House, LLC | First Bank | -2391 | Undetermined | Undetermined | - | |
| 16 | Night Watch Group, LLC | First Bank | -2818 | Undetermined | Undetermined | - | |

Page 1 of 3



FTC v. RevMountain, et al.
Funds Recovered from Known Bank Accounts

| No. | Account Holder | Bank Name | Bank Account No. | Amount at Bank as of 8/15/2017 | Amount of Funds Frozen/Held | Amount of Funds Recovered by Receiver | Date Disbursed to Receiver |
|---|---|---|---|---|---|---|---|
| 17 | The Ultimate Facial, LLC | First Bank | Unknown | Undetermined | Undetermined | $ - | |
| 18 | Absolutely Working, LLC | Guaranty Bank | -2917 | Undetermined | Undetermined | $ 10,480.60 | 8/9/2017 |
| 19 | Bridge Ford, LLC | Guaranty Bank | -7882 | Undetermined | Undetermined | $ 3,939.82 | 8/9/2017 |
| 20 | Condor Canyon, LLC | Guaranty Bank | -2896 | Undetermined | Undetermined | $ 100.00 | 8/9/2017 |
| 21 | Mint House, LLC | Guaranty Bank | -3290 | Undetermined | Undetermined | $ 1,489.06 | 8/9/2017 |
| 22 | Sandstone Beach, LLC | Guaranty Bank | -2909 | Undetermined | Undetermined | $ 20,098.09 | 8/9/2017 |
| 23 | Three Lakes, LLC | Guaranty Bank | -2925 | Undetermined | Undetermined | $ 2,115.96 | 8/9/2017 |
| 24 | Wheeler Peak Marketing, LLC | Guaranty Bank | -8009 | Undetermined | Undetermined | $ 9,481.59 | 8/9/2017 |
| 25 | Brookville Lane, LLC | Key Bank | -4565 | - | $ 771.80 | $ 771.80 | 8/10/2017 |
| 26 | Greenville Creek, LLC | Key Bank | -4532 | $ (37.00) | $ 2,464.10 | $ 2,464.10 | 8/10/2017 |
| 27 | Newport Crossing, LLC | Key Bank | -6712 | $ (33.00) | $ 24,397.71 | $ 24,397.71 | 8/10/2017 |
| 28 | RevGuard, LLC | Silicon Valley Bank | -7674 | - | $ 16,413.28 | $ 16,413.28 | 8/10/2017 |
| 29 | RevLive LLC | Silicon Valley Bank | -3337 | - | $ 14,437.86 | $ 14,347.86 | 8/10/2017 |
| 30 | RevLive LLC | Silicon Valley Bank | -5439 | - | $ 1,076.65 | $ 1,076.65 | 8/10/2017 |
| 31 | Roadrunner B2C, LLC | Silicon Valley Bank | -0622 | - | $ 2,184.24 | $ 5,383.73 | 8/10/2017 |
| 32 | Roadrunner B2C, LLC | Silicon Valley Bank | -5443 | - | $ 50.00 | $ 50.00 | 8/10/2017 |

Page 2 of 3



FTC v. RevMountain, et al.
Funds Recovered from Known Bank Accounts

| No. | Account Holder | Bank Name | Bank Account No. | Amount at Bank as of 8/15/2017 | Amount of Funds Frozen/Held | Amount of Funds Recovered by Receiver | Date Disbursed to Receiver |
|---|---|---|---|---|---|---|---|
| 33 | Doing Whats Possible, LLC | TCF Bank | -5439 | $ (111.00) | - | - | |
| 34 | Thunder Avenue, LLC | TCF Bank | -5266 | $ 73.01 | - | - | |
| 35 | University & Folsom, LLC | TCF Bank | -5440 | $ (102.26) | - | - | |
| 36 | Brass Triangle, LLC | US Bank | -9480 | - | $ 4,335.03 | - | |
| 37 | Flat Iron Avenue, LLC | US Bank | -9498 | Undetermined | Undetermined | - | |
| 38 | Indigo Systems, LLC | US Bank | -0934 | - | $ 2,201.09 | - | |
| 39 | Salamonie River, LLC | US Bank | -1358 | Undetermined | Undetermined | $ 17,916.44 | 8/10/2017 |
| 40 | Solid Ice, LLC | US Bank | -2024 | - | $ 1,884.17 | $ 1,884.17 | 8/9/2017 |
| 41 | Blair McNae (Home Mortgage) | Wells Fargo | -9213 | $ 1,389,390.80 | - | - | |
| 42 | Blue Rocket Brands LLC | Wells Fargo | -2302 | $ 3,128.41 | $ 3,149.43 | - | |
| 43 | Brand Force LLC | Wells Fargo | -0547 | $ 5,050.76 | $ 5,050.76 | - | |
| 44 | Cherry Blitz, LLC | Wells Fargo | -1778 | $ 3,360.43 | $ 3,149.43 | - | |
| 45 | RevMountain, LLC | Wells Fargo | -9756 | $ 601.93 | $ 627.96 | - | |
| 46 | ROIRunner, LLC | Wells Fargo | -9509 | $ 753.03 | $ 753.03 | - | |
| 47 | Wave Rock, LLC | Wells Fargo | -0539 | $ 59,482.17 | $ 59,783.26 | - | |
| | | | Total | $ 1,471,969.50 | $ 156,865.44 | $ 150,545.81 | |

Page 3 of 3

**EXHIBIT "C" - Page 40**