# EXHIBIT D



FTC v. RevMountain, et al.
Funds Recovered from Merchant Accounts

Page 1 of 5

| No. | Merchant - Bank | Merchant Processor | Merchant Title | Account Holder | Merchant No. | Account Status | Reserves Balance | Amount of Funds Recovered by Receiver | GT Notes |
|---|---|---|---|---|---|---|---|---|---|
| 1 | AlliedWallet | Allied Wallet | BW-DoingWhatsPossible-AlliedWallet-NMI | Doing What's Possible, LLC | -3a2c | Closed | Undetermined | - | Inactive prior to takeover date |
| 2 | Bankable-PP-DeutscheBank | Bankable Payments | SBS-FlatIronAve-Bankable-PP-DeutscheBank | Flat Iron, LLC | -7102 | Closed | Undetermined | - | Inactive prior to takeover date |
| 3 | Bankable-PP | Bankable Payments | COY-GreenvilleCreek-Bankable-PP | Greenville Creek, LLC | -7201 | Closed | Undetermined | - | Inactive prior to takeover date |
| 4 | CardFlex-Harris | CardFlex | SV-DoingWhatsPoss-CardFlex-Harris | CardFlex-Harris | -1040 | Closed | Undetermined | - | Inactive prior to takeover date |
| 5 | CardFlex | CardFlex | WT-DesertGecko-CardFlex | Desert Gecko | -2971 | Closed | Undetermined | - | Active prior to takeover date |
| 6 | Cynergy-Harris | Cynergy Data Group | SW-FlatIron-Cynergy-Harris | Flat Iron, LLC | -7792 | Closed | Undetermined | - | Inactive prior to takeover date |
| 7 | Cynergy | Cynergy Data Group | BW-Indigo Systems-Cynergy | Indigo Systems, LLC | -7846 | Closed | Undetermined | - | Inactive prior to takeover date |
| 8 | Cynergy-Harris | Cynergy Data Group | BAH-NewportCrossing-Cynergy-Harris | Newport Crossing, LLC | -5572 | Closed | Undetermined | - | Inactive prior to takeover date |
| 9 | Fortis | Fortis Payments | BA-HowandWhy-Fortis | How and Why, LLC | -9349 | Closed | Undetermined | - | Inactive prior to takeover date |
| 10 | Fortis | Fortis Payments | JY-HowandWhy-Fortis | How and Why, LLC | -9356 | Closed | Undetermined | - | Inactive prior to takeover date |
| 11 | Fortis | Fortis Payments | SBS-University&Folsom;-Fortis | University and Folsom, LLC | -9364 | Closed | Undetermined | - | Inactive prior to takeover date |
| 12 | GMA-Harris | Global Merchant Advisors | WC-BridgeFord-GMA-Harris | Bridge Ford, LLC | -7002 | Closed | Undetermined | - | Active prior to takeover date |
| 13 | GMA-Merrick | Global Merchant Advisors | PW-BridgeFord-GMA-Harris | Bridge Ford, LLC | -3235 | Closed | Undetermined | - | Inactive prior to takeover date |
| 14 | GMA-Harris | Global Merchant Advisors | SIQ-BridgeFord-GMA-Harris | Bridge Ford, LLC | -3235 | Closed | Undetermined | - | Inactive prior to takeover date |
| 15 | GMA-Harris | Global Merchant Advisors | BA-BrookvilleLane-GMA-Harris | Brookville Lane, LLC | -3348 | Closed | Undetermined | - | Active prior to takeover date |
| 16 | GMA-Harris | Global Merchant Advisors | JY-BrookvilleLane-GMA-Harris | Brookville Lane, LLC | -3447 | Closed | Undetermined | - | Active prior to takeover date |
| 17 | GMA-Harris | Global Merchant Advisors | SBS-Sandstone-GMA-Harris | Sandstone Beach, LLC | -8387 | Closed | Undetermined | - | Active prior to takeover date |
| 18 | GMA-Harris | Global Merchant Advisors | BAH-SnowSale-GMA-Harris | Snow Sale, LLC | -3012 | Closed | Undetermined | - | Inactive prior to takeover date |
| 19 | GMA-Harris | Global Merchant Advisors | SW-SnowSale-GMA-Harris | Snow Sale, LLC | -1657 | Closed | Undetermined | - | Inactive prior to takeover date |
| 20 | GMA-Harris | Global Merchant Advisors | APW-SolidIce-GMA-Harris | Solid Ice, LLC | -7086 | Closed | Undetermined | - | Inactive prior to takeover date |
| 21 | GMA-Harris | Global Merchant Advisors | SPD-ThunderAve-GMA-Harris | Thunder Avenue, LLC | -7887 | Closed | Undetermined | - | Active prior to takeover date |
| 22 | GroupISO-Harris | Group ISO Merchant Services | IP-ThreeLakes-GroupISO-Harris | Three Lakes, LLC | -9258 | Closed | Undetermined | - | Inactive prior to takeover date |

FTC v. RevMountain, et al.
Funds Recovered from Merchant Accounts

| No. | Merchant - Bank | Merchant Processor | Merchant Title | Account Holder | Merchant No. | Account Status | Reserves Balance | Amount of Funds Recovered by Receiver | GT Notes |
|---|---|---|---|---|---|---|---|---|---|
| 23 | Humboldt-Harris | Humboldt Merchant Services | BAH-BrandForce-Humboldt-Harris | Brand Force, LLC | -7888 | Closed | Undetermined | - | Inactive prior to takeover date |
| 24 | Humboldt-Harris | Humboldt Merchant Services | INW-BridgeFord-Humboldt-Harris | Bridge Ford, LLC | -9880 | Closed | Undetermined | - | Inactive prior to takeover date |
| 25 | Humboldt-Harris | Humboldt Merchant Services | FCW-Flatiron-Humboldt-Harris | Flat Iron, LLC | -1885 | Closed | Undetermined | - | Inactive prior to takeover date |
| 26 | Alliance-Humboldt-Harris | Humboldt Merchant Services | GW-GreenvilleCreek-Alliance-Humboldt-Harris | Greenville Creek, LLC | -1883 | Closed | Undetermined | - | Inactive prior to takeover date |
| 27 | Humboldt-Harris | Humboldt Merchant Services | TW-HowandWhy-Humboldt-Harris | How and Why, LLC | -4880 | Closed | Undetermined | - | Inactive prior to takeover date |
| 28 | Humboldt-Harris | Humboldt Merchant Services | SBS-BrookvilleLane-Humboldt-Harris | Humboldt-Harris | -9881 | Closed | Undetermined | - | Inactive prior to takeover date |
| 29 | Humboldt-Harris | Humboldt Merchant Services | SPD-MintHouse-Humboldt-Harris | Mint House, LLC | -7885 | Closed | Undetermined | - | Inactive prior to takeover date |
| 30 | Humboldt-Harris | Humboldt Merchant Services | WC-NewportCrossing-Humboldt-Harris | Newport Crossing, LLC | -3883 | Closed | Undetermined | - | Inactive prior to takeover date |
| 31 | Cambridge-Humboldt-Harris | Humboldt Merchant Services | APW-NightWatch-Cambridge-Humboldt-Harris | Night Watch Group, LLC | -5884 | Closed | Undetermined | - | Inactive prior to takeover date |
| 32 | Humboldt-Harris | Humboldt Merchant Services | SV-NightWatch-Humboldt-Harris | Night Watch Group, LLC | -6884 | Closed | Undetermined | - | Inactive prior to takeover date |
| 33 | Humboldt-Harris | Humboldt Merchant Services | DPH-SnowSale-Humboldt-Harris | Snow Sale, LLC | -6885 | Closed | Undetermined | - | Inactive prior to takeover date |
| 34 | Humboldt-Harris | Humboldt Merchant Services | BW-ThunderAve-Humboldt-Harris | Thunder Avenue, LLC | -2880 | Closed | Undetermined | - | Inactive prior to takeover date |
| 35 | Humboldt-Harris | Humboldt Merchant Services | TW-WalnutStreet-Humboldt-Harris | Walnut Street Marketing, LLC | -8884 | Closed | Undetermined | - | Inactive prior to takeover date |
| 36 | Humboldt-Harris | Humboldt Merchant Services | APW-WildFarms-Humboldt-Harris | Wild Farms, LLC | -8881 | Closed | Undetermined | - | Active prior to takeover date |
| 37 | Moneris | Moneris | DPH-BoulderCreek-Moneris | Boulder Creek Internet Solutions, Inc | -4884 | Closed | Undetermined | - | Inactive prior to takeover date |
| 38 | Moneris | Moneris | TW-BrandForce-Moneris | Brand Force, LLC | -6883 | Closed | Undetermined | - | Inactive prior to takeover date |
| 39 | Moneris | Moneris | TW-BrassTriangle-Moneris | Brass Triangle, LLC | -3889 | Closed | Undetermined | - | Inactive prior to takeover date |
| 40 | Moneris | Moneris | GW-BrookvilleLane-Moneris | Brookville Lane, LLC | -5881 | Closed | Undetermined | - | Inactive prior to takeover date |
| 41 | Moneris-Harris | Moneris | WC-Flatiron-Moneris-Harris | Flat Iron, LLC | -5881 | Closed | Undetermined | - | Inactive prior to takeover date |
| 42 | Moneris | Moneris | SV-GreenvilleCreek-Moneris | Greenville Creek, LLC | -3887 | Closed | Undetermined | - | Inactive prior to takeover date |
| 43 | Moneris | Moneris | FCW-HowandWhy-Moneris | How and Why, LLC | -1887 | Closed | Undetermined | - | Inactive prior to takeover date |
| 44 | Moneris | Moneris | SW-MintHouse-Moneris | Mint House, LLC | -4881 | Closed | Undetermined | - | Inactive prior to takeover date |

Page 2 of 5

EXHIBIT "D" - Page 43

**GROBSTEIN TEEPLE LLP**

FTC v. RevMountain, et al.
Funds Recovered from Merchant Accounts

| No. | Merchant - Bank | Merchant Processor | Merchant Title | Account Holder | Merchant No. | Account Status | Reserves Balance | Amount of Funds Recovered by Receiver | GT Notes |
|---|---|---|---|---|---|---|---|---|---|
| 45 | Moneris | Moneris | DPH-NewportCrossing-Moneris | Newport Crossing, LLC | -6889 | Closed | Undetermined | - | Inactive prior to takeover date |
| 46 | Moneris | Moneris | IP-NightWatch-Moneris | Night Watch Group, LLC | -9883 | Closed | Undetermined | - | Inactive prior to takeover date |
| 47 | Moneris-Harris | Moneris | APW-SolidIce-Moneris-Harris | Solid Ice, LLC | -9888 | Closed | Undetermined | - | Inactive prior to takeover date |
| 48 | Moneris | Moneris | BW-ThreeLakes-Moneris | Three Lakes, LLC | -9887 | Closed | Undetermined | - | Inactive prior to takeover date |
| 49 | Moneris-Harris | Moneris | BAH-WalnutSt-Moneris-Harris | Walnut Street Marketing, LLC | -8885 | Closed | Undetermined | - | Active prior to takeover date |
| 50 | Moneris-Harris | Moneris | INW-WildFarms-Moneris-Harris | Wild Farms, LLC | -0883 | Closed | Undetermined | - | Inactive prior to takeover date |
| 51 | NMA-Harris | National Merchants Association | DPH-BrandForce-NMA-Harris | Brand Force, LLC | -4881 | Closed | Undetermined | - | Inactive prior to takeover date |
| 52 | NMA-Harris | National Merchants Association | BW-BrookvilleLane-NMA-Harris | Brookville Lane, LLC | -2889 | Closed | Undetermined | - | Inactive prior to takeover date |
| 53 | NMA-Harris | National Merchants Association | APW-GreenvilleCreek-NMA-Harris | Greenville Creek, LLC | -0884 | Closed | Undetermined | - | Inactive prior to takeover date |
| 54 | NMA-Harris | National Merchants Association | TW-MintHouse-NMA-Harris | Mint House, LLC | -4885 | Closed | Undetermined | - | Inactive prior to takeover date |
| 55 | NMA-Harris | National Merchants Association | INW-NightWatch-NMA-Harris | Night Watch Group, LLC | -3883 | Closed | Undetermined | - | Inactive prior to takeover date |
| 56 | NMA-Harris | National Merchants Association | COY-SpruceRiver-NMA-Harris | Spruce River | -8889 | Closed | Undetermined | - | Inactive prior to takeover date |
| 57 | NMA-Harris | National Merchants Association | GW-SpruceRiver-NMA-Harris | Spruce River | -1883 | Closed | Undetermined | - | Inactive prior to takeover date |
| 58 | NMA-Harris | National Merchants Association | BAH-ThunderAve-NMA-Harris | Thunder Avenue, LLC | -4886 | Closed | Undetermined | - | Inactive prior to takeover date |
| 59 | PayKings-NMA-Harris | PayKings Merchant Payments Acceptance Corp | FCW-AbsWorking-PayKings-NMA-Harris | Absolutely Working, LLC | -3886 | Closed | $ 927.76 | - | Active prior to takeover date |
| 60 | Paysafe-Woodforest | PaySafe | COY-AbsolutelyWorking-Paysafe-Woodforest | Absolutely Working, LLC | -1698 | Closed | Undetermined | - | Inactive prior to takeover date |
| 61 | Paysafe-Woodforest | PaySafe | SIQ-DesertGecko-Paysafe-Woodforest | Desert Gecko | -1813 | Closed | Undetermined | - | Inactive prior to takeover date |
| 62 | Paysafe | PaySafe | JY-ThreeLakes-Paysafe | Three Lakes, LLC | -3958 | Closed | Undetermined | - | Active prior to takeover date |
| 63 | Quantum | Quantum Merchant Services | PW - SpruceRiver - Quantum - Merrick | Spruce River | -9968 | GT requested to cease all payment processing. | Undetermined | - | Active prior to takeover date |
| 64 | RMS-WestAmerica | Redwood Merchant Services | DPH-AbsolutelyWorking-RMS-WestAmerica | Absolutely Working, LLC | -4002 | GT requested to cease all payment processing. | Undetermined | - | Active prior to takeover date |
| 65 | RMS-WestAmerica | Redwood Merchant Services | BW-Sandstone-RMS-WestAmerica | Blizzard White Global, LLC | -0016 | GT requested to cease all payment processing. | Undetermined | - | Active prior to takeover date |
| 66 | RMS-WestAmerica | Redwood Merchant Services | APW-BrandForce-RMS-WestAmerica | Brand Force, LLC | -2204 | GT requested to cease all payment processing. | Undetermined | - | Active prior to takeover date |

FTC v. RevMountain, et al.
Funds Recovered from Merchant Accounts

| No. | Merchant - Bank | Merchant Processor | Merchant Title | Account Holder | Merchant No. | Account Status | Reserves Balance | Amount of Funds Recovered by Receiver | GT Notes |
|---|---|---|---|---|---|---|---|---|---|
| 67 | RMS-WestAmerica | Redwood Merchant Services | WC-BrassTriangle-RMS-WestAmerica | Brass Triangle, LLC | -0024 | GT requested to cease all payment processing. | Undetermined | - | Active prior to takeover date |
| 68 | RMS | Redwood Merchant Services | SV-BridgeFord-RMS | Bridge Ford, LLC | -4689 | GT requested to cease all payment processing. | Undetermined | - | Active prior to takeover date |
| 69 | RMS | Redwood Merchant Services | SW-DoingWhatsPoss-RMS | Doing What's Possible, LLC | -0032 | GT requested to cease all payment processing. | Undetermined | - | Active prior to takeover date |
| 70 | RMS-WestAmerica | Redwood Merchant Services | GW-HowandWhy-RMS-WestAmerica | Genuine White | -3560 | GT requested to cease all payment processing. | Undetermined | - | Active prior to takeover date |
| 71 | RMS | Redwood Merchant Services | FCW-MntHouse-RMS | Mint House, LLC | -4598 | GT requested to cease all payment processing. | Undetermined | - | Active prior to takeover date |
| 72 | RMS-WestAmerica | Redwood Merchant Services | SPD-DesertGecko-RMS-WestAmerica | Smile Pro Direct | -1296 | GT requested to cease all payment processing. | Undetermined | - | Active prior to takeover date |
| 73 | RMS | Redwood Merchant Services | IP-SnowSale-RMS | Snow Sale, LLC | -0992 | GT requested to cease all payment processing. | Undetermined | - | Active prior to takeover date |
| 74 | RMS | Redwood Merchant Services | INW-ThunderAve-RMS | Thunder Avenue, LLC | -4713 | GT requested to cease all payment processing. | Undetermined | - | Active prior to takeover date |
| 75 | RMS-WestAmerica | Redwood Merchant Services | COY-UnivFolsom-RMS-WestAmerica | University and Folsom, LLC | -4911 | GT requested to cease all payment processing. | Undetermined | - | Active prior to takeover date |
| 76 | RMS-WestAmerica | Redwood Merchant Services | BAH-WildFarms-RMS-WestAmerica | Wild Farms, LLC | -2071 | GT requested to cease all payment processing. | Undetermined | - | Active prior to takeover date |
| 77 | SelectBank-MissionValley | Select Bankcard | JY-AbsolutelyWorking-SelectBank-MissionValley | Absolutely Working, LLC | -0105 | Closed | $ 35,077.35 | - | Inactive prior to takeover date |
| 78 | SelectBank-MissionValley | Select Bankcard | BW-BridgeFord-SelectBank-MissionValley | Bridge Ford, LLC | -4081 | Closed | $ 70,601.87 | - | Inactive prior to takeover date |
| 79 | SelectBank-MissionValley | Select Bankcard | WC-BrookvilleLane-SelectBank-MissionValley | Brookville Lane, LLC | -6201 | Closed | $ 50,000.00 | - | Inactive prior to takeover date |
| 80 | SelectBank-MissionValley | Select Bankcard | SBS-DoingWhatsPoss-SelectBank-MissionValley | Doing What's Possible, LLC | -0980 | Closed | $ 49,928.41 | - | Active prior to takeover date |
| 81 | SelectBank-MissionValley | Select Bankcard | FCW-NightWatch-SelectBank-MissionValley | Night Watch Group, LLC | -5666 | Closed | $ 25,956.77 | - | Inactive prior to takeover date |
| 82 | SelectBank-MissionValley | Select Bankcard | SW-ThunderAve-SelectBank-MissionValley | Thunder Avenue, LLC | -4008 | Closed | $ 55,476.40 | - | Inactive prior to takeover date |
| 83 | Swift-Cashflows | SwiftPay Systems | DPH-BrassTriangle-Swift-Cashflows | Brass Triangle, LLC | -5339 | Closed | Undetermined | - | Inactive prior to takeover date |
| 84 | Swift - Cashflows | SwiftPay Systems | GW - Flatiron - Swift - Cashflows | Flat Iron, LLC | -5108 | Closed | Undetermined | - | Inactive prior to takeover date |
| 85 | Swift-Cashflows | SwiftPay Systems | APW-MintHouse-Swift-Cashflows | Mint House, LLC | -5340 | Closed | Undetermined | - | Inactive prior to takeover date |
| 86 | Swift - Cashflows | SwiftPay Systems | BW - NewportCrossing - Swift - Cashflows | Newport Crossing, LLC | -5121 | Closed | Undetermined | - | Inactive prior to takeover date |
| 87 | Swift - Cashflows | SwiftPay Systems | SV - Sandstone - Swift - Cashflows | Sandstone Beach, LLC | -1632 | Closed | Undetermined | - | Inactive prior to takeover date |
| 88 | Swift - Cashflows | SwiftPay Systems | INW - Solid Ice - Swift - Cashflows | Solid Ice, LLC | -5114 | Closed | Undetermined | - | Inactive prior to takeover date |

**EXHIBIT "D" - Page 45**



FTC v. RevMountain, et al.
Funds Recovered from Merchant Accounts

| No. | Merchant - Bank | Merchant Processor | Merchant Title | Account Holder | Merchant No. | Account Status | Reserves Balance | Amount of Funds Recovered by Receiver | GT Notes |
|---|---|---|---|---|---|---|---|---|---|
| 89 | Swift - CashFlows | SwiftPay Systems | WC-ThunderAvenue-Swift-CashFlows | Thunder Avenue, LLC | -5342 | Closed | Undetermined | - | Inactive prior to takeover date |
| 90 | Triangle-CashFlows | TriPayments | DPH-WalnutSt-Foscolo-Triangle-CashFlows | Walnut Street Marketing, LLC | -7525 | Closed | Undetermined | - | Inactive prior to takeover date |
| 91 | Triangle-CashFlows | TriPayments | GW-WalnutSt-Godin-Triangle-CashFlows | Walnut Street Marketing, LLC | -7579 | Closed | Undetermined | - | Inactive prior to takeover date |
| 92 | Triangle-CashFlows | TriPayments | INW-WalnutSt-Hecht-Triangle-CashFlows | Walnut Street Marketing, LLC | -7258 | Closed | Undetermined | - | Inactive prior to takeover date |
| 93 | Triangle-CashFlows | TriPayments | SPD-WalnutSt-Humep-Triangle-CashFlows | Walnut Street Marketing, LLC | -7576 | Closed | Undetermined | - | Inactive prior to takeover date |
| 94 | Triangle-CashFlows | TriPayments | SV-WalnutSt-Jumoke-Triangle-CashFlows | Walnut Street Marketing, LLC | -7339 | Closed | Undetermined | - | Inactive prior to takeover date |
| 95 | MesTri | Unknown | BAH-BoulderCreek-MesTri | Bella At Home, LLC | -6523 | Undetermined | Undetermined | - | Active prior to takeover date |
| 96 | USMS | US Merchant Systems | SPD-BrassTriangle-USMS | Brass Triangle, LLC | -3265 | Closed | Undetermined | - | Inactive prior to takeover date |
| 97 | USMS2 | US Merchant Systems | TW-HowandWhy-USMS2 | How and Why, LLC | -7473 | Closed | Undetermined | - | Inactive prior to takeover date |
| 98 | Vantiv | Vantiv | FCW-NewportCrossing-Vantiv | Newport Crossing, LLC | -9872 | Closed | Undetermined | - | Inactive prior to takeover date |
| 99 | Vantiv | Vantiv | BA-University&Folsom;-Vantiv | University and Folsom, LLC | -3560 | Closed | Undetermined | - | Inactive prior to takeover date |
| | | | | | | | Total $ 287,968.56 | - | |