# EXHIBIT E


**GROBSTEIN TEEPLE LLP**

FTC v. RevMountain, et al.
Balance Sheet Summary
Source: General Ledgers Maintained by Corporate Defendants
As of July 27, 2017

|  | Consolidated Total |
|---|---|
| **Assets** | |
| **Current Assets** | |
| Cash | 301,266.70 |
| Accounts Receivable | 1,374,553.26 |
| Other Current Assets | 1,212,015.35 |
| **Total Current Assets** | **2,887,835.31** |
| | |
| Fixed Assets | 120,213.52 |
| Other Assets | 2,770,185.44 |
| **Total Assets** | **5,778,234.27** |
| | |
| **Liabilities** | |
| **Current Liabilities** | |
| Accounts Payable | 1,943,791.78 |
| Other Current Liabilities | 1,152,620.38 |
| **Total Current Liabilities** | **3,096,412.16** |
| | |
| Long Term Liabilities | 1,475,354.85 |
| **Total Liabilities** | **4,571,767.01** |
| | |
| Equity | 1,206,467.26 |
| **Total Liabilities and Equity** | **5,778,234.27** |

*These internally generated balance sheets have not been verified for completeness or accuracy by the Receiver.*

**EXHIBIT "E" - Page 48**



GROBSTEIN
TEEPLE | LLP

FTC v. RevMountain, et al.
Balance Sheet Summary
Source: General Ledgers Maintained by Corporate Defendants
As of July 27, 2017

| | [1] RevMountain, LLC | [2] RoadRunner B2C, dba RevGo | [3] Wave Rock, LLC | [4] Juniper Solutions, LLC |
|---|---|---|---|---|
| **Assets** | | | | |
| **Current Assets** | | | | |
| Cash | 496.32 | 3,870.87 | 52,179.24 | 635.34 |
| Accounts Receivable | 168,739.76 | 29,250.57 | (277,295.93) | 210.62 |
| Other Current Assets | 1,733.76 | 1,414.35 | 334,086.09 | 242,918.58 |
| **Total Current Assets** | 170,969.84 | 34,535.79 | 108,969.40 | 243,764.54 |
| | | | | |
| Fixed Assets | 1,745.65 | 12,790.20 | - | 243.84 |
| Other Assets | - | 9,816.11 | - | - |
| **Total Assets** | 172,715.49 | 57,142.10 | 108,969.40 | 244,008.38 |
| | | | | |
| **Liabilities** | | | | |
| **Current Liabilities** | | | | |
| Accounts Payable | 130,866.09 | 19,956.17 | 438,306.30 | 251,301.95 |
| Other Current Liabilities | 55,000.00 | 69,000.00 | 28,665.32 | 8,114.35 |
| **Total Current Liabilities** | 185,866.09 | 88,956.17 | 466,971.62 | 259,416.30 |
| | | | | |
| Long Term Liabilities | - | - | - | - |
| **Total Liabilities** | 185,866.09 | 88,956.17 | 466,971.62 | 259,416.30 |
| | | | | |
| Equity | (13,150.60) | (31,814.07) | (358,002.22) | (15,407.92) |
| **Total Liabilities and Equity** | 172,715.49 | 57,142.10 | 108,969.40 | 244,008.38 |

*These internally generated balance sheets have not been verified for completeness or accuracy by the Receiver.*

**EXHIBIT "E" - Page 49**



**GROBSTEIN TEEPLE | LLP**

FTC v. RevMountain, et al.
Balance Sheet Summary
Source: General Ledgers Maintained by Corporate Defendants
As of July 27, 2017

| | [5] Jasper Woods, LLC | [6] Wheeler Peak Marketing, LLC | [7] ROIRunner, LLC | [8] Cherry Blitz, LLC |
|---|---|---|---|---|
| **Assets** | | | | |
| **Current Assets** | | | | |
| Cash | - | 9,556.58 | 1,022.70 | 3,390.19 |
| Accounts Receivable | - | 5,721.00 | 7,287.96 | - |
| Other Current Assets | - | 1,613.64 | 498.00 | - |
| **Total Current Assets** | - | 16,891.22 | 8,808.66 | 3,390.19 |
| | | | | |
| Fixed Assets | - | - | - | - |
| Other Assets | - | (1,684.00) | - | - |
| **Total Assets** | - | 15,207.22 | 8,808.66 | 3,390.19 |
| | | | | |
| **Liabilities** | | | | |
| **Current Liabilities** | | | | |
| Accounts Payable | - | (28,902.15) | 5,000.48 | 3,455.14 |
| Other Current Liabilities | - | 5,000.00 | - | - |
| **Total Current Liabilities** | - | (23,902.15) | 5,000.48 | 3,455.14 |
| | | | | |
| Long Term Liabilities | - | - | - | - |
| **Total Liabilities** | - | (23,902.15) | 5,000.48 | 3,455.14 |
| | | | | |
| Equity | - | 39,109.37 | 3,808.18 | (64.95) |
| **Total Liabilities and Equity** | - | 15,207.22 | 8,808.66 | 3,390.19 |

*These internally generated balance sheets have not been verified for completeness or accuracy by the Receiver.*

**EXHIBIT "E" - Page 50**



FTC v. RevMountain, et al.
Balance Sheet Summary
Source: General Ledgers Maintained by Corporate Defendants
As of July 27, 2017

| | [9]<br>Flat Iron<br>Avenue, LLC | [10]<br>Absolutely<br>Working, LLC | [11]<br>Three Lakes, LLC | [12]<br>Bridge Ford, LLC |
|---|---|---|---|---|
| **Assets** | | | | |
| **Current Assets** | | | | |
| Cash | 4,178.37 | 8,215.45 | 2,117.28 | 6,144.26 |
| Accounts Receivable | - | - | - | - |
| Other Current Assets | - | - | - | - |
| **Total Current Assets** | **4,178.37** | **8,215.45** | **2,117.28** | **6,144.26** |
| | | | | |
| Fixed Assets | - | - | - | - |
| Other Assets | - | - | - | 430.00 |
| **Total Assets** | **4,178.37** | **8,215.45** | **2,117.28** | **6,574.26** |
| | | | | |
| **Liabilities** | | | | |
| **Current Liabilities** | | | | |
| Accounts Payable | 5,570.00 | - | 2,707.00 | - |
| Other Current Liabilities | - | - | - | - |
| **Total Current Liabilities** | **5,570.00** | **-** | **2,707.00** | **-** |
| | | | | |
| Long Term Liabilities | - | - | - | - |
| **Total Liabilities** | **5,570.00** | **-** | **2,707.00** | **-** |
| | | | | |
| Equity | (1,391.63) | 8,215.45 | (589.72) | 6,574.26 |
| **Total Liabilities and Equity** | **4,178.37** | **8,215.45** | **2,117.28** | **6,574.26** |

*These internally generated balance sheets have not been verified for completeness or accuracy by the Receiver.*

**EXHIBIT "E" - Page 51**



**GROBSTEIN TEEPLE | LLP**

FTC v. RevMountain, et al.
Balance Sheet Summary
Source: General Ledgers Maintained by Corporate Defendants
As of July 27, 2017

| | [13]<br>How and Why, LLC | [14]<br>Spruce River, LLC | [15]<br>TrimXT, LLC | [16]<br>Elation White, LLC |
|---|---|---|---|---|
| **Assets** | | | | |
| **Current Assets** | | | | |
| Cash | 3,352.60 | 1,529.69 | - | (31,605.59) |
| Accounts Receivable | - | - | - | 875,302.74 |
| Other Current Assets | - | - | - | 405,031.49 |
| **Total Current Assets** | **3,352.60** | **1,529.69** | **-** | **1,248,728.64** |
| | | | | |
| Fixed Assets | - | - | - | - |
| Other Assets | 430.00 | 300.00 | - | - |
| **Total Assets** | **3,782.60** | **1,829.69** | **-** | **1,248,728.64** |
| | | | | |
| **Liabilities** | | | | |
| **Current Liabilities** | | | | |
| Accounts Payable | - | 3,161.00 | - | 396,005.74 |
| Other Current Liabilities | - | - | - | - |
| **Total Current Liabilities** | **-** | **3,161.00** | **-** | **396,005.74** |
| | | | | |
| Long Term Liabilities | - | - | - | - |
| **Total Liabilities** | **-** | **3,161.00** | **-** | **396,005.74** |
| | | | | |
| Equity | 3,782.60 | (1,331.31) | - | 852,722.90 |
| **Total Liabilities and Equity** | **3,782.60** | **1,829.69** | **-** | **1,248,728.64** |

*These internally generated balance sheets have not been verified for completeness or accuracy by the Receiver.*

**EXHIBIT "E" - Page 52**


GROBSTEIN
TEEPLE LLP

FTC v. RevMountain, et al.
Balance Sheet Summary
Source: General Ledgers Maintained by Corporate Defendants
As of July 27, 2017

| | [17]<br>IvoryPro, LLC | [18]<br>Doing What's<br>Possible, LLC | [19]<br>RevGuard, LLC | [20]<br>Revlive!, LLC |
|---|---|---|---|---|
| **Assets** | | | | |
| **Current Assets** | | | | |
| Cash | - | 17,063.53 | 77,370.46 | 47,851.59 |
| Accounts Receivable | - | - | 193,869.54 | 116,966.29 |
| Other Current Assets | - | - | 43,240.00 | 18,760.85 |
| **Total Current Assets** | - | 17,063.53 | 314,480.00 | 183,578.73 |
| | | | | |
| Fixed Assets | - | - | 27,593.15 | 1,091.12 |
| Other Assets | - | - | 702,779.00 | - |
| **Total Assets** | - | 17,063.53 | 1,044,852.15 | 184,669.85 |
| | | | | |
| **Liabilities** | | | | |
| **Current Liabilities** | | | | |
| Accounts Payable | - | 4,000.00 | 203,517.85 | 158,736.58 |
| Other Current Liabilities | - | 1,020.00 | 408,445.63 | 65,000.00 |
| **Total Current Liabilities** | - | 5,020.00 | 611,963.48 | 223,736.58 |
| | | | | |
| Long Term Liabilities | - | - | 191,282.62 | - |
| **Total Liabilities** | - | 5,020.00 | 803,246.10 | 223,736.58 |
| | | | | |
| Equity | - | 12,043.53 | 241,606.05 | (39,066.73) |
| **Total Liabilities and Equity** | - | 17,063.53 | 1,044,852.15 | 184,669.85 |

*These internally generated balance sheets have not been verified for completeness or accuracy by the Receiver.*

**EXHIBIT "E" - Page 53**



**GROBSTEIN TEEPLE | LLP**

FTC v. RevMountain, et al.
Balance Sheet Summary
Source: General Ledgers Maintained by Corporate Defendants
As of July 27, 2017

| | [21]<br>Blue Rocket<br>Brands, LLC | [22]<br>Convertis, LLC | [23]<br>Convertis<br>Marketing, LLC | [24]<br>Turtle<br>Mountains, LLC |
|---|---|---|---|---|
| **Assets** | | | | |
| **Current Assets** | | | | |
| Cash | 3,532.64 | 220.09 | - | |
| Accounts Receivable | - | 303,913.71 | - | |
| Other Current Assets | - | (24,890.58) | - | |
| **Total Current Assets** | 3,532.64 | 279,243.22 | - | |
| | | | | |
| Fixed Assets | - | 76,749.56 | - | QuickBooks Data |
| Other Assets | - | 2,055,991.33 | - | Unavailable |
| **Total Assets** | 3,532.64 | 2,411,984.11 | - | |
| | | | | |
| **Liabilities** | | | | |
| **Current Liabilities** | | | | |
| Accounts Payable | - | 328,576.51 | - | |
| Other Current Liabilities | 5,000.00 | 492,974.73 | - | |
| **Total Current Liabilities** | 5,000.00 | 821,551.24 | - | |
| | | | | |
| Long Term Liabilities | - | 1,284,072.23 | - | |
| **Total Liabilities** | 5,000.00 | 2,105,623.47 | - | |
| | | | | |
| Equity | (1,467.36) | 306,360.64 | - | |
| **Total Liabilities and Equity** | 3,532.64 | 2,411,984.11 | - | |

*These internally generated balance sheets have not been verified for completeness or accuracy by the Receiver.*

**EXHIBIT "E" - Page 54**



**GROBSTEIN TEEPLE | LLP**

FTC v. RevMountain, et al.
Balance Sheet Summary
Source: General Ledgers Maintained by Corporate Defendants
As of July 27, 2017

| | [25]<br>Boulder Black<br>Diamond, LLC | [26]<br>Mint House, LLC | [27]<br>Thunder<br>Avenue, LLC | [28]<br>University &<br>Folsom, LLC |
|---|---|---|---|---|
| **Assets** | | | | |
| **Current Assets** | | | | |
| Cash | | 7,060.29 | 7,319.39 | 3,907.09 |
| Accounts Receivable | | - | - | - |
| Other Current Assets | | - | - | 20,387.47 |
| **Total Current Assets** | | **7,060.29** | **7,319.39** | **24,294.56** |
| | | | | |
| Fixed Assets | | 50.00 | 918.00 | 250.00 |
| Other Assets | | - | - | - |
| **Total Assets** | *QuickBooks Data Unavailable* | **7,110.29** | **8,237.39** | **24,544.56** |
| | | | | |
| **Liabilities** | | | | |
| **Current Liabilities** | | | | |
| Accounts Payable | | (179.08) | - | - |
| Other Current Liabilities | | - | - | - |
| **Total Current Liabilities** | | **(179.08)** | **-** | **-** |
| | | | | |
| Long Term Liabilities | | - | - | - |
| **Total Liabilities** | | **(179.08)** | **-** | **-** |
| | | | | |
| Equity | | 7,289.37 | 8,237.39 | 24,544.56 |
| **Total Liabilities and Equity** | | **7,110.29** | **8,237.39** | **24,544.56** |

*These internally generated balance sheets have not been verified for completeness or accuracy by the Receiver.*

**EXHIBIT "E" - Page 55**



**GROBSTEIN
TEEPLE LLP**

FTC v. RevMountain, et al.
Balance Sheet Summary
Source: General Ledgers Maintained by Corporate Defendants
As of July 27, 2017

| | [29]<br>Boulder Creek<br>Internet Solutions, Inc | [30]<br>Walnut Street<br>Marketing, Inc | [31]<br>Snow Sale, LLC | [32]<br>Brand Force, LLC |
|---|---|---|---|---|
| **Assets** | | | | |
| **Current Assets** | | | | |
| Cash | 6,135.98 | 7,385.08 | 5,696.11 | 3,605.37 |
| Accounts Receivable | - | - | - | - |
| Other Current Assets | - | (19,834.42) | - | - |
| **Total Current Assets** | 6,135.98 | (12,449.34) | 5,696.11 | 3,605.37 |
| | | | | |
| Fixed Assets | - | - | - | - |
| Other Assets | - | 99.00 | 149.00 | 149.00 |
| **Total Assets** | 6,135.98 | (12,350.34) | 5,845.11 | 3,754.37 |
| | | | | |
| **Liabilities** | | | | |
| **Current Liabilities** | | | | |
| Accounts Payable | - | 5,874.00 | 3,071.15 | (130.98) |
| Other Current Liabilities | - | - | - | - |
| **Total Current Liabilities** | - | 5,874.00 | 3,071.15 | (130.98) |
| | | | | |
| Long Term Liabilities | - | - | - | - |
| **Total Liabilities** | - | 5,874.00 | 3,071.15 | (130.98) |
| | | | | |
| Equity | 6,135.98 | (18,224.34) | 2,773.96 | 3,885.35 |
| **Total Liabilities and Equity** | 6,135.98 | (12,350.34) | 5,845.11 | 3,754.37 |

*These internally generated balance sheets have not been verified for completeness or accuracy by the Receiver.*

**EXHIBIT "E" - Page 56**



**FTC v. RevMountain, et al.**
**Balance Sheet Summary**
**Source: General Ledgers Maintained by Corporate Defendants**
**As of July 27, 2017**

|  | [33]<br>Wild Farms, LLC | [34]<br>Salamonie River, LLC | [35]<br>Indigo Systems, LLC | [36]<br>Night Watch<br>Group, LLC |
|---|---|---|---|---|
| **Assets** |  |  |  |  |
| **Current Assets** |  |  |  |  |
| Cash | 7,600.65 | 18,341.85 | 2,409.52 | 2,240.95 |
| Accounts Receivable | - | (49,413.00) | - | - |
| Other Current Assets | 15,289.00 | 25,288.57 | - | - |
| **Total Current Assets** | **22,889.65** | **(5,782.58)** | **2,409.52** | **2,240.95** |
|  |  |  |  |  |
| Fixed Assets | - | - | - | - |
| Other Assets | 149.00 | 140.00 | - | - |
| **Total Assets** | **23,038.65** | **(5,642.58)** | **2,409.52** | **2,240.95** |
|  |  |  |  |  |
| **Liabilities** |  |  |  |  |
| **Current Liabilities** |  |  |  |  |
| Accounts Payable | (161.55) | (31,914.37) | 2,915.00 | 4,686.00 |
| Other Current Liabilities | 3,400.00 | - | - | - |
| **Total Current Liabilities** | **3,238.45** | **(31,914.37)** | **2,915.00** | **4,686.00** |
|  |  |  |  |  |
| Long Term Liabilities | - | - | - | - |
| **Total Liabilities** | **3,238.45** | **(31,914.37)** | **2,915.00** | **4,686.00** |
|  |  |  |  |  |
| Equity | 19,800.20 | 26,271.79 | (505.48) | (2,445.05) |
| **Total Liabilities and Equity** | **23,038.65** | **(5,642.58)** | **2,409.52** | **2,240.95** |

*These internally generated balance sheets have not been verified for completeness or accuracy by the Receiver.*

**EXHIBIT "E" - Page 57**



FTC v. RevMountain, et al.
Balance Sheet Summary
Source: General Ledgers Maintained by Corporate Defendants
As of July 27, 2017

| | [37]<br>Newport<br>Crossing, LLC | [38]<br>Greenville<br>Creek, LLC | [39]<br>Brookville Lane, LLC | [40]<br>Ansazi Management<br>Partners, LLC |
|---|---|---|---|---|
| **Assets** | | | | |
| **Current Assets** | | | | |
| Cash | 1,007.58 | 2,521.20 | 782.93 | |
| Accounts Receivable | - | - | - | |
| Other Current Assets | - | - | - | |
| **Total Current Assets** | **1,007.58** | **2,521.20** | **782.93** | |
| | | | | |
| Fixed Assets | - | - | - | |
| Other Assets | - | - | - | |
| **Total Assets** | **1,007.58** | **2,521.20** | **782.93** | *QuickBooks Data*<br>*Unavailable* |
| | | | | |
| **Liabilities** | | | | |
| **Current Liabilities** | | | | |
| Accounts Payable | 1,304.00 | 3,107.00 | 1,272.00 | |
| Other Current Liabilities | - | - | 0.35 | |
| **Total Current Liabilities** | **1,304.00** | **3,107.00** | **1,272.35** | |
| | | | | |
| Long Term Liabilities | - | - | - | |
| **Total Liabilities** | **1,304.00** | **3,107.00** | **1,272.35** | |
| | | | | |
| Equity | (296.42) | (585.80) | (489.42) | |
| **Total Liabilities and Equity** | **1,007.58** | **2,521.20** | **782.93** | |

*These internally generated balance sheets have not been verified for completeness or accuracy by the Receiver.*

**EXHIBIT "E" - Page 58**



**GROBSTEIN TEEPLE LLP**

FTC v. RevMountain, et al.
Balance Sheet Summary
Source: General Ledgers Maintained by Corporate Defendants
As of July 27, 2017

| | [41] Honey Lake, LLC | [42] Condor Canyon, LLC | [43] Brass Triangle, LLC | [44] Solid Ice, LLC |
|---|---|---|---|---|
| **Assets** | | | | |
| **Current Assets** | | | | |
| Cash | | 100.00 | 1,631.27 | 2,104.35 |
| Accounts Receivable | | - | - | - |
| Other Current Assets | | - | 146,478.55 | - |
| **Total Current Assets** | | **100.00** | **148,109.82** | **2,104.35** |
| | | | | |
| Fixed Assets | | - | - | - |
| Other Assets | | - | - | - |
| **Total Assets** | | **100.00** | **148,109.82** | **2,104.35** |
| | | | | |
| **Liabilities** | *QuickBooks Data* | | | |
| **Current Liabilities** | *Unavailable* | | | |
| Accounts Payable | | 100.00 | 28,797.95 | 2,792.00 |
| Other Current Liabilities | | - | - | - |
| **Total Current Liabilities** | | **100.00** | **28,797.95** | **2,792.00** |
| | | | | |
| Long Term Liabilities | | - | - | - |
| **Total Liabilities** | | **100.00** | **28,797.95** | **2,792.00** |
| | | | | |
| Equity | | - | 119,311.87 | (687.65) |
| **Total Liabilities and Equity** | | **100.00** | **148,109.82** | **2,104.35** |

*These internally generated balance sheets have not been verified for completeness or accuracy by the Receiver.*

**EXHIBIT "E" - Page 59**

GROBSTEIN
TEEPLE LLP

FTC v. RevMountain, et al.
Balance Sheet Summary
Source: General Ledgers Maintained by Corporate Defendants
As of July 27, 2017

| | [45]<br>Sandstone<br>Beach, LLC | [46]<br>Desert Gecko, LLC | [47]<br>BlizzardWhite, LLC | [48]<br>Action Pro<br>White, LLC |
|---|---|---|---|---|
| **Assets** | | | | |
| **Current Assets** | | | | |
| Cash | 4,677.62 | 5,617.86 | - | - |
| Accounts Receivable | - | - | - | - |
| Other Current Assets | - | - | - | - |
| **Total Current Assets** | **4,677.62** | **5,617.86** | **-** | **-** |
| | | | | |
| Fixed Assets | - | - | - | - |
| Other Assets | - | 219.00 | | |
| **Total Assets** | **4,677.62** | **5,836.86** | **-** | **-** |
| | | | | |
| **Liabilities** | | | | |
| **Current Liabilities** | | | | |
| Accounts Payable | - | - | - | - |
| Other Current Liabilities | - | - | - | - |
| **Total Current Liabilities** | **-** | **-** | **-** | **-** |
| | | | | |
| Long Term Liabilities | - | - | - | - |
| **Total Liabilities** | **-** | **-** | **-** | **-** |
| | | | | |
| Equity | 4,677.62 | 5,836.86 | - | - |
| **Total Liabilities and Equity** | **4,677.62** | **5,836.86** | **-** | **-** |

*These internally generated balance sheets have not been verified for completeness or accuracy by the Receiver.*

**EXHIBIT "E" - Page 60**

**GROBSTEIN TEEPLE LLP**

FTC v. RevMountain, et al.
Balance Sheet Summary
Source: General Ledgers Maintained by Corporate Defendants
As of July 27, 2017

| | [49]<br>First Class<br>Whitening, LLC | [50]<br>Spark<br>Whitening, LLC | [51]<br>TitanWhite, LLC | [52]<br>Dental Pro at<br>Home, LLC |
|---|---|---|---|---|
| **Assets** | | | | |
| **Current Assets** | | | | |
| Cash | - | - | - | - |
| Accounts Receivable | - | - | - | - |
| Other Current Assets | - | - | - | - |
| **Total Current Assets** | - | - | - | - |
| | | | | |
| Fixed Assets | - | - | - | - |
| Other Assets | - | - | - | - |
| **Total Assets** | - | - | - | - |
| | | | | |
| **Liabilities** | | | | |
| **Current Liabilities** | | | | |
| Accounts Payable | - | - | - | - |
| Other Current Liabilities | - | - | - | - |
| **Total Current Liabilities** | - | - | - | - |
| | | | | |
| Long Term Liabilities | - | - | - | - |
| **Total Liabilities** | - | - | - | - |
| | | | | |
| Equity | - | - | - | - |
| **Total Liabilities and Equity** | - | - | - | - |

*These internally generated balance sheets have not been verified for completeness or accuracy by the Receiver.*

**EXHIBIT "E" - Page 61**



**GROBSTEIN TEEPLE LLP**

FTC v. RevMountain, et al.
Balance Sheet Summary
Source: General Ledgers Maintained by Corporate Defendants
As of July 27, 2017

|  | [53]<br>Smile Pro Direct, LLC | [54]<br>Circle of Youth Skincare, LLC | [55]<br>DermaGlam, LLC | [56]<br>Sedona Beauty Secrets, LLC |
|---|---|---|---|---|
| **Assets** | | | | |
| **Current Assets** | | | | |
| Cash | - | - | | - |
| Accounts Receivable | - | - | | - |
| Other Current Assets | - | - | | - |
| **Total Current Assets** | - | - | | - |
| Fixed Assets | - | - | | - |
| Other Assets | - | - | | - |
| **Total Assets** | - | - | | - |
| **Liabilities** | | | | |
| **Current Liabilities** | | | | |
| Accounts Payable | - | - | | - |
| Other Current Liabilities | - | - | | - |
| **Total Current Liabilities** | - | - | | - |
| Long Term Liabilities | - | - | | - |
| **Total Liabilities** | - | - | | - |
| Equity | - | - | | - |
| **Total Liabilities and Equity** | - | - | | - |

*DermaGlam, LLC: QuickBooks Data Unavailable*

*These internally generated balance sheets have not been verified for completeness or accuracy by the Receiver.*

**EXHIBIT "E" - Page 62**

GROBSTEIN
TEEPLE | LLP

FTC v. RevMountain, et al.
Balance Sheet Summary
Source: General Ledgers Maintained by Corporate Defendants
As of July 27, 2017

| | [57] Bella at Home, LLC | [58] SkinnyIQ, LLC | [59] Body Tropical, LLC |
|---|---|---|---|
| **Assets** | | | |
| **Current Assets** | | | |
| Cash | - | - | |
| Accounts Receivable | - | - | |
| Other Current Assets | - | - | |
| **Total Current Assets** | - | - | |
| | | | |
| Fixed Assets | - | - | *QuickBooks Data Unavailable* |
| Other Assets | - | - | |
| **Total Assets** | - | - | |
| | | | |
| **Liabilities** | | | |
| **Current Liabilities** | | | |
| Accounts Payable | - | - | |
| Other Current Liabilities | - | 11,000.00 | |
| **Total Current Liabilities** | - | **11,000.00** | |
| | | | |
| Long Term Liabilities | - | - | |
| **Total Liabilities** | - | **11,000.00** | |
| | | | |
| Equity | - | (11,000.00) | |
| **Total Liabilities and Equity** | - | - | |

*These internally generated balance sheets have not been verified for completeness or accuracy by the Receiver.*

**EXHIBIT "E" - Page 63**