# PX23

## PX23 Attachment A

## Consumer complaints obtained from desk of Neva Archuleta



# STATE OF MINNESOTA

### OFFICE OF THE ATTORNEY GENERAL

LORI SWANSON
ATTORNEY GENERAL

July 19, 2017

SUITE 1400
445 MINNESOTA STREET
ST. PAUL, MN 55101-2131
TELEPHONE: (651) 296-7575

RevLive, LLC
2011 Cherry Street, Suite 202
Louisville, CO 80027

Re: Ms. Suzabelle Janicek
File No: KLM/2017/5293611/C

Dear Sir/Madam:

This is the third time this Office is sending RevLive, LLC a letter regarding the concerns we received from Ms. Suzabelle Janicek. To date, we have not received any response from RevLive, LLC. This matter deserves the courtesy of a response, and this Office expects that a company that does business in Minnesota will respond to concerns raised by Minnesota citizens in a timely fashion.

I enclose a copy of our initial correspondence for your review. I ask that you please direct your immediate attention to this matter and respond to me within five business days of this letter. If you have any questions, please contact me immediately.

I should note that this Office does maintain files regarding consumer complaints, and our files will reflect your response or any failure to respond. I would appreciate your prompt attention to this matter.

Sincerely,

KATRINA WALTZ
Consumer Services Division
(651) 355-0725 (Voice)
(651) 282-2155 (Fax)

Enclosure: Correspondence to RevLive, LLC

cc: Ms. Suzabelle Janicek

TTY: (651) 297-7206 • Toll Free Lines: (800) 657-3787 (Voice), (800) 366-4812 (TTY) • www.ag.state.mn.us
An Equal Opportunity Employer Who Values Diversity       Printed on 50% recycled paper (15% post consumer content)

PX23 Attachment A-1

 

# STATE OF MINNESOTA

OFFICE OF THE ATTORNEY GENERAL

LORI SWANSON
ATTORNEY GENERAL

June 9, 2017

SUITE 1400
445 MINNESOTA STREET
ST. PAUL, MN 55101-2131
TELEPHONE: (651) 296-7575

RevLive, LLC
2011 Cherry Street, Unit 202
Louisville, CO 80027

Re:   Ms. Suzabelle Janicek
      File No: KLM/2017/5293611/C

Dear Sir/Madam:

This Office was contacted by Ms. Suzabelle Janicek, whose address is ███████████████.

Ms. Janicek states that in early February 2017, she received free samples of three types of skin cream from Revived Youth/Skin Revive Derm. She notes that she did not receive an invoice, packing slip, email confirmation, or any other communication from the company. Ms. Janicek states that at the end of March 2017, she received a package that contained two skin creams that she did not order. She notes that the packing slip listed order number 6497043, customer number 189, and reference number B90FE73905. She states she returned the box to Revived Youth/Skin Revive Derm and attempted to contact the company multiple times, without success. She states she called several different numbers, many of which were not answered, and when she did speak with customer service representatives, all 13 representatives claimed there was no record of her order. Ms. Janicek states that she reviewed her bank statement and discovered that she was charged multiple times without her consent. She states she only agreed to receive the original "free" sample products. Ms. Janicek requests that Revived Youth/Skin Revive Derm immediately issue a full refund of $306.66 for all charges.

I ask that you review this matter as quickly as possible and address Ms. Janicek's concerns. I ask that you send a written response to this Office within ten (10) days of receiving this letter. Please provide a response to this Office at the following address:

Katrina Waltz
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1400
St. Paul, MN 55101-2131

TTY: (651) 297-7206 · Toll Free Lines: (800) 657-3787 (Voice), (800) 366-4812 (TTY) · www.ag.state.mn.us
An Equal Opportunity Employer Who Values Diversity       Printed on 50% recycled paper (15% post consumer content)

PX23 Attachment A-2

RevLive, LLC
June 9, 2017
Page 2

I thank you for your attention to this matter.

                                      Sincerely,

                                        KATRINA WALTZ
                                        Consumer Services Division
                                        (651) 355-0725 (Voice)
                                        (651) 282-2155 (Fax)

cc:    Ms. Suzabelle Janicek



# STATE OF MINNESOTA

OFFICE OF THE ATTORNEY GENERAL

LORI SWANSON
ATTORNEY GENERAL

June 28, 2017

SUITE 1400
445 MINNESOTA STREET
ST. PAUL, MN 55101-2131
TELEPHONE: (651) 296-7575

RevLive, LLC
2011 Cherry Street, Suite 202
Louisville, CO 80027

Re: Ms. Susan Hasselman Ibrahim
File No: KLM/2017/5293037/C

Dear Sir/Madam:

I recently forwarded to you additional information regarding the above-referenced matter.

While I recognize that you may have responded to my original letter, I ask that you reconsider this matter in light of my recent correspondence. Please provide a response to me within seven (7) business days with your position on the matter in light of the new information.

I thank you for your attention to this matter.

Sincerely,

KATRINA WALTZ
Consumer Services Division
(651) 355-0725 (Voice)
(651) 282-2155 (Fax)

Enclosure: Correspondence to RevLive, LLC

cc: Ms. Susan Hasselman Ibrahim

TTY: (651) 297-7206 • Toll Free Lines: (800) 657-3787 (Voice), (800) 366-4812 (TTY) • www.ag.state.mn.us
An Equal Opportunity Employer Who Values Diversity        Printed on 50% recycled paper (15% post consumer content)

PX23 Attachment A-4

 **STATE OF MINNESOTA** 

OFFICE OF THE ATTORNEY GENERAL

LORI SWANSON
ATTORNEY GENERAL

June 14, 2017

SUITE 1400
445 MINNESOTA STREET
ST. PAUL, MN 55101-2131
TELEPHONE: (651) 296-7575

RevLive, LLC
2011 Cherry Street, Suite 202
Louisville, CO  80027

Re:   Ms. Susan Hasselman Ibrahim
      File No: KLM/2017/5293037/C

Dear Sir/Madam:

This Office previously contacted your organization regarding concerns raised by Ms. Susan Hasselman Ibrahim. Since that time, Ms. Hasselman Ibrahim has reviewed RevLive, LLC's ("RevLive") correspondence dated May 12, 2017, and disputes statements made within the response. She states that she has yet to receive any credits from either Revived Youth or RevLive. She notes the company alleged that she is trying to receive a refund for products that she kept. Ms. Hasselman Ibrahim states that the only package she received beyond the trial product contained two bottles and she called the company to obtain two return merchandise authorization ("RMA") numbers. She states she wrote the RMA numbers on the package and returned the products to the company. Ms. Hasselman Ibrahim again requests an immediate refund of $189.51.

I look forward to your prompt response to this matter.

Sincerely,

KATRINA WALTZ
Consumer Services Division
(651) 355-0725 (Voice)
(651) 282-2155 (Fax)

cc:   Ms. Susan Hasselman Ibrahim

TTY: (651) 297-7206 • Toll Free Lines: (800) 657-3787 (Voice), (800) 366-4812 (TTY) • www.ag.state.mn.us
An Equal Opportunity Employer Who Values Diversity     Printed on 50% recycled paper (15% post consumer content)

PX23 Attachment A-5





# STATE OF MINNESOTA

### OFFICE OF THE ATTORNEY GENERAL

LORI SWANSON
ATTORNEY GENERAL

June 23, 2017

SUITE 1400
445 MINNESOTA STREET
ST. PAUL, MN 55101-2131
TELEPHONE: (651) 296-7575

RevLive, LLC
2011 Cherry Street, Suite 202
Louisville, CO  80027

Re:   Ms. Suzabelle Janicek
      File No: KLM/2017/5293611/C

Dear Sir/Madam:

This Office recently asked RevLive, LLC to respond to concerns received from Ms. Suzabelle Janicek. To date, we have not yet received any response to our letter to RevLive, LLC.

I enclose another copy of our initial correspondence to RevLive, LLC and ask that you respond to this Office within seven (7) days.

I appreciate your attention to this matter. Please contact me at the telephone number listed below if you have any questions.

Sincerely,

KATRINA WALTZ
Consumer Services Division
(651) 355-0725 (Voice)
(651) 282-2155 (Fax)

Enclosure:    Correspondence to RevLive, LLC

cc:    Ms. Suzabelle Janicek

TTY: (651) 297-7206 • Toll Free Lines: (800) 657-3787 (Voice), (800) 366-4812 (TTY) • www.ag.state.mn.us
An Equal Opportunity Employer Who Values Diversity       ♻ Printed on 50% recycled paper (15% post consumer content)

PX23 Attachment A-7



# STATE OF MINNESOTA

OFFICE OF THE ATTORNEY GENERAL



LORI SWANSON
ATTORNEY GENERAL

June 9, 2017

SUITE 1400
445 MINNESOTA STREET
ST. PAUL, MN 55101-2131
TELEPHONE: (651) 296-7575

RevLive, LLC
2011 Cherry Street, Unit 202
Louisville, CO  80027

      Re:    Ms. Suzabelle Janicek
              File No: KLM/2017/5293611/C

Dear Sir/Madam:

      This Office was contacted by Ms. Suzabelle Janicek, whose address is ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉.

      Ms. Janicek states that in early February 2017, she received free samples of three types of skin cream from Revived Youth/Skin Revive Derm. She notes that she did not receive an invoice, packing slip, email confirmation, or any other communication from the company. Ms. Janicek states that at the end of March 2017, she received a package that contained two skin creams that she did not order. She notes that the packing slip listed order number 6497043, customer number 189, and reference number B90FE73905. She states she returned the box to Revived Youth/Skin Revive Derm and attempted to contact the company multiple times, without success. She states she called several different numbers, many of which were not answered, and when she did speak with customer service representatives, all 13 representatives claimed there was no record of her order. Ms. Janicek states that she reviewed her bank statement and discovered that she was charged multiple times without her consent. She states she only agreed to receive the original "free" sample products. Ms. Janicek requests that Revived Youth/Skin Revive Derm immediately issue a full refund of $306.66 for all charges.

      I ask that you review this matter as quickly as possible and address Ms. Janicek's concerns. I ask that you send a written response to this Office within ten (10) days of receiving this letter. Please provide a response to this Office at the following address:

                          Katrina Waltz
           Office of the Minnesota Attorney General
             445 Minnesota Street, Suite 1400
                  St. Paul, MN  55101-2131

TTY: (651) 297-7206 • Toll Free Lines: (800) 657-3787 (Voice), (800) 366-4812 (TTY) • www.ag.state.mn.us
An Equal Opportunity Employer Who Values Diversity                    ✿ Printed on 50% recycled paper (15% post consumer content)

PX23 Attachment A-8

RevLive, LLC
June 9, 2017
Page 2

I thank you for your attention to this matter.

Sincerely,

*Katrina Waltz*
KATRINA WALTZ
Consumer Services Division
(651) 355-0725 (Voice)
(651) 282-2155 (Fax)

cc:   Ms. Suzabelle Janicek



# STATE OF MINNESOTA

### OFFICE OF THE ATTORNEY GENERAL

LORI SWANSON
ATTORNEY GENERAL

June 9, 2017

SUITE 1400
445 MINNESOTA STREET
ST. PAUL, MN 55101-2131
TELEPHONE: (651) 296-7575

RevLive, LLC
2011 Cherry Street, Unit 202
Louisville, CO 80027

Re: Ms. Suzabelle Janicek
File No: KLM/2017/5293611/C

Dear Sir/Madam:

This Office was contacted by Ms. Suzabelle Janicek, whose address is ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Ms. Janicek states that in early February 2017, she received free samples of three types of skin cream from Revived Youth/Skin Revive Derm. She notes that she did not receive an invoice, packing slip, email confirmation, or any other communication from the company. Ms. Janicek states that at the end of March 2017, she received a package that contained two skin creams that she did not order. She notes that the packing slip listed order number 6497043, customer number 189, and reference number B90FE73905. She states she returned the box to Revived Youth/Skin Revive Derm and attempted to contact the company multiple times, without success. She states she called several different numbers, many of which were not answered, and when she did speak with customer service representatives, all 13 representatives claimed there was no record of her order. Ms. Janicek states that she reviewed her bank statement and discovered that she was charged multiple times without her consent. She states she only agreed to receive the original "free" sample products. Ms. Janicek requests that Revived Youth/Skin Revive Derm immediately issue a full refund of $306.66 for all charges.

I ask that you review this matter as quickly as possible and address Ms. Janicek's concerns. I ask that you send a written response to this Office within ten (10) days of receiving this letter. Please provide a response to this Office at the following address:

Katrina Waltz
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1400
St. Paul, MN 55101-2131

TTY: (651) 297-7206 • Toll Free Lines: (800) 657-3787 (Voice), (800) 366-4812 (TTY) • www.ag.state.mn.us
An Equal Opportunity Employer Who Values Diversity         ♻ Printed on 50% recycled paper (15% post consumer content)

RevLive, LLC
June 9, 2017
Page 2

I thank you for your attention to this matter.

Sincerely,

KATRINA WALTZ
Consumer Services Division
(651) 355-0725 (Voice)
(651) 282-2155 (Fax)

cc:   Ms. Suzabelle Janicek