# PX23

## PX23 Attachment C

## Consumer complaints obtained from the floor, in a communal workspace, at 2011 Cherry Street

Attention: Testoril
303-530-0771


Shirley Jarvis

02/07/2014  12:11         NKCAA                    PAGE  02/05

Attention! Testoril

These charges have appeared on my credit card for several months.

I did **not** order, authorize, or receive anything from your company. I want a refund immediately for all these charges

Shirley Jarvis

2014/02/07 13:26:34      2  /4

Neil Carlson

Shipping address: 

email address:

phone #

\* Spoke with Angel, employee # 1111747.

As of THIS DATE 2/9/2014, I DID NOT MAKE THE CHARGES FROM YOUR COMPANY, TOTALING $184.93. I AM DEMANDING A FULL CREDIT FOR THE BEFORE MENTIONED AMOUNT.

Neil Carlson

NEIL CARLSON

| Post Date | ID | Eff Date | Transaction | Trans Amt | Balance Chg | It/Pnlty | Fees | New Balance | Description | Available |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Lo20: CONS CREDIT CARD-VISA PLATINUM Advancedearch | | | | | | | /07/2014 |
| 12/23/2013 | L 2( | 12/23/2013 | Date 12/20/13 0  3354421599  9 5977 8662819284TESTORIL 706-5246700 GA Credit Card A... | 4.95 | 4.95 | 0.00 | 0.00 | 4,191.13 | | 754.44 |

VANTÆ WEST CREDIT UNION

2014/02/07 13:34:11       3   /4

Pag

NEIL CARLSON

Loan 20: CONS CREDIT CRD-VISA PLATINUM Advanced Search                                     02/07/2014

| Post Date | ID | Eff Date | Transan | Trans Amt | Balance Chg | Int/Pnlty | New Balance | Description | Prev Available |
|---|---|---|---|---|---|---|---|---|---|
| 02/05/2014 | L 20 | 02/05/2014 | Date C3/14 0  4034102896  7 5977 8662884TESTORIL 706-5246700 GA Creditrd A... | 89.99 | 89.99 | 0.00 | 4,325.14 | | 735.49 |
| 01/06/2014 | L 20 | 01/06/2014 | Date C4/14 0  4004734352  6 5977 8662884TESTORIL 706-5246700 GA Credit'd A... | 89.99 | 89.99 | 0.00 | 4,340.50 | | 721.43 |

VANTAGE WEST CREDITN

NEIL CARLSON

| | Loan 20: CONS CREDIT CARD-VISA PLATINUM Advanced Search | | | | | | | | 02/07/2014 |
|---|---|---|---|---|---|---|---|---|---|
| Post Date | ID | Eff Date | Transaction | Trans Amt | Balance Chg | Int/Pnlty | Fees | New Balance Description | Prev Available |
| 02/05/2014 | L 20 | 02/05/2014 | Date 02/03/14 0  4034102896  7 5977 8662819284TESTORIL 706-5246700 GA Credit Card A... 89.99 | | 89.99 | 0.00 | 0.00 | 4,325.14 | 735.49 |
| 01/06/2014 | L 20 | 01/06/2014 | Date 01/04/14 0  4004734352  6 5977 8662819284TESTORIL 706-5246700 GA Credit Card A... 89.99 | | 89.99 | 0.00 | 0.00 | 4,340.50 | 721.43 |

VANTAGE WEST CREDIT UNION

Page 1

2014/02/07 13:41:54   4 /4

PX23 Attachment C-6



Transaction History **Jacob & Brooke Sims**
Jacob Kyle Sims    June Ext 1111795

Brooke Walters Sims     Phone

We are requesting overdraft fee of 36.00 plus balance of 27.95 which is a Total **63.95**

| Date | Type | Amount | Serial Number | Tran Code | Description | Source | Running Balance |
|---|---|---|---|---|---|---|---|
| 02/04/20... | Credit | $60.00 | 5007552947 | 0027 | DTB*DIETBAR.CO 5968 | 0000 | $139.50 |
| 01/29/20... | Debit | $36.00 | 1 | 0895* | PAID OVERDRAFT ITEM FEE | 0000 | -$232.78 |
| 01/29/20... | Debit | $87.95 | 9012758937 | 0040 | DTB*DIETBAR.CO 5968 | 0000 | -$196.78 |

Grand Total 63.95 asap

http://rocpssrm-alt.gslb.rgbk.com/modules/account/profile/content/checking_savings_transa... 2/7/2014

Regions Bank
Homer GA
P O Box 247
Homer, GA 30547

JACOB K SIMS
BROOKE WALTERS

ACCOUNT #

Cycle 060
Enclosures 09
Page 0
2 of 3

## FEES

| Date | Description | Amount |
|---|---|---|
| 12/19 | Paid Overdraft Item Fee | 36.00 |
| 12/23 | Paid Overdraft Item Fee | 72.00 |
| | Total Fees | $108.00 |

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 108.00 | 0.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 01/17 | | 80.00 | | | |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/19 | 144.41 – | 01/03 | 44.71 | 01/14 | 4.20 |
| 12/20 | 20.65 | 01/06 | 30.62 | 01/15 | 0.93 – |
| 12/23 | 153.38 – | 01/13 | 19.15 | 01/17 | 105.20 |

PRICING FOR ANALYZED TREASURY MANAGEMENT
AND DEPOSITORY PRODUCTS AND SERVICES MAY
CHANGE EFFECTIVE MARCH 1, 2014 DEPENDING
ON THE PRODUCTS AND SERVICES USED. ANY
CHANGES WILL BE REFLECTED BEGINNING WITH
YOUR MARCH STATEMENT RECEIVED IN APRIL.
VISIT WWW.REGIONS.COM/SPECIALMESSAGE
TO VIEW ALL CHANGES. PLEASE CONTACT YOUR
TREASURY MANAGEMENT OFFICER WITH
QUESTIONS SPECIFIC TO YOUR ACCOUNT.

02/08/2014  16:41                                TUMBLER RIDGE INM                    PAGE  01

**CapitalOne**                Customer Relations 1-800-481-3239     Page 1 of 2          Statement Period: Dec 13 - Jan 12, 201
                                    www.capitalone.ca

### Gold MasterCard®                              Account ending in

MIN. PAYMENT NOTICE: If you make only the minimum payment, we estimate that it will take you 10 years and 1 month to pay off your balance.

| New Balance | Minimum Payment | Due Date |
|---|---|---|
| $421.30 | $121.30 | Feb 07, 2014 |

Please pay at least this amount.

Credit Limit: $300.00                    Cash Advance Credit Limit: $120.00
Available Credit: $0.00                  Available Credit for Cash Advances: $0.00

| Previous Balance | Payments and Credits | Transactions | Other Charges | Interest Charges | New Balance |
|---|---|---|---|---|---|
| $231.59 | − $0.00 | + $95.99 | + $88.00 | + $5.72 | = $421.30 |

Your account is behind one payment. It happens to everyone. But it's important to know that further missed payments may be reported to the national credit bureaus. To keep your account in good standing, make sure to send in your minimum amount due by the date provided. If you've already sent it in, please accept our thanks.

Your account is past due. If you don't make your previous statement's minimum payment by this statement's due date, your annual interest rates for purchases, special transfers and cash advances will increase to 25.9% on the first day of your next billing period.

### Account Activity (Date of Transaction/Date Posted)

**Payments, Credits and Adjustments for CODY W HANNA**

**Transactions for CODY W HANNA**
| 31 DEC/02 JAN | GARCINCAMBOGIA ELITE G18889609291GBR | $95.99 |

**Other Charges**
| 11 JAN/11 JAN | CAPITAL ONE MEMBER FEE | $59.00 |
| 11 JAN/11 JAN | OVERLIMIT FEE JAN 11, 2014 | $29.00 |
| 11 JAN/11 JAN | INTEREST CHARGES | $5.72 |

Continued on page 2.

### We're here for you!

Call us at **1-800-481-3239** and our specially trained consultants will help you check your balance and make payments.

300031

### Interest Charges

| Type of Balance | Periodic Rate | Annual Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 1.65000% | 19.80% | $5.72 |
| Cash Advances | 1.65000% | 19.80% | $0.00 |

---

Please make your cheque payable to Capital One® Canada and mail, with the payment slip below, in the enclosed envelope.

**CapitalOne**

| New Balance | Minimum Payment | Due Date |
|---|---|---|
| $421.30 | $121.30 | Feb 07, 2014 |

Please pay at least this amount.

Amount Enclosed _____

Capital One Bank (Canada Branch)
P.O. Box 521 Scarborough STN D
Scarborough, ON M1R 5S9

**Account ending in**

Please print any changes to your contact information below using blue or black ink.
Street _____ Apt. No. _____
City _____ Province _____ Postal Code _____
Home Phone _____ Alternate Phone _____
E-mail Address _____

PFDCOC10  43789
CODY W HANNA

⑈10303⑈900⑈                                    96

Rainbow Pools  17757510363  p.1

Ref # SAM-I.D.# 1246214        2-9-2014

FAX: MAXhCA                    From: Monica Smith
1-888-998-6283-office
FAX # 1-303-530-0771



I want to cancel my order of 2-8-2014 for Garcinia Cambogia - Repeat!! Cancel this order. DO NOT charge my account ending in ▓▓▓▓. You say in your Ad I have 15 Day's to cancel this, so Here IS your notice to cancel. Also send me proof of cancellation.

Monica Smith

Ref # per SAM-I.D. 1246214
FAX - MAXhca - 1-303-530-0771
1-888-998-6283 office

11:16:55  02-10-2014  1/2

cnwm

**Fax Transmittal From**

TO: Accounts Payable    FROM: Malie White
303 530 0771

DATE: Feb 5/14
NUMBER OF PAGES: 2

MESSAGE:

please Credit my Master Card for the amount of $103.84, as I Returned this package 3 weeks ago

FEB-10-2014 09:13 From:           To:13035300771    Page:1/1

**Ship To:**                                        **Return To:**        2812 / 3274

Ship Method: UPS MAIL INNOVATIONS EXPEDITED

JANICE GARNER                                   NUTRA LOGISTIC
                                                                      41 CANAL STREET
                                                                      LEWISTON ME 04240
                                                                      USA

P/T: 1438901     Ctrl #: 1477659

Order Date: 01/26/2014                                 $6.95

| Product Code | Product Name | Quantity | Unit Price | Extended |
|---|---|---|---|---|
| PGT | 1 Bottle of Garcinia<br>- 1 NLGARCINIA | 1 | $0.00 | $0.00 |

CHARGES ON YOUR STATEMENT WILL APPEAR AS "NUTRA LOGISTIC"

Total for order no. NL273625

| | |
|---|---|
| Total Price: | $0.00 |
| Shipping and Handling: | $6.95 |
| Total: | $6.95 |

This is not a bill - no payment required.

*[handwritten note:]* Billing Dept. Fax - 303-530-0771 I have tried many times to cancel any future orders. This acct. cannot be found by 6 different cust. service persons. 33 poor service. Do not chg or ship any future product.

Order #: NL273625                    JANICE GARNER                         Ship Date: 01/30/2014

We provide a 60-day money back guarantee on all orders (less S&H), from date of delivery. For questions, call Customer Service at 1-888-234-3377, Monday - Friday 8am - 8pm EST, Saturday 9am - 1pm. A Return Merchandise Authorization (RMA) is required to receive a refund and must be requested from Customer Service within 60-days after delivery of the product. Include this invoice with your return. We will not accept or refund any returned items without a valid RMA#. All non-trial orders must be returned unopened to qualify for a refund. Please allow up to 2 weeks to process your return and up to 30 days for refunds.

2014-02-10 09:07          F&E Services                    706 >>                          P 1/2

**Russell,Lorrie**

To:           support@puregarciniacambogiaplus.com
Cc:           service@beautyclub.net
Subject:      Order
Attachments:  Lorrie Russell.pdf

I need to cancel this account. I never ordered this product and now there has been a charge placed on my checking account and I do not have the money to cover this. I need a REFUND immediately for $89.99 and I need this to be cancelled.

Please see attached where you have taken the money out of my checking account.

My contact number is ▮▮▮▮▮ and I need someone to call me immediately and fix this. I can mail the product back to you if I need to be this charge needs to be refunded now.



Lorrie Russell

"IRS CIRCULAR 230 Disclosure: Under U.S. Treasury regulations, we are required to inform you that any tax advice contained in this communication or any attachment hereto is not intended to be used, and cannot be used, to avoid penalties imposed under the Internal Revenue Code."

1

Garcinia Cambogia

1-888-998-6883

Fax: 303 530 0771

My No#

[redacted]

Proof withdrawal was taken from my account.

Tracking No# for returned bottles = 9114901123086613650611