# PX23

## PX23 Attachment D

## Employee records obtained from office of Christy Blackburn

# Blue Rocket Brands

## Enrollment Checklist

## April 1, 2017

**Medical – United Healthcare  ** NEW CARRIER **__

Please complete the DORA Application to enroll in medical coverage. If you are *waiving* coverage, please complete the employee information on page 1 and the waiver section on page 2 of the DORA Application.

**Coverage Election**
- ☑ Employee Only
- ☐ Employee + Spouse
- ☐ Employee + Child(ren)
- ☐ Employee + Family

- ☐ Waive Coverage

**Dental – Delta Dental**__

If you are changing your coverage, by adding or dropping a dependent, or are enrolling onto the plan for the first time, please complete the Enrollment/Change Form.

**Coverage Election**
- ☑ Employee Only
- ☐ Employee + Spouse
- ☐ Employee + Child(ren)
- ☐ Employee + Family

- ☐ Waive Coverage

**Vision – EyeMed**__

If you are changing your coverage, by adding or dropping a dependent, or are enrolling onto the plan for the first time, please complete the Enrollment/Change Form.

**Coverage Election**
- ☑ Employee Only
- ☐ Employee + Spouse
- ☐ Employee + Child(ren)
- ☐ Employee + Family

- ☐ Waive Coverage

**ID Watchdog**__
**Coverage Election**
- ☐ Yes, I wish to enroll, attached is my enrollment form
- ☐ No, I do not wish to enroll at this time

| Christopher Poole | *(signature)* | 3-15-17 |
|---|---|---|
| Print Name | Signature | Date |

# RevLive, LLC

## Enrollment Checklist

### April 1, 2016

**Medical – Anthem BCBS**

If you are changing your coverage, by adding or dropping a dependent, please complete the Anthem Change Form.
If you are enrolling onto the plan for the first time, please complete the DORA Application.

**Coverage Election** (please check appropriate box)
☑ Employee Only        ☐ Employee + Child(ren)
☐ Employee + Spouse     ☐ Employee + Family
☐ Waive Coverage

**Dental – Delta Dental**

If you are changing your coverage, by adding or dropping a dependent, or are enrolling onto the plan for the first time, please complete the Enrollment/Change Form.

**Coverage Election** (please check appropriate box)
☑ Employee Only        ☐ Employee + Child(ren)
☐ Employee + Spouse     ☐ Employee + Family
☐ Waive Coverage

**Vision – EyeMed  *NEW CARRIER***

Please complete the EyeMed Vision Enrollment/Waiver form.

**Coverage Election** (please check appropriate box)
☑ Employee Only        ☐ Employee + Child(ren)
☐ Employee + Spouse     ☐ Employee + Family
☐ Waive Coverage

**ID Watchdog *NEW COVERAGE***

**Coverage Election** (please check appropriate box)
☐ Yes, I wish to enroll, attached is my enrollment form
☑ No, I do not wish to enroll at this time

Christopher Poole      _Chris P____      3/11/16
Print Name                        Signature                         Date

www.RevLive.net and RevLive.net

# OFFER LETTER

June 3, 2015

Mr. Chris Poole

Dear Chris:

On behalf of RevLive, LLC (" RevLive"), I am pleased to extend to you an offer of employment with RevLive.

The terms of this offer are set forth in the following:

| | |
|---|---|
| *Position Title:* | Jr. Software Developer |
| *Reporting To:* | Ryan McWilliams |
| *Compensation:* | Base Salary of $4,166 per month; |
| | Chris will be on a 90-day review period.  In those 90 days, Chris will be evaluated on his work performance, punctuality, and ability to grasp programming language. If after those 90 days, Chris is deemed not to be a fit for the RevLive company, he understands that his position is not being held at RevGuard and he would have to seek employment elsewhere. |
| Benefits: | 100% of employee expenses for participation in existing medical insurance plan through Anthem Blue Cross Shield.  We also provide short and long term disability through Northwestern Mutual.  We also provide the opportunity to participate in 401K plan and we match contributions up to 6% based on your participation level and time with RevLive. |
| | 100% of employee expenses for participation in existing dental and vision insurance plan through Delta Dental and UnitedVision. |
| Vacation: | Unlimited Vacation, subject to manager approval on specific times and dates. |
| Holidays: | You will have normal paid holidays of RevLive including New Year's Day, Memorial Day, the Fourth of July, Labor Day, Thanksgiving Day and Christmas Day. |

6260 Lookout Road     •     Boulder     •     Colorado     •     80301     •     303-218-6617

www.RevLive.net and RevLive.net

RevLive invests a substantial amount of time and money in developing its advertising, promotional and other business materials, in hiring and training its employees, and in attracting and maintaining customers. As an employee of RevLive, you will be expected to help protect this investment by entering into an agreement that includes confidential information and competition clauses on its current customers, products, etc., *but not upon the industry, trade or employment in general.* We do not seek at all to restrict your employment opportunities at all. We seek only to protect certain assets and employee relationships that are created already by RevLive or are created as a result of your employment by RevLive. This confidentiality/non-compete agreement will be provided to you for review prior to signing your employment agreement with RevLive.

Please understand that all terms and conditions of your employment should be kept strictly confidential.

Prior to beginning employment, you will be asked to complete an application for employment which allows us to do a brief background check concerning any potential criminal activities. Your employment is contingent upon our successful review of these records and our level of comfort with the information contained in them.

RevLive complies with the Immigration Reform and Control Act of 1986. This law requires us to verify your identity and eligibility to work within the United States.

On your first day of employment, you will be expected to complete an I-9 form and present original identity documents such as those listed on the I-9 form for our inspection and records. Your employment with RevLive is contingent upon compliance with these requirements.

As a condition of this offer letter, we ask that you attest to the fact that you are not subject to a written or verbal commitment concerning non-competition, trade secrets and confidentiality ("Non-Compete Attest").

Finally, it is important to understand that your employment with RevLive is not for any specific length of time. You, or RevLive, may end the employment relationship at will, with or without cause, at any time.

This offer supersedes any other written and/or verbal representations made by any representative of Rand RevLive, relative to your employment with RevLive.

If the terms of this offer of employment are acceptable to you, please sign and date this letter in the space provided below and return it to me, along with the attached Trade Secrets, Confidentiality and Non Competition Agreement.

We look forward to your acceptance of our offer of employment and the opportunity to work with you. Should you have any questions about the offer of employment, or the materials enclosed, please do not hesitate to call me at 303-218-6617.

6260 Lookout Road   •   Boulder   •   Colorado   •   80301   •   303-218-6617

www.RevLive.net and RevLive.net

Sincerely,

Jenny Johnson
CEO
RevLive

Accepted,

Chris Poole

6260 Lookout Road   •   Boulder   •   Colorado   •   80301   •   303-218-6617

# Blue Rocket Brands

## Enrollment Checklist

## April 1, 2017

### Medical – United Healthcare  ** NEW CARRIER **

Please complete the DORA Application to enroll in medical coverage. If you are *waiving* coverage, please complete the employee information on page 1 and the waiver section on page 2 of the DORA Application.

**Coverage Election**
- ☒ Employee Only
- ☐ Employee + Spouse
- ☐ Employee + Child(ren)
- ☐ Employee + Family

- ☐ Waive Coverage

### Dental – Delta Dental

If you are changing your coverage, by adding or dropping a dependent, or are enrolling onto the plan for the first time, please complete the Enrollment/Change Form.

**Coverage Election**
- ☒ Employee Only
- ☐ Employee + Spouse
- ☐ Employee + Child(ren)
- ☐ Employee + Family

- ☐ Waive Coverage

### Vision – EyeMed

If you are changing your coverage, by adding or dropping a dependent, or are enrolling onto the plan for the first time, please complete the Enrollment/Change Form.

**Coverage Election**
- ☒ Employee Only
- ☐ Employee + Spouse
- ☐ Employee + Child(ren)
- ☐ Employee + Family

- ☐ Waive Coverage

### ID Watchdog

**Coverage Election**
- ☐ Yes, I wish to enroll, attached is my enrollment form
- ☒ No, I do not wish to enroll at this time

*Neva  Archuleta*
Print Name

*[signature]*                 3-15-17
Signature                     Date

# RevLive, LLC

## Enrollment Checklist

## April 1, 2016

### Medical – Anthem BCBS

If you are changing your coverage, by adding or dropping a dependent, please complete the Anthem Change Form.
If you are enrolling onto the plan for the first time, please complete the DORA Application.

**Coverage Election** (please check appropriate box)

- ☒ Employee Only
- ☐ Employee + Spouse
- ☐ Waive Coverage
- ☐ Employee + Child(ren)
- ☐ Employee + Family

### Dental – Delta Dental

If you are changing your coverage, by adding or dropping a dependent, or are enrolling onto the plan for the first time, please complete the Enrollment/Change Form.

**Coverage Election** (please check appropriate box)

- ☒ Employee Only
- ☐ Employee + Spouse
- ☐ Waive Coverage
- ☐ Employee + Child(ren)
- ☐ Employee + Family

### Vision – EyeMed  *NEW CARRIER*

Please complete the EyeMed Vision Enrollment/Waiver form.

**Coverage Election** (please check appropriate box)

- ☒ Employee Only
- ☐ Employee + Spouse
- ☐ Waive Coverage
- ☐ Employee + Child(ren)
- ☐ Employee + Family

### ID Watchdog *NEW COVERAGE*

**Coverage Election** (please check appropriate box)

- ☐ Yes, I wish to enroll, attached is my enrollment form
- ☒ No, I do not wish to enroll at this time

Nova Archuleta
**Print Name**

_Nova Archuleta_      2-26-16
**Signature**                    **Date**

roirunner.com

3/1/16

Ms. Neva Archuleta
neva@revlive.net

Dear Neva:

On behalf of ROIRunner LLC ("RoiRunner"), I am pleased to provide you an offer of employment as an employee of RoiRunner.  The terms of this offer are set forth in the following:

| | |
|---|---|
| Position Title: | Jr. Account Executive |
| Reporting To: | Calvin Jennings |
| Start Date: | ~~March 7, 2016;~~ march 3rd 2016 |
| Compensation: | |

$3,333 monthly base salary, $40,000 annually;

For RevMountain:
1% of marketing gross margin of RevMountain, defined as gross revenue less marketing costs multiplied by one of the following:

If the marketing gross margin of RevMountain as a percent of gross revenue is less than 70%, 1;

If the marketing gross margin of RevMountain as a percent of gross revenue is greater than 71% but less than 75%, 2;

If the marketing gross margin of RevMountain as a percent of gross revenue is greater than 76%, but less than 80%, 3;

If the marketing gross margin of RevMountain as a percent of gross revenue is greater than 81%, 4;

For ROI Runner:
1% of marketing gross margin of ROI Runner, defined as gross revenue less marketing costs multiplied by one of the following:

If the marketing gross margin of ROI Runner as a percent of gross revenue is less than 35%, 1;

If the marketing gross margin of ROI Runner as a percent of gross revenue is greater than 35% but less than 40%, 2;

If the marketing gross margin of ROI Runner as a percent of gross revenue is greater than 40%, but less than 45%, 3;

If the marketing gross margin of ROI Runner as a percent of gross revenue is greater than 45%, 4;

Minimum guaranteed bonus for next six months will be $500 per month or annualized $54,000;

Benefits:          Health, Dental and Vision insurance covered by RoiRunner for individual - family coverage requires employee contribution.

2011 Cherry St. Suite #202 ● Louisville ● Colorado ● 80027

| | |
|---|---|
| 410k: | Employees can participate in the RoiRunner 401k.  RoiRunner matches employee contributions at 50% up to 3%.  So, as an example, if an employee contributes 6%, RoiRunner contributes 3%.  RoiRunner contributions to employee 401ks vest 50% at the third anniversary of employment, 75% at the fourth anniversary of employment and 100% at the fifth year of employment. |
| Vacation: | You are a grown up. ☺ Plan and use vacation time wisely, there is no official policy on time-off at RoiRunner. You are judged on your overall performance and your ability to achieve objectives. |
| Holidays: | You will have normal paid holidays of RoiRunner including New Year's Day, Memorial Day, the Fourth of July, Labor Day, Thanksgiving Day and Christmas Day. |
| Christmas/New Year's: | Also, we are closed, with paid vacation, for the entire work week that encompasses December 25th and for the entire work week that encompasses January 1st. These week dates will vary based on various calendar dates for various years and will be announced by management as to specific dates annually. It is important that we work as a team to get projects done in a timely manner in the first part of December so that we can continue to have this company policy.  Also, as a result of this policy, time off is not allowed in the period of December prior to the last week of the year and the period of January after the first week of the year. |

RoiRunner invests a substantial amount of time and money in developing its advertising, promotional and other business materials, in hiring and training its employees, and in attracting and maintaining customers.

As an employee of RoiRunner, you will be expected to help protect this investment by entering into an agreement that includes confidential information and trade secrets clauses for its customers, customer lists, vendors, e-mail lists, technology inventions, improvements and modifications, but will not impose any restrictions on the industry, trade, marketing practices or methodologies or general classes of products in the marketplace or employment in general.  This confidentiality trade secret agreement will be provided to you for review prior to your employment with RoiRunner.

Please understand that all terms and conditions of your employment should be kept strictly confidential.  Given your level of employment status, terms such as salary and bonuses and other compensation components are invariably superior to that of other employees and to insure proper morale and employee expectations, the terms of your employment must remain strictly confidential.

RoiRunner complies with the Immigration Reform and Control Act of 1986.  This law requires us to verify your identity and eligibility to work within the United States.  On your first day of employment, you will be expected to complete an I-9 form and present original identity documents such as those listed on the I-9 form for our inspection and records if one is not already on file.  Additionally, since you will have access to large amounts of private customer data and information, we conduct a background check on all employees if one has not already been completed.  Your employment with RoiRunner is contingent upon compliance with, and satisfactory completion of, these requirements.

It is important to understand that your employment with RoiRunner is not for any specific length of time.  You, or RoiRunner, may end the employment relationship at will, with or without cause, at any time.

This employment offer supersedes any other written and/or verbal representations made by any representative of RoiRunner relative to your employment with RoiRunner.

If the terms of this offer of compensation are acceptable to you, please sign and date this letter in the space provided below and return it to me, along with the attached Trade Secrets & Confidentiality Agreement.

We look forward to continuing to work with you.  Should you have any questions, please call me at 3039151928.

Sincerely,

Jenny Johnson
CEO
RoiRunner, LLC

Accepted,

3/3/16

Neva Archuleta

# Blue Rocket Brands

## Enrollment Checklist

## April 1, 2017

### Medical – United Healthcare  ** NEW CARRIER **

Please complete the DORA Application to enroll in medical coverage. If you are *waiving* coverage, please complete the employee information on page 1 and the waiver section on page 2 of the DORA Application.

**Coverage Election**

☒ Employee Only
☐ Employee + Spouse
☐ Employee + Child(ren)
☐ Employee + Family

☐ Waive Coverage

### Dental – Delta Dental

If you are changing your coverage, by adding or dropping a dependent, or are enrolling onto the plan for the first time, please complete the Enrollment/Change Form.

**Coverage Election**

☒ Employee Only
☐ Employee + Spouse
☐ Employee + Child(ren)
☐ Employee + Family

☐ Waive Coverage

### Vision – EyeMed

If you are changing your coverage, by adding or dropping a dependent, or are enrolling onto the plan for the first time, please complete the Enrollment/Change Form.

**Coverage Election**

☒ Employee Only
☐ Employee + Spouse
☐ Employee + Child(ren)
☐ Employee + Family

☐ Waive Coverage

### ID Watchdog

**Coverage Election**

☐ Yes, I wish to enroll, attached is my enrollment form
☒ No, I do not wish to enroll at this time

Seth P. Davies
Print Name

Seth P. Davies          3-15-17
Signature                        Date

PX23 Attachment D-11



WHERE YOUR SUCCESS IS OUR LIFE

2011 Cherry Street
Suite 202
Louisville, CO 80027

## OFFER LETTER

February 25, 2015

Seth Davies

████████████████

Westminster, Co 80234

Dear Seth:

On behalf of RevLive , LLC ("RevLive"), I am pleased to extend to you an offer of employment with RevLive.  The terms of this offer are set forth in the following:

| | |
|---|---|
| *Position Title:* | Quality Assurance Specialist |
| *Reporting To:* | Taree Dobie, Director – Customer Service<br>Twyla Ryan -- QA Manager |
| *Effective Start Date:* | February 25, 2015 |
| *Compensation:* | Base Salary of $1667.00 per month; |
| | Monthly Bonus of $1000.00 based on agreed upon metrics of performance as assigned by Manager, no later than 5th of month. |
| *Benefits:* | Participation in existing medical insurance plan through Anthem |
| *Vacation:* | Your vacation time is unlimited. Do a great job, manage your time, plan for your periodic absence, be an adult! ☺ |

RevLive invests a substantial amount of time and money in developing its advertising, promotional and other business materials, in hiring and training its employees, and in attracting and maintaining customers.  As an employee of RevLive, you will be expected to help protect this investment by entering into an agreement that includes confidential information and competition clauses on its current customers, products, etc., but not upon the industry, trade or employment in general.  This confidentiality/non-compete agreement will be provided to you for review prior to signing your employment agreement with RevLive.

Please understand that all terms and conditions of your employment should be kept strictly confidential.  Given your level of employment status, terms such as salary, bonuses, vacation time and other compensation components are invariably superior to that of other employees and to insure proper morale and employee expectations, the terms of your employment must remain strictly confidential.

Prior to beginning employment, you will be asked to complete an application for employment which allows us to do a brief background check concerning any potential criminal activities.  Your employment is contingent upon our successful review of these records and our level of comfort with the information contained in them.

RevLive complies with the Immigration Reform and Control Act of 1986.  This law requires us to verify your identity and eligibility to work within the United States.

On your first day of employment, you will be expected to complete an I-9 form and present original identity documents such as those listed on the I-9 form for our inspection and records.  Your employment with RevLive is contingent upon compliance with these requirements.

Finally, it is important to understand that your employment with RevLive is not for any specific length of time.  You, or RevLive, may end the employment relationship at will, with or without cause, at any time.

This offer supersedes any other written and/or verbal representations made by any representative of RevLive, relative to your employment with RevLive.

If the terms of this offer of employment are acceptable to you, please sign and date this letter in the space provided below and return it to me, along with the attached Trade Secrets, Confidentiality and Non Competition Agreement.

We look forward to your acceptance of our offer of employment and the opportunity to work with you.  Should you have any questions about the offer of employment, or the materials enclosed, please do not hesitate to call me at 303-218-6665.

Sincerely,

Taree Dobie
Director – Customer Service
RevLive, LLC


Seth Davies



2011 Cherry Street, #202
Louisville, CO 80027

## OFFER LETTER

October 19, 2015

Dear Seth Davies:

On behalf of Blue Rocket Brands, LLC ("Blue Rocket"), I am pleased to extend to you an offer of employment with Blue Rocket.

The terms of this offer are set forth in the following:

|  |  |
|---|---|
| *Position Title:* | Manager – Merchant Processing Business Development & Analytics |
| *Reporting To:* | CEO – Jenny Johnson |
| *Compensation:* | **For the first 6 months...** |
|  | Base Salary of $3,500.00 per month; |
|  | $250.00 per net processing accounts gained in 1 month; |
|  | Blue Rocket will pay a guaranteed commission of $500.00 a month for the first six months of employment. If the "new processing account live" bonus structure nets outs a higher bonus amount than the guarantee, then Seth will receive the higher of the 2 numbers during the 6-month guarantee period. |
|  | **Month 7 and after...** |
|  | We will update Seth's compensation plan to include a percentage of Gross Margin (GM) each month in addition to his base salary and "net processing accounts live" bonus. Although the guaranteed commission structure would be gone after 6 months, we feel confident that adding an element of GM to Seth's pay structure will give him more income opportunity as well as more control over his annual income. |
| *Benefits:* | 100% of employee expenses for participation in existing medical insurance plan through Anthem Blue Cross Shield. We also provide short and long term disability through Northwestern Mutual. We also provide the opportunity to participate in 401K plan and we match contributions up to 3% based on your participation level and time with Blue Rocket. |
|  | 100% of employee expenses for participation in existing dental and vision insurance plan through Delta Dental and United Vision. |

| | |
|---|---|
| *Vacation:* | Unlimited Vacation, subject to manager approval on specific times and dates. |
| | Blackout Vacation Days: Due to our extended holiday schedule in December, we ask that employees refrain from taking additional days off in the month of December and January, if at all possible. |
| *Holidays:* | You will have normal paid holidays of Blue Rocket including New Year's Day, Memorial Day, the Fourth of July, Labor Day, Thanksgiving Day and Christmas Day. Additionally, our office is closed the last 2 weeks of December through New Year's Day for extended holiday time with family and friends. However, we do ask that employees keep themselves available remotely via email and phone to provide coverage if anything unexpected were to occur. |
| *Pay Days:* | Employee paydays are on the 7th and 22nd of each month. If payday falls on a weekend, employees will be paid on the Friday prior to the weekend. Employees will receive 50% of their base salary on the 7th of each month, and will receive 50% of their base salary PLUS any bonus/commissions on the 22nd of each month. |

Blue Rocket invests a substantial amount of time and money in developing its advertising, promotional and other business materials, in hiring and training its employees, and in attracting and maintaining customers. As an employee of Blue Rocket you will be expected to help protect this investment by entering into an agreement that includes confidential information and competition clauses on its current customers, products, etc., *but not upon the industry, trade or employment in general*. We do not seek to restrict your employment opportunities. We seek only to protect certain assets and employee relationship that are created already by Blue Rocket or are created as a result of your employment by Blue Rocket. This confidentiality/non-compete agreement will be provided to you for review prior to signing your employment agreement with Blue Rocket.

Please understand that all terms and conditions of your employment should be kept strictly confidential.

Prior to beginning employment, you will be asked to complete an application for employment which allows us to do a brief background check concerning any potential criminal activities. Your employment is contingent upon our successful review of these records and our level of comfort with the information contained in them.

Blue Rocket complies with the Immigration Reform and Control Act of 1986. This law requires us to verify your identity and eligibility to work within the United States.

On your first day of employment, you will be expected to complete an I-9 form and present original identity documents such as those listed on the I-9 form for our inspection and records. Your employment with Blue Rocket is contingent upon compliance with these requirements.

As a condition of this offer letter, we ask that you attest to the fact that you are not subject to a written or verbal commitment concerning non-competition, trade secrets and confidentiality ("Non-Compete Attest").

Finally, it is important to understand that your employment with Blue Rocket is not for any specific length of time. You, or Blue Rocket, may end the employment relationship at will, with or without cause, at any time.

This offer supersedes any other written and/or verbal representations made by any representative of Blue Rocket, relative to your employment with Blue Rocket.

If the terms of this offer of employment are acceptable to you, please sign and date this letter in the space provided below and return it to me, along with the attached Trade Secrets, Confidentiality and Non-Competition Agreement.

We look forward to your acceptance of our offer of employment and the opportunity to work with you.  Should you have any questions about the offer of employment, or the materials enclosed, please do not hesitate to call me at 303-915-1928.

Sincerely,

Jenny Johnson, CEO
Blue Rocket Brands, LLC

Accepted,

Seth Davies

# Blue Rocket Brands

## Enrollment Checklist

## April 1, 2017

### Medical – United Healthcare  ** NEW CARRIER **

Please complete the DORA Application to enroll in medical coverage. If you are *waiving* coverage, please complete the employee information on page 1 and the waiver section on page 2 of the DORA Application.

**Coverage Election**
- ☐ Employee Only
- ☐ Employee + Spouse
- ☐ Employee + Child(ren)
- ☒ Employee + Family

- ☐ Waive Coverage

### Dental – Delta Dental

If you are changing your coverage, by adding or dropping a dependent, or are enrolling onto the plan for the first time, please complete the Enrollment/Change Form.

**Coverage Election**
- ☐ Employee Only
- ☒ Employee + Spouse
- ☐ Employee + Child(ren)
- ☐ Employee + Family

- ☐ Waive Coverage

### Vision – EyeMed

If you are changing your coverage, by adding or dropping a dependent, or are enrolling onto the plan for the first time, please complete the Enrollment/Change Form.

**Coverage Election**
- ☒ Employee Only
- ☐ Employee + Spouse
- ☐ Employee + Child(ren)
- ☐ Employee + Family

- ☐ Waive Coverage

### ID Watchdog

**Coverage Election**
- ☐ Yes, I wish to enroll, attached is my enrollment form
- ☒ No, I do not wish to enroll at this time

Danielle Foss
Print Name

_Daelle Foss_        3/17/17
Signature              Date



# CLAIM HISTORY COVER SHEET

History Conversion / Manual Backload Request

Dear Employee,

In order to properly credit deductibles you and your dependents have satisfied while covered under the prior carrier, we need copies of the prior carrier Explanation of Benefit (EOB) statements.

Please note that in order to ensure prompt and accurate processing of your claims with UnitedHealthcare, and to avoid unnecessary claim adjustments, please submit this information to us <u>as soon as possible</u>.

If the most recent EOB for you and/or your dependent includes the total amount **satisfied** during the benefit year, we will only need copies of those EOB's. If, however, an EOB only reflects the amount of deductible **remaining**, we require copies of every EOB for that benefit year as well a copy of your prior carrier's benefit summary. We may also accept a deductible accumulation letter from your prior carrier in lieu of the above.

Please complete the information below and mail this form, along with the documentation as noted above, to:

**UnitedHealthcare**
**PO Box 659426**
**San Antonio, TX 78265-9426**

| | |
|---|---|
| **Employer Name:** | RevMountain |
| **Group/Policy #:** | ███████ |
| **Employee Name:** | Danielle Foss |
| **Mailing Address:** | ███████ Thornton, CO 80602 |
| **9 Digit Member ID#:** | ███████ |

List the names of those you are providing information for:

Yourself (Employee):   Yes  X      No _____

| | |
|---|---|
| **Dependent Name:** | _____ |
| **Dependent Name:** | ████████_____ |
| **Dependent Name:** | _____ |
| **Dependent Name:** | _____ |
| **Dependent Name:** | _____ |
| **Dependent Name:** | _____ |
| **Dependent Name:** | _____ |
| **Dependent Name:** | _____ |

# RevLive, LLC

## Enrollment Checklist

## April 1, 2016

### Medical – Anthem BCBS

If you are changing your coverage, by adding or dropping a dependent, please complete the Anthem Change Form.
If you are enrolling onto the plan for the first time, please complete the DORA Application.

**Coverage Election** (please check appropriate box)
- ☐ Employee Only
- ☐ Employee + Child(ren)
- ☐ Employee + Spouse
- ☒ Employee + Family
- ☐ Waive Coverage

### Dental – Delta Dental

If you are changing your coverage, by adding or dropping a dependent, or are enrolling onto the plan for the first time, please complete the Enrollment/Change Form.

**Coverage Election** (please check appropriate box)
- ☐ Employee Only
- ☐ Employee + Child(ren)
- ☒ Employee + Spouse
- ☐ Employee + Family
- ☐ Waive Coverage

### Vision – EyeMed  *NEW CARRIER*

Please complete the EyeMed Vision Enrollment/Waiver form.

**Coverage Election** (please check appropriate box)
- ☒ Employee Only
- ☐ Employee + Child(ren)
- ☐ Employee + Spouse
- ☐ Employee + Family
- ☐ Waive Coverage

### ID Watchdog *NEW COVERAGE*

**Coverage Election** (please check appropriate box)
- ☐ Yes, I wish to enroll, attached is my enrollment form
- ☒ No, I do not wish to enroll at this time

Danielle Foss
_____
**Print Name**

_____
**Signature**

3/15/16
_____
**Date**



2011 Cherry Street, #202
Louisville, CO 80027

## OFFER LETTER

April 25th, 2017

Lindsey Martinez

Dear Lindsey:

On behalf of Blue Rocket Brands, LLC ("Blue Rocket"), I am pleased to extend to you an offer of employment with Blue Rocket with a start date of May 1st 2017.

The terms of this offer are set forth in the following:

| | |
|---|---|
| *Position Title:* | Manager – Customer Service and Processing |
| *Reporting To:* | CEO |
| *Compensation:* | Base Salary of $3,833.33 per month; |
| | **Processing and reporting Bonus-TBD** |
| | Both parties acknowledge that Blue Rocket is in the process of implementing a new growth strategy and there will be adjustments made along the way as the reality of business development occurs. These adjustments may lower or raise various metrics in order for the employee to hit the target comp. |
| | Blue Rocket Brands will also reimburse for cell phone reimbursement. |
| *Benefits:* | 100% of employee expenses for participation in existing medical insurance plan. We also provide short and long term disability through Northwestern Mutual. We also provide the opportunity to participate in 401K plan and we match contributions 50% up to 3% based on your participation level and time with Blue Rocket. |
| | 100% of employee expenses for participation in existing dental and vision insurance plan. |

| | |
|---|---|
| *Vacation:* | You are a grownup. ☺ We expect you to manage your own vacation time, interacting with your manager and co-workers to assure a smooth handoff of responsibilities. There is no limit to vacation time per se, other than your manager's approval and your ability to hit critical performance goals based on your performance and the performance of the team. |
| | Blackout Vacation Days: Due to our extended holiday schedule in December, employees cannot take additional days off in the month of December and January. |
| *Holidays:* | You will have normal paid holidays of Blue Rocket including New Year's Day, Memorial Day, the Fourth of July, Labor Day, Thanksgiving Day and Christmas Day. Additionally, our office is closed the last two weeks of December through New Year's Day for extended holiday time with family and friends. However, we do ask that employees keep themselves available remotely via email and phone to provide coverage if anything unexpected were to occur. |
| *Pay Days:* | Employee paydays are on the 7th and 22nd of each month. Employees will receive 50% of their base salary on the 7th of each month, and will receive 50% of their base salary PLUS any bonus/commissions on the 22nd of each month. |

Blue Rocket invests a substantial amount of time and money in developing its advertising, promotional and other business materials, in hiring and training its employees, and in attracting and maintaining customers. As an employee of Blue Rocket you will be expected to help protect this investment by entering into an agreement that includes confidential information and competition clauses on its current customers, products, prospects, processors, vendors, etc., but not upon the industry, trade or employment in general. We do not seek to restrict your employment opportunities. We seek only to protect certain assets and employee relationship that are created already by Blue Rocket or are created as a result of your employment by Blue Rocket. This confidentiality/non-compete agreement will be provided to you for review prior to signing your employment agreement with Blue Rocket.

Please understand that all terms and conditions of your employment should be kept strictly confidential.

Prior to beginning employment, you will be asked to complete an application for employment which allows us to do a brief background check concerning any potential criminal activities. Your employment is contingent upon our successful review of these records and our level of comfort with the information contained in them.

Blue Rocket complies with the Immigration Reform and Control Act of 1986. This law requires us to verify your identity and eligibility to work within the United States.

On your first day of employment, you will be expected to complete an I-9 form and present original identity documents such as those listed on the I-9 form for our inspection and records. Your employment with Blue Rocket is contingent upon compliance with these requirements.

As a condition of this offer letter, we ask that you attest to the fact that you are not subject to a written or verbal commitment concerning non-competition, trade secrets and confidentiality ("Non-Compete Attest").

Finally, it is important to understand that your employment with Blue Rocket is not for any specific length of time. You are an employee at will. You, or Blue Rocket, may end the employment relationship at will, with or without cause, at any time.

This offer supersedes any other written and/or verbal representations made by any representative of Blue Rocket, relative to your employment with Blue Rocket.

If the terms of this offer of employment are acceptable to you, please sign and date this letter in the space provided below and return it to me, along with the attached Trade Secrets, Confidentiality and Non-Competition Agreement.

We look forward to your acceptance of our offer of employment and the opportunity to work with you. Should you have any questions about the offer of employment, or the materials enclosed, please do not hesitate to call me at 303-536-1967.

Sincerely,

Stelios Cabrera, CEO
Blue Rocket Brands, LLC

Accepted,

Lindsey Martinez

# RevLive! LLC

## Enrollment Checklist

## April 1, 2017

**Medical – Kaiser Permanente  ** NEW CARRIER ****

Please complete the DORA Application to enroll in medical coverage. If you are waiving coverage, please complete the employee information on page 1 and the waiver section on page 2 of the DORA Application.

**Coverage Election**
☒ Employee Only
☐ Employee + Spouse
☐ Employee + Child(ren)
☐ Employee + Family

☐ Waive Coverage

**Dental – Delta Dental**

If you are changing your coverage, by adding or dropping a dependent, or are enrolling onto the plan for the first time, please complete the Enrollment/Change Form.

*Currently already have.*

**Coverage Election**
☒ Employee Only
☐ Employee + Spouse
☐ Employee + Child(ren)
☐ Employee + Family

☐ Waive Coverage

**Vision – EyeMed**

If you are changing your coverage, by adding or dropping a dependent, or are enrolling onto the plan for the first time, please complete the Enrollment/Change Form.

**Coverage Election**
☒ Employee Only
☐ Employee + Spouse
☐ Employee + Child(ren)
☐ Employee + Family

☐ Waive Coverage

**ID Watchdog**
**Coverage Election**
☐ Yes, I wish to enroll, attached is my enrollment form
☒ No, I do not wish to enroll at this time

Lindsey Martinez                    Lindsey Martinez                    3.15.17
Print Name                          Signature                           Date

# Blue Rocket Brands

## Enrollment Checklist

## April 1, 2017

### Medical – United Healthcare  ** NEW CARRIER **

Please complete the DORA Application to enroll in medical coverage. If you are *waiving* coverage, please complete the employee information on page 1 and the waiver section on page 2 of the DORA Application.

**Coverage Election**

☑ Employee Only
☐ Employee + Spouse
☐ Employee + Child(ren)
☐ Employee + Family

☐ Waive Coverage

### Dental – Delta Dental

If you are changing your coverage, by adding or dropping a dependent, or are enrolling onto the plan for the first time, please complete the Enrollment/Change Form.

**Coverage Election**

☑ Employee Only
☐ Employee + Spouse
☐ Employee + Child(ren)
☐ Employee + Family

☐ Waive Coverage

### Vision – EyeMed

If you are changing your coverage, by adding or dropping a dependent, or are enrolling onto the plan for the first time, please complete the Enrollment/Change Form.

**Coverage Election**

☑ Employee Only
☐ Employee + Spouse
☐ Employee + Child(ren)
☐ Employee + Family

☐ Waive Coverage

### ID Watchdog

**Coverage Election**

☐ Yes, I wish to enroll, attached is my enrollment form
☑ No, I do not wish to enroll at this time

Jason Smithson

Print Name

[signature]

Signature

3/18/17

Date





April 28, 2017

Jason Smithson

Jason@revlive.net

Dear Jason:

On behalf of RevLive, LLC ("RevLive"), I am pleased to provide you an offer of employment as an employee of RevLive. The terms of this offer are set forth in the following:

| | |
|---|---|
| Position Title: | Overnight Escalated Queue Specialist & Agent |
| Reporting To: | Kimber Erickson |
| Start Date: | April 21, 2017 @ 10:00PM |
| Compensation: | Annual Base Salary of $34,000 |
| Benefits: | Health, Dental and Vision insurance covered by RevLive for individual - family coverage requires employee contribution. |
| 401k: | Employees can participate in the RevLive 401k. RevLive matches employee contributions at 50% up to 3%. So, as an example, if an employee contributes 6%, RevLive contributes 3%. RevLive contributions to employee 401ks vest 50% at the third anniversary of employment, 75% at the fourth anniversary of employment and 100% at the fifth year of employment. |
| Vacation: | You are a grown up. ☺ Plan and use vacation time wisely, there is no official policy on time-off at RevLive. You are judged on your overall performance and your ability to achieve objectives. |
| Holidays: | You will have normal paid holidays of RevLive including New Year's Day, Memorial Day, the Fourth of July, Labor Day, Thanksgiving Day and Christmas Day. |
| Christmas/New Year's: | Also, we are closed, with paid vacation, for the entire work week that encompasses December 25th and for the entire work week that encompasses January 1st. These week dates will vary based on various calendar dates for various years and will be announced by management as to specific dates annually. It is important that we work as a team to get projects done in a timely manner in the first part of December so that we can continue to have this company policy. As a result of this policy, time off is not allowed in the period of December prior to the last week of the year and the period of January after the first week of the year. |

RevLive invests a substantial amount of time and money in developing its advertising, promotional and other business materials, in hiring and training its employees, and in attracting and maintaining customers as well as developing software and additional intellectual property. As an employee of RevLive, you will be expected to help protect this investment by entering into an agreement that includes confidential information and trade secrets clauses for its customers, customer lists, vendors, e-mail lists, etc., but will not impose any restrictions on the industry, trade, marketing practices or methodologies or general classes of products in the marketplace

or employment in general.  This confidentiality trade secret agreement will be provided to you for review prior to your employment with RevLive.

Please understand that all terms and conditions of your employment should be kept strictly confidential.  Given your level of employment status, terms such as salary and bonuses and other compensation components are invariably superior to that of other employees and to insure proper morale and employee expectations, the terms of your employment must remain strictly confidential.

RevLive complies with the Immigration Reform and Control Act of 1986.  This law requires us to verify your identity and eligibility to work within the United States.  On your first day of employment, you will be expected to complete an I-9 form and present original identity documents such as those listed on the I-9 form for our inspection and records if one is not already on file.  Additionally, since you will have access to large amounts of private customer data and information, we conduct a background check on all employees if one has not already been completed.  Your employment with RevLive is contingent upon compliance with, and satisfactory completion of, these requirements.

It is important to understand that your employment with RevLive is not for any specific length of time.  You, or RevLive, may end the employment relationship at will, with or without cause, at any time.

This employment offer supersedes any other written and/or verbal representations made by any representative of RevLive relative to your employment with RevLive.

If the terms of this offer of compensation are acceptable to you, please sign and date this letter in the space provided below and return it to me, along with the attached Trade Secrets &Confidentiality Agreement.

We look forward to continuing to work with you.  Should you have any questions about the offer of employment or the materials enclosed, please do not hesitate to call Jenny, the CEO, at 303-915-1928.

Sincerely,

Jenny Johnson
CEO

Accepted,

_____
Jason Smithson, Employee