# PX23

# PX23 Attachment E

# Documents obtained from office of Jade Raber

## Jade Raber

**From:** Jade Raber
**Sent:** Friday, December 09, 2016 2:33 PM
**To:** steve@revlive.net
**Subject:** FW: Call Criteria - DSV2, Premium Nutra, and F9

Thanks Steve!! This has been a great help to the team! ☺

### ▓▓ -- Revived Youth Cream

**Partial Refunds Without Threats:** Can offer partial refunds for escalated, persistent customers without threats
**Full Refund:** YES, IF OFFER IS AVAILABLE, 35% and 50% MUST be made first before moving to Immediate refund.
**Valid Threats :** AG, Bank, BBB, FTC, Lawyer/Lawsuit, Police/Authorities
**Bank Rep Refunds :** YES, if bank rep requests.
**Refund Deadline :** 30 days
**Refund Previous Charges :** Only with supe approval if the customer is extremely escalated. More than 3 months must get corporate approval.
**Return Deadline:** 15 days
**Refund if over 30 days:** NO - not unless a Bank Rep is on the line
**Same Day Void:** YES, same day voids if order has not gone to fulfillment. Must execute in the CRM

### Premium Nutraceuticals -- Zyalix

**Partial Refunds Without Threats :** NO, Partial refunds cannot be offered if the customer is not threatening. No threats = no refunds.
**Full Refund :** YES, 50% Save Sale must be offered before RMA, RMA does NOT issue an instant refund until product is returned.
**Valid Threats :** BBB, AG, chargeback, credit card company, bank.
**Bank Rep Refunds :** YES, if bank rep requests.
**Refund Deadline :** 30 days
**Refund Previous Charges :** NO
**Return Deadline:** 15 days
**Refund if over 30 days:** NO, not even with bank rep
**Same Day Void:** NO, Client does not allow voiding or RTS.

### ▓▓dvertising -- Nuevoderm

**Partial Refunds Without Threats :** YES, Can offer partial refunds for escalated, persistent customers without threats
**Full Refund :** YES, 35% and 50% Save Sale MUST be offered before moving to a full immediate refund.
**Valid Threats :** AG, Bank, BBB, FTC, Lawyer/Lawsuit, Police/Authorities
**Bank Rep Refunds :** YES, Please explain terms and conditions to the bank rep. DO NOT issue a refund unless specifically requested by the bank rep.
**Refund Deadline :** 30 days
**Refund Previous Charges :** NO - Not unless a Bank Rep is on the line
**Return Deadline:** 10 days

1

## Jade Raber

**From:** Jade Raber
**Sent:** Friday, December 09, 2016 1:38 PM
**To:** ryan@revlive.net
**Subject:** Call Criteria - DSV2, Premium Nutra, and F9

Hey Ryan,

Let me know what you think of the below information! ☺
We are good to send to Call Criteria!

### DSV2 -- Revived Youth Cream

**Partial Refunds Without Threats:** Can offer partial refunds for escalated, persistent customers without threats
**Full Refund:** YES, IF OFFER IS AVAILABLE (THIS IS BEING SPLIT TESTED), 35% and 50% MUST be made first before moving to Immediate refund.
**Valid Threats :** AG, Bank, BBB, FTC, Lawyer/Lawsuit, Police/Authorities
**Bank Rep Refunds :** YES, Please explain terms and conditions to the bank rep. DO NOT issue a refund unless specifically requested by the bank rep.
**Refund Deadline :** 30 days
**Refund Previous Charges :** Only with supe approval if the customer is extremely escalated. More than 3 months must get corporate approval.
**Return Deadline:** 15 days
**Refund if over 30 days:** NO - not unless a Bank Rep is on the line
**Same Day Void:** YES, If a customer calls the same day the order is placed, Go in Limelight and press the VOID button found next to the amount of the charge to stop the shipment. Try the Refund button if VOID does not work. This is for same day orders that have not been sent to fulfillment, and if the customer requests to stop shipment.

### Premium Nutraceuticals -- Zyalix

**Partial Refunds Without Threats :** NO, Partial refunds cannot be offered if the customer is not threatening. No threats = no refunds.
**Full Refund :** YES, 50% Save Sale must be offered before RMA, RMA does NOT issue an instant refund until product is returned.
**Valid Threats :** BBB, AG, chargeback, credit card company, bank.
**Bank Rep Refunds :** Please explain terms and conditions to the bank rep. DO NOT issue a refund unless specifically requested by the bank rep.
**Refund Deadline :** 30 days
**Refund Previous Charges :** NO
**Return Deadline:** 15 days
**Refund if over 30 days:** NO, not even with bank rep
**Same Day Void:** NO, Client does not allow voiding or RTS.

### F9 Advertising -- Nuevoderm

1

**Partial Refunds Without Threats : YES,** Can offer partial refunds for escalated, persistent customers without threats

**Full Refund :** YES, 35% and 50% Save Sale MUST be offered before moving to a full immediate refund.

**Valid Threats :** AG, Bank, BBB, FTC, Lawyer/Lawsuit, Police/Authorities

**Bank Rep Refunds :** YES, Please explain terms and conditions to the bank rep. DO NOT issue a refund unless specifically requested by the bank rep.

**Refund Deadline :** 30 days

**Refund Previous Charges :** NO - Not unless a Bank Rep is on the line

**Return Deadline:** 10 days

**Refund if over 30 days:** NO - Not unless a Bank Rep is on the line

**Same Day Void:** If a customer calls in the same day they ordered and requests that we stop the shipment make ECSS and RMA offers, before offering to cancel the shipment.





| Service Order | | | |
|---|---|---|---|
| RevLive's SO #: | | Date: | 01/24/2017 |
| Customer's SO #: | | | |

| RevLive Contact Information | | | |
|---|---|---|---|
| Business Analyst: | Ryan McWilliams | Billing Contact: | Abby Hawkins |
| Address: | 2011 Cherry Street, Ste. 202, Louisville, Colorado 80027 | Billing Phone: | 303.218.6620 |
| | | Billing Fax: | 303.530.0771 |
| | | Billing Email: | abby@revlive.net |
| | | Tech Contact: | Ryan McWilliams |
| Phone: | 303.835.6828 | Technical Phone: | 303.506.8033 |
| Fax: | | Technical Fax: | 303.530.0771 |
| Email: | neil@revlive.net | Technical Email: | ryan@revlive.net |

| Customer Contact Information | | | |
|---|---|---|---|
| Customer Name: | JJR Media, INC | Billing Contact: | |
| Primary Contact: | Jake Kauffman | Billing Phone: | |
| Address: | 1040 Bayview Drive #605 Ft Lauderdale FL 33304 | Billing Fax: | |
| | | Billing Email: | |
| | | Technical Contact: | |
| Phone: | 800-385-2561 | Technical Phone: | |
| Fax: | | Technical Fax: | |
| Email: | <jake@jjrmediainc.com> | Technical Email: | |

| Service Specifications | | | | | | | |
|---|---|---|---|---|---|---|---|
| Service | Type | Start Date | End Date | Setup Fee | Payment Terms | Monthly Minimum Fee | Cost Per Unit |
| Live Customer Service | Domestic | | | Waived | Weekly net 7 | $2,500 | $3.97 |
| Attorney General Handling | | | | Waived | Weekly net 7 | $0 | $50.00 Per |

Service Order © 2011 RevLive, LLC

Page 1 of 6

PX23 Attachment E-4

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Better Business Bureau Handling | | | | Waived | Weekly net 7 | $0 | $20.00 Per |
| Email Services | | | | Waived | Weekly net 7 | $0 | $2.00 Per |

The Live Customer Service shall be subject to the following tier, based on the numbers of units within a given month
1-10,000: $3.97
10,001 -25,000: $3.87
25,001+: $3.77

\*\*JJR can opt out of the agreement with a week's notice\*\*
\*\*RevLive will start with 30% of the call volume 24/7, From there RevLive will work with JJR to increase/decrease volume ongoing.\*\*

{See Live Customer Service Call Center Addendum attached hereto for details of Live Customer Service requirements identified by Customer and RevLive's responsibilities.}

| Summary and Special Instructions | |
|---|---|
| "Unit" Definition: | *Telephone or email interaction related to a product specific customer or orphan requiring a live customer service representative.* |

### Terms and Conditions

The Service(s) identified in this Service Order is governed by and subject to the Service Agreement between RevLive and Customer. In the event that RevLive and Customer have not executed a Service Agreement as of the date of this Service Order, then RevLive's standard Service Agreement as of the date of this Service Order shall govern, copies of which are available upon request. Any Customer-provided purchase order and or changes to this Service Order not expressly agreed to in writing by an authorized RevLive representative shall be for Customer's internal use only and have no force or effect. By executing this Service Order, Customer represents that it has read and is familiar with the terms of the Service Agreement, and agrees to comply with and be bound by all provisions thereof. The terms of the OCO Service Agreement are subject to change and Customer is advised to review the OCO Service Agreement before executing each Service Order.

Please sign below and scan and send to neil@revlive.net

Agreed To and Accepted By:

_[signature]_  01/30/17   Jake Kauffman - President
Authorized Customer Signature   Date   Name/ Title

_[signature]_  1-30-17   Neil Asgn  VP G.C.
Authorized Customer Signature   Date   Name/ Title