# PX23

## PX23 Attachment F

## Consumer complaints obtained from office of Lindsay Martinez



**STATE OF KANSAS**
OFFICE OF THE ATTORNEY GENERAL
CONSUMER PROTECTION AND ANTITRUST DIVISION

**DEREK SCHMIDT**
ATTORNEY GENERAL

December 20, 2016

MEMORIAL HALL
120 SW 10TH AVE., 2ND FLOOR
TOPEKA, KS 66612-1597
(785) 296-3751 • FAX (785) 291-3699
TOLL FREE IN KANSAS (800) 432-2310
WWW.INYOURCORNERKANSAS.ORG

Revlive LLC/RejuvaEssence
1607 Bailey Avenue
Buffalo, NY 14212

*Sent Via Certified Mail No. 7016 1370 0002 4442 0254*

RE:  **Our File No.: CP-16-003043**
     **Consumer: Connie Medina**

Dear Sir or Madam:

This office previously forwarded to you a complaint filed with our office against your company by the consumer referenced above and a request that you respond to this complaint in a timely manner. Although we have given you ample time to respond, to date we have not received your reply.

Another copy of the complaint is enclosed. If we do not receive your written response within ten (10) days from the date of this letter, we may exercise our right under Kansas law to issue a subpoena requiring you to appear in person to provide the information we've requested or take other legal action permitted under K.S.A. 50-631. We look forward to receiving your response in the near future.

Sincerely,

Devin Tatrn
Investigator
OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT
Consumer Protection Division

Enclosure

*[handwritten notes: Done! emailed AG for confirmation.]*



# REVLIVE
WHERE YOUR SUCCESS IS OUR LIFE

(RevLive, LLC handles all customer service inquiries for RejuvaEssence and LumaEssence)
2011 Cherry Street
Suite 202

November 9th, 2016

Office of Attorney General
State of Kansas
Derek Schmidt
Memorial Hall
120 SW 10th Ave, 2nd Floor
Topeka, KS 66612-1597

RE: Connie Medina

# CP – 16-003043

Ms. Tatrn,

We are in receipt of your letter dated October 28, 2016 in reference to Ms. Medina. RevLive, LLC handles all customer service inquiries for RejuvaEssence and LumaEssence.

Summary:

Ms. Medina has requested a refund and this letter is to notify you that a refund in the amount of $77.42 has been issued to her credit card. We do not feel the facts justify us giving her a refund, however this refund has been issued to simplify your life and ours so we no longer have to deal with this issue.

We have included a detailed analysis of her situation below.

Ms. Medina signed up for our client's program (RejuvaEssence and LumaEssence) online on February 3, 2016 and agreed to the terms of the program at the time she signed up. Our client carefully vets through their online purchases to make sure they are legitimate. They verify that the customer has their credit card in person, and verify that they enter the CVV code (the three letter code only visible on the back of the credit card.)

It is impossible for a consumer (including Ms. Medina) to order the product without having this information and without also clicking on a submit button with the following terms positioned directly to the left:

By submitting, you consent to having read and agreed to our Terms & Conditions and after your 14 day trial period has expired, being enrolled in our membership program for $88.49 per month. You can cancel anytime by calling 800-984-5904.

We are confident you will see the benefits of using our RejuvaEssence Product within our 14 Days trial. You are taking the next step toward a more confident you! Upon signing up for your trial offer, your credit card provided will be charged a one-time processing fee of $3.95 with discount for a 30 day supply of RejuvaEssence. If you contact customer service to terminate your trial enrollment within 14 Days of the date that you enroll in the Program, you will not receive any additional product and you will not be charged anything else. Your enrollment date is the date that you submit your order for the trial product. All orders are shipped within one business day.

If you do not cancel within 14 Days of your intial trial purchase, we will charge the same card you provided the full product cost of $88.49 and enroll you in our auto ship program, which will ship you a fresh monthly supply of the product, and charge your card $88.49 (including S&H) every 30 days. You can cancel out of the auto ship program at anytime by contacting customer service at 1-800-984-5904 or support@rejuvaessence.com, 24 hours a day 7 days a week.

Similar information was displayed to Ms. Medina on the LumaEssence page as well.

The trial programs offer a trial, in which she was able to try out these products and indicates that billing will take place for the product after the trial.

We provide myriad ways in which a customer may contact us to cancel their account and avoid further billing. We have a fully automated IVR phone system that is available 24 hours a day, 7 days a week where a customer may cancel their account without needing to speak with a representative. A customer may also email us 24 hours a day and their request will be handled within 24 business hours while being credited as of the time it was received by our email server. Lastly, we have live customer service representatives available seven days a week, 24 hours a day.

On February 26, 2016 Ms. Medina contacted our company during her trial period to cancel her account with a representative. She was given the option to return her shipment to avoid any further charges or pay a special discounted price to keep the product.

She chose to keep the products for a onetime fee of $38.71 to avoid returning our products.

We work under strict guidelines with our legal counsel to assure that we comply with all legal and ethical requirements in consumer sales and affairs.

We have gone ahead and refunded both charges, equaling $77.42.

Should you have any further questions or concerns, please let me know.

Sincerely,

Lindsey Martinez
RevLive, LLC



**STATE OF KANSAS**
**OFFICE OF THE ATTORNEY GENERAL**
CONSUMER PROTECTION AND ANTITRUST DIVISION

**DEREK SCHMIDT**
ATTORNEY GENERAL

December 8, 2016

MEMORIAL HALL
120 SW 10TH AVE., 2ND FLOOR
TOPEKA, KS 66612-1597
(785) 296-3751 • FAX (785) 291-3699
TOLL FREE IN KANSAS (800) 432-2310
WWW.INYOURCORNERKANSAS.ORG

Revlive/LLC RejuvaEssence
1607 Bailey Avenue
Buffalo, NY 14212

RE:   Consumer: Connie Medina
      Our File No.: CP-16-003043

Dear Sir/Madam:

We have received the enclosed additional information and/or comment regarding the above-referenced complaint. Please provide us with your written response within ten (10) days of the date of this letter to assist us in determining whether a violation of the Kansas Consumer Protection Act has occurred.

Sincerely,

Devin Tatro
Investigator
Office of Attorney General
DEREK SCHMIDT
Consumer Protection/Antitrust Division

Enclosure
cc:   Connie Medina

Doherty, Melanie

| | |
|---|---|
| From: | |
| Sent: | Monday, December 05, 2016 10:39 AM |
| To: | cprotect |
| Subject: | RE: CP-16-003043 |
| Categories: | Correspondence |

I have not recd this refund to my acct. How long should I wait... Thanks so much for all your help

Sent from my T-Mobile 4G LTE Device
-------- Original message --------
From: cprotect <cprotect@ag.ks.gov>
Date: 11/30/2016 10:17 AM (GMT-06:00)
To:
Subject: CP-16-003043

Please see attached

Devin Tatrn

Investigator

Office of Kansas Attorney General Derek Schmidt

Consumer Protection Division

120 SW 10th Ave 2nd Floor

Topeka, KS 66612

785-296-3751 phone

785-291-3699 fax

cprotect@ag.ks.gov

www.ag.ks.gov

1

| | |
|---|---|
| From: | eisu@da.ks.gov |
| To: | General |
| Subject: | Attorney General's Website Contact Us Submission |
| Date: | Thursday, December 08, 2016 10:28:18 AM |

A request for contact or comment has been submitted on the Attorney General's website:
To: general@ag.ks.gov
Subject: General Inquiries
Name: Connie Medina
Email:
Mailing Address:
City:
State:
Zip:
Phone:
Comments: I recd a response regarding my case #CP-16-003043. The company in question had responded that they were issuing a credit to my card on Oct 28th. As yet, I have not recd this refund. Can you please let me know about this refund? Thank you in advance for your help in this matter.

Case 2:17-cv-02000-APG-GWF   Document 50-7   Filed 08/25/17   Page 8 of 10



**STATE OF KANSAS**
**OFFICE OF THE ATTORNEY GENERAL**
CONSUMER PROTECTION AND ANTITRUST DIVISION

**DEREK SCHMIDT**
ATTORNEY GENERAL

MEMORIAL HALL
120 SW 10TH AVE., 2ND FLOOR
TOPEKA, KS 66612-1597
(785) 296-3751 • FAX (785) 291-3699
TOLL FREE IN KANSAS (800) 432-2310
WWW.INYOURCORNERKANSAS.ORG

December 8, 2016

Revlive/LLC RejuvaEssence
1607 Bailey Avenue
Buffalo, NY 14212

RE:   Consumer: Connie Medina
      Our File No.: CP-16-003043

Dear Sir/Madam:

We have received the enclosed additional information and/or comment regarding the above-referenced complaint. Please provide us with your written response within ten (10) days of the date of this letter to assist us in determining whether a violation of the Kansas Consumer Protection Act has occurred.

Sincerely,

Devin Tatro
Investigator
Office of Attorney General
DEREK SCHMIDT
Consumer Protection/Antitrust Division

Enclosure
cc:   Connie Medina

PX23 Attachment F-7

**Doherty, Melanie**

| | |
|---|---|
| From: | |
| Sent: | Monday, December 05, 2016 10:39 AM |
| To: | cprotect |
| Subject: | RE: CP-16-003043 |
| Categories: | Correspondence |

I have not recd this refund to my acct. How long should I wait... Thanks so much for all your help

Sent from my T-Mobile 4G LTE Device
-------- Original message --------
From: cprotect <cprotect@ag.ks.gov>
Date: 11/30/2016 10:17 AM (GMT-06:00)
To: conniemedina2010@gmail.com
Subject: CP-16-003043

Please see attached

Devin Tatrn

Investigator

Office of Kansas Attorney General Derek Schmidt

Consumer Protection Division

120 SW 10th Ave 2nd Floor

Topeka, KS 66612

785-296-3751 phone

785-291-3699 fax

cprotect@ag.ks.gov

www.ag.ks.gov

1

**From:** eisu@da.ks.gov
**To:** General
**Subject:** Attorney General"s Website Contact Us Submission
**Date:** Thursday, December 08, 2016 10:28:18 AM

A request for contact or comment has been submitted on the Attorney General's website:
To: general@ag.ks.gov
Subject: General Inquiries
Name: Connie Medina
Email:
Mailing Address:
City:
State:
Zip:
Phone:
Comments: I recd a response regarding my case #CP-16-003043. The company in question had responded that they were issuing a credit to my card on Oct 28th. As yet, I have not recd this refund. Can you please let me know about this refund? Thank you in advance for your help in this matter.