# PX23

## PX23 Attachment G

## Photograph of computer screen from office of Laura Turner

