PX23

PX23 Attachment H

Photograph of whiteboard from office of John Jones

