# PX23

# PX23 Attachment I

# Revenue summary document obtained from Blair McNea's computer

daily revguard revenue and margin (1).xlsx

|  | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb (est) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RevGuard** | $ 74,577.49 | $ 76,516.95 | $ 91,526.78 | $ 39,389.01 | $ 64,000.16 | $ 80,272.54 | $ 102,718.96 | $ 145,440.80 | $ 131,337.95 | $ 163,533.64 | $ 131,853.33 | $ 232,488.50 | $ 331,002.47 |
| RevGuard - Convertis | $ 23,377.50 | $ 20,359.50 | $ 19,191.00 | $ 19,413.00 | $ 14,520.00 | $ 15,039.00 | $ 26,182.50 | $ 17,266.50 | $ 16,039.50 | $ 16,491.00 | $ 13,132.50 | $ 11,196.00 | $ 5,099.71 |
| RevGuard - Juniper | $ 1,983.00 | $ 1,516.50 | $ 756.00 | $ 1,555.50 | $ 1,476.00 | $ 1,339.50 | $ 4,978.50 | $ 11,227.50 | $ 10,671.00 | $ 9,351.00 | $ 10,158.00 | $ 10,354.50 | $ 15,805.59 |
| RevGuard - Wave Rock | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 58.50 | $ 2,496.00 | $ 2,502.00 | $ 4,609.50 | $ 7,992.00 | $ 17,209.71 |
| RevGuard - Skyway | $ 10,152.84 | $ 13,677.44 | $ 25,893.24 | $ 22,149.22 | $ 19,519.10 | $ 9,250.54 | $ 8,938.46 | $ 45,777.50 | $ 42,603.75 | $ 47,809.69 | $ 39,838.13 | $ 104,211.25 | $ 102,436.76 |
| RevGuard w/o Convertis | $ 51,199.99 | $ 56,157.45 | $ 72,335.78 | $ 19,976.01 | $ 49,480.16 | $ 65,233.54 | $ 76,536.46 | $ 128,174.30 | $ 115,298.45 | $ 147,042.64 | $ 118,720.83 | $ 221,292.50 | $ 325,902.77 |
| RevGuard w/o Convertis, Juniper, Wave Rock | $ 49,216.99 | $ 54,640.95 | $ 71,579.78 | $ 18,420.51 | $ 48,004.16 | $ 63,894.04 | $ 71,557.96 | $ 116,888.30 | $ 102,131.45 | $ 135,189.64 | $ 103,953.33 | $ 202,946.00 | $ 292,887.47 |
| RevGuard w/o Convertis & Skyway | $ 41,047.15 | $ 42,480.01 | $ 46,442.54 | $ (2,173.21) | $ 29,961.06 | $ 55,983.00 | $ 67,598.00 | $ 82,396.80 | $ 72,694.70 | $ 99,232.95 | $ 78,882.70 | $ 117,081.25 | $ 223,466.00 |
| **RevGuard w/o Convertis/Jun/Wave & Skyway** | $ 39,064.15 | $ 40,963.51 | $ 45,686.54 | $ (3,728.71) | $ 28,485.06 | $ 54,643.50 | $ 62,619.50 | $ 71,110.80 | $ 59,527.70 | $ 87,379.95 | $ 64,115.20 | $ 98,734.75 | $ 190,450.71 |



Revenue Summary