# PX23

## PX23 Attachment J

## Documents discussing threats and chargebacks, obtained from Blair McNea's computer

| | | | | | |
|---|---|---|---|---|---|
| **From:** | Jenny Johnson <jenny@revlive.net> | | | | |
| **Sent:** | Friday, February 10, 2017 9:32 PM | | | | |
| **To:** | 'Blair McNea' <bmcnea@gmail.com> | | | | |
| **Subject:** | % of threats that chargeback | | | | |
| **Attach:** | Threat %.xlsx | | | | |

Ok, so I think this is what you are looking for, this breaks out what kind of threats and then shows of all the threats we received, what % became a chargeback. I then broke it down based on if they got a partial refund, full refund or save sale.

I attached all clients, here is Wave Rock. In November of last year there were 9472 interactions, 829 of those made a threat and 68 turned into a chargeback. That's 8.2% that threatened and turned into a chargeback. 1041 of those interactions were a full refund, 665 of those had made a threat and 56 became a chargeback, so 8.42% What you can see if most of your chargebacks are coming from the people getting 100% refunds, so does it make sense to be giving them 100%?

| Name | Total | CBThreat | CBThreat % | BBBThreat | % |
|---|---|---|---|---|---|
| Wave Rock | 9472 | 420 | 4.43% | 166 | |
| 100 | 1041 | 351 | 33.72% | 126 | |
| 75 | 33 | 5 | 15.15% | 0 | |
| 60 | 167 | 9 | 5.39% | 0 | |
| 50 | 37 | 3 | 8.11% | 1 | |
| 35 | 180 | 5 | 2.78% | 3 | |
| 15 | 1 | 0 | 0.00% | 0 | |
| 10 | 72 | 2 | 2.78% | 1 | |
| 18.71 | 14 | 0 | 0.00% | 0 | |
| 9.41 | 310 | 1 | 0.32% | 0 | |
| 0 | 6234 | 24 | 0.38% | 23 | |
| RMA/Clean Cancel | 1383 | 20 | 1.45% | 12 | |

Jenny Johnson - CEO | RevLive
p : 303.218.6617 | skype: jennyfredjohn

Threat %.xlsx

| Name | Total | CBThreat | CBThreat % | BBBThreat | BBBThreat % | AGThreat | AGThreat % | FTCThreat | FTCThreat % | LAThreat | LAThreat % | OtherThreat | OtherThreat % | TotalThreat | Threat % | CB | CB% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| F9 Advertising LLC | 23968 | 2018 | 8.42% | 719 | 3.00% | 262 | 1.09% | 36 | 0.15% | 514 | 2.14% | 404 | 1.69% | 3353 | 13.99% | 430 | 12.82% |
| 100 | 3958 | 1187 | 29.99% | 381 | 9.63% | 137 | 3.46% | 18 | 0.45% | 251 | 6.34% | 255 | 6.44% | 1852 | 46.79% | 203 | 10.96% |
| 70 | 4 | 1 | 25.00% | 1 | 25.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 2 | 50.00% | 0 | 0.00% |
| 50 | 945 | 217 | 22.96% | 78 | 8.25% | 23 | 2.43% | 5 | 0.53% | 48 | 5.08% | 28 | 2.96% | 348 | 36.83% | 38 | 10.92% |
| 35 | 803 | 169 | 21.05% | 79 | 9.84% | 23 | 2.86% | 2 | 0.25% | 63 | 7.85% | 23 | 2.86% | 335 | 41.72% | 47 | 14.03% |
| 15 | 526 | 1 | 0.19% | 2 | 0.38% | 0 | 0.00% | 0 | 0.00% | 2 | 0.38% | 1 | 0.19% | 4 | 0.76% | 2 | 50.00% |
| 10 | 112 | 2 | 1.79% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 2 | 1.79% | 0 | 0.00% |
| 38.71 | 57 | 2 | 3.51% | 1 | 1.75% | 0 | 0.00% | 0 | 0.00% | 1 | 1.75% | 0 | 0.00% | 3 | 5.26% | 0 | 0.00% |
| 28.71 | 31 | 1 | 3.23% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 1 | 3.23% | 0 | 0.00% |
| 18.71 | 67 | 1 | 1.49% | 1 | 1.49% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 2 | 2.99% | 0 | 0.00% |
| 0 | 12332 | 245 | 1.99% | 117 | 0.95% | 51 | 0.41% | 7 | 0.06% | 81 | 0.66% | 68 | 0.55% | 479 | 3.88% | 83 | 17.33% |
| RMA/Clean Cancel | 5132 | 192 | 3.74% | 59 | 1.15% | 28 | 0.55% | 4 | 0.08% | 68 | 1.33% | 29 | 0.57% | 325 | 6.33% | 57 | 17.54% |
| DSV2 Media | 17308 | 790 | 4.56% | 135 | 0.78% | 14 | 0.08% | 7 | 0.04% | 194 | 1.12% | 220 | 1.27% | 1196 | 6.91% | 71 | 5.94% |
| 100 | 1164 | 349 | 29.98% | 53 | 4.55% | 8 | 0.69% | 2 | 0.17% | 85 | 7.30% | 92 | 7.90% | 508 | 43.64% | 43 | 8.46% |
| 50 | 489 | 80 | 16.36% | 20 | 4.09% | 0 | 0.00% | 1 | 0.20% | 23 | 4.70% | 23 | 4.70% | 130 | 26.58% | 5 | 3.85% |
| 30 | 273 | 41 | 15.02% | 3 | 1.10% | 0 | 0.00% | 0 | 0.00% | 7 | 2.56% | 6 | 2.20% | 55 | 20.15% | 3 | 5.45% |
| 15 | 358 | 44 | 12.29% | 11 | 3.07% | 0 | 0.00% | 0 | 0.00% | 11 | 3.07% | 7 | 1.96% | 71 | 19.83% | 1 | 1.41% |
| 10 | 503 | 1 | 0.20% | 2 | 0.40% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 3 | 0.60% | 0 | 0.00% |
| 39.71 | 30 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0% |
| 38.71 | 96 | 2 | 2.08% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 2 | 2.08% | 0 | 0.00% |
| 29.71 | 34 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0% |
| 28.71 | 75 | 1 | 1.33% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 1 | 1.33% | 1 | 1.33% | 0 | 0.00% |
| 19.71 | 71 | 2 | 2.82% | 1 | 1.41% | 0 | 0.00% | 0 | 0.00% | 2 | 2.82% | 1 | 1.41% | 6 | 8.45% | 0 | 0.00% |
| 18.71 | 191 | 2 | 1.05% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 1 | 0.52% | 0 | 0.00% | 3 | 1.57% | 0 | 0.00% |
| 0 | 9467 | 109 | 1.15% | 22 | 0.23% | 4 | 0.04% | 3 | 0.03% | 45 | 0.48% | 55 | 0.58% | 200 | 2.11% | 10 | 5.00% |
| RMA/Clean Cancel | 4557 | 159 | 3.49% | 23 | 0.50% | 2 | 0.04% | 1 | 0.02% | 20 | 0.44% | 35 | 0.77% | 217 | 4.76% | 9 | 4.15% |
| Baza Marketing | 14532 | 1389 | 9.56% | 466 | 3.21% | 193 | 1.33% | 21 | 0.14% | 152 | 1.05% | 556 | 3.83% | 2359 | 16.23% | 178 | 7.55% |
| 100 | 1553 | 737 | 47.46% | 146 | 9.40% | 157 | 10.11% | 15 | 0.97% | 71 | 4.57% | 288 | 18.54% | 1136 | 73.15% | 44 | 3.87% |
| 50 | 955 | 377 | 39.48% | 146 | 15.29% | 3 | 0.31% | 2 | 0.21% | 16 | 1.68% | 123 | 12.88% | 603 | 63.14% | 50 | 8.29% |
| 25 | 194 | 0 | 0.00% | 75 | 38.66% | 0 | 0.00% | 2 | 1.03% | 2 | 1.03% | 40 | 20.62% | 116 | 59.79% | 7 | 6.03% |
| 10 | 237 | 1 | 0.42% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 1 | 0.42% | 1 | 100.00% |
| 38.71 | 74 | 1 | 1.35% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 1 | 1.35% | 0 | 0.00% |
| 28.71 | 44 | 2 | 4.55% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 2 | 4.55% | 0 | 0.00% |
| 18.71 | 126 | 2 | 1.59% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 2 | 1.59% | 0 | 0.00% |
| RMA/Clean Cancel | 4608 | 129 | 2.80% | 43 | 0.93% | 7 | 0.15% | 2 | 0.04% | 36 | 0.78% | 46 | 1.00% | 232 | 5.03% | 48 | 20.69% |
| | 6741 | 140 | 2.08% | 56 | 0.83% | 26 | 0.39% | 0 | 0.00% | 27 | 0.40% | 59 | 0.88% | 266 | 3.95% | 28 | 10.53% |
| Dynamic Marketing | 12542 | 1063 | 8.48% | 344 | 2.74% | 99 | 0.79% | 14 | 0.11% | 127 | 1.01% | 399 | 3.18% | 1771 | 14.12% | 143 | 8.07% |
| 100 | 1117 | 531 | 47.54% | 91 | 8.15% | 75 | 6.71% | 11 | 0.98% | 44 | 3.94% | 193 | 17.28% | 803 | 71.89% | 32 | 3.99% |
| 50 | 771 | 287 | 37.22% | 92 | 11.93% | 4 | 0.52% | 1 | 0.13% | 15 | 1.95% | 108 | 14.01% | 461 | 59.79% | 47 | 10.20% |
| 25 | 114 | 0 | 0.00% | 60 | 52.63% | 1 | 0.88% | 0 | 0.00% | 1 | 0.88% | 17 | 14.91% | 74 | 64.91% | 3 | 4.05% |
| 10 | 153 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0% |
| 38.71 | 48 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0% |
| 28.71 | 42 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0% |
| 18.71 | 111 | 0 | 0.00% | 0 | 0.00% | 2 | 1.80% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 2 | 1.80% | 0 | 0.00% |
| 0 | 4285 | 125 | 2.92% | 47 | 1.10% | 5 | 0.12% | 0 | 0.00% | 47 | 1.10% | 33 | 0.77% | 220 | 5.13% | 31 | 14.09% |
| 0 | 5901 | 120 | 2.03% | 54 | 0.92% | 12 | 0.20% | 2 | 0.03% | 20 | 0.34% | 48 | 0.81% | 211 | 3.58% | 30 | 14.22% |
| HEALTHY IMAGE LLC â€" | 12417 | 607 | 4.89% | 128 | 1.03% | 70 | 0.56% | 10 | 0.08% | 102 | 0.82% | 203 | 1.63% | 1002 | 8.07% | 6 | 0.60% |
| Edge Brands | 11254 | 713 | 6.34% | 284 | 2.52% | 99 | 0.88% | 13 | 0.12% | 134 | 1.19% | 248 | 2.20% | 1281 | 11.38% | 0 | 0.00% |
| Premium Nutraceuticals | 11174 | 889 | 7.96% | 250 | 2.24% | 140 | 1.25% | 20 | 0.18% | 104 | 0.93% | 205 | 1.83% | 1413 | 12.65% | 227 | 16.07% |
| 100 | 1041 | 386 | 37.08% | 102 | 9.80% | 65 | 6.24% | 8 | 0.77% | 35 | 3.36% | 82 | 7.88% | 572 | 54.95% | 115 | 20.10% |
| 50 | 721 | 308 | 42.72% | 78 | 10.82% | 42 | 5.83% | 6 | 0.83% | 13 | 1.80% | 53 | 7.35% | 459 | 63.66% | 37 | 8.06% |
| 19.71 | 175 | 1 | 0.57% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 1 | 0.57% | 0 | 0.00% |
| 10 | 237 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0% |
| 0 | 3050 | 89 | 2.92% | 21 | 0.69% | 17 | 0.56% | 2 | 0.07% | 34 | 1.11% | 27 | 0.89% | 171 | 5.61% | 39 | 22.81% |
| 0 | 5950 | 105 | 1.76% | 49 | 0.82% | 16 | 0.27% | 4 | 0.07% | 22 | 0.37% | 43 | 0.72% | 210 | 3.53% | 36 | 17.14% |
| Commerce Direct | 10126 | 910 | 8.99% | 325 | 3.21% | 92 | 0.91% | 15 | 0.15% | 110 | 1.09% | 383 | 3.78% | 1551 | 15.32% | 137 | 8.83% |
| 100 | 991 | 466 | 47.02% | 102 | 10.29% | 77 | 7.77% | 6 | 0.61% | 50 | 5.05% | 152 | 15.34% | 685 | 69.12% | 40 | 5.84% |
| 50 | 697 | 256 | 36.73% | 105 | 15.06% | 3 | 0.43% | 1 | 0.14% | 10 | 1.43% | 109 | 15.64% | 434 | 62.27% | 45 | 10.37% |
| 25 | 133 | 0 | 0.00% | 55 | 41.35% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 32 | 24.06% | 87 | 65.41% | 1 | 1.15% |
| 10 | 201 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0% |
| 38.71 | 49 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0% |
| 28.71 | 37 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0% |
| 18.71 | 128 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0% |
| 0 | 3326 | 95 | 2.86% | 22 | 0.66% | 4 | 0.12% | 6 | 0.18% | 24 | 0.72% | 35 | 1.05% | 164 | 4.93% | 32 | 19.51% |
| 0 | 4564 | 93 | 2.04% | 41 | 0.90% | 8 | 0.18% | 2 | 0.04% | 26 | 0.57% | 55 | 1.21% | 181 | 3.97% | 19 | 10.50% |
| Wave Rock | 9472 | 420 | 4.43% | 166 | 1.75% | 72 | 0.76% | 11 | 0.12% | 134 | 1.41% | 163 | 1.72% | 829 | 8.75% | 68 | 8.20% |
| 100 | 1041 | 351 | 33.72% | 126 | 12.10% | 54 | 5.19% | 8 | 0.77% | 100 | 9.61% | 136 | 13.06% | 665 | 63.88% | 56 | 8.42% |
| 75 | 33 | 5 | 15.15% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 2 | 6.06% | 1 | 3.03% | 8 | 24.24% | 0 | 0.00% |
| 60 | 167 | 9 | 5.39% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 4 | 2.40% | 0 | 0.00% | 12 | 7.19% | 1 | 8.33% |
| 50 | 37 | 3 | 8.11% | 1 | 2.70% | 1 | 2.70% | 0 | 0.00% | 1 | 2.70% | 0 | 0.00% | 5 | 13.51% | 0 | 0.00% |
| 35 | 180 | 5 | 2.78% | 3 | 1.67% | 0 | 0.00% | 0 | 0.00% | 1 | 0.56% | 0 | 0.00% | 8 | 4.44% | 0 | 0.00% |
| 15 | 1 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0% |
| 10 | 72 | 2 | 2.78% | 1 | 1.39% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 3 | 4.17% | 0 | 0.00% |
| 18.71 | 14 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0% |
| 9.41 | 310 | 1 | 0.32% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 1 | 0.32% | 0 | 0.00% |
| 0 | 6234 | 24 | 0.38% | 23 | 0.37% | 14 | 0.22% | 1 | 0.02% | 16 | 0.26% | 15 | 0.24% | 76 | 1.22% | 9 | 11.84% |
| 0 | 1383 | 20 | 1.45% | 12 | 0.87% | 3 | 0.22% | 2 | 0.14% | 10 | 0.72% | 11 | 0.80% | 51 | 3.69% | 2 | 3.92% |
| TruBio Labs | 6559 | 92 | 1.40% | 35 | 0.53% | 20 | 0.30% | 3 | 0.05% | 31 | 0.47% | 30 | 0.46% | 183 | 2.79% | 11 | 6.01% |
| Shoreline | 5460 | 415 | 7.60% | 185 | 3.39% | 55 | 1.01% | 7 | 0.13% | 99 | 1.81% | 111 | 2.03% | 732 | 13.41% | 42 | 5.74% |
| Hartford Scientific | 4951 | 343 | 6.93% | 57 | 1.15% | 52 | 1.05% | 5 | 0.10% | 45 | 0.91% | 47 | 0.95% | 494 | 9.98% | 78 | 15.79% |
| Salamonie River | 4396 | 221 | 5.03% | 109 | 2.48% | 40 | 0.91% | 1 | 0.02% | 61 | 1.39% | 74 | 1.68% | 437 | 9.94% | 29 | 6.64% |
| Divine Youth | 3881 | 268 | 6.91% | 67 | 1.73% | 19 | 0.49% | 6 | 0.15% | 55 | 1.42% | 55 | 1.42% | 424 | 10.93% | 40 | 9.43% |
| WinblasTI Limited | 3120 | 7 | 0.22% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 2 | 0.06% | 2 | 0.06% | 11 | 0.35% | 0 | 0.00% |
| Syntratech | 2580 | 88 | 3.41% | 4 | 0.16% | 1 | 0.04% | 2 | 0.08% | 43 | 1.67% | 50 | 1.94% | 171 | 6.63% | 0 | 0.00% |
| Convoy Management | 1510 | 31 | 2.05% | 14 | 0.93% | 10 | 0.66% | 0 | 0.00% | 8 | 0.53% | 9 | 0.60% | 70 | 4.64% | 1 | 1.43% |
| Nutribalanz | 318 | 8 | 2.52% | 6 | 1.89% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 2 | 0.63% | 14 | 4.40% | 0 | 0.00% |
| NutriExchange / Quad Sc | 248 | 11 | 4.44% | 8 | 3.23% | 1 | 0.40% | 0 | 0.00% | 3 | 1.21% | 10 | 4.03% | 28 | 11.29% | 1 | 3.57% |
| X8 Brands | 202 | 7 | 3.47% | 2 | 0.99% | 0 | 0.00% | 0 | 0.00% | 4 | 1.98% | 2 | 0.99% | 13 | 6.44% | 1 | 7.69% |
| Thrive Entertainment | 198 | 9 | 4.55% | 5 | 2.53% | 1 | 0.51% | 0 | 0.00% | 0 | 0.00% | 3 | 1.52% | 14 | 7.07% | 0 | 0.00% |
| Wheeler Peak | 123 | 3 | 2.44% | 2 | 1.63% | 0 | 0.00% | 0 | 0.00% | 1 | 0.81% | 2 | 1.63% | 8 | 6.50% | 0 | 0.00% |
| Strike 51 | 76 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0% |
| Najar Group | 63 | 1 | 1.59% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 1 | 1.59% | 2 | 3.17% | 1 | 50.00% |
| Revlive Doc Review | 55 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0% |
| Deep Sea Labs | 41 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0% |
| Clearetto | 36 | 3 | 8.33% | 1 | 2.78% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 3 | 8.33% | 0 | 0.00% |
| Aviva Hair / AIB Advance | 28 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0% |
| Global Payments | 10 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0% |
| Smash Labs | 3 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0% |
| Revitalogic | 3 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0% |
| Premium Supplements | 2 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0% |
| RevLive Testing Client | 2 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0% |
| Cosmos Cosmetics | 2 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0% |
| JLS Ventures | 1 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0% |
| abbbc | 1 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0% |
| Smash.Bid | 1 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0% |
| AM Labs, Inc. | 1 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0% |
| | 187615 | 12113 | 6.46% | 3717 | 1.98% | 1291 | 0.69% | 182 | 0.10% | 2283 | 1.22% | 3726 | 1.99% | 20266 | 10.80% | 1582 | 7.81% |

Report-1486761212