# PX23

# PX23 Attachment K

# Email obtained from Blair McNea's computer

| | |
|---|---|
| **From:** | Jenny Johnson <jenny@bluerocketbrands.com> |
| **Sent:** | Thursday, October 6, 2016 6:07 PM |
| **To:** | 'Blair McNea' <bmcnea@gmail.com> |
| **Subject:** | FW: Brock Invoices - Juniper and Convertis |

We will try and get you paid as soon as we can, but we don't have the cash right now, I have a $180k bill to Affiliati and we are trying to get Revgo cash since Revgo is tight right now from Mexico expenses.  Can this come from the $40k reserve that Convertis is getting back since these are Convertis and Juniper expenses?

Jenny Johnson - CEO | Blue Rocket Brands
p : 303.218.6617 | skype: jennyfredjohn

---

**From:** Abby Hawkins [mailto:abby@bluerocketbrands.com]
**Sent:** Thursday, October 6, 2016 12:05 PM
**To:** 'Jenny Johnson' <jenny@bluerocketbrands.com>; cristy@bluerocketbrands.com
**Subject:** Brock Invoices - Juniper and Convertis

FYI....

**From:** Blair McNea [mailto:bmcnea@gmail.com]
**Sent:** Thursday, October 06, 2016 11:55 AM
**To:** Abby Hawkins <abby@revguard.net>
**Subject:** Re: reminder to send me that dough from Juniper and Convertis

I personally paid Convertis and juniper bill for Brock and company   I will submit an expense to brb

On Wednesday, October 5, 2016, Abby Hawkins <abby@revguard.net> wrote:

> Brock tax bills for Convertis - $10,629.45 and bills for Juniper total $4,886.50