PX23

PX23 Attachment L

Email obtained from Blair McNea's computer

| | |
|---|---|
| **From:** | Jenny Johnson <jenny@revlive.net> |
| **Sent:** | Monday, September 21, 2015 9:19 PM |
| **To:** | 'Kaitlyn Neff' <kaitlyn@revlive.net>; lindsey@revlive.net |
| **Cc:** | blair@revguard.net |
| **Subject:** | RE: great job |

Great job ladies!

Jenny Johnson
Phone: 303-218-6617
Skype: jennyfredjohn

-----Original Message-----
From: Kaitlyn Neff [mailto:kaitlyn@revlive.net]
Sent: Monday, September 21, 2015 3:02 PM
To: Jenny Johnson; lindsey@revlive.net
Cc: blair@revguard.net
Subject: FW: great job

Just wanted to forward this to you so you were aware how happy DSV2 was with our BBB responses, and also wanted to give a big thank you to Lindsey for completing these so wonderfully, promptly and thoroughly.

Thank you so much. :)

Kaitlyn

Kaitlyn Neff
Director of Customer Success
RevLive, LLC
Email: kaitlyn@revlive.net
Phone/Fax: 720-907-1986
Cell: 781-552-0840
Skype: kaitlynrevlive

PLEASE NOTE: I will be on vacation September 28th through October 2nd


-----Original Message-----
From: Chad Hamzeh [mailto:chad@dsv2.com]
Sent: Monday, September 21, 2015 2:41 PM
To: Kaitlyn Neff
Cc: Tim Schukar
Subject: great job

Just wanted to say to your team great job on the BBB complaints. Those 5 were cleared out:

http://www.bbb.org/southern-nevada/business-reviews/health-and-diet-products
-retail/revive-you-media-in-henderson-nv-90034166

So they've removed the bad rating and now we can get accreditation on a good rating. Much appreciated!

C

```xml
<?xml version="1.0" encoding="UTF-8"?>
<!DOCTYPE plist PUBLIC "-//Apple//DTD PLIST 1.0//EN" "http://www.apple.com/DTDs/PropertyList-1.0.dtd">
<plist version="1.0">
<dict>
    <key>date-last-viewed</key>
    <integer>0</integer>
    <key>date-received</key>
    <integer>1442870365</integer>
    <key>flags</key>
    <integer>8590195713</integer>
    <key>gmail-label-ids</key>
    <array>
        <integer>43</integer>
    </array>
    <key>remote-id</key>
    <string>95151</string>
</dict>
</plist>
```