# PX23

# PX23 Attachment N

# Email obtained from Blair McNea's computer

| | |
|---|---|
| **From:** | Walter Long <walter@revguard.net> |
| **Sent:** | Thursday, April 12, 2012 10:39 PM |
| **To:** | 'Blair McNea' <blair@revguard.net>; 'Blair McNea' <bwmcnea@msn.com>; blair@convertismarketing.com |
| **Subject:** | FW: Status update |

**From:** Walter Long [mailto:walter@revguard.net]
**Sent:** Thursday, April 12, 2012 4:27 PM
**To:** 'Blair McNea'
**Subject:** RE: Status update

Thoughts?

Jeff,

On our last call on 4/9 and included on at least three subsequent emails, we have requested the outstanding items we need to launch your campaign:
1) credentials to Lime Light
2) confirmation to use the alternate save sale price point of $39.95 we suggested

This is information we needed by Tuesday morning to launch yesterday.  Launching tomorrow is not possible as we have not yet received this information from you.

I've tried to make this as easy as possible to work with us and even agreed to provide our service at no charge to earn your business.  This relationship is not off to a good start and your team has been unwilling to accept most of our recommendations.  We have tremendous success with clients we're able to work with on a collaborative basis.  In looking how things have gone the past few weeks, it's apparent this will not be collaborative and is going to be a difficult relationship that will not end up well for either of us on it's current trend.

If you do still want to move forward, we will provide a list of phone script and landing page requirements based on our best practices.  We will require these changes to be implemented and/or tested prior to launching.

If this is something you're not willing to do, I recommend you do look at other solutions and wish you the best of luck on your campaign.

Regards,
Walter

**From:** Jeff Lakes [mailto:jeffreyalakes@gmail.com]
**Sent:** Thursday, April 12, 2012 2:17 PM
**To:** 'Mark Venable'; walter@revguard.net
**Cc:** jeff@aznutra.com; 'Mark Rosso'; steves@integrityfulfillmentservices.com
**Subject:** RE: Status update

We need to start by Friday or punt I have other options.

Regards,

*Jeffrey A. Lakes*
Founder & CEO
Arizona Nutraceutical LLC
4340 W Chandler Blvd, Suite 5, Chandler, AZ 85226
p. 480.257.1982 f. 480.383.6260 e. Jeff@aznutra.com

Description:
Description:
AZNutraLOGOHIG
HRES2

NOTICE OF CONFIDENTIALITY:
The preceding e-mail message (including any attachments) contains information that may be confidential, may be protected by the attorney-client or other applicable privileges, or may constitute non-public information. It is intended to be conveyed only to the designated recipient(s) named above. If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete all copies of it from your computer system. Any use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful

**From:** Mark Venable [mailto:mark@aznutra.com]
**Sent:** Thursday, April 12, 2012 1:12 PM
**To:** walter@revguard.net
**Cc:** jeff@aznutra.com; 'Mark Rosso'; steves@integrityfulfillmentservices.com
**Subject:** Status update
**Importance:** High

Walter,

Where are we on getting the test started and installed? Steve needs to make sure we have the phones setup correctly on our end. We don't want to incur any issues once we start the testing.

Thanks,

**Mark Venable**
**COO**
**Arizona Nutraceutical LLC**
**4340 West Chandler Blvd., Suite 5**
**Chandler, AZ 85226**
**P: 480-257-1983**
**F: 480-383-6260**

Description:
Description:
AZNutraLOGOHIG
HRES2

NOTICE OF CONFIDENTIALITY:

The preceding e-mail message (including any attachments) contains information that may be confidential, may be protected by the attorney-client or other applicable privileges, or may constitute non-public information. It is intended to be conveyed only to the designated recipient(s) named above. If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete all copies of it from your computer system. Any use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful