# PX25

# Excerpt of Jennifer Johnson's Individual Financial Disclosures

### Item 21. Other Amounts Owed by You, Your Spouse, or Your Dependents — continuation

List all other amounts, not listed elsewhere in this financial statement, owed by you, your spouse, or your dependents.

| Lender/Creditor's Name, Address, and Telephone No. | Nature of Debt / Relationship |
|---|---|
| Mohela<br>633 Spirit Drive<br>Chesterfield, MO 63005<br>877 292 7470 | Student loans<br>Cosigner on account |

| Date Liability Was Incurred | Original Amount Owed | Current Amount Owed | Payment Schedule |
|---|---|---|---|
| 7/5/2017 | $204,751.18 | $204,751.18 | monthly on the 7th |

| Lender/Creditor's Name, Address, and Telephone No. | Nature of Debt / Relationship |
|---|---|
| 1st Bank<br>5130 W. 120th Ave<br>Westminster, CO 80020<br>303 635 3103 | landscape - home equity loan<br>Signer on account |

| Date Liability Was Incurred | Original Amount Owed | Current Amount Owed | Payment Schedule |
|---|---|---|---|
| 6/22/2017 | $105,000.00 | $104,837.50 | monthly on the 10th |

## OTHER FINANCIAL INFORMATION

### Item 22. Trusts and Escrows

List all funds and other assets that are being held in trust or escrow by any person or entity for you, your spouse, or your dependents. Include any legal retainers being held on your behalf by legal counsel. Also list all funds or other assets that are being held in trust or escrow by you, your spouse, or your dependents, for any person or entity.

| Trustee or Escrow Agent's Name & Address | Date Established (mm/dd/yyyy) | Grantor | Beneficiaries | Present Market Value of Assets* |
|---|---|---|---|---|
| Wells Fargo Mortgage<br>1801 14th St. Suite 200<br>Boulder, CO 80302 | 01/12/2017 | Wells Fargo | Adams County | $2788.64 escrow |
| Hirsch Newman<br>40 Wall St. 35th Floor<br>New York, NY 10005 | 7/31/2017 | James Fredenck | Hirsch Newman<br>Richard Newman | $10,000 retainer legal |
| | / / | | | $ |

*If the market value of any asset is unknown, describe the asset and state its cost, if you know it.

### Item 23. Transfers of Assets

List each person or entity to whom you have transferred, in the aggregate, more than $5,000 in funds or other assets during the previous five years by loan, gift, sale, or other transfer (exclude ordinary and necessary living and business expenses paid to unrelated third parties). For each such person or entity, state the total amount transferred during that period.

| Transferee's Name, Address, & Relationship | Property Transferred | Aggregate Value* | Transfer Date (mm/dd/yyyy) | Type of Transfer (e.g., Loan, Gift) |
|---|---|---|---|---|
| N/a | | $ | / / | |
| | | $ | / / | |
| | | $ | / / | |

*If the market value of any asset is unknown, describe the asset and state its cost, if you know it.

Initials: ___