DAVID C. SHONKA
Acting General Counsel
SARAH WALDROP
MICHELLE SCHAFER
Attorneys
Federal Trade Commission
600 Pennsylvania Avenue NW
Mailstop CC-9528
Washington, DC 20580
Telephone: 202-326-3444 (Waldrop)
Telephone: 202-326-3515 (Schaefer)
Facsimile: 202-326-3197
Email: swaldrop@ftc.gov, mschaefer@ftc.gov

STEVEN W. MYHRE
Acting United States Attorney
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov

*Attorneys for Plaintiff Federal Trade Commission.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | Case No: 17-cv-02000-APG-GWF |
| Plaintiff, ) | |
| ) | **EXHIBITS IN SUPPORT OF** |
| v. ) | **PLAINTIFF FTC'S REPLY IN** |
| ) | **SUPPORT OF ITS MOTION FOR** |
| REVMOUNTAIN, LLC, *et al*., ) | **TEMPORARY RESTRAINING ORDER** |
| ) | **AND PRELIMINARY INJUNCTION** |
| Defendants. ) | |

1

1  PX23: Declaration of Crystal Ostrum, Federal Trade Commission Investigator
          Attachment A: Consumer complaints from office of Neva Archuleta
2         Attachment B: Printed emails from workstation of Brooke Nelson
3         Attachment C: Loose consumer complaints from 2011 Cherry Street offices
          Attachment D: Employee records from office of Christy Blackburn
4         Attachment E: Documents from office of Jade Raber
5         Attachment F: Consumer complaints from office of Lindsey Martinez
          Attachment G: Photograph of computer screen from office of Laura Turner
6         Attachment H: Photograph of whiteboard from office of John Jones
7         Attachments I-N: Electronic documents retrieved from Blair McNea's computer
          Attachment O: Electronic documents retrieved from Lindsey Martinez's computer
8
9  PX24: Excerpts of Blair McNea's Financial Disclosure

10 PX25: Excerpt of Jennifer Johnson's Financial Disclosure