# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>REVMOUNTAIN, LLC, et al.,<br><br>Defendants. | Case No. 2:17-cv-02000-APG-GWF<br><br>**ORDER TEMPORARILY GRANTING MOTION TO SEAL AND DIRECTING THAT SEALED EXHIBITS BE FILED IMMEDIATELY**<br><br>(ECF No. 41) |

Defendants RevGuard, LLC; RevLive, LLC; and RoadRunner B2C move to seal exhibits in support of their opposition to the Federal Trade Commission's motion for preliminary injunction. ECF No. 41. The defendants did not file the exhibits. I temporarily grant the motion to file the exhibits under seal if the defendants want me to examine them in preparation for tomorrow's hearing. A ruling on the motion to seal will be issued once briefing on the motion is complete.

IT IS THEREFORE ORDERED that the defendants' motion to seal **(ECF No. 41) is TEMPORARILY GRANTED**. The defendants may file the exhibits under seal and must do so immediately if they want me to review them for tomorrow's hearing.

DATED this 28th day of August, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE