**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>Plaintiff,<br><br>v.<br><br>REVMOUNTAIN, LLC, a Nevada limited liability company, et al.,<br><br>Defendants. | Case No: 17-cv-02000-APG-GWF<br><br>**STIPULATED ORDER TO RELEASE FUNDS FOR DEFENDANT DANIELLE FOSS'S LIVING EXPENSES** |

Plaintiff, the Federal Trade Commission ("FTC"), and Defendant Danielle Foss have jointly moved for entry of this Order releasing funds from the asset freeze ordered in the Temporary Restraining Order and preliminary injunctions in this matter. Finding good cause for a limited release of funds to temporarily meet Defendant Foss's living expenses, the Court orders as follows:

IT IS ORDERED that Blue Federal Credit Union shall release $10,000 to Danielle Foss from the frozen account ending in -0014.

IT IS FURTHER ORDERED that Defendant Foss is to use a portion of the released funds to pay three months' mortgage payments on her primary residence, held by Caliber Home Loans Inc., for total mortgage payments of $5,350.23.

IT IS FURTHER ORDERED that Defendant Foss is to expend released funds that remain after she pays her mortgage for reasonable, ordinary, and necessary living expenses for three months following the release.

SO STIPULATED:

**FOR THE PLAINTIFF FEDERAL TRADE COMMISSION:**

*/s/ Sarah Waldrop*　　　　　　　　**SO ORDERED** this 5th day of September, 2017.
SARAH WALDROP

_____
UNITED STATES DISTRICT JUDGE

1

MICHELLE SCHAEFER
600 Pennsylvania Avenue, NW CC-9528
Washington, DC 20580
Tel. 202-326-3444, -3515
swaldrop@ftc.gov, mschaefer@ftc.gov

**FOR DEFENDANT DANIELLE FOSS**:

*/s/ Rachel Hirsch*
RACHEL HIRSCH
Ifrah Law PLLC
1717 Pennsylvania Ave. NW, Suite 650
Washington, DC 20006
Tel. 202-524-4145
rhirsch@ifrahlaw.com


**IT IS SO ORDERED**, this _____ day of _____, 2017.


_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE