# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>REVMOUNTAIN, LLC, et al.,<br><br>Defendants. | Case No. 2:17-cv-02000-APG-GWF<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

IT IS ORDERED that responses to the defendants' emergency motion for limited modification of asset freeze (ECF No. 65) are due on or before September 18, 2017.

IT IS FURTHER ORDERED that replies are due September 22, 2017.

IT IS FURTHER ORDERED that on or before September 18, 2017, the defendants shall submit to chambers for *in camera* review the billing records supporting the request for $36,700 in funds for attorney's fees incurred in connection with the temporary restraining order and preliminary injunction.

DATED this 11th day of September, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE