DAVID C. SHONKA
Acting General Counsel
SARAH WALDROP
MICHELLE SCHAEFER
Attorneys
Federal Trade Commission
600 Pennsylvania Avenue, NW
Mailstop CC-9528
Washington, DC 20580
Telephone: 202-326-3444 (Waldrop)
Telephone: 202-326-3515 (Schaefer)
Facsimile: 202-326-3197
Email: swaldrop@ftc.gov, mschaefer@ftc.gov

STEVEN W. MYHRE
Acting United States Attorney
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov

*Attorneys for Plaintiff Federal Trade Commission.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) Case No: 17-cv-02000-APG-GWF |
| v. | ) **DECLARATION OF COUNSEL** |
| REVMOUNTAIN, LLC, *et al.*, | ) **REGARDING EMERGENCY JOINT MOTION OF PLAINTIFF FTC AND DEFENDANT JENNIFER JOHNSON TO ENTER STIPULATED ORDER TO RELEASE FUNDS** |
| Defendants. | ) |

Pursuant to Local Rule 7-4(a), Plaintiff Federal Trade Commission ("FTC") submits this declaration of counsel in support of the Emergency Joint Motion of Plaintiff FTC and Defendant Jennifer Johnson to Enter Stipulated Order to Release Funds.

(1) The FTC and Defendant Johnson file this motion as an emergency motion following the direction of the Court at the preliminary injunction hearing on August 29, 2017, that

1

motions to release funds for living expenses should be filed as emergency motions. The FTC and Defendant Johnson further state that release of funds for living expenses is an urgent matter for the Court's consideration.

(2) The movants and affected parties are Plaintiff FTC and Defendant Jennifer Johnson. The FTC's office address and counsel's telephone numbers are: Sarah Waldrop and Michelle Schaefer, 600 Pennsylvania Ave. NW, Mailstop CC-9528, Washington, DC 20580, 202-326-3444 (Waldrop), 202-326-3515 (Schaefer). Defendant Johnson's counsel's office address and telephone number are: Richard Newman, Hinch Newman LLP, 40 Wall Street, 35th Floor, New York, NY 10005, 212-756-8777.

(3) The joint movants have no dispute regarding entry of the attached stipulated order. The movants did not contact other parties to this matter regarding this joint motion because the attached stipulated order concerns and affects only Defendant Johnson.

Respectfully submitted this 14th day of September, 2017.

                             /s/ SARAH WALDROP
                            SARAH WALDROP
                            MICHELLE SCHAEFER
                            Attorneys for Federal Trade Commission