# EXHIBIT G

# RevGuard

# Basic System



Consumer Calls
434,499 June

RevGuard IVR & Software Identify and resolve or route consumers

Resolved consumers
173,615

0'd out to Call Centers

O Fast, easy resolution (less than 1 minute) vs Call Centers 3-10 minutes
O Lowers chargebacks, 23%
O Lower CB's is a proxy for happy consumers
O Allows consumers a preferred, less stress way to cancel primarily Subscription programs

# Best Practices Call Flow – How They Start



# CRM Integration



# Examples of Calls

- Consumers in trial
- Consumers in trial takes a save sale
- Consumers in trial takes a cancel
- Consumers in trial takes reduce Subscription
- Consumers in trial zeros out to call center
- Consumers ongoing cancels
- Consumers ongoing does reduced Subscription
- Consumers ongoing cancels account, does one time purchase of additional product
- Consumer ongoing takes RMA for a Full Refund
- Consumers ongoing zeros out to call center

# Demos of Calls

# Integration Partners

o Salesforce
o Vindicia
o Limelight
o Konnektiv
o Orange
o Triangle
o UltraCart
o Five9

# Legal Compliance

- Most of these companies are Subscription.
- Many are Trial Subscription.
- RevGuard expedites and eases cancellation.
    - If they were trying to not be compliant, they wouldn't do that.
    - RevGuard is very, very strict on its system.  In the **very rare case** where a RevGuard Customer has asked to do something which we feel is non-compliant, we refuse.
        - Not allowing cancellation in our system, only allowing downsell or upsell
        - Not allowing consumers to zero out to life call center.
        - Write a confusing script.
        - Customers used to request this a few years ago, been a long time since then.
    - We don't allow Custumers to make cancellation impossible or difficult.
- RevGuard has nothing to do with acquiring customers.
- We only know that for consumers it's a much better thing to have a fast, easy, accurate, no hassle, no hold time, 100% quality assured, always better than a call center cancel method.

# Stats for June

|  | June |  |  |
|---|---|---|---|
| Total Calls | 434,499 |  | Total inbound calls |
| Recognized Callers | 261,943 |  | System recognizes phone number |
| Unrecognized Callers | 171,057 |  | System doesn't recognize phone number |
| Recognition Rate | 60% |  | People calling in who get reassurance |
| Total Active Calls | 174,016 |  | Total Inbound Calls that were people on a Subscription program and recognized |
| Total Cancel | 114,578 |  | In RevGuard Cancels |
| Total Cancel Transfers | 59,981 |  | Transferred to Call Center |
| Already Cancelled | 87,927 |  | People calling in who get reassurance |
|  |  |  |  |
| **Cancel Rate*** | **66%** |  | Amount of Consumers who cancel and are done within RevGuard |
|  |  |  |  |
|  | Call Ct | % of Calls |  |
| Total Calls | 434,499 |  | Total Inbound calls |
| **In Trial Calls** | **58,069** |  |  |
| Cancel | 20662 | 35.6% | Intrial save sale, they were cancelled, chose to pay $38.71 and not return it. |
| Return | 5117 | 8.8% | Cancelled and they chose to return, they are given an RMA. |
| No Action | 4784 | 8.2% | They abandoned call |
| Transfer | 27506 | 47.4% | Transferred out to Call Center |
| **Ongoing Calls** | **115,947** |  |  |
| Cancel | 88799 | 76.6% | Either just a cancel or a cancel and they chose to take one more shipment at a reduced rate |
| Continue | 412 | 0.4% | Lower price of Subscription |
| Transfer | 23475 | 20.2% | Transfer to call center |
| No Action | 3261 | 2.8% | Hang up |
| **Already Cancelled** | **87,927** |  |  |
| Transfer | 56093 | 63.8% | Transfer to Call Center |
| No Action | 31834 | 36.2% | The system assures them they have been cancelled and won't be billed again. |

*Remaining customers either transfer to a call center or a small percentage abandon

# Next Two Weeks

- Laura will manage operations under Receiver
- Following people and salaries per week:
  - Laura $3,000 Customer Success Manager
  - Sara $2,000  GoLive & Support
  - Brooks $2,500 Customer Success Manager
  - Ben $2,500 Coder/Programmer
  - Max $1,500 GoLive & Support
  - Joe $2,000  Important troubleshooter with Ben
  - Abby $2,000  Controller
  - Blair $0, if Receiver wants help for next two weeks
  - Total $15,500
- Communicate immediately with all Consumers and steady the ship for next two weeks

# Expenses

- Next week's collected revenue should be aprox. $127,581.
- Expenses Week 1:
    - $15,500 staff
    - $13,000 Rent
    - $105,000 Five 9
    - ($ 5,919) Cash Flow  (doesn't include beginning cash $105,000)
- Expenses Week 2:
    - $15,500 staff
    - $25,000 Five9 expenses (not due until month end)
    - $3,000 Various minor expenses
    - $15,000 Rackspace
    - $69,081 Cash Flow

# Next Steps

- Thumbs up, then we notify all the Customers asap.
- FTC froze the assets of RevGuard based on the actions of another company that Blair McNea owns.
- We are in negotiations with FTC to release RevGuard, RevLive and RevGo from the freeze.
- Expect an answer within one week.
- Meantime, business as usual.