# EXHIBIT J



# RevLive System



Consumer Calls June: 142,550

RevLive attempts to identify the Consumer so that all information is displayed to the rep

Agent works with the Consumer to resolve any issues

- Guarantee a 90 second average hold time, industry average is 2 minutes +
- Guarantee a 10% abandonment or less, industry average is 15%
- Aim for a first call resolution rate in making the consumer happy

# June Stats

|  | June |  |
|---|---:|---|
| **Total Calls** | **142,550** | Total inbound calls |
| In-Trial Calls | 17,527 | Calls with customers who had accounts In-Trial |
| Post Trial Calls | 1,719 | Calls with customers who had accounts Post-Trial |
| Ongoing Calls | 44,216 | Calls with customers who had accounts Ongoing |
| Cancelled Calls | 47,042 | Calls with customers who had accounts already cancelled |
| Straight Sale Calls | 831 | Calls with customers who had Straight Sale accounts |
| Unknown Calls | 26,439 | Dead Air or Unidentified Individuals |
| Abandoned Calls | 4,776 | Calls that were dropped before an agent could reach them |
|  |  |  |
| **Of The Active In-Trial Calls** |  |  |
| Total Trial Calls | 17,527 | Calls with customers who had accounts In-Trial |
| Total Trial Interactions | 28,763 | Total Interactions created from these In Trial Calls |
| Total Trial Interactions LESS Incorrect Agent Queries | 22,515 | Total Interactions less Incorrect Agent Queries |
| Trial Return Merchant Authorization's (Cancels) | 9,210 | Total RMA's accepted to Cancel In-Trial Accounts |
| Trial Clean Cancels | 4,840 | Total Clean Cancels accepted to Cancel In-Trial Accounts |
| Trial Extensions | 4,417 | Total Trial Extensions given to customers In-Trial |
| Trial Reduced Continuities | 104 | Total Reduced Continuities accepted from In-Trial customers |
| Early Cancel Trial Save Sales (Cancels) | 3,944 | Total Early Cancel Save Sales accepted from In-Trial customers |
| Incomplete Interactions (Agent Errors) | 6,248 | Total of Interactions created incorrectly from agents adding to the interaction count |
| Total Interactions Cancellations | 17,994 | Total Interactions that cancelled Active Accounts |
| Total Cancellation Percentage * | 79.92% | Cancellation Percentage on Active Accounts |

* Cancellation Percentage Note: 19.62% Trial Extension, .46% Reduced Continuity

# June Stats

| Of The Active Post-Trial/Ongoing Calls | | |
|---|---|---|
| Total Post Trial + Ongoing Calls | 45,935 | Calls with customers who had accounts in Post Trial and Ongoing |
| Total Post Trial Interactions | 77,872 | Total Interactions created from these Post Trial and Ongoing Calls |
| Total Post Trial Interactions LESS Incorrect Agent Queries | 74,340 | Total Interactions less Incorrect Agent Queries |
| Clean Cancels | 49,882 | Total Clean Cancels accepted to Cancel Post Trial and Ongoing |
| Reduced Continuities | 887 | Total Reduced Continuities accepted from Post Trial and Ongoing customers |
| Total Refunds (Cancels Account) | 23,571 | Total Refunds with cancellatios for Post Trial and Ongoing Customers |
| Incomplete Interactions (Incorrect Agent Queries) | 3,532 | Total of Interactions created incorrectly from agents adding to the interaction count |
| Total Interactions Cancellations | 73,453 | Total Interactions that cancelled Active Accounts |
| Total Cancellation Percentage * | 98.81% | Cancellation Percentage on Active Accounts |
| Of The Active Straight Sale Calls | | |
| Total Straight Sale Calls | 831 | Calls with customers who had accounts active in Straight Sale |
| Total Active Straight Sale Interactions | 4,550 | Total Interactions created from active Straight Sale customers |
| Total Refund Interactions | 796 | Total Interactions created from these cancelled Post Trial and Ongoing Calls |

\* Cancellation Percentage Note: 1.19% Reduced Continuity

# Legal Compliance

- Most of these companies are subscription based.
- Many are trial with subscription.
- All of them must comply
- RevLive offers refunds, cancels and save sales
    - RevLive doesn't have a single offer map where a consumer can't cancel an account, 100% of in trial consumers either get cancelled, trial extended (if they want) or reduced continuity price.  Break down of numbers to follow.
    - We don't allow clients to make cancellations impossible, 100% of ongoing consumer either cancel or get reduced continuity.
    - RevLive can't be sure everyone is legally compliant.

# Legal Compliance (continued)

- If they were trying to not be compliant, they wouldn't do that.
- RevLive is adamant about only providing services which facilitate consumer choices.
- In the very rare case where a Revlive client has asked us to do something which we feel is non-compliant, we refuse.
    - Examples:
        - Relaxium asked us to force bill post-Trial charge when a customer called to cancel. We refused and fired them as a customer.
- We don't allow clients to make cancellation impossible or difficult.
- RevLive has nothing to do with acquiring consumer, except for about 3 consumers a day for one inbound straight sale (no subscription) client.

# In Trial Offer Map

## Default In-Trial Campaign

Below is the current setup for the **LumaEssence In-Trial** Campaign. Click the option button on the right to add offer maps to the campaign or to create brand new offer maps for this campaign. Click the Edit Configuration button to activate different offer maps.

| Offer Map Name | Offer Map Offers | Percentage | Active |
|---|---|---|---|
| LMESS In Trial Default - 38/28/18/ECR | 1: Early Extend Trial - Extend Trial Days : 10<br>2: Early Cancel Save Sale - Save Sale Price : 38.71<br>3: Early Cancel Save Sale - Save Sale Price : 28.71<br>4: Early Cancel Save Sale - Save Sale Price : 18.71<br>5: Early Cancel Return | 50 | yes |
| LMESS In Trial - 39/29/19/ECR | 1: Early Extend Trial - Extend Trial Days : 10<br>2: Early Cancel Save Sale - Save Sale Price : 39.71<br>3: Early Cancel Save Sale - Save Sale Price : 29.71<br>4: Early Cancel Save Sale - Save Sale Price : 19.71<br>5: Early Cancel Return | 50 | yes |

# Ongoing & Straight Sale Offer Map

### Default Ongoing Campaign 

Below is the current setup for the **LumaEssence Ongoing** Campaign. Click the option button on the right to add offer maps to the campaign or to create brand new offer maps for this campaign. Click the Edit Configuration button to activate different offer maps.

| Offer Map Name | Offer Map Offers | Percentage | Active |
|---|---|---|---|
| LMESS Ongoing Default | 1: Ongoing Clean Cancel<br>2: Ongoing Refund - Refund Percentage : 15<br>3: Ongoing Refund - Refund Percentage : 30<br>4: Ongoing Refund - Refund Percentage : 50<br>5: Ongoing Return - Refund Percentage : 100<br>6: Bank Ongoing Refund - Refund Percentage : 100 | 100 | yes |

### Default Straight Sale Campaign 

Below is the current setup for the **LumaEssence Straight Sale** Campaign. Click the option button on the right to add offer maps to the campaign or to create brand new offer maps for this campaign. Click the Edit Configuration button to activate different offer maps.

| Offer Map Name | Offer Map Offers | Percentage | Active |
|---|---|---|---|
| LMESS Straight Sale Default | 1: Straight Sale Refund - Refund Percentage : 15<br>2: Straight Sale Refund - Refund Percentage : 30<br>3: Straight Sale Refund - Refund Percentage : 50<br>4: Straight Sale Return - Refund Percentage : 100<br>5: Bank Straight Sale Refund - Refund Percentage : 100 | 100 | yes |

# Examples of Calls

Consumer In Trial options
- Take a save sale
- Take a cancel
- Reduced continuity
- Get a trial extension
- In-Trial Return

Consumer Ongoing Options
- Take a cancel
- Obtain a refund
- Reduced Continuity
- Return product

# Next Week

- ███████ would be figurehead
- Following people and salaries per week:

| Skeleton Crew Proposal | | | |
|---|---|---|---|
| Day | Date | Revenue | # Calls |
| Monday | 7/31/2017 | $22,300.65 | 5810 |
| Tuesday | 8/1/2017 | $20,734.84 | 5077 |
| Wednesday | 8/2/2017 | $19,193.53 | 4600 |
| Thursday | 8/3/2017 | $18,551.72 | 4922 |
| Friday | 8/4/2017 | $19,282.03 | 5046 |
| Saturday | 8/5/2017 | $10,750.86 | 2519 |
| Sunday | 8/6/2017 | $6,929.44 | 1524 |
| | Total Revenue | $117,743.07 | 29498 |
| | Call Center Expenses | $56,516.67 | |
| | Five 9 | $ 6,548.39 | |
| | CCI QA | $ 287.61 | |
| | Payroll | $ 32,004.81 | |
| | Profit | $22,385.60 | |

| | | Base | Hourly | # Hours |
|---|---|---|---|---|
| ███ | | $ 90,000.00 | $ 43.27 | 40 |
| ███ | | $ 40,000.00 | $ 19.23 | 40 |
| ███ | | $ 75,000.00 | $ 36.06 | 10 |
| ███ | | $ 40,000.00 | $ 19.23 | 40 |
| ███ | | $ 40,000.00 | $ 19.23 | 40 |
| ███ | | $ 32,000.00 | $ 15.38 | 40 |
| ███ | | $317,000.00 | $ 152.40 | 210 |
| | | | $32,004.81 | |

- Communicate immediately with all consumers and steady the ship for next two weeks

# Next Steps

- Thumbs up, then we notify all the consumers asap.
- What can we tell them?