# EXHIBIT M

# RevGo

# Not too complicated

- Pick and Pack fulfillment center
- Clients send in pallets of products, RevGo picks them into individual boxes…
- And sends them out.
- Value proposition:
  - All orders received before 4:30 EDT are shipped that day
  - All returns for refund are processed and complete in one business day
  - If both of the above don't happen, that days shipments are free for Client
- Great for consumers because they get their products (especially if it's a trial) within two days of ordering
- Even better, refunds are processed super fast when consumers return products

# Best thing to do is hit website

## www.revgo.net

# Legal Compliance

- RevGo has a mix of customers and has a huge backlog of new customers coming on board:
- Most new customer volume coming up is single sale, not subscription
- ▮▮▮▮▮ the manager is perfectly capable of running all aspects if we just have ▮▮▮ help with accounting and dispursements.

# Legal Compliance

- RevGo has a mix of customers and has a huge backlog of new customers coming on board:
- Most new customer volume coming up is single sale, not subscription
- ███████ the manager is perfectly capable of running all aspects if we just have ████ help with accounting and dispursements.

# Next Two Weeks

- ▮▮▮ will lead team
- Following people and salaries per week:
    - ▮▮▮ $1,800 Manager of everything
    - ▮▮▮ $800 Warehouse foreman
    - Warehouse Worker 1 $400
    - Warehouse Worker 2 $400
    - Warehouse Worker 3 $400
    - Packing Supplies $2,700
    - Rent $6,972
    - Insurance $1,400
    - Total $14,872
- Communicate immediately with all Consumers and steady the ship for next two weeks

# Expenses

- Next week's collected revenue should be aprox. $19,090.
- Expenses Week 1:
    - $3,800 staff
    - $2,700 Packing Supplies
    - $6,972 Rent
    - $1,400 Insurance
    - $   4,218 Cash Flow (doesn't include beginning cash of about $10k)
- Expenses Week 2:
    - $3,800 staff
    - $2,700
    - $12,590 Cash Flow

# New Customers Coming – RevGo

| Merchant | Status | Product Lo | Revenue | July Shipments | July Revenue | August shipments | August Revenue | Sept. Shipments | September Revenue |
|---|---|---|---|---|---|---|---|---|---|
| **Signed Agreements- BULK** | | | | | | | | | |
| Premium Nutraceuticals | Full Go | Revgo | $ 0.95 | 8,500 | $ 8,075.00 | 8,500 | $ 8,075.00 | 8,500 | $ 8,075.00 |
| Facebook Media | Full Go | Revgo | $ 4.50 | 2,000 | $ 9,000.00 | 2,500 | $ 11,250.00 | 3,000 | $ 13,500.00 |
| Ashy Bines | Starting 07/04 | Revgo | $ 1.75 | 3,000 | $ 5,250.00 | 3,000 | $ 5,250.00 | 3,000 | $ 5,250.00 |
| Human Optimization Labs | Integrating | In Transit | $ 1.65 | 4,500 | $ 7,425.00 | 4,500 | $ 7,425.00 | 4,500 | $ 7,425.00 |
| Biz Profits | Integrating | In Transit | $ 1.75 | 9,000 | $ 15,750.00 | 9,000 | $ 15,750.00 | 9,000 | $ 15,750.00 |
| Tangram | Integrating | In Transit | $ 1.75 | 300 | $ 525.00 | 1,500 | $ 2,625.00 | 1,500 | $ 2,625.00 |
| The Belgium Kitchen | Integrating | In Transit | $ 1.75 | 3,000 | $ 5,250.00 | 3,000 | $ 5,250.00 | 3,000 | $ 5,250.00 |
| Actiserver | Integrating | Revgo | $ 1.75 | 1,500 | $ 2,625.00 | 1,500 | $ 2,625.00 | 1,500 | $ 2,625.00 |
| Total | | | | 31,800 | $ 17,075.00 | 33,500 | $ 58,250.00 | 34,000 | $ 60,500.00 |
| **Pending- BULK** | | | | | | | | | |
| DS Total | Pending Pitney Bowles *no 3( | | $ 0.80 | 15,000 | $ 12,000.00 | 15,000 | $ 12,000.00 | 15,000 | $ 12,000.00 |
| Jessie Fitness | awaiting new manufacturer | | $ 1.75 | 3,000 | $ 5,250.00 | 3,000 | $ 5,250.00 | 3,000 | $ 5,250.00 |
| Iconic Industries | Product in China | | $ 1.75 | 1,500 | $ 2,625.00 | 1,500 | $ 2,625.00 | 1,500 | $ 2,625.00 |
| Black Dragon | Hammering out deal | | $ 1.75 | 1,500 | $ 2,625.00 | 1,500 | $ 2,625.00 | 1,500 | $ 2,625.00 |
| Emagine/ Pure Health | Awaiting Mids | | $ 1.75 | 4,500 | $ 7,875.00 | 4,500 | $ 7,875.00 | 4,500 | $ 7,875.00 |
| ubobblehead.com | Awaiting box design | | $ 1.75 | 1,500 | $ 2,625.00 | 1,500 | $ 2,625.00 | 1,500 | $ 2,625.00 |
| FDC- Dashcam | Awaiting FDC | | $ 0.50 | 25,000 | $ 12,500.00 | 25,000 | $ 12,500.00 | 40,000 | $ 20,000.00 |
| FDC- 310 Nutrition | Awaiting FDC | | $ 0.80 | 7,500 | $ 6,000.00 | 7,500 | $ 6,000.00 | 7,500 | $ 6,000.00 |
| Stingray | Visiting Warehouse | | $ 1.65 | 6,000 | $ 9,900.00 | 6,000 | $ 9,900.00 | 6,000 | $ 9,900.00 |
| Total | | | | 65,500 | $ 12,000.00 | 65,500 | $ 30,700.00 | 80,500 | $ 68,900.00 |
| **Current** | | | | | | | | | |
| Syntratech | Full Go | Revgo | $ 1.75 | 2,500 | $ 4,375.00 | 2,500 | $ 4,375.00 | 2,500 | $ 4,375.00 |
| BRB | Full Go | Revgo | $ 1.75 | 8,500 | $ 14,875.00 | 9,500 | $ 16,625.00 | 10,000 | $ 17,500.00 |
| Smash Bid | Full Go | Revgo | $ 1.75 | 7,000 | $ 12,250.00 | 7,000 | $ 12,250.00 | 7,000 | $ 12,250.00 |
| Next Level Nutra | Full Go | Revgo | $ 1.75 | 500 | $ 875.00 | 500 | $ 875.00 | 500 | $ 875.00 |
| Scientific Medicinal Systems | Full Go | Revgo | $ 1.75 | 100 | $ 175.00 | 100 | $ 175.00 | 100 | $ 175.00 |
| Vitamin Vape | Full Go | Revgo | $ 1.75 | 2,500 | $ 4,375.00 | 2,500 | $ 4,375.00 | 2,500 | $ 4,375.00 |
| SS Nutra | Full Go | Revgo | $ 1.50 | 6,000 | $ 9,000.00 | 6,000 | $ 9,000.00 | 6,000 | $ 9,000.00 |
| X8 | Full Go | Revgo | $ 1.75 | 700 | $ 1,225.00 | 800 | $ 1,400.00 | 900 | $ 1,575.00 |
| Fundamental Nutrition | Full Go | Revgo | $ 1.50 | 11,500 | $ 17,250.00 | 11,500 | $ 17,250.00 | 11,500 | $ 17,250.00 |
| Total | | | | 39,300 | $ 64,400.00 | 40,400 | $ 66,325.00 | 41,000 | $ 67,375.00 |

# Next Steps

- Thumbs up, then we notify all the Customers asap.
- FTC froze the assets of RevGo based on the actions of another company that Blair McNea owns.
- We are in negotiations with FTC to release RevGuard, RevLive and RevGo from the freeze.
- Expect an answer within one week.
- Meantime, business as usual.
- What can we tell them?