# EXHIBIT R

| Account Name | First Name | Last Name | Skype Name | Phone | Mobile | Email |
|---|---|---|---|---|---|---|
| 11-4 Branding | ██ | ██ | ██ | | | ██ |
| 11-4 Branding | ██ | ██ | ██ | | | ██ |
| 11-4 Branding | ██ | ██ | | ██ | | ██ |
| AE Consultants | ██ | ██ | | ██ | | ██ |
| Angelrush | ██ | ██ | | | | ██ |
| Angelrush | ██ | ██ | | | | ██ |
| Angelrush | ██ | ██ | | ██ | ██ | ██ |
| Angelrush | ██ | ██ | | | | ██ |
| Angelrush | ██ | ██ | | | | ██ |
| Angelrush | ██ | ██ | | ██ | ██ | ██ |
| Atlantic Coast Media Group | ██ | ██ | | ██ | | ██ |
| Atlantic Coast Media Group | ██ | ██ | | | ██ | ██ |
| Baza Marketing | | | | | | |
| Big Attack | ██ | ██ | | | | ██ |
| Branded Response | ██ | ██ | | | | ██ |
| Branded Response | ██ | ██ | ██ | | | ██ |
| Branded Response | ██ | ██ | ██ | ██ | ██ | ██ |
| Breakthrough Consulting | ██ | ██ | | | | ██ |
| BSD Labs | | | | ██ | | |
| BSD Labs | ██ | ██ | ██ | ██ | ██ | |
| BSD Labs | ██ | | ██ | ██ | | ██ |
| Collect Pros/Goldman | ██ | ██ | | | | ██ |
| Credit Secrets | ██ | ██ | | | | ██ |
| Credit Secrets | ██ | ██ | | | | ██ |
| Demand Response | ██ | ██ | | | | ██ |
| DMNT | ██ | ██ | ██ | | | ██ |
| DMNT | ██ | ██ | ██ | | | ██ |
| DSV2 Media | ██ | ██ | | ██ | | ██ |
| Dynamic Marketing | ██ | ██ | ██ | | | ██ |
| EHL | ██ | ██ | ██ | ██ | | ██ |
| Electronic Cigarette International Group | ██ | ██ | ██ | ██ | | ██ |
| Eliska | ██ | ██ | | ██ | | ██ |
| Eliska | ██ | ██ | | | | ██ |
| Eliska | ██ | ██ | | | | ██ |
| F9 Advertising | ██ | ██ | ██ | | ██ | |
| Globaltek Distribution | ██ | ██ | | | | |
| Halo River | ██ | ██ | ██ | | ██ | ██ |
| Hardwire Interactive | ██ | ██ | ██ | | | ██ |
| Hardwire Interactive | ██ | ██ | ██ | ██ | | |
| Hartford Scientific | ██ | ██ | ██ | | ██ | ██ |
| Hartford Scientific | ██ | ██ | ██ | ██ | | |
| Healthfly | ██ | ██ | ██ | | | ██ |



| | | | | | | |
|---|---|---|---|---|---|---|
| Hermosa | | | | | | |
| IHPD LLC | [redacted] | [redacted] | | | | [redacted] |
| IHPD LLC | [redacted] | [redacted] | | | | [redacted] |
| IHPD LLC | [redacted] | [redacted] | [redacted] | | | [redacted] |
| IHPD LLC | [redacted] | [redacted] | [redacted] | | | [redacted] |
| JJR Media | [redacted] | [redacted] | [redacted] | | | [redacted] |
| JJR Media | [redacted] | [redacted] | | | | [redacted] |
| Kaizen Marketing/Elevated Enterprises | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] |
| MG Advisors | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] |
| MG Advisors | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] |
| MG Advisors | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] |
| MI6 | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] |
| MI6 | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] |
| MI6 | [redacted] | [redacted] | | [redacted] | | [redacted] |
| MI6 | [redacted] | [redacted] | | [redacted] | | [redacted] |
| Mooster | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] |
| Mooster | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] |
| NetMarkets, LLC | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] |
| NetMarkets, LLC | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] |
| New Life Brands | [redacted] | [redacted] | [redacted] | | | [redacted] |
| New World Media | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] |
| Next Gen Health Solutions | [redacted] | [redacted] | [redacted] | | | [redacted] |
| NuAge Consulting | [redacted] | [redacted] | [redacted] | | | [redacted] |
| Optimal Health Products | [redacted] | [redacted] | | | [redacted] | [redacted] |
| Optimal Health Products | [redacted] | [redacted] | | | | [redacted] |
| Optimized Media LLC | [redacted] | [redacted] | | [redacted] | | [redacted] |
| Optimized Media LLC | [redacted] | [redacted] | | | | [redacted] |
| Pacific Northwest Wellness Group | [redacted] | [redacted] | [redacted] | | | [redacted] |
| Pacific Northwest Wellness Group | [redacted] | [redacted] | | | | [redacted] |
| Paraiso Holdings | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] |
| Praza | [redacted] | [redacted] | [redacted] | [redacted] | | |
| Premium Nutraceuticals, In. | [redacted] | [redacted] | [redacted] | | [redacted] | [redacted] |
| Premium Nutraceuticals, In. | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] |
| Shoreline Marketing Resources Inc. | [redacted] | [redacted] | | [redacted] | | [redacted]m |
| Silk Road Media | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] |
| Silk Road Media | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] |
| Silk Road Media | [redacted] | [redacted] | | [redacted] | | [redacted] |
| Silk Road Media | [redacted] | [redacted] | | [redacted] | | [redacted] |
| Streamlined Efficiency | [redacted] | [redacted] | | [redacted] | | [redacted] |
| Syntratech | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] |
| Syntratech | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] |
| Triple M Media | [redacted] | [redacted] | [redacted] | | | [redacted] |
| Trivas Consulting | [redacted] | [redacted] | [redacted] | | | [redacted] |

| Trivas Consulting | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Trivas Consulting | | | | | | | | |
| Trivas Consulting | | | | | | | | |
| Vitastrong Ventures | | | | | | | | |
| Vitastrong Ventures | | | | | | | | |
| Blue Rocket Brands | | | | | | | | |
| Blue Rocket Brands | | | | | | | | |