# EXHIBIT S

| |
|---|
| Wave Rock |
| Juniper Solutions |
| Salamonie River |
| Premium Nutraceuticals |
| DSV2 Media |
| Nutrascope Strategies |
| Pam Beauty |
| Hartford Scientific |
| F9 Advertising LLC |
| Syntratech |
| TruBio Labs |
| Convoy Management |
| Smash Labs |
| WinblasTI Limited |
| Deep Sea Labs |
| RevLiveTesting Client |
| SKC Consultants Pro LLC |
| Edge Brands |
| Nutribalanz |
| Aviva Hair / AIB Advanced |
| Shoreline |
| Eliska |
| Divine Youth |
| HEALTHY IMAGE LLC – RING PLUS |
| Global Payments |
| Clearetto |
| Strike 51 |
| Najar Group |
| X8 Brands |
| Dynamic Marketing |
| Baza Marketing |
| Commerce Direct |
| New World Media |
| Actus Group |
| AE Consultants |
| Pure Beauty Group - Limelight 1 (La Vida) |
| One Place Management |
| Pure Beauty Group - Limelight 2 (B9) |
| Pure Beauty Group - Konnektive 1 (Go Deep) |
| Ecommerce Essentials |
| Making All Things New |
| Centurion Consultants |
| RxGenesys |
| Spartacus Nutra Inc. |
| Hermosa Innovations |

| |
|---|
| Branded Response |
| Cobra Media Ventures |
| Tiberius Management Group |
| Eleven - 4 Media |
| Monoceros |
| Sky Marketing |
| Paraiso Holdings |
| Jacked Labs, Inc |
| Pure Beauty Group - Limelight 3 (Fire Ad) |
| Gram LLC |
| Precision Rx Labs |
| Taclight |
| Boulder Botanicals Biosciences Labs |
| Silk Road Media |
| Etrading Pier |
| ProHealth Naturals |