# EXHIBIT T

| Client | Contact | Email | Phone | Skype |
|---|---|---|---|---|
| Black Dragon | ███ | ███ | ███ | |
| Facebook Media | ███ | ███ | ███ | |
| Naturopathic Nutraceuticals | ███ | ███ | ███ | ███ |
| Next Level Nutra | ███ | ███ | ███ | |
| Premium Nutraceuticals | ███ | ███ | ███ | |
| Scientific Medicinal Systems | ███ | ███ | ███ | |
| Smash Bid | ███ | ███ | ███ | |
| Splugen Moritz | ███ | ███ | ███ | |
| SS Nutra | ███ | ███ | | ███ |
| Syntratech | ███ | ███ | ███ | |
| Vitamin Vape | ███████████ | ███████████ | ███ | |
| X8 Brands | ███ | ███ | ███ | |
| DS Total | ███ | ███ | ███ | |
| Actiserver | ███ | ███ | | ███ |