# EXHIBIT AA

## Payroll Details

| Hours and Earnings | | | | Taxes | | Deductions | | Net Pay | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | | Liability | Amount |
| **Pay Frequency: Semimonthly** | | | | | | | | | | |
| **Employees:** | | | | | | | | | | |
| **Employee:** ▮▮▮▮▮ | | | | SSN: xxx-xx-9316 | | | | | | |
| Bonus | | 0.00 | 3,788.24 | FED FIT | 54.22 | | | 3,421.22 | FED SOCSEC-ER | 234.87 |
| | | 0.00 | 3,788.24 | FED SOCSEC | 234.87 | | | | FED MEDCARE-ER | 54.92 |
| | | | | FED MEDCARE | 54.93 | | | | FED FUTA | 22.74 |
| | | | | CO SIT | 23.00 | | | | NV SUI-ER | 111.77 |
| | | | | | 367.02 | | | | | 424.30 |

Check Date: 01/20/2017 / Direct Deposit / Checking / Account No: XXXXXX1805   $44.70
Check Date: 02/22/2017 / Direct Deposit / Checking / Account No: XXXXXX1805   $168.69
Check Date: 03/22/2017 / Direct Deposit / Checking / Account No: XXXXX0088   $108.56
Check Date: 04/21/2017 / Direct Deposit / Checking / Account No: XXXXX0088   $102.93
Check Date: 05/22/2017 / Direct Deposit / Checking / Account No: XXXXX0088   $132.02
Check Date: 06/22/2017 / Direct Deposit / Checking / Account No: XXXXX0088   $1,152.90
Check Date: 07/21/2017 / Direct Deposit / Checking / Account No: XXXXX0088   $1,711.42

| Hours and Earnings | | | | Taxes | | Deductions | | Net Pay | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Employee: Chwiedor, Abigail K** | | | | SSN: xxx-xx-7355 | | | | | | |
| Regular | | 0.00 | 50,111.32 | FED FIT | 8,856.98 | ADP RS employee Roth 401(k) % | 1,365.36 | 40,762.29 | FED SOCSEC-ER | 3,545.34 |
| Bonus | | 0.00 | 9,625.00 | FED SOCSEC | 3,545.34 | | | | FED MEDCARE-ER | 829.16 |
| Misc reimbursement non-taxable | | 0.00 | 700.00 | FED MEDCARE | 829.15 | Medical pre-tax 1 | 1,396.66 | | FED FUTA | 42.00 |
| | | | | CO SIT | 2,412.00 | AFLAC pre-tax | 649.74 | | CO SUI-ER | 264.09 |
| | | 0.00 | 60,436.32 | | 15,643.47 | Dental pre-tax | 259.49 | | ADP RS employer match | 682.64 |
| | | | | | | Life insurance pre-tax | 225.75 | | | 5,363.23 |
| | | | | | | Vision pre-tax | 21.84 | | | |
| | | | | | | Watch Dog | 111.72 | | | |
| | | | | | | | 4,030.56 | | | |

Check Date: 01/06/2017 / Direct Deposit / Checking / Account No: XXXXX6070   $2,303.25
Check Date: 01/06/2017 / Direct Deposit / Checking / Account No: XXXXX7232   $250.00
Check Date: 01/20/2017 / Direct Deposit / Checking / Account No: XXXXX6070   $3,180.53
Check Date: 01/20/2017 / Direct Deposit / Checking / Account No: XXXXX7232   $250.00
Check Date: 02/07/2017 / Direct Deposit / Checking / Account No: XXXXX6070   $2,303.25
Check Date: 02/07/2017 / Direct Deposit / Checking / Account No: XXXXX7232   $250.00
Check Date: 02/22/2017 / Direct Deposit / Checking / Account No: XXXXX6070   $3,180.53
Check Date: 02/22/2017 / Direct Deposit / Checking / Account No: XXXXX7232   $250.00
Check Date: 03/07/2017 / Direct Deposit / Checking / Account No: XXXXX6070   $2,303.25
Check Date: 03/07/2017 / Direct Deposit / Checking / Account No: XXXXX7232   $250.00
Check Date: 03/22/2017 / Direct Deposit / Checking / Account No: XXXXX6070   $3,180.53

Company: Roadrunner B2C LLC                   1 of 10                    Date Printed: 08/01/2017 18:15
Check dates from: 1/6/2017 - Payroll 1 to: 7/21/2017 - Payroll 1                                    20851957 - RQ/T8T
Pay Period from: 12/16/2016 to: 07/15/2017

Exhibit AA - Page 2 of 11

## Payroll Details

| Hours and Earnings | | | | Taxes | | Deductions | | | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |
| Check Date: 03/22/2017 / Direct Deposit / Checking / Account No: XXXXX7232  $250.00 | | | | | | | | | | |
| Check Date: 04/07/2017 / Direct Deposit / Checking / Account No: XXXXX6070  $2,160.08 | | | | | | | | | | |
| Check Date: 04/07/2017 / Direct Deposit / Checking / Account No: XXXXX7232  $250.00 | | | | | | | | | | |
| Check Date: 04/21/2017 / Direct Deposit / Checking / Account No: XXXXX6070  $2,982.88 | | | | | | | | | | |
| Check Date: 04/21/2017 / Direct Deposit / Checking / Account No: XXXXX7232  $250.00 | | | | | | | | | | |
| Check Date: 05/05/2017 / Direct Deposit / Checking / Account No: XXXXX6070  $2,160.66 | | | | | | | | | | |
| Check Date: 05/05/2017 / Direct Deposit / Checking / Account No: XXXXX7232  $250.00 | | | | | | | | | | |
| Check Date: 05/22/2017 / Direct Deposit / Checking / Account No: XXXXX6070  $2,982.86 | | | | | | | | | | |
| Check Date: 05/22/2017 / Direct Deposit / Checking / Account No: XXXXX7232  $250.00 | | | | | | | | | | |
| Check Date: 06/07/2017 / Direct Deposit / Checking / Account No: XXXXX6070  $2,160.68 | | | | | | | | | | |
| Check Date: 06/07/2017 / Direct Deposit / Checking / Account No: XXXXX7232  $250.00 | | | | | | | | | | |
| Check Date: 06/22/2017 / Direct Deposit / Checking / Account No: XXXXX6070  $3,057.97 | | | | | | | | | | |
| Check Date: 06/22/2017 / Direct Deposit / Checking / Account No: XXXXX7232  $250.00 | | | | | | | | | | |
| Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: XXXXX6070  $2,247.84 | | | | | | | | | | |
| Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: XXXXX7232  $250.00 | | | | | | | | | | |
| Check Date: 07/21/2017 / Direct Deposit / Checking / Account No: XXXXX6070  $3,057.98 | | | | | | | | | | |
| Check Date: 07/21/2017 / Direct Deposit / Checking / Account No: XXXXX7232  $250.00 | | | | | | | | | | |

**Employee:** ▓▓▓▓▓▓▓▓▓▓   **SSN: xxx-xx-7561**

| Description | Hours | Rate | Amount | Tax | Amount | | | Net Pay | Liability | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 1,032.36 | 10.0000 | 10,323.60 | FED FIT | 875.13 | | | 9,598.47 | FED SOCSEC-ER | 703.16 |
| Overtime | 19.84 | 15.0000 | 297.60 | FED SOCSEC | 703.15 | | | | FED MEDCARE-ER | 164.44 |
| Vacation | 24.00 | 10.0000 | 240.00 | FED | 164.45 | | | | FED FUTA | 42.01 |
| Sick | 16.00 | 10.0000 | 160.00 | MEDCARE | | | | | NV SUI-ER | 334.56 |
| Holiday | 32.00 | 10.0000 | 320.00 | | 1,742.73 | | | | | 1,244.17 |
|  | 1,124.20 |  | 11,341.20 | | | | | | | |

| Check Date: 01/06/2017 / Direct Deposit / Checking / Account No: XXXXXX6701  $622.18 |
| Check Date: 01/20/2017 / Direct Deposit / Checking / Account No: XXXXXX6701  $681.40 |
| Check Date: 02/07/2017 / Direct Deposit / Checking / Account No: XXXXXX6701  $708.47 |
| Check Date: 02/22/2017 / Direct Deposit / Checking / Account No: XXXXXX6701  $685.48 |
| Check Date: 03/07/2017 / Direct Deposit / Checking / Account No: XXXXXX6701  $538.93 |
| Check Date: 03/22/2017 / Direct Deposit / Checking / Account No: XXXXXX6701  $658.19 |
| Check Date: 04/07/2017 / Direct Deposit / Checking / Account No: XXXXXX6701  $713.30 |
| Check Date: 04/21/2017 / Direct Deposit / Checking / Account No: XXXXXX6701  $726.64 |
| Check Date: 05/05/2017 / Direct Deposit / Checking / Account No: XXXXXX6701  $775.46 |
| Check Date: 05/22/2017 / Direct Deposit / Checking / Account No: XXXXXX6701  $727.96 |
| Check Date: 06/07/2017 / Direct Deposit / Checking / Account No: XXXXXX6701  $793.39 |

Company: Roadrunner B2C LLC                    2 of 10                    Date Printed: 08/01/2017 18:15
Check dates from: 1/6/2017 - Payroll 1 to: 7/21/2017 - Payroll 1                    20851957 - RQ/T8T
Pay Period from: 12/16/2016 to: 07/15/2017

Exhibit AA - Page 3 of 11

## Payroll Details

| Hours and Earnings | | | | Taxes | | Deductions | | | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |
| Check Date: 06/22/2017 / Direct Deposit / Checking / Account No: XXXXXX6701  $702.90 | | | | | | | | | | |
| Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: XXXXXX6701  $647.59 | | | | | | | | | | |
| Check Date: 07/21/2017 / Direct Deposit / Checking / Account No: XXXXXX6701  $616.58 | | | | | | | | | | |
| Employee: ▇▇▇ | | | SSN: xxx-xx-0636 | | | | | | | |
| Regular | 4.30 | 10.0000 | 43.00 | FED SOCSEC | 2.67 | | | 39.71 | FED SOCSEC-ER | 2.67 |
| | 4.30 | | 43.00 | FED | 0.62 | | | | FED MEDCARE-ER | 0.62 |
| | | | | MEDCARE | | | | | FED FUTA | 0.26 |
| | | | | | 3.29 | | | | NV SUI-ER | 1.27 |
| | | | | | | | | | | 4.82 |
| Check Date: 01/06/2017 / Direct Deposit / Checking / Account No: XXXXXX7013  $18.47 | | | | | | | | | | |
| Check Date: 01/20/2017 / Direct Deposit / Checking / Account No: XXXXXX7013  $21.24 | | | | | | | | | | |
| Employee: ▇▇▇ | | | SSN: xxx-xx-2328 | | | | | | | |
| Regular | 0.00 | | 28,000.00 | FED FIT | 6,563.40 | ADP RS | 2,205.00 | 29,020.91 | FED SOCSEC-ER | 2,608.78 |
| Bonus | 0.00 | | 14,750.00 | FED SOCSEC | 2,608.84 | employee before-tax % | | | FED MEDCARE-ER | 610.08 |
| Misc reimbursement | 0.00 | | 700.00 | FED MEDCARE | 610.13 | AFLAC pre-tax | 567.00 | | FED FUTA | 42.00 |
| non-taxable | | | | CO SIT | 1,679.00 | Life insurance pre-tax | 105.00 | | CO SUI-ER | 263.94 |
| | 0.00 | | 43,450.00 | | 11,461.37 | Watch Dog | 90.72 | | ADP RS employer match | 1,102.50 |
| | | | | | | | 2,967.72 | | | 4,627.30 |
| Check Date: 01/06/2017 / Direct Deposit / Checking / Account No: XXXXXX5180  $1,523.90 | | | | | | | | | | |
| Check Date: 01/20/2017 / Direct Deposit / Checking / Account No: XXXXXX5180  $2,777.88 | | | | | | | | | | |
| Check Date: 02/07/2017 / Direct Deposit / Checking / Account No: XXXXXX5180  $1,878.27 | | | | | | | | | | |
| Check Date: 02/22/2017 / Direct Deposit / Checking / Account No: XXXXXX5180  $2,608.89 | | | | | | | | | | |
| Check Date: 03/07/2017 / Direct Deposit / Checking / Account No: XXXXXX5180  $1,437.50 | | | | | | | | | | |
| Check Date: 03/22/2017 / Direct Deposit / Checking / Account No: XXXXXX5180  $2,608.90 | | | | | | | | | | |
| Check Date: 04/07/2017 / Direct Deposit / Checking / Account No: XXXXXX5180  $1,437.50 | | | | | | | | | | |
| Check Date: 04/21/2017 / Direct Deposit / Checking / Account No: XXXXXX5180  $2,608.89 | | | | | | | | | | |
| Check Date: 05/05/2017 / Direct Deposit / Checking / Account No: XXXXXX5180  $1,437.50 | | | | | | | | | | |
| Check Date: 05/22/2017 / Direct Deposit / Checking / Account No: XXXXXX5180  $2,608.89 | | | | | | | | | | |
| Check Date: 06/07/2017 / Direct Deposit / Checking / Account No: XXXXXX5180  $1,437.51 | | | | | | | | | | |
| Check Date: 06/22/2017 / Direct Deposit / Checking / Account No: XXXXXX5180  $2,608.89 | | | | | | | | | | |
| Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: XXXXXX5180  $1,437.50 | | | | | | | | | | |
| Check Date: 07/21/2017 / Direct Deposit / Checking / Account No: XXXXXX5180  $2,608.89 | | | | | | | | | | |
| Employee: ▇▇▇ | | | SSN: xxx-xx-3975 | | | | | | | |
| Regular | 1,128.34 | 12.0000 | 13,540.08 | FED FIT | 1,395.64 | Child support 1 | 413.00 | 9,478.02 | FED SOCSEC-ER | 918.93 |
| Overtime | 39.19 | 18.0000 | 705.42 | FED SOCSEC | 918.93 | Child support 2 | 2,345.00 | | FED MEDCARE-ER | 214.92 |
| Vacation | 16.00 | 12.0000 | 192.00 | FED MEDCARE | 214.91 | Creditor 1 | 28.00 | | FED FUTA | 41.98 |
| Holiday | 32.00 | 12.0000 | 384.00 | | | Creditor 2 | 28.00 | | NV SUI-ER | 437.23 |

Company: Roadrunner B2C LLC                                         3 of 10                               Date Printed: 08/01/2017 18:15
Check dates from: 1/6/2017 - Payroll 1 to: 7/21/2017 - Payroll 1                                        20851957 - RQ/T8T
Pay Period from: 12/16/2016 to: 07/15/2017

Exhibit AA - Page 4 of 11

## Payroll Details

| Hours and Earnings | | | | Taxes | | Deductions | | | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |
| | 1,215.53 | | 14,821.50 | | 2,529.48 | | 2,814.00 | | | 1,613.06 |

Check Date: 01/06/2017 / Direct Deposit / Checking / Account No: XXXXXXXXX6391  $858.71
Check Date: 01/20/2017 / Direct Deposit / Checking / Account No: XXXXXXXXX6391  $677.20
Check Date: 02/07/2017 / Direct Deposit / Checking / Account No: XXXXXXXXX6391  $738.98
Check Date: 02/22/2017 / Direct Deposit / Checking / Account No: XXXXXXXXX6391  $711.91
Check Date: 03/07/2017 / Direct Deposit / Checking / Account No: XXXXXXXXX6391  $592.04
Check Date: 03/22/2017 / Direct Deposit / Checking / Account No: XXXXXXXXX6391  $595.85
Check Date: 04/07/2017 / Direct Deposit / Checking / Account No: XXXXXXXXX6391  $673.08
Check Date: 04/21/2017 / Direct Deposit / Checking / Account No: XXXXXXXXX6391  $627.17
Check Date: 05/05/2017 / Direct Deposit / Checking / Account No: XXXXXXXXX6391  $780.14
Check Date: 05/22/2017 / Direct Deposit / Checking / Account No: XXXXXXXXX6391  $696.10
Check Date: 06/07/2017 / Direct Deposit / Checking / Account No: XXXXXXXXX6391  $661.65
Check Date: 06/22/2017 / Direct Deposit / Checking / Account No: XXXXXXXXX6391  $638.08
Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: XXXXXXXXX6391  $628.29
Check Date: 07/21/2017 / Direct Deposit / Checking / Account No: XXXXXXXXX6391  $598.82

**Employee**    **SSN: xxx-xx-4903**

| Hours and Earnings | | | | Taxes | | Deductions | | | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 24,500.00 | FED FIT | 4,630.66 | ADP RS employee before-tax % | 777.83 | 38,993.87 | FED SOCSEC-ER | 2,019.60 |
| Bonus | 0.00 | | 8,074.18 | FED SOCSEC | 2,019.60 | | | | FED MEDCARE-ER | 472.36 |
| Misc reimbursement non-taxable | 0.00 | | 14,320.11 | FED MEDCARE | 472.33 | | 777.83 | | FED FUTA | 42.00 |
| | | | | | 7,122.59 | | | | NV SUI-ER | 870.28 |
| | 0.00 | | 46,894.29 | | | | | | ADP RS employer match | 388.90 |
| | | | | | | | | | | 3,793.14 |

Check Date: 01/06/2017 / Direct Deposit / Checking / Account No: XXXXX6548  $2,324.95
Check Date: 01/20/2017 / Direct Deposit / Checking / Account No: XXXXX6548  $2,653.98
Check Date: 02/07/2017 / Direct Deposit / Checking / Account No: XXXXX6548  $2,171.01
Check Date: 02/22/2017 / Direct Deposit / Checking / Account No: XXXXX6548  $2,835.70
Check Date: 03/07/2017 / Direct Deposit / Checking / Account No: XXXXX6548  $2,169.03
Check Date: 03/22/2017 / Direct Deposit / Checking / Account No: XXXXX6548  $2,011.37
Check Date: 04/07/2017 / Direct Deposit / Checking / Account No: XXXXX6548  $1,784.41
Check Date: 04/21/2017 / Direct Deposit / Checking / Account No: XXXXX6548  $3,184.71
Check Date: 05/05/2017 / Direct Deposit / Checking / Account No: XXXXX6548  $8,135.96
Check Date: 05/22/2017 / Direct Deposit / Checking / Account No: XXXXX6548  $2,335.35
Check Date: 06/07/2017 / Direct Deposit / Checking / Account No: XXXXX6548  $1,869.22
Check Date: 06/22/2017 / Direct Deposit / Checking / Account No: XXXXX6548  $2,914.04
Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: XXXXX6548  $1,909.81

Company: Roadrunner B2C LLC    4 of 10    Date Printed: 08/01/2017 18:15
Check dates from: 1/6/2017 - Payroll 1 to: 7/21/2017 - Payroll 1    20851957 - RQ/T8T
Pay Period from: 12/16/2016 to: 07/15/2017

Exhibit AA - Page 5 of 11

## Payroll Details

| Hours and Earnings | | | | Taxes | | Deductions | | | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |
| Check Date: 07/21/2017 / Direct Deposit / Checking / Account No: XXXXX6548  $2,694.33 | | | | | | | | | | |
| **Employee:** ▇▇▇▇▇ | | | | **SSN: xxx-xx-1329** | | | | | | |
| Regular | 0.00 | | 67,200.00 | FED FIT | 10,186.57 | | | 49,838.98 | FED SOCSEC-ER | 4,218.52 |
| Bonus | 0.00 | | 840.66 | FED SOCSEC | 4,218.52 | | | | FED MEDCARE-ER | 986.59 |
| | 0.00 | | 68,040.66 | FED MEDCARE | 986.59 | | | | FED FUTA | 42.00 |
| | | | | CO SIT | 2,810.00 | | | | CO SUI-ER | 264.23 |
| | | | | | 18,201.68 | | | | | 5,511.34 |
| Check Date: 01/06/2017 / Direct Deposit / Checking / Account No: XXXXXX8650  $3,522.20 | | | | | | | | | | |
| Check Date: 01/20/2017 / Direct Deposit / Checking / Account No: XXXXXX8650  $3,522.20 | | | | | | | | | | |
| Check Date: 02/07/2017 / Direct Deposit / Checking / Account No: XXXXXX8650  $3,522.20 | | | | | | | | | | |
| Check Date: 02/22/2017 / Direct Deposit / Checking / Account No: XXXXXX8650  $3,646.08 | | | | | | | | | | |
| Check Date: 03/07/2017 / Direct Deposit / Checking / Account No: XXXXXX8650  $3,522.20 | | | | | | | | | | |
| Check Date: 03/22/2017 / Direct Deposit / Checking / Account No: XXXXXX8650  $3,522.20 | | | | | | | | | | |
| Check Date: 04/07/2017 / Direct Deposit / Checking / Account No: XXXXXX8650  $3,522.20 | | | | | | | | | | |
| Check Date: 04/21/2017 / Direct Deposit / Checking / Account No: XXXXXX8650  $3,902.50 | | | | | | | | | | |
| Check Date: 05/05/2017 / Direct Deposit / Checking / Account No: XXXXXX8650  $3,522.20 | | | | | | | | | | |
| Check Date: 05/22/2017 / Direct Deposit / Checking / Account No: XXXXXX8650  $3,522.20 | | | | | | | | | | |
| Check Date: 06/07/2017 / Direct Deposit / Checking / Account No: XXXXXX8650  $3,522.20 | | | | | | | | | | |
| Check Date: 06/22/2017 / Direct Deposit / Checking / Account No: XXXXXX8650  $3,522.20 | | | | | | | | | | |
| Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: XXXXXX8650  $3,522.20 | | | | | | | | | | |
| Check Date: 07/21/2017 / Direct Deposit / Checking / Account No: XXXXXX8650  $3,546.20 | | | | | | | | | | |
| **Employee:** ▇▇▇▇▇ | | | | **SSN: xxx-xx-9528** | | | | | | |
| Regular | 0.00 | | 3,333.35 | FED FIT | 153.15 | | | 2,855.20 | FED SOCSEC-ER | 206.65 |
| | 0.00 | | 3,333.35 | FED SOCSEC | 206.67 | | | | FED MEDCARE-ER | 48.35 |
| | | | | FED MEDCARE | 48.33 | | | | FED FUTA | 20.00 |
| | | | | CO SIT | 70.00 | | | | CO SUI-ER | 70.41 |
| | | | | | 478.15 | | | | | 345.41 |
| Check Date: 01/06/2017 / Direct Deposit / Checking / Account No: XXXXXX2324  $571.04 | | | | | | | | | | |
| Check Date: 01/20/2017 / Direct Deposit / Checking / Account No: XXXXXX2324  $571.04 | | | | | | | | | | |
| Check Date: 02/07/2017 / Direct Deposit / Checking / Account No: XXXXXX2324  $571.04 | | | | | | | | | | |
| Check Date: 02/22/2017 / Direct Deposit / Checking / Account No: XXXXXX2324  $571.04 | | | | | | | | | | |
| Check Date: 03/07/2017 / Direct Deposit / Checking / Account No: XXXXXX2324  $571.04 | | | | | | | | | | |
| **Employee:** ▇▇▇▇▇ | | | | **SSN: xxx-xx-7698** | | | | | | |
| Regular | 961.55 | 10.0000 | 9,615.50 | FED FIT | 705.83 | Dental pre-tax | 116.76 | 8,715.89 | FED SOCSEC-ER | 632.53 |
| Overtime | 4.23 | 15.0000 | 63.45 | FED SOCSEC | 632.54 | | 116.76 | | FED MEDCARE-ER | 147.93 |
| Vacation | 32.00 | 10.0000 | 320.00 | | | | | | FED FUTA | 42.00 |

Company: Roadrunner B2C LLC                             5 of 10                              Date Printed: 08/01/2017 18:15
Check dates from: 1/6/2017 - Payroll 1 to: 7/21/2017 - Payroll 1                              20851957 - RQ/T8T
Pay Period from: 12/16/2016 to: 07/15/2017

Exhibit AA - Page 6 of 11

## Payroll Details

| Hours and Earnings | | | | Taxes | | Deductions | | | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |
| Holiday | 32.00 | 10.0000 | 320.00 | FED | 147.93 | | | | NV SUI-ER | 304.40 |
| | 1,029.78 | | 10,318.95 | MEDCARE | | | | | | 1,126.86 |
| | | | | | 1,486.30 | | | | | |

Check Date: 01/06/2017 / Direct Deposit / Checking / Account No: XXXXX8952  $673.27
Check Date: 01/20/2017 / Direct Deposit / Checking / Account No: XXXXX8952  $644.27
Check Date: 02/07/2017 / Direct Deposit / Checking / Account No: XXXXX8952  $690.43
Check Date: 02/22/2017 / Direct Deposit / Checking / Account No: XXXXX8952  $653.56
Check Date: 03/07/2017 / Direct Deposit / Checking / Account No: XXXXX8952  $531.84
Check Date: 03/22/2017 / Direct Deposit / Checking / Account No: XXXXX8952  $554.98
Check Date: 04/07/2017 / Direct Deposit / Checking / Account No: XXXXX8952  $674.81
Check Date: 04/21/2017 / Direct Deposit / Checking / Account No: XXXXX8952  $603.30
Check Date: 05/05/2017 / Direct Deposit / Checking / Account No: XXXXX8952  $630.01
Check Date: 05/22/2017 / Direct Deposit / Checking / Account No: XXXXX8952  $602.97
Check Date: 06/07/2017 / Direct Deposit / Checking / Account No: XXXXX8952  $674.84
Check Date: 06/22/2017 / Direct Deposit / Checking / Account No: XXXXX8952  $630.21
Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: XXXXX8952  $596.40
Check Date: 07/21/2017 / Direct Deposit / Checking / Account No: XXXXX8952  $555.00

**Employee:** ▓▓▓▓▓▓▓▓▓     **SSN:** xxx-xx-8662

| Hours and Earnings | | | | Taxes | | Deductions | | | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |
| Regular | 1,046.73 | 10.0000 | 10,467.30 | FED FIT | 386.53 | | | 10,025.01 | FED SOCSEC-ER | 698.99 |
| Overtime | 12.76 | 15.0000 | 191.40 | FED SOCSEC | 698.99 | | | | FED MEDCARE-ER | 163.51 |
| Vacation | 24.00 | 10.0000 | 240.00 | FED | 163.47 | | | | FED FUTA | 42.01 |
| Sick | 5.53 | 10.0000 | 55.30 | MEDCARE | | | | | NV SUI-ER | 332.57 |
| Holiday | 32.00 | 10.0000 | 320.00 | | 1,248.99 | | | | | 1,237.08 |
| | 1,121.02 | | 11,274.00 | | | | | | | |

Check Date: 01/06/2017 / Direct Deposit / Checking / Account No: XXXXXXXXXX8619  $741.94
Check Date: 01/20/2017 / Direct Deposit / Checking / Account No: XXXXXXXXXX8619  $697.97
Check Date: 02/07/2017 / Direct Deposit / Checking / Account No: XXXXXXXXXX8619  $805.84
Check Date: 02/22/2017 / Direct Deposit / Checking / Account No: XXXXXXXXXX8619  $645.18
Check Date: 03/07/2017 / Direct Deposit / Checking / Account No: XXXXXXXXXX8619  $553.04
Check Date: 03/22/2017 / Direct Deposit / Checking / Account No: XXXXXXXXXX8619  $572.55
Check Date: 04/07/2017 / Direct Deposit / Checking / Account No: XXXXXXXXXX8619  $814.82
Check Date: 04/21/2017 / Direct Deposit / Checking / Account No: XXXXXXXXXX8619  $683.10
Check Date: 05/05/2017 / Direct Deposit / Checking / Account No: XXXXXXXXXX8619  $846.11
Check Date: 05/22/2017 / Direct Deposit / Checking / Account No: XXXXXXXXXX8619  $583.67
Check Date: 06/07/2017 / Direct Deposit / Checking / Account No: XXXXXXXXXX8619  $822.89
Check Date: 06/22/2017 / Direct Deposit / Checking / Account No: XXXXXXXXXX8619  $776.81

Company: Roadrunner B2C LLC                6 of 10                Date Printed: 08/01/2017 18:15
Check dates from: 1/6/2017 - Payroll 1 to: 7/21/2017 - Payroll 1                        20851957 - RQ/T8T
Pay Period from: 12/16/2016 to: 07/15/2017

Exhibit AA - Page 7 of 11

## Payroll Details

| Hours and Earnings | | | | Taxes | | Deductions | | | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |
| Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: XXXXXXXXXX8619 $763.35 | | | | | | | | | | |
| Check Date: 07/21/2017 / Direct Deposit / Checking / Account No: XXXXXXXXXX8619 $717.74 | | | | | | | | | | |
| **Employee:** ▉▉▉▉▉▉▉▉ | | | | **SSN: xxx-xx-2697** | | | | | | |
| Regular | 924.31 | 10.0000 | 9,243.10 | FED FIT | 361.48 | | | 8,578.96 | FED SOCSEC-ER | 600.23 |
| Overtime | 2.53 | 15.0000 | 37.95 | FED SOCSEC | 600.23 | | | | FED MEDCARE-ER | 140.38 |
| Vacation | 8.00 | 10.0000 | 80.00 | FED | 140.38 | | | | FED FUTA | 41.99 |
| Holiday | 32.00 | 10.0000 | 320.00 | MEDCARE | | | | | NV SUI-ER | 285.59 |
| | 966.84 | | 9,681.05 | | 1,102.09 | | | | | 1,068.19 |
| Check Date: 01/06/2017 / Direct Deposit / Checking / Account No: XXXXX7903 $697.60 | | | | | | | | | | |
| Check Date: 01/20/2017 / Direct Deposit / Checking / Account No: XXXXX7903 $461.01 | | | | | | | | | | |
| Check Date: 02/07/2017 / Direct Deposit / Checking / Account No: XXXXX7903 $675.78 | | | | | | | | | | |
| Check Date: 02/22/2017 / Direct Deposit / Checking / Account No: XXXXX7903 $587.50 | | | | | | | | | | |
| Check Date: 03/07/2017 / Direct Deposit / Checking / Account No: XXXXX7903 $445.03 | | | | | | | | | | |
| Check Date: 03/22/2017 / Direct Deposit / Checking / Account No: XXXXX7903 $586.68 | | | | | | | | | | |
| Check Date: 04/07/2017 / Direct Deposit / Checking / Account No: XXXXX7903 $629.91 | | | | | | | | | | |
| Check Date: 04/21/2017 / Direct Deposit / Checking / Account No: XXXXX7903 $570.77 | | | | | | | | | | |
| Check Date: 05/05/2017 / Direct Deposit / Checking / Account No: XXXXX7903 $694.28 | | | | | | | | | | |
| Check Date: 05/22/2017 / Direct Deposit / Checking / Account No: XXXXX7903 $561.31 | | | | | | | | | | |
| Check Date: 06/07/2017 / Direct Deposit / Checking / Account No: XXXXX7903 $665.90 | | | | | | | | | | |
| Check Date: 06/22/2017 / Direct Deposit / Checking / Account No: XXXXX7903 $652.46 | | | | | | | | | | |
| Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: XXXXX7903 $682.78 | | | | | | | | | | |
| Check Date: 07/21/2017 / Direct Deposit / Checking / Account No: XXXXX7903 $667.95 | | | | | | | | | | |
| **Employee:** ▉▉▉▉▉▉▉▉ | | | | **SSN: xxx-xx-8048** | | | | | | |
| Regular | 1,104.60 | 11.0000 | 12,150.60 | FED FIT | 357.11 | | | 11,964.20 | FED SOCSEC-ER | 827.18 |
| Overtime | 26.87 | 16.5000 | 443.37 | FED SOCSEC | 827.20 | | | | FED MEDCARE-ER | 193.47 |
| Vacation | 20.00 | 11.0000 | 220.00 | FED | 193.46 | | | | FED FUTA | 42.00 |
| Sick | 16.00 | 11.0000 | 176.00 | MEDCARE | | | | | NV SUI-ER | 393.60 |
| Holiday | 32.00 | 11.0000 | 352.00 | | 1,377.77 | | | | | 1,456.25 |
| | 1,199.47 | | 13,341.97 | | | | | | | |
| Check Date: 01/06/2017 / Direct Deposit / Checking / Account No: XXXXX3565 $913.59 | | | | | | | | | | |
| Check Date: 01/20/2017 / Direct Deposit / Checking / Account No: XXXXX3565 $885.15 | | | | | | | | | | |
| Check Date: 02/07/2017 / Direct Deposit / Checking / Account No: XXXXX3565 $905.39 | | | | | | | | | | |
| Check Date: 02/22/2017 / Direct Deposit / Checking / Account No: XXXXX3565 $813.96 | | | | | | | | | | |
| Check Date: 03/07/2017 / Direct Deposit / Checking / Account No: XXXXX3565 $713.21 | | | | | | | | | | |
| Check Date: 03/22/2017 / Direct Deposit / Checking / Account No: XXXXX3565 $787.50 | | | | | | | | | | |
| Check Date: 04/07/2017 / Direct Deposit / Checking / Account No: XXXXX3565 $826.36 | | | | | | | | | | |
| Check Date: 04/21/2017 / Direct Deposit / Checking / Account No: XXXXX3565 $776.17 | | | | | | | | | | |

Company: Roadrunner B2C LLC
Check dates from: 1/6/2017 - Payroll 1 to: 7/21/2017 - Payroll 1
Pay Period from: 12/16/2016 to: 07/15/2017

7 of 10

Date Printed: 08/01/2017 18:15
20851957 - RQ/T8T

Exhibit AA - Page 8 of 11

## Payroll Details

| Hours and Earnings | | | | Taxes | | Deductions | | Net Pay | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | | Liability | Amount |
| Check Date: 05/05/2017 / Direct Deposit / Checking / Account No: XXXXX3565 $951.00 | | | | | | | | | | |
| Check Date: 05/22/2017 / Direct Deposit / Checking / Account No: XXXXX3565 $849.91 | | | | | | | | | | |
| Check Date: 06/07/2017 / Direct Deposit / Checking / Account No: XXXXX3565 $909.79 | | | | | | | | | | |
| Check Date: 06/22/2017 / Direct Deposit / Checking / Account No: XXXXX3565 $893.70 | | | | | | | | | | |
| Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: XXXXX3565 $906.35 | | | | | | | | | | |
| Check Date: 07/21/2017 / Direct Deposit / Checking / Account No: XXXXX3565 $832.12 | | | | | | | | | | |
| **Employee:** | | | | **SSN: xxx-xx-3183** | | | | | | |
| Regular | 0.00 | | 20,300.00 | FED FIT | 3,141.97 | Dental pre-tax | 578.76 | 18,164.23 | FED SOCSEC-ER | 1,430.45 |
| Bonus | 0.00 | | 3,500.00 | FED SOCSEC | 1,430.41 | Life insurance pre-tax | 65.40 | | FED MEDCARE-ER | 334.55 |
| | | | | FED MEDCARE | 334.53 | | | | FED FUTA | 42.00 |
| | 0.00 | | 23,800.00 | | | Vision pre-tax | 84.70 | | NV SUI-ER | 702.17 |
| | | | | | 4,906.91 | | 728.86 | | | 2,509.17 |
| Check Date: 01/06/2017 / Direct Deposit / Checking / Account No: XXXXXXXX6978 $1,119.26 | | | | | | | | | | |
| Check Date: 01/20/2017 / Direct Deposit / Checking / Account No: XXXXXXXX6978 $1,483.40 | | | | | | | | | | |
| Check Date: 02/07/2017 / Direct Deposit / Checking / Account No: XXXXXXXX6978 $1,119.27 | | | | | | | | | | |
| Check Date: 02/22/2017 / Direct Deposit / Checking / Account No: XXXXXXXX6978 $1,483.40 | | | | | | | | | | |
| Check Date: 03/07/2017 / Direct Deposit / Checking / Account No: XXXXXXXX6978 $1,119.26 | | | | | | | | | | |
| Check Date: 03/22/2017 / Direct Deposit / Checking / Account No: XXXXXXXX6978 $1,483.39 | | | | | | | | | | |
| Check Date: 04/07/2017 / Direct Deposit / Checking / Account No: XXXXXXXX6978 $1,119.27 | | | | | | | | | | |
| Check Date: 04/21/2017 / Direct Deposit / Checking / Account No: XXXXXXXX6978 $1,482.45 | | | | | | | | | | |
| Check Date: 05/05/2017 / Direct Deposit / Checking / Account No: XXXXXXXX6978 $1,118.17 | | | | | | | | | | |
| Check Date: 05/22/2017 / Direct Deposit / Checking / Account No: XXXXXXXX6978 $1,482.45 | | | | | | | | | | |
| Check Date: 06/07/2017 / Direct Deposit / Checking / Account No: XXXXXXXX6978 $1,118.17 | | | | | | | | | | |
| Check Date: 06/22/2017 / Direct Deposit / Checking / Account No: XXXXXXXX6978 $1,482.45 | | | | | | | | | | |
| Check Date: 07/07/2017 / Direct Deposit / Checking / Account No: XXXXXXXX6978 $1,092.87 | | | | | | | | | | |
| Check Date: 07/21/2017 / Direct Deposit / Checking / Account No: XXXXXXXX6978 $1,460.42 | | | | | | | | | | |
| **Employee:** | | | | **SSN: xxx-xx-1546** | | | | | | |
| Regular | 656.15 | 10.0000 | 6,561.50 | | | Child support 1 | 1,710.00 | 5,171.50 | | |
| Sick | 8.00 | 10.0000 | 80.00 | | | | 1,710.00 | | | |
| Holiday | 24.00 | 10.0000 | 240.00 | | | | | | | |
| | 688.15 | | 6,881.50 | | | | | | | |
| Check Date: 01/06/2017 / Direct Deposit / Checking / Account No: XXXXXX7832 $508.50 | | | | | | | | | | |
| Check Date: 01/20/2017 / Direct Deposit / Checking / Account No: XXXXXX7832 $515.30 | | | | | | | | | | |
| Check Date: 02/07/2017 / Direct Deposit / Checking / Account No: XXXXXX7832 $459.70 | | | | | | | | | | |
| Check Date: 02/22/2017 / Direct Deposit / Checking / Account No: XXXXXX7832 $393.80 | | | | | | | | | | |
| Check Date: 03/07/2017 / Direct Deposit / Checking / Account No: XXXXXX7832 $352.20 | | | | | | | | | | |

Company: Roadrunner B2C LLC
Check dates from: 1/6/2017 - Payroll 1 to: 7/21/2017 - Payroll 1
Pay Period from: 12/16/2016 to: 07/15/2017

8  of  10

Date Printed: 08/01/2017 18:15
20851957 - RQ/T8T

Exhibit AA - Page 9 of 11

## Payroll Details

| Hours and Earnings | | | | Taxes | | Deductions | | | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |
| Check Date: 03/22/2017 / Direct Deposit / Checking / Account No: XXXXXX7832  $315.70 | | | | | | | | | | |
| Check Date: 04/07/2017 / Direct Deposit / Checking / Account No: XXXXXX7832  $405.00 | | | | | | | | | | |
| Check Date: 04/21/2017 / Direct Deposit / Checking / Account No: XXXXXX7832  $445.70 | | | | | | | | | | |
| Check Date: 05/05/2017 / Direct Deposit / Checking / Account No: XXXXXX7832  $502.80 | | | | | | | | | | |
| Check Date: 05/22/2017 / Direct Deposit / Checking / Account No: XXXXXX7832  $496.80 | | | | | | | | | | |
| Check Date: 06/07/2017 / Direct Deposit / Checking / Account No: XXXXXX7832  $464.00 | | | | | | | | | | |
| Check Date: 06/22/2017 / Direct Deposit / Checking / Account No: XXXXXX7512  $312.00 | | | | | | | | | | |
| **Employee Totals:** | | | | | | | | | | |
| Regular | 6,858.34 | | $265,389.35 | FED FIT | $37,668.67 | ADP RS employee before-tax % | $2,982.83 | $246,628.46 | FED SOCSEC-ER | $18,647.90 |
| Overtime | 105.42 | | $1,739.19 | FED SOCSEC | $18,647.96 | | | | FED MEDCARE-ER | $4,361.28 |
| Vacation | 124.00 | | $1,292.00 | FED MEDCARE | $4,361.21 | | | | FED FUTA | $504.99 |
| Sick | 45.53 | | $471.30 | CO SIT | $6,994.00 | ADP RS employee Roth 401(k) % | $1,365.36 | | CO SUI-ER | $862.67 |
| Holiday | 216.00 | | $2,256.00 | | $67,671.84 | | | | NV SUI-ER | $3,773.44 |
| Bonus | 0.00 | | $40,578.08 | | | Medical pre-tax 1 | $1,396.66 | | ADP RS employer match | $2,174.04 |
| Misc reimbursement non-taxable | 0.00 | | $15,720.11 | | | AFLAC pre-tax | $1,216.74 | | | |
| | | | | | | Dental pre-tax | $955.01 | | | $30,324.32 |
| | 7,349.29 | | $327,446.03 | | | Life insurance pre-tax | $396.15 | | | |
| | | | | | | Vision pre-tax | $106.54 | | | |
| | | | | | | Watch Dog | $202.44 | | | |
| | | | | | | Child support 1 | $2,123.00 | | | |
| | | | | | | Child support 2 | $2,345.00 | | | |
| | | | | | | Creditor 1 | $28.00 | | | |
| | | | | | | Creditor 2 | $28.00 | | | |
| | | | | | | | $13,145.73 | | | |
| **Total Employees - 0 - Unassigned: 15** | | | | | | | | | | |
| **Payment Checks:** | | | | | | | | | | |
| Nevada State Treasurer | | | | | | | | 56.00 | | |
| State Collection &Disbursement | | | | | | | | 413.00 | | |
| State Collection& Disbursement | | | | | | | | 2,345.00 | | |
| TX Child Support SDU | | | | | | | | 1,710.00 | | |
| **Payment Check Totals:** | | | | | | | | $4,524.00 | | |
| **Pay Frequency Totals: Semimonthly** | | | | | | | | | | |
| Regular | 6,858.34 | | $265,389.35 | FED FIT | $37,668.67 | ADP RS employee before-tax % | $2,982.83 | $251,152.46 | FED SOCSEC-ER | $18,647.90 |
| Overtime | 105.42 | | $1,739.19 | FED SOCSEC | $18,647.96 | | | | FED MEDCARE-ER | $4,361.28 |
| Vacation | 124.00 | | $1,292.00 | FED MEDCARE | $4,361.21 | | | | FED FUTA | $504.99 |
| Sick | 45.53 | | $471.30 | CO SIT | $6,994.00 | ADP RS employee Roth 401(k) % | $1,365.36 | | CO SUI-ER | $862.67 |
| Holiday | 216.00 | | $2,256.00 | | $67,671.84 | | | | NV SUI-ER | $3,773.44 |
| Bonus | 0.00 | | $40,578.08 | | | Medical pre-tax 1 | $1,396.66 | | ADP RS employer match | $2,174.04 |
| Misc reimbursement non-taxable | 0.00 | | $15,720.11 | | | AFLAC pre-tax | $1,216.74 | | | $30,324.32 |
| | | | | | | Dental pre-tax | $955.01 | | | |
| | 7,349.29 | | $327,446.03 | | | | | | | |

Company: Roadrunner B2C LLC                                 9 of 10                               Date Printed: 08/01/2017 18:15
Check dates from: 1/6/2017 - Payroll 1 to: 7/21/2017 - Payroll 1                                   20851957 - RQ/T8T
Pay Period from: 12/16/2016 to: 07/15/2017

Exhibit AA - Page 10 of 11

## Payroll Details

| Hours and Earnings ||||  Taxes || Deductions || Net Pay | Employer ||
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | | Liability | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Life insurance pre-tax | $396.15 | | | |
| | | | | | | Vision pre-tax | $106.54 | | | |
| | | | | | | Watch Dog | $202.44 | | | |
| | | | | | | Child support 1 | $2,123.00 | | | |
| | | | | | | Child support 2 | $2,345.00 | | | |
| | | | | | | Creditor 1 | $28.00 | | | |
| | | | | | | Creditor 2 | $28.00 | | | |
| | | | | | | | $13,145.73 | | | |
| **Total Employees - Semimonthly: 15** | | | | | | | | | | |
| **Company Totals:** | | | | | | | | | | |
| Regular | 6,858.34 | | $265,389.35 | FED FIT | $37,668.67 | ADP RS employee before-tax % | $2,982.83 | $251,152.46 | FED SOCSEC-ER | $18,647.90 |
| Overtime | 105.42 | | $1,739.19 | FED SOCSEC | $18,647.96 | | | | FED MEDCARE-ER | $4,361.28 |
| Vacation | 124.00 | | $1,292.00 | FED MEDCARE | $4,361.21 | ADP RS employee Roth 401(k) % | $1,365.36 | | FED FUTA | $504.99 |
| Sick | 45.53 | | $471.30 | CO SIT | $6,994.00 | | | | CO SUI-ER | $862.67 |
| Holiday | 216.00 | | $2,256.00 | | $67,671.84 | | | | NV SUI-ER | $3,773.44 |
| Bonus | 0.00 | | $40,578.08 | | | Medical pre-tax 1 | $1,396.66 | | ADP RS employer match | $2,174.04 |
| Misc reimbursement non-taxable | 0.00 | | $15,720.11 | | | AFLAC pre-tax | $1,216.74 | | | $30,324.32 |
| | | | | | | Dental pre-tax | $955.01 | | | |
| | 7,349.29 | | $327,446.03 | | | Life insurance pre-tax | $396.15 | | | |
| | | | | | | Vision pre-tax | $106.54 | | | |
| | | | | | | Watch Dog | $202.44 | | | |
| | | | | | | Child support 1 | $2,123.00 | | | |
| | | | | | | Child support 2 | $2,345.00 | | | |
| | | | | | | Creditor 1 | $28.00 | | | |
| | | | | | | Creditor 2 | $28.00 | | | |
| | | | | | | | $13,145.73 | | | |
| **Total Employees - Company: 15** | | | | | | | | | | |

Company: Roadrunner B2C LLC  
Check dates from: 1/6/2017 - Payroll 1 to: 7/21/2017 - Payroll 1  
Pay Period from: 12/16/2016 to: 07/15/2017  

10 of 10  

Date Printed: 08/01/2017 18:15  
20851957 - RQ/T8T  

Exhibit AA - Page 11 of 11