# EXHIBIT GG



PAGE 1
**24-Hour Customer Service: 303-237-5000
or 800-964-3444 outside Denver Metro
New Account or Loan: 303-238-9000
or 877-933-9800 outside Denver Metro**
www.efirstbank.com

FIRSTBANK
PO BOX 150097
LAKEWOOD CO 80215-0097

| ACCOUNT NUMBER | XXX-XXX-8650 |
|---|---|
| STATEMENT DATE | 8-11-2017 |
| INTEREST EARNED THIS YEAR | N/A |

BLAIR WILLIAM MCNEA

### ACCOUNT SUMMARY - - ANYWHERE ACCOUNT - SAFEKEEPING

CLOSING BALANCE FROM PREVIOUS STATEMENT............................................................DATE:  7-13-2017         32,179.24
             7 DEPOSITS AND OTHER ADDITIONS TOTALING................................................                              53,875.37+
           18 CHECKS AND OTHER WITHDRAWALS TOTALING..........................................                              66,376.25-
CLOSING BALANCE FOR THIS STATEMENT......................................................................DATE:  8-11-2017         19,678.36

MINIMUM BALANCE OF    7,820.30    ON........................   7-25-2017

### CHECKS AND OTHER WITHDRAWALS          *SHOWS BREAK IN CHECK NUMBER,   #SHOWS NOT MACHINE READABLE

| CHECK# | AMOUNT | DATE | CHECK# | AMOUNT | DATE | CHECK# | AMOUNT | DATE |
|---|---|---|---|---|---|---|---|---|
| 1372 | 380.00 | 7 - 18 | 2424* | 3,115.00 | 7 - 21 | 2428 | 170.00 | 7 - 21 |
| 1473* | 127.50 | 7 - 14 | 2425 | 540.00 | 7 - 17 | 2429 | 84.00 | 7 - 24 |
| 1475* | 170.00 | 7 - 14 | 2426 | 90.00 | 7 - 19 | 2430 | 41,110.00 | 7 - 25 |
| 2108* | 567.00 | 7 - 14 | 2427 | 1,300.00 | 7 - 24 | | | |

**ELECTRONIC AND MISCELLANEOUS WITHDRAWALS**

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 7 - 17 | 403.25 | ATM     3333  ARAPAHOE  RD        ERIE          CO ON 07-16  1006 |
| | | * NON-FIRSTBANK ATM WITHDRAWAL |
| 7 - 20 | 304.50 | ATM     FBN SAN JUAN LUIS        SAN JUAN      PR ON 07-20  1006 |
| | | * NON-FIRSTBANK ATM WITHDRAWAL |
| 7 - 21 | 15,000.00 | MOBILE TRANSFER #772459 TO SAVINGS ACCOUNT XXX-XXX-2179 |
| 7 - 24 | 10.00 | ANNUAL FIRSTBANK VISA DEBIT CARD FEE |
| 7 - 25 | 2,500.00 | INTERNET CREDIT CARD PAYMENT#853708 TO VISA |
| 7 - 28 | 500.00 | ATM     6500 LOOKOUT ROAD        BOULDER       CO ON 07-27  1006 |
| 8 - 11 | 5.00 | FEE FOR 2 WITHDRAWALS AT NON-FIRSTBANK ATMS @ $2.50 EA |

### DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 7 - 21 | 3,546.20 | DIRECT DEP REVGO LLC |
| 7 - 21 | 4,749.16 | DIRECT DEP REVLIVE |
| 7 - 21 | 12,599.72 | DIRECT DEP BLUE ROCKET BRAN |
| 7 - 21 | 14,113.96 | DIRECT DEP REVGUARD, LLC |
| 7 - 25 | 6,503.27 | INTERNET TRANSFER #853694 FROM SAVINGS ACCOUNT XXX-XXX-2179 |
| 7 - 28 | 10,000.00 | MOBILE TRANSFER #928600 FROM SAVINGS ACCOUNT XXX-XXX-2179 |
| 8 - 07 | 2,363.06 | DIRECT DEP REVGUARD LLC |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 7 - 14 | 31,314.74 | 7 - 20 | 29,596.99 | 7 - 28 | 17,320.30 |
| 7 - 17 | 30,371.49 | 7 - 21 | 46,321.03 | 8 - 07 | 19,683.36 |
| 7 - 18 | 29,991.49 | 7 - 24 | 44,927.03 | 8 - 11 | 19,678.36 |
| 7 - 19 | 29,901.49 | 7 - 25 | 7,820.30 | | |

****CONTINUED ON NEXT PAGE****

Exhibit GG - Page 1 of 3

PAGE 2

| ACCOUNT NUMBER | XXX-XXX-8650 | STATEMENT DATE | 8-11-2017 |
|---|---|---|---|

| RESERVE ACTIVITY - CASH RESERVE ACCOUNT | LIMIT: | $1,000 |
|---|---|---|

PAYMENT PLAN: 5% OF BALANCE     COLLATERAL: UNSECURED

YOUR ENTIRE CASH RESERVE LIMIT IS AVAILABLE FOR YOUR USE.

### NON-SUFFICIENT FUNDS FEES AND OTHER OVERDRAFT FEES

| | TOTAL FOR STATEMENT PERIOD | TOTAL 2017 YEAR-TO-DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | $.00 | $.00 |
| TOTAL RETURNED ITEM | $.00 | $.00 |

FirstBank Customers have several choices to help manage their accounts and avoid overdrafts. Please contact us at 1-800-964-3444 if you no longer want us to pay items that may overdraw your account. Customers can also apply for a Cash Reserve - a line of credit that can be used for overdraft protection, or enroll for the Linked Accounts Overdraft Protection service that allows customers to link eligible accounts for overdraft protection. In addition, Online Banking customers can enroll for free text message and email account balance alerts to receive notification of a low account balance. To enroll, visit efirstbank.com.

### HOW ARE WE DOING?

We are working very hard to maintain the highest level of customer service possible. But if we make a mistake, or you receive poor service from any of our employees, we want you to let us know. Please call one of our customer representatives at 303-231-2000 (outside metro Denver: 1-800-230-1060) with any question or complaint. We will do our best to solve your problem. If our service was especially good, we'd like to hear about that too. We welcome any suggestions you might have about new products or ways we could improve our service to you. Thank you for banking with us!

### FEES - CASH RESERVE ACCOUNT

TOTAL FEES PAID FOR THIS PERIOD     $0.00

### INTEREST CHARGED - CASH RESERVE ACCOUNT

INTEREST CHARGE ON LOAN ADVANCES     $0.00
TOTAL INTEREST FOR THIS PERIOD     $0.00

### 2017 TOTALS YEAR-TO-DATE- CASH RESERVE ACCOUNT

TOTAL FEES CHARGED IN 2017     $20.00
TOTAL INTEREST CHARGED IN 2017     $0.65

**RESERVE ACCOUNT DISCLOSURE**

Your INTEREST CHARGE may be computed using a fixed rate or variable rate of interest. If your Reserve Account uses a fixed rate, the heading "Fixed Rate" will appear on this statement. If your Reserve Account is variable rate, the name of your index will appear on this statement in conjunction with the heading "Index Rate" as well as other related variable rate disclosures. An increase in your index rate and CORRESPONDING ANNUAL PERCENTAGE RATE(S) will result in higher payments for INTEREST CHARGE. See your Reserve Account Agreement for additional information.

The procedure for computing the INTEREST CHARGE on money loaned to you under the Reserve Account program is calculated in the following manner:

1) We start with the previous balance which you owed to the bank at the beginning of this statement period.
2) Each day during the statement period we subtract payments and credits from this balance and add new loan advances. This gives us the daily principal balance of your Reserve loan.
3) We then multiply this daily balance by the appropriate daily periodic rate.
4) Finally, we add up the daily interest charges for each day in the statement period to determine your INTEREST CHARGE for the statement period.

If the INTEREST CHARGE is the result of the application of more than one periodic rate, we calculate a weighted average annual rate (shown on this statement) by dividing the total INTEREST CHARGE for the statement period by the sum of the daily principal balances and then multiplying that figure by 365.

****CONTINUED ON NEXT PAGE****

PAGE 3

**1STBANK**

| ACCOUNT NUMBER | XXX-XXX-8650 | STATEMENT DATE | 8-11-2017 |

**What To Do if You Think You Find a Mistake on Your Statement**

If you think there is an error on your statement, write to us at FirstBank, Attn: DP Admin, PO Box 150097, Lakewood, CO 80215 or you may also contact us on the Web: www.efirstbank.com.  In your letter, give us the following information:
(1) *Account Information :*      Your name and account number.
(2) *Dollar Amount:*             The dollar amount of the suspected error.
(3) *Description of Problem:*    If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential error in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.  While we investigate whether or not there has been an error, the following are true: (1) We cannot try to collect the amount in question, or report you as delinquent on that amount; (2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount.  But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount; (3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance; (4) We can apply any unpaid amount against your credit limit.

### HOW TO BALANCE YOUR CHECKBOOK            Outstanding Checks

| | | | NUMBER | AMOUNT |
|---|---|---|---|---|
| Enter Checkbook Balance: | $ | | | |
| ADD: Deposits Not Entered in Checkbook | $ | | | |
| Subtotal: | $ | | | |
| SUBTRACT: Deductions Not Entered in Checkbook | $ | | | |
| EQUALS: Revised Checkbook Balance* | $ | * | | |
| Enter Bank Balance from Statement | $ | | | |
| ADD: Deposits Not Included in This Statement | $ | | | |
| Subtotal | $ | | | |
| SUBTRACT: Outstanding Checks | $ | ** | | |
| EQUALS Revised Bank Balance | $ | * | | |
| * These totals should agree | | ** | TOTAL | $ |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS**

Telephone us at the number shown, or write us at the address shown at the beginning of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. (1) Tell us your name and account number. (2) Describe the error or the transfer you are unsure about, and explain as best you can why you believe there is an error or why you need more information. (3) Tell us the dollar amount of the suspected error. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FAIR AND ACCURATE CREDIT TRANSACTIONS ACT**

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Exhibit GG - Page 3 of 3