# EXHIBIT HH



FIRSTBANK
PO BOX 150097
LAKEWOOD CO 80215-0097

PAGE 1
**24-Hour Customer Service: 303-237-5000
or 800-964-3444 outside Denver Metro
New Account or Loan: 303-238-9000
or 877-933-9800 outside Denver Metro
www.efirstbank.com**



| ACCOUNT NUMBER | XXX-XXX-2179 |
| --- | --- |
| STATEMENT DATE | 8-16-2017 |
| INTEREST EARNED THIS YEAR | 7.42 |

BLAIR WILLIAM MCNEA
6331 SNOWBERRY LN
NIWOT CO 80503-7146

| ACCOUNT SUMMARY - - FIRSTBANK LIQUID ASSET ACCOUNT - SAFEKEEPING | $20,000 MINIMUM |
| --- | --- |

CLOSING BALANCE FROM PREVIOUS STATEMENT..............................................DATE: 7-18-2017    1,503.27
1 DEPOSITS AND OTHER ADDITIONS TOTALING...............................................    15,000.00+
2 CHECKS AND OTHER WITHDRAWALS TOTALING...............................................    16,503.27-
CLOSING BALANCE FOR THIS STATEMENT.............................................DATE:  8-16-2017    .00

MINIMUM BALANCE OF    .00   ON.....................................   7-28-2017
NUMBER OF DAYS IN PERIOD..................................   29
INTEREST EARNED...............................................   .14
ANNUAL PERCENTAGE YIELD EARNED...........................   .05%

| CHECKS AND OTHER WITHDRAWALS | *SHOWS BREAK IN CHECK NUMBER,    #SHOWS NOT MACHINE READABLE |
| --- | --- |

NO CHECKS WITH SERIAL NUMBERS THIS CYCLE

**ELECTRONIC AND MISCELLANEOUS WITHDRAWALS**

DATE.............AMOUNT...DESCRIPTION

7 - 25        6,503.27    INTERNET TRANSFER #853694 TO CHECKING ACCOUNT XXX-XXX-8650
7 - 28      10,000.00    MOBILE TRANSFER #928600 TO CHECKING ACCOUNT XXX-XXX-8650

| DEPOSITS AND OTHER ADDITIONS |
| --- |

DATE...................AMOUNT..........DESCRIPTION

7 - 21      15,000.00        MOBILE TRANSFER #772459 FROM CHECKING ACCOUNT XXX-XXX-8650

| DAILY BALANCE SUMMARY |
| --- |

| DATE................................BALANCE | DATE................................BALANCE | DATE................................BALANCE |
| --- | --- | --- |
| 7 - 19              1,503.27 | 7 - 25        10,000.00 | |
| 7 - 21            16,503.27 | 7 - 28              .00 | |

| RATE DISCLOSURE --- RATE BASED ON ACCOUNT BALANCE        APY = ANNUAL PERCENTAGE YIELD |
| --- |

| EFFECTIVE DATES | $0 UP TO $20,000 | $20,000 TO $50,000 | $50,000 TO $100,000 | $100,000 AND UP |
| --- | --- | --- | --- | --- |
| 07 - 19 THROUGH 07 - 31 | RATE 0.05%  APY 0.05% | RATE 0.05%  APY 0.05% | RATE 0.08%  APY 0.08% | RATE 0.08%  APY 0.08% |
| 08 - 01 THROUGH 08 - 16 | RATE 0.05%  APY 0.05% | RATE 0.08%  APY 0.08% | RATE 0.10%  APY 0.10% | RATE 0.20%  APY 0.20% |

****CONTINUED ON NEXT PAGE****
Exhibit HH - Page 1 of 2



PAGE 2

| ACCOUNT NUMBER | XXX-XXX-2179 | STATEMENT DATE | 8-16-2017 |
|---|---|---|---|

**HOW ARE WE DOING?**

We are working very hard to maintain the highest level of customer service possible. But if we make a mistake, or you receive poor service from any of our employees, we want you to let us know. Please call one of our customer representatives at 303-231-2000 (outside metro Denver: 1-800-230-1060) with any question or complaint. We will do our best to solve your problem. If our service was especially good, we'd like to hear about that too. We welcome any suggestions you might have about new products or ways we could improve our service to you. Thank you for banking with us!

**HOW TO BALANCE YOUR CHECKBOOK**        **Outstanding Checks**

| | | |
|---|---|---|
| Enter Checkbook Balance: | $ | |
| ADD: Deposits Not Entered in Checkbook | $ | |
| Subtotal: | $ | |
| SUBTRACT: Deductions Not Entered in Checkbook | $ | |
| EQUALS: Revised Checkbook Balance* | $ | * |
| Enter Bank Balance from Statement | $ | |
| ADD: Deposits Not Included in This Statement | $ | |
| Subtotal | $ | |
| SUBTRACT: Outstanding Checks | $ | ** |
| EQUALS Revised Bank Balance | $ | * |

\* These totals should agree

| NUMBER | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| ** TOTAL | $ |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS**

Telephone us at the number shown, or write us at the address shown at the beginning of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. (1) Tell us your name and account number. (2) Describe the error or the transfer you are unsure about, and explain as best you can why you believe there is an error or why you need more information. (3) Tell us the dollar amount of the suspected error. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FAIR AND ACCURATE CREDIT TRANSACTIONS ACT**

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.