# EXHIBIT JJ



## Silicon Valley Bank
**3003 Tasman Drive**
**Santa Clara, CA 95054**

ADDRESS SERVICE REQUESTED

>006744 7785506 0001 092196 40Z

REVGUARD, LLC
OPERATING ACCOUNT
6260 LOOKOUT RD
BOULDER CO 80301

## *July 2017*

*Reporting Activity 07/01 - 07/31*          **Page 1 of 32**

### *Managing Your Accounts*

| | | |
|---|---|---|
| **Phone:** | (408) 654-4636 |
| **Toll-Free:** | (800) 774-7390 |
| **Email:** | clientservice@svb.com |
| **Online:** | www.svb.com |

As a reminder, if you do not have sufficient funds in your account at the time a check, debit card transaction, or other charge is posted to your account we may charge you an overdraft fee. Please refer to the Deposit Agreement and Disclosure Statement for details.

### *Summary of Accounts*

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Analysis Checking | XXXXXX7674 | $138,589.82 |
| **Total Balance** | | **$138,589.82** |

## Analysis Checking - XXXXXX7674

### Account Summary

| Date | Description | |
|---|---|---|
| 07/01/2017 | **Beginning Balance** | **$66,025.59** |
| 07/31/2017 | **Ending Balance** | **$138,589.82** |
| | Total debits this period | $501,276.66 |
| | Total credits this period | $573,840.89 |
| | Service Charge | $0.00 |

### Account Activity

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/01/2017 | Beginning Balance | | | $66,025.59 |
| 07/03/2017 | SSRHLDGS772 PAYMENTS REVGUARDSSR REVGUARD, LLC | | $540.08 | $66,565.67 |
| 07/03/2017 | INTUIT PYMT SOLN DEPOSIT 524771002357044 REVGUARD, LLC | | $717.91 | $67,283.58 |
| 07/03/2017 | INTUIT PYMT SOLN DEPOSIT 524771002357044 REVGUARD, LLC | | $3,176.83 | $70,460.41 |



Member FDIC

EQUAL HOUSING LENDER

ALL SVB AUDIT CONFIRMATION REQUESTS SHOULD BE
SUBMITTED TO CAPITAL CONFIRMATION WWW.CONFIRMATION.COM

006744 7785506 042072 065743 0001/0016



## *July 2017*

**Reporting Activity 07/01 - 07/31**          *Page 3 of 32*

## **Analysis Checking - XXXXXX7674** (continued)

**Account Activity** (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/03/2017 | CREDE798 PAYMENTS<br>REVGUARDCREDE<br>REVGUARD, LLC | | $3,532.58 | $73,992.99 |
| 07/03/2017 | NEW LIFE BRANDS PAYMENTS<br>REVGUARD | | $8,868.75 | $82,861.74 |
| 07/03/2017 | INTUIT PYMT SOLN TRAN FEE<br>524771002357044<br>REVGUARD, LLC | -$24.59 | | $82,837.15 |
| 07/03/2017 | INTUIT PYMT SOLN TRAN FEE<br>524771002357044<br>REVGUARD, LLC | -$108.19 | | $82,728.96 |
| 07/03/2017 | AMAZON SERVICES-KINDLE<br>866-321-8851 WA<br>Ref55432865N2X Crd7239 Dt 7/01 | -$9.60 | | $82,719.36 |
| 07/03/2017 | USPS POSTAGE ENDICIA.C<br>800-576-3279 CA<br>Ref05436845M8P Crd7239 Dt 6/29 | -$10.00 | | $82,709.36 |
| 07/03/2017 | APL* ITUNES.COM/BILL<br>866-712-7753 CA<br>Ref55432865N2X Crd7239 Dt 7/01 | -$14.52 | | $82,694.84 |
| 07/03/2017 | SMCWINCOM<br>877-2156015 CA<br>Ref75493525P5N Crd7239 Dt 6/30 | -$19.97 | | $82,674.87 |
| 07/03/2017 | LINKEDIN<br>8556535653 CA<br>Ref15470205N95 Crd7239 Dt 7/01 | -$65.50 | | $82,609.37 |
| 07/03/2017 | SENDGRID<br>303-5520653 CO<br>Ref55436875P4D Crd7239 Dt 7/01 | -$79.95 | | $82,529.42 |
| 07/03/2017 | BEANSTALK<br>02152030488 PA<br>Ref55460295P25 Crd7239 Dt 7/01 | -$100.00 | | $82,429.42 |
| 07/03/2017 | BRASSERIE TEN TEN<br>BOULDER CO<br>Ref25247805N00 Crd7239 Dt 6/30 | -$209.39 | | $82,220.03 |

0b744 77b550b 048b73 0b57%5 0002/001b



## *July 2017*

**Reporting Activity 07/01 - 07/31**     **Page 4 of 32**

## Analysis Checking - XXXXXX7674 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/03/2017 | COMCAST CABLE COMM<br>800-COMCAST CO<br>Ref55432865P2X Crd7239 Dt 7/02 | -$261.23 | | $81,958.80 |
| 07/03/2017 | COMCAST CABLE COMM<br>800-COMCAST CO<br>Ref55432865P2X Crd7239 Dt 7/02 | -$347.64 | | $81,611.16 |
| 07/03/2017 | AVERY BREWING COMPANY<br>BOULDER CO<br>Ref75454915PS6 Crd7239 Dt 6/30 | -$916.06 | | $80,695.10 |
| 07/03/2017 | AMAZON.COM<br>SEATTLE WA<br>TID00000101 Crd7239 Dt 7/02 | -$77.98 | | $80,617.12 |
| 07/05/2017 | WIRE IN 170705B1QGC08C036994<br>201718615794;ORG REVIVE YOU ME<br>DIA LLC;OBI 60017-2 60017-56 6 | | $2,803.50 | $83,420.62 |
| 07/05/2017 | DDCO Insur Prem<br>000150880<br>REV GUARD, LLC | -$1,785.67 | | $81,634.95 |
| 07/05/2017 | AMAZON SERVICES-KINDLE<br>866-321-8851 WA<br>Ref55432865T2X Crd7239 Dt 7/04 | -$10.87 | | $81,624.08 |
| 07/05/2017 | FEDEX 238170873<br>MEMPHIS TN<br>Ref15410195RMJ Crd7239 Dt 7/03 | -$22.28 | | $81,601.80 |
| 07/05/2017 | FEDEX 238501569<br>MEMPHIS TN<br>Ref15410195TMJ Crd7239 Dt 7/04 | -$66.54 | | $81,535.26 |
| 07/05/2017 | AMAZON WEB SERVICES<br>AWS.AMAZON.CO WA<br>Ref55432865R2X Crd7239 Dt 7/03 | -$762.53 | | $80,772.73 |
| 07/05/2017 | AMAZON.COM<br>SEATTLE WA<br>TID00000101 Crd7239 Dt 7/05 | -$20.94 | | $80,751.79 |
| 07/06/2017 | INFINITE ADS LLC CORP PAY<br>REVGUARD, LLC | | $1,448.00 | $82,199.79 |



## Analysis Checking - XXXXXX7674 (continued)

**Account Activity** (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/06/2017 | BRANDED RESPONSE ACH Pmt<br>5019202724<br>RevGuard LLC | | $12,502.00 | $94,701.79 |
| 07/06/2017 | WIRE IN 170706I1B7031R016089<br>201718713884;ORG PHI`S MEDIA,<br>INC;OBI INVOICE NO. 60017-192; | | $2,721.90 | $97,423.69 |
| 07/06/2017 | WIRE IN 170706I1B7033R011182<br>201718710989;ORG BSD LABS LLC;<br>OBI 60017-184, 60017-204;REF 6 | | $19,173.65 | $116,597.34 |
| 07/06/2017 | ADP PAY-BY-PAY PAY-BY-PAY<br>362564514562C62<br>REVGUARD LLC REVGUARD, | -$183.28 | | $116,414.06 |
| 07/06/2017 | ADP WAGE PAY WAGE PAY<br>362564514561C62<br>REVGUARD LLC REVGUARD, | -$78,436.14 | | $37,977.92 |
| 07/06/2017 | RINGCENTRAL, INC<br>BELMONT CA<br>Ref25247705V08 Crd7239 Dt 7/05 | -$869.40 | | $37,108.52 |
| 07/06/2017 | AMAZON.COM<br>SEATTLE WA<br>TID00000100 Crd7239 Dt 7/06 | -$39.40 | | $37,069.12 |
| 07/07/2017 | SUMMIT VENTURES ACH Pmt<br>5019269107<br>RevGuard, LLC | | $707.35 | $37,776.47 |
| 07/07/2017 | SUMMIT VENTURES ACH Pmt<br>5019243947<br>RevGuard, LLC | | $1,100.80 | $38,877.27 |
| 07/07/2017 | NEW LIFE BRANDS PAYMENTS<br>REVGUARD | | $6,345.80 | $45,223.07 |
| 07/07/2017 | Convoy Managemen ACH Pmt<br>5019277467<br>RevGuard | | $6,565.00 | $51,788.07 |
| 07/07/2017 | NUAGE CONSULTING ACH Pmt<br>5019314447<br>RevGuard, LLC | | $6,860.83 | $58,648.90 |
| 07/07/2017 | MOOSTER LLC 2823 PAYMENTS<br>REVGUARD | | $7,344.80 | $65,993.70 |



**July 2017**

*Reporting Activity 07/01 - 07/31*　　*Page 6 of 32*

## Analysis Checking - XXXXXX7674 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/07/2017 | WIRE IN 170707B6B7HU3R007793<br>201718808143;ORG GLOBALTEK DIS<br>TRIBUTION SERVICES INC;OBI INV | | $3,248.65 | $69,242.35 |
| 07/07/2017 | WIRE IN 170707B1Q8021C003187<br>201718800592;ORG Y MEDIA, LLC | | $3,378.10 | $72,620.45 |
| 07/07/2017 | ADP Tax ADP Tax<br>RQC62 070713A01<br>REVGUARD LLC | -$26,662.84 | | $45,957.61 |
| 07/07/2017 | KING SOOPERS #0061<br>877-415-4647 CO<br>Ref05436845V8P Crd7239 Dt 7/06 | -$1,208.38 | | $44,749.23 |
| 07/07/2017 | RACKSPACE US INC<br>800-961-4454 TX<br>Ref55432865W2X Crd7239 Dt 7/07 | -$9,654.42 | | $35,094.81 |
| 07/07/2017 | AMAZON.COM<br>SEATTLE WA<br>TID00000101 Crd7239 Dt 7/06 | -$482.60 | | $34,612.21 |
| 07/07/2017 | WIRE OUT 70707L1B77D1C000172{<br>201718801346;BNF TYSON CURTIS<br>CONSULTING;OBI REVGUARD INVOIC | -$2,500.00 | | $32,112.21 |
| 07/07/2017 | WIRE OUT 70707L1B77D1C002049{<br>201718810227;BNF CONNECT FIRST<br>;OBI REVGUARD | -$12,500.00 | | $19,612.21 |
| 07/07/2017 | CHECK #2698 | -$476.91 | | $19,135.30 |
| 07/07/2017 | CHECK #2697 | -$5,000.00 | | $14,135.30 |
| 07/10/2017 | MOBILE DEPOSIT | | $12,000.00 | $26,135.30 |
| 07/10/2017 | BANK OF AMERICA TRIALCREDT<br>334370210<br>REVGUARD LLC | | $0.01 | $26,135.31 |
| 07/10/2017 | BANK OF AMERICA TRIALCREDT<br>334405332<br>REVGUARD LLC | | $0.01 | $26,135.32 |
| 07/10/2017 | PRIORITY MEDIA L BUS DISB<br>2414610<br>REVGUARD, LLC | | $182.25 | $26,317.57 |



**July 2017**

*Reporting Activity 07/01 - 07/31*          Page 7 of 32

## Analysis Checking - XXXXXX7674 (continued)

#### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/10/2017 | ADVANCE LIVING L DEPOSIT<br>DP15341471<br>REVGUARD | | $823.45 | $27,141.02 |
| 07/10/2017 | CAPITAL MANAGEME ACH Pmt<br>5019048356<br>RevGuard | | $1,421.15 | $28,562.17 |
| 07/10/2017 | HALO RIVER LLC REVGUARD<br>REVGUARD<br>REVGUARD, LLC. | | $1,451.19 | $30,013.36 |
| 07/10/2017 | TRIPLE M MEDIA I SENDER<br>334363884<br>REVGUARD LLC | | $2,029.20 | $32,042.56 |
| 07/10/2017 | SSRHLDGS772 PAYMENTS<br>REVGUARDSSR<br>REVGUARD, LLC | | $2,076.23 | $34,118.79 |
| 07/10/2017 | NEW LIFE BRANDS PAYMENTS<br>REVGUARD | | $2,261.80 | $36,380.59 |
| 07/10/2017 | INTUIT PYMT SOLN DEPOSIT<br>524771002357044<br>REVGUARD, LLC | | $3,103.91 | $39,484.50 |
| 07/10/2017 | CREDE798 PAYMENTS<br>REVGUARDCREDE<br>REVGUARD, LLC | | $3,221.93 | $42,706.43 |
| 07/10/2017 | WIRE IN 170710I1B7031R011583<br>201719109339;ORG BSD LABS LLC;<br>OBI 60017-205;REF 624 | | $1,732.90 | $44,439.33 |
| 07/10/2017 | WIRE IN 170710B1Q8982C001955<br>201719106180;ORG HARDWIRE INTE<br>RACTIVE INC.;OBI /INV/60017102 | | $60,285.70 | $104,725.03 |
| 07/10/2017 | INTUIT PYMT SOLN TRAN FEE<br>524771002357044<br>REVGUARD, LLC | -$105.71 | | $104,619.32 |
| 07/10/2017 | CONOCO - UNITED PACIFI<br>DENVER CO<br>Ref25483675X00 Crd7239 Dt 7/07 | -$6.96 | | $104,612.36 |



## Analysis Checking - XXXXXX7674 (continued)

**Account Activity** (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/10/2017 | UNITED 01629224450346<br>800-932-2732 TX<br>Ref55432865X2X Crd7239 Dt 7/07 | -$8.99 | | $104,603.37 |
| 07/10/2017 | DIA PARKING OPERATIONS<br>303-342-4633 CO<br>Ref55432865X2X Crd7239 Dt 7/07 | -$24.00 | | $104,579.37 |
| 07/10/2017 | TST* PROTEIN BAR BOULD<br>BOULDER CO<br>Ref05436845X8P Crd7239 Dt 7/08 | -$33.97 | | $104,545.40 |
| 07/10/2017 | ECO CYCLE<br>BOULDER CO<br>Ref05314615W2X Crd7239 Dt 7/06 | -$35.76 | | $104,509.64 |
| 07/10/2017 | SMCWINCOM<br>877-2156015 CA<br>Ref75493525W6R Crd7239 Dt 7/06 | -$49.00 | | $104,460.64 |
| 07/10/2017 | LINKEDIN-331*0869494<br>LNKD.IN/BILL CA<br>Ref55432865W2X Crd7239 Dt 7/07 | -$59.99 | | $104,400.65 |
| 07/10/2017 | SIMPALO SNACKS, LLC<br>8005199332 CO<br>Ref55429505WLS Crd7239 Dt 7/07 | -$74.08 | | $104,326.57 |
| 07/10/2017 | PIZZERIA LOCALE<br>BOULDER CO<br>Ref55506295Y61 Crd7239 Dt 7/08 | -$141.62 | | $104,184.95 |
| 07/10/2017 | ATLASSIAN<br>ATLASSIAN B.V NL<br>Ref55438645X1E Crd7239 Dt 7/07 | -$325.00 | | $103,859.95 |
| 07/10/2017 | VZWRLSS*APOCC VISW<br>800-922-0204 FL<br>Ref55432865X2X Crd7239 Dt 7/08 | -$417.32 | | $103,442.63 |
| 07/10/2017 | UNITED 01623553612030<br>800-932-2732 TX<br>Ref55432865W2Y Crd7239 Dt 7/06 | -$492.40 | | $102,950.23 |
| 07/10/2017 | AMAZON.COM<br>SEATTLE WA<br>TID00000101 Crd7239 Dt 7/10 | -$3.12 | | $102,947.11 |



## July 2017

**Reporting Activity 07/01 - 07/31**          **Page 9 of 32**

## Analysis Checking - XXXXXX7674 (continued)

**Account Activity** (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/10/2017 | AMAZON.COM<br>SEATTLE WA<br>TID00000101 Crd7239 Dt 7/10 | -$7.75 | | $102,939.36 |
| 07/10/2017 | AMAZON.COM<br>SEATTLE WA<br>TID00000101 Crd7239 Dt 7/08 | -$10.84 | | $102,928.52 |
| 07/10/2017 | AMAZON.COM<br>SEATTLE WA<br>TID00000101 Crd7239 Dt 7/09 | -$45.31 | | $102,883.21 |
| 07/10/2017 | AMAZON.COM<br>SEATTLE WA<br>TID00000101 Crd7239 Dt 7/08 | -$113.54 | | $102,769.67 |
| 07/10/2017 | AMAZON.COM<br>SEATTLE WA<br>TID00000101 Crd7239 Dt 7/09 | -$132.69 | | $102,636.98 |
| 07/10/2017 | WIRE OUT 70710L1B77D1C001878{<br>201719109259;BNF SALESFORCE IN<br>C;OBI REVGUARD ACCT 4546261 | -$638.02 | | $101,998.96 |
| 07/10/2017 | WIRE OUT 171911194700<br>201719111947;BNF REVGO LLC;OBI<br>REVGUARD | -$2,143.86 | | $99,855.10 |
| 07/10/2017 | WIRE OUT 70710L1B77D1C001811{<br>201719108884;BNF ROCHELLE CENT<br>ER;OBI REVGUARD | -$13,086.50 | | $86,768.60 |
| 07/11/2017 | MOBILE DEPOSIT | | $1,128.99 | $87,897.59 |
| 07/11/2017 | MOBILE DEPOSIT | | $1,153.60 | $89,051.19 |
| 07/11/2017 | MOBILE DEPOSIT | | $4,215.00 | $93,266.19 |
| 07/11/2017 | OPTIMIZE MEDIA L VENDOR PMT<br>334168226<br>REVGUARD, LLC | | $34.85 | $93,301.04 |
| 07/11/2017 | INFINITE ADS LLC CORP PAY<br>REVGUARD, LLC | | $1,992.00 | $95,293.04 |
| 07/11/2017 | BRANDED RESPONSE ACH Pmt<br>5019486841<br>RevGuard LLC | | $8,847.30 | $104,140.34 |

D6744 778550u 0426?u 0857551 0005/0034



## July 2017

**Reporting Activity 07/01 - 07/31**          **Page 10 of 32**

## Analysis Checking - XXXXXX7674 (continued)

**Account Activity** (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/11/2017 | WIRE IN 170711I1B7033R015551<br>201719212021;ORG PHI`S MEDIA,<br>INC;OBI INVOICE NO. 60017-245 | | $3,454.10 | $107,594.44 |
| 07/11/2017 | ADP 401k ADP 401k<br>RQC62 070713V02<br>REVGUARD LLC | -$7,639.52 | | $99,954.92 |
| 07/11/2017 | APL* ITUNES.COM/BILL<br>866-712-7753 CA<br>Ref55432865Z2X Crd7239 Dt 7/10 | -$2.73 | | $99,952.19 |
| 07/11/2017 | RIGHT NETWORKS LLC<br>HUDSON NH<br>Ref2553606602Z Crd7239 Dt 7/10 | -$12.00 | | $99,940.19 |
| 07/11/2017 | WWW.APEXCHAT.COM<br>9252519100 CA<br>Ref55429505ZJH Crd7239 Dt 7/10 | -$30.00 | | $99,910.19 |
| 07/11/2017 | BUILT IN<br>312-4416119 IL<br>Ref25247706000 Crd7239 Dt 7/10 | -$199.00 | | $99,711.19 |
| 07/11/2017 | RACKSPACE CLOUD<br>210-312-4000 TX<br>Ref5543286602X Crd7239 Dt 7/11 | -$7,124.55 | | $92,586.64 |
| 07/11/2017 | AMAZON.COM<br>SEATTLE WA<br>TID00000101 Crd7239 Dt 7/11 | -$10.22 | | $92,576.42 |
| 07/11/2017 | AMAZON.COM<br>SEATTLE WA<br>TID00000101 Crd7239 Dt 7/11 | -$20.03 | | $92,556.39 |
| 07/11/2017 | AMAZON.COM<br>SEATTLE WA<br>TID00000101 Crd7239 Dt 7/11 | -$22.42 | | $92,533.97 |
| 07/11/2017 | AMAZON.COM<br>SEATTLE WA<br>TID00000101 Crd7239 Dt 7/11 | -$48.28 | | $92,485.69 |
| 07/11/2017 | WIRE OUT 70711L1B77D1C002216{<br>201719210863;BNF MERCHANT PAYM<br>ENTS ACCEPTANCE CORP L;OBI REV | -$847.21 | | $91,638.48 |



**July 2017**

Reporting Activity 07/01 - 07/31          Page 11 of 32

## Analysis Checking - XXXXXX7674 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/11/2017 | WIRE OUT 70711L1B77D1C002222{ 201719210885;BNF BANKABLE VENT URES LLC;OBI REVGUARD | -$1,793.66 | | $89,844.82 |
| 07/11/2017 | WIRE OUT 70711L1B77D1C002227{ 201719210908;BNF MAVERICK BANK CARD INC;OBI REVGUARD | -$3,245.65 | | $86,599.17 |
| 07/11/2017 | WIRE OUT 70711L1B77D1C002233{ 201719210972;BNF TRIANGLE MEDI A CORPORATION;OBI REVGUARD | -$12,716.80 | | $73,882.37 |
| 07/12/2017 | SMCWIN.COM 877-2156015 CA Ref7549352607E Crd7239 Dt 7/10 | | $49.00 | $73,931.37 |
| 07/12/2017 | NH COMMERCE, LLC VENDOR PMT 334405658 REVGUARD LLC | | $1,234.10 | $75,165.47 |
| 07/12/2017 | DI GENOVA HEALTH SENDER 334375682 REVGUARD LLC | | $2,343.50 | $77,508.97 |
| 07/12/2017 | BREANNA STIKKELM VENDOR PMT 334370522 REVGUARD LLC | | $3,444.30 | $80,953.27 |
| 07/12/2017 | AMAZON SERVICES-KINDLE 866-216-1072 WA Ref5531020602D Crd7239 Dt 7/11 | -$14.37 | | $80,938.90 |
| 07/12/2017 | GREENS POINT CATERING LONGMONT CO Ref5554750617B Crd7239 Dt 7/11 | -$478.57 | | $80,460.33 |
| 07/12/2017 | UberUS_A San FranciscoCA TID02001311 Crd7239 Dt 7/11 | -$18.22 | | $80,442.11 |
| 07/12/2017 | UberUS_A San FranciscoCA TID02001311 Crd7239 Dt 7/12 | -$19.28 | | $80,422.83 |
| 07/12/2017 | CHECK #2726 | -$16,310.12 | | $64,112.71 |
| 07/13/2017 | AMAZON.COM SEATTLE WA TID00000101 Crd7239 Dt 7/13 | | $482.60 | $64,595.31 |



## Analysis Checking - XXXXXX7674 (continued)

**Account Activity** (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/13/2017 | BANK OF AMERICA TRIALCREDT<br>334876014<br>REVGUARD LLC | | $0.01 | $64,595.32 |
| 07/13/2017 | BANK OF AMERICA TRIALCREDT<br>334876804<br>REVGUARD LLC | | $0.01 | $64,595.33 |
| 07/13/2017 | BANK OF AMERICA TRIALCREDT<br>334877638<br>REVGUARD LLC | | $0.01 | $64,595.34 |
| 07/13/2017 | BANK OF AMERICA TRIALCREDT<br>334878202<br>REVGUARD LLC | | $0.01 | $64,595.35 |
| 07/13/2017 | F9 ADVERTISING CORP PAY<br>REVGUARD LLC | | $7,812.00 | $72,407.35 |
| 07/13/2017 | WIRE IN 170713QMGFT015001568<br>201719412487;ORG NUTRA SCIENCE<br>LLC | | $1,190.20 | $73,597.55 |
| 07/13/2017 | APL* ITUNES.COM/BILL<br>866-712-7753 CA<br>Ref5543286612X Crd7239 Dt 7/12 | -$0.99 | | $73,596.56 |
| 07/13/2017 | HDS*HEADSPACE<br>855-4323822 CA<br>Ref75418236116 Crd7239 Dt 7/12 | -$12.95 | | $73,583.61 |
| 07/13/2017 | CRAIGSLIST.ORG<br>04153995200 CA<br>Ref5548077610T Crd7239 Dt 7/12 | -$15.00 | | $73,568.61 |
| 07/13/2017 | CRAIGSLIST.ORG<br>04153995200 CA<br>Ref5548077610T Crd7239 Dt 7/12 | -$15.00 | | $73,553.61 |
| 07/13/2017 | APL* ITUNES.COM/BILL<br>866-712-7753 CA<br>Ref5543286612X Crd7239 Dt 7/12 | -$19.70 | | $73,533.91 |
| 07/13/2017 | FEDEX 239152630<br>MEMPHIS TN<br>Ref154101961MJ Crd7239 Dt 7/12 | -$24.67 | | $73,509.24 |



## July 2017

**Reporting Activity 07/01 - 07/31**          Page 13 of 32

## Analysis Checking - XXXXXX7674 (continued)

**Account Activity** (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/13/2017 | BOULDER CHOPHOUSE<br>BOULDER CO<br>Ref55457026260 Crd7239 Dt 7/12 | -$169.51 | | $73,339.73 |
| 07/13/2017 | WIRE OUT 70713L1B77D1C002844{<br>201719412368;BNF VERIFI, INC;O<br>BI REVGUARD | -$10,000.00 | | $63,339.73 |
| 07/13/2017 | CHECK #2696 | -$6,000.00 | | $57,339.73 |
| 07/14/2017 | MOBILE DEPOSIT | | $9.00 | $57,348.73 |
| 07/14/2017 | MOBILE DEPOSIT | | $532.00 | $57,880.73 |
| 07/14/2017 | MOBILE DEPOSIT | | $535.50 | $58,416.23 |
| 07/14/2017 | MOBILE DEPOSIT | | $1,215.00 | $59,631.23 |
| 07/14/2017 | MOBILE DEPOSIT | | $2,208.00 | $61,839.23 |
| 07/14/2017 | MOBILE DEPOSIT | | $3,519.60 | $65,358.83 |
| 07/14/2017 | MOBILE DEPOSIT | | $3,897.60 | $69,256.43 |
| 07/14/2017 | MOBILE DEPOSIT | | $4,528.50 | $73,784.93 |
| 07/14/2017 | WFB DIRECTPAY DEPOSIT<br>DP15715795<br>REVGUARD LLC | | | $73,784.93 |
| 07/14/2017 | BANK OF AMERICA TRIALCREDT<br>334992394<br>REVGUARD LLC | | $0.01 | $73,784.94 |
| 07/14/2017 | BANK OF AMERICA TRIALCREDT<br>334993838<br>REVGUARD LLC | | $0.01 | $73,784.95 |
| 07/14/2017 | OPTIMIZE MEDIA L VENDOR PMT<br>334769280<br>REVGUARD, LLC | | $26.65 | $73,811.60 |
| 07/14/2017 | MIDIGATOR LLC WEEK 28<br>REVGUARD<br>REVGUARD | | $444.80 | $74,256.40 |
| 07/14/2017 | SUMMIT VENTURES ACH Pmt<br>5019683160<br>RevGuard, LLC | | $1,152.40 | $75,408.80 |
| 07/14/2017 | DMNT, INC. ACH Pmt<br>5019757805<br>RevGuard, LLC | | $2,169.35 | $77,578.15 |



**July 2017**

Reporting Activity 07/01 - 07/31          Page 14 of 32

## Analysis Checking - XXXXXX7674 (continued)

**Account Activity** (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/14/2017 | DMNT, INC. ACH Pmt<br>5019757945<br>RevGuard, LLC | | $2,935.75 | $80,513.90 |
| 07/14/2017 | Convoy Managemen ACH Pmt<br>5019674698<br>RevGuard | | $4,920.00 | $85,433.90 |
| 07/14/2017 | MOOSTER LLC 2823 PAYMENTS<br>REVGUARD | | $5,558.00 | $90,991.90 |
| 07/14/2017 | NUAGE CONSULTING ACH Pmt<br>5019752786<br>RevGuard, LLC | | $7,645.44 | $98,637.34 |
| 07/14/2017 | ELEVATED ENTERPR DEPOSIT<br>DP15636941<br>REVGUARD LLC | | $9,829.95 | $108,467.29 |
| 07/14/2017 | WIRE IN 170714B1Q8021C019161<br>201719510459;ORG Y MEDIA, LLC | | $1,741.50 | $110,208.79 |
| 07/14/2017 | WIRE IN 170714B6B7HU3R009351<br>201719512929;ORG GLOBALTEK DIS<br>TRIBUTION SERVICES INC;OBI INV | | $3,291.65 | $113,500.44 |
| 07/14/2017 | ADP PAYROLL FEES ADP - FEES<br>2RC62 9489087<br>RevGuard LLC | -$116.33 | | $113,384.11 |
| 07/14/2017 | ECO CYCLE<br>BOULDER CO<br>Ref0531461622X Crd7239 Dt 7/12 | -$34.59 | | $113,349.52 |
| 07/14/2017 | FEDEX 239247423<br>MEMPHIS TN<br>Ref154101962MJ Crd7239 Dt 7/13 | -$39.13 | | $113,310.39 |
| 07/14/2017 | MINUTEMAN PRESS BOULDE<br>BOULDER CO<br>Ref855440262WG Crd7239 Dt 7/12 | -$140.77 | | $113,169.62 |
| 07/14/2017 | UNITED 01686854170890<br>800-932-2732 TX<br>Ref5543286622X Crd7239 Dt 7/07 | -$519.00 | | $112,650.62 |
| 07/14/2017 | AMAZON.COM<br>SEATTLE WA<br>TID00000101 Crd7239 Dt 7/14 | -$51.98 | | $112,598.64 |



**_July 2017_**

**_Reporting Activity 07/01 - 07/31_**  **_Page 15 of 32_**

## **Analysis Checking - XXXXXX7674** (continued)

**Account Activity** (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/17/2017 | NH COMMERCE, LLC VENDOR PMT<br>334898104<br>REVGUARD LLC | | $412.80 | $113,011.44 |
| 07/17/2017 | NEW LIFE BRANDS PAYMENTS<br>REVGUARD | | $516.00 | $113,527.44 |
| 07/17/2017 | TRIPLE M MEDIA I SENDER<br>335173768<br>REVGUARD LLC | | $706.95 | $114,234.39 |
| 07/17/2017 | JMK PRODUCTS LLC VENDOR PMT<br>334877014<br>REVGUARD LLC | | $1,421.15 | $115,655.54 |
| 07/17/2017 | DI GENOVA HEALTH SENDER<br>334895342<br>REVGUARD LLC | | $1,883.40 | $117,538.94 |
| 07/17/2017 | BLUE BELLA LLC VENDOR PMT<br>334877864<br>REVGUARD LLC | | $2,272.55 | $119,811.49 |
| 07/17/2017 | MERCHANT PAYMENT BUS DISB<br>2432560<br>REVGUARD | | $2,353.71 | $122,165.20 |
| 07/17/2017 | TRINI LLC VENDOR PMT<br>334878446<br>REVGUARD LLC | | $2,721.90 | $124,887.10 |
| 07/17/2017 | CAPITAL MANAGEME ACH Pmt<br>5019810687<br>RevGuard | | $2,814.35 | $127,701.45 |
| 07/17/2017 | ELISKA, LLC SENDER<br>334885812<br>REVGUARD LLC | | $3,050.00 | $130,751.45 |
| 07/17/2017 | INTUIT PYMT SOLN DEPOSIT<br>524771002357044<br>REVGUARD, LLC | | $3,051.12 | $133,802.57 |
| 07/17/2017 | NICNACK PRODUCTS VENDOR PMT<br>334876350<br>REVGUARD LLC | | $3,788.30 | $137,590.87 |

047YH 728550h 048674 085757 000A/001h



## July 2017

**Reporting Activity 07/01 - 07/31**          Page 16 of 32

## Analysis Checking - XXXXXX7674 (continued)

**Account Activity** (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/17/2017 | WIRE IN 170717QMGFT004000205 201719806641;ORG SYNTRATECH CO RPORATION;OBI INVOICE: 60017-2 | | $2,517.25 | $140,108.12 |
| 07/17/2017 | WIRE IN 170717I1B7032R015206 201719811462;ORG BSD LABS LLC; OBI 70017-71;REF 640 | | $9,053.65 | $149,161.77 |
| 07/17/2017 | INTUIT PYMT SOLN TRAN FEE 524771002357044 REVGUARD, LLC | -$103.92 | | $149,057.85 |
| 07/17/2017 | AFLAC INSURANCE HMZ76830446 REVGUARD | -$518.48 | | $148,539.37 |
| 07/17/2017 | TU *TRANSUNION 800-493-3292 CA Ref5543286642X Crd7239 Dt 7/15 | -$24.95 | | $148,514.42 |
| 07/17/2017 | SNIPLY SNIPLY CUSTOM P 8668292399 AB Ref852050865M6 Crd7239 Dt 7/14 | -$30.00 | | $148,484.42 |
| 07/17/2017 | D J*WALL-ST-JOURNAL 800-568-7625 MA Ref5543286662X Crd7239 Dt 7/17 | -$32.99 | | $148,451.43 |
| 07/17/2017 | YURIHANA BOULDER CO Ref851868765WG Crd7239 Dt 7/14 | -$44.95 | | $148,406.48 |
| 07/17/2017 | USPS POSTAGE ENDICIA.C 800-576-3279 CA Ref0543684638P Crd7239 Dt 7/14 | -$50.00 | | $148,356.48 |
| 07/17/2017 | SLACK 8778877815 CA Ref554295064JH Crd7239 Dt 7/15 | -$216.38 | | $148,140.10 |
| 07/17/2017 | POTTERY BARN E-COMMERC 800-922-9934 CA Ref5543286642Y Crd7239 Dt 7/15 | -$235.04 | | $147,905.06 |
| 07/17/2017 | ATLASSIAN ATLASSIAN B.V NL Ref55438646400 Crd7239 Dt 7/14 | -$2,000.00 | | $145,905.06 |



## July 2017

## Analysis Checking - XXXXXX7674 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/17/2017 | SAN JUAN WATER AND BEA<br>CAROLINA PR<br>Ref554397663JA Crd7239 Dt 7/13 | -$2,942.26 | | $142,962.80 |
| 07/17/2017 | AMAZON.COM<br>SEATTLE WA<br>TID00000101 Crd7239 Dt 7/15 | -$102.89 | | $142,859.91 |
| 07/17/2017 | WIRE OUT 70717L1B77D1C002909{<br>201719814694;BNF FULFILLMENT C<br>OM;OBI REVGUARD | -$5,000.00 | | $137,859.91 |
| 07/18/2017 | PRIORITY MEDIA L BUS DISB<br>2435703<br>REVGUARD, LLC | | $210.60 | $138,070.51 |
| 07/18/2017 | DMNT, INC. ACH Pmt<br>5019922913<br>RevGuard, LLC | | $395.60 | $138,466.11 |
| 07/18/2017 | EXFOLEYATE LLC VENDOR PMT<br>334992772<br>REVGUARD LLC | | $1,135.72 | $139,601.83 |
| 07/18/2017 | CASPIAN HEALTH S VENDOR PMT<br>334993998<br>REVGUARD LLC | | $1,428.80 | $141,030.63 |
| 07/18/2017 | INFINITE ADS LLC CORP PAY<br>REVGUARD, LLC | | $1,810.00 | $142,840.63 |
| 07/18/2017 | DMNT, INC. ACH Pmt<br>5019923000<br>RevGuard, LLC | | $1,939.30 | $144,779.93 |
| 07/18/2017 | STREAMLINED EFFI VENDOR PMT<br>335002916<br>REVGUARD | | $4,025.00 | $148,804.93 |
| 07/18/2017 | BRANDED RESPONSE ACH Pmt<br>5019910795<br>RevGuard LLC | | $8,766.60 | $157,571.53 |
| 07/18/2017 | WIRE IN 170718I1B7032R015608<br>201719913579;ORG PHI`S MEDIA,<br>INC;OBI INVOICE NO. 70017-80;R | | $1,872.65 | $159,444.18 |



**July 2017**

Reporting Activity 07/01 - 07/31          Page 18 of 32

## Analysis Checking - XXXXXX7674 (continued)

**Account Activity** (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/18/2017 | PUSHASSIST<br>IAT PAYPAL<br>REVGUARD LLC | -$375.00 | | $159,069.18 |
| 07/18/2017 | AMAZON SERVICES-KINDLE<br>866-321-8851 WA<br>Ref5543286672X Crd7239 Dt 7/18 | -$3.25 | | $159,065.93 |
| 07/18/2017 | RINGCENTRAL, INC<br>BELMONT CA<br>Ref25247706708 Crd7239 Dt 7/17 | -$22.41 | | $159,043.52 |
| 07/18/2017 | FEDEX 239393612<br>MEMPHIS TN<br>Ref154101966MJ Crd7239 Dt 7/17 | -$24.74 | | $159,018.78 |
| 07/18/2017 | AMAZON SERVICES-KINDLE<br>866-321-8851 WA<br>Ref5543286672Y Crd7239 Dt 7/18 | -$37.27 | | $158,981.51 |
| 07/18/2017 | CHECK #2705 | -$14,113.83 | | $144,867.68 |
| 07/19/2017 | AMAZON.COM<br>SEATTLE WA<br>TID00000101 Crd7239 Dt 7/18 | | $3.87 | $144,871.55 |
| 07/19/2017 | SHORELINE MARKET ACH Pmt<br>5019997680<br>RevGuard, LLC | | $175.00 | $145,046.55 |
| 07/19/2017 | PARISH COMMERCE VENDOR PMT<br>335205234<br>REVGUARD LLC | | $2,771.50 | $147,818.05 |
| 07/19/2017 | NEW LIFE BRANDS PAYMENTS<br>REVGUARD | | $12,313.05 | $160,131.10 |
| 07/19/2017 | WIRE IN 170719QMGFT012002116<br>201720013856;ORG NUTRA SCIENCE<br>LLC | | $877.20 | $161,008.30 |
| 07/19/2017 | WIRE IN 170719B1QGC04C011288<br>201720012995;ORG REVIVE YOU ME<br>DIA LLC;OBI INVOICE 60017-213, | | $2,681.00 | $163,689.30 |
| 07/19/2017 | TUFT&NEEDLE<br>8883308536 AZ<br>Ref554295068JJ Crd7239 Dt 7/18 | -$750.00 | | $162,939.30 |
| 07/19/2017 | CHECK #2706 | -$1,256.33 | | $161,682.97 |



## July 2017

**Reporting Activity 07/01 - 07/31**     **Page 19 of 32**

## Analysis Checking - XXXXXX7674 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/19/2017 | CHECK #2701 | -$1,500.00 | | $160,182.97 |
| 07/20/2017 | MOBILE DEPOSIT | | $518.31 | $160,701.28 |
| 07/20/2017 | MOBILE DEPOSIT | | $1,366.40 | $162,067.68 |
| 07/20/2017 | MOBILE DEPOSIT | | $2,498.75 | $164,566.43 |
| 07/20/2017 | MOBILE DEPOSIT | | $4,093.75 | $168,660.18 |
| 07/20/2017 | HUB AND SPOKE CO 70017-95 REVGUARD REVGUARD, LLC | | $54.60 | $168,714.78 |
| 07/20/2017 | DRI*TECHSMITH ORDERFIND.COM MN Ref2514061691N Crd7239 Dt 7/18 | -$62.44 | | $168,652.34 |
| 07/20/2017 | 1914 HOUSE NIWOT CO Ref25536066930 Crd7239 Dt 7/20 | -$232.91 | | $168,419.43 |
| 07/20/2017 | UNITED 01686391643974 800-932-2732 TX Ref5543286682X Crd7239 Dt 7/18 | -$538.39 | | $167,881.04 |
| 07/20/2017 | CHECK #2703 | -$414.98 | | $167,466.06 |
| 07/21/2017 | MOBILE DEPOSIT | | $76.50 | $167,542.56 |
| 07/21/2017 | MOBILE DEPOSIT | | $1,555.50 | $169,098.06 |
| 07/21/2017 | BANK OF AMERICA TRIALCREDT 335712624 REVGUARD LLC | | $0.01 | $169,098.07 |
| 07/21/2017 | OPTIMIZE MEDIA L VENDOR PMT 335539630 REVGUARD, LLC | | $28.70 | $169,126.77 |
| 07/21/2017 | TW HEALTH LLC DEPOSIT DP15999541 REVGUARD LLC | | $1,099.08 | $170,225.85 |
| 07/21/2017 | PARISH COMMERCE VENDOR PMT 335471186 REVGUARD LLC | | $1,249.15 | $171,475.00 |
| 07/21/2017 | SSRHLDGS772 PAYMENTS REVGUARDSSR REVGUARD, LLC | | $1,903.80 | $173,378.80 |



## July 2017

**Reporting Activity 07/01 - 07/31**          **Page 20 of 32**

## Analysis Checking - XXXXXX7674 (continued)

**Account Activity** (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/21/2017 | PRISM HEALTH ENT DEPOSIT<br>DP16040061<br>REVGUARD LLC | | $4,061.35 | $177,440.15 |
| 07/21/2017 | ELISKA, LLC SENDER<br>335758260<br>REVGUARD LLC | | $4,177.50 | $181,617.65 |
| 07/21/2017 | MOOSTER LLC 2823 PAYMENTS<br>REVGUARD | | $5,429.20 | $187,046.85 |
| 07/21/2017 | ELEVATED ENTERPR DEPOSIT<br>DP16059797<br>REVGUARD LLC | | $6,264.80 | $193,311.65 |
| 07/21/2017 | CREDE798 PAYMENTS<br>REVGUARDCREDE<br>REVGUARD, LLC | | $7,372.35 | $200,684.00 |
| 07/21/2017 | NUAGE CONSULTING ACH Pmt<br>5020155622<br>RevGuard, LLC | | $8,672.40 | $209,356.40 |
| 07/21/2017 | WIRE IN 170721B1Q8021C030974<br>201720217535;ORG Y MEDIA, LLC | | $2,064.00 | $211,420.40 |
| 07/21/2017 | WIRE IN 170721B6B7HU4R006880<br>201720211740;ORG GLOBALTEK DIS<br>TRIBUTION SERVICES INC;OBI INV | | $3,467.95 | $214,888.35 |
| 07/21/2017 | ADP PAYROLL FEES ADP - FEES<br>2RC62 0392557<br>RevGuard LLC | -$7.00 ✓ | | $214,881.35 |
| 07/21/2017 | ADP PAY-BY-PAY PAY-BY-PAY<br>000199571151C62<br>REVGUARD LLC REVGUARD, | -$394.15 | | $214,487.20 |
| 07/21/2017 | ADP Tax ADP Tax<br>RQC62 072114A01<br>REVGUARD LLC | -$64,592.59 | | $149,894.61 |
| 07/21/2017 | ADP WAGE PAY WAGE PAY<br>000199571150C62<br>REVGUARD LLC REVGUARD, | -$129,035.28 | | $20,859.33 |
| 07/21/2017 | E 470 EXPRESS TOLLS<br>303-5373470 CO<br>Ref554173469JM Crd7239 Dt 7/20 | -$32.45 ✓ | | $20,826.88 |



**July 2017**

Reporting Activity 07/01 - 07/31          Page 21 of 32

## Analysis Checking - XXXXXX7674 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/21/2017 | BOULDER CLEANERS GB<br>BOULDER CO<br>Ref855440269WG Crd7239 Dt 7/19 | -$56.95 ✓ | | $20,769.93 |
| 07/21/2017 | UberUS_A<br>San FranciscoCA<br>TID02001311 Crd7239 Dt 7/21 | -$7.42 ✓ | | $20,762.51 |
| 07/21/2017 | UberUS_A<br>San FranciscoCA<br>TID02001311 Crd7239 Dt 7/21 | -$7.84 ✓ | | $20,754.67 |
| 07/21/2017 | UberUS_A<br>San FranciscoCA<br>TID02001311 Crd7239 Dt 7/21 | -$33.25 ✓ | | $20,721.42 |
| 07/21/2017 | CHECK #2707 | -$765.00 | | $19,956.42 |
| 07/21/2017 | CHECK #2704 | -$874.56 | | $19,081.86 |
| 07/21/2017 | CHECK #2700 | -$1,530.00 | | $17,551.86 |
| 07/24/2017 | LEADERMARKETS ME ACH Pmt<br>5020200738<br>RevGuard LLC | | $1,242.00 | $18,793.86 |
| 07/24/2017 | TRIPLE M MEDIA I SENDER<br>335869820<br>REVGUARD LLC | | $1,258.28 | $20,052.14 |
| 07/24/2017 | CAPITAL MANAGEME ACH Pmt<br>5020203700<br>RevGuard | | $1,498.55 | $21,550.69 |
| 07/24/2017 | INTUIT PYMT SOLN DEPOSIT<br>524771002357044<br>REVGUARD, LLC | | $3,070.12 | $24,620.81 |
| 07/24/2017 | NEW LIFE BRANDS PAYMENTS<br>REVGUARD | | $12,945.15 | $37,565.96 |
| 07/24/2017 | WIRE IN 170724I1B7032R010960<br>201720508591;ORG BSD LABS LLC;<br>OBI 70017-117;REF 655 | | $8,763.40 | $46,329.36 |
| 07/24/2017 | WIRE IN 170724B1Q8983C001722<br>201720506560;ORG HARDWIRE INTE<br>RACTIVE INC.;OBI /INV/60017208 | | $49,623.00 | $95,952.36 |



**_July 2017_**

Reporting Activity 07/01 – 07/31 | Page 22 of 32

## Analysis Checking - XXXXXX7674 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/24/2017 | ADP PAY-BY-PAY PAY-BY-PAY 637063914538C62 REVGUARD LLC REVGUARD, | -$4.13 | | $95,948.23 |
| 07/24/2017 | INTUIT PYMT SOLN TRAN FEE 524771002357044 REVGUARD, LLC | -$104.56 | | $95,843.67 |
| 07/24/2017 | ADP Tax ADP Tax RQC62 072415A01 REVGUARD LLC | -$445.55 | | $95,398.12 |
| 07/24/2017 | ADP WAGE PAY WAGE PAY 637063914537C62 REVGUARD LLC REVGUARD, | -$1,265.01 | | $94,133.11 |
| 07/24/2017 | LITTLETON REG REGISTER 03037911920 CO Ref55458856B5S Crd7239 Dt 7/21 | -$5.00 | | $94,128.11 |
| 07/24/2017 | DORADO BEACH BEVERAGE DORADO PR Ref55542406D61 Crd7239 Dt 7/22 | -$15.06 | | $94,113.05 |
| 07/24/2017 | AMAZON SERVICES-KINDLE 866-321-8851 WA Ref55432866Q2X Crd7239 Dt 7/23 | -$15.59 | | $94,097.46 |
| 07/24/2017 | AMAZON SERVICES-KINDLE 866-321-8851 WA Ref55432866Q2X Crd7239 Dt 7/23 | -$17.67 | | $94,079.79 |
| 07/24/2017 | AMAZON SERVICES-KINDLE 866-321-8851 WA Ref55432866Q2X Crd7239 Dt 7/23 | -$17.67 | | $94,062.12 |
| 07/24/2017 | FEDEX 240071268 MEMPHIS TN Ref15410196BMJ Crd7239 Dt 7/22 | -$24.86 | | $94,037.26 |
| 07/24/2017 | DORADO BEACH ZAFRA DORADO PR Ref55542406D5S Crd7239 Dt 7/22 | -$88.20 | | $93,949.06 |
| 07/24/2017 | DORADO BEACH ZAFRA DORADO PR Ref55542406D5S Crd7239 Dt 7/22 | -$89.15 | | $93,859.91 |



## Analysis Checking - XXXXXX7674 (continued)

**Account Activity** (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/24/2017 | DIA PARKING OPERATIONS<br>303-342-4633 CO<br>Ref55432866D2X Crd7239 Dt 7/24 | -$96.00 | | $93,763.91 |
| 07/24/2017 | INTERCOM.COM L25A125F<br>8778877815 CA<br>Ref55429506QJJ Crd7239 Dt 7/22 | -$100.80 | | $93,663.11 |
| 07/24/2017 | DORADO BEACH BEVERAGE<br>DORADO PR<br>Ref55542406D61 Crd7239 Dt 7/22 | -$123.77 | | $93,539.34 |
| 07/24/2017 | ROPA VIEJA GRILL<br>SAN JUAN PR<br>Ref55180066B50 Crd7239 Dt 7/21 | -$193.23 | | $93,346.11 |
| 07/24/2017 | UNITED 01623576261381<br>800-932-2732 TX<br>Ref55432866B2X Crd7239 Dt 7/21 | -$211.00 | | $93,135.11 |
| 07/24/2017 | UNITED 01623576433695<br>800-932-2732 TX<br>Ref55432866B2X Crd7239 Dt 7/21 | -$316.00 | | $92,819.11 |
| 07/24/2017 | DORADO BEACH GOLF PRO<br>DORADO PR<br>Ref55542406D8A Crd7239 Dt 7/22 | -$356.80 | | $92,462.31 |
| 07/24/2017 | UberUS_A<br>San FranciscoCA<br>TID02001311 Crd7239 Dt 7/23 | -$7.89 | | $92,454.42 |
| 07/24/2017 | UberUS_A<br>San FranciscoCA<br>TID02001311 Crd7239 Dt 7/22 | -$8.54 | | $92,445.88 |
| 07/24/2017 | UberUS_A<br>San FranciscoCA<br>TID02001311 Crd7239 Dt 7/22 | -$20.18 | | $92,425.70 |
| 07/24/2017 | UberUS_A<br>San FranciscoCA<br>TID02001311 Crd7239 Dt 7/23 | -$23.69 | | $92,402.01 |
| 07/24/2017 | WIRE OUT 172050874200<br>201720508742;BNF REVGO LLC;OBI<br>REVGUARD | -$5,393.81 | | $87,008.20 |



**July 2017**

Reporting Activity 07/01 - 07/31       Page 24 of 32

## Analysis Checking - XXXXXX7674 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/25/2017 | NH COMMERCE, LLC VENDOR PMT<br>335741088<br>REVGUARD LLC | | $281.65 | $87,289.85 |
| 07/25/2017 | INFINITE ADS LLC CORP PAY<br>REVGUARD, LLC | | $2,270.00 | $89,559.85 |
| 07/25/2017 | CASPIAN HEALTH S VENDOR PMT<br>335713676<br>REVGUARD LLC | | $3,446.45 | $93,006.30 |
| 07/25/2017 | PARTIDA CONSULTI VENDOR PMT<br>335712862<br>REVGUARD LLC | | $3,485.15 | $96,491.45 |
| 07/25/2017 | BLUE BELLA LLC VENDOR PMT<br>335713348<br>REVGUARD LLC | | $3,799.05 | $100,290.50 |
| 07/25/2017 | WIRE IN 170725QMGFT004000770<br>201720609337;ORG NUTRA SCIENCE<br>LLC | | $911.60 | $101,202.10 |
| 07/25/2017 | WIRE IN 170725I1B7033R016491<br>201720614768;ORG PHI`S MEDIA,<br>INC;OBI INVOICE NO. 70017-126; | | $2,478.95 | $103,681.05 |
| 07/25/2017 | ADP 401k ADP 401k<br>RQC62 072114V02<br>REVGUARD LLC | -$16,819.07 | | $86,861.98 |
| 07/25/2017 | AMAZON.COM<br>SEATTLE WA<br>TID00000101 Crd7239 Dt 7/25 | -$230.90 | | $86,631.08 |
| 07/25/2017 | WIRE OUT 70725L1B77D1C003224{<br>201720613003;BNF SUPERIOR VISI<br>ON SERVICES, INC;OBI REVGUARD | -$1,103.77 | | $85,527.31 |
| 07/26/2017 | WFB DIRECTPAY DEPOSIT<br>DP16224571<br>REVGUARD | | | $85,527.31 |
| 07/26/2017 | BRANDED RESPONSE ACH Pmt<br>5020348344<br>RevGuard LLC | | $9,484.80 | $95,012.11 |



**July 2017**

Reporting Activity 07/01 - 07/31      Page 25 of 32

## Analysis Checking - XXXXXX7674 (continued)

**Account Activity** (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/26/2017 | APL* ITUNES.COM/BILL<br>866-712-7753 CA<br>Ref55432866E2X Crd7239 Dt 7/25 | -$3.11 | | $95,009.00 |
| 07/26/2017 | BLDR PRKNG-OUT BNDS<br>BOULDER CO<br>Ref55432866F2X Crd7239 Dt 7/25 | -$3.75 | | $95,005.25 |
| 07/26/2017 | AMAZON SERVICES-KINDLE<br>866-321-8851 WA<br>Ref55432866E2X Crd7239 Dt 7/25 | -$16.17 | | $94,989.08 |
| 07/26/2017 | NAVICAT<br>HONG KONG HK<br>Ref85493266EM7 Crd7239 Dt 7/25 | -$199.00 | | $94,790.08 |
| 07/26/2017 | COND VANDERBILT HOTE<br>SAN JUAN PR<br>Ref85124976E2X Crd7239 Dt 7/23 | -$396.14 | | $94,393.94 |
| 07/26/2017 | ANALYSIS SERVICE CHARGE | -$108.00 | | $94,285.94 |
| 07/26/2017 | WIRE OUT 70726L1B77D1C003796{<br>201720714368;BNF SALESFORCE IN<br>C;OBI REVGUARD ACCT 4546261 | -$3,072.11 | | $91,213.83 |
| 07/27/2017 | BANK OF AMERICA TRIALCREDT<br>336380258<br>REVGUARD LLC | | $0.01 | $91,213.84 |
| 07/27/2017 | ADVANCE LIVING L DEPOSIT<br>DP16275443<br>REVGUARD | | $1,635.95 | $92,849.79 |
| 07/27/2017 | OPTIMAL HEALTH P OHP<br>RevGuard LLC<br>RevGuard | | $2,081.20 | $94,930.99 |
| 07/27/2017 | APL* ITUNES.COM/BILL<br>866-712-7753 CA<br>Ref55432866F2X Crd7239 Dt 7/26 | -$14.99 | | $94,916.00 |
| 07/27/2017 | FEDEX 240506665<br>MEMPHIS TN<br>Ref15410196FMJ Crd7239 Dt 7/26 | -$42.13 | | $94,873.87 |
| 07/27/2017 | PIZZERIA LOCALE<br>BOULDER CO<br>Ref55506296F61 Crd7239 Dt 7/25 | -$92.39 | | $94,781.48 |

0674W 776550W 0V2BAY 0857W7 0013/0034



## Analysis Checking - XXXXXX7674 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/27/2017 | HAZELS BEVERAGE WORLD<br>BOULDER CO<br>Ref75265866FA6 Crd7239 Dt 7/25 | -$588.16 | | $94,193.32 |
| 07/27/2017 | INT*IN *AUTHORITY MEDI<br>800-7649133 MA<br>Ref55432866F2X Crd7239 Dt 7/26 | -$5,000.00 | | $89,193.32 |
| 07/27/2017 | AMAZON.COM<br>SEATTLE WA<br>TID00000101 Crd7239 Dt 7/27 | -$59.69 | | $89,133.63 |
| 07/27/2017 | AMAZON.COM<br>SEATTLE WA<br>TID00000100 Crd7239 Dt 7/27 | -$66.60 | | $89,067.03 |
| 07/27/2017 | AMAZON.COM<br>SEATTLE WA<br>TID00000101 Crd7239 Dt 7/27 | -$109.90 | | $88,957.13 |
| 07/27/2017 | CHECK #2762 | -$1,342.00 | | $87,615.13 |
| 07/27/2017 | CHECK #2728 | -$1,920.00 | | $85,695.13 |
| 07/28/2017 | WFB DIRECTPAY DEPOSIT<br>DP16418455<br>REVGUARD LLC | | | $85,695.13 |
| 07/28/2017 | SUMMIT VENTURES ACH Pmt<br>5020528648<br>RevGuard, LLC | | $1,384.60 | $87,079.73 |
| 07/28/2017 | NUAGE CONSULTING ACH Pmt<br>5020543698<br>RevGuard, LLC | | $1,788.86 | $88,868.59 |
| 07/28/2017 | SUMMIT VENTURES ACH Pmt<br>5020528086<br>RevGuard, LLC | | $1,799.55 | $90,668.14 |
| 07/28/2017 | SDSKYLINE, LLC VENDOR PMT<br>336210982<br>REVGUARD LLC | | $2,375.00 | $93,043.14 |
| 07/28/2017 | HALO RIVER LLC REVGUARD<br>REVGUARD<br>REVGUARD, LLC. | | $2,446.71 | $95,489.85 |
| 07/28/2017 | MOOSTER LLC 2823 PAYMENTS<br>REVGUARD | | $5,842.20 | $101,332.05 |



## Analysis Checking - XXXXXX7674 (continued)

**Account Activity** (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/28/2017 | INTUIT PYMT SOLN DEPOSIT 524771002357044 REVGUARD, LLC | | $8,240.00 | $109,572.05 |
| 07/28/2017 | WIRE IN 170728B1Q8021C008496 201720900811;ORG Y MEDIA, LLC | | $1,997.35 | $111,569.40 |
| 07/28/2017 | PUSHASSIST IAT PAYPAL REVGUARD LLC | -$500.00 | | $111,069.40 |
| 07/28/2017 | ADP PAYROLL FEES ADP - FEES 2RC62 2239556 RevGuard LLC | -$116.33 | | $110,953.07 |
| 07/28/2017 | INTUIT PYMT SOLN TRAN FEE 524771002357044 REVGUARD, LLC | -$280.34 | | $110,672.73 |
| 07/28/2017 | WWW.AHA.IO 1-888-926-2 LOS ALTOS CA Ref75265866GAQ Crd7239 Dt 7/26 | -$124.00 | | $110,548.73 |
| 07/28/2017 | INTUIT *QUICKBOOKS 800-446-8848 CA Ref55432866G2X Crd7239 Dt 7/27 | -$164.97 | | $110,383.76 |
| 07/28/2017 | LIFESTORAGE #578 BOULDER CO Ref85502786GLD Crd7239 Dt 7/26 | -$1,286.00 | | $109,097.76 |
| 07/28/2017 | LIBERTY MARKETING VIDE 8778877815 ON Ref85205086GM7 Crd7239 Dt 7/26 | -$1,650.00 | | $107,447.76 |
| 07/28/2017 | AMAZON.COM SEATTLE WA TID00000101 Crd7239 Dt 7/28 | -$339.90 | | $107,107.86 |
| 07/31/2017 | SSRHLDGS772 PAYMENTS REVGUARDSSR REVGUARD, LLC | | $196.28 | $107,304.14 |
| 07/31/2017 | NH COMMERCE, LLC VENDOR PMT 336386428 REVGUARD LLC | | $215.00 | $107,519.14 |



**_July 2017_**

*Reporting Activity 07/01 - 07/31*      **Page 28 of 32**

## Analysis Checking - XXXXXX7674 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/31/2017 | AY AY GROUP LLC VENDOR PMT<br>336380508<br>REVGUARD LLC | | $1,013.94 | $108,533.08 |
| 07/31/2017 | JMK PRODUCTS LLC VENDOR PMT<br>336383192<br>REVGUARD LLC | | $1,013.94 | $109,547.02 |
| 07/31/2017 | BLUE BELLA LLC VENDOR PMT<br>336382504<br>REVGUARD LLC | | $1,520.91 | $111,067.93 |
| 07/31/2017 | BREANNA STIKKELM VENDOR PMT<br>336381834<br>REVGUARD LLC | | $1,520.91 | $112,588.84 |
| 07/31/2017 | CAPITAL MANAGEME ACH Pmt<br>5020595872<br>RevGuard | | $1,614.65 | $114,203.49 |
| 07/31/2017 | TRIPLE M MEDIA I SENDER<br>336712166<br>REVGUARD LLC | | $2,745.98 | $116,949.47 |
| 07/31/2017 | PRISM HEALTH ENT DEPOSIT<br>DP16477527<br>REVGUARD LLC | | $3,147.60 | $120,097.07 |
| 07/31/2017 | CREDE798 PAYMENTS<br>REVGUARDCREDE<br>REVGUARD, LLC | | $4,039.88 | $124,136.95 |
| 07/31/2017 | NEW LIFE BRANDS PAYMENTS<br>REVGUARD | | $11,852.95 | $135,989.90 |
| 07/31/2017 | WIRE IN 170731B6B7HU3R017695<br>201721218974;ORG GLOBALTEK DIS<br>TRIBUTION SERVICES INC;OBI INV | | $2,717.60 | $138,707.50 |
| 07/31/2017 | FEDEX 240745710<br>MEMPHIS TN<br>Ref15410196JMJ Crd7239 Dt 7/29 | -$117.68 | | $138,589.82 |
| 07/31/2017 | Ending Balance | | | $138,589.82 |

### Checks Cleared

| Check Date | Check Number | Check Amount | Check Date | Check Number | Check Amount |
|---|---|---|---|---|---|
| 07/13/2017 | 2696 | $6,000.00 | 07/07/2017 | 2697 | $5,000.00 |



**_July 2017_**

_Reporting Activity 07/01 - 07/31_      _Page 29 of 32_

## Analysis Checking - XXXXXX7674 (continued)

### Checks Cleared (continued)

| Check Date | Check Number | Check Amount | Check Date | Check Number | Check Amount |
|---|---|---|---|---|---|
| 07/07/2017 | 2698 | $476.91 | 07/21/2017 | 2700* | $1,530.00 |
| 07/19/2017 | 2701 | $1,500.00 | 07/20/2017 | 2703* | $414.98 |
| 07/21/2017 | 2704 | $874.56 | 07/18/2017 | 2705 | $14,113.83 |
| 07/19/2017 | 2706 | $1,256.33 | 07/21/2017 | 2707 | $765.00 |
| 07/12/2017 | 2726* | $16,310.12 | 07/27/2017 | 2728* | $1,920.00 |
| 07/27/2017 | 2762* | $1,342.00 | | | |

* Indicates skipped check number



THIS PAGE LEFT INTENTIONALLY BLANK

**svb** ›

**Silicon Valley Bank**

**July 2017**

Reporting Activity 07/01 – 07/31        Page 31 of 32


#2696        07/13/17        $6,000.00


#2697        07/07/17        $5,000.00


#2698        07/07/17        $476.91


#2700        07/21/17        $1,530.00


#2701        07/19/17        $1,500.00


#2703        07/20/17        $414.98


#2704        07/21/17        $874.56


#2705        07/18/17        $14,113.83


#2706        07/19/17        $1,256.33


#2707        07/21/17        $765.00


#2726        07/12/17        $16,310.12


#2728        07/27/17        $1,920.00



**July 2017**

Reporting Activity 07/01 - 07/31          Page 32 of 32



#2762          07/27/17          $1,342.00