# EXHIBIT KK



**Silicon Valley Bank**

3003 Tasman Drive
Santa Clara, CA  95054

ADDRESS SERVICE REQUESTED

>006372 7785506 0001 092196 30Z
REVLIVE LLC
OPERATING ACCOUNT
6260 LOOKOUT RD
BOULDER CO 80301

## July 2017

Reporting Activity 07/01 – 07/31          Page 1 of 22

### Managing Your Accounts

| | | |
|---|---|---|
| (i) | Phone: | (408) 654-4636 |
| | Toll-Free: | (800) 774-7390 |
| | Email: | clientservice@svb.com |
| | Online: | www.svb.com |

As a reminder, if you do not have sufficient funds in your account at the time a check, debit card transaction, or other charge is posted to your account we may charge you an overdraft fee. Please refer to the Deposit Agreement and Disclosure Statement for details.

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Analysis Checking | XXXXXX3337 | $64,996.79 |
| **Total Balance** | | **$64,996.79** |

## Analysis Checking - XXXXXX3337

### Account Summary

| Date | Description | |
|---|---|---|
| 07/01/2017 | **Beginning Balance** | **$2,854.97** |
| 07/31/2017 | **Ending Balance** | **$64,996.79** |
| | Total debits this period | $400,129.06 |
| | Total credits this period | $462,270.88 |
| | Service Charge | $0.00 |

### Account Activity

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/01/2017 | Beginning Balance | | | $2,854.97 |
| 07/03/2017 | ECOMMERCE ESSENT SENDER | | $3,305.76 | $6,160.73 |
| | 333509970 | | | |
| | REVLIVE, LLC | | | |
| 07/03/2017 | NUEBRANDS LLC SENDER | | $3,640.00 | $9,800.73 |
| | 333120914 | | | |
| | REVLIVE, LLC | | | |
| 07/03/2017 | WIRE IN 170703B6B7HU2R007602 | | $2,085.08 | $11,885.81 |
| | 201718410842;ORG SPARTACUS NUT | | | |
| | RA, INC;OBI SPARTACUS;REF 2052 | | | |


Member
FDIC
EQUAL HOUSING LENDER

ALL SVB AUDIT CONFIRMATION REQUESTS SHOULD BE
SUBMITTED TO CAPITAL CONFIRMATION WWW.CONFIRMATION.COM



## July 2017

**Reporting Activity 07/01 - 07/31**          Page 3 of 22

## Analysis Checking - XXXXXX3337 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/03/2017 | WIRE IN 170703B1QGC02C002533 201718408325;ORG REVIVE YOU ME DIA LLC;OBI INVOICE 30017-726; | | $4,477.00 | $16,362.81 |
| 07/03/2017 | SENDGRID 303-5520653 CO Ref55436875P4D Crd4119 Dt 7/02 | -$9.95 | | $16,352.86 |
| 07/03/2017 | ROCK CREEK SPINE AND R BROOMFIELD CO Ref55436875N7X Crd4119 Dt 6/30 | -$187.48 | | $16,165.38 |
| 07/03/2017 | DENVER PEARL LIMOUS DENVER CO Ref85185645PWG Crd6115 Dt 6/30 | -$260.00 | | $15,905.38 |
| 07/03/2017 | WIRE OUT 70703L1B77D1C002239{ 201718411332;BNF QCSS INC;OBI REVLIVE INVOICE 17546 | -$10,819.20 | | $5,086.18 |
| 07/05/2017 | MOBILE DEPOSIT | | $3.97 | $5,090.15 |
| 07/05/2017 | MOBILE DEPOSIT | | $2,758.35 | $7,848.50 |
| 07/05/2017 | SHORELINE MARKET ACH Pmt 5019061513 RevLive, LLC | | $683.10 | $8,531.60 |
| 07/05/2017 | HUB AND SPOKE CO 30017-798 REVLIVE REVLIVE, LLC | | $1,317.90 | $9,849.50 |
| 07/05/2017 | SDSKYLINE, LLC VENDOR PMT 333262828 REVLIVE | | $2,551.50 | $12,401.00 |
| 07/05/2017 | INTUIT PYMT SOLN DEPOSIT 524771998873358 REVLIVE, LLC | | $13,026.70 | $25,427.70 |
| 07/05/2017 | WIRE IN 170705B6B7HU2R009407 201718610770;ORG COMMERCE DIRE CT LLC;OBI INVOICE 30017.205;R | | $1,000.00 | $26,427.70 |
| 07/05/2017 | WIRE IN 170705B6B7HU4R010772 201718612190;ORG VITALITY NUTR A GROUP LLC;REF 205398264 | | $3,000.00 | $29,427.70 |



**July 2017**

Reporting Activity 07/01 - 07/31                    Page 4 of 22

## Analysis Checking - XXXXXX3337 (continued)

**Account Activity** (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/05/2017 | WIRE IN 170705B6B7HU3R010615 201718612168;ORG VITALITY NUTR A GROUP LLC;REF 205398156 | | $5,000.00 | $34,427.70 |
| 07/05/2017 | INTUIT PYMT SOLN TRAN FEE 524771998873358 REVLIVE, LLC | -$444.16 | | $33,983.54 |
| 07/05/2017 | DDCO Insur Prem 000140947 REVLIVE, LLC | -$2,380.38 | | $31,603.16 |
| 07/05/2017 | NORTHWEST PARKWAY LLC 303-9262500 CO Ref75265865R61 Crd4119 Dt 7/02 | -$148.20 | | $31,454.96 |
| 07/05/2017 | LIFESTORAGE #578 BOULDER CO Ref85502785TLD Crd6115 Dt 7/04 | -$232.00 | | $31,222.96 |
| 07/05/2017 | LIFESTORAGE #578 BOULDER CO Ref85502785TLD Crd6115 Dt 7/04 | -$285.00 | | $30,937.96 |
| 07/05/2017 | CHECK #1540 | -$38.40 | | $30,899.56 |
| 07/06/2017 | MOBILE DEPOSIT | | $170.00 | $31,069.56 |
| 07/06/2017 | MOBILE DEPOSIT | | $1,098.20 | $32,167.76 |
| 07/06/2017 | MOBILE DEPOSIT | | $2,325.04 | $34,492.80 |
| 07/06/2017 | MOBILE DEPOSIT | | $4,352.00 | $38,844.80 |
| 07/06/2017 | INFINITE ADS LLC CORP PAY REVLIVE, LLC | | $2,616.75 | $41,461.55 |
| 07/06/2017 | F9 ADVERTISING CORP PAY REVLIVE LLC | | $5,410.46 | $46,872.01 |
| 07/06/2017 | BRANDED RESPONSE ACH Pmt 5019202725 RevLive | | $25,012.48 | $71,884.49 |
| 07/06/2017 | WIRE IN 170706B1QGC04C003177 201718710142;ORG REVIVE YOU ME DIA LLC;OBI INVOICE 30017-778; | | $3,630.00 | $75,514.49 |
| 07/06/2017 | WIRE IN 170706B6B7HU4R013238 201718714908;ORG NALANI MARKET ING GROUP INC;REF 205527140 | | $4,228.51 | $79,743.00 |



**July 2017**

Reporting Activity 07/01 - 07/31                Page 5 of 22

## Analysis Checking - XXXXXX3337 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/06/2017 | ADP PAY-BY-PAY PAY-BY-PAY<br>7330306215925C6<br>REVLIVE REVLIVE | -$113.10 | | $79,629.90 |
| 07/06/2017 | ADP WAGE PAY WAGE PAY<br>7330306215915C6<br>REVLIVE REVLIVE | -$49,669.49 | | $29,960.41 |
| 07/06/2017 | AMAZON.COM<br>SEATTLE WA<br>TID00000101 Crd4119 Dt 7/06 | -$30.41 | | $29,930.00 |
| 07/07/2017 | Convoy Managemen ACH Pmt<br>5019277470<br>Revlive, LLC | | $217.80 | $30,147.80 |
| 07/07/2017 | DBB VISIONS CORP SENDER<br>334244350<br>REVLIVE LLC | | $300.71 | $30,448.51 |
| 07/07/2017 | DBB VISIONS CORP SENDER<br>334244236<br>REVLIVE LLC | | $306.71 | $30,755.22 |
| 07/07/2017 | INTUIT PYMT SOLN DEPOSIT<br>524771998873358<br>REVLIVE, LLC | | $363.93 | $31,119.15 |
| 07/07/2017 | LNDB LIFEWAY INC SENDER<br>334236740<br>REVLIVE LLC | | $475.58 | $31,594.73 |
| 07/07/2017 | HAVENWOOD MARKET VENDOR PMT<br>334187612<br>REVLIVE LLC | | $560.46 | $32,155.19 |
| 07/07/2017 | LNDB LIFEWAY INC SENDER<br>334236214<br>REVLIVE LLC | | $747.15 | $32,902.34 |
| 07/07/2017 | NALANI MARKETING SENDER<br>334241464<br>REVLIVE LLC | | $950.83 | $33,853.17 |
| 07/07/2017 | WIRE IN 170707B6B7HU3R000452<br>201718800289;ORG WINBLASTI LIM<br>ITED;OBI 30017-820;REF ASW1437 | | $6,199.59 | $40,052.76 |

06372 7785SDh Dh07M3 0h1S8S 0033/0011



**_July 2017_**

Reporting Activity 07/01 - 07/31          Page 6 of 22

## Analysis Checking - XXXXXX3337 (continued)

**Account Activity** (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/07/2017 | WIRE IN 170707B6B7HU2R006156 201718806944;ORG WELL TO DO, I NC.;OBI REVLIVE 30017818;REF 2 | | $8,092.28 | $48,145.04 |
| 07/07/2017 | WIRE IN 170707B6B7HU2R006133 201718806891;ORG BEAUTY SHORE GROUP, INC.;OBI INV 30017818;R | | $8,176.21 | $56,321.25 |
| 07/07/2017 | INTUIT PYMT SOLN TRAN FEE 524771998873358 REVLIVE, LLC | -$12.62 | | $56,308.63 |
| 07/07/2017 | ADP Tax ADP Tax RQ5C6 070713A01 REVLIVE | -$18,692.08 | | $37,616.55 |
| 07/07/2017 | WIRE OUT 70707L1B77D1C002751{ 201718813109;BNF OUTSOURCE SOU TH AMERCIA LLC;OBI REVLIVE INV | -$24,176.56 | | $13,439.99 |
| 07/10/2017 | MOBILE DEPOSIT | | $50.21 | $13,490.20 |
| 07/10/2017 | MOBILE DEPOSIT | | $2,726.40 | $16,216.60 |
| 07/10/2017 | MOBILE DEPOSIT | | $3,447.05 | $19,663.65 |
| 07/10/2017 | ECOMMERCE ESSENT SENDER 334396232 REVLIVE, LLC | | $5,044.96 | $24,708.61 |
| 07/10/2017 | INTUIT PYMT SOLN DEPOSIT 524771998873358 REVLIVE, LLC | | $6,139.56 | $30,848.17 |
| 07/10/2017 | WIRE IN 170710B1QGC05C001256 201719104595;ORG MAKING ALL TH INGS NEW LLC;OBI INVOICES 3001 | | $303.58 | $31,151.75 |
| 07/10/2017 | WIRE IN 171911178800 201719111788;ORG ROADRUNNER B2 C, LLC;OBI REVGO | | $2,412.54 | $33,564.29 |
| 07/10/2017 | INTUIT PYMT SOLN TRAN FEE 524771998873358 REVLIVE, LLC | -$209.25 | | $33,355.04 |
| 07/10/2017 | WORMLY.COM 7074610874 NY Ref55429505XJH Crd4119 Dt 7/08 | -$19.00 | | $33,336.04 |



## *July 2017*

**Reporting Activity 07/01 - 07/31**       **Page 7 of 22**

## Analysis Checking - XXXXXX3337 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/10/2017 | OFFICE DEPOT #1080<br>800-463-3768 CO<br>Ref05436845Y8P Crd4119 Dt 7/08 | -$94.48 | | $33,241.56 |
| 07/10/2017 | SIMPALO SNACKS, LLC<br>8005199332 CO<br>Ref55429505YLS Crd4119 Dt 7/09 | -$160.49 | | $33,081.07 |
| 07/10/2017 | LAX AIRP BGRILL BY BOA<br>LOS ANGELES CA<br>Ref55436875X7K Crd6115 Dt 7/07 | -$234.89 | | $32,846.18 |
| 07/10/2017 | APPLE STORE #R172<br>BOULDER CO<br>Ref55432865Y2X Crd6115 Dt 7/08 | -$358.10 | | $32,488.08 |
| 07/10/2017 | RINGCENTRAL, INC<br>BELMONT CA<br>Ref25247705Y08 Crd4119 Dt 7/08 | -$964.66 | | $31,523.42 |
| 07/10/2017 | WIRE OUT 70710L1B77D1C002075{<br>201719110121;BNF QCSS INC;OBI<br>REVLIVE INVOICE 17585 | -$6,766.20 | | $24,757.22 |
| 07/11/2017 | MAKING ALL THING ACH Pmt<br>5019466945<br>RevLive | | $31.76 | $24,788.98 |
| 07/11/2017 | RRGJ NATURALS IN SENDER<br>334622706<br>REVLIVE LLC | | $1,627.87 | $26,416.85 |
| 07/11/2017 | SDSKYLINE, LLC VENDOR PMT<br>334223282<br>REVLIVE | | $2,040.50 | $28,457.35 |
| 07/11/2017 | NH COMMERCE, LLC VENDOR PMT<br>334254118<br>REVLIVE, LLC | | $2,184.70 | $30,642.05 |
| 07/11/2017 | INFINITE ADS LLC CORP PAY<br>REVLIVE, LLC | | $2,651.50 | $33,293.55 |
| 07/11/2017 | WALKER COSMETIC SENDER<br>334250986<br>REVLIVE, LLC. | | $3,397.82 | $36,691.37 |



## *July 2017*

**Reporting Activity 07/01 - 07/31**      Page 8 of 22

## Analysis Checking - XXXXXX3337 (continued)

**Account Activity** (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/11/2017 | BRANDED RESPONSE ACH Pmt<br>5019486842<br>RevLive | | $22,453.82 | $59,145.19 |
| 07/11/2017 | WIRE IN 170711B6B7HU2R002800<br>201719204322;ORG COMMERCE DIRE<br>CT LLC;OBI INVOICE 30017.205;R | | $1,000.00 | $60,145.19 |
| 07/11/2017 | ADP 401k ADP 401k<br>RQ5C6 070713V02<br>REVLIVE | -$1,006.65 | | $59,138.54 |
| 07/11/2017 | OFFICE DEPOT #1080<br>800-463-3768 CO<br>Ref054368460EH Crd4119 Dt 7/10 | -$3.24 | | $59,135.30 |
| 07/11/2017 | LINKEDIN-331*3582444<br>LNKD.IN/BILL CA<br>Ref55432865Z2X Crd4119 Dt 7/10 | -$79.99 | | $59,055.31 |
| 07/11/2017 | SQU*SQ *THE WHEEL & WH<br>LOUISVILLE CO<br>Ref55432865Z2X Crd4119 Dt 7/10 | -$428.44 | | $58,626.87 |
| 07/11/2017 | FRUEHAUF S PLANT AND G<br>BOULDER CO<br>Ref05259585Z8P Crd6115 Dt 7/10 | -$2,433.93 | | $56,192.94 |
| 07/11/2017 | WIRE OUT 70711L1B77D1C002223{<br>201719210900;BNF INCALL INTERN<br>ATIONAL;OBI REVLIVE INVOICE 47 | -$12,620.90 | | $43,572.04 |
| 07/11/2017 | WIRE OUT 70711L1B77D1C002237{<br>201719210997;BNF CONCEPTOL TEC<br>HNOLOGIES LLC;OBI REVLIVE INVO | -$17,400.00 | | $26,172.04 |
| 07/12/2017 | HUB AND SPOKE CO 30017-848<br>REVLIVE<br>REVLIVE, LLC | | $1,169.55 | $27,341.59 |
| 07/12/2017 | TRINI LLC VENDOR PMT<br>334366410<br>REVLIVE, LLC | | $1,968.15 | $29,309.74 |
| 07/12/2017 | BLUE BELLA LLC VENDOR PMT<br>334367494<br>REVLIVE LLC | | $2,716.69 | $32,026.43 |



## *July 2017*

**Reporting Activity 07/01 - 07/31**          **Page 9 of 22**

## Analysis Checking - XXXXXX3337 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/12/2017 | LEISURE LUX LLC VENDOR PMT<br>334366850<br>REVLIVE, LLC | | $3,736.25 | $35,762.68 |
| 07/12/2017 | CASPIAN HEALTH S VENDOR PMT<br>334368474<br>REVLIVE LLC | | $4,484.79 | $40,247.47 |
| 07/12/2017 | INTUIT PYMT SOLN DEPOSIT<br>524771998873358<br>REVLIVE, LLC | | $16,361.03 | $56,608.50 |
| 07/12/2017 | INTUIT PYMT SOLN TRAN FEE<br>524771998873358<br>REVLIVE, LLC | -$558.02 | | $56,050.48 |
| 07/12/2017 | WIRE OUT 70712L1B77D1C001244{<br>201719305736;BNF CONNECT FIRST<br>INC;OBI REVLIVE INVOICE 3792 | -$6,250.00 | | $49,800.48 |
| 07/12/2017 | WIRE OUT 70712L1B77D1C002482{<br>201719310479;BNF CALL CRITERIA<br>;OBI REVLIVE INVOICE 1506 | -$7,558.20 | | $42,242.28 |
| 07/12/2017 | WIRE OUT 70712L1B77D1C002490{<br>201719310519;BNF TELEIMAN;OBI<br>REVLIVE INVOICE 070317 | -$22,854.30 | | $19,387.98 |
| 07/12/2017 | CHECK #1543 | -$204.17 | | $19,183.81 |
| 07/13/2017 | ELISKA, LLC SENDER<br>334885968<br>REVLIVE LLC | | $3,800.58 | $22,984.39 |
| 07/13/2017 | F9 ADVERTISING CORP PAY<br>REVLIVE LLC | | $4,138.26 | $27,122.65 |
| 07/13/2017 | WIRE IN 170713B6B7HU1R006903<br>201719407582;ORG KENSHA CONSUL<br>TING INC;REF 206035072 | | $1,003.89 | $28,126.54 |
| 07/13/2017 | WIRE IN 170713K4QLE01C000435<br>201719411775;ORG ONE STOP COSM<br>ETICS;OBI ONE STOP COSMETICS | | $2,864.00 | $30,990.54 |
| 07/13/2017 | UNITED 01623560769843<br>800-932-2732 TX<br>Ref5543286612X Crd4119 Dt 7/11 | -$405.40 | | $30,585.14 |



## *July 2017*

**Reporting Activity 07/01 - 07/31**  **Page 10 of 22**

## Analysis Checking - XXXXXX3337 (continued)

**Account Activity** (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/13/2017 | UNITED 01623560769854<br>800-932-2732 TX<br>Ref5543286612X Crd4119 Dt 7/11 | -$405.40 | | $30,179.74 |
| 07/13/2017 | AMAZON.COM<br>SEATTLE WA<br>TID00000101 Crd4119 Dt 7/12 | -$15.18 | | $30,164.56 |
| 07/13/2017 | CHECK #1541 | -$134.07 | | $30,030.49 |
| 07/14/2017 | MOBILE DEPOSIT | | $7.94 | $30,038.43 |
| 07/14/2017 | MOBILE DEPOSIT | | $40.80 | $30,079.23 |
| 07/14/2017 | MOBILE DEPOSIT | | $829.60 | $30,908.83 |
| 07/14/2017 | MOBILE DEPOSIT | | $944.25 | $31,853.08 |
| 07/14/2017 | MAKING ALL THING ACH Pmt<br>5019711306<br>RevLive | | $329.51 | $32,182.59 |
| 07/14/2017 | ISHKADIRECT INC SENDER<br>334987882<br>REVLIVE LLC | | $443.36 | $32,625.95 |
| 07/14/2017 | SDSKYLINE, LLC VENDOR PMT<br>334691798<br>REVLIVE | | $1,635.00 | $34,260.95 |
| 07/14/2017 | MOONSTONE MEDIA SENDER<br>334984582<br>REVLIVE LLC | | $2,227.32 | $36,488.27 |
| 07/14/2017 | INTUIT PYMT SOLN DEPOSIT<br>524771998873358<br>REVLIVE, LLC | | $7,346.29 | $43,834.56 |
| 07/14/2017 | WIRE IN 170714B1QGC01C016288<br>201719515280;ORG BETTERYOU LAB<br>S LLC;OBI INVOICE 30017-828 AN | | $4,289.00 | $48,123.56 |
| 07/14/2017 | ADP PAYROLL FEES ADP - FEES<br>2R5C6 0278140<br>RevLive | -$245.13 | | $47,878.43 |
| 07/14/2017 | INTUIT PYMT SOLN TRAN FEE<br>524771998873358<br>REVLIVE, LLC | -$250.02 | | $47,628.41 |



## *July 2017*

**Reporting Activity 07/01 - 07/31**          **Page 11 of 22**

## Analysis Checking - XXXXXX3337 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/14/2017 | OFFICE DEPOT #1080<br>800-463-3768 CO<br>Ref0543684622X Crd4119 Dt 7/12 | -$9.73 | | $47,618.68 |
| 07/14/2017 | WAL-MART #1045<br>LAFAYETTE CO<br>TID24104501 Crd4119 Dt 7/13 | -$4.21 | | $47,614.47 |
| 07/14/2017 | CHECK #50089 | -$303.30 | | $47,311.17 |
| 07/14/2017 | CHECK #1544 | -$7,700.00 | | $39,611.17 |
| 07/17/2017 | MOBILE DEPOSIT | | $108.36 | $39,719.53 |
| 07/17/2017 | MOBILE DEPOSIT | | $3,230.50 | $42,950.03 |
| 07/17/2017 | MOBILE DEPOSIT | | $3,890.80 | $46,840.83 |
| 07/17/2017 | WAL-MART #1045<br>LAFAYETTE CO<br>Ref554838264AF Crd4119 Dt 7/13 | | $68.35 | $46,909.18 |
| 07/17/2017 | JACKED LABS, INC SENDER<br>334832534<br>REVLIVE, LLC | | $1,114.25 | $48,023.43 |
| 07/17/2017 | WALKER COSMETIC SENDER<br>334894800<br>REVLIVE, LLC. | | $2,327.64 | $50,351.07 |
| 07/17/2017 | ECOMMERCE ESSENT SENDER<br>335187070<br>REVLIVE, LLC | | $4,775.36 | $55,126.43 |
| 07/17/2017 | WIRE IN 170717B6B7HU1R003425<br>201719804141;ORG ACME NUTRA GR<br>OUP LLC;REF 206217170 | | $4,000.00 | $59,126.43 |
| 07/17/2017 | WIRE IN 170717QMGFT003000225<br>201719806640;ORG SYNTRATECH CO<br>RPORATION;OBI INVOICE: 30017-8 | | $6,262.02 | $65,388.45 |
| 07/17/2017 | RACKSPACE MANAGE EPOSPYMNTS<br>101702468<br>Rackspace, Ltd. | -$2,695.68 | | $62,692.77 |
| 07/17/2017 | HTTP://WEBEX.COM<br>916-861-3174 CA<br>Ref5543286642X Crd4119 Dt 7/15 | -$24.00 | | $62,668.77 |



**_July 2017_**

Reporting Activity 07/01 - 07/31          Page 12 of 22

## Analysis Checking - XXXXXX3337 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/17/2017 | ROCK CREEK SPINE AND R<br>BROOMFIELD CO<br>Ref5543687647K Crd4119 Dt 7/13 | -$192.70 | | $62,476.07 |
| 07/17/2017 | POTTERY BARN E-COMMERC<br>800-922-9934 CA<br>Ref5543286642Y Crd6115 Dt 7/15 | -$453.44 | | $62,022.63 |
| 07/18/2017 | LUMINOUS BEAUTY SENDER<br>335413158<br>REVLIVE LLC | | $420.88 | $62,443.51 |
| 07/18/2017 | NUEBRANDS LLC SENDER<br>335022652<br>REVLIVE, LLC | | $1,758.75 | $64,202.26 |
| 07/18/2017 | INFINITE ADS LLC CORP PAY<br>REVLIVE, LLC | | $1,890.00 | $66,092.26 |
| 07/18/2017 | BRANDED RESPONSE ACH Pmt<br>5019910797<br>RevLive | | $17,639.83 | $83,732.09 |
| 07/18/2017 | WIRE IN 170718I1B7031R000221<br>201719903228;ORG CENTURION CON<br>SULTANTS GROUP, LLC;OBI INVOIC | | $3,226.75 | $86,958.84 |
| 07/18/2017 | CHECK #1542 | -$915.00 | | $86,043.84 |
| 07/19/2017 | PAYPAL TRANSFER<br>4SX22A7HGNKYG<br>REVLIVE LLC | | $280.52 | $86,324.36 |
| 07/19/2017 | SHORELINE MARKET ACH Pmt<br>5019997663<br>RevLive, LLC | | $414.00 | $86,738.36 |
| 07/19/2017 | SHORELINE MARKET ACH Pmt<br>5019997634<br>RevLive, LLC | | $634.80 | $87,373.16 |
| 07/19/2017 | INTUIT PYMT SOLN DEPOSIT<br>524771998873358<br>REVLIVE, LLC | | $18,192.88 | $105,566.04 |
| 07/19/2017 | WIRE IN 170719K4QLE01C000017<br>201720005055;ORG ONE STOP COSM<br>ETICS;OBI ONE STOP COSMETICS | | $994.00 | $106,560.04 |



## *July 2017*

**Reporting Activity 07/01 - 07/31**          **Page 13 of 22**

## Analysis Checking - XXXXXX3337 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/19/2017 | WIRE IN 170719B6B7HU3R004440<br>201720005031;ORG COMMERCE DIRE<br>CT LLC;OBI NA;REF 206473552 | | $1,000.00 | $107,560.04 |
| 07/19/2017 | INTUIT PYMT SOLN TRAN FEE<br>524771998873358<br>REVLIVE, LLC | -$620.30 | | $106,939.74 |
| 07/19/2017 | AMAZON SERVICES-KINDLE<br>866-321-8851 WA<br>Ref5543286672X Crd4119 Dt 7/18 | -$6.44 | | $106,933.30 |
| 07/19/2017 | FIREHOUSE SUBS #10<br>LAFFAYETTE CO<br>Ref2553606682Y Crd4119 Dt 7/18 | -$34.99 | | $106,898.31 |
| 07/19/2017 | WALMART GROCERY<br>08009666546 AR<br>Ref5550036682D Crd4119 Dt 7/18 | -$184.01 | | $106,714.30 |
| 07/19/2017 | QDOBA MEXICAN EATS QPS<br>08005005225 CO<br>Ref5544641672X Crd4119 Dt 7/18 | -$364.86 | | $106,349.44 |
| 07/19/2017 | INDEED<br>203-564-2400 CT<br>Ref5543286672X Crd6115 Dt 7/18 | -$500.00 | | $105,849.44 |
| 07/19/2017 | WALMART GROCERY<br>08009666546 AR<br>Ref5550036682D Crd4119 Dt 7/18 | -$838.15 | | $105,011.29 |
| 07/20/2017 | Convoy Managemen ACH Pmt<br>5020044363<br>Revlive, LLC | | $181.50 | $105,192.79 |
| 07/20/2017 | HUB AND SPOKE CO 30017-1007<br>REVLIVE<br>REVLIVE, LLC | | $886.65 | $106,079.44 |
| 07/20/2017 | JACKED LABS, INC SENDER<br>335417452<br>REVLIVE, LLC | | $964.75 | $107,044.19 |
| 07/20/2017 | HUB AND SPOKE CO 30017-935<br>REVLIVE<br>REVLIVE, LLC | | $1,072.95 | $108,117.14 |



**July 2017**

Reporting Activity 07/01 - 07/31          Page 14 of 22

## Analysis Checking - XXXXXX3337 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/20/2017 | ADP PAY-BY-PAY PAY-BY-PAY<br>7460432651515C6<br>REVLIVE REVLIVE | -$156.26 | | $107,960.88 |
| 07/20/2017 | ADP WAGE PAY WAGE PAY<br>7460432651505C6<br>REVLIVE REVLIVE | -$63,692.52 | | $44,268.36 |
| 07/20/2017 | WIRE OUT 70720L1B77D1C003056{<br>201720113051;BNF INCALL INTERN<br>ATIONAL;OBI REVLIVE INVOICE 47 | -$12,829.40 | | $31,438.96 |
| 07/21/2017 | MOBILE DEPOSIT | | $27.20 | $31,466.16 |
| 07/21/2017 | MOBILE DEPOSIT | | $768.40 | $32,234.56 |
| 07/21/2017 | MOBILE DEPOSIT | | $1,500.00 | $33,734.56 |
| 07/21/2017 | BANK OF AMERICA TRIALCREDT<br>335716992<br>REVLIVE LLC | | $0.01 | $33,734.57 |
| 07/21/2017 | PARISH COMMERCE VENDOR PMT<br>335471170<br>REVLIVE | | $1,879.50 | $35,614.07 |
| 07/21/2017 | MORSE TRADELINE DEPOSIT<br>DP16015993<br>REVLIVE LLC | | $4,346.72 | $39,960.79 |
| 07/21/2017 | ELISKA, LLC SENDER<br>335758490<br>REVLIVE LLC | | $8,619.75 | $48,580.54 |
| 07/21/2017 | WIRE IN 170721B6B7001C004358<br>201720208526;ORG 1806369 ALBER<br>TA LTD.;OBI INVOICE 30017-917; | | $2,329.25 | $50,909.79 |
| 07/21/2017 | WIRE IN 170721B6B7HU3R007434<br>201720212227;ORG VITALITY NUTR<br>A GROUP LLC;REF 206657976 | | $4,000.00 | $54,909.79 |
| 07/21/2017 | ADP Tax ADP Tax<br>RQ5C6 072114A01<br>REVLIVE | -$29,358.39 | | $25,551.40 |
| 07/21/2017 | PIZZA HUT<br>000-0000000 CO<br>Ref1541019692T Crd4119 Dt 7/19 | -$141.21 | | $25,410.19 |



## *July 2017*

**Reporting Activity 07/01 - 07/31**            Page 15 of 22

## Analysis Checking - XXXXXX3337 (continued)

**Account Activity** (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/21/2017 | WIRE OUT 70721L1B77D1C001588{ 201720211381;BNF QCSS INC;OBI REVLIVE INVOICE 17618 | -$2,778.30 | | $22,631.89 |
| 07/21/2017 | WIRE OUT 70721L1B77D1C001581{ 201720211360;BNF INCALL INTERN ATIONAL;OBI REVLIVE INVOICE 47 | -$11,795.05 | | $10,836.84 |
| 07/21/2017 | CHECK #1546 | -$971.40 | | $9,865.44 |
| 07/24/2017 | MOBILE DEPOSIT | | $7.94 | $9,873.38 |
| 07/24/2017 | MOBILE DEPOSIT | | $1,698.32 | $11,571.70 |
| 07/24/2017 | MOBILE DEPOSIT | | $3,585.50 | $15,157.20 |
| 07/24/2017 | RBT PIZZA HUT EASYSAVINGS NY Ref05587456B00 Crd4119 Dt 7/22 | | $5.65 | $15,162.85 |
| 07/24/2017 | BANK OF AMERICA TRIALCREDT 335872330 REVLIVE LLC | | $0.01 | $15,162.86 |
| 07/24/2017 | BEAUTY FITNESS G VENDOR PMT 335872708 REVLIVE LLC | | $317.73 | $15,480.59 |
| 07/24/2017 | LALOE COMMERCE C SENDER 335877750 REVLIVE LLC | | $444.84 | $15,925.43 |
| 07/24/2017 | THYONE MEDIA PAR SENDER 335874596 REVLIVE LLC | | $840.32 | $16,765.75 |
| 07/24/2017 | BEAUTY SHORE GRO SENDER 335874260 REVLIVE LLC | | $4,001.54 | $20,767.29 |
| 07/24/2017 | INTUIT PYMT SOLN DEPOSIT 524771998873358 REVLIVE, LLC | | $4,469.39 | $25,236.68 |
| 07/24/2017 | HEALTHY TRENDS, SENDER 335875812 REVLIVE LLC | | $10,225.00 | $35,461.68 |
| 07/24/2017 | HERBAL GAIN, INC SENDER 335874676 REVLIVE LLC | | $13,022.00 | $48,483.68 |



**_July 2017_**

_Reporting Activity 07/01 - 07/31_          Page 16 of 22

## Analysis Checking - XXXXXX3337 (continued)

**Account Activity** (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/24/2017 | WIRE IN 172051109800<br>201720511098;ORG ROADRUNNER B2<br>C, LLC;OBI REVGO | | $5,430.34 | $53,914.02 |
| 07/24/2017 | WIRE IN 170724B6B7HU2R008954<br>201720510477;ORG ECOMMERCE ESS<br>ENTIALS LLC;OBI INVOICE 30017 | | $5,489.48 | $59,403.50 |
| 07/24/2017 | INTUIT PYMT SOLN TRAN FEE<br>524771998873358<br>REVLIVE, LLC | -$152.46 | | $59,251.04 |
| 07/24/2017 | PRIME FRESH MEMBERSHIP<br>AMZN.COM/PRME WA<br>Ref55432866A2X Crd4119 Dt 7/21 | -$14.99 | | $59,236.05 |
| 07/24/2017 | CHICK-FIL-A #1290<br>BROOMFIELD CO<br>Ref05140486BLM Crd4119 Dt 7/21 | -$78.61 | | $59,157.44 |
| 07/24/2017 | ATLASSIAN<br>ATLASSIAN B.V NL<br>Ref25438646Q1F Crd4119 Dt 7/22 | -$150.00 | | $59,007.44 |
| 07/24/2017 | ROCK CREEK SPINE AND R<br>BROOMFIELD CO<br>Ref55436876B7L Crd4119 Dt 7/21 | -$156.25 | | $58,851.19 |
| 07/24/2017 | WIRE OUT 70724L1B77D1C001696{<br>201720509492;BNF QCSS INC;OBI<br>REVLIVE INVOICE 17576 | -$2,528.40 | | $56,322.79 |
| 07/24/2017 | WIRE OUT 70724L1B77D1C001693{<br>201720509480;BNF CONCEPTOL TEC<br>HNOLOGIES LLC;OBI REVLIVE INVO | -$17,667.00 | | $38,655.79 |
| 07/24/2017 | WIRE OUT 70724L1B77D1C001691{<br>201720509472;BNF OUTSOURCE SOU<br>TH AMERCIA LLC;OBI REVLIVE INV | -$19,983.25 | | $18,672.54 |
| 07/25/2017 | MOBILE DEPOSIT | | $138.95 | $18,811.49 |
| 07/25/2017 | MOBILE DEPOSIT | | $3,546.45 | $22,357.94 |
| 07/25/2017 | SHORELINE MARKET ACH Pmt<br>5020299719<br>RevLive, LLC | | $486.45 | $22,844.39 |



**July 2017**

Reporting Activity 07/01 - 07/31 | Page 17 of 22

## Analysis Checking - XXXXXX3337 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/25/2017 | NH COMMERCE, LLC VENDOR PMT<br>335740562<br>REVLIVE, LLC | | $1,221.23 | $24,065.62 |
| 07/25/2017 | INFINITE ADS LLC CORP PAY<br>REVLIVE, LLC | | $2,943.50 | $27,009.12 |
| 07/25/2017 | BREANNA STIKKELM VENDOR PMT<br>335717630<br>REVLIVE, LLC | | $3,001.83 | $30,010.95 |
| 07/25/2017 | NICNACK PRODUCTS VENDOR PMT<br>335717240<br>REVLIVE LLC | | $3,001.83 | $33,012.78 |
| 07/25/2017 | LEISURE LUX LLC VENDOR PMT<br>335716168<br>REVLIVE, LLC | | $4,002.44 | $37,015.22 |
| 07/25/2017 | WIRE IN 170725B6B7HU2R003038<br>201720604760;ORG COMMERCE DIRE<br>CT LLC;OBI ON ACCT;REF 2068714 | | $1,000.00 | $38,015.22 |
| 07/25/2017 | WIRE IN 170725B6B7HU4R004340<br>201720605887;ORG ALCHEMICAL NU<br>TRA INC;REF 206879858 | | $1,006.19 | $39,021.41 |
| 07/25/2017 | WIRE IN 170725B6B7HU3R011752<br>201720614491;ORG ETX MARKETING<br>GROUP INC;REF 206925398 | | $1,875.32 | $40,896.73 |
| 07/25/2017 | WIRE IN 170725B6B7HU4R006961<br>201720608983;ORG ACME NUTRA GR<br>OUP LLC;REF 206894158 | | $4,800.27 | $45,697.00 |
| 07/25/2017 | ADP 401k ADP 401k<br>RQ5C6 072114V02<br>REVLIVE | -$1,368.64 | | $44,328.36 |
| 07/25/2017 | WIRE OUT 70725L1B77D1C003411{<br>201720613917;BNF CONCEPTOL TEC<br>HNOLOGIES LLC;OBI REVLIVE INVO | -$18,580.00 | | $25,748.36 |
| 07/26/2017 | MOBILE DEPOSIT | | $19.85 | $25,768.21 |
| 07/26/2017 | MAKING ALL THING ACH Pmt<br>5020357521<br>RevLive | | $2,222.29 | $27,990.50 |



**_July 2017_**

Reporting Activity 07/01 - 07/31          Page 18 of 22

## Analysis Checking - XXXXXX3337 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/26/2017 | INTUIT PYMT SOLN DEPOSIT<br>524771998873358<br>REVLIVE, LLC | | $11,366.51 | $39,357.01 |
| 07/26/2017 | BRANDED RESPONSE ACH Pmt<br>5020348345<br>RevLive | | $18,898.47 | $58,255.48 |
| 07/26/2017 | KAISER Colorado EBPP<br>000000847967235<br>SVB | -$11,063.82 | | $47,191.66 |
| 07/26/2017 | INTUIT PYMT SOLN TRAN FEE<br>524771998873358<br>REVLIVE, LLC | -$388.21 | | $46,803.45 |
| 07/26/2017 | SNARFS WESTMINSTER<br>WESTMINSTER CO<br>Ref25247806E02 Crd4119 Dt 7/24 | -$258.22 | | $46,545.23 |
| 07/26/2017 | ANALYSIS SERVICE CHARGE | -$216.00 | | $46,329.23 |
| 07/27/2017 | JAC MEDIA INC SENDER<br>336403746<br>REVLIVE LLC | | $188.72 | $46,517.95 |
| 07/27/2017 | MOOSE E BIZ INC SENDER<br>336410302<br>REVLIVE LLC | | $219.87 | $46,737.82 |
| 07/27/2017 | INTUIT PYMT SOLN DEPOSIT<br>524771998873358<br>REVLIVE, LLC | | $749.34 | $47,487.16 |
| 07/27/2017 | OLCM SOLUTIONS I SENDER<br>336413642<br>REVLIVE LLC | | $1,153.36 | $48,640.52 |
| 07/27/2017 | CENTURION CONSUL DEPOSIT<br>DP16280105<br>REVLIVE | | $2,642.17 | $51,282.69 |
| 07/27/2017 | INTUIT PYMT SOLN TRAN FEE<br>524771998873358<br>REVLIVE, LLC | -$25.73 | | $51,256.96 |
| 07/27/2017 | AFLAC INSURANCE<br>HMY27830436<br>REV MOUNTAIN LLC | -$750.76 | | $50,506.20 |



**July 2017**

Reporting Activity 07/01 - 07/31 | Page 19 of 22

## Analysis Checking - XXXXXX3337 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/28/2017 | SDSKYLINE, LLC VENDOR PMT 336210798 REVLIVE | | $2,846.25 | $53,352.45 |
| 07/28/2017 | ADP PAYROLL FEES ADP - FEES 2R5C6 2515598 RevLive | -$242.30 | | $53,110.15 |
| 07/28/2017 | EYEMED PREMIUM TRUST A 816-9680523 MO Ref75265866GA9 Crd4119 Dt 7/26 | -$316.39 | | $52,793.76 |
| 07/28/2017 | CHECK #50090 | -$303.30 | | $52,490.46 |
| 07/31/2017 | MORSE TRADELINE DEPOSIT DP16475763 REVLIVE LLC | | $4,280.43 | $56,770.89 |
| 07/31/2017 | ECOMMERCE ESSENT SENDER 336705096 REVLIVE, LLC | | $5,303.58 | $62,074.47 |
| 07/31/2017 | WIRE IN 170731B6B7HU1R009786 201721212595;ORG HERBAL PLUS L LC;REF 207380760 | | $3,078.57 | $65,153.04 |
| 07/31/2017 | ROCK CREEK SPINE AND R BROOMFIELD CO Ref55436876H50 Crd4119 Dt 7/27 | -$156.25 | | $64,996.79 |
| 07/31/2017 | Ending Balance | | | $64,996.79 |

### Checks Cleared

| Check Date | Check Number | Check Amount | Check Date | Check Number | Check Amount |
|---|---|---|---|---|---|
| 07/05/2017 | 1540 | $38.40 | 07/13/2017 | 1541 | $134.07 |
| 07/18/2017 | 1542 | $915.00 | 07/12/2017 | 1543 | $204.17 |
| 07/14/2017 | 1544 | $7,700.00 | 07/21/2017 | 1546* | $971.40 |
| 07/14/2017 | 50089* | $303.30 | 07/28/2017 | 50090 | $303.30 |

* Indicates skipped check number



THIS PAGE LEFT INTENTIONALLY BLANK

svb >
Silicon Valley Bank

**July 2017**

Reporting Activity 07/01 - 07/31                  Page 21 of 22

| #1540 | 07/05/17 | $38.40 | #1541 | 07/13/17 | $134.07 |
| #1542 | 07/18/17 | $915.00 | #1543 | 07/12/17 | $204.17 |
| #1544 | 07/14/17 | $7,700.00 | #1546 | 07/21/17 | $971.40 |
| #50089 | 07/14/17 | $303.30 | #50090 | 07/28/17 | $303.30 |