# EXHIBIT LL



**Silicon Valley Bank**
3003 Tasman Drive
Santa Clara, CA 95054

ADDRESS SERVICE REQUESTED

>005989 7785506 0001 092196 10Z
ROADRUNNER B2C, LLC
7565 COMMERCIAL WAY
UNIT E
HENDERSON NV 89011

**July 2017**
Reporting Activity 07/01 - 07/31    Page 1 of 10

**Managing Your Accounts**

| | | |
|---|---|---|
| Phone: | (408) 654-4636 | |
| Toll-Free: | (800) 774-7390 | |
| Email: | clientservice@svb.com | |
| Online: | www.svb.com | |

As a reminder, if you do not have sufficient funds in your account at the time a check, debit card transaction, or other charge is posted to your account we may charge you an overdraft fee. Please refer to the Deposit Agreement and Disclosure Statement for details.

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Analysis Checking | XXXXXX0622 | $4,962.32 |
| Total Balance | | $4,962.32 |

## Analysis Checking - XXXXXX0622

### Account Summary

| Date | Description | |
|---|---|---|
| 07/01/2017 | Beginning Balance | $19,441.56 |
| 07/31/2017 | Ending Balance | $4,962.32 |
| | Total debits this period | $96,029.33 |
| | Total credits this period | $81,550.09 |
| | Service Charge | $0.00 |

### Account Activity

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/01/2017 | Beginning Balance | | | $19,441.56 |
| 07/03/2017 | CHECK #2353 | -$2.00 | | $19,439.56 |
| 07/03/2017 | CHECK #2354 | -$2.00 | | $19,437.56 |
| 07/03/2017 | CHECK #1659 | -$1,276.82 | | $18,160.74 |
| 07/05/2017 | WIRE IN 170705I1B7033R000397 201718605274;ORG FUNDAMENTAL NUTRITION LLC;REF 1864 | | $7,642.05 | $25,802.79 |
| 07/05/2017 | MONITRONICS SECURITY 800-447-9239 TX Ref55432865R2X Crd5358 Dt 7/03 | -$42.38 | | $25,760.41 |



ALL SVB AUDIT CONFIRMATION REQUESTS SHOULD BE
SUBMITTED TO CAPITAL CONFIRMATION WWW.CONFIRMATION.COM

Exhibit LL - Page 1 of 9



**July 2017**
Reporting Activity 07/01 - 07/31       Page 3 of 10

## Analysis Checking - XXXXXX0622 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/05/2017 | LINKEDIN-330*5891134<br>LNKD.IN/BILL CA<br>Ref55432865R2X Crd5366 Dt 7/03 | -$79.99 | | $25,680.42 |
| 07/05/2017 | CHECK #2357 | -$142.50 | | $25,537.92 |
| 07/06/2017 | MOBILE DEPOSIT | | $222.95 | $25,760.87 |
| 07/06/2017 | MOBILE DEPOSIT | | $3,575.90 | $29,336.77 |
| 07/06/2017 | MOBILE DEPOSIT | | $6,702.14 | $36,038.91 |
| 07/06/2017 | SS NUTRA LLC PAYMENTS<br>REVGO | | $3,895.25 | $39,934.16 |
| 07/06/2017 | ADP PAY-BY-PAY PAY-BY-PAY<br>766064989104T8T<br>ROADRUNNER B2C LLC REV | -$178.03 | | $39,756.13 |
| 07/06/2017 | ADP WAGE PAY WAGE PAY<br>766064989103T8T<br>ROADRUNNER B2C LLC REV | -$14,684.98 | | $25,071.15 |
| 07/06/2017 | CHECK #1662 | -$6,972.00 | | $18,099.15 |
| 07/07/2017 | ADP Tax ADP Tax<br>RQT8T 070713A01<br>ROADRUNNER B2C LLC | -$5,553.38 | | $12,545.77 |
| 07/07/2017 | 1914 HOUSE<br>NIWOT CO<br>Ref25536065W31 Crd5358 Dt 7/07 | -$130.00 | | $12,415.77 |
| 07/07/2017 | CHECK #1661 | -$1,933.78 | | $10,481.99 |
| 07/10/2017 | INTUIT PYMT SOLN DEPOSIT<br>524771992517885<br>ROADRUNNER B2C, LLC DB | | $2,644.16 | $13,126.15 |
| 07/10/2017 | WIRE IN 171911194700<br>201719111947;ORG REVGUARD, LLC<br>;OBI REVGUARD | | $2,143.86 | $15,270.01 |
| 07/10/2017 | INTUIT PYMT SOLN TRAN FEE<br>524771992517885<br>ROADRUNNER B2C, LLC DB | -$90.15 | | $15,179.86 |
| 07/10/2017 | NEVADA PACKAGING<br>07027957455 NV<br>Ref55263525X60 Crd5366 Dt 7/07 | -$4,909.02 | | $10,270.84 |

Exhibit LL - Page 2 of 9



**July 2017**

Reporting Activity 07/01 - 07/31

Page 4 of 10

## Analysis Checking - XXXXXX0622 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/10/2017 | WIRE OUT 171911178800 201719111788;BNF REVLIVE;OBI R EVGO | -$2,412.54 | | $7,858.30 |
| 07/11/2017 | MOBILE DEPOSIT | | $18,500.00 | $26,358.30 |
| 07/11/2017 | ADP 401k ADP 401k RQT8T 070713V02 ROADRUNNER B2C LLC | -$473.50 | | $25,884.80 |
| 07/11/2017 | MICROSOFT *OFFICE 36 08006427676 WA Ref5513158602M Crd5366 Dt 7/10 | -$10.38 | | $25,874.42 |
| 07/11/2017 | NEVADA PACKAGING 07027957455 NV Ref55263526060 Crd5366 Dt 7/10 | -$1,098.74 | | $24,775.68 |
| 07/11/2017 | NEVADA PACKAGING 07027957455 NV Ref55263526060 Crd5366 Dt 7/10 | -$2,458.00 | | $22,317.68 |
| 07/12/2017 | WIRE OUT 70712L1B77D1C003106{ 201719312743;BNF ACCUTEK PACKA GING EQUIPMENT CO;OBI REVGO | -$5,372.50 | | $16,945.18 |
| 07/13/2017 | TAHOE SPRINGS LLC LAS VEGAS NV Ref5542135617B Crd5366 Dt 7/12 | -$46.58 | | $16,898.60 |
| 07/14/2017 | MOBILE DEPOSIT | | $143.00 | $17,041.60 |
| 07/14/2017 | MOBILE DEPOSIT | | $1,407.94 | $18,449.54 |
| 07/14/2017 | MOBILE DEPOSIT | | $3,685.93 | $22,135.47 |
| 07/14/2017 | ADP PAYROLL FEES ADP - FEES 2RT8T 0212539 Roadrunner B2C LLC | -$194.65 | | $21,940.82 |
| 07/14/2017 | UNITED 01623562862456 800-932-2732 TX Ref5543286622Y Crd5366 Dt 7/12 | -$543.40 | | $21,397.42 |
| 07/17/2017 | WIRE IN 170717QMGFT002000208 201719806633;ORG SYNTRATECH CO RPORATION;OBI INV: 60017-41 | | $2,525.90 | $23,923.32 |
| 07/17/2017 | WIRE IN 170717I1B7033R019381 201719814131;ORG FUNDAMENTAL N UTRITION LLC;REF 1895 | | $7,297.25 | $31,220.57 |

Exhibit LL - Page 3 of 9



## July 2017
Reporting Activity 07/01 - 07/31    Page 5 of 10

## Analysis Checking - XXXXXX0622 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/18/2017 | COX LAS VEGAS COMM SV<br>800-234-3993 NV<br>Ref5543286662X Crd5366 Dt 7/17 | -$117.04 | | $31,103.53 |
| 07/19/2017 | CHECK #2359 | -$2.00 | | $31,101.53 |
| 07/19/2017 | CHECK #2358 | -$2.00 | | $31,099.53 |
| 07/19/2017 | CHECK #1641 | -$4,247.50 | | $26,852.03 |
| 07/20/2017 | MOBILE DEPOSIT | | $467.75 | $27,319.78 |
| 07/20/2017 | MOBILE DEPOSIT | | $7,121.31 | $34,441.09 |
| 07/20/2017 | ADP PAY-BY-PAY PAY-BY-PAY<br>360063608842T8T<br>ROADRUNNER B2C LLC REV | -$415.67 | | $34,025.42 |
| 07/20/2017 | ADP WAGE PAY WAGE PAY<br>360063608841T8T<br>ROADRUNNER B2C LLC REV | -$19,317.45 | | $14,707.97 |
| 07/20/2017 | NEVADA PACKAGING<br>07027957455 NV<br>Ref55263526960 Crd5366 Dt 7/19 | -$3,164.36 | | $11,543.61 |
| 07/20/2017 | CHECK #2360 | -$29.50 | | $11,514.11 |
| 07/20/2017 | CHECK #2361 | -$167.50 | | $11,346.61 |
| 07/21/2017 | MOBILE DEPOSIT | | $64.29 | $11,410.90 |
| 07/21/2017 | MOBILE DEPOSIT | | $486.76 | $11,897.66 |
| 07/21/2017 | SS NUTRA LLC PAYMENTS<br>REVGO | | $2,814.25 | $14,711.91 |
| 07/21/2017 | ADP PAYROLL FEES ADP - FEES<br>2RT8T 1371402<br>Roadrunner B2C LLC | -$6.00 | | $14,705.91 |
| 07/21/2017 | ADP Tax ADP Tax<br>RQT8T 072114A01<br>ROADRUNNER B2C LLC | -$8,064.44 | | $6,641.47 |
| 07/24/2017 | WIRE IN 172050874200<br>201720508742;ORG REVGUARD, LLC<br>;OBI REVGUARD | | $5,393.81 | $12,035.28 |
| 07/24/2017 | HTTP://WEBEX.COM<br>916-861-3174 CA<br>Ref55432866B2X Crd5366 Dt 7/22 | -$24.00 | | $12,011.28 |

Exhibit LL - Page 4 of 9



**July 2017**

Reporting Activity 07/01 - 07/31

Page 6 of 10

## Analysis Checking - XXXXXX0622 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/24/2017 | DOCUSIGN<br>02062190200 WA<br>Ref55429506B0T Crd5366 Dt 7/21 | -$40.00 | | $11,971.28 |
| 07/24/2017 | WIRE OUT 172051109800<br>201720511098;BNF REVLIVE;OBI R<br>EVGO | -$5,430.34 | | $6,540.94 |
| 07/25/2017 | ADP 401k ADP 401k<br>RQT8T 072114V02<br>ROADRUNNER B2C LLC | -$797.98 | | $5,742.96 |
| 07/25/2017 | NEVADA PACKAGING<br>07027957455 NV<br>Ref55263526E60 Crd5366 Dt 7/24 | -$1,098.74 | | $4,644.22 |
| 07/25/2017 | NEVADA PACKAGING<br>07027957455 NV<br>Ref55263526E60 Crd5366 Dt 7/24 | -$2,458.02 | | $2,186.20 |
| 07/26/2017 | INTUIT PYMT SOLN DEPOSIT<br>524771992517885<br>ROADRUNNER B2C, LLC DB | | $2,437.29 | $4,623.49 |
| 07/26/2017 | INTUIT PYMT SOLN TRAN FEE<br>524771992517885<br>ROADRUNNER B2C, LLC DB | -$83.12 | | $4,540.37 |
| 07/26/2017 | ANALYSIS SERVICE CHARGE | -$27.00 | | $4,513.37 |
| 07/27/2017 | MICROSOFT *STORE<br>08006427676 WA<br>Ref55131586F2M Crd5366 Dt 7/26 | -$69.99 | | $4,443.38 |
| 07/27/2017 | CHECK #1640 | -$513.89 | | $3,929.49 |
| 07/28/2017 | ADP PAYROLL FEES ADP - FEES<br>8YRQT8T 2381161<br>Roadrunner B2C LLC | -$51.50 | | $3,877.99 |
| 07/28/2017 | ADP PAYROLL FEES ADP - FEES<br>2RT8T 2417085<br>Roadrunner B2C LLC | -$197.45 | | $3,680.54 |
| 07/28/2017 | ADP PAYROLL FEES ADP - FEES<br>666746462530978<br>CONVERTIS, LLC | -$411.30 | | $3,269.24 |

Exhibit LL - Page 5 of 9



**July 2017**

*Reporting Activity 07/01 - 07/31*     Page 7 of 10

## Analysis Checking - XXXXXX0622 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/31/2017 | WIRE IN 170731QMGFT015000262 201721210902;ORG SYNTRATECH CORPORATION;OBI INV: 70017-19 | | $2,378.30 | $5,647.54 |
| 07/31/2017 | ADP Tax ADP Tax RQT8T 2254406VV ROADRUNNER B2C LLC | -$605.23 | | $5,042.31 |
| 07/31/2017 | LINKEDIN-333*8913474 LNKD.IN/BILL CA Ref55432866J2X Crd5366 Dt 7/29 | -$79.99 | | $4,962.32 |
| 07/31/2017 | Ending Balance | | | $4,962.32 |

### Checks Cleared

| Check Date | Check Number | Check Amount | Check Date | Check Number | Check Amount |
|---|---|---|---|---|---|
| 07/27/2017 | 1640 | $513.89 | 07/19/2017 | 1641 | $4,247.50 |
| 07/03/2017 | 1659* | $1,276.82 | 07/07/2017 | 1661* | $1,933.78 |
| 07/06/2017 | 1662 | $6,972.00 | 07/03/2017 | 2353* | $2.00 |
| 07/03/2017 | 2354 | $2.00 | 07/05/2017 | 2357* | $142.50 |
| 07/19/2017 | 2358 | $2.00 | 07/19/2017 | 2359 | $2.00 |
| 07/20/2017 | 2360 | $29.50 | 07/20/2017 | 2361 | $167.50 |

* Indicates skipped check number

Exhibit LL - Page 6 of 9



**July 2017**

Reporting Activity 07/01 - 07/31   Page 8 of 10

THIS PAGE LEFT INTENTIONALLY BLANK

svb

Silicon Valley Bank

**July 2017**

Reporting Activity 07/01 - 07/31    Page 9 of 10

| Check # | Date | Amount |
|---|---|---|
| #1640 | 07/27/17 | $513.89 |
| #1641 | 07/19/17 | $4,247.50 |
| #1659 | 07/03/17 | $1,276.82 |
| #1661 | 07/07/17 | $1,933.78 |
| #1662 | 07/06/17 | $6,972.00 |
| #2353 | 07/03/17 | $2.00 |
| #2354 | 07/03/17 | $2.00 |
| #2357 | 07/05/17 | $142.50 |
| #2358 | 07/19/17 | $2.00 |
| #2359 | 07/19/17 | $2.00 |
| #2360 | 07/20/17 | $29.50 |
| #2361 | 07/20/17 | $167.50 |

Exhibit LL - Page 8 of 9



**July 2017**

Reporting Activity 07/01 - 07/31  Page 10 of 10

THIS PAGE LEFT INTENTIONALLY BLANK

Exhibit LL - Page 9 of 9