# EXHIBIT MM



Return Mail Operations
PO Box 14411
Des Moines IA 50306-3411

Page 1 of 1
Statement date 07/02/17
Loan number ▇▇▇▇9213
Property address

### Customer Service

**Online**
wellsfargo.com

**Correspondence**
PO Box 10335
Des Moines IA 50306

**Payments**
PO Box 660278
Dallas TX 75266

**Telephone**
1-800-762-6659

**Fax**
1-866-278-1179

**Hours of operation**
Mon - Fri 6 a.m. - 10 p.m.
Sat 8 a.m. - 2 p.m. CT

**Purchase or refinance**
1-866-867-3026

We accept telecommunications relay service calls.

016102 1 AV 0.373 614243
BLAIR W MCNEA

### Payment summary

| | |
|---|---:|
| Principal | $2,135.10 |
| Interest | $4,348.52 |
| Escrow | $296.67 |
| **Current payment** | **$6,780.29** |
| **Total payment due** 08/01/17 | **$6,780.29** |
| After 08/16/17 a late charge may apply | $324.18 |

### Balance summary

| | |
|---|---:|
| Unpaid principal balance | $1,391,525.90 |
| Escrow balance | $414.01 |
| *(Contact Customer Service for your payoff balance)* | |
| Interest rate | 3.750% |
| Maturity date | 03/47 |

### Year-to-date summary

| | |
|---|---:|
| Total received* | $30,384.49 |
| Principal | $8,474.10 |
| Interest** | $17,460.38 |
| Escrow | $4,450.01 |
| Insurance disbursed | $4,036.00 |

*This total may include the Unapplied funds balance from the Balance summary section.
**This information should not be used for tax purposes. If you have tax related questions, please consult your tax advisor.

### Activity since your last statement

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---:|---:|---:|---:|---:|
| 07/02 | Payment | $6,780.29 | $2,128.45 | $4,355.17 | $296.67 | |

### Important messages

This is not a bill, our records indicate your payments are scheduled to withdraw automatically. All funds are applied when sufficient funds have accumulated to make a full monthly payment as outlined in your mortgage note. A payment remitted via another source will not stop the drafting process. If you are paying off your loan, please contact us at least five (5) days prior to your next withdrawal date.

**Revised Agreement for Online Access**
We're updating our Online Access Agreement, effective September 15, 2017. To see what is changing, please visit **wellsfargo.com/onlineupdates**.

### For your consideration

**Ready to buy your next home?**
We're here to help you understand your home financing options, so you can make informed home financing decisions. Learn about our low down payment programs, financing options, and how we can help make buying your next home a rewarding experience. Visit your local home mortgage consultant today.

**Insurance is an important factor in the total cost of owning a home.**
Now may be a good time to talk to a Wells Fargo Insurance agent about your coverage and rate. They can help you understand your options and compare rates from a wide range of highly rated companies. Bundle your home and auto insurance to see if you can save.
**Call Wells Fargo Insurance today! 1-866-444-0479**

Insurance is: Not insured by the FDIC or any federal government agency. Not a deposit of or guaranteed by any bank.

Wells Fargo Insurance, Inc. is a licensed agency that represents -- and is compensated by -- the insurer based on the amount of insurance sold. No purchase of an insurance product through Wells Fargo is required.