# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FEDERAL TRADE COMMISSION,

    Plaintiff,

vs.

REV MOUNTAIN, LLC, *et al.*,

    Defendants.

Case No. 2:17-cv-02000-APG-GWF

**ORDER**

This matter is before the Court on the parties' Proposed Scheduling Order and Discovery Plan (ECF No. 76), filed on September 19, 2017.

The parties agree to a fact discovery period of 180 days and expert discovery of 90 days. Defendants also propose a stay of discovery pending a ruling on their motion to dismiss. The Court will not grant a stay of discovery absent the filing of a motion to stay stating good cause therefor. Plaintiff requests an extension of the deposition limit to 30 depositions due to the large number of parties, Defendants' employees, Defendants' clients and vendors, and other individuals who may need to be deposed. The Court finds good cause to grant Plaintiff's request to extend the deposition limit to 30 depositions and grants the 270 day discovery period as proposed by the parties. Accordingly,

**IT IS HEREBY ORDERED** that the parties' Proposed Discovery Plan and Scheduling Order (ECF No. 76) is **granted**, in part. The following discovery plan and scheduling order dates shall apply:

1. Last date to complete discovery: **March 7, 2018**
2. Last date to amend pleadings and add parties: **December 7, 2017**
3. Last date to file interim status report: **April 6, 2018**

4. Last date to disclose experts: **April 6, 2018**

5. Last date to disclose rebuttal experts: **May 4, 2018**

6. Last date to file dispositive motions: **July 5, 2018**

7. Last date to file joint pretrial order: **August 3, 2018**.  In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

DATED this 20th day of September, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge