Byron Z. Moldo
bmoldo@ecjlaw.com
California Bar #109652
Admitted Pro Hac Vice
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325

Bart K. Larsen
blarsen@klnevada.com
Nevada Bar#8538
**KOLESAR & LEATHAM**
400 S. Rampart Boulevard, Suite 400
Las Vegas, NV 89145
Telephone (702) 362-7800
Facsimile (702) 362-9472

Attorneys for Joshua Teeple, Permanent Receiver

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ,<br><br>Plaintiff,<br><br>v.<br><br>REVMOUNTAIN, LLC, a Nevada limited liability company, et al.<br><br>Defendants. | Case No. 17-CV-02000-APG-GWF<br><br>RESPONSE OF JOSHUA TEEPLE, PERMANENT RECEIVER, TO DEFENDANT REVGUARD, LLC'S, DEFENDANT REVLIVE! LLC'S AND DEFENDANT ROADRUNNER BC2, LLC'S COMBINED MOTION TO DISMISS<br><br>The Hon. Andrew P. Gordon |

Joshua Teeple, Permanent Receiver ("Receiver"), herewith submits his response to the Motion to Dismiss ("Motion") filed by Defendants RevGuard, LLC, RevLive!, LLC, and Roadrunner B2C, LLC ("RevEntities"), and states as follows:

1. Joshua Teeple is the duly appointed, qualified and acting Permanent Receiver pursuant to this Court's September 1, 2017 Preliminary Injunction with

Asset Freeze, Appointment of Receiver, and Other Equitable Relief as to Defendants Blair McNea, Jennifer Johnson, and Entity Defendants ("Order").

2. On September 8, 2017, the RevEntities filed the Motion.

3. Prior to the Receiver's appointment, one or more of the RevEntities conducted some of their business operations at 6260 Lookout Road, Boulder, Colorado ("Boulder Premises").

4. Following his appointment the Receiver assumed possession and control of the Boulder Premises, and remains in possession and control of the Boulder Premises.

5. The Receiver discovered that RevGuard, LLC ("RevGuard") previously executed a written lease agreement, dated June 22, 2007, and amendments thereto, with a term that expired December 31, 2018 ("Lease"). At the present time the monthly rent of RevGuard pursuant to the Lease is $12,829.90.

6. The Boulder Premises contain furniture, equipment, computers, and other items of personal property ("Personal Property") that possesses value that can be sold for the benefit of the creditors of the receivership estate.

7. At the present time none of the RevEntities are operating at the Boulder Premises. Therefore, there is no further need to occupy the Boulder Premises, and the Receiver concluded that it was in the best interests of the receivership estate to immediately vacate the Boulder Premises, and reject the Lease.

8. An offer to purchase the Personal Property from the Receiver was submitted by Hyde Engineering + Consulting ("Hyde"), a current tenant at the Boulder Premises. In addition, Hyde proposed to acquire possession of space on the first floor of the Boulder Premises that RevGuard currently occupies pursuant to the Lease.

9. The Receiver notified the landlord of the Boulder Premises that, subject to the approval of this Court, he intended to sell the Personal Property to Hyde, abandon the Boulder Premises, and reject the Lease. The Receiver's goal was to

vacate the Boulder Premises by no later than September 30, 2017.

10. In order to accomplish the foregoing transaction as quickly as possible, on September 20, 2017, the Receiver's counsel prepared and circulated to all counsel a proposed stipulation. Counsel for the RevEntities responded and informed the Receiver that due to the pending Motion, his clients objected to the proposed stipulation.

11. While the Receiver is not taking a position in response to the Motion, until this Court issues a ruling, administrative expenses associated with occupancy of the Boulder Premises will continue to be incurred including but not limited to rent. Therefore, the Receiver respectfully requests that this Court expedite its consideration of the Motion.

DATED: September 26, 2017

Respectfully submitted,

ERVIN COHEN & JESSUP LLP

By: /s/ Byron Z. Moldo
BYRON Z. MOLDO
Attorneys for Joshua Teeple,
Permanent Receiver

## CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 9401 Wilshire Boulevard, Ninth Floor, Beverly Hills, CA 90212-2974.

On September 26, 2017, I served true copies of the following document(s) described as **RESPONSE OF JOSHUA TEEPLE, PERMANENT RECEIVER, TO DEFENDANT REVGUARD, LLC'S, DEFENDANT REVLIVE! LLC'S AND DEFENDANT ROADRUNNER BC2, LLC'S COMBINED MOTION TO DISMISS** on the interested parties in this action as follows:

Blaine T Welsh   Blaine.Welsh@usdoj.gov, CaseView.ECF@usdoj.gov, eunice.jones@usdoj.gov, sue.knight@usdoj.gov

Eric W. Swanis   swanise@gtlaw.com, heilichj@gtlaw.com, jacksonsa@gtlaw.com, lvlitdock@gtlaw.com

Ronald D Green, Jr   rdg@randazza.com, ecf@randazza.com, trey-rothell-2425@ecf.pacerpro.com

Eric D. Hone   ehone@dickinsonwright.com, LV_LitDocket@dickinsonwright.com, bdonaldson@dickinsonwright.com, lstewart@dickinsonwright.com

Peter Alan Davidson   pdavidson@ecjlaw.com, lmacdonald@ecjlaw.com

Byron Z. Moldo   bmoldo@ecjlaw.com

Bart K Larsen   blarsen@klnevada.com, jierien@klnevada.com, mbarnes@klnevada.com, usdistrict@klnevada.com

Gabriel A. Blumberg   gblumberg@dickinson-wright.com, LV_LitDocket@dickinsonwright.com, bdonaldson@dickinsonwright.com, lstewart@dickinson-wright.com

Sarah Waldrop   swaldrop@ftc.gov, rkim1@ftc.gov

Rachel Hirsch   rhirsch@ifrahlaw.com, docketing@ifrahlaw.com

Richard B Newman   rnewman@hinchnewman.com

Michelle Schaefer   mschaefer@ftc.gov

Giovanni Michael Ruscitti   gmr@bhgrlaw.com, djm@bhgrlaw.com

Claude Wild, III   cwild@claudewildlaw.com

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 26, 2017, at Beverly Hills, California.

/s/ Lore Pekrul
Lore Pekrul

16177.1:3701910.1