**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>Plaintiff,<br><br>v.<br><br>REVMOUNTAIN, LLC, a Nevada limited liability company, et al.,<br><br>Defendants. | Case No: 17-cv-02000-APG-GWF<br><br>**[Proposed] STIPULATED ORDER TO RELEASE FUNDS FOR DEFENDANT BLAIR MCNEA'S LIVING EXPENSES** |

Plaintiff, the Federal Trade Commission ("FTC"), and Defendant Blair McNea have jointly moved for entry of this Order releasing funds from the asset freeze ordered in the Preliminary Injunction in this matter. The Court finds good cause for a limited release of funds to meet Defendant McNea's living expenses for a four-month period while he seeks employment. The parties have stipulated that Defendant McNea reserves the right to make further requests for a release of funds at the end of the four-month period, measured from the date this Order is entered, and that the FTC reserves the right to oppose any such request. The Court therefore orders as follows:

IT IS ORDERED that financial institutions holding the frozen assets of Defendant McNea shall immediately release a total of $27,121.16 to Defendant McNea as follows:

- $17,320.30 (all funds in the account) from the frozen account ending in -8650 at FirstBank; and
- $9,800.86 (the $27,121.16 total minus amounts released from Firstbank) from the frozen brokerage account ending in -4791 at Shareholder Services Netxinvestors.

IT IS FURTHER ORDERED that Defendant McNea is to use the released funds to pay four months' mortgage payments on his primary residence, for payments of $6,780.29 monthly to Wells Fargo Bank, N.A.

IT IS FURTHER ORDERED that Shareholder Services Netxinvestors shall release funds from the frozen brokerage account ending in -4791 sufficient to make four months' property tax payments on Defendant McNea's primary residence, upon receipt of written instruction from the FTC regarding the amount to be released.  Defendant McNea estimates that his property tax costs are $1,228.75 per month, and he shall provide adequate documentation of his property tax amount to the FTC as soon as possible.  Shareholder Services Netxinvestors shall not release funds for payment of property taxes until it receives written confirmation from the FTC of the amount to be released.

SO STIPULATED:

**FOR THE PLAINTIFF FEDERAL TRADE COMMISSION:**

*/s/ Michelle Schaefer*
SARAH WALDROP
MICHELLE SCHAEFER
600 Pennsylvania Avenue, NW CC-9528
Washington, DC 20580
Tel. 202-326-3444, -3515
swaldrop@ftc.gov, mschaefer@ftc.gov

**FOR DEFENDANT BLAIR MCNEA**:

*/s/ Giovanni Ruscitti*
Giovanni Ruscitti
Berg Hill Greenleaf Ruscitti LLP
1712 Pearl Street
Boulder, CO 80302
303-402-1600
giovanni.ruscitti@bhgrlaw.com

Claude Wild
Claude Wild Law
9247 Mornington Way
Lone Tree, CO 80124
303-916-9082
cwild@claudewildlaw.com

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE


DATED:_____