# EXHIBIT 1

**Grobstein Teeple LLP**
One Venture Plaza
Suite 250
Irvine, CA 92618



**Joshua Teeple, Receiver**
One Venture Plaza
Suite 250
Irvine, CA 92618

# Invoice

**Invoice Date:** Oct 09, 2017
**Invoice Num:** 26682
**Billing Through:** Sep 30, 2017

**IN RE: Revguard, LLC et al.**

**Professional Services:**

| Date | Employee | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| **001 - Accounting Services** | | | | | |
| 07/05/2017 | JRT | Begin review of information provided by FTC | 251.25 | 1.10 | $ 276.38 |
| 07/12/2017 | BWL | Review TRO; call with Teeple re: logistics and updates. | 216.75 | 1.40 | $ 303.45 |
| 07/13/2017 | JRT | Review proposed changes to TRO and prepare for call with FTC. | 251.25 | 1.10 | $ 276.38 |
| 07/14/2017 | BWL | Call with FTC, B. Moldo, and Receiver regarding the upcoming fieldwork. | 216.75 | 0.80 | $ 173.40 |
| 07/14/2017 | JRT | Planning call with FTC | 251.25 | 0.80 | $ 201.00 |
| 07/20/2017 | BWL | Review source documents provided by FTC in preparation for fieldwork. | 216.75 | 1.20 | $ 260.10 |
| 07/21/2017 | SXG | Call with Receiver to discuss plans for takeover on 07/26/17. | 157.25 | 0.80 | $ 125.80 |
| 07/21/2017 | JRT | Review documentation and other information in preparation of takeover; call with Godoy on same | 251.25 | 1.10 | $ 276.38 |
| 07/23/2017 | JRT | Review documentation and other information in preparation of takeover; prepare employee questionnaire; review other checklists | 251.25 | 2.30 | $ 577.88 |
| 07/24/2017 | JLC | Conference call with Receiver. | 140.25 | 0.80 | $ 112.20 |
| 07/24/2017 | SRR | Conference call regarding site visit with Receiver and Receiver's professionals. | 216.75 | 0.80 | $ 173.40 |
| 07/24/2017 | BWL | Status and planning call (.80); review of source documents provided by FTC (1.4); prepare forms and documents for takeover (1.2) | 216.75 | 3.20 | $ 693.60 |
| 07/24/2017 | JRT | Review documentation and other information in preparation of takeover; preparation call with team on same | 251.25 | 2.10 | $ 527.63 |
| 07/24/2017 | SXG | Conference call on takeover. | 157.25 | 0.80 | $ 125.80 |
| 07/24/2017 | SXG | Review of complaint and FTC documents in preparation for conference call. | 157.25 | 0.40 | $ 62.90 |
| 07/26/2017 | JRT | Prepare for takeover; review and respond to various emails; calls with FTC and counsel | 251.25 | 2.30 | $ 577.88 |
| 07/26/2017 | BWL | Fieldwork; prepare forms and other logistics for takeover; meet with Receiver and Moldo to coordinate | 216.75 | 2.10 | $ 455.18 |

**EXHIBIT "1" - Page 28**

**Grobstein Teeple LLP**
One Venture Plaza
Suite 250
Irvine, CA 92618



**Joshua Teeple, Receiver**
One Venture Plaza
Suite 250
Irvine, CA 92618

# Invoice

**Invoice Date:**   Oct 09, 2017
**Invoice Num:**    26682
**Billing Through:** Sep 30, 2017

IN RE: Revguard, LLC et al.

| | | | | | |
|---|---|---|---|---|---|
| 07/27/2017 | SXG | Meet with local law enforcement (Henderson PD) and discussed plan. Conference call with teams at all locations and FTC. Takeover of entities at 7350 Eastgate Rd., secured location, preserved and maintained data, interviewed employees, answered questions, changed locks, reset alarm codes, documented observations at facility and inventoried pertinent items. | 157.25 | 8.80 | $ 1,383.80 |
| 07/27/2017 | JLC | Takeover of Louisville location, assist B. Lundeen. | 140.25 | 12.80 | $ 1,795.20 |
| 07/27/2017 | SRR | Meeting with Henderson law enforcement and call with FTC counsel; Takeover of RevGo / Roadrunner B2C. | 216.75 | 10.40 | $ 2,254.20 |
| 07/27/2017 | JRT | Serve TRO and takeover business operations | 251.25 | 13.40 | $ 3,366.75 |
| 07/27/2017 | BWL | Meet with FTC and police; takeover of Louisville location and begin interviews of personnel | 216.75 | 12.80 | $ 2,774.40 |
| 07/28/2017 | JLC | Extracted statement of information statements and prepared a schedule of known addresses for each defendant (2.3); Forwarded defendants mailing address to GT's Irvine address (3.4); Prepared schedule of known merchant accounts associated with defendants (1.3) | 140.25 | 9.20 | $ 1,290.30 |
| 07/28/2017 | JRT | Continue takeover of business operations including securing assets and electronically stored information | 251.25 | 11.40 | $ 2,864.25 |
| 07/28/2017 | BWL | Assist with initial investigation of companies - accounting, payroll, and operations. Calls and discussion with Receiver and counsel re: same. | 216.75 | 9.20 | $ 1,994.10 |
| 07/29/2017 | JRT | Work on issues related to takeover; respond to various emails | 251.25 | 1.30 | $ 326.63 |
| 07/30/2017 | JRT | Work on issues related to takeover; respond to various emails | 251.25 | 2.10 | $ 527.63 |
| 07/31/2017 | BWL | Assist Receiver with obtaining an understanding of company functions, including: accounting and operations. | 216.75 | 9.80 | $ 2,124.15 |
| 07/31/2017 | SXG | Wrote detailed memo of activities at the Henderson location on 07/27/17. | 157.25 | 3.40 | $ 534.65 |
| 07/31/2017 | JLC | Compiled beginning bank balances for the 10 day cash flow analysis. | 140.25 | 1.80 | $ 252.45 |
| 07/31/2017 | JLC | Compiled list of known merchant accounts and inquired with merchants about ceasing all payment activity. | 140.25 | 4.10 | $ 575.03 |
| 07/31/2017 | JRT | At corporate offices to work on issues related to takeover of business operations; accounting, human resources and information technology | 251.25 | 9.70 | $ 2,437.13 |

**EXHIBIT "1" - Page 29**

**Grobstein Teeple LLP**
One Venture Plaza
Suite 250
Irvine, CA 92618



**Joshua Teeple, Receiver**
One Venture Plaza
Suite 250
Irvine, CA 92618

# Invoice

**Invoice Date:** Oct 09, 2017
**Invoice Num:** 26682
**Billing Through:** Sep 30, 2017

**IN RE: Revguard, LLC et al.**

| | | | | | |
|---|---|---|---|---|---|
| 07/31/2017 | JLC | Updated contact information for known bank accounts associated with Defendants. | 140.25 | 2.00 | $ 280.50 |
| 08/01/2017 | BWL | Assist Receiver with obtaining an understanding of company functions, including: accounting and operations. | 216.75 | 9.40 | $ 2,037.45 |
| 08/01/2017 | SRR | Prepared employee list and contact information for RevGo/Roadrunner B2C. | 216.75 | 0.40 | $ 86.70 |
| 08/01/2017 | JRT | Meetings with counsel and Mr. McNea to determine if the RevGuard, RevLive and RevGo entities should be operated | 251.25 | 3.10 | $ 778.88 |
| 08/01/2017 | JRT | Prepare list of conditions to operate Rev companies; various calls and emails with counsel on same | 251.25 | 2.80 | $ 703.50 |
| 08/01/2017 | JRT | Continue takeover operations including issues related to human resources, accounting and informational technology | 251.25 | 4.00 | $ 1,005.00 |
| 08/02/2017 | JLC | Compiled list of known merchant accounts and inquired about ceasing all payment activity. | 140.25 | 2.50 | $ 350.63 |
| 08/02/2017 | BWL | Assist Receiver with obtaining an understanding of company functions, including: accounting and operations. | 216.75 | 9.60 | $ 2,080.80 |
| 08/02/2017 | JLC | Prepared wire transfer requests for RevGuard, RevLive, and RevGo funds in Silicon Valley Bank. | 140.25 | 0.70 | $ 98.18 |
| 08/02/2017 | JLC | Prepared schedule of assets and status of same. | 140.25 | 3.40 | $ 476.85 |
| 08/02/2017 | SRR | Prepared memo on site visit for Receiver's report. | 216.75 | 2.70 | $ 585.23 |
| 08/02/2017 | JRT | Continue takeover operations including issues related to human resources, insurance, accounting and informational technology | 251.25 | 9.20 | $ 2,311.50 |
| 08/03/2017 | BWL | Assist Receiver with obtaining an understanding of company functions, including: accounting and operations. | 216.75 | 8.20 | $ 1,777.35 |
| 08/03/2017 | SXG | Opened and closed Henderson warehouse location. Monitored employees throughout the day. Oversaw pickups of client products where shipments had not been initiated. | 157.25 | 8.60 | $ 1,352.35 |
| 08/03/2017 | JLC | Prepared analysis of unauthorized payments from known bank accounts. | 140.25 | 2.90 | $ 406.73 |
| 08/03/2017 | JRT | Restart operations for RevGuard, RevLive and RevGo; oversee and assist with numerous operational issues related to payroll, critical vendors, clients, insurance and human resources | 251.25 | 10.70 | $ 2,688.38 |

**Grobstein Teeple LLP**
One Venture Plaza
Suite 250
Irvine, CA 92618



**Joshua Teeple, Receiver**
One Venture Plaza
Suite 250
Irvine, CA 92618

# Invoice

**Invoice Date:**  Oct 09, 2017
**Invoice Num:**  26682
**Billing Through:** Sep 30, 2017

**IN RE: Revguard, LLC et al.**

| | | | | | |
|---|---|---|---|---|---|
| 08/03/2017 | JLC | Prepared mailing envelopes and termination letters for terminated employees. | 140.25 | 4.90 | $ 687.23 |
| 08/04/2017 | JLC | Compiled list of known merchant accounts and inquired about ceasing all payment activity. | 140.25 | 0.60 | $ 84.15 |
| 08/04/2017 | JLC | Prepared analysis of unauthorized payments from known bank accounts. | 140.25 | 4.50 | $ 631.13 |
| 08/04/2017 | BWL | Assist Receiver with obtaining an understanding of company functions, including: accounting and operations. | 216.75 | 5.90 | $ 1,278.83 |
| 08/04/2017 | JLC | Prepared 2 week budget to actual analysis for RevGuard. | 140.25 | 1.90 | $ 266.48 |
| 08/04/2017 | JRT | Restart operations for RevGuard, RevLive and RevGo; oversee and assist with numerous operational issues related to payroll, critical vendors, clients, insurance and human resources | 251.25 | 9.80 | $ 2,462.25 |
| 08/06/2017 | JRT | Work on various operational issues for RevGuard, RevLive and RevGo with a focus on human resource and employee concerns; read and respond to multiple emails on same issues | 251.25 | 3.70 | $ 929.63 |
| 08/06/2017 | JLC | Compiled list of personal email addresses for both Colorado and Nevada locations. | 140.25 | 2.10 | $ 294.53 |
| 08/07/2017 | JLC | Updated unauthorized payments analysis to reflect banking activity through 08/06/2017. | 140.25 | 1.60 | $ 224.40 |
| 08/07/2017 | JLC | Prepared 2 week budget to actual analysis for RevLive. | 140.25 | 2.80 | $ 392.70 |
| 08/07/2017 | JLC | Compiled list of known merchant accounts and inquired about ceasing all payment activity. | 140.25 | 1.10 | $ 154.28 |
| 08/07/2017 | JLC | Verified mailing status of termination letters and prepared a schedule with pertinent information. | 140.25 | 0.70 | $ 98.18 |
| 08/07/2017 | JLC | Forwarded defendants mailing address to GT's Irvine address. | 140.25 | 0.70 | $ 98.18 |
| 08/07/2017 | JLC | Contacted Regus (commercial mail receiving agencies) regarding mail forwarding. | 140.25 | 0.20 | $ 28.05 |
| 08/07/2017 | BWL | Assist Receiver with obtaining an understanding of company functions, including: accounting and operations. Prepare notices for COBRA and claims. | 216.75 | 8.20 | $ 1,777.35 |
| 08/07/2017 | SXG | Communicated with USPS office in Henderson and Receiver to arrange pick up of RevGo/Road Runner B2C mail and discuss options if unable to pick up mail. | 157.25 | 0.40 | $ 62.90 |

**Grobstein Teeple LLP**
One Venture Plaza
Suite 250
Irvine, CA 92618



**Joshua Teeple, Receiver**
One Venture Plaza
Suite 250
Irvine, CA 92618

# Invoice

**Invoice Date:**    Oct 09, 2017
**Invoice Num:**    26682
**Billing Through:** Sep 30, 2017

IN RE: Revguard, LLC et al.

| Date | Init | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/07/2017 | JRT | Work on various operational issues for RevGuard, RevLive and RevGo with a focus on human resource and employee concerns; read and respond to multiple emails on same issues | 251.25 | 2.80 | $ 703.50 |
| 08/08/2017 | JLC | Verified mailing status of termination letters and prepared a schedule with pertinent information. | 140.25 | 0.70 | $ 98.18 |
| 08/08/2017 | JLC | Emailed counsel regarding unauthorized transactions occurring in SVB accounts of RevGo, RevLive, and RevGuard. | 140.25 | 0.30 | $ 42.08 |
| 08/08/2017 | JLC | Updated unathorized payments analysis to reflect banking activity through 08/07/2017. | 140.25 | 0.80 | $ 112.20 |
| 08/08/2017 | JLC | Analyzed 8/8/17 payroll report. | 140.25 | 0.40 | $ 56.10 |
| 08/08/2017 | JLC | Inquired with paysafe merchant processing about ceasing all payment activity for Desert Gecko, LLC. | 140.25 | 0.60 | $ 84.15 |
| 08/08/2017 | JLC | Contacted Las Vegas and Englewood Regus offices to change mail forwarding address to Irvine. | 140.25 | 0.60 | $ 84.15 |
| 08/08/2017 | BWL | Assist Receiver with obtaining an understanding of company functions, including: accounting and operations at Louisville facility to recover records; Prepare notices for COBRA and claims. | 216.75 | 10.80 | $ 2,340.90 |
| 08/08/2017 | JLC | Prepared 2 week budget to actual analysis for RevGuard, RevLive, and RevGo. | 140.25 | 3.90 | $ 546.98 |
| 08/08/2017 | JRT | Site visit to Henderson, NV to inspect RevGo warehouse and oversee turnover of client owned inventory; additional work to wind up operations | 251.25 | 8.40 | $ 2,110.50 |
| 08/08/2017 | JLC | Email correspondence with Receiver regarding frozen funds at Silicon Valley Bank. | 140.25 | 0.30 | $ 42.08 |
| 08/09/2017 | JLC | Updated schedule of mail forwarding status for the defendants. | 140.25 | 0.40 | $ 56.10 |
| 08/09/2017 | JLC | Updated schedule of unauthorized transactions for known bank accounts. | 140.25 | 0.60 | $ 84.15 |
| 08/09/2017 | JLC | Prepared original termination letters to be resent to three terminated employees. | 140.25 | 0.70 | $ 98.18 |
| 08/09/2017 | JLC | Inquired with paysafe merchant processing about ceasing all payment activity for Desert Gecko, Spruce River, and Absolutely Working, LLC. | 140.25 | 0.40 | $ 56.10 |
| 08/09/2017 | JLC | Prepared bank balance analysis as of 8/9/2017. | 140.25 | 0.70 | $ 98.18 |

**EXHIBIT "1" - Page 32**

**Grobstein Teeple LLP**
One Venture Plaza
Suite 250
Irvine, CA 92618



**Joshua Teeple, Receiver**
One Venture Plaza
Suite 250
Irvine, CA 92618

# Invoice

**Invoice Date:** Oct 09, 2017
**Invoice Num:** 26682
**Billing Through:** Sep 30, 2017

IN RE: Revguard, LLC et al.

| Date | Staff | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/09/2017 | JLC | Prepared 2 week budget to actual analysis for RevGuard, RevLive, and RevGo. | 140.25 | 1.60 | $ 224.40 |
| 08/09/2017 | BWL | Assist Receiver with obtaining an understanding of company functions, including: accounting and operations. Prepare additional notices for COBRA and claims. | 216.75 | 6.20 | $ 1,343.85 |
| 08/09/2017 | JLC | Compiled list of known bank and merchant accounts along with each account's bank balance, and asset freeze status. | 140.25 | 3.60 | $ 504.90 |
| 08/09/2017 | JRT | Onsite in Boulder to work on and oversee operational issues for RevLive and RevGuard including issues related to terminated employees and information technology; continue wind down of RevGo operations | 251.25 | 9.20 | $ 2,311.50 |
| 08/10/2017 | JLC | Extracted AP Detail from defendants' QuickBooks. | 140.25 | 4.10 | $ 575.03 |
| 08/10/2017 | JLC | Updated schedule of mail forwarding status for the defendants. | 140.25 | 0.30 | $ 42.08 |
| 08/10/2017 | JLC | Searched for FEINS of entities and prepared W9 forms for entities at Guaranty Bank and Wells Fargo. | 140.25 | 0.60 | $ 84.15 |
| 08/10/2017 | BWL | Assist Receiver with obtaining an understanding of company functions, including: accounting and operations. Travel to Louisville facility to recover records; Prepare notices for COBRA and claims. | 216.75 | 9.40 | $ 2,037.45 |
| 08/10/2017 | JLC | Assembled termination package for mailing. | 140.25 | 0.60 | $ 84.15 |
| 08/10/2017 | JLC | Prepared 2 week budget to actual analysis for RevGuard, RevLive, and RevGo. | 140.25 | 0.80 | $ 112.20 |
| 08/10/2017 | JRT | Onsite in Boulder to work on and oversee operational issues for RevLive and RevGuard including issues related to terminated employees and information technology; continue wind down of RevGo operations | 251.25 | 8.70 | $ 2,185.88 |
| 08/11/2017 | JLC | Updated schedule of unauthorized transactions for known bank accounts. | 140.25 | 0.70 | $ 98.18 |
| 08/11/2017 | BWL | Assist Receiver with obtaining an understanding of company functions, including: accounting and operations. Assist with establishing cash flow templates and break-even analytics for ongoing operational oversight. | 216.75 | 8.80 | $ 1,907.40 |
| 08/11/2017 | JLC | Prepared Week 2 budget to actual analysis for RevGuard, RevLive, and RevGo. | 140.25 | 0.60 | $ 84.15 |

**Grobstein Teeple LLP**
One Venture Plaza
Suite 250
Irvine, CA 92618



**Joshua Teeple, Receiver**
One Venture Plaza
Suite 250
Irvine, CA 92618

# Invoice

**Invoice Date:** Oct 09, 2017
**Invoice Num:** 26682
**Billing Through:** Sep 30, 2017

IN RE: Revguard, LLC et al.

| 08/11/2017 | JLC | Compiled list of all active and inactive merchant accounts and contact information. | 140.25 | 5.80 | $ 813.45 |
|---|---|---|---|---|---|
| 08/11/2017 | JLC | Email correspondence with Moldo regarding merchant accounts. | 140.25 | 0.30 | $ 42.08 |
| 08/11/2017 | JRT | Onsite in Boulder to work on and oversee operational issues for RevLive and RevGuard; continue preparation of report | 251.25 | 11.30 | $ 2,839.13 |
| 08/12/2017 | JLC | Extracted QuickBooks files to the shared drive. | 140.25 | 1.10 | $ 154.28 |
| 08/13/2017 | JRT | Review multiple emails and work on operational issues | 251.25 | 1.30 | $ 326.63 |
| 08/14/2017 | JLC | Extracted AP Detail from defendants' QuickBooks. | 140.25 | 0.80 | $ 112.20 |
| 08/14/2017 | JLC | Updated all QuickBooks files from backups. | 140.25 | 2.20 | $ 308.55 |
| 08/14/2017 | JLC | Email correspondence regarding frozen funds at SVB. | 140.25 | 0.40 | $ 56.10 |
| 08/14/2017 | JLC | Prepared budget to actual analysis for Week 2. | 140.25 | 1.60 | $ 224.40 |
| 08/14/2017 | BWL | Assist Receiver with obtaining an understanding of company functions, including: accounting and operations. Review cash flow budget to actual and break-even analytics and met with Jade and Laura respectively. | 216.75 | 6.20 | $ 1,343.85 |
| 08/14/2017 | JLC | Prepared budget to actual analysis for RevGuard week 2. | 140.25 | 0.80 | $ 112.20 |
| 08/14/2017 | JLC | Updated the schedule of QuickBooks accessibility status. | 140.25 | 1.60 | $ 224.40 |
| 08/14/2017 | JRT | Work on report of Receiver and respond to multiple emails on operational issues | 251.25 | 4.40 | $ 1,105.50 |
| 08/15/2017 | JLC | Prepared entity list of entities identified. | 140.25 | 0.30 | $ 42.08 |
| 08/15/2017 | JLC | Updated schedule of unauthorized transactions for known bank accounts. | 140.25 | 0.70 | $ 98.18 |
| 08/15/2017 | JLC | Contacted Redwood Merchant Services regarding merchant account status and bank account information. | 140.25 | 1.10 | $ 154.28 |
| 08/15/2017 | JLC | Updated known bank accounts information list. | 140.25 | 1.10 | $ 154.28 |
| 08/15/2017 | JLC | Assembled termination packages for Revguard employees. | 140.25 | 0.40 | $ 56.10 |
| 08/15/2017 | JLC | Updated schedule of mail forwarding status for the defendants. | 140.25 | 0.40 | $ 56.10 |
| 08/15/2017 | JLC | Called virtual office locations at Regus and Office Evolution to change mail forward addresses for relevant entities. | 140.25 | 1.10 | $ 154.28 |
| 08/15/2017 | JLC | Extracted former employee's expense reports and receipts from her company laptop. | 140.25 | 0.80 | $ 112.20 |
| 08/15/2017 | JLC | Prepared W9 forms for entities. | 140.25 | 0.20 | $ 28.05 |

**EXHIBIT "1" - Page 34**

**Grobstein Teeple LLP**
One Venture Plaza
Suite 250
Irvine, CA 92618



**Joshua Teeple, Receiver**
One Venture Plaza
Suite 250
Irvine, CA 92618

# Invoice

**Invoice Date:**  Oct 09, 2017
**Invoice Num:**  26682
**Billing Through:** Sep 30, 2017

IN RE: Revguard, LLC et al.

| Date | Staff | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/15/2017 | BWL | Assist Receiver with obtaining an understanding of company functions, including: accounting and operations. Ongoing review of cash flow budget to actual and break-even analytics and discussions with Jade and Laura respectively. Coordinate move of Louisville office for following week. | 216.75 | 7.40 | $ 1,603.95 |
| 08/15/2017 | JLC | Prepared budget to actual analysis for Week 2. | 140.25 | 1.30 | $ 182.33 |
| 08/15/2017 | JRT | Onsite in Boulder to work on and oversee operational issues for RevLive and RevGuard; address issues with continuing operations of RevGuard and begin planning for wind down; continue preparation of report. | 251.25 | 10.20 | $ 2,562.75 |
| 08/16/2017 | JLC | Extracted AP Detail from Defendants' QuickBooks. | 140.25 | 3.90 | $ 546.98 |
| 08/16/2017 | JLC | Prepared termination packages to be sent to employees of all other entities. | 140.25 | 1.70 | $ 238.43 |
| 08/16/2017 | JLC | Updated schedule of terminated employees package mailing status. | 140.25 | 0.80 | $ 112.20 |
| 08/16/2017 | BWL | Assist Receiver with obtaining an understanding of company functions, including: accounting and operations. Ongoing review of cash flow budget to actual and break-even analytics and discussions with Jade and Laura respectively. Prepare additional termination letters and COBRA notices per Receiver's instructions. | 216.75 | 6.20 | $ 1,343.85 |
| 08/16/2017 | JRT | Onsite in Boulder to work on and oversee operational issues for RevLive and RevGuard; address issues with continuing operations of RevGuard and begin planning for wind down; continue preparation of report | 251.25 | 10.80 | $ 2,713.50 |
| 08/17/2017 | JLC | Prepared W9 form for Salamonie River, LLC | 140.25 | 0.10 | $ 14.03 |
| 08/17/2017 | JLC | Email correspondence with Receiver regarding TCF Doing What's Possible funds. | 140.25 | 0.30 | $ 42.08 |
| 08/17/2017 | JLC | Assembled Seth Davies' termination package. | 140.25 | 0.30 | $ 42.08 |
| 08/17/2017 | JLC | Assembled termination packages for RevGuard employees. | 140.25 | 0.60 | $ 84.15 |
| 08/17/2017 | BWL | Assist Receiver with obtaining an understanding of company functions, including accounting and operations. Retrieved e-mail credentials and prepared .pst files for D. Foss and J. Johnson e-mail accounts. Call with D. Foss re: access to Blue Rocket Brands database. | 216.75 | 4.40 | $ 953.70 |
| 08/17/2017 | JLC | Extracted AP Detail from defendants' QuickBooks. | 140.25 | 4.70 | $ 659.18 |

**Grobstein Teeple LLP**
One Venture Plaza
Suite 250
Irvine, CA 92618



**Joshua Teeple, Receiver**
One Venture Plaza
Suite 250
Irvine, CA 92618

# Invoice

**Invoice Date:** Oct 09, 2017
**Invoice Num:** 26682
**Billing Through:** Sep 30, 2017

IN RE: Revguard, LLC et al.

| Date | Init | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| 08/17/2017 | JRT | Work on operational issues for RevLive and wind down of RevGuard; continue preparation of report | 251.25 | 6.10 | $ 1,532.63 |
| 08/17/2017 | JLC | Prepared summary balance sheet for all corporate defendants from QuickBooks. | 140.25 | 1.10 | $ 154.28 |
| 08/17/2017 | JLC | Prepared W9 forms for Greenville Creek, LLC, Brookville Lane, LLC, and Newport Crossing, LLC. | 140.25 | 0.20 | $ 28.05 |
| 08/17/2017 | JLC | Email correspondence with Receiver regarding Seth Davies address (.10); Searched for Seth Davies' employment file to verify address (.20) | 140.25 | 0.30 | $ 42.08 |
| 08/17/2017 | JLC | Email correspondence with J. Raber confirming payment received from client. | 140.25 | 0.10 | $ 14.03 |
| 08/18/2017 | JLC | Extracted AP Detail from defendants' QuickBooks. | 140.25 | 6.40 | $ 897.60 |
| 08/18/2017 | JLC | Prepared summary balance sheet for all corporate defendants from QuickBooks. | 140.25 | 0.70 | $ 98.18 |
| 08/18/2017 | JLC | Assembled RevLive employee termination package. | 140.25 | 0.40 | $ 56.10 |
| 08/18/2017 | JRT | Work on operational issues for RevLive and wind down of RevGuard; continue preparation of report | 251.25 | 2.50 | $ 628.13 |
| 08/18/2017 | JLC | Revised L. Wallace's name and address on her termination letter. | 140.25 | 0.40 | $ 56.10 |
| 08/21/2017 | JLC | Prepared schedule of turnover of funds received from banks. | 140.25 | 1.70 | $ 238.43 |
| 08/21/2017 | JLC | Prepared schedule of reserve balances of merchant accounts. | 140.25 | 0.90 | $ 126.23 |
| 08/21/2017 | JLC | Compiled mailing address for RevGuard's clients and vendors. | 140.25 | 0.40 | $ 56.10 |
| 08/21/2017 | BWL | Travel to Boulder, CO. Assist Receiver with company operations; ongoing review cash flow budget to actual and break-even analytics and discussions with Jade. Prepare additional termination letters and COBRA notices per Receiver's instructions. | 216.75 | 14.00 | $ 3,034.50 |
| 08/21/2017 | JLC | Prepared summary balance sheet for all corporate defendants from QuickBooks. | 140.25 | 3.30 | $ 462.83 |
| 08/21/2017 | JRT | Work on operational issues for RevLive and wind down of RevGuard; continue preparation of report | 251.25 | 3.80 | $ 954.75 |
| 08/21/2017 | JRT | Review defendants' replies and discuss same with counsel | 251.25 | 1.40 | $ 351.75 |
| 08/22/2017 | JLC | Prepared schedule of turnover of funds received from banks. | 140.25 | 1.20 | $ 168.30 |
| 08/22/2017 | JLC | Prepared schedule of reserve balances of merchant accounts. | 140.25 | 1.40 | $ 196.35 |

**EXHIBIT "1" - Page 36**

**Grobstein Teeple LLP**
One Venture Plaza
Suite 250
Irvine, CA 92618



**Joshua Teeple, Receiver**
One Venture Plaza
Suite 250
Irvine, CA 92618

# Invoice

**Invoice Date:** Oct 09, 2017
**Invoice Num:** 26682
**Billing Through:** Sep 30, 2017

**IN RE: Revguard, LLC et al.**

| Date | Init | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/22/2017 | JLC | Prepared summary balance sheet for all corporate defendants from QuickBooks. | 140.25 | 1.10 | $ 154.28 |
| 08/22/2017 | JLC | Prepared claims analysis based on claim forms received from employees. | 140.25 | 1.30 | $ 182.33 |
| 08/22/2017 | JLC | Organized unemployment forms filed by former employees. | 140.25 | 1.10 | $ 154.28 |
| 08/22/2017 | BWL | Assist Receiver with company operations; ongoing review cash flow budget to actual and break-even analytics and discussions with Jade. Began retrieving RevGuard equipment from office and inventory; work with Steve A. to preserve BRB database and obtain customer information. | 216.75 | 9.60 | $ 2,080.80 |
| 08/22/2017 | JLC | Compiled mailing address for RevGuard's clients and vendors. | 140.25 | 1.10 | $ 154.28 |
| 08/22/2017 | JRT | Work on operational issues for RevLive and wind down of RevGuard; continue preparation of report | 251.25 | 7.20 | $ 1,809.00 |
| 08/23/2017 | JLC | Contacted Vantiv regarding funds received. | 140.25 | 0.20 | $ 28.05 |
| 08/23/2017 | JLC | Email correspondence with Receiver regarding RevGuard AR, AP, and flash drive. | 140.25 | 0.10 | $ 14.03 |
| 08/23/2017 | JLC | Assembled notice to RevGuard employees packages. | 140.25 | 0.60 | $ 84.15 |
| 08/23/2017 | BWL | Fieldwork in Boulder: assist Receiver with company operations; ongoing review cash flow budget to actual and break-even analytics and discussions with J. Raber. Assist with retrieval of company assets at Louisville location and move items to Boulder. | 216.75 | 10.40 | $ 2,254.20 |
| 08/23/2017 | JLC | Updated schedule of terminated employees package mailing status. | 140.25 | 0.80 | $ 112.20 |
| 08/23/2017 | JRT | Work on operational, legal and HR issues for RevLive | 251.25 | 3.30 | $ 829.13 |
| 08/23/2017 | JLC | Mailed RevGuard employee notices. | 140.25 | 0.20 | $ 28.05 |
| 08/24/2017 | BWL | Assist Receiver with company operations; ongoing review cash flow budget to actual and break-even analytics and discussions with J. Raber. Prepare updated COBRA notices for RevGuard employees regarding loss of coverage; retrieve data from Dropbox and Rackspace to preserve. | 216.75 | 10.60 | $ 2,297.55 |
| 08/24/2017 | JRT | Work on operational issues for RevLive; address legal, HR and banking issues for RevLive and closed companies | 251.25 | 4.20 | $ 1,055.25 |

**Grobstein Teeple LLP**
One Venture Plaza
Suite 250
Irvine, CA 92618



**Joshua Teeple, Receiver**
One Venture Plaza
Suite 250
Irvine, CA 92618

# Invoice

**Invoice Date:** Oct 09, 2017
**Invoice Num:** 26682
**Billing Through:** Sep 30, 2017

IN RE: Revguard, LLC et al.

| Date | Init | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| 08/25/2017 | BWL | Assist Receiver with company operations; ongoing review cash flow budget to actual and break-even analytics and discussions with J. Raber. Retrieve data from Dropbox and Rackspace to preserve; prepare W9 forms for new bank account establishment; return travel to D.C. | 216.75 | 15.60 | $ 3,381.30 |
| 08/25/2017 | JRT | Work on operational issues for RevLive; address legal, HR and banking issues for RevLive and closed companies | 251.25 | 3.80 | $ 954.75 |
| 08/27/2017 | JRT | Work on operational issues for RevLive; address legal, HR and banking issues for RevLive and closed companies | 251.25 | 0.70 | $ 175.88 |
| 08/28/2017 | BWL | Assist Receiver with company operations; ongoing review cash flow budget to actual and break-even analytics and discussions with J. Raber. | 216.75 | 4.40 | $ 953.70 |
| 08/28/2017 | JRT | Work on operational issues for RevLive; address legal, HR and banking issues for RevLive and closed companies | 251.25 | 6.10 | $ 1,532.63 |
| 08/28/2017 | SRR | Review and responded to email correspondence with Receiver and counsel regarding site visit and lease for Henderson location. | 216.75 | 0.40 | $ 86.70 |
| 08/29/2017 | BWL | Assist Receiver with company operations; ongoing review cash flow budget to actual and break-even analytics and discussions with J. Raber. | 216.75 | 1.80 | $ 390.15 |
| 08/29/2017 | JRT | Prepare for hearing with counsel and attend same | 251.25 | 4.20 | $ 1,055.25 |
| 08/29/2017 | JRT | Review and respond to operational and banking emails | 251.25 | 0.80 | $ 201.00 |
| 08/30/2017 | BWL | Assist Receiver with company operations; migrate data that was retrieved from company cloud server to internal cloud server; coordinate and met with FTC to deliver requested data. Review and prepare W9 forms for several entities. | 216.75 | 4.40 | $ 953.70 |
| 08/30/2017 | JRT | Work on issues related to banking, human resources, accounts receivable and operations of RevLive; coordinate same with Raber and Lundeen | 251.25 | 2.90 | $ 728.63 |
| 08/31/2017 | BWL | Assist Receiver with company operations; prepare labor letter re: change from salary to hourly rate for retained employees; prepare W9 forms as requested; calls to vendors re: TRO and Receiver appointment; work to release ROIPilot.com from frozen domains at GoDaddy. | 216.75 | 6.80 | $ 1,473.90 |
| 08/31/2017 | JRT | Call with Boulder landlord on lease rejection | 251.25 | 0.40 | $ 100.50 |

**EXHIBIT "1" - Page 38**

**Grobstein Teeple LLP**
One Venture Plaza
Suite 250
Irvine, CA 92618



**Joshua Teeple, Receiver**
One Venture Plaza
Suite 250
Irvine, CA 92618

# Invoice

**Invoice Date:**    Oct 09, 2017
**Invoice Num:**    26682
**Billing Through:** Sep 30, 2017

IN RE: Revguard, LLC et al.

| Date | Init | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| 08/31/2017 | JRT | Call with FTC and counsel on claims and other matters | 251.25 | 0.60 | $ 150.75 |
| 08/31/2017 | JRT | Work on information technology, billing, banking and other operational issues for RevLive | 251.25 | 2.20 | $ 552.75 |
| 09/01/2017 | JRT | Work on information technology, billing, banking and other operational issues for RevLive | 251.25 | 4.80 | $ 1,206.00 |
| 09/05/2017 | JRT | Respond to numerous calls and emails on legal, HR and banking issues | 251.25 | 1.70 | $ 427.13 |
| 09/05/2017 | JRT | Work on operational and facility issues related to RevLive | 251.25 | 3.20 | $ 804.00 |
| 09/05/2017 | BWL | Assist Receiver with ongoing operations of RevLive; met with J. Raber to discuss several outstanding issues regarding operations; identified equipment to be repurposed for RevLive operations; prepared non-exempt letters on behalf of Receiver to provide to reclassified employees of RevLive. | 216.75 | 8.60 | $ 1,864.05 |
| 09/06/2017 | JLC | Reconstructed banking activity for corporate defendants. | 140.25 | 4.80 | $ 673.20 |
| 09/06/2017 | JLC | Phone call with B. Lundeen regarding reconstruction, inventory of records, and other pending items. | 140.25 | 0.20 | $ 28.05 |
| 09/06/2017 | JLC | Prepared list of employees specifying the employer and the employees' first and last names. | 140.25 | 0.40 | $ 56.10 |
| 09/06/2017 | JLC | Verified mailing status of certified mail sent to terminated employees. | 140.25 | 0.70 | $ 98.18 |
| 09/06/2017 | JLC | Inventoried bank statement documents. | 140.25 | 1.20 | $ 168.30 |
| 09/06/2017 | JRT | Work on operational, accounting and facility issues related to RevLive | 251.25 | 5.40 | $ 1,356.75 |
| 09/06/2017 | JRT | Call with FTC and counsel re: RevLive due diligence and other pending matters | 251.25 | 0.40 | $ 100.50 |
| 09/06/2017 | BWL | Assist Receiver with ongoing operations of RevLive; coordinate moving of equipment and migration of assets to upstairs units at Boulder; collect business records in Boulder facility. | 216.75 | 8.40 | $ 1,820.70 |
| 09/07/2017 | JLC | Prepared termination letters to be mailed to terminated employees. | 140.25 | 1.40 | $ 196.35 |
| 09/07/2017 | JRT | Work on operational, accounting and facility issues related to RevLive | 251.25 | 2.60 | $ 653.25 |
| 09/07/2017 | BWL | Assist Receiver with ongoing operations of RevLive; coordinate moving of equipment and migration of assets to upstairs units at Boulder; collect business records in Boulder facility. | 216.75 | 9.60 | $ 2,080.80 |
| 09/08/2017 | JLC | Inventory bank statement documents. | 140.25 | 6.20 | $ 869.55 |
| 09/08/2017 | JRT | Work on operational, accounting and facility issues related to RevLive | 251.25 | 4.40 | $ 1,105.50 |

**Grobstein Teeple LLP**
One Venture Plaza
Suite 250
Irvine, CA 92618



**Joshua Teeple, Receiver**
One Venture Plaza
Suite 250
Irvine, CA 92618

# Invoice

**Invoice Date:**     Oct 09, 2017
**Invoice Num:**     26682
**Billing Through:** Sep 30, 2017

IN RE: Revguard, LLC et al.

| Date | Init | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| 09/08/2017 | BWL | Assist Receiver with ongoing operations of RevLive. | 216.75 | 7.80 | $ 1,690.65 |
| 09/09/2017 | JLC | Inventory bank statement documents. | 140.25 | 0.90 | $ 126.23 |
| 09/11/2017 | JLC | Inventoried bank statement documents. | 140.25 | 1.90 | $ 266.48 |
| 09/11/2017 | JLC | Saved bank and merchant correspondence received onto the shared drive. | 140.25 | 1.90 | $ 266.48 |
| 09/11/2017 | BWL | Correspondence with auctioneer re: Boulder options; e-mail correspondence re: case issues; obtained copy of Blue Rocket database and coordinated with FTC to deliver copy to FTC office. | 216.75 | 6.40 | $ 1,387.20 |
| 09/11/2017 | JLC | Prepared list of banks associated with merchant companies (0.7); Email correspondence with Byron regarding Priority Payments (0.4) | 140.25 | 1.10 | $ 154.28 |
| 09/11/2017 | JRT | Work on operational, accounting and information technology issues related to RevLive; prepare client due diligence letter | 251.25 | 2.50 | $ 628.13 |
| 09/12/2017 | BWL | E-mail correspondence re: case issues and ongoing RevLive operations; initial review and unpackaging of BRB database. | 216.75 | 3.40 | $ 736.95 |
| 09/12/2017 | JRT | On site in Colorado to work with staff on operational issues of RevLive and plan / coordinate storage of documents and electronics | 251.25 | 6.20 | $ 1,557.75 |
| 09/12/2017 | JRT | Review defendant's pleadings for payment of professional fees and dismissal of the Rev Entities. | 251.25 | 1.10 | $ 276.38 |
| 09/12/2017 | JLC | Entered claims info into claims analysis schedule. | 140.25 | 0.20 | $ 28.05 |
| 09/13/2017 | JLC | Inventoried bank statement documents. | 140.25 | 2.20 | $ 308.55 |
| 09/13/2017 | BWL | Retrieve tax returns from former CPA; initial review and inventory of returns obtained; correspondence and discussion re: same. Correspondence re: ongoing operations of RevLive. | 216.75 | 2.80 | $ 606.90 |
| 09/13/2017 | JRT | On site in Colorado to work with staff on operational issues of RevLive and plan / coordinate storage of documents and electronics | 251.25 | 7.80 | $ 1,959.75 |
| 09/14/2017 | JLC | Inventoried bank statement documents. | 140.25 | 1.20 | $ 168.30 |
| 09/14/2017 | BWL | Research requirements for offloading Rackspace; call with Rackspace support in this regard; draft detailed instructions to S. Adams re: procedures for offloading; correspondence re: RevLive ongoing operations. | 216.75 | 5.20 | $ 1,127.10 |
| 09/14/2017 | JRT | On site in Colorado to work with staff on operational issues of RevLive and plan / coordinate storage of documents and electronics; work on issues related to filing corporate tax returns | 251.25 | 7.70 | $ 1,934.63 |

**Grobstein Teeple LLP**
One Venture Plaza
Suite 250
Irvine, CA 92618



**Joshua Teeple, Receiver**
One Venture Plaza
Suite 250
Irvine, CA 92618

# Invoice

**Invoice Date:** Oct 09, 2017
**Invoice Num:** 26682
**Billing Through:** Sep 30, 2017

**IN RE: Revguard, LLC et al.**

| Date | Initials | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 09/15/2017 | JLC | Inventory bank statement documents. | 140.25 | 2.10 | $ 294.53 |
| 09/15/2017 | JLC | Inventory bank statement documents. | 140.25 | 1.10 | $ 154.28 |
| 09/15/2017 | JLC | Research into check issued from Key Bank for Twyla Ryan. | 140.25 | 0.20 | $ 28.05 |
| 09/15/2017 | JRT | Assist with operational issues of RevLive and accounting / legal matters | 251.25 | 3.50 | $ 879.38 |
| 09/15/2017 | JRT | Work with tax accountant to review and file 2016 income tax returns for certain corporate defendants | 251.25 | 4.10 | $ 1,030.13 |
| 09/18/2017 | JLC | Inventory bank statement documents. | 140.25 | 2.20 | $ 308.55 |
| 09/18/2017 | JLC | Prepared 2016 tax status analysis for all corporate defendants. | 140.25 | 1.70 | $ 238.43 |
| 09/18/2017 | JLC | Prepared active or inactive status analysis of entities that have not filed tax returns for the 2016 tax year. | 140.25 | 2.20 | $ 308.55 |
| 09/18/2017 | BWL | Updates to bank list; retrieved contact information for banks per B. Moldo request; correspondence re: ongoing operations of RevLive. | 216.75 | 4.80 | $ 1,040.40 |
| 09/18/2017 | JRT | Review emails and budgets on continue operation of RevLive and analyze probability of same | 251.25 | 2.30 | $ 577.88 |
| 09/18/2017 | JRT | Various calls with staff and counsel re: wind down of operations for RevLive | 251.25 | 0.80 | $ 201.00 |
| 09/19/2017 | JLC | Inventory bank statement documents. | 140.25 | 8.30 | $ 1,164.08 |
| 09/19/2017 | JRT | Work on operational and wind down issues for RevLive | 251.25 | 3.20 | $ 804.00 |
| 09/19/2017 | JRT | Review FTC opposition to release of legal funds | 251.25 | 0.30 | $ 75.38 |
| 09/19/2017 | JRT | Review emails, proposed stipulation and calls with counsel on sale of RevGuard assets | 251.25 | 1.20 | $ 301.50 |
| 09/20/2017 | JLC | Inventory bank statement documents. | 140.25 | 8.10 | $ 1,136.03 |
| 09/20/2017 | BWL | Design relational database for reconstruction accounting process. Work with J. Chun re: same. | 216.75 | 5.20 | $ 1,127.10 |
| 09/20/2017 | JLC | Meeting with B. Lundeen to construct Access database for reconstruction. | 140.25 | 0.80 | $ 112.20 |
| 09/20/2017 | JRT | Work on issues regarding wind down of RevLive and sale of RevGuard tangible assets | 251.25 | 1.60 | $ 402.00 |
| 09/21/2017 | JLC | Prepared banking index of bank statements in GT's possession. | 140.25 | 7.20 | $ 1,009.80 |
| 09/21/2017 | BWL | Prepare termination letters; correspondence re: ongoing operations of RevLive; prepare relational database for reconstruction accounting. | 216.75 | 8.40 | $ 1,820.70 |

**EXHIBIT "1" - Page 41**

**Grobstein Teeple LLP**
One Venture Plaza
Suite 250
Irvine, CA 92618



**Joshua Teeple, Receiver**
One Venture Plaza
Suite 250
Irvine, CA 92618

# Invoice

**Invoice Date:** Oct 09, 2017
**Invoice Num:** 26682
**Billing Through:** Sep 30, 2017

**IN RE: Revguard, LLC et al.**

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/21/2017 | JRT | Work on issues regarding wind down of RevLive and sale of RevGuard tangible assets | 251.25 | 8.00 | $ 2,010.00 |
| 09/22/2017 | JLC | Prepared banking index of bank statements in GT's possession. | 140.25 | 2.90 | $ 406.73 |
| 09/22/2017 | JLC | Prepared termination letters for mailing. | 140.25 | 0.60 | $ 84.15 |
| 09/22/2017 | JLC | Prepared consolidated schedule of clients for RevGuard, RevLive, RevGo, and Blue Rocket Brands. | 140.25 | 2.70 | $ 378.68 |
| 09/22/2017 | JRT | Call with counsel and FTC on hearing. | 251.25 | 0.80 | $ 201.00 |
| 09/22/2017 | BWL | Correspondence re: ongoing operations at RevLive; multiple calls with Rackspace re: access issues and reduction of infrastructure. | 216.75 | 4.80 | $ 1,040.40 |
| 09/22/2017 | JRT | Work on issues regarding wind down of RevLive and other logistical issues regarding securing assets and information | 251.25 | 4.20 | $ 1,055.25 |
| 09/24/2017 | JRT | Revise client letter and review client contact listing | 251.25 | 0.70 | $ 175.88 |
| 09/24/2017 | JRT | Review Defendant's reply to asset freeze | 251.25 | 0.30 | $ 75.38 |
| 09/25/2017 | JRT | Work on issues related to wind down of RevLive and sale of RevGuard assets | 251.25 | 3.30 | $ 829.13 |
| 09/25/2017 | BWL | Correspondence re: ongoing operations at RevLive; follow up call with Rackspace re: access issues and reduction of infrastructure. | 216.75 | 2.80 | $ 606.90 |
| 09/26/2017 | JLC | Assembled client letters for mailing. | 140.25 | 0.60 | $ 84.15 |
| 09/26/2017 | JLC | Prepared mail matrix for client mailing (0.6); Prepared mail merge of letters to be sent to clients via US mail or email (4.4) | 140.25 | 5.00 | $ 701.25 |
| 09/26/2017 | JRT | In Colorado to finalize wind down of RevLive and deal with logistical issues related to RevGuard assets and lease | 251.25 | 8.10 | $ 2,035.13 |
| 09/26/2017 | BWL | Assist Receiver with securing assets and winding down operations at Boulder facility. | 216.75 | 7.80 | $ 1,690.65 |
| 09/27/2017 | JLC | Prepare letter and attachments to send to RevGuard, RevLive, and RevGo's clients. | 140.25 | 4.20 | $ 589.05 |
| 09/27/2017 | JLC | Reconcile checks sent by Receiver with the banking inventory and bank turnover of funds list. | 140.25 | 0.80 | $ 112.20 |
| 09/27/2017 | JRT | In Colorado to finalize wind down of RevLive and deal with logistical issues related to RevGuard assets and lease | 251.25 | 10.20 | $ 2,562.75 |

**EXHIBIT "1" - Page 42**

**Grobstein Teeple LLP**
One Venture Plaza
Suite 250
Irvine, CA 92618



**Joshua Teeple, Receiver**
One Venture Plaza
Suite 250
Irvine, CA 92618

# Invoice

**Invoice Date:**    Oct 09, 2017
**Invoice Num:**    26682
**Billing Through:** Sep 30, 2017

**IN RE: Revguard, LLC et al.**

| Date | Employee | Description | Rate | Quantity | Amount |
|---|---|---|---|---|---|
| 09/27/2017 | BWL | Assist Receiver with securing assets and winding down operations at Boulder facility. Met J. Raber/A. Chwiedor at Louisville to discuss wind-down efforts re: RevLive; coordinate move of assets to lower-level facility at Boulder. | 216.75 | 8.20 | $ 1,777.35 |
| 09/28/2017 | JLC | Prepared list of corporate defendants' tax id numbers. | 140.25 | 1.60 | $ 224.40 |
| 09/28/2017 | JLC | Assembled mail and electronic mail packages for the RevGuard, RevLive, and RevGo's clients. | 140.25 | 3.60 | $ 504.90 |
| 09/28/2017 | JLC | Phone call with Wells Fargo to unlink Blair's online access to Rev bank access. | 140.25 | 0.10 | $ 14.03 |
| 09/28/2017 | JRT | In Colorado to finalize wind down of RevLive and deal with logistical issues related to RevGuard assets and lease | 251.25 | 4.40 | $ 1,105.50 |
| 09/28/2017 | BWL | Assist Receiver with securing assets and winding down operations at Boulder facility. Met J. Raber at Louisville to discuss wind-down efforts re: RevLive; met Steve to discuss off-loading and preservation tasks to complete for Receivership entities. | 216.75 | 7.40 | $ 1,603.95 |
| 09/29/2017 | EXS | Call with JT, KB, and BL regarding filing of tax return. Review of client documents for what is needed to file tax returns. | 170.00 | 2.00 | $ 340.00 |
| 09/29/2017 | JRT | Address issues related to wind down of operations and IT, tax matters | 251.25 | 3.10 | $ 778.88 |
| 09/30/2017 | JLC | Extracted trial balances from QuickBooks for the defendants who have not filed 2016 tax returns. | 140.25 | 2.40 | $ 336.60 |

| | | **001 - Accounting Services Total:** | | 904.20 | $188,112.78 |
|---|---|---|---|---|---|
| | | **Total Professional Services Amount:** | | 904.20 | $188,112.78 |

**Reimbursable Expenses:**

| Date | Employee | | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| **402 - Client Air Travel** | | | | | |
| 07/21/2017 | BWL | Flight LAX - DEN for Lundeen and Chun | 1.00 | 334.40 | $ 334.40 |
| 07/26/2017 | SXG | Flight from Los Angeles to Las Vegas (Henderson) for takeover on 07/27/17. | 1.00 | 251.98 | $ 251.98 |
| 07/27/2017 | SRR | Southwest LAX - LAS | 1.00 | 251.98 | $ 251.98 |
| 07/27/2017 | SRR | Delta LAS - LAX (Steve R.) | 1.00 | 118.20 | $ 118.20 |

**Grobstein Teeple LLP**
One Venture Plaza
Suite 250
Irvine, CA 92618



**Joshua Teeple, Receiver**
One Venture Plaza
Suite 250
Irvine, CA 92618

# Invoice

**Invoice Date:** Oct 09, 2017
**Invoice Num:** 26682
**Billing Through:** Sep 30, 2017

IN RE: Revguard, LLC et al.

| | | | | | |
|---|---|---|---|---|---|
| 07/27/2017 | SRR | Delta LAS - LAX (Steve G.) | 1.00 | 118.20 | $ 118.20 |
| 07/28/2017 | BWL | Flight DEN to BUR | 1.00 | 282.98 | $ 282.98 |
| 07/28/2017 | BWL | Flight BUR to DEN | 1.00 | 424.55 | $ 424.55 |
| 07/29/2017 | JLC | Southwest from Denver to Burbank | 1.00 | 282.98 | $ 282.98 |
| 08/01/2017 | BWL | Round-trip from DEN to DCA, return. | 1.00 | 538.10 | $ 538.10 |
| 08/01/2017 | JLC | Southwest from LAX to Denver | 1.00 | 143.48 | $ 143.48 |
| 08/04/2017 | JRT | Flights to and from Denver from Orange County | 1.00 | 638.98 | $ 638.98 |
| 08/07/2017 | JRT | Airfare to and from Colorado for takeover | 1.00 | 469.96 | $ 469.96 |
| 08/08/2017 | JRT | Flight from LV to Denver | 1.00 | 89.98 | $ 89.98 |
| 08/08/2017 | JRT | Flight from Orange County to LV | 1.00 | 198.98 | $ 198.98 |
| 08/10/2017 | JLC | 8/10 - Travel from Denver to LAX 8/13 - Travel from LAX to Denver | 1.00 | 308.96 | $ 308.96 |
| 08/10/2017 | BWL | 8/12 - 8/21 roundtrip | 1.00 | 550.60 | $ 550.60 |
| 08/11/2017 | JRT | Flights to and from Denver | 1.00 | 403.98 | $ 403.98 |
| 08/14/2017 | JRT | Flights to and from Denver | 1.00 | 395.03 | $ 395.03 |
| 08/18/2017 | JLC | Denver to LAX. | 1.00 | 56.98 | $ 56.98 |
| 08/23/2017 | BWL | Return flight DEN - IAD | 1.00 | 367.20 | $ 367.20 |
| 08/30/2017 | JRT | Flights to and from LV for hearing | 1.00 | 358.95 | $ 358.95 |
| 08/31/2017 | BWL | Round trip flight 9/5 - 9/8 | 1.00 | 762.60 | $ 762.60 |
| 09/15/2017 | JRT | Airfare to and from Colorado for site visit week of 9/11 | 1.00 | 351.96 | $ 351.96 |
| 09/18/2017 | BWL | Round trip to Denver 9/26 - 9/29 | 1.00 | 638.10 | $ 638.10 |
| | | | **402 - Client Air Travel Total:** | | **$8,339.11** |

**403 - Client Ground Travel**

| | | | | | |
|---|---|---|---|---|---|
| 07/29/2017 | JRT | Rental car in Colorado | 1.00 | 360.94 | $ 360.94 |
| 07/29/2017 | BWL | Rental car 7/25 - 7/29 | 1.00 | 405.41 | $ 405.41 |
| 08/04/2017 | BWL | Rental Car 7/30 - 8/3 | 1.00 | 340.46 | $ 340.46 |
| 08/10/2017 | JLC | Rental car | 1.00 | 618.44 | $ 618.44 |
| 08/16/2017 | BWL | Rental Car 8/7 - 8/11 | 1.00 | 570.92 | $ 570.92 |
| 08/18/2017 | JLC | Rental car. | 1.00 | 473.25 | $ 473.25 |
| 08/25/2017 | BWL | Rental car 8/21 - 8/25 | 1.00 | 426.59 | $ 426.59 |

**Grobstein Teeple LLP**
One Venture Plaza
Suite 250
Irvine, CA 92618



**Joshua Teeple, Receiver**
One Venture Plaza
Suite 250
Irvine, CA 92618

# Invoice

**Invoice Date:**   Oct 09, 2017
**Invoice Num:**   26682
**Billing Through:** Sep 30, 2017

IN RE: Revguard, LLC et al.

| Date | Init | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 09/08/2017 | BWL | Rental car 9/5-9/8 | 1.00 | 176.20 | $ 176.20 |
| 09/15/2017 | JRT | Rental car for site visit in Colorado | 1.00 | 190.68 | $ 190.68 |
| 09/29/2017 | JRT | Car rental in Colorado | 1.00 | 235.87 | $ 235.87 |
| 09/29/2017 | BWL | Rental car fees 9/26 - 9/28 | 1.00 | 191.74 | $ 191.74 |
| | | **403 - Client Ground Travel Total:** | | | **$3,990.50** |
| **404 - Client Accommodations** | | | | | |
| 07/27/2017 | SRR | Rooms for Godoy and Roopenian for 7/26 and 7/27 | 1.00 | 410.25 | $ 410.25 |
| 07/29/2017 | JRT | Hotel in Boulder for takeover | 1.00 | 1,189.73 | $ 1,189.73 |
| 07/29/2017 | JLC | Hyatt (7/25/17 - 7/29/17) | 1.00 | 1,571.05 | $ 1,571.05 |
| 07/29/2017 | BWL | Hotel 7/25 - 7/28 | 1.00 | 1,629.58 | $ 1,629.58 |
| 07/31/2017 | BWL | Hotel stay 7/30 | 1.00 | 273.59 | $ 273.59 |
| 08/02/2017 | SXG | Hotel accommodations while in Las Vegas (Henderson). | 1.00 | 168.67 | $ 168.67 |
| 08/10/2017 | JLC | Drury Hotel | 1.00 | 1,672.41 | $ 1,672.41 |
| 08/18/2017 | JLC | Drury Hotel | 1.00 | 1,003.45 | $ 1,003.45 |
| | | **404 - Client Accommodations Total:** | | | **$7,918.73** |
| **405 - Client Postage/Delivery** | | | | | |
| 08/03/2017 | JLC | Termination letters certified mailing. | 1.00 | 375.63 | $ 375.63 |
| 08/04/2017 | JLC | Termination letters certified mailing. | 1.00 | 32.95 | $ 32.95 |
| 08/07/2017 | JLC | Termination letters certified mailing. | 1.00 | 13.18 | $ 13.18 |
| 08/07/2017 | JLC | Termination letters certified mailing. | 1.00 | 6.59 | $ 6.59 |
| 08/08/2017 | JLC | Juan Pena certified mail. | 1.00 | 6.59 | $ 6.59 |
| 08/09/2017 | JLC | Termination letter certified mailing. | 1.00 | 19.77 | $ 19.77 |
| 08/10/2017 | JLC | USPS mail forwarding fee ($1.00 ea) | 1.00 | 48.00 | $ 48.00 |
| 08/10/2017 | JLC | Termination package postage | 1.00 | 87.57 | $ 87.57 |
| 08/15/2017 | JLC | Termination package postage | 1.00 | 4.20 | $ 4.20 |
| 08/16/2017 | JLC | Certified mailing | 1.00 | 174.60 | $ 174.60 |
| 08/17/2017 | JLC | Certified mail | 1.00 | 7.71 | $ 7.71 |
| 08/18/2017 | JLC | Certified mailing postage | 1.00 | 7.50 | $ 7.50 |
| 08/23/2017 | JLC | Postage | 1.00 | 22.90 | $ 22.90 |

**Grobstein Teeple LLP**
One Venture Plaza
Suite 250
Irvine, CA 92618



**Joshua Teeple, Receiver**
One Venture Plaza
Suite 250
Irvine, CA 92618

# Invoice

**Invoice Date:** Oct 09, 2017
**Invoice Num:** 26682
**Billing Through:** Sep 30, 2017

**IN RE: Revguard, LLC et al.**

| 08/28/2017 | BWL | UPS mail fee: termination lettera | 1.00 | 16.99 | $ 16.99 |
|---|---|---|---|---|---|
| 09/11/2017 | BWL | Shipping for J. Johnson email drive to counsel per request. | 1.00 | 23.75 | $ 23.75 |
| 09/22/2017 | CZ | Letters of Termination | 1.00 | 4.02 | $ 4.02 |
| 09/22/2017 | BWL | Postage for email drive to J. Johnson 9/12/17 | 1.00 | 6.65 | $ 6.65 |
| 09/28/2017 | JLC | Purchased envelopes for mailing | 1.00 | 31.67 | $ 31.67 |
| 09/29/2017 | CZ | Mailing for Joshua Teeple, Receiver | 1.00 | 224.84 | $ 224.84 |
| | | **405 - Client Postage/Delivery Total:** | | | **$1,115.11** |

**406 - Client Photocopies/Printing**

| 07/27/2017 | SRR | Copies of TRO, receipt for removal of personal property and personnel questionnaire. | 1.00 | 108.75 | $ 108.75 |
|---|---|---|---|---|---|
| 07/27/2017 | BWL | Photocopies for Takeover (signed TRO) | 1.00 | 271.68 | $ 271.68 |
| 08/10/2017 | BWL | Staples mailer supplies | 1.00 | 52.22 | $ 52.22 |
| | | **406 - Client Photocopies/Printing Total:** | | | **$432.65** |

**408 - Client Miscellaneous (Provide Detail)**

| 07/27/2017 | JRT | Locksmith charges for physical security at Lousville location for RevLive | 1.00 | 1,125.00 | $ 1,125.00 |
|---|---|---|---|---|---|
| 07/27/2017 | SRR | Locksmith to change locks at Henderson location | 1.00 | 139.34 | $ 139.34 |
| 08/02/2017 | SXG | Made 2 key copies for RevGo Henderson location for security and landlord. | 1.00 | 4.30 | $ 4.30 |
| 08/08/2017 | BWL | Banker box purchase for Files stored in C. Blackburn office in Louisville | 1.00 | 23.56 | $ 23.56 |
| 08/23/2017 | BWL | Banker box purchase for Louisville location | 1.00 | 19.35 | $ 19.35 |
| 08/23/2017 | BWL | Additional banker box purchase for Louisville location | 1.00 | 40.88 | $ 40.88 |
| 08/23/2017 | BWL | Moving services for Louisville location 8/23/17 | 1.00 | 680.00 | $ 680.00 |
| 08/24/2017 | BWL | Hard drive purchase (2-8tb, 1-2tb) | 1.00 | 367.20 | $ 524.60 |
| 09/07/2017 | BWL | Thumb drive purchase for J. Johnson email files | 1.00 | 28.53 | $ 28.53 |
| 09/12/2017 | BWL | USB thumb drive for J. Johnson email accounts | 1.00 | 31.71 | $ 31.71 |
| 09/13/2017 | JRT | Bankers boxes for RevGuard documents | 1.00 | 91.28 | $ 91.28 |
| 09/28/2017 | BWL | Hard drive purchase for data migration | 1.00 | 337.40 | $ 337.40 |
| 09/29/2017 | BWL | Beanstalk monthly fee | 1.00 | 50.00 | $ 50.00 |

**EXHIBIT "1" - Page 46**

**Grobstein Teeple LLP**
One Venture Plaza
Suite 250
Irvine, CA 92618



**Joshua Teeple, Receiver**
One Venture Plaza
Suite 250
Irvine, CA 92618

# Invoice

| | |
|---|---|
| **Invoice Date:** | Oct 09, 2017 |
| **Invoice Num:** | 26682 |
| **Billing Through:** | Sep 30, 2017 |

**IN RE: Revguard, LLC et al.**

| | |
|---|---|
| 408 - Client Miscellaneous (Provide Detail) Total: | $3,095.95 |
| Total Reimbursable Expenses Amount: | $24,892.05 |
| Total Fees: | $ 188,112.30 |
| Total Expenses: | $ 24,892.05 |
| Amount Due This Invoice: | $ 213,004.35 |

**EXHIBIT "1" - Page 47**

**Grobstein Teeple LLP**
One Venture Plaza
Suite 250
Irvine, CA 92618



---

**Joshua Teeple, Receiver**
One Venture Plaza
Suite 250
Irvine, CA 92618

# Invoice

**Invoice Date:** Oct 09, 2017
**Invoice Num:** 26682
**Billing Through:** Sep 30, 2017

---

**IN RE: Revguard, LLC et al.**

---

## User Hours Summary

**Billing Period: 07/05/2017 - 09/30/2017**

#### User Hour Totals

| User | Rate/Hour | Hours Billed | Amount Billed |
|------|-----------|--------------|---------------|
| Joshua Teeple | $251.25 | 317.20 | $79,696.50 |
| Steven Roopenian | $216.75 | 14.70 | $3,186.23 |
| Brian W Lundeen | $216.75 | 320.40 | $69,446.70 |
| Eddie Shamas | $170.00 | 2.00 | $340.00 |
| Steven Godoy | $157.25 | 23.20 | $3,648.20 |
| Jessie Chun | $140.25 | 226.70 | $31,794.68 |
| Totals | | 904.20 | $188,112.30 |

**EXHIBIT "1" - Page 48**