# EXHIBIT 3

# KOLESAR & LEATHAM

400 South Rampart, Suite 400<br>
Las Vegas, NV 89145-5725<br>
(702) 362-7800<br>
EIN ████9766

September 15, 2017

Joshua Teeple, Receiver  
c/o Brian Z. Moldo, Esq.  
Ervin Cohen & Jessup LLP  
9401 Wilshire Blvd., 9th Floor  
Beverly Hills, CA 90212

Invoice 188028

ID: 10135-000001 - RJK

Re: FTC v. Revmountain, LLC

For Services Rendered Through 8/31/2017

| | | |
|---|---|---|
| Current Fees | 675.00 | |
| Current Disbursements | 7.71 | |
| Total Current Charges | | 682.71 |
| **Total Due** | | **682.71** |

Please return this page with your payment

Kolesar & Leatham

Joshua Teeple, Receiver  September 15, 2017
I.D. 10135-000001 - RJK  Invoice 188028
Re: FTC v. Revmountain, LLC  Page 2

### Fees

| Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|
| 08/02/17 | Emails to and from co-counsel regarding field agent | BKL | 0.20 | 90.00 |
| 08/08/17 | Emails to and from co-counsel regarding pro hoc vice applications; reviewing and filing pro hoc vice applications | BKL | 0.50 | 225.00 |
| 08/10/17 | Emails to and from co-counsel regarding petitions for pro hoc vice admission | BKL | 0.50 | 225.00 |
| 08/23/17 | Reviewing court docket and recent filings; analyzing need for further action | BKL | 0.30 | 135.00 |
| | **Total Hours/Fees** | | **1.50** | **675.00** |

### Disbursements

| Date | Description | | Amount |
|---|---|---|---|
| | Document Reproduction | 29 | 7.25 |
| | Postage | | 0.46 |
| | **Total Disbursements** | | **7.71** |

| | | |
|---|---|---|
| | **Total Fees and Disbursements** | **682.71** |
| | **Total Current Charges** | **682.71** |

### Kolesar & Leatham

| | |
|---|---|
| Joshua Teeple, Receiver | September 15, 2017 |
| I.D. 10135-000001 - RJK | Invoice 188028 |
| Re: FTC v. Revmountain, LLC | Page 3 |

## REMITTANCE PAGE
#### For Services Rendered Through August 31, 2017

Remit To:
  Kolesar & Leatham
  400 South Rampart, Suite 400
  Las Vegas, NV 89145-5725

Tax I.D. # 88-0229766

| | |
|---|---|
| Current Fees | 675.00 |
| Current Disbursements | 7.71 |
| **Total Due** | **682.71** |

---

### WIRING AND ACH INSTRUCTIONS FOR OPERATING ACCOUNT

City National Bank  10801 West Charleston Blvd.
Las Vegas, NV  89135

For Credit To The Account of Kolesar & Leatham
ABA No. ▇▇▇6066    Operating Account No. ▇▇▇1015

PLEASE REFERENCE I.D. NUMBER ▇▇▇0001
Please send remittance advise to billing@klnevada.com

# KOLESAR & LEATHAM

400 South Rampart, Suite 400
Las Vegas, NV 89145-5725
(702) 362-7800
EIN ████9766

October 11, 2017

Joshua Teeple, Receiver
c/o Brian Z. Moldo, Esq.
Ervin Cohen & Jessup LLP
9401 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212

Invoice 188784

ID: 10135-000001 - RJK

Re: FTC v. Revmountain, LLC

For Services Rendered Through 9/30/2017

| | | |
|---|---:|---:|
| Balance Forward | | 682.71 |
| Current Fees | 225.00 | |
| Current Disbursements | 501.00 | |
| Total Current Charges | | 726.00 |
| **Total Due** | | **1,408.71** |

Please return this page with your payment

EXHIBIT "3" - Page 87

Kolesar & Leatham

| | |
|---|---|
| Joshua Teeple, Receiver | October 11, 2017 |
| I.D. 10135-000001 - RJK | Invoice  188784 |
| Re: FTC v. Revmountain, LLC | Page  2 |

### Fees

| Date | Description of Services | Atty | Hours | Amount |
|---|---|---|---|---|
| 09/22/17 | Reviewing recent court filings and upcoming events; analyzing need for further action | BKL | 0.50 | 225.00 |
| | Total Hours/Fees | | 0.50 | 225.00 |

### Disbursements

| Date | Description | | Amount |
|---|---|---|---|
| | Document Reproduction | 4 | 1.00 |
| 09/28/17 | Filing Fees; Pro Hac Vice App -Peter Davidson; Wells Fargo Bank, NA | | 250.00 |
| 09/28/17 | Filing Fees; Pro Hac Vice App - Brian Maldo; Wells Fargo Bank, NA | | 250.00 |
| | Total Disbursements | | 501.00 |

| | |
|---|---|
| Total Fees and Disbursements | 726.00 |
| Total Current Charges | 726.00 |

**Kolesar & Leatham**

| | |
|---|---|
| Joshua Teeple, Receiver | October 11, 2017 |
| I.D. 10135-000001 - RJK | Invoice  188784 |
| Re: FTC v. Revmountain, LLC | Page  3 |

**REMITTANCE PAGE**

For Services Rendered Through September 30, 2017

Remit To:

Kolesar & Leatham
400 South Rampart, Suite 400
Las Vegas, NV 89145-5725

Tax I.D. # 88-0229766

| | |
|---|---|
| Current Fees | 225.00 |
| Current Disbursements | 501.00 |
| Balance Forward | 682.71 |
| **Total Due** | **1,408.71** |

---

**WIRING AND ACH INSTRUCTIONS FOR OPERATING ACCOUNT**

City National Bank  10801 West Charleston Blvd.
Las Vegas, NV  89135

For Credit To The Account of Kolesar & Leatham
ABA No. ▮▮▮6066   Operating Account No. ▮▮▮1015

PLEASE REFERENCE I.D. NUMBER ▮▮▮0001
Please send remittance advise to billing@klnevada.com

**EXHIBIT "3" - Page 89**