# EXHIBIT 4



**In Re: FTC v. RevMountain, et al.**
**Balance Sheet Summary**
**Source: General Ledgers Maintained by Corporate Defendants, Funds Received by Receiver**
**Updated as of September 30, 2017**

|  | **Consolidated Total** |
|---|---:|
| **Assets** |  |
| **Current Assets** |  |
| Cash | 1,052,784.89 |
| Accounts Receivable | 1,374,553.26 |
| Other Current Assets | 1,212,015.35 |
| **Total Current Assets** | **3,639,353.50** |
|  |  |
| Fixed Assets | 120,213.52 |
| Other Assets | 2,770,185.44 |
| **Total Assets** | **6,529,752.46** |
|  |  |
| **Liabilities** |  |
| **Current Liabilities** |  |
| Accounts Payable | 1,943,791.78 |
| Other Current Liabilities | 1,152,620.38 |
| **Total Current Liabilities** | **3,096,412.16** |
|  |  |
| Long Term Liabilities | 1,475,354.85 |
| **Total Liabilities** | **4,571,767.01** |
|  |  |
| Equity | 1,957,985.45 |
| **Total Liabilities and Equity** | **6,529,752.46** |

*These internally generated balance sheets have not been verified for completeness or accuracy by the Receiver.*



In Re: FTC v. RevMountain, et al.
Balance Sheet Summary
Source: General Ledgers Maintained by Corporate Defendants, Funds Received by Receiver
Updated as of September 30, 2017

|  | [1] RevMountain, LLC | [2] RoadRunner B2C, dba RevGo | [3] Wave Rock, LLC | [4] Juniper Solutions, LLC |
|---|---:|---:|---:|---:|
| **Assets** | | | | |
| **Current Assets** | | | | |
| Cash | 1,191.48 | 41,898.93 | 59,783.26 | 72.22 |
| Accounts Receivable | 168,739.76 | 29,250.57 | (277,295.93) | 210.62 |
| Other Current Assets | 1,733.76 | 1,414.35 | 334,086.09 | 242,918.58 |
| **Total Current Assets** | **171,665.00** | **72,563.85** | **116,573.42** | **243,201.42** |
| | | | | |
| Fixed Assets | 1,745.65 | 12,790.20 | - | 243.84 |
| Other Assets | - | 9,816.11 | - | - |
| **Total Assets** | **173,410.65** | **95,170.16** | **116,573.42** | **243,445.26** |
| | | | | |
| **Liabilities** | | | | |
| **Current Liabilities** | | | | |
| Accounts Payable | 130,866.09 | 19,956.17 | 438,306.30 | 251,301.95 |
| Other Current Liabilities | 55,000.00 | 69,000.00 | 28,665.32 | 8,114.35 |
| **Total Current Liabilities** | **185,866.09** | **88,956.17** | **466,971.62** | **259,416.30** |
| | | | | |
| Long Term Liabilities | - | - | - | - |
| **Total Liabilities** | **185,866.09** | **88,956.17** | **466,971.62** | **259,416.30** |
| | | | | |
| Equity | (12,455.44) | 6,213.99 | (350,398.20) | (15,971.04) |
| **Total Liabilities and Equity** | **173,410.65** | **95,170.16** | **116,573.42** | **243,445.26** |

*These internally generated balance sheets have not been verified for completeness or accuracy by the Receiver.*



**In Re: FTC v. RevMountain, et al.**
**Balance Sheet Summary**
**Source: General Ledgers Maintained by Corporate Defendants, Funds Received by Receiver**
**Updated as of September 30, 2017**

|  | [5]<br>Jasper<br>Woods, LLC | [6]<br>Wheeler Peak<br>Marketing, LLC | [7]<br>ROIRunner, LLC | [8]<br>Cherry Blitz, LLC |
|---|---:|---:|---:|---:|
| **Assets** | | | | |
| **Current Assets** | | | | |
| Cash | - | 9,481.59 | 753.03 | 3,390.19 |
| Accounts Receivable | - | 5,721.00 | 7,287.96 | - |
| Other Current Assets | - | 1,613.64 | 498.00 | - |
| **Total Current Assets** | **-** | **16,816.23** | **8,538.99** | **3,390.19** |
| | | | | |
| Fixed Assets | - | - | - | - |
| Other Assets | - | (1,684.00) | - | - |
| **Total Assets** | **-** | **15,132.23** | **8,538.99** | **3,390.19** |
| | | | | |
| **Liabilities** | | | | |
| **Current Liabilities** | | | | |
| Accounts Payable | - | (28,902.15) | 5,000.48 | 3,455.14 |
| Other Current Liabilities | - | 5,000.00 | - | - |
| **Total Current Liabilities** | **-** | **(23,902.15)** | **5,000.48** | **3,455.14** |
| | | | | |
| Long Term Liabilities | - | - | - | - |
| **Total Liabilities** | **-** | **(23,902.15)** | **5,000.48** | **3,455.14** |
| | | | | |
| Equity | - | 39,034.38 | 3,538.51 | (64.95) |
| **Total Liabilities and Equity** | **-** | **15,132.23** | **8,538.99** | **3,390.19** |

*These internally generated balance sheets have not been verified for completeness or accuracy by the Receiver.*



In Re: FTC v. RevMountain, et al.
Balance Sheet Summary
Source: General Ledgers Maintained by Corporate Defendants, Funds Received by Receiver
Updated as of September 30, 2017

|  | [9]<br>Flat Iron Avenue, LLC | [10]<br>Absolutely<br>Working, LLC | [11]<br>Three Lakes, LLC | [12]<br>Bridge Ford, LLC |
|---|---:|---:|---:|---:|
| **Assets** | | | | |
| **Current Assets** | | | | |
| Cash | 3,802.27 | 43,219.12 | 2,125.30 | 25,136.68 |
| Accounts Receivable | - | - | - | - |
| Other Current Assets | - | - | - | - |
| **Total Current Assets** | **3,802.27** | **43,219.12** | **2,125.30** | **25,136.68** |
| | | | | |
| Fixed Assets | - | - | - | - |
| Other Assets | - | - | - | 430.00 |
| **Total Assets** | **3,802.27** | **43,219.12** | **2,125.30** | **25,566.68** |
| | | | | |
| **Liabilities** | | | | |
| **Current Liabilities** | | | | |
| Accounts Payable | 5,570.00 | - | 2,707.00 | - |
| Other Current Liabilities | - | - | - | - |
| **Total Current Liabilities** | **5,570.00** | **-** | **2,707.00** | **-** |
| | | | | |
| Long Term Liabilities | - | - | - | - |
| **Total Liabilities** | **5,570.00** | **-** | **2,707.00** | **-** |
| | | | | |
| Equity | (1,767.73) | 43,219.12 | (581.70) | 25,566.68 |
| **Total Liabilities and Equity** | **3,802.27** | **43,219.12** | **2,125.30** | **25,566.68** |

*These internally generated balance sheets have not been verified for completeness or accuracy by the Receiver.*   Page | 4 of 16

EXHIBIT "4" - Page 94



In Re: FTC v. RevMountain, et al.
Balance Sheet Summary
Source: General Ledgers Maintained by Corporate Defendants, Funds Received by Receiver
Updated as of September 30, 2017

|  | [13] How and Why, LLC | [14] Spruce River, LLC | [15] TrimXT, LLC | [16] Elation White, LLC |
|---|---:|---:|---:|---:|
| **Assets** | | | | |
| **Current Assets** | | | | |
| Cash | 26,097.02 | 3,443.08 | - | 11.84 |
| Accounts Receivable | - | - | - | 875,302.74 |
| Other Current Assets | - | - | - | 405,031.49 |
| **Total Current Assets** | **26,097.02** | **3,443.08** | **-** | **1,280,346.07** |
| | | | | |
| Fixed Assets | - | - | - | - |
| Other Assets | 430.00 | 300.00 | - | - |
| **Total Assets** | **26,527.02** | **3,743.08** | **-** | **1,280,346.07** |
| | | | | |
| **Liabilities** | | | | |
| **Current Liabilities** | | | | |
| Accounts Payable | - | 3,161.00 | - | 396,005.74 |
| Other Current Liabilities | - | - | - | - |
| **Total Current Liabilities** | **-** | **3,161.00** | **-** | **396,005.74** |
| | | | | |
| Long Term Liabilities | - | - | - | - |
| **Total Liabilities** | **-** | **3,161.00** | **-** | **396,005.74** |
| | | | | |
| Equity | 26,527.02 | 582.08 | - | 884,340.33 |
| **Total Liabilities and Equity** | **26,527.02** | **3,743.08** | **-** | **1,280,346.07** |

*These internally generated balance sheets have not been verified for completeness or accuracy by the Receiver.*



**In Re: FTC v. RevMountain, et al.**
**Balance Sheet Summary**
Source: General Ledgers Maintained by Corporate Defendants, Funds Received by Receiver
Updated as of September 30, 2017

|  | [17]<br>IvoryPro, LLC | [18]<br>Doing What's Possible, LLC | [19]<br>RevGuard, LLC | [20]<br>RevLive!, LLC |
|---|---:|---:|---:|---:|
| **Assets** | | | | |
| **Current Assets** | | | | |
| Cash | - | 27,779.54 | 258,666.11 | 176,934.84 |
| Accounts Receivable | - | - | 193,869.54 | 116,966.29 |
| Other Current Assets | - | - | 43,240.00 | 18,760.85 |
| **Total Current Assets** | **-** | **27,779.54** | **495,775.65** | **312,661.98** |
| | | | | |
| Fixed Assets | - | - | 27,593.15 | 1,091.12 |
| Other Assets | - | - | 702,779.00 | - |
| **Total Assets** | **-** | **27,779.54** | **1,226,147.80** | **313,753.10** |
| | | | | |
| **Liabilities** | | | | |
| **Current Liabilities** | | | | |
| Accounts Payable | - | 4,000.00 | 203,517.85 | 158,736.58 |
| Other Current Liabilities | - | 1,020.00 | 408,445.63 | 65,000.00 |
| **Total Current Liabilities** | **-** | **5,020.00** | **611,963.48** | **223,736.58** |
| | | | | |
| Long Term Liabilities | - | - | 191,282.62 | - |
| **Total Liabilities** | **-** | **5,020.00** | **803,246.10** | **223,736.58** |
| | | | | |
| Equity | - | 22,759.54 | 422,901.70 | 90,016.52 |
| **Total Liabilities and Equity** | **-** | **27,779.54** | **1,226,147.80** | **313,753.10** |

*These internally generated balance sheets have not been verified for completeness or accuracy by the Receiver.*



**In Re: FTC v. RevMountain, et al.**
**Balance Sheet Summary**
Source: General Ledgers Maintained by Corporate Defendants, Funds Received by Receiver
Updated as of September 30, 2017

|  | [21]<br>Blue Rocket<br>Brands, LLC | [22]<br>Convertis, LLC | [23]<br>Convertis<br>Marketing, LLC | [24]<br>Turtle Mountains, LLC |
|---|---:|---:|---:|---:|
| **Assets** |  |  |  |  |
| **Current Assets** |  |  |  |  |
| Cash | 3,149.43 | 220.09 | - |  |
| Accounts Receivable | - | 303,913.71 | - |  |
| Other Current Assets | - | (24,890.58) | - |  |
| **Total Current Assets** | **3,149.43** | **279,243.22** | **-** |  |
|  |  |  |  |  |
| Fixed Assets | - | 76,749.56 | - |  |
| Other Assets | - | 2,055,991.33 | - |  |
| **Total Assets** | **3,149.43** | **2,411,984.11** | **-** |  |
|  |  |  |  | *QuickBooks Data* |
| **Liabilities** |  |  |  | *Unavailable* |
| **Current Liabilities** |  |  |  |  |
| Accounts Payable | - | 328,576.51 | - |  |
| Other Current Liabilities | 5,000.00 | 492,974.73 | - |  |
| **Total Current Liabilities** | **5,000.00** | **821,551.24** | **-** |  |
|  |  |  |  |  |
| Long Term Liabilities | - | 1,284,072.23 | - |  |
| **Total Liabilities** | **5,000.00** | **2,105,623.47** | **-** |  |
|  |  |  |  |  |
| Equity | (1,850.57) | 306,360.64 | - |  |
| **Total Liabilities and Equity** | **3,149.43** | **2,411,984.11** | **-** |  |

*These internally generated balance sheets have not been verified for completeness or accuracy by the Receiver.*



**In Re: FTC v. RevMountain, et al.**
**Balance Sheet Summary**
**Source: General Ledgers Maintained by Corporate Defendants, Funds Received by Receiver**
**Updated as of September 30, 2017**

|  | [25]<br>**Boulder Black Diamond, LLC** | [26]<br>**Mint House, LLC** | [27]<br>**Thunder Avenue, LLC** | [28]<br>**University & Folsom, LLC** |
|---|---|---|---|---|
| **Assets** | | | | |
| Current Assets | | | | |
| Cash | | 23,182.71 | 20,000.00 | 21,224.99 |
| Accounts Receivable | | - | - | - |
| Other Current Assets | | - | - | 20,387.47 |
| **Total Current Assets** | | **23,182.71** | **20,000.00** | **41,612.46** |
| | | | | |
| Fixed Assets | | - | - | - |
| Other Assets | | 50.00 | 918.00 | 250.00 |
| **Total Assets** | | **23,232.71** | **20,918.00** | **41,862.46** |
| | | | | |
| **Liabilities** | *QuickBooks Data Unavailable* | | | |
| Current Liabilities | | | | |
| Accounts Payable | | (179.08) | - | - |
| Other Current Liabilities | | - | - | - |
| **Total Current Liabilities** | | **(179.08)** | **-** | **-** |
| | | | | |
| Long Term Liabilities | | - | - | - |
| **Total Liabilities** | | **(179.08)** | **-** | **-** |
| | | | | |
| Equity | | 23,411.79 | 20,918.00 | 41,862.46 |
| **Total Liabilities and Equity** | | **23,232.71** | **20,918.00** | **41,862.46** |

*These internally generated balance sheets have not been verified for completeness or accuracy by the Receiver.*   Page | 8 of 16



**In Re: FTC v. RevMountain, et al.**
**Balance Sheet Summary**
Source: General Ledgers Maintained by Corporate Defendants, Funds Received by Receiver
Updated as of September 30, 2017

|  | [29]<br>Boulder Creek Internet Solutions, Inc | [30]<br>Walnut Street Marketing, Inc | [31]<br>Snow Sale, LLC | [32]<br>Brand Force, LLC |
|---|---:|---:|---:|---:|
| **Assets** | | | | |
| **Current Assets** | | | | |
| Cash | 6,135.98 | 7,385.08 | 28,865.56 | 35,277.01 |
| Accounts Receivable | - | - | - | - |
| Other Current Assets | - | (19,834.42) | - | - |
| **Total Current Assets** | **6,135.98** | **(12,449.34)** | **28,865.56** | **35,277.01** |
| | | | | |
| Fixed Assets | - | - | - | - |
| Other Assets | - | 99.00 | 149.00 | 149.00 |
| **Total Assets** | **6,135.98** | **(12,350.34)** | **29,014.56** | **35,426.01** |
| | | | | |
| **Liabilities** | | | | |
| **Current Liabilities** | | | | |
| Accounts Payable | - | 5,874.00 | 3,071.15 | (130.98) |
| Other Current Liabilities | - | - | - | - |
| **Total Current Liabilities** | **-** | **5,874.00** | **3,071.15** | **(130.98)** |
| | | | | |
| Long Term Liabilities | - | - | - | - |
| **Total Liabilities** | **-** | **5,874.00** | **3,071.15** | **(130.98)** |
| | | | | |
| Equity | 6,135.98 | (18,224.34) | 25,943.41 | 35,556.99 |
| **Total Liabilities and Equity** | **6,135.98** | **(12,350.34)** | **29,014.56** | **35,426.01** |

*These internally generated balance sheets have not been verified for completeness or accuracy by the Receiver.*



In Re: FTC v. RevMountain, et al.
Balance Sheet Summary
Source: General Ledgers Maintained by Corporate Defendants, Funds Received by Receiver
Updated as of September 30, 2017

|  | [33]<br>Wild Farms, LLC | [34]<br>Salamonie River, LLC | [35]<br>Indigo Systems, LLC | [36]<br>Night Watch Group, LLC |
|---|---:|---:|---:|---:|
| **Assets** | | | | |
| **Current Assets** | | | | |
| Cash | 60,045.97 | 17,916.44 | 2,201.09 | 2,240.95 |
| Accounts Receivable | - | (49,413.00) | - | - |
| Other Current Assets | 15,289.00 | 25,288.57 | - | - |
| **Total Current Assets** | **75,334.97** | **(6,207.99)** | **2,201.09** | **2,240.95** |
| | | | | |
| Fixed Assets | - | - | - | - |
| Other Assets | 149.00 | 140.00 | - | - |
| **Total Assets** | **75,483.97** | **(6,067.99)** | **2,201.09** | **2,240.95** |
| | | | | |
| **Liabilities** | | | | |
| **Current Liabilities** | | | | |
| Accounts Payable | (161.55) | (31,914.37) | 2,915.00 | 4,686.00 |
| Other Current Liabilities | 3,400.00 | - | - | - |
| **Total Current Liabilities** | **3,238.45** | **(31,914.37)** | **2,915.00** | **4,686.00** |
| | | | | |
| Long Term Liabilities | - | - | - | - |
| **Total Liabilities** | **3,238.45** | **(31,914.37)** | **2,915.00** | **4,686.00** |
| | | | | |
| Equity | 72,245.52 | 25,846.38 | (713.91) | (2,445.05) |
| **Total Liabilities and Equity** | **75,483.97** | **(6,067.99)** | **2,201.09** | **2,240.95** |

*These internally generated balance sheets have not been verified for completeness or accuracy by the Receiver.*   Page | 10 of 16

EXHIBIT "4" - Page 100



**In Re: FTC v. RevMountain, et al.**
**Balance Sheet Summary**
**Source: General Ledgers Maintained by Corporate Defendants, Funds Received by Receiver**
**Updated as of September 30, 2017**

|  | [37]<br>Newport Crossing, LLC | [38]<br>Greenville Creek, LLC | [39]<br>Brookville Lane, LLC | [40]<br>Ansazi Management Partners, LLC |
|---|---:|---:|---:|---|
| **Assets** | | | | |
| **Current Assets** | | | | |
| Cash | 24,397.71 | 2,464.10 | 771.80 | |
| Accounts Receivable | - | - | - | |
| Other Current Assets | - | - | - | |
| **Total Current Assets** | **24,397.71** | **2,464.10** | **771.80** | |
| | | | | |
| Fixed Assets | - | - | - | |
| Other Assets | - | - | - | |
| **Total Assets** | **24,397.71** | **2,464.10** | **771.80** | |
| | | | | |
| **Liabilities** | | | | *QuickBooks Data Unavailable* |
| **Current Liabilities** | | | | |
| Accounts Payable | 1,304.00 | 3,107.00 | 1,272.00 | |
| Other Current Liabilities | - | - | 0.35 | |
| **Total Current Liabilities** | **1,304.00** | **3,107.00** | **1,272.35** | |
| | | | | |
| Long Term Liabilities | - | - | - | |
| **Total Liabilities** | **1,304.00** | **3,107.00** | **1,272.35** | |
| | | | | |
| Equity | 23,093.71 | (642.90) | (500.55) | |
| **Total Liabilities and Equity** | **24,397.71** | **2,464.10** | **771.80** | |

*These internally generated balance sheets have not been verified for completeness or accuracy by the Receiver.*   Page | 11 of 16

**EXHIBIT "4" - Page 101**



**In Re: FTC v. RevMountain, et al.**
**Balance Sheet Summary**
**Source: General Ledgers Maintained by Corporate Defendants, Funds Received by Receiver**
**Updated as of September 30, 2017**

|  | [41]<br>Honey Lake, LLC | [42]<br>Condor Canyon, LLC | [43]<br>Brass Triangle, LLC | [44]<br>Solid Ice, LLC |
|---|---|---|---|---|
| **Assets** | | | | |
| **Current Assets** | | | | |
| Cash | | 100.00 | 28,749.63 | 1,884.17 |
| Accounts Receivable | | - | - | - |
| Other Current Assets | | - | 146,478.55 | - |
| **Total Current Assets** | | **100.00** | **175,228.18** | **1,884.17** |
| | | | | |
| Fixed Assets | | - | - | - |
| Other Assets | | - | - | - |
| **Total Assets** | | **100.00** | **175,228.18** | **1,884.17** |
| | | | | |
| **Liabilities** | *QuickBooks Data Unavailable* | | | |
| **Current Liabilities** | | | | |
| Accounts Payable | | 100.00 | 28,797.95 | 2,792.00 |
| Other Current Liabilities | | - | - | - |
| **Total Current Liabilities** | | **100.00** | **28,797.95** | **2,792.00** |
| | | | | |
| Long Term Liabilities | | - | - | - |
| **Total Liabilities** | | **100.00** | **28,797.95** | **2,792.00** |
| | | | | |
| Equity | | - | 146,430.23 | (907.83) |
| **Total Liabilities and Equity** | | **100.00** | **175,228.18** | **1,884.17** |

*These internally generated balance sheets have not been verified for completeness or accuracy by the Receiver.*   Page | 12 of 16

**EXHIBIT "4" - Page 102**



**In Re: FTC v. RevMountain, et al.**
**Balance Sheet Summary**
Source: General Ledgers Maintained by Corporate Defendants, Funds Received by Receiver
Updated as of September 30, 2017

|  | [45] | [46] | [47] | [48] |
|---|---|---|---|---|
|  | **Sandstone Beach, LLC** | **Desert Gecko, LLC** | **BlizzardWhite, LLC** | **Action Pro White, LLC** |
| **Assets** | | | | |
| Current Assets | | | | |
| Cash | 77,167.82 | 5,617.86 | - | - |
| Accounts Receivable | - | - | - | - |
| Other Current Assets | - | - | - | - |
| **Total Current Assets** | **77,167.82** | **5,617.86** | **-** | **-** |
| Fixed Assets | - | - | - | - |
| Other Assets | - | 219.00 | - | - |
| **Total Assets** | **77,167.82** | **5,836.86** | **-** | **-** |
| **Liabilities** | | | | |
| Current Liabilities | | | | |
| Accounts Payable | - | - | - | - |
| Other Current Liabilities | - | - | - | - |
| **Total Current Liabilities** | **-** | **-** | **-** | **-** |
| Long Term Liabilities | - | - | - | - |
| **Total Liabilities** | **-** | **-** | **-** | **-** |
| Equity | 77,167.82 | 5,836.86 | - | - |
| **Total Liabilities and Equity** | **77,167.82** | **5,836.86** | **-** | **-** |
|  |  |  | *\*\*Wave Rock is sole member\*\** | *\*\*Wave Rock is sole member\*\** |

*These internally generated balance sheets have not been verified for completeness or accuracy by the Receiver.*



**In Re: FTC v. RevMountain, et al.**
**Balance Sheet Summary**
Source: General Ledgers Maintained by Corporate Defendants, Funds Received by Receiver
Updated as of September 30, 2017

|  | [49]<br>First Class<br>Whitening, LLC | [50]<br>Spark Whitening, LLC | [51]<br>TitanWhite, LLC | [52]<br>Dental Pro at<br>Home, LLC |
|---|---|---|---|---|
| **Assets** | | | | |
| **Current Assets** | | | | |
| Cash | - | - | - | - |
| Accounts Receivable | - | - | - | - |
| Other Current Assets | - | - | - | - |
| **Total Current Assets** | **-** | **-** | **-** | **-** |
| Fixed Assets | - | - | - | - |
| Other Assets | - | - | - | - |
| **Total Assets** | **-** | **-** | **-** | **-** |
| **Liabilities** | | | | |
| **Current Liabilities** | | | | |
| Accounts Payable | - | - | - | - |
| Other Current Liabilities | - | - | - | - |
| **Total Current Liabilities** | **-** | **-** | **-** | **-** |
| Long Term Liabilities | - | - | - | - |
| **Total Liabilities** | **-** | **-** | **-** | **-** |
| Equity | - | - | - | - |
| **Total Liabilities and Equity** | **-** | **-** | **-** | **-** |
| | *\*\*Wave Rock is sole member\*\** | *\*\*Wave Rock is sole member\*\** | | *\*\*Wave Rock is sole member\*\** |

*These internally generated balance sheets have not been verified for completeness or accuracy by the Receiver.*   Page | 14 of 16

**EXHIBIT "4" - Page 104**



**In Re: FTC v. RevMountain, et al.**
**Balance Sheet Summary**
**Source: General Ledgers Maintained by Corporate Defendants, Funds Received by Receiver**
**Updated as of September 30, 2017**

|  | [53]<br>Smile Pro Direct, LLC | [54]<br>Circle of Youth Skincare, LLC | [55]<br>DermaGlam, LLC | [56]<br>Sedona Beauty Secrets, LLC |
|---|---|---|---|---|
| **Assets** | | | | |
|   Current Assets | | | | |
|     Cash | - | - | | - |
|     Accounts Receivable | - | - | | - |
|     Other Current Assets | - | - | | - |
|   **Total Current Assets** | **-** | **-** | | **-** |
| | | | | |
|   Fixed Assets | - | - | | - |
|   Other Assets | - | - | | - |
| **Total Assets** | **-** | **-** | *QuickBooks Data Unavailable* | **-** |
| | | | | |
| **Liabilities** | | | | |
|   Current Liabilities | | | | |
|     Accounts Payable | - | - | | - |
|     Other Current Liabilities | - | - | | - |
|   **Total Current Liabilities** | **-** | **-** | | **-** |
| | | | | |
|   Long Term Liabilities | - | - | | - |
| **Total Liabilities** | **-** | **-** | | **-** |
| | | | | |
|   Equity | - | - | | - |
| **Total Liabilities and Equity** | **-** | **-** | | **-** |
| | *\*\*Wave Rock is sole member\*\** | *\*\*Wave Rock is sole member\*\** | *\*\*Wave Rock is sole member\*\** | *\*\*Wave Rock is sole member\*\** |

*These internally generated balance sheets have not been verified for completeness or accuracy by the Receiver.*

Page | 15 of 16

**EXHIBIT "4" - Page 105**



**In Re: FTC v. RevMountain, et al.**
**Balance Sheet Summary**
**Source: General Ledgers Maintained by Corporate Defendants, Funds Received by Receiver**
**Updated as of September 30, 2017**

|  | [57]<br>**Bella at Home, LLC** | [58]<br>**SkinnyIQ, LLC** | [59]<br>**Body Tropical, LLC** |
|---|---:|---:|---:|
| **Assets** | | | |
| **Current Assets** | | | |
| Cash | - | - | |
| Accounts Receivable | - | - | |
| Other Current Assets | - | - | |
| **Total Current Assets** | **-** | **-** | |
| | | | |
| Fixed Assets | - | - | |
| Other Assets | - | - | |
| **Total Assets** | **-** | **-** | |
| | | | |
| **Liabilities** | | | *QuickBooks Data Unavailable* |
| **Current Liabilities** | | | |
| Accounts Payable | - | - | |
| Other Current Liabilities | - | 11,000.00 | |
| **Total Current Liabilities** | **-** | **11,000.00** | |
| | | | |
| Long Term Liabilities | - | - | |
| **Total Liabilities** | **-** | **11,000.00** | |
| | | | |
| Equity | - | (11,000.00) | |
| **Total Liabilities and Equity** | **-** | **-** | |
| | *\*\*Wave Rock is sole member\*\** | *\*\*Wave Rock is sole member\*\** | |

*These internally generated balance sheets have not been verified for completeness or accuracy by the Receiver.*

Page | 16 of 16

**EXHIBIT "4" - Page 106**