# EXHIBIT 5



**In Re: Federal Trade Commission v. RevMountain, LLC, et al.**
**Schedule of Claims**
*Updated as of September 30, 2017*

**ADMINISTRATIVE CLAIMS**

| Claimant | Address | Classification | Est. Claim Amount |
|---|---|---|---|
| Rochelle Center LLC | 6260 Lookout Road, Boulder, CO 80301 | Rent - Boulder Facility | $ 13,086.50 |
| Harsch Investment Properties | 3111 South Valley View Blvd., Suite K-101, Las Vegas, NV 89102 | Rent - Henderson Facility | $ 19,086.14 |
| O'Rourke Family LLC | 2011 Cherry Street, Suite 104, Louisville, CO 80027 | Rent- Louisville Facility | $ 33,445.65 |
| Five9 | 4000 Executive Parkway, Suite 400, San Ramon, CA 94583 | Telecom - All Entities | $ 71,463.68 |
| Conceptol | 303 Perimeter Center, N. Suite 300, Atlanta, GA 30346 | Call Center - RevLive | $ 64,826.00 |
| InCall | 338 South Rosemead Blvd., Pasadena, CA 91107 | Telecom - RevLive | $ 32,843.29 |
| Connect First | 3103 Iris Avenue, Suite 200, Boulder, CO 80301 | Telecom - RevLive | $ 2,940.00 |
| RackSpace | 1 Fanatical Place, Windcrest, TX 78218 | Data Storage - RevGuard | Undetermined |
| | | | $ 237,691.26 |