# EXHIBIT 6




**In Re: Federal Trade Commission v.**
**RevMountain, LLC, et al.**
**Schedule of Pre-Receivership Claims - Employees**
*Updated as of October 25, 2017*

| Name | Address | Amount of Claim | Classification | Entity | Source |
|---|---|---|---|---|---|
| Courtney Masters | WITHHELD Westminster, CO 80234 | $ 1,886.83 | Employee | RevLive! LLC | Claim Form |
| Rya Suissa | WITHHELD Westminster,CO 80021 | $ 4,227.93 | Employee | RevLive! LLC | Claim Form |
| Ryan Timmons | WITHHELD Broomfield,CO 80020 | $ 897.36 | Employee | RevLive! LLC | Claim Form |
| Laura Wallace | WITHHELD Lafayette,CO 80026 | $ 8,389.98 | Employee | RevGuard, LLC | Claim Form |
| Adrian Williams | WITHHELD Thornton,CO 80241 | $ 1,008.18 | Employee | RevLive! LLC | Claim Form |
| Neva Archuleta | WITHHELD Westminster,CO 80234 | $ 1,901.17 | Employee | RevLive! LLC | Claim Form |
| Abigail Chwiedor | WITHHELD Lochbuie,CO 80603 | $ 4,128.37 | Employee | RevGuard, LLC | Claim Form |
| MaxAna Koplar | WITHHELD Louisville,CO 80027 | $ 2,851.32 | Employee | RevGuard, LLC | Claim Form |
| Windy Earles | WITHHELD Boulder,CO 80301 | $ 771.84 | Employee | RevLive! LLC | Claim Form |
| Kayla Netherland | WITHHELD Broomfield,CO 80020 | $ 2,903.68 | Employee | RevLive! LLC | Claim Form |
| Mark Santiago | WITHHELD Longmont,CO 80501 | $ 4,057.69 | Employee | RevGuard, LLC | Claim Form |
| Kimber Erickson | WITHHELD Wheat Ridge, CO 80033 | $ 1,280.00 | Employee | RevLive! LLC | Claim Form |
| Kristina Barry | WITHHELD Arvada, CO 80005 | $ 7,501.92 | Employee | RevGuard, LLC | Claim Form |
| Mark Coup | WITHHELD Lakewood, CO 80215 | $ 1,585.67 | Employee | RevGuard, LLC | Claim Form |
| Jessica Brown | WITHHELD Thornton,CO 80229 | $ 1,105.46 | Employee | RevGuard, LLC | Claim Form |
| Benjamin Gemperline | WITHHELD Denver, CO 80203 | $ 6,069.23 | Employee | RevGuard, LLC | Claim Form |
| Brooks Arbogast | WITHHELD Denver, CO 80204 | $ 1,306.73 | Employee | RevGuard, LLC | Claim Form |
| Jaime Hayden | WITHHELD Louisville, CO 80027 | $ 6,750.00 | Employee | RevGuard, LLC | Claim Form |
| James Petronella | WITHHELD Las Vegas, NV 89128 | $ 981.54 | Employee | RoadRunner B2C dba RevGo, LLC | Claim Form |

Inter-corporate defendant obligations have been removed from this analysis.



**In Re: Federal Trade Commission v.**
**RevMountain, LLC, et al.**
**Schedule of Pre-Receivership Claims - Employees**
*Updated as of October 25, 2017*

| Name | Address | | Amount of Claim | Classification | Entity | Source |
|---|---|---|---|---|---|---|
| Drew Pickering | WITHHELD<br>Boulder, CO 80301 | $ | 5,000.00 | Employee | RevGuard, LLC | Claim Form |
| Jennifer Johnson | WITHHELD<br>Broomfield,CO 80023 | $ | 8,689.89 | Employee | RevLive! LLC | Claim Form |
| David Bartlett | WITHHELD<br>Broomfield, CO 80021 | $ | 800.00 | Employee | RevGuard, LLC | Claim Form |
| Ryan Reichenbach | WITHHELD<br>Superior, CO 80027 | $ | 7,965.97 | Employee | RevGuard, LLC | Claim Form |
| Aimee Paterson | WITHHELD<br>Denver, CO 80211 | $ | 2,164.28 | Employee | RevGuard, LLC | Claim Form |
| Corinna Rose | WITHHELD<br>Westminster, CO 80021 | $ | 2,155.85 | Employee | RevGuard, LLC | Claim Form |
| Neil Aragon | WITHHELD<br>Denver, CO 80221 | $ | 9,012.05 | Employee | RevLive! LLC | Claim Form |
| Trevor Nicholson | WITHHELD<br>Las Vegas, NV 89128 | | Undetermined | Employee | RoadRunner B2C dba RevGo, LLC | Claim Form |
| Jennifer Roberts | WITHHELD<br>Dacono, CO 80514 | $ | 3,844.16 | Employee | RevGuard, LLC | Claim Form |
| Brady Nelson | WITHHELD<br>Arvada, CO 80005 | $ | 416.00 | Employee | RevLive! LLC | Claim Form |
| Gina Madura | WITHHELD<br>Denver, CO 80211 | $ | 3,640.11 | Employee | RevGuard, LLC | Claim Form |
| John Petraglia | WITHHELD<br>Louisville, CO 80027 | $ | 5,700.00 | Employee | RevGuard, LLC | Claim Form |
| John Otterson | WITHHELD<br>Thornton, CO 80602 | $ | 5,400.00 | Employee | RevGuard, LLC | Claim Form |
| Brooke Nelson | WITHHELD<br>Arvada, CO 80005 | $ | 2,538.46 | Employee | RevLive! LLC | Claim Form |
| John Kernagis | WITHHELD<br>Lafayette,CO 80026 | $ | 9,229.41 | Employee | RevGuard, LLC | Claim Form |
| Josh Spaulding | WITHHELD | $ | 1,078.05 | Employee | RevLive! LLC | Claim Form |
| Lindsey Martinez | WITHHELD | $ | 1,613.10 | Employee | RevLive! LLC | Claim Form |
| | **Employee Total** | **$** | **128,852.23** | | | |

Inter-corporate defendant obligations have been removed from this analysis.





**In Re: Federal Trade Commission v.**
**RevMountain, LLC, et al.**
**Schedule of Pre-Receivership Claims - Vendors**
*Updated as of October 25, 2017*

| Name | Address | Amount of Claim | Classification | Entity | Source |
|---|---|---|---|---|---|
| 10 Figures Media LLC | 10 Figures Media LLC<br>3101 E Ocotillo Road<br>Phoenix, AZ 85016 | $ 158.84 | Trade Vendor - Pre-Receivership | RevGuard, LLC | Entity Accounting Records |
| Accelerex | Accelerex<br>8605 Santa Monica Blvd., Suite 2807<br>Los Angeles, CA 90069 | $ 3,638.16 | Trade Vendor - Pre-Receivership | Elation, LLC | Entity Accounting Records |
| Accutek Equipment Co Inc | Accutek Equipment Co Inc<br>2685 S Melrose Dr<br>Vista, CA 92081 | $ 5,372.50 | Trade Vendor - Pre-Receivership | RoadRunner B2C dba RevGo, LLC | Entity Accounting Records |
| Acquinity Interactive | 2200 S.W. 10th Street<br>Deerfield Beach, FL 33442 | $ 45,138.00 | Trade Vendor - Pre-Receivership | Convertis, LLC | Entity Accounting Records |
| Acquinity Interactive | Acquinity Interactive<br>2200 S.W. 10th Street<br>Deerfield Beach, FL 33442 | $ 4,628.00 | Trade Vendor - Pre-Receivership | Eyepothesis, LLC | Entity Accounting Records |
| Acquinity Interactive | 2200 SW 10th Street<br>Deerfield Beach, FL 33442 | $ 6,653.00 | Trade Vendor - Pre-Receivership | Thin Action, LLC | Entity Accounting Records |
| AD1 Media Group, LLC | 2150 Broadway #7D<br>New York, NY 10023 | $ 4,890.00 | Trade Vendor - Pre-Receivership | Convertis, LLC | Entity Accounting Records |
| AD1 Media Group, LLC | AD1 Media Group, LLC<br>2150 Broadway, #7D<br>New York, NY 10023 | $ 1,020.00 | Trade Vendor - Pre-Receivership | Eyepothesis, LLC | Entity Accounting Records |
| ADP Screening & Selection Servic | ADP Screening & Selection Services<br>PO Box 645177<br>Cincinnati, OH 45264-5177 | $ 166.44 | Trade Vendor - Pre-Receivership | RevGuard, LLC | Entity Accounting Records |
| AdSum | Advertiser Summit, LLC<br>2500 Parkway Ave NE, Ste 200<br>Rio Rancho, NM 87144 | $ 7,200.00 | Trade Vendor - Pre-Receivership | RevLive, LLC | Entity Accounting Records |
| Advertiser Summit, LLC | Advertiser Summit, LLC<br>2500 Parkway Ave NE, Ste 200<br>Rio Rancho, NM 87144 | $ 10,000.00 | Trade Vendor - Pre-Receivership | RevGuard, LLC | Entity Accounting Records |
| Adwork | Adwork, LLC<br>PO Box 11986<br>Gainesville, FL 32604 | $ 4,876.59 | Trade Vendor - Pre-Receivership | ROIRunner, LLC | Entity Accounting Records |
| Adznet Media | Adznet Media<br>1145 Evins Mill Road<br>Smithville, TN 37166 | $ 14.89 | Trade Vendor - Pre-Receivership | ROIRunner, LLC | Entity Accounting Records |
| AireSpring | PO Box 7420<br>Van Nuys, CA 91409-7420 | $ 5,830.18 | Trade Vendor - Pre-Receivership | Convertis, LLC | Entity Accounting Records |

Inter-corporate defendant obligations have been removed from this analysis.



**In Re: Federal Trade Commission v. RevMountain, LLC, et al.**

**Schedule of Pre-Receivership Claims - Vendors**

*Updated as of October 25, 2017*

| Name | Address | Amount of Claim | Classification | Entity | Source |
|---|---|---|---|---|---|
| AOL, LLC | General Post Office<br>PO Box 5696<br>New York, NY 10087-5696 | $ 54,575.14 | Trade Vendor - Pre-Receivership | Convertis, LLC | Entity Accounting Records |
| Axess Communications | 5231 S Santa Fe Drive, Suite 100<br>Littleton, CO 80120 | $ 9,034.13 | Trade Vendor - Pre-Receivership | Convertis, LLC | Entity Accounting Records |
| B4 Enterprises | B4 Enterprises<br>12314 Misty Laurel Dr<br>Houston, TX 77014-3611 | $ 1,094.91 | Trade Vendor - Pre-Receivership | RevGuard, LLC | Entity Accounting Records |
| Bankable Ventures, LLC | Bankable Ventures, LLC<br>8391 Beverly Blvd, #435<br>Los Angeles, CA 90048 | $ 1,077.26 | Trade Vendor - Pre-Receivership | RevGuard, LLC | Entity Accounting Records |
| Berg Hill Greenleaf & Ruscitti LLP | Berg, Hill, Greenleaf, Ruscitti, LLP<br>1712 Pearl Street<br>Boulder, CO 80302 | $ 715.00 | Trade Vendor - Pre-Receivership | Brass Triangle, LLC | Entity Accounting Records |
| Berg Hill Greenleaf & Ruscitti LLP | Berg, Hill, Greenleaf, Ruscitti, LLP<br>1712 Pearl Street<br>Boulder, CO 80302 | $ 10,879.31 | Trade Vendor - Pre-Receivership | Convertis, LLC | Entity Accounting Records |
| Berg Hill Greenleaf & Ruscitti LLP | Berg, Hill, Greenleaf, Ruscitti, LLP<br>1712 Pearl Street<br>Boulder, CO 80302 | $ 389.70 | Trade Vendor - Pre-Receivership | Juniper Solutions, LLC | Entity Accounting Records |
| Berg Hill Greenleaf & Ruscitti LLP | Berg Hill Greenleaf & Ruscitti, LLP<br>1712 Pearl Street<br>Boulder, CO 80302 | $ 1,770.50 | Trade Vendor - Pre-Receivership | RevLive, LLC | Entity Accounting Records |
| Berg Hill Greenleaf & Ruscitti LLP | Berg, Hill, Greenleaf, Ruscitti, LLP<br>1712 Pearl Street<br>Boulder, CO 80302 | $ 25.00 | Trade Vendor - Pre-Receivership | SlimSplash, LLC | Entity Accounting Records |
| Blair McNea | Blair McNea<br>6331 Snowberry Ln<br>Niwot, CO 80503 | $ 47,111.85 | Trade Vendor - Pre-Receivership | RevGuard, LLC | Entity Accounting Records |
| BPS Info Solutions, Inc | BPS Info Solutions, Inc<br>3144 N G Street, Suite 125-333<br>Merced, CA 95340-1300 | $ 489.98 | Trade Vendor - Pre-Receivership | RevGuard, LLC | Entity Accounting Records |
| Brafton Inc. | Shanker Law Group<br>101 Front Street<br>Mineola, NY 11501-4402 | $ 7,200.00 | Trade Vendor - Pre-Receivership | Convertis, LLC | Entity Accounting Records |
| Brock and Company | 900 S Main Street, Suite 200<br>Longmont, CO 80501 | $ 12,577.17 | Trade Vendor - Pre-Receivership | Convertis, LLC | Entity Accounting Records |
| Brock and Company | 900 S Main Street, Suite 200<br>Longmont, CO 80501 | $ 2,801.21 | Trade Vendor - Pre-Receivership | Juniper Solutions, LLC | Entity Accounting Records |

Inter-corporate defendant obligations have been removed from this analysis.

**In Re: Federal Trade Commission v.**
**RevMountain, LLC, et al.**
**Schedule of Pre-Receivership Claims - Vendors**
*Updated as of October 25, 2017*

| Name | Address | Amount of Claim | Classification | Entity | Source |
|---|---|---|---|---|---|
| CenturyLink | PO Box 29080<br>Phoenix, AZ 85038-9080 | $ 9,515.86 | Trade Vendor - Pre-Receivership | Convertis, LLC | Entity Accounting Records |
| Channel Clarity | Channel Clarity<br>215 W Ohio St<br>Chicago, IL 60654 | $ 0.09 | Trade Vendor - Pre-Receivership | Elation, LLC | Entity Accounting Records |
| Cleanfiles | Cleanfiles<br>871 Coronado Center Dr., Ste 200<br>Henderson, NV 89052 | $ 38.59 | Trade Vendor - Pre-Receivership | ROIRunner, LLC | Entity Accounting Records |
| Clickbooth | 5901 N Honore Ave #220<br>Sarasota, FL 34243 | $ 49,957.00 | Trade Vendor - Pre-Receivership | Wave Rock | Entity Accounting Records |
| Clickbooth.com LLC | Clickbooth<br>5901 N Honore Ave, Suite 220<br>Sarasota, FL 34243 | $ 37.94 | Trade Vendor - Pre-Receivership | ROIRunner, LLC | Entity Accounting Records |
| Cogency Global Inc. | Cogency Global, Inc<br>10 E. 40th St., 10th Floor<br>New York, NY 10016 | $ 120.00 | Trade Vendor - Pre-Receivership | RoadRunner B2C dba RevGo, LLC | Entity Accounting Records |
| Compri Consulting, Inc | Compri Consulting, Inc<br>2601 Blake St., Ste 400<br>Denver, CO 80205 | $ 12,000.00 | Trade Vendor - Pre-Receivership | RevGuard, LLC | Entity Accounting Records |
| Conceptol Technologies LLC | Conceptol Technologies, LLC<br>400 Perimeter Center Terrace N,<br>Ste 900<br>Atlanta, GA 30346 | $ 116,622.00 | Trade Vendor - Pre-Receivership | RevLive, LLC | Entity Accounting Records |
| Convert2Media | Convert2Media<br>358 South, 700 East, Ste B-147<br>Salt Lake City, UT 84102 | $ 42,280.00 | Trade Vendor - Pre-Receivership | Bella Brite, LLC | Entity Accounting Records |
| Convert2Media | Convert2Media<br>358 South, 700 East, Ste B-147<br>Salt Lake City, UT 84102 | $ 52,570.00 | Trade Vendor - Pre-Receivership | Convertis, LLC | Entity Accounting Records |
| Dave Twomey | 50 Deerfield Rd<br>Portland, ME 04101 | $ 133.11 | Trade Vendor - Pre-Receivership | RevMountain | Entity Accounting Records |
| DDR Media | DDR Media<br>4934 Colorado Avenue<br>Harrisburg, PA 17109 | $ 9.45 | Trade Vendor - Pre-Receivership | ROIRunner, LLC | Entity Accounting Records |
| Diablo Media, LLC | 1809 Blake Street, Ste 200<br>Denver, CO 80202 | $ 838.94 | Trade Vendor - Pre-Receivership | RevMountain | Entity Accounting Records |
| Eldorado Artesian Springs | Eldorado Artesian Spring<br>1783 Dogwood Street<br>Louisville, CO 80027 | $ 32.00 | Trade Vendor - Pre-Receivership | RevLive, LLC | Entity Accounting Records |

Inter-corporate defendant obligations have been removed from this analysis.





**In Re: Federal Trade Commission v.**

**RevMountain, LLC, et al.**

**Schedule of Pre-Receivership Claims - Vendors**

*Updated as of October 25, 2017*

| Name | Address | Amount of Claim | Classification | Entity | Source |
|---|---|---|---|---|---|
| Faegre Baker Daniels | 1470 Walnut Street, Ste 300<br>Boulder, CO 80302 | $ 14,104.97 | Trade Vendor - Pre-Receivership | Convertis, LLC | Entity Accounting Records |
| Five 9, Inc | Five 9, Inc<br>4000 Executive Parkway, Suite 400<br>San Ramon, CA 94583 | $ 141,291.11 | Trade Vendor - Pre-Receivership | RevGuard, LLC | Entity Accounting Records |
| Five 9, Inc | Five9, Inc<br>4000 Executive Parkway Ste 400<br>San Ramon, CA 94583 | $ 44,687.63 | Trade Vendor - Pre-Receivership | RevLive, LLC | Entity Accounting Records |
| Fluent, Inc | 295 Madison Avenue, 32nd Floor<br>New York, NY 10017 | $ 9,115.00 | Trade Vendor - Pre-Receivership | Convertis, LLC | Entity Accounting Records |
| Greenberg Traurig, LLP | Greenberg Traurig, LLP<br>1200 17th Street, Suite 1200<br>Denver, CO 80202 | $ 280.00 | Trade Vendor - Pre-Receivership | RevGuard, LLC | Entity Accounting Records |
| h2h Interactive Inc | 1738 Wynkoop St., Unit 303<br>Denver, CO 80202 | $ 74.00 | Trade Vendor - Pre-Receivership | Convertis, LLC | Entity Accounting Records |
| Incall International LLC | Incall International, LLC<br>338 South Rosemead Blvd<br>Pasadena, CA 91107 | $ 12,165.63 | Trade Vendor - Pre-Receivership | RevLive, LLC | Entity Accounting Records |
| Infinisource, Inc. | Infinisource Benefit Services<br>15 E. Washington St., PO Box 889<br>Coldwater, MI 49036 | $ 550.00 | Trade Vendor - Pre-Receivership | Convertis, LLC | Entity Accounting Records |
| Internal Revenue Service | Internal Revenue Service<br>Ogden, UT 84201-0039 | $ 1,170.00 | Trade Vendor - Pre-Receivership | Convertis, LLC | Entity Accounting Records |
| J&A Printing, Inc | J & A Printing, Inc<br>PO Box 1316<br>Cedar Rapids, IA 52406-1316 | $ 1,938.13 | Trade Vendor - Pre-Receivership | Bella Brite, LLC | Entity Accounting Records |
| J&A Printing, Inc | J & A Printing, Inc<br>PO Box 1316<br>Cedar Rapids, IA 52406-1316 | $ 1,937.13 | Trade Vendor - Pre-Receivership | Convertis, LLC | Entity Accounting Records |
| J&A Printing, Inc | J & A Printing, Inc<br>PO Box 1316<br>Cedar Rapids, IA 52406-1316 | $ 2,490.64 | Trade Vendor - Pre-Receivership | Eyepothesis, LLC | Entity Accounting Records |
| J&A Printing, Inc | J & A Printing, Inc<br>PO Box 1316<br>Cedar Rapids, IA 52406-1316 | $ 1,892.33 | Trade Vendor - Pre-Receivership | Hydra White, LLC | Entity Accounting Records |
| J&A Printing, Inc | J & A Printing, Inc<br>PO Box 1316<br>Cedar Rapids, IA 52406-1316 | $ 641.79 | Trade Vendor - Pre-Receivership | Thin Action, LLC | Entity Accounting Records |

Inter-corporate defendant obligations have been removed from this analysis.





**In Re: Federal Trade Commission v. RevMountain, LLC, et al.**

**Schedule of Pre-Receivership Claims - Vendors**

*Updated as of October 25, 2017*

| Name | Address | Amount of Claim | Classification | Entity | Source |
|---|---|---|---|---|---|
| JK Consulting | JK Consulting<br>101 West Broadway Ste 510<br>San Diego, CA 92101 | $ 180.72 | Trade Vendor - Pre-Receivership | RoadRunner B2C dba RevGo, LLC | Entity Accounting Records |
| Just Us Mangement | Just Us Management<br>1001 Avenida Pico #C445<br>San Clemente, CA 92673 | $ 540.00 | Trade Vendor - Pre-Receivership | Elation, LLC | Entity Accounting Records |
| L S Technologies, LLC | 445 Sherman Ave, #A<br>Palo Alto, CA 94306 | $ 25,880.00 | Trade Vendor - Pre-Receivership | Convertis, LLC | Entity Accounting Records |
| Lamphouse Media | 8000 Research Forest, Ste 11<br>The Woodlands, TX 77382 | $ 405.60 | Trade Vendor - Pre-Receivership | RevMountain | Entity Accounting Records |
| Lead Pulse | Lead Generation Enterprises, Inc<br>3535 Hayden Ave #320<br>Culver City, CA 90232 | $ 104,338.65 | Trade Vendor - Pre-Receivership | Elation, LLC | Entity Accounting Records |
| Lead5 Media | Lead5 Meadia<br>7979 Gateway Blvd, Ste 110<br>Newark, CA 94560 | $ 1,226.16 | Trade Vendor - Pre-Receivership | Elation, LLC | Entity Accounting Records |
| Maverick Bankcard, Inc | Maverick Bankcard, Inc<br>28720 Roadside Drive, Ste 101<br>Agoura Hills, CA 91301 | $ 2,105.63 | Trade Vendor - Pre-Receivership | RevGuard, LLC | Entity Accounting Records |
| Megan Nosel | 5310 NE County Line Rd<br>Erie, CO 80516 | $ 2,500.00 | Trade Vendor - Pre-Receivership | Wave Rock | Entity Accounting Records |
| MemberSource Media | 650 5th Street, Suite 311<br>San Francisco, CA 94107 | $ 4,980.00 | Trade Vendor - Pre-Receivership | Convertis, LLC | Entity Accounting Records |
| MemberSource Media | MemberSource Media<br>650 5th Street, Suite 311<br>San Francisco, CA 94107 | $ 240.00 | Trade Vendor - Pre-Receivership | Eyepothesis, LLC | Entity Accounting Records |
| Merit Cargo Group | Merit Cargo Group<br>PO Box 440856<br>Miami, FL 33144 | $ 689.00 | Trade Vendor - Pre-Receivership | Wave Rock | Claim Form |
| Motive Interactive, Inc. | 6020 Cornerstone West, Suite 280<br>San Diego, CA 92121 | $ 3,956.00 | Trade Vendor - Pre-Receivership | Convertis, LLC | Entity Accounting Records |
| Neverblue Media Company | PO Box 29763<br>New York, NY 10087-9763 | $ 20,220.00 | Trade Vendor - Pre-Receivership | Convertis, LLC | Entity Accounting Records |
| Offer Smith | Offer Smith<br>7001 Bluewater Rd. NW Ste C<br>Albuquerque, NM 87121 | $ 2,937.42 | Trade Vendor - Pre-Receivership | RevGuard, LLC | Entity Accounting Records |

Inter-corporate defendant obligations have been removed from this analysis.



**In Re: Federal Trade Commission v.**
**RevMountain, LLC, et al.**
**Schedule of Pre-Receivership Claims - Vendors**
*Updated as of October 25, 2017*

| Name | Address | Amount of Claim | Classification | Entity | Source |
|---|---|---|---|---|---|
| One Better Network | One Better Network, LLC<br>100 Chesterfield Business Pwy, Ste 200<br>Saint Louis, MO 63005 | $ 18.65 | Trade Vendor - Pre-Receivership | ROIRunner, LLC | Entity Accounting Records |
| O'Rourke Family, LLC | 2011 Cherry Street Suite 104<br>Louisville, CO 80027 | $ 11,148.55 | Trade Vendor - Pre-Receivership | Wave Rock | Entity Accounting Records |
| Pacific Office Automation | PO Box 41602<br>Philadelphia, PA 19101-1602 | $ 109.33 | Trade Vendor - Pre-Receivership | Wave Rock | Entity Accounting Records |
| PointClick | PointClick, LLC<br>801 W Wayne St., Ste 6<br>Middlebury, IN 46540 | $ 4.37 | Trade Vendor - Pre-Receivership | ROIRunner, LLC | Entity Accounting Records |
| Precision Carpet Cleaning & Janit | Precision Carpet Cleaning & Janitorial<br>PO Box 4414<br>Boulder, CO 80306 | $ 863.40 | Trade Vendor - Pre-Receivership | RevGuard, LLC | Entity Accounting Records |
| Progressus | Progressus Media LLC<br>832 West Superior St. #204<br>Chicago, IL 60642 | $ 29,207.75 | Trade Vendor - Pre-Receivership | Elation, LLC | Entity Accounting Records |
| Project Resources Group | Project Resources Group<br>5340 S Quebec St, #250<br>Greenwood Village, CO 80111 | $ 8,118.00 | Trade Vendor - Pre-Receivership | RevLive, LLC | Entity Accounting Records |
| QCSS Inc | QCSS Inc<br>21925 Field Parkway #210<br>Deer Park, IL 60010 | $ 7,520.10 | Trade Vendor - Pre-Receivership | RevLive, LLC | Claim Form |
| RR Donnelley | RR Donnelley<br>PO Box 932721<br>Cleveland, OH 44193 | $ 7.64 | Trade Vendor - Pre-Receivership | Salamonie River, LLC | Entity Accounting Records |
| RR Donnelley | RR Donnelley<br>PO Box 932721<br>Cleveland, OH 44193 | $ 141.70 | Trade Vendor - Pre-Receivership | Wave Rock | Entity Accounting Records |
| RR Donnelly (XPO) | RR Donnelley<br>PO Box 932721<br>Cleveland, OH 44193 | $ 147.71 | Trade Vendor - Pre-Receivership | Convertis, LLC | Entity Accounting Records |
| Shred-It | 1707 E. 58th Avenue<br>Denver, CO 80216 | $ 192.60 | Trade Vendor - Pre-Receivership | Convertis, LLC | Entity Accounting Records |
| Shred-It | Shred-It USA<br>PO Box 101007<br>Pasadena, CA 91189-1007 | $ 93.95 | Trade Vendor - Pre-Receivership | RevLive, LLC | Entity Accounting Records |

Inter-corporate defendant obligations have been removed from this analysis.



**In Re: Federal Trade Commission v.**
**RevMountain, LLC, et al.**
**Schedule of Pre-Receivership Claims - Vendors**
*Updated as of October 25, 2017*

| Name | Address | Amount of Claim | Classification | Entity | Source |
|---|---|---|---|---|---|
| Smart Rhino Labs | Smart Rhino Labs<br>12244 Business Park Dr. #270<br>Draper, UT 84020 | $ 189,323.50 | Trade Vendor - Pre-Receivership | Elation, LLC | Entity Accounting Records |
| Square 1 Consultants | Square One Consultants<br>1000 Westbank Dr. #4a<br>West Lake Hills, TX 78746 | $ 1,432.12 | Trade Vendor - Pre-Receivership | RevGuard, LLC | Entity Accounting Records |
| Square 1 Consultants Group | Square 1 Consultants Group<br>6671 S Las Vegas Blvd<br>Building D, Suite 210<br>Las Vegas, NV 89119 | $ 3,771.06 | Trade Vendor - Pre-Receivership | RevLive, LLC | Entity Accounting Records |
| SubscriberBASE | SubscriberBASE, Inc<br>1800 St Julian Place, Suite 104<br>Columbia, SC 29204 | $ 17,806.00 | Trade Vendor - Pre-Receivership | Eyepothesis, LLC | Entity Accounting Records |
| Testino Consulting | Testino Consulting, LLC<br>4820 Technology Drive<br>Martinez, GA 30907 | $ 1,035.33 | Trade Vendor - Pre-Receivership | RevGuard, LLC | Entity Accounting Records |
| The Hartford | The Hartford<br>P.O. Box 660916<br>Dallas, TX 75266-0916 | $ 2,883.00 | Trade Vendor - Pre-Receivership | RevGuard, LLC | Entity Accounting Records |
| The Hartford | The Hartford<br>P.O. Box 660916<br>Dallas, TX 75266-0916 | $ 857.20 | Trade Vendor - Pre-Receivership | RoadRunner B2C dba RevGo, LLC | Entity Accounting Records |
| The Wink Initiative | The Wink Initiative<br>1171 Homestead Rd. Suite 265<br>Santa Clara, A 95050 | $ 1,323.23 | Trade Vendor - Pre-Receivership | Elation, LLC | Entity Accounting Records |
| Tiburon Media | 39 Main Street<br>Tiburon, CA 94920 | $ 14.00 | Trade Vendor - Pre-Receivership | RevMountain | Entity Accounting Records |
| Transcend | Transcend<br>26041 Network Place<br>Chicago, IL 60673 | $ 65,585.60 | Trade Vendor - Pre-Receivership | Elation, LLC | Entity Accounting Records |
| Triangle Media Corp | Triangle Media Corp<br>1350 Columbia St., Suite 303<br>San Diego, CA 92101 | $ 11,526.90 | Trade Vendor - Pre-Receivership | RevGuard, LLC | Entity Accounting Records |
| Turtle Mountain | Turtle Mountain, LLC<br>6331 Snowberry Ln<br>Niwot, CO 80503 | $ 9,062.86 | Trade Vendor - Pre-Receivership | RoadRunner B2C dba RevGo, LLC | Entity Accounting Records |
| Uline | 2200 S Lakeside Drive<br>Waukegan, IL 60085 | $ 1,524.36 | Trade Vendor - Pre-Receivership | Convertis, LLC | Entity Accounting Records |

Inter-corporate defendant obligations have been removed from this analysis.



**In Re: Federal Trade Commission v.**
**RevMountain, LLC, et al.**
**Schedule of Pre-Receivership Claims - Vendors**
*Updated as of October 25, 2017*

| Name | Address | | Amount of Claim | Classification | Entity | Source |
|---|---|---|---|---|---|---|
| Uline | 2200 S Lakeside Drive<br>Waukegan, IL 60085 | $ | 920.78 | Trade Vendor - Pre-Receivership | Juniper Solutions, LLC | Entity Accounting Records |
| UnsubCentral Inc. | 701 Brazos Street, Suite 800<br>Austin, TX 78701 | $ | 2,650.00 | Trade Vendor - Pre-Receivership | Convertis, LLC | Entity Accounting Records |
| Veneble, LLP | Veneble, LLP<br>PO Box 62727<br>Baltimore, MD 21264-2727 | $ | 2,141.00 | Trade Vendor - Pre-Receivership | Eyepothesis, LLC | Entity Accounting Records |
| Verifi, Inc | Verifi, Inc<br>8391 Beverly Blvd, #310<br>Los Angeles, CA 90048 | $ | 101,877.50 | Trade Vendor - Pre-Receivership | RevGuard, LLC | Entity Accounting Records |
| Walter Long | 14285 Inca St.<br>Westminster, CO 80023 | $ | 234.28 | Trade Vendor - Pre-Receivership | Convertis, LLC | Entity Accounting Records |
| Web Direct Media | Web Direct Media<br>15 Grand Ave Fl 2<br>Baldwin, NY 11510 | $ | 822.60 | Trade Vendor - Pre-Receivership | Elation, LLC | Entity Accounting Records |
| Webclients | Webclients<br>4143 Solutions Center<br>Chicago, IL 60677-4001 | $ | 1,044.00 | Trade Vendor - Pre-Receivership | Eyepothesis, LLC | Entity Accounting Records |
| Webclients, Inc | 4143 Solutions Center<br>Chicago, IL 60677-4001 | $ | 6,699.00 | Trade Vendor - Pre-Receivership | Convertis, LLC | Entity Accounting Records |
| Regus Management Group | 2850 W. Horizon Ridge Pkwy #200<br>Henderson, NV 89052 | $ | 738.40 | Trade Vendor - Pre-Receivership | Flat Iron Avenue LLC | Claim Form |
| Regus Management Group | 2850 W. Horizon Ridge Pkwy #200<br>Henderson, NV 89052 | $ | 470.66 | Trade Vendor - Pre-Receivership | How and Why LLC | Claim Form |
| Regus Management Group | 4600 E. Washington St., Suite 300<br>Phoenix, AZ 85034 | $ | 670.20 | Trade Vendor - Pre-Receivership | Brass Triangle, LLC | Claim Form |
| Regus Management Group | 10457 Crosspoint Blvd, Suite 250<br>Indianapolis, IN 46256 | $ | 602.49 | Trade Vendor - Pre-Receivership | Brookville Lane LLC | Claim Form |
| Uline | 2200 S Lakeside Drive<br>Waukegan, IL 60085 | $ | 7,583.43 | Trade Vendor - Pre-Receivership | RoadRunner B2C dba RevGo, LLC | Claim Form |
| | **Trade Vendor - Pre-Receivership Total** | **$** | **1,426,193.53** | | | |
| | **Grand Total** | **$** | **1,555,045.76** | | | |

Inter-corporate defendant obligations have been removed from this analysis.