ERIC W. SWANIS
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone:  702-792-3773
Facsimile:   702-792-9002
Email:  swanise@gtlaw.com

GIOVANNI M. RUSCITTI (Has complied with LR IA 11-2)
*(Admitted Pro Hac Vice)*
BERG HILL GREENLEAF RUSCITTI LLP
1712 Pearl Street
Boulder, Colorado 80302
Telephone: 303-402.1600
Facsimile:   303-402-1601
Email: gmr@bhgrlaw.com

CLAUDE C. WILD III (Has complied with LR IA 11-2)
*(Admitted Pro Hac Vice)*
9247 Mornington Way
Lone Tree, CO 80124
Telephone: 303-916-9082
Email: cwild@claudewildlaw.com

*Attorneys for Entity Defendants and Blair McNea*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 17-cv-02000-APG-GWF |
| Plaintiff, | |
| v. | **CORPORATE DEFENDANTS AND DEFENDANT BLAIR MCNEA'S MOTION FOR EXTENSION OF TIME TO RESPOND TO RULE 33 AND 34 DISCOVERY** |
| REVMOUNTAIN, LLC, *et al.*, | |
| Defendants. | |

Defendant Blair McNea and Corporate Defendants (collectively the "**Defendants**"), through their undersigned counsel, hereby by file this Motion for Extension of Deadline to Respond to Rule 33 and 34 Discovery. As grounds therefore, the Defendants state as follows:

## CERTIFICATE OF CONFERRAL

Defendants counsel conferred in good faith with FTC counsel regarding the relief requested here. The FTC has not yet indicated whether they oppose or support the requested relief stated here.

## REQUEST FOR EXTENSION OF TIME

On November 3, 2017, the FTC served on Defendants over 3500 discovery requests. The sets of Requests for Production of Documents and Interrogatories are identical for each of the Corporate Defendants. The deadline to respond to these Requests for Production of Documents and Interrogatories, pursuant to Federal Rules of Civil Procedure 26, 33, and 34, is today, December 4, 2017. Defendants filed a Motion to Stay discovery on November 9, 2017. Briefing on this Motion is complete, however, the motion remains pending. There is a hearing on this motion set for December 8, 2017 at 2:30pm in front of Magistrate Judge George Foley, Jr.

Furthermore, on October 6, 2017, the Court granted in part Corporate Defendants' Motion for Limited Modification of Asset Freeze for Funds to Pay Attorney's Fees. The Court granted a modest one-time distribution of $50,000 to Corporate Defendants' counsel. The Court also noted that the Corporate Defendants could seek further distributions for attorney's fees.

In light of the pending motion to stay, the Defendants request that the Court extend the deadline to respond to the discovery requests by 30 days to January 3, 2018. A proposed order granting the requested extension of time is included with this Motion. In addition, in light of the continuing asset freeze, the Corporate Defendants do not have sufficient funds to properly respond to these requests. Therefore, the Corporate Defendants and Defendant Blair McNea are preparing to file a combined motion for limited modification of the asset freeze for additional funds to pay attorneys fees and for additional living expenses. An extension of the discovery deadline will allow the Defendants to prepare and file that motion.

WHEREFORE, for the reasons stated above, the Defendants respectfully request an

extension up to and including January 3, 2018 to respond to the FTC's Rule 33 and 34 Interrogatories and Requests for Production of Documents.

Respectfully submitted this 4th day of December, 2017.

/s/*Eric W. Swanis*
ERIC W. SWANIS
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone:  702-792-3773
Facsimile:   702-792-9002
Email:  swanise@gtlaw.com

/s/*Claude C. Wild III*
CLAUDE C. WILD III
(*Admitted Pro Hac Vice*)
9247 Mornington Way
Lone Tree, CO 80124
Telephone: 303-916-9082
Email: cwild@claudewildlaw.com
*Attorneys for Corporate Defendants and Blair McNea*

/s/*Giovanni M. Ruscitti*
GIOVANNI M. RUSCITTI
(*Admitted Pro Hac Vice*)
BERG HILL GREENLEAF RUSCITTI LLP
1712 Pearl Street
Boulder, Colorado 80302
Telephone:  303-402.1600
Facsimile:   303-402-1601
Email:  gmr@bhgrlaw.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of December, 2017, a true and correct copy of the foregoing Motion for Extension of Time was filed and served via the United States District Court's ECF System to the persons listed below and served via UPS as indicated below:

Bart K Larsen    blarsen@klnevada.com, jierien@klnevada.com, mbarnes@klnevada.com, usdistrict@klnevada.com

Blaine T Welsh    Blaine.Welsh@usdoj.gov, CaseView.ECF@usdoj.gov, eunice.jones@usdoj.gov, sue.knight@usdoj.gov

Byron Z. Moldo    bmoldo@ecjlaw.com

Eric D. Hone    ehone@dickinsonwright.com, bdonaldson@dickinsonwright.com, lstewart@dickinsonwright.com, LV_LitDocket@dickinsonwright.com

Gabriel A. Blumberg    gblumberg@dickinson-wright.com, bdonaldson@dickinsonwright.com, lstewart@dickinson-wright.com, LV_LitDocket@dickinsonwright.com

Michelle Schaefer    mschaefer@ftc.gov

Peter Alan Davidson    pdavidson@ecjlaw.com, lmacdonald@ecjlaw.com

Rachel Hirsch    rhirsch@ifrahlaw.com, docketing@ifrahlaw.com

Richard B Newman    rnewman@hinchnewman.com

Ronald D Green, Jr    rdg@randazza.com, ecf@randazza.com, trey-rothell-2425@ecf.pacerpro.com

Sarah Waldrop    swaldrop@ftc.gov, rkim1@ftc.gov

**Via Overnight UPS:**
Sarah Waldrop
Michelle Schaefer
Mailstop CC-9528
600 Pennsylvania Avenue, NW
Washington, DC 20580
202.326.3444

**Via Overnight UPS:**
Rachel Hirsch
Ifrah Law PLLC
1717 Pennsylvania Avenue, NW
Suite 650
Washington, DC 20006
202.524.4145

/s/ *Sandy Jackson*
An employee of Greenberg Traurig, LLP

# Exhibit 1

ERIC W. SWANIS
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: 702-792-3773
Facsimile: 702-792-9002
Email: swanise@gtlaw.com

GIOVANNI M. RUSCITTI (Has complied with LR IA 11-2)
*(Admitted Pro Hac Vice)*
BERG HILL GREENLEAF RUSCITTI LLP
1712 Pearl Street
Boulder, Colorado 80302
Telephone: 303-402.1600
Facsimile: 303-402-1601
Email: gmr@bhgrlaw.com

CLAUDE C. WILD III (Has complied with LR IA 11-2)
*(Admitted Pro Hac Vice)*
9247 Mornington Way
Lone Tree, CO 80124
Telephone: 303-916-9082
Email: cwild@claudewildlaw.com

*Attorneys for Entity Defendants and Blair McNea*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:17-cv-02000-APG-GWF |
| Plaintiff, | |
| v. | **ORDER GRANTING CORPORATE DEFENDANTS' AND DEFENDANT BLAIR MCNEA'S MOTION FOR EXTENSION OF TIME TO RESPOND TO RULE 33 AND 34 DISCOVERY** |
| REVMOUNTAIN, LLC, *et al.*, | |
| Defendants. | |

THIS MATTER come before the Court on Corporate Defendants' and Defendant Blair McNea's Motion for Extension of Time to Respond to Rule 33 and 34 Discovery.

LV 421025680v1

1   The Court, having considered the Motion, Orders:

2   1. Corporate Defendants and Defendant Blair McNea shall file its response to FTC's Rule 33 and 34 Interrogatories and Request for Production of Documents in this case on or before January 3, 2018.

DATED this ____ day of December, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

LV 421025680v1