# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
|     Plaintiff, | Case No. 2:17-cv-02000-APG-GWF |
| vs. | **ORDER** |
| REV MOUNTAIN, LLC, *et al.*, | |
|     Defendants. | |

    This matter is before the Court on Plaintiff's Emergency Motion for Reconsideration of the Court's Order granting Defendant Motion to Continue Stay of Discovery Pending Settlement Negotiations (ECF No. 104), filed on January 12, 2018.

    On January 9, 2018, Defendants filed their motion to stay discovery (ECF No. 102) pending settlement negotiations and requested an additional 30 day stay of discovery. On January 11, 2018, the Court granted Defendants' motion to stay. ECF No. 103. Plaintiff seeks reconsideration of the Court's order granting Defendants' motion to stay. Plaintiff further requests that the Court accept its motion for reconsideration as its opposition to Defendant's motion to stay. Plaintiff represents that it does not believe that the parties are close to reaching settlement and scheduled depositions of five of Defendants' former employees for January 17, 18, 22, 23, and February 1 to take place in Colorado and Florida. The Court was under the mistaken view that Defendants' motion to stay was unopposed and withdraws its order granting Defendant's motion to stay (ECF No. 103). The Court will consider Defendants' motion to stay after it has been fully briefed and the Court accepts Plaintiff's motion for reconsideration as its opposition to Defendant's motion to stay. Accordingly,

. . .

**IT IS HEREBY ORDERED** that Plaintiff's Emergency Motion for Reconsideration of the Court's Order granting Defendant Motion to Continue Stay of Discovery Pending Settlement Negotiations (ECF No. 104) is **granted**.

**IT IS FURTHER ORDERED** that the Court's order granting Defendants' motion to stay (ECF No. 103) is deemed withdrawn.

**IT IS FURTHER ORDERED** that Defendants shall have until **January 19, 2018** to file its Reply to its motion to stay.

DATED this 12th day of January, 2018.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge