DAVID C. SHONKA
Acting General Counsel
SARAH WALDROP
MICHELLE SCHAEFER
Attorneys
Federal Trade Commission
600 Pennsylvania Avenue, NW
Mailstop CC-9528
Washington, DC 20580
Telephone: 202-326-3444 (Waldrop)
Telephone: 202-326-3515 (Schaefer)
Facsimile: 202-326-3197
Email: swaldrop@ftc.gov, mschaefer@ftc.gov

STEVEN W. MYHRE
Acting United States Attorney
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov

*Attorneys for Plaintiff Federal Trade Commission.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REVMOUNTAIN, LLC, *et al.*,<br><br>　　　　Defendants. | Case No: 17-cv-02000-APG-GWF<br><br>**STIPULATION OF ALL PARTIES TO STAY CASE AND TOLL DEADLINES PENDING COMMISSION'S AND COURT'S REVIEW OF PROPOSED SETTLEMENTS** |

　　　　Counsel for Plaintiff Federal Trade Commission ("FTC" or "Commission") and all Defendants have agreed on the terms of proposed settlements, subject to review and approval by the Commission. The FTC and Defendants stipulate herein to the entry of an order staying any further proceedings in this case and tolling all deadlines to allow the Commission to vote on the proposed settlements and, should the Commission vote in favor, to allow the Court to consider them. In support of this request, the FTC and Defendants state as follows:

1

Defendants have signed proposed settlements – *i.e.*, Stipulated Permanent Injunctions and Other Equitable Relief – that FTC counsel plans to recommend to the Commission. The FTC is an independent federal agency. Therefore, FTC counsel does not have authority to file the proposed settlements until the Commission reviews and approves them. The Commission approval process takes some time, usually 60 to 90 days.

If the Commission approves the proposed settlements, FTC counsel promptly will file the proposed settlements with the Court. If the proposed settlements have not yet been filed with the Court by May 21, 2018, FTC counsel propose to advise the Court of the status of this case by filing a status report at that time. If any of the settlements are rejected by the Commission or otherwise break down, the FTC plans to file a motion to lift the stay and recalculate the tolled deadlines.

Respectfully submitted this 26th day of February, 2018.

> */s/ SARAH WALDROP*
> SARAH WALDROP
> MICHELLE SCHAEFER
> Attorneys for Federal Trade Commission
>
> */s/ GIOVANNI RUSCITTI*
> GIOVANNI RUSCITTI
> Attorney for Defendant Blair McNea and all Corporate Defendants
>
> */s/ RACHEL HIRSCH*
> RACHEL HIRSCH
> Attorney for Defendant Danielle Foss
>
> */s/ RICHARD NEWMAN*
> RICHARD NEWMAN
> Attorney for Defendant Jennifer Johnson

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 2/27/2018

# PROOF OF SERVICE

I hereby certify that I served the foregoing Stipulation of All Parties to Stay Case and Toll Deadlines Pending Commission's and Court's Review of Proposed Settlements on February 26, 2018, on counsel for all parties as follows via the CM/ECF filing system:

Giovanni Ruscitti
Berg Hill Greenleaf Ruscitti LLP
1712 Pearl Street
Boulder, CO 80302
303-402-1600
giovanni.ruscitti@bhgrlaw.com

Claude Wild
Claude Wild Law
9247 Mornington Way
Lone Tree, CO 80124
303-916-9082
cwild@claudewildlaw.com

Eric Swanis
Greenberg Traurig LLP
3773 Howard Hughes Parkway, Ste. 400 N
Las Vegas, NV 89169
702-792-3773
swanise@gtlaw.com
*Counsel for Defendant Blair McNea and Corporate Defendant*s

Rachel Hirsch
Ifrah Law PLLC
1717 Pennsylvania Ave. NW, Suite 650
Washington, DC 20006
202-524-4145
rhirsch@ifrahlaw.com

Ronald Green
Randazza Legal Group, PLLC
4035 El Capitan Way
Las Vegas, NV 89147
702-420-2001
rdg@randazza.com

*Counsel for Defendant Danielle Foss*

Richard Newman
Hinch Newman LLP
40 Wall Street, 35th Floor
New York, NY 10005
212-756-8777
rnewman@hinchnewman.com

Eric D. Hone
Gabriel A. Blumberg
Dickinson Wright PLLC
8363 West Sunset Road, Suite 200
Las Vegas, NV 89113
702-550-4400
ehone@dickinson-wright.com
gblumberg@dickinson-wright.com
*Counsel for Defendant Jennifer Johnson*

Byron Moldo
Ervin Cohen & Jessup LLP
9401 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212
310-281-6354
bmoldo@ecjlaw.com

Bart K. Larsen
Kolesar & Leatham
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145
702-362-7800
blarsen@klnevada.com
*Counsel for Joshua Teeple, Temporary Receiver*

    */s/ Sarah Waldrop*
Sarah Waldrop